**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD. *et al.*, | Case Nos. 26-16377 (CMG) through 26-16348 (CMG) |
| Debtors.[1] | (Joint Administration to be Requested) |
| In re: | Chapter 11 |
| DAMIS HOLDINGS, LLC, *et al.*, | Case Nos. 26-16439 (CMG) through 26-16528 (CMG) |
| Debtors.[2] | (Joint Administration to be Requested) |

---

[1]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The Debtors intend to seek joint administration of these chapter 11 cases to establish, *inter alia*, procedures governing the chapter 11 cases and the caption to be used going forward.

[2]  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS. The Debtors intend to seek joint administration of these chapter 11 cases to establish, *inter alia*, procedures governing the chapter 11 cases and the caption to be used going forward.

**NOTICE OF (I) COMMENCEMENT OF CHAPTER 11 CASES AND (II) RESTATING
THE AUTOMATIC STAY PROVISIONS OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on June 4, 2026, the debtors and debtors in possession listed on <u>Schedule 1</u> and <u>Schedule 2</u> hereto (collectively, the "<u>Debtors</u>") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District of New Jersey (the "<u>Court</u>").  The Debtors' chapter 11 cases are pending before the Honorable Chief Judge Christine M. Gravelle.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions operates as a self-effectuating statutory stay that is applicable to all entities and protects the Debtors from, among other things: (a) the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Debtors' cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy cases, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates.[3]

**PLEASE TAKE FURTHER NOTICE** that any entity that seeks to assert claims, interests, causes of action, or other legal or equitable remedies against, or otherwise exercise any rights in law or equity against, the Debtors or their estates must do so in front of the Court pursuant to the Bankruptcy Code and applicable law.

**PLEASE TAKE FURTHER NOTICE** nothing in this notice expands, enlarges, or limits the rights afforded to any party under the Bankruptcy Code, nor does the notice modify the rights provided under section 362(b) of the Bankruptcy Code, and all rights of parties in interest to assert that any action is subject, or not subject, to the automatic stay and injunction contemplated by section 362 of the Bankruptcy Code, including because of the operation of section 362(b) of the Bankruptcy Code, are preserved.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Debtors' chapter 11 cases, including copies of chapter 11 petitions filed therein, may be obtained by accessing the Debtors' publicly available websites at https://restructuring.ra.kroll.com/SIMAD and https://restructuring.ra.kroll.com/DAMIS.

---

[3]  Nothing herein shall constitute a waiver of the right to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims of the Debtors against any party.  The Debtors expressly reserve the right to contest any claims that may be asserted against them.

Dated: June 4, 2026

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            dbass@coleschotz.com
            fyudkin@coleschotz.com
            dharris@coleschotz.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

## Schedule 1

### List of SIMAD Holdings Ltd. Debtors

| Debtor | Case No. |
|---|---|
| Rolling Hills Operatingco LLC | 26-16377 |
| Rolling Hills Landco LLC | 26-16379 |
| Country Roads Operatingco LLC | 26-16381 |
| Country Roads Landco LLC | 26-16382 |
| Eagle's Landing Day Camp LLC | 26-16384 |
| Meadowbrook Operatingco LLC | 26-16385 |
| Meadowbrook Landco LLC | 26-16386 |
| Mill Road Landco LLC | 26-16387 |
| SIMAD Holdings Ltd. | 26-16388 |
| Intermediate SIMAD 1 LLC | 26-16389 |
| SIMAD Equities LLC | 26-16390 |
| Achim Landco LLC | 26-16391 |
| BAHS Holdings LLC | 26-16392 |
| Achim Operatingco LLC | 26-16393 |
| BAHS Operating Inc. | 26-16394 |
| Banner Landco LLC | 26-16395 |
| Banner Operatingco LLC | 26-16396 |
| Belgrade Lakes Summer Camps LLC | 26-16397 |
| Bluestar Landco, LLC | 26-16398 |
| Camp Med-O-Lark, Inc. | 26-16399 |
| Bluestar Operatingco, LLC | 26-16400 |
| Chateaugay Landco LLC | 26-16401 |
| Club Getaway Operatingco, LLC | 26-16402 |
| Chateaugay Campco LLC | 26-16403 |
| Green Lane Operatingco, LLC | 26-16404 |
| Club Getaway Landco, LLC | 26-16405 |
| IAFALANDCO, LLC | 26-16406 |
| Island Lake Campco LLC | 26-16408 |
| Green Lane Landco, LLC | 26-16409 |
| Kiwi Operatingco LLC | 26-16410 |
| Greenvilleland LLC | 26-16411 |
| Waukeela Operatingco LLC | 26-16412 |
| IAFAOPERATINGCO, LLC | 26-16414 |
| MaineWekeelaco, LLC | 26-16415 |
| Mesorahco LLC | 26-16416 |
| Island Lake Landco LLC | 26-16417 |
| Mogenavco LLC | 26-16418 |
| Lavco LLC | 26-16419 |
| Mohawkcampco LLC | 26-16420 |
| Pine Forest Campco LLC | 26-16421 |

