**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD. *et al.*, | Case Nos. 26-16377 (CMG) through 26-16348 (CMG) |
| Debtors.[1] | (Joint Administration to be Requested) |
| In re: | Chapter 11 |
| DAMIS HOLDINGS, LLC, *et al.*, | Case Nos. 26-16439 (CMG) through 26-16528 (CMG) |
| Debtors.[2] | (Joint Administration to be Requested) |

**AFFIDAVIT OF SERVICE**

I, Sid Garabato, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the proposed claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On June 5, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via (1) overnight mail on FZA Note Buyers LLC (KRAID: KRA_00070), 1560 Sawgrass Corporate Pkwy, Suite 479, Sunrise, FL, 33323 and (2) email on the MCA Lenders Service List attached hereto as **Exhibit A**, Banks Service List attached hereto as **Exhibit B**, and Cole Schotz (KRA_00071), FPisano@coleschotz.com; DHarris@coleschotz.com; DBass@coleschotz.com; FYudkin@coleschotz.com; ATersigni@coleschotz.com; AMilliaressis@coleschotz.com:

- Notice of (I) Commencement of Chapter 11 Cases and (II) Restating the Automatic Stay Provisions of the Bankruptcy Code [Case No. 26-16388, Docket No. 3]

---

1   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The Debtors intend to seek joint administration of these chapter 11 cases to establish, *inter alia*, procedures governing the chapter 11 cases and the caption to be used going forward.

2   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS. The Debtors intend to seek joint administration of these chapter 11 cases to establish, *inter alia*, procedures governing the chapter 11 cases and the caption to be used going forward.

Dated: June 5, 2026

*/s/Sid Garabato*
Sid Garabato

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 5, 2026, by Sid Garabato, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

SRF 96741

**Exhibit A**

Exhibit A

MCA Lenders Service List

Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| KRA_00001 | Ace | hg@acefundingllc.com; accounting@acefundingllc.com |
| KRA_00002 | Agile | accounting@agilecapitalfund.com; aaron@agilecapitalfund.com; rina@agilecapitalfunding.com |
| KRA_00003 | American Choice Capital LLC | jimmy@americanchoicecapital.com; submissions@americanchoicecapital.com |
| KRA_00004 | Backd/Austin Business Finance LLC | corbin@backd.com; carson@backd.com; megan@backd.com |
| KRA_00005 | BLOC Funding | jklein@kingcapitalnyc.com; info@mcaservicingcompany.com |
| KRA_00006 | Cashera | javier@cashera.com; p.vega@cashera.com |
| KRA_00007 | Clearview Funding | merchantsupport@clearviewfunds.com; mo@clearviewfunds.com |
| KRA_00008 | E ADVANCE SERVICES LLC/JJM ENTERPRISES LLC | paul@eadvanceservices.com |
| KRA_00009 | Fairpark Capital | diana@fairparkcapital.com |
| KRA_00010 | Funders West | javier@fundersapp.com; p.vega@fundersapp.com; mark@fundersapp.com |
| KRA_00011 | Funding Club | accounting@fundingclubus.com |
| KRA_00012 | IOU | jpelotte@ioufinancial.com; jake@ioufinancial.com |
| KRA_00013 | LIbertas | katherine.fonseca@libertasfunding.com; randy.saluck@libertasfunding.com; rick.appel@libertasfunding.com; ryan.conway@libertasfunding.com |
| KRA_00014 | Lifetime Funding | admin@lifetimefundingllc.com; ashley@lifetimefundingllc.com; josh@lifetimefundingllc.com |
| KRA_00015 | LNS Group 2 | Samuel@lnsgroupllc.com; KBerthiaume@lnsgroupllc.com |
| KRA_00016 | Merchant Market | paul@merchantmarketplace.com; james@merchantmarketplace.com; alana@merchantmarketplace.com |
| KRA_00017 | Mulligan | pforan@mulliganfunding.com; david@mulliganfunding.com |
| KRA_00018 | Newco | sara@newcocapitalgroup.com; rebekah@newcocapitalgroup.com; suzanna@newcocapitalgroup.com |
| KRA_00019 | Ocean | cobi@ocean-funding.com; angie@ocean-funding.com |
| KRA_00020 | Optimum Lending | info@optimumlendingpartners.com |
| KRA_00021 | Orca | maggie@orcacap.com; robby@orcacap.com; jake@orca-funding.com; mendel@orca-funding.com |
| KRA_00022 | Redstone | simon@redstoneadvance.com |
| KRA_00023 | Transparency Advance | subs@transparencyadvance.com |

