**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>SIMAD Holdings Ltd.,<br><br>     Debtor. [1]<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 26-16388 (CMG) |
| In re:<br><br>Rolling Hills Operatingco LLC,<br><br>     Debtor.<br><br>Tax I.D. No. 88-2342968 | Chapter 11<br><br>Case No. 26-16377 (CMG) |

---

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such SIMAD Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357 Trumbull, CT 06611.

| | |
|---|---|
| In re:<br><br>Rolling Hills Landco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 88-2343087 | Chapter 11<br><br>Case No. 26-16379 (CMG) |
| In re:<br><br>Country Roads Operatingco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 46-3689261 | Chapter 11<br><br>Case No. 26-16381 (CMG) |
| In re:<br><br>Country Roads Landco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 46-3694321 | Chapter 11<br><br>Case No. 26-16382 (CMG) |
| In re:<br><br>Eagle's Landing Day Camp LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 45-3645311 | Chapter 11<br><br>Case No. 26-16384 (CMG) |
| In re:<br><br>Meadowbrook Operatingco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 81-2291099 | Chapter 11<br><br>Case No. 26-16385 (CMG) |
| In re:<br><br>Meadowbrook Landco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 81-2291751 | Chapter 11<br><br>Case No. 26-16386 (CMG) |
| In re:<br><br>Mill Road Landco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 45-3645276 | Chapter 11<br><br>Case No. 26-16387 (CMG) |

| | |
|---|---|
| In re:<br><br>Intermediate SIMAD 1 LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 39-5063204 | Chapter 11<br><br>Case No. 26-16389 (CMG) |
| In re:<br><br>SIMAD Equities LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 42-2770174 | Chapter 11<br><br>Case No. 26-16390 (CMG) |
| In re:<br><br>Achim Landco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 45-5116363 | Chapter 11<br><br>Case No. 26-16391 (CMG) |
| In re:<br><br>BAHS Holdings LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 74-3230074 | Chapter 11<br><br>Case No. 26-16392 (CMG) |
| In re:<br><br>Achim Operatingco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 45-5116413 | Chapter 11<br><br>Case No. 26-16393 (CMG) |
| In re:<br><br>BAHS Operating Inc.,<br><br>        Debtor.<br><br>Tax I.D. No. 74-3230075 | Chapter 11<br><br>Case No. 26-16394 (CMG) |
| In re:<br><br>Banner Landco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 46-4143422 | Chapter 11<br><br>Case No. 26-16395 (CMG) |

3

| | |
|---|---|
| In re: <br><br> Banner Operatingco LLC, <br><br> Debtor. <br> Tax I.D. No. 46-4138660 | Chapter 11 <br><br> Case No. 26-16396 (CMG) |
| In re: <br><br> Belgrade Lakes Summer Camps LLC, <br><br> Debtor. <br> Tax I.D. No. 45-0949107 | Chapter 11 <br><br> Case No. 26-16397 (CMG) |
| In re: <br><br> Bluestar Landco, LLC, <br><br> Debtor. <br> Tax I.D. No. 45-4400233 | Chapter 11 <br><br> Case No. 26-16398 (CMG) |
| In re: <br><br> Camp Med-O-Lark, Inc., <br><br> Debtor. <br> Tax I.D. No. 20-5014808 | Chapter 11 <br><br> Case No. 26-16399 (CMG) |
| In re: <br><br> Bluestar Operatingco, LLC, <br><br> Debtor. <br> Tax I.D. No. 45-4400170 | Chapter 11 <br><br> Case No. 26-16400 (CMG) |
| In re: <br><br> Chateaugay Landco LLC, <br><br> Debtor. <br> Tax I.D. No. 88-2103300 | Chapter 11 <br><br> Case No. 26-16401 (CMG) |
| In re: <br><br> Club Getaway Operatingco, LLC, <br><br> Debtor. <br> Tax I.D. No. 45-4740799 | Chapter 11 <br><br> Case No. 26-16402 (CMG) |

