**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*,[1] | Case Nos. 26-16388 |
| Debtors. | (Joint Administration Requested) |

**APPLICATION FOR ORDER SHORTENING TIME**

TO THE HONORABLE CHRISTINE M. GRAVELLE
CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT:

The above-captioned debtors and debtors in possession (collectively, the "SIMAD

Debtors") by and through their undersigned proposed counsel request that the time period to notice

a hearing on (a) *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of*

---

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of SIMAD Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

1

*Chapter 11 Cases and (II) Granting Related Relief* and (b) *SIMAD Debtors' Emergency Motion for Entry of an Interim Order (I) Authorizing the SIMAD Debtors' Immediate Use of Cash Collateral and Existing Bank Accounts for Purposes of Satisfying Prepetition Gross Salaries, Payroll Taxes, and Other Critical Expenses, (II) Authorizing the SIMAD Debtors to Satisfy and Direct Payroll Banks to Honor Certain Prepetition Gross Salaries and Payroll Taxes of Their Employees, (III) Authorizing the SIMAD Debtors' Continued Use of Their Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Continue Additional Transactions, and (IV) Granting Related Relief* (collectively, the "Motions")[2] as required by Fed. R. Bankr. P. 2002 be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), and respectfully submit:

1.    A shortened time hearing is requested because:  An immediate and orderly transition into chapter 11 is critical to the viability of the SIMAD Debtors' operations and any delay in granting the relief requested could hinder the SIMAD Debtors' operations and cause irreparable harm.  Furthermore, the failure to receive the requested relief on an expedited basis would severely disrupt the SIMAD Debtors' camp operations at this critical juncture, including their ability to timely open the respective camps.  The requested relief is necessary for the SIMAD Debtors to operate their business in the ordinary course, preserve the ongoing value of their operations, and maximize value of their estates for the benefit of all stakeholders.  The SIMAD Debtors do not believe that any party will be prejudiced by the shortened notice for a hearing.

2.    State the hearing dates requested: The Debtors respectfully request that the Court hear both Motions on June 8, 2026 at 2:00 p.m. (E.T.) or such other time on June 8, 2026 that the Court is available.

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motions.

3.      Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

**WHEREFORE,** the SIMAD Debtors respectfully request entry of the proposed order

shortening time, in substantially the form submitted herewith, granting the relief requested herein

and such other relief as is just and proper under the circumstances.

Dated: June [  ], 2026

                                          /s/ Michael D. Sirota
                                          **COLE SCHOTZ P.C.**
                                          Michael D. Sirota
                                          Warren A. Usatine
                                          David M. Bass
                                          Felice R. Yudkin
                                          Daniel J. Harris
                                          Court Plaza North, 25 Main Street
                                          Hackensack, New Jersey 07601
                                          Telephone: (201) 489-3000
                                          Email:     msirota@coleschotz.com
                                                     wusatine@coleschotz.com
                                                     dbass@coleschotz.com
                                                     fyudkin@coleschotz.com
                                                     dharris@coleschotz.com

                                          *Proposed Counsel to the Debtors and
                                          Debtors in Possession*

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 26-16388<br><br>(Joint Administration Requested) |

## ORDER SHORTENING TIME PERIOD FOR NOTICE

The relief set forth on the following pages numbered two (2) through three (3), is hereby

**ORDERED**.

---

[1]   A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD.  The location of SIMAD Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

1

(Page 2)
Debtors:            SIMAD HOLDINGS LTD., *et al.*
Case No.            26-16388-CMG
Caption of Order:   ORDER SHORTENING TIME PERIOD FOR NOTICE

Upon review of the Debtors' *Application for Order Shortening Time* (the "Application"),[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") requesting that the time period for (a) *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* and (b) *SIMAD Debtors' Emergency Motion for Entry of an Interim Order (I) Authorizing the SIMAD Debtors' Immediate Use of Cash Collateral and Existing Bank Accounts for Purposes of Satisfying Prepetition Gross Salaries, Payroll Taxes, and Other Critical Expenses, (II) Authorizing the SIMAD Debtors to Satisfy and Direct Payroll Banks to Honor Certain Prepetition Gross Salaries and Payroll Taxes of Their Employees, (III) Authorizing the SIMAD Debtors' Continued Use of Their Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Continue Additional Transactions, and (IV) Granting Related Relief* (collectively, the "Motions") be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1),

**IT IS HEREBY ORDERED THAT**:

1.      A hearing will be conducted on both Motions on June ___, 2026 at __:00 a.m./p.m. (E.T.), before the Honorable Christine M. Gravelle, Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Trenton, N.J. 08608 Courtroom #3.

2.      The Debtors must serve a copy of this Order, and all related documents to all known entities asserting a lien on any of the Debtors' assets by email, where available.

3.      Service must be made on the same day as the date of this Order.

4.      Notice by telephone is not required.

---

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

2

(Page 3)

| | |
|---|---|
| Debtors: | SIMAD HOLDINGS LTD., *et al.* |
| Case No. | 26-16388-CMG |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE |

5.      A Certification of Service must be filed prior to the hearing date.

6.      Any objections to either of the Motions may be presented orally at the hearing.  The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/