**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD. *et al.*,<br><br>        Debtors.[1] | Chapter 11<br><br>Case Nos. 26-16377 (CMG) through 26-16568 (CMG)<br><br>(Joint Administration to be Requested) |
| In re:<br><br>DAMIS HOLDINGS, LLC, *et al.*,<br><br>        Debtors.[2] | Chapter 11<br><br>Case Nos. 26-16439 (CMG) through 26-16528 (CMG)<br><br>(Joint Administration to be Requested) |

---

[1]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The Debtors intend to seek joint administration of these chapter 11 cases to establish, *inter alia*, procedures governing the chapter 11 cases and the caption to be used going forward.

[2]   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS. The Debtors intend to seek joint administration of these chapter 11 cases to establish, *inter alia*, procedures governing the chapter 11 cases and the caption to be used going forward.

**SUPPLEMENTAL NOTICE OF (I) COMMENCEMENT OF CHAPTER 11
CASES AND (II) RESTATING THE AUTOMATIC STAY
PROVISIONS OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on June 4, 2026, certain of the above-captioned debtors and debtors in possession filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Court"). Those debtors are listed on Schedule 1 and Schedule 2 of the *Notice of (I) Commencement of Chapter 11 Cases and (II) Restating the Automatic Stay Provisions of the Bankruptcy Code* [Case No. 26-16388, Docket No. 3].

**PLEASE TAKE FURTHER NOTICE** that on June 5, 2026, additional entities, listed on Supplemental Schedule 1 hereto (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in this Court. The Debtors' chapter 11 cases are pending before the Honorable Chief Judge Christine M. Gravelle.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions operates as a self-effectuating statutory stay that is applicable to all entities and protects the Debtors from, among other things: (a) the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Debtors' cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy cases, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates.[3]

**PLEASE TAKE FURTHER NOTICE** that any entity that seeks to assert claims, interests, causes of action, or other legal or equitable remedies against, or otherwise exercise any rights in law or equity against, the Debtors or their estates must do so in front of the Court pursuant to the Bankruptcy Code and applicable law.

**PLEASE TAKE FURTHER NOTICE** nothing in this notice expands, enlarges, or limits the rights afforded to any party under the Bankruptcy Code, nor does the notice modify the rights provided under section 362(b) of the Bankruptcy Code, and all rights of parties in interest to assert that any action is subject, or not subject, to the automatic stay and injunction contemplated by section 362 of the Bankruptcy Code, including because of the operation of section 362(b) of the Bankruptcy Code, are preserved.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Debtors' chapter 11 cases, including copies of chapter 11 petitions filed therein, may be obtained

---

[3]  Nothing herein shall constitute a waiver of the right to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims of the Debtors against any party. The Debtors expressly reserve the right to contest any claims that may be asserted against them.

by accessing the Debtors' publicly available websites at https://restructuring.ra.kroll.com/SIMAD and https://restructuring.ra.kroll.com/DAMIS.

Dated: June 7, 2026

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
              wusatine@coleschotz.com
              dbass@coleschotz.com
              fyudkin@coleschotz.com
              dharris@coleschotz.com

*Proposed Counsel to the Debtors and Debtors in Possession*

3

<u>**Supplemental Schedule 1**</u>

**Supplemental List of SIMAD Holdings Ltd. Debtors**

| Debtor | Case No. |
|---|---|
| One Canal Place Leasing LLC | 26-16549 |
| One Canal Place Real Estate LLC | 26-16550 |
| Quadstar Realty LLC | 26-16567 |
| Mohawk Country Day School, Inc. | 26-16568 |