**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

In re:

SIMAD HOLDINGS LTD., *et al.*,[1]

    Debtors.

Chapter 11

Case No. 26-16388

(Joint Administration Requested)

Order Filed on June 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER SHORTENING TIME PERIOD FOR NOTICE

The relief set forth on the following pages numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: June 8, 2026**

*Honorable Christine M. Gravelle, Chief Judge*
*United States Bankruptcy Judge*

---

[1]    A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD.  The location of SIMAD Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

(Page 2)

| | |
|---|---|
| Debtors: | SIMAD HOLDINGS LTD., *et al.* |
| Case No. | 26-16388-CMG |
| Caption of Order: | ORDER SHORTENING TIME PERIOD FOR NOTICE |

Upon review of the Debtors' *Application for Order Shortening Time* (the "Application"),[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") requesting that the time period for (a) *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* and (b) *SIMAD Debtors' Emergency Motion for Entry of an Interim Order (I) Authorizing the SIMAD Debtors' Immediate Use of Cash Collateral and Existing Bank Accounts for Purposes of Satisfying Prepetition Gross Salaries, Payroll Taxes, and Other Critical Expenses, (II) Authorizing the SIMAD Debtors to Satisfy and Direct Payroll Banks to Honor Certain Prepetition Gross Salaries and Payroll Taxes of Their Employees, (III) Authorizing the SIMAD Debtors' Continued Use of Their Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Continue Additional Transactions, and (IV) Granting Related Relief* (collectively, the "Motions") be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1),

**IT IS HEREBY ORDERED THAT**:

1.      A hearing will be conducted on both Motions on June 8, 2026 at 2:00 p.m. (E.T.), before the Honorable Christine M. Gravelle, Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Trenton, N.J. 08608 Courtroom #3.

2.      The Debtors must serve a copy of this Order, and all related documents to all known entities asserting a lien on any of the Debtors' assets by email, where available.

3.      Service must be made on the same day as the date of this Order.

4.      Notice by telephone is not required.

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

2

(Page 3)
Debtors:            SIMAD HOLDINGS LTD., *et al.*
Case No.            26-16388-CMG
Caption of Order:   ORDER SHORTENING TIME PERIOD FOR NOTICE

5.      A Certification of Service must be filed prior to the hearing date.

6.      Any objections to either of the Motions may be presented orally at the hearing.  The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/