**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*,[1] | Case Nos. 26-16388 (CMG) |
| Debtors. | (Joint Administration Requested) |

**SUPPLEMENTAL DECLARATION OF ASSAF RAVID, CHIEF RESTRUCTURING OFFICER OF THE SIMAD DEBTORS, IN SUPPORT OF THE SIMAD DEBTORS' <u>EMERGENCY</u> MOTION FOR ENTRY OF AN INTERIM ORDER (I) AUTHORIZING THE SIMAD DEBTORS' IMMEDIATE USE OF CASH COLLATERAL AND EXISTING BANK ACCOUNTS FOR PURPOSES OF SATISFYING PREPETITION GROSS SALARIES, PAYROLL TAXES, AND OTHER CRITICAL EXPENSES, (II) AUTHORIZING THE SIMAD DEBTORS TO SATISFY AND DIRECT PAYROLL BANKS TO HONOR CERTAIN PREPETITION GROSS SALARIES AND PAYROLL TAXES OF THEIR EMPLOYEES, (III) AUTHORIZING THE SIMAD DEBTORS' CONTINUED USE OF THEIR CASH MANAGEMENT SYSTEM, HONOR CERTAIN**

---

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of SIMAD Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

71829/0001-53350070

**PREPETITION OBLIGATIONS RELATED THERETO, AND CONTINUE
ADDITIONAL TRANSACTIONS, AND
(IV) GRANTING RELATED RELIEF**

Pursuant to 28 U.S.C. § 1746, I, Assaf Ravid, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1.      I am over the age of eighteen (18) years and am competent to testify to the matters set forth herein.  I presently serve as Chief Restructuring Officer for the SIMAD Debtors pursuant to an engagement letter dated as of June 2, 2026, and am providing strategic restructuring, management and financial advisory services to the SIMAD Debtors.

2.      I submit this supplemental declaration in further support of the *SIMAD Debtors' Emergency Motion for Entry of An Interim Order (I) Authorizing the SIMAD Debtors' Immediate Use of Cash Collateral and Existing Bank Accounts For Purposes of Satisfying Prepetition Gross Salaries, Payroll Taxes, and Other Critical Expenses, (II) Authorizing the Debtors to Satisfy and Direct Payroll Banks to Honor Certain Prepetition Gross Salaries and Payroll Taxes of their Employees, (III) Authorizing the SIMAD Debtors' Continued Use of Their Cash Management System, Honor Certain Prepetition Obligations Related Thereto, and Continue Additional Transactions, and (IV) Granting Related Relief*.

3.      Attached hereto as **Schedule 1** is a 1-week budget (the "Budget") for the SIMAD Debtors relating to the period from the Petition Date, through and including June 15, 2026.  I worked with the SIMAD Debtors' finance team, camp directors and B. Riley Securities to prepare the Budget.

71829/0001-53350070

Pursuant to 28 U.S.C. § 1748, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief based upon information available to me as of the date of this Declaration.

Dated: June 8, 2026

/s/ Assaf Ravid
Assaf Ravid

71829/0001-53350070

Schedule 1

Budget

71829/0001-53350070

**13-Week Cash Flow Forecast**

**Camp:** **Consolidated by Week**

| *USD in thousands ($000)* | **Total** |
|---|---|
| **Forecast/Actual** | **Ending Jun 05, 2026** |
| **No.**        **Period Ended** | **Ending Jun 12, 2026** |
| **I. Net Cash Flow** | |
| 1. Camper Deposits | 5,283 |
| 2 Tuition Refunds | (90.9) |
| 3. Other Receipts | 154 |
| 4. Intercompany Funding | - |
| 5. Rental Income | 64 |
| **6. Total Receipts** | **5,410.2** |
| | |
| 7. Payroll & Benefits | (1,333) |
| 8. Camp Vendor Payments | (2,372) |
| 9. Camp Operations & Supplies | (1,040) |
| 10. Credit Cards | (51) |
| 11. Rent Utilities & Maintenance | (1,625) |
| 12. Insurance | (96) |
| 13. Marketing & Enrollment | (111) |
| 14. Non-Bankruptcy Legal & Pro Fees | (19) |
| 15. Other Operating | (421) |
| 16. Intercompany | - |
| 17. Management Fee | (30) |
| 18. Taxes | (117) |
| **19. Operating Disbursements** | **(7,214.4)** |

B. Riley Confidential                                6/8/2026