**CHAPMAN AND CUTLER LLP**
Michael Friedman (*pro hac vice* to be filed)
Jorge Eric Coronel Hamilton (*pro hac vice* to be filed)
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Telephone: (212) 655-2508
friedman@chapman.com
jcoronel@chapman.com

Stephen Richard Tetro II (*pro hac vice* to be filed)
320 South Canal Street
Chicago, Illinois 60606
Telephone: (312) 845-3859
stetro@chapman.com

*Co-Counsel to Mishmeret Trust
Company Ltd., as Trustee for the Series A
Bondholders of SIMAD Holdings Ltd.*

**RIKER DANZIG LLP**
Joseph L. Schwartz
Daniel A. Bloom
7 Giralda Farms, Suite 250
Madison, New Jersey 07940
Telephone: (973) 538-0800
jschwartz@riker.com
dbloom@riker.com

*Co-Counsel to Mishmeret Trust Company
Ltd., as Trustee for the Series A
Bondholders of SIMAD Holdings Ltd.*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case Nos. 26-16388 (CMG)<br><br>(Joint Administration Requested) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS ON BEHALF
OF MISHMERET TRUST COMPANY LTD., AS TRUSTEE**

PLEASE TAKE NOTICE that, pursuant to Rules 2002, 9007, 9010(b) of the Federal

Rules of Bankruptcy Procedure (the "Rules") and section 342 of title 11 of the United States Code,

the attorneys listed below hereby enter their appearances in the above-captioned chapter 11 cases

(the "Cases") as co-counsel to Mishmeret Trust Company Ltd. ("Mishmeret"), as Trustee for the

holders of Debentures (Series A) issued by debtor SIMAD Holdings Ltd., and request that all

---

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of SIMAD Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

1

notices given or required to be given in these Cases, and all pleadings and other papers served or

required to be served in these Cases, be given to and served on the following:

**RIKER DANZIG LLP**
Joseph L. Schwartz (jschwartz@riker.com)
Daniel A. Bloom (dbloom@riker.com)
7 Giralda Farms, Suite 250
Madison, New Jersey 07940-1051
Telephone: (973) 538-0800
Facsimile: (973) 538-1984

-and-

**CHAPMAN AND CUTLER LLP**
Michael Friedman (friedman@chapman.com)
Jorge Eric Coronel Hamilton (jcoronel@chapman.com)
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 655-2508
Facsimile: (212) 697-7210

Stephen Richard Tetro II (stetro@chapman.com)
320 South Canal Street
Chicago, Illinois 60606
Telephone: (312) 845-3859
Facsimile: (312) 516-1849

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only

notices and papers referred to in the Rules specified above but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint or demand,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

hand delivery, telephone, telecopy, digital transmission or otherwise, which affects the above-

captioned Debtors or the property of the above-captioned Debtors.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the undersigned be

added to the Official Service List for notice of all contested matters, adversary proceedings and

other proceedings in these Cases.

**PLEASE TAKE FURTHER NOTICE** that this notice and request shall not be deemed to waive any of Mishmeret's: (1) rights to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court; (2) rights to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases; (3) rights to have the reference withdrawn by the United States District Court; or (4) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which Mishmeret is or may be entitled, in law or in equity, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

June 8, 2026
Madison, New Jersey

**RIKER DANZIG LLP**

By:  /s/ *Joseph L. Schwartz*
Joseph L. Schwartz
Daniel A. Bloom
7 Giralda Farms, Suite 250
Madison, New Jersey 07940
Telephone: (973) 538-0800
jschwartz@riker.com
dbloom@riker.com

-and-

**CHAPMAN AND CUTLER LLP**
Michael Friedman (*pro hac vice* to be filed)
Jorge Eric Coronel Hamilton (*pro hac vice* to be filed)
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Telephone: (212) 655-2508
friedman@chapman.com
jcoronel@chapman.com

Stephen Richard Tetro II (*pro hac vice* to be filed)
320 South Canal Street
Chicago, Illinois 60606
Telephone: (312) 845-3859
stetro@chapman.com

*Co-Counsel to Mishmeret Trust Company Ltd., as Trustee for the Series A Bondholders of SIMAD Holdings Ltd.*

3