**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD Holdings Ltd., *et al.*,[1] | Case No. 26-16388 (CMG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Sid Garabato, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 8, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on (1) the MCA Lenders Service List attached hereto as **Exhibit A**, (2) the Banks Service List attached hereto as **Exhibit B**, (3) Cole Schotz (KRA_00071), FPisano@coleschotz.com; DHarris@coleschotz.com; DBass@coleschotz.com; FYudkin@coleschotz.com; ATersigni@coleschotz.com; AMilliaressis@coleschotz.com, and (4) the United States Department of Justice, Office of the United States Trustee, Attn: Jeffrey M. Sponder, Esq., jeffrey.m.sponder@usdoj.gov:

- SIMAD Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 6]

- SIMAD Debtors' Emergency Motion for Entry of an Interim Order (I) Authorizing the SIMAD Debtors' Immediate Use of Cash Collateral and Existing Bank Accounts for Purposes of Satisfying Prepetition Gross Salaries, Payroll Taxes, and Other Critical Expenses, (II) Authorizing the SIMAD Debtors to Satisfy and Direct Payroll Banks to Honor Certain Prepetition Gross Salaries and Payroll Taxes of Their Employees, (III) Authorizing the SIMAD Debtors' Continued Use of Their Cash Management System, Honor Certain Prepetition Obligation Related Thereto, and Continue Additional Transactions, and (IV) Granting Related Relief [Docket No. 7]

- Application for Order Shortening Time. Hearing Scheduled for June 8, 2026 at 2:00 p.m. (ET) [Docket No. 8]

---

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number June be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357 Trumbull, CT 06611.

- Supplemental Notice of (I) Commencement of Chapter 11 Cases and (II) Restating the Automatic Stay Provisions of the Bankruptcy Code [Docket No. 9]

- Order Shortening Time Period for Notice. Hearing Scheduled for June 8, 2026 at 2:00 p.m. (ET) [Docket No. 10]

Dated: June 8, 2026

*/s/ Sid Garabato*
Sid Garabato

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 8, 2026, by Sid Garabato, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

SRF 96778

**Exhibit A**

Exhibit A

MCA Lenders Service List

Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| KRA_00001 | Ace | hg@acefundingllc.com; accounting@acefundingllc.com |
| KRA_00002 | Agile | accounting@agilecapitalfund.com; aaron@agilecapitalfund.com; rina@agilecapitalfunding.com |
| KRA_00003 | American Choice Capital LLC | jimmy@americanchoicecapital.com; submissions@americanchoicecapital.com |
| KRA_00004 | Backd/Austin Business Finance LLC | corbin@backd.com; carson@backd.com; megan@backd.com |
| KRA_00005 | BLOC Funding | jklein@kingcapitalnyc.com; info@mcaservicingcompany.com |
| KRA_00006 | Cashera | javier@cashera.com; p.vega@cashera.com |
| KRA_00007 | Clearview Funding | merchantsupport@clearviewfunds.com; mo@clearviewfunds.com |
| KRA_00008 | E ADVANCE SERVICES LLC/JJM ENTERPRISES LLC | paul@eadvanceservices.com |
| KRA_00009 | Fairpark Capital | diana@fairparkcapital.com |
| KRA_00010 | Funders West | javier@fundersapp.com; p.vega@fundersapp.com; mark@fundersapp.com |
| KRA_00011 | Funding Club | accounting@fundingclubus.com |
| KRA_00012 | IOU | jpelotte@ioufinancial.com; jake@ioufinancial.com |
| KRA_00013 | LIbertas | katherine.fonseca@libertasfunding.com; randy.saluck@libertasfunding.com; rick.appel@libertasfunding.com; ryan.conway@libertasfunding.com |
| KRA_00014 | Lifetime Funding | admin@lifetimefundingllc.com; ashley@lifetimefundingllc.com; josh@lifetimefundingllc.com |
| KRA_00015 | LNS Group 2 | Samuel@lnsgroupllc.com; KBerthiaume@lnsgroupllc.com |
| KRA_00016 | Merchant Market | paul@merchantmarketplace.com; james@merchantmarketplace.com; alana@merchantmarketplace.com |
| KRA_00017 | Mulligan | pforan@mulliganfunding.com; david@mulliganfunding.com |
| KRA_00018 | Newco | sara@newcocapitalgroup.com; rebekah@newcocapitalgroup.com; suzanna@newcocapitalgroup.com |
| KRA_00019 | Ocean | cobi@ocean-funding.com; angie@ocean-funding.com |
| KRA_00020 | Optimum Lending | info@optimumlendingpartners.com |
| KRA_00021 | Orca | maggie@orcacap.com; robby@orcacap.com; jake@orca-funding.com; mendel@orca-funding.com |
| KRA_00022 | Redstone | simon@redstoneadvance.com |
| KRA_00023 | Transparency Advance | subs@transparencyadvance.com |
| KRA_00024 | Vault | miguel@vaultcapitalllc.com; jimmy@veefunding.com; dbenjamin@vaultcapitalllc.com |

