UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**POLSINELLI PC**
600 Third Avenue
42nd Floor
New York, NY  10016
(212) 803-9911
BRETT D. GOODMAN, ESQ.
*Attorneys for Creditors/Parties-in-Interest,*
*Metropolitan Partners Group Administration, LLC;*
*Metropolitan Partners Fund VIII Investments LLC;*
*Metropolitan Partners Fund VIII LP; Metropolitan*
*Levered Partners Fund VIII LP; and Metropolitan*
*Offshore Partners Fund VII, LP*

| | |
|---|---|
| In Re: | Case No.: 26-16388 (CMG) |
| SIMAD Holdings Ltd., et als., | Chapter 11 |
| Debtors. | Judge:  Hon. Christine M. Gravelle |

## NOTICE OF APPEARANCE

Please take notice that, in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of **METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC; METROPOLITAN PARTNERS FUND VIII INVESTMENTS LLC; METROPOLITAN PARTNERS FUND VIII LP; METROPOLITAN LEVERED PARTNERS FUND VIII LP;** and **METROPOLITAN OFFSHORE PARTNERS FUND VII, LP.**  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

**POLSINELLI PC**
600 Third Avenue
42nd Floor
New York, NY  10016
Attn:  Brett D. Goodman, Esq.
Telephone:  212-803-9911
E-mail:  bgoodman@polsinelli.com

DOCUMENTS:
☒       All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒       All documents and pleadings of any nature.

#96071520.1 999999.802

Date: June 9, 2026

**POLSINELLI PC**

*Attorneys for Creditors/Parties-in-Interest,*
*Metropolitan Partners Group Administration, LLC;*
*Metropolitan Partners Fund VIII Investments LLC;*
*Metropolitan Partners Fund VIII LP; Metropolitan*
*Levered Partners Fund VIII LP; and Metropolitan*
*Offshore Partners Fund VII, LP*

    */s/ Brett D. Goodman*

By:_____

    BRETT D. GOODMAN, ESQ.

#96071520.1 999999.802