UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

Daniel S. Bleck, Esq.

One Financial Center

Boston, MA  02111

Tel:  (617) 542-6000

Email:  dsbleck@mintz.com

In Re:

SIMAD Holdings Ltd., et al.,

                    Debtor.

Case No.:    _____26-16388_____

Chapter:     _____11_____

Judge:       _____CMG_____

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Bank of New Hampshire__.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Daniel S. Bleck, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: _6/10/2026_____

/s/ Daniel S. Bleck_____
Signature

*new.8/1/15*