UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ariel Bouskila

BERKOVITCH & BOUSKILA, PLLC

1545 US 202 Suite 101

Pomona, New York 10970

Telephone: 212-729-1477

Email: ari@bblawpllc.com

      service@bblawpllc.com

In Re:

SIMAD Holdings Ltd., et al.

Case No.: _____26-16388_____

Chapter: _____11_____

Judge: _Christine M. Gravelle

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Ace Funding Source LLC__.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Berkovitch & Bouskila PLLC

           1545 US 202 Suite 101,

           Pomona, New York 10970

           ari@bblawpllc.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

This Notice of Appearance shall not constitute a submission by ACE to the jurisdiction of the Bankruptcy Court, nor shall it be construed as consenting to the entry of final orders or judgments by the Bankruptcy Court.  This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights: (i) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (ii) to any other rights, claims, actions, setoffs, or recoupments ACE is or may be entitled to, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments ACE expressly reserves; or (iii) ACE's rights to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal or abstention.

Date: _06/11/2026_____

_____
Signature

*new.8/1/15*