**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>    Debtors.[1] | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |
| In re:<br><br>DAMIS HOLDINGS, LLC, *et al.*,<br><br>    Debtors.[2] | Chapter 11<br><br>Case No. 26-16439 (CMG)<br><br>(Joint Administration Requested) |

## <u>AFFIDAVIT OF SERVICE</u>

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 6, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via email (1) on the list of parties attached hereto as **Exhibit A**, and (2) on United States Department of Justice, Office of the United States Trustee, Attn: Jeffrey M. Sponder, Esq., jeffrey.m.sponder@usdoj.gov:

- Notice of (I) Commencement of Chapter 11 Cases and (II) Restating the Automatic Stay Provisions of the Bankruptcy Code [Case No. 26-16388, Docket No. 3]

---

1   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The Debtors intend to seek joint administration of these chapter 11 cases to establish, *inter alia*, procedures governing the chapter 11 cases and the caption to be used going forward.

2   A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS. The Debtors intend to seek joint administration of these chapter 11 cases to establish, *inter alia*, procedures governing the chapter 11 cases and the caption to be used going forward.

Dated: June 9, 2026

/s/Alain B. Francoeur
Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 9, 2026, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

2

SRF 96777

**Exhibit A**

Exhibit A

| KRAID | NAME | EMAIL |
|---|---|---|
| KRA_00072 | CBRE | Colleen.Yarnot@cbre.com |
| KRA_00073 | Clifton River | zg@CliftonRiver.com |
| KRA_00076 | Dani Weiss | EMAIL ON FILE |
| KRA_00077 | Felner Corp | joe@felnercorp.com; christine@felnercorp.com; mario@felnercorp.com |
| KRA_00078 | insite | ssmith@insiterealty.com; mhandel@insiterealty.com; bstacy@insiterealty.com |
| KRA_00079 | Joe Caranfa | EMAIL ON FILE |
| KRA_00080 | Latitude | cmarshall@latitudeco.com; mdelacruz@latitudeco.com |
| KRA_00081 | Lawson | Kayla@lawsonps.com |
| KRA_00082 | Lexington | eric@lexingtonco.com; MSfinancial@lexingtonco.com |
| KRA_00095 | Meridee Powars | EMAIL ON FILE |
| KRA_00102 | NAI | alkilcoyne@naiisaac.com; cavant@naiisaac.com |
| KRA_00103 | NBM | jmehlman@nbmgrp.com; gabriel@nbmgrp.com; aaron@nbmgrp.com; rachel@nbmgrp.com |
| KRA_00104 | Proequity | blefever@proequityam.com; tylersheldon@proequityam.com |
| KRA_00105 | Simpson | kathy@simpsonproperties.net |

SIMAD HOLDINGS LTD. *et al.,*
Case No. 26-16388 (CMG)