**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Joshua A. Feltman, P.C. (*pro hac vice* pending)
Ciara Foster (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:           jsussberg@kirkland.com
Email:           joshua.feltman@kirkland.com
Email:           ciara.foster@kirkland.com

- and -

Robert A. Jacobson (*pro hac vice* pending)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:           rob.jacobson@kirkland.com

*Counsel to the Ad Hoc Camp Committee*

**DUANE MORRIS LLP**
Morris S. Bauer (039711990)
Drew S. McGehrin (196852016)
200 Campus Drive, Suite 300
Florham Park, NJ 07932-1007
Telephone:      (973) 424-2037
Facsimile:      (973) 556-1380
Email:           MSBauer@duanemorris.com
Email:           DSMcGehrin@duanemorris.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SIMAD HOLDINGS LTD., *et al.*, | ) Case No. 26-16388 |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

---

[1]    A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtors' tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD.  The location of SIMAD Debtor SIMAD Holding Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

The below named attorneys hereby file their appearance as counsel in the above-referenced chapter 11 case on behalf of a group that includes 20 of the camp directors/owners whose camps are part of these chapter 11 cases ("Debtor Directors/Owners")[2] and Excelsior Camps, LLC ("Excelsior Camps," and together with the Debtor Directors/Owners, the "Camp Committee").

Excelsior Camps is an entity formed by three pre-existing multi-camp groups, each with decades of operational experience and success.   More specifically, the three multi-camp groups include The TLC Family of Camps (camptlc.com) led by Jay Jacobs; Horizon Camps (horizoncamps.com) led by Tony Stein; and CampGroup (CampGroup.com) led by Mark Benerofe and Dayna Hardin.

Each of these camping leaders – like all of the Debtor Directors/Owners – has devoted their professional careers to youth development and providing children with high quality summer camps experiences.  They all have also invested years of service as founders and supporters of youth-focused philanthropies including SCOPE (https://scopeusa.org/), Project Morry (https://projectmorry.org/), and Urban Dove (https://urbandove.org/).  The credibility, experience and industry knowledge of Excelsior Camps' leadership is unmatched.

The Camp Committee unified to achieve a common goal on an expedited basis.  That goal is simple and should unquestionably be a goal shared by the Debtors' recently appointed Chief Restructuring Officer, Asaf Ravid.  That goal is to do whatever is necessary to operate all 30 camps in the ordinary course – not only for the summer of 2026, but for many more summers to come. Excelsior Camps is prepared, with the support of the Debtor Directors/Owners, to move with due

---

[2]   The camps of the Debtor Directors/Owners are: (1) Banner Day Camp; (2) Camp Achim; (3) Camp Chateaugay; (4) Camp Chen-A-Wanda; (5) Camp Echo;  (6) Camp Green Lane; (7) Camp Lavi; (8) Camp Lokanda; (9) Camp North Star; (10) Camp Waukeela; (11) Club Getaway; (12) Country Roads Day Camp; (13) Eagle's Landing Day Camp; (14) Indian Acres Camp for Boys & Forest Acres Camp for Girls; (15) Island Lake Camp; (16) Meadowbrook Country Day Camp; (17) Rolling Hills Country Day Camp; (18) SHMA Camps; (19) Summit Camp and Travel; and (20) Windsor Mountain Summer Camp.

haste to properly and promptly capitalize all 30 camps as part of a holistic transaction to get all 30 camps out of these chapter 11 cases in July.

The Camp Committee has been in contact with the directors/owners for ALL 30 camps. In addition to the 20 Directors/Owners that have joined the Camp Committee, several of the other directors/owners have expressed their strong support.

Each of these summer camps start later this month. Deposits for the summer of 2027 will become due right around the time of camp visiting day, typically scheduled in late July. If these Debtors are focused on maximizing value for all stakeholders, resolving these cases by visiting day is paramount. The summer camp industry and business is built on confidence and trust. No one will have confidence with respect to these 30 summer camps if they are languishing in chapter 11. The time to act is now. It is the reason the Camp Committee united.

Accordingly, the Camp Committee requests that all pleadings filed and notices given in these chapter 11 cases be given and served on the following:

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Joshua A. Feltman, P.C. (*pro hac vice* pending)
Ciara Foster (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        jsussberg@kirkland.com
Email:        joshua.feltman@kirkland.com
Email:        ciara.foster@kirkland.com

- and -

3

Robert A. Jacobson (*pro hac vice* pending)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          rob.jacobson@kirkland.com

- and -

**DUANE MORRIS LLP**
Morris S. Bauer (039711990)
Drew S. McGehrin (196852016)
200 Campus Drive, Suite 300
Florham Park, NJ 07932-1007
Telephone:      (973) 424-2037
Facsimile:      (973) 556-1380
Email:          MSBauer@duanemorris.com
Email:          DSMcGehrin@duanemorris.com

*Counsel to the Ad Hoc Camp Committee*

The foregoing demand includes not only the notices and pleadings, but also includes, without limitation, notices of any pleadings, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed with regard to the above-referenced chapter 11 cases.

Neither this *Notice of Appearance and Request for Service of Notice and Pleadings* nor any subsequent appearance, pleading, claim, proof of claim, document, suit, or motion, nor any other writing or conduct, should be taken to constitute a waiver of any right of the Camp Committee:  (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy, or proceeding related hereto, notwithstanding whether or not such

4

matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether

such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference

withdrawn in any matter or proceeding subject to mandatory or discretionary withdrawal; and

(iv) to rights, claim, actions, or defenses, setoffs, recoupments or other matters to which the Camp

Committee is entitled under any agreements or at law or in equity or under the United States

Constitution.

[*Remainder of Page Intentionally Left Blank*]

Dated:  June 14, 2026

*/s/ Morris S. Bauer*

**DUANE MORRIS LLP**
Morris S. Bauer (039711990)
Drew S. McGehrin (196852016)
200 Campus Drive, Suite 300
Florham Park, NJ 07932-1007
Telephone:     (973) 424-2037
Facsimile:     (973) 556-1380
Email:          MSBauer@duanemorris.com
                    DSMcGehrin@duanemorris.com

- and -

Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Joshua A. Feltman, P.C. (*pro hac vice* pending)
Ciara Foster (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          jsussberg@kirkland.com
                    joshua.feltman@kirkland.com
                    ciara.foster@kirkland.com

- and -

Robert A. Jacobson (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          rob.jacobson@kirkland.com

*Counsel to the Ad Hoc Camp Committee*