**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*,[1] | Case No. 26-16388 (CMG) |
| Debtors. | (Jointly Administered) |

**DEBTORS' APPLICATION FOR**
**EXPEDITED CONSIDERATION OF FIRST DAY MATTERS**

TO THE HONORABLE CHRISTINE M. GRAVELLE
CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT:

The above-captioned debtors and debtors in possession (collectively, the "<u>SIMAD</u>

<u>Debtors</u>") respectfully submit this application (the "<u>Application</u>") for expedited consideration of

---

[1]   A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD.  The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

first day matters pursuant to Rule 9013-5 of the Local Rules of the United States Bankruptcy Court

for the District of New Jersey and respectfully request that a hearing on the following applications

and motions be provided on an expedited basis:

| Motion | |
|---|---|
| 1. | Application for Designation as a Chapter 11 Complex Case |
| 2. | SIMAD Debtors' Application for Entry of an Order (I) Authorizing Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief |
| 3. | SIMAD Debtors' Motion Seeking Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs, and (II) Granting Related Relief |
| 4. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) File a Consolidated List of the SIMAD Debtors' Fifty Largest Unsecured Creditors, (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each SIMAD Debtor, and (C) Redact Certain Personally Identifiable Information of Natural Persons and (II) Granting Related Relief |
| 5. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Approving the SIMAD Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the SIMAD Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief |
| 6. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) Continue Using Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing SIMAD Debtors' Bank Accounts, Business Forms, and Books, and Records (D) Authorize Intercompany Transactions, and (II) Granting Related Relief |
| 7. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief |

| | **Motion** |
|---|---|
| 8. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Pay Prepetition Claims of Certain Critical Vendors, (II) Directing Financial Institutions to Honor and Process Payments in Connection Therewith, and (III) Granting Related Relief |
| 9. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) Maintain Insurance Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (C) Continue to Pay Broker Fees, and (II) Granting Related Relief |
| 10. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief |

Upon the foregoing Application, the Debtors respectfully request that the Court (a) enter an order, substantially in the form attached to the Application as **Exhibit A**, granting the Application, and (b) grant such other relief as is just and proper.

Dated: June 14, 2026

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            dbass@coleschotz.com
            fyudkin@coleschotz.com
            dharris@coleschotz.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

4

**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

| In re: | Chapter 11 |
|---|---|
| SIMAD HOLDINGS LTD., *et al.*,[1] | Case No. 26-16388 (CMG) |
| Debtors. | (Jointly Administered) |

## ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered two (2) through four (4), is

**ORDERED**.

---

[1]   A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

(Page | 2)

Debtors:            SIMAD HOLDINGS LTD., *et al*.
Case No.            26-16388 (CMG)
Caption of Order:   Order Regarding Debtors' Application for Expedited Consideration of First
                    Day Matters

After review of the *Debtors' Application for Expedited Consideration of First Day Matters*;

it is hereby **ORDERED** that:

1.      The Application is **GRANTED** as set forth herein.

2.      The following applications and motions (collectively, the "Motions") are scheduled

for a hearing before the Honorable Chief Judge Christine M. Gravelle, to be held remotely via

Zoom, at the date and time set forth below, using the following link:

https://njb-

uscourts.zoomgov.com/j/1618640151?pwd=hblCrJ9KOtMdSAJVRInOftleYFOYpB.1

| | Motion | Hearing Date and Time |
|---|---|---|
| 1. | Application for Designation as a Chapter 11 Complex Case | |
| 2. | SIMAD Debtors' Application for Entry of an Order (I) Authorizing Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief | |
| 3. | SIMAD Debtors' Motion Seeking Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs, and (II) Granting Related Relief | |
| 4. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) File a Consolidated List of the SIMAD Debtors' Fifty Largest Unsecured Creditors, (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each SIMAD Debtor, and (C) Redact Certain Personally Identifiable Information of Natural Persons and (II) Granting Related Relief | |

(Page | 3)
Debtors:         SIMAD HOLDINGS LTD., *et al*.
Case No.         26-16388 (CMG)
Caption of Order:   Order Regarding Debtors' Application for Expedited Consideration of First
                 Day Matters

| | Motion | Hearing Date and Time |
|---|---|---|
| 5. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Approving the SIMAD Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the SIMAD Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief | |
| 6. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) Continue Using Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing SIMAD Debtors' Bank Accounts, Business Forms, and Books, and Records (D) Authorize Intercompany Transactions, and (II) Granting Related Relief | |
| 7. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief | |
| 8. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Pay Prepetition Claims of Certain Critical Vendors, (II) Directing Financial Institutions to Honor and Process Payments in Connection Therewith, and (III) Granting Related Relief | |
| 9. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) Maintain Insurance Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (C) Continue to Pay Broker Fees, and (II) Granting Related Relief | |
| 10. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief | |

(Page | 4)

| Debtors: | SIMAD HOLDINGS LTD., *et al.* |
|---|---|
| Case No. | 26-16388 (CMG) |
| Caption of Order: | Order Regarding Debtors' Application for Expedited Consideration of First Day Matters |

11.     A true copy of this Order shall be served in accordance with D.N.J. LBR 9013-5(f) and the *General Order Governing Chapter 11 Complex Case Procedure*s.

12.     Objections and/or responses to the Motions, if any, may be made at the hearing, under D.N.J. LBR 9013-5(d).

13.     Any party may move for modification of this Order in accordance with D.N.J. LBR 9013-5(e).

14.     This Court retains jurisdiction over all matters arising from or related to the implementation, interpretation, or enforcement of this Order.