**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors
and Debtors in Possession*

---

In re:

SIMAD HOLDINGS LTD., *et al.*,[1]

  Debtors.

---

Order Filed on June 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 26-16388 (CMG)

(Jointly Administered)

---

**ORDER REGARDING DEBTORS' APPLICATION FOR EXPEDITED
CONSIDERATION OF FIRST DAY MATTERS**

The relief set forth on the following pages, numbered two (2) through four (4), is

**ORDERED**.

DATED: June 15, 2026

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

---

[1]  A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD.  The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

(Page | 2)

Debtors:            SIMAD HOLDINGS LTD., *et al.*
Case No.            26-16388 (CMG)
Caption of Order:   Order Regarding Debtors' Application for Expedited Consideration of First
                    Day Matters

After review of the *Debtors' Application for Expedited Consideration of First Day Matters*;

it is hereby **ORDERED** that:

1. e Application is **GRANTED** as set forth herein.

2. e following applications and motions (collectively, the "<u>Motions</u>") are scheduled

for a hearing before the Honorable Chief Judge Christine M. Gravelle, to be held remotely via

Zoom, at the date and time set forth below, using the following link:

https://njb-

uscourts.zoomgov.com/j/1618640151?pwd=hblCrJ9KOtMdSAJVRInOftleYFOYpB.1

| Motion | | Hearing Date and Time |
|---|---|---|
| 1. | Application for Designation as a Chapter 11 Complex Case | 6/16/26 at 11 am |
| 2. | SIMAD Debtors' Application for Entry of an Order (I) Authorizing Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief | 6/16/26 at 11 am |
| 3. | SIMAD Debtors' Motion Seeking Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs, and (II) Granting Related Relief | 6/16/26 at 11 am |
| 4. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) File a Consolidated List of the SIMAD Debtors' Fifty Largest Unsecured Creditors, (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each SIMAD Debtor, and (C) Redact Certain Personally Identifiable Information of Natural Persons and (II) Granting Related Relief | 6/16/26 at 11 am |

(Page | 3)

| | |
|---|---|
| Debtors: | SIMAD HOLDINGS LTD., *et al*. |
| Case No. | 26-16388 (CMG) |
| Caption of Order: | Order Regarding Debtors' Application for Expedited Consideration of First Day Matters |

| | Motion | Hearing Date and Time |
|---|---|---|
| 5. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Approving the SIMAD Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the SIMAD Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief | 6/16/26 at 11 am |
| 6. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) Continue Using Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing SIMAD Debtors' Bank Accounts, Business Forms, and Books, and Records (D) Authorize Intercompany Transactions, and (II) Granting Related Relief | 6/16/26 at 11 am |
| 7. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief | 6/16/26 at 11 am |
| 8. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Pay Prepetition Claims of Certain Critical Vendors, (II) Directing Financial Institutions to Honor and Process Payments in Connection Therewith, and (III) Granting Related Relief | 6/16/26 at 11 am |
| 9. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) Maintain Insurance Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (C) Continue to Pay Broker Fees, and (II) Granting Related Relief | 6/16/26 at 11 am |
| 10. | SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief | 6/16/26 at 11 am |

(Page | 4)
Debtors:              SIMAD HOLDINGS LTD., *et al*.
Case No.              26-16388 (CMG)
Caption of Order:     Order Regarding Debtors' Application for Expedited Consideration of First
                      Day Matters

---

11.    A true copy of this Order shall be served in accordance with D.N.J. LBR 9013-5(f) and the *General Order Governing Chapter 11 Complex Case Procedure*s.

12.    Objections and/or responses to the Motions, if any, may be made at the hearing, under D.N.J. LBR 9013-5(d).

13.    Any party may move for modification of this Order in accordance with D.N.J. LBR 9013-5(e).

14.    is Court retains jurisdiction over all matters arising from or related to the implementation, interpretation, or enforcement of this Order.