| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler, Esq.<br>Robert J. Feinstein, Esq. (*pro hac vice* forthcoming)<br>Maxim B. Litvak, Esq. (*pro hac vice* forthcoming)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:     bsandler@pszjlaw.com<br>          rfeinstein@pszjlaw.com<br>          mlitvak@pszjlaw.com<br><br>*Counsel to Metropolitan Partners Group*<br>*Administration, LLC; Metropolitan Partners Fund VIII*<br>*Investments LLC; Metropolitan Partners Fund VIII LP;*<br>*Metropolitan Levered Partners Fund VIII LP; and*<br>*Metropolitan Offshore Partners Fund VII, LP* |

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>                Debtors.[1] | Case No. 26-16388 (CMG)<br><br>Chapter 11<br><br>Judge:  Hon. Christine M. Gravelle |

### METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC, METROPOLITAN PARTNERS FUND VIII INVESTMENTS LLC, METROPOLITAN PARTNERS FUND VIII LP, METROPOLITAN LEVERED PARTNERS FUND VIII LP, AND METROPOLITAN OFFSHORE PARTNERS FUND VII, LP'S RESERVATION OF RIGHTS TO SIMAD DEBTORS' CASH COLLATERAL MOTION

Metropolitan Partners Group Administration, LLC, Metropolitan Partners Fund VIII

Investments LLC, Metropolitan Partners Fund VIII LP, Metropolitan Levered Partners Fund VIII

LP, and Metropolitan Offshore Partners Fund VII, LP (together, "Metropolitan"), secured lenders

---

[1]     A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtors' tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of SIMAD Debtor SIMAD Holding Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

4926-8669-4069.2 56838.00001

to certain of the above-captioned SIMAD Debtors, hereby submit this reservation of rights (the "Reservation of Rights") to the *SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Docket No. 61] (the "Cash Collateral Motion").[2]  In support of this Reservation of Rights, Metropolitan respectfully states as follows:

1.      In May 2025, Metropolitan made a $50 million loan to Debtors SIMAD Holdings LLC and DAMIS Holdings LLC, which loan was secured by certain assets of various SIMAD Debtors and their affiliates.  The parties subsequently entered into forbearance agreements during 2026 that included certain additional SIMAD Debtors and their assets.  As of June 4, 2026, the applicable SIMAD Debtors and their affiliates owe approximately $25.4 million in principal obligations to Metropolitan.

2.      Metropolitan is not mentioned in the Cash Collateral Motion as a party with an interest in the SIMAD Debtors' cash collateral.  Metropolitan reserves all rights as to its liens and claims against the SIMAD Debtors in these cases.

3.      Metropolitan also has expressed its interest to the SIMAD Debtors, through their advisors, in becoming a debtor-in-possession financing lender to the SIMAD Debtors in these cases.  Metropolitan stands ready, willing, and able to negotiate and extend such financing to the SIMAD Debtors.

---

[2]      Capitalized terms not defined herein shall have the meanings ascribed in the Cash Collateral Motion.

4926-8669-4069.2 56838.00001                    2

Dated:  June 15, 2026

*/s/ Bradford J. Sandler*

Bradford J. Sandler, Esq.
Robert J. Feinstein, Esq. (*pro hac vice* forthcoming)
Maxim B. Litvak, Esq. (*pro hac vice* forthcoming)
**PACHULSKI STANG ZIEHL & JONES LLP**
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:   (212) 561-7700
Email:          bsandler@pszjlaw.com
                    rfeinstein@pszjlaw.com
                    mlitvak@pszjlaw.com

*Counsel to Metropolitan Partners Group
Administration, LLC, Metropolitan Partners Fund VIII
Investments LLC, Metropolitan Partners Fund VIII LP,
Metropolitan Levered Partners Fund VIII LP, and
Metropolitan Offshore Partners Fund VII, LP*