**Fill in this information to identify the case:**

Debtor name  SIMAD Holdings, Ltd.

United States Bankruptcy Court for the  District of New Jersey

Case  number  (If  known): 26-16388

❑ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

**12/15**

A consolidated list of creditors holding the 50 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 50 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | METRO 151 SE 1ST ST 801 MIAMI, FL 33131 | CONTACT: ADRIAN BLUMFIELD PHONE: (703)749-8500 EMAIL: BD@METPG.COM; IR@METPG.COM | LENDER | C, U, D | | | $35,000,000.00 |
| 2 | NEWCO 1801 NE 123RD STREET SUITE 421 NORTH MIAMI, FL 33181 | CONTACT: SARA ZEINES PHONE: (347)893-9023 EMAIL: SARA@NEWCOCAPITALGROUP.COM; REBEKAH@NEWCOCAPITALGROUP.COM; SUZANNA@NEWCOCAPITALGROUP.COM | LENDER | C, U, D | | | $11,524,410.00 |
| 3 | REDSTONE 266 BROADWAY STE 401 BROOKLYN, NY 11211 | CONTACT: SIMON ISAACOV PHONE: (347)892-6448 EMAIL: SIMON@REDSTONEADVANCE.COM | LENDER | C, U, D | | | $10,500,000.00 |
| 4 | MULLIGAN 4715 VIEWRIDGE AVE SUITE 100 SAN DIEGO, CA 92123 | CONTACT: PATRICK FORAN PHONE: (858)427-5572 EMAIL: PFORAN@MULLIGANFUNDING.COM; DAVID@MULLIGANFUNDING.COM | LENDER | C, U, D | | | $8,536,905.00 |
| 5 | WYNWOOD 20200 W DIXIE HWY MIAMI, FL 33180 | CONTACT: JOE GREEN PHONE: (516)320-5866 EMAIL: JOE@WYNWOODCAPITALGROUP.COM; SOL@WYNWOODCAPITALGROUP.COM; SAM@WYNWOODCAPITALGROUP.COM | LENDER | C, U, D | | | $8,172,070.30 |
| 6 | LNS GROUP 2 195 ROUTE US- 9 SUITE 116 MANALAPAN, NJ 07726 | CONTACT: KURT BERTHIAUMA PHONE: (732)201-8741 EMAIL: SAMUEL@LNSGROUPLLC.COM; KBERTHIAUME@LNSGROUPLLC.COM | LENDER | C, U, D | | | $7,607,916.65 |

