**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*,[1] | Case No. 26-16388 (CMG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON JUNE 17, 2026 AT 1:00 P.M. (ET)**

To:     All Parties Receiving Electronic Notification of Filing
via the Court's CM/ECF System

---

[1]   A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD.  The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

**PLEASE TAKE NOTICE** that the matters listed below are currently scheduled to be heard on June 17, 2026, at 1:00 p.m. (prevailing Eastern Time) before the Honorable Chief Judge Christine M. Gravelle.

**PLEASE TAKE FURTHER NOTICE** that this hearing will be held virtually via Zoom. Parties intending to appear may participate via Zoom using the following link:

https://njbuscourts.zoomgov.com/j/1618640151?pwd=hblCrJ9KOtMdSAJVRInOftleYFOYpB.1

## I.      MATTERS GOING FORWARD

1. Debtors' Application for Designation as Chapter 11 Complex Case [Docket No. 52]

    Related Documents

    A. Declaration of Assaf Ravid, Chief Restructuring Officer of the SIMAD Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 62]

    B. Order Regarding Application for Expedited Consideration of First Day Matters [Docket No. 68]

    **Status:** This matter is going forward with permission of the Court.

2. SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) File a Consolidated List of the SIMAD Debtors' Fifty Largest Unsecured Creditors, (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each SIMAD Debtor, and (C) Redact Certain Personally Identifiable Information of Natural Persons and (II) Granting Related Relief [Docket No. 55]

    Related Documents

    A. Declaration of Assaf Ravid, Chief Restructuring Officer of the SIMAD Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 62]

    B. Order Regarding Application for Expedited Consideration of First Day Matters [Docket No. 68]

    **Status:** This matter is going forward with permission of the Court.

3. SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief [Docket No. 58]

   Related Documents

   A. Declaration of Assaf Ravid, Chief Restructuring Officer of the SIMAD Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 62]

   B. Order Regarding Application for Expedited Consideration of First Day Matters [Docket No. 68]

   **Status:** This matter is going forward with permission of the Court.

4. SIMAD Debtors' Application for Entry of an Order (I) Authorizing Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 53]

   Related Documents

   A. Declaration of Assaf Ravid, Chief Restructuring Officer of the SIMAD Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 62]

   B. Order Regarding Application for Expedited Consideration of First Day Matters [Docket No. 68]

   **Status:** This matter is going forward with permission of the Court.

5. SIMAD Debtors' Motion Seeking Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs, and (II) Granting Related Relief [Docket No. 54]

   Related Documents

   A. Declaration of Assaf Ravid, Chief Restructuring Officer of the SIMAD Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 62]

B. Order Regarding Application for Expedited Consideration of First Day Matters [Docket No. 68]

**Status:**  This matter is going forward with permission of the Court.

6. SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Approving the SIMAD Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the SIMAD Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 56]

Related Documents

A. Declaration of Assaf Ravid, Chief Restructuring Officer of the SIMAD Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 62]

B. Order Regarding Application for Expedited Consideration of First Day Matters [Docket No. 68]

**Status:**  This matter is going forward with permission of the Court.

7. SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Pay Prepetition Claims of Certain Critical Vendors, (II) Directing Financial Institutions to Honor and Process Payments in Connection Therewith, and (III) Granting Related Relief [Docket No. 59]

Related Documents

A. Declaration of Assaf Ravid, Chief Restructuring Officer of the SIMAD Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 62]

B. Order Regarding Application for Expedited Consideration of First Day Matters [Docket No. 68]

**Status:**  This matter is going forward with permission of the Court.

8. SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) Maintain Insurance Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, (B) Renew, Supplement, Modify, or Purchase Insurance Coverage, and (C) Continue to Pay Broker Fees, and (II) Granting Related Relief [Docket No. 60]

Related Documents

    A. Declaration of Assaf Ravid, Chief Restructuring Officer of the SIMAD Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 62]

    B. Order Regarding Application for Expedited Consideration of First Day Matters [Docket No. 68]

**Status:** This matter is going forward with permission of the Court.

9. SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to (A) Continue Using Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing SIMAD Debtors' Bank Accounts, Business Forms, and Books, and Records (D) Authorize Intercompany Transactions, and (II) Granting Related Relief [Docket No. 57]

Related Documents

    A. Declaration of Assaf Ravid, Chief Restructuring Officer of the SIMAD Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 62]

    B. Order Regarding Application for Expedited Consideration of First Day Matters [Docket No. 68]

**Status:** This matter is going forward with permission of the Court.

10. SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 61]

Related Documents

    A. Declaration of Assaf Ravid, Chief Restructuring Officer of the SIMAD Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 62]

    B. Order Regarding Application for Expedited Consideration of First Day Matters [Docket No. 68]

C. Notice of Filing of Supplemental Exhibit to SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 105]

Responses/Objections

A. Metropolitan Partners Group Administration, LLC, Metropolitan Partners Fund VIII Investments LLC, Metropolitan Partners Fund VIII LP, Metropolitan Levered Partners Fund VIII LP, and Metropolitan Offshore Partners Fund VII, LP's Reservation of Rights to SIMAD Debtors' Cash Collateral Motion [Docket No. 88]

B. Reservation of Rights of the Willow Lake Parties in Response to the SIMAD Debtors' Motion for entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 96]

C. Limited Objection and Reservation of Rights of Camping Management Corporation and Mitchell Black in Response to the SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 103]

**Status:**  This matter is going forward with permission of the Court.

*[Remainder of Page Intentionally Left Blank.]*

6

Dated: June 16, 2026

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
            wusatine@coleschotz.com
            dbass@coleschotz.com
            fyudkin@coleschotz.com
            dharris@coleschotz.com

*Proposed Counsel to the Debtors and
Debtors in Possession*