**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption In Compliance with D.N.J. LBR 9004-1(b)

**DENTONS US LLP**
Lauren Macksoud (admitted)
101 JFK Parkway
Short Hills, NJ 07078
Telephone: (973) 912-7100
Facsimile:  (973) 912-7199
Email: lauren.macksoud@dentons.com

**DENTONS US LLP**
Geoffrey M. Miller  (*pro hac vice* pending)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone:  (212) 768-6700
Facsimile:   (212) 768-6800
Email: geoffrey.miller@dentons.com

*Attorneys for Dov Perkal*

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD Holdings, Ltd., *et al.* | Case No. 26-16388 (CMG) |
| Debtors. | (Jointly Administered) |

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF GEOFFREY M. MILLER

The undersigned hereby seeks entry of an Order Granting the Application for *Pro Hac Vice* Admission of Geoffrey M. Miller of the law firm of Dentons US LLP, counsel to Dov Pekal ("Dove Pekal"), to practice before this Court in connection with the above-captioned chapter 11 cases.

Pursuant to Rule 2090-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey ("L.B.R.") and Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey, this application is hereby made for an Order for *pro hac vice* admission of Geoffrey M. Miller  of the law firm of Dentons US LLP, which maintains an office at 1221 Avenue of the Americas, 25th Floor, New York, NY 10020. In support of this Application,

US_ACTIVE\137882498\V-1

the Applicant relies upon the attached Certification of Geoffrey M. Miller.  Unless requested by

other parties, no oral argument is requested. A proposed form of Order is also submitted herewith.

1.       Geoffrey M. Miller, an attorney at the firm of Dentons US LLP, has advised Dov

Pekal in connection with matters relevant to these chapter 11 cases. Dove Pekal request that Mr.

Miller be allowed to appear *pro hac vice* in these chapter 11 cases.

2.       As set forth in the Certification of Mr. Miller, annexed hereto as **Exhibit A**, Mr.

Miller is a member in good standing of the bars of New York and Illinois and is not under

suspension or disbarment by any court.

3.       4. If admitted *pro hac vice*, Mr. Miller has represented that he will adhere to the

disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the Court grant the Debtors' Application,

pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel *pro hac vice* in the above

captioned matters.

Dated: June 17, 2026                                   Respectfully submitted,
                                                        **DENTONS US LLP**

                                                        */s/ Lauren Macksoud*
                                                        Lauren Macksoud (admitted)
                                                        101 JFK Parkway
                                                        Short Hills, NJ 07078
                                                        Telephone: (973) 912-7100
                                                        Facsimile:  (973) 912-7199
                                                        Email: lauren.macksoud@dentons.com

                                                        *Attorneys for Dov Perkal*

2

US_ACTIVE\137882498\V-1