**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| **BROWN RUDNICK LLP** | **NORTON ROSE FULBRIGHT US LLP** |
| Bennett S. Silverberg | Robert M. Hirsh |
| (*pro hac vice forthcoming*) | James A. Copeland |
| Seven Times Square | 1301 Avenue of the Americas |
| New York, NY 10036 | New York, NY 10019 |
| Tel: (212) 209-4800 | Tel: (212) 318-3000 |
| bsilverberg@brownrudnick.com | robert.hirsh@nortonrosefulbright.com |
| | james.copeland@nortonrosefulbright.com |
| -and- | |
| | -and- |
| Tristan Axelrod | |
| (*pro hac vice forthcoming*) | **STEPTOE LLP** |
| One Financial Center | Timothy W. Walsh |
| Boston, MA 02111 | (*pro hac vice forthcoming*) |
| Tel: (617) 856-8300 | 1114 Avenue of the Americas |
| taxelrod@brownrudnick.com | New York, NY 10036 |
| | Tel: (212) 506-3900 |
| | twwalsh@steptoe.com |
| *Counsel to the Operators Bid Group* | |

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*,[1] | Case No.: 26-16388 (CMG) |
| Debtors. | Jointly Administered |

### VERIFIED STATEMENT OF THE OPERATORS BID GROUP
### PURSUANT TO BANKRUPTCY RULE 2019

Brown Rudnick LLP ("Brown Rudnick"), Norton Rose Fulbright US LLP ("Norton Rose

Fulbright"), and Steptoe LLP ("Steptoe," and together with Brown Rudnick and Norton Rose

Fulbright, "Counsel") hereby submit this verified statement (the "Statement") pursuant to Rule

2019(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection

with Counsel's representation of certain operators of Debtor-owned camps interested in purchasing

their respective camps from the above-captioned Debtors and Debtors-in-Possession (the

---

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

"Operators Bid Group" bidding for assets of the "Debtors" in these "Chapter 11 Cases"). In support of this Statement, Counsel represents as follows:

1.      Each member of the Operators Bid Group operates a camp owned, in whole or in part, by one or more Debtors.  Each member is an experienced camp operator, with deep institutional knowledge and a longstanding commitment to their camp, having dedicated their professional life to building, managing, and preserving the camp.  Each member has 20 or more years of camp-leadership experience.  The members, combined, have contributed more than 150 years of "sweat equity" to their respective camps.

2.      The Operators Bid Group exists because the members seek to acquire their respective camps identified in **Exhibit A** hereto (collectively, the "Target Camps").  The members are uniquely positioned to preserve the value of the Target Camps because of their reputations and abilities, derived from decades of service and longstanding relationships with families, staff, alumni, and camp communities.

3.      On June 23, 2026, the Operators Bid Group transmitted to the Debtors' professionals an indication of interest for a proposed joint stalking horse bid for the purchase of the Target Camps (the "Joint Bid").  The Joint Bid, which is currently under confidential professional review and negotiation, is the instrument authorizing the Operators Bid Group to act as such via Counsel.

4.      In sum: the members of the Operators Bid Group are the faces of these Target Camps.  No one is better suited to own and operate the Target Camps than these individuals; nor is any bidder (to their knowledge) prepared to diligence, bid, and close on the purchase of the Target Camps for a comparable price within the timespan required to foster confidence within their

respective camp communities that high-quality, memorable, and safe experiences will be provided to their children without interruption.

5. As of the date of this Statement, Counsel represents only the Operators Bid Group and/or a member thereof in their capacity as bidder(s) and does not represent, or purport to represent, any other entity in connection with the Debtors' Chapter 11 Cases or any member of the Operators Bid Group in its capacity as an employee or contractor of the Debtors in the operation of any camps. Counsel does not represent the Operators Bid Group as a "committee" (as such term is employed in the Bankruptcy Code and the Bankruptcy Rules) and does not undertake to represent the interests of, and is not a fiduciary for, any creditor, party in interest, or entity other than the Operators Bid Group and/or members thereof. The Operators Bid Group does not represent or purport to represent any other entities in connection with the Debtors' Chapter 11 Cases.

