| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| **BROWN RUDNICK LLP**<br>Bennett S. Silverberg<br>(*pro hac vice forthcoming*)<br>Seven Times Square<br>New York, NY 10036<br>Tel: (212) 209-4800<br>bsilverberg@brownrudnick.com<br><br>-and-<br><br>Tristan Axelrod<br>(*pro hac vice forthcoming*)<br>One Financial Center<br>Boston, MA 02111<br>Tel: (617) 856-8300<br>taxelrod@brownrudnick.com<br><br>*Counsel to the Operators Bid Group* | **NORTON ROSE FULBRIGHT US LLP**<br>Robert M. Hirsh<br>James A. Copeland<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Tel: (212) 318-3000<br>robert.hirsh@nortonrosefulbright.com<br>james.copeland@nortonrosefulbright.com<br><br>-and-<br><br>**STEPTOE LLP**<br>Timothy W. Walsh<br>(*pro hac vice forthcoming*)<br>1114 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 506-3900<br>twwalsh@steptoe.com |

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 26-16388 (CMG)<br><br>Jointly Administered |

## STATEMENT OF THE OPERATORS BID GROUP
## REGARDING DEBTORS' MOTION FOR APPROVAL OF BIDDING PROCEDURES

The Operators Bid Group,[2] by and through undersigned counsel, hereby submit this statement in connection with the relief sought by the above-captioned Debtors in the *SIMAD Debtors' Motion for Entry of an Order (I) Approving the Bidding Procedures, (II) Approving the Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and Auction(s), (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption*

---

[1]   A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

[2]   The Operators Bid Group is filing a disclosure of its membership and interests (the "Rule 2019 Statement") contemporaneously with this statement.

*and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [Dkt. No. 227] (the

"Bid Procedures Motion").[3]  In support of this Statement, the Operators Bid Group represents as

follows:

1.      The members of the Operators Bid Group are perhaps the most knowledgeable

persons alive concerning the nine Target Camps they operate and seek to acquire.  They have

contributed more than 150 years of combined sweat equity into their camps.  And they must make

this Court aware that they are concerned that the Bidding Procedures should be modified to

position the Debtors to best stabilize their operations and ensure a continuous, sustainable and safe

experience for children.

2.      To be clear: the Operators Bid Group wants to buy nine of the Debtors' camps; the

"Target Camps" identified in its Rule 2019 Statement.  Its members are uniquely positioned to

preserve the value of the Target Camps because of their capabilities and reputations, derived from

their decades of service and longstanding relationships with families, staff, alumni, and their camp

communities.  And they have already submitted a bid they believe to be fairly priced and able to

close in the space of mere weeks, which they will continue to discuss with the Debtors.

3.      Their concerns arise principally on the basis of timing.  Timing is everything.

Children are arriving at the camps as these papers are filed.  Parents are deciding whether to visit

camps for next Summer for new campers and are being asked to submit deposits for the 2027 camp

year for current campers.  The members of the Operators Bid Group are receiving *hourly* phone

calls from concerned parents.  There is mounting confusion in the camp communities as families

read additional filings in this case.  While notices are important, the paper is stacking up, not all

---

[3]  Capitalized terms not otherwise defined herein shall have the meaning provided in the Bidding Procedures
Motion.

recipients understand what the notices mean, and parents seem to be wondering whether, or when, they will see a notice that the camps will continue under responsible management whom they know and trust.

4.      Parents are right to be cautious.  These are family-run camps that have been run by the same operators for decades – every member of the Operators Bid Group has more than 20 years of camp leadership experience, and some have been running their camps as long as 30 years.  While the Operators Bid Group will not stand in the way of a competitive bid process, a competitive process that moves clunkily over the summer in full view of the camp communities, and introduces the specter of new management unacquainted with those communities, can only erode the camps' value and cause irreparable harm to all concerned.

5.      The Operators Bid Group is ready to move on its bid, which is a very substantial cash bid, the terms of which are known to the Debtors and currently confidential.  They are interested in exploring the private sale option embraced by the proposed Bidding Procedures and believe that an expedited private sale is in the best interests of the estates from a value standpoint, and also in the best interests of the camps and campers.

