**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*,[1] | Case No. 26-16388 (CMG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION CONCERNING PROPOSED ORDER**

I, Michael D. Sirota, certify that with respect to the proposed order submitted to the Court,

the following is true and correct to the best of my knowledge.

Debtors Mesorahco LLC and Mesorahland LLC (the "Mesorah Debtors") have an emergent

need for liquidity and obtained a commitment from DH1 Holdings, as successor to Wayne Bank

---

[1]   A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD.  The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

to provide up to $4,000,000 in debtor-in-possession financing facility, including $1,000,000 upon entry of this Consent Order and a total of $1,800,000 between entry of the Consent Order and Final Hearing, on the terms set forth in the Debtor-in-Possession Financing Term Sheet attached to the Consent Order as Exhibit A.

The relief sought in the Consent Order and the Emergency DIP Term Sheet will allow the Mesorah Debtors to maintain ordinary business operations while they finalize a long-term financial solution. Given the emergent need for cash, the Mesorah Debtors request that the Court enter the proposed Consent Order approving the Emergency DIP Term Sheet as soon as possible.

## **Consent Orders**

1. ☒ An application and proposed consent order not relating to a pending matter has been filed under D.N.J. LBR 9019-4(b). All parties to the matter have reviewed the proposed consent order and agree it may be entered without being held for 7 days under D.N.J. LBR 9019-4(b).

2. ☒ If submitting or filing the consent order and this certification to the Court electronically, I will simultaneously electronically file this certification, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

A copy of the proposed Consent Order was provided to: (a) counsel to Mizzen Capital, LP and Mizzen Capital II, LP ("Mizzen Capital"); (b) counsel to the U.S. Small Business Administration (the "SBA"); and (c) the Office of the United States Trustee. Counsel to Mizzen Capital and the SBA have consented to entry of the Consent Order as proposed. Wayne Bank has also agreed to the Consent Order. The Mesorah Debtors provided the Office of the United States Trustee with a copy of the Consent Order. The Consent Order includes comments previously received from the United States Trustee on the *Consent Order Approving Pine Forest Emergency*

*DIP Term Sheet on an Interim Basis* [Docket No. 203].  The United States Trustee has not

consented to entry of the Consent Order as proposed.

I certify under penalty of perjury that the foregoing is true.

Dated: June 26, 2026

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
              wusatine@coleschotz.com
              dbass@coleschotz.com
              fyudkin@coleschotz.com
              dharris@coleschotz.com

*Proposed Counsel to the Debtors and*
*Debtors in Possession*