UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COHEN TAUBER SPIEVACK & WAGNER P.C.
Joseph M. Vann, Esq.
420 Lexington Avenue
Suite 2400
New York, New York 10170
(212) 586-5800
jvann@ctswlaw.com

*Attorneys for Congregation Tal Leyisroel (f/k/a Vaad Linyonei Birur Yahadus), a New Jersey non-profit corporation*

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD.,<br><br>                          Debtor. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Joseph Vann, hereby certify that on July 6, 2026, I caused a true and correct copy of the Reservation of Rights, Limited Objection and Response of Congregation Tal Leyisroel to Debtors' Motions for Use of Cash Collateral, Dip Financing, Sale Procedures and Sales of Assets, (Particularly as Relating to Debtor Greenvilleland LLC) and Exhibits A-B to be served through the Court's ECF system on the parties listed below

Debtors' Counsel
Cole Schotz P.C.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Michael D. Sirota, msirota@coleschotz.com
Warren A. Usatine, wusatine@coleschotz.com
David M. Bass, dbass@coleschotz.com,
Felice R. Yudkin, fyudkin@coleschotz.com
Daniel Harris, dharris@coleschotz.com

1

Office of U.S. Trustee
One Newark Center
Newark, New Jersey 07102
Jeffrey M. Sponder, jeffrey.m.sponder@usdoj.gov


DIP Lender and the Prepetition Lender,
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Daniel S. Bleck, DSBleck@mintz.com
Kaitlin R. Walsh KRWalsh@mintz.com

and all other parties that have filed a notice of appearance through the court's ECF system.

Dated: July 6, 2026

/s/      *Joseph Vann*
             Joseph Vann

2

4933-0508-8187, v. 1