**CONNELL FOLEY LLP**
Brett S. Theisen
Amanda R. Simone
56 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 535-0500
Email: btheisen@connellfoley.com
　　　asimone@connellfoley.com

*Counsel to NewCo Capital Group*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>　　　　　　Debtors.[1] | Case No. 26-16388 (CMG)<br><br>Chapter 11<br><br>Hon. Christine M. Gravelle<br><br>(Jointly Administered) |

**JOINDER OF NEWCO CAPITAL GROUP TO METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC, METROPOLITAN PARTNERS FUND VIII INVESTMENTS LLC, METROPOLITAN PARTNERS FUND VIII LP, METROPOLITAN LEVERED PARTNERS FUND VIII LP, AND METROPOLITAN OFFSHORE PARTNERS FUND VII, LP'S OBJECTION TO FINAL APPROVAL OF DIP FINANCING MOTION AND MOTION TO ADJOURN THE FINAL DIP HEARING UNTIL AN OFFICIAL COMMITTEE OF UNSECURED CREDITORS IS APPOINTED IN THESE CASES**

　　　NewCo Capital Group ("NewCo"), by and through its undersigned counsel Connell Foley LLP, hereby submits this joinder (the "Joinder") to *Metropolitan Partners Group Administration, LLC, Metropolitan Partners Fund VIII Investments LLC, Metropolitan Partners Fund VIII LP, Metropolitan Levered Partners Fund VIII LP, and Metropolitan Offshore Partners Fund VII, LP's Objection to Final Approval of DIP Financing Motion and Motion to Adjourn the Final DIP Hearing Until an Official Committee of Unsecured Creditors is Appointed in These Cases* [ECF

---

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtors' tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of SIMAD Debtor SIMAD Holding Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

No. 384] (the "Objection"), filed in response to the *SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtor Borrowers to Obtain Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [ECF No. 225] (the "DIP Motion"). In support of its Joinder, NewCo respectfully represents as follows:

## JOINDER

1.     NewCo is a creditor of many of the jointly administered debtors in the above-captioned cases.

2.     NewCo joins in and incorporates by reference the arguments set forth in the Objection.

## RESERVATION OF RIGHTS

3.     This Joinder is submitted without prejudice to, and with a full reservation of, NewCo's rights, including to raise additional arguments and supplement this Joinder as necessary to appropriately address any further issues presented by parties in interest.

Dated: July 6, 2026
Roseland, New Jersey

**CONNELL FOLEY LLP**

*/s/ Brett S. Theisen*
Brett S. Theisen
Amanda R. Simone
56 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 535-0500
Email: btheisen@connellfoley.com
          asimone@connellfoley.com

*Counsel to NewCo Capital Group*

2