| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**WALSH PIZZI O'REILLY FALANGA LLP**<br>Stephen V. Falanga, Esq.<br>Nicholas M. Ebel, Esq.<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, NJ 07102<br>P: 973.757.1100<br>D: 973.757.1107<br>F: 973.757.1090<br>sfalanga@walsh.law<br><br>-and-<br><br>**SHIPMAN & GOODWIN LLP**<br>Eric S. Goldstein, Esq. (*admitted pro hac vice*)<br>Gregory R. Papeika, Esq. (*admitted pro hac vice*)<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>Tel: (860) 251-5059<br>Tel: (203) 836-2815<br>egoldstein@goodwin.com<br>gpapeika@goodwin.com<br><br>*Counsel to Mizzen Capital, LP* | |
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>*(Jointly Administered)* |

**RESERVATION OF RIGHTS OF MIZZEN
CAPITAL, LP WITH RESPECT TO CONSENT ORDER
APPROVING MESORAH EMERGENCY DIP TERM SHEET ON AN INTERIM BASIS**

---

[1]     A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD.  The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

Mizzen Capital, LP ("Mizzen") hereby files this Reservation of Rights with respect to the *Consent Order Approving Mesorah Emergency DIP Term Sheet on an Interim Basis* [Dkt. No. 287] (the "Consent Order"), by and between Mesorahco LLC ("Mesorahco") and Mesorahland LLC ("Mesorahland" and together with Mesorahco, the "Mesorah Debtors") and DH1 Holdings LLC ("DH1"), as successor to Wayne Bank, and respectfully states as follows:

## STATEMENT OF FACTS

### A. The Mesorah Debtors' Bankruptcy Cases and Prepetition Secured Debt

1. On June 4, 2026 (the "Petition Date"), the Mesorah Debtors filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Court").

2. On or about August 8, 2017, Wayne Bank, as lender, and Mesorahland, as borrower, and several other entities, including Mesorahco, as guarantors, entered into that certain *Loan Agreement*, effective as of August 9, 2017 (together with all related ancillary documents, and any amendments thereto, the "Wayne Loan Agreement"), pursuant to which Wayne loaned to Mesorahland an aggregate original principal amount of $7,500,000, consisting of a commercial mortgage loan in the amount of $6,960,000 and a term loan in the amount of $540,000. The obligations under the Wayne Loan Agreement were secured by (i) that certain *Gap Mortgage and Mortgage Consolidation, Extension, Modification and Security Agreement*, with an effective date of August 9, 2017, between Mesorahland and Wayne Bank (the "First Mortgage"), securing indebtedness in the original principal amount of $6,960,000.00 and (ii) that certain *Mortgage and Security Agreement*, with an effective date of August 9, 2017, between Mesorahland and Wayne Bank, securing indebtedness in the original principal amount of $540,000.00 (the "Second

Mortgage," and together with the First Mortgage, the "Senior Mortgages")[2] encumbering certain real property located at 325 North Pond Road in the Town of Guilford, County of Chenango, State of New York, comprising a summer camp operated by the Mesorah Debtors known as Camp Mesorah (such mortgaged property, the "Camp Mesorah Property").  Upon information and belief, as of the Petition Date, the outstanding amount due under the Wayne Loan Agreement was in the approximate range of $3,700,000 to $4,000,000.

3.  On or about October 6, 2023, Mesorahco, as borrower, various other parties, including Mesorahland, as guarantors, and Mizzen, as purchaser, entered into that certain *Senior Subordinated Note Purchase Agreement* (together with all related ancillary documents, and any amendments thereto, the "Mizzen Loan Agreement"), pursuant to which Mizzen purchased a Senior Subordinated Note in the original principal amount of $1,000,000 from Mesorahco. The obligations under the Mizzen Loan Agreement were secured by that certain *Mortgage, Assignment of Leases and Rents and Security Agreement*, dated October 6, 2023, between Mesorahland and Mizzen (the "Junior Mortgage"),[3] encumbering the Camp Mesorah Property.  As of the Petition Date, the outstanding principal amount owed under the Mizzen Loan Agreement was approximately $981,667.

