**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*,[1] | Case No. 26-16388 (CMG) |
| Debtors. | (Jointly Administered) |

**SIMAD DEBTORS' APPLICATION IN LIEU OF MOTION IN SUPPORT OF**
**ENTRY OF CONSENT ORDER APPROVING BLUESTAR CREDIT ADVANCE**

TO THE HONORABLE CHIEF JUDGE CHRISTINE M. GRAVELLE,
CHIEF JUDGE, UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors-in-possession (the "SIMAD Debtors"), by and

through their undersigned counsel, respectfully state the following in support of this application

(the "Application"), pursuant to D.N.J. LBR 9019-4(b), seeking the approval and entry of the

---

[1]  A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD.  The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

proposed Consent Order Approving Bluestar Credit Advance (the "Consent Order"),[2] a copy of which is attached hereto as **Exhibit 1**, and respectfully states as follows:

1.      On June 4, 2026, the Bluestar Debtors, along with other affiliates of the SIMAD Debtors, filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The chapter 11 cases, including the Bluestar Debtors' cases, have been consolidated for procedural purposes only and are being jointly administered under Case No. 26-16388 (CMG) pursuant to Bankruptcy Rule 1015(b) [Docket No. 15].

2.      Prior to the Petition Date, the Bluestar Debtors and certain other parties became obligors under that certain promissory note with HomeTrust Bank ("HTB") dated November 17, 2025 (the "Note") in the principal amount of $850,000 with a maturity date of September 17, 2026 and six (6) consecutive monthly interest payments beginning as of December 17, 2025 with subsequent payments due the same day each month thereafter.

3.      On November 17, 2025, Bluestar Landco, LLC executed that certain Deed of Trust Securing Future Advances (as amended from time to time, the "Deed of Trust", and together with the Note, the "Loan Documents") in favor of HTB against the real property located at 89 Blue Star Way; 927 and 951 Crab Creek Rd., Hendersonville, North Carolina 28739.  The Loan Documents secure all obligations, debts and liabilities of the Bluestar Debtors due and owing to HTB.

4.      On November 21, 2025, that certain Modification to Deed of Trust was executed on behalf of Bluestar Landco, LLC in favor of HTB to include the legal description of the Real Property which serves as collateral for the Deed of Trust.

5.      On April 20, 2026, the Bluestar Debtors and certain other parties became obligors under a further promissory note with HTB (the "Second Note", and with the First Note and

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Consent Order.

Original Deed of Trust, the ("Loan Documents") in the principal amount of $450,000 with a maturity date of October 20, 2026 and two (2) monthly consecutive interest payments beginning as of May 20, 2026 with subsequent payments due the same day each month thereafter.

6.     On April 20, 2026, that certain Modification of Deed of Trust was executed on behalf of Bluestar Landco, LLC in favor of HTB which modified the Original Deed of Trust to increase the principal indebtedness to $1,300,000.   The terms of the Original Deed of Trust otherwise remain unchanged and in full force and effect.

7.     Pursuant to the Loan Documents, Bluestar Landco, LLC is permitted to draw funds for certain work and repairs related to the dam located upon the Real Property.

8.     On May 20, 2026, HTB provided an initial advancement under the Second Note in the amount of $100,961.

9.     On June 4, 2026, HTB provided a further principal advancement under the Second Note in the amount of $58,731.

10.     Subsequent to the Petition Date, the Bluestar Debtors incurred certain obligations for work performed at the Real Property relating to the dam.

11.     As of the date of this Application, the Bluestar Debtors have a need for liquidity to pay contractors for their repair services and obtained a commitment from HTB to provide an advance of funds for the work performed after the Petition Date.   In order to resolve its liquidity needs, on consent of HTB, the Bluestar Debtors are seeking approval of the Consent Order so it may draw down upon the Note pursuant to the terms of the Loan Documents in the remaining principal amount up to $290,308.   The Bluestar Debtors are seeking authority to draw $75,000 immediately upon entry of the Consent Order.   The Bluestar Debtors are unable to obtain unsecured credit allowable under section 503(b)(1) of the Bankruptcy Code.

