*__EXHIBIT "B"__*

| Instrument (Wayne County Inst. #) | Type / Parties | Amount | Recorded | Current Status |
|---|---|---|---|---|
| 202200000555 | Open-End Mortgage — LandCo → **Wayne Bank** (Vol. 6069, Pg. 28–57) | $900,000 | 1/21/2022, 11:14 a.m. | **Satisfied** by corrective Inst. 202603711 (4/20/2026) |
| 202200000556 | Assignment of Leases & Rents — LandCo → Wayne Bank (Vol. 6069, Pg. 58–80) | (secures $900,000) | 1/21/2022, 11:14 a.m. | **Terminated** by Inst. 202600355 (1/13/2026) |
| **202200000557** | **Mortgage — LandCo & CampCo → Sports & Arts Center at Island Lake, Inc. (OUR CLIENT)** (Vol. 6069, Pg. 81–108) | **$3,254,445** | 1/21/2022, 11:14 a.m. | **Of record / not validly released** — but erroneously referenced in Wayne Bank satisfaction Inst. 202600354 (see below) |
| 202200000559 | UCC-1 Financing Statement — debtors LandCo & CampCo, secured party Wayne Bank (Vol. 6069, Pg. 132–145) | n/a | 1/21/2022, 11:14 a.m. | No termination in file; presumed released with Wayne Bank payoff (confirm) |
| 202300006133 | Open-End Mortgage — LandCo → **Mizzen Capital, LP** (Vol. 6386, Pg. 199–226) | $1,000,000 | 10/10/2023 | **Satisfied** by Inst. 202600606 (1/21/2026) |
| 202300006134 | Assignment of Leases & Rents — LandCo → Mizzen (Vol. 6386, Pg. 227–251) | (secures $1,000,000) | 10/10/2023 | **Terminated** by Inst. 202600607 (1/21/2026) |
| 202300006135 | UCC-1 Financing Statement — debtor LandCo, secured party Mizzen (Vol. 6386, Pg. 252–265) | n/a | 10/10/2023 | No termination in file; may remain of record (confirm) |
| 202300006136 | Inter-Creditor/Subordination Agreement — Mizzen, **Sports & Arts (client)**, CampCo, LandCo (Vol. 6386, Pg. 266–287) | n/a | 10/10/2023 | Client subordinated its mortgage to Mizzen's $1M loan |
| 202600569 | Mortgage/Assignment/Security Agreement — LandCo → **Mishmeret Trust Services Ltd.** (trustee for SIMAD bondholders) (Book 6581, Pg. 242) | **$188,000,000** | 1/21/2026, 10:40 a.m. | Of record |
| 202600570 | Assignment of Leases & Rents — LandCo → Mishmeret (Book 6581, Pg. 296) | (secures $188M) | 1/21/2026, 10:41 a.m. | Of record |
| 202601354 | UCC-1 Financing Statement — debtors CampCo & LandCo, secured party Mishmeret, "all assets" (Book) | n/a | 2/17/2026 | Of record |