## *EXHIBIT "D"*

2026-3900 – Single Asset Portfolio – Simad Holdings Limited (YE 2025) | Individual Property Information

## C13 – Island Lake

**The subject property was purchased on January 18, 2022 for $4,250,000.**

## Property Financials

| | | Island Lake - 2024 Actual | Island Lake - 2025 Actual | Difference (2025 Actual Less 2024 Actual) | | 2025 Appraiser Projected | 2026 Appraiser Projected | Difference (2026 Projected Less 2025 Actual) |
|---|---|---|---|---|---|---|---|---|
| **INCOME:** | | | | | | | | |
| Tuition - camp income (net) | | $ 5,749,361 | $ 6,293,445 | $ 544,084 | | | | |
| Tuition - school income (net) | | | | | | | | |
| Other revenue | | 1,366 | 429 | (937) | | | | |
| **Total income** | | **$ 5,750,727** | **$ 6,293,873** | **$ 543,146** | | **$ 6,325,800** | **$ 6,608,567** | **$ (314,694)** |
| | | | | | | | | |
| **DIRECT COST OF OPERATIONS:** | | | | | | | | |
| Payroll | | $ 1,514,709 | $ 1,921,774 | $ 407,065 | | | | |
| Taxes and benefits | | 139,995 | 126,703 | (13,292) | | | | |
| Total kitchen expense | | 408,002 | 492,808 | 84,806 | | | | |
| Total program activities expense | | 639,249 | 498,067 | (141,182) | | | | |
| Total grounds expense | | 316,296 | 290,222 | (26,074) | | | | |
| Transportation expense | | 147,754 | 112,139 | (35,615) | | | | |
| Camper recruitment expense | | 314,343 | 387,118 | 72,775 | | | | |
| Staffing expense | | 257,226 | 187,922 | (69,304) | | | | |
| Other direct expense | | | | | | | | |
| Total direct cost of operations | | $ 3,737,574 | $ 4,016,753 | $ 279,179 | | | | |
| | | | | | | | | |
| **Gross profit** | | **$ 2,013,153** | **$ 2,277,120** | **$ 263,967** | | | | |
| | | | | | | | | |
| **SELLING, GENERAL AND ADMINISTRATIVE EXPESES** | | | | | | | | |
| Advertising | | $ 45,859 | $ 66,764 | $ 20,905 | | | | |
| Banking and credit card fees | | 118,727 | 116,651 | (2,076) | | | | |
| Consulting | | 9,822 | | (9,822) | | | | |
| General expense | | 88,277 | 98,458 | 10,181 | | | | |
| Insurance | | 76,756 | 101,285 | 24,529 | | | | |
| Management Fee | | 20,000 | 20,000 | - | | | | |
| Office | | 46,911 | 43,200 | (3,711) | | | | |
| Postage and Printing | | 6,044 | 5,116 | (928) | | | | |
| Professional fees | | 25,837 | 6,000 | (19,837) | | | | |
| Real estate taxes | | | 107,887 | 107,887 | | | | |
| Camp Rent | | | 32,000 | 32,000 | | | | |
| Rent - Office | | 71,203 | | (71,203) | | | | |
| Telephone & Internet | | 28,020 | 21,189 | (6,831) | | | | |
| Travel & Auto Exp | | 147,358 | 166,697 | 19,339 | | | | |
| Utilities | | 111,904 | 120,440 | 8,536 | | | | |
| Total selling, general and administrative expense | | $ 796,718 | $ 905,686 | $ 108,968 | | | | |
| | | | | | | | | |
| | Total Expenses | $ 4,534,292 | $ 4,922,439 | $ 388,147 | | $ 4,761,007 | $5,168,561 | $ (246,122) |
| | | | | | | | | |
| **Net income before interest, depreciation & Corp. Tax** | | **$ 1,216,435** | **$ 1,371,435** | **$ 155,000** | | **$ 1,564,793** | **$ 1,440,007** | **$ (68,572)** |
| | Op. Ex Ratio | 78.85% | 78.21% | | | 75.26% | 78.21% | |
| | Less Incentive | $ - | $ - | | | $ - | $ - | |
| **Adjusted net income** | | **$ 1,216,435** | **$ 1,371,435** | **$ 155,000** | | **$ 1,564,793** | **$ 1,440,007** | **$ (68,572)** |

## Analysis of Income and Expenses

In 2025, ownership had visibility that bond proceeds were expected to be available by year-end. As a result, management made a deliberate decision to invest more heavily than it otherwise would have under normal operating circumstances. This led to a number of one-time expenditures, particularly related to aesthetic improvements, preventive maintenance, and overall property upkeep.

