**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman (*pro hac vice* pending)
Marc B. Roitman (*pro hac vice* pending)
Grace A. Thompson (N.J. Bar No. 294072022)
50 Rockefeller Plaza
New York, NY 10020
Telephone: (212) 940-8800
Email: sreisman@katten.com
       marc.roitman@katten.com
       grace.thompson@katten.com

**KATTEN MUCHIN ROSENMAN LLP**
Arlen P. Moradi (*pro hac vice* pending)
2121 Avenue of the Stars
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449
Facsimile: (310) 778-4471
Email: arlen.moradi@katten.com

*Counsel to Riverwoods Road 2000 Land LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>Jointly Administered |

**STATEMENT AND RESERVATION OF RIGHTS OF**
**RIVERWOODS ROAD 2000 LAND LLC WITH RESPECT TO THE**
**PROPOSED SALE OF ASSETS RELATING TO BANNER DAY CAMP**

Riverwoods Road 2000 Land LLC ("Riverwoods"), by and through its undersigned counsel, hereby submits this statement and reservation of rights with respect to the proposed sale of the above-captioned debtors' (collectively, the "Debtors") assets relating to Banner Day Camp (the "Banner Assets"), and respectfully states as follows:

**STATEMENT**

1. Riverwoods supports a prompt and orderly sale process that serves the best interests of the Debtors' estates and, importantly, the Banner Day Camp community of creditors, campers,

---

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

families, and staff. Riverwoods has every interest in Banner Day Camp's continued successful operation.[2] Riverwoods submits this statement to ensure that the process moves forward on an accurate record regarding the Debtors' interests in the real property on which Banner Day Camp operates.

2.      Banner Day Camp operates on real property owned by the Debtors and by Riverwoods and its related non-debtor owners (collectively, the "Landlord"). Specifically, the Landlord owns more than 40% of the real estate on which Banner Day Camp operates. This includes the approximately 23-acre parcel at 1221 Riverwoods Road, Lake Forest, Illinois (the "Premises"), which is subject to a lease with Debtor Banner Landco LLC dated September 1, 2013 (the "Lease"), and an additional approximately 5-acre parcel occupied by the Debtors on a month-to-month basis.[3] The Landlord's property includes numerous facilities integral to Banner Day Camp operations.

3.      Importantly, the Debtors' interests in the Premises are limited. Debtor Banner Landco LLC occupies the Premises under the Lease, the initial ten-year term of which has expired. Pursuant to the Lease, the tenancy renews year-to-year and continues only until one (1) year following the closing of a third-party purchase of the Premises. The Lease is triple net, with escalating base rent during the renewal period. A related Option Agreement dated September 1, 2013 provides a limited first-offer right on any third-party sale, which expires in 2028.[4]

---

[2] Riverwoods is engaging constructively with the Debtors and their advisors and, together with a related party, has submitted an indication of interest for the Banner Assets. Riverwoods submits this statement solely in its capacity as a Landlord party to ensure the accuracy of the record. Nothing herein is intended to discourage or impede the sale process or the submission of a bid by any bidder.

[3] Prospective bidders should not assume that current occupancy terms of the 5-acre parcel, including rent, will continue beyond the chapter 11 cases. Any future arrangement for the 5-acre parcel would be subject to separate agreement with the Landlord.

[4] Copies of the Lease and the Option Agreement were provided to the Debtors and added to the electronic data room.

4.      Riverwoods understands that an appraisal prepared for the Debtors, which prospective bidders may be relying on, describes the Premises as leased "in perpetuity for nominal rent." Riverwoods has separately advised the Debtors and their advisors that this characterization of the Lease is incorrect. Nothing in the sale process should be read to imply that any purchaser will obtain any new lease, extension, amendment, or occupancy arrangement except pursuant to separate agreement to be negotiated with the Landlord at its sole discretion.

## CONCLUSION

5.      Any Sale Order must provide that it transfers only the Debtors' actual interests in the Premises, if any, subject to all applicable terms, conditions, and limitations, and does not impair the Landlord's ownership of, or rights in, such real property.

## RESERVATION OF RIGHTS

6.      Riverwoods reserves all rights, claims, defenses, and remedies under the Lease, the Option Agreement, the Bankruptcy Code, and applicable law, including the right to object with respect to any proposed assumption and assignment of the Lease, any proposed cure amounts, the cure of monetary and non-monetary defaults (including with respect to any default arising from any purported pledge or encumbrance of the leasehold without the Landlord's consent), compensation for any actual pecuniary loss, the adequacy of any Adequate Assurance Information, any proposed Sale Order, and any Sale Transaction. Nothing herein shall be deemed consent to

any assumption, assignment, extension, modification, replacement, or other continued occupancy

arrangement, or a waiver of any rights, claims, defenses, or remedies of Riverwoods.

Dated: July 8, 2026

 */s/ Grace A. Thompson*

**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman (*pro hac vice* pending)
Marc B. Roitman (*pro hac vice* pending)
Grace A. Thompson (N.J. Bar No. 294072022)
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800
Email: sreisman@katten.com
        marc.roitman@katten.com
        grace.thompson@katten.com

-and-

Arlen P. Moradi (*pro hac vice* pending)
2121 Avenue of the Stars
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449
Facsimile: (310) 778-4471
Email: arlen.moradi@katten.com

*Counsel to Riverwoods Road 2000 Land LLC*