**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**FOURTH NOTICE OF EXTENSION OF DEADLINE**
**TO SELECT STALKING HORSE BIDDER(S)**

    **PLEASE TAKE NOTICE** that on June 4 and 5, 2026, the above-captioned debtors and debtors in possession (the "SIMAD Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").

    **PLEASE TAKE FURTHER NOTICE** that on June 26, 2026, the Court entered the *Order (I) Approving the Bidding Procedures, (II) Approving the Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and Auction(s), (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts*

---

[1]    A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD.  The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

*and Leases, and (VI) Granting Related Relief* [Docket No. 298] (the "<u>Bidding Procedures Order</u>")[2] approving the Bidding Procedures and establishing, among other things, July 9, 2026 at 4:00 p.m., prevailing Eastern Time, as the deadline for the SIMAD Debtors to file with the Court any Stalking Horse Agreement(s) with one or more Stalking Horse Bidder(s) (the "<u>Stalking Horse Deadline</u>").

**PLEASE TAKE FURTHER NOTICE** that, on July 9, 2026, the SIMAD Debtors extended the Stalking Horse Deadline to July 13, 2026 [Docket No. 440].

**PLEASE TAKE FURTHER NOTICE** that, on July 13, 2026, the SIMAD Debtors extended the Stalking Horse Deadline to July 14, 2026 [Docket No. 455].

**PLEASE TAKE FURTHER NOTICE** that, on July 14, 2026, the SIMAD Debtors extended the Stalking Horse Deadline to July 15, 2026 [Docket No. 462].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the SIMAD Debtors, in consultation with the Consultation Parties, have agreed to further extend the Stalking Horse Deadline to **July 16, 2026**. The foregoing extension also extends the deadline for any Stalking Horse Bidder(s) to provide the SIMAD Debtors with a Good Faith Deposit equal to ten (10) percent of the aggregate Purchase Price of such Bid.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order and all documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration LLC at https://restructuring.ra.kroll.com/simad/. You may also obtain copies of any pleadings by visiting the Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

Dated: July 15, 2026

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:      msirota@coleschotz.com
            wusatine@coleschotz.com
            dbass@coleschotz.com
            fyudkin@coleschotz.com
            dharris@coleschotz.com

*Counsel to the Debtors and*
*Debtors in Possession*