**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (*pro hac vice* pending)
Kristin K. Going (*pro hac vice* pending)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Rachel Biblo Block (*pro hac vice* pending)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Proposed Counsel to the Official Committee of*
*Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*, | Case No. 26-16388 (CMG) |
| Debtors.[1] | (Jointly Administered) |

---

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

**RESERVATION OF RIGHTS OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS WITH RESPECT
TO THE SIMAD DEBTORS' MOTION FOR ENTRY OF INTERIM
AND FINAL ORDERS (I) AUTHORIZING THE SIMAD DEBTOR
LOAN PARTIES TO OBTAIN POSTPETITION FINANCING FROM
THE BANK OF NEW HAMPSHIRE, (II) AUTHORIZING THE DEBTORS
TO USE CASH COLLATERAL, (III) GRANTING LIENS AND PROVIDING
SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (IV) GRANTING
ADEQUATE PROTECTION, (V) MODIFYING THE AUTOMATIC STAY,
<u>(VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF</u>**

The Official Committee of Unsecured Creditors (the "<u>Committee</u>") appointed in the above-captioned jointly administered chapter 11 cases of SIMAD Holdings Ltd. and its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>"), by and through its undersigned proposed counsel, hereby respectfully submits this reservation of rights (this "<u>Reservation of Rights</u>") with respect to the *SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtor Loan Parties to Obtain Postpetition Financing from the Bank of New Hampshire, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief*, filed on June 27, 2026 [Docket No. 312] (the "<u>BNH DIP Motion</u>").  In support of the Reservation of Rights, the Committee respectfully states as follows:

**<u>BACKGROUND</u>**

1.     On June 4, 2026, and June 5, 2026 (collectively, the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").  The Debtors are operating their business and managing their assets as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      The Debtors filed the BNH DIP Motion on June 27, 2026.  The Court entered the Interim Order on June 29, 2026 [Docket No. 335].[2]

3.      On July 9, 2026, the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code.  *See* Docket No. 438.  No trustee or examiner has been appointed in these chapter 11 cases.

4.      The BNH DIP Motion is currently set for final hearing on July 20, 2026 (the "Final Hearing") [Docket No. 457], and the deadline for the Committee to file its objections to the BNH DIP Motion and BNH DIP Facility has been extended by agreement to July 17, 2026 (the "Objection Deadline").

## **RESERVATION OF RIGHTS**

5.      Since selecting its counsel on July 10, the Committee has worked cooperatively with the Debtors and BNH (together, the "Parties") to resolve various issues and concerns the Committee raised with respect to the BNH DIP Facility.  The Committee appreciates the time the Parties have spent addressing the Committee's comments and concerns.  The Committee intends to continue working constructively with the Parties toward a consensual Final Order approving the BNH DIP Motion and remains hopeful that its comments and concerns can be resolved.

6.      Nevertheless, as of the filing of this Reservation of Rights, the Committee has not yet received the proposed form of Final Order.  Accordingly, and out of an abundance of caution, the Committee expressly reserves, and does not waive, any and all rights, claims, defenses, and remedies with respect to the BNH DIP Motion, the BNH DIP Facility, any proposed form of Final Order, and any and all related matters, including, without limitation, the right to object or otherwise respond to the BNH DIP Motion, any proposed Final Order, or any related relief concerning the

---

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the BNH DIP Motion.

issues the Committee has raised with the Parties or any new issues that may be implicated by the proposed form of the Final Order.

7. The Committee further reserves the right to amend, modify, or supplement this Reservation of Rights at any time, and to raise additional arguments and objections at any hearing, and nothing herein shall constitute an admission of fact or law, a consent to the relief requested, or a waiver of any of the Committee's rights.

Dated: July 17, 2026

Respectfully submitted,

*/s/ Evan M. Lazerowitz*
**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (*pro hac vice* pending)
Kristin K. Going (*pro hac vice* pending)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Rachel Biblo Block (*pro hac vice* pending)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Proposed Counsel to the Official Committee of
Unsecured Creditors*