| | |
|---|---|
| **From:** | Rachel Kirschner <rachelkirs1@gmail.com> |
| **Sent:** | Monday, July 20, 2026 5:42 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Echo Sale- Request for Fair and Transparent Process |

<mark>**CAUTION - EXTERNAL:**</mark>

Dear Honorable Judge and Interested Parties,

My name is Rachel Kirschner and I am writing as the parent of a Camp Echo camper.  Camp Echo has become dear to my family and to countless others.  For my family specifically, it is a place that has profoundly bettered my son's life by building confidence, friendships, and community.

I recognize that this is a bankruptcy proceeding and that the court's duty is to secure the best outcome for creditors. My hope is simply that the process allows enough time and transparency for all qualified bidders to participate fully. Many families are worried that a rushed timeline could prevent serious buyers from submitting competitive offers — and that the future of a beloved camp could be decided without the benefit of a truly open process.

Camp Echo is not just a business asset. It is a community woven through generations of families. I respectfully ask that the sale process remain fair, open, and competitive so that the best possible outcome can be reached for everyone involved.

Thank you for your time and consideration.

Warmly,

Rachel Kirschner, Parent in the Camp Echo community

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

| | |
|---|---|
| **From:** | Stacie Nachtome <sn1027@gmail.com> |
| **Sent:** | Monday, July 20, 2026 5:45 PM |
| **To:** | Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | Fwd: Camp Echo |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Stacie Levine and I am writing as the parent of a Camp Echo camper because I care deeply about what happens to this very special place.

Camp Echo has become so much more than a summer camp for my son—it is truly his home away from home. Every summer, he counts down the days until he can return. It is where he has built lasting friendships, gained confidence, learned independence, and created memories that have shaped who he is.

During his very first summer at Camp Echo, he was honored to receive the Camper of the Year award for his overall time at camp. It was an incredible honor and a moment of immense pride for him and our family. More importantly, it showed him that his kindness, enthusiasm, and character were recognized and valued. That experience boosted his confidence and strengthened his love for Camp Echo. Ever since then, he has looked forward to returning each summer to the place where he feels he truly belongs.

Like so many families, Camp Echo has become an important part of our lives. The outcome of this sale will affect far more than just a piece of property—it will significantly impact a community that has been built over generations and has had a profound influence on countless children and families.  These children thrive in the environment and they aren't looking for their screens! In the digital age it is so necessary to get that break and we all treasure it.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. While I don't pretend

1

to understand all of the legal complexities, I sincerely hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered fairly and on equal footing.

For my family, and for so many others, this is not simply a business transaction. It is about preserving a place that has given our children confidence, belonging, lifelong friendships, and memories they will carry with them forever. I respectfully ask that the sale process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time, your thoughtful consideration, and the care you are giving to this important matter.

Respectfully,

Stacie Levine


Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Loren <lorenmgoldrich@gmail.com> |
| **Sent:** | Monday, July 20, 2026 5:50 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Community Concerns Regarding Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

To Whom It May Concern:

I am writing as a parent in the Camp Echo community regarding the ongoing sale process in the SIMAD/DAMIS bankruptcy case. Camp Echo has served thousands of children and families for generations, and the outcome of this sale will have a significant impact on our community.

I respectfully request that all parties involved ensure the sale process remains fully transparent, competitive, and fair. It is important that every qualified bidder is given a genuine opportunity to participate, including groups that intend to preserve Camp Echo's longstanding mission, culture, and identity.

Many families have expressed concern that the current sale timeline and procedures may limit the ability of alternative bidders to submit offers. We ask that the process prioritize maximizing value for creditors while also considering the substantial community impact associated with the future of Camp Echo.

We understand that bankruptcy law requires the sale to be awarded to the highest and best bid. Our request is simply that all qualified bids be allowed, evaluated fairly, and considered without preference or restriction.

Thank you for your attention to this matter and for ensuring a transparent and equitable process.

Sincerely,

Loren and Shachar Levy


Parents to two children in Camp Echo Community


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Samantha Underberg <samik3182@gmail.com> |
| **Sent:** | Monday, July 20, 2026 6:33 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Community Concerns Regarding Camp Echo Sale Process |

CAUTION - EXTERNAL:

To Whom It May Concern,

I am writing as a parent in the Camp Echo community regarding the ongoing sale process in the SIMAD/DAMIS bankruptcy case. Camp Echo has served thousands of children and families for generations, and the outcome of this sale will have a significant impact on our community.

I respectfully request that all parties involved ensure the sale process remains fully transparent, competitive, and fair. It is important that every qualified bidder is given a genuine opportunity to participate, including groups that intend to preserve Camp Echo's longstanding mission, culture, and identity.

Many families have expressed concern that the current sale timeline and procedures may limit the ability of alternative bidders to submit offers. We ask that the process prioritize maximizing value for creditors while also considering the substantial community impact associated with the future of Camp Echo.

We understand that bankruptcy law requires the sale to be awarded to the highest and best bid. Our request is simply that all qualified bids be allowed, evaluated fairly, and considered without preference or restriction.

Thank you for your attention to this matter and for ensuring a transparent and equitable process.

Sincerely,
Samantha Underberg
Parent, Camp Echo Community
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | David Moir <dmoirjr@gmail.com> |
| **Sent:** | Monday, July 20, 2026 6:45 PM |
| **To:** | Chambers of CMG; tkohl@ssgca.com |
| **Cc:** | Sarah Moir (US - ADVS) |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

==CAUTION - EXTERNAL:==

Dear Honorable Judge and Interested Parties,

My name is David Moir and I am writing as a Camp Echo parent because I care deeply about this special place that our children call home each summer. Over the years our children have built special relationships with not only their peers but also the counselors, back of the house staff and others that have shaped the amazing children they are growing to become.

Like so many families, Camp Echo has been a huge part of our lives. It has given children the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,

David and Sarah Moir

Parents, Camp Echo Community

1

| | |
|---|---|
| **From:** | Jenn Suden Auerbach <jsuden@gmail.com> |
| **Sent:** | Monday, July 20, 2026 6:48 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Echo |

**CAUTION - EXTERNAL:**

Hello,

My name is Jennifer Suden, and I am the parent of three Camp Echo campers. I am writing because I care deeply about what happens to this extraordinary community.

Like so many families, Camp Echo has become far more than a summer camp to us. It is a place where children develop confidence, independence, resilience, and lifelong friendships. For my sons, Camp Echo has become their safe place—where they feel completely free to be themselves. The relationships, traditions, and experiences they've built there have shaped them in ways that cannot be measured.

I recognize that these proceedings concern the sale of assets in a bankruptcy case, and I fully appreciate that the Court's responsibility is to oversee a fair process that achieves the highest and best outcome for creditors. With that in mind, I respectfully ask that every qualified bidder be afforded a full and fair opportunity to participate in the sale process.

Camp Echo's value extends well beyond its land, buildings, and equipment. Its greatest asset is the extraordinary community that has been built over decades—its campers, families, alumni, counselors, traditions, and reputation. Preserving that goodwill has tremendous value, not only for the future owner, but also for the hundreds of children and families whose lives have been enriched by Camp Echo.

Many parents have become concerned that the current timeline may make it difficult for additional qualified buyers to fully participate in the auction process. I do not pretend to understand all of the legal complexities involved, but I respectfully hope the process remains as open, transparent, and competitive as possible so that every serious, qualified bidder has a meaningful opportunity to present its proposal. A competitive process benefits creditors while also helping ensure that every viable option for Camp Echo's future receives careful consideration.

For the families who entrust our children to Camp Echo each summer, this is not simply the sale of a business. It is the future of a place that has shaped generations of young people and created a community unlike any other.

Thank you for your time, your consideration, and your service throughout these proceedings.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Jordana Zangwill <jordana210@gmail.com> |
|---|---|
| Sent: | Monday, July 20, 2026 6:58 PM |
| To: | Chambers of CMG |
| Subject: | Request for a Fair and Transparent Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Hello,

My name is Jordana Zangwill and I am writing as a Camp Echo parent because Camp Echo is so important to me and my family. For the past five years Camp Echo has been my children's summer home. They have built such strong friendships and many of the campers, staff and counselors are like family to us.

The outcome of this sale will affect far more than just the property. It will affect an entire community that has been built over generations. I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

I am very concerned that the current timeline may make it difficult for other interested buyers to fully participate. While I do not know all of the legal details, I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered equally.

The future of Camp Echo means so much to me and my family. There is so much riding on this decision for so many families. Please allow the process to remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration

Thank you for your time and consideration.

Respectfully,
Jordana  Zangwill
Parent, Camp Echo Community

1

| | |
|---|---|
| **From:** | Meridith Egyes <meridithegyes@yahoo.com> |
| **Sent:** | Monday, July 20, 2026 7:01 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |
| **Attachments:** | Save Camp Echo.pdf |

**CAUTION - EXTERNAL:**

July 20, 2026

Honorable Christine M. Gravelle, Chief Judge,

My name is **Meridith Egyes** and I am writing as a **Camp Echo** parent because I care deeply about what happens to this special place. Only twice in the 10.5 years that I have been a mom have I gotten that warm and fuzzy feeling in the pit of my stomach after dropping my kids off at an institution that was to care for them. The first was their preschool and the second is their sleep away camp. Camp Echo is my children's happy place. It's where they can be kids for seven straight weeks, have fun, create lifelong connections and learn and grow as people. Echo is a 102-year-old camp and has been run by Jeff and Cindy Grabow for the last 20 years. Jeff and Cindy know each and every one of the 500 campers and treat each as their own.  As each camper gets off the bus on the first day of camp they receive a warm hug not only from Jeff and Cindy but from the multiple returning staff and counselors that are waiting for them.

The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations. I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

My older daughter doesn't have the easiest time in school. At Camp Echo, she feels comfortable to shine like the star that she is. She is relaxed and happy-go-lucky like every 10 year old should be. My younger daughter is currently at Echo for her first summer and she is living her best life. In every picture her smile is bigger than the previous pictures. Please consider the 500 kids and their families when making your decision.

Thank you for your time and consideration.

