## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEW JERSEY
CLARKSON S. FISHER FEDERAL BUILDING
402 EAST STATE STREET
TRENTON, NJ 08608

CHRISTINE M. GRAVELLE
BANKRUPTCY JUDGE

(609) 858-9370
FAX: (609) 989-0431

Via e-mail and ECF Docket

To Whom It May Concern:

Thank you for your correspondence regarding the proposed sale of Camp Echo (the "Camp"). Over the past several days, the Court has received numerous emails like yours describing what a special place the Camp has been to so many people. Many of the emails express concerns regarding the transparency, process, and timeline for the proposed sale, as well as concerns regarding the stalking horse bidder, Ohel Children's Home and Family Services, Inc. ("Ohel").

I have personally reviewed these emails, and they have helped me better understand the perspectives of the parents, counselors, former campers, and other members of the Camp community who care deeply about its future. To ensure that these communications are part of the record, I have instructed the Bankruptcy Court Clerk's Office to file them on the bankruptcy docket with a notation that they have been received and will be considered in connection with the August 4, 2026 sale hearing.

I also want to explain what you can expect from the August 4 hearing. My responsibility at that hearing is to determine whether the proposed sale of the Camp- whether to Ohel, the Grabows, or another purchaser- satisfies the requirements of the Bankruptcy Code. In making that decision, I must apply the law to the evidence and legal arguments properly presented to the Court.

Because the hearing is governed by those legal requirements, it will primarily consist of presentations by the parties who have appeared in the case and filed responses in accordance with the applicable rules. Although I do not plan to allow oral comments from those who have submitted emails, please know that your correspondence has been received, made part of the record, and will not be overlooked. By copy of this letter I am requesting that counsel for all parties interested in the sale be prepared to address the issues raised in these emails.  I appreciate the time you took to share your thoughts, and I assure you that I will carefully consider the concerns that have been expressed as I perform my duties under the law.

If you wish to explore additional rights or options that may be available under the Bankruptcy Code, you may wish to consult with an attorney.

Thank you again for taking the time to write to the Court. Public participation in the judicial process reflects the importance of the issues before the Court, and I appreciate the respectful manner in which so many of you have shared your perspectives.

Very truly yours,

Hon. Christine M. Gravelle
United States Bankruptcy Judge