HALPERIN BATTAGLIA BENZIJA, LLP
Walter Benzija, Esq.
Alan D. Halperin, Esq.
40 Wall Street, 37th Floor
New York, New York 10005
Tel:  212-765-9100
Email:  wbenzija@halperinlaw.net
            ahalperin@halperinlaw.net

*Counsel to Camp Specialists Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SIMAD HOLDINGS LTD. et al., | : | Case No. 26-16388 (CMG) |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------X

**OBJECTION TO CURE CLAIM OF CAMP SPECIALISTS LTD.**
**WITH RESPECT TO PROPOSED CAMP CHEN-A-WANDA SALE**

Camp Specialists Ltd. ("Camp Specialists") hereby submits this objection to the listed cure claim for Camp Specialists with respect to Camp Chen-a-Wanda, and respectfully represents:

1.      Camp Specialists has been listed with a cure claim of $0 for the proposed sale of Camp Chen-a-Wanda.

2.      Camp Specialists is working to fix its outstanding claims, but Camp Specialists requires certain requested additional data from the Debtors (e.g., matriculation of campers) to do so.  Provision of such data is standard and customary, and used to fix amount due each camp year.

3.      Based upon information currently available to it, Camp Specialists' cure claim with respect to the Chen-a-Wanda sale is approximately $55,000 and it asserts that amount (the "Camp Specialists Cure Claim").

{00360101.1 / 0000-021 }

4.      The Camp Specialists Cure Claim is subject to adjustment as the information to fully determine the claim amount is made available by the Debtors.

5.      Camp Specialists reserves all rights with respect to its claims, including the Camp Specialists Cure Claim, including without limitation all rights to assert applicable priority to which any of its claims are entitled.

WHEREFORE, Camp Specialists asserts the Camp Specialists Cure Claim, and requests such other and further relief as may be appropriate.

Dated: July 24, 2026

HALPERIN BATTAGLIA BENZIJA, LLP


By:_____/s/ Walter Benzija_____
        Walter Benzija, Esq.
        Alan D. Halperin, Esq.
40 Wall Street, 37th Floor
New York, New York 10005
Tel:    212-765-9100
Email:  wbenzija@halperinlaw.net
        ahalperin@halperinlaw.net


*Counsel to Camp Specialists Ltd.*