**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**NOTICE OF ONGOING AUCTION**
**AND EXTENSION OF SALE OBJECTION DEADLINE**

**PLEASE TAKE NOTICE** that on June 26, 2026, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (I) Approving the Bidding Procedures, (II) Approving the Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and Auction(s), (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [Docket No. 298] (the "Bidding Procedures Order") and the Bidding Procedures attached thereto

---

[1]   A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD.  The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

as <u>Exhibit 1</u> (the "<u>Bidding Procedures</u>"),[2] in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "<u>SIMAD Debtors</u>").

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order established July 31, 2026, at 4:00 p.m. (prevailing Eastern Time) as the Sale Objection Deadline. Pursuant to the Bidding Procedures Order, to the extent the Auction concludes less than two (2) days prior to the Sale Objection Deadline, the SIMAD Debtors shall file a notice on the docket indicating that the Auction is ongoing.

**PLEASE TAKE FURTHER NOTICE** that the Auction remains ongoing. As a result, upon the conclusion of the Auction, the SIMAD Debtors will file a Notice of Successful Bidder that will identify the new Sale Objection Deadline.

Dated: July 29, 2026

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
               wusatine@coleschotz.com
               dbass@coleschotz.com
               fyudkin@coleschotz.com
               dharris@coleschotz.com

*Counsel to the Debtors and*
*Debtors in Possession*

---

[2]   Capitalized terms used but not defined in this notice have the meanings given to them in the Bidding Procedures Order.