**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*,[1] | Case No. 26-16388 (CMG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUCCESSFUL BIDDERS WITH RESPECT**
**TO CERTAIN OF THE SIMAD DEBTORS' ASSETS**

    **PLEASE TAKE NOTICE** that on June 26, 2026, the United States Bankruptcy Court for
the District of New Jersey (the "Court") entered the *Order (I) Approving the Bidding Procedures,*
*(II) Approving the Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and Auction(s),*
*(IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures*
*for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief*
[Docket No. 298] (the "Bidding Procedures Order")[2] in the chapter 11 cases of the above-captioned
debtors and debtors in possession (collectively, the "SIMAD Debtors").

---

[1]    A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number
       may   be   obtained   on   the   website   of   the   SIMAD   Debtors'   claims   and   noticing   agent   at
       https://restructuring.ra.kroll.com/SIMAD.  The location of Debtor SIMAD Holdings Ltd.'s principal place of
       business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357,
       Trumbull, CT 06611.

[2]    Capitalized terms used but not defined in this notice have the meanings given to them in the Bidding Procedures
       Order.

53801169

**PLEASE TAKE FURTHER NOTICE** that the Auction with respect to the following SIMAD Debtor camps was adjourned to a future date: (1) Camp Chateaugay, (2) Kiwi Country Day Camp, and (3) the SIMAD Debtors' interests in Willow Lake Day Camp.  To the extent the SIMAD Debtors intend to hold an Auction with respect to these camps, the SIMAD Debtors will file a notice on the docket disclosing the time, date, and location of such Auction.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the SIMAD Debtors commenced an Auction on July 28, 2026, with respect to the following twenty-three (23) camps:

1. Banner Day Camp
2. Club Getaway
3. Country Roads Day Camp
4. Eagle's Landing Day Camp
5. Camp Echo
6. Camp Green Lane
7. Island Lake Camp
8. Camp Lavi[3]
9. Camp Lokanda
10. Greenville Land / Malka
11. Meadowbrook Country Day Camp
12. Mohawk Day Camp
13. Rolling Hills Country Day Camp
14. Camp Mogen Avraham
15. Blue Star Camps
16. Indian Acres Camp for Boys & Forest Acres Camp for Girls
17. Camp Med-O-Lark
18. New England Golf and Tennis Camp
19. Camp North Star
20. Camp Waukeela
21. Camp Wekeela
22. Windsor Mountain Summer Camp
23. Summit Camp and Travel

**PLEASE TAKE FURTHER NOTICE** that the Auction continued through August 3, 2026, at which time the SIMAD Debtors, in consultation with the Consultation Parties, identified the potential Successful Bidders for each of the above camps.  Concurrently with this effort, the SIMAD Debtors engaged in further discussions and negotiations with certain additional Qualified Bidders to ensure that the SIMAD Debtors select the transaction(s) that maximizes the value of the applicable camp, is in the best interests of the SIMAD Debtors' estates, and preserves the operation of the camps for the existing directors and operators.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the SIMAD Debtors, in consultation with the Consultation Parties, selected the below Successful Bidders:

[*Full chart on page below*]

---

[3]  The SIMAD Debtors are still analyzing the Qualified Bids submitted with respect to Camp Lavi and will file a subsequent Notice of Successful Bidder with respect to that camp.

