**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**STEVENS & LEE**
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
(973) 387-7801
Counsel for The Committee of Concerned
 Parents of Camp Lavi
DANIEL M. STOLZ, ESQ.

In re:

**SIMAD HOLDINGS LTD.**,

                                    Debtor.

Case No.: 26-16388(CMG)

Hon. Christine M. Gravelle

Chapter 11

## OBJECTION TO PROPOSED SALE OF CAMP LAVI ON BEHALF OF
## THE COMMITTEE OF CONCERNED PARENTS OF CAMP LAVI

The Committee of Concerned Parents of Camp Lavi (hereinafter, the "Parents"), by and through their counsel Stevens & Lee, hereby submits the following objection to the proposed sale of Camp Lavi to Ohel Children's Home and Family Services, Inc. (hereinafter, "Ohel") for the amount of $8,750,000.00.

The Parents represent a group of parents of campers at Camp Lavi, whose families have had a long association with this Camp.  The Parents did not become aware of the proposed sale of Camp Lavi until after the sale process had been substantially concluded.

On the morning of August 6, 2026, the Parents reached out to certain firms, seeking the retention of bankruptcy counsel.  Once the firm of Stevens & Lee had been selected to represent the Parents, the Parents requested that Stevens & Lee reach out to the Debtor's counsel and other parties with regard to their interest in purchasing the Camp.  A call was made to Debtor's counsel and a letter has been sent to the Debtor's counsel conveying our offer.

Had the Parents known of the sale process prior to its conclusion, they certainly would have participated in the bidding for this Camp.

The Parents have deposited the sum of $10 million in the trust account of Stevens & Lee. The Parents are prepared to sign the standard agreement with regard to the purchase of the Camp and to close immediately.

The Parents have been in touch with certain creditors of the Debtor and have been informed by such creditors that they support the reopening of bidding to allow the Court to consider the Parents' $10 million bid.  The Parents have also been in touch with certain staff of the Camp who are supportive of the Parents' bid.

It is our understanding that, should Ohel be the successful purchaser of Camp Lavi, they will either shut down the Camp, or change it in a manner that would displace the 400 families and 600 campers who have historically sent their children to this Camp.  This is contrary to the representation in the Supplemental Notice of Successful Bidder filed with the Court with regard to Camp Lavi [docket #800] which represents that the Ohel sale "preserves the operation of the camps for the existing directors and operators".

Based upon the foregoing, by way of the within objection, the Parents respectfully request that the Court not approve the sale of Camp Lavi to Ohel, reopen the bidding to allow the submission of the $10 million bid by the Parents, together with such other and further relief as is just and equitable.

> **STEVENS & LEE**
> Counsel for The Committee of Concerned
>  Parents of Camp Lavi
>
>
> By: _/s/  Daniel M. Stolz_____
>     DANIEL M. STOLZ

Dated:  August 6, 2026