| | |
|---|---|
| **From:** | Danna Kalter <dannakalter@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 7:38 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:


My name is Danna Kalter. I have been a Lavi Parent for 10 years and attended Lavi as a child. This camp is needed and without it 571 children are without a home. Please take this into consideration when choosing a new owner. We are all rooted here and this is our and our children's home.
Thank you.
Danna Kalter
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** mollie braun <braun.mollie@gmail.com>
**Sent:** Tuesday, August 4, 2026 7:40 PM
**To:** Chambers of CMG
**Subject:** Support for the Continued Operation of Camp Lavi

CAUTION - EXTERNAL:

Dear Honorable Judge,

I am writing as the parent of two children who attend Camp Lavi, and I respectfully ask that, as the Court considers the future of the camp, every effort be made to ensure that it is awarded to a purchaser committed to continuing its operation as Camp Lavi.

For many people, summer camp is simply a recreational experience. For our family and countless others in the Modern Orthodox Jewish community, Camp Lavi is so much more. It is a place where children spend their summers immersed in an environment that strengthens their Jewish identity, deepens their values, builds lifelong friendships, and fosters independence and confidence in a way that simply cannot be replicated elsewhere.

Camp Lavi occupies a unique place within our community. There are very few camps that provide the particular blend of Torah values, educational programming, athletic opportunities, warmth, and community that Camp Lavi has cultivated over generations. Because of its distinctive mission and culture, there is no meaningful alternative that can simply absorb the hundreds of children and families who rely on it each summer.

My own children look forward to Camp Lavi all year long. It has become one of the defining experiences of their childhood, shaping who they are and providing mentors, friendships, and memories that will remain with them for life. Losing Camp Lavi would mean far more than losing a summer program, it would mean the loss of an irreplaceable institution that has positively impacted generations of families.

I understand that the Court must carefully consider financial and legal obligations throughout this process. I simply ask that, wherever possible, the tremendous value of preserving Camp Lavi's mission and legacy also be taken into account. Selecting a buyer who is committed to continuing Camp Lavi's operation would preserve an institution that serves not only today's campers but future generations of children who deserve the same extraordinary experience.

Thank you for your time, your thoughtful consideration, and your service throughout this process.

Respectfully,

Malka Pearl

(Brie and Abie's mom)

1

| | |
|---|---|
| **From:** | Gabriella Fridman <gabriella.fridman@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 7:53 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please help us keep Camp Lavi |

CAUTION - EXTERNAL:

Honorable Christine M. Gravelle,

I write to you as a parent of three children attending camp Lavi, ages 14, 12 and 10. We live in New York City. My kids have been campers since they were 9 years old. I myself worked at Camp Lavi in 2004 as a counselor and dream of returning one day as a counselor.

I ask that you do everything in your power to keep this Camp Lavi. I understand there are multiple bidders, but we ask you to grant the bid to a buyer that intends to keep it operating as Camp Lavi. Selling this camp to a new operator will displace over 600 kids. Other modern orthodox Jewish camps are full and don't have the space to absorb Camp Lavi campers.

This is a very special camp and we want to see it continue. Our kids thrive at Camp Lavi. We want to preserve our children's experience for next summer and allow them to have continuity in the summer community of which they are a part. Our kids would be devastated to have this taken away. Please do everything you can to keep it "ours".

With much appreciation,

Gabriella Fridman

973-570-2424

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Ashley Buterman <ashleybuterman@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 7:57 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:

Dear Honorable Judge,

I am writing as the parent of two children, ages 10 and 11, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Ashley Buterman

| | |
|---|---|
| **From:** | shira Rotenberg <shirar@hotmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:01 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Hi |

CAUTION - EXTERNAL:


To whom it may concern,
My 2 children attend camp lavi. It is a wonderful environment and they are very happy there. Please keep it as camp lavi.
Sincerely,
Shira schreiber
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Rebecca Greenspan <rebeccajgreenspan@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:02 PM |
| **To:** | Chambers of CMG |
| **Subject:** | SAVE Camp Lavi |

**CAUTION - EXTERNAL:**

Your Honor,

I hope you will accept this email as a respectful expression of support from someone whose life has been deeply impacted by Camp Lavi.

My name is Rebecca Feuer, my husband Eitan and I both went to Lavi, and we are both proud Camp Lavi alumna and now the parent of a child who hopes to experience the same camp that shaped so much of our childhood. Like thousands of others, I have watched the bankruptcy proceedings with great concern.

To many people, Camp Lavi is far more than a piece of real estate or a business asset. It is a cornerstone of the Modern Orthodox Jewish community. For generations, it has provided children with a place to build lifelong friendships, strengthen their Jewish identity, develop leadership skills, and create traditions that continue well into adulthood. The relationships formed at Lavi often extend far beyond the summer and become the foundation of families, communities, and lifelong connections.

As an alumna, I can personally attest to the lasting impact Camp Lavi has had on my life. It is a place filled with memories, values, and experiences that I hope will be preserved for future generations. As a parent, I want my own children to have the opportunity to grow up in that same environment.

I understand that the Court's responsibility is to maximize value for creditors and to oversee a fair legal process. However, I respectfully ask that, to the extent the law allows, consideration be given to the extraordinary community value of Camp Lavi and the importance of preserving its mission as a Modern Orthodox summer camp. I sincerely hope the camp will ultimately be purchased by a buyer who recognizes and is committed to maintaining the unique character, values, and traditions that have made Camp Lavi such a special institution for so many families.

Thank you for your time, your consideration, and your service throughout these proceedings because Camp Lavi is forever home.

Respectfully,

Rebecca Feuer
Camp Lavi Alumna and Parent

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jordana Altman <jordanaaltman1@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:07 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please help us keep Camp Lavi! |

**CAUTION - EXTERNAL:**

Honorable Christine M. Gravelle,

I write to you as a parent of three children attending camp Lavi, ages 14, 12 and 10. We live in Englewood, NJ. My kids have been campers since they were 8 years old.

I ask that you do everything in your power to keep this Camp Lavi. I understand there are multiple bidders, but we ask you to grant the bid to a buyer that intends to keep it operating as Camp Lavi.

Selling this camp to a new operator will displace over 600 kids. Other modern orthodox Jewish camps are full and don't have the space to absorb Camp Lavi campers.

This is a very special camp and we want to see it continue. Our kids thrive at Camp Lavi. We want to preserve our children's experience for next summer and allow them to have continuity in the summer community of which they are a part. Our kids would be devastated to have this taken away.

Please do everything you can to keep it "ours".

With much appreciation,

Jordana Altman

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Riva Zukor <rivazukor@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:13 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Help us save Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

I am writing as the parent of a camper at Camp Lavi and as someone whose family has deep roots in this extraordinary institution.

My 10-year-old son, Leo, is spending his second summer at Camp Lavi, and I cannot adequately express how much this experience has meant to him. He is thriving in every sense of the word. He is more confident, more independent, happier, and simply glowing. The growth we have seen in him over these past weeks has been remarkable, and we are profoundly grateful.

I had the opportunity to attend Visiting Day this week, and what I witnessed was truly special. The camp was vibrant with joy, warmth, and purpose. The campers were happy and engaged, the staff were deeply invested, and there was an unmistakable sense of community that is increasingly rare. It was clear that Camp Lavi is far more than a summer camp, it is a place where children grow into themselves, build lifelong friendships, and develop values that remain with them for years to come.
My husband's family has an even longer connection to Camp Lavi. My husband and his siblings all spent their childhood summers there, and worked there as well in the later years. The camp has shaped generations of families, and now we are fortunate enough to watch it shape our own children.
I understand that the Court is overseeing a difficult bankruptcy proceeding and that many complex financial and legal considerations must be weighed. I do not pretend to understand those complexities. I simply ask that, in whatever decisions are made regarding the future of these camps, the Court consider the extraordinary value of preserving Camp Lavi as the thriving institution it is today.

Approximately 750 children attend Camp Lavi this summer. This year, the camp is enjoying one of its strongest seasons ever, with outstanding enrollment and an atmosphere of excitement and optimism. If the camp were to cease operating in its current form, hundreds of families would be displaced, countless staff members would lose a community they cherish, and generations of tradition would be interrupted. If there is any opportunity within the Court's authority to encourage or require that any purchaser continue operating Camp Lavi as a summer camp, I respectfully ask that such an option be given serious consideration. Preserving the camp's mission and continuity would protect something that cannot easily be recreated once it is lost.

Thank you for taking the time to read my letter and for the care with which you are handling these difficult matters. I know the decisions before you are significant, and I appreciate your consideration of the many children, families, and staff whose lives are touched by Camp Lavi.

Respectfully,
Riva Kestenbaum

| | |
|---|---|
| **From:** | Nini Ross <mystein45@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:16 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Attn Honorable Christine M. Gravelle regarding camp lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Judge  Christine M. Gravelle
and Interested Parties,

My name is Miriam (Nini) Ross, and I am writing as a Camp Lavi parent because I care deeply about the future of this extraordinary place.

Camp Lavi has been woven into the fabric of our family's life for many years. One of my daughters spent six incredible summers there, her twin sister spent five summers there, and our youngest daughter, who is ten years old, is currently having an amazing second summer at Camp Lavi after first attending the Life at Lavi trial program two summers ago.

As a parent, I have had the privilege of watching Camp Lavi shape each of my daughters in different ways. I have watched shy children become confident, hesitant children become independent, and campers return home each summer more resilient, compassionate, and self assured than when they left. The friendships they have built extend far beyond the summer months, and the lessons they have learned continue to guide them long after camp ends.

What makes Camp Lavi so special cannot be measured on a balance sheet. It is the culture that has been built over decades, the dedicated leadership, the counselors who become trusted role models, and the genuine sense of belonging that every child feels from the moment they arrive. Camp Lavi has given my daughters a place where they are encouraged to challenge themselves, support one another, discover their strengths, and simply enjoy being children.

As a Modern Orthodox Jewish sleepaway camp, Camp Lavi offers something that is increasingly rare and incredibly important. It provides children with an environment where Jewish values are not only taught but lived every day. Through Shabbat, tefillah, acts of kindness, respect for others, personal responsibility, leadership, and a deep sense of community, campers develop a strong Jewish identity while learning values that will guide them throughout their lives. These are lessons that cannot be taught in a classroom alone. They are learned through shared experiences, meaningful relationships, and living as part of a caring community.

In a time when so much of childhood revolves around screens, social media, and constant pressure, Camp Lavi gives children the opportunity to disconnect from technology and reconnect with themselves, their friends, their faith, and the outdoors. Those experiences build confidence, empathy, resilience, and character in ways that last a lifetime.

I understand that these proceedings involve significant financial considerations and that your responsibility is to reach the best possible outcome. I respectfully ask that, in making these decisions, you also consider what Camp Lavi represents to the hundreds of children, families, alumni, and staff whose lives have been profoundly shaped by this remarkable community.

For families like mine, this is far more than the future of a camp. It is the future of a place that has become a second home, where children discover who they are, build lifelong friendships, strengthen their Jewish identity, and develop the values and character that will serve them for the rest of their lives. Places like Camp Lavi are incredibly rare, and once they are gone, they cannot simply be recreated.

Thank you for your time, your thoughtful consideration, and the responsibility you carry throughout these proceedings.

Respectfully,

Nini Ross

Camp Lavi Parent

Miriam Ross, MSN, FNP-BC
mystein45@gmail.com
516-578-0254

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2

**From:** Michael Feit <lmfeit@aol.com>
**Sent:** Tuesday, August 4, 2026 8:24 PM
**To:** Chambers of CMG
**Subject:** Camp Lavi

CAUTION - EXTERNAL:


Please consider maintaining the integrity of camp Lavi as a sleep away camp. Do not allow  a developer or private equity destroy a beautiful place that provides joy and so many memories.

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Rina Rosenblatt <rina.kleiner@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:27 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Respectful request to keep the character and management of Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

My name is Rina Kleiner, and I am writing as the parent of two Camp Lavi campers: Rose Kleiner, age 11, who is attending her fourth summer at Camp Lavi, and Nissim Kleiner, who is attending Camp Lavi for the first time this summer.

I understand that you have the difficult responsibility of making decisions that will affect the future of Camp Lavi. I respectfully ask that you consider the voices of the families whose children call Camp Lavi their home away from home.

Camp Lavi is so much more than a summer camp. It is a place where children grow in confidence, develop lifelong friendships, strengthen their values, and create memories that shape who they become. The camp's unique atmosphere did not happen by accident, it is the result of years of dedicated leadership, thoughtful management, and a culture that has been carefully nurtured over generations.

For our family, Camp Lavi has become an irreplaceable part of our children's lives. Rose eagerly counts down the days until camp each year, and seeing Nissim experience the same warmth, joy, and sense of belonging this summer has been incredibly meaningful to us. As parents, there is no greater comfort than knowing our children are in a place where they feel safe, supported, and genuinely loved.

I respectfully ask that, as you consider the future of Camp Lavi, you preserve the camp's existing leadership, management, and character. The people who have built this extraordinary community are an essential part of what makes Camp Lavi so special. Significant changes to its leadership or culture would fundamentally alter the place that so many children and families cherish.

1

I recognize that there are many legal and financial issues before the Court, but I hope you will also consider the human impact of your decision. For hundreds of children, Camp Lavi is more than property, it is a second home, a community, and a place where they feel they truly belong.

Thank you for taking the time to read my letter and for your thoughtful consideration of the many families whose lives have been touched by Camp Lavi.

Respectfully,

Rina Kleiner

Parent of Rose Kleiner (Age 11, Fourth-Year Camper)

Parent of Nissim Kleiner (First-Year Camper)

Sent from my iPhone

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2

| | |
|---|---|
| **From:** | Stefanie Kris <stefaniekris1@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:32 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:

Dear Honorable Judge Christine M. Gravelle, My name is Stefanie Kris. I am a current parent of two campers at Camp Lavi with two more children to join the Lavi family in the upcoming years. I am writing this letter to let you know that as parents we have to fight for our children and their futures.

Camp Lavi is not just a camp to our families. It is a legacy that was built and made so concrete for us that we have to give it our all to keep it in our family. Our children thrive at Camp Lavi. They excel. They learn. They grow. They create. They explore. They have fun. They make new friends that are life long. They make memories to talk about for forever. They love their time at Camp Lavi.

One of my sons went on a trial to Camp Lavi and to another camp 2 summers ago. I asked him which camp he wants to go to for the following year. His response was, "oh I'm definitely going to Lavi." I asked him why. He said, "because at Lavi it feels like family. It feels like my family is there. It is familiar to me when I got off that bus even when I haven't been there for a summer before." I replied to him and said ok this is the camp you're going to.

His brother is there. His 4 cousins are there. A lot of family friends work there and a lot of people in our community call it home for the summer.

Lavi is not only a camp for 7 weeks. Yes, our children sleep there for just 7 weeks out of the year but Lavi is a year long thought. Memories are brought up, funny stories are reminisced, count downs to return are always posted and pictures on our campus are like no other.

My sons and their friends; my community and their children; people from all different states come together for a memorable summer at Camp Lavi. It's not just a property. It's a place that is ours and we have to keep it in our family as Camp Lavi.

Please don't let us lose a place for our children who look forward to basketball on the courts in Lavi; jumping off the iceberg in the lake at Lavi; having talent shows in the playhouse in Lavi.

I am reaching out to you to help our 581 campers, plus future campers, keep the legacy that is Lavi so that everyone can experience it in their lives.

Thank you very much for taking your time to read this and any support you have to help us save our camp.
Sincerely,
Adam and Stefanie Kris

Stefanie Kris
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Sheera Riemer <srberkowitz@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:32 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Lavi Forever Home |

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

My name is Sheera Riemer, and I am writing not only as the mother of a current Camp Lavi camper, but also as someone whose own childhood was shaped by Camp Lavi many years ago.

I attended Camp Lavi as a child, and today my son, Jacob, is there for his third summer. Watching him experience the same joy, friendships, values, and sense of belonging that meant so much to me has been incredibly meaningful. It is rare to find a place that has remained such a constant source of positive impact across generations.

For many people, summer camp is simply a place for children to spend their vacations. For our family, and for countless others in the Modern Orthodox Jewish community, Camp Lavi is so much more. It is where children develop lifelong friendships, gain confidence and independence, strengthen their Jewish identity, and are surrounded by role models who inspire them to become caring, responsible young adults.

Camp Lavi holds a unique place in our community. There are very few camps that offer the special combination of Torah values, outstanding programming, athletics, warmth, and community that Camp Lavi has cultivated over generations. It is not something that can simply be replaced by another camp.

As someone who experienced Camp Lavi firsthand and now has the privilege of seeing my own son grow there, I know how profoundly this institution shapes lives. The memories, friendships, and lessons learned at Camp Lavi stay with its campers long after the summer ends. It is a place that helps build strong families and a strong Jewish community.

I understand that the Court must carefully consider the financial and legal issues before it. I respectfully ask that, as these decisions are made, every effort be taken to preserve Camp Lavi's mission and legacy by selecting a purchaser who is committed to continuing its operation as Camp Lavi. Doing so would ensure that future generations of children have the same extraordinary opportunities that my generation had and that my son is fortunate enough to experience today.

Thank you for your time, your thoughtful consideration, and your service throughout this process.

Respectfully,

Sheera Riemer

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Carly Milstein <carlymilstein@gmail.com>
**Sent:** Tuesday, August 4, 2026 8:34 PM
**To:** Chambers of CMG
**Subject:** Save Camp Lavi

CAUTION - EXTERNAL:

Dear Honorable Judge,

I am writing as the parent of 2 campers ages 7 and 9, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,
Carly Milstein
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jessica Quint <jessicalquint@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:36 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Help us keep Camp Lavi |

**CAUTION - EXTERNAL:**

Honorable Christine M. Gravelle,

I write to you as a parent of two children who attend Camp Lavi. Camp Lavi is so much more than a summer camp to our family, it is part of who we are.

My husband and I are both second-generation Camp Lavi families. We attended Camp Lavi as campers ourselves, and it is where we met. We are now blessed to watch our own children experience the same friendships, values, and sense of community that shaped our lives.

I respectfully ask that you do everything within your power to preserve Camp Lavi by awarding the sale to a buyer committed to continuing it as Camp Lavi. While I understand there are many factors to consider, I hope the impact on the hundreds of children and families who call Camp Lavi home will weigh heavily in your decision.

If Camp Lavi is no longer able to operate as it has since 1977, more than 600 children will lose a community that has become an irreplaceable part of their lives. Other Modern Orthodox Jewish camps simply do not have the capacity to absorb these families.

Please help preserve this extraordinary camp so that our children can continue the traditions that have meant so much to so many families.

Thank you for your time, consideration, and thoughtful attention to this matter.

With sincere appreciation,

Jessica and Dov Quint

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Alisa Hartman <alisa.r.hartman@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:38 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Keep Lavi Alive!!! |

CAUTION - EXTERNAL:


My husband went to camp Lavi for 8 summers and dreamed about sending my son there. He'll be in second grade this year and was hoping to attend Lavi next summer! Please, we're asking you to keep Lavi open- the memories he made are ones I only dreamed my son would be able to make!

