| | |
|---|---|
| **From:** | Amanda Rubin Deveaux <amandadeveaux@gmail.com> |
| **Sent:** | Friday, July 31, 2026 12:15 AM |
| **To:** | Chambers of CMG |
| **Cc:** | odie@islandlake.com; monica@islandlake.com |
| **Subject:** | Re: Simad Holdings - Parent Letter Regarding the Future of Island Lake Camp |

**CAUTION - EXTERNAL:**

Dear Judge Gravelle,

It is my honor to write to you as the parent of two campers at Island Lake Camp, regarding the auction of Simad Holdings.

This is my children's first summer at Island Lake after spending two and three summers, respectively, at another sleep away camp. Changing camps was not a decision we made lightly, but it has proven to be one of the best decisions we have made for them.

On Visiting Day, our youngest looked at us and said repeatedly, "Thank you so much for letting us change camps and for finding Island Lake." He joined the circus; has mastered dropping in on the 5' half pipe in the skate park; and requested more books, having finished all that we sent, reading in the lakeside Adirondack chairs.

As parents, there are few things more meaningful than hearing your child express that they have found a place where they truly belong. Island Lake has become that place for both of our children.

Craig aka "Odie" and Monica Odiorne lead this camp with wholehearted dedication, warmth, and a playful spirit that makes every child feel welcomed and valued. They have created an environment where children are encouraged to explore countless activities, discover new passions, and grow into themselves - without the pressure of competition or the fear of not fitting in.

Under Odie and Monica's leadership, Island Lake allows kids to simply be kids. Every child is accepted for who they are, their unique interests are celebrated, and they are given the confidence to thrive. That kind of environment is so rare today and incredibly special.

Our family looks forward to many more summers at Island Lake, and I sincerely hope that future campers will have the opportunity to experience the same sense of belonging that our children have found.

I respectfully ask the Court to consider what is truly at stake for the hundreds of children and families whose lives are shaped by this camp. I urge you to give strong consideration to the competitive stalking horse bid submitted by Odie and Monica so that they may continue as the owner-operators of this extraordinary community.

I sincerely thank you for your time and for your thoughtful consideration.

Respectfully,

Amanda Rubin Deveaux, parent of Edward (age 9) and Marlowe (age 12)

300 E 57th St, 9D

NY, NY 10022

617-834-8342

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Sarah Pinner Landow <sarahadina26@yahoo.com> |
| **Sent:** | Friday, July 31, 2026 1:09 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Support for Keeping Odie and Monica as Owners/Directors of Island Lake Camp |

CAUTION - EXTERNAL:

Honorable Judge Gravelle,

I am writing as a parent, former staff member, and longtime member of the Island Lake Camp community to respectfully ask that you consider the importance of preserving ILC under the leadership of Craig "Odie" and Monica Odiorne.

My connection to Island Lake Camp goes back many years. I personally worked at ILC for two summers, and during that time I witnessed firsthand the tremendous amount of care, dedication, and heart that goes into creating the camp experience. I saw how much thought and effort goes into making sure children feel supported, included, and able to grow.

Today, I have the privilege of experiencing ILC as a parent. My son is currently a camper at ILC, and watching him build friendships, gain independence, and experience all that camp has to offer has reminded me why this place is so special. My daughter also attended ILC, and she loved her experience so much that she considered returning this summer as a Junior Counselor. Ultimately, she chose to work at a local day camp so she could be home to begin preparing for college applications, but the fact that she wanted to return and give back speaks to the lasting impact ILC has had on her.

Island Lake Camp is more than a business. It is a community built on traditions, relationships, and the belief that summer camp can help children become more confident, compassionate, and independent. Odie and Monica are a huge part of what makes that possible.

I respectfully ask that you consider the voices of the families, campers, and staff members who care deeply about preserving the culture and legacy of Island Lake Camp. Keeping Odie and Monica involved as directors would help protect the community and experience that so many children and families have come to love.

Thank you for your time and for considering the perspective of someone who has experienced ILC from multiple viewpoints.

Sincerely,

Sarah Landow

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Justin Bedard <wjbedard@gmail.com> |
| **Sent:** | Friday, July 31, 2026 1:39 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Island Lake Camp auction |

**CAUTION - EXTERNAL:**

The honerable Christine M. Gravelle,

Our son has attended Island Lake Camp for the past 3 years. He absolutely loves it there and we love that he's there living his life to his fullest potential. This is only possible because of the hard work and dedication of the current directors of the camp, Odie and Monica. If they are out of the picture, it's just a regular camp. It's no longer "family". If someone else comes in and takes over Island Lake, it will just end up being a piece of land and they will lose 90+% of the campers that currently attend there. Those investors will lose money and the land will be right back in your bankruptcy court next year.

