| | |
|---|---|
| **From:** | Shayna Weissman <shaynamont@gmail.com> |
| **Sent:** | Monday, August 3, 2026 7:11 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Request to Preserve Mohawk Country Day School for the 2026–2027 School Year |

**CAUTION - EXTERNAL:**

Dear Judge Gravelle and Interested Parties,

My name is Shayna Weissman and I am the parent of a child at Mohawk Country Day School and Mohawk Day Camp.

I have been following this case closely and wanted to thank you for the time, attention, and effort you have devoted to this complicated matter.

My son completed kindergarten at Mohawk last year and is expected to return for first grade this fall. He is in Mohawk's combined kindergarten and first-grade class, which usually has no more than about 12 children.

That small and supportive environment has been incredible for him. He has been able to receive services through the Greenburgh school district while attending Mohawk. The combination of those services, the small class setting, the incredible teachers, access to the outdoors, and use of the camp facilities has helped him grow tremendously. He has gained so much confidence, both academically and socially, and has truly thrived there. He has also had a wonderful summer at Mohawk Day Camp.

When David Zaslav appeared as the stalking-horse bidder, many of us felt hopeful that Mohawk would continue as both a camp and a school. We have now seen reports that an investment group with real-estate interests may be the successful bidder. That has left parents very concerned about whether the new owner intends to preserve the school and camp as they currently exist.

The camp is very important to our family, but the school is an especially urgent concern. The new school year is only about a month away. Families have relied on assurances that Mohawk Country Day School would open as planned, and our children are enrolled and preparing to return.

If the school does not open, many families will have no realistic alternative this late in the summer. Schools have already completed admissions and class placements, and finding an appropriate setting for a first grader with specific needs cannot be done overnight.

We respectfully ask that any approved sale require the buyer to honor the school's existing enrollment commitments and keep Mohawk Country Day School open for returning students for at least the upcoming school year. This would protect the children from an abrupt closure and give families enough time to make thoughtful plans for the future. We sincerely hope that the buyer intends to preserve both the camp and the school for many years to come.

Thank you for your time and consideration.

Respectfully,

**Shayna Weissman**
Parent, Mohawk Country Day School and Mohawk Day Camp Community

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**          N R <nicole.repking@gmail.com>
**Sent:**          Tuesday, August 4, 2026 9:28 PM
**To:**            Chambers of CMG
**Subject:**       Mohawk Country Day School

CAUTION - EXTERNAL:


Dear Judge Gravelle,

My name is Nicole Repking and my son has been attending Mohawk Country Day School for the past two years.  We have loved the school so much, that we re-enrolled him into first grade for the upcoming school year.  In addition, we enrolled my daughter into their early Kindergarten program for the upcoming year.  This school and the teachers/staff have been so wonderful to my son.  I cannot express how much the school means to me and my family.

With the sale, I am greatly concerned with who will purchase the school/camp and its immediate and long term future.  I wonder if there is any stipulation that can be made, which will guarantee the ongoing operation of the school.

I understand this process is complex and I sincerely appreciate all that you and your colleagues have done in this unusual circumstance.

I just hope that the next buyer will continue on this wonderful school.

Thank you for your consideration.

Regards,

Nicole Repking

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Shayna Weissman <shaynamont@gmail.com> |
| **Sent:** | Wednesday, August 5, 2026 4:20 PM |
| **To:** | Chambers of CMG |
| **Subject:** | LIMITED OBJECTION TO THE PROPOSED SALE OF MOHAWK COUNTRY DAY SCHOOL AND MOHAWK DAY CAMP |

<mark>CAUTION - EXTERNAL:</mark>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
SIMAD Holdings Ltd., et al.,
Debtors.

Chapter 11
Case No. 26-16388 (CMG)
(Jointly Administered)

Dear Judge Gravelle:

My name is Shayna Weissman and I am the parent of a Mohawk Country Day School student and Mohawk Day Camp camper.

