# Stevens & Lee

110 Allen Road
Suite 304
Basking Ridge, NJ  07920
973-467-2700
www.stevenslee.com

T: (973) 230-2095
F: (610) 236-4342
daniel.stolz@stevenslee.com

August 7, 2026

**VIA ECF**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ  08608

> **Re:    SIMAD Holdings Ltd.**
> **Case No.: 26-16388(CMG)**

Dear Judge Gravelle:

This firm was retained yesterday to represent The Committee of Concerned Parents of Camp Lavi.  At 4:54 p.m. yesterday, we filed an Objection to the Proposed Sale of Camp Lavi on behalf of The Committee of Concerned Parents [docket #805].

Prior to filing our Objection with the Court, we were advised by our client that the $10 million purchase price was being wired into our firm's trust account.  Therefore, our Objection represented that the funds were on deposit in our trust account.

It has now come to my attention that the purchase price was not, in fact, wired into our trust account yesterday.

We write to the Court to correct the record with regard to our filed Objection.  We thank the Court for its consideration of the within correspondence.

Respectfully yours,

STEVENS & LEE

Daniel M. Stolz

DSTO:lld

PENNSYLVANIA   |   NEW JERSEY   |   DELAWARE   |   NEW YORK   |   RHODE ISLAND   |   FLORIDA

A PA Professional Corporation, Stuart M. Brown, NJ Managing Attorney