**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Rachel Biblo Block (admitted *pro hac vice*)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Proposed Counsel to the Official Committee of*
*Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.,* | Case No.: 26-16388 (CMG) |
| Debtors.[1] | (Jointly Administered) |

---

[1]   A complete list of the Debtors in these chapter 11 cases and each such Debtors' tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS IN SUPPORT OF THE DEBTORS' SALE TRANSACTIONS**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned jointly administered chapter 11 cases of SIMAD Holdings Ltd. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned proposed counsel, hereby respectfully submits this statement (this "Statement") in support of the sale transactions contemplated by the *Notice of Successful Bidders with Respect to Certain of the Debtors' Assets* filed on August 4, 2026 [Docket No. 789] (the "Notice of Successful Bidders") and the *Supplemental Notice of Successful Bidder* filed on August 5, 2026 [Docket No. 800] (the "Supplemental Notice of Successful Bidder").  In support of this Statement, the Committee respectfully states as follows:

**BACKGROUND**

1.      On June 4, 2026 and June 5, 2026, each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  The Debtors are operating their business and managing their assets as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      On July 9, 2026, the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code.  *See* Docket No. 438.  No trustee or examiner has been appointed in these chapter 11 cases.

3.      On June 26, 2026, this Court entered the *Order (I) Approving the Bidding Procedures, (II) Approving the Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and Auction(s), (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [Docket No. 298] (the "Bidding Procedures Order").

2

4.      Pursuant to the Bidding Procedures Order, the Debtors commenced an auction on July 28, 2026, with respect to twenty-three (23) camps.  The auction process continued through August 3, 2026, after which the Debtors, in consultation with the Consultation Parties, identified the successful bidders for each camp (each a "Successful Bidder", and collectively, the "Successful Bidders").  The aggregate value of the successful bids for the twenty-three (23) camps totals approximately $377,057,818 (collectively, the "Sale Transactions"), as reflected in the Notice of Successful Bidders and the Supplemental Notice of Successful Bidder.

## STATEMENT IN SUPPORT OF THE SALE TRANSACTIONS

5.      Since its formation, the Committee and its professionals have been actively engaged in every aspect of these chapter 11 cases, and the sale process is no exception.  The Committee and its professionals monitored every stage of the court-approved sale process, relayed feedback and advice from the Committee's members to the Debtors and their professionals, consulted with the Debtors before, during, and after the auction, and evaluated each and every proposed Sale Transaction to ensure that each maximizes value for the benefit of the Debtors' estates and stakeholders and, in particular, unsecured creditors.  The Debtors and their advisors—including SSG Advisors ("SSG"), the Debtors' investment banker, and Assaf Ravid, the Debtors' Chief Restructuring Officer—designed and executed a comprehensive process for soliciting qualified bidders, evaluating bids, and conducting competitive auctions, and since its formation, the Committee was with the Debtors every step of the way.  The Committee commends the efforts of SSG and Mr. Ravid, whose tireless work in marketing the camp assets, managing an extraordinarily complex multi-asset auction process, and negotiating with dozens of prospective purchasers was instrumental in achieving the results reflected in the Sale Transactions.  That collaboration was particularly important because these camps are central to the lives of thousands

of families and to communities across the country.  The tremendous interest from qualified bidders, resulting in competitive auctions across all twenty-three (23) camps, is a testament both to the value of the assets and to the effectiveness of the process.  The aggregate consideration of approximately $377 million from the Sale Transactions represents an exceptional outcome for the Debtors' estates and all stakeholders, particularly given the urgent circumstances under which these chapter 11 cases were commenced.

6.      For these reasons, the Committee supports approval of the proposed Sale Transactions.  The Auction was conducted in accordance with the Bidding Procedures Order, and the Debtors exercised sound business judgment in selecting the Successful Bidders.  The resulting bids represent the highest and best offers for those particular assets.  The Committee is confident that the sale process (a) was fair, open, and competitive, (b) adhered to the Bidding Procedures Order, and (c) provided a meaningful opportunity for parties in interest to be heard.  Accordingly, the applicable standards for approval under section 363(b) of the Bankruptcy Code are satisfied. The Committee therefore supports approval of the Sale Transactions and submits that they will maximize value for the benefit of all stakeholders, including unsecured creditors.

## **RESERVATION OF RIGHTS**

7.      The Committee reserves all rights with respect to the Sale Transactions, including, without limitation, the right to supplement this Statement, to object to any Sale Transaction, and to be heard with respect to the assumption and assignment of executory contracts and unexpired leases, cure amounts, the allocation of sale proceeds, and any other matters relating to the Sale Transactions or any order approving the same.

## **CONCLUSION**

8.      Accordingly, the Committee respectfully requests that this Court approve the Sale Transactions to the applicable Successful Bidders as identified in the Notice of Successful Bidders and the Supplemental Notice of Successful Bidder.

Dated: August 9, 2026                    Respectfully submitted,

*/s/ Evan M. Lazerowitz*
**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Rachel Biblo Block (admitted *pro hac vice*)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Proposed Counsel to the Official Committee of
Unsecured Creditors*