# Stevens & Lee

110 Allen Road
Suite 304
Basking Ridge, NJ  07920
973-467-2700
www.stevenslee.com

T: (973) 230-2095
F: (610) 236-4342
daniel.stolz@stevenslee.com

August 10, 2026

**VIA ECF**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ  08608

      **Re:    SIMAD Holdings Ltd.**
            **Case No.: 26-16388(CMG)**

Dear Judge Gravelle:

This firm represents the Committee of Concerned Parents of Camp Lavi.  On August 6, 2026, we filed an Objection to the proposed sale of Camp Lavi [docket #805] based upon concerns by the Parents that the historical structure and fabric of Camp Lavi would not be preserved by the highest bidder.

Over the last several days, through numerous discussions, the Parents have been assured that the historical structure and fabric of Camp Lavi will be preserved by the proposed Buyer. Based upon the foregoing, the Parents withdraw their filed Objection to the proposed sale.

Respectfully yours,

STEVENS & LEE

Daniel M. Stolz

DSTO:lld

PENNSYLVANIA    |    NEW JERSEY    |    DELAWARE    |    NEW YORK    |    RHODE ISLAND    |    FLORIDA

A PA Professional Corporation, Stuart M. Brown, NJ Managing Attorney