**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, NJ 07068
Telephone:  973-597-2490
Fax: 973-597-2941
jprol@lowenstein.com

*Counsel to Heritage Camps, LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*, | Lead Case No. 26-16388 (CMG) |
| Debtors. | (Jointly Administered) |

## HERITAGE CAMPS, LLC'S OBJECTION TO AUCTION SALE OF EAGLE ROCK CAMP

Heritage Camps, LLC ("Heritage Camps"), by and through its undersigned counsel, hereby objects to the proposed sale of the Eagle's Landing camp to Mario Del Cuedo, and respectfully states as follows:

1.     Heritage Camps timely submitted a bid for four camps: Eagle's Landing, Meadowbrook, Country Roads and Rolling Hills, and was designated as a qualified bidder.

2.     Heritage Camps participated in the auction and bid on the Eagle's Landing, Meadowbrook and Country Roads camps. Heritage Camps decided not to participate in the Rolling Hills auction. After the first round of bidding, where bids were accepted for individual camps, Heritage Camps was declared the high bidder for Eagle's Landing with a bid of $5.0 million. Mario Del Cueto was declared the back-up bidder with a bid of $4.85 million. Heritage Camps was not the high bidder or the back-up bidder on any other camp.

42321/5
08/10/2026 319568726.1

3.      Heritage Camps participated in the second round of bidding where sealed bids were accepted for portfolios of camps. In the second round, Heritage Camps bid $27.8 million for Eagle's Landing, Meadowbrook and Country Roads. Heritage Camps portfolio bid was not the high bid on any camp.

4.      At the conclusion of the second round of bidding, the Debtor announced that the high bid for Eagle's Landing was $8.0 million from Eldridge Camps and that Heritage Camps was the back-up bid at $5.0 million. The Debtor also announced that the high bidder and back-up bidder from the first round of bidding would have the opportunity to submit a higher and better offer. Heritage Camps did not submit another bid as it was not prepared to top Eldridge Camp's $8.0 million high bid on Eagle's Landing.

5.      The Debtor announced the successful bidders for 23 camps in a Notice filed on the docket on August 4, 2026. Heritage Camps was surprised to learn that Mario Del Cueto was announced as the successful bidder for Eagle's Landing with a bid of $5.2 million. Heritage Camps was never informed that Eldridge had withdrawn its $8.0 million bid for Eagle's Landing, nor was it informed that bids below $8.0 million would be considered. Had Heritage Camps received such notice, it would have increased its bid.

6.      Heritage Camps hereby objects to Mario Del Cueto being designated as the successful bidder for Eagle's Landing and respectfully requests that the Court reopen bidding on Eagle Rock to allow a full and fair opportunity for Heritage Camps to submit a further bid following Eldridge's withdrawal of its bid. In support of reopening the auction for Eagle's Landing, Heritage Camps hereby submits a bid of $5.45 million for Eagle's Landing.

-3-

Wherefore, for the foregoing reasons, Heritage Camps respectfully requests that the Court reopen the bidding for Eagle's Landing and grant such other and further relief as the Court deems just and proper.

**LOWENSTEIN SANDLER LLP**

/s/ *Jeffrey D. Prol*
Jeffrey D. Prol, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2490
Email: jprol@lowenstein.com

Dated: August 10, 2026