**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**GILL & KADOCHNIKOV, P.C.**
8002 Kew Gardens Rd.
Ste. 600
Kew Gardens, NY
Alexander Kadochnivkov, Esq.
akadochnikov@gkfirm.law
T: 718-577-3261
F: 718-744-2455
*Co-Counsel to Cho Pro Holdings, LLC*

*and*

**ANDERSON & BOWMAN, PLLC**
Btzalel Hirschhorn, Esq.
8002 Kew Gardens Rd.
Ste. 600
Telephone: (718) 263-6800
Bhirschhorn@andersonbowman.com

*Co-Counsel to Cho Pro Holdings, LLC*

Order Filed on August 19, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**In re:**

**SIMAD HOLDINGS LTD., et al.,**[1]

**Debtors.**

Case No. 26-16388 (CMG)
Chapter 11
(Jointly Administered)

**ORDER FOR ADMISSION *PRO HAC VICE***

The relief set forth on the following pages, numbered (2) and three (3), is hereby **ORDERED.**

**DATED: August 19, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtors' tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of SIMAD Debtor SIMAD Holding Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

This matter having been brought before the Court on application of Btzalel Hirschhorn for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, Btzalel Hirschhorn, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J.
L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that Btzalel Hirschhorn, Esq. be permitted to appear pro hac vice; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify Btzalel Hirschhorn of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED** that Btzalel Hirschhorn shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which Btzalel Hirschhorn continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

**ORDERED** that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the United States District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey (the "Clerk"), at the following address:

United States District
Court District of New
Jersey
Martin Luther King, Jr. Federal
Building 50 Walnut Street
Newark, N.J. 07102
Attention: *Pro Hac Vice
Admissions*

and it is further

**ORDERED** that Btzalel Hirschhorn shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.