**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR SEPTEMBER 29, 2026, AT 1:00 P.M. (PREVAILING EASTERN TIME)**

The above-captioned debtors and debtors in possession (the "SIMAD Debtors"), file this witness and exhibit list (the "Witness and Exhibit List") in accordance with paragraph 8 of the *Stipulation and Agreed Scheduling Order Regarding Characterization of OrcaFunding LLC's Sale of Future Receipts Agreements* [Docket No. 932], regarding the hearing scheduled for **September 29, 2026, at 1:00 p.m. (prevailing Eastern Time)** (the "Hearing").

---

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

## WITNESSES

The Debtors may call the following witnesses at the Hearing:

1. **Yaakov Weiser, Manager of OrcaFunding LLC:** Mr. Weiser may testify regarding the *Supplemental Declaration of Yaakov Weiser in Lieu of Direct Testimony in Support of a Determination That the OrcaFunding Sale of Future Receipts Agreements are Sales, Not Loans.* [Docket No. 1177], and as otherwise may be necessary and appropriate.

2. Any witness necessary to establish the authenticity or admissibility of documents.

3. Any witness listed by any other party.

4. Rebuttal and impeachment witnesses as necessary.

The SIMAD Debtors reserve the right to cross-examine any witness called by another party. Additionally, the SIMAD Debtors reserve the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

## EXHIBITS

A list of exhibits on which the SIMAD Debtors may rely at the Hearing is set forth below. The SIMAD Debtors reserve the right to further supplement or amend this Witness and Exhibit List, including to add and/or remove documents prior to the conclusion of the Hearing, including in response to pre-hearing filings, requests for judicial notice, exhibit lists, and/or demonstratives, as well as the evidence and arguments that may be presented by other parties at the Hearing. The SIMAD Debtors further reserve the right to add documents used for rebuttal. By including a document on this Witness and Exhibit List, the SIMAD Debtors do not thereby agree or admit that a document or category of documents is admissible for any or all purposes. The SIMAD Debtors reserve the right to object if another party seeks to introduce into evidence exhibits that the SIMAD Debtors have identified.

| Ex. # | Description | Offered | Objection | Disposition | Docket No./Bates No. |
|---|---|---|---|---|---|
| 1. | Proof of Claim No. 1453 filed by OrcaFunding LLC against SIMAD Debtor Pine Forest Landco LLC, Case No. 26-16433 (CTG) | | | | N/A |
| 2. | UCC-1 Financing Statements (ME, PA and NY), Filed June 8, 2026 by OrcaFunding LLC against certain SIMAD Debtors | | | | ORCA-003788<br>ORCA-003863<br>ORCA-003856 |
| 3. | UCC-3 Termination Statements, Filed August 7, 2026 by OrcaFunding LLC against certain SIMAD Debtors | | | | ORCA-003902-5 |
| 4. | Quadstar Realty LLC Bank of America Bank Account Statements for April and May 2026 | | | | SIMAD000154-65 |
| 5. | Sale of Future Receipts Agreements dated April 17, 2026 and May 21, 2026 and related Addenda | | | | SIMAD000116-49 |
| 6. | Any exhibit necessary to establish the authenticity or admissibility of documents | | | | |
| 7. | Any exhibit listed or introduced by any other party | | | | |
| 8. | Any documents filed in the above-captioned bankruptcy cases | | | | |
| 9. | Rebuttal and impeachment exhibits as necessary | | | | |

**RESERVATION OF RIGHTS**

The SIMAD Debtors reserve the right to call or introduce one or more of these witnesses or exhibits listed above at the Hearing. The SIMAD Debtors also reserve the right to supplement,

add to, subtract from, or otherwise amend this Witness and Exhibit List at any time prior to the conclusion of the Hearing.

Dated: September 24, 2026

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors and*
*Debtors in Possession*