**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

***Caption in Compliance with D.N.J. LBR 9004-1(b)***

**SAUL EWING LLP**
Michelle G. Novick (*pro hac vice* forthcoming)
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-8400
E-mail: michelle.novick@saul.com
turner.falk@saul.com
*Counsel to Riverwoods Road 2000 Land LLC and Stacy Schwartz Kotelov*

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*, | Case No. 26-16388 (CMG) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Turner N. Falk, Esq. of Saul Ewing LLP will be substituted as attorney of record for creditor/party in interest Riverwoods Road 2000 Land LLC and creditor/party in interest Stacy Schwartz Kotelov in this case.

Dated: September 29, 2026

*/s/ Marc B. Roitman*
**KATTEN MUCHIN ROSENMAN LLP**
Steven J. Reisman (admitted *pro hac vice*)
Marc B. Roitman (admitted *pro hac vice*)
Grace A. Thompson (N.J. Bar No. 294072022)
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 940-8800
Email: sreisman@katten.com
marc.roitman@katten.com
grace.thompson@katten.com

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

-and-

Arlen P. Moradi (admitted *pro hac vice*)
2121 Avenue of the Stars
Los Angeles, CA 90067-5010
Telephone: (310) 778-4449
Facsimile: (310) 778-4471
Email: arlen.moradi@katten.com
*Former Counsel to Riverwoods Road 2000 Land LLC and Stacy Schwartz Kotelov*

Dated: September 29, 2026

**SAUL EWING LLP**

By: ___/s/ Turner N. Falk___________

Michelle G. Novick (*pro hac vice* forthcoming)
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-8400
E-mail:michelle.novick@saul.com
turner.falk@saul.com
*Substituted Counsel to Riverwoods Road 2000 Land LLC and Stacy Schwartz Kotelov*