UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on September 30, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SIMAD Holdings Ltd.

Debtors

Case No: 26-16388-CMG

Chapter: 11

Judge: Christine M. Gravelle

**ORDER DIRECTING**
**REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page is ORDERED.

**DATED: September 30, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by Michael James, and regarding Motion to Compel Debtor to Assume or Reject Executory Contract and to Release Escrow Funds, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*