| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Michelle G. Novick (*pro hac vice* forthcoming)<br>Turner N. Falk, Esquire<br>1735 Market Street, 34th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 972-8400<br>E-mail: michelle.novick@saul.com<br>turner.falk@saul.com<br>*Counsel to Riverwoods Road 2000 Land LLC and Stacy Schwartz Kotelov* | |
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**APPLICATION FOR ADMISSION PRO HAC VICE**

Turner N. Falk, Esq. ("**Movant**"), a member in good standing of the Bar of the State of New Jersey and an attorney admitted to practice before the United States District Court for the District of New Jersey, and an associate with Saul Ewing LLP, hereby moves the Court for an order permitting Michelle G. Novick to practice *pro hac vice* before the United States Bankruptcy Court for the District of New Jersey to creditor/party in interest Riverwoods Road 2000 Land LLC and Stacy Schwartz Kotelov ("**Creditor/Party in Interest**") in the instant matter pursuant to Local Bankruptcy Rule 9010-1. In support of the relief requested herein, Movant states as follows:

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

## JURISDICTION

This Court has jurisdiction to consider this application pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this application is a core proceeding pursuant to 28 U.S.C. §157(b). Venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

By this application, the Movant requests entry of an Order admitting *pro hac vice,* Michelle G. Novick (the "**Applicant**"). The good standing of the Applicant is set forth in the Applicant's certification which is submitted herewith (the "**Certification**").

Applicant is a partner with Saul Ewing LLP, and maintains offices at 161 North Clark Street, Suite 4200, Chicago, IL 60601. As the Certification demonstrates, Applicant is a member in good standing of the Bar of the highest court in which she is admitted.

It is anticipated that Applicant will be active in the representation of Creditor/Party in Interest in this case. Accordingly, the Movant respectfully requests that the Court grant the *pro hac vice* admission of Michelle G. Novick and that she be permitted to appear on Creditor/Party in Interest's behalf in connection with this case.

No previous application for the relief sought herein has been made to this or any other court in connection with this proceeding.

**WAIVER OF MEMORANDUM OF LAW**

Pursuant to Local Rule 9013-1, Movant respectfully requests that the Court waive the requirement that he file a memorandum of law in support of this Application. Movant respectfully submits that no memorandum of law is necessary because no novel issues of law are presented herein.

Respectfully submitted,

Dated: September 30, 2026

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Office: (215) 972-7777
turner.falk@saul.com

- and -

Michelle G. Novick, Esquire (*pro hac vice* pending)
161 North Clark Street Suite 4200
Chicago, IL 60601
Office: (312) 876-7899
michelle.novick@saul.com

*Counsel for Riverwoods Road 2000 Land LLC and Stacy Schwartz Kotelov*

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**SAUL EWING LLP**<br>Michelle G. Novick (*pro hac vice* forthcoming)<br>Turner N. Falk, Esquire<br>1735 Market Street, 34th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 972-8400<br>E-mail: michelle.novick@saul.com<br>turner.falk@saul.com<br>*Counsel to Riverwoods Road 2000 Land LLC and Stacy Schwartz Kotelov* | |
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**CERTIFICATION IN SUPPORT OF APPLICATION**
**FOR ADMISSION PRO HAC VICE**

I, Michelle G. Novick, hereby state as follows in support of the Application for Admission Pro Hac Vice:

1. I am a partner with Saul Ewing LLP, and maintain offices at 161 North Clark Street, Suite 4200, Chicago, IL 60601. I will represent Riverwoods Road 2000 Land LLC and Stacy Schwartz Kotelov in the instant matter as an attorney in good standing.

2. I was admitted to practice law in the State of Illinois in November of 1991.

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. There are no disciplinary proceedings pending against me.

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

5. Discipline has never been imposed against me.

6. I have familiarized myself with the applicable Rules of Professional Conduct and agree to be bound by these Rules upon my admission.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATE: September 30, 2026

/s/ *Michelle G. Novick*
Michelle G. Novick

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

***Caption in Compliance with D.N.J. LBR 9004-1(b)***

**SAUL EWING LLP**
Michelle G. Novick (*pro hac vice* forthcoming)
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-8400
E-mail: michelle.novick@saul.com
turner.falk@saul.com
*Counsel to Riverwoods Road 2000 Land LLC and Stacy Schwartz Kotelov*

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*, | Case No. 26-16388 (CMG) |
| Debtors.[1] | (Jointly Administered) |

**<u>ORDER FOR ADMISSION PRO HAC VICE</u>**

The relief set forth on the following page is **ORDERED**.

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that <u>Michelle G. Novick</u> be permitted to appear pro hac vice; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

***Caption in Compliance with D.N.J. LBR 9004-1(b)***

**SAUL EWING LLP**
Michelle G. Novick (*pro hac vice* forthcoming)
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Telephone: (215) 972-8400
E-mail: michelle.novick@saul.com
turner.falk@saul.com
*Counsel to Riverwoods Road 2000 Land LLC and Stacy Schwartz Kotelov*

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*, | Case No. 26-16388 (CMG) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF SERVICE**

I hereby certify that on September 30, 2026, I did cause the foregoing *Application for Admission Pro Hac Vice* to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

Dated: September 30, 2026

**SAUL EWING LLP**

*/s/ Turner N. Falk*
Turner N. Falk, Esquire
1735 Market Street, 34th Floor
Philadelphia, PA 19103
Office: (215) 972-7777
turner.falk@saul.com

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.