Newtek\IAFA Operating\Simad Bankruptcy\NBL Motion for Relief from Stay\Witness and Exhibit List for 10-1-2026 hearings

**CHARTWELL LAW**
John J. Winter, Esquire (JW-043481990)
Robert J. Murtaugh, Esquire (RM-007812001)
700 American Avenue, Suite 303
King of Prussia, PA 19406
Telephone: (610) 666-7700
*Attorneys for NBL SPV II, LLC, Servicer for U.S. Bank Trust Company, N.A.,Trustee*

| | |
|---|---|
| In re:<br>**SIMAD HOLDINGS LTD., et al,**<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Trenton Vicinage<br>Case No. 26-16388 (CMG)<br>(Jointly Administered) |
| In re:<br>**CAMP MED-O-LARK, INC.,**<br>Debtor. | Case No. 26-16399 (CMG) |
| **NBL SPV II, LLC, as Servicer for U.S. Bank Trust Company, N.A., Trustee,**<br>Movant,<br>v.<br>**SIMAD HOLDINGS LTD., and CAMP MED-O-LARK, INC.,**<br>Respondents. | Related to D.I. No. 909 |

**WITNESS AND EXHIBIT LIST FOR OCTOBER 1, 2026 HEARING ON EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §§ 362(d)(1), 362(d)(2), AND 553(a), FILED ON BEHALF OF NBL SPV II, LLC, AS SERVICER FOR FOR U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE**

NBL SPV II, LLC, as Servicer for U.S. Bank Trust Company, N.A., Trustee ("NBL"), files this witness and exhibit list (the "Witness and Exhibit List") regarding the hearing scheduled for October 1, 2026 at 12:00 p.m., Eastern Daylight Savings Time (the "Hearing").

## I. WITNESSES.

Subject to Court approval, NBL is prepared to call the following witnesses at the Hearing:

1. Jeffrey Norman, Vice President, Small Business Lending, LLC, d/b/a Newtek Small Business Lending, Servicer for NBL, Servicer for U.S. Bank Trust Company, N.A., Trustee.

2. Any witness necessary to establish the authenticity or admissibility of documents.

3. Any witness identified by any other party.

4. Rebuttal and impeachment witnesses as necessary.

NBL reserves the right to cross-examine any witness called by another party, and to supplement this witness list and identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the hearing.

## II. EXHIBITS.

1. Business Loan Agreement dated June 30, 2025, between IAFA Operating Co., LLC ("IAFA Operating"), Belgrade Lakes Summer Camps LLC ("Belgrade Lakes"), Waukeela Operatingco LLC ("Waukeela Operating"), Mainewekeelaco LLC ("Mainewekeelaco"), Poland Campco LLC (Poland Campco"), Wm Camp, LLC ("Wm Camp"), Camp Med-O-Lark, Inc. ("Camp Med-O-Lark") and Banner Operatingco LLC ("Banner Operating", and, together with IAFA Operating, Belgrade Lakes, Waukeela Operating, Mainewekeelaco, Poland Campco, Wm Camp and Camp Med-O-Lark, the "Borrowers"), and Newtek Business Services Holdco 6, LLC ("Newtek") describing Newtek's loan to the Borrowers in the original principal amount of $15,000,000 (the "Newtek Loan Agreement").

2. Borrowers' Promissory Note dated June 30, 2025, in the original amount of $15,000,000 (the "Note").

3. Allonge of the Note from Newtek to NBL, dated as of June 30, 2025 (the "Newtek-NBL Allonge").

4. Allonge of the Note from NBL to U.S. Bank Trust, dated as of June 30, 2025 (the "NBL-US Bank Trust Allonge").

5. Borrowers' "Commercial Security Agreement" dated June 30, 2025 (the "Security Agreement"), covering substantially all of Borrowers' personal property.

6. Assignment of the Security Agreement from Newtek to NBL (the "Newtek-NBL Security Agreement Assignment").

7. Assignment of the Security Agreement from NBL to U.S. Bank Trust Company (the "NBL-US Bank Trust Security Agreement Assignment").

