# EXHIBIT "3"

RID:2767461

# ALLONGE

This **ALLONGE** is attached to and made part of the **original** of that certain Promissory Note dated **June 30, 2025**, executed by **IAFAOPERATINGCO, LLC, BELGRADE LAKES SUMMER CAMPS LLC, WAUKEELA OPERATINGCO LLC, MAINEWEKEELACO LLC, POLAND CAMPCO LLC, WM CAMP, LLC, CAMP MED-O-LARK, INC., BANNER OPERATINGCO LLC**, maker, in favor of **NEWTEK BUSINESS SERVICES HOLDCO 6, INC**, a Florida Corporation, residing or located at 4800 T-Rex Avenue, Suite 120, Boca Raton, Florida 33431, in the original principal amount of **$15,000,000.00** (the "Note").

The Note is hereby indorsed as follows:

"Pay to the order of **NBL SPV II, LLC**, Without Recourse."

The foregoing indorsement shall have the same effect as though it were written directly on the Note.

Dated: June 30, 2025

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC.**

By: [signature]
Name: Anthony Zara
Title: Chief Operating Officer