# EXHIBIT "4"

# ALLONGE

Loan No. 2767461

This **ALLONGE** is attached to and made part of the **original** of that certain Promissory Note dated **June 30, 2025,** executed by **IAFA OPERATINGCO, LLC, BELGRADE LAKES SUMMER CAMPS LLC, WAUKEELA OPERATINGCO LLC, MAINEWEKEELACO LLC, POLAND CAMPCO LLC, WM CAMP, LLC, CAMP MED-O-LARK, INC., BANNER OPERATINGCO LLC,** collectively, as maker, in favor of **NEWTEK BUSINESS SERVICES HOLDCO 6, INC.**, a Florida Corporation and further assigned to **NBL SPV II, LLC**, a Delaware limited liability company in the original principal amount of **$15,000,000.00** (the "Note").

The Note is hereby indorsed as follows:

"Pay to the order of U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, and its successors and assigns, as indenture trustee, under that certain Indenture dated as of the Closing Date (as defined in the Indenture), and as the same may be amended from time to time, for the benefit of the holders of the NALP Business Loan Trust 2026-1 Business Loan-Backed Notes, Series 2026-1, as their interests may appear, Without Recourse."

The foregoing indorsement shall have the same effect as though it were written directly on the Note.

Dated and effective as of Closing Date

**NBL SPV II, LLC**

By: ____________________
Name: Anthony Zara
Title: Vice President