# EXHIBIT "6"

RID[redacted]7461

**ASSIGNMENT OF COMMERCIAL SECURITY AGREEMENT**

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC**, a Florida Corporation, residing or located at 4800 T-Rex Avenue, Suite 120, Boca Raton, Florida 33431 ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **NBL SPV II, LLC**, a Delaware limited liability company, residing or located at 200 S Orange Avenue, Suite 1175, Orlando FL 32801 ("Assignee"), all of Assignor's right, title and interest in and to those certain **COMMERCIAL SECURITY AGREEMENT**, dated as of **June 30, 2025,** made by **IAFAOPERATINGCO, LLC, BELGRADE LAKES SUMMER CAMPS LLC, WAUKEELA OPERATINGCO LLC, MAINEWEKEELACO LLC, POLAND CAMPCO LLC, WM CAMP, LLC, CAMP MED-O-LARK, INC., BANNER OPERATINGCO LLC** ("Grantor"), in favor of Assignor, granting Assignor a security interests in and to the assets described therein (the "Security Agreement").

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Security Agreements. The Assignee is not acting as a nominee of the Grantor, and the Security Agreement continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC**

By ______________________________
Name: Anthony Zara
Title: Chief Operating Officer

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 30 day of **June 2025**, by Anthony Zara, as the Chief Operating Officer of Newtek Business Services HOLDCO 6, Inc, a Florida corporation. He is personally known to me or has produced his driver's license as identification.

Notary Public

Notary Public State of Florida
Allysha Chaison
My Commission HH 386757
Expires 4/16/2027