# EXHIBIT “7”

# ASSIGNMENT OF COMMERCIAL SECURITY AGREEMENT

Loan No. [redacted]461

**NBL SPV II, LLC,** a Delaware limited liability company ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION,** and its successors and assigns, as indenture trustee, under that certain Indenture dated as of the Closing Date (as defined in the Indenture), and as the same may be amended from time to time, for the benefit of the holders of the NALP Business Loan Trust 2026-1 Business Loan-Backed Notes, Series 2026-1, as their interests may appear, all of Assignor's right, title and interest in and to that certain **COMMERCIAL SECURITY AGREEMENT**, dated as of **June 30, 2025,** made by **IAFAOPERATINGCO, LLC, BELGRADE LAKES SUMMER CAMPS LLC, WAUKEELA OPERATINGCO LLC, MAINEWEKEELACO LLC, POLAND CAMPCO LLC, WM CAMP, LLC, CAMP MED-O-LARK, INC., BANNER OPERATINGCO LLC** (collectively as "Grantor"), in favor of **NEWTEK BUSINESS SERVICES HOLDCO 6, INC,** a Florida Corporation ("NH6"), residing or located at 200 S. Orange Avenue, Suite 1175, Orlando , FL 32801, granting **NCL** a security interest in and to the assets described therein, who then assigned to **ASSIGNOR**, granting Assignor a security interest in and to the assets described therein (the "Security Agreement").

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Security Agreement. The Assignee is not acting as a nominee of the Grantor, and the Security Agreements continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

Dated and Effective as of Closing Date

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NBL SPV II, LLC**

______________________
Witness
Andrew Zink

By ______________________
Name: Anthony Zara
Title: Vice President

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 15th day of January 2026, by Anthony Zara, as the Vice President of NBL SPV II, LLC, He is personally known to me or has produced his driver's license as identification.

______________________
Notary Public

NOTARY PUBLIC STATE OF FLORIDA
CORTNEY WIEDEMANN
MY COMMISSION # HH 742972
EXPIRES: November 28, 2029