# EXHIBIT "16"

RECORDING REQUESTED BY
WFG National Title Company

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME Newtek Business Services HOLDCO 6, Inc.

STREET ADDRESS
200 S. Orange Avenue, Suite 1175

CITY, STATE & ZIP CODE
Orlando, FL 32801

Doc #: 2025-059520
07/16/2025 11:26:52 AM
Page 1 of 4 Fee: $108.00
Steve J. Bestolarides
San Joaquin County Recorder
Paid By:

SPACE ABOVE FOR RECORDER'S USE ONLY

# Assignment of Assignment of Rents

Title of Document

**Pursuant to Assembly Bill 1466 – Restrictive Covenant (GC Code Section 27388.2), effective January 1, 2022, a fee of two dollars ($2) for recording the first page of every instrument, paper, or notice required or permitted by law to be recorded per each single transaction per parcel of real property, except those expressly exempted from payment of recording fees, as authorized by each county's board of supervisors and in accordance with applicable constitutional requirements.**

**Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).**

☐ **Exempt from fee per GC 27388.1(a)(2) and 27388.2 (b); recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT).**

☐ **Exempt from fee per GC 27388.1(a)(2) and 27388.2 (b); recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.**

☐ **Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.**

☐ **Exempt from the fee per GC 27388.1 (a) (1); not related to real property.**

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**($3.00 Additional Recording Fee Applies)**

This Instrument Prepared By And
When Recorded Return To:

Shannon Kathrein
Newtek Business Services HOLDCO 6, Inc.
200 S Orange Avenue, Suite 1175
Orlando, FL 32801

#25-158681

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ONLY

**ASSIGNMENT OF**
**ASSIGNMENT OF RENTS**

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC**, a Florida corporation, residing or located at 4800 T-Rex Avenue, Suite 120, Boca Raton, Florida 33431 ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **NBL SPV II, LLC**, a Delaware limited liability company, residing or located at 200 S Orange Avenue, Suite 1175 Orlando, Florida 32801 ("Assignee"), all of Assignor's right, title and interest in and to that certain ASSIGNMENT OF RENTS, dated as of **June 30, 2025,** made by **2203 GRAND CANAL BOULEVARD REAL ESTATE LLC, a California limited liability company, whose address is 444 E 58th St, Apt 3C, New York, NY 10022** ("Original Assignor"), in favor of Assignor, encumbering the property located in **the County of SAN JOAQUIN, State of California** and legally described on Exhibit A attached hereto. The Assignment of Rents was recorded on JULY 8, 2025, in **Official Recorders of County of SAN JOAQUIN, State of California, Instrument No:** 2025-057136.

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Assignment of Rents. The Assignee is not acting as a nominee of the Original Assignor, and the Assignment of Rents continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC**

By ______________________
Name: Anthony Zara
Title: Chief Operating Officer

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 30 day of June 2025, by Anthony Zara, as the Chief Operating Officer of Newtek Business Services HOLDCO 6, Inc, a Florida corporation. He is personally known to me or has produced his driver's license as identification.

______________________
Notary Public

Notary Public State of Florida
Allysha Chaison
My Commission HH 386757
Expires 4/16/2027

2025-059520 Page 4 of 4
07/16/2025 11:28:52 AM

## Legal Description

### Exhibit A

The Land is described as follows:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOT 144, AS SHOWN ON THE MAP ENTITLED, "TRACT NO. 1323, VENETIAN BRIDGES, UNIT NO. 1", IN THE CITY OF STOCKTON, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL MAP THEREOF FILED FOR RECORD ON APRIL 25, 1978 IN BOOK 23 OF MAPS AND PLAT, PAGE 50, SAN JOAQUIN COUNTY RECORDS.

EXCEPTING THEREFROM ALL OIL, GAS, MINERALS, AND OTHER HYDROCARBON SUBSTANCES LYING BELOW THE SURFACE OF SAID LAND, BUT WITH NO RIGHT OF SURFACE ENTRY, AS DISCLOSED BY DEEDS OF RECORD.

APN: 110-110-06

**The Real Property or its address is commonly known as 2203 Grand Canal Blvd, Stockton, CA 95207**