# EXHIBIT “23”

250007718

**ASSIGNMENT OF ASSIGNMENT OF RENTS**

This Instrument Prepared By And
When Recorded Return To:

Shannon Kathrein
Newtek Business Services HOLDCO 6, Inc.
200 S Orange Avenue, Suite 1175
Orlando, FL 32801

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ONLY

**ASSIGNMENT OF
ASSIGNMENT OF RENTS**

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC**, a Florida corporation, residing or located at 4800 T-Rex Avenue, Suite 120, Boca Raton, Florida 33431 ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **NBL SPV II, LLC**, a Delaware limited liability company, residing or located at 200 S Orange Avenue, Suite 1175 Orlando, Florida 32801 ("Assignee"), all of Assignor's right, title and interest in and to that certain ASSIGNMENT OF RENTS, dated as of **June 30, 2025, among 201 Centre Drive Real Estate LLC, a Virginia limited liability company whose address is 444 E 58th St, Apt 3C, New York, NY 10022** ("Original Assignor"), in favor of Assignor, encumbering the property located in **the Frederick County, Commonwealth of Virginia** and legally described on Scheduled A attached hereto. The Assignment of Rents was recorded on July 9th 2025 at 9:03am, in **Official Recorders of the Frederick County, Commonwealth of Virginia, Instrument No:** 250006683.

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Assignment of Rents. The Assignee is not acting as a nominee of the Original Assignor, and the Assignment of Rents continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC**

By ______________________
Name: Anthony Zara
Title: Chief Operating Officer

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 30 day of June 2025, by Anthony Zara, as the Chief Operating Officer of Newtek Business Services HOLDCO 6, Inc, a Florida corporation. He is personally known to me or has produced his driver's license as identification.

______________________
Notary Public

Notary Public State of Florida
Allysha Chaison
My Commission HH 386757
Expires 4/16/2027

## Legal Description

**Exhibit A**

The Land is described as follows:

All of that certain lot or parcel of land, lying and being situate in Opequon Magisterial District, Frederick County, Virginia, north side of Virginia Route 277 and lying on the east side of Warrior Drive, designated and described as Lot 5, containing 5.0032 acres, more or less, as shown on the Boundary Line Adjustment Plat "Lot 3 & Lot 5, SHERANDO TOWNE CENTER", prepared by Patton Harris Rust Associates, dated April 17, 2006, recorded with the Deed in the Office of the Clerk of the Circuit Court of Frederick County, Virginia as Instrument No. 0600014519.

Parcel Number 86-A-102G

**The Real Property or its address is commonly known as 201 Centre Drive, Stephens City, VA 22655**

INSTRUMENT 250007718
RECORDED IN THE CLERK'S OFFICE OF
FREDERICK CIRCUIT COURT ON
AUGUST 5, 2025 AT 11:29 AM
SARAH J. KAHLE, CLERK
RECORDED BY: HEM