# EXHIBIT "25"

260007174

Recording Prepared and Requested
By And Record And Return To:

Cortney Wiedemann
NBL SPV II, LLC
200 S. Orange Avenue, Suite 1175
Orlando, Florida 32801
Loan # 2767461

SPACE ABOVE THIS LINE RESERVED
FOR RECORDER'S USE ONLY

## ASSIGNMENT OF ASSIGNMENT OF RENTS

**NBL SPV II, LLC** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION,** and its successors and assigns, as indenture trustee, under that certain Indenture dated as of the Closing Date (as defined in the Indenture), and as the same may be amended from time to time, for the benefit of the holders of the NALP Business Loan Trust 2026-1 Business Loan-Backed Notes, Series 2026-1 as their interests may appear, all of Assignor's right, title and interest in and to that certain **ASSIGNMENT OF RENTS**, dated as of **June 30, 2025**, made by **201 Centre Drive Real Estate LLC, a Virgina Limited Liability Company**, whose address is 444 E 58th Str, Apt 3C, New York, NY 10022 (the "Grantor"), in favor of **Newtek Business Services Holdco 6, Inc.** a Florida Corporation, residing or located at 200 S. Orange Avenue, Suite 1175, Orlando, FL 32801 ("Original Assignment of Rents"), who further assigned to **Assignor,** by that certain **ASSIGNMENT OF ASSIGNMENT OF RENTS** dated **June 30, 2025** ("First Assignment"), encumbering the property located in the County of Frederick, State of Virginia and legally described on Schedule A attached hereto (the Original Assignment of Rents and the First Assignment are collectively known as, the "Assignment of Rents"). The Original Assignment of Rents was recorded on **July 9, 2025,** in the Official Records of the Frederick County, Commonwealth of Virginia under Document Number **250006683** and the First Assignment was recorded on **August 5, 2025,** in the Official Records of Frederick County, Virginia under Document Number **250007718**.

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Assignment of Rents. The Assignee is not acting as a nominee of the Grantor, and the Assignment of Rents continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

Dated and effective as of Closing Date

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NBL SPV II, LLC**

By ______________________
Name: Anthony Zara
Title: Vice President

______________________
Witness
Andrew Zink

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 15th day of January 2026, by Anthony Zara, as the Vice President of NBL SPV II, LLC, He is personally known to me or has produced his driver's license as identification.

______________________
Notary Public

NOTARY PUBLIC STATE OF FLORIDA
PENNY N. BRAKE
MY COMMISSION # HH 427000
EXPIRES: August 15, 2027

Schedule "A"

(Legal Description)

The Land is described as follows:

All of that certain lot or parcel of land, lying and being situate in Opequon Magisterial District, Frederick County, Virginia, north side of Virginia Route 277 and lying on the east side of Warrior Drive, designated and described as Lot 5, containing 5.0032 acres, more or less, as shown on the Boundary Line Adjustment Plat "Lot 3 & Lot 5, SHERANDO TOWNE CENTER", prepared by Patton Harris Rust Associates, dated April 17, 2006, recorded with the Deed in the Office of the Clerk of the Circuit Court of Frederick County, Virginia as Instrument No. 0600014519.

Parcel Number 86-A-102G

**The Real Property or its address is commonly known as 201 Centre Drive, Stephens City, VA 22655**

INSTRUMENT 260007174
RECORDED IN THE CLERK'S OFFICE OF
FREDERICK CIRCUIT COURT ON
JULY 14, 2026 AT 03:08 PM
SARAH J. KAHLE, CLERK
RECORDED BY: HEM