# EXHIBIT "29"

2025004769
GREENE CO, AR FEE $25.00
PRESENTED: 07-21-2025 09:35:14 AM
RECORDED: 07-21-2025 09:35:14 AM
LESA GRAMLING
CIRCUIT CLERK
BY: VALERIE SMITH
DEPUTY CLERK
ASSIGNMENT
3 Pages

**ASSIGNMENT OF MORTGAGE**

This Instrument Prepared By And
When Recorded Return To:

Shannon Kathrein
Newtek Business Services HOLDCO 6, Inc.
200 S Orange Avenue, Suite 1175
Orlando, FL 32801

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ONLY

## ASSIGNMENT OF MORTGAGE

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC.**, a Florida corporation, residing or located at 4800 T-Rex Avenue, Suite 120, Boca Raton, Florida 33431 ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **NBL SPV II, LLC**, a Delaware limited liability company, residing or located at 200 S Orange Avenue, Suite 1175 Orlando, Florida 32801 ("Assignee"), all of Assignor's right, title and interest in and to that certain MORTGAGE, dated as of **June 30, 2025** is made and executed between **1401 US HIGHWAY 49B REAL ESTATE LLC, an Arkansas limited liability company, whose address is 444 E 58th St, Apt 3C, New York, NY 10022** ("Grantor"), in favor of Assignor, encumbering the property located in the **Greene County, State of Arkansas** and legally described on "Schedule A" attached hereto. The Mortgage was recorded on July 9, 2025 in the **Official Recorders of Greene County, State of Arkansas in Instrument No:** 2025004446.

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Mortgage. The Assignee is not acting as a nominee of the Grantor, and the Mortgage continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

RID: [redacted]7461

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC.**

By: ______________________
Name: Anthony Zara
Title: Chief Operating Officer

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 30 day of **June 2025**, by Anthony Zara, as the Chief Operating Officer of Newtek Business Services HOLDCO 6, Inc., a Florida corporation. He is personally known to me or has produced his driver's license as identification.

______________________
Notary Public

Notary Public State of Florida
Allysha Chaison
My Commission HH 386757
Expires 4/16/2027

RID[redacted]7461

## LEGAL DESCRIPTION
### Exhibit A

The Land is described as follows:

THE FOLLOWING DESCRIBED LAND, SITUATED IN THE COUNTY OF GREENE AND THE STATE OF ARKANSAS TO-WIT:

REAL PROPERTY IN THE CITY OF PARAGOULD, COUNTY OF GREENE, STATE OF ARKANSAS, DESCRIBED AS FOLLOWS: THAT PART OF THE N1/2 OF THE S1/2 OF SECTION 30, TOWNSHIP 17 NORTH, RANGE 6 EAST, GREENE COUNTY, ARKANSAS, DESCRIBED AS FOLLOWS: BEGIN AT A POINT 50 FEET SOUTH AND 86.5 FEET EAST OF THE NORTHWEST CORNER OF THE SE1/4 OF SAID SECTION, (WHICH POINT IS ON THE WEST RIGHT OF WAY LINE OF MISSOURI-PACIFIC RAILROAD RIGHT OF WAY); RUN THENCE SOUTH WITH SAID RAILROAD RIGHT OF WAY 940 FEET TO A POINT, RUN THENCE WEST 1720 FEET MORE OR LESS TO THE EAST RIGHT OF WAY LINE OF ARKANSAS STATE HIGHWAY NO. 1, RUN THENCE IN A NORTHERLY DIRECTION ALONG AND WITH LINE OF ARKANSAS STATE HIGHWAY RIGHT OF WAY 740 FEET MORE OR LESS TO THE SOUTHWEST CORNER OF LANDS HERETOFORE CONVEYED BY PARAGOULD CHAMBER OF COMMERCE TO JET SCREEN, INC., (WHICH POINT IS 250 FEET SOUTH OF THE NORTH LINE OF SAID N1/2 OF THE S1/2 OF SAID SECTION) RUN THENCE EAST 1090 FEET ALONG AND WITH THE JET SCREEN TRACT, RUN THENCE NORTH ALONG AND WITH THE JET SCREEN TRACT 200 FEET TO THE NORTHEAST CORNER OF SAID JET SCREEN TRACT, RUN THENCE EAST 560 FEET MORE OR LESS TO THE POINT OF BEGINNING.

SITUATE IN THE COUNTY OF GREENE, STATE OF ARKANSAS.

**Real Property tax identification number is 1004-30310-004**

**The Real Property or its address is commonly known as 1401 Highway 49 B, Paragould, AR 72450**