**EXHIBIT "32"**

2026005148
GREENE CO. AR FEE $40.00
PRESENTED & RECORDED
07/20/2026 14:21:35
LESA GRAMLING
CIRCUIT CLERK
BY: VALERIE SMITH
DEPUTY CLERK

SEAL OF CIRCUIT COURT GREENE COUNTY, ARKANSAS

| Recording Prepared and Requested By And Record And Return To:<br><br>Cortney Wiedemann<br>NBL SPV II, LLC<br>200 S. Orange Avenue, Suite 1175<br>Orlando, Florida 32801<br>Loan # 2767461 | SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ONLY |
|---|---|

## ASSIGNMENT OF ASSIGNMENT OF RENTS

**NBL SPV II, LLC** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION,** and its successors and assigns, as indenture trustee, under that certain Indenture dated as of the Closing Date (as defined in the Indenture), and as the same may be amended from time to time, for the benefit of the holders of the NALP Business Loan Trust 2026-1 Business Loan-Backed Notes, Series 2026-1 as their interests may appear, all of Assignor's right, title and interest in and to that certain **ASSIGNMENT OF RENTS**, dated as of **June 30, 2025**, made by **1401 US HIGHWAY 49B REAL ESTATE LLC,** an Arkansas limited liability company, whose address is 444 E 58th St, Apt 3C, New York, NY 10022 (the "Grantor"), in favor of **Newtek Business Services Holdco 6, Inc.** a Florida Corporation, residing or located at 200 S. Orange Avenue, Suite 1175, Orlando, FL 32801 ("Original Assignment of Rents"), who further assigned to **Assignor,** by that certain **ASSIGNMENT OF ASSIGNMENT OF RENTS** dated **June 30, 2025** ("First Assignment"), encumbering the property located in the County of Greene, State of Arkansas and legally described on Schedule A attached hereto (the Original Assignment of Rents and the First Assignment are collectively known as, the "Assignment of Rents"). The Original Assignment of Rents was recorded on **July 9, 2025,** in the Official Records of Greene County, Arkansas under Instrument Number **2025004447** and the First Assignment was recorded on **July 21, 2025,** in the Official Records of Greene County, Arkansas under Instrument Number **2025004770**.

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Assignment of Rents. The Assignee is not acting as a nominee of the Grantor, and the Assignment of Rents continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

Dated and effective as of Closing Date

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NBL SPV II, LLC**

By ______________________
Name: Anthony Zara
Title: Vice President

______________________
Witness
Andrew Zink

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 15th day of January 2026, by Anthony Zara, as the Vice President of NBL SPV II, LLC, He is personally known to me or has produced his driver's license as identification.

______________________
Notary Public

PENNY N. BRAKE
MY COMMISSION # HH 427000
EXPIRES: August 15, 2027
NOTARY PUBLIC STATE OF FLORIDA

Schedule "A"

(Legal Description)

The Land is described as follows:

THE FOLLOWING DESCRIBED LAND, SITUATED IN THE COUNTY OF GREENE AND THE STATE OF ARKANSAS TO-WIT:

REAL PROPERTY IN THE CITY OF PARAGOULD, COUNTY OF GREENE, STATE OF ARKANSAS, DESCRIBED AS FOLLOWS: THAT PART OF THE N1/2 OF THE S1/2 OF SECTION 30, TOWNSHIP 17 NORTH, RANGE 6 EAST, GREENE COUNTY, ARKANSAS, DESCRIBED AS FOLLOWS: BEGIN AT A POINT 50 FEET SOUTH AND 86.5 FEET EAST OF THE NORTHWEST CORNER OF THE SE1/4 OF SAID SECTION, (WHICH POINT IS ON THE WEST RIGHT OF WAY LINE OF MISSOURI-PACIFIC RAILROAD RIGHT OF WAY); RUN THENCE SOUTH WITH SAID RAILROAD RIGHT OF WAY 940 FEET TO A POINT, RUN THENCE WEST 1720 FEET MORE OR LESS TO THE EAST RIGHT OF WAY LINE OF ARKANSAS STATE HIGHWAY NO. 1, RUN THENCE IN A NORTHERLY DIRECTION ALONG AND WITH LINE OF ARKANSAS STATE HIGHWAY RIGHT OF WAY 740 FEET MORE OR LESS TO THE SOUTHWEST CORNER OF LANDS HERETOFORE CONVEYED BY PARAGOULD CHAMBER OF COMMERCE TO JET SCREEN, INC., (WHICH POINT IS 250 FEET SOUTH OF THE NORTH LINE OF SAID N1/2 OF THE S1/2 OF SAID SECTION) RUN THENCE EAST 1090 FEET ALONG AND WITH THE JET SCREEN TRACT, RUN THENCE NORTH ALONG AND WITH THE JET SCREEN TRACT 200 FEET TO THE NORTHEAST CORNER OF SAID JET SCREEN TRACT, RUN THENCE EAST 560 FEET MORE OR LESS TO THE POINT OF BEGINNING.

SITUATE IN THE COUNTY OF GREENE, STATE OF ARKANSAS.

**Real Property tax identification number is 1004-30310-004**

**The Real Property or its address is commonly known as 1401 Highway 49 B, Paragould, AR 72450**