**EXHIBIT "36"**

**5152 Page 666**

Recorded in the Above
MORTGAGES Book & Page
07-23-2025 02:05:06 PM
Jere Colley - Probate Judge
Lee County, AL (eFiled)

Book/Pg: 5152/666-668
Clerk: Oliver
Tran: 32856.493267.637821
Fees Posted: 07-23-2025 02:05:06

| | |
|---|---|
| MTG Mortgage Tax | 0.00 |
| REC Recording Fee | 20.00 |
| Total Fees: | $20.00 |

**ASSIGNMENT OF MORTGAGE**

This Instrument Prepared By And
When Recorded Return To:

Shannon Kathrein
Newtek Business Services HOLDCO 6, Inc.
200 S Orange Avenue, Suite 1175
Orlando, FL 32801

This Assignment is being re-recorded to include the date, book and page number of the recorded Mortgage.

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ONLY

**ASSIGNMENT OF MORTGAGE**

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC.**, a Florida corporation, residing or located at 4800 T-Rex Avenue, Suite 120, Boca Raton, Florida 33431 ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **NBL SPV II, LLC**, a Delaware limited liability company, residing or located at 200 S Orange Avenue, Suite 1175 Orlando, Florida 32801 ("Assignee"), all of Assignor's right, title and interest in and to that certain MORTGAGE, dated as of **June 30, 2025** is made and executed between **4800 USH 280 REAL ESTATE LLC, an Alabama limited liability company, whose mailing address is 20a Grove Street, Hicksville, NY 11801** ("Grantor"), in favor of Assignor, encumbering the property located in the **Lee County, State of Alabama** and legally described on "Schedule A" attached hereto. The Mortgage was recorded on 07/09/2025 in the **Official Recorders of Lee County, State of Alabama in Instrument No:** n/a Mortgages Book 5147, Page 405.

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Mortgage. The Assignee is not acting as a nominee of the Grantor, and the Mortgage continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

RID: [redacted]7461

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC**

By ______________________
Name: Anthony Zara
Title: Chief Operating Officer

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 30 day of June 2025, by Anthony Zara, as the Chief Operating Officer of Newtek Business Services HOLDCO 6, Inc, a Florida corporation. He is personally known to me or has produced his driver's license as identification.

______________________
Notary Public

Notary Public State of Florida
Allysha Chaison
My Commission HH 386757
Expires 4/16/2027

# LEGAL DESCRIPTION
## Exhibit A

The Land is described as follows:

That certain real estate situated in Lee County, Alabama, being more particularly described as follows:

Commence at the Northwest corner of Section 9, Township 19 North, Range 26 East, Auburn, Lee County, Alabama; thence North 89 degrees 20 minutes 00 seconds East 474.77 feet to an iron pin located at the Northwest corner of the property herein to be described: From this point of beginning, thence North 89 degrees 20 minutes 00 seconds East, for a distance of 339.90 feet to an iron pin for a corner; thence North 85 degrees 30 minutes 36 seconds East for a distance of 68.13 feet to an iron pin for a corner; thence North 89 degrees 44 minutes 13 seconds East for a distance of 433.79 feet to an iron bolt for a corner thence South 02 degrees 09 minutes 07 seconds East for a distance of 762.83 feet to an iron pin on the North margin of U.S. Highway 280 for a corner; thence North 68 degrees 67 minutes 04 seconds West along the North margin of U.S. Highway 280 for a distance of 562.35 feet to a concrete right of way monument for U.S. Highway 280 for a corner; thence North 59 degrees 28 minutes 04 seconds West along the North margin of said U.S. Highway 280 for a distance of 199.59 feet to a concrete right of way monument for U.S. highway 280 for a corner; thence North 68 degrees 54 minutes 34 seconds West along the North margin of said U.S. Highway 280 for a distance of 159.47 feet to an iron pin for a corner; thence leaving the North margin of U.S. Highway 280 North 03 degrees 35 minutes 00 seconds West for a distance of 390.93 feet to the point of beginning. All according to plat of survey thereof made by Glenn N. Gaylor, P.L.S. AL Reg. No. 20890, dated September 22, 2004.

BEING the same premises conveyed to 4800 USH 280 Real Estate, LLC, an Alabama limited liability company, by Statutory Warranty Deed from H2 Development, LLC, an Alabama limited liability company, dated July 19, 2017, filed for record on August 1, 2017 in Deed Book 2518, Page 622, in the Office of the Judge of Probate of Lee County, Alabama.

**APN: 09-02-09-0-000-003.005**

**The Real Property or its address is commonly known as 4800 U.S. Highway 280 West, Opelika, AL 36801**

RID: [redacted]7461