**EXHIBIT "38"**

5260 791
Recorded in the Above
MORTGAGES Book & Page
07-14-2026 02:42:56 PM
Jere Colley - Probate Judge
Lee County, AL (eFiled)

Book/Pg: 5260/791-793
Clerk: Oliver
Tran: 34865.523994.673220
Fees Posted: 07-14-2026 02:42:56
MTG Mortgage Tax 0.00
REC Recording Fee 17.00
Total Fees: $17.00

Recording Prepared and Requested
By And Record And Return To:

Cortney Wiedemann
NBL SPV II, LLC
200 S. Orange Avenue, Suite 1175
Orlando, Florida 32801
Loan # 2767461

SPACE ABOVE THIS LINE RESERVED
FOR RECORDER'S USE ONLY

## ASSIGNMENT OF MORTGAGE

**NBL SPV II, LLC** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION,** and its successors and assigns, as indenture trustee, under that certain Indenture dated as of the Closing Date (as defined in the Indenture), and as the same may be amended from time to time, for the benefit of the holders of the NALP Business Loan Trust 2026-1 Business Loan-Backed Notes, Series 2026-1 as their interests may appear, all of Assignor's right, title and interest in and to that certain **MORTGAGE**, dated as of **June 30, 2025**, made by **4800 USH 280 Real Estate LLC,** an Alabama limited liability company, whose mailing address is 20a Grove Street, Hicksville, NY 11801 (the "Grantor"), in favor of **Newtek Business Services Holdco 6, Inc.** a Florida Corporation, residing or located at 200 S. Orange Avenue, Suite 1175, Orlando, FL 32801 ("Original Mortgage"), who further assigned to **Assignor,** by that certain **ASSIGNMENT OF MORTGAGE** dated **June 30, 2025** ("First Assignment"), encumbering the property located in the County of Lee, State of Alabama and legally described on Schedule A attached hereto (the Original Mortgage and the First Assignment are collectively known as, the "Mortgage"). The Original Mortgage was recorded on **July 9, 2025,** in the Official Records of Lee County, Alabama under **BK 5147, PG 405** and the First Assignment was recorded on **July 23, 2025,** in the Official Records of Lee County, Alabama under **BK 5152, PG 666**.

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Mortgage. The Assignee is not acting as a nominee of the Grantor, and the Mortgage continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

Dated and effective as of Closing Date

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NBL SPV II, LLC**

By ______________________
Name: Anthony Zara
Title: Vice President

______________________
Witness
Andrew Zink

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 15th day of January 2026, by Anthony Zara, as the Vice President of NBL SPV II, LLC, He is personally known to me or has produced his driver's license as identification.

______________________
Notary Public

NOTARY PUBLIC STATE OF FLORIDA
PENNY N. BRAKE
MY COMMISSION # HH 427000
EXPIRES: August 15, 2027

5260 793
MORTGAGES Book & Page

Schedule "A"

(Legal Description)

The Land is described as follows:

That certain real estate situated in Lee County, Alabama, being more particularly described as follows:

Commence at the Northwest corner of Section 9, Township 19 North, Range 26 East, Auburn, Lee County, Alabama; thence North 89 degrees 20 minutes 00 seconds East 474.77 feet to an iron pin located at the Northwest corner of the property herein to be described: From this point of beginning, thence North 89 degrees 20 minutes 00 seconds East, for a distance of 339.90 feet to an iron pin for a corner; thence North 85 degrees 30 minutes 36 seconds East for a distance of 68.13 feet to an iron pin for a corner; thence North 89 degrees 44 minutes 13 seconds East for a distance of 433.79 feet to an iron bolt for a corner thence South 02 degrees 09 minutes 07 seconds East for a distance of 762.83 feet to an iron pin on the North margin of U.S. Highway 280 for a corner; thence North 68 degrees 67 minutes 04 seconds West along the North margin of U.S. Highway 280 for a distance of 562.35 feet to a concrete right of way monument for U.S. Highway 280 for a corner; thence North 59 degrees 28 minutes 04 seconds West along the North margin of said U.S. Highway 280 for a distance of 199.59 feet to a concrete right of way monument for U.S. highway 280 for a corner; thence North 68 degrees 54 minutes 34 seconds West along the North margin of said U.S. Highway 280 for a distance of 159.47 feet to an iron pin for a corner; thence leaving the North margin of U.S. Highway 280 North 03 degrees 35 minutes 00 seconds West for a distance of 390.93 feet to the point of beginning. All according to plat of survey thereof made by Glenn N. Gaylor, P.L.S. AL Reg. No. 20890, dated September 22, 2004.

BEING the same premises conveyed to 4800 USH 280 Real Estate, LLC, an Alabama limited liability company, by Statutory Warranty Deed from H2 Development, LLC, an Alabama limited liability company, dated July 19, 2017, filed for record on August 1, 2017 in Deed Book 2518, Page 622, in the Office of the Judge of Probate of Lee County, Alabama.

.

**APN: 09-02-09-0-000-003.005**

**The Real Property or its address is commonly known as 4800 U.S. Highway 280 West, Opelika, AL 36801**