**EXHIBIT "43"**

# ASSIGNMENT OF MORTGAGE

This Instrument Prepared By And
When Recorded Return To:

Shannon Kathrein
Newtek Business Services HOLDCO 6, Inc.
200 S Orange Avenue, Suite 1175
Orlando, FL 32801

2025005613 MTG ASSIGN $25.00
8/8/2025 9:19:51 AM 3 PGS
Debra S. Tiemann
WAYNE County Recorder, IN
Recorded as Presented

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ONLY

## ASSIGNMENT OF MORTGAGE

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC.**, a Florida corporation, residing or located at 4800 T-Rex Avenue, Suite 120, Boca Raton, Florida 33431 ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **NBL SPV II, LLC**, a Delaware limited liability company, residing or located at 200 S Orange Avenue, Suite 1175 Orlando, Florida 32801 ("Assignee"), all of Assignor's right, title and interest in and to that certain MORTGAGE, dated as of **June 30, 2025** is made and executed between **1133 NORTHWEST L STREET REAL ESTATE LLC, an Indiana limited liability company whose address is 444 E 58th St, Apt 3C, New York, NY 10022** ("Grantor"), in favor of Assignor, encumbering the property located in the **Wayne County, State of Indiana** and legally described on "Schedule A" attached hereto. The Mortgage was recorded on **07/09/2025** in the **Official Recorders of Wayne County, State of Indiana in Instrument No: 2025004706**.

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Mortgage. The Assignee is not acting as a nominee of the Grantor, and the Mortgage continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC.**

By: ______________________
Name: Anthony Zara
Title: Chief Operating Officer

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 30 day of **June 2025**, by Anthony Zara, as the Chief Operating Officer of Newtek Business Services HOLDCO 6, Inc., a Florida corporation. He is personally known to me or has produced his driver's license as identification.

______________________
Notary Public

Notary Public State of Florida
Allysha Chaison
My Commission HH 386757
Expires 4/16/2027

I affirm, under the penalties for perjury, that I have taken reasonable care to redact each Social Security number in this document, unless required by law (Shannon Kathrein, Attorney).

RID:[redacted]7461

## LEGAL DESCRIPTION
### Exhibit A

The Land is described as follows:

A part of the Southwest quarter of Section 30, Township 14 North, Range 1 West, Wayne County, Indiana and being more particularly described as follows:

Beginning at a point 22 feet West and 32.7 feet North of the Southeast corner of said Southwest quarter, said beginning point being on the North right of way line of the Penn-Central Railroad and running thence, from said beginning point, North 00 degrees and 38 minutes East, parallel to and 22 feet therefrom the East line of said Southwest quarter 1052.32 feet; thence North 81 degrees and 50 minutes West 806.97 feet; thence South 00 degrees and 38 minutes West, parallel to the East line of said quarter, 757.22 feet to the North right of way of the Penn-Central Railroad; thence South 62 degrees and 45 minutes East along said North right of way line 894.83 feet to the place of beginning, the above described tract of land is the same tract of land the Richmond Grocery, Inc. conveyed to the Walled Lake Door Company and described in deed record 339, page 167, said description containing an incorrect deflection angle.

Together with a perpetual right of the use and enjoyment for vehicular traffic of that certain private roadway lying to the East and North and adjacent to the above described real estate. Together with the obligation on the part of the grantee herein and the owners of the property to the North and West of the above described tract to jointly maintain the surface structure of driveway (meaning gravel structure) of said private road to the point where said owner of ground to the North and West enters said above described real estate from said private road and runs Northwardly from the Northwest "L" Street in Richmond, Indiana.

Also:

A part of the Southwest quarter of Section 30, Town 14 North, Range 1 West in the City of Richmond, Wayne County, Indiana and being more particularly described as follows:

Beginning at the Southeast corner of said Southwest quarter and running thence West 22 feet; thence North 00 degrees and 38 minutes East, parallel to and 22 feet therefrom the East line of said Southwest quarter, 1085.02 feet more or less, to the Northeast corner of property owned by the Department of Development of the City of Richmond, Indiana, as described in deed record 385, page 13, in the recorder's office, Wayne County, Indiana; thence South 81 degrees and 50 minutes East, along the South line of property owned by Industries, Inc., as described in deed record 368, page 163 in said recorder's office, 22.19 feet to a point in the East line of said Southwest quarter; thence South 00 degrees and 38 minutes West, along the East line of said quarter, a deed distance of 1083.17 feet (calculates 1081.86 feet) to the place of beginning.

**The Real Property or its address is commonly known as 1133 NW L Street, Richmond, IN 47374.**

RID: [redacted]7461