**EXHIBIT “50”**

2025071801103931 B: 16169 P: 1389
07/18/2025 02:41:02 PM Pgs: 3
Fee: $22.00
Maressa Treat, County Clerk
Oklahoma County - State of Oklahoma

**ASSIGNMENT OF MORTGAGE**

This Instrument Prepared By And
When Recorded Return To:

Shannon Kathrein
Newtek Business Services HOLDCO 6, Inc.
200 S Orange Avenue, Suite 1175
Orlando, FL 32801

The Oklahoma City Abstract & Title Co.
9211 Lake Hefner Parkway, Suite # 100
Oklahoma City, OK 73120
2503941

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ONLY

**ASSIGNMENT OF MORTGAGE**

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC.**, a Florida corporation, residing or located at 4800 T-Rex Avenue, Suite 120, Boca Raton, Florida 33431 ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **NBL SPV II, LLC**, a Delaware limited liability company, residing or located at 200 S Orange Avenue, Suite 1175 Orlando, Florida 32801 ("Assignee"), all of Assignor's right, title and interest in and to that certain MORTGAGE, dated as of **June 30, 2025** is made and executed between **WILSHIRE LOFTS LLC, an Oklahoma limited liability, whose address is 444 E. 58th Street, Apt 3C, New York, NY 10022** ("Grantor"), in favor of Assignor, encumbering the property located in the **Oklahoma County, State of Oklahoma** and legally described on "Schedule A" attached hereto. The Mortgage was recorded on July 16th, 2025 in the **Official Recorders of Oklahoma County, State of Oklahoma in Book No:** 16165 **; Page No:** 1396 .

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Mortgage. The Assignee is not acting as a nominee of the Grantor, and the Mortgage continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

RID: [redacted]7461

20250718011039 31 B: 16169 P: 1390 07/18/2025 02:41 PM Page 2 of 3

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC**

By ______________________
Name: Anthony Zara
Title: Chief Operating Officer

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 30th day of June 2025, by Anthony Zara, as the Chief Operating Officer of Newtek Business Services HOLDCO 6, Inc, a Florida corporation. He is personally known to me or has produced his driver's license as identification.

CORTNEY L. WIEDEMANN
MY COMMISSION # HH 202371
EXPIRES: November 28, 2025
Bonded Thru Notary Public Underwriters

______________________
Notary Public

**LEGAL DESCRIPTION**
**Exhibit A**

The Land is described as follows:

Lot One (1), in Block Four (4), of KNIGHT LAKE, an Addition to the City of Oklahoma City, Oklahoma County, Oklahoma, according to the recorded plat thereof.

**The Real Property or its address is commonly known as 6708 West Wilshire Boulevard, Oklahoma City, OK 73132.**

**The Real Property tax identification number is 2816-14-015-1920**