**Exhibit "52"**

2026071401103212 B: 16540 P: 1075
07/14/2026 02:33:25 PM Pgs: 3
Fee: $22.00
Maressa Treat, County Clerk
Oklahoma County - State of Oklahoma

Recording Prepared and Requested
By And Record And Return To:

Cortney Wiedemann
NBL SPV II, LLC
200 S. Orange Avenue, Suite 1175
Orlando, Florida 32801
Loan # 2767461

SPACE ABOVE THIS LINE RESERVED
FOR RECORDER'S USE ONLY

## ASSIGNMENT OF MORTGAGE

**NBL SPV II, LLC** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION,** and its successors and assigns, as indenture trustee, under that certain Indenture dated as of the Closing Date (as defined in the Indenture), and as the same may be amended from time to time, for the benefit of the holders of the NALP Business Loan Trust 2026-1 Business Loan-Backed Notes, Series 2026-1 as their interests may appear, all of Assignor's right, title and interest in and to that certain **MORTGAGE**, dated as of **June 30, 2025**, made by **WILLSHIRE LOFTS LLC,** an Oklahoma limited liability company, whose addres is 444 E 58th Street, Apt 3C, New York, NY 10022 (the "Grantor"), in favor of **Newtek Business Services Holdco 6, Inc.** a Florida Corporation, residing or located at 200 S. Orange Avenue, Suite 1175, Orlando, FL 32801 ("Original Mortgage"), who further assigned to **Assignor,** by that certain **ASSIGNMENT OF MORTGAGE** dated **June 30, 2025** ("First Assignment"), encumbering the property located in the County of Oklahoma, State of Oklahoma and legally described on Schedule A attached hereto (the Original Mortgage and the First Assignment are collectively known as, the "Mortgage"). The Original Mortgage was recorded on **July 16, 2025,** in the Official Records of Oklahoma County, Oklahoma under **BK 16165, PG 1396** and the First Assignment was recorded on **July 18, 2025,** in the Official Records of Oklahoma County, Oklahoma under **BK 16169, PG 1389.**

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Mortgage. The Assignee is not acting as a nominee of the Grantor, and the Mortgage continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

Dated and effective as of Closing Date

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NBL SPV II, LLC**

By ______________________

Name: Anthony Zara

Title: Vice President

______________________

Witness

Andrew Zink

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 15th day of January 2026, by Anthony Zara, as the Vice President of NBL SPV II, LLC, He is personally known to me or has produced his driver's license as identification.

______________________

Notary Public

NOTARY PUBLIC STATE OF FLORIDA
PENNY N. BRAKE
MY COMMISSION # HH 427000
EXPIRES: August 15, 2027

Schedule "A"

(Legal Description)

The Land is described as follows:

Lot One (1), in Block Four (4), of KNIGHT LAKE, an Addition to the City of Oklahoma City, Oklahoma County, Oklahoma, according to the recorded plat thereof.

**The Real Property or its address is commonly known as 6708 West Wilshire Boulevard, Oklahoma City, OK 73132.**

**The Real Property tax identification number is 2816-14-015-1920**