**Exhibit "53"**

2026071401103213 B: 16549 P: 1078
07/14/2026 02:33:25 PM Pgs: 3
Fee: $22.00
Maressa Treat, County Clerk
Oklahoma County - State of Oklahoma

| | |
|---|---|
| Recording Prepared and Requested By And Record And Return To:<br><br>Cortney Wiedemann<br>NBL SPV II, LLC<br>200 S. Orange Avenue, Suite 1175<br>Orlando, Florida 32801<br>Loan # 2767461 | SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ONLY |

## ASSIGNMENT OF ASSIGNMEN TOF RENTS

**NBL SPV II, LLC** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION,** and its successors and assigns, as indenture trustee, under that certain Indenture dated as of the Closing Date (as defined in the Indenture), and as the same may be amended from time to time, for the benefit of the holders of the NALP Business Loan Trust 2026-1 Business Loan-Backed Notes, Series 2026-1 as their interests may appear, all of Assignor's right, title and interest in and to that certain **ASSIGNMENT OF RENTS**, dated as of **June 30, 2025**, made by **WILLSHIRE LOFTS LLC,** an Oklahoma limited liability company, whose addres is 444 E 58th Street, Apt 3C, New York, NY 10022 (the "Grantor"), in favor of **Newtek Business Services Holdco 6, Inc.** a Florida Corporation, residing or located at 200 S. Orange Avenue, Suite 1175, Orlando, FL 32801 ("Original Assignment of Rents"), who further assigned to **Assignor,** by that certain **ASSIGNMENT OF ASSIGNMENT OF RENTS** dated **June 30, 2025** ("First Assignment"), encumbering the property located in the County of Oklahoma, State of Oklahoma and legally described on Schedule A attached hereto (the Original Assignment of Rents and the First Assignment are collectively known as, the "Assignment of Rents"). The Original Assignment of Rents was recorded on **July 16, 2025,** in the Official Records of Oklahoma County, Oklahoma under **BK 16165, PG 1419** and the First Assignment was recorded on **July 18, 2025,** in the Official Records of Oklahoma County, Oklahoma under **BK 16169, PG 1392.**

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Assignment of Rents. The Assignee is not acting as a nominee of the Grantor, and the Assignment of Rents continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

Dated and effective as of Closing Date

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NBL SPV II, LLC**

By ______________________
Name: Anthony Zara
Title: Vice President

______________________
Witness
Andrew Zink

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 15th day of January 2026, by Anthony Zara, as the Vice President of NBL SPV II, LLC, He is personally known to me or has produced his driver's license as identification.

PENNY N. BRAKE
MY COMMISSION # HH 427000
EXPIRES: August 15, 2027

______________________
Notary Public

Schedule "A"

(Legal Description)

The Land is described as follows:

Lot One (1), in Block Four (4), of KNIGHT LAKE, an Addition to the City of Oklahoma City, Oklahoma County, Oklahoma, according to the recorded plat thereof.

**The Real Property or its address is commonly known as 6708 West Wilshire Boulevard, Oklahoma City, OK 73132.**

**The Real Property tax identification number is 2816-14-015-1920**