**Exhibit "57"**

Kevin C. Karnes, Lee County Clerk of the Circuit Court & Comptroller
INSTR# 2025000198781, DocType ASG, Pages 3, Recorded 7/24/2025 at 9:45 AM, DeputyClerk WSEIBERT
Rec Fees: $27.00 ERECORD

**ASSIGNMENT OF MORTGAGE**

This Assignment is being re-recorded to include the date, book and page of the recorded Mortgage.

This Instrument Prepared By And When Recorded Return To:

Shannon Kathrein
Newtek Business Services HOLDCO 6, Inc.
200 S Orange Avenue, Suite 1175
Orlando, FL 32801

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ONLY

**ASSIGNMENT OF MORTGAGE**

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC.**, a Florida corporation, residing or located at 4800 T-Rex Avenue, Suite 120, Boca Raton, Florida 33431 ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **NBL SPV II, LLC**, a Delaware limited liability company, residing or located at 200 S Orange Avenue, Suite 1175 Orlando, Florida 32801 ("Assignee"), all of Assignor's right, title and interest in and to that certain MORTGAGE, dated as of **June 30, 2025** is made and executed between **7335 Gladiolus LLC, a Florida limited liability company, whose mailing address is 20a Grove Street, Hicksville, NY 11801** ("Grantor"), in favor of Assignor, encumbering the property located in the **Lee County, State of Florida** and legally described on "Schedule A" attached hereto. The Mortgage was recorded on 07/09/2025 in the **Official Recorders of Lee County, State of Florida in Instrument No:** 2025000184465.

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Mortgage. The Assignee is not acting as a nominee of the Grantor, and the Mortgage continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

RID: [redacted]7461

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NEWTEK BUSINESS SERVICES HOLDCO 6, INC.**

By: ______________________
Name: Anthony Zara
Title: Chief Operating Officer

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 30 day of **June 2025**, by Anthony Zara, as the Chief Operating Officer of Newtek Business Services HOLDCO 6, Inc., a Florida corporation. He is personally known to me or has produced his driver's license as identification.

______________________
Notary Public

Notary Public State of Florida
Allysha Chaison
My Commission HH 386757
Expires 4/16/2027

## LEGAL DESCRIPTION
## Exhibit A

The Land is described as follows:

The land herein referred to below is situated in the County of Lee, State of Florida, and is described as follows:

A part of a parcel described in O.R. Book 2103, Pages 2904 and 2905, being a parcel of land in the South half of the Southeast quarter of said Section 26, The Land is described as follows:

The land herein referred to below is situated in the County of Lee, State of Florida, and is described as follows:

A part of a parcel described in O.R. Book 2103, Pages 2904 and 2905, being a parcel of land in the South half of the Southeast quarter of said Section 26, Township 45 South, Range 24 East, LEE County, Florida for land Southeast of the rerouting of S.R. 865 and Northeast of Interconnection of existing and rerouted S.R. 865. Said parcel is more particularly described as follows:

From the Southwest corner of the Southeast quarter of said Section 26 run N89°07'28" East along the South line of said Section 822.67 feet to an intersection with the Southeasterly right-of-way line of rerouted S.R. 865; thence N19°19'37" East along said Southeasterly right-of-way line 318.25 feet; thence continue N19°19'37" East along said right-of-way line 137.79 feet to the Point of Beginning: thence continue N19°19'32" East for a distance of 41.93 feet to the Beginning of a curve, concave to the Southeast having a radius of 1130.00 feet; thence Northeasterly through a central angle of 09°04'11" for a distance of 178.88 feet; thence S65°01'07" West for a distance of 182.37 feet; thence N88°47'58" East for a distance of 56.64 feet; thence S01°12'01" East for a distance of 208.61 feet; thence S88°48'04" West for a distance of 131.84 feet; thence N65°11'07" West for a distance of 199.30 feet to the Point of Beginning.

**The Real Property tax identification number is 26-45-24-00-00015.0060**

**The Real Property or its address is commonly known as 7335 Gladiolus Drive, Fort Myers, FL 33908.**