**Exhibit "60"**

Kevin C. Karnes, Lee County Clerk of the Circuit Court & Comptroller
INSTR# 2026000186493, Doc Type ASG, Pages 3, Recorded 7/15/2026 at 9:22 AM, Deputy Clerk WMILLER
Rec Fees: $27.00 ERECORD

| Recording Prepared and Requested By And Record And Return To: | |
|---|---|
| Cortney Wiedemann<br>NBL SPV II, LLC<br>200 S. Orange Avenue, Suite 1175<br>Orlando, Florida 32801<br>Loan # 2767461 | SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ONLY |

## ASSIGNMENT OF ASSIGNMENT OF RENTS

**NBL SPV II, LLC** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby assigns, transfers, sets over and conveys to **U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION,** and its successors and assigns, as indenture trustee, under that certain Indenture dated as of the Closing Date (as defined in the Indenture), and as the same may be amended from time to time, for the benefit of the holders of the NALP Business Loan Trust 2026-1 Business Loan-Backed Notes, Series 2026-1 as their interests may appear, all of Assignor's right, title and interest in and to that certain **ASSIGNMENT OF RENTS**, dated as of **June 30, 2025**, made by **7335 Gladiolus LLC,** a Florida limited liability company, whose address is 20a Grove Street, Hicksville, NY 11801 (the "Grantor"), in favor of **Newtek Business Services Holdco 6, Inc.** a Florida Corporation, residing or located at 200 S. Orange Avenue, Suite 1175, Orlando, FL 32801 ("Original Assignment of Rents"), who further assigned to **Assignor,** by that certain **ASSIGNMENT OF ASSIGNMENT OF RENTS** dated **June 30, 2025** ("First Assignment"), encumbering the property located in the County of Lee, State of Florida and legally described on Schedule A attached hereto (the Original Assignment of Rents and the First Assignment are collectively known as, the "Assignment of Rents"). The Original Assignment of Rents was recorded on **July 9, 2025** in the Official Records of Lee County, Florida as Insutrument Number **2025000184466** and the First Assignment was recorded on **July 24, 2025** in the Official Records of Lee County, Florida as Insutrument Number **2025000198782**.

TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns forever, subject only to the terms and conditions of the Assignment of Rents. The Assignee is not acting as a nominee of the Grantor, and the Assignment of Rents continues to secure bona fide obligations.

In all references in this Assignment to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

Dated and effective as of Closing Date

IN WITNESS WHEREOF, Assignor has caused these presents to be signed and sealed the day and year first above written.

ASSIGNOR:

**NBL SPV II, LLC**

By ______________________

Name: Anthony Zara

Title: Vice President

______________________
Witness
Andrew Zink

**ACKNOWLEDGMENT**

STATE OF FLORIDA )
) SS
COUNTY OF ORANGE )

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this 15th day of January 2026, by Anthony Zara, as the Vice President of NBL SPV II, LLC, He is personally known to me or has produced his driver's license as identification.

______________________

Notary

NOTARY PUBLIC STATE OF FLORIDA
PENNY N. BRAKE
MY COMMISSION # HH 427000
EXPIRES: August 15, 2027

Schedule "A"

(Legal Description)

The Land is described as follows:

The land herein referred to below is situated in the County of Lee, State of Florida, and is described as follows:

A part of a parcel described in O.R. Book 2103, Pages 2904 and 2905, being a parcel of land in the South half of the Southeast quarter of said Section 26, The Land is described as follows:

The land herein referred to below is situated in the County of Lee, State of Florida, and is described as follows:

A part of a parcel described in O.R. Book 2103, Pages 2904 and 2905, being a parcel of land in the South half of the Southeast quarter of said Section 26, Township 45 South, Range 24 East, LEE County, Florida for land Southeast of the rerouting of S.R. 865 and Northeast of Interconnection of existing and rerouted S.R. 865. Said parcel is more particularly described as follows:

From the Southwest corner of the Southeast quarter of said Section 26 run N89°07'28" East along the South line of said Section 822.67 feet to an intersection with the Southeasterly right-of-way line of rerouted S.R. 865; thence N19°19'37" East along said Southeasterly right-of-way line 318.25 feet; thence continue N19°19'37" East along said right-of-way line 137.79 feet to the Point of Beginning: thence continue N19°19'32" East for a distance of 41.93 feet to the Beginning of a curve, concave to the Southeast having a radius of 1130.00 feet; thence Northeasterly through a central angle of 09°04'11" for a distance of 178.88 feet; thence S65°01'07" West for a distance of 182.37 feet; thence N88°47'58" East for a distance of 56.64 feet; thence S01°12'01" East for a distance of 208.61 feet; thence S88°48'04" West for a distance of 131.84 feet; thence N65°11'07" West for a distance of 199.30 feet to the Point of Beginning.

**The Real Property tax identification number is 26-45-24-00-00015.0060**

**The Real Property or its address is commonly known as 7335 Gladiolus Drive, Fort Myers, FL 33908.**