**Exhibit "70"**

Integra Realty Resources
Richmond

**Appraisal of Real Property**

**Sherando Towne Centre**
Retail Property
201 Centre Dr.
Stephens City, Frederick County, Virginia 22655
Client Reference: 754748-54306135

**Prepared For:**
Newtek Bank, National Association and its affiliates and subsidiaries

**Date of the Report:**
June 17, 2025

**Report Format:**
Appraisal Report

**IRR - Richmond**
File Number: 135-2025-0158

# Subject Photographs





**Sherando Towne Centre**
201 Centre Dr.
Stephens City, Virginia

# Aerial Photograph



Integra Realty Resources
Atlanta | Charlotte | Raleigh | Richmond
Birmingham | Columbia | Greensboro | Charleston

1805 Chantilly Street
Richmond, VA 23230

T 804.346.2600
F 804.747.9140
www.irr.com

June 17, 2025

Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave, Suite 130
Lake Success, NY 11042

SUBJECT: Market Value Appraisal
Sherando Towne Centre
201 Centre Dr.
Stephens City, Frederick County, Virginia 22655
Client Reference: [redacted]6135
IRR - Richmond File No. 135-2025-0158

To Whom it May Concern:

Integra Realty Resources – Richmond is pleased to submit the accompanying appraisal of the referenced property. The purpose of the appraisal is to develop the following opinions of value:

- The market value as is of the fee simple interest in the subject property as of the effective date of the appraisal, June 9, 2025

The client for the assignment is Newtek Bank, National Association and its affiliates and subsidiaries. The intended users of this report are Newtek Bank, National Association and its affiliates and subsidiaries. The intended use of the report is for loan underwriting purposes. No other party or parties may use or rely on the information, opinions, and conclusions contained in this report.

The subject is an existing neighborhood shopping center containing 40,264 square feet of gross leasable area. The improvements were constructed in 2007 and are 100% occupied as of the effective appraisal date. The site area is 5.00 acres, or 217,800 square feet.

The appraisal conforms to the Uniform Standards of Professional Appraisal Practice (USPAP), the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute, applicable state appraisal regulations, and the appraisal guidelines of Service 1st and Newtek Bank, National Association and its affiliates and subsidiaries. The appraisal is also prepared in accordance with the appraisal regulations issued in connection with the Financial Institutions Reform, Recovery and Enforcement Act (FIRREA).

Standards Rule 2-2 (Content of a Real Property Appraisal Report) contained in the Uniform Standards of Professional Appraisal Practice (USPAP) requires each written real property appraisal report to be prepared as either an Appraisal Report or a Restricted Appraisal Report. This report is prepared as an Appraisal Report as defined by USPAP under Standards Rule 2-2(a), and incorporates practical explanation of the data, reasoning, and analysis that were used to develop the opinion of value.

Based on the valuation analysis in the accompanying report, and subject to the definitions, assumptions, and limiting conditions expressed in the report, the concluded opinions of value are as follows:

| **Value Conclusion** | | | |
|---|---|---|---|
| Value Type & Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| Market Value As Is | Fee Simple | June 9, 2025 | $5,700,000 |

**Extraordinary Assumptions and Hypothetical Conditions**

The value conclusions are subject to the following extraordinary assumptions. An extraordinary assumption is an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.

1. The property contact did not provide leases or financial information for the subject property. In the absence of this data, we have valued the property in fee simple, assuming all tenants are occupying the space at market rent and lease terms. If any of the units are not subject to leases or subject to non-market leases, the market value and marketability of the subject property could be materially impacted.
2. We were not provided with access to all of the units. We assume that the units that were inspected are representative of all of the units at the subject property.
3. Due to limited access, we were unable to inspect all areas or measure the interiors of all units. As a result, we relied on unit measurements provided in an appraisal report dated October 31, 2018, supplied by the property owner. These measurements are assumed to be accurate.
4. The daycare and fitness center tenants reported roof leaks within their respective suites, and the daycare tenant also noted the presence of mold in a portion of their unit. The property owner stated he was not aware of these issues and indicated that repair of any such issues would be the responsibility of the tenants. Accordingly, it is assumed that all deferred maintenance will be addressed at no cost to the owner.
5. One of the tenant spaces at the subject property is occupied by a dry cleaner, a use historically associated with potential environmental risks due to the possible use of solvents such as perchloroethylene (PCE). No Phase I Environmental Site Assessment (ESA) or documentation identifying Recognized Environmental Conditions (RECs) was provided for review. This appraisal is made under the extraordinary assumption that no contamination is present on the site and that the subject property is not adversely impacted by current or past dry cleaning operations. If this assumption proves to be incorrect, the value and conclusions presented in this report could be significantly affected.

The value conclusions are based on the following hypothetical conditions. A hypothetical condition is a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

1. None.

The use of any extraordinary assumption or hypothetical condition may have affected the assignment results.

The value conclusion(s) in this report consider the impact of COVID-19 on the subject property.

The opinions of value expressed in this report are based on estimates and forecasts which are prospective in nature and subject to considerable risk and uncertainty. Events may occur which could cause the performance of the property to differ materially from the estimates contained herein, such as changes in the economy, interest rates, financial strength of tenants, and behavior of investors, lenders, and consumers. Additionally, the concluded opinions and forecasts are based partly on data obtained from interviews and third-party sources, which are not always completely reliable. Although the findings are considered reasonable based on available evidence, IRR is not responsible for the effects of future, unforeseen occurrences.

If you have any questions or comments, please contact the undersigned. Thank you for the opportunity to be of service.

Respectfully submitted,

**Integra Realty Resources - Richmond**

Amanda M. Triplett
Virginia Real Estate Appraiser Trainee
License #4004016169
Telephone: 804.346.2600, ext. 204
Email: atriplett@irr.com

Kenneth L. Brown, MAI, FRICS, CCIM
Virginia Certified General Real Estate Appraiser #4001001436
Telephone: 804.346.2600, ext. 209
Email: kbrown@irr.com

# Table of Contents


**Quality Assurance** 1

**Executive Summary** 2

**Identification of the Appraisal Problem** 3
Subject Description 3
Sale History 3
Pending Transactions 3
Appraisal Purpose 3
Value Type Definitions 4
Appraisal Premise Definitions 4
Property Rights Definitions 4
Client and Intended User(s) 5
Intended Use 5
Applicable Requirements 5
Report Format 5
Prior Services 5
Appraiser Competency 5

**Scope of Work** 6

**Economic Analysis** 8
Winchester MSA Area Analysis 8
Surrounding Area Analysis 14
Retail Market Analysis 19

**Property Analysis** 29
Land Description and Analysis 29
Improvements Description and Analysis 33
Real Estate Taxes 39
Highest and Best Use 40

**Valuation** 42
Valuation Methodology 42
Sales Comparison Approach 43
Analysis and Adjustment of Sales 47
Property Adjustments 48
Value Indication 51
Income Capitalization Approach 52
Leased Status of Property 52
Market Rent Analysis 52
Analysis and Adjustment of Rents 55
Stabilized Income and Expenses 58
Capitalization Rate Selection 60
Direct Capitalization Analysis 63
Reconciliation and Conclusion of Value 64
Exposure Time 65
Marketing Period 65
Replacement Cost for Insurance Purposes 66

**Certification** 67

**Assumptions and Limiting Conditions** 69

**Addenda**
A. Appraiser Qualifications
B. IRR Quality Assurance Survey
C. Property Information
Property Card
D. Comparable Data
Improved Sales
Lease Comparables
E. Engagement Letter

# Quality Assurance

## IRR Quality Assurance Program

At IRR, delivering a quality report is a top priority. Integra has an internal Quality Assurance Program in which managers review material and pass an exam in order to attain IRR Certified Reviewer status. By policy, every Integra valuation assignment is assessed by an IRR Certified Reviewer who holds the MAI designation, or is, at a minimum, a named Director with at least ten years of valuation experience.

This quality assurance assessment consists of reading the report and providing feedback on its quality and consistency. All feedback from the IRR Certified Reviewer is then addressed internally prior to delivery. The intent of this internal assessment process is to maintain report quality.

## Designated IRR Certified Reviewer

An internal quality assurance assessment was conducted by an IRR Certified Reviewer prior to delivery of this appraisal report. This assessment should not be construed as an appraisal review as defined by USPAP.

# Executive Summary

| | | |
|---|---|---|
| Property Name | Sherando Towne Centre | |
| Address | 201 Centre Dr. | |
| | Stephens City, Frederick County, Virginia 22655 | |
| Property Type | Retail | |
| Owner of Record | 201 Centre Drive Real Estate, LLC | |
| Tax ID | 86 A 102G | |
| Land Area | 5.00 acres; 217,800 SF | |
| Gross Building Area | 45,797 SF | |
| Gross Leasable Area | 40,264 SF | |
| Percent Leased | 100% | |
| Year Built; Year Renovated | 2007; Periodic | |
| Zoning Designation | B2, General Business District | |
| Highest and Best Use - As if Vacant | Retail use | |
| Highest and Best Use - As Improved | Continued retail use | |
| Exposure Time; Marketing Period | 6 - 12 months; 6 - 12 months | |
| Effective Date of the Appraisal | June 9, 2025 | |
| Date of the Report | June 17, 2025 | |
| Property Interest Appraised | Fee Simple | |
| Market Value Indications | | |
| Cost Approach | Not Used | |
| Sales Comparison Approach | $5,640,000 | ($140.08/SF) |
| Income Capitalization Approach | $5,750,000 | ($142.81/SF) |
| Market Value Conclusion | $5,700,000 | ($141.57/SF) |

The values reported above are subject to the definitions, assumptions, and limiting conditions set forth in the accompanying report of which this summary is a part. No party other than Newtek Bank, National Association and its affiliates and subsidiaries may use or rely on the information, opinions, and conclusions contained in the report. It is assumed that the users of the report have read the entire report, including all of the definitions, assumptions, and limiting conditions contained therein.

**Extraordinary Assumptions and Hypothetical Conditions**

The value conclusions are subject to the following extraordinary assumptions. An extraordinary assumption is an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.

1. The property contact did not provide leases or financial information for the subject property. In the absence of this data, we have valued the property in fee simple, assuming all tenants are occupying the space at market rent and lease terms. If any of the units are not subject to leases or subject to non-market leases, the market value and marketability of the subject property could be materially impacted.
2. We were not provided with access to all of the units. We assume that the units that were inspected are representative of all of the units at the subject property.
3. Due to limited access, we were unable to inspect all areas or measure the interiors of all units. As a result, we relied on unit measurements provided in an appraisal report dated October 31, 2018, supplied by the property owner. These measurements are assumed to be accurate.
4. The daycare and fitness center tenants reported roof leaks within their respective suites, and the daycare tenant also noted the presence of mold in a portion of their unit. The property owner stated he was not aware of these issues and indicated that repair of any such issues would be the responsibility of the tenants. Accordingly, it is assumed that all deferred maintenance will be addressed at no cost to the owner.
5. One of the tenant spaces at the subject property is occupied by a dry cleaner, a use historically associated with potential environmental risks due to the possible use of solvents such as perchloroethylene (PCE). No Phase I Environmental Site Assessment (ESA) or documentation identifying Recognized Environmental Conditions (RECs) was provided for review. This appraisal is made under the extraordinary assumption that no contamination is present on the site and that the subject property is not adversely impacted by current or past dry cleaning operations. If this assumption proves to be incorrect, the value and conclusions presented in this report could be significantly affected.

The value conclusions are based on the following hypothetical conditions. A hypothetical condition is a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

1. None.

The use of any extraordinary assumption or hypothetical condition may have affected the assignment results.

# Identification of the Appraisal Problem

## Subject Description

The subject is an existing neighborhood shopping center containing 40,264 square feet of gross leasable area. The improvements were constructed in 2007 and are 100% occupied as of the effective appraisal date. The site area is 5.00 acres, or 217,800 square feet. A brief legal description of the property from public records is provided in the table below.

| **Property Identification** | |
|---|---|
| Property Name | Sherando Towne Centre |
| Address | 201 Centre Dr.<br>Stephens City, Virginia 22655 |
| Tax ID | 86 A 102G |
| Owner of Record | 201 Centre Drive Real Estate, LLC |
| Legal Brief Description | SHERANDO TOWNE CENTRE L5 5.00 ACRES |

## Sale History

The most recent closed sale of the subject is summarized as follows:

| | |
|---|---|
| Sale Date | December 26, 2018 |
| Seller | Sherando Towne Centre, LC |
| Buyer | 201 Centre Drive Real Estate, LLC |
| Sale Price | $6,200,000 |
| Recording Instrument Number | 2018-12782 |
| Expenditures Since Purchase | None noted |

No known sales or transfers of ownership have taken place within a three-year period prior to the effective appraisal date.

## Pending Transactions

Based on discussions with the appropriate contacts, the property is not subject to an agreement of sale or an option to buy, nor is it listed for sale, as of the effective appraisal date.

## Appraisal Purpose

The purpose of the appraisal is to develop the following opinion(s) of value:

- The market value as is of the fee simple interest in the subject property as of the effective date of the appraisal, June 9, 2025

The date of the report is June 17, 2025. The appraisal is valid only as of the stated effective date or dates.

## Value Type Definitions

The definitions of the value types applicable to this assignment are summarized below.

**Market Value**
The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised, and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. [1]

## Appraisal Premise Definitions

The definitions of the appraisal premises applicable to this assignment are specified as follows.

**As Is Market Value**
The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date.[2]

## Property Rights Definitions

The property rights appraised which are applicable to this assignment are defined as follows.

**Lease**
A contract in which rights to use and occupy land, space, or structures are transferred by the owner to another for a specified period of time in return for a specified rent.[2]

**Leased Fee Interest**
The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary rights when the lease expires.[2]

---

[1] Code of Federal Regulations, Title 12, Chapter I, Part 34.42[h]; also Interagency Appraisal and Evaluation Guidelines, Federal Register, 75 FR 77449, December 10, 2010, page 77472
[2] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th ed. (Chicago: Appraisal Institute, 2022)

## Client and Intended User(s)

The client and intended user is Service 1st and Newtek Bank, National Association and its affiliates and subsidiaries. No other party or parties may use or rely on the information, opinions, and conclusions contained in this report.

## Intended Use

The intended use of the appraisal is for loan underwriting purposes. The appraisal is not intended for any other use.

## Applicable Requirements

This appraisal report conforms to the following requirements and regulations:

- Uniform Standards of Professional Appraisal Practice (USPAP);
- Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute;
- Applicable state appraisal regulations;
- Appraisal requirements of Title XI of the Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA), revised April 9, 2018;
- Interagency Appraisal and Evaluation Guidelines issued December 10, 2010;
- Appraisal guidelines of Service 1st and Newtek Bank, National Association and its affiliates and subsidiaries.

## Report Format

Standards Rule 2-2 (Content of a Real Property Appraisal Report) contained in the Uniform Standards of Professional Appraisal Practice (USPAP) requires each written real property appraisal report to be prepared as either an Appraisal Report or a Restricted Appraisal Report. This report is prepared as an Appraisal Report as defined by USPAP under Standards Rule 2-2(a), and incorporates practical explanation of the data, reasoning, and analysis used to develop the opinion of value.

## Prior Services

USPAP requires appraisers to disclose to the client any other services they have provided in connection with the subject property in the prior three years, including valuation, consulting, property management, brokerage, or any other services. We have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.

## Appraiser Competency

No steps were necessary to meet the competency provisions established under USPAP. The assignment participants have appraised several properties similar to the subject in physical, locational, and economic characteristics, and are familiar with market conditions and trends; therefore, appraiser competency provisions are satisfied for this assignment. Appraiser qualifications and state credentials are included in the addenda of this report.

# Scope of Work

## Introduction

The appraisal development and reporting processes require gathering and analyzing information about the assignment elements necessary to properly identify the appraisal problem. The scope of work decision includes the research and analyses necessary to develop credible assignment results, given the intended use of the appraisal. Sufficient information includes disclosure of research and analyses performed and might also include disclosure of research and analyses not performed.

## Research and Analysis

The type and extent of the research and analysis conducted are detailed in individual sections of the report. The steps taken to verify comparable data are disclosed in the addenda of this report. Although effort has been made to confirm the arms-length nature of each sale with a party to the transaction, it is sometimes necessary to rely on secondary verification from sources deemed reliable.

## Subject Property Data Sources

The legal and physical features of the subject property, including size of the site and improvements, flood plain data, property zoning, existing easements and encumbrances, access and exposure, and condition of the improvements (as applicable) were confirmed and analyzed, as were the tax and assessment records. This information, as well as trends established by confirmed market indicators, is used to forecast future performance of the subject property.

## Availability of Information

Although the following items were requested from the property contact(s) and are pertinent to the assignment, they were not made available to Integra Realty Resources – Richmond. The inability to obtain this information and consider it in the analysis may affect the assignment results.

- Survey and/or legal description.
- Building plan indicating tenant spaces.
- Copies of most recent engineering, environmental and wetland assessments.
- Copy of all leases with amendments and/or pending changes.
- Income and expense statements for last three years and year-to-date (2021 – 2024; YTD 2025). Budget/pro forma projections (2025).
- Summary of recent and proposed or required capital improvements.

## Inspection

Details regarding the property inspection conducted as part of this appraisal assignment are summarized as follows:

| **Property Inspection** | | |
|---|---|---|
| Party | Inspection Type | Inspection Date |
| Amanda M. Triplett | Interior and exterior | June 9, 2025 |
| Kenneth L. Brown, MAI, FRICS, CCIM | On-site | June 14, 2025 |

It is assumed the remaining retail units not personally inspected are similar in terms of condition and finish to those inspected.

## Valuation Methodology

Three approaches to value are typically considered when developing a market value opinion for real property. These are the cost approach, the sales comparison approach, and the income capitalization approach. Use of the approaches in this assignment is summarized as follows:

| **Approaches to Value** | | |
|---|---|---|
| Approach | Applicability to Subject | Use in Assignment |
| Cost Approach | Not Applicable | Not Utilized |
| Sales Comparison Approach | Applicable | Utilized |
| Income Capitalization Approach | Applicable | Utilized |

The income capitalization approach is an applicable valuation method for the subject due to the following:

- The probable buyer of the subject would base a purchase price decision primarily on the income generating potential of the property and an anticipated rate of return.
- Sufficient market data regarding income, expenses, and rates of return is available for analysis.

The sales comparison approach is an applicable valuation method because:

- There is an active market for similar properties, and sufficient sales data is available for analysis.
- This approach directly considers the prices of alternative properties having similar utility.

The cost approach is not applicable to the assignment considering the following:

- The age of the property would limit the reliability of an accrued depreciation estimate.
- This approach is not typically used by market participants, except for new (or proposed) or nearly new properties.

# Economic Analysis

## Winchester MSA Area Analysis

The Winchester Metropolitan Statistical Area (MSA) is comprised of the independent city of Winchester and Frederick County in Virginia and Hampshire County, West Virginia. The Winchester MSA is 1,063 square miles in size, and ranks 288 in population out of the nation's 384 metropolitan statistical areas. The MSA is located at the northernmost tip of Virginia, at the gateway of Virginia's Shenandoah Valley, and at the intersection of I-66 and I-81. Winchester is 72 miles west of Washington, D.C.; 136 miles northwest of Richmond, the state capital, and 178 miles northeast of Roanoke, Virginia. The area has become increasingly attractive for both business and residential development due to its location bordering the Washington, DC MSA and its excellent transportation infrastructure.

The major highway through the region is I-81, which runs in a northeast-southwest direction from Canada through Tennessee, providing good transportation linkages to the entire eastern United States. I-66, which extends west from suburban Washington, DC, intersects with I-81 near the Frederick County – Warren County line south of Winchester. US Routes 17 and 50, and SR 7 cross the county on an east-west basis, while Routes 340 and 522 cross the county on a north-south basis. The nearest full-service airport is Dulles International Airport in Northern Virginia. The Virginia Inland Port provides intermodal ocean shipping and customs clearance 20 miles south of Winchester.

Winchester is well served by retail, medical, and educational providers. Shopping and services choices include over 240 downtown businesses centered about the city's pedestrian mall. A major regional mall includes 85 stores with three major anchors. An additional 12 shopping centers are distributed throughout the community to serve the expanding retail needs of the area. The Winchester Medical Center, a 403-bed, acute-care facility with modern equipment and laboratories is a referral hospital for the tri-state area. Shenandoah University, located in Winchester, is the artistic hub of the region. The area is also served by Lord Fairfax Community College.

The Blue Ridge Mountains, Appalachian Trail, Skyline Drive, George Washington National Forest and nearby Shenandoah River offer year-round recreational and leisure activities. Each May, the community celebrates the arrival of spring by hosting the famous Shenandoah Apple Blossom Festival.

### Population

The Winchester MSA has an estimated 2025 population of 150,544, which represents an average annual 1.1% increase over the 2020 census of 142,632. The Winchester MSA added an average of 1,582 residents per year over the 2020-2025 period, and its annual growth rate exceeded the State of Virginia rate of 0.3%.

Looking forward, the Winchester MSA's population is projected to increase at a 1.2% annual rate from 2025-2030, equivalent to the addition of an average of 1,856 residents per year. The Winchester MSA's growth rate is expected to exceed that of Virginia, which is projected to be 0.5%.

