**Exhibit "77"**

SETTLEMENT STATEMENT

| | |
|---|---|
| File No: | **[redacted]7461** |
| Borrower(s): | **IAFAOPERATINGCO, LLC; BELGRADE LAKES SUMMER CAMPS LLC; WAUKEELA OPERATINGCO LLC; MAINEWEKEELACO LLC; POLAND CAMPCO LLC; WM CAMP, LLC; CAMP MED-O-LARK, INC.; BANNER OPERATINGCO LLC** |
| Lender: | **Newtek Business Services HOLDCO 6, Inc.** |
| Mortgaged Premises: | **7335 Gladiolus Drive, Fort Myers, FL 33908; 4800 U.S. Highway 280 West, Opelika, AL 36801; 1133 Northwest L St, Richmond, IN 47374; 1912 Memorial Drive, Waycross, GA 31501; 2203-2233 Grand Canal Boulevard, Stockton, CA 95207; 1401 Highway 49 B, Paragould, AR 72450; 201 Centre Drive, Stephens City, VA 22655; 6708 West Wilshire Boulevard, Oklahoma City, OK 73132** |
| Escrow Company | Kensington Vanguard National Land Services |

| Description | Borrower/Buyer | |
|---|---|---|
| | **Debit** | **Credit** |
| Loan Amount | | $ 15,000,000.00 |
| Loan Fees & Costs (See Details on attached Use of Proceeds Grid) | $ 1,207,729.06 | |
| Good Faith Deposit | | $ 45,000.00 |
| Title Costs to Kensington Vanguard National Land Services (B) | $ 46,435.00 | |
| Title Costs to Kensington Vanguard National Land Services ( C) | $ 16,860.00 | |
| Title Costs to Kensington Vanguard National Land Services (D) | $ 192,593.67 | |
| Title Costs to Kensington Vanguard National Land Services € | $ 58,077.00 | |
| Title Costs to Kensington Vanguard National Land Services (F) | $ 120,464.00 | |
| Title Costs to WFG National Title Insurance Company (2203) | $ 17,347.00 | |
| Title Costs to WFG National Title Insurance Company (1401) | $ 9,947.00 | |
| Title Costs to Atlantic Closing & Escrow | $ 15,000.00 | |
| Attorney Fee to Priolet & Associates PC | $ 12,500.00 | |
| Working Capital to Borrower | $ 13,348,047.27 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Debit** | **Credit** |
| **Subtotals** | | |
| Due From/To Borrower | $ 15,045,000.00 | $ 15,045,000.00 |
| | | |
| **Totals** | | $ - |

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. We/I authorize escrow *company* to cause the funds to be disbursed in accordance with this statement.

IAFAOPERATINGCO, LLC, By: Michael Shabsels, Manager

IAFAOPERATINGCO, LLC, By: David Shabsels, Manager

BELGRADE LAKES SUMMER CAMPS LLC, By: Michael Shabsels, Manager

BELGRADE LAKES SUMMER CAMPS LLC, By: David Shabsels, Manager

WAUKEELA OPERATINGCO LLC, By: Michael Shabsels, Manager

WAUKEELA OPERATINGCO LLC, By: David Shabsels, Manager

MAINEWEKEELACO LLC, By: Michael Shabsels, Manager

MAINEWEKEELACO LLC, By: David Shabsels, Manager

POLAND CAMPCO LLC, By: Michael Shabsels, Manager

POLAND CAMPCO LLC, By: David Shabsels, Manager

WM CAMP, LLC, By: Michael Shabsels, Manager

WM CAMP, LLC, By: David Shabsels, Manager

CAMP MED-O-LARK, INC., By: Michael Shabsels, President

BANNER OPERATINGCO LLC, By: Michael Shabsels, Manager

USE OF PROCEEDS GRID

| | | | | |
|---|---|---|---|---|
| | **Loan Name: Shabsels Brothers Summer Camps** | | | |
| | **RID #: [redacted]7461** | | | |
| | **Payee** | **Amount** | **Purpose** | |
| | Newtek Business Services HOLDCO 6, Inc. | $1,162,729.06 | Loan Expenses | |
| | Kensington Vanguard National Land Services - B/4800 | $46,435.00 | Title Fees and Charges | |
| | Kensington Vanguard National Land Services - C/1133 | $16,860.00 | Title Fees and Charges | |
| | Kensington Vanguard National Land Services - D/1912 | $192,593.67 | Title Fees and Charges | $1650 |
| | Kensington Vanguard National Land Services - E/201 | $58,077.00 | Title Fees and Charges | |
| | Kensington Vanguard National Land Services - F/7335 | $120,464.00 | Title Fees and Charges | |
| | WFG National Title Insurance Company-2203 | $17,347.00 | Title Fees and Charges | $6892 |
| | WFG National Title Insurance Company-1401 | $9,947.00 | Title Fees and Charges | |
| | Atlantic Closing & Escrow | $15,000.00 | Title Fees and Charges | $11,451 |
| | Priolet & Associates, P.C. | $12,500.00 | Borrower Attorney Fee | |
| | Borrower - Direct Wire by Newtek | $13,348,047.27 | Working Capital | |
| | | | | |

**Loan expenses**

| | | |
|---|---|---|
| Prepaid Interest from 6/30/2025-7/5/2025 | $ | 27,750.00 |
| Legal Services | $ | 19,752.50 |
| Flood Searcjhes | $ | 273.78 |
| Search Fees | $ | 14,040.78 |
| Search Fees | $ | 5,000.00 |
| Credit Reports | $ | 100.00 |
| Origination Fee | $ | 525,000.00 |
| Loan Administration Fee | $ | 30,000.00 |
| Collateral Reserve Account - Acct 375490940 | $ | 500,000.00 |
| Misc. Shipping Fees/FedEx/Courier | $ | 350.00 |
| Tax Guard (14) | $ | 1,547.00 |
| Business Valuation | $ | 6,565.00 |
| Commercial Appraisal Report-1401 | $ | 4,800.00 |
| Commercial Appraisal Review-1401 | $ | 1,300.00 |
| Phase I-1401 | $ | 1,650.00 |
| Commercial Appraisal Report-7335 | $ | 4,800.00 |
| Commercial Appraisal Review-7335 | $ | 1,300.00 |
| Phase I-7335 | $ | 1,650.00 |
| Commercial Appraisal Report-1133 | $ | 4,800.00 |
| Commercial Appraisal Review-1113 | $ | 1,300.00 |
| Phase I-1113 | $ | 1,650.00 |
| Commercial Appraisal Report-2203 | $ | 4,800.00 |
| Commercial Appraisal Review-2203 | $ | 1,300.00 |
| Phase I-2203 | $ | 1,650.00 |
| Commercial Appraisal Report-201 | $ | 4,800.00 |
| Commercial Appraisal Review-201 | $ | 1,300.00 |

USE OF PROCEEDS GRID

| | | |
|---|---|---|
| Phase I-201 | $ | 1,650.00 |
| Phase II-201 | $ | 10,000.00 |
| Commercial Appraisal Report-4800 | $ | 4,800.00 |
| Commercial Appraisal Review-4800 | $ | 1,300.00 |
| Phase I-4800 | $ | 1,650.00 |
| Phase I-12 | $ | 1,650.00 |
| Commercial Appraisal Report-1912 | $ | 4,800.00 |
| Commercial Appraisal Review-1912 | $ | 3,000.00 |
| Phase I-1912 | $ | 1,650.00 |
| Commercial Appraisal Report-Wilshire | $ | 6,700.00 |
| Commercial Appraisal Review-Wilshire | $ | 1,300.00 |
| Phase I-Wilshire | $ | 1,750.00 |
| | | |
| Business Valuation | | |
| **Total expenses** | | **$1,207,729.06** |
| Good Faith Deposit Applied (enter as minus) | | -$45,000.00 |
| Expense Balance Due From Loan Proceeds | | **$1,162,729.06** |

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** 12 CAMBRIDGE DRIVE REALTY
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** 201 CENTRE DRIVE LEASING LI
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C

Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All

**Name:** 201 CENTRE DRIVE REAL ESTA

**ID # / Digital Currency Address:**

**Program:** All, 561-Related, BALKANS, BALKANS-EO14033

**Minimum Name Score:** 80

**Address:**

**City:**

**State/Province:***

**Country:** All

**List:** All

Search Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** 1133 NORTHWEST L STREET LE
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** 1133 NORTHWEST L STREET RI
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** 1401 US HIGHWAY 49B REAL ES
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search Reset

**Lookup Results: 1 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| SOVA REAL ESTATE LLC | Alleya Berezovaya 2 | Entity | RUSSIA-EO14024 | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** 1912 MEMORIAL DRIVE REAL E
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** 2203 GRAND CANAL BOULEVAF
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

| | | | |
|---|---|---|---|
| **Type:** | All | **Address:** | |
| **Name:** | 2203 GRAND CANAL BOULEVAF | **City:** | |
| **ID # / Digital Currency Address:** | | **State/Province:*** | |
| **Program:** | All<br>561-Related<br>BALKANS<br>BALKANS-EO14033 | **Country:**<br>**List:** | All<br>All |
| **Minimum Name Score:** | 80 | Search | Reset |

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

| | | | |
|---|---|---|---|
| **Type:** | All | **Address:** | |
| **Name:** | 4800 USH 280 LEASING LLC | **City:** | |
| **ID # / Digital Currency Address:** | | **State/Province:*** | |
| **Program:** | All<br>561-Related<br>BALKANS<br>BALKANS-EO14033 | **Country:**<br>**List:** | All<br>All |
| **Minimum Name Score:** | 80 | Search | Reset |

**Lookup Results: 1 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| PSB LEASING LLC | Room 8, Building 22, ul Smirnovkaya 10 | Entity | RUSSIA-EO14024 | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** 4800 USH 280 REAL ESTATE LL(
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** 7335 GLADIOLUS LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

| | | | |
|---|---|---|---|
| **Type:** | All | **Address:** | |
| **Name:** | Atlantic Closing & Escrow | **City:** | |
| **ID # / Digital Currency Address:** | | **State/Province:*** | |
| **Program:** | All<br>561-Related<br>BALKANS<br>BALKANS-EO14033 | **Country:**<br>**List:** | All<br>All |
| **Minimum Name Score:** | 80 | Search | Reset |

**Lookup Results: 23 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| ATLANTIS | | Vessel | IRAN | SDN | 90 |
| ATLANTIC SHIPPING & TRANS | East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833 | Entity | IRAN | SDN | 88 |
| ATLANT S LIMITED | et 1 pom 1 kom 17; dom 20, ulitsa Pleshcheyeva | Entity | RUSSIA-EO14024 | SDN | 87 |
| ATLANTIC DIAMOND GROUP, S.A. DE C.V. | | Entity | ILLICIT-DRUGS-EO14059 | SDN | 87 |
| ATLANTIC SHIP MANAGEMENT LLC | Office Number 3803, Churchill Tower, 38 Floor; Business Bay; Bur Dubai, Burj Khalifa | Entity | IFSR; SDGT | SDN | 87 |
| ATLANTIC PELICAN COMPANY LTD | | Entity | GLOMAG | SDN | 86 |
| ATLANTIC SHIPPING AND TRANS | East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833 | Entity | IRAN | SDN | 86 |
| ATLANTIS M. SHIPPING CO | Trust Company Complex; Ajeltake Road | Entity | SDGT | SDN | 86 |
| ATLANTIS MZ | | Vessel | SDGT | SDN | 86 |
| ATLAS | | Vessel | RUSSIA-EO14024; UKRAINE-EO13662 | SDN | 85 |
| ATLANT S OOO | et 1 pom 1 kom 17; dom 20, ulitsa Pleshcheyeva | Entity | RUSSIA-EO14024 | SDN | 84 |
| ATLANTIC NAVIGATION OPC PRIVATE LIMITED | Unit 903, 9th Floor, Samarth Aishwarya; Off KL Walawalker Road | Entity | IRAN-EO13846 | SDN | 83 |
| ATLANTIC SHIP MANAGEMENT COMPANY | Office Number 3803, Churchill Tower, 38 Floor; Business Bay; Bur Dubai, Burj Khalifa | Entity | IFSR; SDGT | SDN | 83 |
| ATLANTIC SHIPPING AND TRANSPORTATION LIMITED | East Shahid Atefi Street 35, Africa Boulevard, PO Box 19395-4833 | Entity | IRAN | SDN | 83 |
| ATLAS NOBLE | Tepeoren Mah. Istanbul Park Bul. Arkeon H Evleri Sit. N:17JL | Entity | RUSSIA-EO14024 | SDN | 83 |
| ATLAS HOLDING | | Entity | SDGT | SDN | 82 |
| ATLAS HOLDING SAL | | Entity | SDGT | SDN | 82 |
| ATLAS DDS | Ul. Grimau D. 10; pomeshch. 7 | Entity | RUSSIA-EO14024; UKRAINE-EO13662 | SDN | 81 |
| ATLAS DIRECTIONAL DRILLING SERVICES | Ul. Grimau D. 10; pomeshch. 7 | Entity | RUSSIA-EO14024; | SDN | 81 |

| | | | | | |
|---|---|---|---|---|---|
| | | | UKRAINE-EO13662 | | |
| ATLAS NNB | Ul. Grimau D. 10; pomeshch. 7 | Entity | RUSSIA-EO14024; UKRAINE-EO13662 | SDN | 81 |
| ATLAS EXCHANGE | No. 77, Commercial Center Market (Bazar Markazi Tejari), Ferdosi Street | Entity | IFSR; SDGT | SDN | 80 |
| ATLAS OCEAN AND PETROCHEMICAL (AOPC) | Dubai Airport Free Zone | Entity | NPWMD | SDN | 80 |
| ATLAS SHIPS MANAGEMENT | | Entity | IFSR; SDGT | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** Banner Day Camp
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search Reset

**Lookup Results: 4 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| BANA, Hama | | Individual | LIBYA3; SDGT | SDN | 82 |
| BANIAS REFINERY COMPANY | Banias Refinery Building; 26 Latkia Main Road | Entity | SYRIA | SDN | 81 |
| BANK DABRABYT JOINT STOCK COMPANY | Kommunisticheskaya Str. 49; premises 1 | Entity | BELARUS-EO14038 | SDN | 80 |
| BANK SADERAT PLC | 5 Lothbury | Entity | IFSR; IRAN; SDGT | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** BANNER LANDCO LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 4 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| BANCO INTERNACIONAL DE DESARROLLO, C.A. | Urb. El Rosal, Av. Francisco de Miranda Edificio Dozsa - Piso 8, C.P. 1060 | Entity | IFSR; SDGT | SDN | 81 |
| BANCO BICENTENARIO DEL PUEBLO | Av Venezuela, Torre Banco Bicentenario; P.P, El Rosal | Entity | VENEZUELA-EO13850 | SDN | 80 |
| BANCO CENTRAL DE VENEZUELA | Av. Urdaneta; Esquina Las Carmelitas; Edif. Banco Central | Entity | VENEZUELA-EO13850 | SDN | 80 |
| BANNER OF THE REVOLUTION | | Entity | SDGT | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** BANNER OPERATINGCO LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search Reset

**Lookup Results: 9 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| BANNA PROPERTIES | Cham Holding Building, Daraa Highway, Sahnaya Area, P.O. Box 9525; P.O. Box 9525 | Entity | SYRIA | SDN | 85 |
| BANNER OF THE LINE OF FIRE BRIGADE | Afrin District | Entity | SYRIA-EO13894 | SDN | 85 |
| BANNER OF THE REVOLUTION | | Entity | SDGT | SDN | 85 |
| BANCO BICENTENARIO DEL PUEBLO | Av Venezuela, Torre Banco Bicentenario; P.P, El Rosal | Entity | VENEZUELA-EO13850 | SDN | 82 |
| BANCO NATIONAL | 2 Cuadras Aloeste y 3 Cuadras Alnorte | Entity | NICARAGUA | SDN | 82 |
| BATTERY COMPANY RIGEL JSC | Professora Popova st., 38 | Entity | RUSSIA-EO14024 | SDN | 81 |
| BANCO NACIONAL | 2 Cuadras Aloeste y 3 Cuadras Alnorte | Entity | NICARAGUA | SDN | 80 |
| BANDAR IMAM PETROCHEMICAL CO | North Kargar Street | Entity | IFSR; IRAN; NPWMD | SDN | 80 |
| BANDAR IMAM PETROCHEMICAL COMPANY LTD | North Kargar Street | Entity | IFSR; IRAN; NPWMD | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** BELGRADE LAKES SUMMER C/
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** CAMP MED-O-LARK, INC.
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** Camp North Star of Maine
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 2 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| CAROIL TRANSPORT MARINE LTD | Arch Makariou III Avenue 284; Fortuna Court, Block B, 2nd Floor | Entity | VENEZUELA-EO13850 | SDN | 81 |
| CAMPOS TIRADO, Linda Elizabeth | | Individual | SDNTK | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** DAMIS HOLDINGS LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** DAMIS HOLDINGS, LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** David Shabsels
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 4 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| DAVID, Yafi | | Individual | SYRIA | SDN | 85 |
| DAVIS, Mason | | Individual | IRAN-HR | SDN | 85 |
| DAVINA | | Vessel | IRAN-EO13846 | SDN | 84 |
| DAVID, Andoson | | Individual | DPRK3 | SDN | 83 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C

Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** Forest Acres Camp For Girls
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search Reset

**Lookup Results: 3 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| FOREST | | Vessel | IRAN | SDN | 88 |
| FOREIGN TRADE BANK OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA | FTB Building, Jungsong-dong, Central District | Entity | DPRK3; NPWMD | SDN | 80 |
| FOREPOST TRADING LLC | ul. Generala Antonova d. 3A | Entity | RUSSIA-EO14024 | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** IAFALANDCO, LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** IAFAOPERATINGCO, LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** Indian Acres Camp For Boys
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 4 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| INDIAN MUJAHEDEEN | | Entity | FTO; SDGT | SDN | 80 |
| INDIAN MUJAHIDEEN | | Entity | FTO; SDGT | SDN | 80 |
| INDIAN MUJAHIDIN | | Entity | FTO; SDGT | SDN | 80 |
| INDIO | | Individual | SDNTK | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** Kensington Vanguard National La
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** Kensington Vanguard National Lar
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C

Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All

**Name:** Kensington Vanguard National La

**ID # / Digital Currency Address:**

**Program:** All / 561-Related / BALKANS / BALKANS-EO14033

**Minimum Name Score:** 80

**Address:**

**City:**

**State/Province:***

**Country:** All

**List:** All

Search Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** Kensington Vanguard National La
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** Kensington Vanguard National Lar
**ID # / Digital Currency Address:**
**Program:** All / 561-Related / BALKANS / BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** LEETON REAL ESTATE INC.
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** MAINEWEKEELACO LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** Mark Graham
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 7 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| MARA | | Vessel | VENEZUELA-EO13850 | SDN | 86 |
| MARVI, Ahmad | | Individual | IRAN-EO13876 | SDN | 83 |
| Mag | 21 Karyakina St.; Apartment 205 | Individual | CYBER2 | SDN | 81 |
| MARIA | | Vessel | RUSSIA-EO14024 | SDN | 81 |
| MARIA | | Vessel | RUSSIA-EO14024 | SDN | 81 |
| MARIA GRACE | | Vessel | IRAN-EO13846 | SDN | 81 |
| MARK, James Nando | | Individual | SOUTH SUDAN | SDN | 81 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

| | | | |
|---|---|---|---|
| **Type:** | All | **Address:** | |
| **Name:** | Michael Shabsels | **City:** | |
| **ID # / Digital Currency Address:** | | **State/Province:*** | |
| **Program:** | All<br>561-Related<br>BALKANS<br>BALKANS-EO14033 | **Country:** | All |
| | | **List:** | All |
| **Minimum Name Score:** | 80 | Search | Reset |

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** MRJ REALTY LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search Reset

**Lookup Results: 1 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| REALTCITY LLC | d. 9, str. 5 ul. Krasnoproletarskaya | Entity | UKRAINE-EO13662 | Non-SDN | 83 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** OKLAHOMA WILSHIRE LOFTS L
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** OKLAHOMA WILSHIRE LOFTS F
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** POLAND CAMPCO LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 8 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| POLA GALI | | Vessel | RUSSIA-EO14024 | SDN | 83 |
| POLANI, Atif | D-31, Block-5; Clifton | Individual | TCO | SDN | 83 |
| POLA ANATOLIA | | Vessel | RUSSIA-EO14024 | SDN | 82 |
| POLA MIROPIA | | Vessel | RUSSIA-EO14024 | SDN | 81 |
| POLYNAR COMPANY | No. 58, St. 14, Qanbarzadeh Avenue; Resalat Highway | Entity | IRAN | SDN | 81 |
| POLA MARINA | | Vessel | RUSSIA-EO14024 | SDN | 80 |
| POLA YAROSLAVA | | Vessel | RUSSIA-EO14024 | SDN | 80 |
| POLANI, Atif Abdul Aziz | D-31, Block-5; Clifton | Individual | TCO | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** POLAND LANDCO LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 5 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| POLANI, Atif | D-31, Block-5; Clifton | Individual | TCO | SDN | 83 |
| POLA DUDINKA | | Vessel | RUSSIA-EO14024 | SDN | 81 |
| POLA GALI | | Vessel | RUSSIA-EO14024 | SDN | 80 |
| POLIN, Vladimir Anatolevich | | Individual | RUSSIA-EO14024 | SDN | 80 |
| POLINEX GENERAL TRADING LLC | Health Care City, Umm Hurair Rd.; Oud Mehta Offices, Block A; 4th Floor 420 | Entity | IRAN | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** Shabsels Brothers Summer Camp
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search Reset

**Lookup Results: 2 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| SHABSHAR, Abu | | Individual | SDGT | SDN | 84 |
| SHABEEHA | | Entity | SYRIA | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** SHABSELS MANAGEMENT LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search Reset

**Lookup Results: 10 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| SHABAAB | | Entity | FTO; SDGT; SOMALIA | SDN | 83 |
| SHABSHAR, Abu | | Individual | SDGT | SDN | 83 |
| SHABAN, Adib | | Individual | IRAQ2 | SDN | 81 |
| SHABEEHA | | Entity | SYRIA | SDN | 81 |
| SHA'BAN, Basil | | Individual | SYRIA | SDN | 80 |
| SHABBAN, Basheer | | Individual | SDGT | SDN | 80 |
| SHA'BI | | Entity | SYRIA | SDN | 80 |
| SHABLYA, Bogdan | | Individual | RUSSIA-EO14024 | SDN | 80 |
| SHAMS ALRABEEA CHEMICALS TRADING L.L.C | Al Moosa Tower 1 Trade Center First Plot No. 1-0 | Entity | IRAN-EO13846 | SDN | 80 |
| SHASTAN | No. 132, Khoramshahr Street | Entity | IRAN-EO13846 | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** Shabsels Management Trust Date
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 4 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| SHABAN, Dr. Adib | | Individual | IRAQ2 | SDN | 82 |
| SHABSHAR, Abu | | Individual | SDGT | SDN | 82 |
| SHABAAB | | Entity | FTO; SDGT; SOMALIA | SDN | 80 |
| SHABAN, Adib | | Individual | IRAQ2 | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** SIMAD HOLDINGS LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 9 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| SIMA | | Vessel | IRAN | SDN | 85 |
| GOSTARESH PAYASANAT SINA HOLDING | Unit 61, 3rd Km Karaj Special Road | Entity | IRAN-EO13876 | SDN | 83 |
| SINA FINANCIAL & INVESTMENT HOLDING CO. | 4th Floor, No. 7, 12th Alley, Bokharest Ahmad Ghasir Street, District 6 | Entity | IRAN-EO13876 | SDN | 83 |
| SINA FINANCIAL AND INVESTMENT HOLDING CO. | 4th Floor, No. 7, 12th Alley, Bokharest Ahmad Ghasir Street, District 6 | Entity | IRAN-EO13876 | SDN | 83 |
| SINA FINANCIAL AND INVESTMENT HOLDING COMPANY | 4th Floor, No. 7, 12th Alley, Bokharest Ahmad Ghasir Street, District 6 | Entity | IRAN-EO13876 | SDN | 83 |
| SIDAR INTERNATIONAL HOLDING COMPANY WLL | 141 Coup Imobiliere el bina lot N 141; Dely Ibrahim | Entity | SDGT | SDN | 81 |
| MAGUS HOLDING LLC | 4100 Salzedo St.; Unit 804 | Entity | VENEZUELA-EO13850 | SDN | 80 |
| SIM, Hyon Sop | | Individual | NPWMD | SDN | 80 |
| SIMRAN | | Vessel | IRAN-EO13902 | SDN | 80 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** WASHINGTON LAKE, LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 1 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| WASHINGTON TRADING LTD | 71-75 Shelton Street, Covent Garden | Entity | VENEZUELA-EO13850 | SDN | 87 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** WAUKEELA LANDCO LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** WAUKEELA OPERATINGCO LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** WEKEELAND LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** WFG National Title Insurance Cor
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

OFAC
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** WFG National Title Insurance Cor
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** WILSHIRE LOFTS LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 0 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|

Your search has not returned any results.

