**Exhibit "79"**

# E-SIGN Disclosure and Consent Agreement

This E-SIGN Disclosure and Consent Agreement ("E-SIGN Agreement") is being provided by Newtek Bank, N.A. Before we may proceed with the online deposit account opening and electronic communication acceptance for the product you have chosen, we are required under the federal Electronic Signatures in Global and National Commerce Act ("E-SIGN") to provide the information enclosed herein.

In order to proceed and conduct business electronically, your consent to this E-SIGN Agreement is necessary. By accepting the terms of this agreement, you agree to open your account and receive all documents electronically. Please read this agreement carefully and retain a copy for your records.

**Definitions**

In this E-SIGN Agreement:

- "We", "us", and "Newtek Bank" means Newtek Bank, N.A.
- "You" and "your" means the person providing this ESIGN Consent, as well as each additional account owner (e.g.: co-owner), authorized signer and guarantor identified on any Newtek Bank product that you apply for, use, or access.
- "Communications" means all disclosures, notices, agreements, fee schedules, periodic statements, records, documents, and other information we provide to you, or that you sign, submit, or agree to at our request. These Communications include those provided to you at initial account opening of this account transaction and any subsequent communications we may be required to send you.

**Electronic Communications**

Upon consent, you agree that we may send any information, disclosures and/or notices (including, but not limited to initial account disclosures, change in terms notices, periodic statements) relating to the account you have requested to be opened upon consenting to this E-SIGN Agreement in electronic form either via online banking or by electronic mail. Subject to applicable federal and/or state law, your agreement to receive Communications electronically applies, without limitation, to all Communications that we are required to provide in writing. You agree that we may electronically post Communications in the applicable section in online banking. We reserve the right to provide you with paper copies of any such notice in lieu of or in addition to electronic versions at any time in our discretion. You agree that we may mail paper versions of notices to your mailing address that appears in our records or otherwise provide notices to you pursuant to any other method to which you have agreed. If you consent to electronic communications, you nevertheless have the right to request paper copies of any Communications provided at any time. A fee may be charged for such reproduction in accordance with our *Fee Schedule* as set forth in the *Deposit Account Agreement*.

**How to Electronically Consent**

Upon demonstration of your ability to access electronic information provided, you must confirm your consent by clicking the "I accept" (or similar affirmative response) box in the digital account opening portal.

**Withdrawal of Consent**

You have the right to withdraw your consent at any time. Please be aware that withdrawal of your prior consent may result in the termination of your access to our electronic banking services, including online banking, and your ability to maintain certain Newtek Bank deposit accounts at the interest rate and annual percentage yield disclosed to you at account opening or subsequently. If you are receiving online account statements, the termination will cause paper statements to be mailed to you the most recent address that we have on file for you via the U.S. Postal Service.

Your withdrawal of consent will become effective after we have had a reasonable opportunity to act upon it.

**Your Responsibilities Regarding Personal Information**

You agree to ensure that the contact information you have provided to us in connection with your account is current and accurate. You have sole responsibility for updating your contact information if it changes. This includes, but is not limited to, name, address, phone numbers and email addresses.

You may make changes to your contact information through online banking or by contacting Newtek Bank at the address listed below. We shall have no liability for any payment processing errors or any fees you may incur, by us or a third party, as a result of inaccurate or outdated contact information for you.

**Hardware and Software Requirements**

To receive electronic Communications, you must have the following items:

- An up-to-date device(s) (e.g.: computer, tablet, mobile phone, Smart TV, etc.) suitable for connecting to the Internet;
- A supported internet browser (Mozilla Firefox 89 and newer; MS Edge 91 and newer; Google Chrome 91 and newer; or Apple Safari 14 and newer) for online banking
- Mobile banking operating system of Apple iOS 12.4.8+ on iPhone 6s and newer devices; or Android 9+
- Access to the internet through your internet service provider (ISP);
- Software to access Portable Document Format ("PDF") files (such as Adobe® Acrobat® Reader);
- A printer should you wish to print out and retain records on paper;
- Electronic storage if you wish to retain records in electronic form; and
- An active email address.

All devices must have sufficient memory and storage to save Communications. Memory and storage requirements change based user needs and features they are using.

*Please note that fees may be charged by providers for some or all of these requirements.*

We agree to promptly notify you if any hardware or software requirements change. We will notify you prior to sending you any electronic Communications requiring the update.

Should any change to the hardware or software requirements to access or retain electronic records we agree to promptly notify you of the change, including:

- The revised hardware and software requirements for access to and retention of electronic records; and
- The right to withdraw consent without the imposition of any condition, consequence, or fee for such withdrawal.

**Contact Us**

By Mail: Newtek Bank, N.A.
1111 Brickell Avenue, Suite 135
Miami, FL 33131
Attn: Digital Banking Department

By Telephone: 888-681-7238; or

By Email: digitalbanking@newtekone.com