**Exhibit "80"**

NewtekBank®
1410 Commonwealth Drive, Suite 201A
Wilmington, NC 28403

1

CAMP MED-O-LARK, INC
Reserve Account <I> 30
82 MED-O-LARK ROAD 0
WASHINGTON ME 04574-0000 0

## SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | CURRENT BALANCE | MATURITY DATE |
|---|---|---|---|
| NewtekOne Business ACCOUNT | XXXXXX0832 | 33,184.42 | |
| BUSINESS MMA ACCOUNT | XXXXXX0940 | 518,963.70 | |
| *TOTAL CURRENT BALANCE* | | 552,148.12 | |

## BUSINESS MMA ACCOUNT XXXXXX0940

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 517,449.66 | LAST STATEMENT 06/30/26 | 517,449.66 |
| AVG AVAILABLE BALANCE | 517,449.66 | 1 CREDITS | 1,514.04 |
| AVERAGE BALANCE | 517,449.66 | DEBITS | .00 |
| | | THIS STATEMENT 07/31/26 | 518,963.70 |

TOTAL DAYS IN STATEMENT PERIOD 07/01/26 THROUGH 07/31/26: 31

### - - - - - - - - - OTHER CREDITS - - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| INTEREST | 07/31 | 1,514.04 |

### - - - - - - - - - - - - I N T E R E S T - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 517,449.66 | INTEREST EARNED: | 1,514.04 |
| INTEREST PAID THIS PERIOD: | 1,514.04 | DAYS IN PERIOD:07/01/26-07/31/26: | 31 |
| INTEREST PAID 2026: | 10,265.76 | ANNUAL PERCENTAGE YIELD EARNED: | 3.50% |

| DATE......RATE | DATE......RATE | DATE......RATE | DATE......RATE | DATE......RATE |
|---|---|---|---|---|
| 07/01 3.44% | 07/10 3.44% | | | |

* * * C O N T I N U E D * * *

Member FDIC

NewtekBank®
1410 Commonwealth Drive, Suite 201A
Wilmington, NC 28403

CAMP MED-O-LARK, INC

BUSINESS MMA ACCOUNT XXXXXX0940

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

| | TOTAL FOR THIS PERIOD | TOTAL YEAR TO DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES: | $.00 | $.00 |
| TOTAL RETURNED ITEM FEES: | $.00 | $.00 |

- - - - - - - - DAILY BALANCE - - - - - - - -

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 07/31 | 518,963.70 | | | | |