**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**SUPPLEMENT IN SUPPORT OF SIMAD DEBTORS' EMERGENCY MOTION REQUESTING A DETERMINATION OF CERTAIN TAX WITHHOLDING OBLIGATIONS PURSUANT TO THE FOREIGN INVESTMENT IN REAL PROPERTY TAX ACT OF 1980**

TO: THE HONORABLE JUDGE CHRISTINE M. GRAVELLE
CHIEF UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors in possession (collectively, the "SIMAD Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") respectfully state the

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

following in support of the *SIMAD Debtors' Emergency Motion Requesting a Determination of Certain Tax Withholding Obligations Pursuant to the Foreign Investment in Real Property Tax Act of 1980* [Docket No. 1141] (the "Motion"):[2]

**SUPPLEMENT TO MOTION**

1. On September 16, 2026, the SIMAD Debtors filed the Motion seeking, *inter alia*, a determination that certain of the Exempt Entities, which are SIMAD Debtors, are subject to an exception eliminating any tax withholding obligations under the Foreign Investment in Real Property Tax Act of 1980 ("FIRPTA") associated with the sale of such Exempt Entity's assets and approving certain notices in connection therewith.

2. Since the filing of the Motion, the SIMAD Debtors have identified the following additional Exempt Entities:

| Camp Name | Exempt Entities | Schedules Dkt. No. | Scheduled Debt[3] | Total Sale Price |
|---|---|---|---|---|
| Malka | Malka Operatingco LLC | 730 | $243,218,150.46 | $8,150,000.00 |
| | Greenvilleland LLC | 768 | $269,904,889.02 | |
| Camp Mogen Avraham (SHMA) | Mogenavco LLC | 718 | $262,161,577.44 | $22,400,000.00 |
| | Mogenavland LLC | 736 | $245,527,534.14 | |
| Mohawk Day Camp | Mohawkcampco LLC | 722 | $306,145,547.80 | $120,750,000.00 (Including Mohawk Country Day School) |
| | Mohawkland LLC | 739 | $249,679,453.09 | |
| Chateaugay | Chateaugay Landco LLC | 766 | $19,765,365.45 | Approximately $3,563,978.67 |

[2] Capitalized terms used but not defined in this Motion have the meaning ascribed to them in the Motion.

[3] The scheduled debt includes secured and unsecured claims as reflected on the SIMAD Debtors' books and records. The scheduled debt also includes claims that the SIMAD Debtors have asserted are contingent, unliquidated and undisputed. The SIMAD Debtors have not yet completed a thorough review of the proofs of claims that have been filed against the SIMAD Debtors.

| | | | | |
|---|---|---|---|---|
| | Chateaugay Campco LLC | 769 | $39,708,977.80 | |

3. Similar to the Exempt Entities identified in the Motion, each of the Exempt Entities identified herein (with the exception of Chateaugay Campco LLC and Chateaugay Landco LLC) are subject to the Mishmeret Debentures and, as agreed in the Final DIP Order, were indebted to Mishmeret and the bondholders in an aggregate principal amount of not less than NIS 620 million. Final DIP Order ¶ F(i)(b). Mishmeret has filed secured claims against thirty-three (33) SIMAD Debtor entities, including these additionally identified Exempt Entities, in the amount of not less than $224 million. In addition, the Final DIP Order authorized the SIMAD Debtors to obtain debtor-in-possession financing from the DIP Lenders (including Mishmeret as DIP Agent) in an aggregate amount of not to exceed $180 million, to which each of the Exempt Entities (other than Chateaugay Campco LLC and Chateaugay Landco LLC) are obligors. Final DIP Order, at 3.

4. Chateaugay Campco LLC and Chateaugay Landco LLC are each subject to pre-Petition Date secured debt held by Community Bank, N.A. ("Community Bank") in the principal amount of $2.775 million and obtained debtor-in-possession financing from Community Bank in the amount of $1.2 million. *See* Docket No. 1040, ¶¶ (i)(a) and H.i.(a). As set forth in their Schedules, Chateaugay Campco LLC and Chateaugay Landco LLC are also subject to a second position secured mortgage in the principal amount of $1.045 million.

5. Each such additional Exempt Entity identified herein is subject to the Debentures and Final DIP Order and/or other secured debt and postpetition financing. The total secured and unsecured debt of any additional Exempt Entity is expected to be in excess of any sale proceeds.

6. The SIMAD Debtors request that the Exempt Entities identified herein be considered with the Exempt Entities identified in Motion and subject in all respects to the relief requested in the Motion and, if approved, the Order submitted as Exhibit A to the Motion.

Dated: September 30, 2026

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors and*
*Debtors in Possession*