**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD Holdings Ltd., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 22, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Service list attached hereto as **Exhibit A**:

- Certification of No Objection to Second Monthly Fee Statement of FTI Consulting, Inc. [Docket No. 1180]

Dated: September 30, 2026

/s/ Nelson Crespin
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 30, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357 Trumbull, CT 06611.

**Exhibit A**

Exhibit A

Fee Application Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
| --- | --- | --- |
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL FRIEDMAN, JORGE ERIC CORONEL HAMILTON | FRIEDMAN@CHAPMAN.COM; JCORONEL@CHAPMAN.COM |
| CHAPMAN AND CUTLER LLP | ATTN: STEPHEN RICHARD TETRO II | STETRO@CHAPMAN.COM |
| COLE SCHOTZ P.C. | ATTN: MICHAEL D. SIROTA, WARREN A. USATINE, DAVID M. BASS, FELICE R. YUDKIN, DANIEL J. HARRIS | MSIROTA@COLESCHOTZ.COM; WUSATINE@COLESCHOTZ.COM; DBASS@COLESCHOTZ.COM; FYUDKIN@COLESCHOTZ.COM; DHARRIS@COLESCHOTZ.COM |
| MCDERMOTT WILL & SCHULTE LLP | ATTN: DARREN AZMAN, KRISTIN K. GOING | DAZMAN@MCDERMOTTLAW.COM; KGOING@MCDERMOTTLAW.COM |
| MCDERMOTT WILL & SCHULTE LLP | ATTN: RACHEL BIBLO BLOCK | RBIBLOBLOCK@MCDERMOTTLAW.COM |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: DANIEL S. BLECK, ESQ | DSBLECK@MINTZ.COM |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: KAITLIN R. WALSH, ESQ. | KRWALSH@MINTZ.COM |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: KAITLIN R. WALSH | KRWALSH@MINTZ.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JEFFREY M. SPONDER | JEFFREY.M.SPONDER@USDOJ.GOV |
| RIKER DANZIG LLP | ATTN: JOSEPH L. SCHWARTZ, DANIEL A. BLOOM, JOHN D. STERN | JSCHWARTZ@RIKER.COM; DBLOOM@RIKER.COM; JSTERN@RIKER.COM |
| ROBINSON & COLE LLP | ATTN: EVAN M. LAZEROWITZ, BRYA M. KEILSON, RACHEL JAFFE MAUCERI | ELAZEROWITZ@RC.COM; BKEILSON@RC.COM; RMAUCERI@RC.COM |