Order Filed on October 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>SIMAD Holdings Ltd. | Case No.: 26-16388-CMG<br>Chapter: 11<br>Hearing Date: 9/29/2026<br>Judge: Gravelle |

**ORDER VACATING**

ORDER EXTENDING THE DEADLINE FOR THE DAMIS DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 1, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The Court on its own motion finds that the:

ORDER EXTENDING THE DEADLINE FOR THE DAMIS DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated 9/30/2026, be and the same is hereby vacated.