**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 26-16388<br><br>(Jointly Administered) |

**APPLICATION FOR ORDER SHORTENING TIME**

TO THE HONORABLE CHRISTINE M. GRAVELLE
CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT:

The above-captioned debtors and debtors in possession (collectively, the "SIMAD Debtors") by and through their undersigned counsel request that the time period to notice a hearing on the *SIMAD Debtors' Emergency Motion for Entry of a Supplemental Order (I) Authorizing the*

---

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of SIMAD Debtor SIMAD Holdings, Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

*Sale of Substantially All Assets of Mohawk Country Day School Inc. and (II) Granting Related Relief* (the "Motion")[2] as required by Fed. R. Bankr. P. 2002 be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), and respectfully submit:

1. A shortened time hearing is requested because: Through the Motion, the SIMAD Debtors are seeking the entry of an order which supplements the terms of the *Order (I) Approving Asset Purchase Agreement By and Among FW Campco LLC, Mohawkcampco LLC, Mohawkland LLC, and Mohawk Country Day School, Inc., (II) Authorizing the Sale of Substantially All Assets of Mohawkcampco LLC, Mohawkland LLC, and Mohawk Country Day School, Inc. Free and Clear of all Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§ 363(b), 363(f), and 363(m), (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365, and (IV) Granting Related Relief* [Docket No. 860] (the "Mohawk Sale Order") which was entered by this Court on August 14, 2026. Since the Court's approval of the various sales relevant to these Chapter 11 Cases, including the Mohawk Sale Order, the SIMAD Debtors have worked diligently and expeditiously to close the transactions, recover sale proceeds, and ultimately position the estates to emerge from Chapter 11. In the course of preparing to close on the sale relating to Mohawkcampco LLC, Mohawkland LLC, and Mohawk Country Day School, Inc. (collectively, "Mohawk"), certain regulatory issues were raised with respect to Mohawk Country Day School that have prevented this sale from closing in accordance with the Mohawk Sale Order. The supplemental relief sought in the Motion addresses those regulatory issues and will allow the parties to finally proceed to the closing of the sale of Mohawk. Absent the relief requested in the Motion, the closing on the Mohawk sale will be delayed and the SIMAD Debtors will continue to incur administrative costs relating to Mohawk. Thus, it is

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

important that the Supplemental Mohawk Sale Order be entered as soon as possible.

2. The SIMAD Debtors respectfully submit that the Motion should be heard on an expedited basis to reduce costs to the estates and avoid further delay closing the sale of Mohawk. The SIMAD Debtors have discussed this matter with the New York Attorney General, who does not oppose entry of the Supplemental Mohawk Sale Order. Additionally, the Buyer supports the relief requested in the Motion. The SIMAD Debtors respectfully submit that no party in interest will be prejudiced by the requested reduction of the applicable notice period.

3. State the hearing dates requested: The SIMAD Debtors respectfully request that the Court hear the Motion at the omnibus hearing date presently scheduled for **October 5, 2026, at 1:00 p.m. (ET)**, or such other time as the Court may direct.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P. 9006(c)(1).

[*Remainder of page intentionally left blank*]

**WHEREFORE,** the SIMAD Debtors respectfully request entry of the proposed order shortening time, in substantially the form submitted herewith, granting the relief requested herein and such other relief as is just and proper under the circumstances.

Dated: October 2, 2026

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors and*
*Debtors in Possession*

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*,[1] | Case No. 26-16388 |
| Debtors. | (Jointly Administered) |

**ORDER SHORTENING TIME PERIOD FOR NOTICE**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of SIMAD Debtor SIMAD Holdings, Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

Upon review of the Debtors' *Application for Order Shortening Time* (the "Application"),[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") requesting that the time period for notice of the *SIMAD Debtors' Emergency Motion for Entry of a Supplemental Order (I) Authorizing the Sale of Substantially All Assets of Mohawk Country Day School Inc. and (II) Granting Related Relief* (the "Motion") be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1),

**IT IS HEREBY ORDERED THAT**:

1. A hearing will be conducted on the Motion on _____________ ___, 2026 at __:00 a.m./p.m. (E.T.), before the Honorable Chief Judge Christine M. Gravelle, Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Trenton, N.J. 08608 Courtroom #3.

2. The SIMAD Debtors must serve a copy of this Order, and all related documents to all parties in interest by either regular mail or email, as applicable.

3. Service must be made within __ day(s) of the date of this Order.

4. Notice by telephone is not required.

5. A Certification of Service must be filed prior to the hearing date.

6. Any objections to the Motion must be filed by _______________, 2026.

7. The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.