UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on September 30, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

SIMAD Holdings Ltd.

Debtors

Case No: 26-16388-CMG

Chapter: 11

Judge: Christine M. Gravelle

**ORDER DIRECTING**
**REDACTION OF PERSONAL INFORMATION**

The relief set forth on the following page is ORDERED.

**DATED: September 30, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by Michael James, and regarding Motion to Compel Debtor to Assume or Reject Executory Contract and to Release Escrow Funds, it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16388-CMG

SIMAD Holdings Ltd. Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 11

Date Rcvd: Sep 30, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SIMAD Holdings Ltd., 50 Quality Street #110357, Trumbull, CT 06611-7715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Sherman | on behalf of Creditor OrcaFunding LLC adam@jacobspc.com david@jacobspc.com |
| Alan J. Brody | on behalf of Interested Party SCG JV LLC brodya@gtlaw.com alan-brody-2138@ecf.pacerpro.com |
| Alexander Kadochnikov | on behalf of Attorney Cho pro holdings llc alexander@gklawfirm.net |
| Allen G. Kadish | on behalf of Interested Party Lexington Realty International LLC akadish@sgrlaw.com |
| Amanda R Simone | on behalf of Creditor NewCo Capital Group asimone@connellfoley.com |
| Andrea Dobin | on behalf of Creditor CampMinder LLC adobin@msbnj.com, cgallo@msbnj.com |

Andrea Dobin
on behalf of Creditor HomeTrust Bank adobin@msbnj.com cgallo@msbnj.com

Andrea Dobin
on behalf of Creditor Byline Bank adobin@msbnj.com cgallo@msbnj.com

Andrew Blake Broome
on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC; Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off abroome@wilentz.com

Andrew Scott Rivera
on behalf of Creditor Visions Federal Credit Union arivera@bsk.com

Anne B. Sekel
on behalf of Creditor Goba Capital Inc. asekel@foley.com jnicholson@foley.com;jlee@foley.com

Ariel Bouskila
on behalf of Creditor Ace Funding Source LLC ari@bblawpllc.com

Bradford J. Sandler
on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC; Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off bsandler@pszjlaw.com, mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
on behalf of Creditor Metropolitan Offshore Partners Fund VII LP bsandler@pszjlaw.com, mseidl@pszjlaw.com;abates@pszjlaw.com

Brett Silverman
on behalf of Interested Party Ohel Childrens Home and Family Services Inc brett@getconciergelaw.com

Brett D. Goodman
on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC; Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett S. Theisen
on behalf of Creditor NewCo Capital Group btheisen@connellfoley.com nmitchell@gibbonslaw.com

Carl J. Soranno
on behalf of Interested Party JONATHON GRABOW csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Interested Party David Schreiber csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Interested Party LGTFPS Holdings LLC csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Interested Party Eleven11 Holdings LLC csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Christopher R. Donoho, III
on behalf of Interested Party Klirmark Opportunity Fund IV LP chris.donoho@hoganlovells.com

Daniel Stolz
on behalf of Interested Party The Committee of Concerned Parents of Camp Lavi daniel.stolz@stevenslee.com daniel.stolz@ecf.inforuptcy.com;maria.sousa@stevenslee.com;lorrie.denson@stevenslee.com

Daniel A Bloom
on behalf of Interested Party Klirmark Opportunity Fund IV LP dabloom@riker.com

Daniel A Bloom
on behalf of Creditor Mishmeret Trust Company Ltd. as Trustee for the Series A Bondholders of SIMAD Holdings Ltd dabloom@riker.com

David B. Sherman
on behalf of Creditor Yoav Cochav tdicostanza@solomonsherman.com

David H. Stein
on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC; Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com

David M. Bass
on behalf of Debtor SIMAD Holdings Ltd. dbass@coleschotz.com fpisano@coleschotz.com;tdumbroff@coleschotz.com;svc_courtalert@coleschotz.com

