**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on September 30, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**FAEGRE DRINKER BIDDLE & REATH LLP**
Michael P. Pompeo
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
michael.pompeo@faegredrinker.com

-and-

Ian J. Bambrick (*pro hac vice*)
Patrick A. Jackson (*pro hac vice*)
Sarah E. Silveira (*pro hac vice*)
222 Delaware Ave. Suite 1410
Wilmington, DE 19801
(302) 467-4200 (Telephone)
(302) 467-4201 (Facsimile)
ian.bambrick@faegredrinker.com
patrick.jackson@faegredrinker.com
sarah.silveira@faegredrinker.com

*Counsel to the DAMIS Debtors and Debtors in Possession*

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**
Adam C. Rogoff (*pro hac vice*)
Megan M. Wasson (*pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100 (Telephone)
(212) 715-8000 (Facsimile)
adam.rogoff@hsfkramer.com
megan.wasson@hsfkramer.com

*Co-Counsel to the DAMIS Debtors and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>DAMIS Holdings LLC, *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 26-16439 (CMG)<br><br>(Jointly Administered) |

**ORDER EXTENDING THE DEADLINE FOR THE DAMIS DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby

**ORDERED.**

**DATED: September 30, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (the "DAMIS Debtors")[2] for entry of an order (this "Order"), pursuant to section 365(d)(4) of the Bankruptcy Code, granting the Initial DAMIS Debtors[3] an extension, through and including December 31, 2026, of the statutory deadline for the Initial DAMIS Debtors to assume or reject the Real Property Leases; and upon consideration of the Motion and all pleadings related thereto; and the Court having found that due and proper notice of the Motion has been given and no other or further notice of the Motion is required under the circumstances; and this Court having found that it has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 1334 and 157, and the Standing Order; and the Court having found that this Court's consideration of the Motion and the relief requested therein is a core proceeding under 28 U.S.C. § 157(b), and that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found and determined that the relief requested in the Motion and provided for herein is in the best interest of the DAMIS Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS/. The location of DAMIS Holdings LLC's principal place of business and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

[3] For the avoidance of doubt, the relief requested hereby applies to the DAMIS Debtors that commenced their Chapter 11 Cases on June 4, 2026 (the "Initial DAMIS Debtors").

| | |
|---|---|
| Debtors: | DAMIS HOLDINGS LLC, *et al.* |
| Case No.: | 26-16439 (CMG) |
| Caption of Order: | ORDER, PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE, EXTENDING THE DEADLINE FOR THE DAMIS DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY |

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. Pursuant to section 365(d)(4)(B) of the Bankruptcy Code, the deadline under section 365(d)(4)(A) for the Initial DAMIS Debtors to assume or reject the Real Property Leases is hereby extended through and including December 31, 2026 (the "Assumption/Rejection Period"); provided that if the DAMIS Debtors file a motion to assume or reject a Lease prior to such date, the time period within which the DAMIS Debtors must assume or reject such Lease pursuant to section 365(d)(4)(B)(i) of the Bankruptcy Code shall be deemed extended through and including the date that the Court enters an order granting or denying such motion.

3. The DAMIS Debtors shall perform all the obligations of the DAMIS Debtors arising from and after the order for relief under any Real Property Lease, until such lease is assumed or rejected, notwithstanding section 503(b)(1) of the Bankruptcy Code, including any ground rents and tax payments.

4. The entry of this Order shall be without prejudice to the rights of the Initial DAMIS Debtors to seek further extension of the Assumption/Rejection Period in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

6. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7. The DAMIS Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16388-CMG
SIMAD Holdings Ltd. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 11
Date Rcvd: Sep 30, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | SIMAD Holdings Ltd., 50 Quality Street #110357, Trumbull, CT 06611-7715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Adam Sherman | on behalf of Creditor OrcaFunding LLC adam@jacobspc.com david@jacobspc.com |
| Alan J. Brody | on behalf of Interested Party SCG JV LLC brodya@gtlaw.com alan-brody-2138@ecf.pacerpro.com |
| Alexander Kadochnikov | on behalf of Attorney Cho pro holdings llc alexander@gklawfirm.net |
| Allen G. Kadish | on behalf of Interested Party Lexington Realty International LLC akadish@sgrlaw.com |
| Amanda R Simone | on behalf of Creditor NewCo Capital Group asimone@connellfoley.com |
| Andrea Dobin | on behalf of Creditor CampMinder LLC adobin@msbnj.com, cgallo@msbnj.com |

