**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**APPLICATION IN LIEU OF MOTION**
**IN SUPPORT OF ENTRY OF THE STIPULATION AND**
**CONSENT ORDER SUPPLEMENTING FINAL DIP ORDER**

TO THE HONORABLE CHRISTINE M. GRAVELLE,
CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT:

The above-captioned debtors and debtors-in-possession (the "SIMAD Debtors"), by and through their undersigned counsel, respectfully state the following in support of this application

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

(the "Application"), pursuant to D.N.J. LBR 9019-4(b), seeking the approval and entry of the proposed *Stipulation and Consent Order Supplementing Final DIP Order* (the "Consent Order"),[2] a copy of which is attached hereto as **Exhibit 1**:

1. On June 4 and 5, 2026, each of the SIMAD Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 20, 2026, the Court entered the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* [Docket No. 547] (the "Final DIP Order").

3. On September 14, 2026, the Court entered the *Order Approving Stipulation Extending the Challenge Period* [Docket No. 1116] (the "Extension Stipulation") between the Official Committee of Unsecured Creditors (the "Committee") and the Bank of New Hampshire ("BNH") extending the Challenge Period Termination Date under paragraph 12 of the Final DIP Order through October 2, 2026 at 11:59 p.m. (ET), solely with respect to the Committee, and solely with respect to the Preserved Challenges (as defined in the Extension Stipulation).

4. Following entry of the Extension Stipulation, the SIMAD Debtors, BNH, and the Committee engaged in negotiations over, among other things, (a) the SIMAD Debtors' use of Cash Collateral pursuant to a revised Approved DIP Budget and their ability to draw on the New Money Commitments in accordance with the Final DIP Order and the Approved DIP Budget, and (b) the Preserved Challenges (as defined in the Extension Stipulation).

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Consent Order.

5. As a result of those negotiations, the Parties have reached various agreements in the proposed Consent Order that (a) permit the SIMAD Debtor Loan Parties to use Cash Collateral pursuant to a revised Approved DIP Budget and draw and use the remainder of the New Money Commitments in accordance with the Final DIP Order and the Approved DIP Budget, (b) authorize the SIMAD Debtors to pay BNH within five (5) business days of entry of the Consent Order the net proceeds of the Transactions with respect to Camp Waukeela, Camp Med-O-Lark, Indian Acres Camp for Boys & Forest Acres Camp for Girls, Camp North Star, and Camp Wekeela on account of the DIP Obligations, and (c) provide for a limited subordination of $771,000 of any of BNH's Deficiency Claims to all allowed general unsecured claims against the SIMAD Debtor Loan Parties, as more fully set forth therein.

6. The Consent Order and the terms thereof are a valid exercise of the SIMAD Debtors' sound business judgment and are in the best interests of the SIMAD Debtors, their estates, creditors, and all parties in interest.

7. This Application is submitted pursuant to D.N.J. LBR 9019-4(b) in lieu of a motion in support of the SIMAD Debtors' request that the Court enter the Consent Order, as presented.

8. No previous application for the relief sought herein has been made to this or any other Court.

[*Remainder of page intentionally left blank*]

Dated: October 3, 2026

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors and*
*Debtors in Possession*

# <u>EXHIBIT 1</u>

**Consent Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel for Debtors and Debtors-in-Possession*

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**STIPULATION AND CONSENT ORDER SUPPLEMENTING FINAL DIP ORDER**

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED**.

[1] A complete list of the debtors being jointly administered under lead case In re SIMAD Holdings Ltd., *et al.*, Case No. 26-16388 (CMG) (collectively, the "Debtors") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

Upon the *Application in Lieu of Motion in Support of Entry of Stipulation and Agreed Order Supplementing Final DIP Order* (the "Application") of the above-captioned debtors and debtors-in-possession (collectively, the "SIMAD Debtors") in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases"), the committee of unsecured creditors appointed in these Cases (the "Committee"), and Bank of New Hampshire ("BNH" and, collectively with the SIMAD Debtors and the Committee, the "Parties"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. § 1408 and 1409; and the Court having determined that notice of the Application, the relief requested therein, and this Stipulation and Consent Order Supplementing Final DIP Order (this "Stipulation and Consent Order") was appropriate under the circumstances, and after due deliberation and sufficient cause appearing therefore:

**NOW, BASED ON THE FOREGOING STIPULATIONS AND UPON REQUEST BY THE PARTIES, IT IS HEREBY STIPULATED, AGREED, AND ORDERED THAT:**

1. The budget attached hereto as **Exhibit A** is approved by BNH, and all references to the "Approved DIP Budget" herein and in that certain *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* [Docket No. 547] (the "Final DIP Order")[2] shall be to the attached budget.

