**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*,[1] | Case No. 26-16388 (CMG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON OCTOBER 5, 2026 AT 1:00 P.M. (ET)**

To: All Parties Receiving Electronic Notification of Filing via the Court's CM/ECF System

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

**PLEASE TAKE NOTICE** that the matters listed below are currently scheduled to be heard on October 5, 2026, at 1:00 p.m. (prevailing Eastern Time) before the Honorable Chief Judge Christine M. Gravelle.

**PLEASE TAKE FURTHER NOTICE** that this hearing will be held virtually via Zoom. Parties intending to appear may participate via Zoom using the following link:

https://njbuscourts.zoomgov.com/j/1618640151?pwd=hblCrJ9KOtMdSAJVRInOftleYFOYpB.1

## I. UNCONTESTED MATTERS GOING FORWARD

1. SIMAD Debtors' Motion for the Exclusive Periods for Filing a Chapter 11 Plan and Soliciting Acceptance Thereof [Docket No. 1106]

   **Status**: This matter is going forward with permission of the Court.

2. SIMAD Debtors' Emergency Motion for Entry of a Supplemental Order (I) Authorizing the Sale of Substantially All Assets of Mohawk Country Day School Inc. and (II) Granting Related Relief [Docket No. 1289]

   Related Documents

   A. Declaration of Assaf Ravid in Support of SIMAD Debtors' Emergency Motion for Entry of a Supplemental Order (I) Authorizing the Sale of Substantially All Assets of Mohawk Country Day School Inc. and (II) Granting Related Relief [Docket No. 1290]

   B. Order Shortening Time Period for Notice [Docket No. 1293]

   **Status**: This matter is going forward with permission of the Court.

## II. CONTESTED MATTERS GOING FORWARD

3. SIMAD Debtors' Emergency Motion Requesting a Determination of Certain Tax Withholding Obligations Pursuant to the Foreign Investment in Real Property Tax Act of 1980 [Docket No. 1141]

   Related Documents

   A. Amended Order Shortening Time Period for Notice [Docket No. 1147]

B. SIMAD Debtors' Supplemental Notice of Eagles Landing Sale in Support of Emergency Motion Requesting a Determination of Certain Tax Withholding Obligations Pursuant to the Foreign Investment in Real Property Tax Act of 1980 [Docket No. 1161]

C. Supplement in Support of SIMAD Debtors' Emergency Motion Requesting a Determination of Certain Tax Withholding Obligations Pursuant to the Foreign Investment in Real Property Tax Act of 1980 [Docket No. 1279]

D. Reply in Support of SIMAD Debtors' Emergency Motion Requesting a Determination of Certain Tax Withholding Obligations Pursuant to the Foreign Investment in Real Property Tax Act of 1980 [Docket No. 1305]

Response(s)/Objection(s)

A. United States' Response to Motion for Tax Determination [Docket No. 1286]

**Status**: This matter is going forward with permission of the Court.

Dated: October 4, 2026

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*