Newtek\IAFA Operating\Damis Bankruptcy\ Certification of Counsel re proposed Order - Simad

**CHARTWELL LAW**
John J. Winter, Esquire (JW-043481990)
Robert J. Murtaugh, Esquire (RM-007812001)
700 American Avenue, Suite 303
King of Prussia, PA 19406
Telephone: (610) 666-7700
*Attorneys for NBL SPV II, LLC, Servicer for*
*U.S. Bank Trust Company, N.A.,Trustee*

| | |
|---|---|
| In re:<br>**SIMAD HOLDINGS LTD., et al,**<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Trenton Vicinage<br>Case No. 26-16388 (CMG)<br>(Jointly Administered) |
| In re:<br>**CAMP MED-O-LARK, INC.,**<br>Debtor. | Case No. 26-16399 (CMG) |
| **NBL SPV II, LLC, as Servicer for**<br>**U.S. Bank Trust Company, N.A.,Trustee**<br>Movant,<br>v.<br>**SIMAD HOLDINGS LTD., and**<br>**CAMP MED-O-LARK, INC.,**<br>Respondents. | Hearing Date: October 1, 2026<br>Objections Due: September 24, 2026<br><br>Related to D.I. No. 909 |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND AUTHORIZATION TO EFFECT SETOFF, PURSUANT TO 11 U.S.C. §§362(d)(1), 362(d)(2), AND 553(a), FILED ON BEHALF OF NBL SPV II, LLC, AS SERVICER FOR U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE**

John J. Winter, of full age, under penalty of perjury, hereby certifies and states as follows:

1. I am an attorney at law employed by Chartwell Law, am in good standing in the Commonwealth of Pennsylvania and in the State of New Jersey.

2. Acting as counsel for **NBL SPV II, LLC, as Servicer for U.S. Bank Trust Company, National Association, as Trustee**, on August 24, 2026, we filed a Motion for Relief

from the Automatic Stay, and Authorization to Effect Setoff Pursuant to 11 U.S.C. §§ 362(d)(1) (d)(2), and 553(a), with the United States Bankruptcy Court for the District of New Jersey (D.I. No. 909, the "Motion").

3. On October 1, 2026, after hearing the Motion, the Bankruptcy Court indicated that it would grant same, and requested that a proposed Order be submitted.

4. On October 2, 2026, we prepared and circulated a proposed form of Order (the "Proposed Order") to: (a) counsel for the Damis Holdings LLC Debtors; (b) counsel for the Simad Holdings LLC Debtors; (c) counsel for the Official Committee of Unsecured Creditors of Damis Holdings LLC; (d) counsel for the Official Committee of Unsecured Creditors of Simad Holdings LLC; (e) counsel for The Bank of New Hampshire; and (f) the Office of the United States Trustee.

5. On October 2, 2026, counsel for The Bank or New Hampshire responded with their requested revisions to the proposed Order. A blackline version of the proposed Order, reflecting said revisions, is attached hereto as Exhibit "A". A clean version thereof is attached as Exhibit "B".

6. No objections or other requests for revisions to the Proposed Order have been received.

**WHEREFORE, NBL SPV II, LLC, as Servicer for U.S. Bank Trust Company, National Association, as Trustee** respectfully requests that the Court enter the Proposed Order in the form attached as Exhibit "B" at its earliest convenience, without further notice of hearing.

Dated: October 5, 2026

**CHARTWELL LAW**

By: /s/ John J. Winter
John J. Winter, Esq. / Robert J. Murtaugh, Esq.
Pa. ID Nos. 46849 / 57494
700 American Avenue, Suite 303
King of Prussia, PA 19406
Telephone (610) 666-7700
Telecopier (610) 666-7704
*(Attorneys for NBL SPV II, LLC, as Servicer for U.S. Bank Trust Company, National Association, as Trustee)*