**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on October 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Adam Sherman, Esq.
Leo Jacobs, Esq. (*pro hac vice* forthcoming)
Wayne Greenwald, Esq. (*pro hac vice* forthcoming)
Aaron Slavutin, Esq. (*admitted pro hac vice*)
JACOBS P.C.
717 Fifth Avenue, 17th Floor
New York, NY 10022
Telephone: (212) 229-0476
Facsimile: (212) 937-3368
Email: adam@jacobspc.com
leo@jacobspc.com
wayne@jacobspc.com
aaron@jacobspc.com

*Counsel to OrcaFunding LLC*

| | |
|---|---|
| In re: | Case No. 26-16388 (CMG) |
| **SIMAD HOLDINGS, LTD., *et al.*,** | Chapter 11 |
| Debtors. | Judge: Hon. Christine M. Gravelle |

**ORDER FOR ADMISSION PRO HAC VICE**

The relief set forth on the following page is **ORDERED**.

**DATED: October 5, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

This matter having been brought before the Court on application for an Order for Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Wayne M. Greenwald be permitted to appear pro hac vice; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16388-CMG
SIMAD Holdings Ltd. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 11
Date Rcvd: Oct 05, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SIMAD Holdings Ltd., 50 Quality Street #110357, Trumbull, CT 06611-7715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Sherman | on behalf of Creditor OrcaFunding LLC adam@jacobspc.com david@jacobspc.com |
| Alan J. Brody | on behalf of Interested Party SCG JV LLC brodya@gtlaw.com alan-brody-2138@ecf.pacerpro.com |
| Alexander Kadochnikov | on behalf of Attorney Cho pro holdings llc alexander@gklawfirm.net |
| Allen G. Kadish | on behalf of Interested Party Lexington Realty International LLC akadish@sgrlaw.com |
| Amanda R Simone | on behalf of Creditor NewCo Capital Group asimone@connellfoley.com |
| Andrea Dobin | on behalf of Creditor Byline Bank adobin@msbnj.com cgallo@msbnj.com |

Andrea Dobin
on behalf of Creditor CampMinder LLC adobin@msbnj.com, cgallo@msbnj.com

Andrea Dobin
on behalf of Creditor HomeTrust Bank adobin@msbnj.com cgallo@msbnj.com

Andrew Blake Broome
on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC; Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off abroome@wilentz.com

Andrew Scott Rivera
on behalf of Creditor Visions Federal Credit Union arivera@bsk.com kdoner@bsk.com;tayers@bsk.com;CourtMail@bsk.com

Anne B. Sekel
on behalf of Creditor Goba Capital Inc. asekel@foley.com jnicholson@foley.com;jlee@foley.com

Ariel Bouskila
on behalf of Creditor Ace Funding Source LLC ari@bblawpllc.com

Bradford J. Sandler
on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC; Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off bsandler@pszjlaw.com, mseidl@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
on behalf of Creditor Metropolitan Offshore Partners Fund VII LP bsandler@pszjlaw.com, mseidl@pszjlaw.com;abates@pszjlaw.com

Brett Silverman
on behalf of Interested Party Ohel Childrens Home and Family Services Inc brett@getconciergelaw.com

Brett D. Goodman
on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC; Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off bgoodman@polsinelli.com, nydocketing@polsinelli.com

Brett S. Theisen
on behalf of Creditor NewCo Capital Group btheisen@connellfoley.com nmitchell@gibbonslaw.com

Carl J. Soranno
on behalf of Interested Party LGTFPS Holdings LLC csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Interested Party David Schreiber csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Interested Party Eleven11 Holdings LLC csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Carl J. Soranno
on behalf of Interested Party JONATHON GRABOW csoranno@bracheichler.com dfamula@bracheichler.com;jpmartin@bracheichler.com;krutkowski@bracheichler.com

Christopher R. Donoho, III
on behalf of Interested Party Klirmark Opportunity Fund IV LP chris.donoho@hoganlovells.com

Daniel Stolz
on behalf of Interested Party The Committee of Concerned Parents of Camp Lavi daniel.stolz@stevenslee.com daniel.stolz@ecf.inforuptcy.com;maria.sousa@stevenslee.com;lorrie.denson@stevenslee.com

Daniel A Bloom
on behalf of Interested Party Klirmark Opportunity Fund IV LP dabloom@riker.com

