Order Filed on October 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Newtek\IAFA Operating\Simad Bankruptcy\Motion for Relief from Stay - proposed Order

**CHARTWELL LAW**
John J. Winter, Esquire (JW-043481990)
Robert J. Murtaugh, Esquire (RM-007812001)
700 American Avenue, Suite 303
King of Prussia, PA 19406
Telephone: (610) 666-7700
*Attorneys for NBL SPV II, LLC, Servicer for*
*U.S. Bank Trust Company, N.A.,Trustee*

| | |
|---|---|
| In re:<br>**SIMAD HOLDINGS LTD., et al,**<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Trenton Vicinage<br>Case No. 26-16388 (CMG)<br>(Jointly Administered) |
| In re:<br>**CAMP MED-O-LARK, INC.,**<br>Debtor. | Case No. 26-16399 (CMG) |
| **NBL SPV II, LLC, as Servicer for**<br>**U.S. Bank Trust Company, N.A.,Trustee**<br>Movant,<br>v.<br>**SIMAD HOLDINGS LTD., and**<br>**CAMP MED-O-LARK, INC.,**<br>Respondents. | Hearing Date: October 1, 2026<br>Objections Due: September 24, 2026<br><br>Related to D.I. No. 909 |

**ORDER GRANTING EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND AUTHORIZATION TO EFFECT SETOFF, PURSUANT TO 11 U.S.C. §§362(d)(1), 362(d)(2), AND 553(a), FILED ON BEHALF OF NBL SPV II, LLC, AS SERVICER FOR FOR U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: October 8, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Page Two
Debtors: *Simad Holdings, Ltd.,* Ch. 11 Case No. 26-16388-CMG and
*Camp Med-O-Lark, Inc.,* Ch. 11 Case No. 26-16399 (CMG)
(Jointly Administered)
Title of Order: Order Granting Emergency Motion for Relief from the Automatic Stay, and Authorization to Effect Setoff, Pursuant to 11 U.S.C. §§362(d)(1), 362(d)(2), and 553(a) filed on behalf of NBL SPV II, LLC, as Servicer for U.S. Bank Trust Company, National Association, as Trustee

**THIS MATTER** having been opened to the Court by **NBL SPV II, LLC, as Servicer for U.S. Bank Trust Company, National Association, as Trustee ("NBL")**, by and through its counsel, upon its Emergency Motion for Relief from the Automatic Stay and Authorization to Effect Setoff, Pursuant to 11 U.S.C. §§362(d)(1), 362(d)(2), and 553(a) (D.I. No. 909, the "Motion")1 and good and sufficient notice of the hearing on the Motion having been provided, and the Court having considered the moving papers, the opposition thereto, if any, and the oral arguments of counsel, and the Court having determined that good cause exists for the entry of this Order,

1. The Motion is granted in its entirety.

2. The automatic stay imposed by 11 U.S.C. § 362(a) of the Bankruptcy Code is vacated and annulled to the extent of authorizing NBL to setoff the Deposit Account against its debt, and NBL is hereby authorized pursuant to 11 U.S.C. §553(a) to set off the balances therein against the Debtors' obligations to NBL, subject to any existing liens against such Deposit Accounts. Nothing contained herein shall be a determination of the relative priorities of any competing liens against the Deposit Accounts.

3. The fourteen-day stay imposed by Fed. R. Bankr. P. 4001(a)(3) is hereby waived, and this Order shall be effective and enforceable immediately upon its entry.

4. Nothing herein shall be construed as a waiver of any claim of NBL against the Debtors or their respective estates, including any claim for a deficiency, all of which are expressly reserved.

**IT IS FURTHER ORDERED** that the Movant shall serve a copy of this Order on the Debtor, any trustee and any other party who entered an appearance on the Motion.

---

[1]Defined terms appearing herein shall have the meaning ascribed to them in the Motion.