UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RABINOWITZ, LUBETKIN & TULLY, LLC
293 Eisenhower Parkway, Suite 100
Livingston, N.J. 07039
(973) 597-9100
Jonathan I. Rabinowitz
Henry M. Karwowski
jrabinowitz@rltlawfirm.com
Attorneys for Beton Holdings, LLC

In Re:

SIMAD HOLDINGS LTD., et al.,

Debtors.

Case No.: 26-16388 (CMG)

Chapter: 11

Hearing Date: 10/13/2026 10:00 am

Judge: Gravelle

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled ☐ Withdrawn

Matter: Motion of Beton Holdings, LLC to Alter or Amend Order Approving Asset Purchase Agreement (ECF No. 1157) (settled Pursuant to Amended Order Approving Asset Purchase Agreement (ECF No. 1181))

Date: Oct. 8, 2026

/s/ Jonathan I. Rabinowitz
Signature