**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 14, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the list of parties attached hereto as **Exhibit A**:

- Notice of Chapter 11 Bankruptcy Cases [Docket No. 224]

Dated: September 15, 2026

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 15, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number June be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357 Trumbull, CT 06611.

**Exhibit A**

Exhibit A

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 31419369 | 1169 KNOLLWOOD ROAD | 1169 KNOLLWOOD ROAD GREENBURGH LLC | 3287 MERRICK RD | WANTAGH | NY | 11793-4336 |
| 31418515 | 16 HANDLES | 880 3RD AVE | FL 5 | NEW YORK | NY | 10022-4730 |
| 31417687 | CAPITOL ALARM SYSTEMS | 57 REGIONAL DR STE 2 | | CONCORD | NH | 03301-8518 |
| 31416667 | CHILDREN'S THEATRE COMPANY | 425 BLOOM ST | UNIT U | HIGHLAND PARIL | IL | 60035-1465 |
| 31421017 | CHRISTINA MILLER | Address on File | | | | |
| 31410403 | Name on File | Address on File | | | | |
| 31419434 | DYKES LUMBER COMPANY, INC | 6001 TONNELLE AVE | | NORTH BERGEN | NJ | 07047-3307 |
| 31417445 | FARRAND'S LANDSCAPE | 1865 STATE ROUTE 385 | | ATHENS | NY | 12015-6407 |
| 31421517 | GUILD'S COUNTRY HARDWARE | PO BOX 610 | | LIVERMORE | ME | 04253-0610 |
| 31417820 | JP PEST SERVICES LLC | 34 HAMMOND RD | | MILFORD | NH | 03055-4904 |
| 31423240 | KELLYS ROAST BEEF | 19 NONANTUM RD | | MARBLEHEAD | MA | 01945 |
| 31416085 | KELSEY BROWN | Address on File | | | | |
| 31409565 | LAKEWOOD GARAGE, INC | 1466 CROSSTOWN HWY | | LAKEWOOD | PA | 18439-3972 |
| 31421486 | LISA SUSSWEIN | Address on File | | | | |
| 31413496 | MR. AND MRS. ROBERT PASTER | Address on File | | | | |
| 31416196 | MS. TONI RABINOWITZ | Address on File | | | | |
| 31416217 | NICOLE MOORE | Address on File | | | | |
| 31421288 | PARKMOBILE | 1075 PEACHTREE ST BE | STE 3100 | ATLANTA | GA | 30309-4088 |
| 31421895 | PARKMOBILE (DELETED) | 1075 PEACHTREE ST NE | STE 3100 | ATLANTA | GA | 30309-4088 |
| 31421165 | PORTABULL STORAGE, LLC | 306 CHEVY CHASE DR | STE 420 | HATTIESBURG | MS | 39401-7177 |
| 31415541 | POTBELLY SANDWICH SHOP | 680 N LAKE SHORE DR | STE 110 | CHICAGO | IL | 60611-3496 |
| 31410083 | RYA HOLLANDER | Address on File | | | | |
| 31415555 | SAMUEL MILLER | Address on File | | | | |
| 31412092 | Name on File | Address on File | | | | |
| 31410211 | SHIMON MOSBACHER | Address on File | | | | |
| 31419884 | SMUGMUG | PMB 32047 | 548 MARKET ST | SAN FRANCISCO | CA | 94104-5401 |
| 31420131 | STUBHUB | 150 GREENWICH ST | FL 61 | NEW YORK | NY | 10007-2796 |
| 31421959 | THE ADVENTURE NETWORK, INC. | P.O. BOX 205 | | OLD ZIONSVLLE | PA | 18068-0205 |
| 31412009 | UNCLE VINNIES COMEDY CLUB | PO BOX 263 | | MANASQUAN | NJ | 08736-0263 |
| 31414322 | WALLACE ALLEN & SONS INC. | 1230 MAIN ST | | Lovell | ME | 04051-3614 |