**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
Email: wusatine@coleschotz.com
Email: dbass@coleschotz.com
Email: fyudkin@coleschotz.com
Email: dharris@coleschotz.com

*Counsel to the Debtors and Debtors in Possession*

*-and-*

**RIKER DANZIG LLP**
Joseph L. Schwartz
Daniel A. Bloom
John D. Stern
7 Giralda Farms, Suite 250
Madison, New Jersey 07940
Telephone: (973) 538-0800
Email: jschwartz@riker.com
Email: dbloom@riker.com
Email: jstern@riker.com

**CHAPMAN AND CUTLER LLP**
Michael Friedman (admitted *pro hac vice*)
Jorge Eric Coronel Hamilton (admitted *pro hac vice*)
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Telephone: (212) 655-2508
Email: friedman@chapman.com
Email: jcoronel@chapman.com

*Counsel to the Lender Parties*

**ROBINSON & COLE LLP**
Evan M. Lazerowitz
Rachel Jaffe Mauceri
Brya M. Keilson
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Rachel Biblo Block (admitted *pro hac vice*)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 26-16388 (CMG)<br><br>(Jointly Administered) |

**APPLICATION OF THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE LENDER PARTIES FOR AN ORDER SHORTENING TIME REGARDING THE JOINT MOTION FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019 AND (II) GRANTING RELATED RELIEF**

TO THE HONORABLE CHRISTINE M. GRAVELLE
CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT:

The above-captioned debtors and debtors in possession (the "Debtors"), the Official Committee of Unsecured Creditors (the "Committee") and Mishmeret Trust Company Ltd., in its capacity as DIP agent and Prepetition Trustee (the "Lender Parties"), by and through their undersigned counsel, respectfully request that the Court approve the *Application of the Debtors, the Official Committee of Unsecured Creditors, and the Lender Parties for an Order Shortening Time Regarding the Joint Motion for Entry of an Order (I) Approving Settlement Pursuant to Bankruptcy Rule 9019 and (II) Granting Related Relief* (the "Application"), pursuant to Federal Rule of Bankruptcy Procedure 9006(c)(1), shortening the notice period set forth in D.N.J. LBR 9013-2 for a hearing on the *Joint Motion of the Debtors, the Official Committee of Unsecured Creditors, and the Lender Parties for Entry of an Order (I) Approving Settlement Pursuant to*

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

*Bankruptcy Rule 9019 and (II) Granting Related Relief*, filed contemporaneously herewith (the "9019 Motion").[2] In support of the Application, the parties state as follows:

1. The 9019 Motion seeks approval of a comprehensive, consensual settlement resolving the Committee's potential Challenges to the liens and claims asserted by the Lender Parties. The Settlement includes, among other things, a $13 million fund reserved exclusively for holders of allowed general unsecured claims, continued funding of these chapter 11 cases through confirmation and consummation of a chapter 11 plan pursuant to the Approved Budget, and additional protections intended to facilitate an efficient path toward confirmation. Prompt consideration of the 9019 Motion will reduce uncertainty regarding the Committee's potential challenges, avoid cost and delay, and permit the parties to advance these chapter 11 cases in accordance with the Settlement.

2. The Debtors, Committee, and Lender Parties respectfully submit that cause exists to hear the 9019 Motion on an expedited basis. *First*, entry of a final order approving the Settlement is a Condition Precedent under the Term Sheet. *Second*, the Term Sheet permits termination if the Condition Precedents are not satisfied by the upcoming Outside Date. *Third*, the Settlement is the predicate for a chapter 11 plan. and prompt approval permits the plan process to commence without the estates accruing unnecessary administrative expense in the interim. Accordingly, any delay in hearing the 9019 Motion would postpone the funding of the Settlement Fund, the continued funding of these cases under the Approved Budget, confirmation of a chapter 11 plan, and the other benefits provided by the Settlement — and, if the Outside Date passes, could revert these cases to costly and complex litigation.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the 9019 Motion.

3. Shortened notice will facilitate the efficient administration of these chapter 11 cases, and no party and interest will be prejudiced by the requested relief.

4. The Debtors, the Committee, and the Lender Parties respectfully request that the Court hear the 9019 Motion at the Court's earliest convenience, with an objection deadline of one business day before the hearing at noon (EST).

5. Reduction of the time period is not prohibited under Federal Rule of Bankruptcy Procedure 9006(c)(1).

*[Remainder of Page Intentionally Left Blank]*

**WHEREFORE,** the Debtors, Committee, and Lender Parties respectfully request entry of an order, substantially in the form attached hereto as **Exhibit A**, shortening time as requested herein and granting any further relief the Court deems just and proper.

Dated: October 11, 2026

Respectfully submitted,

*/s/ Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com

*Counsel to the Debtors and Debtors in Possession*

*/s/ Joseph L. Schwartz*
**RIKER DANZIG LLP**
Joseph L. Schwartz
Daniel A. Bloom
John D. Stern
7 Giralda Farms, Suite 250
Madison, New Jersey 07940
Telephone: (973) 538-0800
Email: jschwartz@riker.com

**CHAPMAN AND CUTLER LLP**
Michael Friedman (admitted *pro hac vice*)
Jorge Eric Coronel Hamilton
(admitted *pro hac vice*)
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Telephone: (212) 655-2508
Email: friedman@chapman.com
Email: jcoronel@chapman.com

*Counsel to the Lender Parties*

*/s/ Evan M. Lazerowitz*
**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Rachel Biblo Block (admitted *pro hac vice*)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Counsel to the Official Committee of Unsecured Creditors*