# **Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
Email: wusatine@coleschotz.com
Email: dbass@coleschotz.com
Email: fyudkin@coleschotz.com
Email: dharris@coleschotz.com

*Counsel to the Debtors and Debtors in Possession*

*-and-*

**RIKER DANZIG LLP**
Joseph L. Schwartz
Daniel A. Bloom
John D. Stern
7 Giralda Farms, Suite 250
Madison, New Jersey 07940
Telephone: (973) 538-0800
Email: jschwartz@riker.com
Email: dbloom@riker.com
Email: jstern@riker.com

**CHAPMAN AND CUTLER LLP**
Michael Friedman (admitted *pro hac vice*)
Jorge Eric Coronel Hamilton (admitted *pro hac vice*)
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Telephone: (212) 655-2508
Email: friedman@chapman.com
Email: jcoronel@chapman.com

*Counsel to the Lender Parties*

**ROBINSON & COLE LLP**
Evan M. Lazerowitz
Rachel Jaffe Mauceri
Brya M. Keilson
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Rachel Biblo Block (admitted *pro hac vice*)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 26-16388 (CMG)<br><br>(Jointly Administered) |

**ORDER SHORTENING TIME PERIOD FOR NOTICE**

The relief set forth on the following pages numbered three (3) through four (4) is hereby **ORDERED**.

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

---

Upon review of the Application for Order Shortening Time (the "Application") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the official Committee of Unsecured Creditors (the "Committee"), and Mishmeret Trust Company Ltd., in its capacity as DIP Agent and Prepetition Trustee (the "Lender Parties"), for entry of an order (the "Order") requesting that the time period for notice of the *Joint Motion of the Debtors, the Official Committee of Unsecured Creditors, and the Lender Parties for entry of an Order (I) Approving Settlement Pursuant to Bankruptcy Rule 9019 and (II) Granting Related Relief* (the "Motion") be shortened pursuant to Federal Rule Bankruptcy Procedure 9006(c)(1).

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the Motion on **[ ], 2026, at [ ] (ET)**, before the Honorable Chief Judge Christine M. Gravelle, Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Trenton, N.J. 08608 Courtroom #3.

2. Debtors, the Committee, and the Lender Parties must serve a copy of this Order, and all related documents to all parties in interest by either regular mail or email, as applicable.

3. Service must be made within (1) business day of the date of this Order.

4. Notice by telephone is not required.

5. A Certification of Service must be filed prior to the hearing date.

6. Any objections to the Motion must be filed by **[ ] at [ ] (ET)**.

7. The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/.