In re:

SIMAD HOLDINGS LTD., *et al.*,

Debtors.[1]

Order Filed on October 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No.: 26-16388 (CMG)

(Jointly Administered)

**ORDER SHORTENING TIME PERIOD FOR NOTICE**

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 13, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

Upon review of the Application for Order Shortening Time (the "Application") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the official Committee of Unsecured Creditors (the "Committee"), and Mishmeret Trust Company Ltd., in its capacity as DIP Agent and Prepetition Trustee (the "Lender Parties"), for entry of an order (the "Order") requesting that the time period for notice of the *Joint Motion of the Debtors, the Official Committee of Unsecured Creditors, and the Lender Parties for entry of an Order (I) Approving Settlement Pursuant to Bankruptcy Rule 9019 and (II) Granting Related Relief* (the "Motion") be shortened pursuant to Federal Rule Bankruptcy Procedure 9006(c)(1).

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the Motion on **October 26, 2026, at 12:00PM (ET)**, before the Honorable Chief Judge Christine M. Gravelle, Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Trenton, N.J. 08608 Courtroom #3.

2. Debtors, the Committee, and the Lender Parties must serve a copy of this Order, and all related documents to all parties in interest by either regular mail or email, as applicable.

3. Service must be made within (1) business day of the date of this Order.

4. Notice by telephone is not required.

5. A Certification of Service must be filed prior to the hearing date.

6. Any objections to the Motion must be filed by **October 21,2026**.

7. Replies to be filed by **October 23, 2026.**

7. The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/.