**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**TROUTMAN PEPPER LOCKE LLP**
Deborah Kovsky-Apap (N.J. Bar No. 030942003)
Alex R. Rovira (*pro hac vice*)
875 Third Avenue
New York, NY 10281-2101
Telephone: 212-704-6000
Fax: 212-704-6288
Email: deborah.kovsky@troutman.com
alex.rovira@troutman.com

*Counsel for Church Mutual Insurance Company, S.I.*

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Lead Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I, Ashley L. Lohr:

☐ represent __________ in the above-captioned proceeding.

☑ am the paralegal for Deborah Kovsky-Apap and Alex R. Rovira who represent Church Mutual Insurance Company, S.I. in the above-captioned matter.

☐ am the ___________________ in the above case and am representing myself.

2. On October 13, 2026, I sent a copy of the *Limited Objection and Reservation of Rights of Church Mutual Insurance Company, S.I.* to the parties listed in the chart below.

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

3. I hereby certify under penalty of perjury that the above document was served using the mode of service indicated.

Date: October 13, 2026 /s/ *Ashley L. Lohr* ______________
Ashley L. Lohr

| **Name and Address of Party Served** | **Relationship of Party in the Case** | **Mode of Service** |
|---|---|---|
| Michael D. Sirota<br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>msirota@coleschotz.com | Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ______________<br>(as authorized by the Court or rule) |
| Jeffrey M. Sponder, Esq.<br>United States Department of Justice,<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>jeffrey.m.sponder@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ______________<br>(as authorized by the Court or rule) |
| Solomon, Sherman, Gabay, Briskin, and Sherman<br>David B. Sherman<br>4201 Church Road<br>Suite 9A<br>Mt. Laurel, NJ 08054<br>tdicostanza@solomonsherman.com<br>(via NEF)<br>dsherman@solomonsherman.com<br>(via E-mail)<br><br>*and*<br><br>Eliezer Gabay | Counsel for Movant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ______________<br>(as authorized by the Court or rule) |

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| 8 Penn Center, Suite 2200<br>1628 JFK Boulevard<br>Philadelphia, PA 19103<br>egabay18@gmail.com (via E-mail) | | |
| All counsel and case parties who have entered appearance and requested Notices | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _______________<br>(as authorized by the Court or rule) |