**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al*.,[1] | Case No. 26-16388 (CMG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION TO THIRD**
**MONTHLY FEE STATEMENT OF FTI CONSULTING, INC.**

The Court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the August 1, 2026 through August 31, 2026 monthly fee statement [Docket No. 1200] (the "Monthly Fee Statement") of FTI Consulting, Inc., filed on September 25, 2026, were to be filed and served not later than

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

October 9, 2026. I, Cynthia Romano, certify that, as of October 13, 2026, I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this certification.

DATED: October 13, 2026

*/s/ Cynthia Romano*
Cynthia Romano
Senior Managing Director
FTI Consulting, Inc.