**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**SIMAD DEBTORS' SUPPLEMENTAL NOTICE OF MOHAWK DAY CAMP SALE IN SUPPORT OF EMERGENCY MOTION REQUESTING A DETERMINATION OF CERTAIN TAX WITHHOLDING OBLIGATIONS PURSUANT TO THE FOREIGN INVESTMENT IN REAL PROPERTY TAX ACT OF 1980**

**PLEASE TAKE NOTICE** that on September 16, 2025, the above-captioned debtors and debtors in possession (collectively, the "SIMAD Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed the *SIMAD Debtors' Emergency Motion Requesting a*

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

*Determination of Certain Tax Withholding Obligations Pursuant to the Foreign Investment in Real Property Tax Act of 1980* [Docket No. 1141] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that the Motion seeks, *inter alia*, a determination that certain of the Exempt Entities, which are SIMAD Debtors, are subject to an exception eliminating any tax withholding obligations under the Foreign Investment in Real Property Tax Act of 1980 ("FIRPTA") associated with the sale of such Exempt Entity's assets and approving certain notices in connection therewith.

**PLEASE TAKE FURTHER NOTICE** that on October 13, 2026, the closing of the sale of certain assets of Exempt Entities, Mohawk Campco LLC and Mohawkland LLC, occurred (the "Mohawk Day Camp Sale").

**PLEASE TAKE FURTHER NOTICE** that in connection with the Mohawk Day Camp Sale, the SIMAD Debtors hereby submit the related Bankruptcy Court Notice and IRS Notice, annexed hereto as **Exhibits A** and **B**, respectively.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Chapter 11 Cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration LLC at https://restructuring.ra.kroll.com/SIMAD. You may also obtain copies of any pleadings by visiting the Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Dated: October 13, 2026

*/s/ Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors and*
*Debtors in Possession*

**EXHIBIT A**

**Bankruptcy Court Notice**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**TRANSFEREE'S NOTICE OF FORECLOSURE ACTION OR TRANSFER PURSUANT TO TREASURY REGULATION § 1.1445-2(d)(3)(i)(A) FOR MOHAWKLAND LLC AND MOHAWKCAMPCO LLC**

**Submitted by FITZWALTER CAPITAL PARTNERS (AIV) II LP ("Transferee") to the Court pursuant to Treas. Reg. § 1.1445-2(d)(3)(ii)**

## I. Introduction

This Notice to the Court pertains to the sale of U.S. real property interests ("**USRPI**") by SIMAD Holdings Ltd., a foreign entity (the "**Transferor**"), via its two wholly owned disregarded entities, Mohawkland LLC and Mohawkcampco LLC. Certain transfers of USRPI pursuant to bankruptcy proceedings may be subject to special procedural rules related to U.S. federal tax withholding under Section 1445 of the Internal Revenue Code of 1986, as amended. Pursuant to Treas. Reg. § 1.1445-2(d)(3)(i)(A), provided the transferee of such USRPI remits certain notices to the court with jurisdiction over the matter and to the Internal Revenue Service, the transferee may withhold an alternative amount as defined in Treas. Reg. § 1.1445-2(d)(3)(i)(A) (the "**Alternative Amount**"). As more fully set forth in the SIMAD Debtors' Emergency Motion Requesting a Determination of Certain Tax Withholding Obligations Pursuant to the Foreign Investment in Real Property Tax Act of 1980, Transferor takes the position that the rules set forth in Treas. Reg. § 1.1445-2(d)(3) apply to the transfer of USRPI pursuant to the sale of USRPI by the Transferor.

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

## II. Notice Disclosures Required by Treas. Reg. § 1.1445-2(d)(3)(ii)

**(1) Statement of Foreclosure Transfer or Similar Action**

This document constitutes a Notice to the Court of Foreclosure Transfer or Similar Action pursuant to Treas. Reg. §§ 1.1445-2(d)(3)(i)(A) and (3)(ii).

