**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel for Debtors and Debtors-in-Possession*

**Order Filed on October 14, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**STIPULATION AND CONSENT ORDER SUPPLEMENTING FINAL DIP ORDER**

The relief set forth on the following pages, numbered three (3) through five (5), is **ORDERED**.

**DATED: October 14, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

---

1 A complete list of the debtors being jointly administered under lead case In re SIMAD Holdings Ltd., *et al.*, Case No. 26-16388 (CMG) (collectively, the "Debtors") and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

Upon the *Application in Lieu of Motion in Support of Entry of Stipulation and Agreed Order Supplementing Final DIP Order* (the "Application") of the above-captioned debtors and debtors-in-possession (collectively, the "SIMAD Debtors") in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases"), the committee of unsecured creditors appointed in these Cases (the "Committee"), and Bank of New Hampshire ("BNH" and, collectively with the SIMAD Debtors and the Committee, the "Parties"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper pursuant to 28 U.S.C. § 1408 and 1409; and the Court having determined that notice of the Application, the relief requested therein, and this Stipulation and Consent Order Supplementing Final DIP Order (this "Stipulation and Consent Order") was appropriate under the circumstances, and after due deliberation and sufficient cause appearing therefore:

**NOW, BASED ON THE FOREGOING STIPULATIONS AND UPON REQUEST BY THE PARTIES, IT IS HEREBY STIPULATED, AGREED, AND ORDERED THAT:**

1. The budget attached hereto as **Exhibit A** is approved by BNH, and all references to the "Approved DIP Budget" herein and in that certain *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* [Docket No. 547] (the "Final DIP Order")[2] shall be to the attached budget.

[2] Except as otherwise set forth herein, capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Final DIP Order.

2. The SIMAD Debtor Loan Parties are authorized to use the Cash Collateral in accordance with the Final DIP Order and the Approved DIP Budget.

3. The SIMAD Debtor Loan Parties are authorized to draw and use the remainder of the New Money Commitments in accordance with the Final DIP Order and the Approved DIP Budget.

4. Notwithstanding that certain *Order Approving Stipulation Extending the Challenge Period* [Docket No. 1116] (the "Extension Stipulation"), the Parties stipulate and agree that the Challenge Period Termination Date, solely with respect to the Committee and solely with respect to the Preserved Challenges (as such term is defined in the Extension Stipulation), has expired. Further, the Challenge Period Termination Date with respect to all other parties in interest and all non-Preserved Challenges expired on September 12, 2026.

5. The stipulations, admissions, and waivers contained in the Final DIP Order, including the SIMAD Debtors' Stipulations, are binding upon all parties in interest, including the Committee, and any other person acting on behalf of the SIMAD Debtors' estates.

6. The SIMAD Debtors are authorized and directed to pay to BNH within five (5) business days of the entry of this Order the net proceeds of each Transaction (as such term is defined in each of the following: (i) *Order (I) Approving Asset Purchase Agreement Between Andrew Shlensky and Waukeela Landco LLC and Waukeela Operatingco LLC, (II) Authorizing the Sale of Substantially All Assets of Waukeela Landco LLC and Waukeela Operatingco LLC Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§ 363(b), 363(f), and 363(m), (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365, and (IV) Granting Related Relief* [Docket No. 968], (ii) *Order (I) Approving Asset Purchase Agreement Between American Youth Camping*

*Holdco LLC, Camp Med-O-Lark, Inc., and Washington Lake, LLC, (II) Authorizing the Sale of Substantially All Assets of Camp Med-O-Lark, Inc. and Washington Lake, LLC Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§ 363(b), and 363(f), (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365, and (IV) Granting Related Relief* [Docket No. 1077], (iii) *Order (I) Approving Asset Purchase Agreement Between American Youth Camping Holdco LLC, Iafalandco LLC, and Iafaoperatingco LLC, (II) Authorizing the Sale of Substantially All Assets of Iafalandco LLC and Iafaoperatingco LLC Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§ 363(b), and 363(f), (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365, and (IV) Granting Related Relief* [Docket No. 1079], (iv) *Order (I) Approving Asset Purchase Agreement Between American Youth Camping Holdco LLC, Poland Landco LLC, and Poland Campco LLC, (II) Authorizing the Sale of Substantially All Assets of Poland Landco LLC and Poland Campco LLC Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§ 363(b), and 363(f), (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365, and (IV) Granting Related Relief* [Docket No. 1081], and (v) *Order (I) Approving Asset Purchase Agreement Between American Youth Camping Holdco LLC, Wekeeland LLC, and Mainewekeelaco LLC, (II) Authorizing the Sale of Substantially All Assets of Wekeeland LLC and Mainewekeelaco LLC Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§ 363(b), and 363(f), (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365, and (IV) Granting Related Relief* [Docket No. 1082]) on account of the DIP Obligations pursuant

to a payoff letter delivered by BNH to the Debtors and the Committee at least three (3) business days prior to the anticipated payment date.

