**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD Holdings Ltd., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 13, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Master Service List attached hereto as **Exhibit A**, and (2) via First-Class Mail and email on (ADRID: 31657455), Baker, Donelson, Bearman Cadwell & Berkowitz, PC Attn: Noah B. Kressler, Patrick Willis, Sean Davis, Joe Briggett, 201 St. Charles Ste 3600, New Orleans, LA, 70170, nkressler@bakerdonelson.com, pwillis@bakerdonelson.com, sbdavis@bakerdonelson.com, jbriggett@bakerdonelson.com:

- Stipulation and Consent Order Authorizing the One Canal Debtors to Assume the Baker Donelson Lease as Modified Herein [Docket No. 1342]

[*Remainder of page intentionally left blank*]

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357 Trumbull, CT 06611.

Dated: October 14, 2026

*/s/ Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 14, 2026, by Engels Medina, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | ABBIE SOPHIA, LLC | ATTN: ABBIE SOPHIA<br>745 BAYARD STREET<br>TEANECK NJ 07666 | ABBIE@ABBIESOPHIA.COM | Email |
| TOP 50 UNSECURED CREDITOR | ACE | ATTN: JOSEPH JO<br>C/O BERKOVITCH & BOUSKILA PLLC<br>1545 US 202 SUITE 101<br>POMONA NY 10970 | JOSEPHJO@ACEFUNDINGLLC.COM<br>ACCOUNTING@ACEFUNDINGLLC.COM<br>HG@ACEFUNDINGLLC.COM | Email |
| TOP 50 UNSECURED CREDITOR | AGILE | ATTN: AARON GREENBLOTT<br>244 MADISON AVE<br>SUITE 168<br>NEW YORK NY 10016 | ACCOUNTING@AGILECAPITALFUND.COM<br>AARON@AGILECAPITALFUND.COM<br>RINA@AGILECAPITALFUNDING.COM | Email |
| TOP 50 UNSECURED CREDITOR AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS | AIFS CAMP AMERICA | ATTN: ANDREW NEWBERRY; JAMES MAHONEY; NAVIN PAL<br>1 HIGH RIDGE PARK<br>STAMFORD CT 06905 | ANEWBERRY@CAMPAMERICA.COM<br>JMAHONEY@AIFS.COM<br>NPAL@LOEBBLOCK.COM | Email |
| COUNSEL TO ALLY BANK, BMW FINANCIAL SERVICES NA, LLC | AIS PORTFOLIO SERVICES, LLC | ATTN: ALLY BANK DEPARTMENT, BMW FINANCIAL SERVICES NA, LLC DEPARTMENT<br>4515 N SANTA FE AVE<br>DEPT. APS<br>OKLAHOMA CITY OK 73118 | ECFNOTICES@AISINFO.COM | Email |
| TOP 50 UNSECURED CREDITOR | AMERICAN CHOICE CAPITAL LLC | ATTN: JIMMY H<br>54 STATE ST STE 804<br>ALBANY NY 12207-2524 | JIMMY@AMERICANCHOICECAPITAL.COM<br>SUBMISSIONS@AMERICANCHOICECAPITAL.COM | Email |
| TOP 50 UNSECURED CREDITOR | AMUSEMENT SUPPLY CO | ATTN: GEOFFERY SCHUTZ<br>203 FEDERAL ST<br>PITTSBURGH PA 15212-5709 | GEOFFREYSCHULTZ@GMAIL.COM | Email |
| COUNSEL TO AMERICAN CHOICE CAPITAL, LLC | ANDERSON BOWMAN WALLSHEIN, PLLC | ATTN: BTZALEL HIRSCHHORN, ESQ.<br>80-02 KEW GARDENS ROAD<br>SUITE 600<br>KEW GARDENS NY 11415 | BHIRSCHHORN@ABWPLLC.COM | Email |
| COUNSEL TO E ADVANCE SERVICES LLC | ATLAS ACQUISITIONS LLC | ATTN: AVI SCHILD<br>492C CEDAR LANE<br>STE 442<br>TEANECK NJ 07666 | BK@ATLASACQ.COM | Email |
| TOP 50 UNSECURED CREDITOR | BACKD/AUSTIN BUSINESS FINANCE LLC | ATTN: CARSON BONNER<br>1949 S I-35 FRONTAGE RD<br>AUSTIN TX 78741 | CORBIN@BACKD.COM<br>CARSON@BACKD.COM<br>MEGAN@BACKD.COM | Email |
| COUNSEL TO ANDURIL LLC AND RIVENDELL LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: KATHARINE E. ELLO<br>281 WITHERSPOON STREET<br>3RD FLOOR<br>PRINCETON NJ 08540 | KELLO@BAKERDONELSON.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO ANDURIL LLC AND RIVENDELL LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: SEAN B. DAVIS<br>1301 MCKINNEY STREET<br>SUITE 3700<br>HOUSTON TX 77010 | SBDAVIS@BAKERDONELSON.COM | Email |
| COUNSEL TO ANDURIL LLC AND RIVENDELL LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: SEAN B. O'DONOVAN<br>3414 PEACHTREE ROAD, N.E.<br>MONARCH PLAZA, SUITE 1500<br>ATLANTA GA 30326 | SODONOVAN@BAKERDONELSON.COM | Email |
| COUNSEL TO AMERICAN EXPRESS NATIONAL BANK | BECKET & LEE LLP | ATTN: SHRADDHA BHARATIA<br>PO BOX 3001<br>MALVERN PA 19355-0701 | | First-Class Mail |
| COUNSEL TO ACE FUNDING SOURCE LLC | BERKOVITCH & BOUSKILA, PLLC | ATTN: ARIEL BOUSKILA<br>1545 US 202 SUITE 101<br>POMONA NY 10970 | ARI@BBLAWPLLC.COM<br>SERVICE@BBLAWPLLC.COM | Email |
| TOP 50 UNSECURED CREDITOR | BERNAS CONSTRUCTION LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>220 BERNAS RD<br>COCHECTON NY 12726 | JENNIFER@BERNASCONSTRUCTION.COM | Email |
| COUNSEL TO THE UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA, DOING BUSINESS AS EACH OF (I) THE ORTHODOX UNION, (II) THE OU, (III) NCSY, AND (IV) YACHAD | BLANK ROME LLP | ATTN: IRA L. HERMAN, ESQUIRE, EVAN J. ZUCKER, ESQUIRE<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | IRA.HERMAN@BLANKROME.COM<br>EVAN.ZUCKER@BLANKROME.COM | Email |
| COUNSEL TO THE UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA, DOING BUSINESS AS EACH OF (I) THE ORTHODOX UNION, (II) THE OU, (III) NCSY, AND (IV) YACHAD | BLANK ROME LLP | ATTN: JORDAN L. WILLIAMS, ESQUIRE<br>1201 N. MARKET STREET<br>SUITE 800<br>WILMINGTON DE 19801 | JORDAN.WILLIAMS@BLANKROME.COM | Email |
