UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Solomon, Sherman, Gabay, Briskin, and Sherman
David B. Sherman, Esquire
Eli Gabay, Esquire (pro hac vice)
1628 JFK Boulevard, Suite 2200
Philadelphia, PA 19103
(215) 568-1088
egabay18@gmail.com

In Re:

SIMAD HOLDINGS, LTD. et al.

| | |
|---|---|
| Case No.: | 26-16388 |
| Chapter: | 11 |
| Adv. No.: | |
| Hearing Date: | 10/20/2026 |
| Judge: | Gravelle |

## CERTIFICATION OF SERVICE

1. I, Eli Gabay, Esquire :

☒ represent Yoav Cochav and JC, a minor in this matter.

☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

☐ am the ______________________ in this case and am representing myself.

2. On September 15, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Motion to Lift Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 19, 2026

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota, Esq.<br>Cole Schotz, PC<br>Court Plaza North<br>25 Main St.<br>Hackensack, NJ 07601<br>msirota@coleschotz.com | Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey M. Sponder, Esq.<br>USDOJ<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>jeffrey.m.sponder@usdoj.gov | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Deborah Kovsky-Apap, Esquire<br>Alex R. Rovira, Esquire<br>875 Third Ave.<br>New York, NY 10281-2101 | Church Mutual Ins. (Insurance holder) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |