**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |
| In re:<br><br>DAMIS Holdings LLC, *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16439 (CMG)<br><br>(Jointly Administered) |

**NOTICE OF SUCCESSFUL BIDDERS WITH RESPECT TO THE ASSETS OF KIWI OPERATINGCO LLC, KIWI LANDCO LLC, AND DASMAS LANDCO LLC**

**PLEASE TAKE NOTICE** that on October 13, 2026, the United States Bankruptcy Court for the District of New Jersey (the "Court") entered the *Order (A) Modifying and (B) Applying to DAMIS Holdings LLC the Order (I) Approving the Bidding Procedures, (II) Approving the Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and Auction(s), (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [SIMAD Docket No. 1352; DAMIS Docket No. 1400] (the "Kiwi Bidding Procedures Order") in the above-captioned cases of the debtors and debtors in possession (as applicable, the "SIMAD Debtors", or the "DAMIS Debtors", and together, the "Debtors") applying the SIMAD Bidding Procedures Order[3] to the DAMIS Debtors' chapter 11 cases.

---

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

[2] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS. The location of Debtor DAMIS Holdings LLC's principal place of business and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

[3] On June 26, 2026, the Court entered the *Order (I) Approving the Bidding Procedures, (II) Approving the Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and Auction(s), (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* [SIMAD Docket No. 298] (the "SIMAD Bidding Procedures Order") in the SIMAD Debtors' chapter 11 cases. Capitalized terms used but not defined herein shall have the meaning ascribed to them in the SIMAD Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Kiwi Bidding Procedures Order, the SIMAD Debtors commenced an Auction on October 21, 2026, with respect to the assets of Kiwi Operatingco, LLC, Kiwi Landco LLC, and DASMAS Landco LLC (the "Kiwi Assets").

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Consultation Parties, identified LKQE Associates, LLC (the "Successful Bidder") as the successful bidder for the Kiwi Assets, for a purchase price of $9,200,000. The Debtors, in consultation with the Consultation Parties determined that the transaction described above represents the highest or otherwise best result for the Debtors, their estates, and their stakeholders.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Consultation parties, identified Mark Transport as the backup bidder for the Kiwi Assets (the "Back-Up Bidder"), for a purchase price of $9,100,000.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to consider approval of the sale, transfer, or other disposition of the Kiwi Assets to the Successful Bidder free and clear of all liens, claims, interests, and encumbrances in accordance with Bankruptcy Code section 363(f), will be held **on October 26, 2026 at 12:00 p.m. (prevailing Eastern Time)**, before the Honorable Chief Judge Christine M. Gravelle, at the United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Courtroom 3, Trenton, New Jersey 08608 or by Zoom pursuant to the Court's procedures.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Kiwi Bidding Procedures Order, objections, if any, to consummation or approval of any of the Sale Transactions must: (a) be in writing; (b) conform to the applicable provisions of the Bankruptcy Rules and the Local Rules; (c) state with particularity the legal and factual bases for the objection and the specific grounds therefor; and (d) be filed with the Court and served so as to be ***actually received*** **on or before 4:00 p.m. (prevailing Eastern Time) on October 23, 2026** (the "Sale Objection Deadline") by (i) counsel to the SIMAD Debtors, (ii) counsel to the DAMIS Debtors, (iii) counsel to the Official Committee of Unsecured Creditors for the SIMAD Debtors, (iv) counsel to the Official Committee of Unsecured Creditors for the DAMIS Debtors, (v) counsel to any Secured Creditor with respect to such Secured Creditor's collateral, (vi) the Office of the United States Trustee for the District of New Jersey, (vii) counsel to the applicable Successful Bidder, (viii) counsel to the Successful Bidder, and (xi) any other party that has filed a notice of appearance in these chapter 11 cases.

## CONSEQUENCES OF FAILING TO TIMELY MAKE AN OBJECTION

**ANY PARTY OR ENTITY WHO FAILS TO TIMELY MAKE AN OBJECTION TO ANY SALE TRANSACTION ON OR BEFORE THE SALE OBJECTION DEADLINE IN ACCORDANCE WITH THE KIWI BIDDING PROCEDURES ORDER SHALL BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE SALE TRANSACTION, INCLUDING WITH RESPECT TO THE TRANSFER OF THE APPLICABLE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS MAY BE SET FORTH IN THE ASSET PURCHASE AGREEMENT OR SALE ORDER, AS APPLICABLE.**

**PLEASE TAKE FURTHER NOTICE** that copies of the SIMAD Bidding Procedures Order and the Kiwi Bidding Procedures Order, as well as all related exhibits, are available: (a) upon request to Kroll Restructuring Administration LLC (the claims, noticing, and solicitation agent retained in these chapter 11 cases) by calling (888) 575-9318 (toll free) or, for international callers, +1 (646) 930-4577; (b) by visiting the Debtors' restructuring website at https://restructuring.ra.kroll.com/SIMAD or https://restructuring.ra.kroll.com/DAMIS; or (c) for a fee via PACER by visiting http://www.njd.uscourts.gov.

[*Remainder of page intentionally left blank*]

Dated: October 21, 2026

*<u>/s/ Michael D. Sirota</u>*
**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the SIMAD Debtors and Debtors in Possession*

*<u>/s/ Michael P. Pompeo</u>*
**FAEGRE DRINKER BIDDLE & REATH LLP**
Michael P. Pompeo
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
michael.pompeo@faegredrinker.com

and

Ian J. Bambrick (*pro hac vice*)
Patrick A. Jackson (*pro hac vice*)
Sarah E. Silveira (*pro hac vice*)
222 Delaware Ave. Suite 1410
Wilmington, DE 19801
(302) 467-4200 (Telephone)
(302) 467-4201 (Facsimile)
ian.bambrick@faegredrinker.com
patrick.jackson@faegredrinker.com
sarah.silveira@faegredrinker.com

and

**HERBERT SMITH FREEHILLS KRAMER (US) LLP**

Adam C. Rogoff (*pro hac vice*)
Megan M. Wasson (*pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100 (Telephone)
(212) 715-8000 (Facsimile)
adam.rogoff@hsfkramer.com
megan.wasson@hsfkramer.com

*Counsel to the DAMIS Debtors and Debtors in Possession*