UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Richard D. Trenk
Trenk Isabel Siddiqi & Shahdanian P.C.
290 W. Mt. Pleasant Avenue
Suite 2370
Livingston, New Jersey 07039
Phone: (973) 533-1000
Fax: (973) 533-1111
Email: rtrenk@tisslaw.com

Francis J. Brennan (*pro hac vice*)
Kerri A. Matulis (*pro hac vice*)
Whiteman Osterman & Hanna LLP
80 State Street, 11th Floor
Albany, New York 12207
Phone: (518) 487-7600
Fax: (518) 487-7777
Email: fbrennan@woh.com
kmatulis@woh.com

*Counsel to Beacon Bank & Trust*

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., et al.[1],<br><br>Debtors. | Chapter 11<br><br>Case No.: 26-16388 (CMG)<br><br>(Jointly Administered) |
| In re:<br><br>DAMIS HOLDINGS LLC, et al.[2],<br><br>Debtors. | Chapter 11<br><br>Case No.: 26-16439 (CMG)<br><br>(Jointly Administered) |

---

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

[2] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS/. The location of DAMIS Holdings LLC's principal place of business

**RESPONSE OF BEACON BANK & TRUST WITH RESPECT TO THE**
**SALE OF THE KIWI ASSETS**

Beacon Bank & Trust, successor by merger to PCSB Bank f/k/a Putnam County Savings Bank ("Beacon"), through its undersigned counsel, respectfully submits this response with respect to the sale of the Kiwi Assets:[3]

1. On October 9, 2026, Debtor SIMAD Holdings Ltd. ("SIMAD") (Case No. 26-16388) and Debtor DAMIS Holdings, LLC ("DAMIS") (Case No. 26-16439) noticed the proposed sale of the Kiwi Country Day Camp, which is located in the Town of Carmel, Putnam County, New York.

2. The sale of the Kiwi Assets is jointly proposed because of the joint ownership of the Kiwi Assets by Kiwi Operatingco LLC ("Kiwi Operatingco"), a SIMAD Debtor, and Kiwi Landco LLC ("Kiwi Landco") and DASMAS Landco LLC ("DASMAS"), which are DAMIS Debtors.

3. As provided in the Joint Motion, Kiwi Operatingco operates the Kiwi Country Day Camp, Kiwi Landco owns the land on which the Kiwi Country Day Camp operates, and DASMAS owns a residence adjoining the camp property, which residence is used by the camp manager.

4. Beacon is a secured creditor of Kiwi Operatingco and Kiwi Landco and holds a first mortgage against the Mortgaged Property (as defined herein) pursuant to a mortgage loan obligation (the "Loan"), which secures the interests of Kiwi Landco in certain real properties

---

and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

3 Capitalized terms used but not otherwise defined herein have the meanings ascribed in the *Debtors' Joint Motion for Entry of Order (a) Modifying and (b) Applying to Damis Holdings LLC the Order (i) Approving the Bidding Procedures, (ii) Approving the Stalking Horse Bid Protections, (iii) Scheduling Bid Deadlines and Auction(s), (iv) Approving the Form and Manner of Notice Thereof, (v) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (vi) Granting Related Relief* [SIMAD Bankr. Docket No. 1332]; [DAMIS Bankr. Docket No. 1380] (the "Joint Motion") or the *Notice of Successful Bidders with Respect to the Assets of Kiwi Operatingco LLC, Kiwi Landco LLC, and DASMAS Landco LLC* [SIMAD Bankr. Docket No. 1369]; [DAMIS Bankr. Docket No. 1474] (the "Notice").

commonly known as 825 Union Valley Road, Mahopac, New York 10541 (Tax Parcel No. 77.17-1-32) and 1-5 Blossom Lane, Mahopac, New York 10541 (Tax Parcel No. 77.13-1-41), each in the Town of Carmel and the County of Putnam, together with all buildings, improvements, and fixtures thereon (together, the "Mortgaged Property"). The Loan is evidenced or secured by, among other documents:

a. Mortgage Note dated August 28, 2013, made by Kiwi Operatingco in favor of Beacon in the principal amount of $1,300,000.00, as amended and restated by that certain First Amended and Restated Mortgage Note dated July 15, 2024, made by Kiwi Operatingco in favor of Beacon in the principal amount of $646,035.01 (as amended and restated, the "Note"). A copy of the Note is attached as Exhibit A hereto.

