UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Richard D. Trenk
Trenk Isabel Siddiqi & Shahdanian P.C.
290 W. Mt. Pleasant Avenue
Suite 2370
Livingston, New Jersey 07039
Phone: (973) 533-1000
Fax: (973) 533-1111
Email: rtrenk@tisslaw.com

Francis J. Brennan (*pro hac vice*)
Kerri A. Matulis (*pro hac vice*)
Whiteman Osterman & Hanna LLP
80 State Street, 11th Floor
Albany, New York 12207
Phone: (518) 487-7600
Fax: (518) 487-7777
Email: fbrennan@woh.com
kmatulis@woh.com

*Counsel to Beacon Bank & Trust*

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., et al.[1],<br><br>Debtors. | Chapter 11<br><br>Case No.: 26-16388 (CMG)<br><br>(Jointly Administered) |
| In re:<br><br>DAMIS HOLDINGS LLC, et al.[2],<br><br>Debtors. | Chapter 11<br><br>Case No.: 26-16439 (CMG)<br><br>(Jointly Administered) |

1 A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

2 A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS/. The location of DAMIS Holdings LLC's principal place of business

## CERTIFICATION OF SERVICE

1. I, Richard D. Trenk:

☒ represent Beacon Bank & Trust in this matter.

☐ am the secretary/paralegal for _________, who represents _________ in this matter.

☐ am the _____ in this case and am representing myself.

2. On October 23, 2026, I caused to be served a copy of the following pleading and/or document to the parties listed in the chart below.

a. Response of Beacon Bank & Trust with Respect to the Sale of the Kiwi Assets

3. I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Dated: October 23, 2026 *_/s/ Richard D. Trenk_* ____________

and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

| Name and Address of Party Served | Relationship of Party to the Cases | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>Jeffrey M. Sponder<br>1085 Raymond Boulevard, Suite 2100<br>Newark, New Jersey 07102<br>(973) 645-3014<br>(973) 645-5993<br>jeffrey.m.sponder@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other Email and Notice of Electronic Filing (as authorized by the court*) |
| COLE SCHOTZ P.C.<br>Michael D. Sirota<br>Warren A. Usatine<br>David M. Bass<br>Felice R. Yudkin<br>Daniel J. Harris<br>Court Plaza North, 25 Main Street Hackensack, New Jersey 07601<br>(201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>dbass@coleschotz.com<br>fyudkin@coleschotz.com<br>dharris@coleschotz.com | Counsel for SIMAD Debtors and Debtors in Possession | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other Email and Notice of Electronic Filing (as authorized by the court*) |
| FAEGRE DRINKER BIDDLE & REATH LLP<br>Michael P. Pompeo<br>600 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>(973) 549-7000<br>(973) 360-9831<br>michael.pompeo@faegredrinker.com<br><br>and<br><br>Ian J. Bambrick (*pro hac vice*)<br>Patrick A. Jackson (*pro hac vice*)<br>Sarah E. Silveira (*pro hac vice*)<br>222 Delaware Ave. Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200<br>(302) 467-4201<br>ian.bambrick@faegredrinker.com<br>patrick.jackson@faegredrinker.com<br>sarah.silveira@faegredrinker.com | Counsel for DAMIS Debtors and Debtors in Possession | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other Email and Notice of Electronic Filing (as authorized by the court*) |

| | | |
|---|---|---|
| and<br><br>HERBERT SMITH FREEHILLS KRAMER (US) LLP<br>Adam C. Rogoff *(pro hac vice)*<br>Megan M. Wasson *(pro hac vice)*<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100<br>(212) 715-8000<br>adam.rogoff@hsfkramer.com<br>megan.wasson@hsfkramer.com | | |
| ROBINSON & COLE LLP<br>Evan M. Lazerowitz (063232013)<br>Rachel Jaffe Mauceri (038102001)<br>Brya M. Keilson (022502004)<br>666 Third Avenue, 20th Floor, New York, New York 10017<br>(212) 451-2900<br>elazerowitz@rc.com<br>rmauceri@rc.com<br>bkeilson@rc.com<br><br>and<br><br>MCDERMOTT WILL & SCHULTE LLP<br>Darren Azman *(pro hac vice)*<br>Kristin K. Going *(pro hac vice)*<br>David Momborquette *(pro hac vice)*<br>One Vanderbilt Avenue, New York, New York 10017<br>(212) 547-5400<br>dazman@mcdermottlaw.com<br>kgoing@mcdermottlaw.com<br>dmomborquette@mcdermottlaw.com<br><br>Rachel Biblo Block *(pro hac vice)*<br>2801 North Harwood Street, Suite 2600 Dallas, Texas 75201<br>(214) 295-8000<br>rbibloblock@mcdermottlaw.com | Counsel to the Official Committee of Unsecured Creditors for the SIMAD Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other Email and Notice of Electronic Filing (as authorized by the court*) |

| | | |
|---|---|---|
| CONNELL FOLEY LLP<br>Robert K. Malone<br>Brett S. Theisen<br>Kyle P. McEvilly<br>Amanda R. Simone<br>56 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 535-0500<br>(973) 535-9217<br>rmalone@connellfoley.com<br>btheisen@connellfoley.com<br>kmcevilly@connellfoley.com<br>asimone@connellfoley.com<br><br>and<br><br>PAUL HASTINGS LLP<br>Kristopher M. Hansen (*pro hac vice*)<br>Gabriel E. Sasson (*pro hac vice*)<br>Nicholas A. Bassett (*pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>(973) 535-0500<br>(973) 535-9217<br>krishansen@paulhastings.com<br>gabesasson@paulhastings.com<br>nicholasbassett@paulhastings.com | Counsel to the Official Committee of Unsecured Creditors for the DAMIS Debtors | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other Email and Notice of Electronic Filing<br>(as authorized by the court*) |
| AKERMAN LLP<br>Mark S. Lichtenstein<br>1251 Avenue of the Americas, 37th Floor<br>New York, New York 10020<br>(212) 259-8707<br>mark.lichtenstein@akerman.com | Counsel to the Successful Bidder | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other Email and Notice of Electronic Filing<br>(as authorized by the court*) |
| All other parties who receive notice via Court's CM/ECF system | N/A | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☒ Other Notice of Electronic Filing<br>(as authorized by the court*) |