**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Rachel Biblo Block (admitted *pro hac vice*)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*, | Case No. 26-16388 (CMG) |
| Debtors.[1] | (Jointly Administered) |

**WITNESS AND EXHIBIT LIST OF THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR**
**THE HEARING SCHEDULED ON OCTOBER 26, 2026, AT 12:00 P.M. (EST)**

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

The Official Committee of Unsecured Creditors (the "Committee"), by and through undersigned counsel, hereby submits this list of witnesses and exhibits (the "Witness and Exhibit List") identifying the individual(s) that the Committee may call as witnesses and the exhibits the Committee may introduce into evidence at the hearing to be held on **October 26, 2026 at 12:00 p.m. (EST)** (the "Hearing").

**WITNESS LIST**

1. Nicholas Weber, M3 Advisory Partners, LP
   Committee's Financial Advisor

The Committee reserves the right to call any witness identified by any other party, cross-examine any witness called by another party, and call impeachment witnesses as necessary. The Committee reserves the right to ask the Court to take judicial notice of filings, transcripts of prior proceedings, orders, and notices on its docket for the Debtors' chapter 11 cases. The Committee reserves the right to supplement or amend this witness list and to identify additional witnesses prior to the conclusion of the Hearing.

**EXHIBITS**

A list of exhibit(s) on which the Committee may rely at the Hearing is set forth below.

| Exhibit No. | Document Date | Description | Offered | Objection | Admitted |
|---|---|---|---|---|---|
| 1 | October 23, 2026 | Declaration of Nicholas Weber in Support of the Joint Motion of the Debtors, the Official Committee of Unsecured Creditors, and the Lender Parties for Entry of an Order (I) Approving Settlement Pursuant to Bankruptcy Rule 9019 and (II) Granting Related Relief [Dkt. No. 1377] | | | |

The Committee reserves the right to further supplement or amend this Exhibit List, including to add and/or remove documents prior to the conclusion of the Hearing, including in response to pre-hearing filings, requests for judicial notice, exhibit lists, and/or demonstratives, as well as the evidence and arguments that may be presented by other parties at the Hearing. The Committee further reserves the right to add documents or evidence used for impeachment, rebuttal, and/or refreshing recollection.

**RESERVATION OF RIGHTS**

The Committee reserves the right to call or introduce one or more, or none, of these witnesses or exhibits identified herein at the Hearing. The Committee reserves the right to amend, withdraw, or supplement this Witness and Exhibit List in whole or in part at any time prior to the Hearing and/or in compliance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of New Jersey and orders of this Court.

Dated: October 23, 2026

Respectfully submitted,

*/s/ Evan M. Lazerowitz*

**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

-*and*-

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com
Email: dmomborquette@mcdermottlaw.com

-*and*-

**MCDERMOTT WILL & SCHULTE LLP**
Rachel Biblo Block (admitted *pro hac vice*)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Counsel to the Official Committee of Unsecured Creditors*