**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
Benjamin M. Daniels
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com
Email: bdaniels@rc.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*, | Case No. 26-16388 (CMG) |
| Debtors.[1] | (Jointly Administered) |

**APPLICATION TO ADMIT BENJAMIN M. DANIELS *PRO HAC VICE***

The undersigned hereby seeks entry of an Order granting the admission *pro hac vice* of Benjamin M. Daniels of the law firm Robinson & Cole LLP, as counsel to the Official Committee of Unsecured Creditors (the "Committee"), to practice before this Court in connection with the above-captioned chapter 11 cases.

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

Pursuant to Rule 2090-1 of the District of New Jersey Local Bankruptcy Rules, Robinson & Cole LLP counsel for the Committee, hereby makes the application before the United States Bankruptcy Court for the District of New Jersey, for the entry of an Order admitting Benjamin Daniels of the law firm Robinson & Cole LLP *pro hac vice* in the within proceeding to represent the Committee. The undersigned relies upon the Certification of Benjamin Daniels in support of this application. The undersigned hereby requests that, in accordance with D.N.J. LBR 2090-1, if no objection to the within application is filed within seven (7) days, the application be granted and the proposed form of Order be entered.

Dated: October 23, 2026

Respectfully submitted,

**ROBINSON & COLE LLP**

*/s/ Evan M. Lazerowitz*
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com
*Counsel for the Official Committee of Unsecured Creditors*