**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
Benjamin M. Daniels
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com
Email: bdaniels@rc.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*, | Case No. 26-16388 (CMG) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF BENJAMIN M. DANIELS**
**IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

1. I am an attorney with Robinson & Cole LLP. My office is located at One State St, Hartford, CT 06103.

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

2. I submit this Certification in support of the accompanying application for my admission *pro hac vice* to represent the Official Committee of Unsecured Creditors in these chapter 11 cases.

3. I am a member in good standing of the bars of Connecticut and New York.

4. I am also admitted and in good standing before the United States District Courts for the District of Connecticut, the Eastern District of Texas, and the Eastern and Southern Districts of New York.

5. I am also admitted and in good standing before the United States Courts of Appeals for the First, Second, Third, Sixth, and Federal Circuits and the Supreme Court of the United States.

6. I have never been suspended or disbarred from the practice of law. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

7. I have familiarized myself with the applicable Rules of Professional Conduct and agree to be bound by those Rules upon my admission. I further agree to arrange for payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) and to pay the fee required under D.N.J. L. Civ. R. 101.1(c)(3).

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 23, 2026

*/s/ Benjamin M. Daniels*
Benjamin M. Daniels