**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
Benjamin M. Daniels
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com
Email: bdaniels@rc.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*, | Case No. 26-16388 (CMG) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF EVAN M. LAZEROWITZ IN SUPPORT OF APPLICATION TO ADMIT BENJAMIN M. DANIELS *PRO HAC VICE***

1. I am an attorney with Robinson & Cole LLP, counsel to the Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases, and the moving attorney for the accompanying application. My office is located at 666 Third Avenue, 20th Floor, New York, New York 10017.

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

2. I submit this Certification in support of the accompanying application for the admission pro hac vice of Benjamin M. Daniels (the "Applicant"), an attorney with Robinson & Cole LLP, to represent the Committee in these chapter 11 cases.

3. As set forth in the Applicant's accompanying Certification, the Applicant is admitted to practice law in New York and Connecticut, is a member in good standing of the bars of those jurisdictions and is admitted to practice before the federal courts identified in his Certification.

4. The Applicant further certifies that he has never been suspended or disbarred from the practice of law, that no disciplinary proceedings are pending against him in any jurisdiction, and that no discipline has previously been imposed on him in any jurisdiction.

5. The Applicant has certified that he has familiarized himself with the applicable Rules of Professional Conduct and agrees to be bound by those Rules upon admission. The Applicant has also agreed to arrange for payment to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) and to pay the fee required under D.N.J. L. Civ. R. 101.1(c)(3).

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 23, 2026

*/s/ Evan M. Lazerowitz*
Evan M. Lazerowitz