**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*,[1] | Case No. 26-16388 (CMG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON OCTOBER 26, 2026 AT 12:00 P.M. (ET)**

To: All Parties Receiving Electronic Notification of Filing via the Court's CM/ECF System

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

**PLEASE TAKE NOTICE** that the matters listed below are currently scheduled to be heard on October 26, 2026, at 12:00 p.m. (prevailing Eastern Time) before the Honorable Chief Judge Christine M. Gravelle.

**PLEASE TAKE FURTHER NOTICE** that this hearing will be held virtually via Zoom. Parties intending to appear may participate via Zoom using the following link:

https://njbuscourts.zoomgov.com/j/1618640151?pwd=hblCrJ9KOtMdSAJVRInOftleYFOYpB.1

## I. UNCONTESTED MATTERS GOING FORWARD

1. Notice of Status Conference [Docket No. 206]

   **Status**: This matter is going forward with permission of the Court.

2. Debtors' Application in Lieu of Motion in Support of Entry of Consent Order Approving Kiwi Operatingco LLC Emergency DIP Term Sheet [Docket No. 1194]

   Related Documents

   A. Consent Order Approving Kiwi Operatingco LLC Emergency DIP Term Sheet on an Interim Basis [Docket No. 1197]

   **Status**: This matter is going forward with permission of the Court.

3. SIMAD Debtors' Motion for Entry of an Order Amending Case Captions with Respect to Certain Chapter 11 Cases [Docket No. 1255]

   **Status**: This matter is going forward with permission of the Court.

## II. CONTESTED MATTERS GOING FORWARD

4. Joint Motion of the Debtors, the Official Committee of Unsecured Creditors, and the Lender Parties for Entry of an Order (I) Approving Settlement Pursuant to Bankruptcy Rule 9019 and (II) Granting Related Relief [Docket No. 1336]

   Related Documents

   A. Order Shortening Time Period for Notice [Docket No. 1347]

B. Declaration of Nicholas Weber in Support of the Joint Motion of the Debtors, the Official Committee of Unsecured Creditors, and the Lender Parties for Entry of an Order (I) Approving Settlement Pursuant to Bankruptcy Rule 9019, and (II) Granting Related Relief [Docket No. 1377]

C. Witness and Exhibit List of the Official Committee of Unsecured Creditors for the Hearing Scheduled on October 26, 2026, at 12:00 p.m. (EST) [Docket No. 1378]

<u>Response(s)/Objection(s)</u>

A. United States' Objection to Application to Shorten Time [Docket No. 1340]

B. Response of the Official Committee of Unsecured Creditors to United States' Objection to Application to Shorten Time [Docket No. 1343]

C. United States' Opposition to Settlement Motion [Docket No. 1368]

D. The Official Committee of Unsecured Creditors' Reply (A) in Support of the Joint Motion for Entry of an Order (I) Approving Settlement Pursuant to Bankruptcy Rule 9019 and (II) Granting Related Relief, and (B) in Response to the United States' Opposition to Settlement Motion [Docket No. 1376]

E. Reply of Mishmeret Trust Company Ltd. to the United States' Opposition to Settlement Motion and Joinder to the Official Committee of Unsecured Creditors' Reply (A) in Support of the Joint Motion for Entry of an Order (I) Approving Settlement Pursuant to Bankruptcy Rule 9019 and (II) Granting Related Relief, and (B) in Response to the United States' Opposition to Settlement Motion [Docket No. 1380]

F. Debtors' Joinder to the Official Committee of Unsecured Creditors' Reply (A) in Support of the Joint Motion for Entry of an Order (I) Approving Settlement Pursuant to Bankruptcy Rule 9019 and (II) Granting Related Relief, and (B) in Response to the United States' Opposition to Settlement Motion [Docket No. 1381]

**Status**: This matter is going forward with permission of the Court.

5. Sale Hearing for Kiwi Country Day Camp

Related Documents

A. Debtors' Joint Motion for Entry of Order (A) Modifying and (B) Applying to DAMIS Holdings LLC the Order (I) Approving the Bidding Procedures, (II) Approving the Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and Auction(s), (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief Filed [Docket No. 1332]

B. Debtors' Joint Application for Order Shortening Time [Docket No. 1333]

C. Order Shortening Time Period for Notice [Docket No. 1334]

D. Notice of Filing of Stalking Horse Bidder and Stalking Horse Asset Purchase Agreement [Docket No. 1335]

E. Order (A) Modifying and (B) Applying to DAMIS Holdings, LLC the Order (I) Approving the Bidding Procedures (II) Approving the Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and Auction(s), (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief [Docket No. 1352]

F. Notice of Successful Bidders with Respect to the Assets of Kiwi Operatingco LLC, Kiwi Landco LLC, and DASMAS Landco LLC [Docket No. 1369]

G. Declaration of J. Scott Victor in Support of Entry of Sale Order Approving the Sale Transaction for Kiwi Operatingco LLC, Kiwi Landco LLC, and DASMAS Landco LLC [Docket No. 1382]

Response(s)/Objection(s)

A. Response of Beacon Bank & Trust with Respect to the Sale of the Kiwi Assets [Docket No. 1372]

**Status**: This matter is going forward with permission of the Court.

## III. ADJOURNED/RESOLVED MATTERS

6. Interim Order Authorizing the SIMAD Debtors to Use Cash Collateral of the U.S. Small Business Administration Pursuant to 11 U.S.C. § 363(c)(2) and Fed. R. Bankr. P. 4001 and Scheduling Final Hearing Date [Docket No. 142]

Related Documents

A. SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 61]

**Status**: The parties respectfully request this matter be adjourned to a date to be set by the court.

7. Interim Order Authorizing the SIMAD Debtors to Use Cash Collateral of Bank of America, N.A. Pursuant to 11 U.S.C. § 363(c)(2) and Fed. R. Bankr. P. 4001 and Scheduling Final Hearing Date [Docket No. 144]

Related Documents

A. SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 61]

**Status**: This matter has been resolved and shall be deemed as moot.

8. Interim Order Authorizing the SIMAD Debtors to Use Cash Collateral of Putnam County Savings Bank Pursuant to 11 U.S.C. § 363(c)(2) and Fed. R. Bankr. P. 4001 and Scheduling Final Hearing Date [Docket No. 147]

Related Documents

A. SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 61]

**Status**: The parties respectfully request this matter be adjourned to a date to be set by the court.

9. Interim Order Authorizing One Canal Place Real Estate LLC and One Canal Place Leasing LLC to Use Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Fed. R. Bankr. P. 4001 and Scheduling Final Hearing Date [Docket No. 149]

Related Documents

A. SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the SIMAD Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 61]

**Status**: The parties respectfully request this matter be adjourned to a date to be set by the court.

10. SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Approving the SIMAD Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the SIMAD Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 56]

Related Documents

A. Declaration of Assaf Ravid, Chief Restructuring Officer of the SIMAD Debtors, in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 62]

B. Interim Order (I) Approving the SIMAD Debtors Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the SIMAD Debtors Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 135]

Response(s)/Objection(s)

A. Objection of Certain Utility Companies to the SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Approving the SIMAD Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the SIMAD Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 355]

**Status**: The parties respectfully request this matter be adjourned to a date to be set by the court.

Dated: October 24, 2026

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*