UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson ( 02250244)
666 Third Avenue, 20th Floor
New York, New York, 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email:bkeilson@rc.com

Co-Counsel to Committee of Unsecured Creditors

In Re:

SIMAD HOLDINGS LTD., et al.,

Case No.: 26-16388(CMG)

Chapter: 11

Adv. No.: ____________

Hearing Date: ____________

Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Evan M. Lazerowitz :

☒ represent The Committee of Unsecured Creditors in this matter.

☐ am the secretary/paralegal for ____________, who represents ____________ in this matter.

☐ am the ____________ in this case and am representing myself.

2. On October 26, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Application for Attorney Benjamin M. Daniels of Robinson & Cole, LLP to Appear Pro Hac Vice [D.I. 1379]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 26, 2026

/s/ Evan M. Lazerowitz
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota<br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>msirota@coleschotz.com | Proposed Counsel for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey M. Sponder, Esq.<br>United States Department of Justice,<br>Office of United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>jeffrey.m.sponder@usdoj.gov | Office of U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All counsel and case parties who have entered apperance and requested Notices | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |