**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**COVER SHEET FOR THE**
**THIRD MONTHLY FEE STATEMENT**
**OF MCDERMOTT WILL & SCHULTE LLP**
**FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR**
**THE PERIOD OF SEPTEMBER 1, 2026, THROUGH SEPTEMBER 30, 2026**

| | |
|---|---|
| Debtor: SIMAD Holdings LTD., *et al.,*[1] | Applicant: McDermott Will & Schulte LLP |
| Case No.: 26-16388 (CMG) | Client: Official Committee of Unsecured Creditors |
| Chapter 11 | Case Filed: June 4 and June 5, 2026 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.**

**RETENTION ORDER ATTACHED AS EXHIBIT A.**

/s/ *Darren Azman*
Darren Azman
October 26, 2026

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

**SECTION I**

**FEE SUMMARY**

Summary of Amounts Requested for the Period
September 1, 2026, through September 30, 2026 (the "Compensation Period")

| | |
|---|---|
| Fee Total | $1,106,730.00 |
| Expenses Total | $301.32 |
| Total Fees Plus Disbursements | $1,107,031.32 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $2,580,943.21 |
| Total Fees and Expenses Allowed to Date: | $1,114,721.63 |
| Total Retainer Remaining: | N/A |
| Total Holdback: | $277,630.95 |
| Total Received by Applicant: | $1,114,721.63[2] |

[2] As of the date hereof, the Applicant has not received payment on account of its second monthly fee statement [Docket No. 1193] for the period from August 1, 2026 through August 31, 2026. Accordingly, the Total Holdback and Total Received by Applicant set forth above do not reflect amounts related to such monthly fee statement.

**COMPENSATION BY PROFESSIONAL**
**SEPTEMBER 1, 2026 THROUGH AND INCLUDING SEPTEMBER 30, 2026**

The attorneys who rendered professional services in these chapter 11 cases during the Compensation Period are:

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| David Momborquette | Partner | Trial | 1992 (NY) | $2,315.00 | 99.90 | $231,268.50 |
| Jared Gerber | Partner | Trial | 2008 (NY) | $2,080.00 | 2.50 | $5,200.00 |
| Kristin Going | Partner | Restructuring | 2002 (MD)<br>2004 (DC)<br>2011 (NY) | $1,960.00 | 13.10 | $25,676.00 |
| Darren Azman | Partner | Restructuring | 2011 (NY, MA) | $1,860.00 | 32.80 | $61,008.00 |
| Michael Wilder | Partner | Tax | 1995 (DC) | $2,415.00 | 2.80 | $6,762.00 |
| Kristine Suh | Counsel | Corporate | 1997 (CA) | $1,705.00 | 41.10 | $70,075.50 |
| Rachel Biblo Block | Counsel | Restructuring | 2014 (DE)<br>2015 (TX) | $1,650.00 | 127.80 | $210,870.00 |
| Daniel Thomson | Associate | Restructuring | 2019 (NY) | $1,645.00 | 45.20 | $74,354.00 |
| Graciany Miranda | Associate | Corporate | 2019 (NY) | $1,625.00 | 1.60 | $2,600.00 |
| Carmen Dingman | Associate | Restructuring | 2021 (IL) | $1,535.00 | 45.30 | $69,535.50 |
| Johnathan Terry | Associate | Trial | 2024 (NY) | $1,260.00 | 117.70 | $148,302.00 |
| Matt Adams | Associate | Corporate | 2024 (CA) | $1,125.00 | 1.60 | $1,800.00 |
| Lauren Knight | Associate | Restructuring | 2024 (IL) | $1,125.00 | 62.00 | $69,750.00 |
| Sam Horowitz | Associate | Real Estate | 2025 (IL) | $985.00 | 6.60 | $6,501.00 |
| Jordan Zaia | Associate | Trial | 2026 (NY) | $985.00 | 0.70 | $689.50 |
| Ruosi Wang | Associate | Restructuring | 2026 (NY) | $985.00 | 105.10 | $103,523.50 |
| Nova Alindogan | Paralegal Specialist | Restructuring | N/A | $910.00 | 14.70 | $13,377.00 |
| Janet Gorodetsky | Technology Project Manager | Discovery | N/A | $640.00 | 5.10 | $3,264.00 |
| Daniel Valentino | Senior Litigation Technology Analyst | Discovery | N/A | $315.00 | 3.40 | $1,071.00 |
| Fitalesh Belayneh | Senior Litigation Technology Analyst | Discovery | N/A | $315.00 | 3.50 | $1,102.50 |
| **Professional Total** | | | | | **732.50** | **$1,106,730.00** |

