**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**Order Filed on October 26, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**ORDER AMENDING THE CASE CAPTIONS WITH RESPECT TO CERTAIN CHAPTER 11 CASES**

The relief set forth on the following pages, numbered two (2) through six (6), is hereby **ORDERED.**

**DATED: October 26, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

1 A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

Upon the *SIMAD Debtors' Motion for Entry of an Order Amending Case Captions With Respect to Certain Chapter 11 Cases* (the "Motion"); and based on the record in these Chapter 11 Cases; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Motion has been given; and the Court having found that the relief requested in the Motion is in the best interests of the SIMAD Debtors' estates, their creditors and other parties in interest; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY FOUND THAT**:

1. The Motion is **GRANTED** to the extent set forth herein.

2. Effective as of the date hereof, the captions of the following chapter 11 cases shall be amended for all purposes and proceedings as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>MOL WINDDOWN INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-16399 (CMG) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BEAR POND OPCO WINDDOWN LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-16415 (CMG) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>BEAR POND LANDCO WINDDOWN LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-16430 (CMG) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>MAIN ST LANDCO WINDDOWN LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-16406 (CMG) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>MAIN ST OPCO WINDDOWN LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-16414 (CMG) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>DUCK HARBOR WINDDOWN LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-16437 (CMG) |

3. The Clerk of the Court is authorized and directed to issue a docket entry in case number 26-16399 (CMG) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of MOL Winddown Inc." In addition, the Clerk of the Court is authorized

and directed to modify the docket of case number 26-16399 (CMG) with the new Corporate Name as soon as possible.

4. The Clerk of the Court is authorized and directed to issue a docket entry in case number 26-16415 (CMG) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Bear Pond Opco Winddown LLC." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 26-16415 (CMG) with the new Corporate Name as soon as possible.

5. The Clerk of the Court is authorized and directed to issue a docket entry in case number 26-16430 (CMG) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Bear Pond Landco Winddown LLC." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 26-16430 (CMG) with the new Corporate Name as soon as possible.

6. The Clerk of the Court is authorized and directed to issue a docket entry in case number 26-16406 (CMG) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Main St Landco Winddown LLC." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 26-16406 (CMG) with the new Corporate Name as soon as possible.

7. The Clerk of the Court is authorized and directed to issue a docket entry in case number 26-16414 (CMG) as soon as possible that states substantially as follows: "An order has

been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Main St Opco Winddown LLC." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 26-16414 (CMG) with the new Corporate Name as soon as possible.

8. The Clerk of the Court is authorized and directed to issue a docket entry in case number 26-16437 (CMG) as soon as possible that states substantially as follows: "An order has been entered in this case directing that the caption of this case be changed, in accordance with the corporate name change of Duck Harbor Winddown LLC." In addition, the Clerk of the Court is authorized and directed to modify the docket of case number 26-16437 (CMG) with the new Corporate Name as soon as possible.

9. Notwithstanding the terms of this Order, and in accordance with the *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 15], all pleadings, papers, and documents to be filed in connection with these Chapter 11 Cases shall continue to be filed on the docket of the lead case, *In re SIMAD Holdings Ltd.*, No. 26-16388 (CMG).

10. Under the circumstances of these Chapter 11 Cases, notice of the Motion is adequate, and the notice requirements of Bankruptcy Rule 9014 and 4001 and the Local Rules are satisfied by such notice.

11. The SIMAD Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order.

12. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.