# **Exhibit B**

Invoice

Robinson+Cole

SIMAD HOLDINGS - COMMITTEE OF UNSECURED CREDITORS
ATTN: MS. KELLY SMITH BROWN
CHAIR
N/A
N/A, NY 10001

October 27, 2026
Invoice 50568558

File # 43859.0001
Chapter 11 Cases

**Invoice Summary and Remittance Advice**
Invoice attached and payable upon receipt

Please return this page or include invoice number with your remittance to:

**Mailing Instructions**
ROBINSON & COLE LLP
One State Street
Hartford, CT 06103

TEL # (860) 275-8200
FAX # (860) 275-8299
FEDERAL ID # 06-0512640

**Wire Transfer Instructions***
Bank of America
185 Asylum Street
Hartford, CT 06103

SWIFT Code – BOFAUS3N
ABA Wire Routing # - 026009593
ACH/EFT Routing # - 011900571
Checking Account # - 000000154546

***Fraud Protection Warning:***
**Your financial safety and security are of the utmost importance to our Firm. Before making any changes to your existing payment information, please reach out to your Firm contact or call the main phone number of the Firm (available at www.rc.com) and ask to speak with Accounts Receivable.**

***SUMMARY FOR INVOICE 50568558***

| | |
|---|---|
| Fees for Legal Services | $ 411,843.00 |
| Disbursements | 19.79 |
| **Total Current Billing For this Matter** | **$ 411,862.79** |

Robinson+Cole



For Services through September 30, 2026

File # 43859.0001
Chapter 11 Cases

Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| UCC01 | Asset Analysis | 9.7 | 8,458.00 |
| UCC02 | Asset Disposition | 4.3 | 5,063.00 |
| UCC06 | Case Administration | 80.5 | 82,632.00 |
| UCC07 | Claims Administration and Objections | 14.0 | 16,240.00 |
| UCC10 | Employment and Fee Application (R&C) | 15.1 | 15,454.50 |
| UCC11 | Employment and Fee Application (Other) | 16.4 | 18,720.00 |
| UCC12 | Financing, Cash Collateral | 54.7 | 63,017.00 |
| UCC13 | Litigation/Adversary Matters | 108.4 | 114,900.50 |
| UCC14 | Meetings and Communications with Creditors | 12.5 | 9,072.00 |
| UCC16 | Plan and Disclosure Statement | 8.7 | 10,464.00 |
| UCC17 | Relief from Stay and Adequate Protection | 1.2 | 1,392.00 |
| UCC21 | Hearings | 7.5 | 5,921.00 |
| UCC22 | First and Second Day Motions | 0.4 | 216.00 |
| UCC23 | Lien Investigation | 33.7 | 37,090.00 |
| UCC29 | Committee Meetings and UCC Member Communications | 20.7 | 23,203.00 |
| | | 387.8 | $411,843.00 |

Summary of Services by Professional

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J. Z. Balasko | Partner | 36.8 | 1250.00 | 46,000.00 |
| C. DiBenedictis | Paralegal | 0.6 | 310.00 | 186.00 |
| A. P. Donato | Associate | 25.4 | 525.00 | 13,335.00 |
| J. T. Hardisty | Paralegal | 0.9 | 350.00 | 315.00 |
| B. Keilson | Partner | 92.3 | 1350.00 | 124,605.00 |
| H. F. Latta | Paralegal | 2.6 | 450.00 | 1,170.00 |
| E. M. Lazerowitz | Counsel | 157.6 | 1160.00 | 182,816.00 |
| A. J. Merkey | Paralegal | 41.9 | 540.00 | 22,626.00 |
| D. Parker-Thompson | Associate | 29.7 | 700.00 | 20,790.00 |
| Totals | | 387.8 | | $411,843.00 |

Summary of Services by Task Code and Professional

**Asset Analysis-UCC01**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| E. M. Lazerowitz | Counsel | 3.8 | 1160.00 | 4,408.00 |
| A. J. Merkey | Paralegal | 0.5 | 540.00 | 270.00 |
| D. Parker-Thompson | Associate | 5.4 | 700.00 | 3,780.00 |
| | | 9.7 | | $8,458.00 |

**Asset Disposition-UCC02**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| B. Keilson | Partner | 1.7 | 1350.00 | 2,295.00 |
| E. M. Lazerowitz | Counsel | 2.2 | 1160.00 | 2,552.00 |
| A. J. Merkey | Paralegal | 0.4 | 540.00 | 216.00 |
| | | 4.3 | | $5,063.00 |

**Case Administration-UCC06**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J. Z. Balasko | Partner | 2.3 | 1250.00 | 2,875.00 |
| C. DiBenedictis | Paralegal | 0.6 | 310.00 | 186.00 |
| A. P. Donato | Associate | 10.0 | 525.00 | 5,250.00 |
| B. Keilson | Partner | 39.9 | 1350.00 | 53,865.00 |
| H. F. Latta | Paralegal | 2.6 | 450.00 | 1,170.00 |
| E. M. Lazerowitz | Counsel | 8.6 | 1160.00 | 9,976.00 |
| A. J. Merkey | Paralegal | 14.0 | 540.00 | 7,560.00 |
| D. Parker-Thompson | Associate | 2.5 | 700.00 | 1,750.00 |
| | | 80.5 | | $82,632.00 |

**Claims Administration and Objections-UCC07**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| E. M. Lazerowitz | Counsel | 14.0 | 1160.00 | 16,240.00 |
| | | 14.0 | | $16,240.00 |

**Employment and Fee Application (R&C)-UCC10**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| A. P. Donato | Associate | 0.3 | 525.00 | 157.50 |
| B. Keilson | Partner | 8.1 | 1350.00 | 10,935.00 |
| E. M. Lazerowitz | Counsel | 1.2 | 1160.00 | 1,392.00 |
| A. J. Merkey | Paralegal | 5.5 | 540.00 | 2,970.00 |
| | | 15.1 | | $15,454.50 |

**Employment and Fee Application (Other)-UCC11**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| B. Keilson | Partner | 10.8 | 1350.00 | 14,580.00 |
| E. M. Lazerowitz | Counsel | 1.8 | 1160.00 | 2,088.00 |
| A. J. Merkey | Paralegal | 3.8 | 540.00 | 2,052.00 |
| | | 16.4 | | $18,720.00 |

**Financing, Cash Collateral-UCC12**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J. Z. Balasko | Partner | 10.7 | 1250.00 | 13,375.00 |
| B. Keilson | Partner | 0.8 | 1350.00 | 1,080.00 |
| E. M. Lazerowitz | Counsel | 40.7 | 1160.00 | 47,212.00 |
| A. J. Merkey | Paralegal | 2.5 | 540.00 | 1,350.00 |
| | | 54.7 | | $63,017.00 |

**Litigation/Adversary Matters-UCC13**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| A. P. Donato | Associate | 12.1 | 525.00 | 6,352.50 |
| J. T. Hardisty | Paralegal | 0.9 | 350.00 | 315.00 |
| B. Keilson | Partner | 18.7 | 1350.00 | 25,245.00 |
| E. M. Lazerowitz | Counsel | 65.5 | 1160.00 | 75,980.00 |
| A. J. Merkey | Paralegal | 5.2 | 540.00 | 2,808.00 |
| D. Parker-Thompson | Associate | 6.0 | 700.00 | 4,200.00 |
| | | 108.4 | | $114,900.50 |

**Meetings and Communications with Creditors-UCC14**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J. Z. Balasko | Partner | 2.7 | 1250.00 | 3,375.00 |
| B. Keilson | Partner | 0.5 | 1350.00 | 675.00 |
| A. J. Merkey | Paralegal | 9.3 | 540.00 | 5,022.00 |
| | | 12.5 | | $9,072.00 |

