**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**NOTICE OF DESIGNATED CONTRACTS TO BE ASSUMED BY THE SIMAD DEBTORS AND ASSIGNED TO THE PINE FOREST BUYER GROUP**

**PLEASE TAKE NOTICE** that on June 4 and 5, 2026 (the "Petition Date"), each of the SIMAD Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").

**PLEASE TAKE NOTICE** that on June 26, 2026, the Court entered the *Order (I) Approving the Bidding Procedures, (II) Approving the Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and Auction(s), (IV) Approving the Form and Manner of Notice Thereof, (V) Establishing Notice and Procedures for the Assumption and Assignment of Contracts*

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

*and Leases, and (VI) Granting Related Relief* [Docket No. 298] (the "Bidding Procedures Order"),[2] approving, among other things, the Assumption and Assignment Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, on July 21 and August 4, 2026, the SIMAD Debtors filed notices [Docket Nos. 558 and 779] identifying contracts that the Pine Forest Debtors may assume and assign to the Successful Bidder(s).

**PLEASE TAKE FURTHER NOTICE** that on August 4, 2026, the Court entered the *Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of Substantially All Assets of Pine Forest Campco LLC and Pine Forest Landco LLC Free and Clear of All Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. §§ 363(b), 363(f), 363(k), and 363(m), (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365, (IV) Approving Related Releases and Findings Pursuant to 11 U.S.C. § 105(a) and Rule 9019 and (V) Granting Related Relief* [Docket No. 788] (the "Pine Forest Sale Order") approving the sale of the Pine Forest Debtors' Acquired Assets to the Buyer Group.

**PLEASE TAKE FURTHER NOTICE** that the Pine Forest Debtors intend to assume and assign to Buyer Group the executory contracts and unexpired leases identified on **Exhibit A** attached hereto.

Dated: October 28, 2026

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Order or the Pine Forest Sale Order, as applicable.

**Exhibit A**

| Contract Counterparty | Description of Contract or Lease | Cure Amount |
|---|---|---|
| Combined Energy Services | Utility Service Agreement | $2,589.00 |
| Garin Michelson | Social Media Services | $0.00 |
| Blue Ridge Communications | Account Security Form | $0.00 |
| Blue Ridge Communications | Commercial Internet Agreement | $0.00 |
| Blue Ridge Communications | Account Service Agreement | $0.00 |
| Blue Ridge Business | Utility Services Agreement | $0.00 |