**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 27, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Fee Application Service List attached hereto as **Exhibit A**:

- Third Monthly Fee Statement of McDermott Will & Schulte LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period of September 1, 2026, through September 30, 2026 [Docket No. 1387]

- Monthly Fee Statement of Robinson & Cole LLP for the Period of September 1, 2026 through September 30, 2026 [Docket No. 1394]

[*Remainder of page intentionally left blank*]

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

Dated: October 29, 2026

*/s/ Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 29, 2026, by Engels Medina, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ Paul Pullo*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

**Exhibit A**

# Exhibit A

Fee Application Service List

Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| CHAPMAN AND CUTLER LLP | ATTN: MICHAEL FRIEDMAN, JORGE ERIC CORONEL HAMILTON | FRIEDMAN@CHAPMAN.COM JCORONEL@CHAPMAN.COM |
| CHAPMAN AND CUTLER LLP | ATTN: STEPHEN RICHARD TETRO II | STETRO@CHAPMAN.COM |
| COLE SCHOTZ P.C. | ATTN: MICHAEL D. SIROTA, WARREN A. USATINE, DAVID M. BASS, FELICE R. YUDKIN, DANIEL J. HARRIS | MSIROTA@COLESCHOTZ.COM WUSATINE@COLESCHOTZ.COM DBASS@COLESCHOTZ.COM FYUDKIN@COLESCHOTZ.COM DHARRIS@COLESCHOTZ.COM |
| MCDERMOTT WILL & SCHULTE LLP | ATTN: DARREN AZMAN, KRISTIN K. GOING | DAZMAN@MCDERMOTTLAW.COM KGOING@MCDERMOTTLAW.COM |
| MCDERMOTT WILL & SCHULTE LLP | ATTN: RACHEL BIBLO BLOCK | RBIBLOBLOCK@MCDERMOTTLAW.COM |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: DANIEL S. BLECK, ESQ | DSBLECK@MINTZ.COM |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: KAITLIN R. WALSH | KRWALSH@MINTZ.COM |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: KAITLIN R. WALSH, ESQ. | KRWALSH@MINTZ.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JEFFREY M. SPONDER | JEFFREY.M.SPONDER@USDOJ.GOV |
| RIKER DANZIG LLP | ATTN: JOSEPH L. SCHWARTZ, DANIEL A. BLOOM, JOHN D. STERN | JSCHWARTZ@RIKER.COM DBLOOM@RIKER.COM JSTERN@RIKER.COM |
| ROBINSON & COLE LLP | ATTN: EVAN M. LAZEROWITZ, BRYA M. KEILSON, RACHEL JAFFE MAUCERI | ELAZEROWITZ@RC.COM BKEILSON@RC.COM RMAUCERI@RC.COM |