UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MONTHLY FEE STATEMENT COVER SHEET**
**FOR THE PERIOD SEPTEMBER 1, 2026 THROUGH SEPTEMBER 30, 2026**

| | |
|---|---|
| In re SIMAD Holdings Ltd., *et al.*[1] | Applicant: FTI Consulting, Inc. |
| Case No. 26-16388 (CMG) | Client: Debtors and Debtors in Possession |
| Chapter 11 | Case Filed: June 4 and June 5, 2026 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED.

*/s/ Cynthia Romano* 10/29/2026
CYNTHIA ROMANO Date

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings, Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

**SECTION I**
**FEE SUMMARY**

Summary of Amounts Requested for the Period
September 1, 2026 through September 30, 2026 (the "**Compensation Period**")

| | |
|---|---|
| Fee Total | $2,081,882.50 |
| Disbursement Total | $5,208.53 |
| Total Fees Plus Disbursements | $2,087,091.03 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $7,316,060.06 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer Remaining: | $0.00 |
| Total Holdback: | $1,448,004.2 |
| Total Received by Applicant: | $5,868,055.86 |

| Professional[2] | Position | Team | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Christopher Creger | Senior Managing Director | Corporate Finance / Bankruptcy | 1,495 | 206.6 | $308,867.00 |
| Christopher Pizzo | Senior Managing Director | Corporate Finance / Bankruptcy | 1,495 | 83.0 | $124,085.00 |
| Cynthia Romano | Senior Managing Director | Corporate Finance / Bankruptcy | 1,495 | 7.9 | $11,810.50 |
| Edith Wong | Senior Managing Director | Forensic Accounting / Non-Bankruptcy | 1,460 | 5.1 | $7,446.00 |
| Joseph Spinella | Senior Managing Director | Corporate Finance / Bankruptcy | 1,580 | 0.9 | $1,422.00 |
| Joshua Beets | Managing Director | Corporate Finance / Bankruptcy | 1,195 | 186.3 | $222,628.50 |
| Julianna Fiorillo | Senior Director | Forensic Accounting / Non-Bankruptcy | 1,140 | 1.0 | $1,140.00 |
| Russell Laughlin | Senior Director | Corporate Finance / Bankruptcy | 1,100 | 209.8 | $230,780.00 |
| Vivek Ram | Senior Director | Corporate Finance / Bankruptcy | 1,055 | 184.4 | $194,542.00 |
| Constantino Kyprianou | Director | Technology | 350 | 1.2 | $420.00 |
| Jade Damas Calixto | Director | Forensic Accounting / Non-Bankruptcy | 985 | 20.0 | $19,700.00 |
| Mihai Cirstea | Director | Corporate Finance / Bankruptcy | 1,000 | 185.7 | $185,700.00 |
| David Lee | Senior Consultant | Corporate Finance / Bankruptcy | 715 | 172.5 | $123,337.50 |
| Evan Hudgins | Senior Consultant | Corporate Finance / Bankruptcy | 850 | 202.6 | $172,210.00 |
| Max Pidgeon | Senior Consultant | Corporate Finance / Bankruptcy | 850 | 199.9 | $169,915.00 |
| Reagan Jones | Senior Consultant | Corporate Finance / Bankruptcy | 785 | 208.2 | $163,437.00 |
| Finnley Collins | Consultant | Corporate Finance / Bankruptcy | 535 | 27.0 | $14,445.00 |
| John Flittner | Consultant | Corporate Finance / Bankruptcy | 535 | 18.9 | $10,111.50 |
| Kavi Bommakanti | Consultant | Corporate Finance / Bankruptcy | 595 | 206.5 | $122,867.50 |
| **SUBTOTAL** | | | | **2,127.5** | **$2,084,864.50** |
| | *Less: Professionals with Less than Five Billable Hours*[3] | | | *3.1* | *$2,982.00* |
| **GRAND TOTAL** | | | | **2,124.4** | **$2,081,882.50** |

2 The Fee Summary is sorted by FTI position and then alphabetically by professional name.

3 Professionals who billed fewer than five hours during the August period have been written off in their entirety. Accordingly, 3 professionals, representing 3.1 hours and $2,982.00 in fees, have been excluded from the amounts reflected herein.

## SECTION II
## SUMMARY OF SERVICES

| Task Category[4] | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Project Monitoring & Supervision | 8.2 | $12,109.00 |
| 3 | Asset Monetization/M&A/Refinancing | 454.9 | $411,182.50 |
| 7 | Prepare for and Attend Court Hearings | 9.5 | $12,672.50 |
| 12 | Monthly Operating Reports | 123.4 | $99,688.50 |
| 13 | SOFAs & SOALs | 2.6 | $1,859.00 |
| 14 | General Bankruptcy Reporting | 28.1 | $22,802.50 |
| 15 | Claims Management, Reconciliation and Resolution | 71.6 | $66,333.50 |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 522.0 | $579,419.00 |
| 17 | Litigation / Dispute Related | 24.5 | $24,375.00 |
| 19 | Billing/Staffing Reports | 116.1 | $93,412.50 |
| 21 | Bank Reporting/Lender Engagement | 254.2 | $250,681.50 |
| 27 | Treasury Management | 210.4 | $190,912.00 |
| 28 | Cash Forecasting | 206.3 | $218,040.00 |
| 29 | Vendor Management | 19.7 | $18,662.00 |
| 31 | UCC Diligence | 27.9 | $36,593.50 |
| 33 | Camp Director Support & Operational Oversight | 48.1 | $46,121.50 |
| | **SUBTOTAL** | **2,127.5** | **$2,084,864.50** |
| | *Less: Professionals with Less than Five Billable Hours* | *3.1* | *$2,982.00* |
| | **GRAND TOTAL** | **2,124.4** | **$2,081,882.50** |

[4] September Billing / Staffing Reports (19) includes work on July and August fee applications.

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Disbursement Type | Amount |
|---|---|
| Transportation | $915.11 |
| Other[5] | $200.00 |
| Working Meals | $4,093.42 |
| **Total** | **$5,208.53** |

[5] The "Other" disbursement category includes a purchased service for FTI technology related matters for $200.

## SECTION IV
## CASE HISTORY

(1) Date case filed: June 4 and June 5, 2026

(2) Chapter under which case commenced: Chapter 11

(3) Date of retention: July 14, 2026, *nunc pro tunc* to June 8, 2026. *See* **Exhibit A**.

If limit on number of hours or other limitations to retention, set forth: n/a

(4) The Applicant provides certain financial advisory and consulting services to the Debtors:[6]

(a) Services include the refinement and enhancement of the Debtors' thirteen (13)-week cash flow forecast, assisting the Debtors' with treasury management, tracking and reporting actual cash flow against the budget, preparation of first day motions, preparation of financial analyses and reports for distribution to lenders and other relevant constituents, and supporting the sale process.

(b) The Applicant rendered all other services set forth on the invoices attached hereto as **Exhibit B and C**.[7]

(5) Anticipated distribution to creditors:

(a) Administration expense: Unknown at this time.

(b) Secured creditors: Unknown at this time.

(c) Priority creditors: Unknown at this time.

(d) General unsecured creditors: Unknown at this time.

(6) Final disposition of case and percentage of dividend paid to creditors: Unknown at this time.

---

[6] The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Debtors and for the benefit of the estates; it is not intended to itemize each and every professional service which the Applicant performed.

[7] The invoices attached hereto as **Exhibit B and C** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

# Exhibit A

## Retention Order

| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota<br>Warren A. Usatine<br>David M. Bass<br>Felice R. Yudkin<br>Daniel J. Harris<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>dbass@coleschotz.com<br>fyudkin@coleschotz.com<br>dharris@coleschotz.com<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. |

**Order Filed on July 14, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter 11

Case No. 26-16388 (CMG)

(Jointly Administered)

**ORDER AUTHORIZING THE**
**EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC.**
**AS FINANCIAL ADVISOR EFFECTIVE AS OF JUNE 8, 2026**

The relief set forth on the following pages, numbered two (2) through nine (9), is **ORDERED.**

**DATED: July 14, 2026**



Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Court

1 A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

Upon the *SIMAD Debtors' Application for Entry of an Order Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor as of June 8, 2026* (the "Application"),[2] of the above-captioned debtors and debtors in possession (collectively, the "SIMAD Debtors"), for entry of an order (this "Order") (a) authorizing the SIMAD Debtors to employ and retain FTI Consulting, Inc. ("FTI") as the SIMAD Debtors' financial advisor as of June 8, 2026 in accordance with the terms and conditions set forth in two engagement letters between FTI and certain of the SIMAD Debtors (the "Engagement Letters") which are attached as **Exhibit 1** and **Exhibit 2** to this Order, pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and (b) approving the provisions of the Engagement Letters, including the compensation arrangements and indemnification and reimbursement provisions set forth therein, all as more fully set forth in the Application; and upon the First Day Declaration; and upon the Romano Declaration; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on June 6, 2025 (Bumb, C.J.); and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that sufficient cause exists for the relief set forth herein; and this Court having found that the SIMAD Debtors' notice of the Application was appropriate under the circumstances and no other notice need be provided; and

2 Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

this Court having reviewed the Application and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"), if any; and this Court being satisfied, based on the representations made in the Application and the Romano Declaration, that (a) FTI does not hold or represent an interest adverse to the SIMAD Debtors' estates and (b) FTI is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code as required by section 327(a) of the Bankruptcy Code; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

1. The Application is granted as set forth herein.

2. Any objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3. In accordance with sections 327(a) and 328 of the Bankruptcy Code, the SIMAD Debtors are hereby authorized to retain FTI as financial advisors to the SIMAD Debtors, effective as of June 8, 2026, on the terms set forth in the Engagement Letters, as modified by this Order.

4. The terms of the Engagement Letters, including, without limitation, the indemnification provisions, are approved in all respects, as modified by this Order.

5. Notwithstanding anything to the contrary contained herein or in the Application and/or Engagement Letters, FTI shall file interim and final fee applications for allowance of compensation and reimbursement of reasonable and documented out-of-pocket expenses pursuant to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules as may then be applicable,

| | |
|---|---|
| Debtors: | SIMAD HOLDINGS LTD., *et al*. |
| Case No. | 26-16388 (CMG) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR EFFECTIVE AS OF JUNE 8, 2026 |

the Local Rules, the Fee Guidelines, any interim compensation orders entered by this Court, and any amendments or mofidications thereto.

6. FTI is entitled to reimbursement of actual and necessary expenses. In the event that, during the pendency of these chapter 11 cases, FTI requests reimbursement for any attorneys' fees and/or expenses, the invoices and supporting time records from such attorneys shall be billed in one-tenth hour increments and shall be included in FTI's fee applications, and such invoices and time records shall be in compliance with the Local Rules, the U.S. Trustee Guidelines, and the standards of section 330 and 331 of the Bankruptcy Code, without regard to whether such attorney has been retained under section 327 of the Bankruptcy Code and without regard to whether such attorney's services satisfy section 330(a)(3)(C) of the Bankruptcy Code. Notwithstanding the foregoing, FTI shall only be reimbursed for any legal fees incurred in connection with these chapter 11 cases to the extent permitted under applicable law. All rights are reserved to permit objection to any request for reimbursement of expenses, including but not limited to any request for the reimbursement of legal fees of FTI's independent counsel. Notwithstanding anything in the Application, the Romano Declaration, or the Engagement Letters to the contrary, FTI shall not seek reimbursement from the SIMAD Debtors' estates for any fees incurred in defending any of FTI's fee applications in these chapter 11 cases.

7. The indemnification, contribution, and reimbursement provisions included in the Engagement Letters are approved, subject to the following:

> a) The indemnified Party shall not be entitled to indemnification, contribution, or reimbursement pursuant to the Indemnity Agreement for services, unless such services and the indemnification, contribution, or reimbursement therefore are approved by this Court.

---

b) Notwithstanding any provisions of the Engagement Letters to the contrary, the SIMAD Debtors shall have no obligation to indemnify the Indemnified Parties or provide contribution or reimbursement to an Indemnified Party for any claim or expense that is either: (i) judicially determined (the determination having become final and no longer subject to appeal) to have arisen from any Indemnified Party's willful misconduct, gross negligence, fraud, self-dealing, or bad faith; (ii) for a contractual dispute in which the SIMAD Debtors allege the breach of an Indemnified Party's obligations under the Engagement Letters unless this Court determines that indemnification, contribution, or reimbursement would be permissible pursuant to *In re United Artists Theatre Company, et al.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to the exclusions set forth in clauses (i) and (ii) above, but determined by this Court, after notice and a hearing to be a claim or expense for which an Indemnified Party should not receive indemnity, contribution, or reimbursement under the terms of the Engagement Letters, as modified by this Order;

c) if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, an Indemnified Party believes that it is entitled to the payment of any amounts by the SIMAD Debtors on account of the SIMAD Debtors' indemnification, contribution, and/or reimbursement obligations under the Engagement Letters (as modified by this Order), including, without limitation, the advancement of defense costs, the Indemnified Party or FTI must file an application therefore in this Court, and the SIMAD Debtors may not pay any such amounts to such Indemnified Party before the entry of an order by this Court approving the payment. This subparagraph (c) is intended only to specify the period of time during which the Court shall have jurisdiction over any request for indemnification, contribution, or reimbursement by an Indemnified Party, and is not a provision limiting the duration of the SIMAD Debtors' obligation to indemnify, or make contributions or reimbursement to, the Indemnified Party. All parties in interest shall retain the right to object to any demand by any Indemnified Party for indemnification, contribution, and/or reimbursement; and

d) any limitations of liability provisions in the Engagement Letters (including the Indemnification Agreement) are deemed to be of no force and effect with respect to the services to be provided pursuant to this Order.

8. Any limitations of liability provisions or limitation on amounts to be contributed provisions in the Application, Engagement Letters and the attachments to the Engagement Letters

including but not limited to section 6.2 of the Standard Terms & Conditions shall be eliminated during the pendency of these Chapter 11 Cases.

9. FTI will keep its time records in tenth-of-an-hour increments in accordance with Local Rule 2016-1 of this Court and shall otherwise comply with the requirements of that Local Rule, as well as Bankruptcy Rule 2016(a), and the Fee Guidelines.

10. FTI will only bill fifty percent (50%) for non-working travel.

11. Notwithstanding anything to the contrary contained in the Application, the Romano Declaration, the Engagement Letters or any other provision in this Order, FTI's interim and final applications for compensation and reimbursement of fees and actual expenses shall be subject to review under the reasonableness standard in section 330 of the Bankruptcy Code.

12. Notwithstanding anything in the Application to the contrary and for the avoidance of doubt, FTI will not be entitled to recover attorneys' fees or expenses for defending its fee applications in these chapter 11 cases.

13. Prior to applying any increases in its hourly rates, FTI shall provide ten (10) business days' notice of any such increases to the Debtor, the U.S. Trustee, and the Committee, and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

14. Notwithstanding anything in the Application, the Romano Declaration or the Engagement Letters to the contrary, to the extent FTI retains the services of independent

contractors or subcontractors (collectively, the "Contractors") in these chapter 11 cases to conduct certain of its investment banking services under the Engagement Letters in its stead and FTI seeks to pass through to the SIMAD Debtors, and requests to be reimbursed for, the fees and/or costs of the Contractors, FTI shall (a) pass through the fees of such Contractors to the SIMAD Debtors at the same rate that FTI pays the Contractors; (b) seek reimbursement for actual costs of the Contractors only; (c) ensure that the Contractors perform the conflicts check required by Bankruptcy Rule 2014 and file with the Court such disclosures as required by Bankruptcy Rule 2014; and (d) attach any such Contractor invoices to its monthly fee statements, interim fee applications and/or final fee applications filed in these chapter 11 cases.

15. None of the fees payable to FTI under the Engagement Letters shall constitute a "bonus" or fee enhancement under applicable law.

16. Notwithstanding anything in the Application to the contrary, FTI shall seek reimbursement from the SIMAD Debtors' estates for its engagement-related expenses at FTI's actual cost paid.

17. Section 5.1 of the Standard Terms & Conditions attached to the Engagement Letters is revised to reflect that termination will only be allowed upon entry of an Order by the Bankruptcy Court.

18. Such services other than set forth in the Application that the SIMAD Debtors may request that FTI provide during the course of these chapter 11 cases, and as agreed to by FTI, shall be subject to separate application and order of this Court.

19. Notwithstanding anything in the Application or the Engagement Letters to the

(Page 8)
Debtors: SIMAD HOLDINGS LTD., *et al*.
Case No. 26-16388 (CMG)
Caption of Order: ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR EFFECTIVE AS OF JUNE 8, 2026

---

contrary, FTI shall provide any and all monthly fee statements, interim fee applications, and final fee applications in searchable electronic format ("LEDES" or "Excel") to the U.S. Trustee.

20. The services that FTI will provide to the SIMAD Debtors will be appropriately directed by the SIMAD Debtors so as to avoid duplication of efforts among the other professionals retained in these chapter 11 cases and performed in accordance with applicable standards of the profession. FTI will work collaboratively with the SIMAD Debtors' management and other professionals to avoid duplication of services. The SIMAD Debtors believe that the services to be provided by FTI will complement and will not be duplicative of any services of the SIMAD Debtors' other professionals.

21. The relief granted herein shall be binding upon any chapter 11 trustee appointed in these chapter 11 cases, or upon any chapter 7 trustee appointed in the event of a subsequent conversion of these chapter 11 cases to cases under chapter 7.

22. To the extent there is any inconsistency between the terms of the Application, the Romano Declaration, and this Order, the terms of this Order shall govern.

23. The SIMAD Debtors and FTI are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application.

24. Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

25. Notwithstanding anything in the Application, the Romano Declaration, or the Engagement Letters to the contrary, the requirement for the SIMAD Debtors to pay interest if

payment is not received within thirty (30) days of invoice date at the rate of one and one half percent (1 ½ %) a month is null and void during the pendency of these chapter 11 cases.

26. The last paragraph of section 3 of the June 8, 2026 Engagement Letter is null and void during the pendency of these chapter 11 cases.

27. Notwithstanding anything in the Application, the Romano Declaration, or the Engagement Letters to the contrary, the requirement for the SIMAD Debtors to dispute invoices within either 20 or 30 days of receipt and to object to such invoices in that time period are null and void during the pendency of these bankruptcy cases.

28. Notwithstanding anything to the contrary in the Application, the Romano Declaration or the Engagement Letters, section 7.2 of the Standard Terms & Conditions shall be null and void during the pendency of these cases and this Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the Engagement Letters and this Order.

29. Notwithstanding anything to the contrary in the Application, the Romano Declaration or the Engagement Letters, this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of the Engagement Letters and this Order.

__**Exhibit 1**__

**Engagement Letter**

**PRIVATE & CONFIDENTIAL**

**June 8, 2026**

SIMAD HOLDINGS LTD.
50 Quality Street, #110357
Trumbull, Connecticut, 06611
Attn: Asaf Ravid
Email: aravid@circleinv.com

**Re: SIMAD HOLDINGS LTD. AND ITS JOINTLY ADMINISTERED DEBTORS**

Dear Asaf:

1. **Introduction**

This letter confirms that we, FTI Consulting, Inc. ("FTI"), have been retained by SIMAD Holdings Ltd. and its jointly administered debtors and debtors in possession (collectively, the "SIMAD Debtors," the "Company," or "Client") to provide certain financial advisory and consulting services (the "Services"). This letter of engagement (the "Engagement Letter") and the related Standard Terms and Conditions constitute the engagement contract (the "Engagement Contract") pursuant to which the Services will be provided (the provision of such Services, the "Engagement").

2. **Scope of Services**

The Services, to be performed at your direction, are expected to include the following:

- Refine the Company's existing 13-week cash flow forecast to incorporate enhanced receipts and disbursements forecasting, validate underlying assumptions, identify liquidity risks and timing gaps, and develop a reliable short-term liquidity management tool to support operational decision-making, stakeholder communications, and contingency planning.;

- Assist the Company in reviewing the Company's current business outlook and near-term business plan, including but not limited to business plan, requirements to keep operating, and opportunities, if any, for liquidity, profitability, and capital enhancement;

- Assist the Company in producing financial analyses for and reporting to existing or perspective lenders and other constituents, as requested;

- Advise the Company on strategies for developing and negotiating potential restructuring proposals with senior creditors, bondholders, and other key stakeholders, as applicable;

- Perform such other services and analyses relating to the Company that are or become required on behalf of and at the behest of the Company, and which are mutually agreed to in writing.

**Requirements of Filing for Bankruptcy Court Protection**
In connection with the Company's chapter 11 cases, FTI has been asked to:

- Develop a detailed approach to preparing the Company for one or more bankruptcy proceedings, some of which have already commenced, including any potential recognition of U.S. proceedings, if necessary. The preparation will be structured in the most cost effective and efficient manner possible suitable for the situation;

- Assist the Company in implementing such plan as requested by the Company;

- Prepare the necessary financial and operating information for the:
  - Preparation of bankruptcy petitions and related documents;
  - Assisting with developing accounting and operating procedures to segregate prepetition and post-petition business transactions;
  - Assisting in the development of a creditor matrix;
  - Developing training materials and assist in training Company personnel with respect to chapter 11 procedures;
  - Assisting in the identification of executory contracts and unexpired leases;
  - Preparation of the statements of financial affairs, schedules, monthly operating reports, and other regular reports required in such proceedings;
  - Assisting in the development of a Key Employee Incentive Plan and a Key Employee Retention Plan, if needed;
  - Compilation and analysis of the information necessary for "First Day" and "Second Day" motions and orders; and
  - Establish the necessary procedures and processes to allow for the timely satisfaction of court mandated reporting requirements;

**Requirements of Operating Under Bankruptcy Court Protection**

- Develop framework necessary to administer a comprehensive Chapter 11 claims process;

- Assist the Company to prepare for the most efficient and effective resolution of any potential court-based restructuring, whether implemented through a Chapter 11 plan, a section 363 sale, or any other structure;

- Attend meetings and assist in discussions with potential lenders, investors, creditors, committee(s), other parties in interest and/or professionals hired by the same, as requested by the Company;

- Assist the Company in negotiations with creditors, suppliers, lessors and other interested parties as appropriate;

- Assist the Company with the preparation and confirmation of a value optimizing Chapter 11 plan, and/or a sale of certain or substantially all the Company's assets pursuant to section 363 of the Bankruptcy Code;

- Upon written request and with agreement by FTI, advise on communications plans, externally and internally, including employees, suppliers, customers, and other constituencies;

- Render such other general business consulting or such other assistance as the Company's management or counsel may deem necessary that are consistent with the role of a financial advisor, not duplicative of services provided by other professionals in this proceeding and are mutually agreed to; and

- Assist the Company with any other customary services typical for an engagement of this type as may be mutually agreed to;

The Services may be performed by FTI or by any subsidiary or affiliate of FTI, as FTI shall determine. FTI may also provide Services through its or its subsidiaries' or affiliates' agents or independent contractors. References herein to FTI and its employees shall be deemed to apply also, unless the context shall otherwise indicate, to employees of each such subsidiary, each affiliate, and any such agents or independent contractors and their employees. For purposes of this Engagement Contract, the term "affiliate" shall mean and include any entity that directly or indirectly controls, is controlled by, or is under common control with a party, for as long as such relationship remains in effect. The term "control" means the possession of the power to direct or cause the direction of the management and policies of an entity, whether through ownership of voting securities, through contract, or otherwise.

The Services, as outlined above, are subject to change as mutually agreed between FTI and Client in writing.

FTI is engaged by Client to provide financial advisory and consulting services only. Accordingly, while FTI may from time to time suggest options which may be available to Client and further give FTI's professional evaluation of these options, the ultimate decision as to which, if any, of these options to implement rests with Client, its management, and board of directors. FTI and its employees will not make any management decisions for Client and will not be responsible for communicating information concerning Client to the public, Client's shareholders, or others.

As part of the Services, FTI may be requested to assist Client (and Client's counsel or other advisors) in negotiating with Client's creditors and equity holders and with other interested parties. In the event that FTI participates in such negotiations, the representations made and the positions advanced will be those of Client and its management, not FTI or its employees.

In connection with the pending chapter 11 cases, if FTI's retention is approved, FTI's role will include serving as principal bankruptcy financial advisors to the debtors and debtors in possession in those cases [under a general retainer], subject to court approval. FTI's role also will encompass all out-of-court planning and negotiations attendant to these tasks.

As usual, FTI's Engagement is to represent Client and not its individual directors, officers, employees, or shareholders. FTI, however, anticipates that FTI may provide information or advice to directors, officers, or employees in their corporate capacities over the course of the Engagement.

3. **Fees and Expenses**

Fees in connection with this Engagement will be based upon the time incurred providing the Services, multiplied by FTI's standard hourly rates, summarized as follows:

**United States**

| | Per Hour (USD) |
|---|---|
| Senior Managing Directors | \$1,270 – 1,580 |
| Directors / Senior Directors / Managing Directors | 940 – 1,195 |
| Consultants / Senior Consultants | 535 – 850 |
| Administrative / Paraprofessionals | 195 – 395 |

Hourly rates are generally revised periodically. To the extent this Engagement requires services of FTI's International divisions or personnel, the time will be multiplied by FTI's standard hourly rates applicable on International engagements. Note that FTI does not provide any assurance regarding the outcome of FTI's work, and FTI's fees will not be contingent on the results of such work.

All payments will be due upon receipt of the invoice. For Client's information and use, FTI's Taxpayer Identification Number is 52-1261113. If Client disputes any of the fees or expenses on a specific invoice, Client shall notify FTI within thirty (30) days of receipt of the invoice of such a dispute. If Client fails to notify FTI within the thirty (30) day period, Client shall have waived its right to dispute such invoice.

Without limiting FTI's other rights and remedies, if any payment is not paid by Client within thirty (30) days of the date of invoice, then interest shall accrue, from the thirty-first (31st) day until payment in full is received, at the rate of one and one half (1 ½ %) percent per month. Nothing herein shall be construed as extending the due date of payments to be made by Client under this Engagement Contract. In addition to any other remedies set forth above and any other remedies available at law, FTI reserves the right to suspend Services until payment is received on past-due invoices. It is FTI's normal practice to be paid in full for all work performed to date prior to issuance of a report, deposition testimony, and/or trial testimony. Client agrees to pay all court costs, attorney fees (whether or not contingent on collection from Client) and other expenses, which may be associated with the collection of unpaid invoices. Should Client require FTI to submit invoices via an electronic billing service, any associated fees incurred for these electronic billing services shall be billed directly to Client for reimbursement.

In addition to the fees outlined above, FTI will bill for reasonable direct expenses which are likely to be incurred on Client's behalf during this Engagement. Direct expenses include reasonable and customary out-of-pocket expenses which are billed directly to the Engagement such as certain telephone, overnight mail, messenger, travel, meals, accommodations, and other expenses specifically related to the Engagement. Further, if FTI and/or any of its employees are required to testify or provide evidence at or in connection with any judicial or administrative proceeding relating to this Engagement to which FTI is not a party, FTI will be compensated by Client at FTI's regular hourly rates and reimbursed for reasonable allocated and direct expenses (including counsel fees) with respect thereto. Client shall be responsible for all sales, use,

and excise taxes, and any other similar taxes, duties, and charges of any kind imposed by any federal, state, or local governmental entity on any amounts payable by Client hereunder.

**Additional Payment Terms**

Due to the pending chapter 11 cases, fees and expenses may not be paid without the express prior approval of the bankruptcy court. In most cases of this size and complexity, on request of a party in interest, the bankruptcy court permits the payment of interim fees during the case. Client agrees to file a motion in the bankruptcy court seeking the establishment of procedures for the payment of interim (monthly) fees and expenses during the case. If the bankruptcy court approves such a procedure, FTI will submit invoices on account against FTI's final fee. These interim invoices will be based on such percentage as the bankruptcy court allows of FTI's internal time charges and costs and expenses for the work performed during the relevant period and will constitute a request for an interim payment against the reasonable fee to be determined at the conclusion of FTI's Engagement.

Post-petition fees, charges, and disbursements will be due and payable immediately upon entry of an order containing such court approval or at such time thereafter as instructed by the bankruptcy court. Client understands that while the arrangement in this paragraph may be altered in whole or in part by the bankruptcy court, Client shall nevertheless remain liable for payment of court-approved post-petition fees and expenses. Such items are afforded administrative priority under Bankruptcy Code section 503(b)(1). Bankruptcy Code section 1129(a)(9)(A) provides that a plan cannot be confirmed unless these priority claims are paid in full in cash on the effective date of any plan (unless the holders of such claims agree to different treatment).

If a dispute develops about FTI's fees, Client may be entitled under Part 137 of the Rules of the Chief Administrator of the New York Courts to arbitration of that dispute if it involves more than $150,000.

4. **Terms and Conditions**

The attached Standard Terms and Conditions set forth the duties of each party with respect to the Services. Further, this Engagement Letter and the Standard Terms and Conditions attached comprise the entire Engagement Contract for the provision of the Services to the exclusion of any other express or implied terms, whether expressed orally or in writing, including any conditions, warranties, and representations, and shall supersede all previous proposals, pre-engagement confidentiality agreements, letters of engagement, undertakings, agreements, understandings, correspondence, and other communications, whether written or oral, regarding the Services.

5. **Conflicts of Interest**

FTI has undertaken a limited review of its records to determine FTI's professional relationships with Client and this Engagement. As Client may be aware, FTI is regularly retained by the administrative agent and/or other members of Client's lending group (or law firms retained by the administrative agent or lending group members). However, such representations are in matters unrelated to this Engagement.

From the results of such review, FTI was not made aware of any conflicts of interest or additional relationships that FTI believes would preclude FTI from performing the Services. However, as Client knows, FTI is a large consulting firm with numerous offices globally. FTI is regularly engaged by new

FTI CONSULTING

clients, which may include one or more parties with interests potentially adverse to Client. The FTI professionals providing Services hereunder will not accept an engagement that directly conflicts with this Engagement without Client's prior written consent.

6. **Acknowledgement and Acceptance**

Please acknowledge acceptance of the terms of this Engagement Contract by signing the confirmation below and returning a copy to us at the above address.

If you have any questions regarding this Engagement Letter or the attached Standard Terms and Conditions, please do not hesitate to contact Cynthia Romano at (617) 970-7383.

Sincerely,

**FTI CONSULTING, INC.**

By: ______________________
Cynthia Romano
Senior Managing Director

Attachment – As stated
Confirmation of Terms of Engagement

**Client agree to engage FTI Consulting, Inc. upon the terms of this Engagement Contract, which includes the attached Standard Terms and Conditions.**

**SIMAD HOLDINGS LTD.**

By: Asaf Ravid ______________________
Asaf Ravid
Chief Restructuring Officer

Date: 6.11.2026

FTI CONSULTING

| Contact Information of the person designated to receive & approve invoices: | |
|---|---|
| Name: | |
| Address: | |
| Phone: | |
| Email: | |
| AP Invoice Email (if applicable): | |
| **Invoice Processing Information** | |
| Please list any information required on the Invoice (i.e., Purchase Order #, Hours by Resource, Fees broken down by workstream, etc.) | |
| Require invoice submission via electronic billing system? | |
| If yes, please provide the necessary electronic billing system information (i.e., e-bill internet address): | |

FTI CONSULTING

**FTI CONSULTING, INC.**

**STANDARD TERMS AND CONDITIONS**

The following are the Standard Terms and Conditions on which FTI will provide the Services to as set forth within the attached Engagement Letter with SIMAD HOLDINGS LTD dated June 8, 2026. The Engagement Letter and the Standard Terms and Conditions (collectively the "Engagement Contract") form the entire agreement between us relating to the Services to the exclusion of any other express or implied terms, including any conditions, warranties, and representations, and shall supersede all previous proposals, pre-engagement confidentiality agreements, letters of engagement, undertakings, agreements, understandings, correspondence, and other communications, whether written or oral, regarding the Services. The headings and titles in the Engagement Contract are included to make it easier to read but do not form part of the Engagement Contract. Capitalized terms used but not defined shall have the meanings assigned in the Engagement Letter to which these Standard Terms and Conditions are attached.

**1. Reports and Advice**

1.1 **Use and purpose of advice and reports** – Any advice given or report issued by FTI is provided solely for Client's use and benefit and only in connection with the purpose for which the Services are rendered. Unless required by law, Client shall not provide any advice given or report issued by FTI to any third party, or refer to FTI or the Services, without FTI's prior written consent, which shall be conditioned on the execution of a third party release letter in the form provided by FTI and attached hereto as Schedule A. Notwithstanding the foregoing, Client may disclose any advice given or report issued by FTI to Client's affiliates and its and their respective directors, officers, employees, legal counsel, accountants, and auditors who have a need to know, and who are bound by written agreements and/or rules of professional conduct/ethics to maintain confidentiality. In no event, regardless of whether consent has been provided, shall FTI assume any responsibility to any third party to which any advice or report is disclosed or otherwise made available.

1.2 **Ownership** – If FTI is required to deliver, prepare or otherwise produce a written deliverable in connection with the Services, then Client will, conditioned upon FTI's actual receipt of payment for the Services rendered (and expenses incurred, if any) necessary to prepare and issue such deliverable, obtain ownership of such deliverable in its final form, subject to the restrictions on use or disclosure contained herein. To the extent that FTI uses any of its intellectual property ("FTI IP") in connection with the Services or any deliverable, then such FTI IP shall, at all times, remain the property of FTI. Client shall not acquire any ownership right or interest in FTI IP; provided, however, FTI grants to Client a perpetual, worldwide, irrevocable, limited license to use the FTI IP for the sole purpose for which such deliverable was prepared. FTI shall have all ownership and all rights to use and disclose its ideas, concepts, know-how, methods, techniques, processes and skills, and adaptations thereof in conducting FTI's business.

**2. Information and Assistance**

2.1 **Provision of information and assistance** – FTI's performance of the Services is dependent upon Client providing FTI with such information and assistance as FTI may reasonably require from time to time. FTI shall rely on such information without independent verification. If FTI's performance of its obligations under this Engagement Contract is prevented or delayed by any act or omission of Client or its agents,

subcontractors, consultants, or employees, FTI shall not be deemed in breach of its obligations under this Engagement Contract or otherwise liable for any damages sustained or incurred by Client, in each case, to the extent arising directly or indirectly from such prevention or delay.

2.2 **Punctual and accurate information** –Client shall use reasonable skill, care, and attention to ensure that all information FTI may reasonably require is provided on a timely basis and is accurate, complete, and relevant for the purpose for which it is required. Client shall also notify FTI if either party subsequently learns that any information provided is incorrect, inaccurate, or otherwise should not be relied upon.

2.3 **No assurance on financial data** – While FTI's work may include an analysis of financial and accounting data, the Services will not include an audit, compilation, or review of any kind of any financial statements or components thereof. Client management will be responsible for any and all financial information they provide to FTI during the course of this Engagement, and FTI will not examine, compile, or verify any such financial information. Moreover, the circumstances of the Engagement may cause FTI's advice to be limited in certain respects based upon, among other matters, the extent of sufficient and available data and the opportunity for supporting investigations in the time period. Accordingly, as part of this Engagement, FTI will not express any opinion or other form of assurance on the financial statements of Client or any other person.

2.4 **Prospective financial information** – In the event the Services involve prospective financial information, FTI's work will not constitute an examination or compilation, or apply agreed-upon procedures, in accordance with standards established by the American Institute of Certified Public Accountants or otherwise, and FTI will express no assurance of any kind on such information. There will usually be differences between estimated and actual results because events and circumstances frequently do not occur as expected, and those differences may be material. FTI will take no responsibility for the achievability of results or events projected or anticipated by Client's management.

**3. Additional Services**

3.1 **Responsibility for other parties** –Client shall be solely responsible for the work and fees of any other party engaged by Client to provide services in connection with the Engagement regardless of whether such party was introduced to Client by FTI. Except as provided in this Engagement Contract, FTI shall not be responsible for providing or reviewing the advice or services of any such third party, including advice as to legal, regulatory, accounting, or taxation matters. Further, FTI acknowledges that it is not authorized under this Engagement Contract to engage any third party to provide services or advice to Client, other than FTI's affiliates, agents, or independent contractors engaged to provide Services, without Client's written authorization.

**4. Confidentiality, Data Protection, Artificial Intelligence**

4.1 **Restrictions on confidential information** – All parties to this Engagement Contract agree that any confidential information received from the other parties shall only be used for the purposes of providing or receiving Services under this or any other contract between the parties. Except as provided below, no party will disclose the other party's confidential information to any third party without such party's consent. Confidential information shall not include information that:

4.1.1 is or becomes generally available to the public other than as a result of a breach of an obligation under this Clause 4.1;

4.1.2 is acquired from a third party who, to the recipient party's knowledge, owes no obligation of confidence in respect of the information; or

4.1.3 is or has been independently developed by the recipient.

4.2 **Disclosing confidential information –** Notwithstanding Clause 1.1 or 4.1 above, all parties will be entitled to disclose confidential information to a third party to the extent that this is required by valid legal process, provided that (and without breaching any legal or regulatory requirement) where reasonably practicable, not less than 2 business days' notice in writing is first given to the other party.

4.3 **Citation of Engagement** – Without prejudice to Clauses 4.1 and 4.2 above, Client hereby agrees that FTI shall be entitled to cite the performance of the Services hereunder to FTI's clients and prospective clients as an indication of FTI's experience and use Client's name and logo in connection with such disclosure, unless FTI and Client specifically agree otherwise in writing.

4.4 **Internal quality reviews** – Notwithstanding the above, FTI may disclose any information referred to in this Clause 4 to any other FTI entity or use it for internal quality reviews.

4.5 **Maintenance of workpapers** – Notwithstanding the above, FTI may keep one archival set of its working papers from the Engagement, including working papers containing or reflecting confidential information, in accordance with FTI's internal policies.