| Debtor | Case No. |
|---|---|
| Lavaland LLC | 26-16422 |
| Poland Campco LLC | 26-16423 |
| Malka Operatingco LLC | 26-16424 |
| RDM Camps, LLC | 26-16425 |
| Shab Operating Inc. | 26-16426 |
| Mesorahland LLC | 26-16427 |
| Washington Lake, LLC | 26-16428 |
| Mogenavland LLC | 26-16429 |
| Wekeeland LLC | 26-16430 |
| Mohawkland LLC | 26-16431 |
| WM Land, LLC | 26-16432 |
| Pine Forest Landco LLC | 26-16433 |
| WM Camp, LLC | 26-16434 |
| Poland Landco LLC | 26-16435 |
| Waukeela Landco LLC | 26-16436 |
| Summit Camp, LLC | 26-16437 |
| Shab Holdings LLC | 26-16438 |

## Schedule 2

### List of DAMIS Holdings, LLC Debtors

| Debtor | Case No. |
| --- | --- |
| 1000 Acres Holdings, LLC | 26-16447 |
| 1101 East Glendale Boulevard Leasing LLC | 26-16440 |
| 1101 East Glendale Boulevard Real Estate LLC | 26-16442 |
| 11200 West Florissant Avenue Leasing LLC | 26-16444 |
| 11200 West Florissant Avenue Realty LLC | 26-16446 |
| 1133 Northwest L Street Leasing LLC | 26-16455 |
| 1133 Northwest L Street Real Estate LLC | 26-16461 |
| 1135 East Chocolate Avenue Leasing LLC | 26-16441 |
| 12 Cambridge Drive Leasing LLC | 26-16449 |
| 12 Cambridge Drive Realty LLC | 26-16454 |
| 1323 Augusta West Parkway Leasing LLC | 26-16443 |
| 1323 Augusta West Parkway Real Estate LLC | 26-16445 |
| 1401 US Highway 49B Real Estate LLC | 26-16448 |
| 149 Emerald Street Leasing LLC | 26-16517 |
| 149 Emerald Street Real Estate LLC | 26-16520 |
| 1600 Eastchase Parkway Leasing LLC | 26-16463 |
| 1600 Eastchase Parkway Real Estate LLC | 26-16464 |
| 1912 Memorial Drive Real Estate LLC | 26-16450 |
| 194 Washington Avenue Leasing LLC | 26-16457 |
| 194 Washington Avenue Real Estate LLC | 26-16458 |
| 200 Great Pond Drive Leasing LLC | 26-16472 |
| 200 Great Pond Drive Real Estate LLC | 26-16481 |
| 201 Centre Drive Leasing LLC | 26-16467 |
| 201 Centre Drive Real Estate LLC | 26-16471 |
| 2195 Harlem Road Leasing LLC | 26-16452 |
| 2195 Harlem Road Real Estate LLC | 26-16456 |
| 2203 Grand Canal Boulevard Leasing LLC | 26-16451 |
| 2203 Grand Canal Boulevard Real Estate LLC | 26-16453 |
| 2302 Windsong Drive Leasing LLC | 26-16468 |
| 2434 South Interstate 35E Leasing LLC | 26-16470 |
| 2434 South Interstate 35E Real Estate LLC | 26-16473 |
| 250 Progressive Leasing LLC | 26-16465 |
| 250 Progressive Real Estate LLC | 26-16476 |
| 2547 Brindle Drive Leasing LLC | 26-16516 |
| 2547 Brindle Drive Real Estate LLC | 26-16521 |
| 2974 Coppercreek Road Leasing LLC | 26-16469 |
| 3385 Newmark Drive LLC | 26-16474 |
| 3413 Tittabawassee Road Leasing LLC | 26-16519 |
| 3413 Tittabawassee Road Real Estate LLC | 26-16522 |
| 348 Morris Avenue Real Estate LLC | 26-16459 |