SIMAD HOLDINGS LTD. *et al.,*

Case Nos. 26-16377 (CMG) through 26-16348 (CMG)

## Exhibit A

MCA Lenders Service List

Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| KRA_00024 | Vault | miguel@vaultcapitalllc.com; jimmy@veefunding.com; dbenjamin@vaultcapitalllc.com |
| KRA_00025 | Wynwood | joe@wynwoodcapitalgroup.com; sol@wynwoodcapitalgroup.com; sam@wynwoodcapitalgroup.com |

**Exhibit B**

Exhibit B

Banks Service List

Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| KRA_00026 | Ascend Bank | NGerson@ascend.bank; DHawthorne@ascend.bank; nbellisle@ascend.bank; MBelmont@ascend.bank |
| KRA_00027 | B of A | jason.lundy@bofa.com; jessica.l.bonner@bofa.com; susan.e.gaudreau@bofa.com; joanne.e.papa@bofa.com |
| KRA_00028 | Bank Iowa | kmccormick@bankiowa.bank; AWeger@bankiowa.bank; afrost@bankiowa.bank |
| KRA_00029 | Bank NH | Tarra.Sorell@bnh.bank; Mary.LaBarge@bnh.bank; Chris.Walkley@bnh.bank; JoAnne.Taylor@bnh.bank |
| KRA_00030 | Bank of Clarke County | sdorsey@bankofclarke.com; lstanley@bankofclarke.com; jcoffman@bankofclarke.com |
| KRA_00031 | BankHomeTown | mmahlert@bankhometown.com |
| KRA_00032 | Beacon (formerly Berkshire), RHR | MDeane@berkshirebank.com; HMassey@Berkshirebank.com; DReinert@berkshirebank.com |
| KRA_00033 | Beacon (formerly PCSB) , Kiwi | Christopher.Boemio@mypcsb.com; abigale.vasquezacevedo@mypcsb.com |
| KRA_00034 | Blue Sky Bank | mjohnson@bluesky.bank; bmize@bluesky.bank |
| KRA_00035 | Busey | gabriela.pineda@busey.com; Jennifer.Esquilin@Busey.com; Miles.Tamburri@Busey.com |
| KRA_00036 | Byline (formerly Inland) | dfitzgerald@bylinebank.com; eambrus@bylinebank.com; mdivito@bylinebank.com; TM@bylinebank.com |
| KRA_00037 | Chase | jpmc.legal.concierge.support@jpmchase.com; Privacy.Info@JPMChase.com |
| KRA_00038 | Columbia Bank | CustomerService@ColumbiaBank.com; shareholders@columbiabank.com |
| KRA_00039 | Community Bank | Sherry.Boyea@cbna.com; Douglas.MacLean@cbna.com; Kristin.Spinner@cbna.com |
| KRA_00040 | Easthampton | wjudd@bankesb.com; moleksak@bankesb.com |
| KRA_00041 | Farmers & Merchants | rweaver@fm.bank; fmtreasury@fm.bank |
| KRA_00042 | Fidelity Bank | lace.collins@bankwithfidelity.com; randy.crochet@bankwithfidelity.com; carina.sanchez@bankwithfidelity.com; bfinnell@fidelitybankonline.com |
| KRA_00043 | First Citizens | amcranmer@myfccb.com; bjpriset@myfccb.com |
| KRA_00044 | First Financial | Blythe.Mack@bankatfirst.com; Bill.West@bankatfirst.com; Nick.Keithley@bankatfirst.com; bill.haley@bankatfirst.com |
| KRA_00045 | First Merchants | Pberghoff@firstmerchants.com |
| KRA_00046 | First Tech Federal Credit Union | Shelby.Nemecek@firsttechfed.com; Julie.Stuck@firsttechfed.com; Yazmin.Eiden@firsttechfed.com; Daniel.Truong@firsttechfed.com |
| KRA_00047 | FNB | LOC@fnb.co.za; LOCClaims@fnb.co.za |
| KRA_00048 | Hancock Whitney | Valija.Johnson@hancockwhitney.com; Justin.Russell@hancockwhitney.com; Valija.Harvey@hancockwhitney.com; carmen.castaneda@hancockwhitney.com; TreasuryServClient@hancockwhitney.com |
| KRA_00049 | Heartland Bank | CBeaty@hbtbank.com; TLGrasch@hbtbank.com |