4

| | |
|---|---|
| In re: | |
| Chateaugay Campco LLC, | Chapter 11 |
| Debtor. | Case No. 26-16403 (CMG) |
| Tax I.D. No. 88-2103193 | |
| In re: | |
| Green Lane Operatingco, LLC, | Chapter 11 |
| Debtor. | Case No. 26-16404 (CMG) |
| Tax I.D. No. 45-2798472 | |
| In re: | |
| Club Getaway Landco, LLC, | Chapter 11 |
| Debtor. | Case No. 26-16405 (CMG) |
| Tax I.D. No. 45-2798554 | |
| In re: | |
| IAFALANDCO, LLC, | Chapter 11 |
| Debtor. | Case No. 26-16406 (CMG) |
| Tax I.D. No. 45-0968508 | |
| In re: | |
| Island Lake Campco LLC, | Chapter 11 |
| Debtor. | Case No. 26-16408 (CMG) |
| Tax I.D. No. 86-1798046 | |
| In re: | |
| Green Lane Landco, LLC, | Chapter 11 |
| Debtor. | Case No. 26-16409 (CMG) |
| Tax I.D. No. 45-2798554 | |
| In re: | |
| Kiwi Operatingco LLC, | Chapter 11 |
| Debtor. | Case No. 26-16410 (CMG) |
| Tax I.D. No. 46-2004866 | |

| | |
|---|---|
| In re:<br><br>Greenvilleland LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 26-4101514 | Chapter 11<br><br>Case No. 26-16411 (CMG) |
| In re:<br><br>Waukeela Operatingco LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 46-5389007 | Chapter 11<br><br>Case No. 26-16412 (CMG) |
| In re:<br><br>IAFAOPERATINGCO, LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 45-0968199 | Chapter 11<br><br>Case No. 26-16414 |
| In re:<br><br>MaineWekeelaco, LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 26-3837189 | Chapter 11<br><br>Case No. 26-16415 (CMG) |
| In re:<br><br>Mesorahco LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 36-4643144 | Chapter 11<br><br>Case No. 26-16416 (CMG) |
| In re:<br><br>Island Lake Landco LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 86-1798144 | Chapter 11<br><br>Case No. 26-16417 (CMG) |
| In re:<br><br>Mogenavco LLC,<br><br>       Debtor.<br><br>Tax I.D. No. 45-3694326 | Chapter 11<br><br>Case No. 26-16418 (CMG) |

| | |
|---|---|
| In re:<br><br>Lavco LLC,<br><br>   Debtor.<br><br>Tax I.D. No. 35-2323566 | Chapter 11<br><br>Case No. 26-16419 (CMG) |
| In re:<br><br>Mohawkcampco LLC,<br><br>   Debtor.<br><br>Tax I.D. No. 27-1471724 | Chapter 11<br><br>Case No. 26-16420 (CMG) |
| In re:<br><br>Pine Forest Campco LLC,<br><br>   Debtor.<br><br>Tax I.D. No. 88-2442248 | Chapter 11<br><br>Case No. 26-16421 (CMG) |
| In re:<br><br>Lavland LLC,<br><br>   Debtor.<br><br>Tax I.D. No. 35-2323567 | Chapter 11<br><br>Case No. 26-16422 (CMG) |
| In re:<br><br>Poland Campco LLC,<br><br>   Debtor.<br><br>Tax I.D. No. 47-3844127 | Chapter 11<br><br>Case No. 26-16423 (CMG) |
| In re:<br><br>Malka Operatingco LLC,<br><br>   Debtor.<br><br>Tax I.D. No. 46-4390589 | Chapter 11<br><br>Case No. 26-16424 (CMG) |
| In re:<br><br>RDM Camps, LLC,<br><br>   Debtor.<br><br>Tax I.D. No. 26-1952560 | Chapter 11<br><br>Case No. 26-16425 (CMG) |