SIMAD Holdings Ltd. *et al.,*
Case No. 26-16388 (CMG)

Exhibit A

MCA Lenders Service List

Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| KRA_00025 | Wynwood | joe@wynwoodcapitalgroup.com; sol@wynwoodcapitalgroup.com; sam@wynwoodcapitalgroup.com |

**<u>Exhibit B</u>**

Exhibit B

Banks Service List

Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| KRA_00061 | Arrow Bank (formerly Saratoga) | shannon.richards@arrowbank.com; kurt.moser@arrowbank.com; jason.martin@arrowbank.com |
| KRA_00026 | Ascend Bank | NGerson@ascend.bank; DHawthorne@ascend.bank; nbellisle@ascend.bank; MBelmont@ascend.bank |
| KRA_00027 | B of A | jason.lundy@bofa.com; jessica.l.bonner@bofa.com; susan.e.gaudreau@bofa.com; joanne.e.papa@bofa.com |
| KRA_00028 | Bank Iowa | kmccormick@bankiowa.bank; AWeger@bankiowa.bank; afrost@bankiowa.bank |
| KRA_00029 | Bank NH | Tarra.Sorell@bnh.bank; Mary.LaBarge@bnh.bank; Chris.Walkley@bnh.bank; JoAnne.Taylor@bnh.bank |
| KRA_00030 | Bank of Clarke County | sdorsey@bankofclarke.com; lstanley@bankofclarke.com; jcoffman@bankofclarke.com |
| KRA_00031 | BankHomeTown | mmahlert@bankhometown.com |
| KRA_00032 | Beacon (formerly Berkshire), RHR | MDeane@berkshirebank.com; HMassey@Berkshirebank.com; DReinert@berkshirebank.com |
| KRA_00033 | Beacon (formerly PCSB) , Kiwi | Christopher.Boemio@mypcsb.com; abigale.vasquezacevedo@mypcsb.com |
| KRA_00034 | Blue Sky Bank | mjohnson@bluesky.bank; bmize@bluesky.bank |
| KRA_00035 | Busey | gabriela.pineda@busey.com; Jennifer.Esquilin@Busey.com; Miles.Tamburri@Busey.com |
| KRA_00036 | Byline (formerly Inland) | dfitzgerald@bylinebank.com; eambrus@bylinebank.com; mdivito@bylinebank.com; TM@bylinebank.com |
| KRA_00037 | Chase | jpmc.legal.concierge.support@jpmchase.com; Privacy.Info@JPMChase.com |
| KRA_00038 | Columbia Bank | CustomerService@ColumbiaBank.com; shareholders@columbiabank.com |
| KRA_00039 | Community Bank | Sherry.Boyea@cbna.com; Douglas.MacLean@cbna.com; Kristin.Spinner@cbna.com |
| KRA_00040 | Easthampton | wjudd@bankesb.com; moleksak@bankesb.com |
| KRA_00041 | Farmers & Merchants | rweaver@fm.bank; fmtreasury@fm.bank |
| KRA_00042 | Fidelity Bank | lace.collins@bankwithfidelity.com; randy.crochet@bankwithfidelity.com; carina.sanchez@bankwithfidelity.com; bfinnell@fidelitybankonline.com |
| KRA_00062 | First Bank (formerly Southern States) | victoria.dees@firstbankonline.com; Felicia.Narayan@firstbankonline.com; david.ridgeway@firstbankonline.com |
| KRA_00043 | First Citizens | amcranmer@myfccb.com; bjpriset@myfccb.com |
| KRA_00044 | First Financial | Blythe.Mack@bankatfirst.com; Bill.West@bankatfirst.com; Nick.Keithley@bankatfirst.com; bill.haley@bankatfirst.com |
| KRA_00045 | First Merchants | Pberghoff@firstmerchants.com |
| KRA_00046 | First Tech Federal Credit Union | Shelby.Nemecek@firsttechfed.com; Julie.Stuck@firsttechfed.com; Yazmin.Eiden@firsttechfed.com; Daniel.Truong@firsttechfed.com |
| KRA_00047 | FNB | LOC@fnb.co.za; LOCClaims@fnb.co.za |
| KRA_00048 | Hancock Whitney | Valija.Johnson@hancockwhitney.com; Justin.Russell@hancockwhitney.com; Valija.Harvey@hancockwhitney.com; carmen.castaneda@hancockwhitney.com; TreasuryServClient@hancockwhitney.com |
| KRA_00049 | Heartland Bank | CBeaty@hbtbank.com; TLGrasch@hbtbank.com |