Debtor  __SIMAD Holdings, Ltd._____  Case number (*if known*) _26-16388_____
　　　　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7   FUNDERS WEST 3323 NE 163RD STREET STE 401 NORTH MIAMI BEACH, FL 33160 | CONTACT: PRESIDENT OR GENERAL COUNSEL PHONE: (888)585-0477 EMAIL: JAVIER@FUNDERSAPP.COM; P.VEGA@FUNDERSAPP.COM; MARK@FUNDERSAPP.COM | LENDER | C, U, D | | | $6,750,000.00 |
| 8   ACE C/O BERKOVITCH & BOUSKILA PLLC 1545 US 202 SUITE 101 POMONA POMONA, NY 10970 | CONTACT: JOSEPH JO PHONE: (323)709-7008 EMAIL: JOSEPHJO@ACEFUNDINGLLC.COM; ACCOUNTING@ACEFUNDINGLLC.COM; HG@ACEFUNDINGLLC.COM | LENDER | C, U, D | | | $6,400,625.00 |
| 9   BARZELL | CONTACT: PRESIDENT OR GENERAL COUNSEL | LENDER | C, U, D | | | $5,716,000.00 |
| 10  OCEAN 2941 NW 62ND STREET SUITE 201 FORT LAUDERDALE, FL 33309 | CONTACT: COBI HELLER PHONE: (800)293-1048 EMAIL: COBI@OCEAN-FUNDING.COM; ANGIE@OCEAN-FUNDING.COM | LENDER | C, U, D | | | $5,000,000.00 |
| 11  TIDEWAY PART LEVEL 7 RIVERSIDE HOUSE 2A SOUTHWARK BRIDGE ROAD LONDON, SE1 9HA UNITED KINGDOM | CONTACT: PRESIDENT OR GENERAL COUNSEL | LENDER | C, U, D | | | $3,800,805.00 |
| 12  OPTIMUM LENDING 200 GARDEN CITY PLAZA SUITE 405 GARDEN CITY, NY 11530 | CONTACT: FREDDY KASSAB PHONE: (212)529-3600 EMAIL: INFO@OPTIMUMLENDINGPARTNERS.COM | LENDER | C, U, D | | | $3,398,439.00 |
| 13  TRANSPARENCY ADVANCE | CONTACT: PRESIDENT OR GENERAL COUNSEL EMAIL: SUBS@TRANSPARENCYADVANCE.COM | LENDER | C, U, D | | | $2,812,500.00 |
| 14  FAIRPARK CAPITAL 460 W 50 N 5TH FLOOR SALT LAKE CITY, UT 84101 | CONTACT: PRESIDENT OR GENERAL COUNSEL PHONE: (555)123-4567 EMAIL: DIANA@FAIRPARKCAPITAL.COM; CONTACT@FAIRPARK.COM | LENDER | C, U, D | | | $2,605,468.75 |
| 15  BACKD/AUSTIN BUSINESS FINANCE LLC 1949 S I-35 FRONTAGE RD AUSTIN, TX 78741 | CONTACT: CARSON BONNER PHONE: (737)236-4797 EMAIL: CORBIN@BACKD.COM; CARSON@BACKD.COM; MEGAN@BACKD.COM | LENDER | C, U, D | | | $2,515,961.58 |
| 16  VAULT 19790 W DIXIE HWY MIAMI, FL 33180 | CONTACT: MIGUEL B PHONE: (516)207-0589 EMAIL: MIGUEL@VAULTCAPITALLLC.COM; JIMMY@VEEFUNDING.COM; DBENJAMIN@VAULTCAPITALLLC.COM | LENDER | C, U, D | | | $2,437,500.00 |