6. In accordance with Bankruptcy Rule 2019, and based upon information provided to Counsel by each member of the Operators Bid Group, attached hereto as **Exhibit A** is a list of the names, addresses, nature of economic interest, and amount of disclosable economic interests in relation to the Debtors for each member of the Operators Bid Group.

7. Upon information and belief formed after due inquiry, Counsel does not hold any claim against, or interests in, the Debtors or their estates.

8. Counsel submits this Statement out of an abundance of caution, and nothing herein should be construed as an admission that the requirements of Bankruptcy Rule 2019 apply to Counsel's representation of the Operators Bid Group.

9. Nothing contained in this Statement (or the exhibit hereto) should be construed as (i) a limitation upon, or waiver of, any rights of any member or affiliate of any member of the

Operators Bid Group to assert, file, and/or amend any claim or proof of claim filed in accordance with applicable law and any orders entered in these Chapter 11 Cases, or (ii) an admission with respect to any fact or legal theory.

10.     Counsel reserves the right to amend this Statement as necessary in accordance with the requirements set forth in Bankruptcy Rule 2019.

11.     The undersigned verify that the foregoing is true and correct to the best of their knowledge.

[*Signature on following page.*]

4

Dated: June 25, 2026

Respectfully submitted,

*/s/ Robert M. Hirsh* _____

**BROWN RUDNICK, LLP**
Bennett S. Silverberg
(*pro hac vice forthcoming*)
7 Times Square
New York, NY 10036
Tel: (212) 219-4800
bsilverberg@brownrudnick.com

-and-

Tristan Axelrod
(*pro hac vice forthcoming*)
One Financial Center
Boston, MA 02111
Tel : (617) 856-8300
taxelrod@brownrudnick.com

*Counsel to the Operators Bid Group*

**NORTON ROSE FULBRIGHT US LLP**
Robert M. Hirsh
James A. Copeland
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 318-3000
robert.hirsh@nortonrosefulbright.com
james.copeland@nortonrosefulbright.com

-and-

**STEPTOE LLP**
Timothy W. Walsh (*pro hac vice forthcoming*)
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
twwalsh@steptoe.com

**Exhibit A**

| Name | Target Camp | Address | Years of Service to Target Camp | Other Disclosable Economic Interests |
|------|-------------|---------|----------------------------------|--------------------------------------|
| Adam T. Wallach | Mohawk Day Camp and Mohawk Country Day School | 200 Old Tarrytown Rd. White Plains, NY 10603 | 11 (*25 years' camp leadership experience*) | Each member has or may have claims (in currently unliquidated amounts) against or interests in one or more Debtor arising from, or otherwise in connection with, their role as camp operator. |
| David Schreiber and Gayle Schreiber | Club Getaway | 59 S Kent Rd. Kent, CT 06757 | 15 (*25 years' camp leadership experience*) | |
| Craig Odiorne and Monica Odiorne | Island Lake Camp | 50 Island Lake Rd. Starrucca, PA 18462 | 5.5 (*23 years' camp leadership experience*) | |
| Ronen Gabbay and Dana Gabbay | Camp Lokanda | 432 Haring Rd. Glen Spey, NY 12737 | 19 | |
| Jon Grabow and Elissa Grabow | Camp Chen-a-Wanda | 355 Camp Rd. Thompson, PA 18465 | 20 | |
| Billy Breitner | Rolling Hills Country Day Camp | 14 Dittmar Dr. Freehold, NJ 07728 | 30 | |
| Jeff Grabow and Cindy Grabow | Camp Echo | 210 Echo Rd. Bloomingburg, NY 12721 | 19 | |
| Wendy Saiff and Steve Weissman | Willow Lake Day Camp | 200 NJ-181 Lake Hopatcong, NJ 07849 | 31 | |
| David Willner and Joseph Wilner | Camp Achim | 60 Pleasant Acres Rd. Catskill, NY 12414 | 26 | |