6.      But if required to engage in the competitive process described in the Bidding Procedures, the Operators Bid Group has concerns.

7.      **First**, the timing surrounding document provision and approval are vague.  There is no deadline for submission of proposed Stalking Horse Bid, and the Debtors remain free to select such a bid at any time before July 9, 2026.  The Operators Bid Group has provided its bid letter and executed an NDA, and thus appears to satisfy all requirements for an "Acceptable Bidder" under section III of the Bidding Procedures.  It has been asking for a copy of the proposed asset purchase agreement – and even offered to draft a form of agreement – and now understands from

3

the Motion that the Debtors prefer to provide their own template several days from now.  The Operators Bid Group is simply anxious that these documents be created and circulated as promptly as possible to provide assurance that they may receive due consideration as a potential Stalking Horse.

8.      **Second**, the proposed bid process timeline is uncomfortably long.  The Operators Bid Group is mindful of the optics of a group of camp operators pushing for a closed, truncated process, and the desire of bankruptcy practitioners to demonstrate value maximization through a lengthy, open and competitive process.  But this case is beyond "melting ice cube" – the ice cube is a puddle on the floor.  Even a month-long process is not going to expose the camps to a value-maximizing selection of potential bidders.  Rather, it will heighten the reasonable concerns of parents surrounding the continuity and character of their children's experience at the camps, force them to seek substitute options for future summers (as camps are already taking 2027 deposits), and risk destroying irreparably decades of brand value, good will, community spirit and personal relationships.

9.      Any competitive process must therefore move extremely swiftly and quietly to best serve all stakeholders.

10.      To be perfectly clear, the Operators Bid Group does not believe a competitive process will maximize value as to their Target Camps and possibly others.  Their current bid is predicated on historical camp revenues under normal circumstances, notwithstanding that the impact of these Chapter 11 Cases will be felt on camp revenues for years under the best of outcomes.  If this process extends another month with an open and competitive auction process, the members of the Operators Bid Group, and other bidders for other assets, will be forced to re-

4

evaluate bids based on up-to-the-minute revenue reports and projections necessarily informed by community reactions to the process itself.

11.     The Operators Bid Group respectfully suggests that private sales be considered within the Debtors' business judgment as the value-maximizing option.

12.     Above all, the Operators Bid Group wants these camps to succeed.  It wants kids to have a good time, to come back next year, and send their own kids many years from now.  They know it can happen because they've made it happen for decades already.  The Operators Bid Group is putting money on the table to make sure the camps continue without interruption and that parents continue to entrust them with their children for summers to come, and it is committed to negotiating and closing on a fair deal for all concerned.  Any bidding procedures approved in these Chapter 11 Cases should take into account the unique nature of the Debtors' camp assets.  This process simply needs to reflect alignment of all stakeholders toward that goal.

## **RESERVATION OF RIGHTS**

This Statement is submitted without prejudice to, and with a full reservation of, the Operators Bid Group's rights to supplement and amend this Statement, introduce evidence at any hearing relating to the Bid Procedures Motion, and object to the Bid Procedures Motion, on any grounds that may be appropriate.

[*Signature on following page.*]

4920-8538-6424.2

Dated: June 25, 2026

**BROWN RUDNICK, LLP**
Bennett S. Silverberg
(*pro hac vice forthcoming*)
7 Times Square
New York, NY 10036
(212) 219-4800
bsilverberg@brownrudnick.com

-and-

Tristan Axelrod
(*pro hac vice forthcoming*)
One Financial Center
Boston, MA 02111
(617) 856-8300
taxelrod@brownrudnick.com

*Counsel to the Operators Bid Group*

Respectfully submitted,

*/s/ Robert M. Hirsh*

**NORTON ROSE FULBRIGHT US LLP**
Robert M. Hirsh
James A. Copeland
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 318-3000
robert.hirsh@nortonrosefulbright.com
james.copeland@nortonrosefulbright.com

-and-

**STEPTOE LLP**
Timothy W. Walsh (*pro hac vice forthcoming*)
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
twwalsh@steptoe.com

6