---

[2]  The obligations under the Wayne Loan Agreement are also secured by two separate *Assignments of Rents, Leases and Profits*, effective as of August 9, 2017, encumbering the Camp Mesorah Property.

[3]  The obligations under the Mizzen Loan Agreement are also secured by a separate *Assignment of Leases and Rents*, dated October 6, 2023, encumbering the Camp Mesorah Property.

### B. Post-Petition DIP Advance

4.       Upon information and belief, on or about June 25, 2026, Wayne Bank assigned its interest in the Wayne Loan Agreement pursuant to an *Assignment of Negotiable Instrument* to DH1.[4]

5.       On June 26, 2026, the Court entered the Consent Order.  Pursuant to the Consent Order and the term sheet approved thereunder (the "Emergency DIP Term Sheet"), DH1 agreed to advance up to $1,800,000 (with Mizzen's express consent) under the existing Wayne Loan Agreement (the "Initial DIP Advance"), consisting of $1,000,000 upon entry of the Consent Order and an additional $800,000 between entry of the Consent Order and a final hearing on the Consent Order, in order to fund the summer camp operations of the Mesorah Debtors.  The Initial DIP Advance was secured by first-priority senior priming liens on, among other things, the Camp Mesorah Property, senior to the existing Senior Mortgages and Junior Mortgage.

6.       The Emergency DIP Term Sheet contemplates that DH1 will advance an additional $2,200,000, up to a total of $4,000,000 (a "Further DIP Advance"), under the Wayne Loan Agreement following entry of a "Final Order."  However, under the express terms of the Consent Order, any further advances beyond the $1,800,000 Initial DIP Advance are subject to Mizzen's written consent or pursuant to court order.  (Consent Order ¶ 15.)

### MIZZEN'S RESERVATION OF RIGHTS

7.       Mizzen files this Reservation of Rights to clarify that it has *not* provided its written consent to any Further DIP Advance beyond the $1,800,000 Initial DIP Advance already approved

---

[4]       Despite being party to a Subordination and Intercreditor Agreement with Wayne Bank, dated as of October 6, 2023, Mizzen did not receive any advance notice or have any knowledge of the assignment of Wayne Bank's interest in the Wayne Loan Documents to DH1 until after being approached by counsel to the Mesorah Debtors in order to discuss and obtain Mizzen's consent with respect to the Interim DIP Advance and Consent Order.

pursuant to the Consent Order.  Mizzen hereby expressly reserves its rights to withhold its consent to any such further advances by DH1 or its successors and assignees as contemplated by the Consent Order and/or the Emergency DIP Term Sheet, and to object to any motion seeking approval of or entry of any order approving any Further DIP Advance on a further interim or final basis.

Dated: July 7, 2026

Respectfully submitted,

/s/ Stephen V. Falanga
Stephen V. Falanga, Esq.
**WALSH PIZZI O'REILLY FALANGA LLP**
Nicholas M. Ebel, Esq.
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
P: 973.757.1100
D: 973.757.1107
F: 973.757.1090
sfalanga@walsh.law

-and-

**SHIPMAN & GOODWIN LLP**
Eric S. Goldstein, Esq. (*admitted pro hac vice*)
Gregory R. Papeika, Esq. (*admitted pro hac vice*)
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5059
Tel: (203) 836-2815
egoldstein@goodwin.com
gpapeika@goodwin.com

*Attorneys for Mizzen Capital, LP*

## <u>CERTIFICATE OF SERVICE</u>

I, Stephen V. Falanga, hereby certify that on this 7th day of July 2026, I caused the foregoing *Reservation of Rights of Mizzen Capital, LP With Respect to Consent Order Approving Mesorah Emergency DIP Term Sheet on an Interim Basis* and supporting documents to be served by this Court's CM/ECF system and email to the proposed counsel to the Debtors and counsel to the Office of the United States Trustee listed on the following page.

Dated: July 7, 2026
                                                    */s/ Stephen V. Falanga*
                                                    Stephen V. Falanga