12.     As a material inducement to HTB's willingness to provide the Bluestar Credit Advance, subject to the rights of all parties in interest to challenge the Consent Order, the Parties agree that the indebtedness owing to HTB under the Loan Documents are valid, binding, enforceable, due and owing, and not subject to any offset, defense, counterclaim, recoupment, objection, avoidance claim, equitable subordination claim, recharacterization claim, or other challenge of any kind.  Further, HTB holds valid, properly perfected, enforceable, and first-priority liens and security interests in the collateral described in the Loan Documents, including the Real Property.

13.     Pursuant to section 364(c)(1) of the Bankruptcy Code, the Bluestar Credit Advance shall be a claim with priority in payment over any and all administrative expenses of the kinds specified or ordered pursuant to any provision of the Bankruptcy Code, including, without limitation, Bankruptcy Code sections 105, 326, 328, 330, 331, 503(b), 506(c), 507(a), 507(b), 546, 726, 1113 and 1114.

14.     Pursuant to section 364(d)(1) of the Bankruptcy Code, the Bluestar Credit Advance shall be secured by a lien in the collateral described in the Loan Documents, including the Real Property, pursuant to the Deed of Trust and consistent with the terms of the Loan Documents.

15.     This Application is submitted pursuant to D.N.J. LBR 9019-4(b) in lieu of a motion in support of the Bluestar Debtors' request that the Court enter the Consent Order, as presented. The Bluestar Debtors submit that the Consent Order is in the best interests of the Bluestar Debtors' estates and creditors.

*[Remainder of page intentionally left blank]*

16. No previous application for the relief sought herein has been made to this or any other Court.

Dated: July 7, 2026

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            dbass@coleschotz.com
            fyudkin@coleschotz.com
            dharris@coleschotz.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

## EXHIBIT 1

**Consent Order**

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Proposed Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*,[1] | Case No. 26-16388 (CMG) |
| Debtors. | (Jointly Administered) |

**CONSENT ORDER APPROVING BLUESTAR CREDIT ADVANCE**

The relief set forth on the following pages, numbered two (2) through six (6), is hereby

**ORDERED**.

---

[1]   A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD.  The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

53562214

Page (2)
Debtors:          SIMAD HOLDINGS, LTD, *et al.*
Case No.:         26-16388 (CMG)
Caption of Order:    CONSENT ORDER APPROVING BLUESTAR CREDIT ADVANCE

This consent order (the "Consent Order") is made by and between debtors, Bluestar Landco, LLC and Bluestar Operatingco, LLC (the "Bluestar Debtors") and HomeTrust Bank ("HTB" and, together with the Bluestar Debtors, the "Parties"), by and through their duly authorized representative or undersigned counsel.

WHEREAS, as on June 4, 2026 (the "Petition Date"), the Bluestar Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code;

WHEREAS, prior to the Petition Date, the Bluestar Debtors and certain other parties became obligors under that certain promissory note with HTB dated November 17, 2025 (the "First Note") in the principal amount of $850,000 with a maturity date of September 17, 2026 and six (6) consecutive monthly interest payments beginning as of December 17, 2025 with subsequent payments due the same day each month thereafter;

WHEREAS, on November 17, 2025, Bluestar Landco, LLC executed that certain Deed of Trust Securing Future Advances (as amended and modified from time to time, the "Original Deed of Trust") in favor of HTB against the real property located at 89 Blue Star Way; 927 and 951 Crab Creek Rd., Hendersonville, North Carolina 28739 (the "Real Property").