At Island Lake, the primary driver of the increased spending was the camp's continued growth over the past several years. As enrollment and activity levels expanded, additional investment was required to maintain the quality of the facilities and overall operations.

In several areas, expenses exceeded original expectations because the infrastructure, maintenance, and operational support requirements of a growing camp were greater than initially anticipated. Accordingly, certain expenses incurred during the period should be viewed as both growth-related and partially enabled by the anticipated bond financing.

 Leitner | Berman

Revenue increased by 9.5% year-over-year between 2024 and 2025. For 2026, we have adopted a slightly more conservative assumption and project revenue growth of 5.00% over 2025 levels. Expenses increased by 8.6% year-over-year between 2024 and 2025 for the reasons discussed above. For 2026, we have assumed a more normalized, market-oriented expense growth rate of 5.00% over 2025 expenses.

The subject's projected operating expense ratio is 78.21%.  Optimal efficiency for youth camps typically indicates expense ratios ranging between about 60% to 80% of total revenues, noting the lower end of the range is typically seen in day camps as these operations do have additional expenses related to overnight and food service associated with overnight camps.  The subject's projected expense ratio is at the mid-to-high-end of the range, owing to the subject's high-revenue, yet high-expense operations.  Accordingly, the subject's projected expense ratio indicates the camp is generally operating efficiently with room for operational improvements.

## Capitalization

### Discount Rate

In selecting an appropriate discount rate, we have considered the foregoing yields as well as the subject property's location, age, and condition relative to competing properties.  In addition, we have taken into consideration its status as a going concern.  In the development of the discount rate for the subject property, consideration was given to the risk, liquidity, and the time and expense of asset management inherent with income-producing property investment.   The summation approach was utilized to account for yield expectations associated with these investment considerations.  A 5.00% basic rate was used based on the return exhibited by corporate and municipal bonds.  The 5.00% basic rate is increased by 200 basis points for liquidity, 200 basis points for asset management, and 200 basis points for risk.  This results in an 11.00% yield rate.  This is with the survey range for limited-service lodging properties. For the equity yield rate, an additional 450 basis points have been added to the overall yield to reflect the additional risk associated with the equity portion of the investment resulting in an equity yield rate of 15.50%.

Based on the foregoing, it is our opinion that a 15.50% before-tax discount or yield rate would be required by a typical investor for a niche summer camp such as the subject.

### Change in Value

As a going concern, we are assuming market appreciation. Thus, no above-market appreciation is forecast over the holding period.

| Assumptions Underlying Capitalization Rate Development | |
|---|---:|
| Loan to value ratio | 65% |
| Interest Rate | 6.50% |
| Term (years payout) | 25 |
| Annual Constant | 0.0810 |
| Equity Yield Rate | 15.50% |
| Holding Period | 10 |
| Appreciation Over Term | 0% |



2026-3900 – Single Asset Portfolio – Simad Holdings Limited (YE 2025)  Individual Property Information

| Development of Capitalization Rate | | | | |
|---|---|---|---|---|
| Mortgage Funds Contribution (Loan Ratio x Annual Constant) | 65.00%  ×  8.10% | | = | 5.27% |
| Equity Funds Contribution (Equity Ratio x Equity Yield Rate) | 35.00%  ×  15.50% | | = | 5.43% |
| **Weighted Rate** | | | | **10.69%** |
| | | | | |
| Less Adjustment for Mortgage Amortization (% Paid off in Projected Period x Loan Ratio x Sinking Fund Factor) | 22.49%  ×  65.00%  ×  4.81% | | = | 0.70% |
| **Adjusted Rate** | | | | **9.99%** |
| | | | | |
| Less/Plus Adjustment for Appreciation (Appreciation Over Term x Sinking Fund Factor) | 0.00%  ×  4.81% | | = | **0.00%** |
| Overall Capitalization Rate | | | | 9.99% |
| **(rounded to)** | | | | **10.00%** |

The methods of estimating an overall capitalization rate are illustrated in the following table.

| | Minimum | Maximum | Average | Derived |
|---|---|---|---|---|
| Akerson Method | | | | 10.00% |
| Market Participants | 9.00% | 11.00% | | |
| National Investor Survey | 8.00% | 11.00% | 8.92% | |
| Local Sales | 8.00% | 11.00% | 9.24% | |

Based on the above, we have concluded to a market capitalization rate of 10.00%. Therefore, our projected going concern value for the subject property, as of December 31, 2025, is:

| Net Operating Income | / | Cap Rate | = | Value | Rounded |
|---|---|---|---|---|---|
| $1,440,007 | | 10.00% | | $14,400,066 | $14,400,000 |