Respectfully,

**Meridith Egyes**

Parent, Camp Echo Community

Meridith Egyes

MeridithEgyes@yahoo.com

973-454-7542

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

July 20, 2026

Dear Honorable Judge and Interested Parties,

My name is **Meridith Egyes** and I am writing as a **Camp Echo** parent because I care deeply about what happens to this special place. Only twice in the 10.5 years that I have been a mom have I gotten that warm and fuzzy feeling in the pit of my stomach after dropping my kids off at an institution that was to care for them. The first was their preschool and the second is their sleep away camp. Camp Echo is my children's happy place. It's where they can be kids for seven straight weeks, have fun, create lifelong connections and learn and grow as people. Echo is a 102-year-old camp and has been run by Jeff and Cindy Grabow for the last 20 years. Jeff and Cindy know each and every one of the 500 campers and treat each as their own. As each camper gets off the bus on the first day of camp they receive a warm hug not only from Jeff and Cindy but from the multiple returning staff and counselors that are waiting for them.

The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations. I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

My older daughter doesn't have the easiest time in school. At Camp Echo, she feels comfortable to shine like the star that she is. She is relaxed and happy-go-lucky like every 10 year old should be. My younger daughter is currently at Echo for her first summer and she is living her best life. In every picture her smile is bigger than the previous pictures. Please consider the 500 kids and their families when making your decision.

Thank you for your time and consideration.

Respectfully,

*Meridith Egyes*

**Meridith Egyes**

Parent, Camp Echo Community

| | |
|---|---|
| **From:** | Jennifer R <jenniferrotker@gmail.com> |
| **Sent:** | Monday, July 20, 2026 7:03 PM |
| **To:** | Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Jennifer Rotker and I am writing as a Camp Echo parent because I care deeply about what happens to this special place.

Like so many families, Camp Echo has been a huge part of our lives. It has given children the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,

Jennifer Rotker

Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Melissa <melissashenkman@gmail.com> |
| **Sent:** | Monday, July 20, 2026 7:07 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Sale of Camp Echo |

CAUTION - EXTERNAL:

Good evening Chief Judge Gravelle,
My name is Melissa Shenkman and I am writing with a broken heart about what is going on with Camp Echo.

My children have been attending this camp for 7 summers. For them, it is the happiest place on earth. The idea of it being torn away from them is almost too much to bear.

The organization who put a bid on the camp has deep pockets, clearly. They can just as easily take their money and purchase another piece of land and develop it how they see fit for their needs. It would be cruel for them to take away this special place from hundreds of children.

My ask is that any additional bids are considered from a human perspective, and that it's not all about the dollars and cents. Our current directors are working tirelessly to come up with a solution to this problem, all while taking care of our children 24 hours a day with big smiles on their faces. Additionally, I hope there is some flexibility on this timeframe, because the small amount of time that was allotted for this process makes it all that much more difficult.

I appreciate you taking the time to read this. Please, please think about my children and the hundreds of others who would be crushed for this to be goodbye.

Thank you,

Melissa Shenkman
(516) 946-7270
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Joanna Lowenthal <jlowenthal@gmail.com> |
| **Sent:** | Monday, July 20, 2026 7:17 PM |
| **To:** | Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | Request for a fair and transparent Camp Echo sale process |

<mark>**CAUTION - EXTERNAL:**</mark>

Dear Honorable Judge and Interested Parties,

My name is Joanna Hahn, and I am writing as a Camp Echo parent to express my deep care for the future of this community. While I understand this bankruptcy proceeding must achieve the best financial result for creditors, I respectfully request that the process remain fully transparent, competitive, and fair for all qualified bidders.

Many families are concerned that the current timeline may limit the participation of other interested buyers due to it being summer at peak busiest times. I hope the process allows sufficient time for all serious bidders to submit and present their offers on equal footing.

For our families, this is more than a business transaction; it is the future of a place that has shaped our children's lives. Thank you for your time, consideration, and impartial review of all qualified bids.

Respectfully,

Joanna Hahn
Parent, Camp Echo Community

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

| | |
|---|---|
| **From:** | Jennifer Blanck Weitz <jenblanck@gmail.com> |
| **Sent:** | Monday, July 20, 2026 7:23 PM |
| **To:** | USTP.region03@usdoj.gov; Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested parties,

My name is Dr. Jennifer Blanck, and I am writing as a deeply concerned Camp Echo parent and alumna. I am very worried about the proposed sale of Camp Echo and the possibility that it may no longer continue in its current form.

Camp Echo has had a profound impact on my family across generations. I was a camper and counselor there, my father was the camp doctor and now my child has experienced Camp Echo as both a camper and counselor. It is a truly special place where children can disconnect from their phones, build independence, learn to live with others, and form lifelong friendships.

In fact, I met my best friend, Dr. Erica Berg, who is now Camp Echo's physician, at camp in 1986. The relationships and life lessons fostered at Camp Echo have lasted a lifetime.

Sleepaway camp played a critical role in my own development, teaching me independence, resilience, and community. It also provided a welcome respite from the pressures of school, sports, and everyday life. I would be heartbroken to see future generations lose the opportunity to benefit from this unique environment.

If there is any way that parents, alumni, or supporters can help preserve Camp Echo and ensure that it continues to serve children and families for years to come, please let me know. I would be eager to help in any way I can.

Sincerely,

Dr. Jennifer Blanck

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Nisha Gandhi <nishahuber@me.com> |
| **Sent:** | Monday, July 20, 2026 7:28 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Echo sale |

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

My name is **Nisha**, and I am writing as a Camp Echo parent because I care deeply about what happens to this special place. Like so many families, Camp Echo has been a huge part of our lives. It has given children the chance to grow, build lifelong friendships, and create memories that stay with them long after
summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,

**Nisha Gandhi**
Parent, Camp Echo

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Justin Paniccia <justin.paniccia@gmail.com> |
| **Sent:** | Monday, July 20, 2026 7:32 PM |
| **To:** | Chambers of CMG |
| **Cc:** | Sarai The Most Beautiful And Smart Wife In All The Land |
| **Subject:** | Camp Echo Sale |

CAUTION - EXTERNAL:

Hon. Christine M. Gravelle,

I hope you'll forgive me for writing to you on a topic I assume has filled your inbox these last few days (which speaks to its importance to us all), but I wanted to share why the continued existence of Camp Echo is so important to my family.

I never went to sleep away camp growing up, and I was skeptical when my wife first proposed sending our nine year-old son. I was skeptical that he wasn't ready when we first toured the camp, and I was still skeptical even as the bus drove away for the first time, my son onboard to spend seven weeks away from his family. He is a quieter kid, and I worried that the adjustment would be too much for him. But we prepped, packed and sent him off. What I saw and heard when he came back was a completely changed kid, who in one summer made a new group of friends, found new interests, discovered confidence, and most specially for us had an immense boost in self-esteem and personal growth. It's a cliche to claim they come back a different person, but that's truly what happened for him, and for the better. His younger sister joined him the following summer and they're both attending again this summer. In a few years we hope our youngest son will join them also.

My wife and I have a weekly date to watch "Echo Cast", the weekly 30-minute variety show produced by the camp, featuring highlights and skits from the previous week - and ends with the oldest campers leading the camp in singing their camp song and alma mater. It is truly a joy to watch, not just because we're looking for our kids, but because you can really feel how happy each kid is at Echo through it, and we feel so lucky our children have been able to find a home away from home there.

I'm sharing this with you because I'm only one of many parents, going back over 100 years (yes this camp is 100 years old!), to have this experience with their children at Camp Echo. It is a small camp, but it is a special camp. The recent news of the bankruptcy proceedings has hit us all hard, however the suddenness of bid from the new buyer (which we understand to be from an organization known as Ohel) and its potential to finalize the future of camp in such a short time frame has left us truly in shock. If these bids are allowed to proceed without sufficient time for the existing stakeholders (i.e. the Camp Echo children, alumni, staff and directors) to make a counter offer, then something truly magical will have been lost.

Should the deal close with these new owners, the camp as we know it would cease to exist, and the community it grew and nurtured would soon follow. Through no fault of their own, these children and their relationships would be broken apart - we cannot allow this to happen, not without this community having a fair opportunity to submit our own proposal forward. The parents and alumni have mobilized and are scrambling to help the current directors in any way possible, but we need time. Please, if there is anything within your power to do so, we kindly request that you strongly consider it. It would be tragic for us all to see it end this way.

Thank you again for taking the time for reading this note, we truly appreciate your consideration, and hope all parties involved are able to resolve this in a mutually beneficial manner.

Warmest regards,
Justin and Sarai Paniccia

1

| | |
|---|---|
| **From:** | Dori Fisher <dorifisher34@gmail.com> |
| **Sent:** | Monday, July 20, 2026 8:01 PM |
| **To:** | Chambers of CMG |
| **Subject:** | From a Camp Echo Parent |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Dori Fisher, and I am writing as a Camp Echo parent because I care deeply about what happens to this place that has served as my daughter's most cherished home away from home.

Like so many families, Camp Echo has been a huge part of my daughter's life, that of my nieces, and I so deeply hope, for my younger daughter starting next summer as well. It has given my children and so many the chance to grow, build lifelong friendships, and create memories that stay with them through the school year and through their lives. It is rare in this world for kids to have a place that they are screen-free and having fun while learning valuable responsibilities. Places like Echo are important to the future.

The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.  I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I do not know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, and hope to have more children there and sustain its business, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you very much.

Yours,

Dori Fisher

Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Lindsay Basso <lindsaybasso0902@gmail.com> |
| **Sent:** | Monday, July 20, 2026 8:03 PM |
| **To:** | Tkohl@ssgca.com; Chambers of CMG |
| **Subject:** | Fwd: Camp Echo Sale |

**CAUTION - EXTERNAL:**

---------- Forwarded message ----------
From: **Lindsay Basso** <lindsaybasso0902@gmail.com>
Date: Monday, July 20, 2026
Subject: Camp Echo Sale
To: USTPRegion03.WL@usdoj.gov, bankruptcy@coleschotz.com, bankruptcy@lowenstein.com,
SIMADInfo@ra.kroll.com

Dear Honorable Judge and Interested Parties,

My name is Lindsay Basso, and I am a Camp Echo parent writing because this camp has had a profound impact on my family and so many others in our community.