2

53801169

| Camp Name | Collateral Pool | Successful Bidder Full Entity Name | Successful Bid Value |
|---|---|---|---|
| Banner Day Camp | Mishmeret Trust Company Ltd. | YES Camps, LLC | $30,000,000 |
| Camp Echo | Mishmeret Trust Company Ltd. | American Youth Camping, Inc. | $17,000,000 |
| Camp Green Lane | Mishmeret Trust Company Ltd. | Camp Green Lane LLC | $8,000,018 |
| Camp Lokanda | Mishmeret Trust Company Ltd. | American Youth Camping, Inc. | $19,327,800 |
| Camp Mogen Avraham | Mishmeret Trust Company Ltd. | SHMA LLC | $22,400,000 |
| Club Getaway | Mishmeret Trust Company Ltd. | LGTFPS Holdings LLC | $13,250,000 |
| Country Roads Day Camp | Mishmeret Trust Company Ltd. | Jewish Community Center of Greater Monmouth County | $14,500,000 |
| Eagle's Landing Day Camp | Mishmeret Trust Company Ltd. | Mario Del Cueto (as an individual, or his permitted assigns) | $5,200,000 |
| Greenville Land / Malka | Mishmeret Trust Company Ltd. | Cho Pro Holdings, LLC | $8,150,000 |
| Island Lake Camp | Mishmeret Trust Company Ltd. | CMAO, LLC | $13,000,000 |
| Meadowbrook Country Day Camp | Mishmeret Trust Company Ltd. | Coleman Investments, LLC | $12,250,000 |
| Mohawk Day Camp | Mishmeret Trust Company Ltd. | FitzWalter Capital Partners (AIV) II LP | $120,750,000 |
| Rolling Hills Country Day Camp | Mishmeret Trust Company Ltd. | YES Camps, LLC | $28,500,000 |
| Indian Acres Camp for Boys & Forest Acres Camp for Girls | Bank of New Hampshire | American Youth Camping, Inc. | $6,000,000 |
| Camp Med-O-Lark | Bank of New Hampshire | American Youth Camping, Inc. | $2,300,000 |
| Camp North Star | Bank of New Hampshire | American Youth Camping, Inc. | $6,250,000 |
| Camp Waukeela | Bank of New Hampshire | Andrew Shlensky (as an individual, or his permitted assigns) | $1,200,000 |
| Camp Wekeela | Bank of New Hampshire | American Youth Camping, Inc. | $9,900,000 |
| New England Golf & Tennis Camp | Bank of New Hampshire | Bank of New Hampshire (or its designee) | $2,000,000 |
| Windsor Mountain Summer Camp | Bank of New Hampshire | Red Pines, LLC | $8,500,000 |
| Blue Star Camps | HomeTrust Bank | New Blue Star Opco, LLC | $15,030,000 |
| Summit Camp and Travel | Bank of America, N.A. | Summit Camp and Travel LLC and 168 Duck Harbor Land LLC | $4,800,000 |
| | | **TOTAL:** | **$368,307,818** |

**PLEASE TAKE FURTHER NOTICE** that the SIMAD Debtors determined that the transactions described above represent the highest or otherwise best results for the SIMAD Debtors, their estates, and their stakeholders.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider approval of the sale, transfer, or other disposition of the applicable Assets to the relevant Successful Bidder free and clear of all liens, claims, interests, and encumbrances in accordance with Bankruptcy Code section 363(f), will be held **on August 10, 2026 at 11:00 a.m. (prevailing Eastern Time)**, before the Honorable Chief Judge Christine M. Gravelle, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Courtroom 3, Trenton, New Jersey 08608 or by Zoom pursuant to the Court's procedures.

3

53801169

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, objections, if any, to consummation or approval of any of the Sale Transactions must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual bases for the objection and the specific grounds therefor; and (d) be filed with the Court and served so as to be ***actually received* on or before August 6, 2026** (the "Sale Objection Deadline") by (i) counsel to the SIMAD Debtors, (ii) counsel to the Official Committee of Unsecured Creditors, (iii) counsel to any Secured Creditor with respect to such Secured Creditor's collateral, (iv) the Office of the United States Trustee for the District of New Jersey, (v) counsel to the applicable Successful Bidder, if known,[4] and (vi) any other party that has filed a notice of appearance in these chapter 11 cases.

## CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO ANY SALE TRANSACTION ON OR BEFORE THE SALE OBJECTION DEADLINE IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE TRANSACTION(S), INCLUDING WITH RESPECT TO THE TRANSFER OF THE APPLICABLE SIMAD DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS MAY BE SET FORTH IN THE ASSET PURCHASE AGREEMENT OR SALE ORDER, AS APPLICABLE.**

**PLEASE TAKE FURTHER NOTICE** that, in addition to the foregoing, the SIMAD Debtors previously agreed to Private Sale transactions for Camp Achim, Camp Chen-a-Wanda, Camp Mesorah, and Pine Forest Camp that will collectively generate approximately $71,700,000 in consideration for the SIMAD Debtors' estates. *See* Docket Nos. 433, 509, 551, and 601.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures and the Bidding Procedures Order, as well as all related exhibits, are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retained in these chapter 11 cases) by calling (888) 575-9318 (toll free) or, for international callers, +1 (646) 930-4577; (b) by visiting the SIMAD Debtors' restructuring website at https://restructuring.ra.kroll.com/SIMAD; or (c) for a fee via PACER by visiting http://www.njd.uscourts.gov.

[*Remainder of page intentionally left blank*]

---

[4] To the extent counsel for a Successful Bidder has not entered their appearance in these chapter 11 cases, counsel to the SIMAD Debtors will provide a copy of any objection received to the Successful Bidder's representative(s).

4

53801169

Dated: August 4, 2026

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
              wusatine@coleschotz.com
              dbass@coleschotz.com
              fyudkin@coleschotz.com
              dharris@coleschotz.com

*Counsel to the Debtors and*
*Debtors in Possession*

5

53801169