Thank you!

Alisa
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Rebecca Greenspan <rebeccajgreenspan@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:32 PM |
| **To:** | Chambers of CMG |
| **Subject:** | SAVE CAMP LAVI! |

**CAUTION - EXTERNAL:**

Your Honor,

I hope you will accept this email as a respectful expression of support from someone whose life has been deeply impacted by Camp Lavi.

My name is Rebecca Feuer, my husband Eitan and I both went to Lavi, and we are both proud Camp Lavi alumna and now the parent of a child who hopes to experience the same camp that shaped so much of our childhood. Like thousands of others, I have watched the bankruptcy proceedings with great concern.

To many people, Camp Lavi is far more than a piece of real estate or a business asset. It is a cornerstone of the Modern Orthodox Jewish community. For generations, it has provided children with a place to build lifelong friendships, strengthen their Jewish identity, develop leadership skills, and create traditions that continue well into adulthood. The relationships formed at Lavi often extend far beyond the summer and become the foundation of families, communities, and lifelong connections.

As an alumna, I can personally attest to the lasting impact Camp Lavi has had on my life. It is a place filled with memories, values, and experiences that I hope will be preserved for future generations. As a parent, I want my own children to have the opportunity to grow up in that same environment.

I understand that the Court's responsibility is to maximize value for creditors and to oversee a fair legal process. However, I respectfully ask that, to the extent the law allows, consideration be given to the extraordinary community value of Camp Lavi and the importance of preserving its mission as a Modern Orthodox summer camp. I sincerely hope the camp will ultimately be purchased by a buyer who recognizes and is committed to maintaining the unique character, values, and traditions that have made Camp Lavi such a special institution for so many families.

Thank you for your time, your consideration, and your service throughout these proceedings because Camp Lavi is forever home.

Respectfully,

Rebecca Feuer
Camp Lavi Alumna and Parent

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Renee Greenspan <reneesg11@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:39 PM |
| **To:** | Chambers of CMG |
| **Subject:** | URGENT plea to preserve the legacy of Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Judge Gravelle and Interested Parties,

My name is Renee Greenspan, and my husband Brian and I are writing as parents, grandparents, and lifelong members of the Camp Lavi community. We respectfully ask you to consider not only the financial aspects of this sale, but also the profound impact your decision will have on generations of families whose lives have been shaped by this extraordinary place.

For my family, Camp Lavi is far more than a summer camp. It has been our second home. We sent our own children there for eighteen summers, and now our grandchildren are following in their footsteps. This summer alone, we have nine grandchildren attending Camp Lavi, along with many great nieces and nephews. Few places have had such a lasting influence on our family over so many generations.

Camp Lavi is where our children grow spiritually, physically, emotionally, and socially. It is where they develop confidence, independence, leadership, resilience, and friendships that last a lifetime. It instills within Modern Orthodox children a love of Torah, a sense of community, and values that remain with them long after the summer ends. The lessons they learn at Camp Lavi cannot be measured in dollars or reflected on a balance sheet.

Camp Lavi has always been much more than a business. It is a home. It is a family. It is a tradition that stretches back generations and, God willing, should continue for generations to come.

People often say, "Lavi Forever." Those words are more than a slogan—they express what Camp Lavi means to everyone fortunate enough to have been part of it. It may not be the newest or most luxurious camp, but to the thousands of children, parents, alumni, and staff whose lives have been shaped there, it is irreplaceable. Its warmth, caring environment, dedicated leadership, and unique culture are what make it so special.

We understand that this is a bankruptcy proceeding and that your responsibility is to ensure the highest and best outcome for the creditors. We deeply respect that obligation. At the same time, we respectfully ask that every qualified bidder receive a full, fair, and transparent opportunity to participate in the process so that all options can be carefully considered and all options weighed with all factors taken into consideration - not only dollars and cents.

Our greatest concern is preserving the continuity and identity of Camp Lavi. Many families, including my own, fear that a change in ownership that fundamentally changes the camp's mission, culture, or community would mean that the Camp Lavi we have loved for generations would effectively cease to exist. The directors and staff who currently lead Camp Lavi have created an environment that has

1

nurtured thousands of children with extraordinary dedication, warmth, and care. That legacy deserves thoughtful consideration.

If Camp Lavi is fundamentally transformed into something entirely different, countless families who have considered it their summer home for decades may no longer have the opportunity to experience the camp they cherish. Future generations of children—including my grandchildren and, one day, their children—could lose the opportunity to become part of the Camp Lavi tradition that has meant so much to our family and so many others.

This decision is about far more than the sale of real estate. It is about preserving a community, a legacy, and a way of life that has enriched thousands of families for decades.

We respectfully ask that, to the greatest extent possible within the Court's obligations, the process remain fair, transparent, and mindful of the extraordinary human impact of this decision. We hope that Camp Lavi will ultimately be placed in the hands of those who will preserve its mission, protect its unique identity, and ensure that future generations can continue to call it home.

Thank you for your time, your careful consideration, and the compassion with which you approach these difficult decisions. Your ruling will affect not only creditors and bidders, but thousands of children, parents, grandparents, alumni, and families whose lives have been forever shaped by Camp Lavi.

Respectfully,

**Renee & Brian Greenspan**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Randi Sultan <rsultan76@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:40 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Save Camp Lavi! |

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

I am writing as the parent of three children who attended Camp Lavi, ages 19, 14, and 10, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My 19-year-old attended Camp Lavi for five summers and had an incredible experience, forming lifelong friendships and memories that remain an important part of his life. Now, my 14-year-old and 10-year-old count down the days until they can return each summer. Through Camp Lavi, they have built friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Randi Sultan

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Aliza Stone <alizastone@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:40 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please help save Camp Lavi! |

CAUTION - EXTERNAL:

Honorable Christine M. Gravelle,

I write to you as a Camp Lavi parent pleading with you to grant the auction bid to a buyer that intends to keep Lavi operating as the Lavi we know and deeply love. My 10-year-old son, Max, considers Lavi a second home and absolutely thrives there. Max is, simply put, his best self at Lavi. Max is an anxious child with ADHD, and my husband and I feel certain that Lavi's unique spirit has instilled an invaluable sense of confidence, independence and ease in him that he carries into the school year. I received a letter from him just a couple of weeks ago that says it all: "Hi Mom, I am having the time of my life." Max is not the only camper thriving this summer. On visiting day just a few days ago, every parent to whom I spoke mentioned that their child was having their best summer yet. Max enthusiastically introduced us to every member of his summer community who passed us - counselors, Rabbis, friends of all ages, friends from the Yachad bunk (a bunk for developmentally disabled campers who integrate beautifully with the rest of the camp), the cleaning staff, and essentially everyone who enriches his summer and to whom he feels so deeply connected. Many of us parents shared immense concern over the possibility of losing this special place.

Further, as members of a modern orthodox Jewish community, our options for camp are limited, the other camps cannot absorb the entire Lavi community, and - most importantly - Lavi's unique qualities are not replicated by the other camps that serve our religious needs.

My daughter is currently on a trial at Lavi and was ecstatic to have the experience her brother has raved about. This year, the trial is the fullest it's historically been, and we know that's because the love for Lavi grows every year.

Our family really just can't imagine a world in which Lavi is not synonymous with summer. If it is within the Court's authority to encourage or require the buyer to continue operating the camp as our Camp Lavi, we respectfully ask that such an option be given the fullest consideration.

Please help us save our children's happy place!

With much gratitude,
Aliza Stone Howard
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Ayala <ayasgur@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:41 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:


To: Honorable Christine M. Gravelle

Your Honor,

I am writing regarding the auction of my daughter's camp, Camp Lavi in Lakewood, PA.
This year my daughter Flora attended Camp Lavi for her third full summer. This summer Flora has danced on the camp dance team, played an orphan in the camp play Annie, and has spent time with old friends and made new ones. She has experienced of the very best things that we hope for our children when they attend an overnight camp. Flora has thrived at Camp Lavi and she would love to do so for many more summers. I myself attended Camp Lavi many years ago. My parents actually worked there as well when I was just 7 years old. My history with Lavi runs deep, but I write not because of the past but in the hope for a bright future for the camp. As nothing has been made public, camp parents do not know much. But we know that the future of the camp is at stake and that there is a party bidding on the camp which hopes to purchase it for their own camp which would mean end of Camp Lavi.
As you may or may not be aware, there are not a large amount of modern orthodox sleepaway camps. Almost all of the other camps that fall within that category are at capacity for accepting new campers. Many of these 600 campers would not have another good option for sleepaway camp next summer. We need Camp Lavi to stay open in the interest of the 600 children who have been spending their summers there. Please allow them to continue having fun childhood memories, making new friends trying new activities, playing the sports that they love and having the summers of their lives at Camp Lavi!
Thank you for your time and attention.

Ayala E. Yasgur

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Ilana B. <ilanab59@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:42 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please Save Camp Lavi! |

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

I am writing as a previous camper who is also currently the parent of a child, age 9, who attends Camp Lavi. I respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my daughter and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My daughter counts down the days until she returns each summer. As an only child she looks forward to spending her summer with her friends and cousins. She has built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people she is becoming. The thought of losing this community is heartbreaking. My brother and I went to Lavi in the 1980s and 1990s, my niece and nephews in the 2000s and 2010s and now my daughter is there with her cousins. This camp has been in our family for 40 years!

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.


Respectfully,
Ilana Rankin

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Laura Sued <lsued10314@aol.com> |
| **Sent:** | Tuesday, August 4, 2026 8:43 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please Save Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

I am writing as the parent of 3 kids, ages 9, 7, and 7 to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Laura Sued

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Diana Schwartz <diana.s.schwartz@gmail.com>
**Sent:** Tuesday, August 4, 2026 8:48 PM
**To:** Chambers of CMG
**Subject:** Please help Camp Lavi!

CAUTION - EXTERNAL:

Dear Honorable Judge,

I am writing as the parent of three children, two of whom are currently at Camp Lavi and desperately hope to be back (my oldest one went to Lavi for 4 years). I respectfully ask that, as the Court considers the future of the camp, every effort be made to ensure that it is awarded to a purchaser committed to continuing its operation as Camp Lavi.

Camp Lavi is so important for our family and our kids. It is truly my kids' home away from home. It's where they have built a Jewish identity, deepened their values, built lifelong friendships, and fostered independence and confidence in a way that simply cannot be replicated elsewhere.

There are very few camps that provide the particular blend of Torah values, educational programming, athletic opportunities, warmth, and community that Camp Lavi has cultivated over generations. Also, all the other orthodox camps nearby can't absorb the hundreds of children and families who rely on it each summer. My kids will simply not have a place to go next summer without Camp Lavi.

Losing Camp Lavi would mean far more than losing a summer program, it would mean the loss of an irreplaceable institution that has positively impacted generations of families.

I understand that the Court must carefully consider financial and legal obligations throughout this process. I (and all of our camp friends) simply ask that, wherever possible, the tremendous value of preserving Camp Lavi's mission and legacy also be taken into account. Selecting a buyer who is committed to continuing Camp Lavi's operation would preserve an institution that serves not only today's campers but future generations of children who deserve the same extraordinary experience.

Thank you for your time, your thoughtful consideration, and your service throughout this process.

Respectfully,

Diana Schwartz

(Mom to Max and Lexi at Lavi)
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Mira <rosenbergmira@gmail.com>
**Sent:** Tuesday, August 4, 2026 8:48 PM
**To:** Chambers of CMG
**Subject:** Save Camp Lavi!

CAUTION - EXTERNAL:

Hi there,

I basically have zero connection to camp Lavi other than the fact that my niece spent her first summer there this year and had the most incredible experience. Camp Lavi has been around for years providing the most amazing Jewish experience to kids. It would be an incredibly sad and terrible mistake for the camp to shutdown.

I ask that you please reconsider the bid and save Camp Lavi!

All the best,
Mira Billet
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Katie Hoffman <wolkat21@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:49 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

<mark>CAUTION - EXTERNAL:</mark>

Dear Honorable Judge,

I am writing as the parent of a child who attends Camp Lavi and as a former Camp Lavi camper myself. Having spent eight summers at Camp Lavi as a child, I have experienced firsthand the profound and lasting impact this extraordinary institution has on the lives of its campers. I respectfully ask that, as the Court considers the future of the camp, every effort be made to ensure that it is awarded to a purchaser committed to continuing its operation as Camp Lavi.

For many people, summer camp is simply a recreational experience. For our family and countless others in the Modern Orthodox Jewish community, Camp Lavi is so much more. It is a place where children spend their summers immersed in an environment that strengthens their Jewish identity, deepens their values, builds lifelong friendships, and fosters independence and confidence in a way that simply cannot be replicated elsewhere.

Camp Lavi occupies a unique place within our community. There are very few camps that provide the particular blend of Torah values, educational programming, athletic opportunities, warmth, and community that Camp Lavi has cultivated over generations. Because of its distinctive mission and culture, there is no meaningful alternative that can simply absorb the hundreds of children and families who rely on it each summer.

As someone who attended Camp Lavi for eight summers, I know that the friendships, mentors, values, and memories formed there last a lifetime. It played a significant role in shaping who I am, and now I have the privilege of watching my son, William, experience that same magic. Seeing him look forward to camp all year long and flourish in the same environment that meant so much to me is incredibly meaningful. Losing Camp Lavi would mean far more than losing a summer program—it would mean the loss of an irreplaceable institution that has positively impacted generations of families.

I understand that the Court must carefully consider financial and legal obligations throughout this process. I simply ask that, wherever possible, the tremendous value of preserving Camp Lavi's mission and legacy also be taken into account. Selecting a buyer who is committed to continuing Camp Lavi's operation would preserve an institution that

1

serves not only today's campers but future generations of children who deserve the same extraordinary experience.

Thank you for your time, your thoughtful consideration, and your service throughout this process.

Respectfully,

Katie Hoffman

(William's mom and proud Camp Lavi alumna)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Sarah Greenspan <sarahjgreenspan@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:50 PM |
| **To:** | Chambers of CMG |
| **Subject:** | A Heartfelt Plea to Preserve Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Christine M. Gravelle,

My name is Sarah Basalely, and I am writing to you not only as a Camp Lavi alumna, but also as a current Camp Lavi parent. My husband, Raphi, is also an alumnus—we met at Camp Lavi many years ago. Today, our family has come full circle. Our 11-year-old and 9-year-old are spending their summer at Camp Lavi, and our 7-year-old is currently experiencing Camp Lavi for the very first time through its trial program. Watching our children fall in love with the same place that shaped our own lives has been an indescribable gift. Camp Lavi has become more than a place where they make friends; it is where our extended family reconnects, grows closer, and creates memories together that will last a lifetime.

It is with a heavy heart that I understand the future ownership of Camp Lavi is currently being determined. I respectfully and urgently ask that, if at all possible, every effort be made to ensure that Camp Lavi is sold to an individual or organization committed to preserving it as the camp it has always been.

To many people, Camp Lavi may appear to be just another summer camp. To the hundreds of children and families whose lives have been shaped by it, it is so much more. It is a second home. It is where lifelong friendships are formed, confidence is nurtured, independence is gained, and traditions are passed from one generation to the next. It is where children can simply be children in a world that asks so much of them.
For my family, Camp Lavi is woven into the story of our lives. It is where my husband and I met. It is where we grew into ourselves, where we built friendships that have lasted a lifetime, and where the values we learned continue to shape the way we raise our own children. Seeing our children now creating those same memories, traditions, and lifelong friendships is something I never take for granted.

Every summer, children arrive at Camp Lavi carrying excitement, hopes, and dreams. They leave stronger, kinder, more resilient, and more confident. The memories they create become part of who they are. There are very few places left that provide children with such a profound sense of belonging, community, safety, and unconditional acceptance.

To lose Camp Lavi as it exists today would be heartbreaking. It would mean far more than the loss of a camp—it would mean the loss of a place that has transformed generations of children and become part of the fabric of so many families' lives. Future generations would lose the opportunity to experience the same joy, friendships, traditions, family connections, and personal growth that Camp Lavi has provided for decades.

While I recognize the legal and financial complexities surrounding the sale, I sincerely hope that the legacy of Camp Lavi can be protected. My heartfelt wish is that children for years to come will still have the opportunity to call Camp Lavi their home away from home.

Thank you for your time, your consideration, and for understanding what Camp Lavi means to so many families. I hope that, in the decision ahead, the immeasurable value of preserving this extraordinary community will be given every possible consideration.

With deepest respect,
Sarah and Raphi Basalely
Camp Lavi Alumni and Proud Camp Lavi Parents

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Stephanie Ulmer <stephulmer@icloud.com> |
| **Sent:** | Tuesday, August 4, 2026 8:51 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please preserve the legacy of Camp Lavi |

CAUTION - EXTERNAL:

Dear Judge,

My name is Stephanie Ulmer, and I am writing with sincere hope that you will consider the profound impact your decision will have on thousands of families whose lives have been shaped by Camp Lavi.

I attended Camp Lavi as a child, and today my four children have followed in those same footsteps. Collectively, our family has spent nearly a decade at Lavi. To us, Lavi is not simply a summer camp—it is home. It is where lifelong friendships are formed, values are instilled, confidence is built, and generations of families create memories that last a lifetime.

The thought of Camp Lavi being sold to an organization that intends to discontinue the camp and repurpose the property is heartbreaking. While I understand that bankruptcy proceedings require difficult financial decisions, I respectfully ask that the Court also consider the extraordinary human value that Camp Lavi represents. Some institutions simply cannot be measured solely by their assets.

Camp Lavi has been a treasured institution for generations. It has served not only thousands of children but also many children with special needs, providing them with a place where they are welcomed, included, and given the opportunity to experience the joy and belonging that every child deserves. For these families, Camp Lavi is far more than a recreational facility—it is an irreplaceable community.

If the camp ceases to exist, an invaluable piece of our community's history and future will be lost forever. Countless children, including my own, will lose a place that has become part of their identity. Future generations will never have the opportunity to experience the same traditions, friendships, and life lessons that have impacted so many before them.

I respectfully ask that, if at all possible, the Court give thoughtful consideration to a path that allows Camp Lavi to continue operating as the camp it has always been. Preserving Lavi would preserve a legacy that has positively influenced generations of children and families.

Thank you for your time, your consideration, and your service during this difficult process.

Respectfully,

Stephanie Ulmer


Stephanie Ulmer Design
Instagram @stephulmer
516-369-1897

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jordana Klein <jordanaklein1@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:51 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please Help Save Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Judge Christine M. Gravelle,

I am writing to you not as a business owner or someone involved in this case, but simply as a mother asking you to please consider the children and families whose lives will be forever impacted if Camp Lavi is forced to close.

I have two daughters at Camp Lavi, ages 12 and 9. Like so many parents, we spent years searching for a place where our children truly felt they belonged. We finally found that place at Camp Lavi. It is not just a summer camp to our family—it is a second home.