If Odie and Monica become the owners, the camp and the community will continue to thrive. This camp puts on a 4th of July fireworks display not just for the campers, but for the entire community. Odie and Monica does not run this camp in a bubble. They know they need the community and in turn, the community needs them. Anyone else, like I said before, it's just a piece of land to them. This is Odie's and Monica's heart. This is our son's heart and home away from home for the summer. Anywhere else with anyone else and it won't be the same.

Please take this into consideration when making your decision. The most money at auction might be good for the money people, but will have devastating affects on the future.

Thank you for you time and consideration,

Justin Bedard
610.202.2427

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Cimberly Molbegat <ckolins@gmail.com> |
| **Sent:** | Friday, July 31, 2026 6:36 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Island Laks Camp |

CAUTION - EXTERNAL:

Honorable Christine M. Gravelle, Chief Judge,

I am writing today on behalf of my children in regards to Island Lake Camp in the hopes that you'll help keep the camp in the hands of Craig "Odie" and Monica Odiorne.

My children have found a home at Island Lake Camp that I always dreamed of. My younger son has anxiety, ADHD, and misophonia. He switched from a different sleepaway camp to Island Lake where he was welcomed, cared for, nurtured, and is now surrounded by friends and receiving accolades from the staff. This is a HUGE boost to his ego and helps set him up emotionally for a positive school year summer after summer.

The level of care that Monica and Odie put into their camp and its program goes above and beyond. Every camper is valued and loved. It's a really special place.

Please help us keep it in the hands of two people who truly deserve it.

Thank you,
Cimberly Molbegat
NYS mom

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Alyson Simpson <absnu123@gmail.com>
**Sent:** Friday, July 31, 2026 7:01 AM
**To:** Chambers of CMG
**Subject:** Island Lake Camp

CAUTION - EXTERNAL:

Dear Honorable Christine M. Gravelle, Chief Judge,

My name is Dr. Alyson Simpson, and I am the parent of two longtime Island Lake campers. I am writing as someone who has experienced firsthand what makes Island Lake unique and why I believe its greatest asset is not simply its beautiful property, but the leadership and culture that have been built over many years by Odie and Monica and the team they have assembled.

Our family has known Odie and Monica for nearly seven years. We first met them when they directed another sleepaway camp. Although that camp had newer facilities and many impressive amenities, what attracted us was never the buildings—it was their leadership. When they moved to Island Lake, our family chose to follow them because we believed the quality of a camp is determined by the people running it, not simply by its physical assets.

That decision proved to be the right one.

As both a physician and the owner of my own medical practice, I understand that successful organizations are built on leadership, culture, and retaining talented people. Buildings and equipment can be replaced. Trust, institutional knowledge, and loyal staff cannot.

One of the most remarkable aspects of Island Lake is the number of experienced directors, administrators, counselors, and program leaders who have followed Odie and Monica over the years and remained with them. That level of loyalty is uncommon and speaks volumes about the way they treat people and the culture they have created. Those relationships provide continuity that families recognize and value.

I experienced this personally when my son struggled during one summer. Rather than speaking with someone who had just met him, he immediately sought out an office administrator who had known him since he was nine years old. She had followed Odie and Monica from their previous camp, and because of that longstanding relationship, he trusted her enough to share what he was feeling. That kind of continuity cannot be recreated overnight, and it is one of the reasons families return year after year.

My niece also attended Island Lake after coming from Israel. Monica carefully considered where to place her, ensuring she was close enough to my daughter to feel secure while still giving her the opportunity to develop her own friendships and independence. She flourished because of the thoughtful, individualized attention she received.

Island Lake has a spectacular waterfront and beautiful grounds, but many camps have attractive facilities. What distinguishes Island Lake is its culture. Families are loyal because they trust the leadership. Children return because they feel known, supported, and valued. Parents recommend the camp because they have confidence in the people making decisions every day.

In my profession, I have learned that the quality of an organization depends far more on the people leading it than on the building in which they work. Years ago, when choosing a preschool for my son, I intentionally selected a school with more modest facilities because its teachers and leadership were exceptional. The same

principle applies here. The long-term value of Island Lake lies in the experienced leadership team that has built and sustained its reputation.

For that reason, I respectfully ask the Court to recognize that preserving the leadership, culture, and continuity that Odie and Monica have created is an important component of preserving the value of Island Lake itself. Those qualities have taken years to develop and cannot easily be replaced.