I respectfully submit this Limited Objection to the proposed sale of Mohawk Country Day School and Mohawk Day Camp to Grandview Ventures Group, LLC. While I recognize that the Court's responsibility is to determine whether the proposed sale satisfies the requirements of the Bankruptcy Code and represents the highest and best outcome for the bankruptcy estate, I respectfully ask the Court to also consider the impact this transaction may have on the children, families, faculty, staff, and community who have relied upon Mohawk for generations.

My son completed kindergarten at Mohawk this past year and is scheduled to return for first grade this fall. The school's small class size, dedicated teachers, access to Greenburgh Central School District services, and unique educational environment have allowed him to thrive academically, socially, and emotionally. Mohawk has become much more than a school to our family—it has been a place where our son gained confidence, developed meaningful friendships, and discovered a love of learning. His growth over the past year has been remarkable, and we credit

1

Mohawk's nurturing environment and individualized approach for helping him reach his full potential.

Mohawk Country Day School is much more than a preschool. It provides a complete educational program through preschool, kindergarten, and first grade, serving children during some of the most formative years of their development. The continuity, stability, and individualized support students receive during these years are invaluable, and disruption at this stage can have lasting consequences for young children and their families.

Mohawk Day Camp is equally exceptional. Beyond offering children an incredible summer experience, it provides access to a wide variety of sports, arts, outdoor adventures, swimming, and enrichment activities that help children build confidence, independence, resilience, and lifelong friendships. Mohawk also offers an integrative Success Program that provides individualized support and additional attention for campers who benefit from extra guidance, allowing them to participate successfully alongside their peers. While my own son did not require that level of support, I know many children who would not have been able to attend camp without this program. These opportunities have made an immeasurable difference for many families and reflect Mohawk's longstanding commitment to ensuring that every child has the opportunity to succeed and belong.

With the school year scheduled to begin in approximately one month, families have already enrolled their children, made childcare, transportation, and educational arrangements, and, in many cases, coordinated therapeutic services with the district around Mohawk's program. On June 16, 2026, Mohawk operator Adam Wallach wrote to families that he could provide "100% assurance that Mohawk Country Day School & Mohawk Day Camp will continue to provide the same amazing experience families expect." He also stated that "Mohawk Country Day School will welcome students and teachers as planned in the Fall." Families reasonably relied upon those assurances when deciding to remain enrolled and forgoing other educational opportunities while options were still available.

That reliance is particularly significant for children who benefit from Mohawk's individualized approach. My own son receives services through the Greenburgh Central School District while attending Mohawk. The combination of those services and Mohawk's nurturing educational environment has been life-changing for him. Recreating that combination of educational support only weeks before the school year begins would be extraordinarily difficult and, for some families, may simply not be possible.

Founded in 1930, Mohawk has served Westchester families for nearly a century and is a well-loved educational institution. Its future has been placed in jeopardy not

because of its own educational or operational performance, but because it became part of the broader financial distress affecting the Shabsel brothers' business enterprise.

I understand that the Court must decide this matter based solely upon the evidence presented. The original $68 million stalking horse bid submitted by David Zaslav was publicly described as intending to preserve the continued operation of Mohawk Country Day School and Mohawk Day Camp. Media reports subsequently indicated that the bid may have been increased to approximately $80 million while maintaining that same objective. In contrast, the proposed sale currently before the Court does not provide families with meaningful assurance that Mohawk Country Day School and Mohawk Day Camp will continue operating as they have for generations.

Mohawk's value extends far beyond its land and buildings. It includes nearly a century of goodwill, an exceptional educational reputation, dedicated teachers, counselors, administrators, and staff, cherished traditions, longstanding relationships with families, and the trust of generations of Westchester parents. Those intangible assets are extraordinarily difficult to recreate once they are lost.

For families like mine, this case is about much more than a real estate transaction. Mohawk has given our son the opportunity to thrive academically, socially, and emotionally in ways we once feared might not be possible. Watching him gain confidence and a genuine love of learning has been life-changing for our family. I know many other families have similar stories.