8. Newtek's duly filed UCC-1 financing statements against IAFA Operating, Banner Operatingco LLC, Iafa Operatingco, LLC, Belgrade Lakes Summer Camps LLC, Mainewkeelaco, LLC, Polandcampco LLC, WM Camp, LLC, Camp Med-O-Lark, Inc., Indian Acres Camp for Boys, Camp Kennebec, Camp Wekeela, Camp North Star of Maine, Windsor Mountain Summer Camp and Banner Day Camp (a) with the Secretary of State of Illinois; (b)

with the Secretary of State of New Hampshire; and (c) with the Secretary of State of Maine (collectively, the "UCC Financing Statements").

9. UCC-3 Amendments (collectively, the "UCC Assignments")by which Newtek assigned the UCC Financing Statements to US Bank Trust.

10. Control Agreement executed by Borrowers with Newtek Business Services Holdco 6, Inc., as Secured Party, and Newtek Bank, N.A. as Depository Institution, regarding two bank accounts maintained at Newtek Bank, N.A. , numbers xxxxxx0832, and xxxxxx0940, in the name of Camp Med-O-Lark (respectively, the "Control Agreement", and "Deposit Accounts").

11. Newtek Bank. N.A.'s Authorized Signers Form executed by Michael Shabsels, confirming the Deposit Accounts' ownership by Camp Med-O-Lark, Inc.

12. Newtek Bank, N.A.'s e-sign disclosure and consent agreement for the Deposit Accounts.

13. Newtek Bank, N.A.'s statement of account for the Deposit Accounts.

14. Commercial Guaranty executed by 2203 Grand Canal Boulevard Real Estate LLC ('2203 Grand Canal Blvd.") in favor of Newtek, dated June 20, 2025, in the maximum amount of $15,000,000. (the "2203 Grand Canal Blvd Guaranty").

15. Deed of Trust executed by 2203 Grand Canal Blvd. in favor of Newtek, dated June 20, 2025, in the maximum amount of $15,000,000 covering its real property located at 2203 Grand Canal Blvd., Stockton, CA 95207, recorded in San Joaquin County, California on July 8, 2025 at Doc # 2025-057135 (the "2203 Grand Canal Blvd Deed of Trust").

16. Assignment of Rents executed by 2203 Grand Canal in favor of Newtek dated June 20, 2025, recorded on July 8, 2025 at Doc # 2025-057136 (the "2203 Grand Canal Blvd Assignment of Rents").

17. Assignment of the 2203 Grand Canal Blvd Deed of Trust from Newtek to NBL recorded July 16, 2025 at Doc # 2025-059519 (the "2203 Grand Canal Blvd Newtek-NBL Assignment of Deed of Trust").

18. Assignment of the 2203 Grand Canal Blvd Assignment of Rents from Newtek to NBL recorded July 16, 2025 at Doc # 2025-059520 (the "2203 Grand Canal Blvd Newtek-NBL Assignment of Assignment of Rents").

19. Assignment of the Deed of Trust from NBL to U.S. Bank Trust recorded July 14, 2026 at No. 2026-063652 (the "2203 Grand Canal Blvd NBL-US Bank Trust Assignment of Deed of Trust").

20. Assignment of the Assignment of Rents from NBL to U.S. Bank Trust was recorded on July 14, 2026 at No. 2026-063653 (the "2203 Grand Canal Blvd NBL-US Bank Trust Assignment of Deed Assignment of Rents").

21. Commercial Guaranty executed by 201 Centre Drive Real Estate LLC ("201 Centre Drive") in favor of Newtek dated June 20, 2025, in the maximum amount of $15,000,000 (the 201 Centre Drive Guaranty").

22. Deed of Trust executed by 201 Centre Drive in favor of Newtek, dated June 20, 2025, in the maximum amount of $15,000,000 covering its real property located at 201 Centre Drive, Stephens City, VA 22655, Tax Map Number 86-A-102G, which was duly recorded in Frederick County, Virginia on July 9, 2025, at No. 250006682 (the "201 Centre Drive Deed of Trust").

23. Assignment of Rents executed by 201 Centre Drive in favor of Newtek, executed and recorded on July 9, 2025 at No. 250006683 (the "201 Centre Drive Assignment of Rents").

24. Assignment of the 201 Centre Drive Deed of Trust from Newtek to NBL recorded August 5, 2026 at No. 250007717 (the "201 Centre Drive Newtek-NBL Assignment of Deed").