**Population Trends**

| | Population | | | Compound Ann. % Chng | |
|---|---|---|---|---|---|
| | 2020 Census | 2025 Estimate | 2030 Projection | 2020 - 2025 | 2025 - 2030 |
| Winchester, VA-WV MSA | 142,632 | 150,544 | 159,824 | 1.1% | 1.2% |
| Virginia | 8,631,393 | 8,778,742 | 9,015,635 | 0.3% | 0.5% |
| USA | 331,449,281 | 337,643,652 | 345,735,705 | 0.4% | 0.5% |

Source: Claritas

## Employment

Total employment in the Winchester MSA was estimated at 74,400 jobs at year-end 2024. Between year-end 2014 and 2024, employment rose by 14,200 jobs, equivalent to a 23.6% increase over the entire period. There were gains in employment in nine out of the past ten years. The Winchester MSA's rate of employment growth over the last decade surpassed that of Virginia, which experienced an increase in employment of 12.1% or 462,400 jobs over this period.

**Employment Trends**

| | Total Employment (Year End) | | | | Unemployment Rate (Ann. Avg.) | |
|---|---|---|---|---|---|---|
| Year | Winchester MSA | % Change | Virginia | % Change | Winchester MSA | Virginia |
| 2014 | 60,200 | | 3,825,100 | | 4.9% | 5.1% |
| 2015 | 61,900 | 2.8% | 3,930,400 | 2.8% | 4.2% | 4.4% |
| 2016 | 63,000 | 1.8% | 3,958,200 | 0.7% | 3.7% | 4.0% |
| 2017 | 64,400 | 2.2% | 4,002,100 | 1.1% | 3.3% | 3.6% |
| 2018 | 65,600 | 1.9% | 4,047,600 | 1.1% | 2.9% | 3.0% |
| 2019 | 67,100 | 2.3% | 4,099,500 | 1.3% | 2.7% | 2.7% |
| 2020 | 66,600 | -0.7% | 3,910,600 | -4.6% | 5.2% | 6.5% |
| 2021 | 68,600 | 3.0% | 4,036,800 | 3.2% | 3.1% | 3.8% |
| 2022 | 70,900 | 3.4% | 4,137,200 | 2.5% | 2.4% | 2.7% |
| 2023 | 72,900 | 2.8% | 4,217,700 | 1.9% | 2.5% | 2.7% |
| 2024 | 74,400 | 2.1% | 4,287,500 | 1.7% | 2.6% | 2.9% |
| Overall Change 2014-2024 | 14,200 | 23.6% | 462,400 | 12.1% | | |
| Avg Unemp. Rate 2014-2024 | | | | | 3.4% | 3.8% |
| Unemployment Rate - February 2025 | | | | | 3.1% | 3.3% |

Source: U.S. Bureau of Labor Statistics and Moody's Analytics. Employment figures are from the Current Employment Survey (CES). Unemployment rates are from the Current Population Survey (CPS). The figures are not seasonally adjusted.

A comparison of unemployment rates is another way of gauging an area’s economic health. Over the past decade, the Winchester MSA unemployment rate has been generally lower than that of Virginia, with an average unemployment rate of 3.4% in comparison to a 3.8% rate for Virginia. A lower unemployment rate is a positive indicator.

Recent data shows that the Winchester MSA unemployment rate is 3.1% in comparison to a 3.3% rate for Virginia, a positive sign that is consistent with the fact that the Winchester MSA has outperformed Virginia in the rate of job growth over the past two years.

## Gross Domestic Product

Gross Domestic Product (GDP) is a measure of economic activity based on the total value of goods and services produced in a defined geographic area, and annual changes in Gross Domestic Product (GDP) are a gauge of economic growth.

Economic growth, as measured by annual changes in GDP, has been similar in the Winchester MSA and Virginia overall during the past decade. Both areas have grown at an average annual rate of 2.0%. However, the Winchester MSA has recently underperformed Virginia. GDP for the Winchester MSA rose by 2.2% in 2023 while Virginia's GDP rose by 2.9%.

The Winchester MSA has a per capita GDP of $53,164, which is 22% less than Virginia's GDP of $68,417. This means that Winchester MSA industries and employers are adding relatively less value to the economy than their counterparts in Virginia.

**Gross Domestic Product**

| Year | ($,000s) Winchester MSA | % Change | ($,000s) Virginia | % Change |
|---|---|---|---|---|
| 2013 | 6,451,810 | – | 488,741,300 | – |
| 2014 | 6,443,208 | -0.1% | 488,918,600 | 0.0% |
| 2015 | 6,724,606 | 4.4% | 498,943,600 | 2.1% |
| 2016 | 6,848,359 | 1.8% | 505,107,700 | 1.2% |
| 2017 | 6,864,875 | 0.2% | 515,167,200 | 2.0% |
| 2018 | 7,003,310 | 2.0% | 527,767,500 | 2.4% |
| 2019 | 7,191,190 | 2.7% | 541,028,000 | 2.5% |
| 2020 | 7,284,895 | 1.3% | 534,532,300 | -1.2% |
| 2021 | 7,737,231 | 6.2% | 565,470,600 | 5.8% |
| 2022 | 7,672,690 | -0.8% | 580,475,200 | 2.7% |
| 2023 | 7,845,028 | 2.2% | 597,597,100 | 2.9% |
| Compound % Chg (2013-2023) | | 2.0% | | 2.0% |
| GDP Per Capita 2023 | $53,164 | | $68,417 | |

Source: U.S. Bureau of Economic Analysis (BEA) and Moody's Analytics; data released December 2024.
The release of state and local GDP data has a longer lag time than national data. The data represents inflation-adjusted "real" GDP stated in 2017 dollars.

## Household Income

The Winchester MSA has a lower level of household income than Virginia. Median household income for the Winchester MSA is $86,841, which is 5.9% less than the corresponding figure for Virginia.

**Median Household Income - 2025**

| | Median |
|---|---|
| Winchester, VA-WV MSA | $86,841 |
| Virginia | $92,275 |
| Comparison of Winchester, VA-WV MSA to Virginia | - 5.9% |

Source: Claritas

The following chart shows the distribution of households across twelve income levels. The Winchester MSA has a greater concentration of households in the middle income levels than Virginia. Specifically, 51% of Winchester MSA households are between the $50,000 - $150,000 levels in household income as compared to 45% of Virginia households. A lesser concentration of households is apparent in the higher income levels, as 22% of Winchester MSA households are at the $150,000 or greater levels in household income versus 28% of Virginia households.

**Household Income Distribution - 2025**




Source: Claritas

## Education Levels

Residents of the Winchester MSA have a lower level of educational attainment than those of Virginia. An estimated 29% of Winchester MSA residents are college graduates with four-year degrees, versus 42% of Virginia residents.

## Education Levels - 2025




Source: Claritas

## Conclusion

The Winchester MSA economy will be affected by a growing population base and lower income and education levels. The Winchester MSA experienced growth in the number of jobs and has maintained a generally lower unemployment rate than Virginia over the past decade. It is anticipated that the Winchester MSA economy will improve and employment will grow, strengthening the demand for real estate.

## Area Map


Cumberland
Berkeley Springs
Hagerstown
Westminst
Oakland
Keyser
Gore
Martinsburg
Frederick
Woodville
Ellicott Ci
Charles Town
Columbia
Old Fields
Winchester
Rockville
Leesburg
Middletown
Petersburg
Dranesville
Washingto
Sully
Front Royal
Fairfax
Shenandoah N.P.
Manassas
Alex
Mount
Franklin
Luray
Cedar Run
Microsoft Bing
70
81
340
270
66
95
© 2025 Microsoft Corporation © 2025 TomTom

## Surrounding Area Analysis

The subject property is situated just outside the town limits of Stephens City, within the Frederick County submarket of the greater Northern Shenandoah Valley region. The location benefits from regional connectivity via Interstate 81 and U.S. Route 11, both of which enhance accessibility for local and regional traffic.

The property has direct access and visibility from Warrior Drive, which reports an average daily traffic count of approximately 7,200 vehicles. An additional access point is located along Fairfax Pike; however, the subject is a rear parcel with no direct visibility from this roadway. Signage along Fairfax Pike, where traffic volume averages around 13,000 vehicles daily, helps direct attention to the site. Total counts for both roadways are 20,200 vehicles, but is inferior rear access from the more traveled roadway.

Area boundaries and delineation are provided in the table below. A map illustrating the property's location is included on the following page.

| **Boundaries & Delineation** | |
|---|---|
| Boundaries | |
| Market Area | Winchester MSA |
| Submarket | Frederick County |
| Area Type | Suburban |
| Delineation | |
| North | Opequon Creek |
| South | Fairfax Pike (SR 277) |
| East | Front Royal Pike (SR 522) |
| West | U.S. Route 11 (Main Street) |

### Access and Linkages

Primary access and linkages to the subject area, including highways, roadways, public transit, traffic counts, and airports, are summarized in the following table.

| **Access & Linkages** | |
|---|---|
| Vehicular Access | |
| Major Highways | Interstate 81, U.S. Route 11 (Main Street), and US Route 522, S.R. 277 (Fairfax Pike) |
| Primary Corridors | Main Street, Fairfax Pike |
| Vehicular Access Rating | Average |
| Public Transit | |
| Providers | None in the immediate area |
| Primary Transportation Mode | Automobile |

## Demand Generators

The typical generators of demand affecting the subject property, and its market are discussed and analyzed below.

### Employment and Employment Centers

The subject area is influenced by the logistics/distribution and healthcare sectors. Notable employers in the region include Valley Health (Winchester Medical Center), Trex Company, an Amazon Fulfillment Center, and Rubbermaid Commercial Products. These operations are located within approximately 5 to 10 miles of the subject property and represent significant employment concentrations in the manufacturing, warehousing, and medical services sectors.

The subject area also benefits from proximity to the Winchester and Front Royal submarkets, which are located within a 15 to 25-minute drive. Accessibility to multiple employment centers within the region contributes to overall demand for surrounding commercial and support services.

### Nearby Retail Uses

The subject is located within a small commercial corridor that includes a range of neighborhood-serving retail uses. These uses include retail stores, dining establishments, automotive services, and personal care providers. The concentration of commercial activity in this area generates traffic that supports the viability of retail and service-oriented properties in the vicinity, including the subject.

The nearest regional mall is Apple Blossom Mall, located approximately 8 miles north of the subject property in Winchester. Additional restaurants and services are situated along Tasker Road, U.S. Route 11, and Interstate 81 (Exit 307), within a 5 to 10-minute drive. Lodging accommodations such as Holiday Inn Express and Comfort Inn are also located within the immediate area.

The massing of these retail properties creates a significant gravitational pull that benefits the subject and other retail properties in the area.

## Life Cycle

Real estate is affected by cycles involving development trends within a market area as well as market and economic forces. Trends in demand for development in a particular market are described by the Market Area Life Cycle, while market and economic trends are described by the Real Estate Cycle.

A Market Area Life Cycle typically evolves through four stages:[3]

- Growth – a period during which the market area gains public favor and acceptance
- Stability – a period of equilibrium without marked gains or losses
- Decline – a period of diminishing demand
- Revitalization – a period of renewal, redevelopment, modernization, and increasing demand

[3] Appraisal Institute, *The Appraisal of Real Estate*, 15th ed. (Chicago: Appraisal Institute, 2020)

The subject's market area is currently considered to be in the stability stage of the Market Area Life Cycle, characterized by consistent land use patterns and a steady level of commercial and residential activity. However, it is noted that Frederick County adopted a new Urban Development Area (UDA) in 2023 within the Stephens City town limits, located west of the subject property. This UDA designation is part of the County's broader land use and transportation planning strategy, which is intended to accommodate future growth in a compact, mixed-use development pattern aligned with infrastructure investment.

## Demographics

A demographic profile of the surrounding area, including population, households, and income data, is presented in the following table.

**Surrounding Area Demographics**

| 2025 Estimates | 1-Mile Radius | 3-Mile Radius | 5-Mile Radius | Winchester, VA-WV MSA | Virginia |
|---|---|---|---|---|---|
| Population 2020 | 6,344 | 24,095 | 34,358 | 142,632 | 8,631,393 |
| Population 2025 | 6,558 | 25,933 | 37,383 | 150,544 | 8,778,742 |
| Population 2030 | 6,822 | 27,785 | 40,356 | 159,824 | 9,015,635 |
| Compound % Change 2020-2025 | 0.7% | 1.5% | 1.7% | 1.1% | 0.3% |
| Compound % Change 2025-2030 | 0.8% | 1.4% | 1.5% | 1.2% | 0.5% |
| | | | | | |
| Households 2020 | 2,312 | 8,923 | 12,884 | 55,089 | 3,321,218 |
| Households 2025 | 2,374 | 9,586 | 14,140 | 58,353 | 3,384,025 |
| Households 2030 | 2,463 | 10,296 | 15,341 | 62,109 | 3,482,827 |
| Compound % Change 2020-2025 | 0.5% | 1.4% | 1.9% | 1.2% | 0.4% |
| Compound % Change 2025-2030 | 0.7% | 1.4% | 1.6% | 1.3% | 0.6% |
| | | | | | |
| Median Household Income 2025 | $103,803 | $108,567 | $102,940 | $86,841 | $92,275 |
| Average Household Size | 2.8 | 2.7 | 2.6 | 2.5 | 2.5 |
| College Graduate % | 23% | 32% | 31% | 29% | 42% |
| Owner Occupied % | 79% | 79% | 75% | 72% | 65% |
| Renter Occupied % | 21% | 21% | 25% | 28% | 35% |
| Median Owner Occupied Housing Value | $435,112 | $464,190 | $471,837 | $405,439 | $429,496 |
| Median Year Structure Built | 1994 | 1999 | 1997 | 1989 | 1984 |
| Average Travel Time to Work in Minutes | 38 | 35 | 33 | 33 | 30 |

Source: Claritas

As shown above, the current population within a 3-mile radius of the subject is 25,933, and the average household size is 2.7. Population in the area has grown since the 2020 census, and this trend is projected to continue over the next five years. Compared to the Winchester MSA overall, the population within a 3-mile radius is projected to grow at a faster rate.

Median household income is $108,567, which is higher than the household income for the Winchester MSA. Residents within a 3-mile radius have a higher level of educational attainment than those of the Winchester MSA, while median owner-occupied home values are considerably higher.

## Land Use

Predominant land uses in the immediate vicinity of the subject include a mix of retail and residential uses. Land use characteristics of the area are summarized below.

| **Surrounding Area Land Uses** | |
|---|---|
| Character of Area | Suburban |
| Predominant Age of Improvements (Years) | 10 - 25 |
| Predominant Quality and Condition | Good |
| Approximate Percent Developed | 75% |
| Land Use Allocation | |
| Single-Family | 25% |
| Multifamily | 10% |
| Retail | 20% |
| Office | 5% |
| Industrial | 15% |
| Vacant Land | 25% |
| Infrastructure and Planning | Good |
| Predominant Location of Undeveloped Land | South, west and east |
| Prevailing Direction of Growth | South and west (recent Frederick County Urban Development Area) |

The immediate properties surround the subject area as follows:

| **Immediate Surroundings** | |
|---|---|
| North | Village of Sherando; adjoining |
| South | Ace Hardware/Walgreens; adjoining and share access from Fairfax Pike |
| East | Impact Christian Church; adjoining |
| West | Various retail; across Warrior Drive |

## Outlook and Conclusions

The area is in the stability stage of its life cycle. Given the history of steady development, infrastructure accessibility, and recently adopted UDA planning initiatives by Frederick County, it is anticipated that property values will increase modestly or remain stable in the near future, contingent upon overall economic conditions and the implementation pace of nearby planned developments.

## Surrounding Area Map



# Retail Market Analysis

## Metro Area Overview

The subject is located in the Winchester MSA metro area as defined by CoStar. Trended supply and demand statistics, including inventory levels, absorption, vacancy, and average asking rental rates for all classes of retail space are presented in the following table.

**All Retail Winchester MSA Metro Trends**

| Period | Stock | Demand | Vacancy | Net Completions 12 Months | Under Construction Stock | Net Absorption 12 Months | Asking Rent | Rent Growth 12 Month | Price Growth | Cap Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 2015 Q1 | 9,719,815 | 9,374,569 | 3.55% | 31,790 | 18,052 | 76,273 | $13.05 | 1.02% | 5.00% | 7.55% |
| 2016 Q1 | 9,742,068 | 9,432,465 | 3.18% | 22,253 | 50,657 | 57,896 | $13.17 | 0.89% | 2.58% | 7.40% |
| 2017 Q1 | 9,795,225 | 9,592,473 | 2.07% | 53,157 | 33,414 | 160,008 | $13.33 | 1.21% | -1.47% | 7.69% |
| 2018 Q1 | 9,830,634 | 9,570,667 | 2.64% | 35,409 | 6,817 | -21,806 | $13.54 | 1.59% | -1.25% | 7.83% |
| 2019 Q1 | 9,832,167 | 9,488,975 | 3.49% | 1,533 | 2,149 | -82,030 | $13.80 | 1.95% | 2.18% | 7.80% |
| 2020 Q1 | 9,850,208 | 9,405,047 | 4.52% | 9,705 | 10,500 | -92,264 | $14.01 | 1.54% | 2.18% | 7.76% |
| 2021 Q1 | 9,889,247 | 9,449,348 | 4.45% | 39,039 | 6,000 | 44,301 | $14.31 | 2.13% | 1.69% | 7.72% |
| 2022 Q1 | 9,895,247 | 9,518,823 | 3.80% | 6,000 | 0 | 69,475 | $14.77 | 3.19% | 2.70% | 7.78% |
| 2023 Q1 | 9,940,781 | 9,677,505 | 2.65% | 45,534 | 20,000 | 158,682 | $15.33 | 3.81% | 2.88% | 7.82% |
| 2024 Q1 | 9,947,782 | 9,723,824 | 2.25% | 7,001 | 29,511 | 46,319 | $15.88 | 3.58% | -1.77% | 8.29% |
| 2025 Q1 | 9,982,793 | 9,711,358 | 2.72% | 35,011 | 27,000 | -12,466 | $16.16 | 1.76% | 0.42% | 7.87% |
| 2026 Q1 | 9,990,167 | 9,719,806 | 2.71% | 7,374 | 0 | 9,256 | $16.30 | 0.89% | 0.76% | 7.88% |
| 2027 Q1 | 10,001,144 | 9,731,747 | 2.69% | 10,977 | 0 | 12,601 | $16.44 | 0.85% | 0.82% | 7.88% |
| 2028 Q1 | 10,014,034 | 9,746,309 | 2.67% | 12,890 | 0 | 14,021 | $16.75 | 1.85% | 2.23% | 7.85% |
| 2029 Q1 | 10,040,518 | 9,771,287 | 2.68% | 26,484 | 0 | 23,838 | $17.03 | 1.68% | 2.11% | 7.83% |
| 2030 Q1 | 10,072,104 | 9,800,545 | 2.70% | 31,586 | 0 | 28,030 | $17.26 | 1.35% | 1.50% | 7.83% |

Source: CoStar, Inc.; compiled by Integra Realty Resources, Inc.

### Winchester MSA Metro Trends and Forecasts




Source: CoStar, Inc.; compiled by Integra Realty Resources, Inc.

- The current vacancy rate in the metro area is 2.72%; the vacancy rate has increased by 7 bps since 2023 Q1.

- Two-year forecasts project a 2.69% vacancy rate in the metro area, representing a decrease of 3 bps by 2027 Q1.
- Asking rent averages $16.16/SF (triple net) in the metro area, and rents have increased by 5.41% since 2023 Q1.
- Two-year forecasts project a $16.44/SF average asking rent in the metro area, representing an increase of 1.73% by 2027 Q1.




Source: CoStar, Inc.; compiled by Integra Realty Resources, Inc.

- The total stock (SF of inventory) has increased by 0.42% since 2023 Q1, while the demand (occupied SF) has increased by 0.35%.
- Between 2020 Q2 and 2025 Q1, net completions in the metro area ranged from 26,517 SF to 30,739 SF.
- Between 2020 Q2 and 2025 Q1, net absorption in the metro area ranged from 61,262 to 98,487 SF.

## Submarket Overview

The subject is located in the Frederick County submarket as defined by CoStar. Trended supply and demand statistics, including inventory levels, absorption, vacancy, and average asking rental rates for all classes of retail space are presented in the following table.