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** WM CAMP, LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80
**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 8 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| AKHTARABAD MEDICAL CAMP | ST-1/A, Gulshan-e-Iqbal, Block 2 | Entity | SDGT | SDN | 100 |
| MILITARY CAMP 144 OF THE KOREAN PEOPLE'S ARMY | | Entity | DPRK2 | SDN | 100 |
| NO. 144 MILITARY CAMP OF THE CHOSUN PEOPLE'S ARMY | | Entity | DPRK2 | SDN | 100 |
| EXPORTADORA DEL CAMPO RAMOS ACOSTA, S. DE R.L. DE C.V. | | Entity | ILLICIT-DRUGS-EO14059 | SDN | 96 |
| MOTEL CAMPO AMOR | Calle 4A No. 21-34 Circunvalar | Entity | SDNT | SDN | 96 |
| CAMBO ELITE SECURITY FORCE CO., LTD. | Thmei; Ta Khmau | Entity | GLOMAG | SDN | 86 |
| MMP ELECTRONICS COMP CO LTD | 34 CP Tower 3 Building A, 4th Floor; Phaya Thai Road; Thung Phaya Thai Sub District, Ratchathewi District | Entity | RUSSIA-EO14024 | SDN | 86 |
| ROSAS CAMBA, Liliana | Jamaica Numero 1411; Colonia Cinco de Diciembre | Individual | SDNTK | SDN | 86 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

O F A C
Office of Foreign Assets Control

# Sanctions List Search

Specially Designated Nationals and Blocked Persons list ("SDN List") and all other sanctions lists administered by OFAC, including the Foreign Sanctions Evaders List, the Non-SDN Iran Sanctions Act List, the Sectoral Sanctions Identifications List, the List of Foreign Financial Institutions Subject to Correspondent Account or Payable-Through Account Sanctions and the Non-SDN Palestinian Legislative Council List. Given the number of lists that now reside in the Sanctions List Search tool, it is strongly recommended that users pay close attention to the program codes associated with each returned record. These program codes indicate how a true hit on a returned value should be treated. The Sanctions List Search tool uses approximate string matching to identify possible matches between word or character strings as entered into Sanctions List Search, and any name or name component as it appears on the SDN List and/or the various other sanctions lists. Sanctions List Search has a slider-bar that may be used to set a threshold (i.e., a confidence rating) for the closeness of any potential match returned as a result of a user's search. Sanctions List Search will detect certain misspellings or other incorrectly entered text, and will return near, or proximate, matches, based on the confidence rating set by the user via the slider-bar. OFAC does not provide recommendations with regard to the appropriateness of any specific confidence rating. Sanctions List Search is one tool offered to assist users in utilizing the SDN List and/or the various other sanctions lists; use of Sanctions List Search is not a substitute for undertaking appropriate due diligence. The use of Sanctions List Search does not limit any criminal or civil liability for any act undertaken as a result of, or in reliance on, such use.

Download the SDN List | Sanctions List Search: Rules for use | Visit The OFAC Website

Download the Consolidated Non-SDN List | Program Code Key

**Lookup**

**Type:** All
**Name:** WM LAND, LLC
**ID # / Digital Currency Address:**
**Program:** All, 561-Related, BALKANS, BALKANS-EO14033
**Minimum Name Score:** 80

**Address:**
**City:**
**State/Province:***
**Country:** All
**List:** All

Search | Reset

**Lookup Results: 39 Found**

| Name | Address | Type | Program(s) | List | Score |
|---|---|---|---|---|---|
| AL-MASSAL LAND TRAVEL AND TOURISM COMPANY | Property Number 20362/4, Street 7; Sector 714, Zayuna | Entity | SDGT | SDN | 100 |
| AL-QAIDA GROUP OF JIHAD IN THE LAND OF THE TWO RIVERS | | Entity | FTO; SDGT | SDN | 100 |
| AL-QAIDA IN THE LAND OF THE TWO RIVERS | | Entity | FTO; SDGT | SDN | 100 |
| AL-QAIDA OF JIHAD ORGANIZATION IN THE LAND OF THE TWO RIVERS | | Entity | FTO; SDGT | SDN | 100 |
| AL-QAIDA OF THE JIHAD IN THE LAND OF THE TWO RIVERS | | Entity | FTO; SDGT | SDN | 100 |
| ANHUI LAND GROUP CO., LIMITED | Shop T18, 3/F, Cathay Pacific 88 Malls, No. 125, Wanchai Road | Entity | IFSR; NPWMD | SDN | 100 |
| BANK OF EAST LAND | PO Box 32, BEL Building, Jonseung-Dong, Moranbong District | Entity | DPRK | SDN | 100 |
| GOOD LAND COMPANY | | Entity | SYRIA | SDN | 100 |
| GOOD LAND INTERNATIONAL COMPANY | | Entity | SYRIA | SDN | 100 |
| GOOD LAND INTERNATIONAL COMPANY FOR THE IMPORTING AND EXPORTING OF VEGETABLES AND FRUIT | | Entity | SYRIA | SDN | 100 |
| GOOD LAND LIMITED LIABILITY COMPANY | | Entity | SYRIA | SDN | 100 |
| HOLY LAND FOUNDATION FOR RELIEF AND DEVELOPMENT | 525 International Parkway, Suite 509 | Entity | SDGT | SDN | 100 |
| LAND METICS SARL | Building 380, Hamra Street; Ras Beirut Sector | Entity | SDGT | SDN | 100 |
| LIMITED LIABILITY COMPANY LAND TECHNOLOGIES | 29 Vereyskaya Street, Building 134, Office V215 | Entity | RUSSIA-EO14024 | SDN | 100 |
| MINISTRY OF LAND AND MARINE TRANSPORT | | Entity | DPRK3 | SDN | 100 |
| MINISTRY OF LAND AND MARITIME TRANSPORTATION OF THE DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA | | Entity | DPRK3 | SDN | 100 |
| NATIVE LAND | | Vessel | IRAN | SDN | 100 |
| NEW LAND MONEY EXCHANGE COMPANY | | Entity | SDGT | SDN | 100 |
| OCCUPIED LAND FUND | 525 International Parkway, Suite 509 | Entity | SDGT | SDN | 100 |
| SERGIEVO-POSAD LAND | Ul. Tsentralnaya D. 36 | Entity | RUSSIA-EO14024 | SDN | 100 |
| SOLDIERS OF THE CALIPHATE IN THE LAND OF ALGERIA | | Entity | SDGT | SDN | 100 |
| SUNNY LAND TRADING LTD | 2nd Floor, Allied building Annex, Francis Rachel Street | Entity | IRAN-EO13902 | SDN | 100 |

| | | | | | |
|---|---|---|---|---|---|
| THE ORGANIZATION OF AL-JIHAD'S BASE IN THE LAND OF THE TWO RIVERS | | Entity | FTO; SDGT | SDN | 100 |
| THE ORGANIZATION OF AL-JIHAD'S BASE OF OPERATIONS IN THE LAND OF THE TWO RIVERS | | Entity | FTO; SDGT | SDN | 100 |
| L.D. LANDAU INSTITUTE FOR THEORETICAL PHYSICS OF RUSSIAN ACADEMY OF SCIENCES | Akademika Semenova av., 1A | Entity | RUSSIA-EO14024 | SDN | 94 |
| LOPEZ LANDEY, Midian Patricia | c/o NUEVA INDUSTRIA DE GANADEROS DE CULIACAN S.A. DE C.V. | Individual | SDNTK | SDN | 94 |
| CHURO, Leanid Mikalaevich | | Individual | BELARUS-EO14038 | SDN | 90 |
| LUANDA 1 | | Vessel | IRAN-EO13902 | SDN | 90 |
| LAMD | | Vessel | IRAN-EO13902 | SDN | 88 |
| CLOSED JOINT STOCK COMPANY COMMERCIAL BANK LANTA BANK | 9 Novokuznetskaya Street; building 2 | Entity | RUSSIA-EO14024 | SDN | 86 |
| JOINT STOCK COMPANY COMMERCIAL BANK LANTA BANK | 9 Novokuznetskaya Street; building 2 | Entity | RUSSIA-EO14024 | SDN | 86 |
| LANIT INCORPORATED | Proezd Murmanskii, D 14, Korp. 1 | Entity | RUSSIA-EO14024 | SDN | 86 |
| OBSHCHESTVO S OGRANICHENNOI OTVETSTVENNOSTYU PUR LEND | 28 ul. Tarasova, Tarko-Sale | Entity | UKRAINE-EO13662 | Non-SDN | 86 |
| SERGIEVO-POSAD LEND | Ul. Tsentralnaya D. 36 | Entity | RUSSIA-EO14024 | SDN | 86 |
| SERGIEVO-POSAD LEND LLC | Ul. Tsentralnaya D. 36 | Entity | RUSSIA-EO14024 | SDN | 86 |
| SERGIEVO-POSAD LEND OOO | Ul. Tsentralnaya D. 36 | Entity | RUSSIA-EO14024 | SDN | 86 |
| GORDO LINDO | c/o SOCIEDAD SUPERDEPORTES LTDA. | Individual | SDNT | SDN | 82 |
| LIMITED LIABILITY COMPANY GAZPROM LINDE ENGINEERING | d. 12 k. str. 1 pom. 1N chast pomeshch. 409; ul. Shkiperski Protok | Entity | RUSSIA-EO14024 | SDN | 82 |
| ZULUAGA LINDO, Francisco Javier | c/o SOCIEDAD SUPERDEPORTES LTDA. | Individual | SDNT | SDN | 82 |

* U.S. states are abbreviated on the SDN and Non-SDN lists. To search for a specific U.S. state, please use the two letter U.S. Postal Service abbreviation.

SDN List last updated on: 6/24/2025 3:04:14 PM
Non-SDN List last updated on: 3/28/2025 10:09:58 AM

Newtek®

# Check Order Form

**Lender Name** Newtek Bank National Association
**Date** 8/8/2025
**To** Accounting
**Loan Closer** Debbie Holewinski **Department** Closing
**Amount** $204,947.67

**Payable to:** IAFA OPERATINGCO, LLC

**Purpose** Refund of Title Fees Overpayment
***Supporting Documentation Attached***

**Loan Name** IAFA OPERATINGCO, LLC
**Newtek Loan Number** [redacted]7461
**SBA Loan Number** N/A

**Remit Payment as follows:**

____ **Check** Mailing Address ____

X **ACH/Wire**
ABA#: 26004297
Account #:[redacted]0832
Account Name: CAMP MED-O-LARK, INC
Recipient Address/City/State/Zip 82 MED-O-LARK ROAD, WASHINGTON, ME, 0457
Reference: Refund of Title Fees - Overpayment

| Wire/ACH Verification Information | |
|---|---|
| Date Verified: | N/A |
| Verified With: | N/A |
| Verified By: | N/A |

____ **Other** ____

## Approval Signatures

Debbie Holewinski
Loan Closer

DocuSigned by: Alyssa Kennedy
FFF0CF91D2414A9...
Closing Manager Approval

**Secondary Management Approval**

DocuSigned by: Casey Schwalbe
7C0408CFA0A8425...
Casey Schwalbe, SVP, Closing and Legal **

*****Only one secondary Management Approval Required***

**

Leslie Klam, SVP, Quality Assurance

***All OFAC checks for payees have been completed with no findings.***

****__**Signatures**__ from __BOTH__ Closing Manager __PLUS__ SVP/Closing & Legal is required. If the SVP/Closing & Legal is unavailable, the SVP/Quality Assurance can approve in their absence.****

KENSINGTON VANGUARD
NATIONAL LAND SERVICES
One Metroplex Drive,, Suite 400, Birmingham, AL 35209
Phone: (205)445-2250 Fax:(877)709-8741

**Title No.:** 5247392-W-AL-CR-KF-B
**Premises:** 4800 U.S. Hghway 280 West, Opelika, AL 36801
**Lender:** Newtek Bank, National Association
**Borrower(s):** Michael Shabsels, 4800 USH 280 Real Estate, LLC, an Alabama limited liability company, and Simad Holdings LLC
**Bank Attorney:** Kensington Vanguard National Land Services, LLC

**Invoice Date:** 06/30/25
**Settlement Date:** 06/30/25

| CHARGE DESCRIPTION | BORROWER | LENDER |
|---|---|---|
| **POLICY PREMIUMS:** | | |
| Loan Policy Premium | $21,550.00 | |
| **Policy Premiums Sub Total:** | **$21,550.00** | **$0.00** |
| **ENDORSEMENTS:** | | |
| Title - ALTA Endorsement Deletion of Arbitration - Loan Policy | | |
| Title - ALTA Endorsement 8.2-06 (Commercial Environmental Protection Lien) | | |
| Title - ALTA Endorsement 6 (Variable Rate Mortgage) | | |
| Title - ALTA Endorsement 25-06 (Same As Survey) | | |
| **Endorsements Sub Total:** | **$0.00** | **$0.00** |
| **OTHER CHARGES:** | | |
| Title - Courier Fee | $50.00 | |
| Title - CPL Premium | $25.00 | |
| Title - Title Search Fee | $400.00 | |
| Title - Reimbursement for Search Fee 5247392 A | $490.00 | |
| Title - Settlement Fee | $1,000.00 | |
| **Other Charges Sub Total:** | **$1,965.00** | **$0.00** |
| **RECORDING FEES:** | | |
| Mortgage/Deed of Trust | $95.00 | |
| Recording Fees - Assignment of Leases and Rents x3 | $195.00 | |
| Mortgage Tax | $22,500.00 | |
| Recording Fees - Assignment of Mortgage x2 | $130.00 | |
| **Recording Fees Sub Total:** | **$22,920.00** | **$0.00** |
| **TOTALS:** | **$46,435.00** | **$0.00** |

**TITLE POLICIES AND INFORMATION**

* **Mortgage Policy for $15,000,000.00**
  Final Premium $21,550.00
* Property Type: Commercial
  Property Use: Commercial

| PAYOR | |
|---|---|
| | |
| | |
| | |
| TOTAL | |

| PAYEE | |
|---|---|
| | |
| | |
| | |
| TOTAL | |

Please remit payment to:
Kensington Vanguard National Land Services of AL, LLC

KENSINGTON VANGUARD
NATIONAL LAND SERVICES
41 Madison Avenue, 21st Floor, New York, NY 10010
Phone: (212)532-8686 Fax:(646)417-5642

| | | | |
|---|---|---|---|
| **Title No.:** | 5247392-W-IN-CR-KF-C | **Invoice Date:** | 06/30/25 |
| **Premises:** | 1133 Northwest L Street, Richmond, IN 47374 | **Settlement Date:** | 06/30/25 |
| **Lender:** | Newtek Bank, National Association | | |
| **Borrower(s):** | 1133 Northwest L Street Real Estate LLC, an Indiana limited liability company | | |
| **Bank Attorney:** | Kensington Vanguard National Land Services, LLC | | |

| CHARGE DESCRIPTION | BORROWER | LENDER |
|---|---|---|
| **POLICY PREMIUMS:** | | |
| Loan Policy Premium | $14,975.00 | |
| **Policy Premiums Sub Total:** | **$14,975.00** | **$0.00** |
| **ENDORSEMENTS:** | | |
| ALTA Endorsement 8.2-06 (Commercial Environmental Protection Lien) | $50.00 | |
| SE-93 - Deletion of Arbitration Endorsement - ALTA Loan Policy | $50.00 | |
| ALTA Endorsement 6 (Variable Rate Mortgage) | $50.00 | |
| **Endorsements Sub Total:** | **$150.00** | **$0.00** |
| **OTHER CHARGES:** | | |
| Patriot Search | $25.00 | |
| Courier Fee | $50.00 | |
| CPL Premium | $25.00 | |
| Recording Service Fee | $50.00 | |
| TIEFF | $5.00 | |
| Title Search Fee | $1,400.00 | |
| **Other Charges Sub Total:** | **$1,555.00** | **$0.00** |
| **RECORDING FEES:** | | |
| Recording Fee - Mortgage | $55.00 | |
| Recording Fee - Assigment of Leases and Rents x3 | $75.00 | |
| Recording Fee - Assignment of Mortgage x2 | $50.00 | |
| **Recording Fees Sub Total:** | **$180.00** | **$0.00** |
| **TOTALS:** | **$16,860.00** | **$0.00** |

**TITLE POLICIES AND INFORMATION**

* **Mortgage Policy for $15,000,000.00**
  Final Premium $14,975.00
* Property Type: Commercial
  Property Use: Commercial

| PAYOR | |
|---|---|
| | |
| | |
| | |
| TOTAL | |

| PAYEE | |
|---|---|
| | |
| | |
| | |
| TOTAL | |

Please remit payment to:
Kensington Vanguard National Land Services, LLC

KENSINGTON VANGUARD
NATIONAL LAND SERVICES
41 Madison Avenue, 21st Floor, New York, NY 10010
Phone: (212)532-8686 Fax:(646)417-5642

**Title No.:** 5247392-W-GA-CR-KF-D
**Premises:** 1912 Memorial Drive, Waycross, GA 31501
**Lender:** Newtek Bank, National Association
**Borrower(s):** Michael Shabsels
**Bank Attorney:** Kensington Vanguard National Land Services, LLC

**Invoice Date:** 06/30/25
**Settlement Date:** 06/30/25

| CHARGE DESCRIPTION | BORROWER | LENDER |
|---|---|---|
| **POLICY PREMIUMS:** | | |
| Loan Policy Premium | $47,480.00 | |
| **Policy Premiums Sub Total:** | **$47,480.00** | **$0.00** |
| **OTHER CHARGES:** | | |
| Patriot Search | $25.00 | |
| Courier Fee | $50.00 | |
| CPL Premium | $50.00 | |
| Recording Service Fee | $50.00 | |
| Title Search Fee | $1,650.00 | |
| Parcel WA24 01 024 T - 2024 Taxes DELINQUENT due 7/15/2025 | $5,371.96 | |
| Parcel WA24 01 024 - 2024 Taxes DELINQUENT due 7/15/2025 | $92,196.15 | |
| Parcel WA24 01 024 T1 - 2024 Taxes DELINQUENT due 7/15/2025 | $6,547.59 | |
| Parcel WA24 01 024 T2 - 2024 Taxes DELINQUENT due 7/15/2025 | $6,721.07 | |
| Parcel WA24 01 024 T3 - 2024 Taxes DELINQUENT due 7/15/2025 | $7,301.90 | |
| **Other Charges Sub Total:** | **$119,963.67** | **$0.00** |
| **RECORDING FEES:** | | |
| Recording Fee - Mortgage | $25.00 | |
| Recording Fee - Assignment of Leases and Rents x3 | $75.00 | |
| Mortgage Intangible Tax | $25,000.00 | |
| Recording Fee - Assignment of Mortgage x2 | $50.00 | |
| **Recording Fees Sub Total:** | **$25,150.00** | **$0.00** |
| **TOTALS:** | **$192,593.67** | **$0.00** |

**TITLE POLICIES AND INFORMATION**

* **Mortgage Policy for $15,000,000.00**
  Final Premium $47,480.00

* Property Type: Commercial
  Property Use: Commercial

| PAYOR | |
|---|---|
| | |
| | |
| | |
| **TOTAL** | |

| PAYEE | |
|---|---|
| | |
| | |
| | |
| **TOTAL** | |

Please remit payment to:
Kensington Vanguard National Land Services, LLC

KENSINGTON VANGUARD
NATIONAL LAND SERVICES
41 Madison Avenue, 21st Floor, New York, NY 10010
Phone: (212) 532-8686 Fax:(646)417-5642

**Title No.:** 5247392-W-VA-CR-KF-E
**Premises:** 201 Centre Drive, Stephens City, VA 22655
**Lender:** Newtek Bank, National Association
**Borrower(s):** 201 Centre Drive Real Estate LLC
**Bank Attorney:** Kensington Vanguard National Land Services, LLC

**Invoice Date:** 06/30/25
**Settlement Date:** 06/30/25

| CHARGE DESCRIPTION | BORROWER | LENDER |
|---|---|---|
| **POLICY PREMIUMS:** | | |
| Loan Policy Premium | $22,245.00 | |
| **Policy Premiums Sub Total:** | **$22,245.00** | **$0.00** |
| **OTHER CHARGES:** | | |
| Verify record release Fee | $42.00 | |
| CPL Premium | $35.00 | |
| Delivery/Handling Fee | $68.00 | |
| File Arcive Fee | $25.00 | |
| Title Binder Fee | $85.00 | |
| Title Search Fee | $650.00 | |
| **Other Charges Sub Total:** | **$905.00** | **$0.00** |
| **RECORDING FEES:** | | |
| Recording Fee - Mortgage | $60.00 | |
| Recording Fee - Assignment of Leases and Rents x3 | $120.00 | |
| State Mortgage Tax | $26,000.00 | |
| County Mortgage Tax | $8,667.00 | |
| Recording Fee - Assignment of Mortgage x2 | $80.00 | |
| **Recording Fees Sub Total:** | **$34,927.00** | **$0.00** |
| **TOTALS:** | **$58,077.00** | **$0.00** |