Dean Oswald
on behalf of Creditor Easthampton Savings Bank doswald@olshanlaw.com d@olshanlaw.com

| | |
|---|---|
| Deborah Kovsky-Apap | on behalf of Creditor Church Mutual Insurance Company S.I. deborah.kovsky@troutman.com, WLBank@troutman.com;Ashley.Lohr@troutman.com |
| Dominique Sinesi | on behalf of Attorney UNITED STATES dominique.sinesi@usdoj.gov |
| Donald W Clarke | on behalf of Interested Party David A. Shabsels dclarke@pashmanstein.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com;gkarnick@pashmanstein.com |
| Douglas J. McGill | on behalf of Interested Party OSK XIV LLC dmcgill@webbermcgill.com |
| Elizabeth K. Holdren | on behalf of Creditor Wayne Bank eholdren@hillwallack.com hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com |
| Eric S. Chafetz | on behalf of Interested Party Steven Weissman Wendy Saiff, and certain of their relatives echafetz@lowenstein.com, elawler@lowenstein.com |
| Eric S. Chafetz | on behalf of Interested Party Willow Lake Day Camps Inc. echafetz@lowenstein.com, elawler@lowenstein.com |
| Evan Lazerowitz | on behalf of Interested Party Official Committee Of Unsecured Creditors elazerowitz@rc.com |
| Evan J. Zucker | on behalf of Interested Party Union of Orthodox Jewish Congregations of America doing business as each of (i) the Orthodox Union, (ii) the OU, (iii) NCSY, and (iv) Yachad evan.zucker@blankrome.com, nybankruptcydocketing@blankrome.com;evan-zucker-9780@ecf.pacerpro.com |
| Evan S. Goldstein | on behalf of Creditor Easthampton Savings Bank egoldstein@uks.com |
| Faye C Rasch | on behalf of Creditor American Institute for Foreign Study Inc. d/b/a Camp America faye@wrlawgroup.com, hazel@wrlawgroup.com;jessica@wrlawgroup.com |
| Fernand L Laudumiey, IV | on behalf of Creditor Fidelity Bank laudumiey@chaffe.com |
| Francis P. Maneri | on behalf of Interested Party First Merchants Bank fmaneri@dilworthlaw.com ctomlin@dilworthlaw.com;shenry@dilworthlaw.com |
| Francis P. Maneri | on behalf of Interested Party Rialto Capital Advisers LLC fmaneri@dilworthlaw.com, ctomlin@dilworthlaw.com;shenry@dilworthlaw.com |
| Fred Hoensch | on behalf of Creditor IOU Central Inc. fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com |
| Gabriel Sasson | on behalf of Interested Party Official Committee Of Unsecured Creditors gabesasson@paulhastings.com |
| Gary F. Eisenberg | on behalf of Creditor Computershare Trust Company National Association, as Trustee for the benefit of the registered holders of BBCMS Mortgage Trust 2025- C35, Commercial Mortgage Pass-Through Certificates, Series 2025-C3 gary.eisenberg@ashurstperkins.com, DocketNYC@Perkinscoie.com;nvargas@perkinscoie.com;gary-eisenberg-4193@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com |
| Gary F. Eisenberg | on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee for the Registered Holders of Benchmark 2026-B43 Mortgage Trust, Commercial Mortgage Pass- Through Certificates Series 2026-B43 gary.eisenberg@ashurstperkins.com, DocketNYC@Perkinscoie.com;nvargas@perkinscoie.com;gary-eisenberg-4193@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com |
| Gary F. Eisenberg | on behalf of Creditor Computershare Trust Company N.A., as Trustee for the benefit of the registered holders of BANK5 2023-5YR1, Commercial Mortgage Pass- Through Certificates, Series 2023-5YR1 gary.eisenberg@ashurstperkins.com, DocketNYC@Perkinscoie.com;nvargas@perkinscoie.com;gary-eisenberg-4193@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com |
| Gary Francis Seitz | on behalf of Creditor Arrow Bank NA gseitz@gsbblaw.com, gseitz10@verizon.net,jblackford@gsbblaw.com |
| Gary Francis Seitz | on behalf of Creditor Community Bank NA gseitz@gsbblaw.com, gseitz10@verizon.net,jblackford@gsbblaw.com |
| Gary Francis Seitz | |

on behalf of Creditor NBT Bank NA gseitz@gsbblaw.com, gseitz10@verizon.net,jblackford@gsbblaw.com