Andrea Dobin
on behalf of Creditor HomeTrust Bank adobin@msbnj.com cgallo@msbnj.com

Andrea Dobin
on behalf of Creditor Byline Bank adobin@msbnj.com cgallo@msbnj.com

Andrew Blake Broome
on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC; Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off abroome@wilentz.com

Andrew Scott Rivera
on behalf of Creditor Visions Federal Credit Union arivera@bsk.com

Anne B. Sekel
on behalf of Creditor Goba Capital Inc. asekel@foley.com jnicholson@foley.com;jlee@foley.com

Ariel Bouskila
on behalf of Creditor Ace Funding Source LLC ari@bblawpllc.com

Bradford J. Sandler
on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC; Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off bsandler@pszjlaw.com, mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
on behalf of Creditor Metropolitan Offshore Partners Fund VII LP bsandler@pszjlaw.com, mseidl@pszjlaw.com;abates@pszjlaw.com

Brett Silverman
on behalf of Interested Party Ohel Childrens Home and Family Services Inc brett@getconciergelaw.com

Brett D. Goodman
on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC; Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett S. Theisen
on behalf of Creditor NewCo Capital Group btheisen@connellfoley.com nmitchell@gibbonslaw.com

Carl J. Soranno
on behalf of Interested Party JONATHON GRABOW csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Interested Party LGTFPS Holdings LLC csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Interested Party David Schreiber csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Interested Party Eleven11 Holdings LLC csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Christopher R. Donoho, III
on behalf of Interested Party Klirmark Opportunity Fund IV LP chris.donoho@hoganlovells.com

Daniel Stolz
on behalf of Interested Party The Committee of Concerned Parents of Camp Lavi daniel.stolz@stevenslee.com daniel.stolz@ecf.inforuptcy.com;maria.sousa@stevenslee.com;lorrie.denson@stevenslee.com

Daniel A Bloom
on behalf of Creditor Mishmeret Trust Company Ltd. as Trustee for the Series A Bondholders of SIMAD Holdings Ltd dabloom@riker.com

Daniel A Bloom
on behalf of Interested Party Klirmark Opportunity Fund IV LP dabloom@riker.com

David B. Sherman
on behalf of Creditor Yoav Cochav tdicostanza@solomonsherman.com

David H. Stein
on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC; Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com

David M. Bass
on behalf of Debtor SIMAD Holdings Ltd. dbass@coleschotz.com fpisano@coleschotz.com;tdumbroff@coleschotz.com;svc_courtalert@coleschotz.com

Dean Oswald
on behalf of Creditor Easthampton Savings Bank doswald@olshanlaw.com d@olshanlaw.com

Deborah Kovsky-Apap
on behalf of Creditor Church Mutual Insurance Company S.I. deborah.kovsky@troutman.com, WLBank@troutman.com;Ashley.Lohr@troutman.com

Dominique Sinesi
on behalf of Attorney UNITED STATES dominique.sinesi@usdoj.gov

Donald W Clarke
on behalf of Interested Party David A. Shabsels dclarke@pashmanstein.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com;gkarnick@pashmanstein.com

Douglas J. McGill
on behalf of Interested Party OSK XIV LLC dmcgill@webbermcgill.com

Elizabeth K. Holdren
on behalf of Creditor Wayne Bank eholdren@hillwallack.com hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Eric S. Chafetz
on behalf of Interested Party Steven Weissman Wendy Saiff, and certain of their relatives echafetz@lowenstein.com, elawler@lowenstein.com

Eric S. Chafetz
on behalf of Interested Party Willow Lake Day Camps Inc. echafetz@lowenstein.com, elawler@lowenstein.com

Evan Lazerowitz
on behalf of Interested Party Official Committee Of Unsecured Creditors elazerowitz@rc.com

Evan J. Zucker
on behalf of Interested Party Union of Orthodox Jewish Congregations of America doing business as each of (i) the Orthodox Union, (ii) the OU, (iii) NCSY, and (iv) Yachad evan.zucker@blankrome.com, nybankruptcydocketing@blankrome.com;evan-zucker-9780@ecf.pacerpro.com

Evan S. Goldstein
on behalf of Creditor Easthampton Savings Bank egoldstein@uks.com