---

[2] Except as otherwise set forth herein, capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Final DIP Order.

2. The SIMAD Debtor Loan Parties are authorized to use the Cash Collateral in accordance with the Final DIP Order and the Approved DIP Budget.

3. The SIMAD Debtor Loan Parties are authorized to draw and use the remainder of the New Money Commitments in accordance with the Final DIP Order and the Approved DIP Budget.

4. Notwithstanding that certain *Order Approving Stipulation Extending the Challenge Period* [Docket No. 1116] (the "Extension Stipulation"), the Parties stipulate and agree that the Challenge Period Termination Date, solely with respect to the Committee and solely with respect to the Preserved Challenges (as such term is defined in the Extension Stipulation), has expired. Further, the Challenge Period Termination Date with respect to all other parties in interest and all non-Preserved Challenges expired on September 12, 2026.

5. The stipulations, admissions, and waivers contained in the Final DIP Order, including the SIMAD Debtors' Stipulations, are binding upon all parties in interest, including the Committee, and any other person acting on behalf of the SIMAD Debtors' estates.

6. The SIMAD Debtors are authorized and directed to pay to BNH within five (5) business days of the entry of this Order the net proceeds of each Transaction (as such term is defined in each of the following: (i) *Order (I) Approving Asset Purchase Agreement Between Andrew Shlensky and Waukeela Landco LLC and Waukeela Operatingco LLC, (II) Authorizing the Sale of Substantially All Assets of Waukeela Landco LLC and Waukeela Operatingco LLC Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§ 363(b), 363(f), and 363(m), (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365, and (IV) Granting Related Relief* [Docket No. 968], (ii) *Order (I) Approving Asset Purchase Agreement Between American Youth Camping*

*Holdco LLC, Camp Med-O-Lark, Inc., and Washington Lake, LLC, (II) Authorizing the Sale of Substantially All Assets of Camp Med-O-Lark, Inc. and Washington Lake, LLC Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§ 363(b), and 363(f), (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365, and (IV) Granting Related Relief* [Docket No. 1077], (iii) *Order (I) Approving Asset Purchase Agreement Between American Youth Camping Holdco LLC, Iafalandco LLC, and Iafaoperatingco LLC, (II) Authorizing the Sale of Substantially All Assets of Iafalandco LLC and Iafaoperatingco LLC Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§ 363(b), and 363(f), (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365, and (IV) Granting Related Relief* [Docket No. 1079], (iv) *Order (I) Approving Asset Purchase Agreement Between American Youth Camping Holdco LLC, Poland Landco LLC, and Poland Campco LLC, (II) Authorizing the Sale of Substantially All Assets of Poland Landco LLC and Poland Campco LLC Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§ 363(b), and 363(f), (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365, and (IV) Granting Related Relief* [Docket No. 1081], and (v) *Order (I) Approving Asset Purchase Agreement Between American Youth Camping Holdco LLC, Wekeeland LLC, and Mainewekeelaco LLC, (II) Authorizing the Sale of Substantially All Assets of Wekeeland LLC and Mainewekeelaco LLC Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§ 363(b), and 363(f), (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365, and (IV) Granting Related Relief* [Docket No. 1082]) on account of the DIP Obligations pursuant

to a payoff letter delivered by BNH to the Debtors and the Committee at least three (3) business days prior to the anticipated payment date.

7. Nothing in this Stipulation and Order shall limit or impair BNH's rights and claims against the assets of Debtors WM Land, LLC and WM Camp, LLC.