Daniel A Bloom
on behalf of Creditor Mishmeret Trust Company Ltd. as Trustee for the Series A Bondholders of SIMAD Holdings Ltd dabloom@riker.com

David B. Sherman
on behalf of Creditor Yoav Cochav tdicostanza@solomonsherman.com

David H. Stein
on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC; Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off dstein@wilentz.com, ciarkowski@wilentz.com;abroome@wilentz.com

David M. Bass
on behalf of Debtor SIMAD Holdings Ltd. dbass@coleschotz.com fpisano@coleschotz.com;tdumbroff@coleschotz.com;svc_courtalert@coleschotz.com

Dean Oswald
on behalf of Creditor Easthampton Savings Bank doswald@olshanlaw.com d@olshanlaw.com

Deborah Kovsky-Apap
on behalf of Creditor Church Mutual Insurance Company S.I. deborah.kovsky@troutman.com, WLBank@troutman.com;Ashley.Lohr@troutman.com

Dominique Sinesi
on behalf of Attorney UNITED STATES dominique.sinesi@usdoj.gov

Donald W Clarke
on behalf of Interested Party David A. Shabsels dclarke@pashmanstein.com dclarke@ecf.inforuptcy.com;dclarke@ecfalerts.com;gkarnick@pashmanstein.com

Douglas J. McGill
on behalf of Interested Party OSK XIV LLC dmcgill@webbermcgill.com

Elizabeth K. Holdren
on behalf of Creditor Wayne Bank eholdren@hillwallack.com hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Eric S. Chafetz
on behalf of Interested Party Willow Lake Day Camps Inc. echafetz@lowenstein.com, elawler@lowenstein.com

Eric S. Chafetz
on behalf of Interested Party Steven Weissman Wendy Saiff, and certain of their relatives echafetz@lowenstein.com, elawler@lowenstein.com

Evan Lazerowitz
on behalf of Interested Party Official Committee Of Unsecured Creditors elazerowitz@rc.com

Evan J. Zucker
on behalf of Interested Party Union of Orthodox Jewish Congregations of America doing business as each of (i) the Orthodox Union, (ii) the OU, (iii) NCSY, and (iv) Yachad evan.zucker@blankrome.com, nybankruptcydocketing@blankrome.com;evan-zucker-9780@ecf.pacerpro.com

Evan S. Goldstein
on behalf of Creditor Easthampton Savings Bank egoldstein@uks.com

Faye C Rasch
on behalf of Creditor American Institute for Foreign Study Inc. d/b/a Camp America faye@wrlawgroup.com, hazel@wrlawgroup.com;jessica@wrlawgroup.com

Fernand L Laudumiey, IV
on behalf of Creditor Fidelity Bank laudumiey@chaffe.com

Francis P. Maneri
on behalf of Interested Party First Merchants Bank fmaneri@dilworthlaw.com ctomlin@dilworthlaw.com;shenry@dilworthlaw.com

Francis P. Maneri
on behalf of Interested Party Rialto Capital Advisers LLC fmaneri@dilworthlaw.com, ctomlin@dilworthlaw.com;shenry@dilworthlaw.com

Fred Hoensch
on behalf of Creditor IOU Central Inc. fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

Gabriel Sasson
on behalf of Interested Party Official Committee Of Unsecured Creditors gabesasson@paulhastings.com

Gary F. Eisenberg
on behalf of Creditor Computershare Trust Company National Association, as Trustee for the benefit of the registered holders of BBCMS Mortgage Trust 2025- C35, Commercial Mortgage Pass-Through Certificates, Series 2025-C3 gary.eisenberg@ashurstperkins.com, DocketNYC@Perkinscoie.com;nvargas@perkinscoie.com;gary-eisenberg-4193@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com

Gary F. Eisenberg
on behalf of Creditor Wilmington Savings Fund Society FSB, as Trustee for the Registered Holders of Benchmark 2026-B43 Mortgage Trust, Commercial Mortgage Pass- Through Certificates Series 2026-B43 gary.eisenberg@ashurstperkins.com, DocketNYC@Perkinscoie.com;nvargas@perkinscoie.com;gary-eisenberg-4193@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com

Gary F. Eisenberg
on behalf of Creditor Computershare Trust Company N.A., as Trustee for the benefit of the registered holders of BANK5 2023-5YR1, Commercial Mortgage Pass- Through Certificates, Series 2023-5YR1 gary.eisenberg@ashurstperkins.com, DocketNYC@Perkinscoie.com;nvargas@perkinscoie.com;gary-eisenberg-4193@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com