**(2) Purchaser/Transferee Information**

Transferee: FitzWalter Capital Partners (AIV) II LP (**"Transferee"**)
Address: 4th Floor, Ensign House, 29 Seaton Place, St Helier, Jersey JE2 3QL

Transferee is a foreign entity which owns 100% of the membership interests in FW Mohawk Landco LLC ("**FW Landco**") and FW Mohawk Opco LLC ("**FW Opco**"), each a U.S. limited liability company which is a disregarded entity for U.S. federal tax purposes. Transferee is the first regarded owner under U.S. tax law. FW Landco will acquire the Land, Buildings, and Improvements (as defined below) from Mohawk Landco, and FW Opco will acquire Improvements and Personal Property (as defined below) from Mohawk Opco.

**(3) Transferor Information**

Transferor: SIMAD Holdings Ltd.
Mailing Address: 50 Quality Street, Unit 110357, Trumbull CT 06611
Employer Identification Number (EIN): 98-1899954

Transferor is a limited company organized under the laws of the British Virgin Islands. Transferor owns 100% of the membership interests in Mohawkland LLC ("**Mohawk Landco**") and Mohawkcampco LLC ("**Mohawk Opco**"), each a New York limited liability company which is a disregarded entity for U.S. federal tax purposes. Mohawk Landco and Mohawk Opco are the legal owners of the subject USRPIs, and Transferor is the first regarded owner under U.S. tax law.

**(4) Date of Transfer:** October 13, 2026

**(5) Brief Description of the Property**

The sold U.S. real property interest consists of the following:

(i) Land located at (1) 200 Old Tarrytown Road, White Plains, NY 10603 and (2) 26 Winnetou Road, White Plains, NY 10603 (together the "**Land**");
(ii) Buildings and permanent structures situated on the Land ("**Buildings**");
(iii) Land improvements and leasehold improvements to the Land ("**Improvements**"); and
(iv) Personal property associated with the use of the real property (i.e., furnishings, kitchen equipment, laundry equipment, etc.)("**Personal Property**").

**(6) Amount Realized**

The Transferor's amount realized from the sale, as defined under Treas. Reg. § 1.1445-1(g)(5) is cash paid or to be paid in the amount of $29,446,930, comprised of $28,755,000 attributable to the Land, Buildings, and Improvements and $1,691,930 attributable to Personal Property.

**(7) Amount Withheld Under Section 1445(a) and Notice of Alternative Amount**

Assuming that the procedures set forth in Treas. Reg. § 1.1445-2(d)(3) apply here, the Alternative Amount, as defined in Treas. Reg. § 1.1445-2(d)(3)(i)(A), should be zero, and therefore, no withholding is required.

## III. Request for Court Determination of the Alternative Amount

Transferee respectfully requests notice of the Court's determination of the alternative amount so it may properly dispense of the withholding in escrow and comply with its notice and reporting obligations to the Internal Revenue Service, as described in Treas. Reg. § 1.1445-2(d)(3).

Signed on the 13th day of October, 2026.

**FITZWALTER CAPITAL PARTNERS (AIV) II LP**

By its General Partner, FitzWalter Capital Partners
(AIV) GP II Limited

DocuSigned by:
348E830F525C448...

By: ______________________________
Name: Mark McNicholas
Title: Director



**Error! Unknown document property name.**

**EXHIBIT B**

**IRS Notice**

**DRAFT – TO BE FINALIZED UPON COURT'S DECISION**

**VIA U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Date: ________________ ___, 2026

Internal Revenue Service
Ogden Service Center
P.O. Box 409101
Ogden, UT 84409

**Re: Notice of Foreclosure Action or Transfer filed pursuant to Treas. Reg. §1.1445-2(d)(3)(iii)**

Dear Assistant Commissioner (International):

Pursuant to the notice requirements of Treas. Reg. § 1.1445-2(d)(3)(iii), enclosed please find a copy of a jointly issued Notice of Foreclosure Action or Transfer with respect to a sale made on **October 13, 2026** pursuant to a court order in the bankruptcy case of *In re SIMAD Holdings Ltd.*, Case No. 26-16388, currently being administered in the United States Bankruptcy Court for the District of New Jersey. The Court made a final determination regarding the distribution of the amount realized from the sale on [●], 2026.