7. Nothing in this Stipulation and Order shall limit or impair BNH's rights and claims against the assets of Debtors WM Land, LLC and WM Camp, LLC.

8. To the extent any portion of the Prepetition Obligations is undersecured (such portion, the "Deficiency Claim"), BNH hereby agrees that up to $771,000 of the Deficiency Claim (the "Subordinated Defiency Amount") shall be subordinate in right of payment and distribution to all allowed general unsecured claims against the SIMAD Debtor Loan Parties, such that no distribution shall be made on account of the Subordinated Deficiency Amount until all such allowed general unsecured claims (inclusive of the amount of the Deficiency Claim not otherwise subordinated) have been paid in full.

9. Except as expressly set forth herein, nothing in this Stipulation and Order modifies the terms of the Final DIP Order.

10. This Stipulation and Order shall be effective immediately upon entry.

11. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Stipulation and Order.

[*Remainder of Page Intentionally Left Blank*]



54242265

STIPULATED AND AGREED TO BY:

**COLE SCHOTZ P.C.**

*/s/ Michael D. Sirota*

Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors and Debtors in Possession*

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

*/s/ Kaitlin R. Walsh*

Kaitlin R. Walsh
919 Third Avenue
New York, New York 10022
Telephone: (212) 935-3000
Email: KRWalsh@mintz.com

-and-

Daniel S. Bleck (admitted *pro hac vice*)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Email: DSBleck@mintz.com

*Counsel for Bank of New Hampshire*

**ROBINSON & COLE LLP**

*/s/ Evan M. Lazerowitz*

Evan M. Lazerowitz
Rachel Jaffe Mauceri
Brya M. Keilson
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
rmauceri@rc.com
bkeilson@rc.com

*Counsel to the Official Committee of Unsecured Creditors*

**EXHIBIT A**

Draft - Confidential; Subject to Material Revision; Subject to FRE 408 and Equivalents