| COUNSEL TO MITCHELL BLACK AND CAMPING MANAGEMENT CORPORATION | BLANK ROME LLP | ATTN: MICHAEL B. SCHAEDLE, JOSEF W. MINTZ, LAWRENCE R. THOMAS III<br>ONE LOGAN SQUARE<br>130 NORTH 18TH STREET<br>PHILADELPHIA PA 19103 | MIKE.SCHAEDLE@BLANKROME.COM<br>JOSEF.MINTZ@BLANKROME.COM<br>LORENZO.THOMAS@BLANKROME.COM | Email |
| TOP 50 UNSECURED CREDITOR | BLOC FUNDING | ATTN: DONALD FOWLER<br>1512 EAST 36TH STREET<br>BROOKLYN NY 11234 | JKLEIN@KINGCAPITALNYC.COM<br>INFO@MCASERVICINGCOMPANY.COM | Email |
| TOP 50 UNSECURED CREDITOR | BMA CONTRACTING, INC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>10 PRINCE STREET<br>MONTICELLO NY 12701 | BMACONTRACTING@HOTMAIL.COM | Email |
| COUNSEL TO VISIONS FEDERAL CREDIT UNION | BOND, SCHOENECK & KING, PLLC | ATTN: JUSTIN S. KRELL, ESQ.<br>68 SOUTH SERVICE ROAD<br>SUITE 400<br>MELVILLE NY 11747-9750 | JKRELL@BSK.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO VISIONS FEDERAL CREDIT UNION | BOND, SCHOENECK & KING, PLLC | ATTN: ALEXIS M. TAKASHIMA, ESQ., ANDREW S. RIVERA, ESQ., STEPHEN A. DONATO, ESQ.<br>ONE LINCOLN CENTER<br>110 WEST FAYETTE STREET<br>SYRACUSE NY 13202 | ATAKASHIMA@BSK.COM<br>ARIVERA@BSK.COM<br>SDONATO@BSK.COM | Email |
| COUNSEL TO PLEASANT VIEW GARDENS, LLC AND PLEASANT VIEW GARDENS LAND, LLC | BORGES & ASSOCIATES, LLC | ATTN: SUE L. CHIN, ESQ., WANDA BORGES, ESQ<br>575 UNDERHILL BLVD.<br>SUITE 118<br>SYOSSET NY 11791 | SCHIN@BORGESLAWLLC.COM<br>WBORGES@BORGESLAWLLC.COM | Email |
| COUNSEL TO DAVID SCHREIBER, LGTFPS HOLDINGS LLC, JON GRABOW, ELEVEN11 HOLDINGS LLC | BRACH EICHLER LLC | ATTN: CARL J. SORANNO, ESQ, JAY SABIN, ESQ.<br>101 EISENHOWER PARKWAY<br>ROSELAND NJ 07068-1067 | CSORANNO@BRACHEICHLER.COM<br>JSABIN@BRACHEICHLER.COM | Email |
| COUNSEL TO BUSEY BANK, HEARTLAND BANK AND TRUST COMPANY | BROWN & CONNERY, LLP | ATTN: JOSEPH M. GAREMORE, ESQUIRE<br>6 NORTH BROAD STREET<br>SUITE 100<br>WOODBURY NJ 08096 | JGAREMORE@BROWNCONNERY.COM | Email |
| TOP 50 UNSECURED CREDITOR | BROWN COACH, INC. | ATTN: ROBERT BROWN<br>50 VENNER RD<br>AMSTERDAM NY 12010 | SBBROWN@BROWNCOACH.COM | Email |
| COUNSEL TO THE OPERATORS BID GROUP, AMERICAN YOUTH CAMPING INC., AMERICAN YOUTH CAMPING HOLDCO LLC | BROWN RUDNICK LLP | ATTN: BENNETT S. SILVERBERG, GERARD T. CICERO<br>SEVEN TIMES SQUARE<br>NEW YORK NY 10036 | BSILVERBERG@BROWNRUDNICK.COM<br>GCICERO@BROWNRUDNICK.COM | Email |
| COUNSEL TO THE OPERATORS BID GROUP, AMERICAN YOUTH CAMPING INC., AMERICAN YOUTH CAMPING HOLDCO LLC | BROWN RUDNICK LLP | ATTN: TRISTAN AXELROD, SHARON I. DWOSKIN<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | TAXELROD@BROWNRUDNICK.COM<br>SDWOSKIN@BROWNRUDNICK.COM | Email |
| COUNSEL TO BANK OF AMERICA, N.A. | BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: MATIAS R. GALLEGO-MANZANO<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK NY 10104-3300 | MATIAS.GALLEGOMANZANO@BCLPLAW.COM | Email |
| COUNSEL TO JACOB LABOVITZ, KERRY LABOVITZ, STEVEN BERNSTEIN, AND BROOKE BERNSTEIN, RED PINES, LLC | BUCHANAN INGERSOLL & ROONEY PC | ATTN: THOMAS W. HALM, JR., ESQ.<br>210 CARNEGIE CENTER<br>SUITE 102<br>PRINCETON NJ 08540-6233 | THOMAS.HALM@BIPC.COM | Email |
| TOP 50 UNSECURED CREDITOR | CAMP LEADERS (SMALLER EARTH LIMITED) | ATTN: CHRIS ARNOLD<br>CAMP LEADERS<br>17 MANN ISLAND<br>LIVERPOOL L3 1BP UNITED KINGDOM | UK@CAMPLEADERS.COM | Email |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | CAMP SPECIALISTS LTD | ATTN: LLOYD J. STREISAND | LLOYD@CAMPSPECIALISTS.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | CASHERA | ATTN: JAVIER COLLAZO<br>30 N GOULD ST STE R<br>SHERIDAN WY 82801-6317 | JAVIER@CASHERA.COM<br>P.VEGA@CASHERA.COM | Email |
| COUNSEL TO FIDELITY BANK | CHAFFE MCCALL, LLP | ATTN: FERNAND L. LAUDUMIEY, IV, DAVID J. MESSINA<br>1100 POYDRAS STREET<br>SUITE 2300<br>NEW ORLEANS LA 70163-2300 | LAUDUMIEY@CHAFFE.COM<br>MESSINA@CHAFFE.COM | Email |
| CO-COUNSEL TO MISHMERET TRUST COMPANY LTD., AS TRUSTEE FOR THE SERIES A BONDHOLDERS OF SIMAD HOLDINGS LTD | CHAPMAN AND CUTLER LLP | ATTN: MICHAEL FRIEDMAN, JORGE ERIC CORONEL HAMILTON<br>1270 AVENUE OF THE AMERICAS<br>30TH FLOOR<br>NEW YORK NY 10020 | FRIEDMAN@CHAPMAN.COM<br>JCORONEL@CHAPMAN.COM | Email |
| CO-COUNSEL TO MISHMERET TRUST COMPANY LTD., AS TRUSTEE FOR THE SERIES A BONDHOLDERS OF SIMAD HOLDINGS LTD | CHAPMAN AND CUTLER LLP | ATTN: STEPHEN RICHARD TETRO II<br>320 SOUTH CANAL STREET<br>CHICAGO IL 60606 | STETRO@CHAPMAN.COM | Email |
| COUNSEL TO NBL SPV II, LLC | CHARTWELL LAW | ATTN: JOHN J. WINTER, ESQUIRE, ROBERT J. MURTAUGH, ESQUIRE<br>700 AMERICAN AVENUE<br>SUITE 303<br>KING OF PRUSSIA PA 19406 | | First-Class Mail |