b. Collateral Mortgage, Security Agreement and Assignment of Leases and Rents dated August 28, 2013, made by Kiwi Landco in favor of Beacon in the principal amount of $1,300,000.00, and recorded in the Office of the Putnam County Clerk on September 4, 2013, at Book 6284, Page 241, as amended by that certain Modification and Extension Agreement dated July 15, 2024, made by Kiwi Landco in favor of Beacon, and recorded in the Office of the Putnam County Clerk on August 23, 2024, at Book 7903, Page 113 (as amended, the "Mortgage"). A copy of the Mortgage is attached as Exhibit B hereto.

c. Collateral Assignment of Leases and Rents dated August 28, 2013, made by Kiwi Landco in favor of Beacon, and recorded in the Office of the Putnam County Clerk on September 4, 2013, at Book 1931, Page 224, as amended by that certain Collateral Assignment of Leases and Rents dated July 15, 2024, made by Kiwi Landco in favor of Beacon, and recorded in the Office of the Putnam County Clerk on August 23, 2024, at Book 7903, Page 135 (as amended, the "Assignment of Rents"). A copy of the Assignment of Rents is attached as Exhibit C hereto.

d. Security Agreement dated August 28, 2013, made by Kiwi Operatingco in favor of Beacon, pursuant to which the Debtor granted Beacon a security interest in and lien on all of its personal property, as amended and restated by that certain Amended and Restated Collateral Security Agreement dated July 15, 2024 made by Kiwi Operatingco in favor of Beacon (as amended and restated, the "Operatingco Security Agreement"). A copy of the Operatingco Security Agreement is attached as Exhibit D hereto.

e. Collateral Security Agreement dated August 28, 2013, made by Kiwi Landco in favor of Beacon, pursuant to which the Kiwi Landco granted Beacon a security interest in and lien on all of its personal property (the "Landco Security Agreement"). A copy of the Landco Security Agreement is attached as Exhibit E hereto.

5. As of October 23, 2026, Beacon is owed the total amount of $471,511.57, consisting of principal in the amount of $467,284.90, interest in the amount of $3,925.05, and fees pertaining to the release of the Loan in the total amount of $301.62. Interest continues to accrue at a per diem of $77.19. The foregoing total amount does not include attorneys' fees and other related expenses.

6. As of October 1, 2026, Beacon's attorneys' fees and expenses for Whiteman Osterman & Hanna LLP total approximately $8,496.54 and Trenk Isabel Siddiqi & Shahdanian P.C. total approximately $3,457.50, with attorneys' fees and expenses continuing to accrue from that date.

7. On October 21, 2026, SIMAD and DAMIS held an Auction to determine the Successful Bidder for the Kiwi Assets. That same day, SIMAD and DAMIS filed the Notice, identifying LKQE Associates, LLC as the Successful Bidder for the Kiwi Assets for a purchase price of $9,200,000.00.

8. Based on the bid of the Successful Bidder (or, in the event the Successful Bidder does not close, the bid of the Back-Up Bidder), Beacon's first priority mortgage is oversecured.

9. Beacon has no objection to the sale of the Kiwi Assets on the condition that its claim, along with attorneys' fees and other costs of collection, be paid in full at closing.

10. While there is no specific allocation to the Mortgaged Property, Beacon understands from information provided by the professionals involved in these bankruptcy proceedings that the intent is to pay Beacon in full.

11. As an oversecured creditor, Beacon is also entitled to recover its ongoing interest and its attorneys' fees and other costs of collection pursuant to 11 U.S.C. § 506(b). Beacon

anticipates incurring additional legal fees and expenses in connection with the sale hearing and closing of the sale of the Mortgaged Property.

WHEREFORE, it is respectfully requested that the Court approve the proposed sale on condition that Beacon be paid in full at closing, including for attorneys' fees and expenses, and that the Court grant such other and further relief as may be just, necessary, and proper.

Dated: October 23, 2026

TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.

By: */s/ Richard D. Trenk*

Richard D. Trenk
290 W. Mt. Pleasant Avenue
Suite 2370
Livingston, New Jersey 07039
Phone: (973) 533-1000
Fax: (973) 533-1111
Email: rtrenk@tisslaw.com

Francis J. Brennan (*pro hac vice*)
Kerri A. Matulis (*pro hac vice*)
Whiteman Osterman & Hanna LLP
80 State Street, 11th Floor
Albany, New York 12207
Phone: (518) 487-7600
Fax: (518) 487-7777
Email: fbrennan@woh.com
kmatulis@woh.com

*Counsel to Beacon Bank & Trust*