## SECTION II

## SUMMARY OF SERVICES

| TASK CODE | PROJECT CATEGORY | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| B110 | Case Administration | 35.50 | $38,167.00 |
| B130 | Asset Disposition | 15.60 | $24,154.00 |
| B150 | Mtgs/Communications w/Creditor | 109.00 | $156,839.00 |
| B155 | Court Hearings | 16.70 | $25,293.50 |
| B160 | Fee/Employment Applications | 21.20 | $25,512.00 |
| B180 | Avoidance Action Analysis | 2.10 | $3,454.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 2.80 | $4,324.00 |
| B230 | Financing/Cash Collections | 503.60 | $791,936.50 |
| B240 | Tax Issues | 3.80 | $8,412.00 |
| B250 | Real Estate | 8.20 | $8,301.00 |
| B310 | Claims Administration & Objections | 11.80 | $16,706.50 |
| B320 | Plan and Disclosure Statement | 2.20 | $3,630.00 |
| **Total** | | **732.50** | **$1,106,730.00** |

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Miscellaneous (re Discovery Platform) | **$301.32** |
| **TOTAL CHARGES** | **$301.32** |

**SECTION IV**

**CASE HISTORY**

(1) Date cases filed: June 4 and June 5, 2026

(2) Chapter under which case commenced: Chapter 11

(3) Date of retention: August 25, 2026, effective as of July 10, 2026. *See* **Exhibit A**.

If limit on number of hours or other limitations to retention, set forth: N/A

(4) Summarize in brief the benefits to the estate and attach supplements as needed:[3]

(a) The Applicant prepared for and attended hearings and other proceedings in these chapter 11 cases during the Compensation Period, including the sale hearing held on September 1, 2026, the continued meeting of creditors under section 341 of the Bankruptcy Code held on September 17, 2026, and the September 29, 2026 hearing on the merchant cash advance dispute.

(b) The Applicant expended time on activities relating to case strategy and the day-to-day management of these Chapter 11 Cases, including monitoring critical dates and maintaining a case calendar, task lists, and work-in-progress reports and conducting weekly telephone conferences with the Applicant's team regarding case matters, case strategy, and upcoming hearings and filings.

(c) The Applicant reviewed and analyzed asset purchase agreements and related matters in connection with the Debtors' ongoing sale process. The Applicant advised on issues relating to the sales of various camps including Willow Lake, Greenvilleland/Malka, and Chateaugay.

(d) The Applicant continued its investigation into potential claims and causes of action, including by preparing lien perfection analyses for the Debtors' prepetition secured lenders, drafting a motion for standing and a proposed complaint, preparing a motion to extend the challenge period deadline, conducting meet and confers with counsel to the prepetition trust and DIP agent and other parties in interest regarding discovery, and reviewing and analyzing documents produced in discovery.

(e) The Applicant continued to research and analyze the Debtors' merchant cash advance arrangements and short-term financing agreements and reviewed related court filings, as well as tax issues related to the sale of certain of the Debtors' property.

[3] The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Committee; it is not intended to itemize each and every professional service which the Applicant performed.

(f) The Applicant drafted its second monthly fee statement and reviewed time entries to ensure compliance with the U.S. Trustee fee guidelines.

(g) The Applicant prepared for and held weekly meetings with the Committee to keep the Committee informed on case developments and ongoing issues. The Applicant prepared periodic email updates for the Committee as well.

(h) The Applicant rendered all other services set forth on the invoice attached hereto as **Exhibit B**.[4]

(5) Anticipated distribution to creditors:

(a) Administration expense: Unknown at this time.

(b) Secured creditors: Unknown at this time.

(c) Priority creditors: Unknown at this time.

(d) General unsecured creditors: Unknown at this time.

(6) Final disposition of case and percentage of dividend paid to creditors: Unknown at this time.

(7) This is the Applicant's third monthly fee statement.

[4] The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.