**Plan and Disclosure Statement-UCC16**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J. Z. Balasko | Partner | 6.2 | 1250.00 | 7,750.00 |
| E. M. Lazerowitz | Counsel | 2.2 | 1160.00 | 2,552.00 |
| A. J. Merkey | Paralegal | 0.3 | 540.00 | 162.00 |
| | | 8.7 | | $10,464.00 |

**Relief from Stay and Adequate Protection-UCC17**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| E. M. Lazerowitz | Counsel | 1.2 | 1160.00 | 1,392.00 |
| | | 1.2 | | $1,392.00 |

**Hearings-UCC21**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| A. P. Donato | Associate | 3.0 | 525.00 | 1,575.00 |
| E. M. Lazerowitz | Counsel | 2.6 | 1160.00 | 3,016.00 |
| D. Parker-Thompson | Associate | 1.9 | 700.00 | 1,330.00 |
| | | 7.5 | | $5,921.00 |

**First and Second Day Motions-UCC22**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| A. J. Merkey | Paralegal | 0.4 | 540.00 | 216.00 |
| | | 0.4 | | $216.00 |

**Lien Investigation-UCC23**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J. Z. Balasko | Partner | 13.2 | 1250.00 | 16,500.00 |
| B. Keilson | Partner | 9.6 | 1350.00 | 12,960.00 |
| D. Parker-Thompson | Associate | 10.9 | 700.00 | 7,630.00 |
| | | 33.7 | | $37,090.00 |

**Committee Meetings and UCC Member Communications-UCC29**

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| J. Z. Balasko | Partner | 1.7 | 1250.00 | 2,125.00 |
| B. Keilson | Partner | 2.2 | 1350.00 | 2,970.00 |
| E. M. Lazerowitz | Counsel | 13.8 | 1160.00 | 16,008.00 |
| D. Parker-Thompson | Associate | 3.0 | 700.00 | 2,100.00 |
| | | 20.7 | | $23,203.00 |
| | | 387.8 | | $411,843.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis-UCC01** | | | | | |
| 09/08/26 | A. J. Merkey | Review emails (multiple) from E. Lazerowitz, D. Thompson and MWS team re analysis of challenge deadline (.3); review email from Z. Balasko re BNH challenge deadline extension request (.2) | 0.5 | 540.00 | 270.00 |
| 09/21/26 | D. Parker-Thompson | Review recovery analysis (.4); correspond with Z. Balasko re recovery analysis (.4) | 0.8 | 700.00 | 560.00 |
| 09/22/26 | E. M. Lazerowitz | Call with McDermott and M3 teams re waterfall recoveries | 0.8 | 1,160.00 | 928.00 |
| 09/24/26 | D. Parker-Thompson | Review and analyze BNH settlement correspondence (.3); prepare slide deck re updates for the committee (.8) | 1.1 | 700.00 | 770.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/29/26 | E. M. Lazerowitz | Review draft waterfall recovery and comment on same | 2.5 | 1,160.00 | 2,900.00 |
| 09/30/26 | E. M. Lazerowitz | Call with McDermott and M3 regarding draft initial waterfalls | 0.5 | 1,160.00 | 580.00 |
| 09/30/26 | D. Parker-Thompson | Review and analyze M3 Partners recovery analysis (.7); review and analyze filed proofs of claims, including supporting documentation, that may impact recovery for unsecured creditors (.8); meet with N. Weber, M. Festival, R. Block, C. Dingman, E. Lazerowitz, and Z. Balasko re review of unsecured creditor recovery analysis (.3); prepare summary and analysis re unsecured creditor recovery (1.7) | 3.5 | 700.00 | 2,450.00 |
| | | | 9.7 | | $8,458.00 |

**Asset Disposition-UCC02**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/26 | B. Keilson | Emails with committee professionals re updates on sales and review relevant documents | 1.7 | 1,350.00 | 2,295.00 |
| 09/01/26 | A. J. Merkey | Review multiple emails from R. Block re Willow Lake sale updates | 0.2 | 540.00 | 108.00 |
| 09/08/26 | E. M. Lazerowitz | Call with Debtors regarding Eagles Landing purchase price allocation and related closing issues. | 0.5 | 1,160.00 | 580.00 |
| 09/10/26 | E. M. Lazerowitz | Review analysis of DAMIS docket and James' motion filed in SIMAD | 1.0 | 1,160.00 | 1,160.00 |
| 09/21/26 | E. M. Lazerowitz | Review Club Getaway sale order | 0.7 | 1,160.00 | 812.00 |
| 09/30/26 | A. J. Merkey | Review supplement to motion re tax withholding motion | 0.2 | 540.00 | 108.00 |
| | | | 4.3 | | $5,063.00 |

**Case Administration-UCC06**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/26 | B. Keilson | Emails with committee professionals re case updates and review recent pleadings/documents | 1.9 | 1,350.00 | 2,565.00 |
| 09/01/26 | A. J. Merkey | Review docket (.2), and recent filings for case status update and deadlines (.3) | 0.5 | 540.00 | 270.00 |
| 09/03/26 | J. Z. Balasko | Call with B. Keilson, A. Donato, D. Parker-Thompson, A. Merkey, MWS and M3 Teams re upcoming case strategy and status updates | 0.7 | 1,250.00 | 875.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/03/26 | A. P. Donato | Review draft complaint (.3); confer with Z. Balasko, B. Keilson, D. Parker-Thompson, A. Merkey, MWS and M3 Teams re upcoming case strategy and status updates (.7); confer with A. Merkey re work flow and case administration (.2) | 1.2 | 525.00 | 630.00 |
| 09/03/26 | B. Keilson | Call with Z. Balasko, A. Donato, D. Parker-Thompson, A. Merkey, MWS and M3 Teams re upcoming case strategy and status updates | 0.7 | 1,350.00 | 945.00 |
| 09/03/26 | A. J. Merkey | Review emails from MWS and M3 teams in advance of call (.2); call with Z. Balasko, B. Keilson, A. Donato, D. Parker-Thompson, MWS and M3 Teams re upcoming case strategy and status updates (.7); confer with A. Donato re work flow and case administration (.2) | 1.1 | 540.00 | 594.00 |
| 09/03/26 | D. Parker-Thompson | Call with Z. Balasko, B. Keilson, A. Donato, A. Merkey, MWS and M3 Teams re upcoming case strategy and status updates | 0.7 | 700.00 | 490.00 |
| 09/04/26 | B. Keilson | Emails with committee professionals re case updates and review relevant pleadings and documents | 1.6 | 1,350.00 | 2,160.00 |
| 09/04/26 | A. J. Merkey | Review email from R. Block (MWS) re case status update (.2); emails with D. Thompson re case deadlines (.1); research (.2) and calendar same (.3) | 0.8 | 540.00 | 432.00 |
| 09/10/26 | J. Z. Balasko | Call with B. Keilson, E. Lazerowitz, A. Donato, D. Parker-Thompson, A. Merkey, MWS Team and M3 Team re upcoming case strategy and status updates | 0.5 | 1,250.00 | 625.00 |
| 09/10/26 | C. DiBenedictis | Research docket for case deadlines and update and summarize same | 0.6 | 310.00 | 186.00 |
| 09/10/26 | B. Keilson | Emails with committee professionals regarding case updates and planning for committee call (.9); review relevant documents (.7) | 1.6 | 1,350.00 | 2,160.00 |
| 09/10/26 | B. Keilson | Review updates and attend committee professional call | 1.3 | 1,350.00 | 1,755.00 |
| 09/10/26 | B. Keilson | Call with Z. Balasko, E. Lazerowitz, A. Donato, D. Parker-Thompson, A. Merkey, MWS Team and M3 Team re upcoming case strategy and status updates | 0.5 | 1,350.00 | 675.00 |
| 09/10/26 | A. J. Merkey | Review emails from R. Block and N. Weber re meeting agenda and updates (.2); call with Z. Balasko, B. Keilson, E. Lazerowitz, A. Donato, D. Parker-Thompson, MWS Team and M3 Team re upcoming case strategy and status updates (.5) | 0.7 | 540.00 | 378.00 |