4.6 **Data protection -** In this paragraph, the terms "controller", "personal data", "processed", "processor", and "processing" shall have the meaning given to them, or any equivalent terms, in applicable data protection laws. FTI and Client will each act as separate and individual controllers in relation to any personal data processed by Client or FTI in connection with this Engagement Contract. FTI and Client will each comply with its own respective obligations under applicable data protection laws in relation to their processing of personal data under this Engagement Contract. Should the Services involve cross-border transfers of personal data, FTI and Client hereby enter into Module 1 of the EU Standard Contractual Clauses published by the European Commission and the UK Addendum to the EU Standard Contractual Clauses published by the ICO (where applicable) (together the "**Standard Contractual Clauses**"), with either Client or FTI acting as data exporter and either Client or FTI as data importer, as appropriate, in respect of any international transfer of personal data which would be prohibited by applicable data protection law in the absence of the Standard Contractual Clauses, in the form, manner, and version set out at https://ftitechnology.com/trust/cidta in effect as of the date of this Engagement Contract. Client acknowledges that FTI may appoint processors to process personal data on its behalf in connection with the Services. Such processors may be located overseas. Where required by applicable data protection law, FTI will enter into appropriate safeguards with these processors. Client and FTI agree that no "sale" (as that term is defined under applicable data protection laws) of personal data is intended as part of the Engagement Contract, and both parties will take steps to ensure no sale occurs. The parties agree that any provision of personal data by one party to another under the Engagement Contract is necessary to perform a business purpose and is not part of, and is explicitly excluded from, the exchange of consideration, or any other thing of value, between the parties.

4.7 **Artificial Intelligence** – In the course of providing the Services to Client, FTI may utilize artificial intelligence ("AI") technologies, including machine learning, large language models, and generative AI. The AI technologies utilized by FTI may be developed internally by FTI, developed for FTI, or otherwise contained within third-party software. FTI has developed a policy setting forth guidelines and principles for its personnel regarding the responsible and ethical development, deployment and use of AI technologies. Additionally, FTI requires that its suppliers' use of AI conforms with FTI's existing standards or requirements, including those regarding confidentiality, data protection and information security.

**5. Termination**

5.1 **Termination of Engagement with notice** – Either party may terminate the Engagement Contract for whatever reason upon written notice to the other party. Upon receipt of such notice, FTI will stop all work immediately. Client will be responsible for all fees and expenses incurred by FTI through the date the termination notice is received.

5.2 **Continuation of terms** – The terms of the Engagement that by their context are intended to be performed after termination or expiration of this Engagement Contract, including but not limited to, Clauses 3 and 4 of the Engagement Letter and Clauses 1.1, 4, 6, and 7 of these Standard Terms and Conditions, are intended to survive such termination or expiration and shall continue to bind all parties.

**6. Indemnification, Liability Limitation, and Other Matters**

6.1 **Indemnification** – Client agrees to indemnify and hold harmless FTI and any of its subsidiaries and affiliates, officers, directors, principals, shareholders, agents, independent contractors, and employees (collectively "Indemnified Persons") from and against any and all third party claims, for liabilities, damages, obligations, costs, and expenses (including reasonable attorneys' fees and expenses and costs of investigation) (collectively, "Losses") arising out of or relating to Client's retention of FTI, the execution and delivery of this Engagement Contract, the provision of Services, or other matters relating to or arising from this Engagement Contract, except to the extent that any such Losses shall have been determined by final non-appealable order of a court of competent jurisdiction to have resulted from the gross negligence or willful misconduct of the Indemnified Person or Persons in respect of whom such liability is asserted (an "Adverse Determination"). Client shall pay damages and expenses, including reasonable legal fees and disbursements of counsel as incurred in advance. FTI agrees that it will reimburse any amounts paid in advance to the extent they relate directly to an Adverse Determination.

6.2 **Limitation of liability** – Client agrees that no Indemnified Person shall be liable to Client or its respective successors, affiliates, or assigns, for damages in excess of the total amount of the fees paid to FTI under this Engagement Contract. Without limiting the generality of the foregoing, in no event shall any Indemnified Person be liable for consequential, indirect, or punitive damages, damages for lost profits or opportunities, or other like damages or claims of any kind. In the event that FTI agrees hereunder and/or in writing to accept liability to more than one party, the limit of FTI's liability set forth in this Section 6.2 shall be shared between the parties, and in no event shall FTI's aggregate liability exceed the total amount of the fees paid to FTI under this Engagement Contract.

**7. Governing Law, Jurisdiction, WAIVER OF JURY TRIAL, Compliance with Law, Notice, and Miscellaneous**

FTI CONSULTING

7.1 **Governing Law** – The Engagement Contract shall be governed by and interpreted in accordance with the laws of the State of New York, without giving effect to the choice of law provisions thereof.

7.2 **Jurisdiction; Service** – The United States District Court for the Southern District of New York and the appropriate Courts of the State of New York sitting in the Borough of Manhattan, City of New York shall have exclusive jurisdiction in relation to any claim, dispute, or difference concerning the Engagement Contract and any matter arising from it. The Bankruptcy Court having jurisdiction over Client's Bankruptcy case shall have exclusive jurisdiction in relation to any claim, dispute or difference concerning the Engagement Contract and any matter arising from it. The parties submit to the jurisdiction of such courts and irrevocably waive any right they may have to object to any action being brought in these courts, to claim that the action has been brought in an inconvenient forum or to claim that those courts do not have jurisdiction. Each party agrees that it may be served with legal process, including a summons and complaint, by a recognized overnight courier (e.g., Federal Express, UPS) and agrees to waive personal service of the same in any action or lawsuit. Service under this provision may be directed to each party's notice address as provided in Section 7.5. The notice address shall be deemed valid unless updated or changed by written notice.

7.3 **WAIVER OF JURY TRIAL** – TO FACILITATE JUDICIAL RESOLUTION AND SAVE TIME AND EXPENSE, CLIENT, AND FTI IRREVOCABLY AND UNCONDITIONALLY AGREE TO WAIVE A TRIAL BY JURY IN ANY ACTION, PROCEEDING, OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THE SERVICES OR THIS ENGAGEMENT CONTRACT.

7.4 **Compliance with Laws –** Each of FTI and Client agrees that it will comply with all anti-corruption, anti-money laundering, anti-bribery, and other economic sanctions laws and regulations of the United States, United Kingdom, European Union, and United Nations (collectively, the "ABC/AML/Sanction Laws") in connection with this Engagement. Client further agrees that it shall not, and it shall procure its employees not to, pay or cause other person(s) to pay FTI using any funds that would result in a violation of any of the ABC/AML/Sanction Laws by either Client or FTI, or otherwise take any action that would result in a violation of any of the ABC/AML/Sanction Laws by either Client or FTI. Each of FTI and Client shall promptly notify the other party in the event of any violation or failure to comply with ABC/AML/Sanction Laws in connection with this Engagement, or allegations relating thereto, by such party or its directors, officers, employees, or agents.

7.5 **Notice –** All notices, requests, consents, claims, demands, waivers, and other formal communications under this Engagement Contract shall be in writing and shall be deemed to have been given (a) when delivered by hand, (b) when received by the addressee, if sent by a nationally recognized overnight courier (evidence of receipt requested), (c) on the date sent by email if sent during normal business hours of the recipient, and on the next business day if sent after normal business hours of the recipient (in each case, if successfully transmitted and with a copy sent via one of the other methods of delivery specified in this paragraph), or (d) upon delivery, if mailed by certified or registered mail, return receipt requested, postage prepaid. Such communications must be sent to the respective parties at the addresses indicated below, or at such other address for a party as shall be specified in a notice given in accordance with this paragraph:

If to FTI: FTI Consulting, Inc.
555 12th Street NW, Suite 700
Washington, D.C., 20004
Attn: Legal Department

Email: LegalNotices@fticonsulting.com

If to Client: SIMAD HOLDINGS LTD.
50 Quality Street, #110357
Trumbull, Connecticut, 06611
Attn: Asaf Ravid
Email: aravid@circleinv.com

7.6 **Miscellaneous** – Client shall not assign any of its rights or delegate any of its obligations under this Engagement Contract without the prior written consent of FTI. Any purported assignment or delegation in violation of this provision is null and void. No assignment or delegation relieves Client of any of its obligations under this Engagement Contract. This Engagement Contract represents the entire understanding of the parties hereto and supersedes any and all other prior agreements among the parties regarding the subject matter hereof; shall be binding upon and inure to the benefit of the parties and their respective heirs, representatives, successors, and permitted assigns; may be executed and sent electronically (followed by originals sent via regular mail if requested by a party), and in two or more counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument; and may not be waived, modified or amended unless in writing and signed by a representative of Client and FTI. The provisions of this Engagement Contract shall be severable. No failure to delay in exercising any right, power or privilege related hereto, or any single or partial exercise thereof, shall operate as a waiver thereof. This Engagement Contract is for the sole benefit of the parties hereto and their respective successors and permitted assigns, and nothing herein, express or implied, is intended to or shall confer upon any other person or entity any legal or equitable right, benefit, or remedy of any nature whatsoever under or by reason hereof.

FTI CONSULTING

**SCHEDULE A**

**FTI STANDARD RELEASE LETTER**

[Date]

[Third Party Name]
[Address]
[City, State Zip]

To whom it may concern.

Pursuant to that engagement letter dated _____ __, 202_ (the “Engagement Letter”) between FTI Consulting, Inc. (“FTI”) and _________ (“Client”), FTI has been engaged to perform certain services solely for Client (the “Services”) in connection with ____________________________.

Client has requested that FTI provide [name of recipient] (the “Recipient”) access to the report of its findings dated [date] and including any subsequent revisions, updates, or addendums thereto (together, the “Report”). Recipient acknowledges that this Report was prepared at the direction of Client, was performed exclusively for Client’s sole benefit and use, may not include all procedures deemed necessary for the purposes of Recipient, and that certain findings and information may have been communicated to Client that are not reflected in the Report. Recipient further acknowledges that (a) the Report is being provided for informational purposes only; (b) the Report shall not constitute, either expressly or impliedly, any representation or affirmation by FTI as to the accuracy, completeness, and/or fairness of presentation of the Report or any statements or information contained therein; and (c) Recipient will make any decisions based on its own investigation, due diligence, and analysis, independent of, and without reliance on or reference to, the contents of the Report or any other opinions or conclusions of FTI.

In consideration of FTI allowing Recipient access to the Report and, if requested by Recipient, discussing the Report, Recipient agrees that it does not acquire any rights as a result of such access that it would not otherwise have had and acknowledges that FTI does not assume any duties or obligations to Recipient in connection with such access.

Recipient agrees to release FTI and its personnel from any claims or causes of action by Recipient that arise as a result of FTI permitting Recipient access to the Report. Recipient agrees not to sue or participate in any way (except as required by a validly issued court order or subpoena) in any legal proceeding, dispute, or cause of action against FTI arising out of or relating to the Report, including any claim that Recipient has in any way relied upon the Report. Recipient acknowledges that FTI does not owe or accept a duty to Recipient, whether in contract or in tort, or however otherwise arising.

Further, Recipient agrees not to disclose or distribute the Report, or any other information received orally or in writing from FTI, to any other parties without FTI’s prior written consent. Notwithstanding the foregoing, Recipient may disclose the Report (a) to its Affiliates and its and their respective directors, officers, and employees, (the “Representatives”) who have a need to receive the Report in connection with the purpose for which the Report is being provided to Recipient and solely for informational purposes, (b) to its legal counsel, accountants, and auditors

who are bound by written agreements and/or rules of professional conduct/ethics to maintain the Report as confidential ("Professional Advisors"), (c) to its advisors (including but not limited to financial advisors), consultants, lenders, and/or potential investors, provided that, before any disclosure of the Report, each advisor, consultant, lender, and/or potential investor executes its own release letter with FTI with terms no less restrictive than those contained herein, provided, further that Recipient remains responsible for any breach of this letter agreement by its Representatives or Professional Advisors. Recipient may also disclose the Report as required by any applicable law, or by order or ruling of any competent judicial, governmental, regulatory, or supervisory body, provided, to the extent legally permissible, Recipient provides FTI with written notice promptly upon becoming aware of such obligation and reasonably cooperates with FTI, at FTI's expense, in FTI's efforts to obtain a protective order and/or limit the scope of such disclosure. Notwithstanding the foregoing, no notice is required regarding any disclosure of any information to a regulator or governmental agency having jurisdiction over Recipient or its Affiliates in the course of such regulator's or governmental agency's routine examination, reporting, audit, or inspection not targeting the Report or the Services. For purposes of this letter agreement, the term "Affiliate" shall mean and include any entity that directly or indirectly controls, is controlled by, or is under common control with Recipient, for as long as such relationship remains in effect. The term "control" means the possession of the power to direct or cause the direction of the management and policies of an entity, whether through ownership of voting securities, through contract, or otherwise.

Recipient's obligations hereunder do not prohibit Recipient from disclosing, without attribution or reference in any matter to FTI or the Report, any information that: (a) is or becomes publicly available other than by a breach of this letter agreement; (b) is or becomes available to Recipient from a third party who is known by Recipient to not be prohibited from disclosing such information by a contractual or legal obligation; (c) is known to Recipient prior to the date of this letter agreement; or (d) that Recipient develops independently without the use of or reliance on the Report. FTI is not authorized to and does not waive any other non-use or non-disclosure obligations which may apply to Client's or any other party's information that may be subject to confidentiality agreements.

This letter agreement constitutes the entire agreement between the parties regarding the subject matter hereof and shall be governed by the laws of the State of New York, without giving effect to the choice of law provisions thereof.

Please confirm Recipient's agreement with the foregoing by signing and dating a copy of this letter and returning it to FTI.

Sincerely,

__________________________________

Cynthia Romano
Senior Managing Director
FTI Consulting, Inc.

Acknowledged, accepted, and agreed:

[ENTER RECIPIENT NAME]

By: __________________________________

(Name of Company official)

# <u>Exhibit 2</u>

## Engagement Letter

FTI CONSULTING

June 18, 2026

Philip A. Selden
Cole Schotz P.C.
1875 K Street NW, Suite 475
Washington, D.C. 20006

Asaf Ravid
SIMAD Holdings LTD
50 Quality Street, #110357
Trumball, CT 06611

**Re: *SIMAD Holdings LTD Forensic Analysis***

Dear Philip:

This letter will confirm the retention of FTI Consulting, Inc. a (“FTI”) by Cole Schotz P.C. (“Counsel”), in connection with its representation of SIMAD Holdings LTD (“Client”) in the above referenced matter (the “Engagement”) and incorporates by reference our June 8, 2026 engagement letter. FTI will work under the direction of Counsel in this matter.

The services, to be performed at your direction, are expected to include the following:

**Funds-Tracing Exercise**

- Trace the flow of funds through accounts owned by the Client to DAMIS Holdings LTD, or affiliates, including the initial receipt of bond proceeds and all outgoing transfers.
- For each transaction, record the date, amount, originating account, receiving party, and any available description or reference information.
- Prepare schedules and flow charts that illustrate the movement of bond proceeds from issuance through downstream transfers during selected periods, including the chronology of significant transfers.

**Bank Reconciliations**

- Establish an accurate and complete picture of cash activity and balances across the Clients accounts for selected periods.
- For each account, obtain and reconcile bank statements against the Client’s internal books and records, identify and document reconciling items, and flag any unreconciled variances for further review.

The services may be performed by FTI or by any subsidiary or Affiliate of FTI, as FTI shall determine. FTI may also provide services through its or its subsidiaries’ or Affiliates’ agents or independent contractors. References herein to FTI and its employees shall be deemed to apply also, unless the context shall otherwise indicate, to employees of each such subsidiary, Affiliate, and to any such agents or independent contractors and their employees. For purposes of this Engagement Contract, the term “Affiliate” shall

mean and include any entity that directly or indirectly controls, is controlled by, or is under common control with a party, for as long as such relationship remains in effect. The term "control" means the possession of the power to direct or cause the direction of the management and policies of an entity, whether through ownership of voting securities, through contract or otherwise.

All professional conclusions will be those of the FTI professionals working on this matter. Counsel and the Client will make available to FTI the documents necessary for FTI to complete the analysis. Should FTI determine that additional documents are necessary, FTI will make all requests for such records through Counsel.

I will maintain overall administrative responsibility for the Engagement, including billing and client relations. I will be actively involved in the performance of the Engagement and will use such other staff for assistance as deemed necessary. FTI's work will be billed at hourly rates applied to productive hours engaged in providing service and out-of-pocket expenses. Hourly rates are based upon the experience and skills of the personnel involved.

The current hourly rates by professional level are the following ranges:

| | |
|---|---|
| Senior Managing Directors | $1,270-1,580 |
| Directors / Senior Directors/Managing Directors | 940-1,195 |
| Consultants / Senior Consultants | 535-850 |
| Administrative / Paraprofessionals | 195-395 |

FTI understands that Client will be solely responsible for payment of its fees and expenses. As such, FTI will submit invoices for its fees and expenses incurred in connection with this Engagement directly to the Client, with a copy sent to Counsel. The parties acknowledge and agree that the attorney-client privilege between Counsel and FTI shall remain notwithstanding the fact that Client is billed directly for services provided under this Engagement. The name and address of the Client designee to receive and approve FTI's invoice is indicated on the signature page of this letter.

Certain of our services may be subject to sales taxes when oral or written reports are delivered by us in a state that levies sales tax on fees for investigative services. Where divisible, fees for services that are taxable will be detailed separately from non-taxable services.

FTI will be actively reviewing documents and talking with Counsel to develop an understanding of the issues and supporting materials that have been collected to date. After this initial review, FTI will be able to prepare an estimate of the required work effort and associated fees. The nature of FTI's work will require that the estimate be flexible, but FTI will discuss in advance with Counsel any substantial variances.

A copy of FTI's standard terms and conditions, which Counsel and Client accept and hereby agree to, is attached, and together with this letter of engagement, constitute the "Engagement Contract." The Engagement Contract comprises the entire agreement relating to the subject matter hereof, to the exclusion of any other express or implied terms, including any conditions, warranties and representations, and shall supersede all previous proposals, pre-engagement confidentiality agreements, letters of

engagement, undertakings, agreements, understandings, correspondence and other communications, whether written or oral, regarding the subject matter hereof.

Counsel and the Client acknowledge their respective agreement with this Engagement Contract as evidenced by their signatures below. In the event only Counsel is executing on behalf of its Client, Counsel represents and warrants that Client has been notified of the terms of this Engagement Contract, agrees to be bound hereby and has authorized Counsel to enter into this Engagement Contract on Client's behalf. Please return to FTI the signed copy of this Engagement Contract. FTI will not be able to begin work until it has received an executed Engagement Contract. If this Engagement Contract is not executed by Counsel and/or Client and returned to FTI within ten days of the date of this letter, the offer to provide services is revoked and this Engagement Contract shall be deemed null and void.

Very truly yours,

FTI CONSULTING, INC.

By: ________________________________
Jay Spinella
Senior Managing Director

Accepted by: Cole Schotz P.C.

By: ________________________________
Print Name: Philip Selden
Title: ________________________________
Date: 6/25/26
Email: pselden@coleschotz.com

Accepted by: SIMAD Holdings LTD
By: ________________________________
Print Name: Asaf Ravid
Title: CRO
Date: 06/25/2026
Email: aravid@circleinv.com

Name and Address of person designated to receive and approve invoices related to this Engagement:

Name: Asaf Ravid

Address: ____________________

____________________

Phone: 347-962-0701

Email: aravid@circleinv.com

**FTI policy requires that we have contact information on file for the party ultimately responsible for payment (Client) to FTI. If this person is different than the person designated above to receive and approve invoices, please complete:**

Name: ____________________

Address: ____________________

____________________

Phone: ____________________

Email: ____________________

**Does Client require invoices to be submitted via an electronic billing system? Yes:____ No:____**

*If yes, which billing system*? __________________________

| **Contact Information of the person designated to receive & approve invoices:** | |
|---|---|
| Name: | |
| Address: | |
| Phone: | |
| Email: | |
| AP Invoice Email (if applicable): | |
| **Invoice Processing Information** | |
| Please list any information required on the Invoice (i.e., Purchase Order #, Hours by Resource, Fees broken down by workstream, etc) | |
| Require invoice submission via electronic billing system? | |
| If yes, please provide the necessary electronic billing system information (i.e., e-bill internet address): | |

**FTI STANDARD TERMS AND CONDITIONS**

FEES; PAYMENT TERMS

FTI's rates are subject to adjustment from time to time and at least annually effective October 1. FTI will advise Client and Counsel immediately if a rate adjustment is being made. Further, if any work needs to be performed by FTI personnel in our international offices, such work will be billed at the rates set forth for the specific international office.

FTI will bill for reimbursement of reasonable and customary out-of-pocket expenses that are directly incurred on the Engagement, such as messenger, travel, meals, accommodations, computing resources, and other expenses specifically related to the Engagement. Client shall be responsible for all sales, use, and excise taxes, and any other similar taxes, duties, and charges of any kind imposed by any federal, state, or local governmental entity on any amounts payable by Client hereunder. Further, if FTI and/or any of its employees are required to testify or provide evidence at or in connection with any judicial or administrative proceeding relating to this Engagement to which FTI is not a party, Client will compensate FTI at its hourly rates and reimburse FTI for reasonable direct and allocated expenses (including counsel fees) with respect thereto.

All payments will be due upon receipt of the invoice. For your information and use, FTI's Taxpayer Identification Number is 52-1261113. In the event Client disputes any of the fees or expenses on a specific invoice, the Client shall notify FTI within twenty (20) days of receipt of the invoice of such a dispute. If Client fails to notify FTI within the twenty (20) day period, the Client shall have waived its right to dispute such invoice.

Without limiting FTI's other rights and remedies, in the event any payment is not paid by Client within thirty (30) days of the date of invoice, then interest shall accrue, from the thirty-first (31st) day until payment in full is received, at the rate of one and one half (1 ½ %) percent per month. Nothing herein shall be construed as extending the due date of payments to be made by Client under this Engagement Contract. In addition to any other remedies set forth above, and any other remedies available at law, FTI reserves the right to halt further services until payment is received on past-due invoices. It is FTI's normal practice to be paid in full for all work performed to date prior to issuance of a report, deposition testimony and/or trial testimony. Client agrees to pay all court costs, attorney fees (whether or not contingent on collection from Client) and other expenses which may be associated with the collection of unpaid invoices.

All payments under this Engagement Contract shall be made in cleared funds, without any deduction or set-off and free and clear of and without deduction for or on account of any taxes, levies, imports, duties, charges, fees and withholdings of any nature now or hereafter imposed by any governmental, fiscal or other authority. If Client is compelled to make any such deduction or such deduction is imposed by any governmental, fiscal or other authority, Client will pay to FTI such additional amounts as are necessary to ensure receipt by FTI of the full amount which FTI would have received but for the deduction.

FTI's fees and expenses are not contingent upon the final results, nor does it guarantee any result or resolution in connection with this Engagement. FTI will meet with Counsel regularly to discuss the ongoing work and associated fees and FTI will rely on Counsel to communicate these items to the Client.

CONFLICTS OF INTEREST

FTI is a global firm and, through its practice groups and Affiliates, provides a variety of services to third parties on a non-exclusive basis including by way of example and not limitation, Forensic and Litigation Consulting, Technology Services, Corporate Finance/Restructuring, Economic Consulting and Strategic Communications. Other professionals of FTI may be engaged by parties with interests that are adverse to and may not be consistent with the interests of Counsel and Client. During the pendency of this Engagement, the FTI professionals providing services hereunder will not provide services in this matter to a party that is adverse to Client in this matter.

CONFIDENTIALITY

The parties hereto agree that any confidential information received from the other party shall only be used for the purposes of providing or receiving services under this Engagement Contract. Except as provided below, neither party will disclose the other party's confidential information to any third party without the other party's consent. FTI understands that the confidential information, as well as its work product and files may become subject to discovery; however, until such materials are sought by subpoena or other process, they will be maintained by FTI as confidential. It is agreed that those materials and all other working papers and other documents prepared by FTI pursuant to this Engagement will be maintained as confidential materials and will not be disclosed to third parties without Counsel's consent, except as may be required by law, regulation, or judicial or administrative process. Unless prohibited by law, FTI agrees to notify Counsel promptly of any of the following events: (a) a request by anyone to examine, inspect, or copy such documents or records; or (b) any attempt to serve, or the actual service of, any court order, subpoena, or summons upon FTI that requires the production of such documents or records. Confidential information shall not include information that is or becomes generally available to the public other than as a result of a breach of a non-disclosure obligation hereunder, is acquired from a third party who, to the recipient party's knowledge, owes no obligation of confidence in respect of the information, or is or has been independently developed by the recipient. Without prejudice to the above, the Client hereby agrees that FTI shall be entitled to cite the performance of the services hereunder to its clients and prospective clients as an indication of FTI's experience and use the Client's name and logo in association with such disclosure, unless FTI and the Client specifically agree otherwise in writing.

WORK PRODUCT; OWNERSHIP OF DELIVERABLES

Any deliverable or other advice given or report issued by FTI is provided solely for Client's use and benefit and only in connection with the purposes in which the services hereunder are provided, including but not limited to all Permitted Disclosures (defined below). Except for Permitted Disclosures (defined below), Client shall not provide any deliverable or other advice given or report issued by FTI to any third party, or refer to FTI or its services, without FTI's prior written consent, which consent shall not be unreasonably withheld or delayed but may be conditioned on the recipient executing a third party release letter in the form provided by FTI. "Permitted Disclosures" means any disclosure that is (a) required by law or legal process or is made in connection with the services or the related investigation, including disclosures in connection with related investigations, remediation, dispute or litigation; or (b) made to Client's Affiliates and its and their respective directors, officers, employees, legal counsel, accountants and auditors who have a need to know, and who are bound by written agreements and/or rules of professional conduct/ethics to maintain confidentiality. In no event shall FTI assume any responsibility to any third party to which any deliverable, advice or report is disclosed or otherwise made available.

If FTI is required to deliver, prepare or otherwise produce a written deliverable in connection with the services, then Client will, conditioned upon FTI's actual receipt of payment for the services rendered (and expenses incurred, if any) necessary to prepare and issue such deliverable, obtain ownership of such deliverable in its final form, subject to the restrictions on use or disclosure contained herein. To the extent that FTI uses any of its intellectual property ("FTI IP") in connection with the Services or any deliverable, then such FTI IP shall, at all times, remain the property of FTI. Client shall not acquire any ownership right or interest in FTI IP; provided, however, FTI grants to Client a perpetual, worldwide, irrevocable, limited license to use the FTI IP for the sole purpose for which such deliverable was prepared. FTI shall have all ownership and all rights to use and disclose its ideas, concepts, know-how, methods, techniques, processes and skills, and adaptations thereof in conducting FTI's business.

INFORMATION AND ASSISTANCE

While FTI's work may include an analysis of financial and accounting data, the services will not include an audit, compilation or review of any kind of any financial statements or components thereof. Client management will be responsible for any and all financial information they provide to FTI during the course of this Engagement, and FTI will not examine or compile or verify any such financial information. Moreover, the circumstances of the Engagement may cause FTI's advice to be limited in certain respects based upon, among other matters, the extent of sufficient and available data and the opportunity for supporting investigations in the time period. Accordingly, as part of this Engagement, FTI will not express any opinion or other form of assurance on financial statements of the Client.

In the event the services involve prospective financial information, FTI's work will not constitute an examination or compilation, or apply agreed-upon procedures, in accordance with standards established by the American Institute of Certified Public Accountants or otherwise, and FTI will express no assurance of any kind on such information. There will usually be differences between estimated and actual results, because events and circumstances frequently do not occur as expected, and those differences may be material. FTI will take no responsibility for the achievability of results or events projected or anticipated by the management of the Client.

PERSONAL DATA; DATA PROTECTION; ARTIFICIAL INTELLIGENCE

The Client shall notify FTI in writing if Client delivers to FTI any personally identifiable information or equivalent and the Client shall instruct FTI in writing if any additional measures (i.e. data transfer protections) are required. Upon written notice to the Client, FTI will, at its option, degauss, destroy or return to the Client all original materials provided by the Client and/or Counsel to FTI, and all materials created by FTI specifically for the Client as a result of an engagement; provided, however, that with respect to back-up media, such materials will be overwritten, degaussed or destroyed, subject to FTI's normal schedule for overwriting and destruction, as the case may be.

In this paragraph, the terms "controller", "personal data", "processed", "processor", "processing" shall have the meaning given to them, or any equivalent terms, in applicable data protection laws. FTI and the Client will each act as separate and individual controllers in relation to any personal data processed by the Client or FTI in connection with this Engagement Contract. FTI and the Client will each comply with its own respective obligations under applicable data protection laws in relation to their processing of personal data under this Engagement Contract. Should the services involve cross border transfers of personal data, FTI and the Client hereby enter into Module 1 of the EU Standard Contractual Clauses

published by the European Commission and the UK Addendum to the EU Standard Contractual Clauses published by the ICO (where applicable) (together the ("Standard Contractual Clauses")), with either the Client or FTI acting as data exporter and either the Client or FTI as data importer, as appropriate), in respect of any international transfer of personal data which would be prohibited by applicable data protection law in the absence of the Standard Contractual Clauses, in the form, manner, and version set out at https://ftitechnology.com/trust/cidta, in effect as of the date of this Engagement Contract. The Client acknowledges that FTI may appoint processors to process personal data on its behalf in connection with the services. Such processors may be located overseas. Where required by applicable data protection law, FTI will enter into appropriate safeguards with these processors. Client and FTI agree that no "sale" (as that term is defined under applicable data protection laws) of personal data is intended as part of the Engagement Contract, and both parties will take steps to ensure no sale occurs. The parties agree that any provision of personal data by one party to another under the Engagement Contract is necessary to perform a business purpose and is not part of, and explicitly excluded from, the exchange of consideration, or any other thing of value, between the parties.

In the course of providing the services to Counsel and Client, FTI may utilize artificial intelligence ("AI") technologies, including machine learning, large language models, and generative AI. The AI technologies utilized by FTI may be developed internally by FTI, developed for FTI, or otherwise contained within third-party software. FTI has developed a policy setting forth guidelines and principles for its personnel regarding the responsible and ethical development, deployment and use of AI technologies. Additionally, FTI requires that its suppliers' use of AI conforms with FTI's existing standards or requirements, including those regarding confidentiality, data protection and information security.

LIABILITY AND INDEMNITY

Client and Counsel agree that FTI shall not be liable under this Engagement Contract to the Client, Counsel, or their respective successors, assigns or Affiliates for damages in excess of the total amount of the fees paid to FTI under this Engagement Contract. In no event shall FTI be liable for punitive or consequential damages of any kind. In the event that FTI agrees hereunder and/or in writing to accept liability to more than one party, the limit of FTI's liability set forth in this paragraph shall be shared between the parties, and in no event shall FTI's aggregate liability exceed the total amount of the fees paid to FTI under this Engagement Contract. The Client shall indemnify FTI, and hold FTI harmless against any and all claims by third parties for losses, damages or liabilities, including reasonable attorneys' fees and expenses ("Losses"), arising in any manner out of or in connection with this Engagement, unless it is finally judicially determined that such Losses resulted from the gross negligence or willful misconduct of FTI. The terms of this paragraph shall survive the termination of this Engagement Contract and shall apply to any controlling person, director, officer, employee or affiliate of FTI.

MISCELLANEOUS

The Engagement Contract shall be governed by and interpreted in accordance with the laws of the State of New York, without giving effect to the choice of law provisions thereof.

The United States District Court for the Southern District of New York and the appropriate Courts of the State of New York sitting in the Borough of Manhattan, New York City, shall have exclusive jurisdiction in relation to any claim, dispute or difference concerning the Engagement and any matter arising from it. The parties submit to the jurisdiction of such Courts and irrevocably waive any right they may have to object to any action being brought in these Courts, to claim that the action has been brought in an

inconvenient forum or to claim that those Courts do not have jurisdiction. In the event that differences concerning the services or other matters arising hereunder should arise that are not resolved by mutual agreement, to facilitate judicial resolution and save time and expense, Counsel, the Client and FTI irrevocably and unconditionally agree to waive a trial by jury in any action, proceeding or counterclaim arising out of or relating to the Engagement Contract.

Each party agrees that it may be served with legal process, including a summons and complaint, by recognized overnight courier (e.g. Federal Express, UPS) and agrees to waive personal service of the same in any action or lawsuit. Service under this provision may be directed to each party's notice address as provided herein. The notice address shall be deemed valid unless updated or changed by written notice.

Each of FTI and the Client agrees that it will comply with all anti-corruption, anti-money laundering, anti-bribery and other economic sanctions laws and regulations of the United States, United Kingdom, European Union and United Nations (collectively, the "ABC/AML/Sanction Laws") in connection with this Engagement. The Client further agrees that it shall not, and it shall procure its employees not to, pay or cause other person(s) to pay FTI using any funds that would result in a violation of any of the ABC/AML/Sanction Laws by either Client or FTI, or otherwise take any action that would result in a violation of any of the ABC/AML/Sanction Laws by either Client or FTI. Each of FTI and the Client shall promptly notify the other in the event of any violation or failure to comply with ABC/AML/Sanction Laws in connection with this Engagement, or allegations relating thereto, by such party or its directors, officers, employees or agents.

All notices, requests, consents, claims, demands, waivers and other formal communications under this Engagement Contract shall be in writing and shall be deemed to have been given (a) when delivered by hand, (b) when received by the addressee, if sent by a nationally recognized overnight courier (evidence of receipt requested), (c) on the date sent by email if sent during normal business hours of the recipient, and on the next business day if sent after normal business hours of the recipient (in each case, if successfully transmitted and with a copy sent via one of the other methods of delivery specified in this paragraph), or (d) upon delivery, if mailed by certified or registered mail, return receipt requested, postage prepaid. Such communications must be sent to the respective parties at the addresses indicated below, or at such other address for a party as shall be specified in a notice given in accordance with this paragraph:

If to FTI: FTI Consulting, Inc.
555 12th Street NW, Suite 700
Washington, D.C., 20004
Attn: Legal Department
Email: LegalNotices@fticonsulting.com

**Confidential Information of FTI Consulting**

June 25, 2026

Philip A. Selden
Cole Schotz P.C.
1875 K Street NW, Suite 475
Washington, D.C. 20006

Asaf Ravid
SIMAD Holdings LTD
50 Quality Street, #110357
Trumball, CT 06611

**Re: Addendum to Letter of Engagement dated June 18, 2026 by and between FTI Consulting, Inc., and SIMAD Holdings LTD**

**1. Introduction**

This Addendum to that certain Letter of Engagement by and among FTI Consulting, Inc., Cole Schotz P.C. ("Counsel"), and SIMAD Holdings LTD (the "Client") dated June 18, 2026 (the "Engagement Contract"), hereby supplements the Engagement Contract with respect to the specific services set forth below that will be provided by FTI's subsidiary, FTI Consulting Technology LLC ("FTI Tech") and revises the payment terms accordingly (hereinafter referred to as the "Addendum"). This Addendum is in connection with the Counsel's/Client's request that FTI Tech provide additional services to Counsel and the Client pursuant to the terms of the Engagement Contract. This Addendum confirms that we have been retained by the Client to provide certain consulting services (the "Services") as set out below. The term of this Addendum shall begin on the date that you execute this Addendum and terminate upon completion of the Services, unless otherwise extended by agreement of the parties. References in the Engagement Contract and in this Addendum to FTI shall include both FTI Consulting, Inc. and FTI Consulting Technology LLC.

**2. Scope of our Services**

The Services, to be performed at your direction, are set forth on Exhibit A, attached hereto.

**3. Fees**

The Client shall be solely responsible for the payment of FTI Tech's fees in connection with FTI Tech's provision of the Services. At this time, the complete scope and volume of electronic devices and data sources requiring collection have not yet been determined. Once additional information becomes available regarding the number, type, location, and complexity of the devices and data sources to be collected, we reserve the right to provide a revised fee estimate and billing rates specific to the digital forensic collection work.

**4. Additional Terms and Conditions Governing the Services**

The Engagement Contract is hereby amended with respect to the Services by adding the following provisions:

Depending on certain state and/or municipality regulations, FTI may be required to collect sales and use tax on certain of FTI's products and services. Alternatively, client shall provide documentation of direct pay certification or exemption from such taxes.

Neither Client nor its Counsel acquires any interest in the copyright or any other intellectual property rights, including but not limited to any source code, enabling technology, information or other processes, know-how, scripts or sub-routines in or related to any software and/or intellectual property owned or licensed by FTI (the "FTI IP") and FTI shall be the sole and exclusive owner and copyright proprietor of all rights and title in and to the FTI IP in whatever stage of completion. Except as expressly set forth herein, all rights and licenses granted to Client are non-transferable and non-assignable. FTI reserves all rights not expressly granted herein. The FTI IP specifically excludes the content of any documents collected by or furnished to FTI by or on behalf of the Client or its Counsel (the "Client Data"). Client represents and warrants that the Client is the owner of the Client Data or otherwise has the express right to provide the Client Data to FTI in connection with FTI's provision of services hereunder.

In the event FTI's provision of Review Services (as defined herein) shall be performed using Client's or Counsel's software (the "3rd Party Software") licensed by Client or Counsel (the "Licensee"), the Licensee represents and warrants to FTI that the Licensee has the right to grant to FTI and the Reviewers (as defined herein) a sublicense to use the 3rd Party Software in connection with FTI's provision of Review Services. The Licensee further agrees to indemnify FTI and the Reviewers, and hold FTI and the Reviewers harmless from and against any and all claims for Losses (as defined herein) arising out of FTI's and the Reviewers' use of the 3rd Party Software.

Any advice given, or report issued by FTI is provided solely for Counsel's and Client's use and benefit and only in connection with the purpose for which the Services are rendered. Unless required by law, neither Client nor Counsel shall provide any advice given or report issued by FTI to any third party, or refer to FTI or the Services, without FTI's prior written consent, which shall be conditioned on the execution of a third party release letter in a form provided by FTI. Notwithstanding the foregoing, the Client may disclose any advice given or report issued by FTI to its Affiliates and its and their respective directors, officers, employees, legal counsel, accountants and auditors who have a need to know, and who are bound by written agreements and/or rules of professional conduct/ethics to maintain confidentiality. Further, nothing herein shall restrict Counsel or Client from using or disclosing any production logs, summaries, or reports provided in connection with the provision of e-discovery services by FTI. In no event, regardless of whether consent has been provided, shall FTI assume any responsibility to any third party to which any advice or report is disclosed or otherwise made available.