| Debtor | Case No. |
|---|---|
| 400 Greens Road Leasing LLC | 26-16475 |
| 400 Greens Road Real Estate LLC | 26-16477 |
| 4200 Park Avenue Leasing LLC | 26-16523 |
| 4328 Bay Road Leasing LLC | 26-16524 |
| 4328 Bay Road Real Estate LLC | 26-16525 |
| 44 Southpoint Drive Leasing LLC | 26-16479 |
| 45 Commerce Drive Leasing LLC | 26-16478 |
| 45 Commerce Drive Real Estate LLC | 26-16480 |
| 4650 Westway Park Boulevard Leasing LLC | 26-16482 |
| 4650 Westway Park Boulevard Real Estate LLC | 26-16488 |
| 4800 USH 280 Leasing LLC | 26-16484 |
| 4800 USH 280 Real Estate | 26-16487 |
| 5707 MacCorkle Avenue Leasing LLC | 26-16462 |
| 5707 MacCorkle Avenue Real Estate LLC | 26-16460 |
| 7335 Gladiolus LLC | 26-16483 |
| 771 Corporate Drive Leasing LLC | 26-16489 |
| 771 Corporate Drive Real Estate LLC | 26-16485 |
| 830 County Road 64 Leasing LLC | 26-16526 |
| 830 County Road 64 Real Estate LLC | 26-16527 |
| 90 Pleasant Valley Street Leasing LLC | 26-16490 |
| 90 Pleasant Valley Street Real Estate LLC | 26-16493 |
| Belmont Apartment Partners LLC | 26-16528 |
| Catskill Wine and Food Festival LLC | 26-16496 |
| DAMIS Holdings LLC | 26-16439 |
| DAMIS Venture LLC | 26-16502 |
| DASMAS Landco LLC | 26-16492 |
| East Hartford Properties Leasing LLC | 26-16486 |
| East Hartford Properties Real Estate LLC | 26-16491 |
| Fairplain Plaza Leasing LLC | 26-16507 |
| Fairplain Plaza Real Estate LLC | 26-16508 |
| Highland Park Partners LLC | 26-16510 |
| Matteson Center Leasing LLC | 26-16494 |
| Matteson Center Real Estate LLC | 26-16497 |
| Montclair Condo Holdings LLC | 26-16498 |
| Oklahoma Wilshire Lofts Leasing LLC | 26-16500 |
| Oklahoma Wilshire Lofts Real Estate LLC | 26-16495 |
| Rocking Horse Ranch Landco LLC | 26-16499 |
| Rocking Horse Ranch Operatingco LLC | 26-16501 |
| Secondary Paragould LLC | 26-16513 |
| SIMAD Holdings LLC | 26-16515 |
| SIMAD Venture LLC | 26-16518 |
| South Loop West Leasing LLC | 26-16503 |
| South Loop West Real Estate LLC | 26-16512 |

| Debtor | Case No. |
|---|---|
| Southwest Ohio Associates LLC | 26-16505 |
| Splashdown Beach Landco LLC | 26-16466 |
| Splashdown Beach Operatingco LLC | 26-16509 |
| Stony Creek Operating Co, LLC | 26-16511 |
| Turnpike Road Holdings LLC | 26-16514 |
| WG Operatingco LLC | 26-16504 |
| Woodlands Eagle Timber Leasing LLC | 26-16506 |