SIMAD HOLDINGS LTD. *et al.,*

Case Nos. 26-16377 (CMG) through 26-16348 (CMG)

## Exhibit B

Banks Service List

Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| KRA_00050 | Home Trust Bank | Brian.Gompers@htb.com; Mariah.Richardson@htb.com |
| KRA_00051 | INB | jfendi@inb.com; brockwell@inb.com |
| KRA_00052 | Kennebec | BusinessSupport@KennebecSavings.Bank; AMcLaughlin@KennebecSavings.Bank |
| KRA_00053 | My Max | TPorter@mymax.com |
| KRA_00054 | NBT | Randi.Fisch@nbtbank.com; Kevin.Bennett@nbtbank.com |
| KRA_00055 | NBTC | jhealy@nbtc.com; vtorossian@nbtc.com; commercialloanservicing@nbtc.com; bmeehan@nbtc.com |
| KRA_00056 | Norway | BSiebert@norwaysavingsbank.com; Hedwards@norwaysavingsbank.com |
| KRA_00057 | Peapack | ANAR@pgbank.com; snaseem@pgbank.com; lwalz@pgbank.com |
| KRA_00058 | Provident | Andrew.Perry@Provident.Bank |
| KRA_00059 | Ramp | legal@ramp.com; support@ramp.com |
| KRA_00060 | S&T Bank | Kathryn.Wix@stbank.com; Jessica.Graham@stbank.com; Matthew.Biller@stbank.com |
| KRA_00061 | Arrow Bank (formerly Saratoga) | shannon.richards@arrowbank.com; kurt.moser@arrowbank.com; jason.martin@arrowbank.com |
| KRA_00062 | First Bank (formerly Southern States) | victoria.dees@firstbankonline.com; Felicia.Narayan@firstbankonline.com; david.ridgeway@firstbankonline.com |
| KRA_00063 | TD | George.Anttila@td.com; Jillian.Villafane@td.com; Luis.Garcia@td.com |
| KRA_00064 | TFNB (The First National Bank of McGregor) | hbrewer@tfnbtx.com; canderson@tfnbtx.com |
| KRA_00065 | TriState | pverdi@tscbank.com; nkareis@tscbank.com; HRyan@tscbank.com; CREadmin@tscbank.com |
| KRA_00066 | Union | jgergots@unionsavings.com; STurian@unionsavings.com; SCipolla@unionsavings.com |
| KRA_00067 | Wayne Bank | annamae.rechtorovic@waynebank.com; noelle.dobbins@waynebank.com; julie.kuen@waynebank.com |
| KRA_00068 | Windsor Federal | WWebster@windsorfederal.com; AClavette@windsorfederal.com; KHolland@windsorfederal.com; Customer_Care@windsorfederal.com |
| KRA_00069 | Woodforest | WHartman@WOODFOREST.com; TNehls@WOODFOREST.com; SAndersen@WOODFOREST.com |

SIMAD HOLDINGS LTD. *et al.*,
Case Nos. 26-16377 (CMG) through 26-16348 (CMG)