| | |
|---|---|
| In re:<br><br>Shab Operating Inc.,<br><br>    Debtor.<br>Tax I.D. No. 74-3230078 | Chapter 11<br><br>Case No. 26-16426 (CMG) |
| In re:<br><br>Mesorahland LLC<br><br>    Debtor.<br>Tax I.D. No. 36-4643146 | Chapter 11<br><br>Case No. 26-16427 (CMG) |
| In re:<br><br>Washington Lake, LLC,<br><br>    Debtor.<br>Tax I.D. No. 20-8813633 | Chapter 11<br><br>Case No. 26-16428 (CMG) |
| In re:<br><br>Mogenavland LLC,<br><br>    Debtor.<br>Tax I.D. No. 27-3389041 | Chapter 11<br><br>Case No. 26-16429 (CMG) |
| In re:<br><br>Wekeeland LLC,<br><br>    Debtor.<br>Tax I.D. No. 26-3837359 | Chapter 11<br><br>Case No. 26-16430 (CMG) |
| In re:<br><br>Mohawkland LLC,<br><br>    Debtor.<br>Tax I.D. No. 27-1471693 | Chapter 11<br><br>Case No. 26-16431 (CMG) |
| In re:<br><br>WM Land, LLC,<br><br>    Debtor.<br>Tax I.D. No. 27-1766957 | Chapter 11<br><br>Case No. 26-16432 (CMG) |

| | |
|---|---|
| In re:<br><br>Pine Forest Landco LLC,<br><br>        Debtor.<br>Tax I.D. No. 88-2442329 | Chapter 11<br><br>Case No. 26-16433 (CMG) |
| In re:<br><br>WM Camp, LLC,<br><br>        Debtor.<br>Tax I.D. No. 27-1682216 | Chapter 11<br><br>Case No. 26-16434 (CMG) |
| In re:<br><br>Poland Landco LLC,<br><br>        Debtor.<br>Tax I.D. No. 47-3857131 | Chapter 11<br><br>Case No. 26-16435 (CMG) |
| In re:<br><br>Waukeela Landco LLC,<br><br>        Debtor.<br>Tax I.D. No. 46-5389007 | Chapter 11<br><br>Case No. 26-16436 (CMG) |
| In re:<br><br>Summit Camp, LLC,<br><br>        Debtor.<br>Tax I.D. No. 27-0288081 | Chapter 11<br><br>Case No. 26-16437 (CMG) |
| In re:<br><br>Shab Holdings LLC,<br><br>        Debtor.<br>Tax I.D. No. 74-3230077 | Chapter 11<br><br>Case No. 26-16438 (CMG) |
| In re:<br><br>One Canal Place Leasing LLC,<br><br>        Debtor.<br>Tax I.D. No. 41-4070566 | Chapter 11<br><br>Case No. 26-16549 (CMG) |

| | |
|---|---|
| In re:<br><br>One Canal Place Real Estate LLC,<br><br>         Debtor.<br>Tax I.D. No. 41-4070964 | Chapter 11<br><br>Case No. 26-16550 (CMG) |
| In re:<br><br>Quadstar Realty LLC,<br><br>         Debtor.<br>Tax I.D. No. 82-4691831 | Chapter 11<br><br>Case No. 26-16567 (CMG) |
| In re:<br><br>Mohawk Country Day School, Inc.,<br><br>         Debtor.<br>Tax I.D. No. 13-2565981 | Chapter 11<br><br>Case No. 26-16568 (CMG) |

**SIMAD DEBTORS' MOTION FOR ENTRY OF AN
ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors in possession (collectively, the "SIMAD Debtors") state as follows in support of this motion (the "Motion"):

**Relief Requested**

1. The SIMAD Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"): (a) authorizing, but not directing, the SIMAD Debtors to procedurally consolidate and jointly administer these chapter 11 cases; and (b) granting related relief. The SIMAD Debtors request that the Court (as defined herein) maintain one file and one docket for all of the jointly administered cases under the case of SIMAD Holdings Ltd., Case No. 26-16388 (CMG).

10

**Jurisdiction and Venue**

2.      The United States Bankruptcy Court for the District of New Jersey (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.).  The SIMAD Debtors confirm their consent to the Court entering a final order in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are sections 105(a) and 342(c)(1) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rules 1015(b) and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**Background**

5.      Since 2006, the SIMAD Debtors have largely operated their businesses in the field of summer camps.  The SIMAD Debtors own and operate 30 summer camps (day and sleepaway) that primarily operate during the summer months (June through August).  The SIMAD Debtors' summer camps are located predominantly throughout the eastern United States region, including in New Jersey, New York, Maine, Pennsylvania, among others, in which approximately 20,500 children enroll each year.