SIMAD Holdings Ltd. *et al.*,
Case No. 26-16388 (CMG)

Exhibit B

Banks Service List

Served via email

| KRAID | NAME | EMAIL |
|---|---|---|
| KRA_00050 | Home Trust Bank | Brian.Gompers@htb.com; Mariah.Richardson@htb.com |
| KRA_00051 | INB | jfendi@inb.com; brockwell@inb.com |
| KRA_00052 | Kennebec | BusinessSupport@KennebecSavings.Bank; AMcLaughlin@KennebecSavings.Bank |
| KRA_00053 | My Max | TPorter@mymax.com |
| KRA_00054 | NBT | Randi.Fisch@nbtbank.com; Kevin.Bennett@nbtbank.com |
| KRA_00055 | NBTC | jhealy@nbtc.com; vtorossian@nbtc.com; commercialloanservicing@nbtc.com; bmeehan@nbtc.com |
| KRA_00056 | Norway | BSiebert@norwaysavingsbank.com; Hedwards@norwaysavingsbank.com |
| KRA_00057 | Peapack | ANAR@pgbank.com; snaseem@pgbank.com; lwalz@pgbank.com |
| KRA_00058 | Provident | Andrew.Perry@Provident.Bank |
| KRA_00059 | Ramp | legal@ramp.com; support@ramp.com |
| KRA_00060 | S&T Bank | Kathryn.Wix@stbank.com; Jessica.Graham@stbank.com; Matthew.Biller@stbank.com |
| KRA_00063 | TD | George.Anttila@td.com; Jillian.Villafane@td.com; Luis.Garcia@td.com |
| KRA_00064 | TFNB (The First National Bank of McGregor) | hbrewer@tfnbtx.com; canderson@tfnbtx.com |
| KRA_00065 | TriState | pverdi@tscbank.com; nkareis@tscbank.com; HRyan@tscbank.com; CREadmin@tscbank.com |
| KRA_00066 | Union | jgergots@unionsavings.com; STurian@unionsavings.com; SCipolla@unionsavings.com |
| KRA_00067 | Wayne Bank | annamae.rechtorovic@waynebank.com; noelle.dobbins@waynebank.com; julie.kuen@waynebank.com |
| KRA_00068 | Windsor Federal | WWebster@windsorfederal.com; AClavette@windsorfederal.com; KHolland@windsorfederal.com; Customer_Care@windsorfederal.com |
| KRA_00069 | Woodforest | WHartman@WOODFOREST.com; TNehls@WOODFOREST.com; SAndersen@WOODFOREST.com |