Debtor ___SIMAD Holdings, Ltd._____   Case number _(if known)_ __26-16388_____
                    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17  CASHERA 30 N GOULD ST STE R SHERIDAN, WY 82801-6317 | CONTACT: JAVIER COLLAZO PHONE: (727)308-0637 EMAIL: JAVIER@CASHERA.COM; P.VEGA@CASHERA.COM | LENDER | C, U, D | | | $2,342,187.50 |
| 18  FUNDING CLUB 7901 4TH ST N SUITE 300 ST. PETERSBURG, FL 33702 | CONTACT: FREDDY KASSAB PHONE: (646)325-5205 EMAIL: ACCOUNTING@FUNDINGCLUBUS.COM | LENDER | C, U, D | | | $2,235,000.00 |
| 19  LIFETIME FUNDING 585 STEWART AVE SUITE L90 GARDEN CITY, NY 11530 | CONTACT: NATE ABRAMOV PHONE: (516)604-0603 EMAIL: ADMIN@LIFETIMEFUNDINGLLC.COM; ASHLEY@LIFETIMEFUNDINGLLC.COM; JOSH@LIFETIMEFUNDINGLLC.COM | LENDER | C, U, D | | | $2,127,500.00 |
| 20  BLOC FUNDING 1512 EAST 36TH STREET BROOKLYN, NY 11234 | CONTACT: DONALD FOWLER PHONE: (516)633-2479 EMAIL: JKLEIN@KINGCAPITALNYC.COM; INFO@MCASERVICINGCOMPANY.COM | LENDER | C, U, D | | | $1,885,780.00 |
| 21  AGILE 244 MADISON AVE SUITE 168 NEW YORK, NY 10016 | CONTACT: AARON GREENBLOTT PHONE: (212)475-1744 EMAIL: ACCOUNTING@AGILECAPITALFUND.COM; AARON@AGILECAPITALFUND.COM; RINA@AGILECAPITALFUNDING.COM | LENDER | C, U, D | | | $1,883,400.00 |
| 22  AMERICAN CHOICE CAPITAL LLC 54 STATE ST STE 804 ALBANY, NY 12207-2524 | CONTACT: JIMMY H PHONE: (929)605-6718 EMAIL: JIMMY@AMERICANCHOICECAPITAL.COM; SUBMISSIONS@AMERICANCHOICECAPITAL.COM | LENDER | C, U, D | | | $1,358,468.75 |
| 23  E ADVANCE SERVICES LLC/JJM ENTERPRISES LLC 2530 HOLLOW RD BLAIR, NE 68008-2366 | CONTACT: PRESIDENT OR GENERAL COUNSEL EMAIL: PAUL@EADVANCESERVICES.COM | LENDER | C, U, D | | | $1,322,215.00 |
| 24  ORCA ORCAFUNDING LLC 33 E33RD STREET NEW YORK, NY 10016 | CONTACT: JAKE WEISER PHONE: (646)779-3956 EMAIL: MAGGIE@ORCACAP.COM; ROBBY@ORCACAP.COM; JAKE@ORCA-FUNDING.COM; MENDEL@ORCA-FUNDING.COM | LENDER | C, U, D | | | $1,137,500.00 |
| 25  CLEARVIEW FUNDING 5340 N. FEDERAL HIGHWAY SUITE 208 POMPANO BEACH, FL 33064 | CONTACT: HENRY SUH EMAIL: MERCHANTSUPPORT@CLEARVIEWFUNDS.COM; MO@CLEARVIEWFUNDS.COM | LENDER | C, U, D | | | $1,117,500.00 |