WHEREAS, on November 21, 2025, that certain Modification to Deed of Trust was executed on behalf of Bluestar Landco, LLC in favor of HTB to include the legal description of the Real Property which serves as collateral for the Original Deed of Trust;

WHEREAS, on April 20, 2026, the Bluestar Debtors and certain other parties became obligors under a further promissory note with HTB (the "Second Note", and with the First Note and Original Deed of Trust, the ("Loan Documents") in the principal amount of $450,000 with a

53562214

Page (3)
Debtors:          SIMAD HOLDINGS, LTD, *et al.*
Case No.:         26-16388 (CMG)
Caption of Order:     CONSENT ORDER APPROVING BLUESTAR CREDIT ADVANCE

maturity date of October 20, 2026 and two (2) monthly consecutive interest payments beginning as of May 20, 2026 with subsequent payments due the same day each month thereafter;

WHEREAS, on April 20, 2026, that certain Modification of Deed of Trust was executed on behalf of Bluestar Landco, LLC in favor of HTB which modified the Original Deed of Trust to increase the principal indebtedness to $1,300,000. The terms of the Original Deed of Trust otherwise remain unchanged and in full force and effect;

WHEREAS, the Loan Documents secure all obligations, debts and liabilities of the Bluestar Debtors due and owing to HTB;

WHEREAS, the Loan Documents are guaranteed by Michael A. Shabsels, David A. Shabsels, Seth Herschthal, Lauren Popkin-Herschthal, SIMAD Holdings, Ltd. and Bluestar Operatingco, LLC (collectively, the "Guarantee");

WHEREAS, pursuant to the Loan Documents, Bluestar Landco, LLC is permitted to draw funds for certain work and repairs related to the dam located upon the Real Property;

WHEREAS, on May 20, 2026, HTB provided an initial advancement under the Second Note in the amount of $100,961;

WHEREAS, on June 4, 2026, HTB provided a further principal advancement under the Second Note in the amount of $58,731;

WHEREAS, subsequent to the Petition Date, the Bluestar Debtors incurred certain obligations for work performed at the Real Property relating to the dam;

WHEREAS, the Bluestar Debtors have a need for liquidity to pay contractors for their repair services and obtained a commitment from HTB to provide an advance of funds for the work performed after the Petition Date. The Parties are agreeable to the Bluestar Debtors drawing down

53562214

Page (4)
Debtors:              SIMAD HOLDINGS, LTD, *et al.*
Case No.:             26-16388 (CMG)
Caption of Order:     CONSENT ORDER APPROVING BLUESTAR CREDIT ADVANCE

in the remaining principal amount up to $290,308 (the "Bluestar Credit Advance") in accordance

with the terms of the Loan Documents;

**WHEREAS**, the Parties agree that the Bluestar Debtors are authorized to immediately

draw $75,000 upon entry of the Consent Order;

**WHEREAS**, the Bluestar Debtors are unable to obtain unsecured credit allowable under

section 503(b)(1) of the Bankruptcy Code;

**WHEREAS**, as a material inducement to HTB's willingness to provide the Bluestar Credit

Advance, subject to the rights of all parties in interest to challenge the Consent Order, the Parties

agree that the indebtedness owing to HTB under the Loan Documents are valid, binding,

enforceable, due and owing, and not subject to any offset, defense, counterclaim, recoupment,

objection, avoidance claim, equitable subordination claim, recharacterization claim, or other

challenge of any kind.  Further, HTB holds valid, properly perfected, enforceable, and first-priority

liens and security interests in the collateral described in the Loan Documents, including the Real

Property;

**WHEREAS**, the Parties agree that pursuant to section 364(c)(1) of title 11 of the United

States Code (the "Bankruptcy Code"), the Bluestar Credit Advance is a claim with priority in

payment over any and all administrative expenses of the kinds specified or ordered pursuant to any

provision of the Bankruptcy Code, including, without limitation, Bankruptcy Code sections 105,

326, 328, 330, 331, 503(b), 506(c), 507(a), 507(b), 546, 726, 1113 and 1114;