For countless families, Camp Echo is much more than a summer camp. It is a place where children develop confidence, form lasting friendships, and create memories that stay with them for years. The decision surrounding its future will affect not only the property itself but also the community and traditions that have grown around it over generations.

I recognize that these bankruptcy proceedings are intended to maximize value for creditors. At the same time, I respectfully ask that every serious and qualified buyer be given a genuine opportunity to participate. An open, competitive, and transparent sale process serves everyone's best interests and helps ensure the strongest possible outcome.

Many families are concerned that the current timeline may unintentionally limit the ability of other interested bidders to complete their due diligence and submit thoughtful proposals. While I do not claim to understand every legal aspect of the process, I hope sufficient time will be provided so that all qualified parties can be evaluated fairly and equally.

For those of us whose children have grown up at Camp Echo, this is far more than a business transaction. The future of a place that has meant so much to so many families is at stake. I respectfully ask that the sale process remain open, impartial, and transparent so every qualified bidder receives fair consideration.

Thank you for your time and thoughtful consideration.

1

Respectfully,

Lindsay Basso

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Tara Greenspan <taragreenspan@gmail.com> |
| **Sent:** | Monday, July 20, 2026 8:59 PM |
| **To:** | bankruptcy@coleschotz.com; bankruptcy@lowenstein.com; SIMADInfo@ra.kroll.com; USTP.Region03@usdoj.gov; Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | CAMP ECHO - Request for a Fair and Transparent Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Tara Greenspan, and I am writing as a Camp Echo parent (for the last 7 years) who cares deeply about what happens to this special place.

Like so many families, Camp Echo has been a huge part of our lives. It has given our children the chance to grow, build lifelong friendships, and create memories that stay with them long after the summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, <u>I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process.</u> A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached. Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, this isn't just another business transaction, it is the future of a place that means so much to so many families. I simply ask that this process remains open, fair, and

transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,

Tara Greenspan
Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Michelle Winski <michelle.winski@gmail.com> |
| **Sent:** | Monday, July 20, 2026 9:02 PM |
| **To:** | Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Michelle Winski, and I am writing as the mother of twin 8-year-old boys who will be attending Camp Echo for the first time this summer.

We chose Camp Echo very intentionally. More than anything, we wanted our boys to experience a place that emphasizes character, kindness, independence, and lifelong friendships. We hope they'll build meaningful bonds, gain confidence, and create memories that stay with them for years to come.

Our sons also have dyslexia, and the school year can be challenging and stressful for them. Camp represents something different—a chance to simply be kids, discover their strengths, and thrive in an environment where they are valued for who they are beyond the classroom. That opportunity is incredibly important to our family.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the best possible outcome for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the sale process. A transparent and competitive process serves everyone's interests and helps ensure the best possible outcome.

Camp Echo is much more than a piece of property. It represents a place where children can grow, connect, and flourish. I respectfully ask that the sale process remain open and transparent so that every qualified bid receives full and impartial consideration.

Thank you for your time and thought,

MIchelle Winski
Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Lori Stein <lstein13@gmail.com> |
| **Sent:** | Monday, July 20, 2026 9:24 PM |
| **To:** | Chambers of CMG |
| **Subject:** | A Mother's Concern about the SALE of CAMP ECHO |

**CAUTION - EXTERNAL:**

My name is Lori Stahl,  and I am the parent of a Camp Echo camper. I am writing because I care deeply about what happens to this extraordinary community.

Like so many families, Camp Echo has become far more than a summer camp to us. It is a place where children develop confidence, independence, resilience, and lifelong friendships. For my son, Camp Echo has become his safe place—the one place where he feels completely free to be himself. The relationships, traditions, and experiences he has built there have shaped him in ways that cannot be measured.

I recognize that these proceedings concern the sale of assets in a bankruptcy case, and I fully appreciate that the Court's responsibility is to oversee a fair process that achieves the highest and best outcome for creditors. With that in mind, I respectfully ask that every qualified bidder be afforded a full and fair opportunity to participate in the sale process.

Camp Echo's value extends well beyond its land, buildings, and equipment. Its greatest asset is the extraordinary community that has been built over decades—its campers, families, alumni, counselors, traditions, and reputation. Preserving that goodwill has tremendous value, not only for the future owner, but also for the hundreds of children and families whose lives have been enriched by Camp Echo.

Many parents have become concerned that the current timeline may make it difficult for additional qualified buyers to fully participate in the auction process. I do not pretend to understand all of the legal complexities involved, but I respectfully hope the process remains as open, transparent, and competitive as possible so that every serious, qualified bidder has a meaningful opportunity to present its proposal. A competitive process benefits creditors while also helping ensure that every viable option for Camp Echo's future receives careful consideration.

For the families who entrust our children to Camp Echo each summer, this is not simply the sale of a business. It is the future of a place that has shaped generations of young people and created a community unlike any other.

Thank you for your time, your consideration, and your service throughout these proceedings.

This has been my daughter and son's 2nd home for many years, please do not take it away from them.

Thank you,
Lori

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Sharon Berkins <sharon.berkins@gmail.com>
**Sent:** Monday, July 20, 2026 9:24 PM
**To:** Chambers of CMG; tkohl@ssgca.com
**Subject:** Camp Echo- Please Read

<mark>CAUTION - EXTERNAL:</mark>

Dear Honorable Judge and Interested Parties,

My name is Sharon Arem, and I am writing on behalf of the Arem family regarding the future of Camp Echo.

Choosing a summer camp for our daughter, Gabriella, was one of the most difficult decisions we have ever made. Gabriella has ARFID (Avoidant/Restrictive Food Intake Disorder), and because of her anxiety surrounding food and new environments, finding a place where she would feel safe, accepted, and understood was incredibly important to us.

From the very beginning, Jeff and Cindy went above and beyond to make both Gabriella and our family feel comfortable. They listened to our concerns, answered every question with compassion, and made it clear that Gabriella wasn't just another camper,she mattered. Their kindness, patience, and genuine care gave us the confidence to send our daughter to Camp Echo, and it has become her summer home.

Camp Echo is much more than a camp. It is a place where children build confidence, form lifelong friendships, and create memories that last a lifetime. For families like ours, it is a place where children feel they belong.

I understand that this is a bankruptcy proceeding and that the Court must consider the best interests of the creditors. I respectfully ask that every qualified bidder be given a fair opportunity to participate in a transparent and competitive sale process so that the best possible outcome can be achieved.

1

Jeff and Cindy are genuinely wonderful people who have dedicated themselves to Camp Echo and to the children and families who call it home. I truly believe they would continue to make Camp Echo an incredible place for many summers to come.

Please don't let hundreds of children lose the place they look forward to all year. For them, Camp Echo isn't simply a property being sold, it's their summer home. I respectfully ask that every qualified bidder receive full and fair consideration so that the future

Thank you,
Sharon Arem
516-641-3813

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Rebecca Farber <rfarber25@gmail.com> |
| **Sent:** | Monday, July 20, 2026 9:30 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Echo |

CAUTION - EXTERNAL:

My name is Rebecca Farber, and I am the parent of a Camp Echo camper. I am writing because I care deeply about what happens to this extraordinary community.

Like so many families, Camp Echo has become far more than a summer camp to us. It is a place where children develop confidence, independence, resilience, and lifelong friendships. For my daughter Camp Echo has become her safe place—the one place where she feels completely free to be herself. The relationships, traditions, and experiences she has built there have shaped her in ways that cannot be measured.

I recognize that these proceedings concern the sale of assets in a bankruptcy case, and I fully appreciate that the Court's responsibility is to oversee a fair process that achieves the highest and best outcome for creditors. With that in mind, I respectfully ask that every qualified bidder be afforded a full and fair opportunity to participate in the sale process.

Camp Echo's value extends well beyond its land, buildings, and equipment. Its greatest asset is the extraordinary community that has been built over decades—its campers, families, alumni, counselors, traditions, and reputation. Preserving that goodwill has tremendous value, not only for the future owner, but also for the hundreds of children and families whose lives have been enriched by Camp Echo.

Many parents have become concerned that the current timeline may make it difficult for additional qualified buyers to fully participate in the auction process. I do not pretend to understand all of the legal complexities involved, but I respectfully hope the process remains as open, transparent, and competitive as possible so that every serious, qualified bidder has a meaningful opportunity to present its proposal. A competitive process benefits creditors while also helping ensure that every viable option for Camp Echo's future receives careful consideration.

For the families who entrust our children to Camp Echo each summer, this is not simply the sale of a business. It is the future of a place that has shaped generations of young people and created a community unlike any other.

Thank you for your time, your consideration, and your service throughout these proceedings.
Sent from my iPhone

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Tabatha Goloborodko <tabathaf61@gmail.com> |
| **Sent:** | Monday, July 20, 2026 9:35 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Tabatha Goloborodko and I am writing as a Camp Echo parent because I care deeply about what happens to this special place my daughters have loved throughout their childhoods as they planned to spend many more years at Camp Echo.

Like many families, Camp Echo has been a huge part of our lives. My daughters look forward to camp every year -  the chance to build lifelong friendships and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect hundreds of families in our community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't assume to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families, given our children lifelong memories and friendships. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,

Tabatha Goloborodko

Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Lisa Blau <lisablaudooley@yahoo.com> |
| **Sent:** | Monday, July 20, 2026 9:42 PM |
| **To:** | USTPRegion03.WL@usdoj.gov; bankruptcy@coleschotz.com; bankruptcy@lowenstein.com; SIMADInfo@ra.kroll.com; Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Lisa Blau Dooley, and I am writing as a Camp Echo parent because I care deeply about what happens to this special place.

Like so many families, Camp Echo has been a huge part of our lives. It has given my children and many others the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who sent children to Camp Echo, this isn't just another business transaction. It is the future of a place that means so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,

Lisa Blau

Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jodi Turk <turktvllc@gmail.com> |
| **Sent:** | Monday, July 20, 2026 9:46 PM |
| **To:** | Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | Camp Echo |

CAUTION - EXTERNAL:

Hi

Sharing why Camp Echo has been meaningful to your family will make your letter even more impactful.