My oldest daughter struggles with anxiety, and finding environments where she feels comfortable, secure, and accepted has always been a challenge. Camp Lavi changed that. It is the one place where she can truly be herself without fear or worry. She has built confidence, formed meaningful friendships, and found counselors who understand and support her. As a parent, there is no greater gift than watching your child finally feel like they fit in.

My younger daughter has also flourished there. The joy, confidence, and independence both of my girls have gained at Camp Lavi are things I cannot put into words. Every summer they count down the days until camp begins, and every year they come home stronger, happier, and more self-assured.

The thought of Camp Lavi closing is devastating. We honestly don't know where we would go. We have finally found the place that is right for our family, and there are countless other families who feel exactly the same way. For many children, Camp Lavi is where lifelong friendships are formed, confidence is built, and memories that last a lifetime are made. It is where they feel safe, loved, and accepted.

I understand that the Court must make decisions based on the law and the facts before it. I simply ask that, if possible, you also consider the human side of this decision. Behind every cabin, every counselor, and every campfire are children whose summers—and in many cases, whose emotional well-being—depend on this extraordinary place.

Please don't let Camp Lavi become another place our children have to say goodbye to. Please give this community the opportunity to continue changing children's lives for years to come.

Thank you for your time, your compassion, and your consideration of the many families who love Camp Lavi so deeply.

With sincere gratitude,

Jordana Klein


Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Georgette Lookstein <glookstein@gmail.com>
**Sent:** Tuesday, August 4, 2026 8:53 PM
**To:** Chambers of CMG
**Subject:** Please Save Camp Lavi

CAUTION - EXTERNAL:

Dear Honorable Judge,

I am writing to respectfully ask that the Court do everything possible to preserve Camp Lavi as is.

As the parent of 3 current campers (ages 13, 11, and 9) and as an alumnus of the camp, I can't emphasize enough how special of a place Camp Lavi is and the positive impact it has had on our family and generations of families.

Lavi is so much more than a plot of land, but is a home for hundreds of children each Summer. The culture and community feel are unique to this Camp and are not replicable in other camps; so much so that I chose to send my children there too.

The thought of losing Lavi is heartbreaking. Not only that, but there isn't capacity in other what would be deemed as similar camps to absorb all the campers that would be impacted by this sale if the camp does not remain intact.

I understand that there are many factors that go into the pending decision on the sale, but kindly ask for your consideration of the aforementioned factors.

Thank you for your time and consideration.

Sincerely,
Georgette Lookstein

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Ben Howard <benjyhoward@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:53 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please help save Camp Lavi! |

**CAUTION - EXTERNAL:**

Honorable Christine M. Gravelle,

I am writing as a Camp Lavi parent to share our family's perspective on why this camp is so special.

Lavi has had a hugely positive impact on our son, Max. Over several summers there, we've watched him grow more confident and at ease, in ways that carry over into the school year. It's a place he looks forward to all year, and one where he feels he truly belongs. The night before camp began, Max said to me "Dad, i'm a ten for twoer", I asked him what this meant and he replied "I live ten months of the year for the 2 months of Camp Lavi".

What makes Lavi special isn't just our family's experience with it. It plays that same role for more than 600 families, and there's a real next generation of excited campers coming up behind them, including our daughter, who is on a trial stay at Lavi right now and has loved every minute of it.

Lavi also serves an important function for modern Orthodox Jewish families like ours. There are very few camps that meet our community's religious and cultural needs, and none that could realistically absorb Lavi's current campers if the camp were forced to close.

We understand the Court's focus is on the sale process rather than camp operations, but to whatever extent it's within the Court's authority to consider continuing Lavi's operations, we would be grateful for that to be part of the discussion. **<u>Please help keep our son's happy place.</u>**

Thank you for your time and consideration.

Ben Howard

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**From:** Danielle Lovett <daniellejlovett@gmail.com>
**Sent:** Tuesday, August 4, 2026 8:54 PM
**To:** Chambers of CMG
**Subject:** Camp Lavi

CAUTION - EXTERNAL:

Honorable Christine M. Gravelle

I am writing as the parent of three children who attend Camp Lavi. I understand that you have an incredibly difficult responsibility, and I appreciate the care that must go into making decisions that affect so many people. For my family, Camp Lavi is much more than a summer camp. It is a place where my children have grown in confidence, formed lasting friendships, and created memories that will stay with them for the rest of their lives. Each of my three children has found a sense of belonging there, and the camp has had a profound impact on their lives.

Camp Lavi has become a special community for hundreds of families. The traditions, values, and relationships built there cannot simply be replaced. It would be heartbreaking to see this unique place lose its identity.

I respectfully ask that, if possible, you consider an outcome that preserves Camp Lavi as Camp Lavi and awards it to someone who is committed to continuing its mission and legacy. Doing so would allow future generations of children to experience the same joy, friendships, and personal growth that my children have been fortunate enough to enjoy.

Thank you for your time, your consideration, and your service.

Respectfully,

Danielle Friedman

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Paul Kalman <paul.e.kalman@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:56 PM |
| **To:** | Chambers of CMG |
| **Subject:** | SIMAD Holdings - Camp Lavi |
| **Attachments:** | Camp Lavi Support Letter.docx |

**CAUTION - EXTERNAL:**

To Whom it May Concern,

Please see and pass on the attached letter related to the sale of Camp Lavi to the Honorable Judge Gravelle.

Thank you,

Paul Kalman

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**The Honorable Christine M. Gravelle**
United States Bankruptcy Court
District of New Jersey

**Re: SIMAD Holdings Bankruptcy – Future of Camp Lavi**

Dear Honorable Judge Gravelle:

My name is Paul Kalman and I am a current Camp Lavi parents. I respectfully ask the Court to consider the profound impact that the proposed sale of Camp Lavi will have on the hundreds of children and families who depend on this extraordinary institution each summer.

For fifty years, Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community. Every summer, approximately 600 children attend Camp Lavi, where they develop lifelong friendships, strengthen their Jewish identity, build confidence, and grow into future community leaders. For many of us, Camp Lavi is not simply a summer camp— it is a second home and an institution that has positively shaped multiple generations of our families.

It is my understanding that the proposed sale would result in Camp Lavi no longer operating in its current form. While I recognize that bankruptcy proceedings must balance many competing interests, I respectfully ask the Court to consider what would be lost if Camp Lavi were to disappear.

Camp Lavi is not merely one of many overnight camps. It fills a unique role within the Modern Orthodox Jewish community, with a philosophy, culture, traditions, and educational environment that have made it the camp of choice for thousands of families over the past five decades. Even if other Modern Orthodox camps had available space— which they do not—they are not interchangeable with Camp Lavi. Families choose Camp Lavi because of its distinctive identity and community, and many would not view other camps as a comparable alternative for their children.

The Modern Orthodox camping community already faces a severe shortage of available camp spaces. Existing camps simply do not have the capacity to accommodate approximately 600 additional campers. If Camp Lavi ceases to exist, many children will have no place to attend a camp that meets their religious, educational, and social needs. The loss would extend far beyond one property—it would leave hundreds of families without a summer home that has served generations of our community.

I understand that the Court's primary responsibility is to oversee a fair bankruptcy process. However, when evaluating the future of this unique property, I respectfully ask that consideration also be given to preserving the extraordinary community institution that has existed on this campus for over fifty years. If there is an opportunity for the property to be acquired by a purchaser who intends to continue operating Camp Lavi and preserve its mission, traditions, and identity, I believe that outcome would best serve not only the

estate but also the hundreds of families and children whose lives have been enriched by the camp.

Camp Lavi is more than land and buildings. It is fifty years of traditions, friendships, mentorship, and Jewish education. It is where children become counselors, counselors become parents, and parents send the next generation back to the place that helped shape their lives.

We respectfully ask the Court to give meaningful consideration to the families, children, alumni, and broader community whose lives have been touched by Camp Lavi, and to preserve this irreplaceable institution for future generations if at all possible.

Thank you for your time, your consideration, and your service.

Respectfully,

Paul Kalman

| | |
|---|---|
| **From:** | Dov Quint <dgquint@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 8:59 PM |
| **To:** | Chambers of CMG |
| **Cc:** | Jessica Quint |
| **Subject:** | In re SIMAD Holdings Ltd., et al., Case No. 26-16388 (CMG) Camp Lavi — Lake Como, Pennsylvania |

**CAUTION - EXTERNAL:**

MAugust 4, 2026

Chief Judge Christine M. Gravelle
United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

Re: In re SIMAD Holdings Ltd., et al., Case No. 26-16388 (CMG)
Camp Lavi — Lake Como, Pennsylvania

Dear Chief Judge Gravelle:

We are writing as a family with three generations of history at Camp Lavi, to respectfully share what this camp means to us as the Court considers its sale.

My aunt, Daveda, was first sent to Camp Lavi on the shores of Lake Como decades ago. She came home every summer changed — more confident, more connected to her Jewish identity, and tied for life to friends she is still close with today. Years later, my wife, Jessica, and I met and spent our very first summer dating at that same camp — long before we were parents, before Camp Lavi was somewhere we sent our children, it was the place where our own life together began. When we had the chance to send our own kids, there was no question where they would go. Our daughter Annie and our son Sam have now grown up the same way Daveda did, and the same way Jessica and I did: on that lake, under those same trees, inside a community that has quietly shaped three generations of our family's relationship to Judaism, to each other, and to who we are.

We understand this Court's task is to evaluate the estate's assets and maximize value for creditors, and we do not pretend to have a voice in the legal and financial mechanics of this case. But we ask the Court to understand what is at stake beyond the balance sheet. Camp Lavi is not a fungible asset. For Modern Orthodox families like ours, it functions as one of the few places where children spend seven weeks fully immersed in Jewish life, mentorship, and continuity in a way that reinforces — rather than competes with — the religious observance and values we are raising them with at home. That combination is not easy to find, and it is even harder to rebuild once broken apart. The current directors and the "heart" of the camp — the people who carry that culture and that religious character forward — are not incidental to its value; they *are* its value to families like ours.

We are aware that the current leadership may not prevail in the sale process, and we do not write to second-guess the Court's or the estate's judgment. We simply ask that, in whatever way the process allows, the human stakes — the thousands of families for whom Camp Lavi is not a line item but a multigenerational home — be given real weight, and that continuity of the camp's community and leadership be treated as something of genuine value, not just sentiment.

Thank you for your time and for the seriousness with which you are handling a case that touches so many families like ours.

Respectfully,

Dov Quint

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | shira Rotenberg <shirar@hotmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:00 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp lavi |

CAUTION - EXTERNAL:


Dear Honorable Judge,

I am writing as the parent of Eva Schreiber age 11 and Sammy Schreiber age 10  to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Shira and Elliot Schreiber

Sent from my iPhone

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Rebecca Chubak <rlchubak@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:00 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Save Camp Lavi and do not sell to Ohel |

**CAUTION - EXTERNAL:**

Dear Honorable Christine M. Gravelle and Interested Parties,

My name is Rebecca Chubak, and I am the proud Westchester parent of two Camp Lavi campers, with hopes that my youngest will one day join them. My 11-year-old daughter is finishing her fourth summer at Camp Lavi, and my 9-year-old son is there for his second. Every night, my 6-year-old talks excitedly about turning 8 so he can finally attend Camp Lavi as well. My niece and nephew attended as campers and now serve as counselors. Two of my sisters-in-law were campers there, and even my father spent a summer at Camp Lavi after traveling from Memphis, Tennessee.

Camp Lavi is far more than a summer camp—it is a community built on values of friendship, Jewish identity, inclusion, and personal growth. It provides children with an environment where they can deepen their connection to Judaism while being encouraged to become confident young people. The relationships they build, the traditions they experience, and the values they learn stay with them long after the summer ends.

My children are thriving there. We saw them on Visiting Day this past Sunday, and they are both having incredible summers. When they heard that Camp Lavi might close, they were devastated. The thought of never returning to the place they love and call their summer home was heartbreaking.

Camp Lavi fills a unique and vital role within the Modern Orthodox community. Our family is Modern Orthodox, and there are very few camps that provide the same balance of meaningful Jewish observance, warmth, and welcoming community that reflects our family's values. The few comparable camps have limited capacity, and if Camp Lavi closes, many children will be left without a camp that both has room for them and aligns with their religious and personal values.

Ohel Family Services intends to close Camp Lavi and replace it with an all boys camp that serves a different population and has a different religious focus. It is not an equivalent replacement for the children and families who have made Camp Lavi their home for generations. The current Camp Lavi community will be displaced, and an irreplaceable institution will be lost.

I respectfully ask that you consider not only the property itself, but the mission and legacy of Camp Lavi. For decades, it has nurtured generations of Jewish children, helping them develop lifelong friendships, strong identities and a deep sense of belonging. Those are values worth preserving.

Please help save Camp Lavi. Please help ensure that next Thursday is not the last time our children board the buses knowing they will never return. Please preserve this community and do not allow Camp Lavi to disappear.

Respectfully,
Rebecca Chubak

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Hilary Greenblatt <hilary.greenblatt@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:02 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Save CAMP LAVI |

CAUTION - EXTERNAL:

Dear Honorable Judge,

I am writing as the parent of my daughter Ariana, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my daughter and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My daughter counts down the days until she return each summer. She has built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special place in our hearts. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Hilary Afrahim

Sent from my iPhone

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Gabriella Safdieh <gabriella.safdieh@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:03 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Help us save Lavi |

<mark>**CAUTION - EXTERNAL:**</mark>

**Honorable Christine M. Gravelle,**

**I write to you as a parent of one child attending camp Lavi, age 13. We live in Atlantic Beach. My child has been a camper since he was 9 years old.**

**I ask that you do everything in your power to keep this Camp Lavi. I understand there are multiple bidders, but we ask you to grant the bid to a buyer that intends to keep it operating as Camp Lavi.**

**Selling this camp to a new operator will displace over 600 kids. Other modern orthodox Jewish camps are full and don't have the space to absorb Camp Lavi campers.**

**This is a very special camp and we want to see it continue. Our kids thrive at Camp Lavi. We want to preserve our children's experience for next summer and allow them to have continuity in the summer community of which they are a part. Our kids would be devastated to have this taken away. Please do everything you can to keep it "ours".**

**With much appreciation,**
**Gabriella Safdieh**



**Gabriella Safdieh, M.D.**
Integrative Medicine
Physician
Founder, Nabella Health

gaby@nabellahealth.com
(646) 585-3191
**nabellahealth.com**

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

**From:**      Eda Greenbaum <eda.greenbaum@gmail.com>
**Sent:**      Tuesday, August 4, 2026 10:09 PM
**To:**        Chambers of CMG
**Subject:**   Please do not let Ohel Buy Lavi

CAUTION - EXTERNAL:

Your Honor,

I am writing to urge you not to let Ohel buy Camp Lavi. All 4 of my children attended Camp Lavi from the time they were 9 years old. After they were campers there, they all returned to work there as counselors. My youngest daughter is currently a counselor at Camp Lavi. My family has had children at Lavi for almost a decade and a half. Lavi has been their second home. Every winter they count down the days when they can return to Lavi. Among the modern orthodox Jewish camps, Camp Lavi stands out as being rooted in Jewish culture while being able to participate in mainstream activities like dance competitions, basketball leagues, etc. Lavi has always been a smaller camp where all the staff knew the campers and all the campers felt comfortable and at ease. Lavi has given my daughters amazing summers and although I no longer have children young enough to be campers, I want other children to experience the unique Camp Lavi environment. Selling the camp to Ohel will permanently change the culture and life at Lavi.

Please keep Lavi as it has always been.

Thank you in advance for your consideration and for taking the time to read these letters of support.

Respectfully yours,
Eda Greenbaum
Camp Lavi Mom


Eda Greenbaum
eda.greenbaum@gmail.com
M: 917-741-7372
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Courtney Lovett <courtneyskyel@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:05 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please help- Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Judge Gravelle,

I am writing to respectfully express my support for Camp Lavi and to ask that you consider the impact this camp has on the many children and families it serves.

Camp Lavi has provided a meaningful, positive environment where children build friendships, confidence, and lasting memories. For many families, it is more than just a summer camp—it is an important part of their community.

I respectfully ask that, as you review the pending bid, you consider the value Camp Lavi brings and the effect that its closure would have on the families who rely on it.

Thank you for your time and thoughtful consideration.

Respectfully,

Courtney

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Aliza Levine <alizarlevine@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:07 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Attention Honorable Christine M. Gravelle re camp lavi |

**CAUTION - EXTERNAL:**

Honorable Christine M. Gravelle,

We write to you as the parents of children Levi and Ruby, who attend Camp Lavi. To our family, Camp Lavi is so much more than a summer camp—it is a place that has become an integral part of our lives and our children's lives.

Our children have found lifelong friendships, inspiring role models, and a deep connection to their Jewish identity through Camp Lavi. The values, sense of belonging, and community they experience each summer are truly irreplaceable.

We respectfully ask that you do everything within your authority to preserve Camp Lavi by approving a sale to a buyer committed to continuing its mission as Camp Lavi. While we understand there are many factors to consider, we hope the profound impact this decision will have on the hundreds of children and families who call Camp Lavi home will be an important consideration in your deliberations.

If Camp Lavi is no longer able to operate as it has since 1977, more than 600 children will lose a community that has become an irreplaceable part of their lives. Other Modern Orthodox Jewish camps simply do not have the capacity to welcome these families.

For generations, Camp Lavi has fostered lifelong friendships, strong Jewish values, and an enduring sense of community. We respectfully ask that you help preserve this extraordinary camp so that our children—and generations to come—can continue to benefit from the traditions and experiences that have meant so much to so many families.

Thank you for your time, consideration, and thoughtful attention to this matter.

With sincere appreciation,

Aliza and Mordechai Shur

Sent from my iPhone

1

| | |
|---|---|
| **From:** | Jay Schwartz <jschwartz@npreitcorp.com> |
| **Sent:** | Tuesday, August 4, 2026 9:08 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

**CAUTION - EXTERNAL:**

Judge Gravelle - I am emailing you to plead with you not to allow the sale of camp Lavi to go through.

My daughter went to Lavi, my son is currently there, and we were hoping to send my youngest son there next summer. The camp has been amazing for my children, and they look forward to going back. My mother attended Lavi the first year it opened in 1977.

In addition, the staff is amazing and they do wonders to make sure all the kids have the summers of their lives. It would be a shame for so many staff members to lose either their summer or full-time jobs.

We are hopeful that the camp will remain within the Lavi family, so that our kids can continue to attend for summers to come.

Thank you in advance for your consideration.