Thank you for your consideration of my perspective as a longtime camp parent.

Respectfully,

Dr. Alyson Simpson
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2

| | |
|---|---|
| **From:** | Heather Eastern <heather92282@hotmail.com> |
| **Sent:** | Friday, July 31, 2026 7:13 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Note from an Island Lake Camp Parent |

**CAUTION - EXTERNAL:**

Honorable Christine M. Gravelle, Chief Judge,

I'm reaching out as a mom of two Island Lake Campers (ages 12 and 9). Island Lake isn't just a camp to my children; it's their happy place and where they found "their people". It's the place where my 12-year-old daughter who struggles with self-confidence transforms into such a happy child. It's the place where my 9-year-old son explores all the passions we never knew he had! It's the place they spend the entire school year counting down the days until they get to go back. It's the place they have the freedom to learn, grow, and discover who they are. It's become a piece of them. I can't imagine what selling the camp would do to them, and countless other kids.

Please don't let the camp fall into someone else's hands! It's not just an asset; they are a part of our family and so many others. As parents, we spend months to years picking the perfect camp for our children. A major part of the decision is how much trust we have in the people that run the camp. For us, the entire reason we chose Island Lake was because of Odie and Monica, and countless testimonials we received from parents about how incredible they are.

Island Lake tends to attract a lot of campers that had poor experiences at another camp (including us) and switch to Island Lake. This isn't a coincidence; it's Odie and Monica's passion for making sure all kids have a magical summer. They are so in tune to what each kid's needs are and get so much satisfaction in turning around a struggling camper. They also are incredible at bringing the parents along and allowing us to feel like we are a part of camp and that our children are in good hands.

All camps are not like this. We have been so impressed by Odie, Monica, and their whole team. Their love, warmth, dedication, and communication truly is something special and unique. Running a camp is so hard but they were made for this!

Sincerely,

Heather Eastern

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Elizabeth Porrino <elizabeth.porrino@gmail.com> |
| **Sent:** | Friday, July 31, 2026 7:24 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Parent's Letter in Support of Island Lake Camp Leadership |

**CAUTION - EXTERNAL:**

The Honorable Judge Gravelle,

I am writing as the parent of a camper at Island Lake Camp. I understand that the Court must make decisions based on the law and the facts before it, but I wanted to share what Island Lake has meant to our family and why I hope the camp remains under the leadership of Craig ("Odie") and Monica Odiorne.

This was my son's very first summer at sleepaway camp. He is naturally shy, quiet, and reserved, and he was very nervous about leaving home. As parents, we worried whether he would adjust and whether camp would be a positive experience for him.

What happened exceeded every expectation we had. Island Lake became a place where he truly flourished. He made wonderful new friends, gained confidence, and came home happier, more independent, and more self-assured than we have ever seen him. He has already begun counting the days until he can return next summer.

One story in particular captures what makes Island Lake so special. One of his bunkmates chipped a tooth, and the boys spent time at Odie's house after his friend returned back from the dentist. Odie gave them lots of special attention. When my son told us about it, it wasn't described as an emergency, it was simply another example of how cared for and safe everyone felt. To an eight-year-old, spending time at the camp director's home was one of the highlights of his summer. That speaks volumes about the welcoming, family atmosphere that Odie and Monica have created.

As parents, we know that buildings and property are important, but they are not what make a camp magical. The people do. The culture does. The traditions, relationships, and sense of belonging that Odie and Monica have fostered are what transformed a scared first-time camper into a confident kid who cannot wait to go back.

As an attorney myself, I recognize that the Court has many factors to consider in these proceedings. I simply wanted the Court to know that behind the financial aspects of this case are thousands of children and families whose lives have been positively impacted by the leadership of Odie and Monica. Their dedication has created something truly special, and I sincerely hope they will be given the opportunity to continue leading Island Lake Camp.

Thank you for your time and for considering my family's perspective.

Respectfully,

Elizabeth Porrino
Parent of an Island Lake Camp Camper

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Kim Greenburg <kpgreenburg@yahoo.com> |
| **Sent:** | Friday, July 31, 2026 7:25 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Support for Odie and Monica in the Island Lake bankruptcy auction |

<mark>CAUTION - EXTERNAL:</mark>

Dear Honorable Judge,

My name is Kim Greenburg, and I am writing as the parent of an Island Lake Camp camper to respectfully share my support for Odie and Monica as you oversee the bankruptcy auction process.