Accordingly, I respectfully ask the Court to carefully consider whether the proposed sale adequately preserves the extraordinary value of Mohawk as an ongoing educational institution, summer camp, and community, and the impact that the loss of these programs would have on the children and families who rely upon them. For the many families already enrolled for the upcoming school year and future camp seasons, Mohawk represents far more than a piece of property—it is a place where children learn, grow, build confidence, develop lifelong friendships, and create lasting memories

Thank you for your time, your thoughtful consideration of this objection, and your service throughout these proceedings.

Respectfully submitted,

Shayna Weissman

Parent of a Mohawk Country Day School Student and Mohawk Day Camp Camper

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Shayna Weissman <shaynamont@gmail.com> |
| **Sent:** | Thursday, August 6, 2026 4:30 AM |
| **To:** | Chambers of CMG |
| **Subject:** | Re: LIMITED OBJECTION TO THE PROPOSED SALE OF MOHAWK COUNTRY DAY SCHOOL AND MOHAWK DAY CAMP |

<mark>CAUTION - EXTERNAL:</mark>

## Re: Correction to Prior Objection Letter
## In re SIMAD Holdings Ltd., et al.
## Case No. 26-16388 (CMG)

Dear Judge Gravelle,

I am writing to respectfully correct a factual error in the objection letter that I previously submitted regarding the proposed sale of Mohawk Day Camp and Mohawk Country Day School.

In my original letter, I mistakenly referred to **Grandview Ventures Group LLC** as the purchaser. I intended to refer to **FitzWalter Capital Partner,** the successful bidder for the Mohawk assets.

I apologize for the error and appreciate the Court's time and consideration.

Respectfully,

**Shayna Weissman**
Parent, Mohawk Country Day School and Mohawk Day Camp


REVISED


In re:
SIMAD Holdings Ltd., et al.,
Debtors.

Chapter 11
Case No. 26-16388 (CMG)

(Jointly Administered)

Dear Judge Gravelle:

My name is Shayna Weissman and I am the parent of a Mohawk Country Day School student and Mohawk Day Camp camper.

I respectfully submit this Limited Objection to the proposed sale of Mohawk Country Day School and Mohawk Day Camp to FitzWalter Capital Partners. While I recognize that the Court's responsibility is to determine whether the proposed sale satisfies the requirements of the Bankruptcy Code and represents the highest and best outcome for the bankruptcy estate, I respectfully ask the Court to also consider the impact this transaction may have on the children, families, faculty, staff, and community who have relied upon Mohawk for generations.

My son completed kindergarten at Mohawk this past year and is scheduled to return for first grade this fall. The school's small class size, dedicated teachers, access to Greenburgh Central School District services, and unique educational environment have allowed him to thrive academically, socially, and emotionally. Mohawk has become much more than a school to our family—it has been a place where our son gained confidence, developed meaningful friendships, and discovered a love of learning. His growth over the past year has been remarkable, and we credit Mohawk's nurturing environment and individualized approach for helping him reach his full potential.

Mohawk Country Day School is much more than a preschool. It provides a complete educational program through preschool, kindergarten, and first grade, serving children during some of the most formative years of their development. The continuity, stability, and individualized support students receive during these years are invaluable, and disruption at this stage can have lasting consequences for young children and their families.

Mohawk Day Camp is equally exceptional. Beyond offering children an incredible summer experience, it provides access to a wide variety of sports, arts, outdoor adventures, swimming, and enrichment activities that help children build confidence, independence, resilience, and lifelong friendships. Mohawk also offers an integrative Success Program that provides individualized support and additional attention for campers who benefit from extra guidance, allowing them to participate successfully alongside their peers. While my own son did not require that level of support, I know many children who would not have been able to attend camp without this program. These opportunities have made an immeasurable difference for many families and reflect Mohawk's longstanding commitment to ensuring that every child has the opportunity to succeed and belong.

2

With the school year scheduled to begin in approximately one month, families have already enrolled their children, made childcare, transportation, and educational arrangements, and, in many cases, coordinated therapeutic services with the district around Mohawk's program. On June 16, 2026, Mohawk operator Adam Wallach wrote to families that he could provide "100% assurance that Mohawk Country Day School & Mohawk Day Camp will continue to provide the same amazing experience families expect." He also stated that "Mohawk Country Day School will welcome students and teachers as planned in the Fall." Families reasonably relied upon those assurances when deciding to remain enrolled and forgoing other educational opportunities while options were still available.