25. Assignment of the 201 Centre Drive Assignment of Rents from Newtek to recorded August 5, 2025 at No. 250007718 (the "201 Centre Drive Newtek-NBL Assignment of Assignment of Rents").

26. Assignment of the 201 Centre Drive Deed of Trust from NBL to U.S. Bank Trust recorded July 14, 2026 at No. 260007173 (the "201 Centre Drive NBL-US Bank Trust Assignment of Deed of Trust").

27. Assignment of the 201 Centre Drive Assignment of Rents from NBL to U.S. Bank Trust recorded July 14, 2026 at No. 260007174 (the "201 Centre Drive NBL-US Bank Trust Assignment of Assignment of Rents").

28. Commercial Guaranty executed by 1401 US Highway 49B Real Estate LLC ("1401 US Hwy 49B") in favor of Newtek, dated June 30, 2025 (the "1401 US Hwy 49B Guaranty").

29. Mortgage executed by 1401 US Hwy 49B in favor of Newtek, dated June 30, 2025, in the maximum lien amount of $3,097,000 covering its real property located at 1401 Highway 49 B, Paragould, AR 72450, Tax ID Number 1004-30310-004, which was duly recorded in Greene County, Arkansas on July 9, 2025, at No. 2025004446 (the "1401 US Hwy 49B Mortgage").

30. Assignment of Rents executed by 1401 US Hwy 49B in favor of Newtek was also executed and recorded on July 9, 2025 at No. 2025004447 (the "1401 US Hwy 49B Assignment of Rents").

31. Assignment of the 1401 US Hwy 49B Mortgage from Newtek to NBL recorded on August 5, 2025 at No. 250007717 (the "1401 US Hwy 49B Newtek-NBL Assignment of Mortgage").

32. Assignment of the 1401 US Hwy 49B Assignment of Rents from Newtek to NBL was recorded on August 5, 2025 at No. 250007718 (the "1401 US Hwy 49B Newtek-NBL Assignment of Assignment of Rents").

33. Assignment of the 1401 US Hwy 49B Mortgage from NBL to U.S. Bank Trust recorded July 20, 2026 at No. 2026005147 (the "1401 US Hwy 49B NBL-US Bank Trust Assignment of Mortgage").

34. Assignment of the 1401 US Hwy 49B Assignment of Rents from NBL to U.S. Bank Trust recorded on July 20, 2026 at No. 2026005148 (the "1401 US Hwy 49B Newtek-NBL Assignment of Assignment of Rents").

35. Commercial Guaranty executed by 4800 USH 280 Real Estate LLC ("4800 USH 280") in favor of Newtek dated June 20, 2025 (the "4800 USH 280 Guaranty").

36. Mortgage executed by 4800 USH 280 in favor of Newtek, dated June 20, 2025, in the maximum lien amount of $15,000,000 covering its real property located at 4800 U.S. Hwy 280 W, Opelika, AL 36801, recorded July 9, 2025 at No. 5147 405 (the "4800 USH 280 Mortgage").

37. Assignment of Rents executed by 4800 USH 280 in favor of Newtek, recorded July 9, 2025 at Deed Book 2751, Page 897 (the "4800 USH 280 Assignment of Rents").

38. Assignment of the 4800 USH 280 Mortgage from Newtek to NBL recorded July 23, 2025 at Deed Book 5151, Page 668 (the "4800 USH 280 Newtek-NBL Assignment of Mortgage").

39. Assignment of the 4800 USH 280 Assignment of Rents from Newtek to NBL was recorded on July 23, 2025 at Deed Book 2753, Page 767 (the (the "4800 USH 280 Newtek-NBL Assignment of Assignment of Rents").

40. Assignment of the 4800 USH 280 Mortgage from NBL to U.S. Bank Trust recorded July 14, 2026 at Mortgage Book Book 5260 Page 791 (the "4800 USH 280 NBL - US Bank Trust Assignment of Mortgage").

41. Assignment of the 4800 USH 280 Assignment of Rents from NBL to U.S. Bank Trust recorded July 14, 2025 at Deed Book 2783 Page 494 (the "4800 USH 280 NBL - US Bank Trust Assignment of Assignment of Rents").

42. Commercial Guaranty executed by 1133 Northwest L Street Real Estate LLC ("1133 Northwest L St.") in favor of Newtek (the "1133 Northwest L St. Guaranty").