**All Retail Frederick County Submarket Trends**

| Period | Stock | Demand | Vacancy | Net Completions 12 Months | Under Construction Stock | Net Absorption 12 Months | Asking Rent | Rent Growth 12 Month | Price Growth | Cap Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 2015 Q1 | 3,928,935 | 3,745,064 | 4.68% | 28,367 | 0 | 47,163 | $13.07 | 1.16% | 5.82% | 7.36% |
| 2016 Q1 | 3,933,136 | 3,759,061 | 4.43% | 4,201 | 21,282 | 13,997 | $13.19 | 0.89% | 2.23% | 7.24% |
| 2017 Q1 | 3,954,418 | 3,839,861 | 2.90% | 21,282 | 5,217 | 80,800 | $13.37 | 1.32% | -1.30% | 7.54% |
| 2018 Q1 | 3,961,630 | 3,789,933 | 4.33% | 7,212 | 5,217 | -49,928 | $13.59 | 1.69% | -1.22% | 7.68% |
| 2019 Q1 | 3,966,847 | 3,771,299 | 4.93% | 5,217 | 2,149 | -18,634 | $13.79 | 1.45% | 2.04% | 7.65% |
| 2020 Q1 | 3,977,332 | 3,777,154 | 5.03% | 2,149 | 10,500 | -2,481 | $14.01 | 1.60% | 2.76% | 7.59% |
| 2021 Q1 | 4,011,907 | 3,807,791 | 5.09% | 34,575 | 6,000 | 30,637 | $14.33 | 2.29% | 2.03% | 7.55% |
| 2022 Q1 | 4,017,907 | 3,827,827 | 4.73% | 6,000 | 0 | 20,036 | $14.83 | 3.48% | 3.38% | 7.61% |
| 2023 Q1 | 4,043,441 | 3,999,467 | 1.09% | 25,534 | 0 | 171,640 | $15.44 | 4.12% | 3.11% | 7.65% |
| 2024 Q1 | 4,050,442 | 3,992,282 | 1.44% | 7,001 | 6,011 | -7,185 | $16.00 | 3.63% | -2.47% | 8.22% |
| 2025 Q1 | 4,065,453 | 4,010,950 | 1.34% | 15,011 | 13,500 | 18,668 | $16.35 | 2.19% | 0.69% | 7.57% |
| 2026 Q1 | 4,076,451 | 4,021,119 | 1.36% | 10,998 | 0 | 10,492 | $16.51 | 0.99% | 0.81% | 7.58% |
| 2027 Q1 | 4,075,257 | 4,019,764 | 1.36% | -1,194 | 0 | -1,052 | $16.66 | 0.93% | 0.91% | 7.58% |
| 2028 Q1 | 4,079,945 | 4,024,260 | 1.36% | 4,688 | 0 | 4,385 | $16.99 | 1.93% | 2.34% | 7.55% |
| 2029 Q1 | 4,089,806 | 4,033,366 | 1.38% | 9,861 | 0 | 8,752 | $17.28 | 1.75% | 2.20% | 7.53% |
| 2030 Q1 | 4,101,611 | 4,044,690 | 1.39% | 11,805 | 0 | 10,950 | $17.53 | 1.42% | 1.58% | 7.53% |

Source: CoStar, Inc.; compiled by Integra Realty Resources, Inc.

- The Frederick County submarket comprises 40.7% of the metro building stock and 41.3% of the metro building demand.
- The vacancy rate in the Frederick County submarket is 1.34%, which is lower than the metro area's average of 2.72%.
- Frederick County market rate is $16.35/SF (triple net) which is higher than the metro area's average rate of $16.16/SF.

**Frederick County Submarket Trends and Forecasts**




Source: CoStar, Inc.; compiled by Integra Realty Resources, Inc.

- The current vacancy rate in the submarket area is 1.34%; the vacancy rate has increased by 25 bps since 2023 Q1.
- Two-year forecasts project a 1.36% vacancy rate in the submarket area, representing an increase of 2 bps by 2027 Q1.
- Asking rent averages $16.35/SF (triple net) in the submarket area, and rents have increased by 5.89% since 2023 Q1.
- Two-year forecasts project a $16.66/SF average asking rent in the submarket area, representing an increase of 1.90% by 2027 Q1.




Source: CoStar, Inc.; compiled by Integra Realty Resources, Inc.

- The total stock (SF) has increased by 0.54% since 2023 Q1, while the demand (occupied SF) has increased by 0.29%.
- Between 2020 Q2 and 2025 Q1, net completions in the submarket area ranged from 17,624 SF to 26,275 SF.
- Between 2020 Q2 and 2025 Q1, net absorption in the submarket area ranged from 46,759 SF to 84,459 SF.

**Retail Market Forecast Comparisons**




Source: CoStar, Inc.; compiled by Integra Realty Resources, Inc.




Source: CoStar, Inc.; compiled by Integra Realty Resources, Inc.




Source: CoStar, Inc.; compiled by Integra Realty Resources, Inc.

## Economic Conditions and Concerns

Commercial real estate markets and the general economy have faced multiple challenges since the COVID-19 pandemic. Inflation rose to levels not seen in 40 years, which prompted the Fed to rapidly increase interest rates between March 2022 and July 2023. The escalating costs of materials and labor, and high borrowing costs have compromised the feasibility of new construction across all property types. Although inflation and rate hikes have subsided, borrowers with pre-2022 mortgages may still find themselves struggling to refinance. In 2025, federal workforce reductions and changing tariff schedules pose risks of potential recession and/or another round of inflation.

National and international geopolitical issues, and market volatility combined with high inflation and interest rate hikes have pushed the U.S. economy into uncertain territory. It's important to look at each of these macroeconomic factors:

- **Potential recession:** The U.S. continues to face the possibility of sliding into a recession, even as Fed rate increases have stopped and started to reverse. Hope that the Fed achieves its goal of reducing inflation while limiting the scale of any economic downturn continues to be tempered by concern that geopolitical issues and domestic policy changes are going to cause a recession. Many economists now see an elevated risk of sliding into a recession in response to the changing tariff policy and federal staffing reductions.

- **Record-high inflation:** As of June 2022, the U.S. inflation rate was 9.1%. This was the highest seen since the 1980s, and has had a pronounced effect on both construction costs and rental rates. Since mid-2024, the inflation rate has hovered around 3.0%, but remained above the Fed's target rate and still prompts uncertainty and speculation as to the Fed's future actions. New tariff announcements in April 2025 could increase inflation further in import-sensitive sectors. The table and graph below indicates inflation rates by year, showing the significant spike in 2021-22 during the coronavirus reopening/supply chain crisis as well as continuing elevated inflation through the current date.

**Inflation Rates**

| Rate as of March | Consumer Price Index | Inflation Rate |
|---|---|---|
| 2016 | 238.08 | 0.9% |
| 2017 | 243.892 | 2.4% |
| 2018 | 249.577 | 2.3% |
| 2019 | 254.277 | 1.9% |
| 2020 | 258.076 | 1.5% |
| 2021 | 264.847 | 2.6% |
| 2022 | 287.467 | 8.5% |
| 2023 | 301.643 | 4.9% |
| 2024 | 312.107 | 3.5% |
| 2025 | 319.615 | 2.4% |




Source: Federal Reserve Bank of St. Louis as of March 2025

- **Elevated interest rates:** In March 2022, the Federal Open Market Committee began an aggressive series of rate increases that has pushed the effective Federal Funds rate from 0.20% to 5.33%; the last occurring in July 2023. These increases had a negative impact on most commercial and residential real estate markets in 2023 that continued into 2024. Since September 2024, there have been three rate cuts, although borrowing rates remain well above those pre-2022 and borrowers with pre-2022 mortgages can face challenges in refinancing.

  The changes in the Federal Funds rate are shown in the following table. Additional rate cuts had been considered likely, but with the tariff situation in flux and concerns about potential stagflation during tariff adjustments, further easing in now more uncertain.

| FOMC Meeting Date | Basis Point Rate Change | Federal Funds Rate |
|---|---|---|
| 18-Dec-24 | -25 | 4.25% to 4.50% |
| 7-Nov-24 | -25 | 4.50% to 4.75% |
| 18-Sep-24 | -50 | 4.75% to 5.00% |
| 26-Jul-23 | 25 | 5.25% to 5.50% |
| 3-May-23 | 25 | 5.00% to 5.25% |
| 2-Mar-23 | 25 | 4.75% to 5.00% |
| 1-Feb-23 | 25 | 4.50% to 4.75% |
| 14-Dec-22 | 50 | 4.25% to 4.50% |
| 2-Nov-22 | 75 | 3.75% to 4.00% |
| 21-Sep-22 | 75 | 3.00% to 3.25% |
| 27-Jul-22 | 75 | 2.25% to 2.50% |
| 16-Jun-22 | 75 | 1.50% to 1.75% |
| 5-May-22 | 50 | 0.75% to 1.00% |
| 17-Mar-22 | 25 | 0.25% to 0.50% |

- **Tariffs:** Recently announced tariffs on most U.S. trading partners are likely to result in increased costs in the U.S. and worldwide. Tariffs on building materials for new and proposed construction projects, as well as existing properties with maintenance and renovation needs, will increase costs and compromise feasibility. These tariffs are also likely to result in cost increases and supply disruptions for retail tenants, as well as an increased risk of tenant default. Overall, the cost of operating and maintaining a building is dramatically higher than it was pre-COVID, and changing tariff schedules have the potential to further increase inflation while reducing economic demand, thus fueling recession fears.

- **Geopolitical issues:** The war in Ukraine and sanctions on Russia have had major global economic implications. While European countries have felt the greatest effects, the U.S. is still experiencing the conflict's impact. Most notably, the sanctions and resulting supply chain issues have driven up food, shelter and energy prices. Geopolitical uncertainty has been heightened by the war in the Mideast, as well as by tariff increases between the U.S. and its trading partners.

## Retail Market Outlook and Conclusions

The national and global economic picture in the mid-2020s is defined by historically significant events and uncertainties, which have fueled volatile swings in the stock market and have bolstered fears of a recession. Changing tariffs, stubbornly high inflation, and geopolitical conflicts in Europe and the Middle East are potential downside risks to be monitored in the coming months.

Based on the key metro and submarket area trends, construction outlook, and the noted economic concerns, IRR expects the mix of property fundamentals and economic conditions in the Winchester MSA metro area to have a negative impact on the subject property's performance in the near-term.

# Property Analysis

## Land Description and Analysis

| Land Description | |
|---|---|
| Land Area | 5.00 acres; 217,800 SF |
| Source of Land Area | Public Records |
| Primary Street Frontage | Centre Drive - 475 (est) feet |
| Secondary Street Frontage | Warrior Drive - 290 (est) feet |
| Shape | Irregular |
| Corner | No |
| Topography | Generally level and at street grade |
| Drainage | No problems reported or observed |
| Environmental Hazards | None reported or observed |
| Ground Stability | No problems reported or observed |
| Flood Area Panel Number | 51069C0330E |
| Date | January 29, 2021 |
| Zone | X |
| Description | Outside of 500-year floodplain |
| Insurance Required? | No |
| **Zoning; Other Regulations** | |
| Zoning Jurisdiction | Frederick County |
| Zoning Designation | B2 |
| Description | General Business District |
| Legally Conforming? | Appears to be legally conforming |
| Zoning Change Likely? | Not likely |
| Permitted Uses | A variety of business, office and service uses. The subject's existing use is permitted by right. |
| Minimum Lot Area | None |
| Minimum Setbacks (Feet) | None |
| Maximum Building Height | 65' |
| Parking Requirement | 6 per 1,000 SF |
| Other Land Use Regulations | We are not aware of any other land regulations that would impact the subject property. |
| **Utilities** | |
| Service | Provider |
| Water | Frederick County |
| Sewer | Frederick County |
| Electricity | Rappahannock Electric Cooperative |
| Natural Gas | Washington Gas |
| Local Phone | Multiple carriers available |

We are not experts in the interpretation of zoning ordinances. An appropriately qualified land use attorney should be engaged if a determination of compliance with zoning is required.

### Easements, Encroachments and Restrictions

A current title report was not provided for review. There are no apparent easements, encroachments, or restrictions that would adversely affect value. This valuation assumes no adverse impacts from easements, encroachments, or restrictions, and further assumes that the subject has clear and marketable title.

### Conclusion of Site Analysis

Overall, the physical characteristics and the availability of utilities result in a functional site, suitable for a variety of uses including those permitted by zoning. Uses permitted by zoning include a variety of business, office and service uses. The subject's existing use is permitted by right. No other restrictions on development are apparent.

## Aerial Photograph



## Zoning Map


IVORY-DR
AMETHYST-CT
SHERANDO-CIR
PERIDOT-PL
WARRIOR-DR
CENTRE-DR
102B
102C
102I
102F
102G
B2
102H
102
102D
102E
95
RP
111

## Flood Hazard Map

InterFlood by a la mode

Prepared for: Integra Realty Resources
**201 Centre Dr**
**Stephens City, VA 22655-4072**




Powered by CoreLogic®

**MAP DATA**

FEMA Special Flood Hazard Area: **No**
Map Number: **51069C0330E**
Zone: **X**
Map Date: **January 29, 2021**
FIPS: **51069**

**MAP LEGEND**

- Areas inundated by 500-year flooding
- Areas inundated by 100-year flooding
- Velocity Hazard
- Protected Areas
- Floodway
- Subject Area

# Improvements Description and Analysis

## Overview

The subject is an existing neighborhood shopping center containing 40,264 square feet of gross leasable area. The improvements were constructed in 2007 and are 100% occupied as of the effective appraisal date. The site area is 5.00 acres, or 217,800 square feet. The following description is based on the inspection of the property with field measurements and public records infilling areas unable to confirm.

| Improvements Description | |
|---|---|
| Name of Property | Sherando Towne Centre |
| General Property Type | Retail |
| Property Sub Type | Shopping Center |
| Specific Use | Neighborhood Center |
| Competitive Property Class | B |
| Occupancy Type | Multi-Tenant |
| Percent Leased | 100% |
| Number of Tenants | 11 |
| Tenant Size Range (SF) | 808 - 13,000 |
| Number of Buildings | 1 |
| Stories | 1 |
| Construction Class | S |
| Construction Type | Metal |
| Construction Quality | Average |
| Condition | Average |
| Gross Building Area (SF) per Public Records | 45,797 |
| Gross Leasable Area (SF) per 2018 Appraisal Rent Roll | 40,264 |
| Land Area (SF) | 217,800 |
| Floor Area Ratio (GLA/Land SF) | 0.18 |
| Floor Area Ratio (GBA/Land SF) | 0.21 |
| Building Area Source | Public Records and prior 2018 appraisal supplied by borrower |
| Year Built | 2007 |
| Year Renovated | Periodic |
| Actual Age (Yrs.) | 18 |
| Estimated Effective Age (Yrs.) | 10 |
| Estimated Economic Life (Yrs.) | 45 |
| Remaining Economic Life (Yrs.) | 35 |
| Number of Parking Spaces | 203 |
| Source of Parking Count | Inspection |
| Parking Type | Surface, asphalt, lined |
| Parking Spaces/1,000 SF GLA | 5.04 |

| Construction Details | |
|---|---|
| Foundation | Concrete slab |
| Structural Frame | Metal |
| Exterior Walls | Brick and metal |
| Windows | Retail store front |
| Roof | Flat with metal covering |
| HVAC | Roof-mounted package units |
| Sprinklers | None |

## Occupancy Status

The property is 100% occupied by a total of 11 tenants with no vacant spaces available. We were not provided leases or a rent roll, therefore unit sizes are not available. We estimate the average unit size for the subject property to be 3,660.

## Improvements Analysis

Based on our inspection, the improvements are of average quality construction and in average condition. The quality, maintenance and overall market appeal of the subject is average to competing properties.

### Functional Utility

The improvements appear to be adequately suited to their current use.

### Deferred Maintenance

The daycare and fitness center tenants reported roof leaks within their respective suites, and the daycare tenant also noted the presence of mold in a portion of their unit. The property owner stated he was not aware of these issues and indicated that any such concerns would be the responsibility of the tenants. Accordingly, it is assumed that any deferred maintenance will be addressed at no cost to the owner.

### ADA Compliance

Based on the property inspection and information provided, there are no apparent ADA issues. However, ADA matters are beyond the scope of expertise of the assignment participants, and further study by an appropriately qualified professional would be recommended to assess ADA compliance.

### Hazardous Substances

An environmental assessment report was not provided for review, and environmental issues are beyond the scope of expertise of the assignment participants. It is noted that one of the tenant spaces is occupied by a dry cleaner, a use historically associated with potential environmental risks due to the possible use of solvents such as perchloroethylene (PCE). No Phase I Environmental Site Assessment (ESA) or documentation identifying Recognized Environmental Conditions (RECs) was provided for review. This appraisal is made under the extraordinary assumption that no contamination is present on the site and that the subject property is not adversely impacted by current or past dry cleaning operations. If this assumption proves to be incorrect, the value and conclusions presented in this report could be significantly affected.

### Personal Property

No personal property items are identified which would have any material contribution to market value.

## Conclusion of Improvements Analysis

Overall, the quality, condition, and functional utility of the improvements are average for their age and location.


Subject Front Elevation viewing NE Alt


Subject Side Elevation viewing SE


Exterior Playground Area for Day Care Tenant Alt


Exterior Playground Area for Daycare Tenant


Typical Interior - Salon


Typical Interior - Dry Cleaner - Rear Service Area Alt


Typical Interior - Dry Cleaner - Rear Service Area


Typical Interior - Smoke Shop


Typical Interior - Pet Spa - Rear Service Area


Typical Interior - Butcher Shop - Front Customer Area


Typical Interior - Butcher Shop - Rear Service Area


Typical Interior - Barber Shop



Typical Interior - Warrior Health and Fitness - Gym Area



Typical Interior Warrior Health and Fitness - Locker Room



Subject Front-Side Exterior viewing NW



Subject Front Elevation viewing NE



Subject Rear Elevation viewing W



Shopping Center Signage

## County Building Sketch



## Real Estate Taxes

Real estate taxes are *ad valorem* taxes, meaning a tax applied in proportion to value. By statute, real estate located in Frederick County, like that in all Virginia jurisdictions, is assessed at 100% of the assessor's estimate of market value. All Virginia jurisdictions are required to reassess properties at least once every six years, with the more urban jurisdictions required to reassess properties annually. In Virginia, the transfer of a property does not automatically trigger reassessment, but the transfer price, if for a valid sale, is typically considered at the time of the next general reassessment. Assessments in Frederick County are on a calendar year basis reoccurring every two years and the last general reassessment became effective January 1, 2025.

Real estate tax rates in Virginia are typically expressed as a rate per $100 of assessed value. The 2025 tax rate, set April 2025, for Frederick County is $0.48 per $100. The tax rate was decreased from $0.51 in 2024. Real estate taxes and assessments for the current tax year are shown in the following table.

**Taxes and Assessments - 2025**

| | Assessed Value | | | Taxes and Assessments | |
|---|---|---|---|---|---|
| Tax ID | Land | Improvements | Total | Tax Rate | Total |
| 86 A 102G | $1,515,900 | $4,827,400 | $6,343,300 | $0.48 | $30,448 |

Based on the concluded market value of the subject, the assessed value appears high, based on market data available. The real estate taxes are current as of the effective date of the appraisal.

## Highest and Best Use

The highest and best use of a property is the reasonably probable use resulting in the highest value, and represents the use of an asset that maximizes its productivity.

### Process

Before a property can be valued, an opinion of highest and best use must be developed for the subject site, both as though vacant, and as improved or proposed. By definition, the highest and best use must be:

- Physically possible.
- Legally permissible under the zoning regulations and other restrictions that apply to the site.
- Financially feasible.
- Maximally productive, i.e., capable of producing the highest value from among the permissible, possible, and financially feasible uses.

### As Though Vacant

First, the property is evaluated as though vacant, with no improvements.

#### Physically Possible

The physical characteristics of the site do not appear to impose any unusual restrictions on development. Overall, the physical characteristics of the site and the availability of utilities result in functional utility suitable for a variety of uses.

#### Legally Permissible

The site is zoned B2, General Business District. Permitted uses include a variety of business, office and service uses. The subject's existing use is permitted by right. There are no apparent legal restrictions, such as easements or deed restrictions, effectively limiting the use of the property. Given prevailing land use patterns in the area, only retail use is given further consideration in determining highest and best use of the site, as though vacant.

#### Financially Feasible

Based on the accompanying analysis of the market, there is currently adequate demand for retail use in the subject's area. It appears a newly developed retail use on the site would have a value commensurate with its cost. Therefore, retail use is considered to be financially feasible.

#### Maximally Productive

There does not appear to be any reasonably probable use of the site that would generate a higher residual land value than retail use. Accordingly, retail use, developed to the normal market density level permitted by zoning, is the maximally productive use of the property.

**Conclusion**

Development of the site for retail use is the only use which meets the four tests of highest and best use. Therefore, it is concluded to be the highest and best use of the property as though vacant.

## As Improved

The subject site is developed with a neighborhood shopping center which is consistent with the highest and best use of the site as though vacant. The existing improvements are currently leased and produce a positive cash flow that is expected to continue. There does not appear to be any alternative use that could reasonably be expected to provide a higher present value than the current use, and the value of the existing improved property exceeds the value of the site, as though vacant. For these reasons, continued retail use is concluded to be maximally productive and the highest and best use of the property as improved.

## Most Probable Buyer

Taking into account the size and characteristics of the property and its occupancy, the likely buyer is an investor.

# Valuation

## Valuation Methodology

Appraisers usually consider three approaches to estimating the market value of real property. These are the cost approach, sales comparison approach and the income capitalization approach.

The **cost approach** assumes that the informed purchaser would pay no more than the cost of producing a substitute property with the same utility. This approach is particularly applicable when the improvements being appraised are relatively new and represent the highest and best use of the land or when the property has unique or specialized improvements for which there is little or no sales data from comparable properties.

The **sales comparison approach** assumes that an informed purchaser would pay no more for a property than the cost of acquiring another existing property with the same utility. This approach is especially appropriate when an active market provides sufficient reliable data. The sales comparison approach is less reliable in an inactive market or when estimating the value of properties for which no directly comparable sales data is available. The sales comparison approach is often relied upon for owner-user properties and vacant land.

The **income capitalization approach** reflects the market's perception of a relationship between a property's potential income and its market value. This approach converts the anticipated net income from ownership of a property into a value indication through capitalization. The primary methods are direct capitalization and discounted cash flow analysis, with one or both methods applied, as appropriate. This approach is widely used in appraising income-producing properties.

Reconciliation of the various indications into a conclusion of value is based on an evaluation of the quantity and quality of available data in each approach and the applicability of each approach to the property type.