**TITLE POLICIES AND INFORMATION**

* **Mortgage Policy for $15,000,000.00**
  Final Premium $22,245.00

* Property Type: Commercial
  Property Use: Commercial

| PAYOR | |
|---|---|
| | |
| | |
| | |
| TOTAL | |

| PAYEE | |
|---|---|
| | |
| | |
| | |
| TOTAL | |

Please remit payment to:
Kensington Vanguard National Land Services, LLC

KENSINGTON VANGUARD
NATIONAL LAND SERVICES
41 Madison Avenue, 21st Floor, New York, NY 10010
Phone: (212)532-8686 Fax:(646)417-5642

**Title No.:** 5247392-S-FL-CR-KF-F
**Premises:** 7335 Gladiolus Drive, Fort Myers, FL 33908
**Lender:** Newtek Bank, National Association
**Borrower(s):** 7335 Gladiolus LLC, a Florida limited liability company
**Bank Attorney:** Kensington Vanguard National Land Services, LLC

**Invoice Date:** 06/30/25
**Settlement Date:** 06/30/25

| CHARGE DESCRIPTION | BORROWER | LENDER |
|---|---|---|
| **POLICY PREMIUMS:** | | |
| Loan Policy Premium | $36,325.00 | |
| **Policy Premiums Sub Total:** | **$36,325.00** | **$0.00** |
| **ENDORSEMENTS:** | | |
| ALTA Endorsement 6 (Variable Rate Mortgage) | $25.00 | |
| ALTA Endorsement 8.2-06 (Commercial Environmental Protection Lien) | $25.00 | |
| ALTA Endorsement 25-06 (Same As Survey) | $25.00 | |
| **Endorsements Sub Total:** | **$75.00** | **$0.00** |
| **OTHER CHARGES:** | | |
| Courier Fee | $50.00 | |
| Recording Service Fee | $50.00 | |
| Title Search Fee | $350.00 | |
| **Other Charges Sub Total:** | **$450.00** | **$0.00** |
| **RECORDING FEES:** | | |
| Recording Fee - Mortgage | $256.50 | |
| Recording Fee - Assignment of Leases and Rents x3 | $514.50 | |
| Mortgage Tax | $52,500.00 | |
| Mortgage Intangible Tax | $30,000.00 | |
| Recording Fee - Assignment of Mortgage x2 | $343.00 | |
| **Recording Fees Sub Total:** | **$83,614.00** | **$0.00** |
| **TOTALS:** | **$120,464.00** | **$0.00** |

**TITLE POLICIES AND INFORMATION**

* **Mortgage Policy for $15,000,000.00**
  Final Premium $36,325.00
* Property Type: Commercial
  Property Use: Commercial

| PAYOR | |
|---|---|
| | |
| | |
| | |
| TOTAL | |

| PAYEE | |
|---|---|
| | |
| | |
| | |
| TOTAL | |

Please remit payment to:
Kensington Vanguard National Land Services, LLC

WFG National Title Insurance Company
a Williston Financial Group company

# INVOICE

Date: June 29, 2025

File No: 25-158676
Loan No.:

Newtek Business Services HOLDCO 6, Inc.
1981 Marcus Avenue, Suite 130
Lake Success, NY 11042

Property: 2203 Grand Canal Blvd, Stockton, CA 95207
Loan amount: $4,350,000.00

| DESCRIPTION | AMOUNT |
|---|---|
| Title - Endorsement-Assignment to WFG National Title Company of Cali | $500.00 |
| Title - Inspection Fee to WFG National Title Company of California, | $250.00 |
| Title - Courier Fee | $50.00 |
| Lenders Title Insurance Premium | $5,096.00 |
| CA Affordable Housing Recording Fees | $225.00 |
| CA Affordable Housing Recording Fees | $225.00 |
| Recording Fee, Other | $350.00 |
| Recording Service Fee | $23.00 |
| Recording Service Fee | $23.00 |
| Recording Fees, Mortgage to WFG National Title Company of California | $150.00 |
| **TOTAL** | **$6,892.00** |

***WFG National Title Insurance Company***
***Attn: Commercial Department***
***700 NE Multnomah Street., Suite 190***
***Portland, OR 97232***

***Thank you and please reference the file number on your check and remit to the above address***

WFG National Title Insurance Company
a Williston Financial Group company

# INVOICE

Date: June 30, 2025

File No: 2647738AR-C
Customer: Shabsels Brothers Summer Camps
(1401 Highway 49B Real Estate LLC)

Newtek Lending
1981 Marcus Avenue, Suite 130
Lake Success, NY 11042
Loan No. RID 2767461

Property: 1401 US Highway 49B, Paragould, AR 72450 (Greene)

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Title search / Abstract Fee | | $ 600.00 |
| Extended Premium lender's policy coverage of $3,097,000.00. | | $7,231.00 |
| Endorsements: | ALTA 25-06 | $ 125.00 |
| | ALTA 9 | $ 723.00 |
| | ALTA 6-06 | $ 125.00 |
| | ALTA 8.2 | $ 723.00 |
| | ALTA 10 (Assignment) | $ 125.00 |
| Federal Express fees (County is not an electronic filing County) | | $ 100.00 |
| Recording fees: | Mortgage | $ 60.00 |
| | Assignment of Rents | $ 45.00 |
| | Assignment of Mortgage (based on 1 only) ESTIMATE | $ 45.00 |
| | Assignment of Assignment of Rents (based on 1 only) EST | $ 45.00 |
| **TOTAL** | | **$9,947.00** |

***WFG National Title Insurance Company***
***Attn: Commercial Department***
***2300 Eastlake Avenue East, Suite 100***
***Seattle, WA 98102***

***Thank you and please reference the file number on your check and remit to the above address***

**Shannon Kathrein**

| | |
|---|---|
| **From:** | Kristie Bonham <KristieB@OKCAbstract.com> |
| **Sent:** | Wednesday, July 2, 2025 9:59 AM |
| **To:** | Donna Colley |
| **Cc:** | Bells Parlato; Susan Makin; Tobie Coffey; Shannon Kathrein; 'Marlo OConnor' |
| **Subject:** | RE: 6708 W Wilshire Blvd Oklahoma City, OK 73132 [redacted]7461 - Shabsels Brothers Summer Camps - 2503941 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Donna,

Here's amounts for title charges, mortgage tax, etc requested below:

Mortgage Tax - $3,500.00 (if term of mortgage is 5 years or more)
Mortgage Tax Certification - $5.00
Premium for loan policy - $7,840.00
Recording fees – 1st page of document $8.00, $2.00 each additional page and $10.00 preservation fee each document.

Sorry for the delay in getting this to you. Let me know any questions or if you need further info.

Thanks,
Kristie

UP COMING TIME OFF: JULY 10TH TO JULY 17TH, 2025

**Kristie Bonham**
**Oklahoma City Abstract & Title Co.**
Commercial Title Insurance Department
405-348-8605
KristieB@okcabstract.com www.okcabstract.com
1000 W 15th St., Edmond, OK 73013

**Be Vigilant!**
Criminals can easily spoof or fake the email addresses and can send fraudulent emails
pretending to be the real estate agent, title company or lender, including an identical looking signature block in their email – but with a new phone number. The criminal is prepared to answer this phone number.
For your protection DO NOT COMPLY WITH E-MAIL INSTRUCTIONS TO WIRE FUNDS FROM ANYONE VIA E-MAIL OR PHONE WITHOUT VERIFYING BY CALLING OUR OFFICE!

PRIOLET & ASSOCIATES, P.C.
ATTORNEYS AT LAW
1025 WESTCHESTER AVENUE • SUITE 320 • WHITE PLAINS, NY 10604
(914) 288-0400 • (914) 288-0404 FAX

INVOICE FOR LEGAL SERVICES RENDERED

June 30, 2025

To: Shabsels Brothers Summer Camps
179 Blue Star Way
Hendersonville, NC 28739
Attn: Michael Shabsels

*RE: $15,000,000.00 Conventional Project Financing Loan to Shabsels Brothers Summer Camps (Loan No. [redacted]7461)*

***FOR PROFESSIONAL SERVICES RENDERED:***

Legal representation in connection with the closing of the referenced loan $12,500.00

***Total Now Due:*** **$12,500.00**

**Debbie Holewinski**

---

| | |
|---|---|
| **From:** | Shannon Kathrein |
| **Sent:** | Friday, August 8, 2025 11:10 AM |
| **To:** | Debbie Holewinski; Casey Schwalbe; Jada Budhoo; Melvin Bettis; Donna Colley |
| **Cc:** | John Faltings; Indira Eldemire; Cortney Wiedemann |
| **Subject:** | Re: Shabsels Brothers Summer Camps RID : [redacted]7461 - 5247392 B |
| **Attachments:** | UOP-Shabsels.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi Debbie,

Please see the updates attached - Kensington was the big factor on the policy that was removed, but WFG and Atlantic had revised numbers too. The red box shows what title disbursed with blue numbers showing the updated amounts. We originally expected the total to be $489,223.67. The total revised amount that was actually disbursed was $284,276. The difference is the amount returned, $204,947.67.

Thanks,
Shannon

**Shannon Kathrein**
Closing Attorney
Small Business Lending, LLC, a subsidiary of Newtek Bank, N.A.

Direct: **(516) 254-7592**
**skathrein@newtekone.com**

NewtekLending® A Division of NewtekOne
Banking • Payments • Technology
Lending • Payroll • Insurance

---

**From:** Debbie Holewinski <dholewinski@newtekone.com>
**Sent:** Thursday, August 7, 2025 1:50 PM
**To:** Shannon Kathrein <skathrein@newtekone.com>; Casey Schwalbe <cschwalbe@newtekone.com>; Jada Budhoo <jbudhoo@newtekone.com>; Melvin Bettis <mbettis@newtekone.com>; Donna Colley <dcolley@newtekone.com>
**Cc:** John Faltings <jfaltings@newtekone.com>; Indira Eldemire <ieldemire@newtekone.com>; Cortney Wiedemann <cwiedemann@newtekone.com>
**Subject:** RE: Shabsels Brothers Summer Camps RID : [redacted]7461 - 5247392 B

Jada,

Can you please provide a breakdown of the source of the funds being held that require refund.

<ieldemire@newtekone.com>
**Subject:** RE: Shabsels Brothers Summer Camps RID : [redacted]7461 - 5247392 B

Hi Debbie, below is the amount we received that should be moving over to the borrowers account per attached. Sorry, I don't have any other supporting docs.




Sincerely,

**Jada Budhoo**
Senior Accountant

Direct: **(212) 273-8123**
**jbudhoo@newtekone.com**

NewtekBank® A Division of NewtekOne
Banking • Payments • Technology
Lending • Payroll • Insurance

## FUNDING REQUEST

Disbursement Date: 6/30/2025

Loan # 2767461

Borrower: IAFA OPERATINGCO, LLC

Closing Date: June 30, 2025

Total Loan Amount: $ 15,000,000.00

Note Term (yrs): 25

Loan Closer: Debbie Holewinski

Product: Alternative Financing

Closing Attorney Shannon Katherin

Lender Name lewtek Business Services HOLDCO6 In

| Disbursements | | Funding Amounts |
|---|---|---|
| (X) FULL ( ) PARTIAL | **$** | **15,000,000.00** |
| Prior Disbursed Amount | $ | - |
| Balance to be Disbursed | $ | - |
| Plus Good Faith Deposit | $ | 45,000.00 |
| Minus Expenses | $ | (1,207,729.06) |
| Net Wire Closing Agent | $ | 13,837,270.94 |

| Monthly Payments Debited from: | |
|---|---|
| Bank Name: | Newtek Bank |

Funding to Newtek Bank Operating Account

Account Name: CAMP MED-O-LARK, INC
Account #: [redacted]0940
Reference: Working Capital - Loan Proceeds
Amount: $13,348,047.27

Additional Wire Instructions

Wire To: Bank of America
ABA#: *026-009-593
Account #: [redacted]-6963
Account Name: Kensington Vanguard National Land Services, LLC
Recipient Address/City/State/Zip: 41 Madison Avenue, 21st Floor, New York, NY 10010
Reference: 5247392-XF-CT-CR-KF-A
Amount: $489,223.67

| Wire Verification Information | |
|---|---|
| Date Verified: | N/A |
| Verified With: | N/A |
| Verified By: | N/A |

**if Vendor/Lender, name, title, phone number of who you spoke with*

Debbie Holewinski
Loan Closer

DocuSigned by:
Angela Hardee
33480073775A42D...
Closing Manager Approval*

**Secondary Management Approval**

DocuSigned by:
Casey Schwalbe
7C0408CEA0A8425...
Casey Schwalbe, SVP, Closing and Legal **

Leslie Klam, SVP, Quality Assurance **

***A Closing Team Lead may substitute for Closing Manager when Closing Manager is out of office.***

*****Only one secondary Management Approval Required***

***All OFAC checks for payees have been completed with no findings.***

# Newtek Business Serrvices HOLDCO6 Inc

INITIAL INTEREST-ONLY CALCULATION & INVOICE
(INVOICE AMOUNT CALCULATED BY Newtek)

**Borrower:** IAFA OPERATINGCO, LLC
**Loan #:** [redacted]7461

**Invoice Date:** 6/30/2025

| | Loan Specifics |
|---|---|
| **Loan Amount** | $ 15,000,000.00 |
| **Initial Disbursement Amount** | $ 15,000,000.00 |
| **Initial Disbursement Date** | 6/30/2025 |
| **First Payment Due Date** | 7/5/2025 |
| **Initial Annual Interest Rate** | 13.32% |
| **Accrual Basis** | Actual/360 |
| **Prepaid Interest Payment (Up to Date)** | 07/05/25 |
| **Per Diem Interest Amount** | $ 5,550.00 |
| **# of Days Interest to be Invoiced** | 5 |
| **Amount of Initial Interest-Only Invoice** | **$ 27,750.00** |

Accounting of Expenses for:

Borrower Name IAFA OPERATINGCO, LLC
Loan # [redacted]7461

**Newtek Expenses**

| | | |
|---|---|---|
| Prepaid Interest from **June 30, 2025 through July 5, 2025** | $ | 27,750.00 |
| Legal Services performed by Newtek Counsel | $ | 19,752.50 |
| Flood Search *($15.21 each)* | $ | 273.78 |
| Search Fees | $ | 14,040.78 |
| Search Fees [Pending Invoices - Estimate] | $ | 5,000.00 |
| Credit Reports | $ | 100.00 |
| Origination Fee | $ | 525,000.00 |
| Loan Administration Fee | $ | 30,000.00 |
| Collateral Reserve Account - Transfer at Closing to Newtek Bank Acct. No. 375490940 | $ | 500,000.00 |
| Misc.Shipping Fees/Fed Ex/Courier | $ | 350.00 |
| Tax Guard (14) | $ | 1,547.00 |
| Business Valuation | $ | 6,565.00 |
| Commercial Appraisal Report - 1401 | $ | 4,800.00 |
| Commercial Appraisal Review - 1401 | $ | 1,300.00 |
| Phase I - 1401 | $ | 1,650.00 |
| Commercial Appraisal Report - 7335 | $ | 4,800.00 |
| Commercial Appraisal Review - 7335 | $ | 1,300.00 |
| Phase I - 7335 | $ | 1,650.00 |
| Commercial Appraisal Report - 1133 | $ | 4,800.00 |
| Commercial Appraisal Review - 1113 | $ | 1,300.00 |
| Phase I - 1113 | $ | 1,650.00 |
| Commercial Appraisal Report - 2203 | $ | 4,800.00 |
| Commercial Appraisal Review - 2203 | $ | 1,300.00 |
| Phase I - 2203 | $ | 1,650.00 |
| Commercial Appraisal Report - 201 | $ | 4,800.00 |
| Commercial Appraisal Review - 201 | $ | 1,300.00 |
| Phase I - 201 | $ | 1,650.00 |
| Phase II - 201 [Estimate] | $ | 10,000.00 |
| Commercial Appraisal Report - 4800 | $ | 4,800.00 |
| Commercial Appraisal Review - 4800 | $ | 1,300.00 |
| Phase I - 4800 | $ | 1,650.00 |
| Phase I - 12 | $ | 1,650.00 |
| Commercial Appraisal Report - 1912 | $ | 4,800.00 |
| Commercial Appraisal Review - 1912 | $ | 3,000.00 |
| Phase I - 1912 | $ | 1,650.00 |
| Commercial Appraisal Report - Wilshire | $ | 6,700.00 |
| Commercial Appraisal Review - Wilshire | $ | 1,300.00 |
| Phase I - Wilshire | $ | 1,750.00 |
| **Subtotal - Newtek Expenses** | **$** | **1,207,729.06** |

Debbie Holewinski
Loan Closer

DocuSigned by:
Angela Hardee
33480073775A42D...
Closing Manager Approval

**Debbie Holewinski**

| | |
|---|---|
| **From:** | Christina Page |
| **Sent:** | Thursday, June 26, 2025 10:57 AM |
| **To:** | Debbie Holewinski; Evalreports |
| **Subject:** | Re: IAFA OPERATINGCO, LLC - [redacted]7461 |

With respect to the Phase II on 201- we don't even have a proposal yet. It has not been conducted.

*Thank you,*

*Christina Page*

Christina Page
3rd Party Reporting Manager
Small Business Lending, LLC, a subsidiary of Newtek Bank, N.A.
Direct: (212) 273-8255
cpage@newtekone.com

NewtekLending® A Division of NewtekOne

Banking • Payments • Technology
Lending • Payroll • Insurance

***READING IS FUNDAMENTAL***

---

**From:** Debbie Holewinski <dholewinski@newtekone.com>
**Sent:** Thursday, June 26, 2025 11:48 AM
**To:** Evalreports <evalreports@newteksbfinance.com>
**Subject:** IAFA OPERATINGCO, LLC [redacted]7461

Hello,

We are closing on the following loan:

IAFA OPERATINGCO, LLC –[redacted]7461

Please verify that my TPR/Tax Guard expenses are correct. If not, please complete the below chart below listing all expenses.

| | | | |
|---|---|---|---|
| Business Valuation | $ | 6,565.00 | |
| Commercial Appraisal Report - 1401 | $ | 4,800.00 | |
| Commercial Appraisal Review - 1401 | $ | 1,300.00 | need in |
| Phase I - 1401 | $ | 1,650.00 | need in |
| Commercial Appraisal Report - 7335 | $ | 4,800.00 | |
| Commercial Appraisal Review - 7335 | $ | 1,300.00 | |
| Phase I - 7335 | $ | 1,650.00 | wrong i |
| Commercial Appraisal Report - 1133 | $ | 4,800.00 | |
| Commercial Appraisal Review - 1113 | $ | 1,300.00 | need in |
| Phase I - 1113 | $ | 1,650.00 | need in |
| Commercial Appraisal Report - 2203 | $ | 4,800.00 | |
| Commercial Appraisal Review - 2203 | $ | 1,300.00 | need in |
| Phase I - 2203 | $ | 1,650.00 | |
| Commercial Appraisal Report - 201 | $ | 4,800.00 | |
| Commercial Appraisal Review - 201 | $ | 1,300.00 | |
| Phase I - 201 | $ | 1,650.00 | |
| Phase II - 201 | | | need in |
| Commercial Appraisal Report - 4800 | $ | 4,800.00 | |
| Commercial Appraisal Review - 4800 | $ | 1,300.00 | |
| Phase I - 4800 | $ | 1,650.00 | need in |
| Phase I - 12 | $ | 1,650.00 | |
| Commercial Appraisal Report - 1912 | $ | 4,800.00 | |
| Commercial Appraisal Review - 1912 | $ | 3,000.00 | need in |
| Phase I - 1912 | $ | 1,650.00 | |
| Commercial Appraisal Report - Wilshire | $ | 6,700.00 | need in |
| Commercial Appraisal Review - Wilshire | $ | 1,300.00 | need in |
| Phase I - Wilshire | $ | 1,750.00 | need in |

If not correct, please complete the below chart:

Commercial Appraisal: _______
Appraisal Review: _______
Residential Report: _______
Commercial BPO: _______
Residential BPO: _______
Equipment Report: _______
Business Valuation: _______
Environmental Report: _______
RSRA: _______
TSA: _______
Phase I: _______
Phase II: _______
Lead/Water Testing: _______
Tax Guard: _______

Thank you,

**Debbie Holewinski**

Wolters Kluwer

Lien Solutions



## DAILY INVOICE

Invoice #: 04183643
Invoice Date: Jun 26, 2025
Due Date: Aug 25, 2025
Customer #: 60288
Reference 1: CONV[redacted]7461
Reference 2: NEWTEK BUSINESS SERV

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104706844 06/24/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **1133 NORTHWEST L STREET LLC** | | | |
| Certificate of Good Standing or Equivalent - IN, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - IN, Secretary of State | | $28.60 | $28.60 |
| Target Sub Total: | $33.07 | $28.60 | $61.67 |
| **201 CENTRE DRIVE LEASING LLC** | | | |
| Certificate of Good Standing or Equivalent - VA, State Corporation Commission | $33.07 | | $33.07 |
| Correspondent or Access Fee - VA, State Corporation Commission | | $28.60 | $28.60 |
| County or State Fees - VA, State Corporation Commission | | $6.00 | $6.00 |
| Target Sub Total: | $33.07 | $34.60 | $67.67 |
| **2203 GRAND CANAL BOULEVARD LEASING LLC** | | | |
| Certificate of Good Standing or Equivalent - CA, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - CA, Secretary of State | | $5.00 | $5.00 |
| Correspondent or Access Fee - CA, Secretary of State | | $28.60 | $28.60 |
| Target Sub Total: | $33.07 | $33.60 | $66.67 |
| **4800 USH 280 LEASING LLC** | | | |
| Certificate of Good Standing or Equivalent - AL, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - AL, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - AL, Secretary of State | | $41.30 | $41.30 |
| Target Sub Total: | $33.07 | $69.90 | $102.97 |

Wolters Kluwer

Lien Solutions

Page: 2

# DAILY INVOICE

Invoice #: 04183643
Invoice Date: Jun 26, 2025
Due Date: Aug 25, 2025
Customer #: 60288
Reference 1: CONV [redacted]7461
Reference 2: NEWTEK BUSINESS SERV