Gerard Cicero
on behalf of Interested Party American Youth Camping Inc. gcicero@brownrudnick.com

Gerard Cicero
on behalf of Interested Party American Youth Camping Holdco LLC gcicero@brownrudnick.com

Glenn R Reiser
on behalf of Creditor Cashera Capital LLC greiser@shapirocroland.com r.gr75895@notify.bestcase.com

Grace A. Thompson
on behalf of Interested Party Stacy Schwartz Kotelov and Riverwoods Road 2000 Land LLC grace.thompson@katten.com nyc.bknotices@katten.com

Harold G. Cohen
on behalf of Interested Party Chateaugay Lake Camp Inc. hcohen@dilworthlaw.com ctomlin@dilworthlaw.com

Harold G. Cohen
on behalf of Interested Party Harold "Hal" Lyons hcohen@dilworthlaw.com ctomlin@dilworthlaw.com

Harry M. Gutfleish
on behalf of Interested Party Vault 26 Capital LLC harry@gutfleishlaw.com

Harry M. Gutfleish
on behalf of Interested Party Lifetime Funding harry@gutfleishlaw.com

Harry M. Gutfleish
on behalf of Interested Party LNS Group LLC harry@gutfleishlaw.com

Harry M. Gutfleish
on behalf of Interested Party Ocean Funding Corp. harry@gutfleishlaw.com

Jami B. Nimeroff
on behalf of Interested Party First National Bank of McGregor jnimeroff@snbhlaw.com cjones@bmnlawyers.com

Jay Sabin
on behalf of Interested Party LGTFPS Holdings LLC jsabin@bracheichler.com

Jay Sabin
on behalf of Interested Party JONATHON GRABOW jsabin@bracheichler.com

Jay Sabin
on behalf of Interested Party David Schreiber jsabin@bracheichler.com

Jay Sabin
on behalf of Interested Party Eleven11 Holdings LLC jsabin@bracheichler.com

Jeffrey D. Prol
on behalf of Interested Party Heritage Camps LLC jprol@lowenstein.com, dclaussen@lowenstein.com;lowenstein@ecfalerts.com;courtmail@lowenstein.com;bnathan@lowenstein.com

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jeffrey S. Cianciulli
on behalf of Creditor WebBank jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com

Jeffrey S. Cianciulli
on behalf of Creditor Libertas Funding LLC jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com

John Derek Stern
on behalf of Interested Party Klirmark Opportunity Fund IV LP jstern@riker.com

John J. Winter
on behalf of Creditor NBL SPV II LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com

John M. August
on behalf of Creditor Fidelity Bank jaugust@saiber.com achiappetta@saiber.com

John S. Mairo
on behalf of Interested Party H&H Purchasing Services LLC d/b/a Tavezio jmairo@fbtgibbons.com, emunera@fbtgibbons.com

Jonathan I. Rabinowitz
on behalf of Creditor Beton Holdings LLC jrabinowitz@rltlawfirm.com, rgaydos@rltlawfirm.com;nmarotta@rltlawfirm.com

Josef W. Mintz
on behalf of Interested Party Mitchell Black mintz@blankrome.com ecf-fe4957a0ba6a@ecf.pacerpro.com

Josef W. Mintz
on behalf of Interested Party Camping Management Corporation mintz@blankrome.com ecf-fe4957a0ba6a@ecf.pacerpro.com