Faye C Rasch
on behalf of Creditor American Institute for Foreign Study Inc. d/b/a Camp America faye@wrlawgroup.com, hazel@wrlawgroup.com;jessica@wrlawgroup.com

Fernand L Laudumiey, IV
on behalf of Creditor Fidelity Bank laudumiey@chaffe.com

Francis P. Maneri
on behalf of Interested Party Rialto Capital Advisers LLC fmaneri@dilworthlaw.com, ctomlin@dilworthlaw.com;shenry@dilworthlaw.com

Francis P. Maneri
on behalf of Interested Party First Merchants Bank fmaneri@dilworthlaw.com ctomlin@dilworthlaw.com;shenry@dilworthlaw.com

Fred Hoensch
on behalf of Creditor IOU Central Inc. fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

Gabriel Sasson
on behalf of Interested Party Official Committee Of Unsecured Creditors gabesasson@paulhastings.com

Gary F. Eisenberg
on behalf of Creditor Computershare Trust Company National Association, as Trustee for the benefit of the registered holders of BBCMS Mortgage Trust 2025- C35, Commercial Mortgage Pass-Through Certificates, Series 2025-C3 gary.eisenberg@ashurstperkins.com, DocketNYC@Perkinscoie.com;nvargas@perkinscoie.com;gary-eisenberg-4193@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com

Gary F. Eisenberg
on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee for the Registered Holders of Benchmark 2026-B43 Mortgage Trust, Commercial Mortgage Pass- Through Certificates Series 2026-B43 gary.eisenberg@ashurstperkins.com, DocketNYC@Perkinscoie.com;nvargas@perkinscoie.com;gary-eisenberg-4193@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com

Gary F. Eisenberg
on behalf of Creditor Computershare Trust Company N.A., as Trustee for the benefit of the registered holders of BANK5 2023-5YR1, Commercial Mortgage Pass- Through Certificates, Series 2023-5YR1 gary.eisenberg@ashurstperkins.com, DocketNYC@Perkinscoie.com;nvargas@perkinscoie.com;gary-eisenberg-4193@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com

Gary Francis Seitz
on behalf of Creditor NBT Bank NA gseitz@gsbblaw.com, gseitz10@verizon.net,jblackford@gsbblaw.com

Gary Francis Seitz
on behalf of Creditor Arrow Bank NA gseitz@gsbblaw.com, gseitz10@verizon.net,jblackford@gsbblaw.com

Gary Francis Seitz

| | |
|---|---|
| | on behalf of Creditor Community Bank NA gseitz@gsbblaw.com, gseitz10@verizon.net,jblackford@gsbblaw.com |
| Gerard Cicero | on behalf of Interested Party American Youth Camping Inc. gcicero@brownrudnick.com |
| Gerard Cicero | on behalf of Interested Party American Youth Camping Holdco LLC gcicero@brownrudnick.com |
| Glenn R Reiser | on behalf of Creditor Cashera Capital LLC greiser@shapirocroland.com r.gr75895@notify.bestcase.com |
| Grace A. Thompson | on behalf of Interested Party Stacy Schwartz Kotelov and Riverwoods Road 2000 Land LLC grace.thompson@katten.com nyc.bknotices@katten.com |
| Harold G. Cohen | on behalf of Interested Party Chateaugay Lake Camp Inc. hcohen@dilworthlaw.com ctomlin@dilworthlaw.com |
| Harold G. Cohen | on behalf of Interested Party Harold "Hal" Lyons hcohen@dilworthlaw.com ctomlin@dilworthlaw.com |
| Harry M. Gutfleish | on behalf of Interested Party Lifetime Funding harry@gutfleishlaw.com |
| Harry M. Gutfleish | on behalf of Interested Party Vault 26 Capital LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | on behalf of Interested Party LNS Group LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | on behalf of Interested Party Ocean Funding Corp. harry@gutfleishlaw.com |
| Jami B. Nimeroff | on behalf of Interested Party First National Bank of McGregor jnimeroff@snbhlaw.com cjones@bmnlawyers.com |
| Jay Sabin | on behalf of Interested Party David Schreiber jsabin@bracheichler.com |
| Jay Sabin | on behalf of Interested Party LGTFPS Holdings LLC jsabin@bracheichler.com |
| Jay Sabin | on behalf of Interested Party JONATHON GRABOW jsabin@bracheichler.com |
| Jay Sabin | on behalf of Interested Party Eleven11 Holdings LLC jsabin@bracheichler.com |
| Jeffrey D. Prol | on behalf of Interested Party Heritage Camps LLC jprol@lowenstein.com, dclaussen@lowenstein.com;lowenstein@ecfalerts.com;courtmail@lowenstein.com;bnathan@lowenstein.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey S. Cianciulli | on behalf of Creditor Libertas Funding LLC jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com |
| Jeffrey S. Cianciulli | on behalf of Creditor WebBank jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com |
| John Derek Stern | on behalf of Interested Party Klirmark Opportunity Fund IV LP jstern@riker.com |
| John J. Winter | on behalf of Creditor NBL SPV II LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com |
| John M. August | on behalf of Creditor Fidelity Bank jaugust@saiber.com achiappetta@saiber.com |
| John S. Mairo | on behalf of Interested Party H&H Purchasing Services LLC d/b/a Tavezio jmairo@fbtgibbons.com, emunera@fbtgibbons.com |
| Jonathan I. Rabinowitz | on behalf of Creditor Beton Holdings LLC jrabinowitz@rltlawfirm.com, rgaydos@rltlawfirm.com;nmarotta@rltlawfirm.com |
| Josef W. Mintz | on behalf of Interested Party Camping Management Corporation mintz@blankrome.com ecf-fe4957a0ba6a@ecf.pacerpro.com |
| Josef W. Mintz | on behalf of Interested Party Mitchell Black mintz@blankrome.com ecf-fe4957a0ba6a@ecf.pacerpro.com |
| Joseph L. Schwartz | |