8. To the extent any portion of the Prepetition Obligations is undersecured (such portion, the "Deficiency Claim"), BNH hereby agrees that up to $771,000 of the Deficiency Claim (the "Subordinated Defiency Amount") shall be subordinate in right of payment and distribution to all allowed general unsecured claims against the SIMAD Debtor Loan Parties, such that no distribution shall be made on account of the Subordinated Deficiency Amount until all such allowed general unsecured claims (inclusive of the amount of the Deficiency Claim not otherwise subordinated) have been paid in full.

9. Except as expressly set forth herein, nothing in this Stipulation and Order modifies the terms of the Final DIP Order.

10. This Stipulation and Order shall be effective immediately upon entry.

11. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Stipulation and Order.

[*Remainder of Page Intentionally Left Blank*]

STIPULATED AND AGREED TO BY:

**COLE SCHOTZ P.C.**

*/s/ Michael D. Sirota*
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors and Debtors in Possession*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

*/s/ Kaitlin R. Walsh*
Kaitlin R. Walsh
919 Third Avenue
New York, New York 10022
Telephone: (212) 935-3000
Email: KRWalsh@mintz.com

-and-

Daniel S. Bleck (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Email: DSBleck@mintz.com

*Counsel for Bank of New Hampshire*

**ROBINSON & COLE LLP**

*/s/ Evan M. Lazerowitz*
Evan M. Lazerowitz
Rachel Jaffe Mauceri
Brya M. Keilson
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
rmauceri@rc.com
bkeilson@rc.com

*Counsel to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

Draft - Confidential; Subject to Material Revision; Subject to FRE 408 and Equivalents