Gary Francis Seitz
on behalf of Creditor Arrow Bank NA gseitz@gsbblaw.com, gseitz10@verizon.net,jblackford@gsbblaw.com

Gary Francis Seitz
on behalf of Creditor Community Bank NA gseitz@gsbblaw.com, gseitz10@verizon.net,jblackford@gsbblaw.com

Gary Francis Seitz

| | |
|---|---|
| | on behalf of Creditor NBT Bank NA gseitz@gsbblaw.com, gseitz10@verizon.net,jblackford@gsbblaw.com |
| Gerard Cicero | on behalf of Interested Party American Youth Camping Holdco LLC gcicero@brownrudnick.com |
| Gerard Cicero | on behalf of Interested Party American Youth Camping Inc. gcicero@brownrudnick.com |
| Glenn R Reiser | on behalf of Creditor Cashera Capital LLC greiser@shapirocroland.com r.gr75895@notify.bestcase.com |
| Grace A. Thompson | on behalf of Interested Party Stacy Schwartz Kotelov and Riverwoods Road 2000 Land LLC grace.thompson@katten.com nyc.bknotices@katten.com |
| Harold G. Cohen | on behalf of Interested Party Chateaugay Lake Camp Inc. hcohen@dilworthlaw.com ctomlin@dilworthlaw.com |
| Harold G. Cohen | on behalf of Interested Party Harold "Hal" Lyons hcohen@dilworthlaw.com ctomlin@dilworthlaw.com |
| Harry M. Gutfleish | on behalf of Interested Party LNS Group LLC harry@gutfleishlaw.com |
| Harry M. Gutfleish | on behalf of Interested Party Lifetime Funding harry@gutfleishlaw.com |
| Harry M. Gutfleish | on behalf of Interested Party Ocean Funding Corp. harry@gutfleishlaw.com |
| Harry M. Gutfleish | on behalf of Interested Party Vault 26 Capital LLC harry@gutfleishlaw.com |
| Jami B. Nimeroff | on behalf of Interested Party First National Bank of McGregor jnimeroff@snbhlaw.com cjones@bmnlawyers.com |
| Jay Sabin | on behalf of Interested Party David Schreiber jsabin@bracheichler.com |
| Jay Sabin | on behalf of Interested Party JONATHON GRABOW jsabin@bracheichler.com |
| Jay Sabin | on behalf of Interested Party LGTFPS Holdings LLC jsabin@bracheichler.com |
| Jay Sabin | on behalf of Interested Party Eleven11 Holdings LLC jsabin@bracheichler.com |
| Jeffrey D. Prol | on behalf of Interested Party Heritage Camps LLC jprol@lowenstein.com, dclaussen@lowenstein.com;lowenstein@ecfalerts.com;courtmail@lowenstein.com;bnathan@lowenstein.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jeffrey S. Cianciulli | on behalf of Creditor WebBank jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com |
| Jeffrey S. Cianciulli | on behalf of Creditor Libertas Funding LLC jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com |
| John Derek Stern | on behalf of Interested Party Klirmark Opportunity Fund IV LP jstern@riker.com |
| John J. Winter | on behalf of Creditor NBL SPV II LLC jwinter@chartwelllaw.com, amcclinton@chartwelllaw.com |
| John M. August | on behalf of Creditor Fidelity Bank jaugust@saiber.com achiappetta@saiber.com |
| John S. Mairo | on behalf of Interested Party H&H Purchasing Services LLC d/b/a Tavezio jmairo@fbtgibbons.com, emunera@fbtgibbons.com |
| Jonathan I. Rabinowitz | on behalf of Creditor Beton Holdings LLC jrabinowitz@rltlawfirm.com, rgaydos@rltlawfirm.com;nmarotta@rltlawfirm.com |
| Josef W. Mintz | on behalf of Interested Party Mitchell Black mintz@blankrome.com ecf-fe4957a0ba6a@ecf.pacerpro.com |
| Josef W. Mintz | on behalf of Interested Party Camping Management Corporation mintz@blankrome.com ecf-fe4957a0ba6a@ecf.pacerpro.com |
| Joseph L. Schwartz | |