The name, identifying number, and address of the Transferee providing this Notice to the Service is:

> **Name:** FitzWalter Capital Partners (AIV) II LP
> **Address:** 4th Floor, Ensign House, 29 Seaton Place, St Helier, Jersey JE2 3QL
> **Identifying Number:** [●]

Sincerely,

[●]

**DRAFT – TO BE FINALIZED UPON COURT'S DECISION**

# FIRPTA NOTICE OF FORECLOSURE ACTION OR TRANSFER PURSUANT TO TREAS. REG. §1.1445-2(d)(3)

**Submitted pursuant to Treas. Reg. §1.1445-2(d)(3)(iii)**

## (1) Statement of Foreclosure Transfer or Similar Action

This document constitutes a Notice of Foreclosure Action or Transfer under Treas. Reg. § 1.1445-2(d)(3).

The Transfer at issue occurred pursuant to a Court Order in *In re SIMAD Holdings Ltd., et al.*, a bankruptcy case under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey (the **"Court"**).

## (2) Purchaser/Transferee Information

Transferee: FitzWalter Capital Partners (AIV) II LP
Address: 4th Floor, Ensign House, 29 Seaton Place, St Helier, Jersey JE2 3QL
Employer Identification Number (EIN): [●]

Transferee is an individual who owns 100% of the membership interests in FW Mohawk Landco LLC ("**FW Landco**") and FW Mohawk Opco LLC ("**FW Opco**"), each a U.S. limited liability company which is a disregarded entity for U.S. federal tax purposes. FW Landco acquired the Land, Buildings, and Improvements (as defined below) from Mohawk Landco, and FW Opco acquired Improvements and Personal Property (as defined below) from Mohawk Opco.

## (3) Debtor/Transferor Information

Transferor: SIMAD Holdings Ltd. (**"Transferor"**)
Mailing Address: 50 Quality Street, Unit 110357, Trumbull CT 06611
Employer Identification Number (EIN): 98-1899954

Transferor is an entity organized under the laws of the British Virgin Islands. Transferor owns 100% of the membership interests in Mohawkland LLC ("**Mohawk Landco**") and Mohawkcampco LLC ("**Mohawk Opco**"), each a New York limited liability company which is a disregarded entity for U.S. federal tax purposes. Mohawk Landco and Mohawk Opco are the legal owners of the subject USRPIs, and Transferor is the first regarded owner under U.S. tax law.

## (4) Date of Final Determination

The date of final determination by the Court regarding the distribution of the amount realized from the sale is [●].

## (5) Brief Description of the Property

The sold U.S. real property interest consists of the following:

**DRAFT – TO BE FINALIZED UPON COURT'S DECISION**

(i) Land located at (1) 200 Old Tarrytown Road, White Plains, NY 10603 and (2) 26 Winnetou Road, White Plains, NY 10603 (together the "**Land**");

(ii) Buildings and permanent structures situated on the Land ("**Buildings**");

(iii) Land improvements and leasehold improvements to the Land ("**Improvements**"); and

(iv) Personal property associated with the use of the real property (i.e., furnishings, kitchen equipment, laundry equipment, etc.)("**Personal Property**").

**(6) Amount Realized**

The Transferor's amount realized from the sale, as defined under Treas. Reg. §1.1445-1(g)(5) is cash paid or to be paid in the amount of $29,446,930, comprised of $28,755,000 attributable to the Land, Buildings, and Improvements and $1,691,930 attributable to Personal Property.

**(7) Alternative Amount**

The alternative amount, as defined under Treas. Reg. § 1.1445-2(d)(3)(iii), is zero.

In the attached Court order, the Court has determined the special procedural rules applicable to foreclosures under Treas. Reg. § 1.1445-2(d)(3) apply to the sale of the Land, that none of the sale proceeds will accrue to the Transferor, that the alternative amount is zero, and that no withholding is required under Treas. Reg. § 1.1445-2(d)(3).

[signature page to follow]

**DRAFT – TO BE FINALIZED UPON COURT'S DECISION**

**CERTIFICATIONS**

The undersigned Transferor and Transferee hereby certify under penalties of perjury that, to their respective knowledge and belief, this Notice of Foreclosure Action or Transfer is true, correct, and complete.

**Transferor:**

**SIMAD HOLDINGS LTD.**

By: ______________________________
Name: Assaf Ravid
Title: Chief Restructuring Officer

**Transferee:**

**FITZWALTER CAPITAL PARTNERS (AIV) II LP**

By: ______________________________
Name: [•]
Title: [•]