**SIMAD Holdings**

*BNH Extended Budget*

**BNH**

| No. | *$ in 000s*<br>Forecast/Actual<br>Week Ending | 1<br>Actual<br>6/19/2026 | 2<br>Actual<br>6/26/2026 | 3<br>Actual<br>7/3/2026 | 4<br>Actual<br>7/10/2026 | 5<br>Actual<br>7/17/2026 | 6<br>Actual<br>7/24/2026 | 7<br>Actual<br>7/31/2026 | 8<br>Actual<br>8/7/2026 | 9<br>Actual<br>8/14/2026 | 10<br>Actual<br>8/21/2026 | 11<br>Actual<br>8/28/2026 | 12<br>Forecast<br>9/4/2026 | 13<br>Forecast<br>9/11/2026 | Total<br>Start WE 06/19/26<br>End WE 09/11/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **I. Net Cash Flow** | | | | | | | | | | | | | | |
| 1. | Camper Deposits | $ 191 | $ 170 | $ 156 | $ 147 | $ 139 | $ 91 | $ 160 | $ 153 | $ 28 | $ 106 | $ 78 | $ 83 | $ 119 | $ 1,623 |
| 2. | Tuition Refunds | - | - | - | - | (1) | (0) | - | (0) | (0) | (1) | (0) | - | (0) | (3) |
| 3. | Other Receipts | - | - | 0 | - | 15 | - | 0 | 3 | - | - | 42 | - | 0 | 61 |
| 4. | Intercompany Funding | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 5. | Rental Income | - | - | - | - | - | - | - | 45 | - | - | - | 50 | 10 | 105 |
| 6. | **Total Receipts** | **$ 191** | **$ 170** | **$ 156** | **$ 147** | **$ 153** | **$ 91** | **$ 160** | **$ 200** | **$ 28** | **$ 106** | **$ 120** | **$ 133** | **$ 129** | **$ 1,785** |
| 7. | Payroll & Benefits | (164) | (184) | (534) | (74) | (586) | (295) | (703) | (189) | (763) | (325) | (277) | (189) | (365) | (4,646) |
| 8. | Camp Operations | (207) | (192) | (229) | (258) | (208) | (298) | (294) | (242) | (290) | (147) | (241) | (135) | (130) | (2,871) |
| 9. | Rent Utilities & Maintenance | (68) | (45) | (78) | (77) | (42) | (49) | (59) | (51) | (65) | (75) | (88) | (62) | (76) | (836) |
| 10. | Insurance | - | - | (30) | - | - | - | - | (5) | - | (28) | (9) | (12) | (21) | (105) |
| 11. | Marketing & Enrollment | (0) | (3) | (12) | (44) | (9) | (3) | (13) | (39) | (22) | (23) | (37) | (30) | (15) | (250) |
| 12. | Other Operating | (7) | (34) | (24) | (13) | (17) | (13) | (27) | (19) | (47) | (13) | (68) | (18) | (11) | (310) |
| 13. | Intercompany | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 14. | Taxes | (13) | - | (17) | - | (0) | (0) | - | - | (1) | - | (41) | (1) | - | (73) |
| 15. | **Total Operating Disbursements** | **$ (458)** | **$ (458)** | **$ (923)** | **$ (466)** | **$ (861)** | **$ (659)** | **$ (1,096)** | **$ (544)** | **$ (1,189)** | **$ (611)** | **$ (761)** | **$ (447)** | **$ (618)** | **$ (9,091)** |
| 16. | **Operating Cash Flow** | **$ (267)** | **$ (288)** | **$ (767)** | **$ (319)** | **$ (708)** | **$ (569)** | **$ (935)** | **$ (343)** | **$ (1,161)** | **$ (505)** | **$ (641)** | **$ (314)** | **$ (489)** | **$ (7,306)** |
| 17. | **Transfers to Restricted Cash** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ (20)** | **$ -** | **$ (3)** | **$ (33)** | **$ (83)** | **$ (119)** | **$ (257)** |
| 18. | Professional Fees | - | - | - | - | - | (1,220) | (173) | (160) | (151) | (151) | (146) | (759) | (751) | (3,512) |
| 19. | U.S. Trustee Fees | - | - | - | - | - | - | (16) | - | - | - | (63) | - | (49) | (128) |
| 20. | DIP Interest & Fees | - | - | - | - | (199) | - | - | - | - | (245) | - | - | (166) | (611) |
| 21. | **Total Non-Operating Items** | **$ -** | **$ -** | **$ -** | **$ -** | **$ (199)** | **$ (1,220)** | **$ (189)** | **$ (160)** | **$ (151)** | **$ (397)** | **$ (209)** | **$ (759)** | **$ (966)** | **$ (4,252)** |
| 22. | **Net Cash Flow** | **$ (267)** | **$ (288)** | **$ (767)** | **$ (319)** | **$ (907)** | **$ (1,788)** | **$ (1,125)** | **$ (524)** | **$ (1,312)** | **$ (905)** | **$ (883)** | **$ (1,156)** | **$ (1,574)** | **$ (11,815)** |
| | **II. Cash Balances - Book** | | | | | | | | | | | | | | |
| 23. | Beginning Balance[1] | $ 7,183 | $ 6,917 | $ 7,090 | $ 7,180 | $ 6,861 | $ 5,953 | $ 5,308 | $ 4,183 | $ 5,651 | $ 4,338 | $ 4,042 | $ 3,159 | $ 2,304 | $ 7,183 |
| 24. | Net Cash Flow | (267) | (288) | (767) | (319) | (907) | (1,788) | (1,125) | (524) | (1,312) | (905) | (883) | (1,156) | (1,574) | (11,815) |
| 25. | Operating DIP Funding | - | - | 857 | - | - | 1,143 | - | 2,069 | - | 608 | - | 301 | - | 4,977 |
| 26. | One-Time Adjustment | - | 462 | - | - | - | - | - | (77) | - | - | - | - | - | 385 |
| 27. | **Ending Cash Balance** | **$ 6,917** | **$ 7,090** | **$ 7,180** | **$ 6,861** | **$ 5,953** | **$ 5,308** | **$ 4,183** | **$ 5,651** | **$ 4,338** | **$ 4,042** | **$ 3,159** | **$ 2,304** | **$ 730** | **$ 730** |