| TOP 50 UNSECURED CREDITOR | CLEARVIEW FUNDING | ATTN: HENRY SUH<br>5340 N. FEDERAL HIGHWAY<br>SUITE 208<br>POMPANO BEACH FL 33064 | MERCHANTSUPPORT@CLEARVIEWFUNDS.COM<br>MO@CLEARVIEWFUNDS.COM | Email |
| COUNSEL TO CONGREGATION TAL LEYISROEL (F/K/A VAAD LINYONEI BIRUR YAHADUS), A NEW JERSEY NON-PROFIT CORPORATION | COHEN TAUBER SPIEVACK & WAGNER P.C. | ATTN: JOSEPH M. VANN, ESQ.<br>420 LEXINGTON AVENUE<br>SUITE 2400<br>NEW YORK NY 10170 | JVANN@CTSWLAW.COM | Email |
| COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | COLE SCHOTZ P.C. | ATTN: MICHAEL D. SIROTA, WARREN A. USATINE, DAVID M. BASS, FELICE R. YUDKIN, DANIEL J. HARRIS<br>COURT PLAZA NORTH<br>25 MAIN STREET<br>HACKENSACK NJ 07601 | MSIROTA@COLESCHOTZ.COM<br>WUSATINE@COLESCHOTZ.COM<br>DBASS@COLESCHOTZ.COM<br>FYUDKIN@COLESCHOTZ.COM<br>DHARRIS@COLESCHOTZ.COM | Email |
| COUNSEL TO NEWCO CAPITAL GROUP | CONNELL FOLEY LLP | ATTN: BRETT S. THEISEN, KYLE P. MCEVILLY, AMANDA R. SIMONE<br>875 THIRD AVENUE<br>21ST FLOOR<br>NEW YORK NY 10022 | BTHEISEN@CONNELLFOLEY.COM<br>KMCEVILLY@CONNELLFOLEY.COM<br>ASIMONE@CONNELLFOLEY.COM | Email |
| COUNSEL TO NEWCO CAPITAL GROUP; CO-COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DAMIS HOLDINGS LLC | CONNELL FOLEY LLP | ATTN: BRETT S. THEISEN, KYLE P. MCEVILLY, AMANDA R. SIMONE, ROBERT K. MALONE<br>56 LIVINGSTON AVENUE<br>ROSELAND NJ 07068 | BTHEISEN@CONNELLFOLEY.COM<br>KMCEVILLY@CONNELLFOLEY.COM<br>ASIMONE@CONNELLFOLEY.COM<br>RMALONE@CONNELLFOLEY.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | COUNTY LINE SHEDS | ATTN: AMOS BEILER<br>801 5TH STREET<br>OXFORD PA 19363 | COUNTYLINESHEDS@GMAIL.COM | Email |
| TOP 50 UNSECURED CREDITOR | CRUSTERS | ATTN: COLIN MANSBRIDGE<br>26 SOUTH 10TH STREET<br>APARTMENT 4D2<br>BROOKLYN NY 11249 | BP@CRUSTERS.INFO | Email |
| COUNSEL TO TRISTATE CAPITAL BANK | CULLEN AND DYKMAN LLP | ATTN: MATTHEW G. ROSEMAN, ESQ., THOMAS R. SLOME, ESQ.<br>ONE BATTERY PARK PLAZA<br>34TH FLOOR<br>NEW YORK NY 10004 | MROSEMAN@CULLENLLP.COM<br>TSLOME@CULLENLLP.COM | Email |
| TOP 50 UNSECURED CREDITOR | CUSTOM POOLS & SPAS | ATTN: GLENN DOUGLAS<br>2951 SE WAALER ST<br>STUART FL 34997 | INFO@CUSTOMPOOLMECHANICS.COM | Email |
| COUNSEL TO SCG JV LLC | DAVIS POLK & WARDWELL LLP | ATTN: ELI VONNEGUT, ESQ., NOAH Z. SOSNICK, ESQ.<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | ELI.VONNEGUT@DAVISPOLK.COM<br>NOAH.SOSNICK@DAVISPOLK.COM | Email |
| COUNSEL TO DOV PERKAL | DENTONS US LLP | ATTN: GEOFFREY MILLER, ESQ.<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1089 | GEOFFREY.MILLER@DENTONS.COM | Email |
| COUNSEL TO DOV PERKAL | DENTONS US LLP | ATTN: LAUREN MACKSOUD<br>101 JFK PARKWAY<br>SHORT HILLS NJ 07078 | LAUREN.MACKSOUD@DENTONS.COM | Email |
| COUNSEL TO FIRST MERCHANTS BANK, HAROLD “HAL” LYONS AND CHATEAUGAY LAKE CAMP INC., RIALTO CAPITAL ADVISERS, LLC | DILWORTH PAXSON LLP | ATTN: FRANCIS P. MANERI, ESQUIRE, HAROLD G. COHEN, ESQUIRE<br>LIBERTYVIEW SUITE 700<br>457 HADDONFIELD ROAD<br>CHERRY HILL NJ 08002 | FMANERI@DILWORTHLAW.COM<br>HCOHEN@DILWORTHLAW.COM | Email |
| COUNSEL TO AD HOC CAMP COMMITTEE | DUANE MORRIS LLP | ATTN: MORRIS S. BAUER, DREW S. MCGEHRIN<br>200 CAMPUS DRIVE<br>SUITE 300<br>FLORHAM PARK NJ 07932-1007 | MSBAUER@DUANEMORRIS.COM<br>DSMCGEHRIN@DUANEMORRIS.COM | Email |
| TOP 50 UNSECURED CREDITOR | E ADVANCE SERVICES LLC/JJM ENTERPRISES LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>2530 HOLLOW RD<br>BLAIR NE 68008-2366 | PAUL@EADVANCESERVICES.COM | Email |
| TOP 50 UNSECURED CREDITOR | ENTERGY | ATTN: DAN FALSTAD<br>639 LOYOLA AVE.<br>L-ENT-6E<br>NEW ORLEANS LA 70113 | INVESTORRELATIONS@ENTERGY.COM<br>ENTERGYCUSTOMERCONTACT@ENTERGY.COM<br>SHARSRVTM@ENTERGY.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| PROPOSED COUNSEL TO DAMIS HOLDINGS LLC AND ITS AFFILIATED DEBTORS | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: MICHAEL P. POMPEO<br>600 CAMPUS DRIVE<br>FLORHAM PARK NJ 07932-1047 | MICHAEL.POMPEO@FAEGREDRINKER.COM | Email |
| PROPOSED COUNSEL TO DAMIS HOLDINGS LLC AND ITS AFFILIATED DEBTORS | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: PATRICK A. JACKSON, IAN J. BAMBRICK, SARAH E. SILVEIRA<br>222 DELAWARE AVENUE<br>SUITE 1410<br>WILMINGTON DE 19801 | PATRICK.JACKSON@FAEGREDRINKER.COM<br>IAN.BAMBRICK@FAEGREDRINKER.COM<br>SARAH.SILVEIRA@FAEGREDRINKER.COM | Email |
| TOP 50 UNSECURED CREDITOR | FAIRPARK CAPITAL | ATTN: PRESIDENT OR GENERAL COUNSEL<br>460 W 50 N 5TH FLOOR<br>SALT LAKE CITY UT 84101 | DIANA@FAIRPARKCAPITAL.COM<br>CONTACT@FAIRPARK.COM | Email |
| COUNSEL TO GOBA CAPITAL INC. | FOLEY & LARDNER LLP | ATTN: ANNE B. SEKEL, ESQ., ALISSA M. NANN, ESQ., MICHELLE N. SANEY, ESQ.<br>90 PARK AVENUE<br>NEW YORK NY 10016-1314 | ASEKEL@FOLEY.COM<br>ANANN@FOLEY.COM<br>MICHELLE.SANEY@FOLEY.COM | Email |