Robinson+Cole



| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/10/26 | D. Parker-Thompson | Call with Z. Balasko, B. Keilson, E. Lazerowitz, A. Donato, A. Merkey, MWS Team and M3 Team re upcoming case strategy and status updates | 0.5 | 700.00 | 350.00 |
| 09/11/26 | B. Keilson | Emails with committee professionals re updates and review materials in advance of committee call | 1.8 | 1,350.00 | 2,430.00 |
| 09/11/26 | E. M. Lazerowitz | Review and respond to correspondence regarding committee investigation and pending deadlines. | 2.2 | 1,160.00 | 2,552.00 |
| 09/11/26 | A. J. Merkey | Review docket (.2), and recent filings for case status update (.3); review email from R. Block re committee slides with extended deadlines (.2), research (.1), and calendar same (.2); review email from D. Thompson re case update (.1), and slides re same (.2) | 1.3 | 540.00 | 702.00 |
| 09/12/26 | B. Keilson | Emails with committee professionals re case updates and review recently filed pleadings and relevant documents | 2.1 | 1,350.00 | 2,835.00 |
| 09/14/26 | A. J. Merkey | Review docket, and recent filings for case status update | 0.4 | 540.00 | 216.00 |
| 09/15/26 | A. P. Donato | Review ACE complaint against M. Shabsel (.5); draft summary re same (.6); review IOU complaint against M. Shabsel (.6); draft summary re same (.8) | 2.5 | 525.00 | 1,312.50 |
| 09/15/26 | E. M. Lazerowitz | Review Chatagauy-related filings on docket | 1.0 | 1,160.00 | 1,160.00 |
| 09/15/26 | A. J. Merkey | Review recent filings and hearing adjournment | 0.5 | 540.00 | 270.00 |
| 09/16/26 | A. P. Donato | Review certain adversary complaints to prepare multiple summaries (.5); prepare multiple summaries re same (.5) | 1.0 | 525.00 | 525.00 |
| 09/16/26 | A. J. Merkey | Review docket (.1), and multiple filings for case status update (.4); research deadlines for same (.2) | 0.7 | 540.00 | 378.00 |
| 09/17/26 | J. Z. Balasko | Call with B. Keilson, E. Lazerowitz, A. Donato, D. Parker-Thompson, A. Merkey, MWS Team, and M3 Team re upcoming case strategy and status updates | 0.6 | 1,250.00 | 750.00 |
| 09/17/26 | A. P. Donato | Review DAMIS docket to draft daily filing report (.3); draft report and summary re same (.8); call with B. Keilson, Z. Balasko, E. Lazerowitz, D. Parker-Thompson, A. Merkey, MWS Team and M3 Team re upcoming case strategy and status updates (.6) | 1.7 | 525.00 | 892.50 |
| 09/17/26 | B. Keilson | Emails with committee professionals re updates and review recent pleadings | 2.1 | 1,350.00 | 2,835.00 |
| 09/17/26 | B. Keilson | Attend committee professional call | 0.5 | 1,350.00 | 675.00 |
| 09/17/26 | B. Keilson | Emails with committee professionals re preparation for committee call and review materials | 1.7 | 1,350.00 | 2,295.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/17/26 | B. Keilson | Emails with UST and team regarding 341 meeting | 1.3 | 1,350.00 | 1,755.00 |
| 09/17/26 | B. Keilson | Call with Z. Balasko, E. Lazerowitz, A. Donato, D. Parker-Thompson, A. Merkey, MWS Team, and M3 Team re upcoming case strategy and status updates | 0.6 | 1,350.00 | 810.00 |
| 09/17/26 | E. M. Lazerowitz | Call with B. Keilson, Z. Balasko, A. Donato, D. Parker-Thompson, A. Merkey, MWS Team and M3 Team re upcoming case strategy and status updates (.6) | 0.6 | 1,160.00 | 696.00 |
| 09/17/26 | A. J. Merkey | Research docket (.1), and recent filings (.2), and update case calendar (.2), and calendar deadlines re emergency motion re tax calculations (.1); review emails from R. Block and N. Weber in advance of meeting and agenda for same (.2); call with B. Keilson, Z. Balasko, E. Lazerowitz, A. Donato, D. Parker-Thompson, MWS Team and M3 Team re upcoming case strategy and status updates (.6); review email from D. Thompson re slides in advance of Committee call (.2) | 1.6 | 540.00 | 864.00 |
| 09/17/26 | D. Parker-Thompson | Attend debtor's continued 341 meeting (1.0); prepare and circulate summary of 341 meeting for committee counsel consideration (.3) | 1.3 | 700.00 | 910.00 |
| 09/18/26 | A. P. Donato | Draft email to committee professionals re daily docket update (.2); confer with D. Parker-Thompson re Shabsel adversary proceeding research and review (.6); review multiple dockets re drafting adversary proceeding tracker (.3); draft tracker re same (.8); draft summaries re adversary complaints re same (.8) | 2.7 | 525.00 | 1,417.50 |
| 09/18/26 | B. Keilson | Emails with committee counsel regarding 341 meeting and review notes | 1.0 | 1,350.00 | 1,350.00 |
| 09/18/26 | B. Keilson | Review case updates and relevant pleadings | 1.5 | 1,350.00 | 2,025.00 |
| 09/18/26 | A. J. Merkey | Emails (multiple) with R. Wang and R. Block re request for updates (.3), and research same (.6); review docket, and multiple filings for case status update (.5) | 1.4 | 540.00 | 756.00 |
| 09/19/26 | A. P. Donato | Review DAMIS docket re daily docket updates | 0.3 | 525.00 | 157.50 |
| 09/22/26 | B. Keilson | Emails with committee professionals re case updates and review relevant pleadings | 1.6 | 1,350.00 | 2,160.00 |
| 09/23/26 | B. Keilson | Emails with committee professionals re case updates and review relevant pleadings and documents | 1.9 | 1,350.00 | 2,565.00 |

Robinson+Cole



| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/24/26 | J. Z. Balasko | Confer with B. Keilson, E. Lazerowitz, A. Donato, D. Parker-Thompson, A. Merkey, MWS Team and M3 Team re upcoming case strategy and status updates | 0.5 | 1,250.00 | 625.00 |
| 09/24/26 | A. P. Donato | Confer with B. Keilson, Z. Balasko, E. Lazerowitz, D. Parker-Thompson, A. Merkey, MWS Team and M3 Team re upcoming case strategy and status updates | 0.6 | 525.00 | 315.00 |
| 09/24/26 | B. Keilson | Confer with Z. Balasko, E. Lazerowitz, A. Donato, D. Parker-Thompson, A. Merkey, MWS Team and M3 Team re upcoming case strategy and status updates | 0.6 | 1,350.00 | 810.00 |
| 09/24/26 | B. Keilson | Emails with committee professionals re case updates and review relevant pleadings and updates | 1.7 | 1,350.00 | 2,295.00 |
| 09/24/26 | B. Keilson | Emails with committee professionals re committee call and review materials in preparation thereof | 1.6 | 1,350.00 | 2,160.00 |
| 09/24/26 | B. Keilson | Emails with committee professionals re DAMIS case updates and review relevant pleadings | 1.4 | 1,350.00 | 1,890.00 |
| 09/24/26 | E. M. Lazerowitz | Confer with B. Keilson, Z. Balasko, A. Donato, D. Parker-Thompson, A. Merkey, MWS Team and M3 Team re upcoming case strategy and status updates (.5) | 0.5 | 1,160.00 | 580.00 |
| 09/24/26 | A. J. Merkey | Review docket (.1), and recent filings for case status update (.2), and calendar same (.2); review email from R. Block re meeting agenda (.2); confer with B. Keilson, Z. Balasko, E. Lazerowitz, A. Donato, D. Parker-Thompson, MWS Team and M3 Team re upcoming case strategy and status updates (.5) | 1.2 | 540.00 | 648.00 |
| 09/25/26 | B. Keilson | Emails with team re case updates and review recently filed pleadings | 1.6 | 1,350.00 | 2,160.00 |
| 09/25/26 | B. Keilson | Review prepared materials in advance of committee call | 1.8 | 1,350.00 | 2,430.00 |
| 09/25/26 | E. M. Lazerowitz | Review and respond to correspondence regarding committee investigation and pending case deadlines. | 2.0 | 1,160.00 | 2,320.00 |
| 09/25/26 | A. J. Merkey | Review recent filings, and case deadlines | 0.5 | 540.00 | 270.00 |
| 09/26/26 | B. Keilson | Emails with committee professionals re case updates and review relevant pleadings and updates | 1.6 | 1,350.00 | 2,160.00 |
| 09/27/26 | A. J. Merkey | Review recent filings, and case deadlines | 0.4 | 540.00 | 216.00 |
| 09/28/26 | B. Keilson | Review summaries of SIMAD and DAMIS cases and review recent pleadings and updates | 1.7 | 1,350.00 | 2,295.00 |
| 09/28/26 | A. J. Merkey | Review agenda for hearing (.2); research docket and recent filings for case status update (.2) | 0.4 | 540.00 | 216.00 |