In connection with the provision of services hereunder, and to provide the Client with 24-hour support, FTI may utilize the services of FTI personnel outside of the United States. FTI may utilize the services of and disclose Client Data to third parties in connection with (a) data retrieval, storage and transmission; (b) technical and support operations; and (c) products licensed by FTI for its delivery of services. In addition, if this Engagement will involve processing, analysis, management or transformation of data, in order to enable FTI to provide continuous support, such data may be

processed by those FTI teams or Affiliates in the United States, United Kingdom, India, and/or Australia (the "Third Countries"). By Client's and/or Counsel's signature on this Engagement Contract, Client consents to (a) the FTI Affiliates and teams processing Client's data in the Third Countries on Client's behalf, and (b) FTI's transfer of such data to those FTI Affiliates may be deemed a restricted transfer as defined in applicable data protection laws between Client or its relevant Affiliate and FTI or its relevant Affiliate. Notwithstanding the foregoing, Client and Counsel further acknowledge that FTI's email and associated collaboration records are processed through Microsoft 365 which is configured based on the designated location of the FTI personnel the email was addressed to and in accordance with multi-geo locations as published on: https://learn.microsoft.com/en-us/microsoft-365/enterprise/microsoft-365-multi-geo?view=o365-worldwide#microsoft-365-multi-geo-availability. FTI's global email archiving and spam filtering are provided through Mimecast which is replicated and retained, unless otherwise subject to an applicable legal process or litigation hold, for up to three (3) years in Germany. Client and Counsel consent to any Client Data provided to FTI by email will be replicated and retained accordingly. To the extent that the Client or Counsel wishes to transmit certain information or any data to FTI and objects to that data being replicated and retained in accordance with this clause, Client and Counsel will use a communication or transmission method other than e-mail and agree to not transmit or otherwise disclose Client Data or personal data via email to FTI.

Document review services (the "Review Services") requested by Client will be performed by FTI or a subcontractor of FTI (together, the "Reviewers"). The Reviewers are subject to the same conflict of interest and confidentiality undertakings as those set forth in this Engagement Contract. Notwithstanding the foregoing, FTI shall be entitled to disclose the existence of this Engagement to other law firms engaging FTI for Review Services solely for such law firm's conflict review purposes. Client, Counsel and FTI acknowledge and agree that the Review Services shall include document review for both responsiveness and privilege purposes. Client, Counsel and FTI further acknowledge and agree that FTI is not a law firm, Counsel shall oversee the responsiveness and privilege review, the Review Services will be at the direction of Counsel, and all final determinations regarding relevance, privilege and production shall be in the sole determinations of Counsel.

All of FTI's reviewers work remotely. Client has been informed that FTI implements various security measures to protect the integrity of Clients documents and data. Further, FTI takes reasonable steps to protect the security and integrity of Client's documents and data while Reviewers are working from a remote work location. At Client's request, FTI can provide Client with more detailed information regarding the security procedures it employs for the Review Services.

The Parties agree that they will comply with all anti-corruption, anti-money laundering, anti-bribery and other economic sanctions laws and regulations of the United States, United Kingdom, European Union and United Nations (collectively, the "ABC/AML/Sanction Laws") in connection with this Engagement. The Client further agrees that it shall not, and it shall procure its employees not to, pay or cause other person(s) to pay FTI using any funds that would result in a violation of any of the ABC/AML/Sanction Laws by either Client or FTI, or otherwise take any action that would result in a violation of any of the ABC/AML/Sanction Laws by either Client or FTI. Each Party shall promptly

notify the other in the event of any violation or failure to comply with ABC/AML/Sanction Laws in connection with this Engagement, or allegations relating thereto, by the non-compliant Party or its directors, officers, employees or agents.

**5.** If this Engagement involves, is expected to involve the processing of, or if FTI otherwise receives: (i) personal data as governed by Regulation (EU) 2016/679 of the European Parliament and of the Council of 27 April 2016 as amended, and/or (ii) personal information as governed by the California Consumer Privacy Act or any other data subject to the data protection laws of any other country, state or territory which apply to such processing, the terms of the FTI Consulting Data Protection Addendum (the "DPA"), published at https://www.ftitechnology.com/trust/dpa shall apply to this Engagement and it shall form an integral part of this Engagement Contract. In the event of a conflict between the terms of this Engagement Contract and the terms of the DPA, the terms of the DPA shall prevail in relation to the processing of such personal data and/or personal information. For purposes of this Engagement Contract, the term "Affiliate" shall mean and include any entity that directly or indirectly controls, is controlled by, or is under common control with a party, for as long as such relationship remains in effect. The term "control" means the possession of the power to direct or cause the direction of the management and policies of an entity, whether through ownership of voting securities, through contract or otherwise.

To the extent FTI creates, receives, or maintains Protected Health Information (as defined by the Health Insurance Portability and Accountability Act of 1996) on Client's behalf as part of the Services or Engagement, FTI will enter into a Business Associate Agreement with the Client. In the event of any conflict between the Business Associate Agreement, on the one hand, and the terms of this Engagement Contract and/or the DPA, on the other hand, the terms of the Business Associate Agreement shall prevail in relation to the creation, receipt or maintenance of Protected Health Information.

The provision of our Services under this Engagement Contract may involve the use of Artificial Intelligence ("AI") technology. In order to provide AI services, FTI may leverage AI model/services providers (together, "AI Technology"). FTI undertakes to conduct the appropriate assessments and testing to incorporate responsible, lawful and ethical AI solutions and, although FTI will review the AI Technology outputs in order to evaluate accuracy and efficacy, Client acknowledges and agrees to the following: 1) some data may be incompatible with the AI Technology, 2) both the accuracy and quality of the outputs from AI Technology can be influenced by the quality of the data, and as such, may produce inaccurate or erroneous outputs, 3) FTI may produce aggregate, anonymized statistics about some of the AI Technology related tasks which will not identify the Client or the underlying Client Data, 4) prompts created and used to instruct any models may be stored as part of the AI Technology application or subject to clause 10 of the DPA, 5) Client Data sent to the AI Technology may be processed ephemerally within the AI model/services providers regions, but will not be retained by the AI model/services provider, nor do these services use any Client Data to train their AI models. However, FTI does not manage or participate in the updates to the AI models being leveraged through the AI Technology. Client also acknowledges and agrees the use of the AI Technology provided by FTI, will be in accordance with applicable laws and regulations governing the use of AI Technology including but not limited to the appropriate disclosures required for AI generated or AI derived content. Accordingly, Client will not use the AI

Technology or require FTI to use the AI Technology in any manner that does not duly observe and comply with applicable laws, FTI's governing policies or best practices.

**6. Other Terms and Conditions**

Unless specifically indicated within this Addendum, all terms and conditions of the Engagement Contract shall remain in full force and effect.

**7. Acknowledgement and Acceptance**

Please acknowledge your acceptance of the terms of this Addendum by signing below.

If you have any questions regarding this letter, please do not hesitate to contact Corey Gildart at (212) 850 - 5621.

Very truly yours,

FTI CONSULTING TECHNOLOGY LLC

By: ______________________________

Name: Corey E. Gildart

Title: Senior Managing Director

FTI CONSULTING, INC.

By: ______________________________

Name: Jay Spinella

Title: Senior Managing Director

ACKNOWLEDGED AND AGREED:

By: ______________________________

Name: Asaf Ravid

Title: Chief Restructuring Officer

Does client require invoices to be submitted via an electronic billing system? Yes___ No X

COLE SCHOTZ, P.C.

Name: Philip Selden

## EXHIBIT A

FTI shall provide digital forensic collection services, as requested by the Client, which may include the identification, preservation, collection, and forensic imaging of electronically stored information from relevant custodians and data sources. Such services may include collecting data from desktop and laptop computers, mobile devices, email accounts, cloud-based storage repositories, collaboration and messaging platforms, and other relevant electronic systems.

The scope of collections may include, but is not limited to, computers, mobile phones, email accounts, messaging applications, cloud storage environments (including OneDrive and similar platforms), and other repositories containing potentially relevant information. FTI may also perform related activities necessary to preserve the integrity of the collected data, including chain-of-custody documentation, forensic imaging, data preservation, and collection validation procedures.

The specific custodians, devices, accounts, systems, and data sources to be collected will be determined in consultation with the Client and may be refined as additional information becomes available throughout the engagement.

Based on our understanding of the requirements and using the below assumptions, this proposal outlines the services FTI will provide and the estimated fees for an initial 2 custodian collection and preservation (1 individual custodian and 1 corporate custodian [shared Dropbox]. This budget estimate does not include data processing fees and/or consulting hours associated with analysis of the collected data beyond the collections effort.

| Item | Unit Type | Low Hours | High Hours | Blended Rate | Low Cost | High Cost | Comments |
|---|---|---|---|---|---|---|---|
| **Interviews & Onboarding** | Hours | 0.5 | 1 | $672.50 | $175.00 | $995.00 | Initial project onboarding and coordination discussions. |
| **Travel Costs** | Expense | 0 | 0 | $250.00 | $0.00 | $0.00 | Assumes local travel to counsel's NYC office, and handled with local resources. |
| **Computer Device Collection** | Hours per Device | 4 | 8 | $350.00 | $1,400.00 | $2,800.00 | Assumes standard Windows OS device imaging; does not include image extraction or analysis work. |
| **Mobile Device Collection** | Hours per Device | 2 | 6 | $350.00 | $700.00 | $2,100.00 | Assumes advanced logical iOS device imaging; does not include FFS imaging. |
| **Full File System Tech Fee** | Device | 1 | 1 | $2,500.00 | $2,500.00 | $2,500.00 | Additional licensing fee of $2,500 per device FFS collection required; assumes none for this project. |
| **Email Credential Exchange** | Hours per Account | 0.5 | 1 | $672.50 | $175.00 | $995.00 | Coordinate keys/creds with IT resources/personnel, and verify access to all necessary endpoints |
| **Email Collections** | Hours per Account | 1 | 2 | $350.00 | $350.00 | $700.00 | Assumes standard eDiscovery collections of Gmail data; does not include custom work, e.g. API work. |
| **Cloud File Extractions** | Hours per Account | 4 | 8 | $672.50 | $1,400.00 | $7,960.00 | Assumes a combination of traditional cloud forensics and custom programming solutions, e.g. |
| **Dropbox** | Account | 1 | 4 | $672.50 | $350.00 | $3,980.00 | Only includes preservation and collection of items currently accessible on enterprise box; no analysis. |
| **Chain of Custody** | Custodian per mo. | 1 | 1 | $100.00 | $1,200.00 | $1,200.00 | Chain of custody fee for securely maintaining preservation copies of evidence, in lab or on secure |
| **Data Handling & Tracking** | Hours | 2 | 5 | $672.50 | $700.00 | $1,750.00 | Includes documentation and tracking efforts in support of chain of custody, etc. |
| **BUDGET RANGE** | | | | | ***$8,950.00*** | ***$24,980.00*** | **Target budget with expected range of outcomes b/w ~$9K and ~$25K; discussion purposes only; assumes 6 mo. preservation for 2 custodians; subject to change based on complexity, size, etc.** |
| **TARGET BUDGET** | | | | | **$16,965.00** | | |

**EXHIBIT B: Rate Table**

| One-Time Service Description | Unit | Rate (USD) |
|---|---|---|
| Brainspace Analytics (Document) (US) | Document | 0.01 |
| Database Decommission (US) | Each | 2,500.00 |
| Inbound data processing (US, Unit, Inbound/Outbound) | GB | 20.00 |
| Review data loading (processing outbound - promoted to review) (US, Unit, Inbound/Outbound) | GB | 85.00 |
| Emerging Data Sources Processing & Enrichment (US, Unit, Inbound/Outbound) | GB | 95.00 |
| Forensic Image Extraction (US) | Image | 500.00 |
| Forensic or logical data collection (US) | Hour | 350.00 |
| FTI reporting and analysis time (US) | Hour | 500.00 |
| TIFF / OCR / Endorsements (US) | GB | 250.00 |
| **Monthly Service Description** | **Unit** | **Rate (USD)** |
| Chain of Custody and Reference Data Storage (US) | Custodian | 100.00 |
| Near Line Data Hosting (US, 1000/mo. minimum) | GB | 5.00 |
| Online Data Hosting (US, Unit, 1000/mo. minimum) | GB | 9.00 |
| User fees (US, Relativity) | User | >= 1 @75.00 |

| Task Based Billing Rates* | Rate Per Hour (USD) |
|---|---|
| Task Based Billing: Data Collection and Management (US) | 350 |
| Task Based Billing: Emerging Digital Data Handling (Collect and Transform) (US) | 350 |
| Task Based Billing: Tech Time (US) | 265 |
| Task Based Billing: Case Management (US) | 495 |
| **Custom Requests and Strategic and Expert Services** (all other services) | Varies – See Professional Rate Table |

| | Standard Rates per Hour | |
|---|---|---|
| **Professional Title** | **Low (USD)** | **High (USD)** |
| Professional Time Consultant (US) | 250 | 370 |
| Professional Time Senior Consultant (US) | 300 | 490 |
| Professional Time Director (US) | 425 | 670 |
| Professional Time Senior Director (US) | 550 | 825 |
| Professional Time Managing Director (US) | 750 | 995 |
| Professional Time Senior Managing Director (US) | 750 | 995 |

# <u>Exhibit B</u>

## Detail of Time Entries

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 1 | Project Monitoring & Supervision | 9/1/26 | Christopher Pizzo | 0.6 | Communicate internally regarding various project matters. |
| 1 | Project Monitoring & Supervision | 9/2/26 | Christopher Creger | 0.6 | Internal review regarding SIMAD staffing requirements, current resource needs, and allocation of personnel across ongoing case workstreams. |
| 1 | Project Monitoring & Supervision | 9/2/26 | Christopher Pizzo | 0.3 | Call with CRO regarding various project agenda items. |
| 1 | Project Monitoring & Supervision | 9/2/26 | Christopher Pizzo | 0.5 | Communications to internal team regarding various project matters. |
| 1 | Project Monitoring & Supervision | 9/3/26 | Christopher Pizzo | 0.5 | Communications with team regarding various project matters. |
| 1 | Project Monitoring & Supervision | 9/3/26 | Christopher Pizzo | 0.5 | Internal review of various project matters. |
| 1 | Project Monitoring & Supervision | 9/4/26 | Christopher Creger | 0.4 | Call with CRO, ACRO, and FTI team regarding various project matters. |
| 1 | Project Monitoring & Supervision | 9/4/26 | Christopher Pizzo | 0.4 | Call with CRO, ACRO, and FTI team regarding various project matters. |
| 1 | Project Monitoring & Supervision | 9/4/26 | Christopher Pizzo | 0.5 | Communications with team regarding various project matters. |
| 1 | Project Monitoring & Supervision | 9/8/26 | Joshua Beets | 0.5 | Lay out workplan for the current week's activities and workstreams. |
| 1 | Project Monitoring & Supervision | 9/9/26 | Christopher Creger | 0.5 | Review bankruptcy project status with FTI team. |
| 1 | Project Monitoring & Supervision | 9/9/26 | Christopher Pizzo | 0.5 | Review bankruptcy project status with FTI team. |
| 1 | Project Monitoring & Supervision | 9/10/26 | Christopher Creger | 0.7 | Draft detailed email to respond to Cole Schotz regarding priority agenda items. |
| 1 | Project Monitoring & Supervision | 9/10/26 | Christopher Creger | 0.4 | Review outstanding workstreams and coordinate follow-up items. |
| 1 | Project Monitoring & Supervision | 9/10/26 | Christopher Pizzo | 0.4 | Communicate with internal team regarding various project matters. |
| 1 | Project Monitoring & Supervision | 9/14/26 | Christopher Pizzo | 0.5 | Communications to internal team related to various case matters. |
| 1 | Project Monitoring & Supervision | 9/15/26 | Christopher Pizzo | 0.4 | Communications with internal team related to various case matters. |
| | **Task Code 1 Total** | | | **8.2** | |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Christopher Pizzo | 0.3 | Work on Blue Star closing and funds flow. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | David Lee | 1.3 | Begin populating Green Lane flow of funds analysis while reviewing the Asset Purchase Agreement. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | David Lee | 0.3 | Begin reviewing APAs for flow of funds analysis regarding sale process procedures. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | David Lee | 0.5 | Meet with FTI team regarding populating funds flow templates. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | David Lee | 1.7 | Populate Green Lane and Country Roads flow of funds analysis for sale process procedures. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | David Lee | 1.0 | Populate Mogen Av flow of funds analysis for sale process procedures. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | David Lee | 1.9 | Review Asset Purchase Agreements for treatment of claims across various camps for sale process procedures. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Joshua Beets | 2.3 | Begin process to populate new funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Joshua Beets | 1.0 | Call with Cole Schotz, the Buyer, and Buyer's counsel at Club Getaway about sale of camp. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Joshua Beets | 1.0 | Debrief call with Cole Schotz about Club Getaway sale. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Joshua Beets | 0.3 | Gather data for purchaser diligence. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Joshua Beets | 0.7 | Review Blue Star funds flow. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Joshua Beets | 0.4 | Review New England Golf funds flow. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Joshua Beets | 0.1 | Seek broker to assist in sale of One Canal. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Kavi Bommakanti | 2.7 | Begin camp sale funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Kavi Bommakanti | 2.8 | Continue to work on camp sale funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Kavi Bommakanti | 0.5 | Meet with FTI team regarding populating funds flow templates. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Kavi Bommakanti | 1.1 | Review camp sale APAs for funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Max Pidgeon | 1.0 | Continue to update funds flow for Camp Lavi. |