6.      On June 4, and June 5, 2026 (the "Petition Date"), each of the SIMAD Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The SIMAD Debtors are operating their businesses and managing their assets as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee

11

or examiner has been made in these chapter 11 cases and no official committees have been appointed or designated.

7.      Contemporaneously with the commencement of the SIMAD Debtors' Chapter 11 cases, the SIMAD Debtors (i) appointed Assaf Ravid, as Chief Restructuring Officer (the "SIMAD CRO") and (ii) vested the SIMAD CRO with operational control of the SIMAD Debtors.

**Basis for Relief Requested**

8.      Bankruptcy Rule 1015(b)(1)(D) provides, in pertinent part, that "[t]he court may order joint administration of the estates in a joint case or in two or more cases pending in the court if they are brought by or against . . . a debtor and an affiliate." Fed. R. Bankr. P. 1015.  The sixty-one (61) SIMAD Debtor entities that commenced these chapter 11 cases are "affiliates" as that term is defined in section 101(2) of the Bankruptcy Code.  11 U.S.C. § 101(2).  Accordingly, the Bankruptcy Code and Bankruptcy Rules authorize the Court to grant the relief requested herein.

9.      Joint administration is generally non-controversial, and courts in this district regularly order joint administration in cases with multiple related debtors.  *See, e.g.*, *In re Freshrealm, Inc.*, No. 26-14656 (MEH) (Bankr. D.N.J. Apr. 29, 2026) (directing joint administration of chapter 11 cases); *In re Eddie Bauer LLC*, No. 26-11422 (SLM) (Bankr. D.N.J. Feb. 10, 2026) (same); *In re STG Logistics, Inc*, No. 26-10258 (MEH) (Bankr. D.N.J. Jan. 14, 2026) (same); *In United Site Servs., Inc.*, No. 25-23630 (MBK) (Bankr. D.N.J. Dec. 30, 2025) (same); *In re Del Monte Foods Corp. II Inc.*, No. 25-16984 (MBK) (Bankr. D.N.J. July 2, 2025) (same); *In re New Rite Aid, LLC*, No. 25-14861 (MBK) (Bankr. D.N.J. May 7, 2025) (same); *In re Sam Ash Music Corp.*, No. 24-14727 (SLM) (D.N.J. May 10, 2024) (same); *In re Thrasio*

*Holdings, Inc.*, No. 24-11840 (CMG) (Bankr. D.N.J. Mar. 1, 2024) (same); *In re Invitae Corp.*, No. 24-11362 (MBK) (Bankr. D.N.J. Feb. 16, 2024) (same).[2]

10.     Given the integrated nature of the SIMAD Debtors' operations, joint administration of these chapter 11 cases will provide significant administrative convenience without harming the substantive rights of any party in interest.  Many of the motions, hearings, and orders in these chapter 11 cases will affect each SIMAD Debtor entity.  The entry of an order directing joint administration of these chapter 11 cases will reduce fees and costs by avoiding duplicative filings and objections.  Joint administration will also allow the Office of the United States Trustee for the District of New Jersey (the "U.S. Trustee") and all parties in interest to monitor these chapter 11 cases with greater ease and efficiency.

11.     Moreover, joint administration will not adversely affect the SIMAD Debtors' respective constituencies.  This Motion seeks only administrative, not substantive, consolidation of the SIMAD Debtors' estates.  Parties in interest will not be harmed by the relief requested; rather, parties in interest will benefit from (i) the cost reductions associated with the joint administration of these chapter 11 cases and (ii) ease of reference to one main case docket of 26-16388 (CMG) throughout these chapter 11 cases.  Accordingly, the SIMAD Debtors submit that the joint administration of these chapter 11 cases is in the best interests of their estates, their creditors, and all other parties in interest.