| Debtor | SIMAD Holdings, Ltd. | Case number (*if known*) 26-16388 |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 26 | LIBERTAS LIBERTAS FUNDING LLC411 W. PUTNAM AVE SUITE 220 GREENWICH, CT 06830 | CONTACT: RANDY SALUCK PHONE: 203-717-0199; 203-520-3840 EMAIL: KATHERINE.FONSECA@LIBERTASFUNDING.COM; RANDY.SALUCK@LIBERTASFUNDING.COM; RICK.APPEL@LIBERTASFUNDING.COM; RYAN.CONWAY@LIBERTASFUNDING.COM | LENDER | C, U, D | | | $873,333.30 |
| 27 | MERCHANT MARKET 2777 SUMMER STREET STAMFORD, CT 06905 | CONTACT: PAUL BOXER PHONE: (888)271-1420 EMAIL: PAUL@MERCHANTMARKETPLACE.COM; JAMES@MERCHANTMARKETPLACE.COM; ALANA@MERCHANTMARKETPLACE.COM | LENDER | C, U, D | | | $767,024.55 |
| 28 | BMA CONTRACTING, INC 10 PRINCE STREET MONTICELLO, NY 12701 | CONTACT: PRESIDENT OR GENERAL COUNSEL PHONE: (845)796-6301 EMAIL: BMACONTRACTING@HOTMAIL.COM | TRADE DEBT | | | | $498,200.00 |
| 29 | IOU 600 TOWNPARK LANE SUITE 100 KENNESAW, GA 30144 | CONTACT: JAKE LOVESY PHONE: (678)498-2400 EMAIL: JPELOTTE@IOUFINANCIAL.COM; JAKE@IOUFINANCIAL.COM | LENDER | C, U, D | | | $448,598.00 |
| 30 | BERNAS CONSTRUCTION LLC 220 BERNAS RD COCHECTON, NY 12726 | CONTACT: PRESIDENT OR GENERAL COUNSEL PHONE: (845)932-5222 EMAIL: JENNIFER@BERNASCONSTRUCTION.COM | TRADE DEBT | | | | $206,680.00 |
| 31 | HALES BUS GARAGE 1067 MARBLE ST WATERTOWN, NY 13601 | CONTACT: PRESIDENT OR GENERAL COUNSEL PHONE: (315)853-8670 EMAIL: STEPHEN@HALETRANSPORTATIONGROUP.COM | TRADE DEBT | | | | $188,775.00 |
| 32 | KOSHERLINE LLC 38 IRENE COURT LAKEWOOD, NJ 08701 | CONTACT: MARK JACOBOVITS PHONE: (718)497-8800 EMAIL: INFO@KOSHERLINE.COM | TRADE DEBT | | | | $175,929.73 |
| 33 | CAMP LEADERS (SMALLER EARTH LIMITED) CAMP LEADERS 17 MANN ISLAND LIVERPOOL, L3 1BP UNITED KINGDOM | CONTACT: CHRIS ARNOLD PHONE: 866-803-7643; +44 7700 141727 EMAIL: UK@CAMPLEADERS.COM | TRADE DEBT | | | | $156,915.00 |
| 34 | AIFS CAMP AMERICA 1 HIGH RIDGE PARK STAMFORD, CT 06905 | CONTACT: JOHN A. BURG PHONE: (800)727-2437 FAX: (203)399-5597 EMAIL: AIFSABROAD@AIFS.COM; CUSTOMIZEDFACULTYLED@AIFS.COM | TRADE DEBT | | | | $132,424.00 |
| 35 | RYCHIK DESIGN & CONSTRUCTION CO., INC. 1526 49TH STREET BROOKLYN, NY 11219 | CONTACT: YAKOV RYCHIK PHONE: (646)236-4622 EMAIL: SRYCHIK@RYCHIK.COM | TRADE DEBT | | | | $130,534.70 |

| Debtor | SIMAD Holdings, Ltd. | Case number *(if known)* 26-16388 |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 36 | KETA CONSTRUCTION COMPANY 2901 RIDGELAKE DRIVE SUITE 207 METAIRIE, LA 70002 | CONTACT: AUSTIN RIDDLE EMAIL: INFO@KETACONSTRUCTION.COM | LENDER | C, U, D | | | $113,646.60 |
| 37 | LOWE'S 1000 LOWE'S BLVD MOORESVILLE, NC 28117 | CONTACT: MARVIN ELLISON PHONE: 704-758-1000; 800-445-6937 EMAIL: INVESTORRELATIONS@LOWES.COM | TRADE DEBT | | | | $98,250.00 |
| 38 | CUSTOM POOLS & SPAS 2951 SE WAALER ST STUART, FL 34997 | CONTACT: GLENN DOUGLAS PHONE: (772)283-3332 EMAIL: INFO@CUSTOMPOOLMECHANICS.COM | TRADE DEBT | | | | $89,495.50 |
| 39 | CRUSTERS 26 SOUTH 10TH STREET APARTMENT 4D2 BROOKLYN, NY 11249 | CONTACT: COLIN MANSBRIDGE PHONE: (347)831-5484 EMAIL: BP@CRUSTERS.INFO | TRADE DEBT | | | | $86,999.39 |
| 40 | HOFFMAN PRODUCTIONS, INC 4500 BROADWAY ALLENTOWN, PA 18104 | CONTACT: MARGELIT HOFFMAN PHONE: 815-806-8881; 763-422-2211 FAX: 815-806-888 EMAIL: HOFFMAN.CUSTOMERSERVICE@NVENT.COM; INTERNATIONALSUPPORT@NVENT.COM | TRADE DEBT | | | | $65,000.00 |
| 41 | ENTERGY 639 LOYOLA AVE. L-ENT-6E NEW ORLEANS, LA 70113 | CONTACT: DAN FALSTAD EMAIL: INVESTORRELATIONS@ENTERGY.COM; ENTERGYCUSTOMERCONTACT@ENTERGY.COM; SHARSRVTM@ENTERGY.COM | LENDER | C, U, D | | | $63,958.36 |
| 42 | BROWN COACH, INC. 50 VENNER RD AMSTERDAM, NY 12010 | CONTACT: ROBERT BROWN PHONE: (518)843-4700 EMAIL: SBBROWN@BROWNCOACH.COM | TRADE DEBT | | | | $57,725.00 |
| 43 | FRANKEL DISPOSABLES G 611 BEDFORD AVENUE BROOKLYN, NY 11211 | CONTACT: JACOB FRANKEL PHONE: (201)348-0093 EMAIL: INFO@FRANKELCOMPANY.COM | TRADE DEBT | | | | $44,820.40 |
| 44 | WYDE LUMBER & SUPPLY 419 NY-17B MONTICELLO, NY 12701 | CONTACT: WALLACE MADNICK PHONE: 845-794-5770; 845-796-9743 EMAIL: WYDE@VERIZON.NET | TRADE DEBT | | | | $43,121.74 |
| 45 | AMUSEMENT SUPPLY CO 203 FEDERAL ST PITTSBURGH, PA 15212-5709 | CONTACT: GEOFFERY SCHUTZ PHONE: (502)228-4595 FAX: (888)832-7194 EMAIL: GEOFFREYSCHULTZ@GMAIL.COM | TRADE DEBT | | | | $37,500.00 |