**WHEREAS**, the Parties agree that pursuant to section 364(d)(1) of the Bankruptcy Code,

the Bluestar Credit Advance shall be secured by a lien in the collateral described in the Loan

53562214

Page (5)
Debtors:          SIMAD HOLDINGS, LTD, *et al.*
Case No.:         26-16388 (CMG)
Caption of Order:   CONSENT ORDER APPROVING BLUESTAR CREDIT ADVANCE

Documents, including the Real Property, pursuant to the Deed of Trust, consistent with the terms

thereof;

**WHEREAS**, in addition to the relief set forth in this Consent Order, the Parties are

continuing to negotiate terms of additional debtor-in-possession financing that will be facilitated

pursuant to separate documentation and filed with the Court for its review and approval;

**WHEREAS**, notwithstanding the provisions of this Consent Order, all terms and

conditions of the Loan Documents, other than the payment of monthly interest, which shall be

deferred during these chapter 11 cases, are reaffirmed and acknowledged, and shall remain in full

force and effect, including, but not limited to, all terms and conditions pertaining to the Guarantees

and their obligations owed thereunder, and any maturity set forth in accordance with the Loan

Documents; and

**WHEREAS**, the Parties have agreed upon the terms set forth in this Consent Order, for

which the Parties seek approval hereby.

**NOW THEREFORE, FOR GOOD AND VALUABLE CONSIDERATION THE**

**PARTIES HERETO ACKNOWLEDGE RECEIVING, IT IS HEREBY STIPULATED,**

**AGREED AND ORDERED AS FOLLOWS:**

1.      The recitals set forth above are hereby made an integral part of the Consent Order

and are incorporated herein.

2.      The Bluestar Credit Advance is **APPROVED**.

3.      The Bluestar Debtors are authorized to draw upon the Bluestar Credit Advance in

accordance with the terms set forth herein.

53562214

Page (6)
Debtors:              SIMAD HOLDINGS, LTD, *et al.*
Case No.:             26-16388 (CMG)
Caption of Order:     CONSENT ORDER APPROVING BLUESTAR CREDIT ADVANCE

4.      Upon entry of this Consent Order, the Bluestar Debtors are authorized to draw and HTB shall advance $75,000 under the Loan Documents.

5.      Nothing herein shall be deemed to authorize the payment of any amounts that violate or implicate section 503(c) of the Bankruptcy Code, except upon further order of this Court.

6.      The Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Consent Order.

7.      The terms and provisions contained within this Stipulated Order shall (a) be binding on the Parties and on any later appointed Chapter 11 trustee, Chapter 7 trustee, examiner, committee, plan administrator, and all other fiduciaries of the Debtors and/or their bankruptcy estates, and (b) survive and be binding notwithstanding any conversion or dismissal of any of the SIMAD Debtors' chapter 11 cases.

8.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Consent Order.

9.      This Consent Order may be executed and delivered in any number of original or facsimile or electronic counterparts, each of which shall be deemed an original.

10.     The Bluestar Debtors shall serve by regular mail a copy of this Consent Order on all parties required to receive such service pursuant to Local Rule 9013-5(f).

11.     Notwithstanding Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, to the extent applicable, the terms and conditions of this Consent Order shall be effective and enforceable immediately upon entry hereof.

[*Remainder of page intentionally left blank*]

53562214

Dated: July 7, 2026

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
           wusatine@coleschotz.com
           dbass@coleschotz.com
           fyudkin@coleschotz.com
           dharris@coleschotz.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

Dated: July 7, 2026

/s/ *Andrea Dobin*

**MCMANIMON, SCOTLAND & BAUMANN, LLC**
Andrea Dobin
427 Riverview Plaza
Trenton, New Jersey 08611
Telephone: (973) 323-8667
Email:  ADobin@MSBNJ.com

*Counsel to HomeTrust Bank*

53562214