Suggested Subject: Request for a Fair and Transparent Camp

Echo Sale Process

Dear Honorable Judge and Interested Parties,

My name is Jodi goldberg and I am writing as a Camp Echo parent because I care deeply about what happens to this special place.

Like so many families, Camp Echo has been a huge part of our lives. It has given children the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,

Jodi Goldberg

Parent, Camp Echo Community

Send your letter to:

USTPRegion03.WL@usdoj.gov bankruptcy@coleschotz.com bankruptcy@lowenstein.com SIMADInfo@ra.kroll.com Jodi Turk

1

917-822-5778
646-201-5331

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Tracy Fisher <tracy.orr@gmail.com> |
| **Sent:** | Monday, July 20, 2026 9:55 PM |
| **To:** | Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | Please save Camp Echo |

**CAUTION - EXTERNAL:**

To whom it may concern,

I wanted to appeal to you to not let the bid go through for purchase of Camp Echo by Ohel.

Camp Echo is such a special place. Cindy and Jeff Grabow have made and continue to make the lives of children so enriched by their camp experiences, including my two children.

The sale to Ohel will effectively end the legacy of camp Echo.

I do hope you will consider the blocking of this purchase until additional bids can be put forward.

Sincerely,
Tracy Fisher

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Kelli Schnurman <kelli.schnurman@gmail.com> |
| **Sent:** | Monday, July 20, 2026 9:56 PM |
| **To:** | Chambers of CMG; tkohl@ssgca.com; SIMADInfo@ra.kroll.com; USTPRegion03.WL@usdoj.gov; bankruptcy@coleschotz.com; bankruptcy@lowenstein.com |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Kelli Schnurman and I am writing as a Camp Echo parent because I care deeply about what happens to this special place, my kids have considered their second home. I have twins who are 17 and went to Echo for 8 years and I have a 12 year old son who is currently at Echo for his 6th year, living his best life. Camp Echo is the most relaxed, fun, happy place on earth for Jonah. Every picture, he seems to be on top of the world. And I could cry every time I think of him not having this next year.

Like so many families, Camp Echo has been a huge part of our lives. It has given my children the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,

Kelli Schnurman
Parent, Camp Echo Community

Sent from my iPhone

1

| | |
|---|---|
| **From:** | Traci Spiegelman <traci.spiegelman@gmail.com> |
| **Sent:** | Monday, July 20, 2026 10:13 PM |
| **Subject:** | Saving Camp Echo |

**CAUTION - EXTERNAL:**

 Dear Honorable Judge and Interested Parties,

My name is Traci Spiegelman, and I am writing as a Camp Echo parent because I care deeply about what happens to this special place- which is truly my son's happy place and the thought of it no longer existing as it does today is incomprehensible - he would be devastated.

Like so many families, Camp Echo has been a huge part of our lives. It has given children the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,

Traci Spiegelman

Parent, Camp Echo Community

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Katie Portman <katie.portman@gmail.com> |
| **Sent:** | Monday, July 20, 2026 10:27 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Request for Fairness and Transparency in Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Katie Portman, and I am the parent of two girls who have attended Camp Echo for the past 5 summers. It is an incredibly special place and means so much to all of us whose kids have experienced its magic.

Camp Echo has become a huge part of our lives over the years. I have seen my children grow and gain independence, become more confident, try new things, and build and strengthen friendships while creating memories that they'll have forever. Whatever the outcome of this sale is, its effects will be far reaching.

From what I've read and have come to understand, in a bankruptcy proceeding the goal is to achieve the highest result for the creditors. I understand that. However, I sincerely hope that every qualified bidder will be given the opportunity for participation in a fair and transparent way. It seems the more competitive bids considered, the best chance for a positive outcome for all.

Many of us Echo families are afraid the current timeline will present a challenge for other interested buyers to participate. I'm not a lawyer and won't pretend to understand all the legal details of this process; I can only hope there is enough time for all qualified bidders to submit offers and that they'll be given equal consideration.

The future of Camp Echo is so much more than a business transaction. It's countless summers of kids developing friendships, discovering new skills, learning about themselves, and making memories that will stay with them for years to come. We are asking to ensure the process remains open, fair, and transparent, so that every qualified bid receives full and impartial deliberation.

Thank you for your time and consideration.

Respectfully,

Katie Portman

Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jessica Novey <jessicajulewicz@yahoo.com> |
| **Sent:** | Monday, July 20, 2026 10:40 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Request for a fair and transparent Camp Echo sale |

**CAUTION - EXTERNAL:**

Dear Honorable Judge Christine M Gravelle,

My name is Jessica Novey, and I am writing as a Camp Echo parent because I care deeply about what happens to this special place. Like so many families, Camp Echo has been a huge part of our lives. It has given my 3 children the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property – it will affect an entire Camp Echo community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached. Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process

remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration. Thank you for your time and consideration.

Respectfully,

Jessica Novey

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | D K <dkobos78@gmail.com> |
| **Sent:** | Monday, July 20, 2026 10:54 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

<mark>**CAUTION - EXTERNAL:**</mark>

Sent from my iPhone

Dear Honorable Judge and Interested Parties,

My name is Dana Kobos, and I am writing as a parent in the Camp Echo community because I care deeply about the future of this special place.

Camp Echo has had a lasting impact on my family, as it has for so many others. It has provided children with opportunities to grow, develop confidence, build lifelong friendships, and create memories that will stay with them for years to come. The outcome of this sale will affect much more than a piece of property—it will impact a community that has been built over many generations.

I understand that these bankruptcy proceedings are intended to achieve the best possible outcome for the creditors. At the same time, I respectfully ask that every qualified buyer be given a fair and meaningful opportunity to participate in the sale process. An open, transparent, and competitive process serves everyone's interests and helps ensure the strongest possible result.

Many families have expressed concern that the current timeline may limit the ability of interested and qualified bidders to fully participate. While I am not familiar with all of the legal aspects involved, I sincerely hope the process allows sufficient time for all serious bidders to prepare and present their offers so each proposal can be evaluated fairly and on equal terms.

For those of us with children at Camp Echo, this is far more than a financial transaction. It is about preserving the future of a place that has shaped the lives of countless children and families. I respectfully ask that the sale process remain fair, transparent, and impartial, with every qualified offer receiving thoughtful and equal consideration.

Thank you for your time, your service, and your careful consideration of this matter.

Respectfully,

1

Dana Kobos
Parent, Camp Echo Community

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| **From:** | Darah Sandburg <darahny@gmail.com> |
| **Sent:** | Monday, July 20, 2026 11:39 PM |
| **To:** | tkohl@ssgca.com; msirota_coleschotz.com |
| **Cc:** | Chambers of CMG |
| **Subject:** | Request for a Fair Opportunity to Preserve Camp Echo |

CAUTION - EXTERNAL:

To Whom It May Concern,

I am writing as the parent of two children who have truly grown up at Camp Echo. This is my son's ninth summer at Echo, and he is now a counselor. It is my daughter's eighth summer as a camper. Camp Echo has been part of our family's life for almost a decade, and it is difficult to fully explain what this place has meant to my children.

They have made lifelong friends, become more independent and confident, learned how to be part of a community, and grown into the people they are today. The fact that one of my children has gone from being a young camper to now working as a counselor says so much about how deeply connected our family is to this camp.

I understand that Camp Echo is now part of a bankruptcy sale and that the Court must consider the interests of creditors. I also understand that the amount of a bid is an important part of that process. I respectfully ask, however, that the highest dollar amount not automatically be viewed as the best overall outcome without looking at everything that would be lost.

Camp Echo is not simply a piece of property. It is an established and successful camp with hundreds of returning families, campers who count down the days until summer, experienced staff, and leadership that parents know and trust. There is real value in preserving that. There is also real financial value in a loyal group of families who are ready to enroll their children again next summer and for years to come.

My family would return without hesitation if Camp Echo continues under the leadership of Jeff and Cindy Grabow. I know many other families who feel exactly the same way. That represents continuing tuition income and an established customer base. The Grabows would not be starting a camp from scratch. They would be continuing a thriving operation with families, campers, counselors, and staff already committed to its future.

1

My understanding is that the current stalking-horse bidder plans to operate a different camp on the property, one that would not be a continuation of Camp Echo and where my children and many other current Echo campers would not be able to attend. If that happens, the existing Camp Echo community would be lost, along with the future enrollment and tuition revenue from the many families who want to return.

The Grabows want to purchase the camp and keep Camp Echo operating, but they need more time to make this a possibility. Their offer may not ultimately be as high as the stalking-horse bid. I hope the Court will still consider the full value of a proposal that preserves an already successful business, its established income, its staff, and the community that has been built over generations.

What is especially heartbreaking is that the campers, counselors, staff, and families who love Camp Echo had no part in causing this bankruptcy. The children did not cause it. The staff did not cause it. The families did not cause it, and the Grabows did not cause it. Yet they are the people who stand to lose the most because of financial decisions made by the camp's ownership that were completely outside of their control.

The Grabows and their staff have continued to run an outstanding camp through an extremely difficult situation. They have protected the experience for the children and remained committed to the families who trusted them. It would be heartbreaking for the current campers and staff to lose their camp because the Grabows were not given enough time to put together a serious offer.

I am not asking the Court to disregard its responsibilities or the interests of creditors. I am asking that the process remain fair, transparent, and open long enough to give the Grabows and any other qualified bidder a genuine opportunity to compete. I also ask that, when deciding what is truly the highest and best offer, the Court consider more than the number written at the top of the bid.

There is value in preserving a successful business. There is value in continuing a dependable source of tuition revenue. There is value in keeping experienced staff employed and allowing hundreds of children to return to the place they consider their second home.

For my family, losing Camp Echo would mean losing a place that has helped raise my children. For so many other families, it would mean the same thing. I sincerely hope the Grabows are given a fair amount of time and a real opportunity to submit an offer that would allow Camp Echo to continue.

Thank you for your time and consideration.