Regards,
Jay Schwartz

Any agreement, amendment, waiver, consent, modification or other action to be binding on National Property REIT Corp. or any affiliate or associated person thereof (together, "NPRC"), and any related duty or liability to be imposed on NPRC, can arise only from execution in blue ink by an NPRC C Level officer of a formal written instrument and not by any other action or communication, verbal, written or otherwise (including email). Any agreement or amendment regarding any potential investment by NPRC to be binding on NPRC also requires as a condition precedent (i) completion of due diligence satisfactory in NPRC's sole discretion, (ii) final approval of NPRC's investment committee in its sole discretion, (iii) approval of all documentation by NPRC and its legal counsel in their sole discretion, (iv) execution and delivery of definitive documentation, (v) wiring of funds, and (vi) other conditions.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Tali Abergel <taliabergel@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:10 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Urgent Plee |

CAUTION - EXTERNAL:

Dear Honorable Judge,

I am writing as the parent of Emanuelle Abergel, 15, Leo Abergel 14, Nathan Abergel 12, and Serafina Abergel 8, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Tali and Ronen Abergel

Sent from my iPhone

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Na'ama Rosenberg <nams88@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:12 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:

To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families. My daughter, Gabriella, has been going to camp lavi for 5 years- she counts down the days to camp as soon as she arrives home after the summer. Camp lavi is the best part of her year. She dreams of continuing to attend year after year, as a camper and then as staff.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,
Na'ama Rosenberg
Camp Lavi Parent
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Keren Kaufthal <keren.kaufthal@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:12 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi is our Home away from Home |

**CAUTION - EXTERNAL:**

Dear Chief Judge Gravelle,

I respectfully ask the Court to consider the importance of preserving Camp Lavi as a thriving operating camp with its unique identity and traditions intact.

After nearly 50 years, Camp Lavi has been a called home for so many generations of families. It is far more than a summer camp—it is a community that has shaped thousands of children and remains an irreplaceable institution.

I never went to sleep away camp myself, but I see the value it has given my children, freedom, independence, a place to make mistakes and grow from them. A place where kids can be kids, screen and device free with no social media. Just the friends and camp family they feel is their home. There are very few Modern Orthodox overnight camps, and those that exist are already at capacity. If Camp Lavi were to cease operating in its current form, hundreds of children would have nowhere comparable to go.

As the Court considers the future of Camp Lavi, I respectfully ask that the impact on the campers, families, and community be taken into account, and that preserving Lavi as an operating camp be an important consideration.

Thank you for your time and thoughtful consideration as I am sure this has been a busy and tedious process.

Respectfully,

Keren Kaufthal

Camp Lavi Parent / Community Member

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Danielle Novetsky Friedman <danielle.novetsky@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:14 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi: Request for Consideration of Bid That Preserves the Camp |

CAUTION - EXTERNAL:

Camp Lavi – Request for Consideration of Bid That Preserves the Camp

Your Honor,

I respectfully submit this letter regarding the ongoing proceedings concerning the sale and future of Camp Lavi. As someone who has witnessed the profound impact this camp has had on its campers, families, and community, including my three children, I urge the Court to give full and fair consideration to any bid that would keep Camp Lavi operating in its current form.

The circumstances that led to this point appear to be the result of gross mismanagement by the prior owners and investors, not a reflection of the camp's value, purpose, or the devotion of the families who count the days until camp starts each summer. The children who attend Camp Lavi should not bear the consequences of decisions that were entirely outside their control. For many, Camp Lavi is not merely a summer program; it is a source of stability, identity, growth, and belonging.

Awarding the bid to an owner committed to preserving Camp Lavi would protect the continuity of a program that has served thousands of children with dedication and care. It would also prevent further harm to campers who have already endured uncertainty and disruption due to the mismanagement that precipitated these proceedings.

Your Honor, I respectfully ask that the Court weigh not only the financial aspects of the bids before it, but also the emotional and communal significance of Camp Lavi. A decision that allows the camp to continue operating and adhering to its core values would safeguard a vital institution and ensure that the children who depend on it are not penalized for the failures of others.

Thank you for your time, attention, and consideration.

Respectfully,
Danielle Novetsky Friedman, MD
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**From:** Rebecca Jerozolim <rjerozolim@gmail.com>
**Sent:** Tuesday, August 4, 2026 9:16 PM
**To:** Chambers of CMG
**Subject:** Camp Lavi

CAUTION - EXTERNAL:

Camp Lavi is home to so many of my family members. It would be devastating for it to be forced to be closed leaving 600 kids with no home away from home for the summer months. We look forward to going to camp
Lavi ten months a year. 10 for 2!!!!!
Camp Lavi forever home.
Thanks for your consideration
Rebecca Jerozolim

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Talia Wildstein <taliajwildstein@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:15 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please save Camp Lavi |

CAUTION - EXTERNAL:

Dear Honorable Judge,

I am writing as the parent of 3 kids, ages 11, 8 and 7 to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Talia Wildstein

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Erik Rankin <erikrankin@gmail.com>
**Sent:** Tuesday, August 4, 2026 9:16 PM
**To:** Chambers of CMG
**Subject:** Please Save Camp Lavi

CAUTION - EXTERNAL:

Dear Honorable Judge,

I am writing as the parent of a daughter, age 9, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my daughter and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. May daughter counts down the days until they return each summer. She has built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the person she is becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,
Erik Rankin

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Rachel Kleinman <rachelsnyder@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:16 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Save our home 🐵 |

**CAUTION - EXTERNAL:**

To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,
Rachel Kleinman
Camp Lavi Parent

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Michael Steinmetz <michaelste@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:17 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:

Honorable Judge Gravelle,

Camp Lavi has been serving Jewish children since 1977. In fact I was the first boys' campus head lifeguard in 1977. Please don't allow this very important camp in our community to be removed form the valuable purpose it serves. Allow the operators to keep and operate this camp so that the 600 + children and staff can keep making this strong contribution.

Respectfully,

Michael Steinmetz
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Jennifer Gober <jenngober@yahoo.com> |
| **Sent:** | Tuesday, August 4, 2026 9:17 PM |
| **To:** | Chambers of CMG |
| **Subject:** | A plead to save camp lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Christine M. Gravelle,

My name is Jennifer Gober, and I am reaching out to you as both a former Camp Lavi camper and a current Camp Lavi parent. Camp Lavi has been a meaningful part of my life for as long as I can remember. I attended camp as a child, and the friendships, memories, and lessons I gained there have stayed with me throughout my life. Now, my husband Daniel and I have had the incredible privilege of sending all three of our children to Camp Lavi, and watching them experience the same joy and connection that I felt as a camper has been truly special.

It is with a heavy heart that we learned the future ownership of Camp Lavi is currently being decided. We are writing to respectfully ask that every effort be made to ensure that Camp Lavi continues in the way families have known and loved it for generations.

Camp Lavi is so much more than a summer camp. It is a second home. It is a place where children build lifelong friendships, gain independence, grow in confidence, and create memories that become a part of who they are. It is a place where children feel accepted, supported, and free to simply be themselves.

For our family, Camp Lavi is part of our story. It shaped my childhood, and now it is shaping the childhoods of our three children. Seeing them come home with stories, friendships, and experiences that mirror my own memories from camp has been incredibly meaningful. Camp Lavi has given them a community and a sense of belonging that is truly special.

Every summer, children arrive at Camp Lavi excited for what lies ahead, and they leave with greater confidence, resilience, independence, and friendships that last well beyond the summer. There are very few places that provide children with such a strong sense of connection and belonging.

The thought of Camp Lavi changing in a way that takes away what makes it so special is heartbreaking. Losing Camp Lavi as families know it today would mean losing much more than a camp—it would mean losing a place that has shaped generations of children and become an important part of so many families' lives.

We understand there are many factors involved in decisions regarding Camp Lavi's future, but we sincerely hope that its history, traditions, and the community it has built are given careful consideration. Our greatest hope is that future generations of children will continue to have the opportunity to experience Camp Lavi as the special place it has always been.

Thank you for taking the time to hear from families like ours and for understanding just how much Camp Lavi means to so many people.

With gratitude,

Jennifer and Daniel Gober

Camp Lavi Alumna and Proud Camp Lavi Parents

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Tamar Feldman <tamar.feldman@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:17 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi — Request to Preserve Continued Camp Operations |

**CAUTION - EXTERNAL:**

Honorable Christine M. Gravelle,

I am writing as the parent of two current Camp Lavi campers, ages eleven and nine, and of a younger son who hopes to attend Camp Lavi in the future. This is our third summer as Camp Lavi parents.

Our family lives in Montreal, Canada, and each summer we send our children all the way to Camp Lavi because it is such an extraordinary and special place. The distance requires a significant commitment from our family, but we make that commitment because we believe deeply in the experience Camp Lavi provides and in the lasting impact it has on our children.

Camp Lavi occupies a unique place within our community. Very few camps offer the same combination of Torah values, meaningful educational programming, athletics, warmth, mentorship, and genuine community that Camp Lavi has cultivated over generations. Its distinctive culture cannot simply be recreated elsewhere, and there is no meaningful alternative that could readily replace the experience Camp Lavi provides to its campers and families.

Our children look forward to Camp Lavi throughout the entire year. Camp has become one of the defining experiences of their childhoods, shaping their values, independence, confidence, friendships, and sense of belonging. They have formed relationships with friends and mentors that we believe will remain with them for many years. Our youngest son already speaks about the day when he will be able to join his siblings as a Camp Lavi camper.

The loss of Camp Lavi would therefore mean far more than the loss of a summer program. It would mean the loss of an irreplaceable institution that has positively influenced generations of children and families, including families like ours who travel a considerable distance to be part of its community.

I fully appreciate that the Court must carefully consider the financial, legal, and fiduciary obligations involved in this process. I respectfully ask, however, that to the extent consistent with those obligations, the Court approves a sale to a qualified buyer who is genuinely committed to preserving Camp Lavi as Camp Lavi and continuing its operations for future summers.

Preserving Camp Lavi as an operating camp would protect not only the experience of its current campers, but also the opportunity for future generations of children, including my youngest son, to benefit from the same values, friendships, mentorship, and extraordinary sense of community.

Thank you for your time, your thoughtful consideration, and your service throughout this difficult process.

1

Respectfully submitted,

Tamar Feldman
Montreal, Quebec, Canada
514-823-8954

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | joel steinmetz <jsteinmetz11@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:23 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:

To the Honorable Chamber:
It has come to my understanding that the Court has ruled in favor of a scenario that would shit down Camp Lavi. I am writing to implore the Court to revisit this decision. As an active member of our community delivering lectures and assisting in community programming, I have witnessed an inspiring change in our community that has been influenced by the growth of our young people, many of whom attend Camp Lavi.

Children return with great respect, deeper thinking, and increased concern for others in their community, which they themselves attribute to their summer at Camp Lavi. It would be a loss to our community to break the momentum that has been gained.

With great appreciation for your consideration, Joel Steinmetz CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Lori Gitig <lorgitig@yahoo.com> |
| **Sent:** | Tuesday, August 4, 2026 9:25 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Christine M. Gravelle,

My name is Lori Gitig, and I am reaching out to you as both a former Camp Lavi camper and a current Camp Lavi parent. Camp Lavi has been a meaningful part of my life for as long as I can remember. I attended camp as a child, and the friendships, memories, and lessons I gained there have stayed with me throughout my life. Now, my husband and I have had the incredible privilege of sending our children to Camp Lavi, and watching them experience the same joy and connection that I felt as a camper has been truly special.

It is with a heavy heart that we learned the future ownership of Camp Lavi is currently being decided. We are writing to respectfully ask that every effort be made to ensure that Camp Lavi continues in the way families have known and loved it for generations.

Camp Lavi is so much more than a summer camp. It is a second home. It is a place where children build lifelong friendships, gain independence, grow in confidence, and create memories that become a part of who they are. It is a place where children feel accepted, supported, and free to simply be themselves.

For our family, Camp Lavi is part of our story. It shaped my childhood, and now it is shaping the childhoods of our children. Seeing them come home with stories, friendships, and experiences that mirror my own memories from camp has been incredibly meaningful. Camp Lavi has given them a community and a sense of belonging that is truly special.

Every summer, children arrive at Camp Lavi excited for what lies ahead, and they leave with greater confidence, resilience, independence, and friendships that last well beyond the summer. There are very few places that provide children with such a strong sense of connection and belonging.

The thought of Camp Lavi changing in a way that takes away what makes it so special is heartbreaking. Losing Camp Lavi as families know it today would mean losing much more than a camp—it would mean losing a place that has shaped generations of children and become an important part of so many families' lives.

We understand there are many factors involved in decisions regarding Camp Lavi's future, but we sincerely hope that its history, traditions, and the community it has built are given careful consideration. Our greatest hope is that future generations of children will continue to have the opportunity to experience Camp Lavi as the special place it has always been.

Thank you for taking the time to hear from families like ours and for understanding just how much Camp Lavi means to so many people.

With gratitude,
Lori Gitig
Camp Lavi Alumnus and Proud Camp Lavi Parent

Sent from my iPhone

1

**From:**      Renee Erreich <renee.rsevents@gmail.com>
**Sent:**      Tuesday, August 4, 2026 9:28 PM
**To:**        Chambers of CMG
**Subject:**   Camp Lavi

CAUTION - EXTERNAL:


Great camp
Keep us open

Best
Renee

Renee S. Erreich
917-287-1071


CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Alana Beals <alanabeals@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:32 PM |
| **To:** | Chambers of CMG |

CAUTION - EXTERNAL:

Dear Honorable Chief Judge Christine Gravelled,

My name is Alana Beals, and I am writing as a Camp Lavi parent who cares deeply about the future of this very special place.

My two daughters, Kyra and Ayla, have been part of the Camp Lavi community for the past six and three years, respectively. Camp Lavi has become a place they truly call home. They have grown there, made lifelong friendships, gained confidence and independence, and created memories that will stay with them forever.

My connection to Camp Lavi goes back even further. I worked at Camp Lavi as a teenager, and it is incredibly meaningful to now watch my own daughters experience the same traditions, friendships, and sense of community that made Camp Lavi so special to me.

We are particularly concerned about the future of Camp Lavi and the possibility that it may not continue as the camp our children know and love. It is heartbreaking for the many families whose children consider Camp Lavi their second home.
For our family, this is about so much more than a business transaction. Camp Lavi is a place our children love—a place where they have grown, made lifelong friendships, and created memories that will shape them for years to come. It was part of my childhood, and now it is part of theirs.

Please help preserve Camp Lavi as the camp it is today, so that our children and generations of children to come can continue to experience the traditions, community, friendships, and magic that make Camp Lavi so special.

Thank you for your time and consideration, and for any support you may be able to provide in helping preserve a place that means so much to our family and to so many others.

Best,
Alana and Aaron Beals
Camp Lavi Parents

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jackie Weiss <jackieweiss34@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:32 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:

To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,
Jackie Weiss
Camp Lavi Parent / Alum / Community Member


Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Dani London <daniylondon@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:33 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Support for Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Judge Christine M. Gravelle,

I am writing to respectfully ask you to consider the future of Camp Lavi as you review the proposed sale.

My 11-year-old son has attended Camp Lavi for the past four years. It has become much more than just a summer camp for him. It is a place where he has built lasting friendships, gained confidence, learned important values, and created memories that have had a meaningful impact on his life.

Camp Lavi has provided a safe, supportive, and positive environment for so many children and families. The thought of it closing is heartbreaking, not only for my son but for the entire community that has grown around it.

I respectfully ask that you consider the impact your decision will have on the many children, families, and staff whose lives have been touched by Camp Lavi. I hope every effort can be made to allow the camp to continue serving future generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Danielle Salzberg

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**From:** Sherry Steinmetz <sts1161@yahoo.com>
**Sent:** Tuesday, August 4, 2026 9:34 PM
**To:** Chambers of CMG
**Subject:** Camp Lavi

CAUTION - EXTERNAL:

To the Honorable Gravelle,
Please save camp Lavi! This camp fills a niche for modern orthodox kids that no other camp has. There are 600 kids who have had a home in camp Lavi for 50 years. My husband and I were both at Camp Lavi when it opened in 1977. Our children attended, and now our grandchildren are a part of this amazing Lavi family. Please help us in saving this camp and keeping it open.
Thank you so much
Sherry Steinmetz

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Daniel Laifer <dlaifer@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:38 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Save lavi! |

**CAUTION - EXTERNAL:**

Daniel Laifer
dlaifer@gmail.com
917-881-4763

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Summer Teich <summerteich22@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:38 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please Save Camp Lavi |

CAUTION - EXTERNAL:


Dear Honorable Judge,

I am writing as someone who has been going to Camp Lavi for the past 12 summers, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Summer Teich

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Sarah Shein <sshinegirl@icloud.com> |
| **Sent:** | Tuesday, August 4, 2026 9:41 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please save camp lavi |

CAUTION - EXTERNAL:

Dear Honorable Judge,

I am writing as a former 6 year camper and a now four year staff member to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Sarah Shein

Sent from my iPhone

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | ariel harary <ariharary@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:44 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please help us keep Camp Lavi |

<mark>**CAUTION - EXTERNAL:**</mark>

To the Honorable Chief Judge Christine Gravelle:

I am writing as a parent of 3 children at Camp Lavi to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Lavi has truly become their home away from home. We started at the camp just coming out of the pandemic and it provided a safe environment for the kids to finally be normal and enjoy themselves. Over the years they have formed friendships that are so strong it had me traveling from NJ to Toronto and chaperoning 5 girls in a blizzard in February to Dallas because they missed their camp friends so much. It is not simply a summer camp and it would be devastating if they could not return. They begin the countdown every summer right when it ends not being able to wait until they get back.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at or close to capacity. It would be impossible to keep all of these friendships intact and all of the camp traditions from generations would disappear. My children started at 8 years old and look forward to becoming counselors one day. They look forward to growing up in the camp and rising in the ranks. Lavi is unique in its religious outlook and there is no other modern orthodox camp exactly like it. I have heard there is talk of the camp possibly trying to open up in another location if it can't continue as is. While the physical camp is far from luxurious its location is important because it allows our children to be near not only many other modern orthodox camps but also part of the greater Wayne county area and leagues.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution. As I write this letter there are bunks full of little kids trialing the camp in hopes to join next summer.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,
Ariel Harary
Camp Lavi Parent

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

**From:** Sally Wender <sallykwender@gmail.com>
**Sent:** Tuesday, August 4, 2026 9:44 PM
**To:** Chambers of CMG
**Subject:** Camp Lavi

CAUTION - EXTERNAL:

Dear Judge Gravelle,

I am writing concerning the proposed sale of Camp Lavi. My two grandchildren our currently campers at Lavi. They eagerly look forward to camp each year. It has helped them grow as leaders and to build wonderful friendships and value community. The camp has also fostered a love of the outdoors.   Camp Lavi is an accepting and wholesome environment where kids can be themselves.

I am very concerned about the proposed sale of Camp Lavi that would result in its closure. I would deeply appreciate any help you could provide in this matter.

Thanks,
Sally Wender
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | eteplitsky@gmail.com |
| **Sent:** | Tuesday, August 4, 2026 9:08 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:

To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. I personally attended the camp 38 years ago for 10 incredible summers. My children are now completing there 8 and 9th summer there.  Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Sincerely
Elisheva Teplitsky
Camp Lavi Parent / Alum / Community Member CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Nicole Sheena <nic.sheena@gmail.com> |
|---|---|
| Sent: | Tuesday, August 4, 2026 9:50 PM |
| To: | Chambers of CMG |
| Cc: | Sheena Brad |
| Subject: | Camp Lavi |

**CAUTION - EXTERNAL:**

The Honorable Chief Judge Christine Gravelle
United States Bankruptcy Court for the District of New Jersey

Dear Chief Judge Gravelle,

I am writing as both a Camp Lavi parent and someone who understands, firsthand, what it feels like to lose a camp that shaped your childhood.