While I understand that financial and legal considerations are central to these proceedings, I hope you will also consider the extraordinary community that Odie and Monica have built over many years. For thousands of children and families, Island Lake Camp is far more than a business or a piece of property—it is a place where children grow in confidence, develop independence, build lifelong friendships, and discover the best versions of themselves.

This was my son Austin's first summer at Island Lake Camp after attending another camp for the previous three years. The difference in his experience was remarkable. He came home genuinely happy, confident, and already counting the days until he could return. One comment he made has stayed with me: *"It's so interesting…at Island Lake Camp, all the campers cry when they have to leave camp instead of crying when they leave their parents to go to camp."* I can't think of a more powerful testament to what Odie and Monica have created.

Austin was especially impressed by Odie's leadership. He couldn't believe that the camp director was so present—participating in activities, eating meals with campers, and making himself visible and approachable every day. That level of engagement speaks volumes about the culture of the camp.

Austin also flourished in the Outdoor Adventure program. He was given the opportunity to help run the zip line, an experience that made him feel trusted, capable, and valued. His counselor, AJ, became an incredible mentor, and the leadership team made sure Austin felt supported from the very beginning. As parents, there is nothing more reassuring than knowing your child is truly seen and cared for.

1

As a parent, I know firsthand that camps are built on relationships, traditions, and trust. Those things cannot simply be transferred to a new owner. They are the direct result of thoughtful, passionate leadership, and Odie and Monica have devoted themselves to creating an environment where children thrive.

Thank you for your time and for the responsibility you carry in this matter. I simply wanted you to know that, from the perspective of one grateful family among many, Odie and Monica have made an immeasurable difference in the lives of our children. I sincerely hope that whatever path is possible allows them to continue the remarkable legacy they have built at Island Lake Camp.

Respectfully,

Kim Greenburg

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Annie Crane Dosik <angelica.crane@gmail.com> |
| **Sent:** | Friday, July 31, 2026 8:06 AM |
| **To:** | Chambers of CMG |
| **Subject:** | On Behalf of Odiore Family and Island Lake |

**CAUTION - EXTERNAL:**

Dear Honorable Christine M. Gravelle,

My two boys just completed their 4th summer at Island Lake. It is their home away from home, their happy place.

As an early childhood educator I can attest that Odie (Craig Odiore) and Monica go above and beyond what you will find typically for camp directors. They make the campers feel like true family. Odie and Monica's level of care and attention to detail is the pinnacle of what anyone would want for camp directors. While they have not been at Island Lake for many years, they have been in the business of running sleepaway camps for decades. We are grateful and fortunate to have our children benefit from their expertise.

It would be in everyone's best interest to select the Odiore family's bid for Island Lake, allowing them to become the full owners and continue running this wonderful program.

Thank you for your consideration,
Annie Dosik

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Kate Kaplan <kate@a4ti.com> |
| **Sent:** | Friday, July 31, 2026 11:51 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Island Lake Camp |

<mark>CAUTION - EXTERNAL:</mark>

Dear Chief Judge Gravelle,

I am writing as the parent of a camper at Island Lake Camp to share how profoundly Odie and Monica have impacted not only my child, but countless other children and families.

As a parent, you hope your child finds a place where they feel accepted, safe, encouraged, and genuinely happy. Under Odie and Monica's leadership, Island Lake Camp has become exactly that. They have created an environment where children who may have struggled to find their place elsewhere build lifelong friendships, gain confidence, and experience the kind of childhood that is increasingly rare today.

What makes Island Lake extraordinary is not simply its facilities or programs—it is the culture they have built. Odie and Monica are the heart and soul of this camp. Their dedication extends far beyond running a business. They know the campers, care deeply about their families, and consistently demonstrate professionalism, compassion, and an unwavering commitment to giving children an unforgettable summer experience.

Year after year, they continue to improve the camp, often making personal sacrifices to ensure it remains a place where children thrive. They have made Island Lake a true home away from home for so many campers, and the positive impact they have had on young lives is immeasurable.

I understand that the Court must make decisions based on the law and the facts before it. I simply wanted you to know, from the perspective of a parent, that Odie and Monica are inseparable from what has made Island Lake Camp so special. Their leadership, values, and commitment are the foundation upon which this community has been built.

If there is any consideration that can be given to preserving their role in the future of Island Lake Camp, it would mean the world to so many campers, parents, alumni, and staff whose lives have been touched by them.

Thank you for your time and for considering the perspective of one grateful camp parent.

Respectfully,

Kate Kaplan

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.