That reliance is particularly significant for children who benefit from Mohawk's individualized approach. My own son receives services through the Greenburgh Central School District while attending Mohawk. The combination of those services and Mohawk's nurturing educational environment has been life-changing for him. Recreating that combination of educational support only weeks before the school year begins would be extraordinarily difficult and, for some families, may simply not be possible.

Founded in 1930, Mohawk has served Westchester families for nearly a century and is a well-loved educational institution. Its future has been placed in jeopardy not because of its own educational or operational performance, but because it became part of the broader financial distress affecting the Shabsel brothers' business enterprise.

I understand that the Court must decide this matter based solely upon the evidence presented. The original $68 million stalking horse bid submitted by David Zaslav was publicly described as intending to preserve the continued operation of Mohawk Country Day School and Mohawk Day Camp. Media reports subsequently indicated that the bid may have been increased to approximately $80 million while maintaining that same objective. In contrast, the proposed sale currently before the Court does not provide families with meaningful assurance that Mohawk Country Day School and Mohawk Day Camp will continue operating as they have for generations.

Mohawk's value extends far beyond its land and buildings. It includes nearly a century of goodwill, an exceptional educational reputation, dedicated teachers, counselors, administrators, and staff, cherished traditions, longstanding relationships with families, and the trust of generations of Westchester parents. Those intangible assets are extraordinarily difficult to recreate once they are lost.

3

For families like mine, this case is about much more than a real estate transaction. Mohawk has given our son the opportunity to thrive academically, socially, and emotionally in ways we once feared might not be possible. Watching him gain confidence and a genuine love of learning has been life-changing for our family. I know many other families have similar stories.

Accordingly, I respectfully ask the Court to carefully consider whether the proposed sale adequately preserves the extraordinary value of Mohawk as an ongoing educational institution, summer camp, and community, and the impact that the loss of these programs would have on the children and families who rely upon them. For the many families already enrolled for the upcoming school year and future camp seasons, Mohawk represents far more than a piece of property—it is a place where children learn, grow, build confidence, develop lifelong friendships, and create lasting memories

Thank you for your time, your thoughtful consideration of this objection, and your service throughout these proceedings.

Respectfully submitted,

Shayna Weissman
Parent of a Mohawk Country Day School Student and Mohawk Day Camp Camper

On Aug 5, 2026, at 4:20 PM, Shayna Weissman <shaynamont@gmail.com> wrote:

Grandview Ventures Group, LLC

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

4

| | |
|---|---|
| **From:** | Jeffrey Mutterperl <jeffmutterperl@gmail.com> |
| **Sent:** | Thursday, August 6, 2026 4:32 PM |
| **To:** | Chambers of CMG |
| **Subject:** | Comments regarding August 10 SIMAD Holdings hearing |

**CAUTION - EXTERNAL:**

August 6, 2026

The Honorable Christine M. Gravelle
U.S. Bankruptcy Court for the District of New Jersey
402 East State Street, Courtroom #3
Trenton, NJ 08608

Dear Judge Gravelle,

My first summer as a camper at Mohawk Day Camp was in 1974, where I spent six wonderful summers. I also attended the preschool there, at what was then known as The Home School. My brother and several cousins were also Mohawk campers, and my own children attended as recently as 2018.

While the $120.75 million offer that has been made for Mohawk is an extremely generous one, there are many (me included) who fear that the bidders, if successful, will close the camp and develop the land. What a shame this would be. Summer camp is a gift for any child. Mohawk's property is incredible. Equally so is its program, which teaches children so many important life skills.

I write to ask that you consider all bids for Mohawk, not just the highest one. Mohawk has been in existence for almost 100 years. Please don't let its legacy be tied to the current owners' financial problems. Current, former and future campers deserve to see Mohawk continue and thrive well into the future. Accepting a lower bid from Grandview Ventures Group will ensure that it does.

Sincerely,
Jeffrey Mutterperl
New Rochelle, New York

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.