43. Mortgage executed by 1133 Northwest L St in favor of Newtek, dated June 20, 2025, in the maximum lien amount of $15,000,000 covering its real property located at 1133 Northwest L Street, Richmond, Indiana, recorded on July 9, 2025 at No. 2025004706 (the "1133 Northwest L St Mortgage").

44. Assignment of Rents executed by 1133 Northwest L St in favor of Newtek recorded July 9, 2025 at No. 2025004707 (the "1133 Northwest L St Assignment of Rents").

45. Assignment of the 1133 Northwest L St Mortgage from Newtek to NBL recorded on August 8, 2025 at No. 2025005613 (the "1133 Northwest L St Newtek-NBL Assignment of Mortgage").

46. Assignment of the 1133 Northwest L St Assignment of Rents from Newtek to NBL recorded August 8, 2025 at No. 2025005614 (the "1133 Northwest L St Newtek-NBL Assignment of Assignment of Rents").

47. Assignment of the 1133 Northwest L St Mortgage from NBL to U.S. Bank Trust recorded July 14, 2026 at No. 2026005165 (the "1133 Northwest L St NBL-US Bank Trust Assignment of Mortgage").

48. Assignment of the 1133 Northwest L St Assignment of Rents from NBL to U.S. Bank Trust recorded July 14, 2026 at No. 2026005165 (the "1133 Northwest L St NBL-US Bank Trust Assignment of Assignment of Rents").

49. Mortgage executed by Wilshire Lofts LLC ("Wilshire Lofts") in favor of Newtek, dated June 30, 2025, in the maximum lien amount of $15,000,000 covering its real property located at 6708 Wilshire Blvd., Oklahoma City, OK 73132, recorded July 16, 2025 at No. 2025071601102278 (the "Wilshire Lofts Mortgage").

50. Assignment of Rents executed by Wilshire Lofts in favor of Newtek recorded July 16, 2025 at No. 2025071601102279 (the "Wilshire Lofts Assignment of Rents").

51. Assignment of the Wilshire Loft Mortgage from Newtek to NBL recorded July 18, 2025 at No. 2025071801103931 (the "Wilshire Lofts Newtek-NBL Assignment of Mortgage").

52. Assignment of the Wilshire Lofts Assignment of Rents from Newtek to NBL recorded July 18, 2025 at No. 2025071801103932 (the "Wilshire Lofts Newtek-NBL Assignment of Assignment of Rents").

53. Assignment of the Wilshire Lofts Mortgage from NBL to U.S. Bank Trust was recorded on July 14, 2026 at No. 2026071401103212 (the "Wilshire Lofts NBL-US Bank Trust Assignment of Mortgage").

54. Assignment of the Wilshire Lofts Assignment of Rents from NBL to U.S. Bank Trust Company was recorded on July 14, 2026 at No. 2026071401103213 (the “Wilshire Lofts NBL-US Bank Trust Assignment of Assignment of Rents”).

55. Commercial Guaranty executed by 7335 Gladiolus LLC, a Florida limited liability company (“7335 Gladiolus”) in favor of Newtek (the “7335 Gladiolus Guaranty”)

56. Mortgage executed by 7335 Gladiolus in favor of Newtek, dated June 30, 2025, in the maximum lien amount of $15,000,000 covering its real property located at 7335 Gladiolus Drive, Fort Myers, FL 33908, recorded July 9, 2025 at No. 2025000184465 (the “7335 Gladiolus Mortgage”).

57. Assignment of Rents executed by 7335 Gladiolus in favor of Newtek recorded July 9, 2025 at No. 2025000184466 (the “7335 Gladiolus Assignment of Rents”).

58. Assignment of the 7335 Gladiolus Mortgage from Newtek to NBL recorded July 24, 2025 at No. 2025000198781 (the “7335 Gladiolus Newtek-NBL Assignment of Mortgage”).

59. Assignment of the Assignment of Rents from Newtek to NBL recorded July 24, 2025 at No. 2025000198782 (the “7335 Gladiolus Newtek-NBL Assignment of Assignment of Rents”).

60. Assignment of the 7335 Gladiolus Mortgage from NBL to U.S. Bank Trust recorded July 15, 2026 at Instrument No. 20260000186492 (the “7335 Gladiolus Newtek-NBL Assignment of Mortgage”).