The methodology employed in this assignment is summarized as follows:

**Approaches to Value**

| Approach | Applicability to Subject | Use in Assignment |
|---|---|---|
| Cost Approach | Not Applicable | Not Utilized |
| Sales Comparison Approach | Applicable | Utilized |
| Income Capitalization Approach | Applicable | Utilized |

## Sales Comparison Approach

The sales comparison approach develops an indication of value by comparing the subject to sales of similar properties. The steps taken to apply the sales comparison approach are:

- Identify relevant property sales;
- Research, assemble, and verify pertinent data for the most relevant sales;
- Analyze the sales for material differences in comparison to the subject;
- Reconcile the analysis of the sales into a value indication for the subject.

To apply the sales comparison approach, the research focused on transactions within the following parameters:

- Property Type: Shopping centers
- Location: Focused on Interstate 81 and localities near the interstate
- Size: 20,000 to 80,000 SF
- Age/Quality: Similar age; or adjusted
- Transaction Date: Within the past three years

We did note a sale located at 304 – 324 Hope Drive in Winchester Virginia; however, we were unable to reach any parties directly involved in the transaction. The property is a 24,140 SF retail strip center, built in 2010, occupied by retail and office users. Based on public data available it was purchased an existing tenant, Blue Ridge, for $3,800,000, or $157 PSF. The property was reported to be 100% occupied at the time of the sale. The property is smaller and would require a downward adjustment and is superior in age/condition. After adjustments, this would fall within the range of the comparable properties analyzed herein.

For this analysis, price per square foot of gross leasable area is used as the appropriate unit of comparison because market participants typically compare sale prices and property values on this basis. The sales considered most relevant are summarized in the following table.

**Summary of Comparable Improved Sales**

| No. | Name/Address | Sale Date; Status | Yr. Blt.; # Stories; % Occ. | Acres; FAR | Sale Price | Leasable SF | $/Leasable SF | Cap Rate |
|---|---|---|---|---|---|---|---|---|
| 1 | Colonial Square Shopping Center<br>807 Village Blvd.<br>Abingdon<br>VA | Dec-24<br>Closed | 2000<br>1<br>100% | 7.72<br>0.16 | $6,400,000 | 54,143 | $118.21 | 6.96% |
| | *Comments: Sale of 100% occupied Food Lion anchored shopping center.* | | | | | | | |
| 2 | Orchard Hill Square<br>74 (11 - 81) Orchard Hill Cir.<br>Staunton<br>VA | Nov-24<br>Closed | 1989<br>1<br>95% | 5.84<br>0.23 | $4,290,000 | 54,560 | $78.63 | 7.87% |
| | *Comments: The property is the sale of a Food Lion anchored shopping center and an additional outparcel building. At the time of the sale, the property was 95% occupied.* | | | | | | | |
| 3 | Ivy Ridge Marketplace<br>3433 Orange Ave. NE.<br>Roanoke<br>VA | Feb-24<br>Closed | 2015<br>1<br>100% | 3.04<br>0.22 | $4,790,000 | 28,822 | $166.19 | 7.75% |
| | *Comments: At the time of the sale the property was 100% occupied and the main tenant was Planet Fitness. The capitalization rate was based on the broker's projections.* | | | | | | | |
| 4 | Shops at Bristol Commons<br>3168-3170 Linden Dr.<br>Bristol<br>VA | Sep-22<br>Closed | 2003<br>1<br>100% | 8.06<br>0.14 | $4,900,000 | 48,800 | $100.41 | 6.91% |
| | *Comments: This is the sale of a neighborhood retail center to an investor. At the time of sale, the property was 100% leased to 13 tenants, but the cap rate reflects a 5.0% vacancy. The recorded price was $4,900,000 (for the property with no deferred maintenance). During the inspections, deferred maintenance was discovered, and both parties paid for remediation, with the buyer's portion being a $90,000 credit against the $4,900,000 at closing.* | | | | | | | |
| 5 | Peppers Ferry Centre<br>7381 - 7401 Peppers Ferry Blvd.<br>Radford<br>VA | Sep-22<br>Closed | 1998<br>1<br>92% | 3.82<br>0.20 | $5,180,000 | 30,151 | $171.80 | 6.93% |
| | *Comments: This is the sale of a retail strip center that is shadow-anchored by a Walmart Super Center and Lowe's. It was 92% occupied by 11 tenants at the time of sale. The broker's projected NOI for Year 1 is $358,785, resulting in a 6.93% capitalization rate. The center includes national brands such as CATO, Sally, Beauty Supply, and Subway.* | | | | | | | |
| | **Subject**<br>Sherando Towne Centre<br>Stephens City, VA | | 2007<br>1<br>100% | 5.00<br>0.18<br>5.04/1,000 | | 40,264 | | |

## Comparable Improved Sales Map





Sale 1
Colonial Square Shopping Center



Sale 2
Orchard Hill Square



Sale 3
Ivy Ridge Marketplace




Sale 4
Shops at Bristol Commons



Sale 5
Peppers Ferry Centre

## Analysis and Adjustment of Sales

Adjustments are based on a rating of each comparable sale in relation to the subject. The adjustment process is typically applied through either quantitative or qualitative analysis, or a combination of both analyses. Quantitative adjustments are often developed as dollar or percentage amounts, and are most credible when there is sufficient data to perform a paired sales analysis.

The rating of each comparable sale in relation to the subject is the basis for the adjustments. If the comparable is superior to the subject, its sale price is adjusted downward to reflect the subject's relative attributes; if the comparable is inferior, its price is adjusted upward.

Transactional adjustments are applied for property rights conveyed, financing, conditions of sale, expenditures made immediately after purchase, and market conditions. In addition, property adjustments include – but are not limited to – location, access/exposure, size, quality, effective age, and economic characteristic. Adjustments are considered for the following factors, in the sequence shown below.

## Transactional Adjustments

### Real Property Rights Conveyed

Property rights considerations encompass a wide range of factors including, for example, deed type, deed restrictions, and whether the property is encumbered by leases.

All of the comparables represent leased fee transactions, and adjustments for property rights are not necessary.

### Financing

In analyzing the comparables, it is necessary to adjust for financing terms that differ from market terms. Typically, if the buyer retained third-party financing (other than the seller) for the purpose of purchasing the property, a cash price is presumed and no adjustment is required. However, in instances where the seller provides financing as a debt instrument, a premium may have been paid by the buyer for below-market financing terms, or a discount may have been demanded by the buyer if the financing terms were above market. The premium or discounted price must then be adjusted to a cash equivalent basis. The comparable sales represented cash-to-seller transactions and, therefore, do not require adjustment.

### Conditions of Sale

Adverse conditions of sale can account for a significant discrepancy from the sale price actually paid, compared to that of the market. This discrepancy in price is generally attributed to the motivations of the buyer and the seller. Certain conditions of sale are considered non-market and may include the following:

- a seller acting under duress (e.g., eminent domain, foreclosure);
- buyer motivation (e.g., premium paid for assemblage, certain 1031 exchanges);
- a lack of exposure to the open market;

- an unusual tax consideration;
- a sale at legal auction.

None of the comparable sales had atypical or unusual conditions of sale. Thus, adjustments are not necessary.

**Expenditures Made Immediately After Purchase**

This category considers expenditures incurred immediately after the purchase of a property. There were no issues of deferred maintenance reported for any of the properties. No adjustments are required for expenditures after sale.

**Market Conditions**

A market conditions adjustment is applied when market conditions at the time of sale differ from market conditions as of the effective date of value. Adjustments can be positive when prices are rising, or negative when markets are challenged by factors such as a deterioration of the economy or adverse changes in supply and/or demand in the market area. Consideration must also be given to when the property was placed under contract, versus when the sale actually closed.

In evaluating market conditions, changes between the comparable sale date and the effective date of this appraisal may warrant adjustment; however, if market conditions have not changed, then no adjustment is required.

The sales took place from September 2022 to December 2024. As observed on the market area analysis, market conditions within the subject's submarket have been mixed over this period. A 3% upward adjustment is applied until December 2023 and no further adjustments are applied between January 2024 to the as is effective date. The adjustment grid accounts for these trends through the effective date of value.

| **Market Conditions Adjustment** | | | | | | |
|---|---|---|---|---|---|---|
| | Comp # | 1 | 2 | 3 | 4 | 5 |
| | Sale Date | 12/20/2024 | 11/21/2024 | 2/20/2024 | 9/30/2022 | 9/21/2022 |
| Date | Annual Growth Rate | | | | | |
| 12/31/2023 | 3% | 0.00% | 0.00% | 0.00% | 3.76% | 3.83% |
| 12/31/2024 | 0% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| 6/9/2025 | 0% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Total | | 0.00% | 0.00% | 0.00% | 3.76% | 3.83% |
| Rounded | | 0% | 0% | 0% | 4% | 4% |

## Property Adjustments

**Location**

Factors considered in evaluating location include, but are not limited to, neighboring land use trends, surrounding area population and income levels, development activity and proximity to demand drivers.

Sales 3 and 5 are similar to the subject. No adjustments are necessary. Sales 1, 2 and 4 are adjusted upward for inferior location.

**Access/Exposure**

Convenience to transportation facilities, ease of site access, and overall visibility of a property can have a direct impact on property value. High visibility, however, may not translate into higher value if it is not accompanied by good access. In general, high visibility and convenient access, including proximity to major linkages, are considered positive amenities when compared to properties with inferior attributes.

Sales 1, 2 and 4 are similar to the subject and require no adjustment. Sales 3 and 5 are superior to the subject. Downward adjustments are applied.

**Building Size**

Due to economies of scale, the market exhibits an inverse relationship between building area and price per square foot such that larger buildings sell for a lower price per square foot than smaller buildings, all else being equal. To account for this relationship, applicable adjustments are applied for differences in building area. The comparables that are larger than the subject are adjusted upward, and vice versa.

Sale 4 is similar to the subject and requires no adjustment. Sales 3 and 5 are smaller than the subject, and downward adjustments are applied. Sales 1 and 2 are larger than the subject and require upward adjustments.

**Effective Age/Condition**

While year built can give insight into the utility of a property, the more important consideration is the level of condition and modernization of the property. The subject was constructed in 2007, has an effective age of 10 years, and is in average condition. Comparables exhibiting newer effective ages are adjusted downward to reflect the discrepancy in remaining economic life, and vice versa.

Sales 4 and 5 are similar to the subject and require no adjustment. Sale 3 is newer than the subject, and a downward adjustment is applied. Sales 1 and 2 are older than the subject. Upward adjustments are applied.

**Quality of Construction**

This category accounts for construction quality, amenities, market appeal and functional utility.

All of the comparables are superior to the subject. Downward adjustments are applied.

**Anchor Strength**

Retail sites benefit greatly from a strong anchored shopping center. The value of the site is greatly influenced by the additional foot traffic that a strong anchor draws to the center.

Sale 4 is similar to the subject and requires no adjustment. Sales 1, 2, 3 and 5 are within centers anchored by strong retail tenants and are superior. Downward adjustments are applied.

**Floor Area Coverage**

The subject property exhibits a floor area ratio of approximately 0.18. A lower floor area ratio can influence price as it may represent an expansion opportunity or simply a desire for lower density. Care must be taken not to double count for adjustments already applied for parking ratios. The extent of adjustments can vary based on underlying land values.

Sales 1 and 5 are similar to the subject and require no adjustment. Sale 4 has a lower floor area ratio than the subject and requires a downward adjustment. Sales 2 and 3 have higher floor area ratios than the subject. Upward adjustments are applied.

**Economic Characteristics**

Items considered in this category consist of non-stabilized occupancy, above/below market rents, tenant mix, and other economic factors. Excluded are differences in rent levels that are already considered in previous adjustments, such as for location or quality. Note: these adjustments are made as refinements. Care is made to avoid double-counting adjustments previously applied.

Sales 3 and 5 are similar to the subject and require no adjustment. Sales 1, 2 and 4 are adjusted upward.

## Adjustments Summary

The following table summarizes the adjustments discussed above and applied to each sale.

| Improved Sales Adjustment Grid | | | | | | |
|---|---|---|---|---|---|---|
| | Subject | Comparable 1 | Comparable 2 | Comparable 3 | Comparable 4 | Comparable 5 |
| Property Name | Sherando Towne Centre | Colonial Square Shopping Center | Orchard Hill Square | Ivy Ridge Marketplace | Shops at Bristol Commons | Peppers Ferry Centre |
| Address | 201 Centre Dr. | 807 Village Blvd. | 74 (11 - 81) Orchard Hill Cir. | 3433 Orange Ave. NE. | 3168-3170 Linden Dr. | 7381 - 7401 Peppers Ferry Blvd. |
| City | Stephens City | Abingdon | Staunton | Roanoke | Bristol | Radford |
| State | Virginia | VA | VA | VA | VA | VA |
| Sale Date | | Dec-24 | Nov-24 | Feb-24 | Sep-22 | Sep-22 |
| Sale Status | | Closed | Closed | Closed | Closed | Closed |
| Sale Price | | $6,400,000 | $4,290,000 | $4,790,000 | $4,900,000 | $5,180,000 |
| Gross Leasable Area | 40,264 | 54,143 | 54,560 | 28,822 | 48,800 | 30,151 |
| Year Built | 2007 | 2000 | 1989 | 2015 | 2003 | 1998 |
| Year Renovated | Periodic | Various | Periodic | Periodic | – | 2008 |
| Traffic Count | 20,200 (rear) | 15,000 (rear) | 12,000 | 38,000 | 23,800 (rear) | 20,000 |
| Corner | No | No | Yes | No | No | No |
| FAR | 0.18 | 0.16 | 0.23 | 0.22 | 0.14 | 0.20 |
| Projected NOI Per Net SF | $11.06 | $8.23 | $6.19 | $12.87 | $6.94 | $11.90 |
| Occupancy | 100% | 100% | 95% | 100% | 100% | 92% |
| Cap Rate | – | 6.96% | 7.87% | 7.75% | 6.91% | 6.93% |
| **Price per SF of Gross Leasable Area** | | **$118.21** | **$78.63** | **$166.19** | **$100.41** | **$171.80** |
| **Transactional Adjustments** | | | | | | |
| Property Rights | | Leased Fee | Leased Fee | Leased Fee | Leased Fee | Leased Fee |
| % Adjustment | | – | – | – | – | – |
| Financing Terms | | Cash to seller | Cash to seller | Cash to seller | Cash to seller | Cash to seller |
| % Adjustment | | – | – | – | – | – |
| Conditions of Sale | | Arm's-length | Arm's-length | Arm's-length | Arm's-length | Arm's-length |
| % Adjustment | | – | – | – | – | – |
| Expenditures Made Immediately After Purchase | | None noted | None noted | None noted | None noted | None noted |
| $ Adjustment | | – | – | – | – | – |
| Market Conditions | 6/9/2025 | Dec-24 | Nov-24 | Feb-24 | Sep-22 | Sep-22 |
| Annual % Adjustment | Variable | – | – | – | 4% | 4% |
| **Cumulative Adjusted Price** | | **$118.21** | **$78.63** | **$166.19** | **$104.43** | **$178.67** |
| **Property Adjustments** | | | | | | |
| Location | | 10% | 10% | – | 10% | – |
| Access/Exposure | | – | – | -5% | – | -5% |
| Building Size | | 5% | 5% | -5% | – | -5% |
| Effective Age/Condition | | 5% | 10% | -5% | – | – |
| Quality of Construction | | -5% | -5% | -5% | -5% | -5% |
| Anchor Strength | | -5% | -5% | -5% | – | -5% |
| Floor Area Coverage | | – | 5% | 5% | -5% | – |
| Economic Characteristics | | 20% | 35% | – | 35% | – |
| Net Property Adjustments ($) | | $35.46 | $43.25 | -$33.24 | $36.55 | -$35.73 |
| Net Property Adjustments (%) | | 30% | 55% | -20% | 35% | -20% |
| **Final Adjusted Price** | | **$153.67** | **$121.88** | **$132.95** | **$140.98** | **$142.94** |

| | |
|---|---|
| **Range of Adjusted Prices** | **$121.88 - $153.67** |
| **Average** | **$138.48** |
| **Indicated Value** | **$140.00** |

## Value Indication

Prior to adjustment, the sales reflect a range of $78.63 - $171.80 per square foot. After adjustment, the range is narrowed to $121.88 - $153.67 per square foot, with an average of $138.48 per square foot. To arrive at an indication of value, primary weight is given to Comparables 3 and 5 because they do not require economic characteristics adjustments.

Based on the preceding analysis, the value indication by the sales comparison approach is as follows:

| **Value Indication by Sales Comparison** | |
|---|---|
| Indicated Value per SF | $140.00 |
| Subject Square Feet | 40,264 |
| Indicated Value | $5,636,960 |
| Rounded | $5,640,000 |

## Income Capitalization Approach

The income capitalization approach converts anticipated economic benefits of owning real property into a value estimate through capitalization. The steps taken to apply the income capitalization approach are:

- Analyze the revenue potential of the property.
- Consider appropriate allowances for vacancy, collection loss, and operating expenses.
- Calculate net operating income by deducting vacancy, collection loss, and operating expenses from potential income.
- Apply the most appropriate capitalization method, either direct capitalization or discounted cash flow analysis, or both, to convert anticipated net income to an indication of value.

The two most common capitalization methods are direct capitalization and discounted cash flow analysis. In direct capitalization, a single year's expected income is divided by an appropriate capitalization rate to arrive at a value indication. In discounted cash flow analysis, anticipated future net income streams and a future resale value are discounted to a present value at an appropriate yield rate. In this analysis, only direct capitalization is used because investors in this property type typically rely more on this method.

### Leased Status of Property

Neither a rent roll for the property or tenant leases were provided. We assume that the average lease size for the property is 3,660 square feet, which is the basis of our size adjustment within the market rental grid. As of the effective valuation date, the subject is 100% occupied. Thus, the property is considered to be at stabilized occupancy.

### Market Rent Analysis

To estimate market rent, comparable rentals most relevant to the subject in terms of location, property type, size, and transaction date are analyzed.

Comparable rentals considered most relevant are summarized in the following table.

**Summary of Comparable Rentals - Retail**

| No. | Property Information | Description | | Tenant | SF | Lease Start | Term (Mos.) | Rent/SF | Lease Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Funkhouse Warrior Strip Center<br>760 Warrior Dr.<br>Stephens City<br>VA | Yr Blt.<br>Stories:<br>GLA: | 2007<br>1<br>19,906 | Undisclosed | 2,500 | Jun-25 | 60 | $14.00 | Triple Net |
| | *Comments: The leasing agent declined to disclose specific tenant names but confirmed that several recent leases within the center have been executed at rates ranging from $12.00 to $15.00 per square foot on a triple net (NNN) basis. Variations in rental rates are attributed to factors such as end cap positioning and lease term length. The most recent lease was signed at $14 PSF for a five year term and includes 3% annual rental increases.* | | | | | | | | |
| 2 | Warrior Center (Retail Condos)<br>640 Warrior Dr.<br>Stephens City<br>VA | Yr Blt.<br>Stories:<br>GLA: | 2007<br>1<br>22,448 | Undisclosed | 1,400 | Apr-24 | 60 | $13.00 | Triple Net |
| | *Comments: The broker would not disclose tenant names but stated he has recently signed a tenant at $13.00 PSF on a NNN basis within the center. Additionally, leases within the past two years have included signed tenants at ranging from $12.00 and $14.00 PSF on a NNN basis.* | | | | | | | | |
| 3 | Vavini Strip Center<br>255 Fairfax Pike.<br>Stephens City<br>VA | Yr Blt.<br>Stories:<br>GLA: | 2008-09<br>1<br>8,100 | Tobacco & Vape | 1,600 | Feb-24 | 60 | $14.50 | Triple Net |
| | *Comments: The broker was brief and indicated that the most recent tenant in the space is a smoke shop. The tenant signed a five year lease with no TIs or free rent provided. The space was in turn key condition.* | | | | | | | | |
| 4 | Fredericktowne Crossing<br>240 Elizabeth Dr.<br>Stephens City<br>VA | Yr Blt.<br>Stories:<br>GLA: | 2006<br>1<br>86,018 | Valley Health | 1,772 | Jul-23 | 42 | $13.00 | Triple Net |
| | *Comments: The tenant, a medical user, received six months of free rent in lieu of a tenant improvement allowance. The lease includes annual rental rate increases of 3 percent. Although the asking rate was $14.00 per square foot, the tenant ultimately signed at $13.00 per square foot on a triple net (NNN) basis.* | | | | | | | | |

## Comparable Rentals Map





Lease 1
Funkhouse Warrior Strip Center




Lease 2
Warrior Center (Retail Condos)



Lease 3
Vavini Strip Center



Lease 4
Fredericktowne Crossing

## Analysis and Adjustment of Rents

The rents are compared to the subject and adjusted to account for material differences that affect value. The adjustment process is typically applied through either quantitative or qualitative analysis, or a combination of the two. Quantitative adjustments are often developed as dollar or percentage amounts and are most credible when there is sufficient data to perform a paired analysis.

The rating of each comparable rent in relation to the subject is the basis for the adjustments. If the comparable is superior to the subject, its rent is adjusted downward to reflect the subject's relative attributes; if the comparable is inferior, its rent is adjusted upward.

Transactional adjustments are applied for expense structure, conditions of lease, and market conditions. In addition, property adjustments include – but are not limited to – location, access/exposure, size, quality, effective age, and economic characteristics. Adjustments are considered for the following factors, in the sequence shown below.