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104706844 06/24/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **LEETON REAL ESTATE INC** | | | |
| Certificate of Good Standing or Equivalent - NY, Department of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - NY, Department of State | | $28.60 | $28.60 |
| County or State Fees - NY, Department of State | | $25.00 | $25.00 |
| Target Sub Total: | $33.07 | $53.60 | $86.67 |
| **OKLAHOMA WILSHIRE LOFTS LEASING LLC** | | | |
| Certificate of Good Standing or Equivalent - OK, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - OK, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - OK, Secretary of State | | $20.00 | $20.00 |
| Target Sub Total: | $33.07 | $48.60 | $81.67 |
| **OKLAHOMA WILSHIRE LOFTS REAL ESTATE LLC** | | | |
| Certificate of Good Standing or Equivalent - OK, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - OK, Secretary of State | | $20.00 | $20.00 |
| Correspondent or Access Fee - OK, Secretary of State | | $28.60 | $28.60 |
| Target Sub Total: | $33.07 | $48.60 | $81.67 |
| Order Totals: | $231.49 | $317.50 | $548.99 |

**Invoice Totals**

Service Rep: Rachel Sims

| | |
|---|---|
| **Service Charges:** | **$231.49** |
| **Additional Fees:** | **317.50** |
| **State and Local Taxes:** | **37.24** |
| **Total Amount Due:** | **$586.23** |

**(Your total savings on this invoice is 139.65 )**

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* LienSolutions.ClientSupport@wolterskluwer.com
*Phone:* 800-833-5778

Wolters Kluwer

Lien Solutions



# DAILY INVOICE

Invoice #: **04183643**
Invoice Date: **Jun 26, 2025**
Due Date: **Aug 25, 2025**
Customer #: **60288**
Reference 1: **CONV[redacted]7461**
Reference 2: **NEWTEK BUSINESS SERV**

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

Wolters Kluwer

Lien Solutions

Page: 1

# DAILY INVOICE

Invoice #: 04184285
Invoice Date: Jun 30, 2025
Due Date: Aug 29, 2025
Customer #: 60288
Reference 1: CONV[redacted]7461
Reference 2: NEWTEK BUSINESS SERV

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104757640 06/26/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **1133 NORTHWEST L STREET LEASING LLC** | | | |
| Certificate of Good Standing or Equivalent - IN, Secretary of State | $33.07 | | $33.07 |
| Expediting Fee - IN, Secretary of State | $39.37 | | $39.37 |
| County or State Fees - IN, Secretary of State | | $27.00 | $27.00 |
| Correspondent or Access Fee - IN, Secretary of State | | $28.60 | $28.60 |
| Target Sub Total: | $72.44 | $55.60 | $128.04 |
| Order Totals: | $72.44 | $55.60 | $128.04 |

**Invoice Totals**

Service Rep: Kathy Andrysiak (800) 777-8567 Ext.84531

| | |
|---|---|
| **Service Charges:** | **$72.44** |
| **Additional Fees:** | **55.60** |
| **State and Local Taxes:** | **8.71** |
| **Total Amount Due:** | **$136.75** |

**(Your total savings on this invoice is 19.95 )**

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* LienSolutions.ClientSupport@wolterskluwer.com
*Phone:* 800-833-5778

Wolters Kluwer

Lien Solutions

Page: 1

**DAILY INVOICE**

| | |
|---|---|
| Invoice #: | 04177426 |
| Invoice Date: | Jun 06, 2025 |
| Due Date: | Aug 05, 2025 |
| Customer #: | 60288 |
| Reference 1: | [redacted]7461 |
| Reference 2: | Newtek Business Serv |
| Reference 3: | Debbie Holewinski |
| Reference 4: | dholewinski@newtekon |

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104396654 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **WAUKEELA OPERATINGCO, LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - NH, Carroll County, DISTRICT OF New Hampshire | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Carroll County, DISTRICT OF New Hampshire | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - NH, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - NH, Secretary of State | | $7.00 | $7.00 |
| Correspondent or Access Fee - NH, Secretary of State | | $28.60 | $28.60 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - NH, Carroll County | $44.10 | | $44.10 |
| Correspondent or Access Fee - NH, Carroll County | | $89.10 | $89.10 |
| State Lien Search (All available liens) - NH, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Secretary of State | | $28.60 | $28.60 |
| County or State Copy Fees - NH, Secretary of State | | $52.50 | $52.50 |
| Litigation Search- Searched as Defendant - NH, Carroll County | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Carroll County | | $41.80 | $41.80 |
| County or State Fees - NH, Carroll County | | $20.00 | $20.00 |
| Federal Litigation Search- Searched as Defendant - NH, Carroll County, DISTRICT OF New Hampshire | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Carroll County, DISTRICT OF New Hampshire | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - NH, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $340.70 | $311.60 | $652.30 |
| Order Totals: | $340.70 | $311.60 | $652.30 |

| Order# 104396791 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **WM LAND, LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - NH, Hillsborough County, DISTRICT OF New Hampshire | $33.07 | | $33.07 |

Wolters Kluwer

Lien Solutions



# DAILY INVOICE

Invoice #: 04177426
Invoice Date: Jun 06, 2025
Due Date: Aug 05, 2025
Customer #: 60288
Reference 1: [redacted]7461
Reference 2: Newtek Business Serv
Reference 3: Debbie Holewinski
Reference 4: dholewinski@newtekon

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104396791 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **WM LAND, LLC** | | | |
| Correspondent or Access Fee - NH, Hillsborough County, DISTRICT OF New Hampshire | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - NH, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - NH, Secretary of State | | $7.00 | $7.00 |
| Correspondent or Access Fee - NH, Secretary of State | | $28.60 | $28.60 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - NH, Hillsborough County | $44.10 | | $44.10 |
| Correspondent or Access Fee - NH, Hillsborough County | | $89.10 | $89.10 |
| State Lien Search (All available liens) - NH, Secretary of State | $33.07 | | $33.07 |
| County or State Copy Fees - NH, Secretary of State | | $52.50 | $52.50 |
| Correspondent or Access Fee - NH, Secretary of State | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - NH, Hillsborough County | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Hillsborough County | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - NH, Hillsborough County, DISTRICT OF New Hampshire | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Hillsborough County, DISTRICT OF New Hampshire | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - NH, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $340.70 | $291.60 | $632.30 |
| Order Totals: | $340.70 | $291.60 | $632.30 |

| Order# 104396844 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **WM CAMP, LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - NH, Hillsborough County, DISTRICT OF New Hampshire | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Hillsborough County, DISTRICT OF New Hampshire | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - NH, Secretary of State | $33.07 | | $33.07 |

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* LienSolutions.ClientSupport@wolterskluwer.com
*Phone:* 800-833-5778

Wolters Kluwer

Lien Solutions



# DAILY INVOICE

Invoice #: 04177426
Invoice Date: Jun 06, 2025
Due Date: Aug 05, 2025
Customer #: 60288
Reference 1: [redacted]7461
Reference 2: Newtek Business Serv
Reference 3: Debbie Holewinski
Reference 4: dholewinski@newtekon

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104396844 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **WM CAMP, LLC** | | | |
| Correspondent or Access Fee - NH, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - NH, Secretary of State | | $7.00 | $7.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - NH, Hillsborough County | $44.10 | | $44.10 |
| Correspondent or Access Fee - NH, Hillsborough County | | $89.10 | $89.10 |
| State Lien Search (All available liens) - NH, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Secretary of State | | $28.60 | $28.60 |
| County or State Copy Fees - NH, Secretary of State | | $54.25 | $54.25 |
| Litigation Search- Searched as Defendant - NH, Hillsborough County | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Hillsborough County | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - NH, Hillsborough County, DISTRICT OF New Hampshire | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Hillsborough County, DISTRICT OF New Hampshire | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - NH, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $340.70 | $293.35 | $634.05 |
| Order Totals: | $340.70 | $293.35 | $634.05 |

| Order# 104397184 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **SHABSELS, DAVID** | | | |
| Bankruptcy Search - Searched as Petitioner - NY, Westchester County, Southern District | $33.07 | | $33.07 |
| Correspondent or Access Fee - NY, Westchester County, Southern District | | $22.00 | $22.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - NY, Westchester County | $44.10 | | $44.10 |
| Correspondent or Access Fee - NY, Westchester County | | $89.10 | $89.10 |
| Copies (per Pg) - NY, Department of State | $229.25 | | $229.25 |

Wolters Kluwer

Lien Solutions



# DAILY INVOICE

| | |
|---|---|
| Invoice #: | 04177426 |
| Invoice Date: | Jun 06, 2025 |
| Due Date: | Aug 05, 2025 |
| Customer #: | 60288 |
| Reference 1: | [redacted]7461 |
| Reference 2: | Newtek Business Serv |
| Reference 3: | Debbie Holewinski |
| Reference 4: | dholewinski@newtekon |

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104397184 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **SHABSELS, DAVID** | | | |
| State Lien Search (All available liens) - NY, Department of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - NY, Department of State | | $28.60 | $28.60 |
| County or State Copy Fees - NY, Department of State | | $29.75 | $29.75 |
| State Tax Lien Search - NY, Department of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - NY, Department of State | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - NY, Westchester County | $33.07 | | $33.07 |
| Correspondent or Access Fee - NY, Westchester County | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - NY, Westchester County, Southern District | $33.07 | | $33.07 |
| Correspondent or Access Fee - NY, Westchester County, Southern District | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - NY, Department of State | $131.25 | | $131.25 |
| Target Sub Total: | $569.95 | $261.85 | $831.80 |
| Order Totals: | $569.95 | $261.85 | $831.80 |

| Order# 104397261 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **BANNER OPERATINGCO, LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - IL, Lake County, Northern District | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Lake County, Northern District | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - IL, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - IL, Secretary of State | | $26.00 | $26.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - IL, Lake County | $44.10 | | $44.10 |
| Correspondent or Access Fee - IL, Lake County | | $89.10 | $89.10 |
| Copies (per Pg) - IL, Secretary of State | $68.25 | | $68.25 |

Wolters Kluwer

Lien Solutions



# DAILY INVOICE

Invoice #: **04177426**
Invoice Date: **Jun 06, 2025**
Due Date: **Aug 05, 2025**
Customer #: **60288**
Reference 1: **[redacted]7461**
Reference 2: **Newtek Business Serv**
Reference 3: **Debbie Holewinski**
Reference 4: **dholewinski@newtekon**

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104397261 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **BANNER OPERATINGCO, LLC** | | | |
| State Lien Search (All available liens) - IL, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Secretary of State | | $28.60 | $28.60 |
| County or State Copy Fees - IL, Secretary of State | | $8.75 | $8.75 |
| State Tax Lien Search - IL, Department of Revenue | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Department of Revenue | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - IL, Lake County | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Lake County | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - IL, Lake County, Northern District | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Lake County, Northern District | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - IL, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $442.02 | $295.45 | $737.47 |
| Order Totals: | $442.02 | $295.45 | $737.47 |

| Order# 104397275 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **BANNER LANDCO, LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - IL, Lake County, Northern District | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Lake County, Northern District | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - IL, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - IL, Secretary of State | | $26.00 | $26.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - IL, Lake County | $44.10 | | $44.10 |
| Correspondent or Access Fee - IL, Lake County | | $89.10 | $89.10 |
| County or State Copy Fees - IL, Lake County | | $8.75 | $8.75 |
| Copies (per Pg) - IL, Secretary of State | $42.00 | | $42.00 |

Wolters Kluwer

Lien Solutions



# DAILY INVOICE

Invoice #: 04177426
Invoice Date: Jun 06, 2025
Due Date: Aug 05, 2025
Customer #: 60288
Reference 1: [redacted]7461
Reference 2: Newtek Business Serv
Reference 3: Debbie Holewinski
Reference 4: dholewinski@newtekon

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104397275 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **BANNER LANDCO, LLC** | | | |
| State Lien Search (All available liens) - IL, Secretary of State | $33.07 | | $33.07 |
| County or State Copy Fees - IL, Secretary of State | | $5.25 | $5.25 |
| Correspondent or Access Fee - IL, Secretary of State | | $28.60 | $28.60 |
| State Tax Lien Search - IL, Department of Revenue | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Department of Revenue | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - IL, Lake County | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Lake County | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - IL, Lake County, Northern District | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Lake County, Northern District | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - IL, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $415.77 | $300.70 | $716.47 |
| Order Totals: | $415.77 | $300.70 | $716.47 |

**Invoice Totals**

Service Rep: Jason Boyle (800) 777-8567 Ext.84540

| | |
|---|---|
| **Service Charges:** | **$2,449.84** |
| **Additional Fees:** | **1,754.55** |
| **State and Local Taxes:** | **336.33** |
| **Total Amount Due:** | **$4,540.72** |

**(Your total savings on this invoice is 855.22 )**

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* LienSolutions.ClientSupport@wolterskluwer.com
*Phone:* 800-833-5778

Wolters Kluwer

Lien Solutions

Page: 1

# DAILY INVOICE

Invoice #: 04177264
Invoice Date: Jun 05, 2025
Due Date: Aug 04, 2025
Customer #: 60288
Reference 1: [redacted]7461
Reference 2: Newtek Business Serv
Reference 3: Debbie Holewinski
Reference 4: dholewinski@newtekon

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104396482 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **SHABSELS, MICHAEL** | | | |
| Bankruptcy Search - Searched as Petitioner - NY, New York County, Southern District | $33.07 | | $33.07 |
| Correspondent or Access Fee - NY, New York County, Southern District | | $22.00 | $22.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - NY, New York County | $44.10 | | $44.10 |
| County or State Copy Fees - NY, New York County | | $19.25 | $19.25 |
| Correspondent or Access Fee - NY, New York County | | $89.10 | $89.10 |
| Copies (per Pg) - NY, Department of State | $224.00 | | $224.00 |
| State Lien Search (All available liens) - NY, Department of State | $33.07 | | $33.07 |
| County or State Copy Fees - NY, Department of State | | $5.25 | $5.25 |
| Correspondent or Access Fee - NY, Department of State | | $28.60 | $28.60 |
| State Tax Lien Search - NY, Department of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - NY, Department of State | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - NY, New York County | $33.07 | | $33.07 |
| Correspondent or Access Fee - NY, New York County | | $41.80 | $41.80 |
| County or State Copy Fees - NY, New York County | | $7.00 | $7.00 |
| Federal Litigation Search- Searched as Defendant - NY, New York County, Southern District | $33.07 | | $33.07 |
| Correspondent or Access Fee - NY, New York County, Southern District | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - NY, Department of State | $131.25 | | $131.25 |
| Target Sub Total: | $564.70 | $263.60 | $828.30 |
| Order Totals: | $564.70 | $263.60 | $828.30 |

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* LienSolutions.ClientSupport@wolterskluwer.com
*Phone:* 800-833-5778

Wolters Kluwer

Lien Solutions



**DAILY INVOICE**

| | |
|---|---|
| Invoice #: | **04177264** |
| Invoice Date: | **Jun 05, 2025** |
| Due Date: | **Aug 04, 2025** |
| Customer #: | **60288** |
| Reference 1: | **[redacted]7461** |
| Reference 2: | **Newtek Business Serv** |
| Reference 3: | **Debbie Holewinski** |
| Reference 4: | **dholewinski@newtekon** |

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104396642 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **WAUKEELA LANDCO, LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - NH, Carroll County, DISTRICT OF New Hampshire | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Carroll County, DISTRICT OF New Hampshire | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - NH, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - NH, Secretary of State | | $7.00 | $7.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - NH, Carroll County | $44.10 | | $44.10 |
| Correspondent or Access Fee - NH, Carroll County | | $89.10 | $89.10 |
| State Lien Search (All available liens) - NH, Secretary of State | $33.07 | | $33.07 |
| County or State Copy Fees - NH, Secretary of State | | $50.75 | $50.75 |
| Correspondent or Access Fee - NH, Secretary of State | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - NH, Carroll County | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Carroll County | | $41.80 | $41.80 |
| County or State Fees - NH, Carroll County | | $20.00 | $20.00 |
| Federal Litigation Search- Searched as Defendant - NH, Carroll County, DISTRICT OF New Hampshire | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Carroll County, DISTRICT OF New Hampshire | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - NH, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $340.70 | $309.85 | $650.55 |

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* LienSolutions.ClientSupport@wolterskluwer.com
*Phone:* 800-833-5778

Wolters Kluwer

Lien Solutions



# DAILY INVOICE

Invoice #: **04177264**
Invoice Date: **Jun 05, 2025**
Due Date: **Aug 04, 2025**
Customer #: **60288**
Reference 1: **[redacted]7461**
Reference 2: **Newtek Business Serv**
Reference 3: **Debbie Holewinski**
Reference 4: **dholewinski@newtekon**

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| | | | |
|---|---|---|---|
| Order Totals: | $340.70 | $309.85 | $650.55 |

**Invoice Totals**

Service Rep: Kathy Andrysiak (800) 777-8567 Ext.84531

| | |
|---|---|
| **Service Charges:** | **$905.40** |
| **Additional Fees:** | **573.45** |
| **State and Local Taxes:** | **118.12** |
| **Total Amount Due:** | **$1,596.97** |

**(Your total savings on this invoice is 350.94 )**

Wolters Kluwer

Lien Solutions

Page: 1

## DAILY INVOICE

Invoice #: 04179774
Invoice Date: Jun 16, 2025
Due Date: Aug 15, 2025
Customer #: 60288
Reference 1: CONV - [redacted]7461
Reference 2: Newtek Business Serv

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104596457 06/15/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **IAFA OPERATINGCO, LLC** | | | |
| UCC1 Orig/e-file (w/ Monitoring) - IL, Secretary of State | $54.08 | | $54.08 |
| State XML/EDI Disbursement - IL, Secretary of State | | $20.00 | $20.00 |
| Target Sub Total: | $54.08 | $20.00 | $74.08 |
| Order Totals: | $54.08 | $20.00 | $74.08 |

**Invoice Totals**

Service Rep: Kathy Andrysiak (800) 777-8567 Ext.84531

| | |
|---|---|
| **Service Charges:** | **$54.08** |
| **Additional Fees:** | **20.00** |
| **State and Local Taxes:** | **$0.00** |
| **Total Amount Due:** | **$74.08** |

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* LienSolutions.ClientSupport@wolterskluwer.com
*Phone:* 800-833-5778

Wolters Kluwer

Lien Solutions

Page: 1

**DAILY INVOICE**

Invoice #: 04176395
Invoice Date: Jun 04, 2025
Due Date: Aug 03, 2025
Customer #: 60288
Reference 1: [redacted]7461
Reference 2: Newtek Business Serv
Reference 3: Debbie Holewinski
Reference 4: dholewinski@newtekon

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104396894 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **SIMAD HOLDINGS LLC** | | | |
| Certificate of Good Standing or Equivalent - NY, Department of State | $33.07 | | $33.07 |
| County or State Fees - NY, Department of State | | $25.00 | $25.00 |
| Correspondent or Access Fee - NY, Department of State | | $28.60 | $28.60 |
| Target Sub Total: | $33.07 | $53.60 | $86.67 |
| Order Totals: | $33.07 | $53.60 | $86.67 |

| Order# 104397276 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **LOKANDA LION, LLC** | | | |
| Certificate of Good Standing or Equivalent - NY, Department of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - NY, Department of State | | $28.60 | $28.60 |
| County or State Fees - NY, Department of State | | $25.00 | $25.00 |
| Target Sub Total: | $33.07 | $53.60 | $86.67 |
| Order Totals: | $33.07 | $53.60 | $86.67 |

| Order# 104397288 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **MILTON EAST HARTFORD INVESTMENTS LLC** | | | |
| Certificate of Good Standing or Equivalent - NY, Department of State | $33.07 | | $33.07 |

Wolters Kluwer

**Lien Solutions**



**DAILY INVOICE**

| | |
|---|---|
| Invoice #: | **04176395** |
| Invoice Date: | **Jun 04, 2025** |
| Due Date: | **Aug 03, 2025** |
| Customer #: | **60288** |
| Reference 1: | **[redacted]7461** |
| Reference 2: | **Newtek Business Serv** |
| Reference 3: | **Debbie Holewinski** |
| Reference 4: | **dholewinski@newtekon** |

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104397288 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **MILTON EAST HARTFORD INVESTMENTS LLC** | | | |
| Correspondent or Access Fee - NY, Department of State | | $28.60 | $28.60 |
| Target Sub Total: | $33.07 | $28.60 | $61.67 |
| Order Totals: | $33.07 | $28.60 | $61.67 |

**Invoice Totals**

Service Rep: Kathy Andrysiak (800) 777-8567 Ext.84531

| | |
|---|---|
| **Service Charges:** | **$99.21** |
| **Additional Fees:** | **135.80** |
| **State and Local Taxes:** | **15.96** |
| **Total Amount Due:** | **$250.97** |

**(Your total savings on this invoice is 59.85 )**

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* *LienSolutions.ClientSupport@wolterskluwer.com*
*Phone:* 800-833-5778

Wolters Kluwer

Lien Solutions

Page: 1

# DAILY INVOICE

Invoice #: 04180456
Invoice Date: Jun 17, 2025
Due Date: Aug 16, 2025
Customer #: 60288
Reference 1: CONV[redacted]7461
Reference 2: NEWTEK BUSINESS SERV

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104483336 06/06/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **1133 NORTHWEST L STREET REAL ESTATE LLC** | | | |
| Certificate of Good Standing or Equivalent - IN, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - IN, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - IN, Secretary of State | | $27.00 | $27.00 |
| Target Sub Total: | $33.07 | $55.60 | $88.67 |
| **12 CAMBRIDGE DRIVE REALTY LLC** | | | |
| Certificate of Good Standing or Equivalent - CT, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - CT, Secretary of State | | $50.00 | $50.00 |
| Correspondent or Access Fee - CT, Secretary of State | | $28.60 | $28.60 |
| Target Sub Total: | $33.07 | $78.60 | $111.67 |
| **1401 US HIGHWAY 49B REAL ESTATE LLC** | | | |
| Certificate of Good Standing or Equivalent - AR, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - AR, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - AR, Secretary of State | | $28.00 | $28.00 |
| Target Sub Total: | $33.07 | $56.60 | $89.67 |
| **1912 MEMORIAL DRIVE REAL ESTATE LLC** | | | |
| Certificate of Good Standing or Equivalent - GA, Superior Court Clerks Cooperative Authority | $33.07 | | $33.07 |
| County or State Fees - GA, Superior Court Clerks Cooperative Authority | | $15.00 | $15.00 |
| Correspondent or Access Fee - GA, Superior Court Clerks Cooperative Authority | | $28.60 | $28.60 |
| Target Sub Total: | $33.07 | $43.60 | $76.67 |