Joseph L. Schwartz

| | |
|---|---|
| | on behalf of Interested Party Klirmark Opportunity Fund IV LP jschwartz@riker.com courtdockets@riker.com |
| Joseph L. Schwartz | on behalf of Creditor Mishmeret Trust Company Ltd. as Trustee for the Series A Bondholders of SIMAD Holdings Ltd jschwartz@riker.com, courtdockets@riker.com |
| Joseph M. Garemore | on behalf of Creditor Heartland Bank and Trust Company jgaremore@brownconnery.com |
| Joseph M. Garemore | on behalf of Creditor Busey Bank jgaremore@brownconnery.com |
| Joseph M. Vann | on behalf of Creditor Congregation Tal Leyisroel jvann@ctswlaw.com rboghosian@ctswlaw.com;fdelacruz@ctswlaw.com;einglis@ctswlaw.com |
| Joshua Sussberg | on behalf of Interested Party Camp Committee jsussberg@kirkland.com amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Justin S Krell | on behalf of Creditor Visions Federal Credit Union jkrell@bsk.com kdoner@bsk.com;CourtMail@bsk.com |
| Kaitlin R. Walsh | on behalf of Interested Party Bank of New Hampshire krwalsh@mintz.com docketing@mintz.com |
| Kaitlin R. Walsh | on behalf of Creditor The Bank of New Hampshire krwalsh@mintz.com docketing@mintz.com |
| Katharine Elizabeth Ello | on behalf of Interested Party Rivendell LLC kello@bakerdonelson.com |
| Katharine Elizabeth Ello | on behalf of Interested Party Anduril LLC kello@bakerdonelson.com |
| Kelly D. Curtin | on behalf of Interested Party DH1 Holdings LLC kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party DHAN Masores LLC kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com |
| Kevin J. Mangan | on behalf of Interested Party Constellation Payments Processing USA Inc. kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;michelle.dero@wbd-us.com |
| Kyle McEvilly | on behalf of Interested Party Official Committee Of Unsecured Creditors kmcevilly@connellfoley.com |
| Kyle McEvilly | on behalf of Interested Party Official Committee of Unsecured Creditors of the DAMIS Debtors kmcevilly@connellfoley.com |
| Kyriaki Christodoulou | on behalf of Creditor The Connecticut Light & Power Company d/b/a Eversource kchristodoulou@cullenllp.com |
| Kyriaki Christodoulou | on behalf of Creditor Jersey Central Power & Light Company kchristodoulou@cullenllp.com |
| Kyriaki Christodoulou | on behalf of Attorney Kyriaki Christodoulou kchristodoulou@cullenllp.com |
| Kyriaki Christodoulou | on behalf of Creditor New York State Electric & Gas Corporation kchristodoulou@cullenllp.com |
| Kyriaki Christodoulou | on behalf of Creditor Orange & Rockland Utilities Inc. kchristodoulou@cullenllp.com |
| Kyriaki Christodoulou | on behalf of Creditor Pennsylvania Electric Company kchristodoulou@cullenllp.com |
| Lauren M. Macksoud | on behalf of Creditor Dov Perkal lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Marc C Capone | on behalf of Creditor Camp Counselors USA Inc. ecf@gillmancapone.com, GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Matias Ricardo Gallego-Manzano | on behalf of Creditor BANK OF AMERICA N.A. matias.gallegomanzano@bclplaw.com, matias-r-gallego-manzano-5543@ecf.pacerpro.com |

| | |
|---|---|
| Michael Kahme | on behalf of Creditor Wayne Bank mkahme@hillwallack.com fmansmann@hillwallack.com |
| Michael D. Sirota | on behalf of Debtor RDM Camps LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Washington Lake LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Mohawk Country Day School Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Meadowbrook Landco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Club Getaway Landco LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor WM Camp LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor WM Land LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Pine Forest Landco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Mesorahco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor One Canal Place Real Estate LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Achim Landco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Poland Campco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Mohawkcampco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Rolling Hills Operatingco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor SIMAD Holdings Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Lavco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |

Michael D. Sirota
on behalf of Debtor Green Lane Landco LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Island Lake Campco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bluestar Operatingco LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor MaineWekeelaco LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor One Canal Place Leasing LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Club Getaway Operatingco LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor IAFAOPERATINGCO. LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mill Road Landco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Camp Med-O-Lark Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Island Lake Landco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mesorahland LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Green Lane Operatingco LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mogenavland LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Poland Landco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Meadowbrook Operatingco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Eagle's Landing Day Camp LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Shab Holdings LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch

otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor IAFALANDCO LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mohawkland LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bluestar Landco LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Kiwi Operatingco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Banner Operatingco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Achim Operatingco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Chateaugay Landco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Waukeela Operatingco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Belgrade Lakes Summer Camps LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Banner Landco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Country Roads Landco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Quadstar Realty LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor SIMAD Equities LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Lavland LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Pine Forest Campco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Shab Operating Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor BAHS Operating Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mogenavco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Intermediate SIMAD 1 LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BAHS Holdings LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Malka Operatingco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Rolling Hills Landco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Greenvilleland LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Wekeeland LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Summit Camp LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Chateaugay Campco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Waukeela Landco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor County Roads Operatingco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Plaintiff SIMAD Holdings Ltd. et al. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael J. Shavel
on behalf of Creditor Wayne Bank mshavel@hillwallack.com shavelmr99123@notify.bestcase.com

Michael P. Pompeo
on behalf of Interested Party DAMIS Holdings LLC michael.pompeo@faegredrinker.com cathy.greer@faegredrinker.com

Michelle N. Saney
on behalf of Creditor Goba Capital Inc. michelle.saney@foley.com

Mitchell Malzberg
on behalf of Creditor SPORTS & ARTS CENTER AT ISLAND LAKE INC. mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com

Morris S. Bauer
on behalf of Interested Party Camp Committee MSBauer@duanemorris.com tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com

Nancy Isaacson
on behalf of Creditor Jack Jaffa nisaacson@greenbaumlaw.com

| | |
|---|---|
| Nicholas Martin Ebel | on behalf of Creditor Mizzen Capital II L.P. nebel@walsh.law |
| Nicholas Martin Ebel | on behalf of Creditor Mizzen Management LLC nebel@walsh.law |
| Nicholas Martin Ebel | on behalf of Creditor Mizzen Capital LP nebel@walsh.law |
| Pamela Elchert Thurmond | on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov |
| Paul J. Winterhalter | on behalf of Interested Party Ephram Caflun pwinterhalter@offitkurman.com cballasy@offitkurman.com |
| Philip J. Gross | on behalf of Interested Party Willow Lake Day Camps Inc. pgross@lowenstein.com, bnathan@lowenstein.com |
| Rachel Jaffe Mauceri | on behalf of Interested Party Official Committee Of Unsecured Creditors rmauceri@rc.com rachel-jaffe-mauceri-9017@ecf.pacerpro.com |
| Raymond M. Patella | on behalf of Creditor HT Northstar Property LLC rpatella@lawjw.com |
| Raymond M. Patella | on behalf of Creditor Harvey Applebaum rpatella@lawjw.com |
| Raymond M. Patella | on behalf of Creditor Tamara Applebaum rpatella@lawjw.com |
| Raymond M. Patella | on behalf of Creditor HT Property Management LLC rpatella@lawjw.com |
| Richard D. Trenk | on behalf of Interested Party Beacon Bank & Trust rtrenk@trenkisabel.law rbicocchi@trenkisabel.law;jsavio@trenkisabel.law;jmillar@trenkisabel.com |
| Richard D. Trenk | on behalf of Interested Party American Friends of Camp Pardas Chanah rtrenk@trenkisabel.law rbicocchi@trenkisabel.law;jsavio@trenkisabel.law;jmillar@trenkisabel.com |
| Richard Joseph Lamar Lomuscio | on behalf of Creditor Enhanced Capital Pennsylvania Rural Fund LLC richard.lomuscio@stinson.com, nyc.lssteam@stinson.com |
| Robert Malone | on behalf of Interested Party Official Committee of Unsecured Creditors of the DAMIS Debtors rmalone@connellfoley.com nmitchell@gibbonslaw.com |
| Robert J Feinstein | on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC; Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off rfeinstein@pszjlaw.com |
| Robert M Hirsh | on behalf of Interested Party Operators Bid Group robert.hirsh@nortonrosefulbright.com calendaring-nortonrose-9955@ecf.pacerpro.com |
| Rocco A. Cavaliere | on behalf of Interested Party Seth Herschthal rcavaliere@tarterkrinsky.com snobles@tarterkrinsky.com |
| Rocco A. Cavaliere | on behalf of Interested Party Lauren Popkin Herschthal rcavaliere@tarterkrinsky.com snobles@tarterkrinsky.com |
| Sean S Litz | on behalf of Interested Party Monica Odiorne slitz@rccblaw.com ecf@rccblaw.com |
| Sean S Litz | on behalf of Interested Party Craig Odiorne slitz@rccblaw.com ecf@rccblaw.com |
| Simon E. Fraser | on behalf of Interested Party Adam Weiner sfraser@cozen.com simon-fraser-1269@ecf.pacerpro.com;scarney@cozen.com |
| Simon E. Fraser | on behalf of Interested Party Jay Freedman sfraser@cozen.com simon-fraser-1269@ecf.pacerpro.com;scarney@cozen.com |
| Stephen V. Falanga | on behalf of Creditor Mizzen Management LLC sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;clupi@walsh.law |
| Stephen V. Falanga | on behalf of Creditor Mizzen Capital LP sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;clupi@walsh.law |
| Stephen V. Falanga | on behalf of Creditor Mizzen Capital II L.P. sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law |