on behalf of Interested Party Klirmark Opportunity Fund IV LP jschwartz@riker.com courtdockets@riker.com

Joseph L. Schwartz
on behalf of Creditor Mishmeret Trust Company Ltd. as Trustee for the Series A Bondholders of SIMAD Holdings Ltd jschwartz@riker.com, courtdockets@riker.com

Joseph M. Garemore
on behalf of Creditor Heartland Bank and Trust Company jgaremore@brownconnery.com

Joseph M. Garemore
on behalf of Creditor Busey Bank jgaremore@brownconnery.com

Joseph M. Vann
on behalf of Creditor Congregation Tal Leyisroel jvann@ctswlaw.com rboghosian@ctswlaw.com;fdelacruz@ctswlaw.com;einglis@ctswlaw.com

Joshua Sussberg
on behalf of Interested Party Camp Committee jsussberg@kirkland.com amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Justin S Krell
on behalf of Creditor Visions Federal Credit Union jkrell@bsk.com kdoner@bsk.com;CourtMail@bsk.com

Kaitlin R. Walsh
on behalf of Creditor The Bank of New Hampshire krwalsh@mintz.com docketing@mintz.com

Kaitlin R. Walsh
on behalf of Interested Party Bank of New Hampshire krwalsh@mintz.com docketing@mintz.com

Katharine Elizabeth Ello
on behalf of Interested Party Rivendell LLC kello@bakerdonelson.com

Katharine Elizabeth Ello
on behalf of Interested Party Anduril LLC kello@bakerdonelson.com

Kelly D. Curtin
on behalf of Interested Party DH1 Holdings LLC kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Kelly D. Curtin
on behalf of Interested Party DHAN Masores LLC kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com

Kevin J. Mangan
on behalf of Interested Party Constellation Payments Processing USA Inc. kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;michelle.dero@wbd-us.com

Kyle McEvilly
on behalf of Interested Party Official Committee Of Unsecured Creditors kmcevilly@connellfoley.com

Kyle McEvilly
on behalf of Interested Party Official Committee of Unsecured Creditors of the DAMIS Debtors kmcevilly@connellfoley.com

Kyriaki Christodoulou
on behalf of Creditor Jersey Central Power & Light Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor The Connecticut Light & Power Company d/b/a Eversource kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Orange & Rockland Utilities Inc. kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor Pennsylvania Electric Company kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Creditor New York State Electric & Gas Corporation kchristodoulou@cullenllp.com

Kyriaki Christodoulou
on behalf of Attorney Kyriaki Christodoulou kchristodoulou@cullenllp.com

Lauren M. Macksoud
on behalf of Creditor Dov Perkal lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com

Marc C Capone
on behalf of Creditor Camp Counselors USA Inc. ecf@gillmancapone.com, GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Matias Ricardo Gallego-Manzano
on behalf of Creditor BANK OF AMERICA N.A. matias.gallegomanzano@bclplaw.com, matias-r-gallego-manzano-5543@ecf.pacerpro.com