**SIMAD Holdings**

*BNH Extended Budget*

**BNH**

| No. | *$ in 000s* Forecast/Actual Week Ending | 1 Actual 6/19/2026 | 2 Actual 6/26/2026 | 3 Actual 7/3/2026 | 4 Actual 7/10/2026 | 5 Actual 7/17/2026 | 6 Actual 7/24/2026 | 7 Actual 7/31/2026 | 8 Actual 8/7/2026 | 9 Actual 8/14/2026 | 10 Actual 8/21/2026 | 11 Actual 8/28/2026 | 12 Forecast 9/4/2026 | 13 Forecast 9/11/2026 | Total Start WE 06/19/26 End WE 09/11/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **I. Net Cash Flow** | | | | | | | | | | | | | | |
| 1. | Camper Deposits | $ 191 | $ 170 | $ 156 | $ 147 | $ 139 | $ 91 | $ 160 | $ 153 | $ 28 | $ 106 | $ 78 | $ 83 | $ 119 | $ 1,623 |
| 2. | Tuition Refunds | - | - | - | - | (1) | (0) | - | (0) | (0) | (1) | (0) | - | (0) | (3) |
| 3. | Other Receipts | - | - | 0 | - | 15 | - | 0 | 3 | - | - | 42 | - | 0 | 61 |
| 4. | Intercompany Funding | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5. | Rental Income | - | - | - | - | - | - | - | 45 | - | - | - | 50 | 10 | 105 |
| 6. | **Total Receipts** | **$ 191** | **$ 170** | **$ 156** | **$ 147** | **$ 153** | **$ 91** | **$ 160** | **$ 200** | **$ 28** | **$ 106** | **$ 120** | **$ 133** | **$ 129** | **$ 1,785** |
| 7. | Payroll & Benefits | (164) | (184) | (534) | (74) | (586) | (295) | (703) | (189) | (763) | (325) | (277) | (189) | (365) | (4,646) |
| 8. | Camp Operations | (207) | (192) | (229) | (258) | (208) | (298) | (294) | (242) | (290) | (147) | (241) | (135) | (130) | (2,871) |
| 9. | Rent Utilities & Maintenance | (68) | (45) | (78) | (77) | (42) | (49) | (59) | (51) | (65) | (75) | (88) | (62) | (76) | (836) |
| 10. | Insurance | - | - | (30) | - | - | - | - | (5) | - | (28) | (9) | (12) | (21) | (105) |
| 11. | Marketing & Enrollment | (0) | (3) | (12) | (44) | (9) | (3) | (13) | (39) | (22) | (23) | (37) | (30) | (15) | (250) |
| 12. | Other Operating | (7) | (34) | (24) | (13) | (17) | (13) | (27) | (19) | (47) | (13) | (68) | (18) | (11) | (310) |
| 13. | Intercompany | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 14. | Taxes | (13) | - | (17) | - | (0) | (0) | - | - | (1) | - | (41) | (1) | - | (73) |
| 15. | **Total Operating Disbursements** | **$ (458)** | **$ (458)** | **$ (923)** | **$ (466)** | **$ (861)** | **$ (659)** | **$ (1,096)** | **$ (544)** | **$ (1,189)** | **$ (611)** | **$ (761)** | **$ (447)** | **$ (618)** | **$ (9,091)** |
| 16. | **Operating Cash Flow** | **$ (267)** | **$ (288)** | **$ (767)** | **$ (319)** | **$ (708)** | **$ (569)** | **$ (935)** | **$ (343)** | **$ (1,161)** | **$ (505)** | **$ (641)** | **$ (314)** | **$ (489)** | **$ (7,306)** |
| 17. | **Transfers to Restricted Cash** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ (20)** | **$ -** | **$ (3)** | **$ (33)** | **$ (83)** | **$ (119)** | **$ (257)** |
| 18. | Professional Fees | - | - | - | - | - | (1,220) | (173) | (160) | (151) | (151) | (146) | (759) | (751) | (3,512) |
| 19. | U.S. Trustee Fees | - | - | - | - | - | - | (16) | - | - | - | (63) | - | (49) | (128) |
| 20. | DIP Interest & Fees | - | - | - | - | (199) | - | - | - | - | (245) | - | - | (166) | (611) |
| 21. | **Total Non-Operating Items** | **$ -** | **$ -** | **$ -** | **$ -** | **$ (199)** | **$ (1,220)** | **$ (189)** | **$ (160)** | **$ (151)** | **$ (397)** | **$ (209)** | **$ (759)** | **$ (966)** | **$ (4,252)** |
| 22. | **Net Cash Flow** | **$ (267)** | **$ (288)** | **$ (767)** | **$ (319)** | **$ (907)** | **$ (1,788)** | **$ (1,125)** | **$ (524)** | **$ (1,312)** | **$ (905)** | **$ (883)** | **$ (1,156)** | **$ (1,574)** | **$ (11,815)** |
| | **II. Cash Balances - Book** | | | | | | | | | | | | | | |
| 23. | Beginning Balance[1] | $ 7,183 | $ 6,917 | $ 7,090 | $ 7,180 | $ 6,861 | $ 5,953 | $ 5,308 | $ 4,183 | $ 5,651 | $ 4,338 | $ 4,042 | $ 3,159 | $ 2,304 | $ 7,183 |
| 24. | Net Cash Flow | (267) | (288) | (767) | (319) | (907) | (1,788) | (1,125) | (524) | (1,312) | (905) | (883) | (1,156) | (1,574) | (11,815) |
| 25. | Operating DIP Funding | - | - | 857 | - | - | 1,143 | - | 2,069 | - | 608 | - | 301 | - | 4,977 |
| 26. | One-Time Adjustment | - | 462 | - | - | - | - | - | (77) | - | - | - | - | - | 385 |
| 27. | **Ending Cash Balance** | **$ 6,917** | **$ 7,090** | **$ 7,180** | **$ 6,861** | **$ 5,953** | **$ 5,308** | **$ 4,183** | **$ 5,651** | **$ 4,338** | **$ 4,042** | **$ 3,159** | **$ 2,304** | **$ 730** | **$ 730** |