| | |
|---|---|
| | on behalf of Creditor Mishmeret Trust Company Ltd. as Trustee for the Series A Bondholders of SIMAD Holdings Ltd jschwartz@riker.com, courtdockets@riker.com |
| Joseph L. Schwartz | on behalf of Interested Party Klirmark Opportunity Fund IV LP jschwartz@riker.com courtdockets@riker.com |
| Joseph M. Garemore | on behalf of Creditor Busey Bank jgaremore@brownconnery.com |
| Joseph M. Garemore | on behalf of Creditor Heartland Bank and Trust Company jgaremore@brownconnery.com |
| Joseph M. Vann | on behalf of Creditor Congregation Tal Leyisroel jvann@ctswlaw.com rboghosian@ctswlaw.com;fdelacruz@ctswlaw.com;einglis@ctswlaw.com |
| Joshua Sussberg | on behalf of Interested Party Camp Committee jsussberg@kirkland.com amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Justin S Krell | on behalf of Creditor Visions Federal Credit Union jkrell@bsk.com kdoner@bsk.com;CourtMail@bsk.com |
| Kaitlin R. Walsh | on behalf of Interested Party Bank of New Hampshire krwalsh@mintz.com docketing@mintz.com |
| Kaitlin R. Walsh | on behalf of Creditor The Bank of New Hampshire krwalsh@mintz.com docketing@mintz.com |
| Katharine Elizabeth Ello | on behalf of Interested Party Anduril LLC kello@bakerdonelson.com |
| Katharine Elizabeth Ello | on behalf of Interested Party Rivendell LLC kello@bakerdonelson.com |
| Kelly D. Curtin | on behalf of Interested Party DH1 Holdings LLC kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com |
| Kelly D. Curtin | on behalf of Interested Party DHAN Masores LLC kdcurtin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;rlhemming@pbnlaw.com;alkernell@pbnlaw.com |
| Kevin J. Mangan | on behalf of Interested Party Constellation Payments Processing USA Inc. kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;michelle.dero@wbd-us.com |
| Kyle McEvilly | on behalf of Interested Party Official Committee Of Unsecured Creditors kmcevilly@connellfoley.com |
| Kyle McEvilly | on behalf of Interested Party Official Committee of Unsecured Creditors of the DAMIS Debtors kmcevilly@connellfoley.com |
| Kyriaki Christodoulou | on behalf of Creditor New York State Electric & Gas Corporation kchristodoulou@cullenllp.com |
| Kyriaki Christodoulou | on behalf of Attorney Kyriaki Christodoulou kchristodoulou@cullenllp.com |
| Kyriaki Christodoulou | on behalf of Creditor Jersey Central Power & Light Company kchristodoulou@cullenllp.com |
| Kyriaki Christodoulou | on behalf of Creditor Orange & Rockland Utilities Inc. kchristodoulou@cullenllp.com |
| Kyriaki Christodoulou | on behalf of Creditor The Connecticut Light & Power Company d/b/a Eversource kchristodoulou@cullenllp.com |
| Kyriaki Christodoulou | on behalf of Creditor Pennsylvania Electric Company kchristodoulou@cullenllp.com |
| Lauren M. Macksoud | on behalf of Creditor Dov Perkal lauren.macksoud@dentons.com docket.general.lit.nyc@dentons.com |
| Marc C Capone | on behalf of Creditor Camp Counselors USA Inc. ecf@gillmancapone.com, GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com |
| Matias Ricardo Gallego-Manzano | on behalf of Creditor BANK OF AMERICA N.A. matias.gallegomanzano@bclplaw.com, matias-r-gallego-manzano-5543@ecf.pacerpro.com |

Michael Kahme
on behalf of Creditor Wayne Bank mkahme@hillwallack.com fmansmann@hillwallack.com

Michael D. Sirota
on behalf of Debtor Intermediate SIMAD 1 LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bluestar Landco LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Lavco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Bluestar Operatingco LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mohawkland LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Island Lake Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Greenvilleland LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mesorahland LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Washington Lake LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor One Canal Place Real Estate LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Banner Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor RDM Camps LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor SIMAD Equities LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mogenavco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Camp Med-O-Lark Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mohawk Country Day School Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Country Roads Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mogenavland LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Achim Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Poland Campco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Meadowbrook Operatingco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Banner Operatingco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mill Road Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Eagle's Landing Day Camp LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Rolling Hills Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Plaintiff SIMAD Holdings Ltd. et al. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Pine Forest Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Waukeela Landco LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor One Canal Place Leasing LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor WM Camp LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Green Lane Landco LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Club Getaway Operatingco LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Shab Operating Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@colesch