| No. | *$ in 000s*<br>Forecast/Actual<br>Week Ending | 14<br>Forecast<br>9/18/2026 | 15<br>Forecast<br>9/25/2026 | 16<br>Forecast<br>10/2/2026 | 17<br>Forecast<br>10/9/2026 | 18<br>Forecast<br>10/16/2026 | 19<br>Forecast<br>10/23/2026 | 20<br>Forecast<br>10/30/2026 | Total<br>Start WE 09/18/26<br>End WE 10/30/26 | Total<br>Start WE 06/19/26<br>End WE 10/30/26 |
|---|---|---|---|---|---|---|---|---|---|---|
| | **I. Net Cash Flow** | | | | | | | | | |
| 1. | Camper Deposits | $ 3 | $ 8 | $ - | $ 3 | $ 23 | $ 8 | $ 28 | $ 72 | $ 1,694 |
| 2. | Tuition Refunds | - | - | - | - | - | - | - | - | (3) |
| 3. | Other Receipts | 1 | 3 | - | - | - | - | - | 4 | 65 |
| 4. | Intercompany Funding | - | - | - | - | - | - | - | - | - |
| 5. | Rental Income | - | - | - | - | - | - | - | - | 105 |
| 6. | **Total Receipts** | **$ 4** | **$ 11** | **$ -** | **$ 3** | **$ 23** | **$ 8** | **$ 28** | **$ 76** | **$ 1,861** |
| 7. | Payroll & Benefits | (69) | (30) | (50) | (15) | (40) | (5) | - | (209) | (4,855) |
| 8. | Camp Operations | (69) | (35) | (35) | - | - | (5) | (5) | (149) | (3,019) |
| 9. | Rent Utilities & Maintenance | (9) | (5) | (5) | (5) | (5) | (5) | (5) | (39) | (876) |
| 10. | Insurance | (0) | (6) | - | - | - | - | - | (6) | (111) |
| 11. | Marketing & Enrollment | (5) | (0) | - | - | - | - | - | (5) | (256) |
| 12. | Other Operating | (2) | (2) | (2) | (2) | - | - | - | (8) | (318) |
| 13. | Intercompany | - | - | - | - | - | - | - | - | - |
| 14. | Taxes | (6) | - | (17) | - | - | - | - | (23) | (96) |
| 15. | **Total Operating Disbursements** | **$ (161)** | **$ (78)** | **$ (109)** | **$ (22)** | **$ (45)** | **$ (15)** | **$ (10)** | **$ (440)** | **$ (9,531)** |
| 16. | **Operating Cash Flow** | **$ (156)** | **$ (67)** | **$ (109)** | **$ (19)** | **$ (22)** | **$ (7)** | **$ 18** | **$ (364)** | **$ (7,670)** |
| 17. | **Transfers to Restricted Cash** | **$ (3)** | **$ (8)** | **$ -** | **$ (3)** | **$ (23)** | **$ (8)** | **$ (28)** | **$ (72)** | **$ (329)** |
| 18. | Professional Fees | (83) | (83) | (83) | (83) | (83) | (83) | (83) | (581) | (4,094) |
| 19. | U.S. Trustee Fees | - | - | - | - | - | - | - | - | (128) |
| 20. | DIP Interest & Fees | - | - | - | - | - | - | - | - | (611) |
| 21. | **Total Non-Operating Items** | **$ (83)** | **$ (83)** | **$ (83)** | **$ (83)** | **$ (83)** | **$ (83)** | **$ (83)** | **$ (581)** | **$ (4,833)** |
| 22. | **Net Cash Flow** | **$ (242)** | **$ (158)** | **$ (192)** | **$ (105)** | **$ (128)** | **$ (98)** | **$ (93)** | **$ (1,017)** | **$ (12,832)** |
| | **II. Cash Balances - Book** | | | | | | | | | |
| 23. | Beginning Balance[1] | $ 730 | $ 487 | $ 329 | $ 137 | $ 32 | $ (96) | $ (194) | $ 730 | $ 7,183 |
| 24. | Net Cash Flow | (242) | (158) | (192) | (105) | (128) | (98) | (93) | (1,017) | (12,832) |
| 25. | Operating DIP Funding | - | - | - | - | - | - | - | - | 4,977 |
| 26. | One-Time Adjustment | - | - | - | - | - | - | - | - | 385 |
| 27. | **Ending Cash Balance** | **$ 487** | **$ 329** | **$ 137** | **$ 32** | **$ (96)** | **$ (194)** | **$ (287)** | **$ (287)** | **$ (287)** |
| | | | | | | | | | Memo: Extended Cash Need | **$ 771** |

*1. Cash includes both operating and cash at the Holdings level.*

| Memo: Funded DIP Amount through 9/11 | |
|---|---|
| Non-Operating Items | 4,252 |
| Operating DIP Funding | 4,977 |
| **Funded DIP Amount** | **$ 9,229** |

| Memo: Total DIP Need | |
|---|---|
| Funded DIP Amount | 9,229 |
| Extended Cash Need | 771 |
| **Total DIP Need** | **$ 10,000** |