| COUNSEL TO GOBA CAPITAL INC. | FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL<br>321 N. CLARK STREET<br>SUITE 3000<br>CHICAGO IL 60654-4762 | MSMALL@FOLEY.COM | Email |
| TOP 50 UNSECURED CREDITOR | FRANKEL DISPOSABLES G | ATTN: JACOB FRANKEL<br>611 BEDFORD AVENUE<br>BROOKLYN NY 11211 | INFO@FRANKELCOMPANY.COM | Email |
| TOP 50 UNSECURED CREDITOR | FUNDERS WEST | ATTN: PRESIDENT OR GENERAL COUNSEL<br>3323 NE 163RD STREET STE 401<br>NORTH MIAMI BEACH FL 33160 | JAVIER@FUNDERSAPP.COM<br>P.VEGA@FUNDERSAPP.COM<br>MARK@FUNDERSAPP.COM | Email |
| TOP 50 UNSECURED CREDITOR | FUNDING CLUB | ATTN: FREDDY KASSAB<br>7901 4TH ST N SUITE 300<br>ST. PETERSBURG FL 33702 | ACCOUNTING@FUNDINGCLUBUS.COM | Email |
| COUNSEL TO COMMUNITY BANK, NA, NBT BANK, NA, ARROW BANK, NA | GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: GARY F. SEITZ<br>1201 N. ORANGE ST.<br>SUITE 300<br>WILMINGTON DE 19801 | GSEITZ@GSBBLAW.COM | Email |
| COUNSEL TO CAMP COUNSELORS USA, INC. | GILLMAN CAPONE, LLC | ATTN: MARC C. CAPONE, ESQ.<br>60 HIGHWAY 71<br>UNIT 2<br>SPRING LAKE HEIGHTS NJ 07762 | BK@GILLMANCAPONE.COM | Email |
| COUNSEL TO JACK JAFFA | GREENBAUM, ROWE, SMITH & DAVIS LLP | ATTN: NANCY ISAACSON, ESQ.<br>75 LIVINGSTON AVENUE<br>SUITE 301<br>ROSELAND NJ 07068 | NISAACSON@GREENBAUMLAW.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO SCG JV LLC | GREENBERG TRAURIG, LLP | ATTN: ALAN J. BRODY, ESQ.<br>500 CAMPUS DRIVE<br>SUITE 400<br>FLORHAM PARK NJ 07932 | BRODYA@GTLAW.COM | Email |
| COUNSEL TO LIFETIME FUNDING, LNS GROUP LLC, OCEAN FUNDING CORP. AND VAULT 26 CAPITAL LLC | GUTFLEISH LAW, LLC | ATTN: HARRY M. GUTFLEISH, ESQ.<br>ONE UNIVERSITY PLAZA<br>SUITE 208<br>HACKENSACK NJ 07601 | HARRY@GUTFLEISHLAW.COM | Email |
| TOP 50 UNSECURED CREDITOR | HALES BUS GARAGE | ATTN: PRESIDENT OR GENERAL COUNSEL<br>1067 MARBLE ST<br>WATERTOWN NY 13601 | STEPHEN@HALETRANSPORTATIONGROUP.COM | Email |
| COUNSEL TO WAYNE BANK | HILL WALLACK LLP | ATTN: MICHAEL KAHME, ESQ., ELIZABETH K. HOLDREN, ESQ., MICHAEL SHAVEL, ESQ.<br>21 ROSZEL ROAD<br>P.O. BOX 5226<br>PRINCETON NY 08543 | MKAHME@HILLWALLACK.COM<br>EHOLDREN@HILLWALLACK.COM<br>MSHAVEL@HILLWALLACK.COM | Email |
| COUNSEL TO IOU CENTRAL, INC. | HINSHAW & CULBERTSON LLP | ATTN: FRED W. HOENSCH, ESQ.<br>111 WOOD AVENUE SOUTH<br>SUITE 210<br>ISELIN NJ 08830 | FHOENSCH@HINSHAWLAW.COM | Email |
| TOP 50 UNSECURED CREDITOR | HOFFMAN PRODUCTIONS, INC | ATTN: MARGELIT HOFFMAN<br>4500 BROADWAY<br>ALLENTOWN PA 18104 | HOFFMAN.CUSTOMERSERVICE@NVENT.COM<br>INTERNATIONALSUPPORT@NVENT.COM | Email |
| COUNSEL TO KLIRMARK OPPORTUNITY FUND IV LP AND DIP LENDERS | HOGAN LOVELLS US LLP | ATTN: CHRISTOPHER R. DONOHO, III, DANIELLE A. ULLO, MATTHEW SCHERNECKE<br>390 MADISON AVENUE<br>NEW YORK NY 10017 | CHRIS.DONOHO@HOGANLOVELLS.COM<br>DANIELLE.ULLO@HOGANLOVELLS.COM<br>MATTHEW.SCHERNECKE@HOGANLOVELLS.COM | Email |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 | | First-Class Mail |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First-Class Mail |
| TOP 50 UNSECURED CREDITOR | IOU | ATTN: JAKE LOVESY<br>600 TOWNPARK LANE<br>SUITE 100<br>KENNESAW GA 30144 | JPELOTTE@IOUFINANCIAL.COM<br>JAKE@IOUFINANCIAL.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO ORCAFUNDING LLC | JACOBS P.C. | ATTN: ADAM SHERMAN, ESQ., LEO JACOBS, ESQ., WAYNE GREENWALD, ESQ., AARON SLAVUTIN, ESQ.<br>717 FIFTH AVENUE<br>17TH FLOOR<br>NEW YORK NY 10022 | ADAM@JACOBSPC.COM<br>LEO@JACOBSPC.COM<br>WAYNE@JACOBSPC.COM<br>AARON@JACOBSPC.COM | Email |
| COUNSEL TO HT PROPERTY MANAGEMENT LLC, HT NORTHSTAR, LLC, HARVEY APPLEBAUM AND TAMARA APPLEBAUM | JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C. | ATTN: RAYMOND M. PATELLA<br>505 MORRIS AVENUE<br>SPRINGFIELD NJ 07081 | RPATELLA@LAWJW.COM | Email |
| COUNSEL TO STACY SCHWARTZ KOTELOV AND RIVERWOODS ROAD 2000 LAND LLC | KATTEN MUCHIN ROSENMAN LLP | ATTN: ARLEN P. MORADI<br>2121 AVENUE OF THE STARS<br>LOS ANGELES CA 90067-5010 | ARLEN.MORADI@KATTEN.COM | Email |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KELLY SMITH BROWN, INDIVIDUALLY | | KELLYSMITHBROWN1@GMAIL.COM | Email |
| TOP 50 UNSECURED CREDITOR | KETA CONSTRUCTION COMPANY | ATTN: AUSTIN RIDDLE<br>2901 RIDGELAKE DRIVE<br>SUITE 207<br>METAIRIE LA 70002 | INFO@KETACONSTRUCTION.COM | Email |
| COUNSEL TO AD HOC CAMP COMMITTEE | KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: JOSHUA A. SUSSBERG, P.C., JOSHUA A. FELTMAN, P.C., CIARA FOSTER<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | JSUSSBERG@KIRKLAND.COM<br>JOSHUA.FELTMAN@KIRKLAND.COM<br>CIARA.FOSTER@KIRKLAND.COM | Email |
| COUNSEL TO AD HOC CAMP COMMITTEE | KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: ROBERT A. JACOBSON<br>333 WEST WOLF POINT PLAZA<br>CHICAGO IL 60654 | ROB.JACOBSON@KIRKLAND.COM | Email |