Robinson+Cole



| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/29/26 | B. Keilson | Emails with committee professionals re SIMAD and DAMIS case updates and review relevant pleadings and documents | 2.3 | 1,350.00 | 3,105.00 |
| 09/29/26 | E. M. Lazerowitz | Review and respond to correspondence regarding hearing matters, settlement, and investigation | 1.5 | 1,160.00 | 1,740.00 |
| 09/29/26 | A. J. Merkey | Research docket (.3), and upcoming hearing dates, and matters scheduled for hearing (.2), and calendar same (.2); emails with H. Latta re case status (.2) | 0.9 | 540.00 | 486.00 |
| 09/30/26 | B. Keilson | Emails with team re upcoming hearing and review relevant documents | 1.9 | 1,350.00 | 2,565.00 |
| 09/30/26 | H. F. Latta | Review docket (2.2); prepare chart and email A. Merkey re same (.4) | 2.6 | 450.00 | 1,170.00 |
| 09/30/26 | E. M. Lazerowitz | Review and respond to related correspondence and challenge-deadline issues | 0.8 | 1,160.00 | 928.00 |
| 09/30/26 | A. J. Merkey | Review docket (.2), and recent filings for case status update (.3); confer with H. Latta re deadlines for same (.9); review email from A. Donato re DAMIS case summary update (.2) | 1.6 | 540.00 | 864.00 |
| | | | 80.5 | | $82,632.00 |

**Claims Administration and Objections-UCC07**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/17/26 | E. M. Lazerowitz | Review and analyze Debtors' OrcaFunding brief | 2.0 | 1,160.00 | 2,320.00 |
| 09/22/26 | E. M. Lazerowitz | Review OrcaFunding response to motion | 1.0 | 1,160.00 | 1,160.00 |
| 09/24/26 | E. M. Lazerowitz | Review and analyze Visions adversary complaint (1.5); review witness and exhibit materials and related OrcaFunding stipulation deadlines (1.2) | 2.7 | 1,160.00 | 3,132.00 |
| 09/25/26 | E. M. Lazerowitz | Review objection deadline and witness and exhibit materials concerning OrcaFunding stipulation. | 1.4 | 1,160.00 | 1,624.00 |
| 09/28/26 | E. M. Lazerowitz | Analyze SBA loan documentation, collateral, payment history, and potential treatment. | 2.0 | 1,160.00 | 2,320.00 |
| 09/29/26 | E. M. Lazerowitz | Analyze SBA loan terms, liens, guaranties, and related claim issues | 2.9 | 1,160.00 | 3,364.00 |
| 09/30/26 | E. M. Lazerowitz | Analyze SBA loan documentation and prepare summary of material loan and collateral issues | 2.0 | 1,160.00 | 2,320.00 |
| | | | 14.0 | | $16,240.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Employment and Fee Application (R&C)-UCC10** | | | | | |
| 09/08/26 | A. J. Merkey | Draft certificate of service for first monthly fee statement (.2), file with court (.1); emails with E. Lazerowitz re update (.1) | 0.4 | 540.00 | 216.00 |
| 09/09/26 | A. J. Merkey | Draft certificate of no objection to first monthly fee statement | 0.4 | 540.00 | 216.00 |
| 09/10/26 | A. J. Merkey | Revise certificate of no objection for first monthly fee statement | 0.1 | 540.00 | 54.00 |
| 09/11/26 | E. M. Lazerowitz | Review and revise first monthly fee statement and related filing materials. | 1.2 | 1,160.00 | 1,392.00 |
| 09/14/26 | A. J. Merkey | Finalize, and file certificate of no objection to first monthly fee statement with court (.2); email to E. Lazerowitz and B. Keilson re update (.1) | 0.3 | 540.00 | 162.00 |
| 09/18/26 | B. Keilson | Emails with team re draft fee application and review and edit same | 1.8 | 1,350.00 | 2,430.00 |
| 09/18/26 | A. J. Merkey | Review email from B. Keilson re monthly invoice update for second monthly fee statement | 0.1 | 540.00 | 54.00 |
| 09/22/26 | B. Keilson | Emails with A. Merkey re draft fee application and review same | 1.2 | 1,350.00 | 1,620.00 |
| 09/22/26 | A. J. Merkey | Emails with B. Keilson re August monthly invoice (.2), and review same (.4); draft second monthly fee statement (1.1) | 1.7 | 540.00 | 918.00 |
| 09/23/26 | B. Keilson | Emails with team re draft fee application (.7); review and edit fee application (1.1) | 1.8 | 1,350.00 | 2,430.00 |
| 09/23/26 | A. J. Merkey | Emails (multiple) with B. Keilson, E. Lazerowitz D. Hillegass and H. Latta re August invoice (.3), and review same (.4) | 0.7 | 540.00 | 378.00 |
| 09/24/26 | A. P. Donato | Review monthly fee application summary and revise re same | 0.3 | 525.00 | 157.50 |
| 09/24/26 | B. Keilson | Emails with A. Merkey re draft fee application and revisions to same (.7); review and update draft (.9) | 1.6 | 1,350.00 | 2,160.00 |
| 09/24/26 | A. J. Merkey | Review revised invoice (.4), and revise second monthly fee statement (.6); confer with A. Donato re same (.2); email to B. Keilson, E. Lazerowitz and A. Donato re update (.1) | 1.3 | 540.00 | 702.00 |
| 09/25/26 | B. Keilson | Emails with team re draft fee application and finalizing same (.9); review draft (.8) | 1.7 | 1,350.00 | 2,295.00 |
| 09/25/26 | A. J. Merkey | Revise (.2), and file second monthly fee statement (.1); emails with B. Keilson, E. Lazerowitz and A. Donato re same (.1); calendar objection deadline (.1) | 0.5 | 540.00 | 270.00 |
| | | | 15.1 | | $15,454.50 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Employment and Fee Application (Other)-UCC11** | | | | | |
| 09/08/26 | B. Keilson | Review filed fee applications and emails with team re same | 1.7 | 1,350.00 | 2,295.00 |
| 09/08/26 | E. M. Lazerowitz | Review summary of Debtors' professionals' fee applications | 0.8 | 1,160.00 | 928.00 |
| 09/08/26 | A. J. Merkey | Review email from A. Donato re case professional fee analysis | 0.3 | 540.00 | 162.00 |
| 09/09/26 | B. Keilson | Review fee applications and discuss with co-counsel and team | 1.2 | 1,350.00 | 1,620.00 |
| 09/09/26 | E. M. Lazerowitz | Review issues concerning professional fee applications and proposed responses | 1.0 | 1,160.00 | 1,160.00 |
| 09/09/26 | A. J. Merkey | Draft certificate of no objection to MWS first monthly fee statement (.4); review email from A. Donato re analysis of case professional fees (.2) | 0.6 | 540.00 | 324.00 |
| 09/10/26 | A. J. Merkey | Revise certificate of no objection for MWS first monthly fee statement (.1); emails with E. Lazerowitz re same (.1) | 0.2 | 540.00 | 108.00 |
| 09/14/26 | B. Keilson | Emails with A. Merkey re CNOs for fee applications and review same | 0.6 | 1,350.00 | 810.00 |
| 09/14/26 | A. J. Merkey | Finalize, and file certificate of no objection to MWS first monthly fee statement with court (.2); email to E. Lazerowitz and MWS team re update (.1) | 0.3 | 540.00 | 162.00 |
| 09/17/26 | B. Keilson | Emails with committee professionals regarding draft fee applications and review same | 1.9 | 1,350.00 | 2,565.00 |
| 09/17/26 | A. J. Merkey | Emails with E. Lazerowitz re M3 first monthly fee statement (.1), and review same (.3) | 0.4 | 540.00 | 216.00 |
| 09/18/26 | B. Keilson | Emails with M3 re fee application and review draft | 1.5 | 1,350.00 | 2,025.00 |
| 09/18/26 | A. J. Merkey | Review emails (multiple) from E. Lazerowitz, D. Thompson and M3 Team re M3 first monthly fee statement (.3), and confer with E. Lazerowitz re same (.1); review retention order (.1), and file same with court (.2); email to E. Lazerowitz, B. Keilson and M3 Team re update (.1) | 0.8 | 540.00 | 432.00 |
| 09/21/26 | B. Keilson | Emails with team re draft fee application and review and edit same | 1.0 | 1,350.00 | 1,350.00 |
| 09/25/26 | A. J. Merkey | Finalize (.1), and file MWS second monthly fee statement (.1); emails with B. Keilson, E. Lazerowitz and MWS Team re update (.1) | 0.3 | 540.00 | 162.00 |
| 09/28/26 | B. Keilson | Emails with M3 and co-counsel re draft fee application and review same | 1.5 | 1,350.00 | 2,025.00 |
| 09/29/26 | B. Keilson | Emails with committee professionals re M3 fee application and review same | 1.4 | 1,350.00 | 1,890.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/29/26 | A. J. Merkey | Review emails from E. Lazerowitz and D. Parker-Thompson re M3 second monthly fee statement (.2); finalize, and file same with court (.2); emails with E. Lazerowitz and M3 Team re update (.1); calendar monthly fee statement objection deadlines (.1), and draft combined certificate of service for same (.3) | 0.9 | 540.00 | 486.00 |
| | | | 16.4 | | $18,720.00 |