**EXHIBIT B**

**SIMAD Holdings, Ltd. - CASE NO. 26-16388**

**DETAIL OF TIME ENTRIES**

**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Max Pidgeon | 1.1 | Continue to update funds flow for Rolling Hills. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Max Pidgeon | 1.2 | Continue to update funds flow tracker with updated information on closings. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Max Pidgeon | 0.7 | Correspond with FTI team regarding updated funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Max Pidgeon | 0.5 | Meet with FTI team regarding populating funds flow templates. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Max Pidgeon | 0.5 | Reach out to SSG regarding additional information needed for funds flow documentation. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Max Pidgeon | 1.3 | Update funds flow for Camp Lavi. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Max Pidgeon | 1.0 | Update funds flow for Rolling Hills. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Max Pidgeon | 0.6 | Update funds flow tracker with information received. |
| 3 | Asset Monetization/M&A/Refinancing | 9/1/26 | Russell Laughlin | 3.0 | Review flow of funds for upcoming camp sales. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Christopher Creger | 0.8 | Review and respond to external interested party regarding Camp Lavi needs. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Christopher Pizzo | 0.5 | Call with Cole Schotz regarding Kiwi and Chateaugay financings and planning for sale. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Christopher Pizzo | 0.2 | Review APA for Chateaugay. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | David Lee | 0.8 | Populate and review Summit flow of fund analyses for sale process procedures. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | David Lee | 0.4 | Review received flow of fund analyses from SSG for sale process procedures. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Joshua Beets | 0.1 | Gather data for purchaser diligence. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Joshua Beets | 2.4 | Review funds flows for camps closings next week. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Kavi Bommakanti | 2.5 | Continue to review camp sale fund flows with FTI team. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Kavi Bommakanti | 1.1 | Continue to work on newly received camp sale fund flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Kavi Bommakanti | 2.5 | Continue to work on camp sale funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Kavi Bommakanti | 2.4 | Update camp sale fund flows based on comments from FTI team. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Kavi Bommakanti | 2.8 | Work on camp sale funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Kavi Bommakanti | 2.7 | Work on newly received camp sale funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Max Pidgeon | 1.3 | Continue to correspond with FTI team regarding funds flow updates. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Max Pidgeon | 0.3 | Correspond with FTI team regarding funds flow updates. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Max Pidgeon | 1.0 | Correspond with FTI team regarding update to funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Max Pidgeon | 2.5 | Continue to update funds flows based on additional comments from FTI team. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Max Pidgeon | 0.9 | Continue to update funds flows based on additional comments from FTI team. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Max Pidgeon | 1.4 | Review funds flows with FTI team. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Max Pidgeon | 1.7 | Update funds flows based on additional comments from FTI team. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Max Pidgeon | 2.2 | Continue to update funds flows based on additional comments from FTI team. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Max Pidgeon | 1.3 | Update funds flow tracker based on internal FTI comments. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Max Pidgeon | 0.7 | Create an employee retention schedule. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Mihai Cirstea | 0.4 | Correspond with ACRO regarding Camp Mohawk 2027 camper deposits. |
| 3 | Asset Monetization/M&A/Refinancing | 9/2/26 | Vivek Ram | 2.8 | Assist with initial review of funds flow drafts provided from SSG. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | David Lee | 2.3 | Participate in call with FTI Team regarding flow of funds and updates. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | David Lee | 1.1 | Perform related follow ups to fund flow analysis for Summit and Mogen Av. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | David Lee | 0.8 | Perform related follow-ups and review for property tax calculation for funds flow. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | David Lee | 2.3 | Populate funds flow analysis for final sale procedures. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | David Lee | 0.8 | Resume population of funds flow analysis while performing related follow up work from FTI Team for sale process procedures. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | David Lee | 1.2 | Review and adjust funds flow analysis for Green Lane for sale process procedures. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | David Lee | 0.9 | Review fund flow analysis for Green Lane. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | David Lee | 1.3 | Review property tax calculations for funds flow analyses for sale process procedures. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Joshua Beets | 2.1 | Analyze numbers to input in funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Joshua Beets | 2.0 | Review populated Funds Flows for camps closings next week. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Kavi Bommakanti | 2.5 | Continue to work on camp sale funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Kavi Bommakanti | 2.3 | Participate in call with FTI Team regarding flow of funds and updates. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Kavi Bommakanti | 2.2 | Finalize and distribute drafts of sale fund flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Kavi Bommakanti | 2.2 | Finalize versions of camp sale funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Kavi Bommakanti | 2.8 | Review camp sale fund flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Kavi Bommakanti | 2.3 | Work on camp sale funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Max Pidgeon | 1.4 | Review and update funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Max Pidgeon | 1.3 | Continue to review and update funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Max Pidgeon | 2.8 | Continue to review and update funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Max Pidgeon | 2.5 | Continue to review and update funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Max Pidgeon | 0.6 | Review Country Roads funds flow for final amounts to include. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Max Pidgeon | 0.7 | Review funds flow for Camp Green Lane. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Max Pidgeon | 0.9 | Update camp closing tracker and identify camps to prioritize funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Mihai Cirstea | 2.2 | Analyze 2027 camper deposits across 16 camp reporting entities. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Vivek Ram | 2.4 | Continue to assist with review of funds flow for transaction closing. |
| 3 | Asset Monetization/M&A/Refinancing | 9/3/26 | Vivek Ram | 1.2 | Review owed property taxes from various camps, incorporating updates into waterfall analysis. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | Christopher Creger | 0.8 | Generate task list based on review of Batch 1 of Funds Flows for internal team. |
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | Christopher Creger | 1.3 | Review of Batch 1 of Funds Flows for internal team. |
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | David Lee | 0.2 | Draft note to FTI Team regarding funds flow analysis for Green Lane and Summit. |
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | David Lee | 1.9 | Review and respond to comments regarding AYC fund flows with FTI team. |
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | David Lee | 1.5 | Prepare Funds Flow analyses and review following FTI Team comments for sale procedures. |
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | David Lee | 1.5 | Review camp sale fund flows with FTI team. |
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | David Lee | 1.4 | Review property tax calculations for funds flow analyses. |
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | Joshua Beets | 2.7 | Review populated Funds Flows for camps closings next week. |
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | Kavi Bommakanti | 2.3 | Continue to review fund flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | Kavi Bommakanti | 1.9 | Review and respond to comments regarding AYC fund flows with FTI team. |
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | Kavi Bommakanti | 1.5 | Review camp sale fund flows with FTI team. |
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | Kavi Bommakanti | 0.5 | Review and respond to comments from AYC team regarding funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | Kavi Bommakanti | 0.5 | Review and respond to correspondences with counsel regarding camp sale process and funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | Kavi Bommakanti | 1.7 | Work on camp sale funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/4/26 | Vivek Ram | 2.4 | Begin to review and aggregate settlement statements, cross-check with model, and build out additional detail in waterfall model per team feedback. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Christopher Creger | 0.4 | Call with Cole Schotz, FTI, and UCC about Eagle's Landing APA. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Christopher Creger | 1.8 | Perform comprehensive review of Batch 1 Funds Flow analyses. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Christopher Creger | 2.5 | Perform comprehensive review of Batch 2 Funds Flow analyses. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Christopher Pizzo | 0.4 | Review Eagle's Landing purchase price allocation. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | David Lee | 1.0 | Begin reviewing funds flow analyses for remaining camps. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | David Lee | 1.0 | Prepare follow up responses to FTI Team inquiries on funds flow analyses. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | David Lee | 0.5 | Review Club Getaway budget and funds flow analysis responses. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | David Lee | 0.6 | Review funds flows to align with latest APAs per FTI Team request. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | David Lee | 0.8 | Review Mohawk funds flow analysis and APA for sale procedures. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | David Lee | 0.9 | Review totals for fund flow analyses per FTI Team request. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Joshua Beets | 0.4 | Call with Cole Schotz, FTI, and UCC about Eagle's Landing APA. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Joshua Beets | 1.4 | Finalize the Chen-A-Wanda settlement statement. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Joshua Beets | 3.0 | Review Funds flows for camps closings this week. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Kavi Bommakanti | 2.7 | Continue to revise funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Kavi Bommakanti | 2.3 | Finalize funds flow drafts and analyze settlement statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Kavi Bommakanti | 2.6 | Update setup for funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Max Pidgeon | 1.6 | Continue to update multiple funds flows based on additional information. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Max Pidgeon | 1.3 | Continue to update multiple funds flows based on additional information. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Max Pidgeon | 1.5 | Continue to update multiple funds flows based on additional information. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Max Pidgeon | 1.2 | Update multiple funds flows based on additional information. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Reagan Jones | 0.7 | Analyze the Camp Lavi breakup fee calculation. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Russell Laughlin | 3.0 | Respond to APA and closing diligence items. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Russell Laughlin | 2.5 | Review flow of funds for upcoming camp sales. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Vivek Ram | 2.9 | Continue to review and cross-check updated funds flow documents, coordinating with updates to waterfall model. |
| 3 | Asset Monetization/M&A/Refinancing | 9/8/26 | Vivek Ram | 2.0 | Review and cross-check updated funds flow documents, coordinating with updates to waterfall model. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | Christopher Creger | 1.6 | Perform detailed review of Rolling Hills closing disclosure and settlement statements against applicable APA and Sale Order provisions. |
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | Christopher Creger | 1.1 | Review Island Lake and Blue Star closing items. |
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | David Lee | 0.2 | Correspond with FTI Team regarding sale process and Club Getaway updated budget. |
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | David Lee | 0.7 | Review Green Lane flow of funds analysis and settlement statement. |
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | Joshua Beets | 1.9 | Reconcile settlement statements and funds flows for closed transactions. |
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | Joshua Beets | 2.9 | Review closing statements for camps closing tomorrow. |
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | Kavi Bommakanti | 1.5 | Review funds flow settlement statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | Kavi Bommakanti | 0.9 | Review camp settlement statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | Max Pidgeon | 0.5 | Continue to update multiple funds flows based on additional information. |
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | Max Pidgeon | 1.1 | Review and finalize funds flows for AYC camps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | Mihai Cirstea | 0.2 | Correspond with ACRO regarding Camp Mohawk 2027 camper deposits. |
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | Russell Laughlin | 3.0 | Reconcile Flow of Funds to Waterfall and settlement statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | Russell Laughlin | 1.8 | Respond to APA and closing diligence items for BNH camps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | Russell Laughlin | 3.0 | Revise Funds Flow structure for closed camps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/9/26 | Vivek Ram | 2.8 | Continue to work on and update funds flows, reconcile with settlement statements and prepare for sale closings. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Christopher Creger | 0.9 | Call with SSG, Cole Schotz, FTI and the Buyer's Counsel about Club Getaway sale. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Christopher Creger | 1.1 | Draft detailed response to Title Company regarding New York camps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Christopher Creger | 1.8 | Perform detailed review of Camp Lavi Settlement Statement against applicable APA and Sale Order provisions. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | David Lee | 1.1 | Review requests and correspondence from Cole Schotz team regarding settlement statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Joshua Beets | 0.9 | Call with SSG, Cole Schotz, FTI and the Buyer's Counsel about Club Getaway sale. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Joshua Beets | 2.5 | Review closing statements for camps closing. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Kavi Bommakanti | 1.2 | Continue to review funds flow settlement statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Kavi Bommakanti | 2.8 | Review funds flow settlement statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Max Pidgeon | 0.6 | Check over Rolling Hills settlement statement to agree with internal FTI funds flow. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Max Pidgeon | 1.2 | Correspond with FTI team regarding Camp Echo sale. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Max Pidgeon | 1.4 | Review multiple settlement statements to agree with internal FTI funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Max Pidgeon | 1.6 | Continue to review multiple settlement statements to agree with internal FTI funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Mihai Cirstea | 2.2 | Analyze 2027 camper deposits across 16 camp reporting entities. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Russell Laughlin | 1.8 | Respond to APA and closing diligence items. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Russell Laughlin | 3.0 | Update Funds Flow settlement statement reconciliation for closed camps to align with waterfall. |
| 3 | Asset Monetization/M&A/Refinancing | 9/10/26 | Vivek Ram | 2.4 | Check through multiple settlement statements to reconcile funds flow analyses. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | Christopher Creger | 2.2 | Perform detailed review of AMT settlement statements for Echo and Lokanda against applicable APA and Sale Order provisions. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | Christopher Creger | 0.9 | Review and respond internally regarding Maine camp sales. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | David Lee | 0.5 | Review flow of funds for AYC camps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | David Lee | 2.5 | Review settlement statements while updating FTI Team regarding discrepancies before sale close. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | Joshua Beets | 3.0 | Review closing statements for camps closing. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | Max Pidgeon | 1.0 | Check CampMinder data for 2027 carryover credits related to selling camps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | Max Pidgeon | 1.7 | Continue to review funds flows for multiple camps to confirm tax calculations. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | Max Pidgeon | 0.6 | Correspond with Corporate Realty regarding sale related matters. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | Max Pidgeon | 0.4 | Review funds flows for multiple camps to confirm tax calculations. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | Max Pidgeon | 0.7 | Review property tax for AYC camps for sale related purposes. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | Max Pidgeon | 1.2 | Review school tax charges for Echo and Lokanda to compare against settlement statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | Max Pidgeon | 0.8 | Review settlement statements for camps being bought by AYC. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | Russell Laughlin | 1.5 | Respond to APA and closing diligence items. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | Russell Laughlin | 3.0 | Review settlement statement and funds flows for camps to be closed. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | Vivek Ram | 1.5 | Continue to work through various sale closings, funds flows and settlement statements with counsel. |
| 3 | Asset Monetization/M&A/Refinancing | 9/11/26 | Vivek Ram | 0.9 | Review camper data and tuition credits pertaining to sale value. |
| 3 | Asset Monetization/M&A/Refinancing | 9/13/26 | Vivek Ram | 0.5 | Assist with updated recovery and sale value figures for counsel regarding lender negotiations. |
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | David Lee | 1.4 | Analyze and review analysis of property tax calculations for AYC camps for closing. |
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | David Lee | 0.4 | Begin review of settlement statements for AYC camps for closing. |
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | David Lee | 0.8 | Review correspondence and requests from Cole Schotz team regarding closing statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | David Lee | 1.1 | Perform related follow-ups to Cole Schotz request regarding Meadowbrook closing. |
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | Joshua Beets | 2.8 | Review closing statements for camps closing. |
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | Joshua Beets | 2.6 | Review DIP payoffs for camps that already closed. |
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | Kavi Bommakanti | 2.0 | Continue to review settlement statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | Kavi Bommakanti | 0.7 | Review sale-related correspondences. |
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | Kavi Bommakanti | 2.8 | Review tax calculations and settlement statements for sale close. |
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | Max Pidgeon | 0.7 | Review Rolling Hills settlement statement for funds flow purposes. |
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | Max Pidgeon | 1.5 | Update Green Lane and Chen-A-Wanda funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | Max Pidgeon | 1.0 | Update settlement statement for Camp Lavi. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | Max Pidgeon | 1.0 | Update settlement statement for Meadowbrook. |
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | Max Pidgeon | 1.5 | Update settlement statements for Echo and Lokanda camps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/14/26 | Russell Laughlin | 2.8 | Review APA documents and compare against Funds Flow for camps scheduled to close soon. |
| 3 | Asset Monetization/M&A/Refinancing | 9/15/26 | Joshua Beets | 2.3 | Review funds flow for closings today. |
| 3 | Asset Monetization/M&A/Refinancing | 9/15/26 | Joshua Beets | 0.2 | Review brokerage agreement for One Canal. |
| 3 | Asset Monetization/M&A/Refinancing | 9/15/26 | Kavi Bommakanti | 1.8 | Review sale settlement statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/15/26 | Kavi Bommakanti | 2.3 | Work on funds flows and tie to settlement statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/15/26 | Max Pidgeon | 0.3 | Correspond with title office regarding property taxes for Waukeela. |
| 3 | Asset Monetization/M&A/Refinancing | 9/15/26 | Max Pidgeon | 0.5 | Read through leases to prepare for meeting with Corporate Realty. |
| 3 | Asset Monetization/M&A/Refinancing | 9/15/26 | Max Pidgeon | 1.2 | Recalculate property taxes for Waukeela to confirm in the settlement statement. |
| 3 | Asset Monetization/M&A/Refinancing | 9/15/26 | Max Pidgeon | 0.6 | Review settlement statements for multiple camps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/15/26 | Russell Laughlin | 2.8 | Prepare Chen-A-Wanda and Green Lane funds flow update and payoff instruction document. |
| 3 | Asset Monetization/M&A/Refinancing | 9/15/26 | Russell Laughlin | 1.5 | Prepare Rolling Hills funds flow update and payoff instruction document. |
| 3 | Asset Monetization/M&A/Refinancing | 9/16/26 | David Lee | 0.8 | Read over Club Getaway updated APA for sale process. |
| 3 | Asset Monetization/M&A/Refinancing | 9/16/26 | Joshua Beets | 0.3 | Coordinate broker retention for One Canal. |
| 3 | Asset Monetization/M&A/Refinancing | 9/16/26 | Joshua Beets | 1.7 | Review funds flow for closings today. |
| 3 | Asset Monetization/M&A/Refinancing | 9/16/26 | Kavi Bommakanti | 1.3 | Review correspondences regarding camp sales and funding needs. |
| 3 | Asset Monetization/M&A/Refinancing | 9/16/26 | Kavi Bommakanti | 2.8 | Work on updating funds flows and net cash summaries for sales. |
| 3 | Asset Monetization/M&A/Refinancing | 9/16/26 | Kavi Bommakanti | 3.0 | Work on updating funds flows with revised data and tie to settlement statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/16/26 | Mihai Cirstea | 2.2 | Analyze 2027 camper deposits across 16 camp reporting entities. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/16/26 | Russell Laughlin | 1.8 | Prepare Blue Star funds flow update and payoff instruction document. |
| 3 | Asset Monetization/M&A/Refinancing | 9/16/26 | Russell Laughlin | 1.3 | Prepare IAFA funds flow update and payoff instruction document. |
| 3 | Asset Monetization/M&A/Refinancing | 9/16/26 | Russell Laughlin | 1.5 | Prepare Med-O-Lark funds flow update and payoff instruction document. |
| 3 | Asset Monetization/M&A/Refinancing | 9/16/26 | Russell Laughlin | 1.9 | Prepare North Star funds flow update and payoff instruction document. |
| 3 | Asset Monetization/M&A/Refinancing | 9/16/26 | Russell Laughlin | 1.7 | Prepare Wekeela funds flow update and payoff instruction document. |
| 3 | Asset Monetization/M&A/Refinancing | 9/16/26 | Vivek Ram | 2.6 | Review settlement statements and funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/17/26 | David Lee | 0.8 | Answer FTI Team questions regarding funds flow and related follow-ups for sale process. |
| 3 | Asset Monetization/M&A/Refinancing | 9/17/26 | David Lee | 1.0 | Review correspondence and emails from Cole Schotz regarding close and funds flow. |
| 3 | Asset Monetization/M&A/Refinancing | 9/17/26 | Joshua Beets | 0.5 | Call with broker about listing One Canal Place on the market. |
| 3 | Asset Monetization/M&A/Refinancing | 9/17/26 | Kavi Bommakanti | 2.8 | Create funds flow net cash summaries. |
| 3 | Asset Monetization/M&A/Refinancing | 9/17/26 | Kavi Bommakanti | 2.3 | Review camp sale funds flows and settlement statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/17/26 | Max Pidgeon | 0.5 | Call Corporate Realty to discuss Baker Donelson lease. |
| 3 | Asset Monetization/M&A/Refinancing | 9/17/26 | Max Pidgeon | 0.3 | Confirm cash and A/P at AYC camps for sale related purposes. |
| 3 | Asset Monetization/M&A/Refinancing | 9/17/26 | Max Pidgeon | 0.8 | Review and confirm Waukeela settlement statement. |
| 3 | Asset Monetization/M&A/Refinancing | 9/17/26 | Max Pidgeon | 1.4 | Review settlement statement for Country Roads. |
| 3 | Asset Monetization/M&A/Refinancing | 9/17/26 | Russell Laughlin | 1.4 | Facilitate Blue Star DIP payoff. |
| 3 | Asset Monetization/M&A/Refinancing | 9/17/26 | Russell Laughlin | 2.8 | Facilitate Bond DIP payoff. |
| 3 | Asset Monetization/M&A/Refinancing | 9/17/26 | Russell Laughlin | 0.8 | Provide direction to FTI Team on settlement statement reconciliation to funds flow analysis. |
| 3 | Asset Monetization/M&A/Refinancing | 9/17/26 | Russell Laughlin | 2.1 | Revise North Star, IAFA, Wekeela and Med-O-Lark funds flow update and payoff instruction document. |
| 3 | Asset Monetization/M&A/Refinancing | 9/18/26 | Christopher Creger | 0.6 | Call with Baker Donelson, Cole Schotz, SIMAD team, and FTI Team about the Baker Donelson lease. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/18/26 | Joshua Beets | 0.6 | Call with Baker Donelson, Cole Schotz, SIMAD team, and FTI Team about the Baker Donelson lease. |
| 3 | Asset Monetization/M&A/Refinancing | 9/18/26 | Kavi Bommakanti | 2.7 | Create funds flow master tracker and payment summary. |
| 3 | Asset Monetization/M&A/Refinancing | 9/18/26 | Kavi Bommakanti | 2.5 | Create funds flow net cash summaries. |
| 3 | Asset Monetization/M&A/Refinancing | 9/18/26 | Kavi Bommakanti | 0.8 | Review settlement statements with funds flow summaries. |
| 3 | Asset Monetization/M&A/Refinancing | 9/18/26 | Max Pidgeon | 0.6 | Call with Baker Donelson, Cole Schotz, SIMAD team, and FTI Team about the Baker Donelson lease. |
| 3 | Asset Monetization/M&A/Refinancing | 9/18/26 | Max Pidgeon | 0.4 | Review Eagle's Landing settlement statement. |
| 3 | Asset Monetization/M&A/Refinancing | 9/18/26 | Russell Laughlin | 2.6 | Revise North Star, IAFA, Wekeela and Med-O-Lark funds flow update and payoff instruction document. |
| 3 | Asset Monetization/M&A/Refinancing | 9/18/26 | Russell Laughlin | 3.0 | Update Funds Flow settlement statement reconciliation for closed camps to align with waterfall. |
| 3 | Asset Monetization/M&A/Refinancing | 9/18/26 | Vivek Ram | 2.5 | Update multiple camp sale closings and claims based on new information. |
| 3 | Asset Monetization/M&A/Refinancing | 9/20/26 | Kavi Bommakanti | 0.3 | Review settlement statements with funds flow summaries. |
| 3 | Asset Monetization/M&A/Refinancing | 9/21/26 | Joshua Beets | 1.8 | Review DIP payoffs for camps that already closed. |
| 3 | Asset Monetization/M&A/Refinancing | 9/21/26 | Kavi Bommakanti | 2.8 | Continue to update master funds flow and reserves tracker. |
| 3 | Asset Monetization/M&A/Refinancing | 9/21/26 | Kavi Bommakanti | 0.9 | Review correspondences regarding camp sales and funding needs. |
| 3 | Asset Monetization/M&A/Refinancing | 9/21/26 | Kavi Bommakanti | 0.5 | Review funds flow payoff summaries. |
| 3 | Asset Monetization/M&A/Refinancing | 9/21/26 | Kavi Bommakanti | 2.8 | Review settlement statements to update funds flow payout summaries. |
| 3 | Asset Monetization/M&A/Refinancing | 9/21/26 | Kavi Bommakanti | 2.7 | Update master funds flow and reserves tracker. |
| 3 | Asset Monetization/M&A/Refinancing | 9/21/26 | Mihai Cirstea | 0.5 | Update weekly cash reconciliation for camp sale closings. |
| 3 | Asset Monetization/M&A/Refinancing | 9/21/26 | Russell Laughlin | 2.4 | Review and update sales proceeds summary tracker and reservation of funds by account and line item. |
| 3 | Asset Monetization/M&A/Refinancing | 9/21/26 | Russell Laughlin | 3.0 | Update North Star, IAFA, Wekeela and Med-O-Lark funds flows and payoff instruction document. |
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | Christopher Creger | 1.5 | Review the preliminary Camp Summit closing statement against APA and Sale Order requirements, quantify deficiencies in entities, sources and uses, deposits, proceeds, allocations, taxes, and prorations. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | David Lee | 0.5 | Review case emails from ACRO and FTI Team regarding camp and sale related inquiries. |
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | Joshua Beets | 0.4 | Coordinate broker retention for One Canal. |
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | Joshua Beets | 0.6 | Gather camp related data for buyers. |
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | Joshua Beets | 1.7 | Review of funds flows for closed camps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | Joshua Beets | 0.5 | Schedule future closings for multiple camps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | Kavi Bommakanti | 1.8 | Continue to revise settlement statements and update funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | Kavi Bommakanti | 0.9 | Review correspondences regarding camp sales and funding needs. |
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | Kavi Bommakanti | 1.3 | Review settlement statements and funds flows and correspond with FTI team. |
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | Kavi Bommakanti | 2.4 | Revise settlement statements and update funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | Max Pidgeon | 0.4 | Read through Mesorah and Meadowbrook APAs for specific buyer cost assumptions. |
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | Max Pidgeon | 2.4 | Read through Summit Settlement Statement to determine accuracy and recommend changes. |
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | Max Pidgeon | 0.8 | Review Summit Settlement Statement to determine funds flow updates. |
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | Max Pidgeon | 0.3 | Update internal FTI camp closing tracker based on updates from Cole Schotz. |
| 3 | Asset Monetization/M&A/Refinancing | 9/22/26 | Vivek Ram | 1.3 | Assist with comparing settlement statement to APAs to ensure the estate receives the appropriate amount of funds. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Christopher Creger | 1.0 | Participate in SIMAD closing coordination call with FTI Team and management regarding Mishmeret-related sale closings, outstanding closing items, and required next steps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Christopher Pizzo | 0.5 | Call with Cole Schotz, FTI Team, and SIMAD team about Baker Donelson lease. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Christopher Pizzo | 1.0 | Participate in SIMAD closing coordination call with FTI Team and management regarding Mishmeret-related sale closings, outstanding closing items, and required next steps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Joshua Beets | 0.5 | Call with Cole Schotz, FTI Team, and SIMAD team about Baker Donelson lease. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Joshua Beets | 1.0 | Participate in SIMAD closing coordination call with FTI Team and management regarding Mishmeret-related sale closings, outstanding closing items, and required next steps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Joshua Beets | 0.4 | Review settlement statement for multiple camp closings. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Kavi Bommakanti | 2.8 | Edit funds flows per internal comments and prepare for distribution. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Kavi Bommakanti | 2.3 | Update structure of BNH funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Max Pidgeon | 0.5 | Continue to review updates to Summit settlement statement. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Max Pidgeon | 0.9 | Identify and update funds flows for multiple camps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Max Pidgeon | 0.4 | Review updates to Summit settlement statement. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Russell Laughlin | 0.5 | Prepare payoff instruction document for Country Roads. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Russell Laughlin | 1.2 | Prepare payoff instruction document for Echo. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Russell Laughlin | 0.9 | Prepare payoff instruction document for Lavi. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Russell Laughlin | 1.1 | Prepare payoff instruction document for Lokanda. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Russell Laughlin | 0.8 | Prepare payoff instruction document for Meadowbrook. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Russell Laughlin | 1.1 | Prepare payoff instruction document for Mill Road. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Russell Laughlin | 1.4 | Prepare payoff instruction document for Rolling Hills. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Russell Laughlin | 1.2 | Review revised payoff instruction documents for the four BNH AYC camps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Vivek Ram | 1.9 | Assess appropriate reserves to add into the budget based on continued review of funds flow statement and APAs. |
| 3 | Asset Monetization/M&A/Refinancing | 9/23/26 | Vivek Ram | 2.6 | Review, update and cross-check funds flow statements for camp closings. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Joshua Beets | 0.5 | Coordinate a broker retention for One Canal. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Joshua Beets | 0.4 | Correspond with lender about One Canal broker retention. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Joshua Beets | 0.4 | Review of settlement statements for multiple camp closings. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Kavi Bommakanti | 3.0 | Edit funds flows per internal comments and prepare for distribution. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Kavi Bommakanti | 1.2 | Update funds flow reserves tracker. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Max Pidgeon | 1.3 | Continue to review updated Summit settlement statement. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Max Pidgeon | 1.2 | Review updated Summit settlement statement. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Max Pidgeon | 3.0 | Update consolidated funds flows for multiple camps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Max Pidgeon | 0.8 | Update funds flows for multiple camp with new payment assumptions. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Russell Laughlin | 0.4 | Update payoff instruction document for Country Roads. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Russell Laughlin | 0.9 | Update payoff instruction document for Echo. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Russell Laughlin | 1.2 | Update payoff instruction document for Lavi. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Russell Laughlin | 0.6 | Update payoff instruction document for Lokanda. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Russell Laughlin | 1.4 | Update payoff instruction document for Meadowbrook. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Russell Laughlin | 1.3 | Update payoff instruction document for Mill Road. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Russell Laughlin | 1.1 | Update payoff instruction document for Rolling Hills. |
| 3 | Asset Monetization/M&A/Refinancing | 9/24/26 | Vivek Ram | 2.4 | Assist with multiple camp sale closings and update funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Kavi Bommakanti | 0.5 | Continue to update master reserves tracker. |
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Kavi Bommakanti | 0.5 | Review camper deposits for closing sale. |
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Kavi Bommakanti | 2.5 | Review funds flows and update tracker summary. |
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Kavi Bommakanti | 1.2 | Update funds flow for closing sale. |
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Kavi Bommakanti | 1.8 | Update master reserves tracker. |
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Max Pidgeon | 0.6 | Check over funds flows to ensure the aggregated amounts match. |
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Max Pidgeon | 0.7 | Correspond with FTI team regarding Summit funds flow update. |
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Max Pidgeon | 0.9 | Match Summit settlement statement to funds flow. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Max Pidgeon | 1.5 | Update funds flow analyses for multiple camps. |
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Max Pidgeon | 0.5 | Update Summit funds flow. |
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Russell Laughlin | 1.8 | Coordinate Bonds DIP Roll-Up partial repayment wire. |
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Russell Laughlin | 0.6 | Respond to post-close questions and issue for Mesorah. |
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Vivek Ram | 2.3 | Continue to update payoff statements, funds flows and associated calculations. |
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Vivek Ram | 2.2 | Continue to update payoff statements, funds flows and associated calculations. |
| 3 | Asset Monetization/M&A/Refinancing | 9/25/26 | Vivek Ram | 1.1 | Review of settlement statement and Summit cash position. |
| 3 | Asset Monetization/M&A/Refinancing | 9/28/26 | Joshua Beets | 0.3 | Review the cost for broker for One Canal Place. |
| 3 | Asset Monetization/M&A/Refinancing | 9/28/26 | Kavi Bommakanti | 2.0 | Finalize funds flow drafts and reconcile to settlement statements. |
| 3 | Asset Monetization/M&A/Refinancing | 9/28/26 | Kavi Bommakanti | 1.3 | Review and reconcile funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/28/26 | Kavi Bommakanti | 1.0 | Continue to review and reconcile funds flows. |
| 3 | Asset Monetization/M&A/Refinancing | 9/28/26 | Kavi Bommakanti | 0.7 | Review correspondences regarding camp sales and funding needs. |
| 3 | Asset Monetization/M&A/Refinancing | 9/28/26 | Kavi Bommakanti | 0.8 | Review Pine Forest APA. |
| 3 | Asset Monetization/M&A/Refinancing | 9/28/26 | Mihai Cirstea | 0.7 | Update weekly cash reconciliation for camp sale closings. |
| 3 | Asset Monetization/M&A/Refinancing | 9/28/26 | Russell Laughlin | 1.2 | Review and provide responses to post-close issue for Meadowbrook. |
| 3 | Asset Monetization/M&A/Refinancing | 9/29/26 | David Lee | 1.4 | Review APAs to set up tracker on AP responsibility for estate and sales. |
| 3 | Asset Monetization/M&A/Refinancing | 9/29/26 | Kavi Bommakanti | 0.8 | Finalize an updated version of cash reserves tracker. |
| 3 | Asset Monetization/M&A/Refinancing | 9/29/26 | Kavi Bommakanti | 1.5 | Finalize funds flows for camp closed prior week. |
| 3 | Asset Monetization/M&A/Refinancing | 9/29/26 | Kavi Bommakanti | 1.2 | Review correspondences regarding camp sales and funding needs. |
| 3 | Asset Monetization/M&A/Refinancing | 9/29/26 | Kavi Bommakanti | 0.8 | Review camper deposits against bank statement. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 3 | Asset Monetization/M&A/Refinancing | 9/29/26 | Max Pidgeon | 0.8 | Review Meadowbrook property taxes for sale related purposes. |
| 3 | Asset Monetization/M&A/Refinancing | 9/29/26 | Russell Laughlin | 1.2 | Post-close analysis of which camps need to have A/P paid by debtor's estate. |
| 3 | Asset Monetization/M&A/Refinancing | 9/29/26 | Russell Laughlin | 0.6 | Update payoff instruction document for Summit. |
| 3 | Asset Monetization/M&A/Refinancing | 9/30/26 | Christopher Creger | 1.1 | Analyze draft settlement term sheet, including Settlement Fund mechanics, Roll-Up segregation requirements, and lender deficiency claim treatment. |
| 3 | Asset Monetization/M&A/Refinancing | 9/30/26 | Christopher Creger | 0.6 | Reconcile Lokanda break-up fee and expense reimbursement payment to the applicable Sale Order. |
| | **Task Code 3 Total** | | | **454.9** | |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 7 | Prepare for and Attend Court Hearings | 9/16/26 | Christopher Creger | 0.6 | Preparation meeting for 341 meeting with CRO, Cole Schotz, and FTI team. |
| 7 | Prepare for and Attend Court Hearings | 9/16/26 | Christopher Pizzo | 0.6 | Preparation meeting for 341 meeting with CRO, Cole Schotz, and FTI team. |
| 7 | Prepare for and Attend Court Hearings | 9/16/26 | Joshua Beets | 0.6 | Preparation meeting for 341 meeting with CRO, Cole Schotz, and FTI team. |
| 7 | Prepare for and Attend Court Hearings | 9/17/26 | Christopher Pizzo | 1.5 | Virtually attend the 341 meeting. |
| 7 | Prepare for and Attend Court Hearings | 9/17/26 | Joshua Beets | 1.5 | Virtually attend the 341 meeting. |
| 7 | Prepare for and Attend Court Hearings | 9/29/26 | Christopher Pizzo | 1.7 | Virtual attendance at court hearing regarding Orcafunding (Partial). |
| 7 | Prepare for and Attend Court Hearings | 9/29/26 | Joshua Beets | 3.0 | Virtual attendance at court hearing regarding Orcafunding. |
| | **Task Code 7 Total** | | | **9.5** | |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 12 | Monthly Operating Reports | 9/4/26 | Joshua Beets | 0.7 | Assist in planning process for August MOR. |
| 12 | Monthly Operating Reports | 9/9/26 | David Lee | 1.8 | Review and adjust balance sheet mapping for August MORs. |
| 12 | Monthly Operating Reports | 9/10/26 | David Lee | 2.6 | Resume review and preparation of balance sheet items for August MORs. |
| 12 | Monthly Operating Reports | 9/10/26 | David Lee | 2.5 | Set up income statement support for Belgrade, Banner, Club Getaway, Country Roads, Eagle for August MORs. |
| 12 | Monthly Operating Reports | 9/12/26 | David Lee | 2.0 | Map payroll tax discrepancies for August MORs. |
| 12 | Monthly Operating Reports | 9/12/26 | David Lee | 2.1 | Review and adjust balance sheet mapping for August MORs. |
| 12 | Monthly Operating Reports | 9/14/26 | David Lee | 3.0 | Map out balance sheet for August MORs for next batch of financials from Company. |
| 12 | Monthly Operating Reports | 9/14/26 | David Lee | 1.1 | Map out income statement for August MORs for next batch of financials from Company. |
| 12 | Monthly Operating Reports | 9/15/26 | David Lee | 1.1 | Populate and review received bank account information from Company for August MORs. |
| 12 | Monthly Operating Reports | 9/15/26 | David Lee | 1.0 | Reformat and check over bank balances for August MORs. |
| 12 | Monthly Operating Reports | 9/15/26 | David Lee | 1.5 | Review and take notes on past email correspondence regarding prepetition debt and Flagstar accounts for July MORs. |
| 12 | Monthly Operating Reports | 9/15/26 | David Lee | 1.8 | Review balance sheet mapping for newly updated camps for August MORs. |
| 12 | Monthly Operating Reports | 9/15/26 | David Lee | 1.5 | Worked on preparation of August MORs, including compiling and organizing supporting receipts and disbursements. |
| 12 | Monthly Operating Reports | 9/16/26 | David Lee | 0.9 | Begin putting together income statements for August MORs for next set of camps. |
| 12 | Monthly Operating Reports | 9/16/26 | David Lee | 1.5 | Map and populate balance sheet for additional provided camps for August MORs. |
| 12 | Monthly Operating Reports | 9/16/26 | David Lee | 1.0 | Map and populate P&L for additional provided camps for August MORs. |
| 12 | Monthly Operating Reports | 9/16/26 | David Lee | 0.5 | Put together and compile part 7A of August MORs. |
| 12 | Monthly Operating Reports | 9/16/26 | David Lee | 1.0 | Resume review and population of balance sheet for additional camps provided for August MORs. |
| 12 | Monthly Operating Reports | 9/16/26 | David Lee | 1.7 | Review and populate balance sheet for additional camps provided for August MORs. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 12 | Monthly Operating Reports | 9/16/26 | David Lee | 0.8 | Review Belgrade Lakes P&L for changes from CFO for August MORs. |
| 12 | Monthly Operating Reports | 9/16/26 | David Lee | 1.1 | Troubleshoot issues with balance sheet mapping for additional provided camps for August MORs. |
| 12 | Monthly Operating Reports | 9/17/26 | David Lee | 2.0 | Adjust and review part 7 of August MORs to match July MOR. |
| 12 | Monthly Operating Reports | 9/17/26 | David Lee | 0.5 | Finalize compilation of part 7A of August MORs. |
| 12 | Monthly Operating Reports | 9/17/26 | David Lee | 1.5 | Populate and review prepetition debt from July to August MORs. |
| 12 | Monthly Operating Reports | 9/17/26 | David Lee | 0.5 | Resume compilation of part 7A of August MORs. |
| 12 | Monthly Operating Reports | 9/17/26 | David Lee | 0.5 | Review and populate sales tracker for August MORs. |
| 12 | Monthly Operating Reports | 9/18/26 | David Lee | 1.1 | Map and populate income statements for received camps for August MORs. |
| 12 | Monthly Operating Reports | 9/18/26 | David Lee | 0.5 | Review correspondence and requests from Cole Schotz and FTI Team regarding MOR reporting. |
| 12 | Monthly Operating Reports | 9/21/26 | David Lee | 1.8 | Populate and map balance sheet items from latest camps for August MORs. |
| 12 | Monthly Operating Reports | 9/21/26 | David Lee | 1.5 | Resume population and map balance sheet items from latest camps for August MORs. |
| 12 | Monthly Operating Reports | 9/21/26 | David Lee | 2.2 | Resume review of income statement and balance sheet across 61 entities to understand treatment of sale process and proceeds for August MORs. |
| 12 | Monthly Operating Reports | 9/21/26 | David Lee | 0.9 | Review correspondence from CFO regarding Mesorah income statement for August MORs. |
| 12 | Monthly Operating Reports | 9/21/26 | David Lee | 1.0 | Review income statement to understand treatment of sale process and proceeds for August MORs. |
| 12 | Monthly Operating Reports | 9/21/26 | Joshua Beets | 0.7 | Gather numbers at multiple entities for August MOR. |
| 12 | Monthly Operating Reports | 9/21/26 | Russell Laughlin | 1.8 | Review MOR allocated financials. |
| 12 | Monthly Operating Reports | 9/22/26 | David Lee | 0.5 | Call with Cole Schotz to reconcile Flagstar activity in QuickBooks for August MORs. |
| 12 | Monthly Operating Reports | 9/22/26 | David Lee | 1.5 | Finalize income statement and balance sheet for last few entities for August MORs. |
| 12 | Monthly Operating Reports | 9/22/26 | David Lee | 2.5 | Prepare support schedules and answers for financials for August MORs. |
| 12 | Monthly Operating Reports | 9/22/26 | David Lee | 1.9 | Review and iterate on balance sheet, cash receipts and disbursement support schedule for August MORs. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 12 | Monthly Operating Reports | 9/22/26 | David Lee | 1.6 | Troubleshoot issues with balance sheet for One Canal and SIMAD entities for August MORs. |
| 12 | Monthly Operating Reports | 9/22/26 | David Lee | 0.6 | Update August MORs based on new information provided by FTI team. |
| 12 | Monthly Operating Reports | 9/22/26 | David Lee | 3.0 | Prepare support schedules financials for August MORs. |
| 12 | Monthly Operating Reports | 9/22/26 | Joshua Beets | 0.5 | Call with Cole Schotz to reconcile Flagstar activity in QuickBooks for August MORs. |
| 12 | Monthly Operating Reports | 9/22/26 | Joshua Beets | 1.1 | Review August MOR for multiple camps. |
| 12 | Monthly Operating Reports | 9/22/26 | Russell Laughlin | 0.5 | Call with Cole Schotz to reconcile Flagstar activity in QuickBooks for August MORs. |
| 12 | Monthly Operating Reports | 9/22/26 | Russell Laughlin | 3.0 | Prepare August MOR support. |
| 12 | Monthly Operating Reports | 9/23/26 | Christopher Pizzo | 1.0 | Review and discuss August MORs with FTI team for completeness and accuracy. |
| 12 | Monthly Operating Reports | 9/23/26 | David Lee | 2.5 | Adjust and populate individual entity for August MORs. |
| 12 | Monthly Operating Reports | 9/23/26 | David Lee | 0.9 | Add additional checks on August MORs to prepare for distribution. |
| 12 | Monthly Operating Reports | 9/23/26 | David Lee | 0.5 | Address inquiries on August MORs from FTI Team. |
| 12 | Monthly Operating Reports | 9/23/26 | David Lee | 2.0 | Analyze transaction data for Flagstar accounts for August MORs. |
| 12 | Monthly Operating Reports | 9/23/26 | David Lee | 0.4 | Edit global notes for August MORs to reflect adjusted sales and values. |
| 12 | Monthly Operating Reports | 9/23/26 | David Lee | 0.4 | Review case emails from ACRO and FTI Team regarding August MOR adjustments. |
| 12 | Monthly Operating Reports | 9/23/26 | David Lee | 0.9 | Review Pine Forest and SIMAD entity financials for August MORs. |
| 12 | Monthly Operating Reports | 9/23/26 | David Lee | 2.7 | Troubleshoot and analyze issues with sale proceeds and treatment for August MOR. |
| 12 | Monthly Operating Reports | 9/23/26 | David Lee | 1.0 | Review and discuss August MORs with FTI team for completeness and accuracy. |
| 12 | Monthly Operating Reports | 9/23/26 | John Flittner | 1.5 | Continue to populate data into September MOR PDFs. |
| 12 | Monthly Operating Reports | 9/23/26 | John Flittner | 2.5 | Transfer finalized debtor financial data from excel to court-provided PDF files for MOR requirements. |
| 12 | Monthly Operating Reports | 9/23/26 | Joshua Beets | 2.3 | Review August MOR. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 12 | Monthly Operating Reports | 9/23/26 | Russell Laughlin | 2.5 | Review MOR reporting excel for August 2026. |
| 12 | Monthly Operating Reports | 9/24/26 | Christopher Pizzo | 0.8 | Participate in call with FTI Team to review August MORs before sending to CRO. |
| 12 | Monthly Operating Reports | 9/24/26 | David Lee | 1.5 | Conduct additional checks and review of PDFs to ensure edits are carried over for August MORs. |
| 12 | Monthly Operating Reports | 9/24/26 | David Lee | 1.3 | Finalize additional QC and review of PDFs to ensure edits are carried over for August MORs. |
| 12 | Monthly Operating Reports | 9/24/26 | David Lee | 1.1 | Finalize global notes for August MORs following additional review. |
| 12 | Monthly Operating Reports | 9/24/26 | David Lee | 1.4 | Iterate on edits and follow up inquiries from FTI Team on August MORs. |
| 12 | Monthly Operating Reports | 9/24/26 | David Lee | 0.4 | Prepare for call on August MORs and methodology. |
| 12 | Monthly Operating Reports | 9/24/26 | David Lee | 1.3 | Respond to ACRO questions regarding August MORs. |
| 12 | Monthly Operating Reports | 9/24/26 | David Lee | 0.8 | Participate in call with FTI Team to review August MORs before sending to CRO. |
| 12 | Monthly Operating Reports | 9/24/26 | Joshua Beets | 1.1 | Review August MORs. |
| 12 | Monthly Operating Reports | 9/24/26 | Russell Laughlin | 0.7 | Respond to August MOR questions from ACRO. |
| 12 | Monthly Operating Reports | 9/24/26 | Russell Laughlin | 0.5 | Review MOR with FTI Team. |
| 12 | Monthly Operating Reports | 9/25/26 | Christopher Creger | 0.5 | Participate in SIMAD August MOR review call with CRO, ACRO, Cole Schotz, and FTI Team regarding monthly operating report preparation, financial reporting matters, and outstanding information requirements. |
| 12 | Monthly Operating Reports | 9/25/26 | Christopher Pizzo | 0.5 | Participate in SIMAD August MOR review call with CRO, ACRO, Cole Schotz, and FTI Team regarding monthly operating report preparation, financial reporting matters, and outstanding information requirements. |
| 12 | Monthly Operating Reports | 9/25/26 | David Lee | 1.0 | Check through August MOR PDFs before sending to CRO and ACRO. |
| 12 | Monthly Operating Reports | 9/25/26 | David Lee | 1.7 | Continue to check through August MOR PDFs before sending to CRO and ACRO. |
| 12 | Monthly Operating Reports | 9/25/26 | David Lee | 0.5 | Prepare for call with CRO and ACRO regarding August MORs. |
| 12 | Monthly Operating Reports | 9/25/26 | David Lee | 0.3 | Update August MORs based on comments from internal team. |
| 12 | Monthly Operating Reports | 9/25/26 | David Lee | 0.5 | Participate in SIMAD August MOR review call with CRO, ACRO, Cole Schotz, and FTI Team regarding monthly operating report preparation, financial reporting matters, and outstanding information requirements. |
| 12 | Monthly Operating Reports | 9/25/26 | Joshua Beets | 1.0 | Review of August MOR. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 12 | Monthly Operating Reports | 9/25/26 | Joshua Beets | 0.5 | Participate in SIMAD August MOR review call with CRO, ACRO, Cole Schotz, and FTI Team regarding monthly operating report preparation, financial reporting matters, and outstanding information requirements. |
| 12 | Monthly Operating Reports | 9/25/26 | Russell Laughlin | 0.5 | Review MOR with SIMAD team. |
| 12 | Monthly Operating Reports | 9/25/26 | Russell Laughlin | 1.2 | Revise MORs based on updated information from SIMAD team. |
| 12 | Monthly Operating Reports | 9/27/26 | David Lee | 1.0 | Draft and review responses to Cole Schotz regarding August MORs. |
| 12 | Monthly Operating Reports | 9/27/26 | Russell Laughlin | 0.6 | Respond to diligence items with respect to August MORs. |
| 12 | Monthly Operating Reports | 9/28/26 | David Lee | 3.0 | Begin preparing August MOR PDFs for submission. |
| 12 | Monthly Operating Reports | 9/28/26 | David Lee | 1.8 | Conduct final QC of August MOR PDFs before preparing for submission. |
| 12 | Monthly Operating Reports | 9/28/26 | David Lee | 1.3 | Draft SOP for August MORs to be used for September. |
| 12 | Monthly Operating Reports | 9/28/26 | David Lee | 0.5 | Lay out action plan and priorities to update August MORs. |
| 12 | Monthly Operating Reports | 9/28/26 | David Lee | 1.0 | Review and respond to correspondence from FTI Team regarding August MORs. |
| 12 | Monthly Operating Reports | 9/28/26 | David Lee | 1.2 | Review August MORs process and procedures for September. |
| 12 | Monthly Operating Reports | 9/28/26 | David Lee | 1.3 | Prepare draft and files of August MORs for submission to Cole Schotz Team and final checks. |
| 12 | Monthly Operating Reports | 9/28/26 | Joshua Beets | 1.7 | Review August MOR. |
| 12 | Monthly Operating Reports | 9/28/26 | Kavi Bommakanti | 1.0 | Finalize drafts of August monthly operating reports. |
| 12 | Monthly Operating Reports | 9/28/26 | Russell Laughlin | 3.0 | Review final draft of August MORs before submission. |
| 12 | Monthly Operating Reports | 9/29/26 | David Lee | 0.5 | Begin setting up data support for September MORs. |
| 12 | Monthly Operating Reports | 9/29/26 | David Lee | 0.5 | Continue to resume setting up data support for September MORs. |
| 12 | Monthly Operating Reports | 9/29/26 | David Lee | 0.4 | Resume setting up data support for September MORs. |
| | **Task Code 12 Total** | | | **123.4** | |

**EXHIBIT B**

**SIMAD Holdings, Ltd. - CASE NO. 26-16388**

**DETAIL OF TIME ENTRIES**

**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 13 | SOFAs & SOALs | 9/4/26 | David Lee | 0.5 | Analyze and respond to Cole Schotz SOAL related questions. |
| 13 | SOFAs & SOALs | 9/18/26 | David Lee | 1.3 | Review critical vendor reporting to ensure all vendors were included in the Schedules and Statements. |
| 13 | SOFAs & SOALs | 9/18/26 | David Lee | 0.7 | Identify prepetition transactions to tie to SOAL for Kroll Team regarding claims updates. |
| 13 | SOFAs & SOALs | 9/18/26 | David Lee | 0.1 | Write email to Kroll Team regarding critical vendor listing and Schedules. |
| | **Task Code 13 Total** | | | **2.6** | |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 14 | General Bankruptcy Reporting | 9/2/26 | David Lee | 3.0 | Begin pulling and cleaning QuickBooks extracts for bankruptcy reporting purposes. |
| 14 | General Bankruptcy Reporting | 9/2/26 | David Lee | 1.4 | Resume pulling and cleaning QuickBooks extracts for bankruptcy reporting purposes. |
| 14 | General Bankruptcy Reporting | 9/2/26 | David Lee | 1.0 | Troubleshoot issue with QuickBooks extract and mapping for bankruptcy reporting. |
| 14 | General Bankruptcy Reporting | 9/2/26 | David Lee | 0.6 | Correspond with FTI Team regarding bankruptcy reporting for critical vendors, insurance. |
| 14 | General Bankruptcy Reporting | 9/2/26 | David Lee | 0.8 | Review analysis put together by FTI Team for July for formula mapping discrepancy for bankruptcy reporting. |
| 14 | General Bankruptcy Reporting | 9/3/26 | Christopher Pizzo | 0.1 | Call with Cole Schotz regarding specific bankruptcy reporting items. |
| 14 | General Bankruptcy Reporting | 9/4/26 | David Lee | 1.1 | Prepare transaction data for US Trustee reporting for the month of August. |
| 14 | General Bankruptcy Reporting | 9/4/26 | David Lee | 1.3 | Resume prepetition AP and transaction data population for US Trustee reporting for August. |
| 14 | General Bankruptcy Reporting | 9/4/26 | David Lee | 1.0 | Review prepetition AP and transaction data for US Trustee reporting for August. |
| 14 | General Bankruptcy Reporting | 9/8/26 | David Lee | 1.0 | Review camp transactions data for August for prepetition bankruptcy reporting. |
| 14 | General Bankruptcy Reporting | 9/8/26 | David Lee | 0.9 | Identify specific insurance and critical vendor reporting due. |
| 14 | General Bankruptcy Reporting | 9/8/26 | David Lee | 1.5 | Update camp transactions data for August for bankruptcy reporting. |
| 14 | General Bankruptcy Reporting | 9/8/26 | David Lee | 1.2 | Continue to update camp transactions data for August for bankruptcy reporting. |
| 14 | General Bankruptcy Reporting | 9/8/26 | David Lee | 0.6 | Continue to update camp transactions data for August for bankruptcy reporting. |
| 14 | General Bankruptcy Reporting | 9/9/26 | David Lee | 1.6 | Clean up reporting and final checks for insurance and critical vendor reporting. |
| 14 | General Bankruptcy Reporting | 9/9/26 | David Lee | 1.3 | Compile insurance and critical vendor rough draft for FTI Team. |
| 14 | General Bankruptcy Reporting | 9/9/26 | David Lee | 2.0 | Review camp transactions data for August for prepetition critical vendors and insurance bankruptcy reporting. |
| 14 | General Bankruptcy Reporting | 9/9/26 | David Lee | 0.3 | Review insurance and critical vendor reporting. |
| 14 | General Bankruptcy Reporting | 9/10/26 | Christopher Creger | 0.8 | Call with CRO, Cole Schotz, and FTI regarding specific bankruptcy reporting items and issues. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 14 | General Bankruptcy Reporting | 9/10/26 | Christopher Pizzo | 0.8 | Call with CRO, Cole Schotz, and FTI regarding specific bankruptcy reporting items and issues. |
| 14 | General Bankruptcy Reporting | 9/10/26 | David Lee | 1.2 | Iterate on critical vendor and insurance reports per FTI Team comment. |
| 14 | General Bankruptcy Reporting | 9/10/26 | Joshua Beets | 0.8 | Call with CRO, Cole Schotz, and FTI regarding specific bankruptcy reporting items and issues. |
| 14 | General Bankruptcy Reporting | 9/10/26 | Russell Laughlin | 2.0 | Update critical vendor and insurance motion reporting. |
| 14 | General Bankruptcy Reporting | 9/18/26 | David Lee | 0.6 | Perform required follow-ups with Kroll regarding critical vendors. |
| 14 | General Bankruptcy Reporting | 9/22/26 | David Lee | 0.6 | Respond to Kroll Team regarding statements and critical vendor payments in August. |
| 14 | General Bankruptcy Reporting | 9/25/26 | Russell Laughlin | 0.6 | Provide critical vendor and insurance reporting to Bonds' advisors. |
| | **Task Code 14 Total** | | | **28.1** | |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 15 | Claims Management, Reconciliation and Resolution | 9/1/26 | Joshua Beets | 0.3 | Review camp director potential claims for bonuses. |
| 15 | Claims Management, Reconciliation and Resolution | 9/2/26 | Vivek Ram | 2.8 | Review and analysis of underlying claims, sale values and debt across all individual silos and classes to incorporate into waterfall analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/4/26 | Joshua Beets | 0.4 | Review camp director potential claims for bonuses. |
| 15 | Claims Management, Reconciliation and Resolution | 9/9/26 | Vivek Ram | 1.1 | Analyze updated claims amounts and reconcile with individual funds flows, cross-checking with waterfall outputs. |
| 15 | Claims Management, Reconciliation and Resolution | 9/9/26 | Vivek Ram | 2.1 | Continue to analyze updated claims amounts and reconcile with individual funds flows, cross-checking with waterfall outputs. |
| 15 | Claims Management, Reconciliation and Resolution | 9/10/26 | Christopher Creger | 1.4 | Perform detailed review and analysis of Island Lake waterfall with respect to bondholder claims and recoveries. |
| 15 | Claims Management, Reconciliation and Resolution | 9/10/26 | Joshua Beets | 0.9 | Analyze claims for potential payment. |
| 15 | Claims Management, Reconciliation and Resolution | 9/11/26 | Christopher Creger | 0.5 | Call with Cole Schotz, CRO, and FTI regarding creditor claims. |
| 15 | Claims Management, Reconciliation and Resolution | 9/11/26 | Christopher Creger | 1.9 | Continue to perform extensive claims reconciliation and liability analysis across approximately 61 Debtors. |
| 15 | Claims Management, Reconciliation and Resolution | 9/11/26 | Christopher Creger | 2.0 | Perform extensive claims reconciliation and liability analysis across approximately 61 Debtors. |
| 15 | Claims Management, Reconciliation and Resolution | 9/11/26 | Christopher Pizzo | 0.5 | Call with Cole Schotz, CRO, and FTI regarding creditor claims. |
| 15 | Claims Management, Reconciliation and Resolution | 9/11/26 | Joshua Beets | 0.5 | Call with Cole Schotz, CRO, and FTI regarding creditor claims. |
| 15 | Claims Management, Reconciliation and Resolution | 9/12/26 | Christopher Creger | 2.4 | Continue to perform extensive claims reconciliation and liability analysis across approximately 61 Debtors. |
| 15 | Claims Management, Reconciliation and Resolution | 9/13/26 | Christopher Creger | 1.8 | Continue to perform extensive claims reconciliation and liability analysis across approximately 61 Debtors. |
| 15 | Claims Management, Reconciliation and Resolution | 9/14/26 | Joshua Beets | 0.7 | Analyze claims for potential payment. |
| 15 | Claims Management, Reconciliation and Resolution | 9/15/26 | Joshua Beets | 1.1 | Analyze claims for potential payment. |
| 15 | Claims Management, Reconciliation and Resolution | 9/16/26 | Finnley Collins | 2.0 | Reconcile claims mapping for multiple camps. |
| 15 | Claims Management, Reconciliation and Resolution | 9/16/26 | John Flittner | 2.5 | Build out debtor claims dashboard for SIMAD. |
| 15 | Claims Management, Reconciliation and Resolution | 9/16/26 | John Flittner | 0.7 | Continue to build out debtor claims dashboard for SIMAD. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 15 | Claims Management, Reconciliation and Resolution | 9/16/26 | Max Pidgeon | 0.5 | Review claims register to identify other secured claims. |
| 15 | Claims Management, Reconciliation and Resolution | 9/17/26 | Finnley Collins | 2.1 | Create a convenience claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/17/26 | Finnley Collins | 1.5 | Continue to reconcile claims mapping for multiple camps. |
| 15 | Claims Management, Reconciliation and Resolution | 9/17/26 | John Flittner | 2.0 | Finalize debtor claims dashboard from convenience claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/17/26 | Joshua Beets | 0.9 | Review convenience class modeling. |
| 15 | Claims Management, Reconciliation and Resolution | 9/17/26 | Mihai Cirstea | 0.5 | Review convenience class claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/18/26 | Finnley Collins | 2.5 | Prepare convenience claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/18/26 | John Flittner | 1.2 | Continue to create output tab in debtor claims dashboard. |
| 15 | Claims Management, Reconciliation and Resolution | 9/18/26 | John Flittner | 1.1 | Identify key debtor claims from the convenience claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/18/26 | John Flittner | 1.9 | Create output tab in debtor claims dashboard from the convenience claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/18/26 | Mihai Cirstea | 1.1 | Prepare convenience class claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/21/26 | Finnley Collins | 2.6 | Continue to prepare and update convenience claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/21/26 | Finnley Collins | 2.4 | Prepare and update convenience claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/21/26 | Joshua Beets | 0.1 | Review convenience class modeling. |
| 15 | Claims Management, Reconciliation and Resolution | 9/22/26 | Finnley Collins | 2.5 | Continue to create a convenience claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/22/26 | Mihai Cirstea | 2.9 | Continue preparing convenience class claims analysis. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 15 | Claims Management, Reconciliation and Resolution | 9/22/26 | Mihai Cirstea | 0.5 | Correspond with FTI team regarding convenience class claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/22/26 | Mihai Cirstea | 2.7 | Prepare convenience class claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/23/26 | Christopher Pizzo | 0.5 | Review secured claims analysis prepared at request of CRO. |
| 15 | Claims Management, Reconciliation and Resolution | 9/24/26 | Christopher Creger | 2.5 | Evaluate SIMAD’s convenience class and GUC claims analysis, including holder aggregation, opt-down economics, assumed recoveries, and settlement funding. |
| 15 | Claims Management, Reconciliation and Resolution | 9/24/26 | Finnley Collins | 1.4 | Create and update convenience claims analysis with internal comments. |
| 15 | Claims Management, Reconciliation and Resolution | 9/25/26 | Finnley Collins | 1.9 | Conduct convenience claims analysis and update with additional information. |
| 15 | Claims Management, Reconciliation and Resolution | 9/28/26 | Mihai Cirstea | 2.7 | Continue preparing convenience class claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/29/26 | Mihai Cirstea | 2.4 | Continue preparing convenience class claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/30/26 | Mihai Cirstea | 2.2 | Analyze convenience class claims for the liquidating plan. |
| 15 | Claims Management, Reconciliation and Resolution | 9/30/26 | Mihai Cirstea | 0.5 | Correspond with FTI team regarding convenience class claims analysis. |
| 15 | Claims Management, Reconciliation and Resolution | 9/30/26 | Mihai Cirstea | 2.9 | Prepare convenience class claims analysis. |
| | **Task Code 15 Total** | | | **71.6** | |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/1/26 | Christopher Creger | 0.6 | Call with FTI and ACRO to discuss wind down reserves. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/1/26 | Christopher Creger | 0.6 | Review lender recovery scenarios and related internal considerations. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/1/26 | Christopher Creger | 1.2 | Review SIMAD Updated Waterfall/ Recovery Analysis needs (financial and staffing related). |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/1/26 | Christopher Creger | 0.4 | Review waterfall and recovery analyses, including status of ongoing financial workstreams. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/1/26 | Christopher Pizzo | 0.6 | Call with FTI and ACRO to discuss wind down reserves. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/1/26 | Christopher Pizzo | 0.5 | Review overall project matters relating to waterfall and camp closures. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/1/26 | Joshua Beets | 0.6 | Call with FTI and ACRO to discuss wind down reserves. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Christopher Creger | 1.0 | Discuss plan confirmation process with CRO, FTI, and Cole Schotz teams. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Christopher Creger | 1.7 | Review and provide update internally regarding claim treatment in waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Christopher Creger | 1.2 | Review waterfall and recovery analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Christopher Creger | 1.4 | Review the Illustrative Group Waterfall & Recovery analysis and prepare issues list for internal team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Christopher Pizzo | 1.0 | Discuss plan confirmation process with CRO, FTI, and Cole Schotz teams. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Christopher Pizzo | 0.3 | Review waterfall analysis and provide comments. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Joshua Beets | 1.0 | Discuss plan confirmation process with CRO, FTI, and Cole Schotz teams. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Joshua Beets | 1.7 | Prepare wind down budget. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Joshua Beets | 2.7 | Review Plan of Reorganization. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Joshua Beets | 2.7 | Review items to pay in sale waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Joshua Beets | 2.2 | Review recovery analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Russell Laughlin | 2.5 | Prepare wind-down budget. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Russell Laughlin | 1.0 | Discuss plan confirmation process with CRO, FTI, and Cole Schotz teams. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Russell Laughlin | 3.0 | Prepare litigation incremental cost analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Vivek Ram | 2.4 | Construct waterfall model across all silos, showcasing and analyzing potential recoveries. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/2/26 | Vivek Ram | 1.0 | Discuss plan confirmation process with CRO, FTI, and Cole Schotz teams. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/3/26 | Christopher Creger | 2.2 | Continue with the underlying review of the Illustrative Group Waterfall & Recovery analysis (preliminary). |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/3/26 | Christopher Creger | 1.1 | Review and respond to questions regarding open questions to overall bankruptcy plan. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/3/26 | Christopher Creger | 1.5 | Review SIMAD cash-flow and waterfall analyses, including review of current assumptions, recovery calculations, and required updates. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/3/26 | Christopher Creger | 2.8 | Review the Joint Chapter 11 Plan of Liquidation of the Camp Business Debtors for internal team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/3/26 | Christopher Pizzo | 1.5 | Review waterfall and recovery analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/3/26 | Christopher Pizzo | 0.5 | Review revised waterfall in preparation for call to discuss. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/3/26 | Joshua Beets | 2.8 | Review of Plan of Reorganization. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/3/26 | Joshua Beets | 0.3 | Review disclosure schedules. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/3/26 | Joshua Beets | 2.8 | Review waterfall recovery from sales. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/3/26 | Max Pidgeon | 0.4 | Identify cure amounts for AYC related camps. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/3/26 | Russell Laughlin | 1.0 | Prepare updated litigation cost analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/3/26 | Russell Laughlin | 2.7 | Update and distribute litigation incremental cost analysis for review. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/3/26 | Vivek Ram | 1.5 | Incorporate further updates into waterfall model per team feedback. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Christopher Creger | 2.8 | Continue through the layers of underlying review of the Illustrative Group Waterfall & Recovery analysis (preliminary). |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Christopher Creger | 2.9 | Create, review, and provide Plan review memorandum to counsel. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Christopher Creger | 0.6 | Discuss waterfall and other work streams with internal FTI team (partial). |