12.     The SIMAD Debtors request that all orders, pleadings, papers, and documents, except proofs of claim, lists, schedules, and statements, shall be filed and docketed in the case

---

[2]     Because of the voluminous nature of the orders cited herein, such orders have not been attached to this Motion. Copies of these orders are available upon request to the SIMAD Debtors' proposed counsel.

number assigned to 26-16388 (CMG) (the "Lead Case"),[3] bearing the caption as shown in Exhibit 1 to the Order attached hereto. All proofs of claim shall be filed and docketed under the case number representing the estate against which the claim is made, and a creditor of more than one estate shall file a proof of claim in each case in which a claim may be made, and only in the amount that the creditor may make a claim from that estate.

13.     The SIMAD Debtors also seek the Court's direction that a notation be entered on the docket in each of the SIMAD Debtors' chapter 11 cases to reflect the joint administration of these cases.

14.     Based on the foregoing, the SIMAD Debtors submit that the relief requested is necessary and appropriate, is in the best interests of their estates and creditors and should be granted in all respects.

## No Prior Request

15.     No prior request for the relief sought in this Motion has been made to this Court or any other court.

## Notice

16.     The SIMAD Debtors will provide notice of this Motion to the following parties or their respective counsel: (a) the U.S. Trustee; (b) the merchant cash advancement lenders (via email); (c) counsel to the Mishmeret Trust Company; and (d) any party that has requested notice pursuant to Bankruptcy Rule 2002. The SIMAD Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

---

[3]     For the avoidance of doubt, any pleading or order filed or docketed in these chapter 11 cases shall not apply to any of the affiliated debtors subject to the lead case captioned *In re DAMIS Holdings, LLC*, Case No. 26-16439 (CMG) (Bankr. D.N.J.) unless otherwise ordered by the Court.

**WHEREFORE**, the SIMAD Debtors request that the Court enter an order, in substantially

the form attached hereto as **<u>Exhibit A</u>**, granting the relief requested herein and such other relief as

is just and proper under the circumstances.

Dated: June 8, 2026

*/s/ Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
             wusatine@coleschotz.com
             dbass@coleschotz.com
             fyudkin@coleschotz.com
             dharris@coleschotz.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>SIMAD Holdings Ltd.,<br><br>        Debtor. [1]<br><br>Tax I.D. No. N/A | Chapter 11<br><br>Case No. 26-16388 (CMG) |
| In re:<br><br>Rolling Hills Operatingco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 88-2342968 | Chapter 11<br><br>Case No. 26-16377 (CMG) |

---

[1]    A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357 Trumbull, CT 06611.

| | |
|---|---|
| In re:<br><br>Rolling Hills Landco LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 88-2343087 | Chapter 11<br><br>Case No. 26-16379 (CMG) |
| In re:<br><br>Country Roads Operatingco LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 46-3689261 | Chapter 11<br><br>Case No. 26-16381 (CMG) |
| In re:<br><br>Country Roads Landco LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 46-3694321 | Chapter 11<br><br>Case No. 26-16382 (CMG) |
| In re:<br><br>Eagle's Landing Day Camp LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 45-3645311 | Chapter 11<br><br>Case No. 26-16384 (CMG) |
| In re:<br><br>Meadowbrook Operatingco LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 81-2291099 | Chapter 11<br><br>Case No. 26-16385 (CMG) |
| In re:<br><br>Meadowbrook Landco LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 81-2291751 | Chapter 11<br><br>Case No. 26-16386 (CMG) |
| In re:<br><br>Mill Road Landco LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 45-3645276 | Chapter 11<br><br>Case No. 26-16387 (CMG) |