| Debtor | SIMAD Holdings, Ltd. | Case number (*if known*) 26-16388 |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 46  UPSTATE DAIRY/ GOLDEN FLOW- BOYS KITCHEN 54 WALWORTH ST BROOKLYN, NY 11205 | CONTACT: SHLOMO WEINBERGER PHONE: (718)488-0700 EMAIL: CHAIM@UPSTATEDAIRY.COM | TRADE DEBT | | | | $35,137.60 |
| 47  TRI STATE BUSSING LLC 74 PONDEROSA DR LAKEWOOD, NJ 08701 | CONTACT: PRESIDENT OR GENERAL COUNSEL | TRADE DEBT | | | | $30,975.00 |
| 48  ABBIE SOPHIA, LLC 745 BAYARD STREET TEANECK, NJ 07666 | CONTACT: ABBIE SOPHIA PHONE: (614)302-3111 EMAIL: ABBIE@ABBIESOPHIA.COM | TRADE DEBT | | | | $24,804.00 |
| 49  COUNTY LINE SHEDS 801 5TH STREET OXFORD, PA 19363 | CONTACT: AMOS BEILER PHONE: (610)556-2220 EMAIL: COUNTYLINESHEDS@GMAIL.COM | TRADE DEBT | | | | $24,291.00 |
| 50  POND HILL RANCH 1683 POND HILL RANCH RD POULTNEY, VT 05764 | CONTACT: HARRY O'ROURKE JR PHONE: (802)468-2449 EMAIL: HORSES@PONDHILLRANCH.COM | TRADE DEBT | | | | $24,200.00 |

Fill in this information to identify the case:

Debtor Name      SIMAD Holdings Ltd.

United States Bankruptcy Court for the:      **District of New Jersey**

Case number (If known):      26-16388

☐ Check if this is an
   amended filing

Official Form 202
**Declaration Under Penalty of Perjury for Non-Individual Debtors**      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*
☐   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐   *Schedule H: Codebtors (Official Form 206H)*
☐   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐   Amended Schedule _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **06/15/2026**            ***/s/ Assaf Ravid***
                       MM/ DD/YYYY            Signature of individual signing on behalf of debtor

                                             **Assaf Ravid**
                                             Printed name

                                             **Chief Restructuring Officer**
                                             Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**