Sincerely,

Darah Sandberg

| | |
|---|---|
| **From:** | Danielle Wildstein <danielle.prussin@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 12:25 AM |
| **To:** | Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

CAUTION - EXTERNAL:

Dear Honorable Judge and Interested Parties,

My name is Danielle Wildstein, and I am writing as a Camp Echo parent of a son who is spending his 5th summer at Camp Echo because I care deeply about what happens to this special place.

Like so many families, Camp Echo has been a huge part of our lives. It has given children the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. Camp Echo has changed my son Lucas' life. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process can be extended to allow enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,
Danielle Wildstein
Parent, Camp Echo Community
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | erik Wildstein <erik@thewildsteingroup.com> |
| **Sent:** | Tuesday, July 21, 2026 12:29 AM |
| **To:** | Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Erik Wildstein, and I am writing as a Camp Echo parent of a son who is spending his 5th summer at Camp Echo because I care deeply about what happens to this special place.

Like so many families, Camp Echo has been a huge part of our lives. It has given children the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. Camp Echo has changed my son Lucas' life. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process can be extended to allow enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,
Erik Wildstein
Parent, Camp Echo Community


Erik Wildstein
The Wildstein Group, LLC
Direct work line: 973.571.5900
Mobile: 917.613.7802
*Securities offered through Simplicity Investments, Inc., Member FINRA/SIPC, 475 Springfield Ave., Summit, NJ 07901. (303) 797-9080.*

| | |
|---|---|
| **From:** | Shari Rose <sharirose629@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 7:56 AM |
| **To:** | Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | Camp Echo Auction /save camp echo |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Shari Rose  and I am writing as the parent of Camp Echo campers. My family has been part of the Camp Echo community for the past 10 years, and during that time it has become much more than a summer camp—it has become a second home.

Over the past decade, I have watched my children grow in confidence, develop independence, build lifelong friendships, and create memories that will stay with them forever. Camp Echo has had a profound impact not only on my children, but on our entire family. It is a place that has touched the lives of generations of campers and continues to be a cherished part of so many families' lives.

I understand that this is a bankruptcy proceeding and that the Court's responsibility is to achieve the best possible outcome for the creditors. With that in mind, I respectfully ask that the sale process remain open, fair, and transparent, giving every qualified bidder a meaningful opportunity to participate. A competitive process helps ensure that the strongest outcome is reached for everyone involved.

As a parent, I hope that all serious and qualified buyers are given sufficient time to complete their due diligence and present their best offers. While I am not familiar with the legal complexities of this case, I believe every qualified bidder should have an equal opportunity to be considered through a fair and transparent process.

For families like mine, this is about far more than the sale of a camp. It is about the future of a place that has shaped our children, strengthened friendships, and created a community that has meant so much to us for the last 10 years.

Thank you for your time, your consideration, and your commitment to ensuring a fair and transparent process.

Respectfully,

Shari Rose

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Liz Cohen <esatenstein@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 8:54 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Upcoming decision regarding the sale of Camp Echo |

<mark>**CAUTION - EXTERNAL:**</mark>

Dear Honorable Judge and Interested Parties,

My name is Liz and I am the parent of two boys who attend Camp Echo. I wanted to take a moment to share what this camp has meant to our family and why so many parents are following this process so closely.

Camp Echo is far more than a summer camp. It is a place where children build confidence, form lifelong friendships, develop independence, and experience the kind of joyful childhood memories that stay with them for decades. For many families, including ours, it has become a cherished part of our lives.

I understand that this is a bankruptcy proceeding and that the Court has an obligation to oversee a fair process that maximizes value for creditors. I have great respect for that responsibility. My hope is simply that every serious and qualified bidder who wishes to preserve Camp Echo has a genuine opportunity to participate in a fair, open, and competitive process.

As a parent, I have heard concerns that the current timeline may make it difficult for some interested parties to assemble financing and submit competing bids. I don't know the legal or financial complexities involved, but I do know that ensuring all qualified bidders have a meaningful opportunity to be heard can only strengthen confidence in the process and the outcome.

The decision before the Court will affect much more than a piece of real estate. It will shape the future of a community of hundreds of families.

Thank you for your time, your careful consideration, and your service throughout these proceedings.

Respectfully,

Liz Cohen
Parent, Camp Echo

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

1

| | |
|---|---|
| **From:** | Jaime Gerson <jaime.gerson@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 9:21 AM |
| **To:** | Chambers of CMG |
| **Cc:** | Chase Steinberg |
| **Subject:** | Parent Request Regarding Camp Echo Sale - Docket 298 |

**CAUTION - EXTERNAL:**

Dear Honorable Christine M Gravelle,

I am a parent of a current camper at Camp Echo in Bloomingburg, New York. Like many other families, we have been following these Chapter 11 proceedings with serious concern for the future of a place that has meant so much to our children and to generations of families.

For more than 100 years, Camp Echo has been a meaningful part of countless childhoods. It is far more than a seasonal business; it is a longstanding institution that has earned the trust and loyalty of families across generations. For our family, that connection is deeply personal: my husband attended Camp Echo as a child, as did members of his family, and now our child is experiencing that same sense of community and belonging.

We understand the Court's responsibility to maximize value for creditors. At the same time, Camp Echo's value is not limited to its land. A significant part of its value lies in its community, its leadership, and the families who return year after year. If those families no longer trust that the camp they know is being preserved, that value will quickly erode.

We are deeply concerned by bids from outside operators, such as the Ohel Group, whose apparent intent is not to maintain Camp Echo's existing operations, but to convert the property to a different use. If Camp Echo is sold to an entity that dissolves the brand, replaces its leadership, or changes the camp experience our children know and love, our family will not return for Summer 2027. We know the other families feel the same.

We respectfully ask the Court to ensure that existing management has a fair and realistic opportunity to secure the financing needed to keep Camp Echo intact. Should the current operator put together a competitive bid, we kindly ask the court to prioritize their offer to preserve the camp's identity, maintain continuity for the families it serves, and protect the value that Camp Echo has built for more than a century.

Thank you for your time, consideration, and dedication to a fair outcome.

Sincerely,

Jaime Gerson Steinberg
Parent, Camp Echo Community

| | |
|---|---|
| **From:** | Kathleen Kreuzer <kathleenkreuzer@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 9:27 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Kathleen Kreuzer, and I am writing as a Camp Echo parent to express my meaningful investment in the future of this institution. Camp Echo has been an integral part of our family's life, providing children with vital opportunities to grow, build lifelong friendships, and develop their personal identity and confidence. The outcome of this sale will profoundly impact an entire community built over generations.

I understand that this bankruptcy proceeding requires achieving the highest and best result for the creditors. In alignment with that goal, I respectfully request that every qualified bidder be given a fair and thorough opportunity to participate in the process. A transparent and competitive sale ensures the best possible outcome for all stakeholders.

Many families are concerned that the current timeline may inadvertently restrict interested buyers from fully participating. I hope the process allows sufficient time for all serious, qualified bidders to submit and present their offers on equal footing.

For the families of Camp Echo, this transition represents more than a business transaction; it directly affects the future of a community that has shaped our children's lives. I request that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Sincerely,

Kathleen Kreuzer

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Larry Friedland <lfriedland1947@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 9:40 AM |
| **Subject:** | Camp Echo Sale- Request for Fair and Transparent Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Parties Involved,

We are writing as the grandparents of a Camp Echo camper. Camp Echo has become an incredibly meaningful place for our family. Our grandson has found confidence, joy, and a sense of belonging there. .

We understand that this sale is part of a bankruptcy proceeding and that your responsibility is to secure the highest and best outcome for creditors. Our hope is that the process allows *all* qualified bidders a fair opportunity to participate. Families have become concerned that the current timeline may unintentionally limit bidders who need additional time to prepare their offers, and that there are bidders who would preserve the camp we know and love if given the time to participate.

The impact that Camp Echo has had on our family is profound. While we know the court cannot choose a buyer based on community preference, we do hope the process remains open and competitive so that any bidder who may wish to preserve the camp experience for children has a genuine chance to be considered.

Thank you for your time and attention.

Respectfully, Lawrence and Myrna Friedland Grandparents, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Maria-Elena DeGregorio <mariaelena.macolino@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 9:44 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Echo |

**CAUTION - EXTERNAL:**

To The Honorable Judge Christine Gravelle:

I am writing as a parent in the Camp Echo community regarding the ongoing sale process in the SIMAD/DAMIS bankruptcy case. Camp Echo has served thousands of children and families for generations, and the outcome of this sale will have a significant impact on our community.

I respectfully request that all parties involved ensure the sale process remains fully transparent, competitive, and fair. It is important that every qualified bidder is given a genuine opportunity to participate, including groups that intend to preserve Camp Echo's longstanding mission, culture, and identity.

Many families have expressed concern that the current sale timeline and procedures may limit the ability of alternative bidders to submit offers. We ask that the process prioritize maximizing value for creditors while also considering the substantial community impact associated with the future of Camp Echo.

We understand that bankruptcy law requires the sale to be awarded to the highest and best bid. Our request is simply that all qualified bids be allowed, evaluated fairly, and considered without preference or restriction.

Thank you for your attention to this matter and for ensuring a transparent and equitable process.

Sincerely,
Maria-Elena DeGregorio
Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | lynn abramson <lynn.abramson@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 10:02 AM |
| **To:** | tkohl@ssgca.com; bankruptcy@coleschotz.com; SIMADinfo@ra.kroll.com; dbass_coleschotz.com; fyudkin_coleschotz.com; dharris@coleschotz.com; jnovak@coleschotz.com; wusatine_coleschotz.com; msirota_coleschotz.com; cdecourcey@coleschotz.com; abrennan@coleschotz.com; Chambers of CMG; USTPRegion03.PH.ECF@usdoj.gov |
| **Subject:** | Sale camp echo |

**CAUTION - EXTERNAL:**

My name is Lynn Abramson, and I am writing as a Camp Echo alumnus because I care deeply about what happens to this special place.