When I was a camper, my own camp, Camp Hillel, was sold to Camp Chipinaw (and now operates as Camp Silver Lake). I still remember the day I learned it would no longer operate as the Modern Orthodox Jewish camp that had become such an important part of my life. Even years later, I remember the disappointment of realizing that something so meaningful could simply disappear. That experience has stayed with me into adulthood.

Today, as a parent of a Camp Lavi camper, I find myself hoping that another generation of children will not have to experience that same loss.

Camp Lavi is far more than a place where children spend their summers. It is where friendships are formed, confidence is built, Jewish identity is strengthened, and traditions are passed from one generation to the next. For many families, it is one of the most meaningful parts of the year.

Because there are so few Modern Orthodox overnight camps, and those that exist already operate at or near capacity, replacing what Camp Lavi provides would not be simple. The loss would extend beyond one summer—it would affect an entire community and generations of campers to come.

I recognize that the Court must weigh many legal and financial considerations. I simply ask that, in evaluating the future of Camp Lavi, the Court also consider the lasting value of preserving it as the vibrant Modern Orthodox camp that has served families for nearly fifty years.

Thank you for your time, your careful consideration, and your service.

Respectfully,

1

Nicole Sheena
Camp Lavi Parent

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Allison Steinmetz <allison.leve@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:51 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

I am writing as a mother of Camp Lavi campers and the wife of a Camp Lavi graduate.  I understand that the court's priority is to maximize the outcome of the camp sale for the creditors of the SIMAD Holdings, and I'm sure there are many other considerations I am not aware of.

I understand that some bids intend to change the purpose and not keep the camp as is (i.e., change to a new camp name and use other directors, run as a single-gender camp, etc.), which will essentially displace the hundreds of campers, many of whom are second and third generation, at Camp Lavi.

I know that the court document released today titled "Notice of Successful Bidders with Respect to Certain of the SIMAD Debtor's Assets" indicates that the SIMAD Debtors are engaged in further negotiations to "preserve the operation of camps for the existing directors and operators".

I am writing to reiterate how important it is to Camp Lavi parents that the camp operations be preserved for the existing directors and operators, and that a financially qualified competing bidder who is committed to continuing camp operations should be given just as much priority as a higher bidder who wants to change the camp and its purpose.

Thank you,
Allison Steinmetz

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | susan weitz <zsuzsu10@hotmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:53 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:

Dear Honorable Judge,

I am writing as the parent of 3 children ages 16-22 to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Susan Teich

Sent from my iPhone

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Chava Burger <chavar491@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:54 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

**CAUTION - EXTERNAL:**

The Honorable Chief Judge Christine Gravelle
United States Bankruptcy Court for the District of New Jersey

To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

My three children ages 13, 10, and 8 all consider Camp Lavi their home away from home. They wait all year for camp. My children and all their friends are thriving at camp Lavi.

Without camp Lavi my children will be devastated.  It is their second home, their second family. Please help us keep Camp Lavi alive .

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,
Chava Burger
Camp Lavi Parent / Alum / Community Member
--

1

Chava Burger NASM CPT



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Orah Rohinsky <rohinskyorah@gmail.com>
**Sent:** Tuesday, August 4, 2026 9:55 PM
**To:** Chambers of CMG
**Subject:** Request to Preserve Camp Lavi

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

I am writing as a staff member at Camp Lavi to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is so much more than a piece of property. It is a community that has become a second home for hundreds of campers. Every summer, it serves more than 600 children and has had a lasting impact on thousands of families over the years. The friendships, traditions, values, and sense of belonging that Camp Lavi creates cannot simply be replaced.

As a staff member, I have had the privilege of seeing firsthand the incredible impact Camp Lavi has on its campers. I have watched children grow in confidence, form lifelong friendships, and create memories that stay with them long after the summer ends. Losing this community would be heartbreaking.

Camp Lavi offers something truly special. It is not interchangeable with other camps, and many families choose it because of its unique environment and mission. If it is lost, an irreplaceable community will be lost with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children, families, and staff whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Orah Rohinsky

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | YAEL PORT <port.yael@icloud.com> |
| **Sent:** | Tuesday, August 4, 2026 9:59 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi Auction |

CAUTION - EXTERNAL:


Dear Honorable Judge,

I am writing to you as the parent of a rising fourth grader at Camp Lavi to respectfully request the Court to prevent the camp's sale to Ohel.

Camp Lavi is a haven for my daughter and hundreds of other Jewish children who are living through this time of rising antisemitism. For eight weeks of the year they live and breathe freely with their Jewish peers. When camp is over they will return to their home communities where every day they will face armed guards stationed outside their synagogues and schools.

Camp Lavi is unique even among other Jewish camps for its incredibly high commitment to zionism. If the sale to Ohel were to go through, my daughter would lose the opportunity to go to camp in a place that aligns with the values of our family, of which a strong connection to Israel is paramount.

I respectfully ask that in addition to considering the various legal and financial issues present in this case, the Court place the needs of the children affiliated with Camp Lavi at the forefront of its concerns.

Yours respectfully,
Yael Port


CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Tara Klein <taraklein18@icloud.com> |
| **Sent:** | Tuesday, August 4, 2026 9:59 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp lavi |

**CAUTION - EXTERNAL:**

**Dear Honorable Judge,**

**I am writing as the parent of Zahara klein who is now 17, and started camp lavi at the age of 8. I respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.**

**Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.**

**For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.**

**Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.**

**I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.**

**Thank you for your time, your consideration, and your service.**

**Respectfully,**

**Tara Klein**
**Dallas, Tx**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Elianne Friend <eliannefriend@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 10:00 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

I am writing as the parent of two current campers ages 8 and 10 to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,
Elianne Koschitzky

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Lori Lasky <lori.lasky@gmail.com>
**Sent:** Tuesday, August 4, 2026 10:02 PM
**To:** Chambers of CMG
**Subject:** Camp lavi

CAUTION - EXTERNAL:


Dear Honorable Judge,
I am writing as the parent of current campers to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.
Camp Lavi is far more than a piece of property. It is second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.
For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. Our children can't wait to come back year after year and are excited to be staff here at camp Lavi. They have built lifelong friendships that they look forward to seeing every summer. The thought of losing this community is heartbreaking.
I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.
Thank you for your time, your consideration, and your service.
Respectfully,
Lori and Dani Lasky

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Jessica Schreiber <jess.schreiber@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 10:07 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Honorable Christine M. Gravelle |

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

I am writing as the parent of a 15 year camper at Lavi, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My daughter counts down the days until they return each summer. She has built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Jessica Zinaman

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Sacha Fruchter <ssa.fruchter@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 10:08 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi – Statement of a Parent and Alumnus |

**CAUTION - EXTERNAL:**

Dear Honorable Judge Christine M. Gravelle and Interested Parties,

I am writing as a Camp Lavi parent with deep respect for the difficult responsibility before the Court. I understand that these proceedings involve important legal and financial obligations, and that the Court's role is to apply the law. At the same time, I hope you will allow me to share what Camp Lavi means to my family and to so many others.

For my family, Camp Lavi has never been just a summer camp. It has been a place where children discover confidence, independence, lifelong friendships, and a deep connection to their Jewish identity. It is where they learn to lead, develop lasting values, and become part of something much larger than themselves. The lessons they bring home from Camp Lavi remain with them long after the summer ends.

The impact of Camp Lavi extends far beyond the campers themselves. For decades, it has served generations of Jewish families, creating a community that continues to grow year after year. Former campers return as counselors, staff members, and eventually parents who choose to give their own children the same experience. Few institutions have the ability to shape lives across generations in the way Camp Lavi has.

For generations, our Jewish community has believed in building. We celebrate when a new synagogue opens, when another Jewish school is established, and when another camp welcomes children. We have always understood that our strength comes from expanding opportunities for Jewish life not reducing them. Each institution serves families in its own unique way, and together they create the vibrant, diverse community that has long been one of our greatest strengths. That is why the possibility of one Jewish institution replacing another is so difficult for many families to accept. Even when such an outcome may be legally permissible, it represents the loss of something that cannot simply be recreated. Every camp has its own traditions, culture, educational philosophy, and community. Preserving Camp Lavi would not only preserve buildings or land it would preserve decades of relationships, memories, values, and a unique environment that has shaped thousands of Jewish children.

At a time when the Jewish community faces increasing challenges and rising antisemitism, places like Camp Lavi are more important than ever. They give children a strong sense of Jewish identity, belonging, pride, and connection. They build future leaders and strengthen our community in ways that cannot be measured solely by financial value.

While I recognize that the Court must ultimately decide this matter according to the law and the facts before it, I respectfully hope that, to the fullest extent consistent with those obligations, consideration can be given to preserving Camp Lavi as a thriving Jewish summer camp. Once an institution like this is lost, the community it created is extraordinarily difficult if not impossible to rebuild.

1

The value of Camp Lavi is measured not only by its assets, but by the generations of children whose lives have been shaped there and the generations still waiting for that same opportunity.

Thank you for your time, your thoughtful consideration, and your service throughout these proceedings.

Sincerely,
Camp Lavi alumnus and parent

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Harry Erreich <harryerreich219@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 10:12 PM |
| **To:** | Chambers of CMG |

CAUTION - EXTERNAL:


Please keep Camp Lavi as a coed camp. Do not sell to Ohell

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Sara Fredman Aeder <sara.fredman.aeder@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 10:18 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:


Please do not allow Camp Lavi to close. While my children are not campers there, so many of their friends are. Please keep it open.
Sara
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Patti Steinmetz <pattimsteinmetz@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 10:19 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:

Honorable Judge Gravelle,
Camp Lavi has been "home" to 600 plus children for many years. It breaks my heart to think that these happy campers will not be able to go home next summer and enjoy  quality time with  their friends.
So many staff members will lose their income  too.  Please help Camp Lavi remain a strong , vibrant and healthy home away from home for so many Jewish children.
Respectfully,
Patti Steinmetz
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Asher Mansdorf <mansdorf@me.com> |
| **Sent:** | Tuesday, August 4, 2026 10:21 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Honorable Christine M. Gravelle |

**CAUTION - EXTERNAL:**

Dear Judge Gravelle:

I am writing to respectfully offer my perspective regarding the pending sale of Camp Lavi. As someone who deeply values the camp's unique role and legacy, I appreciate the Court's dedication to overseeing a fair and thorough resolution in this proceeding. For decades, Camp Lavi has occupied a treasured and distinctive space in the Poconos, serving generations of Jewish youth. Beyond offering standard summer camp activities, Camp Lavi holds a truly unique position within the Modern Orthodox Jewish community. It provides a rare, highly specialized environment where young men and women can grow, build friendships, and socialize with one another within a framework that is both deeply loving and spiritually nurturing.

This specific niche, balancing authentic Torah values and spiritual growth with a warm, co-educational atmosphere is exceptionally hard to find. For countless families, Camp Lavi is not merely real estate or a commercial enterprise. It is a vital community institution that shapes the religious identity, social development, and lifelong relationships of young people.

As the Court considers the bids, terms, and future direction of Camp Lavi, I respectfully urge Your Honor to take into account the immense community value of this sanctuary. Preserving an outcome that honors the camp's tradition, purpose, and

commitment to the youth it serves would mean everything to the families who rely on its unique mission.

Thank you for your time, your service, and your thoughtful consideration of this matter.

Respectfully submitted,

Asher Mansdorf DDS MPM

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Abigail Heller <abigail.g.heller@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 10:25 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please save Camp Lavi |

CAUTION - EXTERNAL:

Dear Honorable Judge,

I am writing as the mother of two children, ages 11 and 9, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. For my 9 year old daughter specifically, who overcame a diagnosis of selective mutism and social anxiety, the thought of losing this community is overwhelmingly heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Abigail Heller
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Lori Sprung Sirkis <ldsprung@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 10:32 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

**CAUTION - EXTERNAL:**

To the Honorable Chief Judge Christine Gravelle
United States Bankruptcy Court for the District of New Jersey

Dear Honorable Chief Judge Christine Gravelle,

I am writing as a former camper and current parent at Camp Lavi.  I am writing to respectfully ask the Court to consider the importance of keeping Camp Lavi as an operating camp with its distinct identity and traditions intact. Lavi is a very special place to my family and many other families.  As the Court considers the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and overall community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a factor in evaluating which outcome best protects the value of this important institution.

Thank you for your consideration in this matter and recognizing the important role Camp Lavi plays in the lives of many families.

Respectfully,
Lori Sirkis
Camp Lavi Parent/Camp Lavi Alum

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Dina Kollander <dkollander@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 10:32 PM |
| **To:** | Chambers of CMG |
| **Cc:** | Michael Kollander |
| **Subject:** | Save Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Christine M. Gravelle and Interested Parties,

My name is Dina Kollander, and together with my husband, Michael, I respectfully submit this letter in the hope that our family's experience can help illustrate what Camp Lavi truly represents.

For decades, Camp Lavi has been woven into the fabric of our family. It has been the place where our children matured, where lifelong friendships were formed, and where Jewish values were lived every day—not simply taught. Today, we have the privilege of watching our grandchildren create those same memories, continuing a tradition that has enriched our family across generations.

While this proceeding understandably focuses on financial considerations, I ask that the Court also recognize that some assets cannot be measured solely by their monetary value but also their community interest. Camp Lavi has provided thousands of children with a sense of belonging, confidence, character, and commitment to their heritage. Those gifts continue to shape lives long after the summer ends.

The opportunity to preserve Camp Lavi's mission for future generations is extraordinary. A purchaser who intends to continue operating the camp protects not only the property itself, but also a community that has become an important part of so many families' lives. That continuity has immeasurable value.

My husband and I know firsthand the lasting impact Camp Lavi has had on our own family. We have celebrated milestones there, entrusted the camp with our children and grandchildren, and witnessed the positive influence it has had on each of them. It has become part of our family's history and identity.

Thank you for considering the voices of the many families whose lives have been touched by Camp Lavi. We are deeply grateful for your thoughtful consideration and respectfully hope that your decision will help preserve this remarkable institution so that generations of children still to come will have the opportunity to experience all that it has to offer.

Respectfully,
Dina Kollander
Michael Kollander

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Liz Schilowitz <eschilowitz@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 10:34 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

<mark>**CAUTION - EXTERNAL:**</mark>

The Honorable Chief Judge Christine Gravelle
United States Bankruptcy Court for the District of New Jersey

To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Best,
Liz Schilowitz
917-548-1300

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

| | |
|---|---|
| **From:** | Chasya Vishedsky <cdiament@icloud.com> |
| **Sent:** | Tuesday, August 4, 2026 10:34 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please preserve the future of Camp Lavi |

CAUTION - EXTERNAL:


Honorable Christine M. Gravelle,

I am writing as the parent of a Camp Lavi camper to respectfully ask that you consider the impact your decision will have on the hundreds of children and families who call Camp Lavi their second home.

My family has endured more tragedy than I ever imagined possible. Through some of the darkest times in our lives, Camp Lavi has been a source of light, healing, joy, and stability for my daughter. It has given her a place where she feels safe, loved, and free to simply be a child again. Camp Lavi is so much more than a summer camp—it is her second home.

I understand that there are many legal and financial considerations involved in the sale of the property. I am not writing as a businessperson, but as a mother who has seen firsthand the extraordinary impact this camp has on children. The thought that the sale to Ohel could result in Camp Lavi shutting down is heartbreaking, not only for my daughter, but for the countless children and families whose lives have been enriched by this special place.

I respectfully ask that you please consider a path that allows Camp Lavi to continue operating. If there is an opportunity to sell to a buyer who will preserve the camp and its mission, I hope that option will be given every consideration. The value of Camp Lavi cannot be measured only in dollars—it is measured in the smiles of children, the friendships they build, the confidence they gain, and the memories they carry for the rest of their lives.

Thank you for taking the time to read my letter and for considering the human impact of this decision.

With gratitude and respect,
Chasya Diament
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jonathan C <chubakjj@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 10:44 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

**CAUTION - EXTERNAL:**

To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,
Jonathan Chubak
Camp Lavi Parent

JONATHAN CHUBAK
chubakjj@gmail.com
516-286-6689
347-537-4341(fax)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Evan Schwechter <eschwec@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 10:48 PM |
| **To:** | Chambers of CMG |
| **Subject:** | In Support of Camp Lavi |

<mark>**CAUTION - EXTERNAL:**</mark>

Dear Honorable Judge,

I am writing as the parent of Sophie, Benjy, Julie and Matthew Schwechter, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Evan Schwechter

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

| | |
|---|---|
| **From:** | Melissa Schwechter <melissaschwechter@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 10:50 PM |
| **To:** | Chambers of CMG |
| **Subject:** | A Plea to save Camp Lavi |

CAUTION - EXTERNAL:

Dear Honorable Judge,

I am writing as the parent of  Sophie, age 17, Benjy, age 15, Julie age 11 and Matthew, age 8, to respectfully ask the Court to do everything possible to preserve Camp Lavi,  and prevent its sale to Ohel. We have been sending our children to camp Lavi for almost 10 years and it has truly become our children's second home.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.  This summer has already been so stressful with the fate of Lavi uncertain, and we hope that the ultimate decision regarding this special camp will leave Camp Lavi as Camp Lavi, and not just a piece of property to be renamed another camp and cause hundreds of children to be displaced.

Thank you for your time, your consideration, and your service.

Respectfully,
Melissa Schwechter

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Ilisa Wirgin <ibwirgin@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 10:43 PM |
| **To:** | Chambers of CMG |
| **Subject:** | The Sale of Camp Lavi |

**CAUTION - EXTERNAL:**

The Honorable Chief Judge Christine Gravelle, United States Bankruptcy Court for the District of New Jersey

To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,
Ilisa Sneag
Camp Lavi Parent

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Lauren Weinrib <laurenm.weinrib@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 11:02 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Help Camp Lavi |

**CAUTION - EXTERNAL:**

**Honorable Christine M. Gravelle,**

I am writing as a mother of three beautiful Camp Lavi campers, ages 14, 11, and 8. Camp Lavi has been part of my family's life for generations. I attended Camp Lavi as a child and later had the privilege of working there as a counselor. Today, my own children have found the same joy, friendships, and sense of belonging that made Camp Lavi so special to me.

I respectfully ask that you do everything possible to preserve Camp Lavi by selecting a buyer who intends to continue operating it as a camp. Losing Camp Lavi would displace more than 600 children, and many other Modern Orthodox camps simply do not have the capacity to welcome them.

Camp Lavi is more than a summer camp—it is a community, a tradition, and a second home for so many families. Please help ensure that future generations can continue to experience everything that makes Camp Lavi so special.

Thank you for your time and consideration.