61. Assignment of the 7335 Gladiolus Assignment of Rents from NBL to U.S. Bank Trust was recorded on July 15, 2026 at Instrument No. 20260000186493 (the “7335 Gladiolus NBL-US Bank Trust Assignment of Mortgage”).

62. Commercial Guaranty executed by IAFALandCo, LLC (“IAFALandCo”) in favor of Newtek dated June 30, 2025 (the “IAFALandCo Guaranty”).

63. Commercial Guaranty executed by Waukeela Landco, LLC (“Waukeela Landco”) in favor of Newtek dated June 30, 2025 (“Waukeela Landco Guaranty”).

64. Commercial Guaranty executed by Wekeeland LLC (“Wekeeland”) in favor of Newtek dated June 30, 2025 (the “Wekeeland Guaranty”).

65. Commercial Guaranty executed by Poland Landco LLC (“Poland Landco”) in favor of Newtek dated June 30, 2025 (the “Poland Landco Guaranty”).

66. Commercial Guaranty executed by Wm Land LLC (“Wm Land”) in favor of Newtek dated June 30, 2025 (the “Wm Land Guaranty”).

67. Commercial Guaranty executed by Banner Landco, LLC ("Banner Landco") in favor of Newtek dated June 20, 2025 (the "Banner Landco Guaranty").

68. Commercial Guaranty executed by Simad Holdings Ltd. ("Simad Holdings") in favor of Newtek dated June 30, 2025 (the "Simad Holdings Guaranty").

69. Commercial Guaranty executed by David Shabsels in favor of Newtek dated June 30, 2025 (the "David Shabsels Guaranty").

70. Commercial Guaranty executed by Michael Shabsels in favor of Newtek dated June 30, 2025 (the "Michael Shabsels Guaranty").

71. Appraisal of 201 Centre Drive, Stephens City, Virginia by Integra Realty Resources, report dated June 17, 2025, indicating its market value of the fee simple interest was $5,700,000 as of June 9, 2025.

72. Appraisal of 1133 Northwest L Street, Richmond, IN by Prism Realty Valuation & Consulting, report dated June 27, 2025, indicating that the market value of the leased fee estate was $6,200,000 as of June 12, 2025.

73. Appraisal of 1401 Hwy 49B, Paragould, AR by L.A. Darling Facility, report dated June 23, 2025, indicating the market "as-is" value of the leased fee estate to be $13,500,000 as of June 10, 2025.

74. Appraisal of 2203 Grand Canal Blvd., Stockton, CA by Colliers International Valuation & Advisory Services, report dated June 20, 2025, indicating its market value was $10,260,000 as of June 10, 2025.

75. Appraisal of 4800 US Hwy 280, W. Opelika, AL by Atlas Valuation LLC, report dated June 18, 2025, indicating its as-is, leased fee estate market value was $7,825,000 as of June 11, 2025.

76. Appraisal of 7335 Gladiolus Blvd., Ft. Myers, FL by Bowery, report dated June 17, 2025, indicating that its market value was $4,175,000 as of June 12, 2025.

77. Appraisal of 6708 Wilshire Blvd., Oklahoma City, OK by Colliers International Valuation & Advisory Services, report dated July 3, 2025, indicating market value of the leased fee estate was $8,190,000 based on the income capitalization approach, and $8,330,000 based on the sales comparison approach, as of June 30, 2025.

78. Settlement Statement for Newtek Loan Closing.

79. Camp Med-O-Lark Deposit Account Authorized Signers Form, Terms and Conditions of Account.

80. Camp Med-O-Lark E Sign Disclosure and Consent Agreement

NBL also cross-designates all exhibits designated by any other party in connection with the Hearing and reserve the right to use demonstratives and additional exhibits for rebuttal or impeachment purposes. NBL reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses. NBL further reserves the right to amend or supplement this list prior to the Hearing

Respectfully submitted,

**CHARTWELL LAW**

Dated: September 30, 2026

By: /s/ John J. Winter
John J. Winter, Esq. / Robert J. Murtaugh, Esq.
Pa. ID Nos. 46849 / 57494
700 American Avenue, Suite 303
King of Prussia, PA 19406
Telephone (610) 666-7700
Telecopier (610) 666-7704
*(Attorneys for NBL SPV II, LLC, as Servicer for U.S. Bank Trust Company, National Association, as Trustee)*