### Expense Structure

The subject is assumed to be leased on a triple net basis, which is consistent with the market expense structure. nts are similar and require no adjustment.

### Conditions of Lease

Non-market lease conditions can be attributed to the motivations of the lessor and lessee, which can be influenced by a relationship between the parties. Even when there are no atypical relationships or motivations, atypical lease provisions relating to tenant improvements, free rent or rent escalation rates can affect the base rental rate. None of the comparable leases are impacted by non-market lessor/lessee relationships or motivations, or atypical lease provisions.

### Market Conditions

The comparable rents were signed from July 2023 to June 2025. The rents are generally representative of current market rates as of the date signed. Most leases have annual escalations, and we apply 3% upward adjustments over this period through the effective date of value.

### Location

Factors considered in evaluating location include, but are not limited to, neighboring land use trends, surrounding area population and income levels, development activity and proximity to demand drivers.

All of the comparables are similar to the subject. No adjustments are necessary.

### Access/Exposure

Convenience to transportation facilities, ease of site access, and overall visibility of a property can have a direct impact on property value. High visibility, however, may not translate into higher value if it is not accompanied by good access. In general, high visibility and convenient access, including proximity to major linkages, are considered positive amenities when compared to properties with inferior attributes.

Rents 3 and 4 are similar to the subject and require no adjustment. Rents 1 and 2 are inferior to the subject. Upward adjustments are applied.

**Space Size**

Due to economies of scale, the market exhibits an inverse relationship between building area and price per square foot, such that larger properties rent for a lower rate per square foot than smaller properties, all else being equal. To account for this relationship, applicable adjustments are applied for differences in building area.

All of the comparables are smaller than the subject, and downward adjustments are applied.

**Effective Age/Condition**

While year built can give insight into the utility of a property, the more important consideration is the level of condition and modernization of the property. The subject was constructed in 2007, has an effective age of 10 years, and is in average condition. Comparables exhibiting newer effective ages are adjusted downward to reflect the discrepancy in remaining economic life, and vice versa.

All of the comparables are similar to the subject. No adjustments are necessary.

**Quality of Construction**

This category accounts for differences in quality of construction materials and finishes between the subject and the comparables.

All of the comparables are superior to the subject. Downward adjustments are applied.

**Adjustments Summary**

The following table summarizes the adjustments discussed above and applied to each comparable rent.

| Rental Adjustment Grid - Retail | | | | | |
|---|---|---|---|---|---|
| | Subject | Comparable 1 | Comparable 2 | Comparable 3 | Comparable 4 |
| Property Name | Sherando Towne Centre | Funkhouse Warrior Strip Center | Warrior Center (Retail Condos) | Vavini Strip Center | Fredericktowne Crossing |
| Address | 201 Centre Dr. | 760 Warrior Dr. | 640 Warrior Dr. | 255 Fairfax Pike. | 240 Elizabeth Dr. |
| City | Stephens City | Stephens City | Stephens City | Stephens City | Stephens City |
| State | | VA | VA | VA | VA |
| Lease Start Date | | Jun-25 | Apr-24 | Feb-24 | Jul-23 |
| Lease Term (Months) | | 60 | 60 | 60 | 42 |
| Tenant Name | | Undisclosed | Undisclosed | Tobacco & Vape | Valley Health |
| Leased SF | 3,660 SF Avg | 2,500 | 1,400 | 1,600 | 1,772 |
| Lease Type | Triple Net | Triple Net | Triple Net | Triple Net | Triple Net |
| Year Built | 2007 | 2007 | 2007 | 2008-09 | 2006 |
| Traffic Counts | 20,200 (rear) | 7,700 | 7,700 | 14,000 | 17,600 (rear) |
| **Base Rent/SF/Yr** | | **$14.00** | **$13.00** | **$14.50** | **$13.00** |
| **Transactional Adjustments** | | | | | |
| Expense Structure | | | | | |
| $ Adjustment | | – | – | – | – |
| Conditions of Lease | | Arm's Length | Arm's Length | Arm's Length | Arm's Length |
| % Adjustment | | – | – | – | – |
| Market Conditions | 6/9/2025 | Jun-25 | Apr-24 | Feb-24 | Jul-23 |
| Annual % Adjustment | 3% | – | 4% | 4% | 6% |
| **Cumulative Adjusted Rent** | | **$14.00** | **$13.52** | **$15.08** | **$13.78** |
| **Property Adjustments** | | | | | |
| Location | | – | – | – | – |
| Access/Exposure | | 5% | 5% | – | – |
| Space Size | | -5% | -10% | -5% | -5% |
| Effective Age/Condition | | – | – | – | – |
| Quality of Construction | | -5% | -5% | -5% | -5% |
| Net Property Adjustments ($) | | -$0.70 | -$1.35 | -$1.51 | -$1.38 |
| Net Property Adjustments (%) | | -5% | -10% | -10% | -10% |
| **Final Adjusted Price** | | **$13.30** | **$12.17** | **$13.57** | **$12.40** |

| | |
|---|---|
| **Range of Adjusted Rents** | **$12.17 - $13.57** |
| **Average** | **$12.86** |
| **Indicated Rent** | **$13.00** |

After analysis, the overall range is $12.17 - $13.57 per square foot per year.

## Market Rent Conclusion

Based on the preceding analysis of comparable rentals, recent leases at the subject, and trends evident in the market, market lease terms for the subject are concluded as follows.

| Concluded Market Lease Terms | | | | | | |
|---|---|---|---|---|---|---|
| Space Type | SF | Market Rent | Measure | Rent Escalations | Lease Type | Lease Term (Mos.) |
| Retail | 40,264 | $13.00 | $/SF/Yr | 3% per year | Triple Net | 60 |

## Stabilized Income and Expenses

### Potential Gross Rent

The market rental rate is applied to the subject's gross leasable area to arrive at Potential Gross Rent.

**Potential Gross Rent**

| | | Potential Rent at Market | |
|---|---|---|---|
| Space Type | SF | $/SF/Yr | Annual |
| Retail | 40,264 | $13.00 | $523,432 |

### Expense Reimbursements

Reflecting market norms, the subject is analyzed on a triple net basis, with the tenant responsible directly or reimburses (real estate taxes, insurance, utilities, and CAM) for all of the expense with the exception of structural maintenance and property management.

### Vacancy & Collection Loss Allowance

Stabilized vacancy and collection loss is estimated at 5.0%. This estimate considers the submarket vacancy rate, vacancy rates at competing properties, and the credit risk of the subject's tenants.

### Expenses

Operating expenses were not supplied for the subject property. Estimated expenses are based on the expense data from comparable properties.

**Expense Analysis per Square Foot**

| | Comp Data* | | | Subject |
|---|---|---|---|---|
| | Comp 1 | Comp 2 | Comp 3 | Projected Expenses |
| Year Built | 1995 | 2000 and 2003 | 2008 | 2007 |
| SF | 71,296 | 60,778 | 16,257 | 40,264 |
| Prevailing Lease Type | Triple Net | Triple Net | Triple Net | Triple Net |
| Operating Data Type | Pro-forma Owner | In Place | In Place | |
| Year | 2024 | 2023 | 2022 | IRR Projection |
| Real Estate Taxes | $1.47 | $0.79 | $2.06 | $0.76 |
| Insurance | $0.40 | $0.43 | $0.18 | $0.25 |
| Common Area Maintenance | $1.77 | $1.60 | $1.02 | $1.75 |
| Structural Maintenance | $0.00 | $0.00 | $0.00 | $0.25 |
| Management | $0.46 | $0.61 | $1.25 | $0.90 |
| Total | $4.10 | $3.43 | $4.52 | $3.90 |
| Operating Expense Ratio | 26.9% | 22.4% | 27.4% | 26.1% |

*Comp 1: Warrenton, VA
Comp 2: Chesterfield, VA
Comp 3: Fredericksburg, VA

**Projections**

| | IRR Projection |
|---|---|
| **Income** | |
| Base Rent | $523,432 |
| Expense Reimbursements | 110,976 |
| Potential Gross Income* | $634,408 |
| Vacancy & Collection Loss @ 5.0% | -31,720 |
| Effective Gross Income | $602,687 |
| **Expenses** | |
| Real Estate Taxes | $30,448 |
| Insurance | 10,066 |
| Common Area Maintenance | 70,462 |
| Structural Maintenance | 10,066 |
| Management | 36,161 |
| Total Expenses | $157,203 |
| **Net Operating Income** | **$445,484** |
| Operating Expense Ratio | 26.1% |

*IRR projected income is the total potential income attributable to the property before deduction of vacancy and collection loss.

## Capitalization Rate Selection

A capitalization rate is used to convert net income into an indication of value. Selection of an appropriate capitalization rate considers the future income pattern of the property and investment risk associated with ownership. Consideration is given to the following data in selecting a capitalization rate for the subject.

### Analysis of Comparable Sales

Capitalization rates derived from comparable sales are shown in the following table.

**Capitalization Rate Comparables**

| No. | Property Name | City | State | Year Built | Sale Date | Gross Leasable Area | % Occup. | Price/SF | Cap Rate |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Colonial Square Shopping Center | Abingdon | VA | 2000 | 12/20/2024 | 54,143 | 100% | $118.21 | 6.96% |
| 2 | Orchard Hill Square | Staunton | VA | 1989 | 11/21/2024 | 54,560 | 95% | $78.63 | 7.87% |
| 3 | Ivy Ridge Marketplace | Roanoke | VA | 2015 | 2/20/2024 | 28,822 | 100% | $166.19 | 7.75% |
| 4 | Shops at Bristol Commons | Bristol | VA | 2003 | 9/30/2022 | 48,800 | 100% | $100.41 | 6.91% |
| 5 | Peppers Ferry Centre | Radford | VA | 1998 | 9/21/2022 | 30,151 | 92% | $171.80 | 6.93% |
| | Indicated Cap Rate Range: | | | | | | | | 6.91% - 7.87% |
| | Average (Mean) Cap Rate: | | | | | | | | 7.28% |

A capitalization rate within a range of 6.91% - 7.87% is expected for the subject, based on the preceding information.

As additional comparable sales support, data reported by CoStar and detailed in the previously presented market analysis is also considered. CoStar has indicated an average cap rate of 7.60% for the subject's submarket area.

### National Investor Surveys

Data pertaining to investment grade properties from the PwC, ACLI, and Viewpoint surveys are summarized in the exhibits that follow.

**Capitalization Rate Surveys - Retail Properties**

| | IRR-ViewPoint Year End 2024 Natl Neighborhood Retail | IRR-ViewPoint Year End 2024 Natl Community Retail Center | IRR-ViewPoint Year End 2024 Natl Regional Mall | PwC 1Q-25 National Strip Shopping Center | PwC 1Q-25 National Power Center | PwC 1Q-25 National Regional Mall | ACLI 4Q-24 National Retail |
|---|---|---|---|---|---|---|---|
| Range | 5.50% - 9.00% | 5.75% - 8.50% | 5.75% - 10.00% | 5.50% - 10.00% | 5.50% - 7.75% | 5.00% - 11.50% | N/A |
| Average | 7.19% | 7.18% | 7.83% | 7.40% | 6.88% | 6.92% | 6.93% |

Source: IRR ViewPoint 2025; PwC Investor Survey; American Council of Life Insurers Investment Bulletin.

The PwC and the ACLI data in the preceding chart pertain to institutional investment-grade national strip center properties. The IRR-ViewPoint survey is not based exclusively on institutional investment-grade properties, but it is weighted towards Class A investment properties. The average cap rate for noninstitutional investment-grade properties typically ranges from 75 to 250 basis points above the average cap rate for institutional investment-grade properties, depending on the property type and geographic location. The subject is neither an institutional investment-grade nor a Class A property.

**Retail Capitalization Rate Trends**




| | 2Q-23 | 3Q-23 | 4Q-23 | 1Q-24 | 2Q-24 | 3Q-24 | 4Q-24 | 1Q-25 |
|---|---|---|---|---|---|---|---|---|
| STRIP | 7.17 | 7.16 | 7.50 | 7.42 | 7.33 | 7.30 | 7.25 | 7.40 |
| PWR | 6.53 | 6.47 | 6.69 | 6.75 | 6.72 | 6.72 | 6.78 | 6.88 |
| MALL | 7.28 | 7.60 | 7.88 | 8.31 | 8.38 | 8.22 | 7.17 | 6.92 |
| ACLI | 6.37 | 6.77 | 7.30 | 7.17 | 6.93 | 6.83 | 6.93 | |

STRIP - PwC Investor Survey - National Strip Shopping Center Market
PWR - PwC Investor Survey - National Power Center Market
MALL - PwC Investor Survey - National Regional Mall Market
ACLI - American Council of Life Insurers Investment Bulletin - Retail Properties

The most current national survey data indicates that a going-in capitalization rate for retail national strip shopping center properties ranges from 5.50% to 10.00% and averages 7.40%.

**Band of Investment**

The band of investment method derives a capitalization rate from the weighted average of the mortgage and equity demands on net income generated from the property. This method involves an estimate of typical financing terms as well as an estimated rate of return on equity capital sufficient to attract investors. Based on this data, the capitalization rate indicated by the band of investment method is shown in the following table.

| Band of Investment Method | | | | |
|---|---|---|---|---|
| **Mortgage/Equity Assumptions** | | | | |
| Loan To Value Ratio | 70% | | | |
| Interest Rate | 6.25% | | | |
| Amortization (Years) | 25 | | | |
| Mortgage Constant | 0.0792 | | | |
| Equity Ratio | 30% | | | |
| Equity Dividend Rate | 8.50% | | | |
| **Weighted Average of Mortgage and Equity Requirements** | | | | |
| Mortgage Requirement | 70% | x | 7.92% = | 5.54% |
| Equity Requirement | 30% | x | 8.50% = | 2.55% |
| **Indicated Capitalization Rate** | | | | **8.09%** |

### Capitalization Rate Conclusion

To conclude a capitalization rate, the following investment risk factors are considered to determine an impact on the appropriate rate. The direction of each arrow in the following table indicates a judgment of an upward, downward, or neutral impact of each factor.

| Capitalization Rate Risk Factors | | |
|---|---|---|
| Factor | Issues | Impact on Rate |
| Income Characteristics | Rollover risk, escalation pattern, above/below market rents, major tenant credit strength | ↑ |
| Competitive Market Position | Construction quality, market appeal, age/condition, functional utility | ↑ |
| Location | Market area population, income and life cycle trends; proximity issues; access and support services | ↔ |
| Market | Vacancy rates and trends; rental rate trends; supply and demand | ↔ |
| Highest and Best Use | Upside potential from redevelopment, adaptation, and/or expansion | ↔ |
| Overall Impact | | ↑ |

Accordingly, the capitalization rate is concluded as follows:

| Capitalization Rate Conclusion | |
|---|---|
| Method | Capitalization Rate Indication |
| Analysis of Comparable Sales | 6.91% - 7.87% |
| CoStar Average | 7.60% |
| National Investor Surveys | 5.50% - 10.00%; 7.40% Avg |
| Band of Investment | 8.09% |
| Primary Weight | Analysis of Comparable Sales |
| Conclusion | 7.75% |

## Direct Capitalization Analysis

Net operating income is divided by the capitalization rate to indicate the stabilized value of the subject. Valuation of the subject by direct capitalization is shown in the following table.

| Direct Capitalization | |
|---|---|
| Effective Gross Income | $602,687 |
| Expenses | $157,203 |
| Net Operating Income | $445,484 |
| Capitalization Rate | 7.75% |
| Indicated Value | $5,748,185 |
| Rounded | $5,750,000 |

## Reconciliation and Conclusion of Value

The values indicated by the preceding analyses are as follows:

| Summary of Value Indications | |
|---|---|
| Cost Approach | Not Used |
| Sales Comparison Approach | $5,640,000 |
| Income Capitalization Approach | $5,750,000 |
| Reconciled | $5,700,000 |

The income capitalization approach and sales comparison approach are given roughly equal. The cost approach is not applicable to the subject and is not used. Accordingly, our value opinion follows.

**Value Conclusion**

| Value Type & Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
|---|---|---|---|
| Market Value As Is | Fee Simple | June 9, 2025 | $5,700,000 |

**Extraordinary Assumptions and Hypothetical Conditions**

The value conclusions are subject to the following extraordinary assumptions. An extraordinary assumption is an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.

1. The property contact did not provide leases or financial information for the subject property. In the absence of this data, we have valued the property in fee simple, assuming all tenants are occupying the space at market rent and lease terms. If any of the units are not subject to leases or subject to non-market leases, the market value and marketability of the subject property could be materially impacted.
2. We were not provided with access to all of the units. We assume that the units that were inspected are representative of all of the units at the subject property.
3. Due to limited access, we were unable to inspect all areas or measure the interiors of all units. As a result, we relied on unit measurements provided in an appraisal report dated October 31, 2018, supplied by the property owner. These measurements are assumed to be accurate.
4. The daycare and fitness center tenants reported roof leaks within their respective suites, and the daycare tenant also noted the presence of mold in a portion of their unit. The property owner stated he was not aware of these issues and indicated that repair of any such issues would be the responsibility of the tenants. Accordingly, it is assumed that all deferred maintenance will be addressed at no cost to the owner.
5. One of the tenant spaces at the subject property is occupied by a dry cleaner, a use historically associated with potential environmental risks due to the possible use of solvents such as perchloroethylene (PCE). No Phase I Environmental Site Assessment (ESA) or documentation identifying Recognized Environmental Conditions (RECs) was provided for review. This appraisal is made under the extraordinary assumption that no contamination is present on the site and that the subject property is not adversely impacted by current or past dry cleaning operations. If this assumption proves to be incorrect, the value and conclusions presented in this report could be significantly affected.

The value conclusions are based on the following hypothetical conditions. A hypothetical condition is a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

1. None.

The use of any extraordinary assumption or hypothetical condition may have affected the assignment results.

The value conclusion(s) in this report consider the impact of COVID-19 on the subject property.

The opinions of value expressed in this report are based on estimates and forecasts that are prospective in nature and subject to considerable risk and uncertainty. Events may occur that could cause the performance of the property to differ materially from the stated estimates, such as changes in the economy, interest rates, financial strength of tenants, and behavior of investors, lenders, and consumers. Additionally, these opinions and forecasts are based partly on data obtained from interviews and third-party sources, which are not always completely reliable. Although the findings are considered reasonable based on available evidence, the assignment participants are not responsible for the effects of future occurrences that cannot reasonably be foreseen at this time.

## Exposure Time

Exposure time is the length of time the subject property would have been exposed for sale in the market had it sold on the effective valuation date at the concluded market value. Based on the concluded market value(s) stated previously, the probable exposure time is 6 - 12 months.

## Marketing Period

Marketing time is an estimate of the amount of time it might take to sell a property at the concluded market value immediately following the effective date of value. The subject’s marketing period is estimated at 6 - 12 months.

## Replacement Cost for Insurance Purposes

An estimate of the replacement cost for insurance purposes, based on the calculator method of Marshall Valuation Service, is shown in the following table. In the absence of specific instructions from the client, this estimate is based on the replacement cost new of the building improvements. From the total of these amounts, insurance exclusions are deducted.

The following are not considered in this estimate: land value, site improvement costs, entrepreneurial incentive, depreciation, and costs to demolish damaged structures.

The specific insurance policy that is in effect or may be written for the subject was not reviewed, and specific instructions were not provided by the client as to what is to be included in, or excluded from, the estimate of replacement cost for insurance purposes. Moreover, methodologies for developing these estimates vary between underwriters. Therefore, reliance should not be placed on this estimate unless the client independently determines that the items included in the estimate are consistent with the terms of the subject's insurance coverage.

Estimating replacement costs for insurance purposes is beyond the scope of expertise of the appraiser(s). The engagement of an appropriately qualified professional is recommended if a definitive estimate of insurable replacement cost is required.

| **Estimate of Replacement Cost for Insurance Purposes** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Replacement Cost New - Building Improvements | | | | | | | |
| *Bldg Name* | *MVS Building Type* | *MVS Class* | *Quality* | *Quantity* | *Unit* | *Unit Cost* | *Cost New* |
| Sherando Towne Centre | Neighborhood SC | S | Average | 45,797 | SF | $108.14 | $4,952,488 |
| Subtotal - Building Improvements | | | | | | | $4,952,488 |
| Less: Insurance Exclusions | | | | | | | |
| Foundation Below Ground | | | | | 1.0% | | $49,525 |
| Piping Below Ground | | | | | 2.0% | | $99,050 |
| Architect's fees | | | | | 5.0% | | $247,624 |
| Total Exclusions | | | | | 8.0% | | $396,199 |
| **Insurable Replacement Cost** | | | | | | | $4,556,289 |
| **Rounded:** | | | | | | | $4,560,000 |

# Certification

We certify that, to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. We have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
4. We have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding the agreement to perform this assignment.
5. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
6. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.
7. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
8. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice as well as applicable state appraisal regulations.
9. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute.
10. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.
11. Amanda M. Triplett has made a personal inspection of the property that is the subject of this report. Kenneth L. Brown, MAI, FRICS, CCIM has personally inspected the subject.
12. No one provided significant real property appraisal assistance to the persons signing this certification.
13. We have experience in appraising properties similar to the subject and are in compliance with the Competency Rule of USPAP.

14. As of the date of this report, Kenneth L. Brown, MAI, FRICS, CCIM has completed the continuing education program for Designated Members of the Appraisal Institute.
15. As of the date of this report, Amanda M. Triplett has completed the Standards and Ethics Education Requirements for Associate Members of the Appraisal Institute.