Wolters Kluwer

Lien Solutions



# DAILY INVOICE

Invoice #: 04180456
Invoice Date: Jun 17, 2025
Due Date: Aug 16, 2025
Customer #: 60288
Reference 1: CONV [redacted]7461
Reference 2: NEWTEK BUSINESS SERV

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104483336 06/06/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **201 CENTRE DRIVE REAL ESTATE LLC** | | | |
| Certificate of Good Standing or Equivalent - VA, State Corporation Commission | $33.07 | | $33.07 |
| Correspondent or Access Fee - VA, State Corporation Commission | | $28.60 | $28.60 |
| County or State Fees - VA, State Corporation Commission | | $6.00 | $6.00 |
| Target Sub Total: | $33.07 | $34.60 | $67.67 |
| **2203 GRAND CANAL BOULEVARD REAL ESTATE LLC** | | | |
| Certificate of Good Standing or Equivalent - CA, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - CA, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - CA, Secretary of State | | $5.00 | $5.00 |
| Target Sub Total: | $33.07 | $33.60 | $66.67 |
| **4800 USH 280 REAL ESTATE LLC** | | | |
| Certificate of Good Standing or Equivalent - AL, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - AL, Secretary of State | | $41.30 | $41.30 |
| Correspondent or Access Fee - AL, Secretary of State | | $28.60 | $28.60 |
| Target Sub Total: | $33.07 | $69.90 | $102.97 |

Wolters Kluwer

Lien Solutions



## DAILY INVOICE

Invoice #: **04180456**
Invoice Date: **Jun 17, 2025**
Due Date: **Aug 16, 2025**
Customer #: **60288**
Reference 1: **CONV[redacted]7461**
Reference 2: **NEWTEK BUSINESS SERV**

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104483336 06/06/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **7335 GLADIOLUS LLC** | | | |
| Certificate of Good Standing or Equivalent - FL, Department of State | $33.07 | | $33.07 |
| County or State Fees - FL, Department of State | | $5.00 | $5.00 |
| Correspondent or Access Fee - FL, Department of State | | $28.60 | $28.60 |
| Target Sub Total: | $33.07 | $33.60 | $66.67 |
| Order Totals: | $264.56 | $406.10 | $670.66 |

**Invoice Totals**

Service Rep: Kathy Andrysiak (800) 777-8567 Ext.84531

| | |
|---|---|
| **Service Charges:** | **$264.56** |
| **Additional Fees:** | **406.10** |
| **State and Local Taxes:** | **42.56** |
| **Total Amount Due:** | **$713.22** |

**(Your total savings on this invoice is 159.60 )**

Wolters Kluwer

Lien Solutions

Page: 1

# DAILY INVOICE

Invoice #: 04180797
Invoice Date: Jun 17, 2025
Due Date: Aug 16, 2025
Customer #: 60288
Reference 1: CONV [redacted]7461
Reference 2: NEWTEK BUSINESS SERV

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104581104 06/13/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **DAMIS HOLDINGS LLC** | | | |
| Certificate of Good Standing or Equivalent - NY, Department of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - NY, Department of State | | $28.60 | $28.60 |
| County or State Fees - NY, Department of State | | $25.00 | $25.00 |
| Target Sub Total: | $33.07 | $53.60 | $86.67 |
| **SHABSELS MANAGEMENT LLC** | | | |
| Certificate of Good Standing or Equivalent - NV, Secretary of State | $33.07 | | $33.07 |
| Expediting Fee - NV, Secretary of State | $39.37 | | $39.37 |
| County or State Fees - NV, Secretary of State | | $50.00 | $50.00 |
| Correspondent or Access Fee - NV, Secretary of State | | $28.60 | $28.60 |
| Target Sub Total: | $72.44 | $78.60 | $151.04 |
| Order Totals: | $105.51 | $132.20 | $237.71 |

| Order# 104582679 06/13/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **MRJ REALTY LLC** | | | |
| Expediting Fee - CT, Secretary of State | $39.37 | | $39.37 |
| Certificate of Good Standing or Equivalent - CT, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - CT, Secretary of State | | $50.00 | $50.00 |

Wolters Kluwer

**Lien Solutions**

Page: **2**

## DAILY INVOICE

Invoice #: **04180797**
Invoice Date: **Jun 17, 2025**
Due Date: **Aug 16, 2025**
Customer #: **60288**
Reference 1: **CONV [redacted]7461**
Reference 2: **NEWTEK BUSINESS SERV**

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104582679 06/13/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **MRJ REALTY LLC** | | | |
| Correspondent or Access Fee - CT, Secretary of State | | $28.60 | $28.60 |
| Target Sub Total: | $72.44 | $78.60 | $151.04 |
| Order Totals: | $72.44 | $78.60 | $151.04 |

**Invoice Totals**

Service Rep: Kathy Andrysiak (800) 777-8567 Ext.84531

| | |
|---|---|
| **Service Charges:** | **$177.95** |
| **Additional Fees:** | **210.80** |
| **State and Local Taxes:** | **22.74** |
| **Total Amount Due:** | **$411.49** |

**(Your total savings on this invoice is 59.85 )**

Wolters Kluwer

Lien Solutions

Page: 1

DAILY INVOICE

Invoice #: 04182494
Invoice Date: Jun 23, 2025
Due Date: Aug 22, 2025
Customer #: 60288
Reference 1: [redacted]7461
Reference 2: Newtek Business Serv
Reference 3: Debbie Holewinski
Reference 4: dholewinski@newtekon

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104396615 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **IAFALANDCO, LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - ME, Oxford County (East), DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East), DISTRICT OF Maine | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - ME, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - ME, Secretary of State | | $30.00 | $30.00 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Oxford County (East) | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Oxford County (East) | | $89.10 | $89.10 |
| State Lien Search (All available liens) - ME, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - ME, Secretary of State | | $12.00 | $12.00 |
| County or State Copy Fees - ME, Secretary of State | | $38.50 | $38.50 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - ME, Oxford County (East) | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East) | | $41.80 | $41.80 |
| County or State Fees - ME, Oxford County (East) | | $25.00 | $25.00 |
| Federal Litigation Search- Searched as Defendant - ME, Oxford County (East), DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East), DISTRICT OF Maine | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - ME, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $340.70 | $337.60 | $678.30 |
| Order Totals: | $340.70 | $337.60 | $678.30 |

Lien Solutions



**DAILY INVOICE**

Invoice #: 04182494
Invoice Date: Jun 23, 2025
Due Date: Aug 22, 2025
Customer #: 60288
Reference 1: [redacted]7461
Reference 2: Newtek Business Serv
Reference 3: Debbie Holewinski
Reference 4: dholewinski@newtekon

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104396629 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **BELGRADE LAKES SUMMER CAMPS, LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - ME, Kennebec County, DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Kennebec County, DISTRICT OF Maine | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - ME, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - ME, Secretary of State | | $30.00 | $30.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Kennebec County | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Kennebec County | | $89.10 | $89.10 |
| State Lien Search (All available liens) - ME, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - ME, Secretary of State | | $12.00 | $12.00 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| County or State Copy Fees - ME, Secretary of State | | $40.25 | $40.25 |
| Litigation Search- Searched as Defendant - ME, Kennebec County | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Kennebec County | | $41.80 | $41.80 |
| County or State Fees - ME, Kennebec County | | $25.00 | $25.00 |
| Federal Litigation Search- Searched as Defendant - ME, Kennebec County, DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Kennebec County, DISTRICT OF Maine | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - ME, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $340.70 | $339.35 | $680.05 |
| Order Totals: | $340.70 | $339.35 | $680.05 |

Wolters Kluwer

Lien Solutions

Page: 3

# DAILY INVOICE

| | |
|---|---|
| Invoice #: | 04182494 |
| Invoice Date: | Jun 23, 2025 |
| Due Date: | Aug 22, 2025 |
| Customer #: | 60288 |
| Reference 1: | [redacted]461 |
| Reference 2: | Newtek Business Serv |
| Reference 3: | Debbie Holewinski |
| Reference 4: | dholewinski@newtekon |

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104396676 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **WEKEELAND LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - ME, Oxford County (East), DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East), DISTRICT OF Maine | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - ME, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - ME, Secretary of State | | $30.00 | $30.00 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Oxford County (East) | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Oxford County (East) | | $89.10 | $89.10 |
| State Lien Search (All available liens) - ME, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - ME, Secretary of State | | $12.00 | $12.00 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| County or State Copy Fees - ME, Secretary of State | | $40.25 | $40.25 |
| Litigation Search- Searched as Defendant - ME, Oxford County (East) | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East) | | $41.80 | $41.80 |
| County or State Fees - ME, Oxford County (East) | | $25.00 | $25.00 |
| Federal Litigation Search- Searched as Defendant - ME, Oxford County (East), DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East), DISTRICT OF Maine | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - ME, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $340.70 | $339.35 | $680.05 |
| Order Totals: | $340.70 | $339.35 | $680.05 |

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* LienSolutions.ClientSupport@wolterskluwer.com
*Phone:* 800-833-5778

Wolters Kluwer

Lien Solutions



# DAILY INVOICE

Invoice #: 04182494
Invoice Date: Jun 23, 2025
Due Date: Aug 22, 2025
Customer #: 60288
Reference 1: [redacted]7461
Reference 2: Newtek Business Serv
Reference 3: Debbie Holewinski
Reference 4: dholewinski@newtekon

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104396692 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **POLAND LANDCO LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - ME, Androscoggin County, DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Androscoggin County, DISTRICT OF Maine | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - ME, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - ME, Secretary of State | | $30.00 | $30.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Androscoggin County | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Androscoggin County | | $89.10 | $89.10 |
| State Lien Search (All available liens) - ME, Secretary of State | $33.07 | | $33.07 |
| County or State Copy Fees - ME, Secretary of State | | $42.00 | $42.00 |
| County or State Fees - ME, Secretary of State | | $12.00 | $12.00 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - ME, Androscoggin County | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Androscoggin County | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - ME, Androscoggin County, DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Androscoggin County, DISTRICT OF Maine | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - ME, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $340.70 | $316.10 | $656.80 |
| Order Totals: | $340.70 | $316.10 | $656.80 |

| Order# 104396790 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **POLAND CAMPCO LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - ME, Androscoggin County, DISTRICT OF Maine | $33.07 | | $33.07 |

Wolters Kluwer

Lien Solutions

Page: **5**

## DAILY INVOICE

| | |
|---|---|
| Invoice #: | **04182494** |
| Invoice Date: | **Jun 23, 2025** |
| Due Date: | **Aug 22, 2025** |
| Customer #: | **60288** |
| Reference 1: | **[redacted]7461** |
| Reference 2: | **Newtek Business Serv** |
| Reference 3: | **Debbie Holewinski** |
| Reference 4: | **dholewinski@newtekon** |

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104396790 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **POLAND CAMPCO LLC** | | | |
| Correspondent or Access Fee - ME, Androscoggin County, DISTRICT OF Maine | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - ME, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - ME, Secretary of State | | $30.00 | $30.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Androscoggin County | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Androscoggin County | | $89.10 | $89.10 |
| State Lien Search (All available liens) - ME, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| County or State Copy Fees - ME, Secretary of State | | $40.25 | $40.25 |
| County or State Fees - ME, Secretary of State | | $12.00 | $12.00 |
| Litigation Search- Searched as Defendant - ME, Androscoggin County | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Androscoggin County | | $41.80 | $41.80 |
| County or State Fees - ME, Androscoggin County | | $25.00 | $25.00 |
| Federal Litigation Search- Searched as Defendant - ME, Androscoggin County, DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Androscoggin County, DISTRICT OF Maine | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - ME, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $340.70 | $339.35 | $680.05 |
| Order Totals: | $340.70 | $339.35 | $680.05 |

| Order# 104396870 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **WASHINGTON LAKE LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - ME, Knox County, DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Knox County, DISTRICT OF Maine | | $22.00 | $22.00 |

Wolters Kluwer

Lien Solutions



# DAILY INVOICE

Invoice #: 04182494
Invoice Date: Jun 23, 2025
Due Date: Aug 22, 2025
Customer #: 60288
Reference 1: [redacted]7461
Reference 2: Newtek Business Serv
Reference 3: Debbie Holewinski
Reference 4: dholewinski@newtekon

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104396870 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **WASHINGTON LAKE LLC** | | | |
| Certificate of Good Standing or Equivalent - ME, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - ME, Secretary of State | | $30.00 | $30.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Knox County | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Knox County | | $89.10 | $89.10 |
| State Lien Search (All available liens) - ME, Secretary of State | $33.07 | | $33.07 |
| County or State Copy Fees - ME, Secretary of State | | $31.50 | $31.50 |
| County or State Fees - ME, Secretary of State | | $12.00 | $12.00 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - ME, Knox County | $33.07 | | $33.07 |
| County or State Fees - ME, Knox County | | $25.00 | $25.00 |
| Correspondent or Access Fee - ME, Knox County | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - ME, Knox County, DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Knox County, DISTRICT OF Maine | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - ME, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $340.70 | $330.60 | $671.30 |
| Order Totals: | $340.70 | $330.60 | $671.30 |

| Order# 104397256 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **CAMP MED-O-LARK, INC** | | | |
| Bankruptcy Search - Searched as Petitioner - ME, Knox County, DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Knox County, DISTRICT OF Maine | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - ME, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - ME, Secretary of State | | $30.00 | $30.00 |

Wolters Kluwer

Lien Solutions



# DAILY INVOICE

Invoice #: 04182494
Invoice Date: Jun 23, 2025
Due Date: Aug 22, 2025
Customer #: 60288
Reference 1: [redacted]7461
Reference 2: Newtek Business Serv
Reference 3: Debbie Holewinski
Reference 4: dholewinski@newtekon

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104397256 05/30/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **CAMP MED-O-LARK, INC** | | | |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Knox County | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Knox County | | $89.10 | $89.10 |
| State Lien Search (All available liens) - ME, Secretary of State | $33.07 | | $33.07 |
| County or State Copy Fees - ME, Secretary of State | | $42.00 | $42.00 |
| County or State Fees - ME, Secretary of State | | $12.00 | $12.00 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - ME, Knox County | $33.07 | | $33.07 |
| County or State Fees - ME, Knox County | | $25.00 | $25.00 |
| Correspondent or Access Fee - ME, Knox County | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - ME, Knox County, DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Knox County, DISTRICT OF Maine | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - ME, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $340.70 | $341.10 | $681.80 |
| Order Totals: | $340.70 | $341.10 | $681.80 |

**Invoice Totals**

Service Rep: Jason Boyle (800) 777-8567 Ext.84540

| | |
|---|---|
| **Service Charges:** | **$2,384.90** |
| **Additional Fees:** | **2,343.45** |
| **State and Local Taxes:** | **345.80** |
| **Total Amount Due:** | **$5,074.15** |

**(Your total savings on this invoice is 668.29 )**

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* LienSolutions.ClientSupport@wolterskluwer.com
*Phone:* 800-833-5778

Wolters Kluwer

Lien Solutions



**DAILY INVOICE**

Invoice #: **04182494**
Invoice Date: **Jun 23, 2025**
Due Date: **Aug 22, 2025**
Customer #: **60288**
Reference 1: **[redacted]7461**
Reference 2: **Newtek Business Serv**
Reference 3: **Debbie Holewinski**
Reference 4: **dholewinski@newtekon**

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

Wolters Kluwer

Lien Solutions

Page: 1

## DAILY INVOICE

Invoice #: 04182645
Invoice Date: Jun 24, 2025
Due Date: Aug 23, 2025
Customer #: 60288
Reference 1: NBNA [redacted]7461
Reference 2: NEWTEK BUSINESS SERV

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104650280 06/18/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **WILSHIRE LOFTS LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - OK, Oklahoma County, Western District | $33.07 | | $33.07 |
| Correspondent or Access Fee - OK, Oklahoma County, Western District | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - OK, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - OK, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - OK, Secretary of State | | $20.00 | $20.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - OK, Oklahoma County | $44.10 | | $44.10 |
| County or State Copy Fees - OK, Oklahoma County | | $7.00 | $7.00 |
| Correspondent or Access Fee - OK, Oklahoma County | | $89.10 | $89.10 |
| State Lien Search (All available liens) - OK, Oklahoma County Central Filing | $33.07 | | $33.07 |
| Correspondent or Access Fee - OK, Oklahoma County Central Filing | | $28.60 | $28.60 |
| County or State Copy Fees - OK, Oklahoma County Central Filing | | $7.00 | $7.00 |
| Litigation Search- Searched as Defendant - OK, Oklahoma County | $33.07 | | $33.07 |
| Correspondent or Access Fee - OK, Oklahoma County | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - OK, Oklahoma County, Western District | $33.07 | | $33.07 |
| Correspondent or Access Fee - OK, Oklahoma County, Western District | | $22.00 | $22.00 |

Wolters Kluwer

**Lien Solutions**

Page: **2**

## DAILY INVOICE

Invoice #: **04182645**
Invoice Date: **Jun 24, 2025**
Due Date: **Aug 23, 2025**
Customer #: **60288**
Reference 1: **NBNA [redacted] 7461**
Reference 2: **NEWTEK BUSINESS SERV**

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104650280 06/18/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **WILSHIRE LOFTS LLC** | | | |
| BA for Full Service Srch - Premium Package - OK, Oklahoma County Central Filing | $131.25 | | $131.25 |
| Target Sub Total: | $340.70 | $266.10 | $606.80 |
| Order Totals: | $340.70 | $266.10 | $606.80 |

| | | Invoice Totals |
|---|---|---|
| Service Rep: Cyndy Domuret (800) 344-2382 | **Service Charges:** | **$340.70** |
| | **Additional Fees:** | **266.10** |
| | **State and Local Taxes:** | **49.40** |
| **(Your total savings on this invoice is 95.47 )** | **Total Amount Due:** | **$656.20** |

Wolters Kluwer

Lien Solutions



## DAILY INVOICE

Invoice #: 04189805
Invoice Date: Jul 03, 2025
Due Date: Sep 01, 2025
Customer #: 60288
Reference 1: [redacted]7461
Reference 2: Newtek Business Serv
Reference 3: Debbie Holewinski
Reference 4: dholewinski@newtekon

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104483232 06/06/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **IAFA OPERATINGCO, LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - ME, Oxford County (East), DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East), DISTRICT OF Maine | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - ME, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - ME, Secretary of State | | $30.00 | $30.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Oxford County (East) | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Oxford County (East) | | $89.10 | $89.10 |
| State Lien Search (All available liens) - ME, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - ME, Secretary of State | | $12.00 | $12.00 |
| County or State Copy Fees - ME, Secretary of State | | $28.00 | $28.00 |
| Litigation Search- Searched as Defendant - ME, Oxford County (East) | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East) | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - ME, Oxford County (East), DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East), DISTRICT OF Maine | | $22.00 | $22.00 |

Wolters Kluwer

**Lien Solutions**



DAILY INVOICE

| | |
|---|---|
| Invoice #: | 04189805 |
| Invoice Date: | Jul 03, 2025 |
| Due Date: | Sep 01, 2025 |
| Customer #: | 60288 |
| Reference 1: | [redacted]7461 |
| Reference 2: | Newtek Business Serv |
| Reference 3: | Debbie Holewinski |
| Reference 4: | dholewinski@newtekon |

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104483232 06/06/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **IAFA OPERATINGCO, LLC** | | | |
| BA for Full Service Srch - Premium Package - ME, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $340.70 | $302.10 | $642.80 |
| Order Totals: | $340.70 | $302.10 | $642.80 |

**Invoice Totals**

Service Rep: Rachel Sims

| | |
|---|---|
| **Service Charges:** | $340.70 |
| **Additional Fees:** | 302.10 |
| **State and Local Taxes:** | 49.40 |
| **Total Amount Due:** | **$692.20** |

**(Your total savings on this invoice is 95.47 )**

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* LienSolutions.ClientSupport@wolterskluwer.com
*Phone:* 800-833-5778

Wolters Kluwer

**Lien Solutions**

Page: 1

# DAILY INVOICE

Invoice #: **04190128**
Invoice Date: **Jul 03, 2025**
Due Date: **Sep 01, 2025**
Customer #: **60288**
Reference 1: **CONV - [redacted]7461**
Reference 2: **Newtek Business Serv**

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104596452 06/15/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **IAFA OPERATINGCO, LLC** | | | |
| UCC1 Filing - Prep, File No Search (w/ Monitoring) - ME, Secretary of State | $109.62 | | $109.62 |
| UCC Web Filing Fee - ME, Secretary of State | | $10.00 | $10.00 |
| Target Sub Total: | $109.62 | $10.00 | $119.62 |
| Order Totals: | $109.62 | $10.00 | $119.62 |

**Invoice Totals**

Service Rep: Kathy Andrysiak (800) 777-8567 Ext.84531

| | |
|---|---|
| **Service Charges:** | **$109.62** |
| **Additional Fees:** | **10.00** |
| **State and Local Taxes:** | **$0.00** |
| **Total Amount Due:** | **$119.62** |

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* LienSolutions.ClientSupport@wolterskluwer.com
*Phone:* 800-833-5778

Wolters Kluwer

Lien Solutions



# DAILY INVOICE

Invoice #: 04190235
Invoice Date: Jul 03, 2025
Due Date: Sep 01, 2025
Customer #: 60288
Reference 1: CONV [redacted]7461
Reference 2: NEWTEK BUSINESS SERV

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104489827 06/06/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **BANNER DAY CAMP** | | | |
| Bankruptcy Search - Searched as Petitioner - IL, Lake County, Northern District | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Lake County, Northern District | | $22.00 | $22.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - IL, Lake County | $44.10 | | $44.10 |
| Correspondent or Access Fee - IL, Lake County | | $89.10 | $89.10 |
| Copies (per Pg) - IL, Secretary of State | $1.75 | | $1.75 |
| State Lien Search (All available liens) - IL, Secretary of State | $33.07 | | $33.07 |
| State Tax Lien Search - IL, Department of Revenue | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Department of Revenue | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - IL, Lake County | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Lake County | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - IL, Lake County, Northern District | $33.07 | | $33.07 |
| Correspondent or Access Fee - IL, Lake County, Northern District | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - IL, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $342.45 | $203.50 | $545.95 |
| **CAMP NORTH STAR OF MAINE** | | | |
| Bankruptcy Search - Searched as Petitioner - ME, Androscoggin County, DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Androscoggin County, DISTRICT OF Maine | | $22.00 | $22.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Androscoggin County | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Androscoggin County | | $89.10 | $89.10 |
| State Lien Search (All available liens) - ME, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |

Lien Solutions



DAILY INVOICE

Invoice #: 04190235
Invoice Date: Jul 03, 2025
Due Date: Sep 01, 2025
Customer #: 60288
Reference 1: CONV[redacted]7461
Reference 2: NEWTEK BUSINESS SERV