| | |
|---|---|
| Steven J. Reisman | on behalf of Interested Party Stacy Schwartz Kotelov and Riverwoods Road 2000 Land LLC sreisman@katten.com nyc.bknotices@katten.com |
| Sue Liu Chin | on behalf of Interested Party Pleasant View Gardens LLC and Pleasant View Gardens Land, LLC schin@borgeslawllc.com |
| Susan M. Kennedy | on behalf of Interested Party Andrew Chafatelli skennedy@wiggin.com |
| Susan M. Kennedy | on behalf of Interested Party Shelley Turk skennedy@wiggin.com |
| Susan M. Kennedy | on behalf of Interested Party Steven Turk skennedy@wiggin.com |
| Tamara Van Heel | on behalf of Interested Party Steven Turk tvanheel@wiggin.com |
| Tamara Van Heel | on behalf of Interested Party Shelley Turk tvanheel@wiggin.com |
| Tamara Van Heel | on behalf of Interested Party Andrew Chafatelli tvanheel@wiggin.com |
| Thomas James Monroe | on behalf of Interested Party Robert Nosek Esq. tmonroe@certilmanbalin.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com |
| Thomas James Monroe | on behalf of Interested Party Richard Mccord tmonroe@certilmanbalin.com afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com |
| Thomas W. Halm, Jr. | on behalf of Interested Party Red Pines LLC thomas.halm@bipc.com, maria.scala@bipc.com |
| Thomas W. Halm, Jr. | on behalf of Interested Party Steven and Brooke Bernstein thomas.halm@bipc.com maria.scala@bipc.com |
| Thomas W. Halm, Jr. | on behalf of Interested Party Jacob and Kerry Labovitz thomas.halm@bipc.com maria.scala@bipc.com |
| Timothy Walsh | on behalf of Interested Party Operators Bid Group twwalsh@steptoe.com |
| Timothy P. Neumann | on behalf of Interested Party Deal Sephardic Youth Center Inc. timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| Turner Falk | on behalf of Interested Party Stacy Schwartz Kotelov and Riverwoods Road 2000 Land LLC turner.falk@saul.com tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Walter Benzija | on behalf of Creditor Camp Specialists Ltd. wbenzija@halperinlaw.net mmurrayhbb@outlook.com |
| Warren J. Martin, Jr. | on behalf of Interested Party DHAN Masores LLC wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;rlhemming@pbnlaw.com |
| Warren J. Martin, Jr. | on behalf of Interested Party DH1 Holdings LLC wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;rlhemming@pbnlaw.com |

TOTAL: 217