Michael Kahme
on behalf of Creditor Wayne Bank mkahme@hillwallack.com fmansmann@hillwallack.com

Michael D. Sirota
on behalf of Debtor Meadowbrook Operatingco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor One Canal Place Real Estate LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Club Getaway Operatingco LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Country Roads Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor IAFALANDCO LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Club Getaway Landco LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Island Lake Campco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Banner Operatingco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Quadstar Realty LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mill Road Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bluestar Operatingco LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Pine Forest Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mohawkcampco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Shab Holdings LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bluestar Landco LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mesorahland LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Pine Forest Campco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mohawk Country Day School Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Summit Camp LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Poland Campco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mesorahco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Washington Lake LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Shab Operating Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mohawkland LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Malka Operatingco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Wekeeland LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Banner Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Achim Operatingco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Rolling Hills Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Chateaugay Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Camp Med-O-Lark Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor RDM Camps LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Intermediate SIMAD 1 LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch

otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Belgrade Lakes Summer Camps LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Achim Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Island Lake Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor IAFAOPERATINGCO. LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Waukeela Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor WM Land LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Plaintiff SIMAD Holdings Ltd. et al. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor One Canal Place Leasing LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Rolling Hills Operatingco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor SIMAD Holdings Ltd. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Green Lane Landco LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor SIMAD Equities LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Green Lane Operatingco LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor MaineWekeelaco LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Lavco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Poland Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch
otz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Meadowbrook Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Lavland LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BAHS Operating Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Chateaugay Campco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor County Roads Operatingco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Greenvilleland LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mogenavland LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Eagle's Landing Day Camp LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mogenavco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor WM Camp LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Kiwi Operatingco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BAHS Holdings LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Waukeela Operatingco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael J. Shavel
on behalf of Creditor Wayne Bank mshavel@hillwallack.com shavelmr99123@notify.bestcase.com

Michael P. Pompeo
on behalf of Interested Party DAMIS Holdings LLC michael.pompeo@faegredrinker.com cathy.greer@faegredrinker.com

Michelle N. Saney
on behalf of Creditor Goba Capital Inc. michelle.saney@foley.com

Mitchell Malzberg
on behalf of Creditor SPORTS & ARTS CENTER AT ISLAND LAKE INC. mmalzberg@mjmalzberglaw.com,
dlapham@mjmalzberglaw.com

Morris S. Bauer
on behalf of Interested Party Camp Committee MSBauer@duanemorris.com
tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com

Nancy Isaacson
on behalf of Creditor Jack Jaffa nisaacson@greenbaumlaw.com

Nicholas Martin Ebel
on behalf of Creditor Mizzen Management LLC nebel@walsh.law

Nicholas Martin Ebel
on behalf of Creditor Mizzen Capital LP nebel@walsh.law

Nicholas Martin Ebel
on behalf of Creditor Mizzen Capital II L.P. nebel@walsh.law

Pamela Elchert Thurmond
on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Paul J. Winterhalter
on behalf of Interested Party Ephram Caflun pwinterhalter@offitkurman.com cballasy@offitkurman.com

Philip J. Gross
on behalf of Interested Party Willow Lake Day Camps Inc. pgross@lowenstein.com, bnathan@lowenstein.com

Rachel Jaffe Mauceri
on behalf of Interested Party Official Committee Of Unsecured Creditors rmauceri@rc.com
rachel-jaffe-mauceri-9017@ecf.pacerpro.com

Raymond M. Patella
on behalf of Creditor Tamara Applebaum rpatella@lawjw.com

Raymond M. Patella
on behalf of Creditor Harvey Applebaum rpatella@lawjw.com

Raymond M. Patella
on behalf of Creditor HT Northstar Property LLC rpatella@lawjw.com

Raymond M. Patella
on behalf of Creditor HT Property Management LLC rpatella@lawjw.com

Richard D. Trenk
on behalf of Interested Party American Friends of Camp Pardas Chanah rtrenk@trenkisabel.law
rbicocchi@trenkisabel.law;jsavio@trenkisabel.law;jmillar@trenkisabel.com

Richard D. Trenk
on behalf of Interested Party Beacon Bank & Trust rtrenk@trenkisabel.law
rbicocchi@trenkisabel.law;jsavio@trenkisabel.law;jmillar@trenkisabel.com