| No. | *$ in 000s* Forecast/Actual Week Ending | 14 Forecast 9/18/2026 | 15 Forecast 9/25/2026 | 16 Forecast 10/2/2026 | 17 Forecast 10/9/2026 | 18 Forecast 10/16/2026 | 19 Forecast 10/23/2026 | 20 Forecast 10/30/2026 | Total Start WE 09/18/26 End WE 10/30/26 | Total Start WE 06/19/26 End WE 10/30/26 |
|---|---|---|---|---|---|---|---|---|---|---|
| | **I. Net Cash Flow** | | | | | | | | | |
| 1. | Camper Deposits | $ 3 | $ 8 | $ - | $ 3 | $ 23 | $ 8 | $ 28 | $ 72 | $ 1,694 |
| 2. | Tuition Refunds | - | - | - | - | - | - | - | - | (3) |
| 3. | Other Receipts | 1 | 3 | - | - | - | - | - | 4 | 65 |
| 4. | Intercompany Funding | - | - | - | - | - | - | - | - | - |
| 5. | Rental Income | - | - | - | - | - | - | - | - | 105 |
| 6. | **Total Receipts** | **$ 4** | **$ 11** | **$ -** | **$ 3** | **$ 23** | **$ 8** | **$ 28** | **$ 76** | **$ 1,861** |
| 7. | Payroll & Benefits | (69) | (30) | (50) | (15) | (40) | (5) | - | (209) | (4,855) |
| 8. | Camp Operations | (69) | (35) | (35) | - | - | (5) | (5) | (149) | (3,019) |
| 9. | Rent Utilities & Maintenance | (9) | (5) | (5) | (5) | (5) | (5) | (5) | (39) | (876) |
| 10. | Insurance | (0) | (6) | - | - | - | - | - | (6) | (111) |
| 11. | Marketing & Enrollment | (5) | (0) | - | - | - | - | - | (5) | (256) |
| 12. | Other Operating | (2) | (2) | (2) | (2) | - | - | - | (8) | (318) |
| 13. | Intercompany | - | - | - | - | - | - | - | - | - |
| 14. | Taxes | (6) | - | (17) | - | - | - | - | (23) | (96) |
| 15. | **Total Operating Disbursements** | **$ (161)** | **$ (78)** | **$ (109)** | **$ (22)** | **$ (45)** | **$ (15)** | **$ (10)** | **$ (440)** | **$ (9,531)** |
| 16. | **Operating Cash Flow** | **$ (156)** | **$ (67)** | **$ (109)** | **$ (19)** | **$ (22)** | **$ (7)** | **$ 18** | **$ (364)** | **$ (7,670)** |
| 17. | **Transfers to Restricted Cash** | **$ (3)** | **$ (8)** | **$ -** | **$ (3)** | **$ (23)** | **$ (8)** | **$ (28)** | **$ (72)** | **$ (329)** |
| 18. | Professional Fees | (83) | (83) | (83) | (83) | (83) | (83) | (83) | (581) | (4,094) |
| 19. | U.S. Trustee Fees | - | - | - | - | - | - | - | - | (128) |
| 20. | DIP Interest & Fees | - | - | - | - | - | - | - | - | (611) |
| 21. | **Total Non-Operating Items** | **$ (83)** | **$ (83)** | **$ (83)** | **$ (83)** | **$ (83)** | **$ (83)** | **$ (83)** | **$ (581)** | **$ (4,833)** |
| 22. | **Net Cash Flow** | **$ (242)** | **$ (158)** | **$ (192)** | **$ (105)** | **$ (128)** | **$ (98)** | **$ (93)** | **$ (1,017)** | **$ (12,832)** |
| | **II. Cash Balances - Book** | | | | | | | | | |
| 23. | Beginning Balance[1] | $ 730 | $ 487 | $ 329 | $ 137 | $ 32 | $ (96) | $ (194) | $ 730 | $ 7,183 |
| 24. | Net Cash Flow | (242) | (158) | (192) | (105) | (128) | (98) | (93) | (1,017) | (12,832) |
| 25. | Operating DIP Funding | - | - | - | - | - | - | - | - | 4,977 |
| 26. | One-Time Adjustment | - | - | - | - | - | - | - | - | 385 |
| 27. | **Ending Cash Balance** | **$ 487** | **$ 329** | **$ 137** | **$ 32** | **$ (96)** | **$ (194)** | **$ (287)** | **$ (287)** | **$ (287)** |
| | Memo: Extended Cash Need | | | | | | | | | **$ 771** |

*1. Cash includes both operating and cash at the Holdings level.*

| **Memo: Funded DIP Amount through 9/11** | |
|---|---|
| Non-Operating Items | 4,252 |
| Operating DIP Funding | 4,977 |
| **Funded DIP Amount** | **$ 9,229** |

| **Memo: Total DIP Need** | |
|---|---|
| Funded DIP Amount | 9,229 |
| Extended Cash Need | 771 |
| **Total DIP Need** | **$ 10,000** |