otz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor WM Land LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Quadstar Realty LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Wekeeland LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Rolling Hills Operatingco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Pine Forest Campco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mesorahco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Poland Landco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BAHS Operating Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Mohawkcampco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Chateaugay Landco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Summit Camp LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Malka Operatingco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Shab Holdings LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Green Lane Operatingco LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor MaineWekeelaco LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor BAHS Holdings LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Waukeela Operatingco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Chateaugay Campco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor County Roads Operatingco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor SIMAD Holdings Ltd. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Kiwi Operatingco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor IAFALANDCO LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Lavland LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor IAFAOPERATINGCO. LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Island Lake Campco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Meadowbrook Landco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Club Getaway Landco LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Belgrade Lakes Summer Camps LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
on behalf of Debtor Achim Operatingco LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;svc_courtalert@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael J. Shavel
on behalf of Creditor Wayne Bank mshavel@hillwallack.com shavelmr99123@notify.bestcase.com

Michael P. Pompeo
on behalf of Interested Party DAMIS Holdings LLC michael.pompeo@faegredrinker.com cathy.greer@faegredrinker.com

Michelle N. Saney
on behalf of Creditor Goba Capital Inc. michelle.saney@foley.com

Mitchell Malzberg
on behalf of Creditor SPORTS & ARTS CENTER AT ISLAND LAKE INC. mmalzberg@mjmalzberglaw.com, dlapham@mjmalzberglaw.com

Morris S. Bauer
on behalf of Interested Party Camp Committee MSBauer@duanemorris.com tjsantorelli@duanemorris.com,morris-bauer-4859@ecf.pacerpro.com

Nancy Isaacson
on behalf of Creditor Jack Jaffa nisaacson@greenbaumlaw.com

Nicholas Martin Ebel
on behalf of Creditor Mizzen Capital II L.P. nebel@walsh.law

Nicholas Martin Ebel
on behalf of Creditor Mizzen Capital LP nebel@walsh.law

Nicholas Martin Ebel
on behalf of Creditor Mizzen Management LLC nebel@walsh.law

Pamela Elchert Thurmond
on behalf of Creditor LAW DEPT CITY OF PHILADELPHIA Pamela.Thurmond@phila.gov

Paul J. Winterhalter
on behalf of Interested Party Ephram Caflun pwinterhalter@offitkurman.com cballasy@offitkurman.com

Philip J. Gross
on behalf of Interested Party Willow Lake Day Camps Inc. pgross@lowenstein.com, bnathan@lowenstein.com

Rachel Jaffe Mauceri
on behalf of Interested Party Official Committee Of Unsecured Creditors rmauceri@rc.com
rachel-jaffe-mauceri-9017@ecf.pacerpro.com

Raymond M. Patella
on behalf of Creditor HT Property Management LLC rpatella@lawjw.com

Raymond M. Patella
on behalf of Creditor Harvey Applebaum rpatella@lawjw.com

Raymond M. Patella
on behalf of Creditor HT Northstar Property LLC rpatella@lawjw.com

Raymond M. Patella
on behalf of Creditor Tamara Applebaum rpatella@lawjw.com

Richard D. Trenk
on behalf of Interested Party Beacon Bank & Trust rtrenk@trenkisabel.law
rbicocchi@trenkisabel.law;jsavio@trenkisabel.law;jmillar@trenkisabel.com

Richard D. Trenk
on behalf of Interested Party American Friends of Camp Pardas Chanah rtrenk@trenkisabel.law
rbicocchi@trenkisabel.law;jsavio@trenkisabel.law;jmillar@trenkisabel.com

Richard Joseph Lamar Lomuscio
on behalf of Creditor Enhanced Capital Pennsylvania Rural Fund LLC richard.lomuscio@stinson.com, nyc.lssteam@stinson.com

Robert Malone
on behalf of Interested Party Official Committee of Unsecured Creditors of the DAMIS Debtors rmalone@connellfoley.com
nmitchell@gibbonslaw.com

Robert J Feinstein
on behalf of Creditor Metropolitan Partners Group Administration LLC; Metropolitan Partners Fund VIII Investments LLC;
Metropolitan Partners Fund VIII LP; Metropolitan Levered Partners Fund VIII LP; and Metropolitan Off rfeinstein@pszjlaw.com