| TOP 50 UNSECURED CREDITOR | KOSHERLINE LLC | ATTN: MARK JACOBOVITS<br>38 IRENE COURT<br>LAKEWOOD NJ 08701 | INFO@KOSHERLINE.COM | Email |
| COUNSEL TO SPORTS & ARTS CENTER AT ISLAND LAKE, INC. | LAW OFFICES OF MITCHELL J. MALZBERG, LLC | ATTN: MITCHELL MALZBERG, ESQ.<br>PO BOX 5122<br>6 E. MAIN STREET, SUITE 7<br>CLINTON NJ 08809 | MMALZBERG@MJMALZBERGLAW.COM | Email |
| COUNSEL TO COMMUNITY BANK, NA | LEMERY GREISLER LLC | ATTN: PAUL A. LEVINE, ESQ., MEGHAN M. BREEN, ESQ.<br>677 BROADWAY<br>8TH FLOOR<br>ALBANY NY 12207 | | First-Class Mail |
| TOP 50 UNSECURED CREDITOR | LIBERTAS | ATTN: RANDY SALUCK<br>LIBERTAS FUNDING LLC411 W. PUTNAM AVE<br>SUITE 220<br>GREENWICH CT 06830 | KATHERINE.FONSECA@LIBERTASFUNDING.COM<br>RANDY.SALUCK@LIBERTASFUNDING.COM<br>RICK.APPEL@LIBERTASFUNDING.COM<br>RYAN.CONWAY@LIBERTASFUNDING.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | LIFETIME FUNDING | ATTN: NATE ABRAMOV<br>585 STEWART AVE SUITE L90<br>GARDEN CITY NY 11530 | ADMIN@LIFETIMEFUNDINGLLC.COM<br>ASHLEY@LIFETIMEFUNDINGLLC.COM<br>JOSH@LIFETIMEFUNDINGLLC.COM | Email |
| TOP 50 UNSECURED CREDITOR | LNS GROUP 2 | ATTN: KURT BERTHIAUMA<br>195 ROUTE US- 9<br>SUITE 116<br>MANALAPAN NJ 07726 | SAMUEL@LNSGROUPLLC.COM<br>KBERTHIAUME@LNSGROUPLLC.COM | Email |
| COUNSEL TO WILLOW LAKE PARTIES | LOWENSTEIN SANDLER LLP | ATTN: ERIC S. CHAFETZ, ESQ, PHILIP J. GROSS, ESQ.<br>ONE LOWENSTEIN DRIVE<br>ROSELAND NJ 07068 | ECHAFETZ@LOWENSTEIN.COM<br>PGROSS@LOWENSTEIN.COM | Email |
| TOP 50 UNSECURED CREDITOR | LOWE'S | ATTN: MARVIN ELLISON<br>1000 LOWE'S BLVD<br>MOORESVILLE NC 28117 | INVESTORRELATIONS@LOWES.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MCDERMOTT WILL & SCHULTE LLP | ATTN: DARREN AZMAN, KRISTIN K. GOING<br>ONE VANDERBILT AVENUE<br>NEW YORK NY 10017 | DAZMAN@MCDERMOTTLAW.COM<br>KGOING@MCDERMOTTLAW.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MCDERMOTT WILL & SCHULTE LLP | ATTN: RACHEL BIBLO BLOCK<br>2801 NORTH HARWOOD STREET, SUITE 2600<br>DALLAS TX 75201 | RBIBLOBLOCK@MCDERMOTTLAW.COM | Email |
| COUNSEL TO HOMETRUST BANK, BYLINE BANK | MCMANIMON SCOTLAND & BAUMANN, LLC | ATTN: ANDREA DOBIN, ESQ.<br>427 RIVERVIEW PLAZA<br>TRENTON NJ 08611 | ADOBIN@MSBNJ.COM | Email |
| TOP 50 UNSECURED CREDITOR | MERCHANT MARKET | ATTN: PAUL BOXER<br>2777 SUMMER STREET<br>STAMFORD CT 06905 | PAUL@MERCHANTMARKETPLACE.COM<br>JAMES@MERCHANTMARKETPLACE.COM<br>ALANA@MERCHANTMARKETPLACE.COM | Email |
| TOP 50 UNSECURED CREDITOR | METRO | ATTN: ADRIAN BLUMFIELD<br>151 SE 1ST ST 801<br>MIAMI FL 33131 | BD@METPG.COM<br>IR@METPG.COM | Email |
| COUNSEL TO BANK OF NEW HAMPSHIRE | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: DANIEL S. BLECK, ESQ<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | DSBLECK@MINTZ.COM | Email |
| COUNSEL TO BANK OF NEW HAMPSHIRE | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: KAITLIN R. WALSH<br>919 THIRD AVENUE<br>NEW YORK NY 10022 | KRWALSH@MINTZ.COM | Email |
| COUNSEL TO BANK OF NEW HAMPSHIRE | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: KAITLIN R. WALSH, ESQ.<br>666 THIRD AVENUE<br>NEW YORK NY 10017 | KRWALSH@MINTZ.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | MULLIGAN | ATTN: PATRICK FORAN<br>4715 VIEWRIDGE AVE<br>SUITE 100<br>SAN DIEGO CA 92123 | PFORAN@MULLIGANFUNDING.COM<br>DAVID@MULLIGANFUNDING.COM | Email |
| TOP 50 UNSECURED CREDITOR | NEWCO | ATTN: SARA ZEINES<br>1801 NE 123RD STREET<br>SUITE 421<br>NORTH MIAMI FL 33181 | SARA@NEWCOCAPITALGROUP.COM<br>REBEKAH@NEWCOCAPITALGROUP.COM<br>SUZANNA@NEWCOCAPITALGROUP.COM | Email |
| COUNSEL TO THE OPERATORS BID GROUP | NORTON ROSE FULBRIGHT US LLP | ATTN: ROBERT M. HIRSH, JAMES A. COPELAND<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | ROBERT.HIRSH@NORTONROSEFULBRIGHT.COM<br>JAMES.COPELAND@NORTONROSEFULBRIGHT.COM | Email |
| TOP 50 UNSECURED CREDITOR | OCEAN | ATTN: COBI HELLER<br>2941 NW 62ND STREET<br>SUITE 201<br>FORT LAUDERDALE FL 33309 | COBI@OCEAN-FUNDING.COM<br>ANGIE@OCEAN-FUNDING.COM | Email |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JEFFREY M. SPONDER<br>ONE NEWARK CENTER<br>SUITE 2100<br>NEWARK NJ 07102 | JEFFREY.M.SPONDER@USDOJ.GOV | Email |
| COUNSEL TO EPHRAM CAFLUN, LORI CAFLUN, AND GEOFFREY NEWMAN | OFFIT KURMAN, P.A. | ATTN: PAUL J. WINTERHALTER<br>21 MAIN STREET<br>SUITE 158<br>HACKENSACK NJ 07601 | PWINTERHALTER@OFFITKURMAN.COM | Email |
| COUNSEL TO TRUNORTH BANK SUCCESSOR BY MERGER TO HOMETOWN BANK AND EASTHAMPTON SAVINGS BANK | OLSHAN FROME WOLOSKY LLP | ATTN: DEAN M. OSWALD, ESQ.<br>101 HUDSON STREET<br>SUITE 2100<br>JERSEY CITY NJ 07302 | DOSWALD@OLSHANLAW.COM | Email |
| TOP 50 UNSECURED CREDITOR | OPTIMUM LENDING | ATTN: FREDDY KASSAB<br>200 GARDEN CITY PLAZA<br>SUITE 405<br>GARDEN CITY NY 11530 | INFO@OPTIMUMLENDINGPARTNERS.COM | Email |