**Financing, Cash Collateral-UCC12**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/01/26 | J. Z. Balasko | Work on strategy re extension of BNH challenge deadline and related discovery issues | 0.4 | 1,250.00 | 500.00 |
| 09/01/26 | E. M. Lazerowitz | Review documents re BNH loan | 3.1 | 1,160.00 | 3,596.00 |
| 09/02/26 | E. M. Lazerowitz | Revise demand letter to Mishmeret | 1.5 | 1,160.00 | 1,740.00 |
| 09/02/26 | E. M. Lazerowitz | Review documents re BNH and Mishmeret claims | 2.5 | 1,160.00 | 2,900.00 |
| 09/03/26 | E. M. Lazerowitz | Revise lien review memorandum | 3.3 | 1,160.00 | 3,828.00 |
| 09/08/26 | E. M. Lazerowitz | Call with McDermott team re Mishmeret challenge and related discovery (1.0); call with counsel to BNH re challenge-related issues (.5); research re challenge extension (1.5) | 3.0 | 1,160.00 | 3,480.00 |
| 09/09/26 | E. M. Lazerowitz | Revise motion to extend Mishmeret challenge period (2.5); revise motion to extend challenge period re BNH (1.5) | 4.0 | 1,160.00 | 4,640.00 |
| 09/09/26 | A. J. Merkey | Review emails (multiple) from E. Lazerowitz and R. Block re upcoming challenge deadlines (.4), research (.2), and calendar extension for same (.2) | 0.8 | 540.00 | 432.00 |
| 09/11/26 | A. J. Merkey | Emails with E. Lazerowitz, Z. Balasko and D. Thompson re certification of counsel re stipulation and agreed order extending BNH challenge deadline (.2); finalize (.2), and file same with court (.1); email to chambers re same (.2) | 0.7 | 540.00 | 378.00 |
| 09/14/26 | E. M. Lazerowitz | Review and revised updated Mishmeret complaint | 2.5 | 1,160.00 | 2,900.00 |
| 09/14/26 | E. M. Lazerowitz | Review issues and documents re HomeTrust and other non-Mishmeret/BNH secured debt | 2.9 | 1,160.00 | 3,364.00 |
| 09/16/26 | J. Z. Balasko | Call with CS team re: BNH DIP budget (0.4); follow up call with E. Lazerowitz re same (0.2) | 0.6 | 1,250.00 | 750.00 |