EXHIBIT B

SIMAD Holdings, Ltd. - CASE NO. 26-16388

DETAIL OF TIME ENTRIES

FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Christopher Creger | 1.1 | Create, review, and provide Convenience Class threshold analysis (Class 9 Build Out) request to internal team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Christopher Creger | 0.5 | Respond to team member regarding Convenience Class threshold analysis (Class 9 Build Out) and related timeline. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Christopher Pizzo | 1.5 | Review revised waterfall forecast. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Joshua Beets | 0.7 | Review disclosure schedules. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Joshua Beets | 1.6 | Review waterfall recovery from sales. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Reagan Jones | 1.2 | Analyze allocated DIP loan amounts in the waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Reagan Jones | 1.4 | Analyze amounts to be paid in the waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Reagan Jones | 1.4 | Analyze UST fee amounts in the waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Russell Laughlin | 1.6 | Discuss waterfall and other work streams with internal FTI team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Russell Laughlin | 0.8 | Update the litigation cost analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Vivek Ram | 1.6 | Discuss waterfall and other work streams with internal FTI team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Vivek Ram | 0.8 | Review Disclosure Statement figures and camper deposits. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/4/26 | Vivek Ram | 1.3 | Review updates to waterfall recovery model and potential extended litigation costs. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/6/26 | Joshua Beets | 0.8 | Review revised Plan of Reorganization. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/7/26 | Christopher Creger | 1.8 | Review responses from counsel regarding Plan. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/8/26 | Christopher Creger | 1.1 | Perform detailed review of payoff number and incorporation into the recovery waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/8/26 | Christopher Pizzo | 0.6 | Review Waterfall analysis updates. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/8/26 | Joshua Beets | 3.0 | Review waterfall recovery from sales. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/8/26 | Kavi Bommakanti | 1.3 | Finalize version of funds flow waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/8/26 | Kavi Bommakanti | 2.5 | Revise funds flow waterfall. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/8/26 | Kavi Bommakanti | 3.0 | Update funds flow waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/8/26 | Max Pidgeon | 1.8 | Update waterfall of multiple camps based on information in the APA. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/8/26 | Reagan Jones | 1.8 | Analyze the BNH payoff letter interest calculations. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/8/26 | Russell Laughlin | 1.5 | Update wind-down budget. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/8/26 | Vivek Ram | 2.8 | Continue to prepare further breakout of waterfall model per internal team feedback, calculating recoveries. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/8/26 | Vivek Ram | 2.0 | Prepare further breakout of waterfall model per internal team feedback, calculating recoveries. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/9/26 | Christopher Creger | 2.9 | Create and perform detailed review of SIMAD waterfall model. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/9/26 | Christopher Creger | 2.4 | Work on additional detailed review of SIMAD waterfall model. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/9/26 | Christopher Pizzo | 1.0 | Review waterfall model and identify changes to be made. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/9/26 | Joshua Beets | 1.8 | Review updated waterfall model. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/9/26 | Joshua Beets | 2.7 | Update waterfall model. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/9/26 | Vivek Ram | 2.2 | Build out waterfall model, adjust recoveries and prepare outputs for external review. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/9/26 | Vivek Ram | 2.4 | Continue to build out waterfall model, adjust recoveries and prepare outputs for external review. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/10/26 | Christopher Creger | 0.4 | Call with Cole Schotz and FTI regarding Disclosure Statement. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/10/26 | Christopher Pizzo | 1.3 | Review and provide comments on revised waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/10/26 | Christopher Pizzo | 1.2 | Review Island Lake waterfall/recovery analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/10/26 | Joshua Beets | 0.4 | Call with Cole Schotz and FTI regarding Disclosure Statement. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/10/26 | Joshua Beets | 2.7 | Update waterfall model. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/10/26 | Vivek Ram | 2.8 | Continue to review and update waterfall analysis and model with team feedback, discussing adjustments and changes. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/10/26 | Vivek Ram | 1.9 | Continue to review and update waterfall analysis and model with team feedback, discussing adjustments and changes. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/10/26 | Vivek Ram | 2.9 | Prepare and update bond payoff schedules based on additional assumptions provided in multiple settlement statements. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/11/26 | Christopher Creger | 2.7 | Perform detailed review and revision of confidential draft waterfall, two-week extended operating budgets, and full-case budgets with internal team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/11/26 | Christopher Pizzo | 0.1 | Call with Cole Schotz regarding waterfall analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/11/26 | Christopher Pizzo | 0.9 | Continue to review changes to the waterfall model. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/11/26 | Christopher Pizzo | 0.3 | Review updates to the waterfall model. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/11/26 | Christopher Pizzo | 1.1 | Review, revise, and finalize waterfall analysis and send to appropriate parties. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/11/26 | Vivek Ram | 2.5 | Work through additional edits and adjustments to waterfall output, preparing for external distribution. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/12/26 | Christopher Creger | 2.6 | Review and analyze multiple internal and external communications regarding unsecured creditor pool analysis, confidential draft waterfall, and two-week extended budgets. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/13/26 | Christopher Creger | 2.0 | Continue review and analysis of communications and developments regarding unsecured creditor pool analysis, confidential draft waterfall, two-week extended budgets, and full-case budgets. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/13/26 | Joshua Beets | 1.2 | Review Bondholder recovery waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/14/26 | Christopher Creger | 1.5 | Continue to create, review, and provide internal team with Reconciled Liability Register and Secured Claims Reconciliation to the Waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/14/26 | Christopher Creger | 2.0 | Continue to create, review, and provide internal team with Reconciled Liability Register and Secured Claims Reconciliation to the Waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/14/26 | Christopher Creger | 1.5 | Continue to create, review, and provide internal team with Reconciled Liability Register and Secured Claims Reconciliation to the Waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/14/26 | Christopher Creger | 2.4 | Create, review, and provide internal team with Reconciled Liability Register and Secured Claims Reconciliation to the Waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/14/26 | Christopher Pizzo | 1.1 | Review Chen-A-Wanda and Green Lane net proceeds and DIP loan payoff statement. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/14/26 | Evan Hudgins | 2.7 | Build liquidation analysis structure and format. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/14/26 | Evan Hudgins | 2.4 | Build liquidation analysis assumptions detail. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/14/26 | Evan Hudgins | 2.1 | Build liquidation analysis debtor consolidation. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/14/26 | Evan Hudgins | 2.5 | Build liquidation analysis diligence list. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/14/26 | Joshua Beets | 1.7 | Review Bondholder recovery waterfall. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/14/26 | Reagan Jones | 1.2 | Analyze structure of hypothetical liquidation analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/14/26 | Russell Laughlin | 3.0 | Prepare and distribute DIP payoff statements pertaining to Island Lake, Rolling Hills, CAW, and Green Lane sales. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/14/26 | Vivek Ram | 3.0 | Continue to work on and update waterfall model and outputs per team feedback. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/14/26 | Vivek Ram | 2.5 | Continue to work on and update waterfall model and outputs per team feedback. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Christopher Creger | 1.1 | Call with CRO, Cole Schotz and FTI regarding waterfall recoveries. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Christopher Creger | 0.6 | Internal review for broader waterfall call. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Christopher Creger | 1.6 | Review and reconcile bondholders' preliminary payoff calculation against governing DIP and bond documents. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Christopher Creger | 2.9 | Review and reconcile bondholders' preliminary payoff calculation against governing DIP and bond documents. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Christopher Pizzo | 0.2 | Call with CRO, Cole Schotz and FTI regarding waterfall recoveries (partial). |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Christopher Pizzo | 0.6 | Internal review for broader waterfall call. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Christopher Pizzo | 0.5 | Internal review of waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Christopher Pizzo | 1.2 | Review excel revisions to waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Christopher Pizzo | 0.7 | Review revisions to waterfall schedule based on additional information. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Evan Hudgins | 2.8 | Build liquidation analysis structure and format. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Evan Hudgins | 2.7 | Build liquidation analysis to waterfall reconciliation. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Evan Hudgins | 2.6 | Build liquidation analysis net sale proceeds by camp. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Joshua Beets | 0.2 | Call with CRO, Cole Schotz and FTI regarding waterfall recoveries (partial). |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Joshua Beets | 1.1 | Review bond interest calculation. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Joshua Beets | 2.1 | Review updates to waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Joshua Beets | 0.5 | Review sales waterfall. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Reagan Jones | 0.8 | Analyze structure of hypothetical liquidation analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Russell Laughlin | 3.0 | Revise DIP payoff statements pertaining to Island Lake, Rolling Hills, CAW, and Green Lane sales. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Vivek Ram | 2.7 | Continue to prepare summary and output regarding bond interest discrepancies. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Vivek Ram | 1.5 | Continue to prepare summary and output regarding bond interest discrepancies. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/15/26 | Vivek Ram | 1.5 | Review waterfall and recovery outputs. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Christopher Creger | 2.1 | Assess impact of identified payoff discrepancies on recovery waterfall, secured claim amounts, and projected creditor recoveries, and incorporate related adjustments into waterfall analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Christopher Creger | 0.5 | Call with FTI team and Mishmeret to review interest payoff calculations. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Christopher Creger | 1.7 | Draft email to Cole Schotz team regarding SIMAD bondholder payoff calculation, outlining identified reconciliation issues, proposed adjustments, and recommended next steps for resolution with lenders. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Christopher Creger | 1.2 | Review and respond to correspondences regarding Blue Star new money DIP loan repayment for waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Christopher Pizzo | 0.5 | Call with FTI team and Mishmeret to review interest payoff calculations. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Christopher Pizzo | 0.8 | Review interest calculation in waterfall model. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Christopher Pizzo | 1.1 | Review waterfall and interest calculations. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Evan Hudgins | 1.5 | Build liquidation analysis consolidated incremental ch.7 cost analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Evan Hudgins | 2.9 | Build liquidation analysis purchase price allocation reconciliation. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Evan Hudgins | 2.3 | Build liquidation analysis to waterfall reconciliation. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Evan Hudgins | 2.5 | Build liquidation analysis wind down cost analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Evan Hudgins | 2.1 | Build liquidation analysis duplicate claims reconciliation. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Evan Hudgins | 1.8 | Build liquidation analysis with updated assumptions. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Joshua Beets | 0.5 | Call with FTI team and Mishmeret to review interest payoff calculations. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Joshua Beets | 1.3 | Review bond interest calculation. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Joshua Beets | 1.4 | Review hypothetical liquidation analysis assumptions. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Joshua Beets | 0.8 | Review payoff calculations for DIP loans. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Joshua Beets | 0.7 | Review updates to waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Kavi Bommakanti | 1.2 | Populate data for liquidation analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Kavi Bommakanti | 0.7 | Research data for interest calculation. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Reagan Jones | 2.5 | Analyze BNH interest and fee calculations in the payoff letter. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Reagan Jones | 1.6 | Prepare schedule of FX conversion rates for the waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Vivek Ram | 2.0 | Adjust bond interest analysis and waterfall claims updates. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Vivek Ram | 0.5 | Call with FTI team and Mishmeret to review interest payoff calculations. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Vivek Ram | 2.4 | Prepare output for claims and liquidation analysis updates. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/16/26 | Vivek Ram | 3.0 | Work through various claims and liquidation analysis updates. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Christopher Creger | 1.2 | Address significant changes to the Windsor Mountain budget for BNH and assess impacts on the waterfall and recovery analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Christopher Creger | 0.8 | Assess bondholders’ preliminary payoff calculation against DIP and bond documents, including interest, default rate, roll-up, exit fee, and under secured claim treatment, for incorporation into the waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Christopher Creger | 1.9 | Confirm the impact of bondholders’ preliminary payoff calculation under DIP and bond documents for incorporation into the waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Christopher Creger | 1.6 | Continue to reconcile changes to recovery waterfall assumptions, including secured claims, sale proceeds, reserves, and funding needs. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Christopher Creger | 0.6 | Participate in a call with FTI team and SIMAD Team regarding revisions to recovery waterfall and related claim and distribution assumptions. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Christopher Creger | 2.3 | Reconcile changes to recovery waterfall assumptions, including secured claims, sale proceeds, reserves, and funding needs, and assess creditor recovery impacts. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Christopher Creger | 0.6 | Review and respond to HTB Payoff for BlueStar Landco DIP loan to internal team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Christopher Creger | 0.8 | Review default and compound interest and communicate updates to make to internal team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Christopher Pizzo | 0.6 | Participate in a call with FTI team and SIMAD Team regarding revisions to recovery waterfall and related claim and distribution assumptions. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Christopher Pizzo | 1.7 | Make revisions to waterfall bridge. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Evan Hudgins | 2.1 | Build liquidation analysis UST fees calculations. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Evan Hudgins | 2.4 | Build liquidation analysis duplicate claims reconciliation by debtor. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Evan Hudgins | 2.5 | Build liquidation analysis purchase price allocation reconciliation by debtor. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Evan Hudgins | 1.8 | Build liquidation analysis secured claims by debtor reconciliation. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Joshua Beets | 1.3 | Review bond interest calculation. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Joshua Beets | 0.9 | Review hypothetical liquidation analysis assumptions. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Kavi Bommakanti | 3.0 | Update funds flow waterfalls and net cash summaries. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Reagan Jones | 2.6 | Analyze default and compound interest calculations in the waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Reagan Jones | 0.7 | Review and update FX conversion rates in the waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Russell Laughlin | 0.5 | Coordinate post-close contract cure issue with Cole Schotz. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Vivek Ram | 2.4 | Prepare bridge analyses and summaries for Bondholder group to show the updates to waterfall analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Vivek Ram | 2.3 | Update waterfall analysis with additional information from sale closings for multiple camps. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/17/26 | Vivek Ram | 1.8 | Update waterfall inputs based on additional assumptions provided by the Bondholder group. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/18/26 | Christopher Creger | 1.9 | Review specific issues, draft email, and discuss internally regarding presentation of SIMAD payoff number (Series C Bonds). |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/18/26 | Evan Hudgins | 2.0 | Build liquidation analysis consolidated incremental ch.7 cost analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/18/26 | Evan Hudgins | 2.2 | Build liquidation analysis wind down cost analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/18/26 | Evan Hudgins | 2.8 | Build liquidation analysis claims by debtor data. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/18/26 | Evan Hudgins | 1.2 | Review liquidation analysis and best interest test materials. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/18/26 | Joshua Beets | 0.4 | Review hypothetical liquidation analysis assumptions. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/18/26 | Joshua Beets | 1.4 | Review updates to waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/18/26 | Kavi Bommakanti | 2.8 | Update funds flow waterfalls and net cash summaries. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/18/26 | Max Pidgeon | 1.3 | Correspond with FTI team regarding camps that closed and funds flows to update waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/18/26 | Russell Laughlin | 0.6 | Calculate BNH payoff amount. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/18/26 | Vivek Ram | 1.9 | Create a bridge to show changes between current and prior versions of waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/18/26 | Vivek Ram | 2.1 | Update waterfall analysis based on additional assumptions and comments from FTI team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/20/26 | Evan Hudgins | 2.3 | Update liquidation analysis with debtor claims and purchase price allocation data. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/21/26 | Christopher Creger | 1.0 | Continue to refine SIMAD recovery waterfalls for updated sale closings, bondholder payoff assumptions and claim treatments to assess impacts on stakeholder recoveries. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/21/26 | Christopher Creger | 2.1 | Refine SIMAD recovery waterfalls for updated sale closings, bondholder payoff assumptions and claim treatments to assess impacts on stakeholder recoveries. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/21/26 | Christopher Creger | 2.2 | Respond to internal communications on the SIMAD Series C payoff, including interest calculations, exchange rate, and outstanding payoff items. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/21/26 | Christopher Creger | 1.9 | Reconcile and respond on BNH new-money DIP repayment calculations and allocations for IAFA, North Star, Med-O-Lark, and Wekeela. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/21/26 | Christopher Pizzo | 0.7 | Review overall project status and communicate updates needed on hypothetical liquidation analysis and waterfall to FTI team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/21/26 | Evan Hudgins | 2.3 | Build liquidation analysis claims recovery detail. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/21/26 | Evan Hudgins | 1.8 | Build liquidation analysis claims reconciliation. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/21/26 | Evan Hudgins | 2.7 | Build liquidation analysis waterfall structure. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/21/26 | Evan Hudgins | 2.5 | Update liquidation analysis best interest test and plan analysis structure. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/21/26 | Joshua Beets | 1.8 | Review of hypothetical liquidation analysis assumptions. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/21/26 | Vivek Ram | 1.0 | Work through updates to liquidation analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/22/26 | Christopher Creger | 2.1 | Develop strategy for post-closing camp administration, including banking, APA compliance, cash true-up, and asset and utility transitions, and identify lower-cost staffing options to reduce fees. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/22/26 | Christopher Creger | 1.0 | Evaluate sale proceeds treatment under the Final DIP Order, including Roll-Up and pre-petition distribution restrictions, assess liquidity and fee reserve impacts, and develop strategy for budget approval. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/22/26 | Christopher Creger | 1.8 | Participate in SIMAD HLA workstream status call with FTI Team regarding development and refinement of hypothetical liquidation analysis assumptions and supporting analyses. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/22/26 | Christopher Creger | 1.9 | Reconcile updated recovery waterfall, including conflicting outputs, creditor treatment, UCC challenge recoveries, bond payoff and 506(b) assumptions, DIP allocations, and GUC sizing. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/22/26 | Evan Hudgins | 2.6 | Build liquidation analysis purchase price allocation reconciliation. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/22/26 | Evan Hudgins | 1.8 | Build liquidation analysis adjusted waterfall claims data. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/22/26 | Evan Hudgins | 2.2 | Update liquidation analysis waterfall summary data. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/22/26 | Evan Hudgins | 1.8 | Participate in SIMAD HLA workstream status call with FTI Team regarding development and refinement of hypothetical liquidation analysis assumptions and supporting analyses. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/22/26 | Evan Hudgins | 2.0 | Review liquidation analysis and best interest test materials. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/22/26 | Joshua Beets | 1.8 | Participate in SIMAD HLA workstream status call with FTI Team regarding development and refinement of hypothetical liquidation analysis assumptions and supporting analyses. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/22/26 | Kavi Bommakanti | 2.9 | Create funds flow waterfalls and net cash summaries. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/22/26 | Russell Laughlin | 1.2 | Coordinate BNH DIP payoff. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/22/26 | Vivek Ram | 1.2 | Assist with updates to the liquidation analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/22/26 | Vivek Ram | 1.9 | Update waterfall model based on additional information in APAs and settlement statements at multiple camps. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Christopher Creger | 2.1 | Analyze disputed SIMAD Series C payoff calculations, including interest capitalization, default interest, impacts on recoveries, and coordinate a response with counsel. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Christopher Creger | 0.5 | Calls with FTI Team regarding waterfall and other forecasting matters. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Christopher Creger | 1.0 | Evaluate treatment of SIMAD sale proceeds under the Final DIP Order and UCC challenge period, assess impacts on liquidity, and develop strategy for budget approval and case funding. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Christopher Creger | 1.0 | Review assumptions in HLA analysis including liquidation assumptions, claim classifications, asset recoveries, and refinement of the hypothetical liquidation analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Christopher Creger | 1.0 | Meet with Cole Schotz and FTI teams regarding making updates to the liquidation analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Christopher Pizzo | 0.5 | Calls with FTI Team regarding waterfall and other forecasting matters. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Christopher Pizzo | 1.0 | Meet with Cole Schotz and FTI teams regarding making updates to the liquidation analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Evan Hudgins | 2.8 | Build liquidation analysis claims recoveries by scenario. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Evan Hudgins | 2.3 | Build liquidation analysis UST fees calculations. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Evan Hudgins | 2.4 | Build liquidation analysis waterfall mechanics and structure. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Evan Hudgins | 2.6 | Consolidate liquidation analysis diligence questions and correspondence. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Evan Hudgins | 1.5 | Update utility transition analysis and corresponding communication. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Evan Hudgins | 1.0 | Meet with Cole Schotz and FTI teams regarding making updates to the liquidation analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Joshua Beets | 0.5 | Calls with FTI Team regarding waterfall and other forecasting matters. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Joshua Beets | 1.9 | Review hypothetical liquidation analysis assumptions. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Kavi Bommakanti | 1.5 | Finalize version of BNH funds flow waterfalls. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Kavi Bommakanti | 2.8 | Continue to edit funds flow waterfalls per internal comments and prepare for distribution. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Kavi Bommakanti | 3.0 | Revise funds flow waterfalls and prepare for distribution. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Vivek Ram | 2.4 | Continue to work through various updates and clarifications regarding waterfall, liquidity and claims review, recoveries and outputs. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Vivek Ram | 1.5 | Review and work through further updates to liquidation analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/23/26 | Vivek Ram | 2.8 | Work through various updates and clarifications regarding waterfall, liquidity and claims review, recoveries and outputs. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Christopher Creger | 1.5 | Call with FTI team to discuss liquidation analysis (Partial). |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Christopher Creger | 0.8 | Call with FTI and SIMAD teams regarding remaining post-sale obligations, accounting and operational transition items, and allocation of responsibility for completion. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Christopher Creger | 2.3 | Refine response on the disputed SIMAD Series C payoff, quantify impacts on payoff and recoveries, and coordinate resolution with counsel and bondholder representatives. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Christopher Pizzo | 1.3 | Review and update waterfall with specific payments to Bondholders and BNH. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Christopher Pizzo | 1.7 | Waterfall analysis and review of questions from Trust Agent, revisions to lender advisor fees, and supporting documentation. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Evan Hudgins | 2.7 | Build liquidation analysis consolidated incremental ch.7 cost analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Evan Hudgins | 3.0 | Call with FTI team to discuss liquidation analysis. |