| | |
|---|---|
| In re: | |
| Intermediate SIMAD 1 LLC, | Chapter 11 |
| Debtor. | Case No. 26-16389 (CMG) |
| Tax I.D. No. 39-5063204 | |
| In re: | |
| SIMAD Equities LLC, | Chapter 11 |
| Debtor. | Case No. 26-16390 (CMG) |
| Tax I.D. No. 42-2770174 | |
| In re: | |
| Achim Landco LLC, | Chapter 11 |
| Debtor. | Case No. 26-16391(CMG) |
| Tax I.D. No. 45-5116363 | |
| In re: | |
| BAHS Holdings LLC, | Chapter 11 |
| Debtor. | Case No. 26-16392 (CMG) |
| Tax I.D. No. 74-3230074 | |
| In re: | |
| Achim Operatingco LLC, | Chapter 11 |
| Debtor. | Case No. 26-16393 (CMG) |
| Tax I.D. No. 45-5116413 | |
| In re: | |
| BAHS Operating Inc., | Chapter 11 |
| Debtor. | Case No. 26-16394 (CMG) |
| Tax I.D. No. 74-3230075 | |
| In re: | |
| Banner Landco LLC, | Chapter 11 |
| Debtor. | Case No. 26-16395 (CMG) |
| Tax I.D. No. 46-4143422 | |

| | |
|---|---|
| In re:<br><br>Banner Operatingco LLC,<br><br>            Debtor.<br>Tax I.D. No. 46-4138660 | Chapter 11<br><br>Case No. 26-16396 (CMG) |
| In re:<br><br>Belgrade Lakes Summer Camps LLC,<br><br>            Debtor.<br>Tax I.D. No. 45-0949107 | Chapter 11<br><br>Case No. 26-16397 (CMG) |
| In re:<br><br>Bluestar Landco, LLC,<br><br>            Debtor.<br>Tax I.D. No. 45-4400233 | Chapter 11<br><br>Case No. 26-16398 (CMG) |
| In re:<br><br>Camp Med-O-Lark, Inc.,<br><br>            Debtor.<br>Tax I.D. No. 20-5014808 | Chapter 11<br><br>Case No. 26-16399 (CMG) |
| In re:<br><br>Bluestar Operatingco, LLC,<br><br>            Debtor.<br>Tax I.D. No. 45-4400170 | Chapter 11<br><br>Case No. 26-16400 (CMG) |
| In re:<br><br>Chateaugay Landco LLC,<br><br>            Debtor.<br>Tax I.D. No. 88-2103300 | Chapter 11<br><br>Case No. 26-16401 (CMG) |
| In re:<br><br>Club Getaway Operatingco, LLC,<br><br>            Debtor.<br>Tax I.D. No. 45-4740799 | Chapter 11<br><br>Case No. 26-16402 (CMG) |

| | |
|---|---|
| In re:<br><br>Chateaugay Campco LLC,<br><br>    Debtor.<br>Tax I.D. No. 88-2103193 | Chapter 11<br><br>Case No. 26-16403 (CMG) |
| In re:<br><br>Green Lane Operatingco, LLC,<br><br>    Debtor.<br>Tax I.D. No. 45-2798472 | Chapter 11<br><br>Case No. 26-16404 (CMG) |
| In re:<br><br>Club Getaway Landco, LLC,<br><br>    Debtor.<br>Tax I.D. No. 45-2798554 | Chapter 11<br><br>Case No. 26-16405 (CMG) |
| In re:<br><br>IAFALANDCO, LLC,<br><br>    Debtor.<br>Tax I.D. No. 45-0968508 | Chapter 11<br><br>Case No. 26-16406 (CMG) |
| In re:<br><br>Island Lake Campco LLC,<br><br>    Debtor.<br>Tax I.D. No. 86-1798046 | Chapter 11<br><br>Case No. 26-16408 (CMG) |
| In re:<br><br>Green Lane Landco, LLC,<br><br>    Debtor.<br>Tax I.D. No. 45-2798554 | Chapter 11<br><br>Case No. 26-16409 (CMG) |
| In re:<br><br>Kiwi Operatingco LLC,<br><br>    Debtor.<br>Tax I.D. No. 46-2004866 | Chapter 11<br><br>Case No. 26-16410 (CMG) |