Like so many alumni, Camp Echo has had a lasting impact on my life. It gave me the opportunity to grow, build lifelong friendships, and become part of a community that has stayed with me long after my summers at camp ended. The outcome of this sale will affect far more than just a property—it will affect a community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many members of the Camp Echo community have become concerned about whether the current timeline provides sufficient opportunity for all interested, qualified bidders to participate. I recognize that I do not know all of the details of the process, but I respectfully hope every qualified bidder is given a full and fair opportunity to submit and present its offer so that the best possible outcome can be achieved.

For those of us whose lives were shaped by Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many people. I respectfully hope that, as the sale process moves forward, every qualified offer is given full and impartial consideration. Thank you for taking into account not only the financial aspects of this process, but also the lasting impact the outcome will have on generations of campers and alumni.

Thank you for your time and consideration.

Sincerely,

Lynn Abramson (Hipshman)

1

| | |
|---|---|
| **From:** | Jansen Hahn <jansenhahn@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 10:06 AM |
| **To:** | tkohl@ssgca.com; Chambers of CMG |
| **Subject:** | Request for a fair and transparent Camp Echo sale process |

CAUTION - EXTERNAL:

Dear Honorable Judge and Interested Parties,

My name is Jansen Hahn, and I am writing as a Camp Echo parent and NYS resident to express my deep care for the future of the greater community.

While I understand this bankruptcy proceeding must achieve the best financial result for creditors, I respectfully request that the process remain fully transparent, competitive, and fair for all qualified bidders.

Many families are concerned that the current timeline may limit the participation of other interested buyers due to it being summer at peak busiest times. I hope the process allows sufficient time for all serious bidders to submit and present their offers on equal footing.

For our families, this is more than a business transaction; it is the future of a place that has shaped our children's lives. Thank you for your time, consideration, and impartial review of all qualified bids.

Respectfully,

Jansen Hahn
Parent, Camp Echo Community
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | go822@optonline.net |
| **Sent:** | Tuesday, July 21, 2026 10:48 AM |
| **To:** | USTPRegion03.WL@usdoj.gov; Chambers of CMG |
| **Cc:** | tkohl@ssgca.com; bankruptcy@coleschotz.com; dbass_coleschotz.com; fyudkin_coleschotz.com; dharris@coleschotz.com; jnovak@coleschotz.com; wusatine_coleschotz.com; msirota_coleschotz.com; cdecourcey@coleschotz.com; abrennan@coleschotz.com |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

CAUTION - EXTERNAL:

Dear Honorable Judge and Interested Parties,
>
> My name is Orit Plotkin and I am writing as a Camp Echo parent (2012-present) because I care deeply about what happens to this special place.
>
> Like so many families, Camp Echo has been a huge part of our lives. It has given children the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.
>
> I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.
>
> Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.
>
> For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.
>
> Thank you for your time and consideration.
>
> Respectfully,
>
> Orit Plotkin
> Parent, Camp Echo Community
>
> Sent from my iPhone

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jenna Marcus <JMarcus@kippnj.org> |
| **Sent:** | Tuesday, July 21, 2026 10:47 AM |
| **To:** | Chambers of CMG; tkohl@ssgca.com; bankruptcy@coleschotz.com; SIMADinfo@ra.kroll.com; dbass_coleschotz.com; fyudkin_coleschotz.com; dharris@coleschotz.com; jnovak@coleschotz.com; wusatine_coleschotz.com; msirota_coleschotz.com; cdecourcey@coleschotz.com; abrennan@coleschotz.com; USTPRegion03.PH.ECF@usdoj.gov |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Jenna Marcus, and I am writing as a Camp Echo parent because I care deeply about what happens to this special place. Like so many families, Camp Echo has been a huge part of our lives. It has given my son the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations. I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached. Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing. For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration. Thank you for your time and consideration.

Respectfully,
Jenna Marcus
Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Erica Miller <erica.lmiller@yahoo.com>
**Sent:** Tuesday, July 21, 2026 11:30 AM
**Subject:** Camp Echo Case

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Erica Miller and I am writing as a Camp Echo parent because I care deeply about what happens to this wonderful and special place. Like so many families, Camp Echo is an important part of our lives. It has given my children the chance to grow, to feel accepted, build lifelong friendships, build a community, and create memories and confidence that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations. I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process and that the cost of the impact on the children be a consideration as well. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached. Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing. For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Erica

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Shaina Lemmerman <shaina.panos@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 11:35 AM |
| **To:** | Shaina Lemmerman |
| **Subject:** | Community Concerns Regarding Camp Echo Sale Process |

<mark>CAUTION - EXTERNAL:</mark>

To Whom It May Concern,

I am writing as a parent in the Camp Echo community regarding the ongoing sale process in the SIMAD/DAMIS bankruptcy case. Although my son is new to Camp Echo this summer, our family's experience has already made a lasting impression.

What drew us to Camp Echo was far more than its facilities or programs. We were inspired by the incredible community that Cindy and Jeff have built—one rooted in kindness, inclusion, connection, and a genuine commitment to every child. From the moment we became part of Camp Echo, we felt welcomed and saw firsthand why so many families return year after year and generation after generation. We had hoped Camp Echo would become a place where all of our children could build lifelong friendships and traditions for many summers to come.

Camp Echo has served thousands of children and families over the years, and the outcome of this sale will have a profound impact on that community. I respectfully request that all parties involved ensure the sale process remains fully transparent, competitive, and fair. It is essential that every qualified bidder is given a genuine opportunity to participate, particularly those committed to preserving Camp Echo's longstanding mission, culture, values, and identity.

Many families have expressed concern that the current sale timeline and procedures may limit the ability of alternative bidders to submit meaningful offers. I respectfully ask that the process prioritize not only maximizing value for creditors, but also recognize the extraordinary community that has been built over decades and the lasting impact any decision will have on thousands of children, families, alumni, and staff.

I understand that bankruptcy law requires the sale to be awarded to the highest and best bid. My request is simply that all qualified bids be permitted, evaluated fairly, and considered through a transparent process without preference or unnecessary restriction. A fair and competitive process serves the interests of everyone involved and gives Camp Echo the best opportunity for a future that honors the community it has fostered for generations.

Thank you for your time, your consideration, and your commitment to ensuring an equitable and transparent sale process.

Sincerely,

Shaina Lemmerman
Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Nicole Torrillo <ntorrillo@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 11:27 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Plea for Camp Echo |

**CAUTION - EXTERNAL:**

To Whom It May Concern,

I am writing as a parent in the Camp Echo community regarding the ongoing sale process in the SIMAD/DAMIS bankruptcy case. Camp Echo has served thousands of children and families for generations, including my two children, and the outcome of this sale will have a significant impact on our community.

I respectfully request that all parties involved ensure the sale process remains fully transparent, competitive, and fair. It is important that every qualified bidder is given a genuine opportunity to participate, including groups that intend to preserve Camp Echo's long standing mission, culture, and identity.

The current stalking horse bidder is a religious-based organization that will not contribute to the local community. They will not have to pay taxes and they will likely not shop locally because of their faith. This is in stark comparison to Camp Echo.

Many families have expressed concern that the current sale timeline and procedures may limit the ability of alternative bidders to submit offers. We ask that the process prioritize maximizing value for creditors while also considering the substantial community impact associated with the future of Camp Echo.

We understand that bankruptcy law requires the sale to be awarded to the highest and best bid. Our request is simply that all qualified bids be allowed, evaluated fairly, and considered without preference or restriction.

Thank you for your attention to this matter and for ensuring a transparent and equitable process.

Sincerely,
Nicole Torrillo-Smith
Parent, Camp Echo Community
(c) 773-301-3599

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| From: | Michelle Winski <michelle.winski@gmail.com> |
|---|---|
| Sent: | Tuesday, July 21, 2026 11:47 AM |
| Subject: | Request for a Fair and Transparent Camp Echo Sale |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Michelle Winski, and I am writing as the mother of twin 8-year-old boys who will be attending Camp Echo for the first time this summer.

We chose Camp Echo very intentionally. More than anything, we wanted our boys to experience a place that emphasizes character, kindness, independence, and lifelong friendships. We hope they'll build meaningful bonds, gain confidence, and create memories that stay with them for years to come.

Our sons also have dyslexia, and the school year can be challenging and stressful for them. Camp represents something different—a chance to simply be kids, discover their strengths, and thrive in an environment where they are valued for who they are beyond the classroom. That opportunity is incredibly important to our family.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the best possible outcome for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the sale process. A transparent and competitive process serves everyone's interests and helps ensure the best possible outcome.

Camp Echo is much more than a piece of property. It represents a place where children can grow, connect, and flourish. I respectfully ask that the sale process remain open, fair, and transparent so that every qualified bid receives full and impartial consideration.

Thank you for your time and thought,

MIchelle Winski

Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Allison Sigmund <allison.navy.sigmund@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 11:49 AM |
| **To:** | tkohl@ssgca.com; Chambers of CMG |
| **Cc:** | Jake Sigmund |
| **Subject:** | Community Concerns Regarding Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Your Honor and Interested Parties,

We are writing as parents in the Camp Echo community regarding the ongoing sale process in the SIMAD/DAMIS bankruptcy case.

We are the parents of three Camp Echo campers, and Camp Echo is far more than a summer camp to our family—it is a second home. We entrusted our children to Camp Echo for the past eleven years because we believed in the people, culture, and values that define this community, and that trust has been rewarded year after year.

Camp Echo has helped shape our children's character by fostering community, friendship, kindness, respect, responsibility, independence, confidence, and a strong work ethic. Its impact has been so meaningful that two of our three children returned as counselors after their camper years ended. One continues to serve on staff today, and the other remains deeply connected to the camp community and returns often because Camp Echo still feels like home.

For those who have not experienced overnight camp, it can be difficult to understand that Camp Echo is much more than a business or a piece of property. It is a community where lifelong friendships are formed, alumni return for decades, and generations of families remain connected. For our family—and for the thousands of campers, alumni, staff members, and families whose lives have been shaped by Camp Echo—the sale to an owner who intends to fundamentally change the camp's character and culture would be a profound loss. What may appear from the outside to be a change in ownership would, to those who know and love Camp Echo, mean the loss of a community that has shaped countless lives.