With sincere appreciation,

**Lauren Weinrib**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jenni Chubak <jenchubak@yahoo.com> |
| **Sent:** | Tuesday, August 4, 2026 11:04 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Save Lavi |

**CAUTION - EXTERNAL:**

To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,
Jennifer Chubak
Camp Lavi Staff and Parent

Sent from Yahoo Mail for iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Joshua Lookstein <jlookstein@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 11:06 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Judge Christine M. Gravelle,

I am writing as the parent of 3 children, ages 13,11, and 9, who attend Camp Lavi, and as the husband of a wife (we'll leave her age out of this email) who attended Camp Lavi as a child, to respectfully ask the Court to do everything possible to preserve Camp Lavi. I will not ask you to stop the sale to a particular entity. I have nothing against any of the entities whose bids are being considered.

Camp Lavi has been a valuable institution in the Modern Orthodox Jewish community, the philosophy of Judaism that my family subscribes to, going back several generations. I am a 4th generation Modern Orthodox rabbi and educator, currently working as an administrator at my alma mater, the school founded by my family, Ramaz.

Lavi is a bit of a dying breed in the Modern Orthodox community, which has shifted to the right religiously, as have so many religious groups. It is coed and enrolls families from a variety of religious Jewish backgrounds. It is accepting and non-judgmental.

And my kids love it. My son has received the All Around Camper award the last 2 years and the character award the year before. One daughter is a gymnast and has been training at a nearby gym 2 mornings a week just so she can stay at camp for the full 7 weeks and not have to go back to her gym in Westchester for the second month of camp. My other daughter is a bit of a troublemaker but the camp loves her and gets her.

And my kids only go to Lavi because of how important the camp was to their mother who grew up in Michigan but came to Lavi to expand her social circle and be exposed to a healthy sophistication that Detroit lacked at that time. There was no other camp my wife considered for our children.

There are other camps we'd consider if Lavi wasn't an option but even combined they don't have the space to absorb all of Lavi's campers.

Our kids would probably find places in those camps because of my family's reputation in the community but it's not a guarantee. And it's not ideal for our family. Lavi is ideal. It has become a home away from home and a place where they feel safe to explore their humanity and Jewish identity. That will be hard - admittedly not impossible - to replicate.

I know you are getting many such letters. They are genuine. No one has the time and energy to write for the sake of writing.

Once again, please consider preserving the property as Camp Lavi.

Thank you for your time, your consideration, and your service.

Respectfully,
Rabbi Joshua Lookstein

Sent from my iPhone

| | |
|---|---|
| **From:** | Robyn Kurman <mkurman98@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 11:06 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:


To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,
Michal Linder
Camp Lavi Parent / Community Member
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | jeremy linder <jeremy.a.linder@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 11:13 PM |
| **To:** | Chambers of CMG |
| **Subject:** | SAVE CAMP LAVI |

CAUTION - EXTERNAL:

Dear Chief Judge Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as a functioning camp with the unique character, traditions, and values that have defined it for generations.

Since 1977, Camp Lavi has been an integral part of the Modern Orthodox Jewish community. For nearly fifty years, it has provided generations of children with a meaningful and enriching summer experience. Many current campers are second- and even third-generation Lavi families, a testament to the lasting impact the camp has had on thousands of children, parents, and alumni. Camp Lavi is much more than a summer camp—it is a community that has become a cherished part of so many families' lives.

There are only a small number of Modern Orthodox overnight camps, and they are already operating at or near capacity. They simply would not be able to accommodate the hundreds of campers who rely on Camp Lavi each summer if it were no longer able to operate in its current form.

As the Court considers the competing bids and the future of Camp Lavi, I respectfully ask that the effect on the campers, families, staff, alumni, and the broader community be taken into account. Preserving Camp Lavi as an active camp, while maintaining the identity and mission that have made it so meaningful for nearly five decades, would have an immeasurable impact on the many families who depend on it.

Thank you for your time, your thoughtful consideration of this matter, and your service.

Respectfully,

Jeremy Linder
Camp Lavi Parent / Community Member

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**From:** Alexandra McCollum-Sherman <alexandramccollum@gmail.com>
**Sent:** Tuesday, August 4, 2026 10:31 PM
**To:** Chambers of CMG
**Subject:** Camp Lavi our Summer home

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

I am writing as a parent of three to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property; it is a unique community that serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated elsewhere.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. Many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making your decision, you also consider the profound impact this sale would have on the children and families whose lives are enriched by Camp Lavi.

Thank you for your time, consideration, and service.

Respectfully,

Dr. Alexandra McCollum
Camp doc 2026

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Georgette Westerman <georgettewesterman@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 11:50 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Keep camp lavi |

**CAUTION - EXTERNAL:**

**Dear Honorable Judge,**

**I am writing as the parent of \*(# of kids and ages)\*, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.**

**Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.**

**For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.**

**Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.**

**I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.**

**Thank you for your time, your consideration, and your service.**

**Respectfully,**

**Georgette westerman**


Georgette Westerman Interiors

Office: (310) 425-8228

Cell: (310) 922-8181

Fax: (310) 499-5207

Email: GeorgetteWesterman@gmail.com

Website: www.GeorgetteWestermanInteriors.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Rivka Gertzulin <rgertzulin@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 12:12 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:

To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,
Rivka Gordon
Camp Lavi Parent

917-837-0817
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Maayan Avital <m.avital30@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 12:24 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Please save Camp Lavi |

<mark>**CAUTION - EXTERNAL:**</mark>

Dear Honorable Judge,

I am writing as the parent of a nine year old, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My child counts down the days until she returns each summer. She has built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the person she is becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Maayan Avital

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

| | |
|---|---|
| **From:** | ashley zayat <ashleyzayat@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 1:13 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Please help us preserve Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Christine M. Gravelle and Interested Parties,

My name is Ashley Weiss, and I am writing as a current Camp Lavi parent because I care deeply about what happens to this incredibly special place.

My son has spent the past two summers at Camp Lavi, and in that short time, camp has already become an incredibly meaningful part of his life and our family's life. Camp Lavi also holds a special place in my own history. It is the camp my brothers, my sister, and many of my close friends attended, so I have seen for years the lasting friendships, memories, and sense of belonging it creates.

My son has had the opportunity to grow, gain independence, build meaningful friendships, and create memories that he will carry with him for years to come. We live in Miami, and having the opportunity for him to become part of a network of like-minded children and families from all over the country is beyond special. Camp Lavi brings together children who share similar values, traditions, and a strong sense of community. The relationships formed there extend far beyond the summer and create a support system and connection that is difficult to replicate anywhere else.

The experience of being away from phones and everyday distractions allows the children to communicate, solve problems, support one another, and live together as a true community. Camp Lavi is not simply a summer destination. It is a place where children develop confidence, form lifelong friendships, and feel a deep sense of belonging.

The outcome of this sale will affect far more than the physical property. It will affect an entire community that has been built over generations. Camp Lavi has created a legacy filled with memories, traditions, friendships, and shared values, and I sincerely hope that its future will be entrusted to an owner who is committed to preserving Camp Lavi as Camp Lavi for generations to come.

I understand that this is a bankruptcy proceeding and that the Court's responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully ask that every qualified bidder be given a fair opportunity to participate in the process and that meaningful consideration be given to the long-term future of the camp.

It is in the best interest of the Camp Lavi community for the property to remain in the hands of a purchaser who understands its history, respects its traditions, and is committed to preserving and operating it as Camp Lavi. The camp's value cannot be measured solely by the land or the financial terms

1

of a transaction. Its true value lies in the community it has created and the generations of children and families who consider it a second home.

Many families are concerned that the current timeline may make it difficult for other interested purchasers to participate fully. I do not pretend to understand every legal detail, but I respectfully hope that the process allows sufficient time for all serious and qualified bidders to submit and present their offers so they may be considered on equal footing.

For those of us whose children attend Camp Lavi, this is not simply another business transaction. It is the future of a place that means so much to so many families. I respectfully ask that the process remain open, fair, and transparent and that every qualified proposal receive full and impartial consideration, particularly proposals that would preserve Camp Lavi's identity, traditions, and future as Camp Lavi.

Thank you for your time and consideration.

Respectfully,
Ashley Weiss

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Sari Fallas Linder <sfallas@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 2:04 AM |
| **To:** | Chambers of CMG |
| **Cc:** | Steven |
| **Subject:** | Please Respectfully Consider Helping Save Camp Lavi |

**CAUTION - EXTERNAL:**

The Honorable Chief Judge Christine Gravelle
United States Bankruptcy Court for the District of New Jersey

Dear Chief Judge Gravelle,

I am writing as parent of three children who attend Camp Lavi ages 13, 11 and 10 years old and a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp and maintaining the community and traditions that have made it so meaningful for generations.

Since 1977, Camp Lavi has been an important part of the Modern Orthodox Jewish community. For nearly fifty years, it has given thousands of children a place to grow, build lifelong friendships, and strengthen their Jewish identity. Many of today's campers are the children and even grandchildren of former campers, which speaks to the lasting impact Lavi has had on so many families.

Camp Lavi is much more than a summer camp. It is a community that families have relied on for decades. If it were to close or lose the qualities that make it unique, there are very few alternatives. The handful of other Modern Orthodox overnight camps are already full and would not be able to accommodate the hundreds of campers who depend on Lavi each summer.

As the Court considers the competing bids and the future of Camp Lavi, I respectfully ask that the effect on the campers, families, and the broader community be taken into account. Preserving Camp Lavi as a thriving, operating camp would allow it to continue serving generations of children and families for years to come.

Thank you for your time and consideration of this matter.

Respectfully,

Sari Linder
Camp Lavi Parent

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Danielle R'bibo <danirbibo@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 3:08 AM |
| **To:** | Chambers of CMG |
| **Subject:** | For your consideration to save Lavi |

CAUTION - EXTERNAL:


To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,
Danielle R'bibo
Camp Lavi Parent  / Community Member
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | JOHO <joho100@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 4:51 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:


Hi, my name is Joey Hoenig. I was a 49% owner of Camp Lavi for 14 years until I was forced to sue my partners, the Shabsels.

Camp Lavi was a place that I grew up in in the late 70s and became a partner and director in 2010.

I am part of the Drazin group that bid on the Camp. I understand that Ohel won the bid but it's still under review.

In a last ditch effort, I'm appealing to you to have Ohel drop out and let us keep a 50 year legacy alive. It breaks my heart to see a place that I, and many others, called Home for so many years just disappear overnight.

Wishing you only much success and please consider my appeal to you. Thank you, Joey Hoenig.

Sent from my iPhone

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | hadarokach <hadar.rokach@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 7:03 AM |
| **To:** | Chambers of CMG |

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

I am writing as the parent of Gavri Greenboim, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Udi and Hadar Greenboim

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Melissa Glaser <melissajglaser@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 7:33 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

**CAUTION - EXTERNAL:**

Honorable Christine M. Gravelle,

We are writing to share what Camp Lavi has meant to our family and why we respectfully ask the Court to consider its future with the families and children who depend on it in mind.

For our family, Camp Lavi is woven into the fabric of our lives. My husband, Josh, and his two sisters each spent nine summers there. The friendships they built, the values they learned, and the experiences they had continue to shape who they are today. Years later, we have had the privilege of watching our own daughters, Julia and Lily, create many of those same memories during their five summers at Camp Lavi. Our nieces are campers there as well, making Camp Lavi a place that has connected multiple generations of our family.

Every summer, our children return home more confident, more independent, and more deeply connected to their Jewish heritage and community. Camp Lavi provides something that is difficult to describe but impossible to replace. It gives children a place where they belong, where lifelong friendships are formed, and where values are lived every day.

We recognize that the Court must consider many important factors in this matter. We simply ask that, as those decisions are made, the extraordinary impact Camp Lavi has had on hundreds of families for nearly fifty years not be overlooked. We sincerely hope the property will be entrusted to a buyer who is committed to preserving Camp Lavi and allowing it to continue serving future generations.

The loss of Camp Lavi would be felt far beyond one summer season. More than 600 children would lose a community that has become an integral part of their lives, and there are simply not enough Modern Orthodox Jewish camps to welcome these families or recreate what makes Camp Lavi so unique.

Thank you for your time and for considering the voices of the many families whose lives have been enriched by Camp Lavi. We are deeply grateful for your thoughtful consideration.

Respectfully,

Melissa and Josh Glaser

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Gabrielle Chubak <chubakgab@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 7:43 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp lavi |

CAUTION - EXTERNAL:


Dear honerable judge,

I apologize for the informality of the email as I am just a 16 year old girl who has never done something like this before. I went to lavi as just an 8 year old girl and spent the best 8 summers of my life there. Lavi isn't  just a camp but it was a community that helped shape me into who I am today. The staff,campers and overall mission of the camp is a community that can never be replicated or replaced. This camp is a unique religious and spiritual middle ground for the modern orthodox community that differs from other camps. As much as I would love to work in camp next summer this request isn't for me, it's for the 600 campers(and future camperss)that should be lucky enough to experience the same life changing 8 summers that I got to experience. Lavi is not just a summer camp, but a home shared by many and loved by all.

Please prevent the sale by ohel to save the summer of hundreds, Sincerely, Gabby Chubak(camp lavi alumnus 2025) CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Alon Gitig <agitig@yahoo.com> |
| **Sent:** | Wednesday, August 5, 2026 7:45 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Legal matter involving Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Christine M. Gravelle,

My name is Alon Gitig and I am reaching out to you as both a spouse of a former Camp Lavi camper and a current Camp Lavi parent. Camp Lavi has been a meaningful part of my family's life for many years. My wife attended camp as a child, and the friendships, memories, and lessons she gained there have clearly stayed with her throughout her life.
As well, the strong and defining connections she forged with the Camp Lavi community have girded the identity she's grown into as an adult.

Now, we have had the incredible privilege of sending our children to Camp Lavi, and watching them experience the same joy and connection that my wife Lori felt as a camper; this has been truly special.
It is with a heavy heart that we learned the future ownership of Camp Lavi is currently being decided. We are writing to respectfully ask that every effort be made to ensure that Camp Lavi continues in the way families have known and loved it for generations.
Camp Lavi is so much more than a summer camp. It is a second home. It is a place where children build lifelong friendships, gain independence, grow in confidence, and create memories that become a part of who they are. It is a place where children feel accepted, supported, and free to simply be themselves.
For our family, Camp Lavi is part of our story. It shaped my wife's childhood, and now it is shaping the childhoods of our children.
We have no doubt it is also helping to build the cores of who they will be as adults: connected, resilient, joyful and productive people.
Seeing them come home with stories, friendships, and experiences from camp has been incredibly meaningful. Camp Lavi has given them a community and a sense of belonging that is truly special.

Every summer, children arrive at Camp Lavi excited for what lies ahead, and they leave with greater confidence, resilience, independence, and friendships that last well beyond the summer. There are very few places that provide children with such a strong sense of connection and belonging.
The thought of Camp Lavi changing in a way that takes away what makes it so special is heartbreaking. Losing Camp Lavi as families know it today would mean losing much more than a camp—it would mean losing a place that has shaped generations of children and become an important part of so many families' lives.

We understand there are many factors involved in decisions regarding Camp Lavi's future, but we sincerely hope that its history, traditions, and the community it has built are given careful consideration. Our greatest hope is that future generations of children will continue to have the opportunity to experience Camp Lavi as the special place it has always been.
Thank you for taking the time to hear from families like ours and for understanding just how much Camp Lavi means to so many people.

With gratitude,
Lori and Alon Gitig
Camp Lavi Alumnus (and spouse) and Proud Camp Lavi Parents


Sent from my iPhone:
Please excuse spelling errors or auto-corrected text.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Chava Schwartz <crs244@nyu.edu> |
| **Sent:** | Wednesday, August 5, 2026 7:48 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

<mark>CAUTION - EXTERNAL:</mark>

Dear Honorable Judge,

I am writing as the parent of two children who attend Camp Lavi. As the Court considers the future of the camp, I respectfully ask that every effort be made to preserve Camp Lavi by selecting a buyer who is committed to continuing its mission and operating it as the camp it has been for generations.

Camp Lavi is far more than a place where children spend their summers. For so many families in the Modern Orthodox community, it is a second home where children grow emotionally, socially, and spiritually. It provides an environment that strengthens their Jewish identity, teaches important values, encourages independence, and creates friendships that last a lifetime.

For our family, Camp Lavi has been especially meaningful. My children have struggled socially at times during the school year and have often found it difficult to feel like they truly belong. At Camp Lavi, that has completely changed. They have flourished in ways that have been incredible to watch. They have built genuine, lasting friendships, gained confidence in themselves, and returned home each summer happier, more independent, and excited to go back the following year. Seeing that transformation as a parent is something I can't fully put into words.

What makes Camp Lavi so special is that there simply isn't another camp that offers the same unique combination of Torah values, caring staff, strong sense of community, athletics, and programming. It has spent decades building a culture that cannot easily be recreated elsewhere. If Camp Lavi were to close, there is no comparable place that could replace what it provides for so many children and families.

I understand that the Court has many important legal and financial responsibilities in this matter. I simply ask that, if possible, the tremendous impact Camp Lavi has had on generations of children and families also be considered. Preserving Camp Lavi would mean preserving an institution that has shaped countless lives and will continue to do so for many years to come.

Thank you for your time, your thoughtful consideration, and your service throughout this process.

Respectfully,

Rebecca Schwartz

(Noah and Max's mom)

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Aaron Diament <adiament@me.com> |
| **Sent:** | Wednesday, August 5, 2026 7:50 AM |
| **To:** | Chambers of CMG |
| **Subject:** | A Respectful Request to Preserve Camp Lavi |

CAUTION - EXTERNAL:

Honorable Christine M. Gravelle,

I know that the decision before you is ultimately a legal and financial one, but I hope you will also consider what cannot be reflected on a balance sheet.

For my daughter, Camp Lavi is not simply a place she spends a few weeks each summer. It is where she has found confidence, genuine friendships, and a sense of belonging that every child deserves. She counts down the days until camp begins and leaves already dreaming about returning the following year. It has become one of the happiest and most meaningful parts of her childhood.

Our family has faced unimaginable challenges over the past several years. In the midst of those hardships, watching our daughter come alive at Camp Lavi has been an incredible gift. Seeing her laugh freely, feel accepted, and experience the joy of simply being a kid has meant more to us than words can express. Those moments are priceless.

I understand that many factors must be weighed in deciding the future of the property. My only request is that, if possible, the future of Camp Lavi itself be part of that consideration. If there is an opportunity to sell to someone who would allow the camp to continue operating and serving generations of children, I sincerely hope that option is given careful consideration.

The closing of Camp Lavi would be far more than the loss of a summer program. It would mean the loss of a community that has shaped the lives of countless children and provided families like mine with hope, comfort, and joy during difficult times.

Thank you for your time, your service, and for considering the voices of the families whose lives have been touched by Camp Lavi.