Based on the valuation analysis in the accompanying report, and subject to the definitions, assumptions, and limiting conditions expressed in the report, the concluded opinions of value are as follows:

| **Value Conclusion** | | | |
|---|---|---|---|
| Value Type & Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| Market Value As Is | Fee Simple | June 9, 2025 | $5,700,000 |

**Extraordinary Assumptions and Hypothetical Conditions**

The value conclusions are subject to the following extraordinary assumptions. An extraordinary assumption is an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.

1. The property contact did not provide leases or financial information for the subject property. In the absence of this data, we have valued the property in fee simple, assuming all tenants are occupying the space at market rent and lease terms. If any of the units are not subject to leases or subject to non-market leases, the market value and marketability of the subject property could be materially impacted.
2. We were not provided with access to all of the units. We assume that the units that were inspected are representative of all of the units at the subject property.
3. Due to limited access, we were unable to inspect all areas or measure the interiors of all units. As a result, we relied on unit measurements provided in an appraisal report dated October 31, 2018, supplied by the property owner. These measurements are assumed to be accurate.
4. The daycare and fitness center tenants reported roof leaks within their respective suites, and the daycare tenant also noted the presence of mold in a portion of their unit. The property owner stated he was not aware of these issues and indicated that repair of any such issues would be the responsibility of the tenants. Accordingly, it is assumed that all deferred maintenance will be addressed at no cost to the owner.
5. One of the tenant spaces at the subject property is occupied by a dry cleaner, a use historically associated with potential environmental risks due to the possible use of solvents such as perchloroethylene (PCE). No Phase I Environmental Site Assessment (ESA) or documentation identifying Recognized Environmental Conditions (RECs) was provided for review. This appraisal is made under the extraordinary assumption that no contamination is present on the site and that the subject property is not adversely impacted by current or past dry cleaning operations. If this assumption proves to be incorrect, the value and conclusions presented in this report could be significantly affected.

The value conclusions are based on the following hypothetical conditions. A hypothetical condition is a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

1. None.

The use of any extraordinary assumption or hypothetical condition may have affected the assignment results.

Amanda M. Triplett
Virginia Real Estate Appraiser Trainee License
#4004016169

Kenneth L. Brown, MAI, FRICS, CCIM
Virginia Certified General Real Estate Appraiser
#4001001436

# Assumptions and Limiting Conditions

This appraisal and any other work product related to this engagement are limited by the following standard assumptions, except as otherwise noted in the report:

1. The title is marketable and free and clear of all liens, encumbrances, encroachments, easements and restrictions. The property is under responsible ownership and competent management and is available for its highest and best use.
2. There are no existing judgments or pending or threatened litigation that could affect the value of the property.
3. There are no hidden or undisclosed conditions of the land or of the improvements that would render the property more or less valuable. Furthermore, there is no asbestos in the property.
4. The property is in compliance with all applicable building, environmental, zoning, and other federal, state and local laws, regulations and codes.
5. The information furnished by others is believed to be reliable, but no warranty is given for its accuracy.

This appraisal and any other work product related to this engagement are subject to the following limiting conditions, except as otherwise noted in the report:

1. An appraisal is inherently subjective and represents our opinion as to the value of the property appraised.
2. The conclusions stated in our appraisal apply only as of the effective date of the appraisal, and no representation is made as to the effect of subsequent events.
3. No changes in any federal, state or local laws, regulations or codes (including, without limitation, the Internal Revenue Code) are anticipated.
4. No environmental impact studies were either requested or made in conjunction with this appraisal, and we reserve the right to revise or rescind any of the value opinions based upon any subsequent environmental impact studies. If any environmental impact statement is required by law, the appraisal assumes that such statement will be favorable and will be approved by the appropriate regulatory bodies.
5. Unless otherwise agreed to in writing, we are not required to give testimony, respond to any subpoena or attend any court, governmental or other hearing with reference to the property without compensation relative to such additional employment.
6. We have made no survey of the property and assume no responsibility in connection with such matters. Any sketch or survey of the property included in this report is for illustrative purposes only and should not be considered to be scaled accurately for size. The appraisal covers the property as described in this report, and the areas and dimensions set forth are assumed to be correct.

7. No opinion is expressed as to the value of subsurface oil, gas or mineral rights, if any, and we have assumed that the property is not subject to surface entry for the exploration or removal of such materials, unless otherwise noted in our appraisal.
8. We accept no responsibility for considerations requiring expertise in other fields. Such considerations include, but are not limited to, legal descriptions and other legal matters such as legal title, geologic considerations such as soils and seismic stability; and civil, mechanical, electrical, structural and other engineering and environmental matters. Such considerations may also include determinations of compliance with zoning and other federal, state, and local laws, regulations and codes.
9. The distribution of the total valuation in the report between land and improvements applies only under the reported highest and best use of the property. The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used. The appraisal report shall be considered only in its entirety. No part of the appraisal report shall be utilized separately or out of context.
10. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraisers, or any reference to the Appraisal Institute) shall be disseminated through advertising media, public relations media, news media or any other means of communication (including without limitation prospectuses, private offering memoranda and other offering material provided to prospective investors) without the prior written consent of the persons signing the report.
11. Information, estimates and opinions contained in the report and obtained from third-party sources are assumed to be reliable and have not been independently verified.
12. Any income and expense estimates contained in the appraisal report are used only for the purpose of estimating value and do not constitute predictions of future operating results.
13. If the property is subject to one or more leases, any estimate of residual value contained in the appraisal may be particularly affected by significant changes in the condition of the economy, of the real estate industry, or of the appraised property at the time these leases expire or otherwise terminate.
14. Unless otherwise stated in the report, no consideration has been given to personal property located on the premises or to the cost of moving or relocating such personal property; only the real property has been considered.
15. The current purchasing power of the dollar is the basis for the values stated in the appraisal; we have assumed that no extreme fluctuations in economic cycles will occur.
16. The values found herein are subject to these and to any other assumptions or conditions set forth in the body of this report but which may have been omitted from this list of Assumptions and Limiting Conditions.

17. The analyses contained in the report necessarily incorporate numerous estimates and assumptions regarding property performance, general and local business and economic conditions, the absence of material changes in the competitive environment and other matters. Some estimates or assumptions, however, inevitably will not materialize, and unanticipated events and circumstances may occur; therefore, actual results achieved during the period covered by our analysis will vary from our estimates, and the variations may be material.

18. The Americans with Disabilities Act (ADA) became effective January 26, 1992. We have not made a specific survey or analysis of the property to determine whether the physical aspects of the improvements meet the ADA accessibility guidelines. We claim no expertise in ADA issues, and render no opinion regarding compliance of the subject with ADA regulations. Inasmuch as compliance matches each owner's financial ability with the cost to cure the non-conforming physical characteristics of a property, a specific study of both the owner's financial ability and the cost to cure any deficiencies would be needed for the Department of Justice to determine compliance.

19. The appraisal report is prepared for the exclusive benefit of you, your subsidiaries and/or affiliates. It may not be used or relied upon by any other party. All parties who use or rely upon any information in the report without our written consent do so at their own risk.

20. No studies have been provided to us indicating the presence or absence of hazardous materials on the subject property or in the improvements, and our valuation is predicated upon the assumption that the subject property is free and clear of any environment hazards including, without limitation, hazardous wastes, toxic substances and mold. No representations or warranties are made regarding the environmental condition of the subject property. IRR - Richmond, Integra Realty Resources, Inc., and their respective officers, owners, managers, directors, agents, subcontractors or employees (the "Integra Parties"), shall not be responsible for any such environmental conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because we are not experts in the field of environmental conditions, the appraisal report cannot be considered as an environmental assessment of the subject property.

21. The persons signing the report may have reviewed available flood maps and may have noted in the appraisal report whether the subject property is located in an identified Special Flood Hazard Area. However, we are not qualified to detect such areas and therefore do not guarantee such determinations. The presence of flood plain areas and/or wetlands may affect the value of the property, and the value conclusion is predicated on the assumption that wetlands are non-existent or minimal.

22. We are not a building or environmental inspector. The Integra Parties do not guarantee that the subject property is free of defects or environmental problems. Mold may be present in the subject property and a professional inspection is recommended.

23. The appraisal report and value conclusions for an appraisal assume the satisfactory completion of construction, repairs or alterations in a workmanlike manner.

**24. IRR - Richmond is an independently owned and operated company. The parties hereto agree that Integra shall not be liable for any claim arising out of or relating to any appraisal report or any information or opinions contained therein as such appraisal report is the sole and exclusive responsibility of IRR - Richmond. In addition, it is expressly agreed that in any action which may be brought against the Integra Parties arising out of, relating to, or in any way pertaining to the engagement letter, the appraisal reports or any related work product, the Integra Parties shall not be responsible or liable for any incidental or consequential damages or losses, unless the appraisal was fraudulent or prepared with intentional misconduct.**

25. IRR - Richmond is an independently owned and operated company, which has prepared the appraisal for the specific intended use stated elsewhere in the report. The use of the appraisal report by anyone other than the Client is prohibited except as otherwise provided. Accordingly, the appraisal report is addressed to and shall be solely for the Client's use and benefit unless we provide our prior written consent. We expressly reserve the unrestricted right to withhold our consent to your disclosure of the appraisal report or any other work product related to the engagement (or any part thereof including, without limitation, conclusions of value and our identity), to any third parties. Stated again for clarification, unless our prior written consent is obtained, no third party may rely on the appraisal report (even if their reliance was foreseeable).

26. The conclusions of this report are estimates based on known current trends and reasonably foreseeable future occurrences. These estimates are based partly on property information, data obtained in public records, interviews, existing trends, buyer-seller decision criteria in the current market, and research conducted by third parties, and such data are not always completely reliable. The Integra Parties are not responsible for these and other future occurrences that could not have reasonably been foreseen on the effective date of this assignment. Furthermore, it is inevitable that some assumptions will not materialize and that unanticipated events may occur that will likely affect actual performance. While we are of the opinion that our findings are reasonable based on current market conditions, we do not represent that these estimates will actually be achieved, as they are subject to considerable risk and uncertainty. Moreover, we assume competent and effective management and marketing for the duration of the projected holding period of this property.

27. All prospective value opinions presented in this report are estimates and forecasts which are prospective in nature and are subject to considerable risk and uncertainty. In addition to the contingencies noted in the preceding paragraph, several events may occur that could substantially alter the outcome of our estimates such as, but not limited to changes in the economy, interest rates, and capitalization rates, behavior of consumers, investors and lenders, fire and other physical destruction, changes in title or conveyances of easements and deed restrictions, etc. It is assumed that conditions reasonably foreseeable at the present time are consistent or similar with the future.

28. The appraisal is also subject to the following:

**Extraordinary Assumptions and Hypothetical Conditions**

The value conclusions are subject to the following extraordinary assumptions. An extraordinary assumption is an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.

1. The property contact did not provide leases or financial information for the subject property. In the absence of this data, we have valued the property in fee simple, assuming all tenants are occupying the space at market rent and lease terms. If any of the units are not subject to leases or subject to non-market leases, the market value and marketability of the subject property could be materially impacted.
2. We were not provided with access to all of the units. We assume that the units that were inspected are representative of all of the units at the subject property.
3. Due to limited access, we were unable to inspect all areas or measure the interiors of all units. As a result, we relied on unit measurements provided in an appraisal report dated October 31, 2018, supplied by the property owner. These measurements are assumed to be accurate.
4. The daycare and fitness center tenants reported roof leaks within their respective suites, and the daycare tenant also noted the presence of mold in a portion of their unit. The property owner stated he was not aware of these issues and indicated that repair of any such issues would be the responsibility of the tenants. Accordingly, it is assumed that all deferred maintenance will be addressed at no cost to the owner.
5. One of the tenant spaces at the subject property is occupied by a dry cleaner, a use historically associated with potential environmental risks due to the possible use of solvents such as perchloroethylene (PCE). No Phase I Environmental Site Assessment (ESA) or documentation identifying Recognized Environmental Conditions (RECs) was provided for review. This appraisal is made under the extraordinary assumption that no contamination is present on the site and that the subject property is not adversely impacted by current or past dry cleaning operations. If this assumption proves to be incorrect, the value and conclusions presented in this report could be significantly affected.

The value conclusions are based on the following hypothetical conditions. A hypothetical condition is a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

1. None.

The use of any extraordinary assumption or hypothetical condition may have affected the assignment results.

# Addendum A

# Appraiser Qualifications

# Amanda M. Triplett

## Experience

Analyst - Integra Realty Resources - Richmond (2012 present). Experienced in the valuation of a wide variety of property types including vacant land, industrial, single and multi-tenant retail properties, general and medical offices, subsidized and market rent multifamily properties, mixed use developments, and several various special purpose properties. Certified in ARGUS AE software to perform discounted cash flow analysis (DCF).

## Professional Activities & Affiliations

Appraisal Institute, Member Affiliate, #42588

## Licenses

Virginia, Real Estate Appraiser Trainee License, 4004016169, Expires July 2026

## Education

Tidewater Community College, Norfolk, VA
McKissock
- Best Practices for Completing Bifurcated & Hybrid Appraisals (July 2023)
- Income Approach Case Studies for Commercial Appraisal (July 2023)
- The Sales Comparison Approach (July 2023)
- Land and Site Valuation (July 2023)
- 7 hour National USPAP Update Course (March 2023)
- New Construction Essentials: Luxury Homes
- Supervisor-Trainee Course for Virginia (October 2021)
- Appraisal of Owner Occupied Properties (June 2020)
- Evaluations, Desktops, and Other Limited Scope Appraisals (May 2020)
- Appraisal of Self Storage Facilities (May 2020)
- Commercial Land Valuation (May 2020)
- Appraising Small Apartment Properties (July 2018)
- Appraisal of Fast Food Facilities (July 2018)
- Introduction to Expert Witness Testimony for Appraisers: To Do or Not to Do (July 2018)
- Basic Hotel Appraising Limited Service Hotels (June 2016)
- Appraisal of Fast Food Facilities (June 2016)
- Advanced Hotel Appraising - Full Service Hotels (April 2016)

Appraisal Institute
- General Report Writing & Case Studies (Feb 2011)
- Florida State Law (Oct. 2010)
- Advanced Income Capitalization (Aug 2010)
- National USPAP 15 Hour USPAP Course (July 2007)
- Advanced Cost and Sales Approaches (November 2006)
- Basic Income Capitalization Course 310 (April 2006)

Cooke Real Estate School
- Real Estate Appraisal: Course AB III (May 2007)
- Real Estate Appraisal: Course AB II (May 2007)
- Real Estate Appraisal: Course AB I (August 2005)

atriplett@irr.com - 804.346.2600 x204

**Integra Realty Resources - Richmond**

1805 Chantilly Street
Richmond, VA 23230

T 804.346.2600
F 804.747.9140

irr.com

COMMONWEALTH of VIRGINIA

Department of Professional and Occupational Regulation
9960 Mayland Drive, Suite 400, Richmond, VA 23233
Telephone: (804) 367-8500

EXPIRES ON
07-31-2026

NUMBER
4004016169

REAL ESTATE APPRAISER BOARD
REAL ESTATE APPRAISER TRAINEE LICENSE

AMANDA MARIE TRIPLETT
1805 CHANTILLY STREET
RICHMOND, VA 23230

DPOR

Brian Wolford, Interim Director

*Status can be verified at http://www.dpor.virginia.gov*

# Kenneth L. Brown, MAI, FRICS, CCIM

**Integra Realty Resources - Richmond**

1805 Chantilly Street
Richmond, VA 23230

T 804.346.2600
F 804.747.9140

irr.com

## Experience

Senior Managing Director of Integra Realty Resources - Richmond.

Commercial Real Estate Appraiser, Integra Realty Resources - Richmond/Rountrey & Associates, Inc., 1996 to present, and Appraisal Group, Inc., 1990-1996. Prepared appraisal and consultative reports on retail, office, industrial, multi-family, special purpose, institutional, mixed-use, and subdivision properties and vacant land located in Virginia, Maryland, North Carolina, and Tennessee.

Graduate Research Assistant, Virginia Real Estate Research Center, 1988 to 1990. Responsibilities included the research for and writing of Major Real Estate Markets In Virginia and other center publications.

Intern, Robert B. Miller and Associates, 1988. Assisted reassessment team with the appraisal and reassessment of residential, agricultural, and commercial properties located in Louisa County, Virginia.

Trust Specialist, Sovran Bank, N.A., 1984 to 1988.

## Professional Activities & Affiliations

Member: Appraisal Institute - MAI, Virginia Commonwealth Chapter
Member: The Royal Institution of Chartered Surveyors - RICS #1273016
Member: CCIM Institute, DC-Maryland-Virginia Chapter
Member: National Association of Realtors, CCIM Institute Affiliate
Member: Virginia Association of Realtors
Member: Circle of Excellence, Virginia Commonwealth University
Member: Association of Real Estate Alumni, Virginia Commonwealth University
Member: Virginia Council of CEOs

## Licenses

Virginia, Certified General Real Estate Appraiser, 4001001436, Expires March 2026
North Carolina, Certified General Real Estate Appraiser, A8333, Expires June 2025
Maryland, Certified General Real Estate Appraiser, 34123, Expires January 2027
District of Columbia, Appraiser Certified General, GA40000163, Expires February 2026

## Education

Virginia Commonwealth University, Master of Science in Business with concentration in Real Estate and Urban Land Development, 1989

University of Richmond, Bachelor of Arts in Economics, 1982

Appraisal Institute
Uniform Appraisal Standards for Federal Land Acquisitions, 2023
Fundamentals of Separating Real Property, Personal Property and Intangible Business Assets, 2012
Multiple additional courses and seminars since 1990

CCIM Courses CI 101, CI 102, CI 103 and CI 104

**kbrown@irr.com - 804.346.2600 x209**



COMMONWEALTH of VIRGINIA
Department of Professional and Occupational Regulation
9960 Mayland Drive, Suite 400, Richmond, VA 23233
Telephone: (804) 367-8500

EXPIRES ON
03-31-2026

NUMBER
4001001436

REAL ESTATE APPRAISER BOARD

CERTIFIED GENERAL REAL ESTATE APPRAISER

KENNETH L BROWN
1805 CHANTILLY ST
RICHMOND, VA 23230

DPOR

Status can be verified at http://www.dpor.virginia.gov

# About IRR

Integra Realty Resources, Inc. (IRR) provides world-class commercial real estate valuation, counseling, and advisory services. Routinely ranked among leading property valuation and consulting firms, we are now the largest independent firm in our industry in the United States, with local offices coast to coast and in the Caribbean.

IRR offices are led by MAI-designated Senior Managing Directors, industry leaders who have over 25 years, on average, of commercial real estate experience in their local markets. This experience, coupled with our understanding of how national trends affect the local markets, empowers our clients with the unique knowledge, access, and historical perspective they need to make the most informed decisions.

Many of the nation's top financial institutions, developers, corporations, law firms, and government agencies rely on our professional real estate opinions to best understand the value, use, and feasibility of real estate in their market.

*Local Expertise...Nationally!*

**irr.com**

# Addendum B

# IRR Quality Assurance Survey

# IRR Quality Assurance Survey

## We welcome your feedback!

At IRR, providing a quality work product and delivering on time is what we strive to accomplish. Our local offices are determined to meet your expectations. Please reach out to your local office contact so they can resolve any issues.

## Integra Quality Control Team

Integra does have a Quality Control Team that responds to escalated concerns related to a specific assignment as well as general concerns that are unrelated to any specific assignment. We also enjoy hearing from you when we exceed expectations! You can communicate with this team by clicking on the link below. If you would like a follow up call, please provide your contact information and a member of this Quality Control Team will call contact you.