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104489827 06/06/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **CAMP NORTH STAR OF MAINE** | | | |
| County or State Fees - ME, Secretary of State | | $12.00 | $12.00 |
| Litigation Search- Searched as Defendant - ME, Androscoggin County | $33.07 | | $33.07 |
| County or State Fees - ME, Androscoggin County | | $25.00 | $25.00 |
| Correspondent or Access Fee - ME, Androscoggin County | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - ME, Androscoggin County, DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Androscoggin County, DISTRICT OF Maine | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - ME, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $307.63 | $240.50 | $548.13 |
| **CAMP WAUKEELA** | | | |
| Bankruptcy Search - Searched as Petitioner - NH, Carroll County, DISTRICT OF New Hampshire | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Carroll County, DISTRICT OF New Hampshire | | $22.00 | $22.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - NH, Carroll County | $44.10 | | $44.10 |
| Correspondent or Access Fee - NH, Carroll County | | $89.10 | $89.10 |
| State Lien Search (All available liens) - NH, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Secretary of State | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - NH, Carroll County | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Carroll County | | $41.80 | $41.80 |
| County or State Fees - NH, Carroll County | | $20.00 | $20.00 |
| Federal Litigation Search- Searched as Defendant - NH, Carroll County, DISTRICT OF New Hampshire | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Carroll County, DISTRICT OF New Hampshire | | $22.00 | $22.00 |

Wolters Kluwer

Lien Solutions



DAILY INVOICE

Invoice #: 04190235
Invoice Date: Jul 03, 2025
Due Date: Sep 01, 2025
Customer #: 60288
Reference 1: CONV[redacted]7461
Reference 2: NEWTEK BUSINESS SERV

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104489827 06/06/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **CAMP WAUKEELA** | | | |
| BA for Full Service Srch - Premium Package - NH, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $307.63 | $223.50 | $531.13 |
| **CAMP WEKEELA** | | | |
| Bankruptcy Search - Searched as Petitioner - ME, Oxford County (East), DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East), DISTRICT OF Maine | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - ME, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Oxford County (East) | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Oxford County (East) | | $89.10 | $89.10 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Oxford County (West) | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Oxford County (West) | | $89.10 | $89.10 |
| State Lien Search (All available liens) - ME, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - ME, Secretary of State | | $12.00 | $12.00 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - ME, Oxford County (East) | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East) | | $41.80 | $41.80 |
| County or State Fees - ME, Oxford County (East) | | $25.00 | $25.00 |
| Federal Litigation Search- Searched as Defendant - ME, Oxford County (East), DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East), DISTRICT OF Maine | | $22.00 | $22.00 |

Wolters Kluwer

Lien Solutions



## DAILY INVOICE

Invoice #: 04190235
Invoice Date: Jul 03, 2025
Due Date: Sep 01, 2025
Customer #: 60288
Reference 1: CONV [redacted]7461
Reference 2: NEWTEK BUSINESS SERV

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104489827 06/06/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **CAMP WEKEELA** | | | |
| Litigation Search- Searched as Defendant - ME, Oxford County (West) | $33.07 | | $33.07 |
| County or State Fees - ME, Oxford County (West) | | $25.00 | $25.00 |
| Correspondent or Access Fee - ME, Oxford County (West) | | $41.80 | $41.80 |
| BA for Full Service Srch - Premium Package - ME, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $417.87 | $425.00 | $842.87 |
| **INDIAN ACRES CAMP FOR BOYS** | | | |
| Bankruptcy Search - Searched as Petitioner - ME, Oxford County (East), DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East), DISTRICT OF Maine | | $22.00 | $22.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Oxford County (East) | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Oxford County (East) | | $89.10 | $89.10 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Oxford County (West) | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Oxford County (West) | | $89.10 | $89.10 |
| State Lien Search (All available liens) - ME, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - ME, Secretary of State | | $12.00 | $12.00 |
| Litigation Search- Searched as Defendant - ME, Oxford County (East) | $33.07 | | $33.07 |
| County or State Fees - ME, Oxford County (East) | | $25.00 | $25.00 |
| Correspondent or Access Fee - ME, Oxford County (East) | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - ME, Oxford County (East), DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East), DISTRICT OF Maine | | $22.00 | $22.00 |

Wolters Kluwer

**Lien Solutions**



**DAILY INVOICE**

| | |
|---|---|
| Invoice #: | 04190235 |
| Invoice Date: | Jul 03, 2025 |
| Due Date: | Sep 01, 2025 |
| Customer #: | 60288 |
| Reference 1: | CONV[redacted]7461 |
| Reference 2: | NEWTEK BUSINESS SERV |

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104489827 06/06/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **INDIAN ACRES CAMP FOR BOYS** | | | |
| Litigation Search- Searched as Defendant - ME, Oxford County (West) | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (West) | | $41.80 | $41.80 |
| County or State Fees - ME, Oxford County (West) | | $25.00 | $25.00 |
| BA for Full Service Srch - Premium Package - ME, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $384.80 | $396.40 | $781.20 |
| **NEW ENGLAND GOLF AND TENNIS ACADEMY** | | | |
| Bankruptcy Search - Searched as Petitioner - ME, Kennebec County, DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Kennebec County, DISTRICT OF Maine | | $22.00 | $22.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Kennebec County | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Kennebec County | | $89.10 | $89.10 |
| State Lien Search (All available liens) - ME, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - ME, Secretary of State | | $12.00 | $12.00 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - ME, Kennebec County | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Kennebec County | | $41.80 | $41.80 |
| County or State Fees - ME, Kennebec County | | $25.00 | $25.00 |
| Federal Litigation Search- Searched as Defendant - ME, Kennebec County, DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Kennebec County, DISTRICT OF Maine | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - ME, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $307.63 | $240.50 | $548.13 |

Wolters Kluwer

Lien Solutions



# DAILY INVOICE

Invoice #: 04190235
Invoice Date: Jul 03, 2025
Due Date: Sep 01, 2025
Customer #: 60288
Reference 1: CONV [redacted]7461
Reference 2: NEWTEK BUSINESS SERV

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104489827 06/06/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **WINDSOR MOUNTAIN SUMMER CAMP** | | | |
| Bankruptcy Search - Searched as Petitioner - NH, Hillsborough County, DISTRICT OF New Hampshire | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Hillsborough County, DISTRICT OF New Hampshire | | $22.00 | $22.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - NH, Hillsborough County | $44.10 | | $44.10 |
| Correspondent or Access Fee - NH, Hillsborough County | | $89.10 | $89.10 |
| State Lien Search (All available liens) - NH, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Secretary of State | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - NH, Hillsborough County | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Hillsborough County | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - NH, Hillsborough County, DISTRICT OF New Hampshire | $33.07 | | $33.07 |
| Correspondent or Access Fee - NH, Hillsborough County, DISTRICT OF New Hampshire | | $22.00 | $22.00 |
| BA for Full Service Srch - Premium Package - NH, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $307.63 | $203.50 | $511.13 |
| Order Totals: | $2,375.64 | $1,932.90 | $4,308.54 |

**Invoice Totals**

Service Rep: Sarah Pallia

| | |
|---|---|
| **Service Charges:** | **$2,375.64** |
| **Additional Fees:** | **1,932.90** |
| **State and Local Taxes:** | **352.76** |
| **Total Amount Due:** | **$4,661.30** |

**(Your total savings on this invoice is 733.63 )**

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* *LienSolutions.ClientSupport@wolterskluwer.com*
*Phone:* 800-833-5778

Wolters Kluwer

Lien Solutions



## DAILY INVOICE

Invoice #: 04190235
Invoice Date: Jul 03, 2025
Due Date: Sep 01, 2025
Customer #: 60288
Reference 1: CONV [redacted]7461
Reference 2: NEWTEK BUSINESS SERV

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* LienSolutions.ClientSupport@wolterskluwer.com
*Phone:* 800-833-5778

Wolters Kluwer

Lien Solutions



# DAILY INVOICE

Invoice #: 04190915
Invoice Date: Jul 08, 2025
Due Date: Sep 06, 2025
Customer #: 60288
Reference 1: CONV[redacted]7461
Reference 2: NEWTEK BUSINESS SERV

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104509539 06/09/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **MAINEWEKEELACO LLC** | | | |
| Bankruptcy Search - Searched as Petitioner - ME, Oxford County (East), DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East), DISTRICT OF Maine | | $22.00 | $22.00 |
| Certificate of Good Standing or Equivalent - ME, Secretary of State | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| County or State Fees - ME, Secretary of State | | $30.00 | $30.00 |
| Fixture Filings, Federal Tax Lien, State Tax Lien & Judgment - ME, Oxford County (East) | $44.10 | | $44.10 |
| Correspondent or Access Fee - ME, Oxford County (East) | | $89.10 | $89.10 |
| State Lien Search (All available liens) - ME, Secretary of State | $33.07 | | $33.07 |
| County or State Fees - ME, Secretary of State | | $12.00 | $12.00 |
| County or State Copy Fees - ME, Secretary of State | | $43.75 | $43.75 |
| Correspondent or Access Fee - ME, Secretary of State | | $28.60 | $28.60 |
| Litigation Search- Searched as Defendant - ME, Oxford County (East) | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East) | | $41.80 | $41.80 |
| Federal Litigation Search- Searched as Defendant - ME, Oxford County (East), DISTRICT OF Maine | $33.07 | | $33.07 |
| Correspondent or Access Fee - ME, Oxford County (East), DISTRICT OF Maine | | $22.00 | $22.00 |

Wolters Kluwer

Lien Solutions



DAILY INVOICE

Invoice #: 04190915
Invoice Date: Jul 08, 2025
Due Date: Sep 06, 2025
Customer #: 60288
Reference 1: CONV [redacted]7461
Reference 2: NEWTEK BUSINESS SERV

Newtek Bank, National Association
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104509539 06/09/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **MAINEWEKEELACO LLC** | | | |
| BA for Full Service Srch - Premium Package - ME, Secretary of State | $131.25 | | $131.25 |
| Target Sub Total: | $340.70 | $317.85 | $658.55 |
| Order Totals: | $340.70 | $317.85 | $658.55 |

**Invoice Totals**

Service Rep: Rachel Sims

| | |
|---|---|
| Service Charges: | $340.70 |
| Additional Fees: | 317.85 |
| State and Local Taxes: | 49.40 |
| **Total Amount Due:** | **$707.95** |

(Your total savings on this invoice is 95.47 )

Wolters Kluwer

**Lien Solutions**

Page: 1

## DAILY INVOICE

Invoice #: 04191500
Invoice Date: Jul 09, 2025
Due Date: Sep 07, 2025
Customer #: 60288
Reference 1: CONV - [redacted]7461
Reference 2: Newtek Business Serv

**Newtek Bank, National Association**
200 S. Orange Avenue, Ste. 1175
Orlando, FL 32801
Attention: DEBBIE HOLEWINSKI

| Order# 104596456 06/15/25 DEBBIE HOLEWINSKI | Service Fee | Add'l Fee | Total |
|---|---|---|---|
| **IAFA OPERATINGCO, LLC** | | | |
| Alert Message Sent (Add'l Info Req) - NH, Secretary of State | $3.08 | | $3.08 |
| UCC1 Filing - Prep, File No Search (w/ Monitoring) - NH, Secretary of State | $96.39 | | $96.39 |
| Jurisdiction Disbursement Fee - NH, Secretary of State | | $88.00 | $88.00 |
| Target Sub Total: | $99.47 | $88.00 | $187.47 |
| Order Totals: | $99.47 | $88.00 | $187.47 |

**Invoice Totals**

Service Rep: Kathy Andrysiak (800) 777-8567 Ext.84531

| | |
|---|---|
| **Service Charges:** | **$99.47** |
| **Additional Fees:** | **88.00** |
| **State and Local Taxes:** | **$0.00** |
| **Total Amount Due:** | **$187.47** |

*Checks payable to:* Lien Solutions
*Payment Address:* P.O. Box 301133
Dallas, TX 75303-1133
USA

*Email Invoice Inquiries To:* LienSolutions.ClientSupport@wolterskluwer.com
*Phone:* 800-833-5778

Lender: Newtek Business Services HOLDCO 6, Inc.
Closing Date: June 30, 2025
Borrower Name: Shabsels Brothers Summer Camps
RID No.: [redacted]7461
Loan Amount: $15,000,000.00

---

**FOR LEGAL SERVICES** rendered in connection with the captioned loan made, including the review of pre-closing requirements (loan commitment, personal and business searches, title reports and policies, entity formation documents), conference calls and correspondence with Borrower or Borrowers Counsel, and preparation of all loan documents; closing calls with all parties; preparation for closing; post-closing follow-up.

| | **Title** | **Rate/Hour** | **# Hours** | **Total** |
|---|---|---|---|---|
| Shannon Kathrein | Counsel | $450.00 | 33.20 | $14,940.00 |
| Julia Blackshear | Paralegal | $175.00 | 27.50 | $4,812.50 |
| | | Total | 60.70 | $19,752.50 |
| **Amount Billed** | | | | **$19,752.50** |
| | | | | |

**June 27, 2025**

**Cushman & Wakefield Global Services, Inc.**

Paul Hoo-Fong
Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Ste 130
Lake Success, NY 11042

# INVOICE

**Invoice No.: 25-93504-901088**
Client Reference Number: 25-000744-01/ Shabsels Brothers Summer Camps/ Loan #: [redacted]7461-E NCL
Invoice for Appraisal Review (AMC)

2233 Grand Canal Blvd
Stockton CA 95207

| | |
|---|---|
| Professional Fees ($): | 1,300.00 |
| Plus Expenses ($): | 0.00 |
| Total Invoice ($): | 1,300.00 |
| Less Retainer ($): | 0.00 |
| Less Payments ($): | 0.00 |
| **TOTAL BALANCE NOW DUE ($):** | **1,300.00** |

Please make your checks payable to CUSHMAN & WAKEFIELD GLOBAL SERVICES, INC. and return within 30 days with one copy of this invoice to the following REMITTANCE ADDRESS:

**Cushman & Wakefield Global Services, Inc.**
**Valuation & Advisory**
**P.O. BOX 9296**
**New York, NY 10087-9296**

Sincerely,
Cushman & Wakefield Global Services, Inc.
Alex Brown
Financial Operations Analyst

Email: alexander.brown1@cushwake.com
Federal Tax ID #:[redacted]8724

Clients may wire money to :

**JPMorgan Chase**
**Cushman & Wakefield**

Account#[redacted]869
ABA# 02[redacted]21
Attn: Alex Brown

To help us properly apply the funds, please reference Invoice Number: 25-93504-901088

Send email notification to
VARemit@cushwake.com and
AR.USA@cushwake.com

**June 26, 2025**

**Cushman & Wakefield Global Services, Inc.**

Christina Page
Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

## INVOICE

**Invoice No.: 25-93504-901128**
Client Reference Number: 25-000786-01/ Shabsels Borthers Summer Camps/ Loan #: [redacted]7461
Invoice for Appraisal Review (AMC)

1401 Highway 49B
Paragould AR 72450

| | |
|---|---|
| Professional Fees ($): | 3,000.00 |
| Plus Expenses ($): | 0.00 |
| Total Invoice ($): | 3,000.00 |
| Less Retainer ($): | 0.00 |
| Less Payments ($): | 0.00 |
| **TOTAL BALANCE NOW DUE ($):** | **3,000.00** |

Please make your checks payable to CUSHMAN & WAKEFIELD GLOBAL SERVICES, INC. and return within 30 days with one copy of this invoice to the following REMITTANCE ADDRESS:

**Cushman & Wakefield Global Services, Inc.**
**Valuation & Advisory**
**P.O. BOX 9296**
**New York, NY 10087-9296**

Sincerely,
Cushman & Wakefield Global Services, Inc.
Alex Brown
Financial Operations Analyst

Email: alexander.brown1@cushwake.com
Federal Tax ID #: [redacted]8724

Clients may wire money to :

**JPMorgan Chase**
**Cushman & Wakefield**

Account# 006049869
ABA# 021000021
Attn: Alex Brown

To help us properly apply the funds, please reference Invoice Number: 25-93504-901128

Send email notification to VARemit@cushwake.com and AR.USA@cushwake.com

# INVOICE

**FROM:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

**TO:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

| INVOICE NUMBER |
|---|
| svc1-1869667 |
| **DATE** |
| 6/19/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]461-I
**Client File #:**
**Main File # on form:**
**Other File # of form:**
**Federal Tax ID:**
**Employer ID:**

**COMMENTS:**
TERMS = NET30 from Invoice Date (unless otherwise contractually specified). Compliance with payment terms allows us to offer optimal service at competitive rates. Any amounts not paid by the due date may be eligible to bear interest from the due date at the rate of 1% per month or the highest rate of interest permitted by law, whichever is lower. If Customer late payment terms or exemptions are outlined in the contract and/or service agreement, that specified late fee structure will apply.

## DESCRIPTION

**Lender:**
**Purchaser/Borrower:** Shabsels Brothers Summer
**Property Address:** 6708 W Wilshire Blvd
Oklahoma City, OK 73132

**Client:**
**Date Delivered:**
**Legal Description:**

| FEES | | AMOUNT |
|---|---|---|
| **Description:** | Commercial Appraisal | $6,700.00 |

---

Please Return This Portion With Your Payment

**FROM:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

**AMOUNT DUE:** $ **$6,700.00**
**AMOUNT ENCLOSED:** $______________

| INVOICE NUMBER |
|---|
| svc1-1869667 |
| **DATE** |
| 6/19/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]461-I
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

**SUBTOTAL** $6,700.00

| PAYMENTS | AMOUNT |
|---|---|

**TOTAL DUE** $6,700.00

Please Return This Portion With Your Payment

**FROM:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**

**Alternate Number:** **E-mail:** notifications@service1inc.com

**AMOUNT DUE:** $ $6,700.00

**AMOUNT ENCLOSED:** $______________

| INVOICE NUMBER |
|---|
| svc1-1869667 |
| **DATE** |
| 6/19/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461-I
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

**CUSHMAN & WAKEFIELD**

**June 27, 2025**

**Cushman & Wakefield Global Services, Inc.**

Paul Hoo-Fong
Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Ste 130
Lake Success, NY 11042

# INVOICE

**Invoice No.: 25-93504-901082**
Client Reference Number: 25-000736-01/ Shabsels Brothers Summer Camps/ Loan #: [redacted]7461-C
Invoice for Appraisal Review (AMC)

1133 NW L St
Richmond IN 47374

| | |
|---|---|
| Professional Fees ($): | 1,300.00 |
| Plus Expenses ($): | 0.00 |
| Total Invoice ($): | 1,300.00 |
| Less Retainer ($): | 0.00 |
| Less Payments ($): | 0.00 |
| **TOTAL BALANCE NOW DUE ($):** | **1,300.00** |

Please make your checks payable to CUSHMAN & WAKEFIELD GLOBAL SERVICES, INC. and return within 30 days with one copy of this invoice to the following REMITTANCE ADDRESS:

**Cushman & Wakefield Global Services, Inc.**
**Valuation & Advisory**
**P.O. BOX 9296**
**New York, NY 10087-9296**

Clients may wire money to :

**JPMorgan Chase**
**Cushman & Wakefield**

Account#[redacted]9869
ABA# 021000021
Attn: Alex Brown

To help us properly apply the funds, please reference Invoice Number: 25-93504-901082

Send email notification to VARemit@cushwake.com and AR.USA@cushwake.com

Sincerely,
Cushman & Wakefield Global Services, Inc.
Alex Brown
Financial Operations Analyst

Email: alexander.brown1@cushwake.com
Federal Tax ID #: 52-2058724

# INVOICE

Newtek Small Business Finance
Attention: Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Avenue, Suite 130
LAKE SUCCESS NY 11042

**Invoice Date**
Jun 16, 2025

**Invoice Number**
EP-11449

**Reference**
Shabsels Brothers: 2024

Ryan Valuation and Strategic Consulting, LLC
13155 Noel Road, Suite 100
Dallas, TX 75240-5090

| Item | Description | Quantity | Unit Price | Amount USD |
|---|---|---|---|---|
| SBA | SBA Valuation: Shabsels Brothers Summer Camps - 2024.08.31 | 1.00 | 6,565.00 | 6,565.00 |
| | Loan #[redacted]7461 NCL | | | |
| | | | INCLUDES TAX | 0.00 |
| | | | **TOTAL USD** | **6,565.00** |

**Due Date: Jul 1, 2025**
Payment terms are listed above and are per the signed Engagement Letter.

Payments can also be made through Bill.com, ACH/Wire, Credit Card or by check mailed to the address above. All payments are made out to Ryan Valuation and Strategic Consulting, LLC

Bill.com Payment ID: 0173092419961256

ACH/Wire:
Bank of America - New York, NY
Account #: [redacted]2280
ACH Routing #: 111000025
Wire Routing #: 026009593
SWIFT: BOFAUS3N

Questions regarding this invoice can be directed to Rebecca Pack: rebecca.pack@ryan.com 385-345-4507

View and pay online now

# PAYMENT ADVICE

To: Ryan Valuation and Strategic Consulting, LLC
13155 Noel Road, Suite 100
Dallas, TX 75240-5090

| | |
|---|---|
| **Customer** | Newtek Small Business Finance |
| **Invoice Number** | EP-11449 |
| **Amount Due** | **6,565.00** |
| **Due Date** | Jul 1, 2025 |
| **Amount Enclosed** | |

Enter the amount you are paying above

# INVOICE

**FROM:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

**INVOICE NUMBER**
svc1-1851651

**DATE**
6/2/2025

**REFERENCE**

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # of form:**
**Federal Tax ID:**
**Employer ID:**

**TO:** Order Entry

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**COMMENTS:**
TERMS = NET30 from Invoice Date (unless otherwise contractually specified). Compliance with payment terms allows us to offer optimal service at competitive rates. Any amounts not paid by the due date may be eligible to bear interest from the due date at the rate of 1% per month or the highest rate of interest permitted by law, whichever is lower. If Customer late payment terms or exemptions are outlined in the contract and/or service agreement, that specified late fee structure will apply.