Richard Joseph Lamar Lomuscio
on behalf of Creditor Enhanced Capital Pennsylvania Rural Fund LLC richard.lomuscio@stinson.com, nyc.lssteam@stinson.com

Robert Malone
on behalf of Interested Party Official Committee of Unsecured Creditors of the DAMIS Debtors rmalone@connellfoley.com
nmitchell@gibbonslaw.com

Robert J Feinstein
on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC;
Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off rfeinstein@pszjlaw.com

Robert M Hirsh
on behalf of Interested Party Operators Bid Group robert.hirsh@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

Rocco A. Cavaliere
on behalf of Interested Party Seth Herschthal rcavaliere@tarterkrinsky.com snobles@tarterkrinsky.com

Rocco A. Cavaliere
on behalf of Interested Party Lauren Popkin Herschthal rcavaliere@tarterkrinsky.com snobles@tarterkrinsky.com

Sean S Litz
on behalf of Interested Party Monica Odiorne slitz@rccblaw.com ecf@rccblaw.com

Sean S Litz
on behalf of Interested Party Craig Odiorne slitz@rccblaw.com ecf@rccblaw.com

Simon E. Fraser
on behalf of Interested Party Adam Weiner sfraser@cozen.com simon-fraser-1269@ecf.pacerpro.com;scarney@cozen.com

Simon E. Fraser
on behalf of Interested Party Jay Freedman sfraser@cozen.com simon-fraser-1269@ecf.pacerpro.com;scarney@cozen.com

Stephen V. Falanga
on behalf of Creditor Mizzen Capital II L.P. sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law

Stephen V. Falanga
on behalf of Creditor Mizzen Capital LP sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;clupi@walsh.law

Stephen V. Falanga
on behalf of Creditor Mizzen Management LLC sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;clupi@walsh.law

| | |
|---|---|
| Steven J. Reisman | on behalf of Interested Party Stacy Schwartz Kotelov and Riverwoods Road 2000 Land LLC sreisman@katten.com nyc.bknotices@katten.com |
| Sue Liu Chin | on behalf of Interested Party Pleasant View Gardens LLC and Pleasant View Gardens Land, LLC schin@borgeslawllc.com |
| Susan M. Kennedy | on behalf of Interested Party Steven Turk skennedy@wiggin.com |
| Susan M. Kennedy | on behalf of Interested Party Shelley Turk skennedy@wiggin.com |
| Susan M. Kennedy | on behalf of Interested Party Andrew Chafatelli skennedy@wiggin.com |
| Tamara Van Heel | on behalf of Interested Party Andrew Chafatelli tvanheel@wiggin.com |
| Tamara Van Heel | on behalf of Interested Party Steven Turk tvanheel@wiggin.com |
| Tamara Van Heel | on behalf of Interested Party Shelley Turk tvanheel@wiggin.com |
| Thomas James Monroe | on behalf of Interested Party Robert Nosek Esq. tmonroe@certilmanbalin.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com |
| Thomas James Monroe | on behalf of Interested Party Richard Mccord tmonroe@certilmanbalin.com afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com |
| Thomas W. Halm, Jr. | on behalf of Interested Party Red Pines LLC thomas.halm@bipc.com, maria.scala@bipc.com |
| Thomas W. Halm, Jr. | on behalf of Interested Party Steven and Brooke Bernstein thomas.halm@bipc.com maria.scala@bipc.com |
| Thomas W. Halm, Jr. | on behalf of Interested Party Jacob and Kerry Labovitz thomas.halm@bipc.com maria.scala@bipc.com |
| Timothy Walsh | on behalf of Interested Party Operators Bid Group twwalsh@steptoe.com |
| Timothy P. Neumann | on behalf of Interested Party Deal Sephardic Youth Center Inc. timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| Turner Falk | on behalf of Interested Party Stacy Schwartz Kotelov and Riverwoods Road 2000 Land LLC turner.falk@saul.com tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Walter Benzija | on behalf of Creditor Camp Specialists Ltd. wbenzija@halperinlaw.net mmurrayhbb@outlook.com |
| Warren J. Martin, Jr. | on behalf of Interested Party DHAN Masores LLC wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;rlhemming@pbnlaw.com |
| Warren J. Martin, Jr. | on behalf of Interested Party DH1 Holdings LLC wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;rlhemming@pbnlaw.com |

TOTAL: 217