Robert M Hirsh
on behalf of Interested Party Operators Bid Group robert.hirsh@nortonrosefulbright.com
calendaring-nortonrose-9955@ecf.pacerpro.com

Rocco A. Cavaliere
on behalf of Interested Party Lauren Popkin Herschthal rcavaliere@tarterkrinsky.com snobles@tarterkrinsky.com

Rocco A. Cavaliere
on behalf of Interested Party Seth Herschthal rcavaliere@tarterkrinsky.com snobles@tarterkrinsky.com

Sean S Litz
on behalf of Interested Party Monica Odiorne slitz@rccblaw.com ecf@rccblaw.com

Sean S Litz
on behalf of Interested Party Craig Odiorne slitz@rccblaw.com ecf@rccblaw.com

Simon E. Fraser
on behalf of Interested Party Jay Freedman sfraser@cozen.com simon-fraser-1269@ecf.pacerpro.com;scarney@cozen.com

Simon E. Fraser
on behalf of Interested Party Adam Weiner sfraser@cozen.com simon-fraser-1269@ecf.pacerpro.com;scarney@cozen.com

Stephen V. Falanga
on behalf of Creditor Mizzen Capital II L.P. sfalanga@thewalshfirm.com, chemrick@thewalshfirm.com;clupi@walsh.law

Stephen V. Falanga
on behalf of Creditor Mizzen Management LLC sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;clupi@walsh.law

Stephen V. Falanga
on behalf of Creditor Mizzen Capital LP sfalanga@thewalshfirm.com chemrick@thewalshfirm.com;clupi@walsh.law

| | |
|---|---|
| Steven J. Reisman | on behalf of Interested Party Stacy Schwartz Kotelov and Riverwoods Road 2000 Land LLC sreisman@katten.com nyc.bknotices@katten.com |
| Sue Liu Chin | on behalf of Interested Party Pleasant View Gardens LLC and Pleasant View Gardens Land, LLC schin@borgeslawllc.com |
| Susan M. Kennedy | on behalf of Interested Party Shelley Turk skennedy@wiggin.com |
| Susan M. Kennedy | on behalf of Interested Party Steven Turk skennedy@wiggin.com |
| Susan M. Kennedy | on behalf of Interested Party Andrew Chafatelli skennedy@wiggin.com |
| Tamara Van Heel | on behalf of Interested Party Andrew Chafatelli tvanheel@wiggin.com |
| Tamara Van Heel | on behalf of Interested Party Shelley Turk tvanheel@wiggin.com |
| Tamara Van Heel | on behalf of Interested Party Steven Turk tvanheel@wiggin.com |
| Thomas James Monroe | on behalf of Interested Party Richard Mccord tmonroe@certilmanbalin.com afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com |
| Thomas James Monroe | on behalf of Interested Party Robert Nosek Esq. tmonroe@certilmanbalin.com, afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com |
| Thomas W. Halm, Jr. | on behalf of Interested Party Jacob and Kerry Labovitz thomas.halm@bipc.com maria.scala@bipc.com |
| Thomas W. Halm, Jr. | on behalf of Interested Party Red Pines LLC thomas.halm@bipc.com, maria.scala@bipc.com |
| Thomas W. Halm, Jr. | on behalf of Interested Party Steven and Brooke Bernstein thomas.halm@bipc.com maria.scala@bipc.com |
| Timothy Walsh | on behalf of Interested Party Operators Bid Group twwalsh@steptoe.com |
| Timothy P. Neumann | on behalf of Interested Party Deal Sephardic Youth Center Inc. timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| Turner Falk | on behalf of Interested Party Stacy Schwartz Kotelov and Riverwoods Road 2000 Land LLC turner.falk@saul.com tnfalk@recap.email |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Walter Benzija | on behalf of Creditor Camp Specialists Ltd. wbenzija@halperinlaw.net mmurrayhbb@outlook.com |
| Ward Benson | on behalf of Creditor United States of America on behalf of the Internal Revenue Service ward.w.benson@usdoj.gov Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov |
| Warren J. Martin, Jr. | on behalf of Interested Party DHAN Masores LLC wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;rlhemming@pbnlaw.com |
| Warren J. Martin, Jr. | on behalf of Interested Party DH1 Holdings LLC wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;rlhemming@pbnlaw.com |

TOTAL: 218