| TOP 50 UNSECURED CREDITOR | ORCA | ATTN: JAKE WEISER<br>ORCAFUNDING LLC 33 E33RD STREET<br>NEW YORK NY 10016 | MAGGIE@ORCACAP.COM<br>ROBBY@ORCACAP.COM<br>JAKE@ORCA-FUNDING.COM<br>MENDEL@ORCA-FUNDING.COM | Email |
| COUNSEL TO METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC; METROPOLITAN PARTNERS FUND VIII INVESTMENTS LLC; METROPOLITAN PARTNERS FUND VIII LP; METROPOLITAN LEVERED PARTNERS FUND VIII LP; AND METROPOLITAN OFFSHORE PARTNERS FUND VII, LP | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, ESQ. ROBERT J. FEINSTEIN, ESQ., MAXIM B. LITVAK, ESQ<br>1700 BROADWAY, 36TH FLOOR<br>NEW YORK NY 10019 | MLITVAK@PSZJLAW.COM<br>BSANDLER@PSZJLAW.COM<br>RFEINSTEIN@PSZJLAW.COM | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO DAVID A. SHABSELS | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: DONALD W. CLARKE, LEAH M. EISENBERG, DAVID E. SKLAR, KATHERINE R. BEILIN<br>21 MAIN STREET<br>SUITE 200<br>HACKENSACK NJ 07601 | DCLARKE@PASHMANSTEIN.COM<br>LEISENBERG@PASHMANSTEIN.COM<br>DSKLAR@PASHMANSTEIN.COM<br>KBEILIN@PASHMANSTEIN.COM | Email |
| CO-COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DAMIS HOLDINGS LLC | PAUL HASTINGS LLP | ATTN: KRISTOPHER M. HANSEN, EREZ E. GILAD, NICHOLAS A. BASSETT, GABRIEL E. SASSON, JASON M. PIERCE, WILL C. FARMER, EZRA SUTTON, AMBER JOHN<br>200 PARK AVENUE<br>NEW YORK NY 10166 | KRISHANSEN@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM<br>NICHOLASBASSETT@PAULHASTINGS.COM<br>GABESASSON@PAULHASTINGS.COM<br>JASONPIERCE@PAULHASTINGS.COM<br>WILLFARMER@PAULHASTINGS.COM<br>EZRASUTTON@PAULHASTINGS.COM<br>AMBERJOHN@PAULHASTINGS.COM | Email |
| COUNSEL TO COMPUTERSHARE TRUST COMPANY, N.A., AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BANK5 2023-5YR1, COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2023-5YR1, COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BBCMS MORTGAGE TRUST 2025 C35, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2025-C35, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BENCHMARK 2026-B43 MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES SERIES 2026-B43 | PERKINS COIE LLP | ATTN: GARY F. EISENBERG<br>1155 AVENUE OF THE AMERICAS<br>22ND FLOOR<br>NEW YORK NY 10036-2711 | GEISENBERG@PERKINSCOIE.COM | Email |
| COUNSEL TO THE CITY OF PHILADELPHIA | PHILADELPHIA LAW DEPARTMENT TAX LITIGATION & COLLECTIONS UNIT | ATTN: PAMELA ELCHERT THURMOND<br>1401 JFK BLVD.<br>5TH FLOOR, ROOM 580<br>PHILADELPHIA PA 19102-1595 | PAMELA.THURMOND@PHILA.GOV | Email |
| COUNSEL TO CREDITORS/PARTIES-IN-INTEREST, METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC; METROPOLITAN PARTNERS FUND VIII INVESTMENTS LLC; METROPOLITAN PARTNERS FUND VIII LP; METROPOLITAN LEVERED PARTNERS FUND VIII LP; AND METROPOLITAN OFFSHORE PARTNERS FUND VII, LP | POLSINELLI PC | ATTN: BRETT D. GOODMAN, ESQ.<br>600 THIRD AVENUE<br>42ND FLOOR<br>NEW YORK NY 10016 | BGOODMAN@POLSINELLI.COM | Email |
| TOP 50 UNSECURED CREDITOR | POND HILL RANCH | ATTN: HARRY O'ROURKE JR<br>1683 POND HILL RANCH RD<br>POULTNEY VT 05764 | HORSES@PONDHILLRANCH.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO DHAN MASORES LLC AND DH1 HOLDINGS LLC (COLLECTIVELY, THE "DH PARTIES") | PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: WARREN J. MARTIN JR, KELLY D. CURTIN<br>5 SYLVAN WAY<br>SUITE 110<br>PARSIPPANY NJ 07054 | WJMARTIN@PBNLAW.COM<br>KDCURTIN@PBNLAW.COM | Email |
| TOP 50 UNSECURED CREDITOR | REDSTONE | ATTN: SIMON ISAACOV<br>266 BROADWAY<br>STE 401<br>BROOKLYN NY 11211 | SIMON@REDSTONEADVANCE.COM | Email |
| CO-COUNSEL TO MISHMERET TRUST COMPANY LTD., AS TRUSTEE FOR THE SERIES A BONDHOLDERS OF SIMAD HOLDINGS LTD, KLIRMARK OPPORTUNITY FUND IV LP | RIKER DANZIG LLP | ATTN: JOSEPH L. SCHWARTZ, DANIEL A. BLOOM, JOHN D. STERN<br>7 GIRALDA FARMS<br>SUITE 250<br>MADISON NJ 07940-1051 | JSCHWARTZ@RIKER.COM<br>DBLOOM@RIKER.COM<br>JSTERN@RIKER.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ROBINSON & COLE LLP | ATTN: EVAN M. LAZEROWITZ, BRYA M. KEILSON, RACHEL JAFFE MAUCERI<br>666 THIRD AVENUE, 20TH FLOOR<br>NEW YORK NY 10017 | ELAZEROWITZ@RC.COM<br>BKEILSON@RC.COM<br>RMAUCERI@RC.COM | Email |
| COUNSEL TO CRAIG ODIORNE AND MONICA ODIORNE | ROYER COOPER COHEN BRAUNFELD LLC | ATTN: MARC SKAPOF, ESQUIRE<br>1120 AVENUE OF THE AMERICAS<br>4TH FLOOR<br>NEW YORK NY 10036-6700 | MSKAPOF@RCCBLAW.COM | Email |
| COUNSEL TO CRAIG ODIORNE AND MONICA ODIORNE | ROYER COOPER COHEN BRAUNFELD LLC | ATTN: SEAN S. LITZ, ESQUIRE<br>THREE LOGAN SQUARE<br>1717 ARCH STREET, 47TH FLOOR<br>PHILADELPHIA PA 19103 | SLITZ@RCCBLAW.COM | Email |
| TOP 50 UNSECURED CREDITOR | RYCHIK DESIGN & CONSTRUCTION CO., INC. | ATTN: YAKOV RYCHIK<br>1526 49TH STREET<br>BROOKLYN NY 11219 | SRYCHIK@RYCHIK.COM | Email |