Robinson+Cole



| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/16/26 | A. J. Merkey | Review email from E. Lazerowitz and counsel for Mishmeret Trust re extended challenge deadline for Committee (.2), and calendar same (.1); review emails (multiple) from MWS and M3 teams re adversary complaint update (.2); review email from A. Donato re DAMIS hearing update and case status (.2) | 0.7 | 540.00 | 378.00 |
| 09/18/26 | J. Z. Balasko | Call with CS team re: BNH budget issues and challenge settlement (0.4); work on strategy to resolve same (0.8) | 1.2 | 1,250.00 | 1,500.00 |
| 09/18/26 | E. M. Lazerowitz | Call with Debtors regarding BNH (.7); review documents re BNH issues and prepare draft settlement proposal (1.9) | 2.6 | 1,160.00 | 3,016.00 |
| 09/20/26 | J. Z. Balasko | Review proposed BNH budget reforecast settlement proposal | 1.6 | 1,250.00 | 2,000.00 |
| 09/21/26 | J. Z. Balasko | Work on settlement strategy for BNH DIP Budget reforecast and related challenge compromise (2.6); call with Mintz team re: same (0.2) | 2.8 | 1,250.00 | 3,500.00 |
| 09/21/26 | E. M. Lazerowitz | Correspond with Z.Balasko re BNH claim | 0.8 | 1,160.00 | 928.00 |
| 09/21/26 | A. J. Merkey | Review emails (multiple) from E. Lazerowitz, Z. Balasko, MWS and M3 teams re BNH budget update | 0.3 | 540.00 | 162.00 |
| 09/22/26 | J. Z. Balasko | Exchange numerous emails with CS and Mintz teams re: settlement negotiations for BNH DIP budget reforecast (1.5); review and analyze proposed DAMIS DIP Orders to determine effect, if any, on SIMAD estates (1.2) | 2.7 | 1,250.00 | 3,375.00 |
| 09/22/26 | E. M. Lazerowitz | Correspond with BNH re challenge and review documents re same (3.5); revise motion to extend challenge period for Mishmeret (2.2) | 5.7 | 1,160.00 | 6,612.00 |
| 09/23/26 | J. Z. Balasko | Exchange numerous calls and emails re resolution of BNH DIP budget and related lien challenge issues | 1.4 | 1,250.00 | 1,750.00 |
| 09/23/26 | E. M. Lazerowitz | Draft settlement proposal to BNH | 1.2 | 1,160.00 | 1,392.00 |
| 09/25/26 | E. M. Lazerowitz | Review and analyze documents concerning proposed global settlement | 3.6 | 1,160.00 | 4,176.00 |
| 09/28/26 | E. M. Lazerowitz | Review and analyze documents concerning proposed global settlement (2.5); revise motion to extend challenge period (1.5) | 4.0 | 1,160.00 | 4,640.00 |
| 09/30/26 | B. Keilson | Emails with co-counsel re updates and review relevant documents | 0.8 | 1,350.00 | 1,080.00 |
| | | | 54.7 | | $63,017.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Litigation/Adversary Matters-UCC13** | | | | | |
| 09/01/26 | J. T. Hardisty | Assist case team with document review and production of client files | 0.2 | 350.00 | 70.00 |
| 09/01/26 | E. M. Lazerowitz | Review and analyze documents concerning proposed global settlement | 2.6 | 1,160.00 | 3,016.00 |
| 09/01/26 | A. J. Merkey | Emails with D. Thompson re discovery requests and document production received (.1); coordinate download for same (.8), and review same (.5); research historical production metrics (.4) | 1.8 | 540.00 | 972.00 |
| 09/02/26 | J. T. Hardisty | Assist case team with document review and production of client files | 0.7 | 350.00 | 245.00 |
| 09/02/26 | B. Keilson | Review emails from DAMIS committee and Debtors re challenge period and review relevant documents | 1.1 | 1,350.00 | 1,485.00 |
| 09/02/26 | A. J. Merkey | Review document production metrics (.2); email to R. Mauceri, B. Keilson, Z. Balasko, E. Lazerowitz, D. Thompson and A. Donato re update (.1); review emails from MWS team re adversary complaint and litigation update (.2) | 0.5 | 540.00 | 270.00 |
| 09/03/26 | E. M. Lazerowitz | Review and analyze documents concerning insider investigation | 3.7 | 1,160.00 | 4,292.00 |
| 09/04/26 | E. M. Lazerowitz | Review and revise memorandum re potential insider claims (2.5); review documents re same (2.8) | 5.3 | 1,160.00 | 6,148.00 |
| 09/04/26 | A. J. Merkey | Review email from D. Momborquette (MWS) re litigation strategy | 0.1 | 540.00 | 54.00 |
| 09/08/26 | A. P. Donato | Review relevant documents to identify certain information (1.0); draft findings re same (.8); review multiple emails re certain challenge deadline (.3) | 2.1 | 525.00 | 1,102.50 |
| 09/08/26 | E. M. Lazerowitz | Review documents re lender and insider challenges | 3.6 | 1,160.00 | 4,176.00 |
| 09/08/26 | D. Parker-Thompson | Review and analyze rules/procedures governing extensions (.5); draft motion for extension of time (1.6); draft proposed order granting motion for extension of time (.7) | 2.8 | 700.00 | 1,960.00 |
| 09/09/26 | A. P. Donato | Review multiple emails from Z. Balasko re objection deadlines (.2); confer with B. Keilson re fee application review (.2); review certain fee application related to certain entries (.5); draft analysis of findings re same (1.2) | 2.1 | 525.00 | 1,102.50 |
| 09/09/26 | E. M. Lazerowitz | Review and analyze documents concerning insider and lender investigations | 4.0 | 1,160.00 | 4,640.00 |
| 09/09/26 | D. Parker-Thompson | Edit and re-purpose motion seeking an order extending the challenge period to certification of counsel and stipulation (1.3); review and analyze docket for recent filings warranting committee review (.3) | 1.6 | 700.00 | 1,120.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/10/26 | A. P. Donato | Draft email to MWS re summary of hearings (.1); review certain filing re executory contracts to prepare summary re same (.5); draft summary and circulate re same (.7); confer with Z. Balasko, B. Keilson, E. Lazerowitz, D. Parker-Thompson, A. Merkey, MWS Team and M3 Team re upcoming case strategy and status updates (.5) | 1.8 | 525.00 | 945.00 |
| 09/10/26 | E. M. Lazerowitz | Draft memorandum re potential insider claims | 3.7 | 1,160.00 | 4,292.00 |
| 09/11/26 | E. M. Lazerowitz | Review and analyze additional document production re insider investigation | 4.3 | 1,160.00 | 4,988.00 |
| 09/14/26 | B. Keilson | Emails with committee professionals re potential litigation and review draft documents | 1.9 | 1,350.00 | 2,565.00 |
| 09/14/26 | E. M. Lazerowitz | Review and analyze documents concerning Mishmeret and BNH debt. | 3.6 | 1,160.00 | 4,176.00 |
| 09/15/26 | B. Keilson | Emails with committee professionals re potential settlement of open issues (.8); review relevant documents (1.8) | 2.6 | 1,350.00 | 3,510.00 |
| 09/15/26 | B. Keilson | Emails with team re review of documents and review same | 2.7 | 1,350.00 | 3,645.00 |
| 09/15/26 | B. Keilson | Emails with committee professionals re updates and draft documents and review same | 1.8 | 1,350.00 | 2,430.00 |
| 09/15/26 | E. M. Lazerowitz | Call regarding draft adversary complaint with McDermott team (1.0); revise draft adversary complaint concerning potential estate and committee claims and review documents re same (3.3); revise draft motion to extend challenge deadline (2.2) | 6.5 | 1,160.00 | 7,540.00 |
| 09/15/26 | A. J. Merkey | Review emails (multiple) from MWS and M3 team re adversary complaint (.2); review email from R. Block re draft closing statements (.2) | 0.4 | 540.00 | 216.00 |
| 09/15/26 | D. Parker-Thompson | Email E. Lazerowitz re investigation strategy (.2); email R. Biblo Block and J. Terry re Committee investigation docs (.3) | 0.5 | 700.00 | 350.00 |
| 09/16/26 | E. M. Lazerowitz | Review and analyze documents concerning adversary complaint (3.9); revise adversary complaint, including factual allegations, claims, and requested relief (2.6); review and respond to correspondence regarding investigation workstreams (1.2) | 7.7 | 1,160.00 | 8,932.00 |
| 09/17/26 | E. M. Lazerowitz | Draft complaint review call with McDermott team (1.0); revise adversary complaint and address comments concerning potential claims.(3.1) | 4.1 | 1,160.00 | 4,756.00 |
| 09/18/26 | B. Keilson | Emails with committee professionals re updates and review draft pleadings | 2.2 | 1,350.00 | 2,970.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/18/26 | B. Keilson | Emails with committee professionals re filed adversary complaints and review same | 2.4 | 1,350.00 | 3,240.00 |
| 09/18/26 | E. M. Lazerowitz | Revise adversary complaint | 3.4 | 1,160.00 | 3,944.00 |
| 09/18/26 | A. J. Merkey | Emails with E. Lazerowitz, R. Block and C. Dingman re Shabsels' stipulation regarding extended dischargability deadlines in M. Shabsels and D. Shabsels' bankruptcies by DAMIS Debtors (.2); research (.2), and run redline comparison for same (.1); review emails from MWS and M3 teams re adversary complaint draft update (.2) | 0.7 | 540.00 | 378.00 |
| 09/20/26 | B. Keilson | Emails with committee professionals re negotiations and updates | 1.2 | 1,350.00 | 1,620.00 |
| 09/21/26 | A. P. Donato | Review DAMIS docket re daily docket update (.3); draft email docket summary re same (.2); review multiple emails re DIP and certain lien investigations (.2); review debtor civil dockets re docket review (.2); review adversary proceedings to revise and draft certain complaint tracker (.4); draft and revise adversary proceeding tracker (.8); review and revise adversary complaint summary tracker (.3) | 2.4 | 525.00 | 1,260.00 |
| 09/22/26 | A. P. Donato | Review Shabsel dockets and update docket tracker re same (.3); review adversary proceedings and update tracker re same (.2); review DAMIS docket (.1); draft daily docket update re same (.2) | 0.8 | 525.00 | 420.00 |
| 09/23/26 | A. P. Donato | Review adversary proceedings to update docket tracker (.3); update re same (.4); review Shabsels individual dockets re same (.2); review DAMIS docket re daily docket update (.1); draft update re same (.2) | 1.2 | 525.00 | 630.00 |
| 09/23/26 | B. Keilson | Emails with team re pending adversary proceedings and review relevant pleadings and updates | 2.3 | 1,350.00 | 3,105.00 |
| 09/23/26 | E. M. Lazerowitz | Review and analyze documents concerning Shabsels (3.6); review summary of, and important pleadings in, Shabsels' bankruptcy dockets (2.9) | 6.5 | 1,160.00 | 7,540.00 |
| 09/23/26 | A. J. Merkey | Review emails from E. Lazerowitz and R. Block re extended Mishmeret Trust challenge deadline for Committee (.1), and calendar same (.2); research other related case deadlines (.3); review email from R. Block re case update (.3) | 0.9 | 540.00 | 486.00 |
| 09/24/26 | A. P. Donato | Review DAMIS docket (.1); draft daily docket update re same (.2) | 0.3 | 525.00 | 157.50 |
| 09/24/26 | E. M. Lazerowitz | Review production re insider investigation | 2.8 | 1,160.00 | 3,248.00 |
| 09/25/26 | A. P. Donato | Review docket re daily update (.1); draft update re same (.2) | 0.3 | 525.00 | 157.50 |