EXHIBIT B

SIMAD Holdings, Ltd. - CASE NO. 26-16388

DETAIL OF TIME ENTRIES

FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Evan Hudgins | 2.8 | Build liquidation analysis of ch.7 recoveries by collateral pool. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Evan Hudgins | 1.3 | Update liquidation analysis claims treatment with requested changes. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Joshua Beets | 3.0 | Call with FTI team to discuss liquidation analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Joshua Beets | 0.8 | Call with FTI and SIMAD teams regarding remaining post-sale obligations, accounting and operational transition items, and allocation of responsibility for completion. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Kavi Bommakanti | 3.0 | Continue to edit funds flow waterfalls per internal comments and prepare for distribution. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Kavi Bommakanti | 0.5 | Make newest updates to funds flow waterfalls and prepare for distribution. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Kavi Bommakanti | 2.3 | Update funds flow waterfalls per new instruction and prepare for distribution. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Russell Laughlin | 3.0 | Call with FTI team to discuss liquidation analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Vivek Ram | 2.5 | Discuss and provide updates to amounts related to various waterfall outputs and bond payoffs. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Vivek Ram | 2.3 | Update payment of interest and principal calculations in model. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/24/26 | Vivek Ram | 2.7 | Update the waterfall based on actual transfers of amounts at closing of camp sales. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/25/26 | Christopher Creger | 0.8 | Evaluate bondholders' revised NIS/USD conversion methodology for the Series C payoff under the Deed of Trust, quantify the principal impact, and develop a negotiation position. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/25/26 | Christopher Pizzo | 1.2 | Review and finalize partial repayment of DIP Rollup (Bonds) schedules and back up. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/25/26 | Russell Laughlin | 3.0 | Review diligence questions from Bonds' advisors regarding payoff letter calculations. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/25/26 | Vivek Ram | 1.8 | Continue to update waterfall model and budget discussions. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/28/26 | Christopher Creger | 1.3 | Analyze disputed Series C Bond payoff calculations, including interest from capitalized pre-petition, default-interest mechanics, and coordinate resolution with counsel and bondholder representatives. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/28/26 | Christopher Creger | 2.0 | Draft a memo commenting on SIMAD's revised Plan and Disclosure Statement, including the UCC settlement, creditor treatment, reserves, and confirmation issues. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/28/26 | Christopher Creger | 1.9 | Respond to questions on SIMAD's Series C Bond payoff calculation, including NIS/USD conversion, interest capitalization, and default and post-petition interest. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/28/26 | Christopher Pizzo | 0.8 | Review email correspondence from bond trustee related to their questions on PIK interest and principal paydown calculations. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/28/26 | Evan Hudgins | 2.2 | Build liquidation analysis claims recoveries by scenario. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/28/26 | Evan Hudgins | 2.5 | Build liquidation analysis claims recovery detail. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/28/26 | Evan Hudgins | 1.7 | Build liquidation analysis consolidated incremental ch.7 cost analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/28/26 | Evan Hudgins | 2.8 | Build consolidated Ch. 7 vs Ch. 11 waterfall analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/28/26 | Joshua Beets | 0.7 | Review hypothetical liquidation analysis assumptions. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/28/26 | Russell Laughlin | 2.8 | Review convenience class analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/28/26 | Vivek Ram | 1.2 | Discuss and review updates to HLA. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/28/26 | Vivek Ram | 0.5 | Prepare additional BNH funding request, analyzing numbers. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/28/26 | Vivek Ram | 0.5 | Review creditor and claim payoffs. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Christopher Creger | 2.6 | Review SIMAD's revised Plan and Disclosure Statement, including the UCC settlement, creditor treatment, reserves, and confirmation issues, and prepare redlines and open items for counsel. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Christopher Creger | 2.8 | Review updated recovery waterfall and DIP terms, including the Carve-Out, Mishmeret interest, UCC settlement funding, and Roll-Up PIK. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Christopher Creger | 1.3 | Review SIMAD's D&O, EPLI, and cyber tail coverage options, costs, deadlines, and funding, and coordinate carrier quotes and timely elections. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Christopher Creger | 2.7 | Review SIMAD's Roll-Up repayment methodology and DIP terms, including PIK interest, prepayment application, and Challenge Period restrictions, and update the model and questions for counsel. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Christopher Pizzo | 1.2 | Review Bondholder recovery analysis and waterfall revisions. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Evan Hudgins | 2.5 | Prepare liquidation analysis diligence materials and associated correspondence. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Evan Hudgins | 2.7 | Update Ch.7 liquidation waterfall with updated claims treatment. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Evan Hudgins | 2.3 | Update liquidation analysis with updated disputed claims treatment. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Evan Hudgins | 1.8 | Update waterfall analysis for updated carve-out treatment. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Joshua Beets | 2.2 | Review of Plan and Disclosure Statement updates. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Joshua Beets | 0.7 | Review waterfall recovery analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Reagan Jones | 1.4 | Revise the Flagstar reconciliation schedule to include additional detail on BNH sale proceeds. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Reagan Jones | 1.7 | Revise the Flagstar reconciliation schedule to include additional detail on Bond sale proceeds. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Reagan Jones | 1.3 | Revise the Flagstar reconciliation schedule to include additional detail on operating account balances. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Reagan Jones | 1.4 | Revise the Flagstar reconciliation schedule to include additional detail on BNH and Blue Star payoff amounts. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Reagan Jones | 1.2 | Revise the Flagstar reconciliation schedule to include additional detail on bond payoff amounts. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Russell Laughlin | 2.1 | Review updated plan and disclosures documents, as well as critical issues list. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/29/26 | Vivek Ram | 2.2 | Review edits to waterfall model and interest calculations. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Christopher Creger | 0.5 | Correspond with FTI team regarding convenience class claims analysis and related claims treatment considerations. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Christopher Creger | 1.0 | Internal FTI call to discuss waterfall and recovery model updates. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Christopher Creger | 1.0 | Call with Cole Schotz, the bondholders, and FTI team regarding outstanding case funding, settlement considerations, and related issues requiring resolution among the Debtors, bondholders, and UCC. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Christopher Creger | 0.9 | Review updated recovery waterfall and related DIP documentation, including Mishmeret post-petition interest and capitalization, Roll-Up PIK mechanics, creditor recoveries, and required model revisions. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Christopher Creger | 2.8 | Review updated SIMAD recovery waterfall analysis, including sale proceeds, DIP and Roll-Up treatment, administrative reserves, and creditor claim priorities, to identify required revisions. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Christopher Pizzo | 1.0 | Internal FTI call to discuss waterfall and recovery model updates. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Christopher Pizzo | 1.0 | Call with Cole Schotz, the bondholders, and FTI team regarding outstanding case funding, settlement considerations, and related issues requiring resolution among the Debtors, bondholders, and UCC. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Christopher Pizzo | 0.9 | Make revisions to waterfall and budgets with updated information. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Christopher Pizzo | 0.6 | Review and provide revision comments to the updated waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Evan Hudgins | 1.0 | Internal FTI call to discuss waterfall and recovery model updates. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Evan Hudgins | 1.5 | Revise waterfall analysis updates and final check. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Evan Hudgins | 2.4 | Update waterfall analysis and build version to version changes bridge. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Evan Hudgins | 2.8 | Update waterfall analysis with updated camp allocations. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Evan Hudgins | 2.6 | Update waterfall analysis with updated reserve allocations. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Joshua Beets | 1.1 | Review of Plan and Disclosure Statement. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Joshua Beets | 1.0 | Internal FTI call to discuss waterfall and recovery model updates. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Joshua Beets | 2.8 | Review revisions to waterfall. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Kavi Bommakanti | 1.0 | Internal FTI call to discuss waterfall and recovery model updates. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Max Pidgeon | 0.9 | Continue updating waterfall based on additional comments from FTI team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Max Pidgeon | 0.8 | Continue to make updates to waterfall schedule based on comments from FTI team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Max Pidgeon | 1.4 | Continue to make updates to waterfall schedule based on comments from FTI team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Max Pidgeon | 1.0 | Continue to make updates to waterfall schedule based on comments from FTI team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Max Pidgeon | 0.5 | Continue to make updates to waterfall schedule based on comments from FTI team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Max Pidgeon | 1.5 | Make updates to waterfall schedule based on comments from FTI team. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Max Pidgeon | 1.0 | Internal FTI call to discuss waterfall and recovery model updates. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Reagan Jones | 1.2 | Revise bond budget to incorporate changes to the waterfall presentation. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Russell Laughlin | 2.2 | Update and review additional assumptions added to the waterfall analysis. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Russell Laughlin | 1.0 | Internal FTI call to discuss waterfall and recovery model updates. |
| 16 | POR/Plan Confirmation/Plan Implementation/Disclosure Statement | 9/30/26 | Russell Laughlin | 3.0 | Update and review updated waterfall analysis. |
| | **Task Code 16 Total** | | | **522.0** | |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 17 | Litigation / Dispute Related | 9/2/26 | Max Pidgeon | 1.1 | Investigate One Canal transaction related to forensic matters. |
| 17 | Litigation / Dispute Related | 9/10/26 | Jade Damas Calixto | 1.0 | Review additional request for sharing the documents requested by the DOJ for forensic related matters. |
| 17 | Litigation / Dispute Related | 9/10/26 | Joseph Spinella | 0.9 | Review DOJ document production request and responsive materials for forensic related matters. |
| 17 | Litigation / Dispute Related | 9/11/26 | Constantino Kyprianou | 1.2 | Review scanned data received from vendor and share with counsel for forensic related matters. |
| 17 | Litigation / Dispute Related | 9/11/26 | Jade Damas Calixto | 3.0 | Continue to extract documents per additional request from the DOJ for forensic related matters. |
| 17 | Litigation / Dispute Related | 9/11/26 | Jade Damas Calixto | 2.4 | Continue to extract documents per additional request from the DOJ for forensic related matters. |
| 17 | Litigation / Dispute Related | 9/11/26 | Jade Damas Calixto | 2.1 | Extract documents per additional request from the DOJ for forensic related matters. |
| 17 | Litigation / Dispute Related | 9/13/26 | Jade Damas Calixto | 2.5 | Continue to extract documents per additional request from the DOJ for forensic related matters. |
| 17 | Litigation / Dispute Related | 9/14/26 | Jade Damas Calixto | 3.0 | Work on the additional DOJ request and organizing the files to share with Counsel for forensic related matters. |
| 17 | Litigation / Dispute Related | 9/15/26 | Jade Damas Calixto | 3.0 | Work on the additional DOJ request and organize the files to share with Counsel for forensic related matters. |
| 17 | Litigation / Dispute Related | 9/17/26 | Edith Wong | 1.3 | Review additional documents provided by SIMAD to respond to UCC requests and provide update to Counsel for forensic related matters. |
| 17 | Litigation / Dispute Related | 9/17/26 | Jade Damas Calixto | 0.8 | Conduct additional searches on loan agreements for forensic related matters. |
| 17 | Litigation / Dispute Related | 9/17/26 | Jade Damas Calixto | 0.9 | Prepare emails and communications with updates to Counsel and Client regarding forensic related matters. |
| 17 | Litigation / Dispute Related | 9/17/26 | Jade Damas Calixto | 1.3 | Review and prepare the index for Counsel for forensic related matters. |
| | **Task Code 17 Total** | | | **24.5** | |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 19 | Billing/Staffing Reports | 9/2/26 | Christopher Creger | 0.4 | Review and respond to FTI team regarding fee application open issues. |
| 19 | Billing/Staffing Reports | 9/3/26 | Cynthia Romano | 2.5 | Final review of July fee application and approve for filing. |
| 19 | Billing/Staffing Reports | 9/3/26 | Max Pidgeon | 2.4 | Update July fee application. |
| 19 | Billing/Staffing Reports | 9/3/26 | Max Pidgeon | 1.2 | Continue to update July fee application. |
| 19 | Billing/Staffing Reports | 9/4/26 | Joshua Beets | 0.4 | Work on finalizing July fee app. |
| 19 | Billing/Staffing Reports | 9/4/26 | Max Pidgeon | 1.0 | Work on final updates to July fee application. |
| 19 | Billing/Staffing Reports | 9/4/26 | Max Pidgeon | 0.9 | Continue to work on final updates to July fee application. |
| 19 | Billing/Staffing Reports | 9/4/26 | Max Pidgeon | 1.1 | Continue to work on final updates to July fee application. |
| 19 | Billing/Staffing Reports | 9/4/26 | Max Pidgeon | 0.5 | Continue to work on final updates to July fee application. |
| 19 | Billing/Staffing Reports | 9/4/26 | Max Pidgeon | 0.5 | Continue to work on final updates to July fee application. |
| 19 | Billing/Staffing Reports | 9/8/26 | Max Pidgeon | 1.2 | Review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/9/26 | Kavi Bommakanti | 1.9 | Continue reviewing time detail on August fee application. |
| 19 | Billing/Staffing Reports | 9/9/26 | Kavi Bommakanti | 2.5 | Continue reviewing time detail on August fee application. |
| 19 | Billing/Staffing Reports | 9/9/26 | Kavi Bommakanti | 1.3 | Begin reviewing time detail on August fee application. |
| 19 | Billing/Staffing Reports | 9/9/26 | Max Pidgeon | 3.0 | Continue to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/9/26 | Max Pidgeon | 3.0 | Continue to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/9/26 | Max Pidgeon | 1.0 | Continue to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/9/26 | Max Pidgeon | 2.1 | Continue to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/10/26 | Kavi Bommakanti | 1.2 | Continue to review time detail for August fee application. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 19 | Billing/Staffing Reports | 9/10/26 | Kavi Bommakanti | 2.0 | Continue to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/10/26 | Kavi Bommakanti | 1.6 | Review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/10/26 | Max Pidgeon | 2.0 | Continue to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/10/26 | Max Pidgeon | 1.6 | Continue to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/11/26 | Joshua Beets | 0.4 | Review process for August fee application. |
| 19 | Billing/Staffing Reports | 9/11/26 | Kavi Bommakanti | 2.5 | Continue to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/11/26 | Kavi Bommakanti | 2.8 | Continue to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/11/26 | Kavi Bommakanti | 0.9 | Begin to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/11/26 | Kavi Bommakanti | 2.8 | Review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/11/26 | Max Pidgeon | 0.4 | Review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/14/26 | Finnley Collins | 2.0 | Continue to reconcile fees for August Fee Application. |
| 19 | Billing/Staffing Reports | 9/14/26 | Finnley Collins | 0.8 | Reconcile expenses for August Fee Application. |
| 19 | Billing/Staffing Reports | 9/14/26 | Finnley Collins | 2.0 | Continue to reconcile expenses for August Fee Application. |
| 19 | Billing/Staffing Reports | 9/14/26 | John Flittner | 2.0 | Continue to reconcile fees for August Fee Application. |
| 19 | Billing/Staffing Reports | 9/14/26 | John Flittner | 0.8 | Continue to reconcile fees for August Fee Application. |
| 19 | Billing/Staffing Reports | 9/14/26 | John Flittner | 2.0 | Continue to reconcile fees for August Fee Application. |
| 19 | Billing/Staffing Reports | 9/14/26 | Kavi Bommakanti | 1.8 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/14/26 | Kavi Bommakanti | 0.9 | Review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/14/26 | Kavi Bommakanti | 2.2 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/14/26 | Max Pidgeon | 1.7 | Continue to review time detail for August fee application. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 19 | Billing/Staffing Reports | 9/14/26 | Max Pidgeon | 1.6 | Continue to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/14/26 | Max Pidgeon | 0.5 | Continue to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/14/26 | Max Pidgeon | 0.9 | Continue to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/15/26 | Finnley Collins | 0.7 | Continue to reconcile expenses for August Fee Application. |
| 19 | Billing/Staffing Reports | 9/15/26 | John Flittner | 0.7 | Reconcile expenses for August Fee Application. |
| 19 | Billing/Staffing Reports | 9/15/26 | Kavi Bommakanti | 2.0 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/15/26 | Kavi Bommakanti | 2.8 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/15/26 | Max Pidgeon | 2.9 | Continue to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/15/26 | Max Pidgeon | 1.3 | Continue to review time detail for August fee application. |
| 19 | Billing/Staffing Reports | 9/16/26 | Finnley Collins | 1.5 | Continue to reconcile expenses for August fee application. |
| 19 | Billing/Staffing Reports | 9/16/26 | Max Pidgeon | 1.3 | Review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/16/26 | Max Pidgeon | 2.8 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/16/26 | Max Pidgeon | 1.4 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/16/26 | Max Pidgeon | 2.3 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/17/26 | Max Pidgeon | 1.5 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/17/26 | Max Pidgeon | 1.0 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/17/26 | Max Pidgeon | 1.1 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/17/26 | Max Pidgeon | 0.5 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/17/26 | Max Pidgeon | 0.5 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/17/26 | Max Pidgeon | 0.2 | Continue to review August fee application for confidentiality. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 19 | Billing/Staffing Reports | 9/18/26 | Joshua Beets | 0.6 | Preparation of notice of rate increase for FTI's engagement. |
| 19 | Billing/Staffing Reports | 9/18/26 | Joshua Beets | 0.8 | Review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/18/26 | Max Pidgeon | 1.0 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/18/26 | Max Pidgeon | 1.9 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/18/26 | Max Pidgeon | 1.0 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/18/26 | Max Pidgeon | 1.5 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/21/26 | Joshua Beets | 0.2 | Prepare notice of rate increase for FTI's engagement. |
| 19 | Billing/Staffing Reports | 9/21/26 | Max Pidgeon | 0.5 | Continue to review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/22/26 | Cynthia Romano | 2.2 | Review July fee application and provide comments to team for finalizing. |
| 19 | Billing/Staffing Reports | 9/22/26 | Cynthia Romano | 2.0 | Continue to review July fee application and provide comments to team for finalizing. |
| 19 | Billing/Staffing Reports | 9/23/26 | Cynthia Romano | 1.2 | Receive and respond to questions from FTI team to finalize July fee app. |
| 19 | Billing/Staffing Reports | 9/23/26 | Finnley Collins | 1.1 | Update and revise fee application expense detail. |
| 19 | Billing/Staffing Reports | 9/23/26 | Joshua Beets | 0.4 | Review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/23/26 | Max Pidgeon | 1.5 | Continue to update fee application based on internal FTI comments. |
| 19 | Billing/Staffing Reports | 9/23/26 | Max Pidgeon | 0.8 | Continue to update fee application based on internal FTI comments. |
| 19 | Billing/Staffing Reports | 9/23/26 | Max Pidgeon | 0.9 | Continue to update fee application based on internal FTI comments. |
| 19 | Billing/Staffing Reports | 9/23/26 | Max Pidgeon | 1.1 | Continue to update fee application based on internal FTI comments. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 19 | Billing/Staffing Reports | 9/23/26 | Max Pidgeon | 2.2 | Continue to update fee application based on internal FTI comments. |
| 19 | Billing/Staffing Reports | 9/23/26 | Max Pidgeon | 2.2 | Update fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/25/26 | Joshua Beets | 0.4 | Review August fee application for confidentiality. |
| 19 | Billing/Staffing Reports | 9/25/26 | Max Pidgeon | 1.3 | Continue to update fee application based on Cole Schotz comments. |
| 19 | Billing/Staffing Reports | 9/28/26 | Max Pidgeon | 0.8 | Identify write offs in fee application. |
| 19 | Billing/Staffing Reports | 9/28/26 | Max Pidgeon | 1.4 | Update fee application and process for additional detail. |
| 19 | Billing/Staffing Reports | 9/29/26 | Max Pidgeon | 0.3 | Make additional updates to fee application based on comments from FTI team. |
| | **Task Code 19 Total** | | | **116.1** | |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 21 | Bank Reporting/Lender Engagement | 9/1/26 | Evan Hudgins | 2.3 | Reconcile budget vs actuals BNH/other camps book balances to bank balances. |
| 21 | Bank Reporting/Lender Engagement | 9/1/26 | Evan Hudgins | 2.6 | Reconcile budget vs actuals bond camps book balances to bank balances. |
| 21 | Bank Reporting/Lender Engagement | 9/1/26 | Evan Hudgins | 2.8 | Update budget vs actuals with QuickBooks data. |
| 21 | Bank Reporting/Lender Engagement | 9/1/26 | Mihai Cirstea | 1.7 | Continue to review Week 11 actuals in budget-versus-actual template across 8 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/1/26 | Mihai Cirstea | 2.6 | Map P&L results to cash flow reporting categories for budget versus actuals. |
| 21 | Bank Reporting/Lender Engagement | 9/1/26 | Mihai Cirstea | 2.1 | Review QuickBooks P&L statements across 24 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/1/26 | Mihai Cirstea | 2.2 | Review Week 11 actuals in budget-versus-actual template across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/1/26 | Mihai Cirstea | 2.5 | Verify P&L mappings to 13-week cash flow categories. |
| 21 | Bank Reporting/Lender Engagement | 9/1/26 | Russell Laughlin | 1.0 | Provide guidance on consolidated bonds budget vs actual analysis to FTI team. |
| 21 | Bank Reporting/Lender Engagement | 9/1/26 | Russell Laughlin | 2.0 | Review budget vs. actual analysis. |
| 21 | Bank Reporting/Lender Engagement | 9/2/26 | Evan Hudgins | 2.1 | Call with the Company and FTI team regarding QuickBooks cash reconciliation across 10 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/2/26 | Evan Hudgins | 2.9 | Draft variance commentary for budget vs actual bond camps. |
| 21 | Bank Reporting/Lender Engagement | 9/2/26 | Evan Hudgins | 2.6 | Reconcile budget vs actuals BNH/other camps book balances to bank balances. |
| 21 | Bank Reporting/Lender Engagement | 9/2/26 | Evan Hudgins | 2.8 | Reconcile budget vs actuals bond camps book balances to bank balances. |
| 21 | Bank Reporting/Lender Engagement | 9/2/26 | Evan Hudgins | 2.3 | Update bonds budget vs actuals with QuickBooks P&L data. |
| 21 | Bank Reporting/Lender Engagement | 9/2/26 | Evan Hudgins | 1.5 | Update budget vs actuals with forecast data. |
| 21 | Bank Reporting/Lender Engagement | 9/2/26 | Mihai Cirstea | 2.8 | Analyze budget-versus-actual variances across 24 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/2/26 | Mihai Cirstea | 2.1 | Analyze timing versus permanent cash flow variances across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/2/26 | Mihai Cirstea | 2.1 | Call with the Company and FTI team regarding QuickBooks cash reconciliation across 10 camp reporting entities. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 21 | Bank Reporting/Lender Engagement | 9/2/26 | Mihai Cirstea | 1.5 | Continue analyzing timing versus permanent cash flow variances across 8 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/2/26 | Mihai Cirstea | 1.6 | Continue reconciling budget-versus-actual cash balances to QuickBooks across 8 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/2/26 | Mihai Cirstea | 2.4 | Reconcile budget-versus-actual cash balances to QuickBooks across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/2/26 | Russell Laughlin | 1.8 | Analyze and update budget vs. actuals. |
| 21 | Bank Reporting/Lender Engagement | 9/2/26 | Vivek Ram | 0.7 | Assist with budget to actual reconciliation and inquiry process. |
| 21 | Bank Reporting/Lender Engagement | 9/3/26 | Evan Hudgins | 0.7 | Call with the Company regarding QuickBooks cash reconciliation across 2 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/3/26 | Evan Hudgins | 2.6 | Draft variance commentary for budget vs actual BNH/other camps. |
| 21 | Bank Reporting/Lender Engagement | 9/3/26 | Evan Hudgins | 2.7 | Finalize and QC budget vs actual reporting. |
| 21 | Bank Reporting/Lender Engagement | 9/3/26 | Evan Hudgins | 1.5 | Reconcile budget vs actuals fee allocations. |
| 21 | Bank Reporting/Lender Engagement | 9/3/26 | Mihai Cirstea | 2.6 | Analyze significant budget-versus-actual variances across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/3/26 | Mihai Cirstea | 1.3 | Continue analyzing 2027 camper deposits across 8 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/3/26 | Mihai Cirstea | 1.9 | Continue analyzing significant budget-versus-actual variances across 8 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/3/26 | Mihai Cirstea | 0.7 | Call with the Company regarding QuickBooks cash reconciliation across 2 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/3/26 | Mihai Cirstea | 0.8 | Correspond with the Company regarding Camp Mohawk QuickBooks adjusting entries. |
| 21 | Bank Reporting/Lender Engagement | 9/3/26 | Mihai Cirstea | 0.6 | Draft correspondence regarding budget-versus-actual reporting packages. |
| 21 | Bank Reporting/Lender Engagement | 9/3/26 | Mihai Cirstea | 0.5 | Prepare budget-versus-actual reporting packages for review. |
| 21 | Bank Reporting/Lender Engagement | 9/3/26 | Mihai Cirstea | 0.5 | Prepare budget-versus-actual reporting packages for review. |
| 21 | Bank Reporting/Lender Engagement | 9/3/26 | Russell Laughlin | 3.0 | Review budget vs. actual analysis. |
| 21 | Bank Reporting/Lender Engagement | 9/4/26 | Christopher Pizzo | 1.1 | Review budget vs actuals analysis. |
| 21 | Bank Reporting/Lender Engagement | 9/4/26 | Evan Hudgins | 2.5 | Build interim budget vs actuals reforecast analysis. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 21 | Bank Reporting/Lender Engagement | 9/4/26 | Evan Hudgins | 1.1 | Call with FTI team to discuss budget vs actuals final reporting. |
| 21 | Bank Reporting/Lender Engagement | 9/4/26 | Evan Hudgins | 0.7 | Finalize budget vs actuals reporting. |
| 21 | Bank Reporting/Lender Engagement | 9/4/26 | Mihai Cirstea | 1.1 | Call with FTI team to discuss budget vs actuals final reporting. |
| 21 | Bank Reporting/Lender Engagement | 9/4/26 | Mihai Cirstea | 0.7 | Draft budget-versus-actual variance commentary and reporting packages for internal review. |
| 21 | Bank Reporting/Lender Engagement | 9/4/26 | Mihai Cirstea | 1.7 | Draft correspondence to CRO regarding distribution of lender reporting packages. |
| 21 | Bank Reporting/Lender Engagement | 9/4/26 | Mihai Cirstea | 0.5 | Prepare reporting packages for lender groups and noticing parties. |
| 21 | Bank Reporting/Lender Engagement | 9/4/26 | Russell Laughlin | 1.0 | Internal review of the Budget vs. actual analysis. |
| 21 | Bank Reporting/Lender Engagement | 9/4/26 | Russell Laughlin | 1.3 | Prepare updates to the Budget vs. actual analysis and distribute. |
| 21 | Bank Reporting/Lender Engagement | 9/4/26 | Russell Laughlin | 2.8 | Reconcile waterfall and Budget vs. Actual analysis positive cumulative variance. |
| 21 | Bank Reporting/Lender Engagement | 9/4/26 | Russell Laughlin | 0.8 | Review and update reconciliation of waterfall and Budget vs. Actual analysis positive cumulative variance. |
| 21 | Bank Reporting/Lender Engagement | 9/6/26 | Russell Laughlin | 0.4 | Distribute budget vs. actual reporting packages to lenders and UCC advisors. |
| 21 | Bank Reporting/Lender Engagement | 9/7/26 | Christopher Creger | 0.6 | Review Budget vs. Actuals Reporting Week Ending 8/28/26 for all provided budgets. |
| 21 | Bank Reporting/Lender Engagement | 9/7/26 | Max Pidgeon | 0.6 | Update budget versus actual for August for One Canal Place. |
| 21 | Bank Reporting/Lender Engagement | 9/7/26 | Mihai Cirstea | 0.6 | Prepare budget-versus-actual reporting packages for the UCC. |
| 21 | Bank Reporting/Lender Engagement | 9/8/26 | Evan Hudgins | 2.6 | Build budget vs actuals consolidated variance analysis. |
| 21 | Bank Reporting/Lender Engagement | 9/8/26 | Evan Hudgins | 2.4 | Update bonds budget vs actuals with QuickBooks P&L data. |
| 21 | Bank Reporting/Lender Engagement | 9/8/26 | Evan Hudgins | 2.7 | Update budget vs actuals with forecast data. |
| 21 | Bank Reporting/Lender Engagement | 9/8/26 | Evan Hudgins | 2.3 | Update BNH and other budget vs actuals with QuickBooks P&L data. |
| 21 | Bank Reporting/Lender Engagement | 9/8/26 | Evan Hudgins | 2.8 | Update budget vs actuals reporting format. |
| 21 | Bank Reporting/Lender Engagement | 9/8/26 | Joshua Beets | 0.8 | Review updated One Canal forecast and budget to actuals. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 21 | Bank Reporting/Lender Engagement | 9/8/26 | Max Pidgeon | 0.6 | Update One Canal August budget versus actual analysis. |
| 21 | Bank Reporting/Lender Engagement | 9/8/26 | Mihai Cirstea | 1.1 | Continue reviewing Week 12 forecast in budget-versus-actual template across 6 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/8/26 | Mihai Cirstea | 1.7 | Develop Week 12 budget-versus-actual reporting template. |
| 21 | Bank Reporting/Lender Engagement | 9/8/26 | Mihai Cirstea | 0.7 | Correspond with ACRO regarding 2027 camper deposits and Flagstar register. |
| 21 | Bank Reporting/Lender Engagement | 9/8/26 | Mihai Cirstea | 0.7 | Prepare operating cash balance reporting across 22 camp reporting entities for the UCC. |
| 21 | Bank Reporting/Lender Engagement | 9/8/26 | Mihai Cirstea | 2.4 | Review Week 12 forecast in budget-versus-actual template across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/8/26 | Mihai Cirstea | 1.1 | Update Week 12 budget-versus-actual bank balances across 22 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Evan Hudgins | 2.1 | Call with the Company and FTI team regarding QuickBooks cash reconciliation across 10 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Evan Hudgins | 2.6 | Reconcile budget vs actuals BNH/other camps book balances to bank balances. |
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Evan Hudgins | 2.8 | Reconcile budget vs actuals bond camps book balances to bank balances. |
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Evan Hudgins | 1.8 | Reconcile budget vs actuals fee allocations. |
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Evan Hudgins | 2.1 | Update budget vs actuals with QuickBooks data. |
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Mihai Cirstea | 2.5 | Analyze budget-versus-actual variances across 22 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Mihai Cirstea | 1.4 | Continue reconciling budget-versus-actual cash balances to QuickBooks across 6 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Mihai Cirstea | 1.5 | Continue reviewing Week 12 actuals in budget-versus-actual template across 6 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Mihai Cirstea | 2.1 | Call with the Company and FTI team regarding QuickBooks cash reconciliation across 10 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Mihai Cirstea | 0.4 | Correspond with the Company regarding camp bank reconciliations. |
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Mihai Cirstea | 2.2 | Map P&L results to cash flow reporting categories for budget versus actuals. |
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Mihai Cirstea | 2.8 | Reconcile budget-versus-actual cash balances to QuickBooks across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Mihai Cirstea | 1.9 | Review QuickBooks P&L statements across 22 camp reporting entities. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Mihai Cirstea | 2.2 | Review Week 12 actuals in budget-versus-actual template across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/9/26 | Mihai Cirstea | 2.3 | Verify P&L mappings to 13-week cash flow categories. |
| 21 | Bank Reporting/Lender Engagement | 9/10/26 | Evan Hudgins | 2.2 | Finalize budget vs actuals cash reconciliations. |
| 21 | Bank Reporting/Lender Engagement | 9/10/26 | Evan Hudgins | 2.3 | Reconcile budget vs actuals BNH/other camps book balances to bank balances. |
| 21 | Bank Reporting/Lender Engagement | 9/10/26 | Evan Hudgins | 2.6 | Reconcile budget vs actuals bond camps book balances to bank balances. |
| 21 | Bank Reporting/Lender Engagement | 9/10/26 | Mihai Cirstea | 2.6 | Analyze significant budget-versus-actual variances across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/10/26 | Mihai Cirstea | 2.1 | Analyze timing versus permanent cash flow variances across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/10/26 | Mihai Cirstea | 1.1 | Continue analyzing 2027 camper deposits across 6 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/10/26 | Mihai Cirstea | 1.7 | Continue analyzing significant budget-versus-actual variances across 6 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/10/26 | Mihai Cirstea | 1.3 | Continue analyzing timing versus permanent cash flow variances across 6 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/10/26 | Mihai Cirstea | 0.6 | Correspond with the Company regarding Camp Meadowbrook QuickBooks adjusting entries. |
| 21 | Bank Reporting/Lender Engagement | 9/10/26 | Mihai Cirstea | 0.6 | Draft correspondence to internal team regarding budget-versus-actual reporting packages. |
| 21 | Bank Reporting/Lender Engagement | 9/10/26 | Mihai Cirstea | 0.5 | Prepare weekly DIP budget-versus-actual reporting packages. |
| 21 | Bank Reporting/Lender Engagement | 9/10/26 | Russell Laughlin | 2.2 | Review Budget vs. Actual reporting. |
| 21 | Bank Reporting/Lender Engagement | 9/11/26 | Christopher Pizzo | 0.2 | Review budget versus actuals weekly reporting. |
| 21 | Bank Reporting/Lender Engagement | 9/11/26 | Christopher Pizzo | 1.1 | Review weekly budget versus actual reporting. |
| 21 | Bank Reporting/Lender Engagement | 9/11/26 | Evan Hudgins | 0.7 | Call with FTI team to discuss final budget vs actuals reporting. |
| 21 | Bank Reporting/Lender Engagement | 9/11/26 | Evan Hudgins | 2.1 | Finalize budget vs actuals reporting. |
| 21 | Bank Reporting/Lender Engagement | 9/11/26 | Evan Hudgins | 2.6 | Update budget vs actuals analysis for five camps with potential closing delays. |
| 21 | Bank Reporting/Lender Engagement | 9/11/26 | Evan Hudgins | 2.2 | Update operating cash by camp data and associated correspondence. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 21 | Bank Reporting/Lender Engagement | 9/11/26 | Kavi Bommakanti | 0.8 | Assist with bank account reconciliation for budget vs actuals. |
| 21 | Bank Reporting/Lender Engagement | 9/11/26 | Mihai Cirstea | 0.7 | Call with FTI team to discuss final budget vs actuals reporting. |
| 21 | Bank Reporting/Lender Engagement | 9/11/26 | Mihai Cirstea | 0.6 | Draft budget-versus-actual variance commentary and reporting packages for internal review. |
| 21 | Bank Reporting/Lender Engagement | 9/11/26 | Mihai Cirstea | 1.7 | Draft correspondence to CRO regarding distribution of lender reporting packages. |
| 21 | Bank Reporting/Lender Engagement | 9/11/26 | Mihai Cirstea | 0.5 | Prepare reporting packages for lender groups and noticing parties. |
| 21 | Bank Reporting/Lender Engagement | 9/11/26 | Russell Laughlin | 3.0 | Review and discuss Budget vs. Actual reporting. |
| 21 | Bank Reporting/Lender Engagement | 9/14/26 | Mihai Cirstea | 0.2 | Correspond with ACRO regarding Camp Club Getaway cash position. |
| 21 | Bank Reporting/Lender Engagement | 9/14/26 | Mihai Cirstea | 1.5 | Develop Week 13 budget-versus-actual reporting template. |
| 21 | Bank Reporting/Lender Engagement | 9/14/26 | Mihai Cirstea | 0.9 | Correspond with ACRO regarding 2027 camper deposits and Flagstar register. |
| 21 | Bank Reporting/Lender Engagement | 9/14/26 | Mihai Cirstea | 2.8 | Incorporate Week 13 forecast into budget-versus-actual template across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/14/26 | Mihai Cirstea | 0.9 | Update Week 13 budget-versus-actual bank balances across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/15/26 | Mihai Cirstea | 0.3 | Correspond with the Company regarding Camp Mogen QuickBooks updates. |
| 21 | Bank Reporting/Lender Engagement | 9/15/26 | Mihai Cirstea | 0.7 | Correspond with the Company regarding camp bank reconciliations. |
| 21 | Bank Reporting/Lender Engagement | 9/15/26 | Mihai Cirstea | 2.5 | Map P&L results to cash flow reporting categories for budget versus actuals. |
| 21 | Bank Reporting/Lender Engagement | 9/15/26 | Mihai Cirstea | 2.8 | Incorporate Week 13 actuals into budget-versus-actual template across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/15/26 | Mihai Cirstea | 1.7 | Review QuickBooks P&L statements across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/15/26 | Mihai Cirstea | 2.2 | Verify P&L mappings to 13-week cash flow categories. |
| 21 | Bank Reporting/Lender Engagement | 9/16/26 | Mihai Cirstea | 2.1 | Analyze budget-versus-actual variances across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/16/26 | Mihai Cirstea | 2.6 | Analyze significant budget-versus-actual variances across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/16/26 | Mihai Cirstea | 2.1 | Analyze timing versus permanent cash flow variances across 16 camp reporting entities. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 21 | Bank Reporting/Lender Engagement | 9/16/26 | Mihai Cirstea | 2.2 | Call with SIMAD controller regarding book cash reconciliation across 8 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/16/26 | Mihai Cirstea | 2.8 | Reconcile budget-versus-actual cash balances to QuickBooks across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/17/26 | Mihai Cirstea | 0.6 | Draft correspondence regarding budget-versus-actual reporting packages. |
| 21 | Bank Reporting/Lender Engagement | 9/17/26 | Mihai Cirstea | 0.5 | Prepare budget-versus-actual reporting packages for internal review. |
| 21 | Bank Reporting/Lender Engagement | 9/17/26 | Russell Laughlin | 0.3 | Create a Budget vs. Actual DIP funding reconciliation. |
| 21 | Bank Reporting/Lender Engagement | 9/17/26 | Russell Laughlin | 0.4 | Review Budget vs. Actual analysis for all other camps. |
| 21 | Bank Reporting/Lender Engagement | 9/17/26 | Russell Laughlin | 0.7 | Review Budget vs. Actual analysis for BNH camps. |
| 21 | Bank Reporting/Lender Engagement | 9/17/26 | Russell Laughlin | 1.0 | Review Budget vs. Actual analysis for Bond camps. |
| 21 | Bank Reporting/Lender Engagement | 9/17/26 | Russell Laughlin | 0.2 | Review Budget vs. Actual reconciliation. |
| 21 | Bank Reporting/Lender Engagement | 9/18/26 | Russell Laughlin | 2.2 | Review budget vs. actual analysis. |
| 21 | Bank Reporting/Lender Engagement | 9/20/26 | Christopher Pizzo | 2.4 | Review and provide comments on weekly budget versus actuals. |
| 21 | Bank Reporting/Lender Engagement | 9/21/26 | Christopher Pizzo | 2.3 | Review and provide comments on weekly budget vs. actuals reporting. |
| 21 | Bank Reporting/Lender Engagement | 9/21/26 | Mihai Cirstea | 0.5 | Correspond with FTI team regarding Week 13 budget-versus-actual comments. |
| 21 | Bank Reporting/Lender Engagement | 9/21/26 | Mihai Cirstea | 1.3 | Develop Week 14 budget-versus-actual reporting template. |
| 21 | Bank Reporting/Lender Engagement | 9/21/26 | Mihai Cirstea | 1.7 | Draft correspondence to SIMAD team regarding distribution of lender reporting packages. |
| 21 | Bank Reporting/Lender Engagement | 9/21/26 | Mihai Cirstea | 0.6 | Prepare reporting packages for lender groups and noticing parties. |
| 21 | Bank Reporting/Lender Engagement | 9/21/26 | Mihai Cirstea | 1.2 | Update Week 13 budget-versus-actual reporting for internal comments. |
| 21 | Bank Reporting/Lender Engagement | 9/21/26 | Mihai Cirstea | 0.5 | Update Week 14 budget-versus-actual bank balances across 11 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/21/26 | Russell Laughlin | 1.0 | Prepare budget vs. actual distribution to SIMAD team for approval to submit reporting. |
| 21 | Bank Reporting/Lender Engagement | 9/22/26 | Mihai Cirstea | 1.9 | Incorporate Week 14 forecast into budget-versus-actual template across 11 camp reporting entities. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 21 | Bank Reporting/Lender Engagement | 9/23/26 | Joshua Beets | 0.2 | Review budget to actuals analysis. |
| 21 | Bank Reporting/Lender Engagement | 9/23/26 | Mihai Cirstea | 0.7 | Analyze budget-versus-actual variances across 11 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/23/26 | Mihai Cirstea | 1.4 | Analyze significant budget-versus-actual variances across 16 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/23/26 | Mihai Cirstea | 1.2 | Analyze timing versus permanent cash flow variances across 11 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/23/26 | Mihai Cirstea | 0.3 | Correspond with management regarding Camp Mogen QuickBooks updates. |
| 21 | Bank Reporting/Lender Engagement | 9/23/26 | Mihai Cirstea | 1.5 | Map P&L results to cash flow reporting categories for budget versus actuals. |
| 21 | Bank Reporting/Lender Engagement | 9/23/26 | Mihai Cirstea | 1.7 | Incorporate Week 14 actuals into budget-versus-actual template across 11 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/23/26 | Mihai Cirstea | 1.4 | Reconcile budget-versus-actual cash balances to QuickBooks across 11 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/23/26 | Mihai Cirstea | 0.9 | Review QuickBooks P&L statements across 11 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/23/26 | Mihai Cirstea | 1.3 | Verify P&L mappings to 13-week cash flow categories. |
| 21 | Bank Reporting/Lender Engagement | 9/24/26 | Joshua Beets | 0.3 | Review of Budget versus actuals for multiple camps. |
| 21 | Bank Reporting/Lender Engagement | 9/24/26 | Mihai Cirstea | 0.9 | Update Week 13 budget-versus-actual reporting for internal comments. |
| 21 | Bank Reporting/Lender Engagement | 9/24/26 | Russell Laughlin | 3.0 | Review Budget vs. Actuals reporting and update structure. |
| 21 | Bank Reporting/Lender Engagement | 9/25/26 | Christopher Pizzo | 1.4 | Review weekly budget vs. actual reports. |
| 21 | Bank Reporting/Lender Engagement | 9/25/26 | Joshua Beets | 0.2 | Review reporting to secured lenders. |
| 21 | Bank Reporting/Lender Engagement | 9/25/26 | Mihai Cirstea | 1.7 | Draft correspondence to SIMAD team regarding distribution of lender reporting packages. |
| 21 | Bank Reporting/Lender Engagement | 9/25/26 | Mihai Cirstea | 0.6 | Prepare reporting packages for lender groups and noticing parties. |
| 21 | Bank Reporting/Lender Engagement | 9/25/26 | Russell Laughlin | 1.5 | Finalize and distribute budget vs. actuals reports. |
| 21 | Bank Reporting/Lender Engagement | 9/27/26 | Russell Laughlin | 0.8 | Respond to Budget vs Actuals diligence request. |
| 21 | Bank Reporting/Lender Engagement | 9/28/26 | Mihai Cirstea | 1.3 | Develop Week 15 budget-versus-actual reporting template. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 21 | Bank Reporting/Lender Engagement | 9/28/26 | Mihai Cirstea | 0.5 | Update Week 15 budget-versus-actual bank balances across 10 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/29/26 | Mihai Cirstea | 1.9 | Incorporate Week 15 forecast into budget-versus-actual template across 10 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/30/26 | Mihai Cirstea | 1.5 | Map P&L results to cash flow reporting categories for budget versus actuals. |
| 21 | Bank Reporting/Lender Engagement | 9/30/26 | Mihai Cirstea | 1.7 | Incorporate Week 15 actuals into budget-versus-actual template across 10 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/30/26 | Mihai Cirstea | 0.9 | Review QuickBooks P&L statements across 10 camp reporting entities. |
| 21 | Bank Reporting/Lender Engagement | 9/30/26 | Mihai Cirstea | 1.3 | Verify P&L mappings to 13-week cash flow categories. |
| | **Task Code 21 Total** | | | **254.2** | |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 27 | Treasury Management | 9/1/26 | Christopher Pizzo | 0.2 | Email CRO regarding communications with camp directors to monitor cash spending and conserve cash. |
| 27 | Treasury Management | 9/1/26 | Max Pidgeon | 0.6 | Call with Corporate Realty regarding leasing spaces at One Canal Place. |
| 27 | Treasury Management | 9/1/26 | Mihai Cirstea | 0.2 | Correspond with the Company regarding Camp Wekeela QuickBooks updates. |
| 27 | Treasury Management | 9/1/26 | Reagan Jones | 0.9 | Analyze cash balances at camps to determine funding needs. |
| 27 | Treasury Management | 9/1/26 | Reagan Jones | 1.8 | Analyze Chateaugay cash needs and available funding. |
| 27 | Treasury Management | 9/1/26 | Reagan Jones | 0.7 | Correspond with Community Bank regarding funding request. |
| 27 | Treasury Management | 9/1/26 | Reagan Jones | 1.1 | Create BNH camp funding schedule. |
| 27 | Treasury Management | 9/1/26 | Reagan Jones | 1.3 | Create bond camp funding schedule. |
| 27 | Treasury Management | 9/1/26 | Reagan Jones | 1.3 | Prepare DIP draw request for BNH. |
| 27 | Treasury Management | 9/1/26 | Reagan Jones | 1.3 | Update bond camp funding schedule for insurance amounts paid. |
| 27 | Treasury Management | 9/1/26 | Vivek Ram | 1.5 | Calculate distributions of funds to camps and assess bank account balances. |
| 27 | Treasury Management | 9/1/26 | Vivek Ram | 1.0 | Confirm interest calculations and available funds and submit payment. |
| 27 | Treasury Management | 9/1/26 | Vivek Ram | 2.0 | Continue to calculate distributions of funds to camps and assess bank account balances. |
| 27 | Treasury Management | 9/1/26 | Vivek Ram | 1.3 | Review insurance obligations, revised calculations and necessary payments to be made on behalf of each camp. |
| 27 | Treasury Management | 9/2/26 | Christopher Creger | 1.4 | Review and provide detailed response to ACRO regarding fees. |
| 27 | Treasury Management | 9/2/26 | Reagan Jones | 1.2 | Analyze and reconcile cash balances at camps for funding needs. |
| 27 | Treasury Management | 9/2/26 | Reagan Jones | 2.4 | Analyze operating cost funding needs at BNH camps. |
| 27 | Treasury Management | 9/2/26 | Reagan Jones | 2.4 | Analyze operating cost funding needs at bond camps. |
| 27 | Treasury Management | 9/2/26 | Reagan Jones | 1.4 | Analyze operating cost funding needs at Kiwi and Chateaugay. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 27 | Treasury Management | 9/2/26 | Reagan Jones | 1.3 | Analyze payroll funding needs at BNH camps. |
| 27 | Treasury Management | 9/2/26 | Reagan Jones | 1.3 | Analyze payroll funding needs at bond camps. |
| 27 | Treasury Management | 9/2/26 | Reagan Jones | 1.8 | Analyze payroll funding needs at Kiwi and Chateaugay. |
| 27 | Treasury Management | 9/2/26 | Reagan Jones | 0.6 | Correspond with Mohawk regarding funding needs. |
| 27 | Treasury Management | 9/2/26 | Reagan Jones | 0.7 | Correspond with SIMAD ACRO regarding funding schedules. |