| | |
|---|---|
| In re:<br><br>Greenvilleland LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 26-4101514 | Chapter 11<br><br>Case No. 26-16411 (CMG) |
| In re:<br><br>Waukeela Operatingco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 46-5389007 | Chapter 11<br><br>Case No. 26-16412 (CMG) |
| In re:<br><br>IAFAOPERATINGCO, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 45-0968199 | Chapter 11<br><br>Case No. 26-16414 |
| In re:<br><br>MaineWekeelaco, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 26-3837189 | Chapter 11<br><br>Case No. 26-16415 (CMG) |
| In re:<br><br>Mesorahco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 36-4643144 | Chapter 11<br><br>Case No. 26-16416 (CMG) |
| In re:<br><br>Island Lake Landco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 86-1798144 | Chapter 11<br><br>Case No. 26-16417 (CMG) |
| In re:<br><br>Mogenavco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 45-3694326 | Chapter 11<br><br>Case No. 26-16418 (CMG) |

| | |
|---|---|
| In re:<br><br>Lavco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 35-2323566 | Chapter 11<br><br>Case No. 26-16419 (CMG) |
| In re:<br><br>Mohawkcampco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 27-1471724 | Chapter 11<br><br>Case No. 26-16420 (CMG) |
| In re:<br><br>Pine Forest Campco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 88-2442248 | Chapter 11<br><br>Case No. 26-16421 (CMG) |
| In re:<br><br>Lavland LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 35-2323567 | Chapter 11<br><br>Case No. 26-16422 (CMG) |
| In re:<br><br>Poland Campco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 47-3844127 | Chapter 11<br><br>Case No. 26-16423 (CMG) |
| In re:<br><br>Malka Operatingco LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 46-4390589 | Chapter 11<br><br>Case No. 26-16424 (CMG) |
| In re:<br><br>RDM Camps, LLC,<br><br>        Debtor.<br><br>Tax I.D. No. 26-1952560 | Chapter 11<br><br>Case No. 26-16425 (CMG) |

| | |
|---|---|
| In re:<br><br>Shab Operating Inc.,<br><br>        Debtor.<br>Tax I.D. No. 74-3230078 | Chapter 11<br><br>Case No. 26-16426 (CMG) |
| In re:<br><br>Mesorahland LLC<br><br>        Debtor.<br>Tax I.D. No. 36-4643146 | Chapter 11<br><br>Case No. 26-16427 (CMG) |
| In re:<br><br>Washington Lake, LLC,<br><br>        Debtor.<br>Tax I.D. No. 20-8813633 | Chapter 11<br><br>Case No. 26-16428 (CMG) |
| In re:<br><br>Mogenavland LLC,<br><br>        Debtor.<br>Tax I.D. No. 27-3389041 | Chapter 11<br><br>Case No. 26-16429 (CMG) |
| In re:<br><br>Wekeeland LLC,<br><br>        Debtor.<br>Tax I.D. No. 26-3837359 | Chapter 11<br><br>Case No. 26-16430 (CMG) |
| In re:<br><br>Mohawkland LLC,<br><br>        Debtor.<br>Tax I.D. No. 27-1471693 | Chapter 11<br><br>Case No. 26-16431 (CMG) |
| In re:<br><br>WM Land, LLC,<br><br>        Debtor.<br>Tax I.D. No. 27-1766957 | Chapter 11<br><br>Case No. 26-16432 (CMG) |

| | |
|---|---|
| In re:<br><br>Pine Forest Landco LLC,<br><br>         Debtor.<br><br>Tax I.D. No. 88-2442329 | Chapter 11<br><br>Case No. 26-16433 (CMG) |
| In re:<br><br>WM Camp, LLC,<br><br>         Debtor.<br><br>Tax I.D. No. 27-1682216 | Chapter 11<br><br>Case No. 26-16434 (CMG) |
| In re:<br><br>Poland Landco LLC,<br><br>         Debtor.<br><br>Tax I.D. No. 47-3857131 | Chapter 11<br><br>Case No. 26-16435 (CMG) |
| In re:<br><br>Waukeela Landco LLC,<br><br>         Debtor.<br><br>Tax I.D. No. 46-5389007 | Chapter 11<br><br>Case No. 26-16436 (CMG) |
| In re:<br><br>Summit Camp, LLC,<br><br>         Debtor.<br><br>Tax I.D. No. 27-0288081 | Chapter 11<br><br>Case No. 26-16437 (CMG) |
| In re:<br><br>Shab Holdings LLC,<br><br>         Debtor.<br><br>Tax I.D. No. 74-3230077 | Chapter 11<br><br>Case No. 26-16438 (CMG) |
| In re:<br><br>One Canal Place Leasing LLC,<br><br>         Debtor.<br><br>Tax I.D. No. 41-4070566 | Chapter 11<br><br>Case No. 26-16549 (CMG) |