We respectfully request that the sale process remain transparent, competitive, and fair, with all qualified bidders given a meaningful opportunity to participate and present their best offers. Many families are concerned that the current timeline may not provide sufficient opportunity for all interested parties to fully engage in the process. We ask that all proposals be considered thoughtfully and fairly, including those committed to preserving Camp Echo's longstanding mission, culture, and identity.

If competing bids ultimately provide comparable value, we respectfully ask that meaningful consideration be given to the profound impact the outcome will have on the Camp Echo community. Preserving Camp Echo's unique culture and traditions would protect a second home for thousands of children, families, alumni, and staff whose lives have been shaped by this community. The relationships,

memories, and sense of belonging created there are the result of generations of trust and cannot simply be recreated.

Thank you for your attention to this matter and for ensuring a transparent and equitable process.

Respectfully,

Allison and Jake Sigmund
Parents, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jayme Mazur <jayme.mazur@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 11:51 AM |
| **To:** | Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

CAUTION - EXTERNAL:


Dear Honorable Judge and Interested Parties,

My name is Jayme Mazur, and I am writing as a parent in the Camp Echo community because I care deeply about the future of this special place.

Camp Echo has had a lasting impact on my family, as it has for so many others. It has provided children with opportunities to grow, develop confidence, build lifelong friendships, and create memories that will stay with them for years to come. The outcome of this sale will affect much more than a piece of property—it will impact a community that has been built over many generations.

I understand that these bankruptcy proceedings are intended to achieve the best possible outcome for the creditors. At the same time, I respectfully ask that every qualified buyer be given a fair and meaningful opportunity to participate in the sale process. An open, transparent, and competitive process serves everyone's interests and helps ensure the strongest possible result.

Many families, myself included, have expressed concern that the current timeline may limit the ability of interested and qualified bidders to fully participate. While I am not familiar with all of the legal aspects involved, I hope the process allows sufficient time for all serious bidders to prepare and present their offers so each proposal can be evaluated fairly and on equal terms.

For those of us with children at Camp Echo, this is far more than a financial transaction. It is about preserving the future of a place that has shaped the lives of countless children and families. I respectfully ask that the sale process remain fair, transparent, and impartial, with every qualified offer receiving thoughtful and equal consideration.

Thank you for your time, your service, and your careful consideration of this matter.

Respectfully,
Jayme Mazur
Parent, Camp Echo Community
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Danielle Ostrowe <daniostrowe@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 11:52 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Danielle Ostrowe, and I am writing as a Camp Echo parent because I care deeply about the future of this extraordinary place.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best outcome for the creditors. I also understand that, at its core, this process involves financial considerations. However, I respectfully ask that the Court also recognize that Camp Echo represents something far greater than a piece of property or a business asset.

Camp Echo is one of the few places left where children are encouraged to unplug from technology and truly connect with one another. In a world where so much of our children's lives revolves around screens, social media, and digital communication, camp gives them something increasingly rare. They learn how to have meaningful face-to-face conversations, work through disagreements with empathy and respect, solve problems together, and build genuine, lasting friendships. They discover independence, resilience, kindness, and confidence in ways that simply cannot be replicated online.

These are not just summer memories, they are life skills. Camp Echo helps shape the kind of people our children become. It teaches them how to be part of a community, how to care for one another, and how to form relationships that often last a lifetime. As parents, we entrust Camp Echo with helping to develop the next generation of compassionate, thoughtful, and connected adults. That responsibility is invaluable.

While I know this case ultimately involves financial decisions, I hope there is room to recognize the immeasurable value of preserving a place that has had such a profound impact on thousands of children and families over generations.

With that in mind, I respectfully ask that every qualified bidder be given a full, fair, and transparent opportunity to participate in the sale process. A competitive and open process not only serves the interests of the creditors but also gives this remarkable community the best possible chance for a future that honors its legacy and mission.

For those of us whose children call Camp Echo their summer home, this is not simply the sale of a camp. It is the future of a community that has changed lives, strengthened families, and helped raise generations of children. I respectfully ask that every qualified bid receive full and impartial consideration.

Thank you for your time, your consideration, and your service.

Respectfully,
Dani Ostrowe
Parent, Camp Echo Community

1

| | |
|---|---|
| **From:** | Josh Harris <joshaharris@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 12:09 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Josh Harris, and I am writing as a Camp Echo parent because I care deeply about what happens to this special place. I have three children who currently attend and love the camp, and consider it their summer home.

Like so many families, Camp Echo has been a huge part of our lives. It has given children the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,
Josh Harris
Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| **From:** | Lisa Blau <lisablaudooley@yahoo.com> |
|---|---|
| **Sent:** | Tuesday, July 21, 2026 12:40 PM |
| **To:** | Chambers of CMG; tkohl@ssgca.com; bankruptcy@coleschotz.com; SIMADinfo@ra.kroll.com; dbass_coleschotz.com; fyudkin_coleschotz.com; dharris@coleschotz.com; jnovak@coleschotz.com; wusatine_coleschotz.com; msirota_coleschotz.com; cdecourcey@coleschotz.com; abrennan@coleschotz.com; USTPRegion03.PH.ECF@usdoj.gov |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |
| **Categories:** | Rachel |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Lisa Blau, and I am writing as a Camp Echo parent because I care deeply about what happens to this special place.

Like so many families, Camp Echo has been a huge part of our lives. It has given my children and many others the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who sent children to Camp Echo, this isn't just another business transaction. It is the future of a place that means so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

1

Thank you for your time and consideration.


Respectfully,

Lisa Blau

Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Tracey Edelstein <tracey.edelstein@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 12:48 PM |
| **Subject:** | Camp Echo Sale Process |
| **Categories:** | Rachel |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Tracey Edelstein, and I am writing as a Camp Echo parent because I care deeply about the future of this special place.

Like so many other families, Camp Echo has played an important role in our lives. It has given children the opportunity to grow, form lifelong friendships, and create memories that last well beyond the summer. The outcome of this sale will impact much more than a piece of property. It will affect a community that has been built and nurtured over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best outcome for the creditors. At the same time, I respectfully ask that every qualified bidder be given a meaningful opportunity to participate in the process. A fair, transparent, and competitive sale benefits everyone and helps ensure the strongest possible result.

Many families are concerned that the current timeline may not provide enough time for other interested buyers to fully participate. While I don't claim to understand all of the legal complexities involved, I sincerely hope the process allows every serious, qualified bidder sufficient time to prepare and present an offer so that each can be considered on equal footing.

For those of us with children at Camp Echo, this is far more than a business transaction. It is about the future of a place that has had a lasting impact on countless families. I respectfully ask that the sale process remain open, fair, and transparent, and that every qualified bid receive full and impartial consideration.

Thank you for your time and thoughtful consideration.

Respectfully,

Tracey Edelstein

Parent, Camp Echo Community

1

Tracey Edelstein
https://www.tracey-edelstein.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jason Kirschner <jasonkir@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 12:48 PM |
| **Subject:** | Docket No. 492 – In re SHAB Holdings LLC and Shab Operating Inc – Camp Echo Sale – Request for Fair and Transparent Process |
| **Categories:** | Rachel |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Jason Kirschner, and I am writing as a parent of a Camp Echo camper. Camp Echo has become a very special place for our family. Our son has found confidence, joy, and a sense of belonging that is hard to put into words.

Although I recognize that the Court must strive to maximize the return to creditors, I believe that this goal can be satisfied in a manner that enables Camp Echo to continue operating so that hundreds of campers can continue to thrive and grow there each year. Towards that end, I respectfully request that the Court take any necessary steps, including adjourning the auction date, to ensure that the sale process is fair, transparent, and open to all qualified bidders. Indeed, families have expressed serious concerns that the current pace of the proceedings may unintentionally limit participation from bidders who could make strong, competitive offers, including those in which Camp Echo could continue to operate.

I hope that the Court considers modifying the process to ensure that any bidder who may wish to preserve the camp's mission is offered a full and equal opportunity to participate.

Thank you for considering the perspective of families who care deeply about this property and its future.

Sincerely, Jason Kirschner Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Blina Selimaj <sh.blina@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 1:03 PM |
| **To:** | Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | Request for a Fair and Transparent Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Blina Selimaj, and I am writing as a Camp Echo parent because I care deeply about what happens to this special place.

Like so many families, Camp Echo has been a huge part of our lives. It has given children the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property- it will affect an entire community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

I also respectfully ask the Court to consider the timing of this process. This is the busiest and most demanding time of year for those who operate a summer camp. While they are fully focused on providing a safe, meaningful, and memorable experience for hundreds of children, they are also being asked to navigate a complex bankruptcy sale. It seems only fair that serious, qualified bidders have a reasonable opportunity to participate without being disadvantaged by the reality that they are simultaneously running camp during its busiest season.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,

Blina Selimaj
Parent, Camp Echo Community

| | |
|---|---|
| **From:** | Elizabeth DeRobertis <nutritionistliz@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 1:52 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Delaying the sale of Camp Echo / please see letter attached |
| **Attachments:** | Letter Regarding the Sale of Camp Echo, Burlingham NY.pdf |

**CAUTION - EXTERNAL:**

Please see the letter attached.  Please let me know if you can help us or point me in the right direction.
Thank you,
Liz

--



**Elizabeth DeRobertis, MS, RD, CDN, CDE, CPT**
Registered Dietitian, Certified Diabetes Educator at Scarsdale Medical Group:White Plains Hospital & Creator of The GPS Weight Loss Program

**P** 914-723-8100   **M** 914-715-7298
**W** www.ElizabethDeRobertis.com
**E** Nutritionistliz@gmail.com

  

Create your own email signature



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

We, the Board of Directors of Yorkville Park, a small community of 50 houses adjacent to Camp Echo, are writing regarding the SIMAD/DAMIS bankruptcy case. We actually share Braverman Lake with Camp Echo and are vitally concerned about the potential Bankruptcy Sale of Camp Echo.

We as a community share the following concerns:

1. Camp Kaylie in Wurtsboro, presently owned by the current highest bidder ("OHEL") in this bankruptcy case, is a religious organization does not pay taxes (if they do, they are limited taxes) nor do they contribute to the Wurtsboro community as a whole.  We do not want the Burlingham/Bloomingburg community to face the same tax losses.