Respectfully,
Aaron Diament
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Tova Keller <tovakeller827@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 8:13 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Please keep Camp Lavi Open |

**CAUTION - EXTERNAL:**

**To The Honorable Christine M. Gravelle**
United States Bankruptcy Judge

Dear Judge Gravelle,

I am writing to respectfully ask the Court to carefully consider the broader community impact of any decision that could result in the closure of Camp Lavi.

For nearly fifty years, Camp Lavi has served as far more than a summer camp. Established in 1977, it has become a cherished institution for thousands of children and families, providing a safe environment where young people grow in confidence, independence, leadership, friendship, and responsibility while developing a lifelong connection to their Jewish heritage and community. According to its mission, Camp Lavi strives to foster sportsmanship, respect, personal responsibility, Torah values, and a profound sense of *achdus*—unity and responsibility toward others.

Generations of campers describe Camp Lavi as their "forever home." Many return year after year, eventually becoming counselors and role models for the next generation. The camp's emphasis on inclusion, meaningful relationships, connection to Israel, and character development has created a unique community that extends well beyond the summer months.

The loss of Camp Lavi would not simply mean the sale of real estate. It would mean the disappearance of an institution that has helped shape the lives of countless children and strengthened families and communities for decades. While financial considerations are, of course, an essential part of the Court's responsibilities, I respectfully hope that the immeasurable value of preserving a thriving educational and communal institution will also be given thoughtful consideration.

I understand that the Court must apply the law impartially and evaluate the facts before it. My purpose in writing is simply to convey the profound importance Camp Lavi holds for so many families and to respectfully ask that, if there is a legally appropriate path that allows Camp Lavi to continue its mission, it be given every fair consideration.

Thank you for your time, your service, and your careful attention to this matter.

Respectfully,

Tova Keller

1

Woodmere, NY

Sent from Gmail Mobile

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Leah Rosenberg <leahr72@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 8:34 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Please save Camp Lavi |

**CAUTION - EXTERNAL:**

The Honorable Chief Judge Christine Gravelle
United States Bankruptcy Court for the District of New Jersey

To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,

Leah Rosenberg
Camp Lavi Parent

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Aliza Klapholz <alizaklap@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 9:18 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Support for Preserving Camp Lavi |

CAUTION - EXTERNAL:

Dear Honorable Judge Christine M. Gravelle,

I am writing as a member of the Modern Orthodox Jewish community to respectfully express my hope that Camp Lavi will be given the opportunity to continue operating.

While my own children have not attended Camp Lavi, I know many families in my community whose children have. Year after year, I hear the same themes. Children return home saying they had the best summer of their lives, that Camp Lavi feels like a home away from home, and that they formed friendships and relationships that continue throughout the year. Parents speak about the tremendous emotional, social, and spiritual growth they see in their children after each summer, and many children spend the entire year counting down the days until they can return.

Camp Lavi is far more than a recreational program. It is a place where children build confidence, deepen their Jewish identity and values, develop independence, and become part of a warm, supportive community. The positive effects extend well beyond the summer months and strengthen families and communities throughout the year.

The prospect of Camp Lavi closing would be deeply felt by so many families. It would mean the loss of a place that has had a profound and lasting impact on countless children and has become an important institution within our community.

I understand that the Court must consider many factors in these proceedings, and I appreciate the care with which you approach these difficult decisions. I simply wanted to share the perspective of someone who has witnessed the extraordinary value Camp Lavi has brought to so many families and to respectfully ask that every effort be made to preserve its future.

Thank you for your time and thoughtful consideration.

Respectfully,

Aliza Klapholz
Scarsdale, New York

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Amanda Katz <amkatz@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 9:24 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Please don't let Camp Lavi close. |

<mark>**CAUTION - EXTERNAL:**</mark>

To the Honorable Christine M. Gravelle,

When I was eight years old we went to visit my older brother who was a camper at **Camp Lavi**. I loved the camp so much that I refused to go home and ended up staying there for a week.  I continued going there and sent my son there as well. Through different owners, the ethos of Lavi has stayed the same: a home for modern orthodox children who spend their summers there. And we need Lavi for those kids. While other bidders may offer more money and may want to open different camps, the niche that Lavi fills is shrinking and losing this sleepaway camp would be a major blow for the modern orthodox community that it supports. Please help ensure another generation of children can benefit from the wonders that Lavi provides.

Thank you for your time.

Sincerely,
Amanda Katz
amkatz@gmail.com
.

Sent from my iPhone

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

**From:** Abby Kaye <abbymkaye@icloud.com>
**Sent:** Wednesday, August 5, 2026 9:34 AM
**To:** Chambers of CMG
**Subject:** Saving my home

CAUTION - EXTERNAL:

Dear judge I'm writing to you as a dear alumni camper of camp lavi. Lavi has been a home to me all of my life and I can't live in a world without it. For the past 7 summers I've spent my years with my friends having the best summers of my life there. If it shuts down a part of me does too. It's a place that brings me comfort, joy, and every good feeling one could feel. Nothing could replace the way that camp makes me feel. I can stand to know that it will be buried and forgotten about. Please save my home.

Sincerely,
Abby Kaye

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Bella Kalter <bellakalter1@icloud.com> |
| **Sent:** | Wednesday, August 5, 2026 9:36 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Save camp Lavi |

<mark>**CAUTION - EXTERNAL:**</mark>

**Dear Honorable Judge,**

My name is Bella Kalter, and I am 15 years old. I am writing to respectfully ask you to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is much more than a summer camp to me. It is my second home. Every summer, I look forward to returning because it is a place where I feel accepted, supported, and happy. I have made some of my closest friends there, learned important life lessons, and grown into a more confident and independent person.

What makes Camp Lavi so special is the community. The counselors, staff, and friends have become like family. The traditions, values, and memories we share cannot simply be replaced by another camp. Camp Lavi is unique, and there is nowhere else quite like it.

It is heartbreaking to think that future summers at Camp Lavi could be taken away—not only from me, but from the hundreds of children who come each year and the many more who hope to experience the same joy, friendships, and sense of belonging that I have.

I understand that you have many important factors to consider. I respectfully ask that you also think about the children whose lives have been shaped by Camp Lavi and the lasting impact losing it would have on so many families and future generations.

Thank you very much for taking the time to read my letter and for your service.

**Respectfully,**

**Bella Kalter**

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

| | |
|---|---|
| **From:** | Michelle Schwartz <emes121@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 9:49 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi more than just a camp |

<mark>**CAUTION - EXTERNAL:**</mark>

August 5, 2026

The Honorable Christine M. Gravelle

Dear Judge Gravelle,

I am writing to you with a very personal and heartfelt plea regarding Camp Lavi.

I was there in 1977, during Camp Lavi's very first summer. I was a counselor when the camp opened its doors, and I have had the extraordinary privilege of watching what began nearly 50 years ago grow into an institution that has touched the lives of generations of Jewish children and families.

That is why the possibility of Camp Lavi closing is especially difficult for me to comprehend.

I remember Lavi when it was just beginning. None of us could have known then what a lasting legacy was being created. We certainly could not have imagined that nearly five decades later, the camp would have become such an important part of the lives of thousands upon thousands of children.

But that is exactly what happened.

Camp Lavi became much more than a summer camp. It became a community. It became a place where children learned independence, responsibility, friendship, leadership, and compassion. It became a place where Jewish children could grow in their identity, surrounded by others who shared their heritage, traditions, and values.

For generations of campers, Lavi has been a second home. For many families, it has become a tradition passed from parents to children and then to grandchildren. The relationships formed there and the experiences shared there have continued long after each summer ended.

I know this because I was there at the beginning.

I saw the camp before it had a history. Today, I am asking that we not allow that history to come to an end.

I fully understand that there are legal and financial circumstances that must be addressed and that you have responsibilities within a process that must be respected. I am not asking that those responsibilities be disregarded. I am asking that every possible avenue be considered to preserve Camp Lavi and allow it to continue operating.

There has to be a way to recognize that the value of Lavi extends far beyond its physical property or financial circumstances. Its greatest value is the community that has been built there and the lives that have been changed there.

Nearly 50 years ago, I walked through those gates as a young counselor. I never could have imagined that all these years later I would be writing to ask that those gates remain open for another generation of children.

There are children today who deserve the opportunity to experience what generations before them experienced at Lavi. There are parents who want their children to have the same formative summers they had. There are countless former campers and staff members who carry Lavi with them as an important part of who they became.

I respectfully ask you to please consider the tremendous human impact of any decision that could result in the loss of Camp Lavi. If there is any possibility of finding a solution that would preserve the camp as a functioning Jewish summer camp, I hope that possibility will be given every consideration.

I was there when the story of Camp Lavi began in 1977.

I am asking you to help make sure that the story does not end here.

Thank you for taking the time to consider my request and for recognizing that the future of Camp Lavi is about much more than a piece of property. It is about nearly 50 years of memories, relationships, Jewish life, and generations of children whose lives have been enriched by this very special place.

With sincere respect and appreciation,

Michelle Schwartz

Teaneck NJ

1977 Camp Lavi Counselor

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Alyson Butler <alpalbutler@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 10:00 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

I am writing as the parent of 3 kids who all went to Lavi and 2 are currently working there,  to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel. Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Alyson Butler

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Shani Hagler <shanihagler@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 10:08 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Please help Camp Lavi |

<mark>**CAUTION - EXTERNAL:**</mark>

Dear Your Honor Christine M. Gravelle,

We are writing as current parents of two children currently at camp Lavi, with the sincerest hope that you will consider stopping the sale of camp Lavi to a party who will not keep it camp Lavi.

Our eldest daughter has attended camp Lavi since she was nine years old, and she is currently in the oldest teen division. I cannot adequately describe how special of an experience it has been for her, to go back every summer to the place she considers a second home. She has made lifelong friendships and has grown and matured in so many ways. She waits all year for camp, and counts down the days until she can be back in that special place. She has plans to go back and work there as a counselor next summer, already talking about which friends she'd like to work with, what age kids she wants to take care of etc.  It is such a sad thought to think it may just cease to exist.

Our younger son is now there for his second summer. He has had a truly remarkable transformation there throughout last summer and this summer, thriving in a way that is difficult to describe. When we went to see him last week for visiting day his confidence and joy were so clear. He spoke all day so happily about his friends and how he feels there. It is such a joy to see our children thriving and so happy.

We know many camps exist, and kids can be happy in many places. But there are so many like mine who feel so connected to the Lavi name, feeling and identity. It is not just a camp for them, it is truly a second family. While we know they can go elsewhere if truly needed, the thought of this place and identity ceasing to exist is just so sad, especially when it is avoidable.

It would be one thing if the camp was not doing well and closed of its own decision. This happens of course. But for it to close forever at a time when kids are happy and thriving, due to the circumstances currently present, would be just so unfortunate.

If there is any way for this camp to be granted ownership to someone planning to keep it running with its current name and identity, we beg you to please, please help this happen. While we fully understand that there are complex financial considerations, we beg you to consider the emotional implications of a community of children loosing the identity of this treasured institution, for now and for the future. The entity looking to purchase this real estate for their own expansion, can continue to operate their current camp easily, and ultimately find another location for expansion. But Lavi closing now would end this institution forever. The thought of this is truly devastating.

Thank you so much for your time, consideration and service during this difficult process,

1

Respectfully,

Dr. Suzanne and Mr. Eli Hagler

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Alana Tepper <alanatepp@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 10:20 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Request to Preserve Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Judge,

I am writing to respectfully ask that you consider the profound impact your decision will have on the many children and families whose lives have been touched by Camp Lavi, including my own.

My son has spent the past three summers at Lavi, and it has become so much more than just a place he attends during the summer. It is his home away from home. It is where he has built lasting friendships, gained confidence, developed independence, and created memories that will stay with him for the rest of his life.

This summer, my 8 year old daughter attended the camp's three-day trial program, and she immediately experienced the same warmth, kindness, and sense of belonging that my son has cherished for years. She came home excited to return, and we were looking forward to seeing her grow up with the same incredible camp experience her brother has had.

As parents, we know how rare it is to find a place where our children feel safe, supported, accepted, and genuinely happy. This camp has become an extension of our family. The counselors and staff have created a community that helps children thrive—not only through fun activities, but by teaching resilience, responsibility, friendship, and compassion.

The thought of this camp being sold and potentially losing everything that makes it so special is heartbreaking, not only for our family but for countless others who consider it an irreplaceable part of their children's lives.

I respectfully ask that you take into consideration the immeasurable value this camp provides to so many children and families. While I understand there are many legal and financial factors involved, I hope the human impact of this decision is not overlooked. Preserving this camp would preserve a place where children continue to learn, grow, and create lifelong memories.

Thank you for your time, your consideration, and your service.

Respectfully,

Alana & Dov Tepper

Parents of Noam (3 summers at Lavi) & Ariel (trial camper)

1

| | |
|---|---|
| **From:** | Benaya Aryeh <benaya.aryeh@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 10:26 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Message Regarding Camp Lavi |

CAUTION - EXTERNAL:


Dear Honorable Judge,

I am writing as a staff member in Camp Lavi, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Benaya Aryeh

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Zahava G <zgoldofsky@gmail.com> |
| **Sent:** | Tuesday, August 4, 2026 9:08 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp lavi |

CAUTION - EXTERNAL:


Hi,

Thank you for your attention on this matter. Camp lavi is dear to my heart and would be heartbroken if the camp closed due to the circumstance. If there is a way to keep this Camp open, it would mean the world to explore those options.

Thank you so much!

Zahava
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Perri <psenders@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 11:28 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Personal Statement Regarding Camp Lavi |

CAUTION - EXTERNAL:

Dear Chief Judge Gravelle,

My name is Perri Kaye, and I am writing not only as the parent of children who currently attend Camp Lavi, but as someone whose life has been shaped by this extraordinary place.

I attended Camp Lavi every summer from the age of eight until I was sixteen. My husband also grew up going to Camp Lavi, and it is where we met. Today, our own children are fortunate enough to experience the same camp that gave us so many of our happiest memories, closest friendships, and strongest Jewish values.

For my family, Camp Lavi is far more than a summer camp. It is part of our family's story. It has connected generations, created lifelong relationships, and helped shape who we are. Watching our children walk the same paths, sing the same songs, and build the same sense of community that we did has been incredibly meaningful.

It is heartbreaking to hear that Camp Lavi's future is uncertain. While I understand that the Court must consider many legal and financial factors, I respectfully ask that you also consider the profound impact this camp has on the hundreds of children and families who call it home each summer.

There are very few Modern Orthodox overnight camps, and they are already filled to capacity. Camp Lavi is not simply a business or a piece of property. It is a nearly fifty-year-old institution that has touched thousands of lives and continues to provide children with a place to grow, build character, develop lifelong friendships, and strengthen their connection to their Jewish identity.

If there is a path that allows Camp Lavi to continue operating and preserve the legacy that has meant so much to so many families, I respectfully ask that it be given every possible consideration.

Thank you for your time, your service, and your thoughtful consideration of the future of this remarkable institution.

Respectfully,

Perri Kaye
Camp Lavi Alumna, Parent, and Community Member


Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Seth Greenspan <sgreenspan@tfcc.ca> |
| **Sent:** | Wednesday, August 5, 2026 11:34 AM |
| **To:** | Chambers of CMG |
| **Cc:** | Daniella Greenspan |
| **Subject:** | Save Camp Lavi! - URGENT |

<mark>CAUTION - EXTERNAL:</mark>

**Dear Honorable Christine M. Gravelle,**

My name is Seth Greenspan, and I am writing with deep respect to share what Camp Lavi has meant to my family and to respectfully ask that, if possible, the Court give every consideration to a buyer who is committed to preserving Camp Lavi and the community it has built over generations.

I grew up at Camp Lavi. Like so many alumni, many of my closest friendships began there, and the experiences I had each summer helped shape the person I am today. Years later, there has been nothing more meaningful than watching my own children experience that same magic.

Today, my sons, William and James, have spent years at Camp Lavi, and this summer my daughter Sophie joined them. Watching them build lifelong friendships, gain confidence, embrace independence, and come home each year with unforgettable stories has been one of the greatest joys of being a parent.

Camp Lavi is not just important to my immediate family, it is woven into the fabric of our entire extended family. In addition to my three children, nine of my nieces and nephews attend Camp Lavi. Every summer, camp becomes the place where our family reconnects through shared experiences, traditions, and memories. Throughout the year, our children reminisce about their summers together, strengthening bonds that will last a lifetime.

What makes Camp Lavi so special is that it is so much more than a summer camp. It is a place where children develop character, resilience, confidence, and lifelong friendships. It is where they learn responsibility, kindness, teamwork, and Jewish values in an environment where they feel safe, supported, and genuinely accepted. In a world where children face increasing pressures and spend so much of their lives connected to screens, Camp Lavi offers something increasingly rare, a place where they simply get to be kids.

There is a song we sing at Camp Lavi with the words, **"Lavi Forever Home."** Those words are simple, but they capture exactly what Camp Lavi has meant to generations of campers. It is not simply a place we go for seven weeks each summer. It becomes part of who we are. It is a place that remains in our hearts long after the summer ends, and one that we hope our children - and one day, their children - will have the opportunity to call their own.

I recognize that the Court has the difficult responsibility of overseeing a complex bankruptcy process and that legal and financial considerations must guide its decisions. I have tremendous respect for that responsibility. My hope is simply that, if the circumstances allow, preserving Camp Lavi's identity and mission can be given meaningful consideration when determining its future.

To many people, Camp Lavi may appear to be a piece of property or a business. To my family and to thousands of others, it is something far more meaningful. It is, as we sing every summer, our **"Lavi Forever Home."** Those words are not just lyrics, they reflect the profound connection that generations of children and families have to this extraordinary place.

Thank you for your time, your thoughtful consideration, and the difficult work before you. I sincerely hope that future generations of children, including my own family, will continue to experience the same Camp Lavi that has inspired, nurtured, and shaped so many of us over the years.

With the utmost respect,

**Seth and Daniella Greenspan**
Camp Lavi Alumnus and Proud Camp Lavi Parents


*Seth Greenspan*
President & CEO

**Terra Firma Capital Corporation**
970 Lawrence Avenue West, Suite 401
Toronto, ON M6A 3B6
Tel:  416-792-4708
Fax: 416-792-4711
Cell: 516-660-2574
sgreenspan@tfcc.ca

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

2

| | |
|---|---|
| **From:** | Morrie Fridman <morriefridman@icloud.com> |
| **Sent:** | Wednesday, August 5, 2026 11:41 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Lavi |

**CAUTION - EXTERNAL:**

Sent from my iPhone

**Dear Honorable Judge,**

**My name is Morrie ,and I am 14 years old. I am writing to respectfully ask you to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.**

**Camp Lavi is much more than a summer camp to me. It is my second home. Every summer, I look forward to returning because it is a place where I feel accepted, supported, and happy. I have made some of my closest friends there, learned important life lessons, and grown into a more confident and independent person.**

**What makes Camp Lavi so special is the community. The counselors, staff, and friends have become like family. The traditions, values, and memories we share cannot simply be replaced by another camp. Camp Lavi is unique, and there is nowhere else quite like it.**

**It is heartbreaking to think that future summers at Camp Lavi could be taken away—not only from me, but from the hundreds of children who come each year and the many more who hope to experience the same joy, friendships, and sense of belonging that I have.**

**I understand that you have many important factors to consider. I respectfully ask that you also think about the children whose lives have been shaped by Camp Lavi and the lasting impact losing it would have on so many families and future generations.**

**Thank you very much for taking the time to read my letter and for your service.**

**Respectfully,**

**Morrie**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Shera Chubak <chubakshera6@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 11:55 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

**CAUTION - EXTERNAL:**

Please keep camp Lavi open

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Israel Holden <iholden24@icloud.com> |
| **Sent:** | Wednesday, August 5, 2026 1:04 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:

**Dear Honorable Judge,**

My name is Israel Turkel, and I am 14 years old. I am writing to respectfully ask you to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is much more than a summer camp to me. It is my second home. Every summer, I look forward to returning because it is a place where I feel accepted, supported, and happy. I have made some of my closest friends there, learned important life lessons, and grown into a more confident and independent person.