Link to the IRR Quality Assurance Survey: quality.irr.com

# Addendum C

# Property Information

## Property Card

# *Property Identification Card*

## Frederick County

### Property Information (Map#: 86 A 102G)

**Owner:**
201 CENTRE DRIVE REAL ESTATE LLC

**Owner Address:**
420 W JUBAL EARLY DR STE 102

WINCHESTER, VA 22601 6435

**Total Land Area:**
5.00 Acres

**Property Address:**
201 CENTRE DR

**Legal Description(s):**
SHERANDO TOWNE CENTRE L5
5.00 ACRES

**Zoned:**
B2

**Prior Assessment:**
$5,217,500

**Magisterial District:**
OPEQUON

**Instrument #:**
18 0012782

**Remarks:**

### Assessment Values (Map#: 86 A 102G)

| | |
|---|---|
| **Building 1:** | $3,972,750 |
| **Land Value:** | $1,317,700 |
| **Other Improvements:** | $155,750 |
| **Total Value:** | **$5,446,200** |

### Acreage Description (Map#: 86 A 102G)

| | |
|---|---|
| **Area:** | 217800 |
| **Unit:** | S |
| **Rate:** | 6.05 |
| **Value:** | $1,317,690 |
| **Total Value:** | **$1,317,690** |

### Other Improvements (Map#: 86 A 102G)

| | |
|---|---|
| **Description:** | PAVEMENT |
| **Total Square Feet:** | 70,225 |
| **Improvement Value:** | $140,450 |

---

| | |
|---|---|
| **Description:** | LOT LIGHTS X11 |

**Total Square Feet:**
**Improvement Value:** $8,800

---

**Description:** VINYL FENCE
**Total Square Feet:**
**Improvement Value:** $3,000

---

**Description:** REAR WOOD FENCE
**Total Square Feet:**
**Improvement Value:** $3,500

---

**TOTAL VALUE:** **$155,750**

## Sales Information (Map#: 86 A 102G)

**Sales Date:** 12/26/2018
**Sales Price:** $6,200,000
**Instrument:** 18 0012782
**Grantor:** SHERANDO TOWNE CENTRE LC
**# of Parcels:** 1

---

## Transaction History (Map#: 86 A 102G)

**Sales Date:** 00/00/0000
**Sales Price:**
**Instrument:** 05 0015751
**Grantee:** SHERANDO TOWNE CENTRE LC
**# of Parcels:**

---

## Building Information (Map#: 86 A 102G)

## Building 1:

**EXTERIOR INFORMATION**
**Year Built:** 2007
**Occupancy Type:** COMMERCIAL
**Condition:** GOOD
**Foundation:** CONCRETE
**Exterior Walls:** BRICK
**Roofing:** BUILT UP
**Roof Type:** FLAT/SHED
**Garage:** NONE
**Number of Cars:** None
**Built-In No. Cars:** None
**Carport:** NONE
**INTERIOR INFORMATION**
**Story Height:** 1.00
**Number or Rooms:** 49
**Number or Bedrooms:** None
**Number or Full Baths:** None
**Number or Half Baths:** 13
**Building Sq. Feet:** 41478
**Basement Sq. Feet:** None
**Fin. Basement Sq. Feet:** None

| | |
|---|---|
| **Interior Walls:** | DRYWALL |
| **Floors:** | CARPET |
| **Floors:** | VINYL |
| **Floors:** | CONCRETE |
| **Floors:** | TILE |
| **Heating:** | FORCED AIR |
| **A/C:** | YES |
| **SITE INFORMATION** | |
| **Zoning Type:** | B2 |
| **Terrain Type:** | ON |
| **Character:** | ROLLING/SLOPING |
| **Right of Way:** | PUBLIC |
| **Easements:** | PAVED |
| **Water:** | PUB-I |
| **Sewer:** | PUB-I |
| **Electric:** | YES |
| **Gas:** | YES |
| **Fuel Type:** | GAS |
| **Utility Value:** | 0 |
| **Fireplace:** | None |
| **Stk Fireplace:** | None |
| **Flues:** | None |
| **Metal Flues:** | None |
| **Stacked Flues:** | None |
| **Inop. Flue/FP:** | None |

## Building 1 Sketch

```
                                                                                +
                                                                             /    \
                                                                         /         81
                                                                    /                \
                                                         244.2 /                       \
                                                           /                          / +
----79.9------+                                       /                           /
              :                                  /                           /
            44.9                             /                           /
              7.9--------116.5--------+ /                           /
                :                                               264
125             :                                          /
              79.9                                     /
                :                                 /
               A:B                            /
------88--------+----------139.9-----------+
```

# Addendum D

# Comparable Data

# Improved Sales

# Retail Sale Profile

# Sale No. 1

## Location & Property Identification

| | |
|---|---|
| Property Name: | Colonial Square Shopping Center |
| Sub-Property Type: | Shopping Center, Neighborhood Center |
| Address: | 807 Village Blvd. |
| City/State/Zip: | Abingdon, VA 24210 |
| County: | Washington |
| Market Orientation: | Suburban |
| IRR Event ID: | 3311092 |



## Sale Information

| | |
|---|---|
| Sale Price: | $6,400,000 |
| Effective Sale Price: | $6,400,000 |
| Sale Date: | 12/20/2024 |
| Contract Date: | 10/09/2024 |
| Sale Status: | Closed |
| $/SF GBA: | $118.21 |
| $/SF NRA: | $118.21 |
| Grantor/Seller: | Colonial Square AVA LLC |
| Grantee/Buyer: | Abington Square, LLC |
| Portfolio Sale: | No |
| Assets Sold: | Real estate only |
| Property Rights: | Leased Fee |
| % of Interest Conveyed: | 100.00 |
| Financing: | Cash to seller |
| Conditions of Sale: | Arm's-length |
| Document Type: | Deed |
| Recording No.: | 0005314 |
| Subsidized/Restricted: | No |
| Verified By: | Jonathan C. Rice |
| Verification Date: | 12/27/2024 |
| Confirmation Source: | PSA |
| Verification Type: | Confirmed-Buyer |

## Operating Data and Key Indicators

| | |
|---|---|
| Operating Data Type: | Pro-forma Broker |
| Potential Gross Income: | $553,721 |
| Vacancy Rate: | 1% |
| Effective Gross Income: | $547,394 |
| Operating Expenses: | $101,811 |
| Net Operating Income: | $ 445,583 |
| Expense Ratio: | 18.60% |
| Management Included: | Yes |
| Cap Rate - Derived: | 6.96% |
| GRM - Derived: | 11.56 |
| EGIM - Derived: | 11.69 |

## Sale Analysis

| | |
|---|---|
| Expenditures Description: | None noted |

## Occupancy

| | |
|---|---|
| Occupancy Type Before Sale: | Multi-Tenant |
| Occupancy Type After Sale: | Multi-Tenant |
| Occupancy at Time of Sale: | 100.00% |

## Improvement and Site Data

| | |
|---|---|
| MSA: | Kingsport-Bristol-Bristol, TN-VA |
| Legal/Tax/Parcel ID: | 017-17-9 and 017-17-9A |
| GBA-SF: | 54,143 |
| GLA-SF: | 54,143 |
| Acres(Usable/Gross): | 7.72/7.72 |
| Land-SF(Usable/Gross): | 336,326/336,326 |

# Retail Sale Profile — Sale No. 1

## Improvement and Site Data (Cont'd)

| | |
|---|---|
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 2000 |
| Most Recent Renovation: | Various |
| Property Class: | B |
| M&S Class: | C |
| Construction Quality: | Average |
| Improvements Cond.: | Average |
| Exterior Walls: | Brick |
| No. of Buildings/Stories: | 2/1 |
| Multi-Tenant/Condo.: | Yes/No |
| Total Parking Spaces: | 190 |
| Park. Ratio 1000 SF GLA: | 3.51 |
| Park. Ratio 1000 SF GBA: | 3.51 |
| No. Of Elevators: | None |
| Fire Sprinkler Type: | Yes |
| Air-Conditioning Type: | Central |
| Roof Comm.: | Membrane |
| Shape: | Irregular |
| Topography: | Gently Sloping |
| Corner Lot: | No |
| Frontage Feet: | 655 |
| Frontage Desc.: | Village Blvd |
| Bldg. to Land Ratio FAR: | 0.16 |
| Land to Building Ratio: | 6.21 |
| Zoning Code: | B-2 |
| Zoning Desc.: | General Business |
| Flood Plain: | No |
| Flood Zone Designation: | X |
| Comm. Panel No.: | 51191C0280C |
| Date: | 09/29/2010 |
| Source of Land Info.: | Owner |

## Comments

Sale of 100% occupied Food Lion anchored shopping center.

# Retail Sale Profile — Sale No. 2

## Location & Property Identification

| | |
|---|---|
| Property Name: | Orchard Hill Square |
| Sub-Property Type: | Shopping Center, Neighborhood Center |
| Address: | 74 (11 - 81) Orchard Hill Cir. |
| City/State/Zip: | Staunton, VA 24401 |
| County: | Augusta |
| Market Orientation: | Suburban |
| IRR Event ID: | 3299009 |



## Sale Information

| | |
|---|---|
| Sale Price: | $4,290,000 |
| Effective Sale Price: | $4,290,000 |
| Sale Date: | 11/21/2024 |
| Sale Status: | Closed |
| $/SF GBA: | $72.27 |
| $/SF NRA: | $78.63 |
| $/Unit: | $476,667 /Suite |
| Grantor/Seller: | Orchard Hill Square, LLC |
| Grantee/Buyer: | IUGUM, LLC |
| Assemblage: | No |
| Portfolio Sale: | No |
| Assets Sold: | Real estate only |
| Property Rights: | Leased Fee |
| % of Interest Conveyed: | 100.00 |
| Financing: | Cash to seller |
| Conditions of Sale: | Arm's-length |
| Document Type: | Deed |
| Recording No.: | 240008107 |
| Verified By: | Amanda M. Triplett |
| Verification Date: | 06/09/2025 |
| Confirmation Source: | Broker |
| Verification Type: | Confirmed-Seller Broker |

## Operating Data and Key Indicators

| | |
|---|---|
| Operating Data Type: | Pro-forma Broker |
| Potential Gross Income: | $377,172 |
| Other Income: | $62,442 |
| Effective Gross Income: | $404,462 |
| Operating Expenses: | $66,948 |
| Net Operating Income: | $ 337,514 |
| Expense Ratio: | 16.55% |
| Reserves Included: | No |
| Management Included: | Yes |
| Cap Rate - Derived: | 7.87% |
| GRM - Derived: | 11.37 |
| EGIM - Derived: | 10.61 |

## Occupancy

| | |
|---|---|
| Occupancy at Time of Sale: | 95.00% |
| Number of Tenants at T.O.S.: | 7 |
| Major Tenant(s): | Food Lion & UVA Healt |

## Improvement and Site Data

| | |
|---|---|
| MSA: | Staunton-Waynesboro, VA |
| Legal/Tax/Parcel ID: | 055/B 1/ /2 / |
| GBA-SF: | 59,362 |
| GLA-SF: | 54,560 |
| Acres(Usable/Gross): | 5.84/5.84 |
| Land-SF(Usable/Gross): | 254,390/254,390 |
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 1989 |
| Most Recent Renovation: | Periodic |
| Property Class: | B |
| M&S Class: | C |

# Retail Sale Profile

# Sale No. 2

## Improvement and Site Data (Cont'd)

| | |
|---|---|
| Construction Quality: | Average |
| Improvements Cond.: | Average |
| Exterior Walls: | Brick |
| Construction Desc.: | Masonry |
| No. of Buildings/Stories: | 2/1 |
| No. of Units/Unit Type: | 9/Suites |
| Multi-Tenant/Condo.: | Yes/No |
| Anchor 1: | Food Lion |
| Anchor 1 GLA (SF): | 31,200.00 |
| Anchor 2: | UVA Health |
| Anchor 2 GLA (SF): | 8,200.00 |
| Anchor Space Included in GLA | Yes |
| Total Parking Spaces: | 266 |
| Park. Ratio 1000 SF GLA: | 4.88 |
| Park. Ratio 1000 SF GBA: | 4.48 |
| Park Ratio(Space/Unit): | 29.56 |
| Shape: | Very Irregular |
| Topography: | Level |
| Corner Lot: | Yes |
| Frontage Desc.: | Various |
| Frontage Type: | 2 way, 1 lane each way |
| Traffic Control at Entry: | Turn lane |
| Traffic Flow: | Moderate |
| Traffic Count: | 16000 |
| AccessibilityRating: | Average |
| Visibility Rating: | Average |
| Density-Unit/Gross Acre: | 1.54 |
| Density-Unit/Usable Acre: | 1.54 |
| Bldg. to Land Ratio FAR: | 0.23 |
| Land to Building Ratio: | 4.29 |
| Zoning Code: | GB |
| Zoning Desc.: | General Business |
| Flood Plain: | No |
| Comm. Panel No.: | 3710688600J |
| Date: | 01/02/2009 |
| Utilities: | Electricity, Water Public, Sewer |
| Utilities Desc.: | All available |
| Improve. Info. Source: | Public Records |
| Source of Land Info.: | Public Records |

## Comments

The property is the sale of a Food Lion anchored shopping center and an additional outparcel building. At the time of the sale, the property was 95% occupied.

Food Lion anchored SC

# Retail Sale Profile — Sale No. 3

## Location & Property Identification

| | |
|---|---|
| Property Name: | Ivy Ridge Marketplace |
| Sub-Property Type: | Shopping Center, Strip/Convenience Center |
| Address: | 3433 Orange Ave. NE. |
| City/State/Zip: | Roanoke, VA 24012 |
| Market Orientation: | Suburban |
| IRR Event ID: | 3372493 |



## Sale Information

| | |
|---|---|
| Sale Price: | $4,790,000 |
| Effective Sale Price: | $4,790,000 |
| Sale Date: | 02/20/2024 |
| Listing Price: | $4,830,000 |
| Sale Status: | Closed |
| $/SF GBA: | $163.17 |
| $/SF NRA: | $166.19 |
| Grantor/Seller: | Ivy Ridge, LLC |
| Grantee/Buyer: | Jetr, LLC |
| Portfolio Sale: | No |
| Assets Sold: | Real estate only |
| Property Rights: | Leased Fee |
| Financing: | Cash to seller |
| Conditions of Sale: | Arm's-length |
| Document Type: | Deed |
| Recording No.: | 240001638 |
| Verified By: | Amanda M. Triplett |
| Verification Date: | 06/09/2025 |
| Confirmation Source: | Broker/Owner |
| Verification Type: | Confirmed-Seller Broker |

## Operating Data and Key Indicators

| | |
|---|---|
| Operating Data Type: | Pro-forma Broker |
| Potential Gross Income: | $375,780 |
| Other Income: | $120,186 |
| Effective Gross Income: | $495,966 |
| Operating Expenses: | $124,896 |
| Net Operating Income: | $ 371,070 |
| Expense Ratio: | 25.18% |
| Reserves Included: | No |
| Management Included: | Yes |
| Cap Rate - Derived: | 7.75% |
| GRM - Derived: | 12.75 |
| EGIM - Derived: | 9.66 |

## Sale Analysis

| | |
|---|---|
| Expenditures Description: | None noted |

## Occupancy

| | |
|---|---|
| Occupancy Type Before Sale: | Multi-Tenant |
| Occupancy Type After Sale: | Multi-Tenant |
| Occupancy at Time of Sale: | 100.00% |
| Number of Tenants at T.O.S.: | 6 |
| Major Tenant(s): | Planet Fitness |
| Lease Type: | Triple Net |
| Remaining Lease Term (Yrs): | 2.00 |

## Improvement and Site Data

| | |
|---|---|
| MSA: | Roanoke, VA |
| Legal/Tax/Parcel ID: | 7100726 |
| GBA-SF: | 29,356 |
| GLA-SF: | 28,822 |
| Acres(Usable/Gross): | 3.04/3.04 |

# Retail Sale Profile  Sale No. 3

## Improvement and Site Data (Cont'd)

| | |
|---|---|
| Land-SF(Usable/Gross): | 132,322/132,322 |
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 2015 |
| Most Recent Renovation: | Periodic |
| Property Class: | B |
| M&S Class: | C |
| Construction Quality: | Average |
| Improvements Cond.: | Average |
| Exterior Walls: | Stucco |
| Construction Desc.: | Masonry |
| No. of Buildings/Stories: | 1/1 |
| Multi-Tenant/Condo.: | Yes/No |
| Anchor 1: | Planet Fitness |
| Anchor 1 GLA (SF): | 17,700.00 |
| Air-Conditioning Type: | Roof Central Mounted |
| Shape: | Irregular |
| Topography: | Level |
| Corner Lot: | No |
| Frontage Feet: | 196 |
| Frontage Desc.: | Orange |
| Traffic Count: | 40000 |
| Bldg. to Land Ratio FAR: | 0.22 |
| Land to Building Ratio: | 4.51 |
| Zoning Code: | CLS |
| Zoning Desc.: | Commercial Large Site |
| Flood Plain: | No |
| Comm. Panel No.: | 51161C0167G |
| Date: | 09/28/2007 |
| Utilities: | Electricity |
| Improve. Info. Source: | Public Records |
| Source of Land Info.: | Public Records |

## Comments

At the time of the sale the property was 100% occupied and the main tenant was Planet Fitness. The capitalization rate was based on the broker's projections.

This strip center is in the city of Roanoke and is shadow-anchored by a Walmart Neighborhood Market.

# Retail Sale Profile — Sale No. 4

## Location & Property Identification

| | |
|---|---|
| Property Name: | Shops at Bristol Commons |
| Sub-Property Type: | Shopping Center, Neighborhood Center |
| Address: | 3168-3170 Linden Dr. |
| City/State/Zip: | Bristol, VA 24202 |
| County: | Washington |
| Market Orientation: | Suburban |
| IRR Event ID: | 3052941 |




## Sale Information

| | |
|---|---|
| Sale Price: | $4,900,000 |
| Effective Sale Price: | $4,900,000 |
| Sale Date: | 09/30/2022 |
| Recording Date: | 09/30/2022 |
| Listing Price: | $4,983,682 |
| Sale Status: | Closed |
| $/SF GBA: | $100.41 |
| $/SF NRA: | $100.41 |
| Grantor/Seller: | Shops at Bristol Commons Bristol, LLC |
| Grantee/Buyer: | Sky Horses Holdings Llc |
| Assemblage: | No |
| Portfolio Sale: | No |
| Assets Sold: | Real estate only |
| Property Rights: | Leased Fee |
| % of Interest Conveyed: | 100.00 |
| Financing: | Cash to seller |
| Conditions of Sale: | Arm's-length |
| Document Type: | Deed |
| Recording No.: | 2022.1977 |
| Verified By: | Marshall A. Burke, MAI, CCIM |
| Verification Date: | 09/25/2023 |
| Confirmation Source: | Riddle Associates, Inc. |
| Verification Type: | Confirmed-Buyer Broker |
| Secondary Verific. Source: | Assessor, Offering Memorandum |

## Operating Data and Key Indicators

| | |
|---|---|
| Operating Data Type: | In Place |
| Potential Gross Income: | $452,055 |
| Vacancy Rate: | 5% |
| Effective Gross Income: | $429,452 |
| Operating Expenses: | $90,738 |
| Net Operating Income: | $ 338,714 |
| Expense Ratio: | 21.13% |
| Reserves Included: | No |
| Management Included: | Yes |
| Cap Rate - Derived: | 6.91% |
| GRM - Derived: | 10.84 |
| EGIM - Derived: | 11.41 |

## Occupancy

| | |
|---|---|
| Occupancy Type Before Sale: | Multi-Tenant |
| Occupancy Type After Sale: | Multi-Tenant |
| Occupancy at Time of Sale: | 100.00% |
| Number of Tenants at T.O.S.: | 13 |
| Major Tenant(s): | AMVets; Goodwill |

## Improvement and Site Data

| | |
|---|---|
| MSA: | Kingsport-Bristol-Bristol, TN-VA |

# Retail Sale Profile

# Sale No. 4

## Improvement and Site Data (Cont'd)

| | |
|---|---|
| Legal/Tax/Parcel ID: | 228-5-9 throuh 5-11 |
| GBA-SF: | 48,800 |
| GLA-SF: | 48,800 |
| Acres(Usable/Gross): | 8.06/8.06 |
| Land-SF(Usable/Gross): | 351,094/351,094 |
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 2003 |
| Construction Quality: | Average |
| Improvements Cond.: | Average |
| Exterior Walls: | Brick |
| No. of Buildings/Stories: | 1/1 |
| Multi-Tenant/Condo.: | Yes/No |
| Total Parking Spaces: | 218 |
| Park. Ratio 1000 SF GLA: | 4.47 |
| No. Surface Spaces: | 218 |
| Park. Ratio 1000 SF GBA: | 4.47 |
| Roof Comm.: | HVAC-Assumed Adequate |
| Shape: | Irregular |
| Topography: | Gently Sloping |
| Corner Lot: | No |
| Frontage Feet: | 318 |
| Frontage Desc.: | Linden |
| Bldg. to Land Ratio FAR: | 0.14 |
| Land to Building Ratio: | 7.19 |
| Zoning Code: | B-3 |
| Zoning Desc.: | General Business |
| Flood Plain: | Yes |
| Utilities: | Electricity, Water Public, Sewer |
| Improve. Info. Source: | Other |
| Source of Land Info.: | Other |

## Comments

This is the sale of a neighborhood retail center to an investor. At the time of sale, the property was 100% leased to 13 tenants, but the cap rate reflects a 5.0% vacancy. The recorded price was $4,900,000 (for the property with no deferred maintenance). During the inspections, deferred maintenance was discovered, and both parties paid for remediation, with the buyer's portion being a $90,000 credit against the $4,900,000 at closing.