## DESCRIPTION

**Lender:**
**Purchaser/Borrower:** Shabsels Brothers Summer
**Property Address:** 1912 Memorial Dr # GA
Waycross, GA 31501

**Client:**
**Date Delivered:**
**Legal Description:**

| FEES | | AMOUNT |
|---|---|---|
| **Description:** | Commercial Appraisal | $4,800.00 |

Please Return This Portion With Your Payment

**FROM:** Order Entry

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**AMOUNT DUE:** $ **$4,800.00**
**AMOUNT ENCLOSED:** $______

**INVOICE NUMBER**
svc1-1851651

**DATE**
6/2/2025

**REFERENCE**

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

| | |
|---|---|
| **SUBTOTAL** | $4,800.00 |

| PAYMENTS | AMOUNT |
|---|---|
| **TOTAL DUE** | $4,800.00 |

Please Return This Portion With Your Payment

**FROM:** Order Entry

**Telephone Number:**
**Fax Number:**
**Alternate Number:**
**E-mail:** notifications@service1inc.com

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550
**Fax Number:**

**AMOUNT DUE:** $ $4,800.00
**AMOUNT ENCLOSED:** $______

| INVOICE NUMBER |
|---|
| svc1-1851651 |
| **DATE** |
| 6/2/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

# INVOICE

**FROM:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

| INVOICE NUMBER |
|---|
| svc1-1851654 |
| **DATE** |
| 6/2/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # of form:**
**Federal Tax ID:**
**Employer ID:**

**TO:** Order Entry

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**COMMENTS:**
TERMS = NET30 from Invoice Date (unless otherwise contractually specified). Compliance with payment terms allows us to offer optimal service at competitive rates. Any amounts not paid by the due date may be eligible to bear interest from the due date at the rate of 1% per month or the highest rate of interest permitted by law, whichever is lower. If Customer late payment terms or exemptions are outlined in the contract and/or service agreement, that specified late fee structure will apply.

## DESCRIPTION

**Lender:**
**Purchaser/Borrower:** Shabsels Brothers Summer
**Property Address:** 1401 Highway 49B
Paragould, AR 72450

**Client:**
**Date Delivered:**
**Legal Description:**

| FEES | AMOUNT |
|---|---|
| **Description:** Commercial Appraisal | $4,800.00 |

---

Please Return This Portion With Your Payment

**FROM:** Order Entry

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**AMOUNT DUE:** $ **$4,800.00**
**AMOUNT ENCLOSED:** $ ______

| INVOICE NUMBER |
|---|
| svc1-1851654 |
| **DATE** |
| 6/2/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

| | |
|---|---|
| **SUBTOTAL** | $4,800.00 |

| PAYMENTS | AMOUNT |
|---|---|
| **TOTAL DUE** | $4,800.00 |

Please Return This Portion With Your Payment

**FROM:** Order Entry

**Telephone Number:**
**Fax Number:**
**Alternate Number:**
**E-mail:** notifications@service1inc.com

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550
**Fax Number:**

**AMOUNT DUE:** $ $4,800.00
**AMOUNT ENCLOSED:** $

| INVOICE NUMBER |
|---|
| svc1-1851654 |
| **DATE** |
| 6/2/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

**June 24, 2025**

**CUSHMAN & WAKEFIELD**

**Cushman & Wakefield Global Services, Inc.**

Paul Hoo-Fong
Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Ste 130
Lake Success, NY 11042

# INVOICE

**Invoice No.: 25-93504-901068**
Client Reference Number: 25-000723-01/ Shabsels Brothers Summer Camps/ Loan #: [redacted]7461
Invoice for Appraisal Review (AMC)

201 Centre Dr
Stephens City VA 22655

| | |
|---|---|
| Professional Fees ($): | 1,300.00 |
| Plus Expenses ($): | 0.00 |
| Total Invoice ($): | 1,300.00 |
| Less Retainer ($): | 0.00 |
| Less Payments ($): | 0.00 |
| **TOTAL BALANCE NOW DUE ($):** | **1,300.00** |

Please make your checks payable to CUSHMAN & WAKEFIELD GLOBAL SERVICES, INC. and return within 30 days with one copy of this invoice to the following REMITTANCE ADDRESS:

**Cushman & Wakefield Global Services, Inc.**
**Valuation & Advisory**
**P.O. BOX 9296**
**New York, NY 10087-9296**

Sincerely,
Cushman & Wakefield Global Services, Inc.
Alex Brown
Financial Operations Analyst

Email: alexander.brown1@cushwake.com
Federal Tax ID #: [redacted]8724

Clients may wire money to :

**JPMorgan Chase**
**Cushman & Wakefield**

Account# [redacted]9869
ABA# 021000021
Attn: Alex Brown

To help us properly apply the funds, please reference Invoice Number: 25-93504-901068

Send email notification to
VARemit@cushwake.com and
AR.USA@cushwake.com

**June 24, 2025**

**Cushman & Wakefield Global Services, Inc.**

Paul Hoo-Fong
Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Ste 130
Lake Success, NY 11042

# INVOICE

**Invoice No.: 25-93504-901075**
Client Reference Number: 25-000730-01/ Shabsels Brothers Summer Camps/ Loan #: 2767461-H
Invoice for Appraisal Review (AMC)

4800 U.S. Hwy 280 W
Opelika AL 36801

| | |
|---|---|
| Professional Fees ($): | 1,300.00 |
| Plus Expenses ($): | 0.00 |
| Total Invoice ($): | 1,300.00 |
| Less Retainer ($): | 0.00 |
| Less Payments ($): | 0.00 |
| **TOTAL BALANCE NOW DUE ($):** | **1,300.00** |

Please make your checks payable to CUSHMAN & WAKEFIELD GLOBAL SERVICES, INC. and return within 30 days with one copy of this invoice to the following REMITTANCE ADDRESS:

**Cushman & Wakefield Global Services, Inc.**
**Valuation & Advisory**
**P.O. BOX 9296**
**New York, NY 10087-9296**

Clients may wire money to :

**JPMorgan Chase**
**Cushman & Wakefield**

Account# [redacted]9869
ABA# 021000021
Attn: Alex Brown

To help us properly apply the funds, please reference Invoice Number: 25-93504-901075

Send email notification to VARemit@cushwake.com and AR.USA@cushwake.com

Sincerely,
Cushman & Wakefield Global Services, Inc.
Alex Brown
Financial Operations Analyst

Email: alexander.brown1@cushwake.com
Federal Tax ID #:[redacted]8724

# Invoice

METROPOLITAN SOLUTIONS
BUSINESS SOLUTIONS FOR ENVIRONMENTAL PROBLEMS

1420 Chestnut St.
Portsmouth, VA 23704
757-853-4000

2403 Hoover Ave.
National City, CA 91950
619-333-2445

423 Pacific Av., Ste. 105
Bremerton, WA 98337
360-799-5699

| Date | Terms |
|---|---|
| 6/19/2025 | Net 15 |
| **Due Date** | **Invoice #** |
| 7/4/2025 | 101607 |

**Bill To**

NSBF, Newtek Bank, National Assn
and its affiliates and subsidiaries
Paul Hoo-Fong
1981 Marcus Avenue Suite 130
Lake Success, New York 11042

| Job # |
|---|
| 2025-11824 |
| **Loan #** |
| [redacted]7461 |

| Client Name | Borrower |
|---|---|
| | |

| Quantity | Item | Description | | Amount |
|---|---|---|---|---|
| 1 | 300 Engineering 3... | Phase I ESA; 7-10 Business day turnaround<br>2025-11824<br>201 Centre Dr, Stephens City, VA 22655 Newtek LN# 2767461 | | 1,650.00 |

**Now offering Construction Draw reports**
Please Remit Payment to:
Metropolitan Solutions
Accounts Receivable
2403 Hoover Avenue
National City, CA 91950
EIN [redacted]6629

| | |
|---|---|
| **Total** | $1,650.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,650.00 |

# Invoice

**METROPOLITAN SOLUTIONS**
BUSINESS SOLUTIONS FOR ENVIRONMENTAL PROBLEMS

1420 Chestnut St.
Portsmouth, VA 23704
757-853-4000

2403 Hoover Ave.
National City, CA 91950
619-333-2445

423 Pacific Av., Ste. 105
Bremerton, WA 98337
360-799-5699

| Date | Terms |
|---|---|
| 6/13/2025 | Net 15 |
| **Due Date** | **Invoice #** |
| 6/28/2025 | 101587 |

**Bill To**

NSBF, Newtek Bank, National Assn
and its affiliates and subsidiaries
Christina Page
1981 Marcus Avenue Suite 130
Lake Success, New York 11042

| Job # |
|---|
| 2025-11826 |
| **Loan #** |
| [redacted]7461 |

| Client Name | Borrower |
|---|---|
| | |

| Quantity | Item | Description | | Amount |
|---|---|---|---|---|
| 1 | 300 Engineering 3... | Phase I ESA; 7-10 Business day turnaround<br>2025-11826 Newtek LN #2767461-I 2203 Grand Canal Blvd Stockton CA 95207 | | 1,800.00 |

**Now offering Construction Draw reports**
Please Remit Payment to:
Metropolitan Solutions
Accounts Receivable
2403 Hoover Avenue
National City, CA 91950
EIN[redacted]6629

| | |
|---|---|
| **Total** | $1,800.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,800.00 |

# INVOICE

**FROM:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

**TO:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**INVOICE NUMBER**
svc1-1851645

**DATE**
6/2/2025

**REFERENCE**

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # of form:**
**Federal Tax ID:**
**Employer ID:**

**COMMENTS:**
TERMS = NET30 from Invoice Date (unless otherwise contractually specified). Compliance with payment terms allows us to offer optimal service at competitive rates. Any amounts not paid by the due date may be eligible to bear interest from the due date at the rate of 1% per month or the highest rate of interest permitted by law, whichever is lower. If Customer late payment terms or exemptions are outlined in the contract and/or service agreement, that specified late fee structure will apply.

## DESCRIPTION

**Lender:**
**Purchaser/Borrower:** Shabsels Brothers Summer
**Property Address:** 7335 Gladiolus Dr
Fort Myers, FL 33908

**Client:**
**Date Delivered:**
**Legal Description:**

| FEES | | AMOUNT |
|---|---|---|
| **Description:** | Commercial Appraisal | $4,800.00 |

---

Please Return This Portion With Your Payment

**FROM:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

**AMOUNT DUE:** $ **$4,800.00**
**AMOUNT ENCLOSED:** $______

**INVOICE NUMBER**
svc1-1851645

**DATE**
6/2/2025

**REFERENCE**

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

**SUBTOTAL** $4,800.00

| PAYMENTS | AMOUNT |
| --- | --- |

**TOTAL DUE** $4,800.00

Please Return This Portion With Your Payment

**FROM:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**AMOUNT DUE:** $ $4,800.00
**AMOUNT ENCLOSED:** $

| INVOICE NUMBER |
| --- |
| svc1-1851645 |
| **DATE** |
| 6/2/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

**June 23, 2025**

**CUSHMAN & WAKEFIELD**

**Cushman & Wakefield Global Services, Inc.**

Paul Hoo-Fong
Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Ste 130
Lake Success, NY 11042

# INVOICE

**Invoice No.: 25-93504-901067**
Client Reference Number: 25-000720-01/ Shabsels Brothers Summer Camps/ Loan #: [redacted]7461-A
Invoice for Appraisal Review (AMC)

7335 Gladiolus Dr
Fort Myers FL 33908

| | |
|---|---|
| Professional Fees ($): | 1,300.00 |
| Plus Expenses ($): | 0.00 |
| Total Invoice ($): | 1,300.00 |
| Less Retainer ($): | 0.00 |
| Less Payments ($): | 0.00 |
| **TOTAL BALANCE NOW DUE ($):** | **1,300.00** |

Please make your checks payable to CUSHMAN & WAKEFIELD GLOBAL SERVICES, INC. and return within 30 days with one copy of this invoice to the following REMITTANCE ADDRESS:

**Cushman & Wakefield Global Services, Inc.**
**Valuation & Advisory**
**P.O. BOX 9296**
**New York, NY 10087-9296**

Clients may wire money to :

**JPMorgan Chase**
**Cushman & Wakefield**

Account# 006049869
ABA# 021000021
Attn: Alex Brown

To help us properly apply the funds, please reference Invoice Number: 25-93504-901067

Send email notification to VARemit@cushwake.com and AR.USA@cushwake.com

Sincerely,
Cushman & Wakefield Global Services, Inc.
Alex Brown
Financial Operations Analyst

Email: alexander.brown1@cushwake.com
Federal Tax ID #: [redacted]8724

# Invoice

METROPOLITAN SOLUTIONS
BUSINESS SOLUTIONS FOR ENVIRONMENTAL PROBLEMS

1420 Chestnut St.
Portsmouth, VA 23704
757-853-4000

2403 Hoover Ave.
National City, CA 91950
619-333-2445

423 Pacific Av., Ste. 105
Bremerton, WA 98337
360-799-5699

| Date | Terms |
|---|---|
| 6/16/2025 | Net 15 |
| **Due Date** | **Invoice #** |
| 7/1/2025 | 101595 |

**Bill To**

NSBF, Newtek Bank, National Assn
and its affiliates and subsidiaries
Paul Hoo-Fong
1981 Marcus Avenue Suite 130
Lake Success, New York 11042

| Job # |
|---|
| 2025-11820 |
| **Loan #** |
| [redacted]7461 |

| Client Name | Borrower |
|---|---|
| | |

| Quantity | Item | Description | | Amount |
|---|---|---|---|---|
| 1 | 300 Engineering 3... | Phase I ESA; 7-10 Business day turnaround<br>2025-11820<br>12 Cambridge Dr, Trumbull, CT 06611 Newtek LN# 2767461 | | 1,650.00 |

**Now offering Construction Draw reports**
Please Remit Payment to:
Metropolitan Solutions
Accounts Receivable
2403 Hoover Avenue
National City, CA 91950
EIN[redacted]6629

| | |
|---|---|
| **Total** | $1,650.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,650.00 |

# INVOICE

**FROM:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

| INVOICE NUMBER |
|---|
| svc1-1851649 |
| **DATE** |
| 6/2/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # of form:**
**Federal Tax ID:**
**Employer ID:**

**TO:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**COMMENTS:**
TERMS = NET30 from Invoice Date (unless otherwise contractually specified). Compliance with payment terms allows us to offer optimal service at competitive rates. Any amounts not paid by the due date may be eligible to bear interest from the due date at the rate of 1% per month or the highest rate of interest permitted by law, whichever is lower. If Customer late payment terms or exemptions are outlined in the contract and/or service agreement, that specified late fee structure will apply.

## DESCRIPTION

**Lender:**
**Purchaser/Borrower:** Shabsels Brothers Summer
**Property Address:** 1133 NW L St
Richmond, IN 47374

**Client:**
**Date Delivered:**
**Legal Description:**

| FEES | AMOUNT |
|---|---|
| **Description:** Commercial Appraisal | $4,800.00 |

---

Please Return This Portion With Your Payment

**FROM:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**AMOUNT DUE:** $ **$4,800.00**
**AMOUNT ENCLOSED:** $______________

| INVOICE NUMBER |
|---|
| svc1-1851649 |
| **DATE** |
| 6/2/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

**SUBTOTAL** $4,800.00

| PAYMENTS | AMOUNT |
|---|---|

**TOTAL DUE** $4,800.00

Please Return This Portion With Your Payment

**FROM:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

**AMOUNT DUE:** $ $4,800.00
**AMOUNT ENCLOSED:** $______

| INVOICE NUMBER |
|---|
| svc1-1851649 |
| **DATE** |
| 6/2/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

# Invoice

METROPOLITAN SOLUTIONS
BUSINESS SOLUTIONS FOR ENVIRONMENTAL PROBLEMS

1420 Chestnut St.
Portsmouth, VA 23704
757-853-4000

2403 Hoover Ave.
National City, CA 91950
619-333-2445

423 Pacific Av., Ste. 105
Bremerton, WA 98337
360-799-5699

| Date | Terms |
|---|---|
| 6/16/2025 | Net 15 |
| **Due Date** | **Invoice #** |
| 7/1/2025 | 101596 |

**Bill To**

NSBF, Newtek Bank, National Assn
and its affiliates and subsidiaries
Paul Hoo-Fong
1981 Marcus Avenue Suite 130
Lake Success, New York 11042

| Job # |
|---|
| 2025-11822 |
| **Loan #** |
| [redacted]7461 |

| Client Name | Borrower |
|---|---|
| | |

| Quantity | Item | Description | | Amount |
|---|---|---|---|---|
| 1 | 300 Engineering 3... | Phase I ESA; 7-10 Business day turnaround<br>2025-11822<br>1912 Memorial Dr, Waycross, GA 31501 Newtek LN# 2767461 | | 1,650.00 |

**Now offering Construction Draw reports**
Please Remit Payment to:
Metropolitan Solutions
Accounts Receivable
2403 Hoover Avenue
National City, CA 91950
EIN 45-2386629

| | |
|---|---|
| **Total** | $1,650.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,650.00 |

# INVOICE

**FROM:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

| INVOICE NUMBER |
|---|
| svc1-1851653 |
| **DATE** |
| 6/2/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # of form:**
**Federal Tax ID:**
**Employer ID:**

**TO:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**COMMENTS:**
TERMS = NET30 from Invoice Date (unless otherwise contractually specified). Compliance with payment terms allows us to offer optimal service at competitive rates. Any amounts not paid by the due date may be eligible to bear interest from the due date at the rate of 1% per month or the highest rate of interest permitted by law, whichever is lower. If Customer late payment terms or exemptions are outlined in the contract and/or service agreement, that specified late fee structure will apply.

## DESCRIPTION

**Lender:**
**Purchaser/Borrower:** Shabsels Brothers Summer
**Property Address:** 2203 Grand Canal Blvd
Stockton, CA 95207

**Client:**
**Date Delivered:**
**Legal Description:**

| FEES | AMOUNT |
|---|---|
| **Description:** Commercial Appraisal | $4,800.00 |

---

Please Return This Portion With Your Payment

**FROM:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**AMOUNT DUE:** $ **$4,800.00**
**AMOUNT ENCLOSED:** $______________

| INVOICE NUMBER |
|---|
| svc1-1851653 |
| **DATE** |
| 6/2/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

**SUBTOTAL** **$4,800.00**

| PAYMENTS | AMOUNT |
| --- | --- |

**TOTAL DUE** **$4,800.00**

Please Return This Portion With Your Payment

**FROM:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

**AMOUNT DUE:** $ **$4,800.00**
**AMOUNT ENCLOSED:** $______________

| INVOICE NUMBER |
| --- |
| svc1-1851653 |
| **DATE** |
| 6/2/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

# Invoice

**METROPOLITAN SOLUTIONS**
BUSINESS SOLUTIONS FOR ENVIRONMENTAL PROBLEMS

1420 Chestnut St.
Portsmouth, VA 23704
757-853-4000

2403 Hoover Ave.
National City, CA 91950
619-333-2445

423 Pacific Av., Ste. 105
Bremerton, WA 98337
360-799-5699

| Date | Terms |
|---|---|
| 6/16/2025 | Net 15 |
| **Due Date** | **Invoice #** |
| 7/1/2025 | 101600 |

**Bill To**

NSBF, Newtek Bank, National Assn
and its affiliates and subsidiaries
Christina Page
1981 Marcus Avenue Suite 130
Lake Success, New York 11042

| Job # |
|---|
| 2025-11826 |
| **Loan #** |
| |

| Client Name | Borrower |
|---|---|
| | |

| Quantity | Item | Description | | Amount |
|---|---|---|---|---|
| 1 | 300 Engineering 3... | Phase I ESA; 7-10 Business day turnaround<br>2025-11826 Newtek LN #2767461-I 2203 Grand Canal Blvd Stockton CA 95207 | | 1,650.00 |

**Now offering Construction Draw reports**
Please Remit Payment to:
Metropolitan Solutions
Accounts Receivable
2403 Hoover Avenue
National City, CA 91950
EIN [redacted]6629

| | |
|---|---|
| **Total** | $1,650.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,650.00 |

# INVOICE

**FROM:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

| INVOICE NUMBER |
| --- |
| svc1-1851655 |
| **DATE** |
| 6/2/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # of form:**
**Federal Tax ID:**
**Employer ID:**

**TO:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**COMMENTS:**
TERMS = NET30 from Invoice Date (unless otherwise contractually specified). Compliance with payment terms allows us to offer optimal service at competitive rates. Any amounts not paid by the due date may be eligible to bear interest from the due date at the rate of 1% per month or the highest rate of interest permitted by law, whichever is lower. If Customer late payment terms or exemptions are outlined in the contract and/or service agreement, that specified late fee structure will apply.

## DESCRIPTION

**Lender:**
**Purchaser/Borrower:** Shabsels Brothers Summer
**Property Address:** 201 Centre Dr
Stephens City, VA 22655

**Client:**
**Date Delivered:**
**Legal Description:**

| FEES | AMOUNT |
| --- | --- |
| **Description:** Commercial Appraisal | $4,800.00 |

---

Please Return This Portion With Your Payment

**FROM:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**AMOUNT DUE:** $ **$4,800.00**
**AMOUNT ENCLOSED:** $_____________

| INVOICE NUMBER |
| --- |
| svc1-1851655 |
| **DATE** |
| 6/2/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

| | |
|---|---|
| **SUBTOTAL** | **$4,800.00** |

| **PAYMENTS** | **AMOUNT** |
|---|---|
| **TOTAL DUE** | **$4,800.00** |

Please Return This Portion With Your Payment

**FROM:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

**AMOUNT DUE:** $ **$4,800.00**
**AMOUNT ENCLOSED:** $______________

| INVOICE NUMBER |
|---|
| svc1-1851655 |
| **DATE** |
| 6/2/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

# INVOICE

**FROM:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

| INVOICE NUMBER |
|---|
| svc1-1856275 |
| **DATE** |
| 6/6/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # of form:**
**Federal Tax ID:**
**Employer ID:**

**TO:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**COMMENTS:**
TERMS = NET30 from Invoice Date (unless otherwise contractually specified). Compliance with payment terms allows us to offer optimal service at competitive rates. Any amounts not paid by the due date may be eligible to bear interest from the due date at the rate of 1% per month or the highest rate of interest permitted by law, whichever is lower. If Customer late payment terms or exemptions are outlined in the contract and/or service agreement, that specified late fee structure will apply.