| COUNSEL TO FIDELITY BANK | SAIBER LLC | ATTN: JOHN M. AUGUST, ESQ.<br>7 GIRALDA FARMS<br>SUITE 360<br>MADISON NJ 07940 | JAUGUST@SAIBER.COM | Email |
| COUNSEL TO STACY SCHWARTZ KOTELOV AND RIVERWOODS ROAD 2000 LAND LLC | SAUL EWING LLP | ATTN: TURNER N. FALK, ESQUIRE<br>MICHELLE G. NOVICK<br>1735 MARKET STREET, 34TH FLOOR<br>PHILADELPHIA PA 19103 | MICHELLE.NOVICK@SAUL.COM<br>TURNER.FALK@SAUL.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | PHILADELPHIA@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | Email |
| COUNSEL TO CASHERA CAPITAL, LLC | SHAPIRO CROLAND REISER APFEL & DI IORIO, LLP | ATTN: GLENN R. REISER, ESQ.<br>CONTINENTAL PLAZA<br>411 HACKENSACK AVENUE<br>HACKENSACK NJ 07601 | GREISER@SHAPIROCROLAND.COM | Email |
| COUNSEL TO MIZZEN CAPITAL, LP, MIZZEN CAPITAL II, LP, AND MIZZEN MANAGEMENT, LLC | SHIPMAN & GOODWIN LLP | ATTN: ERIC S. GOLDSTEIN, ESQ., GREGORY R. PAPEIKA, ESQ.<br>ONE CONSTITUTION PLAZA<br>HARTFORD CT 06103-1919 | EGOLDSTEIN@GOODWIN.COM<br>GPAPEIKA@GOODWIN.COM<br>BANKRUPTCY@GOODWIN.COM<br>BANKRUPTCYPARALEGAL@GOODWIN.COM | Email |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | SMALLER EARTH GROUP DBA CAMP LEADERS | ATTN: LEE CUNLIFFE<br>600 CONGRESS AVENUE<br>16TH FL<br>AUSTIN TX 78701 | L.CUNLIFFE@SMALLEREARTH.COM | Email |
| COUNSEL TO LEXINGTON REALTY INTERNATIONAL, LLC | SMITH, GAMBRELL & RUSSELL, LLP | ATTN: ALLEN G. KADISH<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019 | AKADISH@SGRLAW.COM | Email |
| CO-COUNSEL TO YOAV COCHAV, INDIVIDUALLY, AND AS PARENT AND NATURAL GUARDIAN OF JC, A MINOR | SOLOMON SHERMAN, GABAY, BRISKIN, & SHERMAN | ATTN: DAVID B. SHERMAN<br>THE ELLIPSE BUILDING<br>4201 CHURCH ROAD, SUITE 9A<br>MT. LAUREL NJ 08054 | DSHERMAN@SOLOMONSHERMAN.COM | Email |
| CO-COUNSEL TO YOAV COCHAV, INDIVIDUALLY, AND AS PARENT AND NATURAL GUARDIAN OF JC, A MINOR | SOLOMON SHERMAN, GABAY, BRISKIN, & SHERMAN | ATTN: ELIEZER (ELI) GABAY<br>8 PENN CENTER, SUITE 2200<br>1628 JFK BOULEVARD<br>PHILADELPHIA PA 19103 | EGABAY18@GMAIL.COM | Email |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 | DENISE.MONDELL@CT.GOV | Email |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>JAMES R. THOMPSON CTR.<br>100 W. RANDOLPH ST.<br>CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | Email |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STATE HOUSE STATION 6<br>AUGUSTA ME 04333-0000 | KAITLYN.M.HUSAR@MAINE.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1 GRANITE PLACE SOUTH<br>CONCORD NH 03301 | | First-Class Mail |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET<br>TRENTON NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | Email |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>DEPT. OF LAW<br>THE CAPITOL, 2ND FLOOR<br>ALBANY NY 12224-0341 | | First-Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>DEPT. OF JUSTICE<br>P.O. BOX 629<br>RALEIGH NC 27602-0629 | AGREQUESTS@NCDOJ.GOV<br>CONSUMER@NCDOJ.GOV | Email |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First-Class Mail |
| COUNSEL TO THE OPERATORS BID GROUP | STEPTOE LLP | ATTN: TIMOTHY W. WALSH<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | TWWALSH@STEPTOE.COM | Email |
| COUNSEL TO ENHANCED CAPITAL PENNSYLVANIA RURAL FUND, LLC | STINSON LLP | ATTN: RICHARD J.L. LOMUSCIO<br>140 BROADWAY, SUITE 2330<br>NEW YORK NY 10005 | RICHARD.LOMUSCIO@STINSON.COM | Email |
| COUNSEL TO THE FIRST NATIONAL BANK OF MCGREGOR | SULLIVAN NIMEROFF BROWN HILL LLC | ATTN: JAMI B. NIMEROFF, ESQUIRE<br>18 KINGS HIGHWAY WEST<br>HADDONFIELD NJ 08033 | JNIMEROFF@SNBHLAW.COM | Email |
| COUNSEL TO SETH HERSCHTHAL AND LAUREN POPKIN HERSCHTHAL | TARTER KRINSKY & DROGIN LLP | ATTN: ROCCO A. CAVALIERE, ESQ., SCOTT S. MARKOWITZ, ESQ., MICHAEL F. MEDVED, ESQ.<br>1350 BROADWAY<br>11TH FLOOR<br>NEW YORK NY 10018 | RCAVALIERE@TARTERKRINSKY.COM<br>SMARKOWITZ@TARTERKRINSKY.COM<br>MMEDVED@TARTERKRINSKY.COM | Email |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | TAVEZIO | ATTN: JOSHUA COHEN<br>12012 SOUTH SHORE BOULEVARD<br>WELLINGTON FL 33414 | JOSH@TAVEZIO.COM | Email |
| TOP 50 UNSECURED CREDITOR | TRANSPARENCY ADVANCE | ATTN: PRESIDENT OR GENERAL COUNSEL | SUBS@TRANSPARENCYADVANCE.COM | Email |
| TOP 50 UNSECURED CREDITOR | TRI STATE BUSSING LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>74 PONDEROSA DR<br>LAKEWOOD NJ 08701 | | First-Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CHURCH MUTUAL INSURANCE COMPANY, S.I. | TROUTMAN PEPPER LOCKE LLP | ATTN: DEBORAH KOVSKY-APAP<br>875 THIRD AVENUE<br>NEW YORK NY 10281-2101 | DEBORAH.KOVSKY@TROUTMAN.COM | Email |
| U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION CORPORATE/FINANCIAL LITIGATION SECTION, COMMERCIAL LITIGATION BRANCH | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION | ATTN: CRYSTAL GEISE<br>1100 L STREET, N.W.<br>ROOM 7102<br>WASHINGTON DC 20005-4035 | CRYSTAL.GEISE@USDOJ.GOV | Email |