Robinson+Cole



| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/25/26 | B. Keilson | Emails with committee professionals re settlement negotiations | 0.5 | 1,350.00 | 675.00 |
| 09/25/26 | A. J. Merkey | Research Visions FCU adversary request for E. Lazerowitz (.1); request notifications for RC and MWS teams (.2); review email from A. Donato re case status report re DAMIS action items (.3) | 0.6 | 540.00 | 324.00 |
| 09/28/26 | A. P. Donato | Review and analyze Shabsels adversary proceedings re relevant case developments (.3); review DAMIS docket re daily docket update (.1); draft update re same (.1) | 0.5 | 525.00 | 262.50 |
| 09/29/26 | A. P. Donato | Review DAMIS docket re daily docket update (.1); draft update re same (.1); review adversary proceedings re docket tracker (.1) | 0.3 | 525.00 | 157.50 |
| 09/29/26 | D. Parker-Thompson | Evaluate competing arguments regarding characterization of OrcaFunding's receivables agreements as true sales or disguised loans and assess potential impact on Committee recovery analysis | 1.1 | 700.00 | 770.00 |
| 09/30/26 | A. P. Donato | Review DAMIS docket re daily updates (.1); draft update re same (.2) | 0.3 | 525.00 | 157.50 |
| 09/30/26 | E. M. Lazerowitz | Review and analyze documents concerning proposed global settlement and insider investigation (2.5); revise adversary complaint and motion to extend challenge period (1.2) | 3.7 | 1,160.00 | 4,292.00 |
| 09/30/26 | A. J. Merkey | Review email from R. Block re tentative hearing date re 9019 motion (.1), and calendar same (.1) | 0.2 | 540.00 | 108.00 |
| | | | 108.4 | | $114,900.50 |

**Meetings and Communications with Creditors-UCC14**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/26 | A. J. Merkey | Review notice of continued 341(a) meeting (.1), and calendar same (.1) | 0.2 | 540.00 | 108.00 |
| 09/17/26 | J. Z. Balasko | Work on materials for 9/18 UCC meeting re BNH budget and challenge negotiations | 0.2 | 1,250.00 | 250.00 |
| 09/17/26 | B. Keilson | Email with creditor re case updates | 0.5 | 1,350.00 | 675.00 |
| 09/17/26 | A. J. Merkey | Review emails (multiple) from D. Thompson and E. Lazerowitz re 341 update (.3), and confer with D. Thompson re request for same (.1) | 0.4 | 540.00 | 216.00 |
| 09/18/26 | J. Z. Balasko | Prepare for UCC meeting (0.4); attend UCC meeting to present as to BNH challenge and budget issues (0.6) | 1.0 | 1,250.00 | 1,250.00 |
| 09/18/26 | A. J. Merkey | Emails (multiple) with D. Thompson and T. Opplet re continued 341(a) audio request (.3), and coordinate transcription (.3), and review same (.4); email to D. Thompson re update (.1) | 1.1 | 540.00 | 594.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/21/26 | A. J. Merkey | Review continued 341(a) audio (1.4), and transcribe same (2.5); research docket for related references and filings (.6) | 4.5 | 540.00 | 2,430.00 |
| 09/22/26 | A. J. Merkey | Review continued 341(a) meeting of creditors audio (.9), and research related filings and references (.7); draft summary for same (1.4); email to D. Thompson re update (.1) | 3.1 | 540.00 | 1,674.00 |
| 09/24/26 | J. Z. Balasko | Review and revise materials for 9/25 UCC meeting | 0.3 | 1,250.00 | 375.00 |
| 09/25/26 | J. Z. Balasko | Prepare for UCC meeting (0.3); attend UCC meeting to present on BNH issues (0.9) | 1.2 | 1,250.00 | 1,500.00 |
| | | | 12.5 | | $9,072.00 |

**Plan and Disclosure Statement-UCC16**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/26 | E. M. Lazerowitz | Research re plan issues | 1.5 | 1,160.00 | 1,740.00 |
| 09/04/26 | E. M. Lazerowitz | Research re plan issues | 0.7 | 1,160.00 | 812.00 |
| 09/14/26 | A. J. Merkey | Review motion to extend exclusive period (.2), and calendar hearing and objection deadline for same (.1) | 0.3 | 540.00 | 162.00 |
| 09/21/26 | J. Z. Balasko | Review and analyze draft waterfall | 0.8 | 1,250.00 | 1,000.00 |
| 09/22/26 | J. Z. Balasko | Call with E. Lazerowitz, MWS team, and M3 team re waterfall analysis | 0.4 | 1,250.00 | 500.00 |
| 09/23/26 | J. Z. Balasko | Review and analyze outstanding plan issues and related case updates | 0.6 | 1,250.00 | 750.00 |
| 09/29/26 | J. Z. Balasko | Call with E. Lazerowitz, M3 team, and MWS team re: initial waterfall analysis (0.9); review draft waterfall analysis to prepare for same (0.6) | 1.5 | 1,250.00 | 1,875.00 |
| 09/30/26 | J. Z. Balasko | Call with E. Lazerowitz, D. Parker-Thompson, M3 team, and MWS team re: waterfall analysis (0.3); work on analysis of GUC claims to present to committee at 10/2 meeting (2.6) | 2.9 | 1,250.00 | 3,625.00 |
| | | | 8.7 | | $10,464.00 |