| 27 | Treasury Management | 9/2/26 | Reagan Jones | 1.6 | Revise camp funding schedule based on latest cash balance analyses. |
| 27 | Treasury Management | 9/3/26 | Christopher Creger | 1.2 | Draft a formal response to the request for payment on the notice of fees and expenses. |
| 27 | Treasury Management | 9/3/26 | Christopher Pizzo | 0.4 | Review Kiwi DIP funding allocation. |
| 27 | Treasury Management | 9/3/26 | Reagan Jones | 1.4 | Analyze DIP borrowings to date at Chen-A-Wanda. |
| 27 | Treasury Management | 9/3/26 | Reagan Jones | 1.5 | Analyze operating cost funding needs at Chateaugay. |
| 27 | Treasury Management | 9/3/26 | Reagan Jones | 0.8 | Analyze payments made to bond advisors. |
| 27 | Treasury Management | 9/3/26 | Reagan Jones | 1.2 | Analyze payments made to Debtor advisors. |
| 27 | Treasury Management | 9/3/26 | Reagan Jones | 1.3 | Analyze payments made to UCC advisors. |
| 27 | Treasury Management | 9/3/26 | Reagan Jones | 1.2 | Analyze transaction data in the contingency reserve account at Flagstar. |
| 27 | Treasury Management | 9/3/26 | Reagan Jones | 1.1 | Analyze transaction data in the operating account at Flagstar. |
| 27 | Treasury Management | 9/3/26 | Reagan Jones | 1.2 | Analyze transaction data in the sale proceeds account at Flagstar. |
| 27 | Treasury Management | 9/3/26 | Reagan Jones | 1.4 | Analyze transaction data in the utilities adequate assurance and DIP interest accounts at Flagstar. |
| 27 | Treasury Management | 9/3/26 | Reagan Jones | 0.7 | Correspond with Cole Schotz regarding DIP borrowings to date at Chen-A-Wanda. |
| 27 | Treasury Management | 9/3/26 | Reagan Jones | 0.6 | Correspond with Cole Schotz regarding funding needs and sale timeline at Chateaugay. |
| 27 | Treasury Management | 9/4/26 | Christopher Creger | 0.7 | Provide overview and update to counsel regarding payment constraints at multiple camps. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 27 | Treasury Management | 9/4/26 | Christopher Creger | 0.9 | Review and provide incremental cost analysis updates to send externally. |
| 27 | Treasury Management | 9/4/26 | Reagan Jones | 1.5 | Analyze funding needs at Kiwi based on budgeted expenses and cash balances. |
| 27 | Treasury Management | 9/4/26 | Reagan Jones | 0.8 | Prepare document related to expected costs at Kiwi. |
| 27 | Treasury Management | 9/4/26 | Vivek Ram | 1.7 | Continue to discuss and analyze budget adjustments from various camp directors in line with anticipated closing dates. |
| 27 | Treasury Management | 9/5/26 | Reagan Jones | 0.2 | Review Kiwi budget to identify funding needs. |
| 27 | Treasury Management | 9/7/26 | Reagan Jones | 0.2 | Review Kiwi budget to identify funding needs. |
| 27 | Treasury Management | 9/8/26 | Mihai Cirstea | 0.3 | Correspond with the Company regarding Flagstar balances in QuickBooks. |
| 27 | Treasury Management | 9/8/26 | Mihai Cirstea | 1.5 | Map Flagstar Bank activity to QuickBooks reporting categories. |
| 27 | Treasury Management | 9/8/26 | Reagan Jones | 0.8 | Analyze BNH camp funding needs. |
| 27 | Treasury Management | 9/8/26 | Reagan Jones | 1.2 | Analyze bond camp funding needs. |
| 27 | Treasury Management | 9/8/26 | Reagan Jones | 1.2 | Analyze Chateaugay funding needs. |
| 27 | Treasury Management | 9/8/26 | Reagan Jones | 1.5 | Analyze funding needs at Mohawk based on budgeted expenses and cash balances. |
| 27 | Treasury Management | 9/8/26 | Reagan Jones | 0.8 | Analyze Kiwi funding needs. |
| 27 | Treasury Management | 9/8/26 | Reagan Jones | 1.3 | Analyze Summit potential funding needs. |
| 27 | Treasury Management | 9/8/26 | Reagan Jones | 0.5 | Correspond with Cole Schotz team regarding funding needs at Chateaugay. |
| 27 | Treasury Management | 9/8/26 | Reagan Jones | 0.6 | Review overall status of funding needs at multiple camps. |
| 27 | Treasury Management | 9/9/26 | Christopher Creger | 0.5 | Additional follow up to address One Canal related questions. |
| 27 | Treasury Management | 9/9/26 | Christopher Creger | 0.6 | Respond internally and to counsel regarding One Canal related questions. |
| 27 | Treasury Management | 9/9/26 | Christopher Pizzo | 1.0 | Prepare for a call with CRO and Cole Schotz regarding post-close cash management items. |
| 27 | Treasury Management | 9/9/26 | Evan Hudgins | 2.0 | Build an analysis showing DIP funds allocated by camp. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 27 | Treasury Management | 9/9/26 | Joshua Beets | 0.5 | Coordinate accounting with the Company and ACRO. |
| 27 | Treasury Management | 9/9/26 | Russell Laughlin | 0.5 | Call with CFO and ACRO to discuss post-close financial activity. |
| 27 | Treasury Management | 9/10/26 | Reagan Jones | 1.4 | Analyze budget favorability available to repurpose BNH DIP funds. |
| 27 | Treasury Management | 9/10/26 | Reagan Jones | 1.0 | Analyze cash balances at BNH camps. |
| 27 | Treasury Management | 9/10/26 | Reagan Jones | 1.1 | Continue to analyze budget favorability available to repurpose BNH DIP funds. |
| 27 | Treasury Management | 9/10/26 | Reagan Jones | 1.3 | Revise presentation to illustrate additional BNH funding need. |
| 27 | Treasury Management | 9/10/26 | Reagan Jones | 1.3 | Revise presentation to illustrate funded BNH DIP amounts. |
| 27 | Treasury Management | 9/11/26 | Christopher Pizzo | 0.5 | Oversee potential bank overdraft issues. |
| 27 | Treasury Management | 9/11/26 | Joshua Beets | 1.4 | Review Baker Donelson lease changes. |
| 27 | Treasury Management | 9/11/26 | Max Pidgeon | 0.8 | Call with Corporate Realty regarding Baker Donelson lease. |
| 27 | Treasury Management | 9/11/26 | Max Pidgeon | 0.6 | Call with One Canal related party regarding Baker Donelson lease. |
| 27 | Treasury Management | 9/12/26 | Reagan Jones | 0.3 | Review bond camp funding needs. |
| 27 | Treasury Management | 9/13/26 | Christopher Pizzo | 1.5 | Correspond with counsel regarding status of cash collateral and provide detail on actual cash on hand, sale proceeds and timing of DIP Loan payoff. |
| 27 | Treasury Management | 9/13/26 | Reagan Jones | 0.3 | Review bond camp funding needs. |
| 27 | Treasury Management | 9/14/26 | David Lee | 0.9 | Perform related follow ups and calls for Meadowbrook property taxes. |
| 27 | Treasury Management | 9/14/26 | Mihai Cirstea | 1.5 | Map Flagstar Bank activity to QuickBooks reporting categories. |
| 27 | Treasury Management | 9/14/26 | Reagan Jones | 1.3 | Analyze cash balances at remaining unsold bond camps. |
| 27 | Treasury Management | 9/14/26 | Reagan Jones | 1.3 | Analyze funding needs at unsold camps. |
| 27 | Treasury Management | 9/14/26 | Reagan Jones | 2.3 | Create schedule of non-operating funding amounts from the prior week. |
| 27 | Treasury Management | 9/14/26 | Reagan Jones | 0.9 | Review cash balances at remaining bond camps. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 27 | Treasury Management | 9/14/26 | Reagan Jones | 0.9 | Review non-operating funding amounts from the prior week. |
| 27 | Treasury Management | 9/14/26 | Russell Laughlin | 3.0 | Analyze operating cash and liquidity. |
| 27 | Treasury Management | 9/14/26 | Vivek Ram | 2.5 | Assist with camp level funding, liquidity needs, and individual budgets to closing, as well as bond interest math calculations. |
| 27 | Treasury Management | 9/14/26 | Vivek Ram | 2.0 | Continue to assist with camp level funding, liquidity needs, and individual budgets to closing, as well as bond interest math calculations. |
| 27 | Treasury Management | 9/15/26 | Reagan Jones | 1.1 | Analyze current cash balances in Flagstar accounts. |
| 27 | Treasury Management | 9/15/26 | Reagan Jones | 1.4 | Analyze funding needs at Chateaugay. |
| 27 | Treasury Management | 9/15/26 | Reagan Jones | 1.6 | Analyze funding needs at Kiwi. |
| 27 | Treasury Management | 9/15/26 | Reagan Jones | 1.7 | Analyze funding needs at unsold BNH camps. |
| 27 | Treasury Management | 9/15/26 | Reagan Jones | 1.7 | Analyze funding needs at unsold bond camps. |
| 27 | Treasury Management | 9/15/26 | Russell Laughlin | 0.6 | Perform operating cash and liquidity analysis for Club Getaway. |
| 27 | Treasury Management | 9/16/26 | Christopher Creger | 0.9 | Review and respond to ACRO regarding Island Lake New Money DIP loan repayment calculation and related impacts. |
| 27 | Treasury Management | 9/16/26 | Joshua Beets | 0.3 | Review Baker Donelson lease changes. |
| 27 | Treasury Management | 9/16/26 | Reagan Jones | 1.8 | Analyze funds remaining to pay ongoing overhead expenses. |
| 27 | Treasury Management | 9/16/26 | Reagan Jones | 1.9 | Analyze overhead budget included in BNH DIP loan and payments made to date. |
| 27 | Treasury Management | 9/16/26 | Reagan Jones | 1.2 | Analyze overhead budget included in bond DIP loan and payments made to date. |
| 27 | Treasury Management | 9/16/26 | Russell Laughlin | 3.0 | Address liquidity and funding needs for Mogen Av and Eagle's Landing. |
| 27 | Treasury Management | 9/17/26 | Joshua Beets | 0.7 | Review Baker Donelson lease changes. |
| 27 | Treasury Management | 9/17/26 | Max Pidgeon | 0.4 | Call with AYC and FTI team to discuss transition issues for North Star, IAFA, Wekeela, Med-O-Lark, Lokanda, and Echo camps. |
| 27 | Treasury Management | 9/17/26 | Reagan Jones | 1.7 | Analyze Mogen Av cash balances and funding needs. |
| 27 | Treasury Management | 9/17/26 | Russell Laughlin | 0.4 | Call with AYC and FTI team to discuss transition issues for North Star, IAFA, Wekeela, Med-O-Lark, Lokanda, and Echo camps. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 27 | Treasury Management | 9/17/26 | Russell Laughlin | 1.6 | Create an operating cash and liquidity analysis for Mogen Av. |
| 27 | Treasury Management | 9/17/26 | Russell Laughlin | 0.3 | Effectuate wire transfers for Bond DIP paydown. |
| 27 | Treasury Management | 9/18/26 | Christopher Creger | 1.5 | Review and provide comments regarding August Disbursement Reporting to internal team. |
| 27 | Treasury Management | 9/18/26 | Christopher Creger | 0.8 | Review and respond to Cole Schotz fees inquiry. |
| 27 | Treasury Management | 9/18/26 | Reagan Jones | 1.3 | Analyze docket for fee application filed to date. |
| 27 | Treasury Management | 9/18/26 | Reagan Jones | 1.9 | Analyze invoices received to date from professionals not filed on the docket. |
| 27 | Treasury Management | 9/18/26 | Reagan Jones | 1.6 | Calculate amounts to pay bond advisors based on updated budgets. |
| 27 | Treasury Management | 9/18/26 | Reagan Jones | 0.8 | Correspond with SIMAD team regarding payments to disburse. |
| 27 | Treasury Management | 9/18/26 | Reagan Jones | 1.4 | Create schedule to illustrate payments made in comparison to budgeted amounts. |
| 27 | Treasury Management | 9/18/26 | Reagan Jones | 0.8 | Update budgeted disbursements based on updated information. |
| 27 | Treasury Management | 9/21/26 | Joshua Beets | 0.3 | Analyze post-close workstreams including cash management and liquidity management. |
| 27 | Treasury Management | 9/21/26 | Joshua Beets | 0.9 | Coordinate post-close accounting for multiple camps that have sold. |
| 27 | Treasury Management | 9/21/26 | Mihai Cirstea | 1.5 | Map Flagstar Bank activity to QuickBooks reporting categories. |
| 27 | Treasury Management | 9/21/26 | Reagan Jones | 1.7 | Analyze non-operating amounts funded to camps in the prior week. |
| 27 | Treasury Management | 9/21/26 | Reagan Jones | 1.7 | Analyze Banner Day and Windsor Mountain funding needs based on latest cash balances. |
| 27 | Treasury Management | 9/21/26 | Reagan Jones | 1.1 | Analyze Mogen Av funding needs based on latest cash balances. |
| 27 | Treasury Management | 9/21/26 | Reagan Jones | 1.2 | Analyze Mohawk funding needs based on latest cash balances. |
| 27 | Treasury Management | 9/21/26 | Reagan Jones | 1.8 | Create schedule of non-operating amounts funded to camps in the prior week. |
| 27 | Treasury Management | 9/21/26 | Reagan Jones | 0.8 | Review Flagstar account balances to identify how it affects the overall budget. |
| 27 | Treasury Management | 9/22/26 | Joshua Beets | 1.1 | Coordinate post-close accounting for multiple camps. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 27 | Treasury Management | 9/22/26 | Joshua Beets | 0.3 | Review Baker Donelson lease changes. |
| 27 | Treasury Management | 9/22/26 | Mihai Cirstea | 0.7 | Correspond with management regarding camp bank reconciliations. |
| 27 | Treasury Management | 9/22/26 | Reagan Jones | 1.2 | Analyze cash balances and activity in the Flagstar bank account. |
| 27 | Treasury Management | 9/22/26 | Reagan Jones | 1.6 | Analyze cash balances and activity in the Flagstar contingency reserve account. |
| 27 | Treasury Management | 9/22/26 | Reagan Jones | 1.1 | Analyze cash balances and activity in the Flagstar operating account. |
| 27 | Treasury Management | 9/22/26 | Reagan Jones | 1.3 | Analyze cash balances and activity in the Flagstar sale proceeds account. |
| 27 | Treasury Management | 9/22/26 | Reagan Jones | 1.6 | Analyze fee application filed to date on the docket for treasury management related purposes. |
| 27 | Treasury Management | 9/22/26 | Reagan Jones | 2.1 | Prepare schedule of amounts to pay professionals based on invoices received to date. |
| 27 | Treasury Management | 9/22/26 | Russell Laughlin | 3.0 | Review post-close support for AYC camps. |
| 27 | Treasury Management | 9/22/26 | Vivek Ram | 1.7 | Review funding needs and necessary payments across various camps. |
| 27 | Treasury Management | 9/23/26 | Max Pidgeon | 0.5 | Review One Canal lease renewals. |
| 27 | Treasury Management | 9/23/26 | Mihai Cirstea | 0.7 | Discuss with SIMAD team book cash reconciliation across 8 camp reporting entities. |
| 27 | Treasury Management | 9/23/26 | Reagan Jones | 1.6 | Analyze payments to make based on latest docket activity. |
| 27 | Treasury Management | 9/23/26 | Reagan Jones | 1.4 | Continue to revise Flagstar reconciliation schedule and related footnotes. |
| 27 | Treasury Management | 9/23/26 | Reagan Jones | 0.9 | Create a Flagstar account reconciliation schedule. |
| 27 | Treasury Management | 9/23/26 | Reagan Jones | 1.3 | Revise Flagstar account reconciliation schedule. |
| 27 | Treasury Management | 9/24/26 | Reagan Jones | 0.9 | Analyze ongoing funding needs at the remaining bond camps yet to close. |
| 27 | Treasury Management | 9/25/26 | Christopher Creger | 0.4 | Call with FTI team to discuss Summit cash reconciliation. |
| 27 | Treasury Management | 9/25/26 | Joshua Beets | 1.7 | Review of cash in bank at Summit. |
| 27 | Treasury Management | 9/25/26 | Max Pidgeon | 0.4 | Call with FTI team to discuss Summit cash reconciliation. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 27 | Treasury Management | 9/25/26 | Max Pidgeon | 0.7 | Identify issue of Summit cash reconciliation. |
| 27 | Treasury Management | 9/25/26 | Mihai Cirstea | 1.2 | Review Summit book-to-bank cash reconciliation. |
| 27 | Treasury Management | 9/28/26 | Joshua Beets | 1.0 | Review cash in bank at Summit. |
| 27 | Treasury Management | 9/28/26 | Max Pidgeon | 0.9 | Export critical CampMinder data to create a summary report. |
| 27 | Treasury Management | 9/28/26 | Max Pidgeon | 0.7 | Identify 90 days of payments from Med-O-Lark bank statements. |
| 27 | Treasury Management | 9/28/26 | Max Pidgeon | 1.1 | Match Med-O-Lark bank statements to QuickBooks. |
| 27 | Treasury Management | 9/28/26 | Max Pidgeon | 1.2 | Update full two year listing of Med-O-Lark bank statements. |
| 27 | Treasury Management | 9/28/26 | Mihai Cirstea | 1.5 | Map Flagstar Bank activity to QuickBooks reporting categories. |
| 27 | Treasury Management | 9/28/26 | Reagan Jones | 0.9 | Analyze allocated BNH and Bondholder funds in the Flagstar accounts. |
| 27 | Treasury Management | 9/28/26 | Reagan Jones | 2.7 | Analyze cash transaction activity and balances in the Flagstar accounts. |
| 27 | Treasury Management | 9/28/26 | Reagan Jones | 0.8 | Analyze funds in the Flagstar accounts. |
| 27 | Treasury Management | 9/28/26 | Reagan Jones | 1.5 | Prepare cash reconciliation schedule of the Flagstar accounts. |
| 27 | Treasury Management | 9/28/26 | Russell Laughlin | 0.5 | Call with Cole Schotz to reconcile actual data with QuickBooks. |
| 27 | Treasury Management | 9/28/26 | Russell Laughlin | 1.2 | Conduct further diligence with respect to Summit QuickBooks duplicates and erroneous entries. |
| 27 | Treasury Management | 9/28/26 | Vivek Ram | 0.5 | Review Summit bank reconciliations and activity. |
| 27 | Treasury Management | 9/29/26 | David Lee | 0.9 | Iterate on feedback regarding AP and QuickBooks bank balances for schedule. |
| 27 | Treasury Management | 9/29/26 | Joshua Beets | 0.7 | Review cash and liquidity runway at Summit. |
| 27 | Treasury Management | 9/29/26 | Joshua Beets | 0.3 | Review of cash balances at multiple camps. |
| 27 | Treasury Management | 9/29/26 | Joshua Beets | 0.4 | Review of cash in accounts at Flagstar. |
| 27 | Treasury Management | 9/29/26 | Kavi Bommakanti | 1.7 | Review insurance payments and prepare deliverable analyzing insurance reserves. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 27 | Treasury Management | 9/29/26 | Max Pidgeon | 0.7 | Identify and download all bank statements and G/L data. |
| 27 | Treasury Management | 9/29/26 | Max Pidgeon | 1.2 | Check all TD bank statements for specific transaction data. |
| 27 | Treasury Management | 9/29/26 | Max Pidgeon | 0.3 | Continue to check all TD bank statements for specific transaction data. |
| 27 | Treasury Management | 9/29/26 | Max Pidgeon | 1.5 | Identify MCA lender transactions in multiple bank accounts. |
| 27 | Treasury Management | 9/29/26 | Max Pidgeon | 0.7 | Review GSA tenant negotiations for One Canal Place. |
| 27 | Treasury Management | 9/29/26 | Mihai Cirstea | 0.7 | Correspond with SIMAD management regarding camp bank reconciliations. |
| 27 | Treasury Management | 9/29/26 | Russell Laughlin | 2.3 | Address post-close book overdraft at Meadowbrook. |
| 27 | Treasury Management | 9/29/26 | Russell Laughlin | 3.0 | Reconcile Summit bank account activity with 2027 camper deposit activity per the CampMinder system. |
| 27 | Treasury Management | 9/30/26 | Joshua Beets | 0.6 | Coordination of wind down of operations for multiple camps. |
| 27 | Treasury Management | 9/30/26 | Joshua Beets | 1.2 | Review of cash management at Summit. |
| 27 | Treasury Management | 9/30/26 | Joshua Beets | 0.2 | Coordination of BNH final DIP draw. |
| 27 | Treasury Management | 9/30/26 | Kavi Bommakanti | 2.8 | Finalize review of bank statement transactions. |
| 27 | Treasury Management | 9/30/26 | Max Pidgeon | 0.3 | Continue to identify Summit 2026 and 2027 camper deposits for cash forecasting purposes. |
| 27 | Treasury Management | 9/30/26 | Max Pidgeon | 0.5 | Export 2027 camper deposits data from CampMinder. |
| 27 | Treasury Management | 9/30/26 | Mihai Cirstea | 0.3 | Correspond with SIMAD employees regarding Camp Mogen QuickBooks updates. |
| 27 | Treasury Management | 9/30/26 | Reagan Jones | 1.6 | Revise bond budget schedule to update treatment of contingency reserve DIP funds. |
| 27 | Treasury Management | 9/30/26 | Reagan Jones | 1.3 | Revise bond budget schedule to update treatment of unallocated bond DIP funds. |
| 27 | Treasury Management | 9/30/26 | Reagan Jones | 1.2 | Revise bond budget to incorporate changes to Banner Day. |
| 27 | Treasury Management | 9/30/26 | Reagan Jones | 1.5 | Revise bond budget to incorporate changes to Club Getaway. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 27 | Treasury Management | 9/30/26 | Reagan Jones | 1.1 | Revise bond budget to incorporate changes to Mogen Av. |
| 27 | Treasury Management | 9/30/26 | Reagan Jones | 1.7 | Revise bond budget to incorporate changes to Mohawk. |
| 27 | Treasury Management | 9/30/26 | Reagan Jones | 2.2 | Revise bond budget to incorporate changes to the overall schedule. |
| | **Task Code 27 Total** | | | **210.4** | |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 28 | Cash Forecasting | 9/1/26 | Christopher Creger | 1.6 | Draft email and follow up requests regarding revised DIP Budget for internal discussion. |
| 28 | Cash Forecasting | 9/1/26 | Christopher Creger | 0.6 | Review a specific camp budget and go forward cash needs. |
| 28 | Cash Forecasting | 9/1/26 | Christopher Pizzo | 0.4 | Communicate with various parties regarding funding final portion of the Camp Chateaugay DIP loan. |
| 28 | Cash Forecasting | 9/1/26 | Christopher Pizzo | 0.4 | Review Club Getaway cash budget and shortfall. |
| 28 | Cash Forecasting | 9/1/26 | Joshua Beets | 2.8 | Extend the budgets for camps that remain unsold. |
| 28 | Cash Forecasting | 9/1/26 | Kavi Bommakanti | 1.3 | Review correspondences regarding budget refresh, variance testing, and camp sale process. |
| 28 | Cash Forecasting | 9/1/26 | Kavi Bommakanti | 1.2 | Update camp budgets for extended period. |
| 28 | Cash Forecasting | 9/1/26 | Max Pidgeon | 0.8 | Prepare month end reporting for One Canal Place. |
| 28 | Cash Forecasting | 9/1/26 | Max Pidgeon | 0.6 | Update FTI budget schedule. |
| 28 | Cash Forecasting | 9/1/26 | Reagan Jones | 1.3 | Create non-operating schedule for cash flow validation. |
| 28 | Cash Forecasting | 9/1/26 | Russell Laughlin | 3.0 | Review budget extensions and reforecast for various camps. |
| 28 | Cash Forecasting | 9/2/26 | Christopher Pizzo | 0.2 | Estimate litigation cost related to objection to extension of challenge period of the DIP loan. |
| 28 | Cash Forecasting | 9/2/26 | Christopher Pizzo | 0.4 | Review lender budget to actual regarding request for payment. |
| 28 | Cash Forecasting | 9/2/26 | Christopher Pizzo | 0.1 | Work on Club Getaway budgeting. |
| 28 | Cash Forecasting | 9/2/26 | Christopher Pizzo | 0.3 | Work on Week 14 and 15 payroll estimate for cash forecast purposes. |
| 28 | Cash Forecasting | 9/2/26 | Kavi Bommakanti | 0.4 | Review correspondences regarding budget refresh, variance testing, and camp sale process. |
| 28 | Cash Forecasting | 9/2/26 | Kavi Bommakanti | 0.3 | Review historical data to finalize updated camp budget. |
| 28 | Cash Forecasting | 9/2/26 | Max Pidgeon | 0.8 | Continue to update budget schedule. |
| 28 | Cash Forecasting | 9/2/26 | Russell Laughlin | 1.2 | Analyze budget extension update. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 28 | Cash Forecasting | 9/2/26 | Vivek Ram | 2.7 | Revise budget, including current run rate and analysis of filed fee applications. |
| 28 | Cash Forecasting | 9/3/26 | Christopher Creger | 0.5 | Call with Cole Schotz, FTI, and Fidelity's counsel about One Canal budget. |
| 28 | Cash Forecasting | 9/3/26 | Christopher Creger | 1.9 | Create, review, and provide updated budget with new section for Lender Bridge for a presentation to the CRO. |
| 28 | Cash Forecasting | 9/3/26 | Christopher Creger | 1.1 | Make an additional update to the extended budget for CRO. |
| 28 | Cash Forecasting | 9/3/26 | Christopher Creger | 1.6 | Provide email overview on lender bridge between forecast updates. |
| 28 | Cash Forecasting | 9/3/26 | Christopher Pizzo | 0.4 | Plan senior lender budget, overruns, and payments. |
| 28 | Cash Forecasting | 9/3/26 | Christopher Pizzo | 0.3 | Review cash needs for camps that won't close post 9/11. |
| 28 | Cash Forecasting | 9/3/26 | Christopher Pizzo | 0.3 | Review litigation cost forecast. |
| 28 | Cash Forecasting | 9/3/26 | Evan Hudgins | 2.2 | Prepare near-term cash forecast for DIP funding. |
| 28 | Cash Forecasting | 9/3/26 | Joshua Beets | 0.5 | Call with Cole Schotz, FTI, and Fidelity's counsel about One Canal budget. |
| 28 | Cash Forecasting | 9/3/26 | Reagan Jones | 1.2 | Analyze transaction data in the Flagstar account for cash forecasting purposes. |
| 28 | Cash Forecasting | 9/3/26 | Russell Laughlin | 1.8 | Discuss litigation incremental cost analysis, waterfall, and operating budget extension with internal FTI team. |
| 28 | Cash Forecasting | 9/3/26 | Vivek Ram | 1.8 | Discuss litigation incremental cost analysis, waterfall, and operating budget extension with internal FTI team. |
| 28 | Cash Forecasting | 9/3/26 | Vivek Ram | 1.7 | Review and prepare updated cash forecast bridge analysis for distribution. |
| 28 | Cash Forecasting | 9/4/26 | Christopher Pizzo | 0.7 | Review Kiwi extended cash forecast. |
| 28 | Cash Forecasting | 9/4/26 | Evan Hudgins | 0.8 | Update camp director bonus analysis and support calculations. |
| 28 | Cash Forecasting | 9/4/26 | Joshua Beets | 0.7 | Review forecasted cash flow changes. |
| 28 | Cash Forecasting | 9/4/26 | Reagan Jones | 2.0 | Extend the Kiwi budget through the extended close date. |
| 28 | Cash Forecasting | 9/4/26 | Vivek Ram | 1.5 | Review and provide updates to counsel regarding additional funding needs in line with sale closing dates. |
| 28 | Cash Forecasting | 9/5/26 | Christopher Pizzo | 0.4 | Call with Cole Schotz regarding Kiwi and Chateaugay forecasts. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 28 | Cash Forecasting | 9/7/26 | Christopher Creger | 2.8 | Perform extensive budget analysis through 10/30/26, including review and update of case timing and anticipated workstreams through plan confirmation and wind-down. |
| 28 | Cash Forecasting | 9/8/26 | David Lee | 2.0 | Prepare Club Getaway budget and funds flow analyses. |
| 28 | Cash Forecasting | 9/8/26 | Joshua Beets | 0.4 | Review budget for Club Getaway. |
| 28 | Cash Forecasting | 9/8/26 | Max Pidgeon | 1.0 | Reforecast One Canal budget based on additional assumptions. |
| 28 | Cash Forecasting | 9/8/26 | Max Pidgeon | 0.3 | Review One Canal budget against proposed vendor payments. |
| 28 | Cash Forecasting | 9/8/26 | Max Pidgeon | 1.0 | Update One Canal budget based on additional information. |
| 28 | Cash Forecasting | 9/8/26 | Reagan Jones | 1.3 | Analyze the Banner Day extended budget. |
| 28 | Cash Forecasting | 9/8/26 | Reagan Jones | 1.7 | Analyze the Windsor Mountain extended budget. |
| 28 | Cash Forecasting | 9/8/26 | Russell Laughlin | 2.0 | Update Budget reforecast. |
| 28 | Cash Forecasting | 9/9/26 | Christopher Creger | 0.5 | Call with Cole Schotz and FTI regarding BNH budget. |
| 28 | Cash Forecasting | 9/9/26 | Christopher Creger | 0.5 | Internal review of SIMAD updated budget analysis. |
| 28 | Cash Forecasting | 9/9/26 | Christopher Creger | 0.6 | Review and respond to correspondences regarding BNH budget. |
| 28 | Cash Forecasting | 9/9/26 | David Lee | 0.3 | Draft emails and related follow-up edits to Club Getaway budget. |
| 28 | Cash Forecasting | 9/9/26 | Joshua Beets | 0.5 | Call with Cole Schotz and FTI regarding BNH budget. |
| 28 | Cash Forecasting | 9/9/26 | Joshua Beets | 1.8 | Review Club Getaway extended budget. |
| 28 | Cash Forecasting | 9/9/26 | Reagan Jones | 1.2 | Analyze ability to make payments at Windsor Mountain. |
| 28 | Cash Forecasting | 9/9/26 | Reagan Jones | 1.3 | Analyze ability to make payments for all unsold BNH camps. |
| 28 | Cash Forecasting | 9/9/26 | Reagan Jones | 1.3 | Analyze allocation of BNH fees funded to date. |
| 28 | Cash Forecasting | 9/9/26 | Reagan Jones | 1.6 | Analyze BNH camp operational needs to utilize the committed BNH DIP funds. |
| 28 | Cash Forecasting | 9/9/26 | Reagan Jones | 1.8 | Analyze impact of camp director bonuses in the BNH extended budgets. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 28 | Cash Forecasting | 9/9/26 | Reagan Jones | 1.0 | Extend the North Star budget through the new expected close date. |
| 28 | Cash Forecasting | 9/9/26 | Reagan Jones | 1.2 | Extend the Waukeela budget through the new expected close date. |
| 28 | Cash Forecasting | 9/9/26 | Reagan Jones | 1.8 | Extend the Windsor Mountain budget through the new expected close date. |
| 28 | Cash Forecasting | 9/9/26 | Reagan Jones | 1.5 | Prepare deliverable of all BNH budgets for distribution. |
| 28 | Cash Forecasting | 9/9/26 | Vivek Ram | 2.9 | Work on analyzing and preparing budget extensions. |
| 28 | Cash Forecasting | 9/10/26 | Christopher Creger | 1.9 | Perform extensive review and revision of SIMAD Bank of New Hampshire DIP budget. |
| 28 | Cash Forecasting | 9/10/26 | Christopher Pizzo | 1.3 | Review and revise updated BNH extended budgets and bridge. |
| 28 | Cash Forecasting | 9/10/26 | Reagan Jones | 0.8 | Analyze impact of camp director bonuses in the reforecast BNH budgets. |
| 28 | Cash Forecasting | 9/10/26 | Reagan Jones | 0.8 | Expand BNH budgets to show additional extended weeks through 10/30. |
| 28 | Cash Forecasting | 9/10/26 | Reagan Jones | 1.3 | Expand BNH budgets to show all actual weeks elapsed to date. |
| 28 | Cash Forecasting | 9/10/26 | Reagan Jones | 1.5 | Prepare first page of BNH reforecast budgets to illustrate changes against approved budgets. |
| 28 | Cash Forecasting | 9/10/26 | Reagan Jones | 0.8 | Review and update reforecasted BNH budgets. |
| 28 | Cash Forecasting | 9/11/26 | Christopher Creger | 0.5 | Call with CRO, Cole Schotz, and FTI regarding cash collateral needs. |
| 28 | Cash Forecasting | 9/11/26 | Christopher Creger | 1.1 | Follow up with Cole Schotz regarding cash collateral needs. |
| 28 | Cash Forecasting | 9/11/26 | Christopher Creger | 0.6 | Participate in meeting with Cole Schotz regarding cash-collateral requirements, budget considerations, and related case funding matters. |
| 28 | Cash Forecasting | 9/11/26 | Christopher Creger | 0.6 | Review and respond internally regarding Mohawk budget. |
| 28 | Cash Forecasting | 9/11/26 | Christopher Pizzo | 0.2 | Call with Cole Schotz regarding specific camp cash forecasting. |
| 28 | Cash Forecasting | 9/11/26 | Christopher Pizzo | 0.5 | Call with CRO, Cole Schotz, and FTI regarding cash collateral needs. |
| 28 | Cash Forecasting | 9/11/26 | Christopher Pizzo | 0.6 | Call with Kiwi dip loan provider, attorney and Cole Schotz regarding next steps. |
| 28 | Cash Forecasting | 9/11/26 | David Lee | 0.5 | Review correspondence from FTI Team regarding budget updates. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 28 | Cash Forecasting | 9/11/26 | Joshua Beets | 2.1 | Review DIP budget forecast. |
| 28 | Cash Forecasting | 9/11/26 | Joshua Beets | 0.3 | Review One Canal Budget and actuals. |
| 28 | Cash Forecasting | 9/11/26 | Max Pidgeon | 0.4 | Review internal FTI comments on One Canal budget versus actual for August. |
| 28 | Cash Forecasting | 9/11/26 | Reagan Jones | 1.8 | Extend the Banner Day budget through the expected close date. |
| 28 | Cash Forecasting | 9/11/26 | Reagan Jones | 1.6 | Extend the Club Getaway budget through the expected close date. |
| 28 | Cash Forecasting | 9/11/26 | Reagan Jones | 1.2 | Extend the Mogen Av budget through the expected close date. |
| 28 | Cash Forecasting | 9/11/26 | Reagan Jones | 1.5 | Extend the Mohawk budget through the expected close date. |
| 28 | Cash Forecasting | 9/11/26 | Reagan Jones | 1.4 | Prepare initial analysis of extended bond budgets. |
| 28 | Cash Forecasting | 9/11/26 | Reagan Jones | 1.1 | Prepare two-week only view of unsold bond camp budgets. |
| 28 | Cash Forecasting | 9/11/26 | Vivek Ram | 1.9 | Work through various final liquidity needs and funding requests for all camps and budget extensions. |
| 28 | Cash Forecasting | 9/11/26 | Vivek Ram | 1.7 | Work through various final liquidity needs and funding requests for extended use of cash collateral. |
| 28 | Cash Forecasting | 9/12/26 | Christopher Creger | 0.5 | Review confidential draft of two-week extended operating budgets. |
| 28 | Cash Forecasting | 9/14/26 | Christopher Creger | 0.6 | Call with Cole Schotz and FTI regarding cash flow forecast. |
| 28 | Cash Forecasting | 9/14/26 | Christopher Creger | 2.1 | Create, review, and provide guidance for updated budget through 10/30/26 for bondholder advisors. |
| 28 | Cash Forecasting | 9/14/26 | Christopher Creger | 0.6 | Participate in meeting with Bond advisors regarding case budget and funding requirements, including anticipated operating cash needs. |
| 28 | Cash Forecasting | 9/14/26 | Christopher Creger | 0.6 | Participate in meeting with Cole Schotz regarding case budget, funding requirements, and related cash needs. |
| 28 | Cash Forecasting | 9/14/26 | Christopher Pizzo | 0.6 | Call with Cole Schotz and FTI regarding cash flow forecast. |
| 28 | Cash Forecasting | 9/14/26 | Christopher Pizzo | 0.6 | Communicate with Senior Lenders regarding use of cash collateral and DIP payoff. |
| 28 | Cash Forecasting | 9/14/26 | Christopher Pizzo | 0.3 | Correspondence with CRO related to cash needs and updated budgets. |
| 28 | Cash Forecasting | 9/14/26 | Christopher Pizzo | 0.8 | Internal review of updated cash forecasting. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 28 | Cash Forecasting | 9/14/26 | Christopher Pizzo | 0.2 | Internal review of updated cash forecasting. |
| 28 | Cash Forecasting | 9/14/26 | Christopher Pizzo | 1.2 | Perform camp by camp analysis of operating cash needs for extended time frame. |
| 28 | Cash Forecasting | 9/14/26 | Christopher Pizzo | 0.4 | Update operating cash needs based on additional assumptions. |
| 28 | Cash Forecasting | 9/14/26 | Joshua Beets | 0.6 | Call with Cole Schotz and FTI regarding cash flow forecast. |
| 28 | Cash Forecasting | 9/14/26 | Russell Laughlin | 0.8 | Update operating cash and liquidity analysis. |
| 28 | Cash Forecasting | 9/15/26 | Christopher Creger | 0.9 | Call with Chapman, Cole Schotz, FTI, and CRO about cash collateral usage. |
| 28 | Cash Forecasting | 9/15/26 | Christopher Pizzo | 0.9 | Call with Chapman, Cole Schotz, FTI, and CRO about cash collateral usage. |
| 28 | Cash Forecasting | 9/15/26 | Joshua Beets | 0.9 | Call with Chapman, Cole Schotz, FTI, and CRO about cash collateral usage. |
| 28 | Cash Forecasting | 9/15/26 | Max Pidgeon | 0.9 | Call with Corporate Realty regarding budget, payables, and lease disputes. |
| 28 | Cash Forecasting | 9/15/26 | Max Pidgeon | 1.2 | Update One Canal budget versus actuals. |
| 28 | Cash Forecasting | 9/15/26 | Russell Laughlin | 1.2 | Prepare DIP paydown detail schedule. |
| 28 | Cash Forecasting | 9/16/26 | Christopher Creger | 1.8 | Review and reconcile bondholders' preliminary payoff calculation against governing DIP and bond documents, including analysis of interest, default-rate, roll-up, exit-fee, and under secured claim treatment. |
| 28 | Cash Forecasting | 9/16/26 | Joshua Beets | 0.9 | Review One Canal Budget and actuals. |
| 28 | Cash Forecasting | 9/16/26 | Max Pidgeon | 1.7 | Update forecast and budget versus actuals at One Canal Place. |
| 28 | Cash Forecasting | 9/16/26 | Max Pidgeon | 0.8 | Update One Canal forecast based on internal FTI comments. |
| 28 | Cash Forecasting | 9/16/26 | Reagan Jones | 1.3 | Analyze Windsor Mountain extended DIP budget. |
| 28 | Cash Forecasting | 9/16/26 | Reagan Jones | 0.7 | Review and recalculate BNH interest payment calculations. |
| 28 | Cash Forecasting | 9/16/26 | Vivek Ram | 2.5 | Assist with various camp and liquidity related budget updates and funding requirements. |
| 28 | Cash Forecasting | 9/17/26 | Christopher Creger | 0.6 | Participate in a call with FTI team and SIMAD team regarding updates to case budget, funding requirements, and related matters. |
| 28 | Cash Forecasting | 9/17/26 | Christopher Pizzo | 0.6 | Participate in a call with FTI team and SIMAD team regarding updates to case budget, funding requirements, and related matters. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 28 | Cash Forecasting | 9/17/26 | Reagan Jones | 1.1 | Analyze Mogen Av budgeted payroll figures for the remainder of the case. |
| 28 | Cash Forecasting | 9/18/26 | Christopher Creger | 0.8 | Review and respond to inquiry regarding budgeted payments. |
| 28 | Cash Forecasting | 9/18/26 | Joshua Beets | 1.0 | Review budget related fees to pay. |
| 28 | Cash Forecasting | 9/18/26 | Joshua Beets | 0.7 | Review One Canal cash flows and payments to make. |
| 28 | Cash Forecasting | 9/21/26 | Christopher Pizzo | 1.2 | Review and provide comments on One Canal budget vs. actuals reporting. |
| 28 | Cash Forecasting | 9/21/26 | Max Pidgeon | 0.5 | Review internal FTI comments regarding One Canal budget. |
| 28 | Cash Forecasting | 9/22/26 | Christopher Pizzo | 0.1 | Review potential scenario for DIP funding at a specific camp. |
| 28 | Cash Forecasting | 9/22/26 | Joshua Beets | 0.4 | Review One Canal cash flows. |
| 28 | Cash Forecasting | 9/22/26 | Max Pidgeon | 0.8 | Call with Corporate Realty to discuss forecast updates and rent collections. |
| 28 | Cash Forecasting | 9/22/26 | Max Pidgeon | 0.9 | Confirm and finalize updated One Canal budget for distribution. |
| 28 | Cash Forecasting | 9/22/26 | Max Pidgeon | 0.4 | Continue to update One Canal forecasted budget based on internal FTI comments. |
| 28 | Cash Forecasting | 9/22/26 | Max Pidgeon | 1.4 | Update One Canal budget versus actual analysis based on internal FTI comments. |
| 28 | Cash Forecasting | 9/22/26 | Max Pidgeon | 0.7 | Update One Canal forecasted budget based on internal FTI comments. |
| 28 | Cash Forecasting | 9/22/26 | Russell Laughlin | 2.2 | Review budget reforecast updates, as compared with reporting. |
| 28 | Cash Forecasting | 9/22/26 | Vivek Ram | 2.6 | Update budget reforecast based on additional funding needs across various camps. |
| 28 | Cash Forecasting | 9/23/26 | Christopher Pizzo | 0.5 | Call with Cole Schotz and FTI Team about cash collateral budgets. |
| 28 | Cash Forecasting | 9/23/26 | Joshua Beets | 1.6 | Analyze and review extended cash flow forecasts. |
| 28 | Cash Forecasting | 9/23/26 | Joshua Beets | 0.5 | Call with Cole Schotz and FTI Team about cash collateral budgets. |
| 28 | Cash Forecasting | 9/23/26 | Joshua Beets | 0.7 | Review of One Canal cash flows and payments to make. |
| 28 | Cash Forecasting | 9/23/26 | Max Pidgeon | 0.6 | Continue to update One Canal budget versus actuals. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 28 | Cash Forecasting | 9/23/26 | Max Pidgeon | 1.0 | Update One Canal budget based on internal FTI comments. |
| 28 | Cash Forecasting | 9/23/26 | Max Pidgeon | 1.0 | Update One Canal budget versus actuals. |
| 28 | Cash Forecasting | 9/23/26 | Reagan Jones | 1.3 | Begin preparation of extended Mogen Av budget through the end of October. |
| 28 | Cash Forecasting | 9/23/26 | Reagan Jones | 1.3 | Begin preparation of extended Mohawk budget through the end of October. |
| 28 | Cash Forecasting | 9/23/26 | Reagan Jones | 1.8 | Extend Banner Day budget through the end of October. |
| 28 | Cash Forecasting | 9/24/26 | Christopher Pizzo | 0.1 | Call with Cole Schotz about incremental budget and related reserves. |
| 28 | Cash Forecasting | 9/24/26 | Christopher Pizzo | 0.3 | Review Kiwi cash needs and DIP funding resolution. |
| 28 | Cash Forecasting | 9/24/26 | Christopher Pizzo | 0.4 | Review One Canal budget vs. actual reporting. |
| 28 | Cash Forecasting | 9/24/26 | Christopher Pizzo | 0.2 | Review One Canal cash flow reforecast reporting package for Fidelity. |
| 28 | Cash Forecasting | 9/24/26 | Max Pidgeon | 1.9 | Update One Canal forecast. |
| 28 | Cash Forecasting | 9/24/26 | Reagan Jones | 1.4 | Analyze and update the extended Banner Day budget through the end of October. |
| 28 | Cash Forecasting | 9/24/26 | Reagan Jones | 1.7 | Analyze and update the extended Mogen Av budget through the end of October. |
| 28 | Cash Forecasting | 9/24/26 | Reagan Jones | 1.4 | Analyze and update the extended Mohawk budget through the end of October. |
| 28 | Cash Forecasting | 9/24/26 | Reagan Jones | 1.3 | Extend the Mogen Av budget through the end of October. |
| 28 | Cash Forecasting | 9/24/26 | Reagan Jones | 1.8 | Extend the Mohawk budget through the end of October. |
| 28 | Cash Forecasting | 9/24/26 | Reagan Jones | 0.5 | Review and update extended bond budgets. |
| 28 | Cash Forecasting | 9/25/26 | Christopher Creger | 0.8 | Participate in SIMAD budget and funding call with FTI Team regarding operating funding requirements, cash collateral and DIP considerations, revised budget assumptions, and case funding strategy. |
| 28 | Cash Forecasting | 9/25/26 | Christopher Creger | 1.7 | Review revised operating budget and near-term liquidity needs for remaining camp operations, including Mohawk payroll and coordinate strategy for budget approval and use of cash on hand. |
| 28 | Cash Forecasting | 9/25/26 | Christopher Pizzo | 0.8 | Call with Bondholders Trustee and Cole Schotz to review waterfall and budget. |
| 28 | Cash Forecasting | 9/25/26 | Christopher Pizzo | 0.8 | Participate in SIMAD budget and funding call with FTI Team regarding operating funding requirements, cash collateral and DIP considerations, revised budget assumptions, and case funding strategy. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 28 | Cash Forecasting | 9/25/26 | Joshua Beets | 1.5 | Analyze extended cash flow forecasts. |
| 28 | Cash Forecasting | 9/25/26 | Joshua Beets | 0.8 | Participate in SIMAD budget and funding call with FTI Team regarding operating funding requirements, cash collateral and DIP considerations, revised budget assumptions, and case funding strategy. |
| 28 | Cash Forecasting | 9/25/26 | Reagan Jones | 1.7 | Prepare document containing all extended budgets for bond camps with extended close dates. |
| 28 | Cash Forecasting | 9/25/26 | Reagan Jones | 0.6 | Prepare schedule to allocate outstanding professional fee funding amongst the bond camps. |
| 28 | Cash Forecasting | 9/25/26 | Reagan Jones | 0.8 | Review and update extended bond budgets. |
| 28 | Cash Forecasting | 9/25/26 | Reagan Jones | 1.8 | Revise bond budget documents to remove non-operating amounts and footnote accordingly. |
| 28 | Cash Forecasting | 9/25/26 | Reagan Jones | 1.8 | Revise the bond budgets to illustrate the use of contingency reserve DIP funds. |
| 28 | Cash Forecasting | 9/25/26 | Reagan Jones | 1.6 | Revise the bond budgets to illustrate the use of unallocated operating DIP funds. |
| 28 | Cash Forecasting | 9/25/26 | Vivek Ram | 0.8 | Participate in SIMAD budget and funding call with FTI Team regarding operating funding requirements, cash collateral and DIP considerations, revised budget assumptions, and case funding strategy. |
| 28 | Cash Forecasting | 9/28/26 | Christopher Creger | 0.6 | Participate in meeting with FTI Team regarding available funding and strategy for payment of accrued case administration expenses. |
| 28 | Cash Forecasting | 9/28/26 | Christopher Pizzo | 0.6 | Participate in meeting with FTI Team regarding available funding and strategy for payment of accrued case administration expenses. |
| 28 | Cash Forecasting | 9/28/26 | Joshua Beets | 0.6 | Participate in meeting with FTI Team regarding available funding and strategy for payment of accrued case administration expenses. |
| 28 | Cash Forecasting | 9/28/26 | Joshua Beets | 0.4 | Review cash needs at One Canal Place. |
| 28 | Cash Forecasting | 9/28/26 | Vivek Ram | 2.8 | Review updates to liquidity and budgeting for ongoing camp operations, including bank statement reconciliations. |
| 28 | Cash Forecasting | 9/29/26 | Christopher Creger | 0.8 | Review and respond internally to issues with updated budget assumptions. |
| 28 | Cash Forecasting | 9/29/26 | Christopher Pizzo | 0.6 | Review and revise schedule of SIMAD cash reserves and DIP loan roll forward analysis. |
| 28 | Cash Forecasting | 9/29/26 | Reagan Jones | 0.8 | Correspond with FTI team regarding budget updates and amounts able to be paid. |
| 28 | Cash Forecasting | 9/30/26 | Christopher Creger | 2.2 | Evaluate updated SIMAD bond operating budgets, including cash balance roll-forward and application of contingency funding against revision 1 and revision 3. |
| 28 | Cash Forecasting | 9/30/26 | Christopher Pizzo | 0.5 | Review and comment on updated Bond Camp budgets through estimated closing. |
| 28 | Cash Forecasting | 9/30/26 | Christopher Pizzo | 0.3 | Review and provide comments on updated assumptions in cash forecast. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 28 | Cash Forecasting | 9/30/26 | Christopher Pizzo | 1.0 | Review and provide comments to updated bond budgets and waterfall. |
| 28 | Cash Forecasting | 9/30/26 | Joshua Beets | 2.6 | Review of revisions to cash flow forecast. |
| 28 | Cash Forecasting | 9/30/26 | Kavi Bommakanti | 2.2 | Continue to identify transactions at specific camps for cash forecasting purposes. |
| 28 | Cash Forecasting | 9/30/26 | Kavi Bommakanti | 0.5 | Continue to identify transactions at specific camps for cash forecasting purposes. |
| 28 | Cash Forecasting | 9/30/26 | Kavi Bommakanti | 2.5 | Identify transactions at specific camps for cash forecasting purposes. |
| 28 | Cash Forecasting | 9/30/26 | Max Pidgeon | 1.5 | Identify Summit 2026 and 2027 camper deposits for cash forecasting purposes. |
| 28 | Cash Forecasting | 9/30/26 | Reagan Jones | 0.7 | Review and update bond budgets and waterfall. |
| 28 | Cash Forecasting | 9/30/26 | Russell Laughlin | 2.5 | Update and review budget reforecast analysis. |
| 28 | Cash Forecasting | 9/30/26 | Vivek Ram | 2.1 | Continue to assist with waterfall and budget updates. |
| | **Task Code 28 Total** | | | **206.3** | |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 29 | Vendor Management | 9/3/26 | Evan Hudgins | 1.1 | Update utility transition tracker and associated communication. |
| 29 | Vendor Management | 9/4/26 | Evan Hudgins | 1.0 | Update utility transition tracker and associated communication. |
| 29 | Vendor Management | 9/7/26 | Kavi Bommakanti | 0.4 | Review camp AP aging. |
| 29 | Vendor Management | 9/9/26 | Russell Laughlin | 2.4 | Review critical vendor and insurance motion reporting. |
| 29 | Vendor Management | 9/10/26 | Max Pidgeon | 1.5 | Review One Canal payables to determine payments to make. |
| 29 | Vendor Management | 9/11/26 | Evan Hudgins | 0.5 | Update utility transition tracker and associated communication. |
| 29 | Vendor Management | 9/15/26 | David Lee | 1.3 | Respond to case-related emails regarding vendor payments and camp operations, including reviewing information provided by counsel and camp management. |
| 29 | Vendor Management | 9/16/26 | Christopher Creger | 0.6 | Review invoices regarding break up costs for Camp Lavi post-closing. |
| 29 | Vendor Management | 9/16/26 | Max Pidgeon | 0.7 | Finalize a draft of approved payments to make at One Canal Place. |
| 29 | Vendor Management | 9/18/26 | Joshua Beets | 0.5 | Review bills to pay at multiple camp entities. |
| 29 | Vendor Management | 9/18/26 | Max Pidgeon | 0.3 | Correspond with Corporate Realty regarding specific vendor management. |
| 29 | Vendor Management | 9/22/26 | Max Pidgeon | 0.9 | Identify account numbers for Camp Lavi utilities. |
| 29 | Vendor Management | 9/24/26 | Max Pidgeon | 0.5 | Correspond with FTI team regarding One Canal payables. |
| 29 | Vendor Management | 9/24/26 | Max Pidgeon | 1.8 | Create a listing of approved payables to make at One Canal Place. |
| 29 | Vendor Management | 9/24/26 | Max Pidgeon | 0.4 | Review listing of approved payables to make at One Canal Place. |
| 29 | Vendor Management | 9/25/26 | Joshua Beets | 0.5 | Correspond with lender regarding One Canal Place payments. |
| 29 | Vendor Management | 9/28/26 | Evan Hudgins | 1.3 | Update utility transition tracker and associated communication. |
| 29 | Vendor Management | 9/28/26 | Joshua Beets | 1.4 | Review cash transactions at BNH camps. |
| 29 | Vendor Management | 9/29/26 | Joshua Beets | 0.3 | Correspondence with Cole Schotz regarding payments to make at One Canal Place. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 29 | Vendor Management | 9/29/26 | Joshua Beets | 0.2 | Review payments to make for One Canal Place. |
| 29 | Vendor Management | 9/29/26 | Max Pidgeon | 0.4 | Continue to review and prepare listing of approved payables for One Canal Place. |
| 29 | Vendor Management | 9/29/26 | Max Pidgeon | 1.1 | Review and prepare listing of approved payables for One Canal Place. |
| 29 | Vendor Management | 9/30/26 | Joshua Beets | 0.6 | Correspond with Corporate Realty regarding One Canal Place payments. |
| | **Task Code 29 Total** | | | **19.7** | |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 31 | UCC Diligence | 9/1/26 | Christopher Creger | 0.8 | Review SIMAD Updated Diligence List per UCC. |
| 31 | UCC Diligence | 9/1/26 | Joshua Beets | 0.8 | Gather data for UCC diligence. |
| 31 | UCC Diligence | 9/1/26 | Max Pidgeon | 0.5 | Correspond with FTI team regarding requested items from the UCC. |
| 31 | UCC Diligence | 9/1/26 | Max Pidgeon | 0.7 | Update claims related files to share with the UCC. |
| 31 | UCC Diligence | 9/3/26 | Joshua Beets | 0.2 | Call with M3 about UCC questions. |
| 31 | UCC Diligence | 9/8/26 | Joshua Beets | 0.5 | Gather data to respond to UCC's request. |
| 31 | UCC Diligence | 9/9/26 | Christopher Pizzo | 0.5 | Call with UCC advisors and FTI team regarding ending cash and recoveries. |
| 31 | UCC Diligence | 9/9/26 | Joshua Beets | 0.5 | Call with UCC advisors and FTI team regarding ending cash and recoveries. |
| 31 | UCC Diligence | 9/9/26 | Russell Laughlin | 0.5 | Call with UCC advisors and FTI team regarding ending cash and recoveries. |
| 31 | UCC Diligence | 9/14/26 | Christopher Creger | 0.8 | Review UCC Settlement and waterfall implications. |
| 31 | UCC Diligence | 9/14/26 | Edith Wong | 2.3 | Review UCC request and coordinate with team to gather documents. |
| 31 | UCC Diligence | 9/14/26 | Julianna Fiorillo | 0.5 | Review and prepare documents for upload related to UCC request. |
| 31 | UCC Diligence | 9/15/26 | Christopher Creger | 2.4 | Work on an analysis of UCC settlement claims and development of negotiation framework, including analysis of asserted claims, potential recoveries, and valuation considerations for presentation to CRO. |
| 31 | UCC Diligence | 9/16/26 | Edith Wong | 1.5 | Review additional documents provided by SIMAD to respond to UCC requests and provide update to Counsel. |
| 31 | UCC Diligence | 9/16/26 | Julianna Fiorillo | 0.5 | Review and upload additional and updated documents in response to UCC request. |
| 31 | UCC Diligence | 9/17/26 | Christopher Creger | 1.7 | Extensive review, internal team follow up, and related responses to UCC inquiries and requests. |
| 31 | UCC Diligence | 9/17/26 | Joshua Beets | 0.2 | Send diligence materials to the UCC. |
| 31 | UCC Diligence | 9/18/26 | Christopher Creger | 0.8 | Continue to review and confirm impact of Bondholder and BNH claims and payoff amounts on waterfall and recovery analysis for presentation to the UCC. |
| 31 | UCC Diligence | 9/18/26 | Christopher Creger | 2.9 | Review and confirm impact of Bondholder and BNH claims and payoff amounts on waterfall and recovery analysis for presentation to the UCC. |