| | |
|---|---|
| In re:<br><br>One Canal Place Real Estate LLC,<br><br>                Debtor.<br><br>Tax I.D. No. 41-4070964 | Chapter 11<br><br>Case No. 26-16550 (CMG) |
| In re:<br><br>Quadstar Realty LLC,<br><br>                Debtor.<br><br>Tax I.D. No. 82-4691831 | Chapter 11<br><br>Case No. 26-16567 (CMG) |
| In re:<br><br>Mohawk Country Day School, Inc.,<br><br>                Debtor.<br><br>Tax I.D. No. 13-2565981 | Chapter 11<br><br>Case No. 26-16568 (CMG) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered three (3) through six (6), is

**ORDERED.**

(Page 3)

| | |
|---|---|
| Debtors: | SIMAD Holdings Ltd., *et al*. |
| Case No. | Case No. 26-16388 (CMG) |
| Caption of Order: | Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief |

Upon the *SIMAD Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* (the "Motion"),[2] of the above-captioned debtors and debtors in possession (collectively, the "SIMAD Debtors"), for entry of an order (this "Order") (a) authorizing the SIMAD Debtors to direct the joint administration of the SIMAD Debtors' chapter 11 cases for procedural purposes only, and (b) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that the SIMAD Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"), if any; and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED** as set forth herein.

---

2    Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion.

(Page 4)

Debtors:                SIMAD Holdings Ltd., *et al.*
Case No.                Case No. 26-16388 (CMG)
Caption of Order:       Order (I) Directing Joint Administration of Chapter 11 Cases and
                        (II) Granting Related Relief

2.      Any objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3.      The above-captioned cases hereby are jointly administered by this Court for procedural purposes only.

4.      Nothing contained in the Motion, or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the SIMAD Debtors to seek entry of an order substantively consolidating their respective cases.

5.      The SIMAD Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of New Jersey shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

6.      All pleadings, papers, and documents filed in the Lead Case shall bear the caption as shown in **Exhibit 1** attached hereto.

7.      The caption shown in **Exhibit 1** attached hereto satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

8.      All lists, schedules, and statements shall be filed and docketed in the specific SIMAD Debtor's case to which they are applicable.

9.      Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

10.     If pleadings, papers, or documents have been filed in any of the above-captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) refile the pleading,

(Page 5)

| | |
|---|---|
| Debtors: | SIMAD Holdings Ltd., *et al*. |
| Case No. | Case No. 26-16388 (CMG) |
| Caption of Order: | Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief |

paper, or document in the Lead Case within three (3) business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties.

11. The Clerk shall file a copy of this Order in the Lead Case and each of the affiliated SIMAD Debtor cases. A docket entry shall be made in each of the above-captioned chapter 11 cases, except the chapter 11 case of SIMAD Holdings Ltd. substantially as follows:

An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of SIMAD Holdings Ltd. and its affiliated debtors. All further pleadings and papers shall be filed in, and all further docket entries shall be made in, the docket of SIMAD Holdings Ltd., Case No. 26-16388 (CMG), and that docket should be consulted for all matters affecting these chapter 11 cases.

12. The SIMAD Debtors shall file individual monthly operating reports for each Debtor and such reports shall be docketed in the Lead Case.

13. The SIMAD Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

14. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

15. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

16. Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

(Page 6)

Debtors:              SIMAD Holdings Ltd., *et al*.

Case No.              Case No. 26-16388 (CMG)

Caption of Order:     Order (I) Directing Joint Administration of Chapter 11 Cases and
                      (II) Granting Related Relief

17.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**<u>Exhibit 1</u>**

**Case Caption**

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>SIMAD Holdings Ltd., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

---

[1]  A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357 Trumbull, CT 06611.