2. OHEL, has a reputation for not properly maintaining their properties.  Yorkville Park has shared Braverman Lake with Camp Echo for 40 years and during that time Camp Echo has maintained a pristine lake in accordance with the myriad of NYS Department of Environmental Conservation regulations ("NYSDEC").  We are very concerned that OHEL will not maintain the lake to these standards. Non-compliance with NYSDEC regulations will greatly impact the quality of our lake and our community and adversely affect OUR property values.  That should also be a concern to the Court. In addition, there are health concerns to be considered in not maintaining the lake properly.

3. Property maintenance is vital in a rural community.  As an example, on Ski Run Road 1 mile down the road from Camp Echo, is another camp with religious exemptions.  At one time, it was a lovely camp, similar to Camp Echo.  Now, it is in total disarray.  It is an unsightly blight. We do not want Sullivan County and the Court to repeat this mistake.  The Court needs to consider what such a tax exemption actually means to the County and the community as a whole. The revenue loss from 600 prime acres in Sullivan County would be extreme.

4. As Braverman Lake is downstream of Camp Echo's main lake, we are inadvertently responsible for any of their environmental violations. We are a small rural community that is 103 years old.  For generations, we have respected the environment and the wildlife.  Our goal is to maintain the "country" atmosphere and continue having a wonderful relationship with our neighboring camp. However, what is to prevent OHEL from knocking down the camp and replacing it with high density housing?  Where is the concern for the present neighbors and neighborhood and our properties?

5. We are trusting the Court to put the needs of the existing neighbors and community before the needs of the bond holders.

We understand that bankruptcy law requires the Bankruptcy Sale to be awarded to the highest and best bid.  However, mitigating circumstances need to be considered.  We request that all qualified bids be allowed and evaluated fairly and considered without preference or restriction.

Thank you for your consideration

Yorkville Park

Board of Directors

| | |
|---|---|
| **From:** | sima cass <simacass13@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 2:19 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Echo Help |

**CAUTION - EXTERNAL:**

My name is Sima Cass, and I am the parent of a Camp Echo camper. I am writing because I care deeply about what happens to this extraordinary community.

Like so many families, Camp Echo has become far more than a summer camp to us. It is a place where children develop confidence, independence, resilience, and lifelong friendships. For my daughters, Camp Echo has become their safe place—the one place where they feel completely free to be themselves . The relationships, traditions, and experiences  they have built there have shaped them in ways that cannot be measured.

I recognize that these proceedings concern the sale of assets in a bankruptcy case, and I fully appreciate that the Court's responsibility is to oversee a fair process that achieves the highest and best outcome for creditors. With that in mind, I respectfully ask that every qualified bidder be afforded a full and fair opportunity to participate in the sale process.

Camp Echo's value extends well beyond its land, buildings, and equipment. Its greatest asset is the extraordinary community that has been built over decades—its campers, families, alumni, counselors, traditions, and reputation. Preserving that goodwill has tremendous value, not only for the future owner, but also for the hundreds of children and families whose lives have been enriched by Camp Echo.

Many parents have become concerned that the current timeline may make it difficult for additional qualified buyers to fully participate in the auction process. I do not pretend to understand all of the legal complexities involved, but I respectfully hope the process remains as open, transparent, and competitive as possible so that every serious, qualified bidder has a meaningful opportunity to present its proposal. A competitive process benefits creditors while also helping ensure that every viable option for Camp Echo's future receives careful consideration.

For the families who entrust our children to Camp Echo each summer, this is not simply the sale of a business. It is the future of a place that has shaped generations of young people and created a community unlike any other.

Thank you for your time, your consideration, and your service throughout these proceedings.

Best,
Sima and Alden Cass


Sent from my iPhone

| | |
|---|---|
| **From:** | Deborah Kaplan <deb.kaplan7@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 2:31 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Respectfully Submitted: Camp Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge Christine Gravelle,

My name is Deborah Kaplan, and I am writing as a Camp Echo parent because I care deeply about what happens to this special place. I understand I may be one of many (hundreds?) of other emails arriving in your inbox, and you may never even read this, but I would be remiss if I did not try.

Like so many families, Camp Echo has been a huge part of our lives. It has given children the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over the past 102 years.

My 2 children, Mason and Emma, as well as my niece, Scarlett, attend Echo as their summer home. It's not a stretch to tell you that they talk to their Echo friends daily throughout the year and literally count the days until they can return each summer. Their friends have shared Mason's Bar Mitzvah, birthdays, and been there for each other in hard times. Just the idea that I may have to break the news to them that they may never return again to Echo literally breaks my heart. I'm in tears just typing that as a possibility. I, along with many others, have not slept a peaceful night since this news broke. It's all we think about.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure the best possible outcome is reached.

For those of us who have children at Camp Echo, this isn't just a business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,
Deborah Kaplan
Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Pamela Goldman <pamelamgoldman@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 3:02 PM |
| **To:** | bankruptcy@coleschotz.com; dbass_coleschotz.com; fyudkin_coleschotz.com; dharris@coleschotz.com; jnovak@coleschotz.com; wusatine_coleschotz.com; msirota_coleschotz.com; cdecourcey@coleschotz.com; abrennan@coleschotz.com; tkohl@ssgca.com; Chambers of CMG |
| **Subject:** | Camp Echo sale |

**CAUTION - EXTERNAL:**

Hello,

I am writing as a concerned Camp Echo parent. Sadly, our camp is due to be sold through the bankruptcy process without warning or a time frame that allows for due diligence to find a suitable bidder. There are hundreds of families that this will affect - and we have all done our diligence on Ohel who made the stalking horse bid. They have a number of serious allegations against them, and from our research as to the population of the community they serve, there is no indication that they'll keep the camp running as it has been for 100 years.

The auction states that a contingency of the buyer must be to make all efforts to re-enroll current campers the following season. Ohel will have no intention of running a traditional camp and therefore will lose most, if not all, campers.

Please take this into consideration when you make decisions.


Thank you
Pam Goldman


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Matt Bushman <laihos1@gmail.com> |
| **Sent:** | Tuesday, July 21, 2026 3:03 PM |
| **To:** | bankruptcy@coleschotz.com; SIMADinfo@ra.kroll.com; dbass_coleschotz.com; fyudkin_coleschotz.com; USTPRegion03.PH.ECF@usdoj.gov; Chambers of CMG; tkohl@ssgca.com |
| **Subject:** | Request for a Fair and Transparent Camp  Echo Sale Process |

**CAUTION - EXTERNAL:**

Dear Honorable Judge and Interested Parties,

My name is Matthew Bushman and I am writing as a Camp Echo parent because I care deeply about what happens to this special place.

Like so many families, Camp Echo has been a huge part of our lives. It has given children the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has

meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

For further consideration, auction paperwork shows that when sales are finalized, buyers need to "maintain existing Campers attending Camp during the 2026 Camp Season" and do their best to "re-enroll Campers who attended Camp during the 2026 Camp Season for the 2027 Camp Season, except to the extent any of the foregoing would no longer be age-appropriate." The current company Ohel that is looking to buy the camp has no intention of doing that or keeping the camp how it currently is.

Thank you for your time and consideration.

Respectfully,

Matthew Bushman

Parent, Camp Echo Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Laura Anderson <lzrklny@yahoo.com> |
| **Sent:** | Tuesday, July 21, 2026 3:03 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Request for a Fair and Transparent Camp  Echo Sale Process |

CAUTION - EXTERNAL:

Dear Honorable Judge and Interested Parties,

My name is Laura Anderson, and I am writing as a Camp Echo parent because I care deeply about what happens to this special place.

Like so many families, Camp Echo has been a huge part of our lives. It has given children the chance to grow, build lifelong friendships, and create memories that stay with them long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations.

All three of my children have attended Camp Echo every summer from going into third grade through 11th grade. Two of my children went back to work as counselors. This is my third child's last summer at Echo and she may never get the opportunity to be a counselor there. Every summer my kids would come home depressed because they had the best summers ever and were "camp" sick. They would cry themselves to sleep because they missed their summer at camp so much that first night they were back at home.

My son who is going into his sophomore year in college still keeps in touch with his bunk mates and makes plans with them often. My middle daughter is a counselor this year there for the first time and while the job has it challenges for a 17 year old who is holding her first job she would not trade the experience for anything in this world.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,

Laura Anderson

Parent, Camp Echo Parent

| | |
|---|---|
| **From:** | Sharon Altman <sharon.altman@hotmail.com> |
| **Sent:** | Tuesday, July 21, 2026 3:20 PM |
| **To:** | Chambers of CMG; tkohl@ssgca.com; Chambers of CMG |
| **Subject:** | Camp Echo Sale Process - keep Camp Echo as is please. |

**CAUTION - EXTERNAL:**

Judge Christine Gravelle and Ms. Teresa Kohl,

I am writing as a Camp Echo parent because I care deeply about what happens to this special place. I worry that the current bidder, Ohel, will not keep the camp as is; and will change it, going against the stipulation he should keep the current population of children, as they run a camp nearby that pulls a different camper audience than Camp Echo currently does.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached.

Many families have become concerned that the current timeline may make it difficult for other interested buyers to fully participate. I don't pretend to know all of the legal details, but I do hope the process allows enough time for all serious, qualified bidders to submit and present their offers so they can be considered on equal footing.

Like so many families, Camp Echo has been a huge part of our lives. It has given my son the chance to grow, build lifelong friendships, and create memories that stay with him long after summer ends. The outcome of this sale will affect far more than just the property—it will affect an entire community that has been built over generations. This camp allows my child to have fun while the rest of his school year stresses him out. This camp offers my son to just be a kid at a time where these moments are hard to find. This camp offers support and a safe place to developing and engage socially – a place to learn respect, kindness, humility, healthy competition, and overall, a place they call home for their summers during formative child to teen / early adult years.

For those of us who have children at Camp Echo, this isn't just another business transaction. It is the future of a place that has meant so much to so many families. I simply ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,
Sharon Altman
Parent, Camp Echo Community

Sharon Altman
sharon.altman@hotmail.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.