What makes Camp Lavi so special is the community. The counselors, staff, and friends have become like family. The traditions, values, and memories we share cannot simply be replaced by another camp. Camp Lavi is unique, and there is nowhere else quite like it.

It is heartbreaking to think that future summers at Camp Lavi could be taken away—not only from me, but from the hundreds of children who come each year and the many more who hope to experience the same joy, friendships, and sense of belonging that I have.

I understand that you have many important factors to consider. I respectfully ask that you also think about the children whose lives have been shaped by Camp Lavi and the lasting impact losing it would have on so many families and future generations.

Thank you very much for taking the time to read my letter and for your service.

**Sincerely,**

**Israel Turkel**
**Age 14**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | sarahsteinmetz12@icloud.com |
| **Sent:** | Wednesday, August 5, 2026 1:14 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp lavi |

CAUTION - EXTERNAL:


Please don't do this camp lavi is my life I've grown up with all of my bestfriends here this is my happy place the one place I feel safe and happy. Please I need camp lavi I beg Sent from my iPhone CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Brad Sheena <bsheena3@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 2:13 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

<mark>**CAUTION - EXTERNAL:**</mark>

The Honorable Chief Judge Christine Gravelle
United States Bankruptcy Court for the District of New Jersey

Dear Chief Judge Gravelle,

I am writing as a Camp Lavi parent and as someone whose family has come to appreciate just how unique Camp Lavi is within the Modern Orthodox Jewish community.

For many of us, Camp Lavi is much more than a summer camp. It provides an environment where children can build lifelong friendships, strengthen their Jewish identity, and experience a community that reflects the values our families live by throughout the year. There are very few overnight camps that serve the Modern Orthodox community in this way, and those that do are already at or near capacity. If Camp Lavi were to close or lose its identity, there simply are not realistic alternatives for the hundreds of campers and families who rely on it each summer.

Like many parents, I was genuinely surprised to learn that Camp Lavi was owned by a larger investment group. Throughout the years, we always viewed the individuals who operated the camp as its owners because they have been the face of Camp Lavi and the people who have faithfully built and preserved its culture, traditions, and reputation. Their dedication is what has made Camp Lavi so meaningful to generations of families.

As the Court considers the future of Camp Lavi, I respectfully ask that significant weight be given to preserving the camp as a thriving Modern Orthodox institution. The current operators are uniquely positioned to maintain the traditions, values, and close-knit community that have defined Camp Lavi for decades. Those qualities cannot simply be recreated under new ownership.

Thank you for your time and for considering the profound impact your decision will have on hundreds of children and families who cherish this special place.

Respectfully,

Brad Sheena
Camp Lavi Parent

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

| | |
|---|---|
| **From:** | elana dumont <elanadumont@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 2:31 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

<mark>CAUTION - EXTERNAL:</mark>

Honorable Christine M. Gravelle,

I write to you as a parent of an 8 year old child who just attended the Camp Lavi trial.
We live on Long Island.  I myself worked at Camp Lavi in 2004 as a counselor.
I ask that you do everything in your power to keep this Camp Lavi. I understand there are multiple bidders, but we ask you to grant the bid to a buyer that intends to keep it operating as Camp Lavi.
Selling this camp to a new operator will displace over 600 kids. Other modern orthodox Jewish camps are full and don't have the space to absorb Camp Lavi campers.
This is a very special camp and we want to see it continue. Our kids thrive at Camp Lavi. We want to preserve our children's experience for next summer and allow them to have continuity in the summer community of which they are a part. Our kids would be devastated to have this taken away. Please do everything you can to keep it "ours".
With much appreciation,
Elana Knoll
516-680-7080

--
Elana Dumont, PsyD
Licensed Clinical Psychologist
Email: elanadumontpsyd@gmail.com
https://www.drelanadumont.com/
(516) 986-8056

Dr. Dumont cannot guarantee the confidentiality of e-mail messages. Please use discretion when sending information that is sensitive in nature. Also, please be aware that Dr. Dumont does not maintain 24-hour access to e-mail accounts and messages may not be checked after regular business hours or during weekends/holidays.

IMPORTANT NOTICE: The information contained in this electronic mail message is intended only for the personal and confidential use of the designated
recipient(s) named above. This message is privileged and confidential. If
the reader of this message is not the intended recipient or an agent
responsible for delivering it to the intended recipient, this electronic
communication was delivered to you in error and any review, dissemination,

distribution, or copying of this message is strictly prohibited. If you have
received this communication in error, please notify me immediately by
telephone and e-mail and destroy any and all copies of this message in your
possession (whether hard copies or electronically stored copies). Thank you
for your cooperation.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

| | |
|---|---|
| **From:** | Shaina Salman <shainaattias@icloud.com> |
| **Sent:** | Wednesday, August 5, 2026 5:29 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp lavi |

**CAUTION - EXTERNAL:**

Hi **Honorable Christine M. Gravelle,**

**I hope this email finds you well**

**It's been weeks i have been in tears over the outcome of lavi**

**You see , Lavi is not just a camp for my children. It was the place that shaped them and continues to shape them summer after summer.**

**It is the place that my son counts down to from the time he comes back to the time he camp starts.**

**It is the place he feels wanted , heard and comfortable when during the year he struggles.**

**It is not just a camp for us. It is a second home.**

**We give our most prized possession to this camp year after year and the direction Sean has treated lavi our children like his baby and for that we must fight to keep it alive.**

**I don't know what my children would have been without this camp.**

**We can't let them close.**

**PLEASE, stop the sale if the outcome is to close lavi -**

**A desperate mother**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Samantha Fischler <samanthafischler@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 5:48 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Sale of camp Lavi |

**CAUTION - EXTERNAL:**

Sent from my iPhone

**The Honorable Chief Judge Christine Gravelle**

**Your Honor,**

**We write as parents and grandparents whose children and grandchildren have been privileged to call Camp Lavi their summer home.**

**For us, Camp Lavi is not simply a business or a piece of property. It is a community that has shaped our families, strengthened Jewish identity, built lifelong friendships, and created memories that span generations. The values, traditions, and culture of Camp Lavi are the reason families return year after year and entrust the camp with what is most precious to them—our children.**

**We understand that the Court has many important factors to consider in approving a sale. We respectfully ask that, in addition to the financial considerations, the Court also recognize the tremendous value of preserving the unique character and continuity of Camp Lavi.**

**The current Camp Lavi leadership has earned the confidence of families through years of dedication and commitment. They understand the camp's mission, its traditions, and the needs of the community it serves. Their continued stewardship offers the greatest opportunity to preserve the Camp Lavi experience that has positively influenced thousands of children and families.**

**We respectfully urge the Court to give every consideration to the bid submitted by the current Camp Lavi organization so that this extraordinary institution can continue to thrive under the leadership that has made it so special.**

**Thank you for your time and thoughtful consideration.**

**Respectfully,**

**Josh and Samantha Fischler**
**Lenore and Bill Eisenberg**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Ashley Buterman <ashleybuterman@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 7:03 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Re: Camp Lavi |

**CAUTION - EXTERNAL:**

Good evening,
Please see this petition that we started less then 24 hours ago that has thousands of people fighting to keep Camp Lavi open and operating. Lavi closing will be very detrimental to hundreds of Jewish kids and their families.
We appreciate your review and  consideration



Sign the Petition
c.org

On Aug 4, 2026, at 7:57 PM, Ashley Buterman <ashleybuterman@gmail.com> wrote:

Dear Honorable Judge,

I am writing as the parent of two children, ages 10 and 11, to respectfully ask the Court to do everything possible to preserve Camp Lavi and prevent its sale to Ohel.

Camp Lavi is far more than a piece of property. It is a unique community that has become a second home for my children and for hundreds of other campers. It serves more than 600 children each summer and has touched the lives of thousands of families over the years. The relationships, traditions, values, and sense of belonging that Camp Lavi provides cannot simply be recreated somewhere else.

For my family, there is no other camp that could replace Camp Lavi. My children count down the days until they return each summer. They have built lifelong friendships, developed independence, gained confidence, and found mentors who have helped shape the people they are becoming. The thought of losing this community is heartbreaking.

Camp Lavi fills a very special niche. It is not interchangeable with other camps, and many families, including ours, chose it specifically because of its unique culture and mission. If it disappears, an irreplaceable community disappears with it.

I understand the Court must consider many legal and financial factors. I simply ask that, in making its decision, you also consider the profound impact this sale would have on the children and families whose lives have been enriched by Camp Lavi for generations.

Thank you for your time, your consideration, and your service.

Respectfully,

Ashley Buterman

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Adina Kwestel <akwestel@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 11:44 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Auction of Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Judge,

My name is Adina Jacobson, and I am writing to you as a Camp Lavi parent. We are devastated to hear about the possible sale of Camp Lavi to Ohel Children's Home and Family Services.

Camp Lavi has been a huge part of our lives. My daughter,Aviya, and son Nathaniel have been attending camp for a few years now, where is has given them the chance to grow, build lifelong friendships, and create memories that stay with them long after the summer ends. The outcome of this sale will affect far more than just the property - it will affect an entire community that has been built over the past fifty years.

I understand that this is a bankruptcy proceeding and that your responsibility is to achieve the highest and best result for the creditors. At the same time, I respectfully as that every qualified bidder be given a fair opportunity to participate in the process. A transparent and competitive sale benefits everyone and helps ensure that the best possible outcome is reached. We want to ensure that Camp Lavi continues to stay the way it is, and are uneasy that the current winner of the bid will continue to do that-. It would be a devastating loss to our children, and the entire Camp Lavi family.

For us, this isn't just a business transaction. Camp Lavi means so much to us, and many other families. I ask that the process remain open, fair, and transparent, with every qualified bid receiving full and impartial consideration.

Thank you for your time and consideration.

Respectfully,
Adina Jacobson
Parent, Camp Lavi

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | arielle.feldman@gmail.com |
| **Sent:** | Thursday, August 6, 2026 2:18 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Save camp lavi |

CAUTION - EXTERNAL:

To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,
Arielle Feldman
Camp Lavi Parent

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Sherry Farzan <sherryfarzan@yahoo.com> |
| **Sent:** | Thursday, August 6, 2026 8:21 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

**CAUTION - EXTERNAL:**

To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,
Sherry Ahdout

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Rabbi Dani Rockoff <drockoff@westchesterday.org> |
| **Sent:** | Thursday, August 6, 2026 2:38 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

**CAUTION - EXTERNAL:**

Dear Honorable Christine M. Gravelle,

I hope this message finds you well.  I am writing on behalf of many families in the Westchester Day School community whose children attend Camp Lavi.  I understand that the issues at hand are complex and I do not pretend to know the details or the full picture.  I'm just adding my voice to the consideration as a school leader. So many of our students cherish their experience at Camp Lavi, and it would be wonderful if there is a way that it can continue to operate. I also greatly respect the work of Ohel within the community.  I hope there is a way to resolve these issue whereby Camp Lavi can continue to operate and fulfill its mission.

Rabbi Dani Rockoff
Head of School
Westchester Day School


--



**Rabbi Dani Rockoff**
Head of School
Westchester Day School
914-698-8900 x105
drockoff@westchesterday.org


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Etty Rosenberg <ettyrosenberg@gmail.com> |
| **Sent:** | Thursday, August 6, 2026 3:30 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

**CAUTION - EXTERNAL:**

To the Honorable Chief Judge Christine Gravelle:

I am writing as a member of the Camp Lavi community to respectfully ask the Court to consider the importance of preserving Camp Lavi as an operating camp with its unique identity and traditions intact.

Camp Lavi has been a cornerstone of the Modern Orthodox Jewish community since 1977. For nearly fifty years, it has provided generations of children with a meaningful summer experience, and many current campers are second- and third-generation Lavi campers. Lavi is not simply a summer camp—it is a community institution that has had a lasting impact on thousands of families.

There are only a handful of Modern Orthodox overnight camps, and all of them are already at capacity. They simply do not have the ability to absorb the hundreds of campers who would be displaced if Camp Lavi were to close or cease operating in its current form.

As the Court considers the competing bids and the future ownership of Camp Lavi, I respectfully ask that the impact on the campers, families, and broader community be given meaningful consideration. The preservation of Lavi as a thriving, operating camp should be a central factor in evaluating which outcome best protects the value of this important community institution.

Thank you for your consideration of this matter and for recognizing the significant role Camp Lavi plays in the lives of hundreds of children and families.

Respectfully,

Etty Rosenberg
Community Member

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Yosi Pupkin <yosi.pupkin@student.rasg.org> |
|---|---|
| Sent: | Thursday, August 6, 2026 4:00 PM |
| To: | Chambers of CMG |

**CAUTION - EXTERNAL:**

Please side with lavi we need it to stay opennn

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Asher Gitig <ashmg429@icloud.com> |
| **Sent:** | Thursday, August 6, 2026 4:03 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Camp Lavi |

CAUTION - EXTERNAL:


Hello,

I am a 5th year camper at Camp Lavi and I need this camp to stay open. Camp Lavi is the home to about 600 campers and has been to many more for many years. Why should Ohel be able to grow their community by destroying ours? It's not about what they can do. It's about what they should do and what they should do is let Lavi stay open and side with us. I really hope that you can share this message and think about it and side with Lavi so we can keep our growing community.

Sincerely,

Asher Gitig

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Nina Wiesel <nina@wieselfamily.com> |
| **Sent:** | Thursday, August 6, 2026 4:15 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Help us preserve Camp Lavi |

CAUTION - EXTERNAL:

Dear Judge,

My name is Nina Wiesel, and I am writing because Camp Lavi means so much to me and to so many other kids and families. Camp Lavi is so much more than just a summer camp. It is a place where we grow, build lifelong friendships, strengthen our confidence, and create memories that stay with us forever. For many of us, it feels like a second home—a place where we feel safe, accepted, and truly happy. The thought of losing Camp Lavi is heartbreaking. There are so many campers whose lives have been positively impacted by the people, traditions, and community there. It has taught us kindness, responsibility, leadership, and the importance of caring for one another. Those lessons cannot be replaced. I respectfully ask that you consider how much Camp Lavi means to the thousands of children, families, staff members, and alumni whose lives have been touched by it. Keeping Camp Lavi open would preserve a place that has brought so much joy, growth, and hope to so many people. Thank you for taking the time to read my letter and for considering the impact your decision will have on our community.

Sincerely,

Nina Wiesle

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Chloe <chloehelker64@gmail.com> |
| **Sent:** | Thursday, August 6, 2026 4:45 PM |
| **To:** | Chambers of CMG |

**CAUTION - EXTERNAL:**

Dear Judge,

My name is Chloe Heller, and I am a camper at Camp Lavi. I wanted to tell you how much this camp means to me.Camp Lavi isn't just a camp it's my second home. It's where I've made my best friends, grown as a person, and made memories I'll never forget. Every summer, I can't wait to come back because it feels like a place where I truly belong. I know the camp was sold, but I hope you'll think about all of the campers whose lives have been changed by Camp Lavi. If it becomes something different, it won't just be a change to a camp it will feel like we're losing a home.Please keep us campers in your heart when making your decision. Camp Lavi means more to us than words can explain.

Thank you for taking the time to read my email.

Sincerely,

Chloe Heller

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Leonard Spector <lenny3290@gmail.com> |
| **Sent:** | Thursday, August 6, 2026 8:43 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Please keep Camp Lavi open.  My children , grandchildren, and now Great Grandchildren will be going there.  This camp is a landmark , and should not be closed |

CAUTION - EXTERNAL:


Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Beth Lipschitz <bethslipschitz@gmail.com> |
| **Sent:** | Thursday, August 6, 2026 11:53 PM |
| **To:** | Chambers of CMG |
| **Subject:** | A Plea to Save Camp Lavi |

CAUTION - EXTERNAL:

To the Honorable Christine M. Gravelle,

I am writing today as one of thousands who are incredibly concerned regarding the impending sale of Camp Lavi.

I have over 40 years of memories at Camp Lavi as a camper and now a proud parent and alumna.

For close to 50 years and approaching 3 generations, Camp Lavi has been the home of 600 children each Summer. Campers have built lifelong friendships, strengthened their social and emotional wellbeing, built their Jewish identity, grown into professionals and leaders, and made memories that stay vivid year after year. Thousands of alumni carry the values and experiences they gained at Lavi into their homes, schools, communities, and families, and many return to Lavi as parents so they can give their children the gift of Summers at Camp Lavi.

From its inception, Camp Lavi has maintained a unique role within the Modern Orthodox camping community. Camp Lavi's families deserve the opportunity to preserve the community we have built and to remain the home to the next generations of Lavi campers. **Simply put, Camp Lavi is irreplaceable.**

You may have already seen the petition with thousands of signatures of others asking the same thing I am - for Lavi to be awarded to owners who will preserve the operations of the camp for its directors and operators, and in turn for Lavi's families - **https://c.org/SNqZYLCTmf**

**There is no practical alternative to Lavi remaining under the ownership and leadership of its families. Most urgently, please realize that there is absolutely not enough capacity across the other Modern Orthodox camps to absorb all of Lavi's displaced campers.**

The Lavi community has been made aware of the bid made by Ohel to purchase Lavi. Ohel is suggesting they will preserve Lavi, but it's extremely evident based on the nature of the other programs Ohel runs, and the Ultra Orthodox nature of the organization, that they will not be able to maintain the Modern Orthodox, co-ed environment which is at the foundation of Camp Lavi. Ohel mentions incorporating inclusivity, but Lavi already partners with a wonderful organization, Yachad, to ensure the Lavi experience is inclusive to campers needing intellectual and developmental support. Lavi's families recognize the wonderful work of Ohel and we simultaneously plead that Lavi be enabled to be owned and led by members of the Lavi family, so that both institutions can continue to serve our community rather than Ohel leaving Lavi's 600 campers without a Summer camp.

1

Thank you so much for taking the time to read this letter and carefully consider this sensitive situation. If I can provide any additional details about the situation or institutions involved, please let me know.

Thank you,

Beth Stein Lipschitz
201-906-6930
bethslipschitz@gmail.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.