# Retail Sale Profile

# Sale No. 5



## Location & Property Identification

| | |
|---|---|
| Property Name: | Peppers Ferry Centre |
| Sub-Property Type: | Shopping Center, Strip/Convenience Center |
| Address: | 7381 - 7401 Peppers Ferry Blvd. |
| City/State/Zip: | Radford, VA 24141 |
| County: | Pulaski |
| Market Orientation: | Suburban |
| Property Location: | NW/L Peppers Ferry Blvd @ Belsprings Rd |
| IRR Event ID: | 3052959 |

## Sale Information

| | |
|---|---|
| Sale Price: | $5,180,000 |
| Effective Sale Price: | $5,180,000 |
| Sale Date: | 09/21/2022 |
| Recording Date: | 09/21/2022 |
| Listing Price: | $5,130,000 |
| Sale Status: | Closed |
| $/SF GBA: | $153.25 |
| $/SF NRA: | $171.80 |
| Grantor/Seller: | Radford Shop Space LTD Partnership |
| Grantee/Buyer: | Radford Peppers Ferry WMS, LLC |
| Assemblage: | No |
| Portfolio Sale: | No |
| Assets Sold: | Real estate only |
| Property Rights: | Leased Fee |
| % of Interest Conveyed: | 100.00 |
| Financing: | Cash to seller |
| Conditions of Sale: | Arm's-length |
| Document Type: | Deed |
| Recording No.: | 2022.3630 |
| Verified By: | Amanda M. Triplett |
| Verification Date: | 06/02/2025 |
| Verification Type: | Confirmed-Seller Broker |
| Secondary Verific. Source: | CoStar, Offering Memorandum, Assessor |

## Operating Data and Key Indicators

| | |
|---|---|
| Operating Data Type: | Pro-forma Broker |
| Potential Gross Income: | $410,267 |
| Other Income: | $77,422 |
| Effective Gross Income: | $451,210 |
| Operating Expenses: | $92,425 |
| Net Operating Income: | $ 358,785 |
| Expense Ratio: | 20.48% |
| Management Included: | Yes |
| Cap Rate - Derived: | 6.93% |
| GRM - Derived: | 12.63 |
| EGIM - Derived: | 11.48 |

## Sale Analysis

| | |
|---|---|
| Expenditures Description: | None noted |

## Occupancy

| | |
|---|---|
| Occupancy Type Before Sale: | Multi-Tenant |
| Occupancy Type After Sale: | Multi-Tenant |
| Occupancy at Time of Sale: | 92.00% |
| Number of Tenants at T.O.S.: | 11 |
| Major Tenant(s): | The Salvation Army; CATO |

# Retail Sale Profile

# Sale No. 5

## Improvement and Site Data

| | |
|---|---|
| Legal/Tax/Parcel ID: | 029-020-0000-0002 |
| GBA-SF: | 33,801 |
| GLA-SF: | 30,151 |
| Acres(Usable/Gross): | 3.82/3.82 |
| Land-SF(Usable/Gross): | 166,399/166,399 |
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 1998 |
| Most Recent Renovation: | 2008 |
| Property Class: | B |
| M&S Class: | C |
| Construction Quality: | Average |
| Improvements Cond.: | Average |
| Exterior Walls: | Stucco |
| Construction Desc.: | Masonry with stucco |
| No. of Buildings/Stories: | 1/1 |
| Multi-Tenant/Condo.: | Yes/No |
| Anchor 1: | Walmart (Shadow) |
| Fire Sprinkler Type: | None |
| Air-Conditioning Type: | Central |
| Shape: | Irregular |
| Topography: | Level |
| Corner Lot: | No |
| Bldg. to Land Ratio FAR: | 0.20 |
| Land to Building Ratio: | 4.92 |
| Zoning Code: | CM |
| Zoning Desc.: | Commercial |
| Flood Plain: | No |
| Utilities: | Electricity, Water Public, Sewer, Gas |
| Utilities Desc.: | All available |
| Improve. Info. Source: | Broker |
| Source of Land Info.: | Public Records |

## Comments

This is the sale of a retail strip center that is shadow-anchored by a Walmart Super Center and Lowe's. It was 92% occupied by 11 tenants at the time of sale. The broker's projected NOI for Year 1 is $358,785, resulting in a 6.93% capitalization rate. The center includes national brands such as CATO, Sally, Beauty Supply, and Subway.

Retail strip center, shadow-anchored by a Walmart Supercenter and Lowe's.

# Lease Comparables

# Retail Lease Profile

# Lease No. 1

## Location & Property Identification

| | |
|---|---|
| Property Name: | Funkhouse Warrior Strip Center |
| Sub-Property Type: | Shopping Center, Strip/Convenience Center |
| Address: | 760 Warrior Dr. |
| City/State/Zip: | Stephens City, VA 22655 |
| County: | Frederick |
| Market Orientation: | Suburban |
| IRR Event ID: | 3372605 |



| | |
|---|---|
| MSA: | Winchester, VA-WV Metropolitan Statistical Area |
| Legal/Tax/Parcel ID: | 75/ A/ 105/ C/ |
| GBA-SF: | 21,038 |
| GLA-SF: | 19,906 |
| Acres(Usable/Gross): | 3.11/3.11 |
| Land-SF(Usable/Gross): | 135,471/135,471 |
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 2007 |
| Most Recent Renovation: | Periodic |
| Property Class: | B |
| M&S Class: | D |
| Construction Quality: | Average |
| Improvements Cond.: | Average |
| Exterior Walls: | Stucco |
| Construction Desc.: | Wood frame |
| No. of Buildings/Stories: | 1/1 |
| Multi-Tenant/Condo.: | Yes/No |
| Shape: | Rectangular |
| Topography: | Level |
| Corner Lot: | No |
| Bldg. to Land Ratio FAR: | 0.16 |
| Land to Building Ratio: | 6.44 |
| Zoning Code: | B2 |
| Utilities Desc.: | All available |
| Source of Land Info.: | Broker |

## Space Information

| | |
|---|---|
| Space Type: | Retail In Line - Small |
| Full Building Lease: | No |
| Leased Area: | 2,500 |

## Lease Information

| | |
|---|---|
| Lease Status: | Signed Lease |
| Lessee: | Undisclosed |
| Lessee Type: | Local |
| Start/Available Date: | 06/01/2025 |
| Expiration Date: | 05/31/2030 |
| Term of Lease: | 60 months |
| Lease Measure: | $/SF/Yr |
| Face Rental Rate: | $14.00 |
| Effective Rental Rate: | $14.00 |
| Escalation Type: | Fixed Percentage |
| Escalation Desc.: | 3% per yr |
| TI Type: | New Tenant |
| Verified by: | Amanda Triplett |
| Verification Date: | 06/09/2025 |
| Verification Source: | Leasing Agent |
| Transaction Reliability: | Confirmed |

## Lease Expense Information

| | |
|---|---|
| Reimbursement Method: | Triple Net |

## Improvement and Site Data

## Comments

The leasing agent declined to disclose specific tenant

# Retail Lease Profile — Lease No. 1

## Comments (Cont'd)

names but confirmed that several recent leases within the center have been executed at rates ranging from $12.00 to $15.00 per square foot on a triple net (NNN) basis. Variations in rental rates are attributed to factors such as end cap positioning and lease term length. The most recent lease was signed at $14 PSF for a five year term and includes 3% annual rental increases.

# Retail Lease Profile — Lease No. 2

## Location & Property Identification

| | |
|---|---|
| Property Name: | Warrior Center (Retail Condos) |
| Sub-Property Type: | Shopping Center, Strip/Convenience Center |
| Address: | 640 Warrior Dr. |
| City/State/Zip: | Stephens City, VA 22655 |
| County: | Frederick |
| Market Orientation: | Suburban |
| IRR Event ID: | 3372594 |




| | |
|---|---|
| MSA: | Winchester, VA-WV Metropolitan Statistical Area |

## Space Information

| | |
|---|---|
| Space Type: | Retail |
| Full Building Lease: | No |
| Leased Area: | 1,400 |

## Lease Information

| | |
|---|---|
| Lease Status: | Signed Lease |
| Lessee: | Undisclosed |
| Lessee Type: | Local |
| Start/Available Date: | 04/01/2024 |
| Expiration Date: | 03/31/2029 |
| Term of Lease: | 60 months |
| Lease Measure: | $/SF/Yr |
| Face Rental Rate: | $13.00 |
| Effective Rental Rate: | $13.00 |
| Escalation Type: | Fixed Percentage |
| Escalation Desc.: | 2% to 3% |
| Verified by: | Amanda Triplett |
| Verification Date: | 06/09/2025 |
| Verification Source: | Broker |
| Transaction Reliability: | Confirmed |

## Lease Expense Information

| | |
|---|---|
| Reimbursement Method: | Triple Net |

## Improvement and Site Data

| | |
|---|---|
| GBA-SF: | 24,000 |
| GLA-SF: | 22,448 |
| Acres(Usable/Gross): | 2.37/2.37 |
| Land-SF(Usable/Gross): | 103,237/103,237 |
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 2007 |
| Most Recent Renovation: | Periodic |
| Property Class: | B |
| M&S Class: | D |
| Construction Quality: | Average |
| Improvements Cond.: | Average |
| Exterior Walls: | Stucco |
| Construction Desc.: | Wood frame |
| No. of Buildings/Stories: | 1/1 |
| No. of Units / Unit Type: | 17/Suites |
| Multi-Tenant/Condo.: | Yes/Yes |
| Density-Unit/Gross Acre: | 7.17 |
| Density-Unit/Usable Acre: | 7.17 |
| Bldg. to Land Ratio FAR: | 0.18 |
| Land to Building Ratio: | 4.30 |
| Source of Land Info.: | Broker |

## Comments

The inventory was created to show retail leases within the condominium.

The broker would not disclose tenant names but stated he has recently signed a tenant at $13.00 PSF on a NNN basis

# Retail Lease Profile Lease No. 2

## Comments (Cont'd)

within the center. Additionally, leases within the past two years have included signed tenants at ranging from $12.00 and $14.00 PSF on a NNN basis.

# Retail Lease Profile — Lease No. 3

## Location & Property Identification

| | |
|---|---|
| Property Name: | Vavini Strip Center |
| Sub-Property Type: | Shopping Center, Strip/Convenience Center |
| Address: | 255 Fairfax Pike. |
| City/State/Zip: | Stephens City, VA 22655 |
| County: | Frederick |
| Market Orientation: | Suburban |
| IRR Event ID: | 3372613 |



## Space Information

| | |
|---|---|
| Space Type: | Retail In Line - Small |
| Full Building Lease: | No |
| Leased Area: | 1,600 |

## Lease Information

| | |
|---|---|
| Lease Status: | Signed Lease |
| Lessee: | Tobacco & Vape |
| Lessee Type: | Local |
| Start/Available Date: | 02/01/2024 |
| Expiration Date: | 01/31/2029 |
| Term of Lease: | 60 months |
| Lease Measure: | $/SF/Yr |
| Face Rental Rate: | $14.50 |
| Effective Rental Rate: | $14.50 |
| Escalation Type: | Fixed Percentage |
| Escalation Desc.: | 3% per year |
| TI Type: | New Tenant |
| Renewal Options: | Yes |
| Desc. of Options: | 1 - 5 yr |
| Verified by: | Amanda Triplett |
| Verification Date: | 06/09/2025 |
| Verification Source: | Broker |
| Transaction Reliability: | Confirmed |

## Lease Expense Information

| | |
|---|---|
| Reimbursement Method: | Triple Net |

## Improvement and Site Data

| | |
|---|---|
| MSA: | Winchester, VA-WV Metropolitan Statistical Area |
| Legal/Tax/Parcel ID: | 85 A 152A |
| GBA-SF: | 8,100 |
| GLA-SF: | 8,100 |
| Acres(Usable/Gross): | 0.65/0.65 |
| Land-SF(Usable/Gross): | 28,314/28,314 |
| Usable/Gross Ratio: | 1.00 |
| Year Built: | 2008-09 |
| Most Recent Renovation: | Periodic |
| Property Class: | B |
| M&S Class: | D |
| Construction Quality: | Average |
| Improvements Cond.: | Average |
| Exterior Walls: | Brick |
| Construction Desc.: | Wood frame |
| No. of Buildings/Stories: | 1/1 |
| No. of Units / Unit Type: | 4/Suites |
| Multi-Tenant/Condo.: | Yes/No |
| Shape: | Rectangular |
| Topography: | Level |
| Corner Lot: | No |
| Density-Unit/Gross Acre: | 6.15 |
| Density-Unit/Usable Acre: | 6.15 |
| Bldg. to Land Ratio FAR: | 0.29 |
| Land to Building Ratio: | 3.50 |
| Zoning Code: | B2 |
| Utilities Desc.: | All available |

Case 26-16388-CMG Doc 1278-69 Filed 09/30/26 Entered 09/30/26 16:41:03 Desc
Exhibit 70 - 201 Centre Drive Appraisal Report Page 114 of 123

# Retail Lease Profile

# Lease No. 3

## Improvement and Site Data (Cont'd)

| | |
|---|---|
| Source of Land Info.: | Public Records |

## Comments

The broker was brief and indicated that the most recent tenant in the space is a smoke shop. The tenant signed a five year lease with no TIs or free rent provided. The space was in turn key condition.

# Retail Lease Profile

# Lease No. 4

## Location & Property Identification

| | |
|---|---|
| Property Name: | Fredericktowne Crossing |
| Sub-Property Type: | Shopping Center, Neighborhood Center |
| Address: | 240 Elizabeth Dr. |
| City/State/Zip: | Stephens City, VA 22655 |
| County: | Frederick |
| Market Orientation: | Suburban |
| IRR Event ID: | 3372621 |




## Space Information

| | |
|---|---|
| Space Type: | Retail In Line - Small |
| Suite #: | 210 |
| Full Building Lease: | No |
| Leased Area: | 1,772 |

## Lease Information

| | |
|---|---|
| Lease Status: | Signed Lease |
| Lessee: | Valley Health |
| Start/Available Date: | 07/01/2023 |
| Expiration Date: | 01/01/2027 |
| Term of Lease: | 42 months |
| Lease Measure: | $/SF/Yr |
| Face Rental Rate: | $13.00 |
| Effective Rental Rate: | $13.00 |
| Escalation Type: | Fixed Percentage |
| Escalation Desc.: | 3% per yr |
| TI Type: | New Tenant |
| Free Rent (Months): | 6.00 |
| Renewal Options: | Yes |
| Desc. of Options: | 3 - yr |
| Verified by: | Amanda Triplett |
| Verification Date: | 06/09/2025 |
| Verification Source: | Broker |
| Transaction Reliability: | Confirmed |

## Lease Expense Information

| | |
|---|---|
| Reimbursement Method: | Triple Net |

## Improvement and Site Data

| | |
|---|---|
| MSA: | Winchester, VA-WV Metropolitan Statistical Area |
| GBA-SF: | 88,418 |
| GLA-SF: | 86,018 |
| Acres(Gross): | 16.08 |
| Land-SF(Gross): | 700,445 |
| Year Built: | 2006 |
| M&S Class: | C |
| Construction Quality: | Good |
| Improvements Cond.: | Good |
| No. of Buildings/Stories: | 2/1 |
| Multi-Tenant/Condo.: | Yes/No |
| Total Parking Spaces: | 508 |
| Park. Ratio 1000 SF GLA: | 5.91 |
| No. Surface Spaces: | 508 |
| Park. Ratio 1000 SF GBA: | 5.75 |
| No. Of Elevators: | None |
| Fire Sprinkler Type: | Wet |
| Bldg. to Land Ratio FAR: | 0.13 |
| Land to Building Ratio: | 7.92 |
| Improve. Info. Source: | Past Appraisal |
| Source of Land Info.: | Past Appraisal |

## Comments

The tenant, a medical user, received six months of free rent in lieu of a tenant improvement allowance. The lease includes annual rental rate increases of 3 percent. Although the asking rate was $14.00 per square foot, the

# Retail Lease Profile

# Lease No. 4

## Comments (Cont'd)

tenant ultimately signed at $13.00 per square foot on a triple net (NNN) basis.

# Addendum E

# Engagement Letter

**Payment: Appraisal fees will be paid within 30 days of the receipt of the final valuation report, after all corrections have been made by the appraiser.**

**New York:**
Please provide your invoice as a separate file attachment to the completed appraisal file.

**Texas:**
Please confirm you're a member of our AMC panel via TALCB. If you are not, please contact our office immediately.

## Appraisal compliance and non-bias

The 2020-2021 Uniform Standards of Professional Appraisal Practice (USPAP) states, "*An appraiser must comply with the ETHICS RULE in all aspects of appraisal practice*."

The following are excerpts from the 2020-2021 USPAP Ethics Rule regarding bias; please consult the full text of the Ethics Rule for additional guidance:

*An appraiser must promote and preserve the public trust inherent in appraisal practice by observing the highest standards of professional ethics.*

*An appraiser must perform assignments with impartiality, objectivity, and independence, and without accommodation of personal interests.*

*An appraiser:*

- *must not perform an assignment with bias;*
- *must not advocate the cause or interest of any party or issue;*
- *must not use or rely on unsupported conclusions relating to characteristics such as race, color, religion, national origin, gender, marital status, familial status, age, receipt of public assistance income, handicap, or an unsupported conclusion that homogeneity of such characteristics is necessary to maximize value;*

**Service 1st requires appraisers to comply with all applicable requirements of USPAP and appraisal industry standards in the performance of their appraisal activities. We encourage all appraisers to observe the highest standards of professional ethics and to be diligent in guarding against any type of bias in the appraisals and valuation services they provide.**

# Service 1st Commercial Appraisal Requirements

If you have any questions regarding this assignment, please correspond to Service 1st through the Mercury Network and we will respond as quickly as possible

In accepting the order for an appraisal and submitting the requested appraisal, you, as the appraiser, certify that you: (1) are independent of the transaction; (2) have the requisite education, expertise, and experience necessary to competently complete the appraisal assignment; and (3) were not coerced in any way concerning the appraisal that you have submitted.

If you have performed valuation services for the subject property within the last 3 years that was not for the client in this assignment, please contact service 1st before starting on the assignment.

**General Requirements**

Please add the client order number to the appraisal in a prominent location where it can be easily identified by the reader.

Please assign all reports to the Lender/Client as indicated in the engagement letter

Please do not place additional contingencies on the appraisal without prior consent from Service 1st.

The client will not accept any statement of financial limit on appraiser liability added to the appraisal.

Appraisers must have access to and use CoStar data in the preparation of the appraisal. The appraiser is not limited to CoStar data only. If the appraiser finds alternate data they feel is more appropriate for the assignment they may substitute, but they need to have checked the CoStar data base completely to help insure they are considering all available data for an assignment.

**Report Requirements**

Please provide at least two approaches to value. You do not need to give equal weight to both approaches, but explain the weighting and relevance of each approach that is utilized.

Please include the estimated value in the letter of transmittal.

Please comment on any listing information of the subject within the past year in addition to the sales history within the past 3 years.

The client requests that recent comparable sales be utilized in the appraisal to reflect current market conditions.

Please provide a copy of the data/listing sheet for all comparable sales utilized in the appraisal.

Please provide pictures of all comparable sales and rentals.

Please give the actual age of the subject, an estimate of effective age, total life and remaining economic life for the subject property.

Please include a definition of market value.

Reports must include a quantitative adjustment grid for the comparable sales used in the Sales Comparison Approach and for the rental comparables used in the Income Approach.

Please include a zoning description and an analysis of the zoning and the subject improvements and an indication if the improvements appear to conform to zoning.

Please provide new, original, clear photos of the front, all sides, street and address verification for the subject property. If an interior inspection is requested, please provide a minimum of 6 interior photos.

Please provide location maps showing the subject and all comparable properties for the cost, sales and income approaches to value.

Please provide information on the microeconomic influences and trends that affect the subject property. These influences can include nearby competitive properties and developments, REO activity, nearby employment centers, traffic flows and other influences that directly influence the subject property. Provide a summary on the current trends and anticipated near term trends for these microeconomic influences.

Please provide information on the macroeconomic influences and trends affecting the subject property. These can include area employment trends, population trends, major road improvements and highway extensions, regional transportation trends including airports and railway hubs. Provide a summary on the current trends and anticipated near term trends for these macroeconomic influences.

Using only the GRM Method is not acceptable; the appraisal must include the Direct Capitalization Method. The appraisal must include pictures of the comparable rental properties as well as a location map.

Please measure the subject building wherever possible and use that information in your appraisal report.

**Please measure the structural improvements and include a perimeter building sketch in the appraisal unless the client has requested a curbside inspection. If the subject property has multiple units, please measure, or provide support for the individual unit sizes.**

Our clients are requesting that the sales comparison approach final indicated value fall within the unadjusted and adjusted value range of the comparable sales. Additionally, our clients are requesting that the indicated adjusted value range be tighter (less) than the range of the unadjusted values.
If you need to vary from these guidelines, please provide an explanation and support for the variance.

**Exterior Inspections**

If the client has requested an exterior inspection, please do not contact the subject property owner or occupant as this is a confidential client request. Do not trespass on the subject property and do not disclose the client provided information or the client's identity.

The client has provided descriptive information about the subject property that was obtained from past valuations. Please make the extraordinary assumption the client provided GLA and interior information is correct for exterior inspections. If your research indicates a significant deviation from the client provided data, please provide your data source for that information, or support for your differing interpretation of the physical description or use of the subject property.

Do not apply lease up charges if the subject building appears fully occupied. Please make the extraordinary assumption that the tenant will remain in place for an existing lease term or the owner/occupant will remain in the subject building.

Service 1st operates in 50 states and the District of Columbia. AL #AL0185, AK 150891, AR #AMR-199, AZ #RAMC-40298, CA #3004699, CO #200001092, CT #AMC.0000217, DE #X7-0000131, FL #MC328, GA #257, HI AMC-1210, IA #92, ID AMC-4553, IL #558.000262, IN #AMC1700006, KS #KSP172, KY #176, LA #0229, MA 42, MD #32980, ME #AMC3854, MI #1202000193, MN #40548039, MO #2017019913, MS #AMC-133, MT #REA-AMC-LIC9341, NC

#NC-1211, ND AMC-ND-2018-027, NE NE2017007, NH #AMC-161, NJ 42AC00009300, NM #AMC1198, NV #AMC.0000912, NY AMC_19_0271, OH #AMC.2019001807, OK #60197AMC, OR #AM-209, PA #AMC000200, RI #REA.0021-AMC, SC #20, SD #AMC-SD-1148-2017, TN #232, TX #2000244, UT #10504022-AMCO, VA #4009000174, VT #077.0131803.MAIN, WA #3000227, Washington D.C. AMC0028, WI #8-900, WV #WV010121, WY AMC-116