## DESCRIPTION

**Lender:**
**Purchaser/Borrower:** Shabsels Brothers Summer
**Property Address:** 4800 US Highway 280 W
Opelika, AL 36801

**Client:**
**Date Delivered:**
**Legal Description:**

| FEES | AMOUNT |
|---|---|
| **Description:** Commercial Appraisal | $4,800.00 |

Please Return This Portion With Your Payment

**FROM:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:** **Fax Number:**
**Alternate Number:** **E-mail:** notifications@service1inc.com

**AMOUNT DUE:** $ **$4,800.00**
**AMOUNT ENCLOSED:** $ ____________

| INVOICE NUMBER |
|---|
| svc1-1856275 |
| **DATE** |
| 6/6/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550 **Fax Number:**

**SUBTOTAL** $4,800.00

| PAYMENTS | AMOUNT |
|---|---|

**TOTAL DUE** $4,800.00

Please Return This Portion With Your Payment

**FROM:** Newtek Bank, National Association and its affiliates and subsidiaries
1981 Marcus Ave Suite 130
Lake Success, NY 11042

**Telephone Number:**
**Fax Number:**
**Alternate Number:**
**E-mail:** notifications@service1inc.com

**TO:** Service 1st LLC
PO Box 469089
Glendale CO 80246-9089

**Telephone Number:** (412) 200-2550
**Fax Number:**

**AMOUNT DUE:** $ $4,800.00
**AMOUNT ENCLOSED:** $______________

| INVOICE NUMBER |
|---|
| svc1-1856275 |
| **DATE** |
| 6/6/2025 |
| **REFERENCE** |

**Internal Order #:**
**Lender Case #:** [redacted]7461
**Client File #:**
**Main File # on form:**
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

PDF-XChange Product Click to buy NOW! www.tracker-software.com

TAX GUARD®
FUND WITH CONFIDENCE

# INVOICE

| | |
|---|---|
| DATE | 06/12/25 |
| LOAN # | [redacted]7461 |

**Tax Guard LLC**
10355 Westmoor Dr, Suite #101
Westminster, CO 80021
Phone: 1.877.550.6325
www.tax-guard.com

Company Name: BANNER LANDCO, LLC
Loan Number: [redacted]7461
c/o Newtek Bank, National Association
and its Affiliates and Subsidiaries

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Next Day Report | 1 | $ 73.00 | $ 73.00 |
| Tax Return Transcripts | 1 | $ 37.50 | $ 37.50 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | |
| | | | |

| | |
|---|---|
| Total | $ 110.50 |

PDF-XChange Product Click to buy NOW! www.tracker-software.com

TAX GUARD®
FUND WITH CONFIDENCE

# INVOICE

| | |
|---|---|
| DATE | 06/12/25 |
| LOAN # | [redacted]7461 |

**Tax Guard LLC**
10355 Westmoor Dr, Suite #101
Westminster, CO 80021
Phone: 1.877.550.6325
www.tax-guard.com

Company Name: BANNER OPERATINGCO, LLC
Loan Number: [redacted]7461
c/o Newtek Bank, National Association
and its Affiliates and Subsidiaries

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Next Day Report | 1 | $ 73.00 | $ 73.00 |
| Tax Return Transcripts | 1 | $ 37.50 | $ 37.50 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | |
| | | | |

| | |
|---|---|
| Total | $ 110.50 |



PDF-XChange Product Click to buy NOW! www.tracker-software.com

PDF-XChange Product Click to buy NOW! www.tracker-software.com

TAX GUARD®
FUND WITH CONFIDENCE

# INVOICE

| | |
|---|---|
| DATE | 06/12/25 |
| LOAN # | [redacted]7461 |

**Tax Guard LLC**
10355 Westmoor Dr, Suite #101
Westminster, CO 80021
Phone: 1.877.550.6325
www.tax-guard.com

Company Name: BELGRADE LAKES SUMMER CAMPS, LLC
Loan Number: [redacted]7461

c/o Newtek Bank, National Association
and its Affiliates and Subsidiaries

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Next Day Report | 1 | $ 73.00 | $ 73.00 |
| Tax Return Transcripts | 1 | $ 37.50 | $ 37.50 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | |
| | | | |

| | |
|---|---|
| Total | $ 110.50 |

PDF-XChange Product Click to buy NOW! www.tracker-software.com

TAX GUARD®
FUND WITH CONFIDENCE

# INVOICE

| | |
|---|---|
| DATE | 06/12/25 |
| LOAN # | [redacted]7461 |

**Tax Guard LLC**
10355 Westmoor Dr, Suite #101
Westminster, CO 80021
Phone: 1.877.550.6325
www.tax-guard.com

Company Name: CAMP MED-O-LARK, INC.
Loan Number: [redacted]7461
c/o Newtek Bank, National Association
and its Affiliates and Subsidiaries

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Next Day Report | 1 | $ 73.00 | $ 73.00 |
| Tax Return Transcripts | 1 | $ 37.50 | $ 37.50 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | |
| | | | |

| | |
|---|---|
| Total | $ 110.50 |

PDF-XChange Product Click to buy NOW! www.tracker-software.com

TAX GUARD®
FUND WITH CONFIDENCE

# INVOICE

| | |
|---|---|
| DATE | 06/12/25 |
| LOAN # | [redacted]7461 |

**Tax Guard LLC**
10355 Westmoor Dr, Suite #101
Westminster, CO 80021
Phone: 1.877.550.6325
www.tax-guard.com

Company Name: IAFA OPERATING CO, LLC
Loan Number: [redacted]7461
c/o Newtek Bank, National Association
and its Affiliates and Subsidiaries

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Next Day Report | 1 | $ 73.00 | $ 73.00 |
| Tax Return Transcripts | 1 | $ 37.50 | $ 37.50 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | |
| | | | |

| | |
|---|---|
| Total | $ 110.50 |



PDF-XChange Product Click to buy NOW! www.tracker-software.com

PDF-XChange Product Click to buy NOW! www.tracker-software.com

TAX GUARD®
FUND WITH CONFIDENCE

# INVOICE

| | |
|---|---|
| DATE | 06/12/25 |
| LOAN # | [redacted]7461 |

**Tax Guard LLC**
10355 Westmoor Dr, Suite #101
Westminster, CO 80021
Phone: 1.877.550.6325
www.tax-guard.com

Company Name: IAFALANDCO, LLC
Loan Number: [redacted]7461

c/o Newtek Bank, National Association
and its Affiliates and Subsidiaries

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Next Day Report | 1 | $ 73.00 | $ 73.00 |
| Tax Return Transcripts | 1 | $ 37.50 | $ 37.50 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | |
| | | | |

| | |
|---|---|
| Total | $ 110.50 |

PDF-XChange Product Click to buy NOW! www.tracker-software.com

TAX GUARD®
FUND WITH CONFIDENCE

# INVOICE

| | |
|---|---|
| DATE | 06/12/25 |
| LOAN # | [redacted]7461 |

**Tax Guard LLC**
10355 Westmoor Dr, Suite #101
Westminster, CO 80021
Phone: 1.877.550.6325
www.tax-guard.com

Company Name: MAINEWEKEELACO LLC
Loan Number: [redacted]7461
c/o Newtek Bank, National Association
and its Affiliates and Subsidiaries

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Next Day Report | 1 | $ 73.00 | $ 73.00 |
| Tax Return Transcripts | 1 | $ 37.50 | $ 37.50 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | |
| | | | |

| | |
|---|---|
| Total | $ 110.50 |



PDF-XChange Product Click to buy NOW! www.tracker-software.com

PDF-XChange Product Click to buy NOW! www.tracker-software.com

TAX GUARD®
FUND WITH CONFIDENCE

# INVOICE

| | |
|---|---|
| DATE | 06/12/25 |
| LOAN # | [redacted]7461 |

**Tax Guard LLC**
10355 Westmoor Dr, Suite #101
Westminster, CO 80021
Phone: 1.877.550.6325
www.tax-guard.com

Company Name: POLAND CAMPCO LLC CAMP NORTH STAR
Loan Number: [redacted]7461

c/o Newtek Bank, National Association
and its Affiliates and Subsidiaries

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Next Day Report | 1 | $ 73.00 | $ 73.00 |
| Tax Return Transcripts | 1 | $ 37.50 | $ 37.50 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | |
| | | | |

| | |
|---|---|
| Total | $ 110.50 |



PDF-XChange Product Click to buy NOW! www.tracker-software.com

PDF-XChange Product Click to buy NOW! www.tracker-software.com

TAX GUARD®
FUND WITH CONFIDENCE

# INVOICE

| | |
|---|---|
| DATE | 06/12/25 |
| LOAN # | [redacted]7461 |

**Tax Guard LLC**
10355 Westmoor Dr, Suite #101
Westminster, CO 80021
Phone: 1.877.550.6325
www.tax-guard.com

Company Name: POLAND LANDCO LLC
Loan Number: [redacted]7461
c/o Newtek Bank, National Association
and its Affiliates and Subsidiaries

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Next Day Report | 1 | $ 73.00 | $ 73.00 |
| Tax Return Transcripts | 1 | $ 37.50 | $ 37.50 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | |
| | | | |

| | |
|---|---|
| Total | $ 110.50 |

PDF-XChange Product Click to buy NOW! www.tracker-software.com

TAX GUARD®
FUND WITH CONFIDENCE

# INVOICE

| | |
|---|---|
| DATE | 06/12/25 |
| LOAN # | [redacted]7461 |

**Tax Guard LLC**
10355 Westmoor Dr, Suite #101
Westminster, CO 80021
Phone: 1.877.550.6325
www.tax-guard.com

Company Name: WASHINGTON LAKE LLC
Loan Number: [redacted]7461

c/o Newtek Bank, National Association
and its Affiliates and Subsidiaries

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Next Day Report | 1 | $ 73.00 | $ 73.00 |
| Tax Return Transcripts | 1 | $ 37.50 | $ 37.50 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | |
| | | | |

| | |
|---|---|
| Total | $ 110.50 |

PDF-XChange Product
Click to buy NOW!
www.tracker-software.com

TAX GUARD®
FUND WITH CONFIDENCE

# INVOICE

| | |
|---|---|
| DATE | 06/12/25 |
| LOAN # | [redacted]7461 |

**Tax Guard LLC**
10355 Westmoor Dr, Suite #101
Westminster, CO 80021
Phone: 1.877.550.6325
www.tax-guard.com

Company Name: WAUKEELA LANDCO, LLC
Loan Number: [redacted]7461
c/o Newtek Bank, National Association
and its Affiliates and Subsidiaries

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Next Day Report | 1 | $ 73.00 | $ 73.00 |
| Tax Return Transcripts | 1 | $ 37.50 | $ 37.50 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | |
| | | | |

| | |
|---|---|
| Total | $ 110.50 |

PDF-XChange Product Click to buy NOW! www.tracker-software.com

TAX GUARD®
FUND WITH CONFIDENCE

# INVOICE

| | |
|---|---|
| DATE | 06/12/25 |
| LOAN # | [redacted]7461 |

**Tax Guard LLC**
10355 Westmoor Dr, Suite #101
Westminster, CO 80021
Phone: 1.877.550.6325
www.tax-guard.com

Company Name: WAUKEELA OPERATINGCO, LLC
Loan Number: [redacted]7461

c/o Newtek Bank, National Association
and its Affiliates and Subsidiaries

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Next Day Report | 1 | $ 73.00 | $ 73.00 |
| Tax Return Transcripts | 1 | $ 37.50 | $ 37.50 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | |
| | | | |

| | |
|---|---|
| Total | $ 110.50 |

PDF-XChange Product
Click to buy NOW!
www.tracker-software.com

TAX GUARD®
FUND WITH CONFIDENCE

# INVOICE

| | |
|---|---|
| DATE | 06/12/25 |
| LOAN # | [redacted]7461 |

**Tax Guard LLC**
10355 Westmoor Dr, Suite #101
Westminster, CO 80021
Phone: 1.877.550.6325
www.tax-guard.com

Company Name: WEKEELAND LLC
Loan Number: [redacted]7461
c/o Newtek Bank, National Association
and its Affiliates and Subsidiaries

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Next Day Report | 1 | $ 73.00 | $ 73.00 |
| Tax Return Transcripts | 1 | $ 37.50 | $ 37.50 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | |
| | | | |

| | |
|---|---|
| Total | $ 110.50 |

PDF-XChange Product Click to buy NOW! www.tracker-software.com

TAX GUARD®
FUND WITH CONFIDENCE

# INVOICE

| | |
|---|---|
| DATE | 06/12/25 |
| LOAN # | [redacted]7461 |

**Tax Guard LLC**
10355 Westmoor Dr, Suite #101
Westminster, CO 80021
Phone: 1.877.550.6325
www.tax-guard.com

Company Name: WM CAMP LLC
Loan Number: [redacted]7461

c/o Newtek Bank, National Association
and its Affiliates and Subsidiaries

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Next Day Report | 1 | $ 73.00 | $ 73.00 |
| Tax Return Transcripts | 1 | $ 37.50 | $ 37.50 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | |
| | | | |

| | |
|---|---|
| Total | $ 110.50 |

LERETA

# FLOOD SERVICE AGREEMENT

This Flood Service Agreement ("Agreement") is made and entered into on 02/10/2023 ("Effective Date"), by and between LERETA, LLC, a Delaware Limited Liability Company ("LERETA") and **Small Business Lending, LLC,** a subsidiary of Newtek Bank, N.A., ("CUSTOMER") and includes all affiliates serviced by CUSTOMER. At times hereinafter referred to individually as "Party" and collectively as "Parties".

**I. SERVICES PROVIDED:** During the term of this Agreement, LERETA will provide flood hazard certifications, life-of-loan monitoring (if included below), and customer service support for flood determination services on loans for which LERETA has received the required order information from CUSTOMER, including user id, loan number, complete and accurate property address, and, if needed, parcel tax identification number or legal description of the subject property. The specifics of the flood determination services to be provided will be as follows:

**Single Flood Hazard Certifications** – LERETA will provide all FEMA required flood zone determination information for each flood hazard certification order received from CUSTOMER. All information will be made available on the FEMA approved form and will be accurate and complete.

**Life-of-Loan Monitoring** – So long as a loan is being serviced by LERETA, LERETA will notify CUSTOMER of all changes in FEMA required flood zone determination information that affect a certified property during the term of the loan within sixty (60) days of the date such changes were effective, or the date such changes were released by FEMA, whichever is later.

**Customer Service Support** – LERETA will research in accordance with its business practices and respond to all CUSTOMER customer service inquiries concerning flood hazard certification matters affecting loans for which LERETA provides flood determination services. CUSTOMER's requests will be processed and delivered promptly, subject to information availability.

LERETA will send CUSTOMER monthly reports of all flood determination requests for loans that have not yet been provided due to incomplete information in LERETA's system. CUSTOMER will promptly notify LERETA of changes in CUSTOMER's mailing address, loan payoffs, sales, and changes in loan number, service type or other relevant information, including the existence of a known Letter of Map Revision or Letter of Map Amendment. No more often than annually, LERETA may require an audit of Life-of-Loan flood determinations on CUSTOMER's servicing system compared to Life-of-Loan flood determinations on LERETA's Flood Systems. Changes in beneficiary of flood service will be based on the transferee information supplied to LERETA by CUSTOMER. LERETA reserves the right, at any time during the term of this Agreement, and with ninety (90) day notice to CUSTOMER, to provide the aforementioned services via LERETA's Internet-based service delivery system. When CUSTOMER is requesting flood determinations for multiple types of properties/loans, LERETA will create as many accounts as needed to meet CUSTOMER's requirements in LERETA's system.

**II. FEES FOR SERVICES SHALL BE AS SET FORTH BELOW:**

- **Flood Hazard Certifications with Life-of-Loan Monitoring $ 14.00 Per Property Certified**

Flood determination services fees for existing and acquired loans will be negotiated on a case-by-case basis. Fees do not include Map/Overlay. All fees subject to change on an annual basis upon ninety (90) days prior written notice to CUSTOMER. CUSTOMER shall pay the fees billed within thirty (30) days of invoice date. Any undisputed delinquent amount owing shall accrue interest, after the payment is due, at the rate of one and one-half percent (1.5%) per month or the maximum amount permitted by law, whichever is less. Interest will not be assessed until sixty (60) days after the invoice date, and any interest due will be calculated from the invoice due date and billed at that time. Any fees charged to LERETA by the CUSTOMER's Loan Origination Software (LOS) provider will be charged to CUSTOMER at LERETA's actual cost. Unless CUSTOMER provides a valid exemption certificate, CUSTOMER will be responsible for federal, state, local or foreign tax, tariff, customs duty, surcharge or other fee which may now or hereafter be imposed by law by any taxing or other regulatory, government or municipal authority from time to time in connection with the delivery of goods and services delivered under this Agreement and will be passed on to CUSTOMER in the form of a separate invoice. Any services not specifically defined in this Agreement are not included and will be addressed in a separate amendment by mutual agreement.

**III. LIABILITY STATEMENT**: LERETA's liability under this Agreement is strictly limited to actual monetary damages incurred by CUSTOMER resulting solely and directly from LERETA's material failure to perform the flood determination services described herein. In no event shall LERETA have any liability for any personal property. For all losses occurring as a result of erroneous flood zone determinations made by LERETA, LERETA's liability shall be subject to the following additional limitations: (a) for properties erroneously determined to be in a Special Flood Hazard Area as defined by FEMA ("SFHA"), LERETA will reimburse up to two (2) year's paid insurance premiums not reimbursed by NFIP, and (b) for properties erroneously determined by LERETA to not to be in a SFHA, LERETA will be liable for the lesser of (i) uninsured flood losses, less any premiums that would have been paid if an National Flood Insurance Program "NFIP") policy covering the property had been in effect, up to the amount of the maximum allowable insurance limit available through the NFIP at the time of the loss, or (ii) the fair market value of the property on the date of the loss, or (iii) the outstanding principal balance of the loan held by CUSTOMER secured by the property. Claims must be promptly presented to LERETA in writing. CUSTOMER shall cooperate with LERETA and its agents in the investigation and resolution of claims and loss recoveries. In no event, however, shall LERETA be liable for any damages and/or losses resulting from inaccurate or incomplete data provided by CUSTOMER or its affiliates directly, or indirectly by their respective current or previous flood service vendors ("CUSTOMER Providers"), or any punitive, incidental, special or consequential or any other similar damages. CUSTOMER agrees that LERETA shall have no duty, express or implied, to verify any of the information provided by CUSTOMER or any of the CUSTOMER Providers. In any event, LERETA shall have liability only for flood determinations made with respect to properties subject to NFIP and for which CUSTOMER makes, on or subsequent to the date on which such determination is made, a mortgage loan. In no event shall LERETA have any liability for any Property which would not be subject to the National Flood Insurance

Program. Furthermore, flood determinations are provided solely for the use and benefit of CUSTOMER in order to comply with the National Flood Insurance Reform Act of 1994 and may not be used or relied upon by any third party for any purpose, including, but not limited to, deciding whether to purchase a property or in determining the value of a property. CUSTOMER shall indemnify LERETA for claims resulting from acts, omissions or inaccuracies of any previous CUSTOMER Providers. The remedies set forth in this Section III shall be the sole and exclusive remedies of CUSTOMER or any customer for incorrect flood determinations.

**IV. CUSTOMER USE LIMITATION:** CUSTOMER agrees that the Services and products provided by LERETA contain information about a property. While CUSTOMER may provide LERETA with a consumer name, CUSTOMER agrees that the Services and products are not about the consumer and are not consumer reports as defined under the Fair Credit Reporting Act, 15. U.S.C. §§ 1681 *et. seq.* ("FCRA"). As such, CUSTOMER shall not use the Services or products in any way that would cause the Services or products, or any portion thereof, to constitute a consumer report, including by using the Services or products to determine a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, mode of living, or any other eligibility consideration. For the avoidance of doubt, the Services and products may be used by CUSTOMER only to determine tax lien status(es) on the property included in any request for Services or products.

**V. TERM AND TERMINATION:** This Agreement shall commence on the date hereof and shall continue until either Party terminates, with or without cause, effective upon ninety (90) days written notice to the other Party, or upon mutual agreement; provided, however, the obligations of CUSTOMER to pay the fees for the flood determination services rendered through the date of termination shall survive until satisfied in full.

**VI. CONFIDENTIALITY**: Each Party understands that in the course of the business relationship it may have access to or receive information of the other Party which that Party considers confidential or proprietary information. Such confidential information includes information that is either marked, designated or identified as confidential information at the time of disclosure or information which a reasonable person would deem confidential under the context of disclosure or due to the nature of the information. Each Party agrees to use to a reasonable degree of care to safeguard and prevent the release of confidential information of the other Party and may not disclose such confidential information without the other Party's written consent. A Party may disclose, however, confidential information of the other Party to those employees or representatives who have a business need to know but only for the purposes of this Agreement. LERETA will not use any confidential information provided by CUSTOMER for any purpose other than as provided in this Agreement. LERETA acknowledges that CUSTOMER is required to comply with the information security standards required by the Gramm-Leach-Bliley Act (15 U.S.C. 6801, 6805(b)(1)) and the regulations issued thereunder (12 C.F.R. 1016) and with all other federal or state statutory, legal and regulatory requirements applicable to CUSTOMER regarding the protection and privacy of information relating to individuals, including, by way of example only and not limitation, the Massachusetts Standards for the Protection of Personal Information of Residents of the Commonwealth (201 CMR 17.00) (collectively, "the U.S. Privacy Laws"). As applicable to the flood determination services and upon CUSTOMER's request, LERETA shall employ commercially reasonable efforts to assist CUSTOMER's compliance with the applicable U.S. Privacy Laws.

**VII. GENERAL:** This Agreement shall be governed and construed in accordance with the internal laws of the State of Delaware. This Agreement represents the entire agreement of the Parties hereto with respect to the subject matter hereof, superseding all prior agreements, understandings, discussions, negotiations and commitments of any kind. This Agreement may not be amended or supplemented, nor may any rights hereunder be waived, except in a writing signed by CUSTOMER and LERETA. This Agreement shall be binding on, and shall inure to the benefit of, the Parties hereto, their respective heirs, legal representatives, successors and assigns. The Parties shall attempt in good faith to resolve any dispute arising out of or relating to this Agreement promptly by negotiation between executives who have authority to settle the controversy and who are at a higher level of management than the persons with direct responsibility for administration of this Agreement. If the matter is not resolved by negotiation between the Parties, any dispute relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, shall be determined by arbitration administered by JAMS in the County of Los Angeles, California, before one arbitrator. Judgment on the award may be entered in any court having jurisdiction. The arbitrator may, in the award, allocate all or part of the costs of the arbitration, including the fees of the arbitrator and the reasonable attorneys' fees of the prevailing Party. Neither Party will be deemed to be in default under this Agreement or liable for any losses arising out of the failure, delay or interruption of its performance under this Agreement due to any act of God or natural disaster, general act of governmental authority, act of public or foreign enemy, war (whether declared or not), riot, civil commotion, insurrection, flood, severe weather conditions, plague, epidemic, pandemic, outbreaks of infectious diseases or any other public health crisis, including quarantine or other employee restrictions, or any other cause beyond that Party's reasonable control or that would give rise to the defense of impossibility of performance. Any notice to be given herein by either Party shall be in writing and may be delivered personally or sent by certified or registered mail, postage prepaid, or by nationally recognized overnight carrier to LERETA at 901 Corporate Center Drive, Pomona, California 91768, and to CUSTOMER at: **1981 Marcus Avenue, Suite 130, Lake Success, New York 11042** and to **1440 Broadway, 17th Floor, New York, New York 10018 and to .**

| **LERETA, LLC** | | **Small Business Lending, LLC** | |
|---|---|---|---|
| DocuSigned by: [signature] F4126E155296434... | | [signature] | |
| Signature | | Signature | |
| John Walsh | | Casey Schwalbe | |
| Print | | Print | |
| Chief Executive Officer | 2/10/2023 | SVP, Closing and Legal | 02/10/2023 |
| Title | Date | Title | Date |