| U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION CORPORATE/FINANCIAL LITIGATION SECTION, COMMERCIAL LITIGATION BRANCH | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION | ATTN: MARY A. SCHMERGEL<br>1100 L STREET, N.W.<br>ROOM 7024<br>WASHINGTON DC 20005-4035 | MARY.SCHMERGEL@USDOJ.GOV | Email |
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | ATTN: BANKRUPTCY DEPT<br>CLARKSON S. FISHER<br>402 EAST STATE STREET<br>TRENTON NJ 08608 | | First-Class Mail |
| COUNSEL TO THE UNITED STATES | UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION | ATTN: DOMINIQUE SINESI, ESQ.<br>1100 L ST NW<br>ROOM 7112<br>WASHINGTON DC 20005 | DOMINIQUE.SINESI@USDOJ.GOV | Email |
| COUNSEL TO THE UNITED STATES | UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION | ATTN: DOMINIQUE SINESI, ESQ.<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0875 | DOMINIQUE.SINESI@USDOJ.GOV | Email |
| COUNSEL TO TRUNORTH BANK SUCCESSOR BY MERGER TO HOMETOWN BANK AND EASTHAMPTON SAVINGS BANK | UPDIKE, KELLY & SPELLACY, P.C. | ATTN: EVAN S. GOLDSTEIN, ESQ.<br>225 ASYLUM STREET<br>HARTFORD CT 06103 | EGOLDSTEIN@UKS.COM | Email |
| TOP 50 UNSECURED CREDITOR | UPSTATE DAIRY/ GOLDEN FLOW- BOYS KITCHEN | ATTN: SHLOMO WEINBERGER<br>54 WALWORTH ST<br>BROOKLYN NY 11205 | CHAIM@UPSTATEDAIRY.COM | Email |
| TOP 50 UNSECURED CREDITOR | VAULT | ATTN: MIGUEL B<br>19790 W DIXIE HWY<br>MIAMI FL 33180 | MIGUEL@VAULTCAPITALLLC.COM<br>JIMMY@VEEFUNDING.COM<br>DBENJAMIN@VAULTCAPITALLLC.COM | Email |
| COUNSEL TO THE FIRST NATIONAL BANK OF MCGREGOR | WADE ROBERTS PC | ATTN: MICHAEL MENTON, ESQUIRE<br>5728 LBJ FREEWAY<br>SUITE 150<br>DALLAS TX 75240 | MIKEMENTON@WADEROBERTSLAW.COM | Email |
| COUNSEL TO MIZZEN CAPITAL, LP, MIZZEN CAPITAL II, LP, AND MIZZEN MANAGEMENT, LLC | WALSH PIZZI O'REILLY FALANGA LLP | ATTN: STEPHEN V. FALANGA, ESQ., NICHOLAS M. EBEL, ESQ<br>THREE GATEWAY CENTER<br>100 MULBERRY STREET, FLOOR 15<br>NEWARK NJ 07102 | SFALANGA@WALSH.LAW<br>NEBEL@WALSH.LAW | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO OSK XIV LLC | WEBBER MCGILL LLC | ATTN: DOUGLAS J. MCGILL<br>100 E. HANOVER AVENUE<br>SUITE 401<br>CEDAR KNOLLS NJ 07927 | DMCGILL@WEBBERMCGILL.COM | Email |
| COUNSEL TO LIBERTAS FUNDING, LLC AND WEBBANK | WEIR LLP | ATTN: JEFFREY S. CIANCIULLI, ESQUIRE<br>1300 ROUTE 73<br>SUITE 314<br>MT. LAUREL NJ 08054 | JCIANCIULLI@WEIRLAWLLP.COM | Email |
| COUNSEL TO AMERICAN INSTITUTE FOR FOREIGN STUDY, INC. D/B/A CAMP AMERICA | WENOKUR RIORDAN PLLC | ATTN: FAYE RASCH, ESQ.<br>600 STEWART STREET<br>SUITE 1300<br>SEATTLE WA 98101 | FAYE@WRLAWGROUP.COM | Email |
| COUNSEL TO STEVEN TURK, SHELLEY TURK, ANDREW CHAFATELLI | WIGGIN AND DANA LLP | ATTN: MICHAEL L. KENNY JR., ESQ.<br>437 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK NY 10022 | MKENNY@WIGGIN.COM | Email |
| COUNSEL TO STEVEN TURK, SHELLEY TURK, ANDREW CHAFATELLI | WIGGIN AND DANA LLP | ATTN: SUSAN M. KENNEDY, ESQ.<br>TWO LIBERTY PLACE<br>50 S. 16TH STREET, SUITE 2625<br>PHILADELPHIA PA 19102 | SKENNEDY@WIGGIN.COM | Email |
| COUNSEL TO STEVEN TURK, SHELLEY TURK, ANDREW CHAFATELLI | WIGGIN AND DANA LLP | ATTN: TAMARA VAN HEEL, ESQ.<br>251 ROYAL PALM WAY<br>SUITE 601<br>PALM BEACH FL 33480 | TVANHEEL@WIGGIN.COM | Email |
| COUNSEL TO CREDITORS/PARTIES-IN-INTEREST, METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC; METROPOLITAN PARTNERS FUND VIII INVESTMENTS LLC; METROPOLITAN PARTNERS FUND VIII LP; METROPOLITAN LEVERED PARTNERS FUND VIII LP; AND METROPOLITAN OFFSHORE PARTNERS FUND VII, LP | WILENTZ, GOLDMAN & SPITZER, P.A. | ATTN: DAVID H. STEIN, ESQ., ANDREW BROOME, ESQ.<br>90 WOODBRIDGE CENTER DRIVE<br>SUITE 900, BOX 10<br>WOODBRIDGE NJ 07095 | DSTEIN@WILENTZ.COM<br>ABROOME@WILENTZ.COM | Email |
| COUNSEL TO CONSTELLATION PAYMENTS PROCESSING USA, INC. | WOMBLE BOND DICKINSON (US) LLP | ATTN: KEVIN J. MANGAN, LISA BITTLE TANCREDI<br>100 LIGHT STREET<br>26TH FLOOR<br>BALTIMORE MD 21202 | KEVIN.MANGAN@WBD-US.COM<br>LISA.TANCREDI@WBD-US.COM | Email |
| COUNSEL TO CONSTELLATION PAYMENTS PROCESSING USA, INC. | WOMBLE BOND DICKINSON (US) LLP | ATTN: KEVIN J. MANGAN, LISA BITTLE TANCREDI<br>1313 NORTH MARKET STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | KEVIN.MANGAN@WBD-US.COM<br>LISA.TANCREDI@WBD-US.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | WYDE LUMBER & SUPPLY | ATTN: WALLACE MADNICK<br>419 NY-17B<br>MONTICELLO NY 12701 | WYDE@VERIZON.NET | Email |
| TOP 50 UNSECURED CREDITOR | WYNWOOD | ATTN: JOE GREEN<br>20200 W DIXIE HWY<br>MIAMI FL 33180 | JOE@WYNWOODCAPITALGROUP.COM<br>SOL@WYNWOODCAPITALGROUP.COM<br>SAM@WYNWOODCAPITALGROUP.COM | Email |