**Relief from Stay and Adequate Protection-UCC17**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/26 | E. M. Lazerowitz | Review and summarize NBL stay relief motion | 1.2 | 1,160.00 | 1,392.00 |
| | | | 1.2 | | $1,392.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Hearings-UCC21** | | | | | |
| 09/01/26 | E. M. Lazerowitz | Attend omnibus hearing re tax issues | 1.5 | 1,160.00 | 1,740.00 |
| 09/01/26 | D. Parker-Thompson | Attend virtual omnibus hearing | 0.5 | 700.00 | 350.00 |
| 09/09/26 | A. P. Donato | Listen to DAMIS status update hearing re and take notes re same | 2.0 | 525.00 | 1,050.00 |
| 09/16/26 | A. P. Donato | Listen to DAMIS hearing re motion for stay relief (.4); draft and revise notes to circulate re same (.6) | 1.0 | 525.00 | 525.00 |
| 09/22/26 | D. Parker-Thompson | Attend DAMIS hearing (.9); summarize notes re same for consideration of Committee advisor group (.5) | 1.4 | 700.00 | 980.00 |
| 09/29/26 | E. M. Lazerowitz | Attend omnibus hearing | 1.1 | 1,160.00 | 1,276.00 |
| | | | 7.5 | | $5,921.00 |
| **First and Second Day Motions-UCC22** | | | | | |
| 09/10/26 | A. J. Merkey | Review emails from A. Donato and R. Block re DAMIS update (.1); review hearing report related to first day final orders for relief (.3) | 0.4 | 540.00 | 216.00 |
| | | | 0.4 | | $216.00 |
| **Lien Investigation-UCC23** | | | | | |
| 09/01/26 | D. Parker-Thompson | Edit and refine lien research memo (2.1); call with R. Biblio Block, Jonathan Terry, E. Lazerowitz, D. Momborquette, and J. Gerber re lien investigations (.4); confer with Z. Balasko re UCC lien review (.2). | 2.7 | 700.00 | 1,890.00 |
| 09/02/26 | J. Z. Balasko | Revise BNH lien review memo | 3.2 | 1,250.00 | 4,000.00 |
| 09/02/26 | D. Parker-Thompson | Edit and finalize lien review memo (1.6); confer with Z. Balasko re lien review (.2) | 1.8 | 700.00 | 1,260.00 |
| 09/03/26 | J. Z. Balasko | Develop strategy for BNH challenge deadline extension | 0.8 | 1,250.00 | 1,000.00 |
| 09/08/26 | J. Z. Balasko | Strategy call with E. Lazerowitz re: extension of BNH challenge deadline (0.2); call with Mintz team and E. Lazerowitz re: same (0.2); draft compromise proposal re: same (1.2); exchange emails with D. Parker-Thompson re: motion to extend BNH challenge deadline (0.3); conduct related legal research (0.5) | 2.4 | 1,250.00 | 3,000.00 |
| 09/08/26 | B. Keilson | Emails with committee professionals re lien review and updates and review relevant documents | 2.9 | 1,350.00 | 3,915.00 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/08/26 | B. Keilson | Emails with committee professionals re lien review and relevant deadlines | 1.3 | 1,350.00 | 1,755.00 |
| 09/09/26 | J. Z. Balasko | Revise and send BNH challenge deadline compromise proposal to Mintz team (0.2); work on motion to extend BNH challenge deadline and conduct related legal research (1.3) | 1.5 | 1,250.00 | 1,875.00 |
| 09/09/26 | B. Keilson | Emails with committee professionals re lien investigation and review draft pleadings | 1.4 | 1,350.00 | 1,890.00 |
| 09/10/26 | J. Z. Balasko | Review and revise motion to extend BNH challenge deadline (0.9); Call with D. Bleck and K. Walsh re: BNH challenge deadline (0.1); work on stipulation memorializing agreement to extend BNH challenge deadline (0.7); review and revise UCC presentation materials re: BNH lien investigation (0.4) | 2.1 | 1,250.00 | 2,625.00 |
| 09/10/26 | B. Keilson | Emails with team re lien investigation and findings and review relevant documents | 1.9 | 1,350.00 | 2,565.00 |
| 09/10/26 | D. Parker-Thompson | Review substantive correspondence re lien investigation (.3); prepare lien investigation slide deck with investigation updates (1.4) | 1.7 | 700.00 | 1,190.00 |
| 09/11/26 | J. Z. Balasko | Attention to revising and finalizing certification of counsel and stipulation extending BNH challenge deadline | 1.9 | 1,250.00 | 2,375.00 |
| 09/17/26 | D. Parker-Thompson | Confer with E. Lazerowitz re DIP budget matters, and status of Committee investigation and related challenge considerations (.4); prepare slide deck for UCC advisor meeting re investigation update (1.4); Call with B. Keilson, Z. Balasko, E. Lazerowitz, A. Donato, A. Merkey, MWS Team and M3 Team re upcoming case strategy and status updates (.6) | 2.4 | 700.00 | 1,680.00 |
| 09/20/26 | B. Keilson | Emails with committee professionals re case updates and review relevant documents | 2.1 | 1,350.00 | 2,835.00 |
| 09/28/26 | J. Z. Balasko | Work on SBA lien review | 1.3 | 1,250.00 | 1,625.00 |
| 09/28/26 | D. Parker-Thompson | Review and analyze SBA loan documents and UCC-1 financing statements | 2.3 | 700.00 | 1,610.00 |
| | | | 33.7 | | $37,090.00 |

**Committee Meetings and UCC Member Communications-UCC29**

| | | | | | |
|---|---|---|---|---|---|
| 09/01/26 | E. M. Lazerowitz | Weekly UCC meeting | 0.8 | 1,160.00 | 928.00 |
| 09/03/26 | E. M. Lazerowitz | UCC advisor standing call | 1.0 | 1,160.00 | 1,160.00 |
| 09/04/26 | J. Z. Balasko | Attend UCC meeting | 0.5 | 1,250.00 | 625.00 |
| 09/04/26 | E. M. Lazerowitz | Review documents for UCC meeting (.7); weekly UCC meeting (.7) | 1.4 | 1,160.00 | 1,624.00 |

Robinson+Cole



| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/26 | D. Parker-Thompson | Review slide deck for UCC Advisor Standing Call (.2); attend UCC Advisor Standing Call re case developments (.5) | 0.7 | 700.00 | 490.00 |
| 09/10/26 | E. M. Lazerowitz | Prepare materials for UCC meeting (2.0); UCC advisor standing call (1.0) | 3.0 | 1,160.00 | 3,480.00 |
| 09/11/26 | J. Z. Balasko | Prepare for UCC meeting (0.5); attend UCC meeting to present on BNH lien investigation status and challenge extension (0.7) | 1.2 | 1,250.00 | 1,500.00 |
| 09/11/26 | B. Keilson | Attend committee call | 0.8 | 1,350.00 | 1,080.00 |
| 09/11/26 | E. M. Lazerowitz | Weekly UCC call | 0.8 | 1,160.00 | 928.00 |
| 09/11/26 | D. Parker-Thompson | Attend UCC Advisor Standing Call re case developments and ongoing restructuring matters | 0.8 | 700.00 | 560.00 |
| 09/14/26 | E. M. Lazerowitz | SIMAD standing call | 1.0 | 1,160.00 | 1,160.00 |
| 09/17/26 | E. M. Lazerowitz | Prepare materials for UCC meeting (.8); UCC advisor call (.5) | 1.3 | 1,160.00 | 1,508.00 |
| 09/18/26 | E. M. Lazerowitz | Weekly UCC call | 0.8 | 1,160.00 | 928.00 |
| 09/18/26 | D. Parker-Thompson | Attend UCC advisor meeting to provide case update and recent developments for committee consideration | 0.6 | 700.00 | 420.00 |
| 09/22/26 | E. M. Lazerowitz | SIMAD standing call with McDermott | 0.5 | 1,160.00 | 580.00 |
| 09/23/26 | B. Keilson | Emails with committee and committee professionals re updates | 0.5 | 1,350.00 | 675.00 |
| 09/24/26 | E. M. Lazerowitz | Revise materials for UCC meeting (.5); UCC advisor call (.5) | 1.0 | 1,160.00 | 1,160.00 |
| 09/25/26 | B. Keilson | Call with committee professionals and committee | 0.9 | 1,350.00 | 1,215.00 |
| 09/25/26 | E. M. Lazerowitz | Weekly UCC meeting | 0.9 | 1,160.00 | 1,044.00 |
| 09/25/26 | D. Parker-Thompson | Attend standing UCC advisor call | 0.9 | 700.00 | 630.00 |
| 09/28/26 | E. M. Lazerowitz | Correspond with UCC members re case issues (.8); SIMAD standing call (.5) | 1.3 | 1,160.00 | 1,508.00 |
| | | | 20.7 | | $23,203.00 |
| | | | 387.8 | | $411,843.00 |

Summary of Disbursements

| Description | Amount |
|---|---|
| Online Research: Westlaw | 1.00 |
| RelativityOne Monthly Hosting Fees | 18.79 |
| | $19.79 |

Disbursement Details

| Date | Description | Amount |
|---|---|---|
| | Online Research: Westlaw | 1.00 |
| | RelativityOne Monthly Hosting Fees | 18.79 |
| | | $19.79 |

**Summary for Invoice # 50568558**
Chapter 11 Cases

| | |
|---|---|
| Fees for Legal Services | $ 411,843.00 |
| Disbursements | 19.79 |
| **Total Current Billing For this Matter** | **$ 411,862.79** |