**EXHIBIT B**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 31 | UCC Diligence | 9/20/26 | Christopher Pizzo | 0.7 | Review updates to waterfall model before sending to UCC. |
| 31 | UCC Diligence | 9/20/26 | Joshua Beets | 1.4 | Review and distribute waterfalls to UCC. |
| 31 | UCC Diligence | 9/21/26 | Joshua Beets | 0.1 | Review waterfall to send to UCC. |
| 31 | UCC Diligence | 9/22/26 | Mihai Cirstea | 0.5 | Prepare Week 13 budget-versus-actual reporting file for the UCC. |
| 31 | UCC Diligence | 9/23/26 | Joshua Beets | 0.6 | Respond to UCC's questions about the waterfall. |
| 31 | UCC Diligence | 9/24/26 | Christopher Pizzo | 0.3 | Review camper deposit reporting for UCC. |
| 31 | UCC Diligence | 9/28/26 | Christopher Pizzo | 0.6 | Review email correspondence to UCC related to their questions on the waterfall. |
| 31 | UCC Diligence | 9/28/26 | Joshua Beets | 0.6 | Respond to UCC's questions about waterfall. |
| 31 | UCC Diligence | 9/28/26 | Russell Laughlin | 1.5 | Finalize and distribute budget vs. actuals to lenders and UCC. |
| 31 | UCC Diligence | 9/28/26 | Vivek Ram | 2.5 | Update waterfall adjustments and providing further responses to UCC. |
| 31 | UCC Diligence | 9/29/26 | Mihai Cirstea | 0.5 | Prepare Week 14 budget-versus-actual reporting file for the UCC. |
| | **Task Code 31 Total** | | | **27.9** | |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 33 | Camp Director Support & Operational Oversight | 9/1/26 | Vivek Ram | 2.9 | Continue to work with individual Camp Directors and assess real-time liquidity needs, as well as available funds to distribute. |
| 33 | Camp Director Support & Operational Oversight | 9/2/26 | David Lee | 1.2 | Answer calls with Camp Directors regarding various budget requests. |
| 33 | Camp Director Support & Operational Oversight | 9/2/26 | David Lee | 1.0 | Perform related follow ups regarding Mohawk Camp Directors budget. |
| 33 | Camp Director Support & Operational Oversight | 9/2/26 | Reagan Jones | 0.4 | Correspond with Chateaugay regarding funding needs. |
| 33 | Camp Director Support & Operational Oversight | 9/2/26 | Reagan Jones | 0.7 | Correspond with Country Roads regarding funding needs. |
| 33 | Camp Director Support & Operational Oversight | 9/2/26 | Reagan Jones | 0.8 | Correspond with Kiwi regarding funding needs. |
| 33 | Camp Director Support & Operational Oversight | 9/2/26 | Reagan Jones | 0.6 | Correspond with Mogen Av regarding funding needs. |
| 33 | Camp Director Support & Operational Oversight | 9/2/26 | Russell Laughlin | 0.7 | Discuss budget extension for Chateaugay with camp director. |
| 33 | Camp Director Support & Operational Oversight | 9/2/26 | Russell Laughlin | 0.5 | Discuss budget extension for Kiwi with camp director. |
| 33 | Camp Director Support & Operational Oversight | 9/2/26 | Russell Laughlin | 0.4 | Discuss budget extension for Mohawk with camp director. |
| 33 | Camp Director Support & Operational Oversight | 9/2/26 | Vivek Ram | 2.0 | Continue to call individual Camp Directors and CRO to assess liquidity needs and DIP funding. |
| 33 | Camp Director Support & Operational Oversight | 9/3/26 | Joshua Beets | 1.2 | Assist camp directors with cash management. |
| 33 | Camp Director Support & Operational Oversight | 9/3/26 | Russell Laughlin | 0.5 | Discuss Banner Day issues with camp director, CRO, and SSG team. |
| 33 | Camp Director Support & Operational Oversight | 9/3/26 | Vivek Ram | 2.0 | Continue to call individual Camp Directors and CRO to assess liquidity needs and DIP funding. |
| 33 | Camp Director Support & Operational Oversight | 9/3/26 | Vivek Ram | 1.5 | Continue to call individual Camp Directors and CRO to assess liquidity needs and DIP funding. |
| 33 | Camp Director Support & Operational Oversight | 9/3/26 | Vivek Ram | 0.6 | Discussion with Camp Directors regarding cash reconciliations. |
| 33 | Camp Director Support & Operational Oversight | 9/4/26 | Joshua Beets | 0.7 | Assist camp directors with cash management. |
| 33 | Camp Director Support & Operational Oversight | 9/4/26 | Reagan Jones | 0.3 | Correspond with Kiwi regarding funding needs. |
| 33 | Camp Director Support & Operational Oversight | 9/8/26 | David Lee | 0.5 | Draft note to Club Getaway camp directors regarding updated budget figures. |

EXHIBIT B
SIMAD Holdings, Ltd. - CASE NO. 26-16388
DETAIL OF TIME ENTRIES
FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 33 | Camp Director Support & Operational Oversight | 9/8/26 | Joshua Beets | 0.4 | Assist multiple camp directors in managing cash. |
| 33 | Camp Director Support & Operational Oversight | 9/8/26 | Max Pidgeon | 2.5 | Call multiple camp directors regarding information needed to finalize the funds flows. |
| 33 | Camp Director Support & Operational Oversight | 9/8/26 | Mihai Cirstea | 0.9 | Coordinate Week 12 QuickBooks updates with camp directors. |
| 33 | Camp Director Support & Operational Oversight | 9/8/26 | Mihai Cirstea | 0.2 | Correspond with Camp Med-O-Lark director regarding QuickBooks entries. |
| 33 | Camp Director Support & Operational Oversight | 9/8/26 | Mihai Cirstea | 0.2 | Correspond with Camp Mohawk director regarding QuickBooks entries. |
| 33 | Camp Director Support & Operational Oversight | 9/8/26 | Mihai Cirstea | 0.3 | Correspond with Camp Waukeela director regarding 2027 camper deposits in QuickBooks. |
| 33 | Camp Director Support & Operational Oversight | 9/8/26 | Mihai Cirstea | 0.2 | Correspond with Camp Waukeela director regarding Week 12 QuickBooks updates. |
| 33 | Camp Director Support & Operational Oversight | 9/8/26 | Vivek Ram | 2.1 | Continue to coordinate updated liquidity requests and funding based on correspondence from various Camp Directors. |
| 33 | Camp Director Support & Operational Oversight | 9/8/26 | Vivek Ram | 2.0 | Coordinate updated liquidity requests and funding based on correspondence from various Camp Directors. |
| 33 | Camp Director Support & Operational Oversight | 9/9/26 | Christopher Creger | 0.6 | Participate in call with FTI Team and Club Getaway Camp Directors regarding budget shortfall. |
| 33 | Camp Director Support & Operational Oversight | 9/9/26 | David Lee | 0.6 | Participate in call with FTI Team and Club Getaway Camp Directors regarding budget shortfall. |
| 33 | Camp Director Support & Operational Oversight | 9/9/26 | David Lee | 0.3 | Review emails from Camp Directors and FTI Team regarding camp closures. |
| 33 | Camp Director Support & Operational Oversight | 9/9/26 | Kavi Bommakanti | 2.8 | Revise funds flow materials and correspond with camp directors regarding same. |
| 33 | Camp Director Support & Operational Oversight | 9/9/26 | Max Pidgeon | 0.7 | Call Green Lane camp director regarding outstanding items to finalize for funds flow. |
| 33 | Camp Director Support & Operational Oversight | 9/10/26 | Russell Laughlin | 0.8 | Coordinate funding for partial payroll for Eagle's Landing with ACRO and Camp Director. |
| 33 | Camp Director Support & Operational Oversight | 9/10/26 | Russell Laughlin | 0.4 | Discuss remaining budget items with Camp Director at Meadowbrook. |
| 33 | Camp Director Support & Operational Oversight | 9/11/26 | Russell Laughlin | 1.2 | Address liquidity issues with Eagle's Landing and coordinate payroll funding with ACRO. |
| 33 | Camp Director Support & Operational Oversight | 9/14/26 | David Lee | 0.6 | Draft emails to Camp Directors and Cole Schotz regarding closing and payroll funding. |
| 33 | Camp Director Support & Operational Oversight | 9/14/26 | David Lee | 0.5 | Draft notes to Camp Directors regarding close and funds flow. |

EXHIBIT B

SIMAD Holdings, Ltd. - CASE NO. 26-16388

DETAIL OF TIME ENTRIES

FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 33 | Camp Director Support & Operational Oversight | 9/14/26 | Mihai Cirstea | 1.1 | Confirm operating cash balances with camp directors across 16 camp reporting entities. |
| 33 | Camp Director Support & Operational Oversight | 9/14/26 | Mihai Cirstea | 0.9 | Coordinate Week 13 QuickBooks updates with camp directors. |
| 33 | Camp Director Support & Operational Oversight | 9/14/26 | Mihai Cirstea | 0.6 | Correspond with Camp Meadowbrook director regarding QuickBooks entries. |
| 33 | Camp Director Support & Operational Oversight | 9/14/26 | Mihai Cirstea | 0.5 | Correspond with Camp Waukeela director regarding salary shortfall. |
| 33 | Camp Director Support & Operational Oversight | 9/14/26 | Mihai Cirstea | 0.2 | Correspond with Camp Windsor Mountain director regarding QuickBooks entries. |
| 33 | Camp Director Support & Operational Oversight | 9/15/26 | Mihai Cirstea | 0.2 | Correspond with Camp MogenAv director regarding QuickBooks entries. |
| 33 | Camp Director Support & Operational Oversight | 9/16/26 | David Lee | 0.7 | Email communications with a Camp Director regarding payroll request and cash collateral. |
| 33 | Camp Director Support & Operational Oversight | 9/16/26 | David Lee | 0.3 | Participate in call with Camp Director regarding payroll request and book balance. |
| 33 | Camp Director Support & Operational Oversight | 9/16/26 | David Lee | 0.5 | Review payroll ADP output for payroll request from Camp Director. |
| 33 | Camp Director Support & Operational Oversight | 9/17/26 | Joshua Beets | 1.2 | Assist multiple camp directors in managing cash. |
| 33 | Camp Director Support & Operational Oversight | 9/21/26 | Mihai Cirstea | 0.9 | Coordinate Week 14 QuickBooks updates with camp directors. |
| 33 | Camp Director Support & Operational Oversight | 9/22/26 | Mihai Cirstea | 0.2 | Correspond with Camp Windsor Mountain director regarding QuickBooks entries. |
| 33 | Camp Director Support & Operational Oversight | 9/23/26 | Mihai Cirstea | 0.2 | Correspond with Camp MogenAv director regarding QuickBooks entries. |
| 33 | Camp Director Support & Operational Oversight | 9/24/26 | Mihai Cirstea | 1.1 | Confirm operating cash balances with camp directors across 20 camp reporting entities. |
| 33 | Camp Director Support & Operational Oversight | 9/24/26 | Reagan Jones | 0.7 | Correspond with Mogen Av camp director regarding extended budgets through projected close. |
| 33 | Camp Director Support & Operational Oversight | 9/28/26 | Max Pidgeon | 0.3 | Call with Summit camp director to discuss cash balance reconciliation. |
| 33 | Camp Director Support & Operational Oversight | 9/28/26 | Mihai Cirstea | 1.1 | Confirm operating cash balances with camp directors across 16 camp reporting entities. |
| 33 | Camp Director Support & Operational Oversight | 9/28/26 | Mihai Cirstea | 0.9 | Coordinate Week 15 QuickBooks updates with camp directors. |

**EXHIBIT B**

**SIMAD Holdings, Ltd. - CASE NO. 26-16388**

**DETAIL OF TIME ENTRIES**

**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Task Category | Task Description | Date | Professional | Hours | Activity |
|---|---|---|---|---|---|
| 33 | Camp Director Support & Operational Oversight | 9/29/26 | Russell Laughlin | 0.5 | Call with Meadowbrook camp director to discuss post-close invoiced expenses asserted to be seller's responsibility. |
| 33 | Camp Director Support & Operational Oversight | 9/30/26 | Mihai Cirstea | 0.2 | Correspond with Camp MogenAv director regarding QuickBooks entries. |
| | **Task Code 33 Total** | | | **48.1** | |

| | |
|---|---|
| **Grand Total** | **2,127.50** |

# **Exhibit C**

## Itemized Out-Of-Pocket Expenses

**EXHIBIT C**

**SIMAD Holdings, Ltd. - CASE NO. 26-16388**

**ITEMIZED OUT-OF-POCKET EXPENSES**

**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Professional | Expense Date | Expense Type | Expense Detail[1] | Amount[2] |
|---|---|---|---|---|
| Location 551, EEC DC | 09/30/26 | Other | Purchased service for FTI Technology related matters. | 200.00 |
| | | **Other Total** | | **200.00** |

**EXHIBIT C**

**SIMAD Holdings, Ltd. - CASE NO. 26-16388**

**ITEMIZED OUT-OF-POCKET EXPENSES**

**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Professional | Expense Date | Expense Type | Expense Detail[1] | Amount[2] |
|---|---|---|---|---|
| Vivek Ram | 09/01/26 | Transportation | Parking extension at office while working late on billable matter. | 22.15 |
| Vivek Ram | 09/01/26 | Transportation | Parking extension at office while working late on billable matter. | 22.15 |
| Vivek Ram | 09/02/26 | Transportation | Parking extension at office while working late on billable matter. | 22.15 |
| Vivek Ram | 09/04/26 | Transportation | Parking extension at office while working late on billable matter. | 22.15 |
| Vivek Ram | 09/09/26 | Transportation | Parking extension at office while working late on billable matter. | 22.15 |
| Christopher Creger | 09/10/26 | Transportation | Transportation for self from office while working late on billable matter. | 236.13 |
| Max Pidgeon | 09/10/26 | Transportation | Parking extension at office while working late on billable matter. | 15.00 |
| Vivek Ram | 09/10/26 | Transportation | Parking extension at office while working late on billable matter. | 22.15 |
| Christopher Creger | 09/11/26 | Transportation | Transportation for self from office while working late on billable matter. | 11.95 |
| Vivek Ram | 09/11/26 | Transportation | Parking extension at office while working late on billable matter. | 22.15 |
| David Lee | 09/13/26 | Transportation | Transportation for self from office while working late on billable matter. | 115.62 |
| David Lee | 09/13/26 | Transportation | Transportation for self from office while working late on billable matter. | 129.32 |
| Kavi Bommakanti | 09/15/26 | Transportation | Transportation for self from office while working late on billable matter. | 30.93 |
| Vivek Ram | 09/15/26 | Transportation | Parking extension at office while working late on billable matter. | 22.15 |
| David Lee | 09/17/26 | Transportation | Transportation for self from office while working late on billable matter. | 90.98 |
| David Lee | 09/17/26 | Transportation | Transportation for self from office while working late on billable matter. | 107.98 |
| | | **Transportation Total** | | **915.11** |

**EXHIBIT C**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**ITEMIZED OUT-OF-POCKET EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Professional | Expense Date | Expense Type | Expense Detail[1] | Amount[2] |
|---|---|---|---|---|
| Vivek Ram | 08/30/26 | Working Meals | Meal for self while working late on billable matter. | 50.00 |
| Max Pidgeon | 08/31/26 | Working Meals | Meal for self, J. Beets, V. Ram, R. Laughlin, M. Cirstea, E. Hudgins, R. Jones, K. Bommakanti (all FTI) while working late on billable matter. | 361.59 |
| Reagan Jones | 08/31/26 | Working Meals | Meal for self, M. Pidgeon, R. Laughlin, M. Cirstea, V. Ram, K. Bommakanti, J. Beets (all FTI) while working late on billable matter. | 166.94 |
| Christopher Creger | 09/01/26 | Working Meals | Meal for self while working late on billable matter. | 50.00 |
| Kavi Bommakanti | 09/01/26 | Working Meals | Meal for self and V. Ram (all FTI) while working late on billable matter. | 22.50 |
| Max Pidgeon | 09/01/26 | Working Meals | Meal for self, R. Jones, E. Hudgins, V. Ram, K. Bommakanti (all FTI) while working late on billable matter. | 40.43 |
| David Lee | 09/02/26 | Working Meals | Meal for self while working late on billable matter. | 19.07 |
| Kavi Bommakanti | 09/02/26 | Working Meals | Meal for self, J. Beets, V. Ram, M. Pidgeon (all FTI) while working late on billable matter. | 61.80 |
| Max Pidgeon | 09/02/26 | Working Meals | Meal for self while working late on billable matter. | 11.51 |
| Max Pidgeon | 09/02/26 | Working Meals | Meal for self, J. Beets, V. Ram, R. Laughlin, M. Cirstea, E. Hudgins, R. Jones, K. Bommakanti (all FTI) while working late on billable matter. | 373.91 |
| Russell Laughlin | 09/02/26 | Working Meals | Meal for self, E. Hudgins, M. Cirstea, R. Jones (all FTI) while working late on billable matter. | 71.92 |
| David Lee | 09/03/26 | Working Meals | Meal for self while working late on billable matter. | 24.72 |
| Max Pidgeon | 09/03/26 | Working Meals | Meal for self while working late on billable matter. | 7.08 |
| Vivek Ram | 09/03/26 | Working Meals | Meal for self, R. Laughlin, K. Bommakanti, M. Pidgeon, R. Jones, M. Cirstea, E. Hudgins (all FTI) while working late on billable matter. | 350.00 |
| Vivek Ram | 09/05/26 | Working Meals | Meal for self while working late on billable matter. | 50.00 |
| David Lee | 09/06/26 | Working Meals | Meal for self while working late on billable matter. | 15.72 |
| David Lee | 09/08/26 | Working Meals | Meal for self while working late on billable matter. | 19.81 |

**EXHIBIT C**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**ITEMIZED OUT-OF-POCKET EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Professional | Expense Date | Expense Type | Expense Detail[1] | Amount[2] |
|---|---|---|---|---|
| Kavi Bommakanti | 09/08/26 | Working Meals | Meal for self, J. Beets, V. Ram, R. Laughlin, M. Cirstea, M. Pidgeon, R. Jones, E. Hudgins (all FTI) while working late on billable matter. | 203.83 |
| Max Pidgeon | 09/08/26 | Working Meals | Meal for self, V. Ram, E. Hudgins, M Cirstea, K. Bommakanti (all FTI) while working late on billable matter. | 250.00 |
| David Lee | 09/09/26 | Working Meals | Meal for self while working late on billable matter. | 9.75 |
| Max Pidgeon | 09/09/26 | Working Meals | Meal for self, J. Beets, R. Laughlin, V. Ram, M. Cirstea, E. Hudgins, R. Jones, K. Bommakanti (all FTI) while working late on billable matter. | 232.69 |
| Vivek Ram | 09/09/26 | Working Meals | Meal for self, K. Bommakanti, R. Jones, M. Pidgeon, E. Hudgins (all FTI) while working late on billable matter. | 50.13 |
| Christopher Creger | 09/10/26 | Working Meals | Meal for self while working late on billable matter. | 50.00 |
| Max Pidgeon | 09/10/26 | Working Meals | Meal for self, V. Ram, R. Jones, K. Bommakanti, E. Hudgins (all FTI) while working late on billable matter. | 56.17 |
| Reagan Jones | 09/10/26 | Working Meals | Meal for self, V. Ram, K. Bommakanti, M. Pidgeon (all FTI) while working late on billable matter. | 72.41 |
| Max Pidgeon | 09/11/26 | Working Meals | Meal for self while working late on billable matter. | 40.98 |
| Russell Laughlin | 09/11/26 | Working Meals | Meal for self, M. Pidgeon, R. Jones, K. Bommakanti, V. Ram, E. Hudgins, M. Cirstea (all FTI) while working late on billable matter. | 350.00 |
| Vivek Ram | 09/11/26 | Working Meals | Meal for self while working late on billable matter. | 50.00 |
| David Lee | 09/12/26 | Working Meals | Meal for self while working late on billable matter. | 13.52 |
| David Lee | 09/13/26 | Working Meals | Meal for self while working late on billable matter. | 50.00 |
| David Lee | 09/13/26 | Working Meals | Meal for self while working late on billable matter. | 17.43 |
| David Lee | 09/14/26 | Working Meals | Meal for self while working late on billable matter. | 8.09 |
| David Lee | 09/14/26 | Working Meals | Meal for self while working late on billable matter. | 50.00 |
| Kavi Bommakanti | 09/14/26 | Working Meals | Meal for self, R Laughlin, F. Collins, E. Hudgins, M. Cirstea, M. Pidgeon, R. Jones, D. Lee, V. Ram (all FTI) while working late on billable matter. | 288.27 |

**EXHIBIT C**

**SIMAD Holdings, Ltd. - CASE NO. 26-16388**

**ITEMIZED OUT-OF-POCKET EXPENSES**

**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Professional | Expense Date | Expense Type | Expense Detail[1] | Amount[2] |
|---|---|---|---|---|
| David Lee | 09/15/26 | Working Meals | Meal for self while working late on billable matter. | 14.55 |
| David Lee | 09/15/26 | Working Meals | Meal for self while working late on billable matter. | 50.00 |
| Kavi Bommakanti | 09/15/26 | Working Meals | Meal for self while working late on billable matter. | 7.08 |
| Max Pidgeon | 09/15/26 | Working Meals | Meal for self while working late on billable matter. | 35.68 |
| David Lee | 09/16/26 | Working Meals | Meal for self while working late on billable matter. | 13.26 |
| Russell Laughlin | 09/16/26 | Working Meals | Meal for self, E. Hudgins, K. Bommakanti, M. Pidgeon, M. Cirstea, R. Jones, V. Ram (all FTI) while working late on billable matter. | 162.94 |
| David Lee | 09/17/26 | Working Meals | Meal for self while working late on billable matter. | 14.79 |
| David Lee | 09/17/26 | Working Meals | Meal for self while working late on billable matter. | 15.86 |
| David Lee | 09/17/26 | Working Meals | Meal for self while working late on billable matter. | 18.55 |
| David Lee | 09/17/26 | Working Meals | Meal for self while working late on billable matter. | 50.00 |
| David Lee | 09/17/26 | Working Meals | Meal for self while working late on billable matter. | 18.00 |
| Reagan Jones | 09/17/26 | Working Meals | Meal for self, V. Ram, M. Pidgeon, K. Bommakanti, E. Hudgins, M. Cirstea, D. Lee (all FTI) while working late on billable matter. | 96.03 |
| Russell Laughlin | 09/17/26 | Working Meals | Meal for self while working late on billable matter. | 10.28 |
| Russell Laughlin | 09/24/26 | Working Meals | Meal for self while working late on billable matter. | 11.90 |
| David Lee | 09/28/26 | Working Meals | Meal for self while working late on billable matter. | 22.93 |
| Evan Hudgins | 09/28/26 | Working Meals | Meal for self, R. Jones, M. Pidgeon, K. Bommakanti (all FTI) while working late on billable matter. | 61.30 |
| | | **Working Meals Total** | | **4,093.42** |

**EXHIBIT C**
**SIMAD Holdings, Ltd. - CASE NO. 26-16388**
**ITEMIZED OUT-OF-POCKET EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2026 TO SEPTEMBER 30, 2026**

| Professional | Expense Date | Expense Type | Expense Detail[1] | Amount[2] |
|---|---|---|---|---|
| | | **Grand Total** | | **5,208.53** |

Notes:

[1] Working "late" refers to later than 8pm.

[2] Meal expenses have been adjusted to reflect a $50 per person cap on reimbursable amounts, consistent with the approach applied throughout this analysis, with any excess written off.