In re:

SIMAD HOLDINGS LTD., *et al.*,

Debtors.[1]

Order Filed on October 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No.: 26-16388 (CMG)

(Jointly Administered)

**ORDER SHORTENING TIME PERIOD FOR NOTICE**

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 13, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

Upon review of the Application for Order Shortening Time (the "Application") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the official Committee of Unsecured Creditors (the "Committee"), and Mishmeret Trust Company Ltd., in its capacity as DIP Agent and Prepetition Trustee (the "Lender Parties"), for entry of an order (the "Order") requesting that the time period for notice of the *Joint Motion of the Debtors, the Official Committee of Unsecured Creditors, and the Lender Parties for entry of an Order (I) Approving Settlement Pursuant to Bankruptcy Rule 9019 and (II) Granting Related Relief* (the "Motion") be shortened pursuant to Federal Rule Bankruptcy Procedure 9006(c)(1).

**IT IS HEREBY ORDERED THAT:**

1. A hearing will be conducted on the Motion on **October 26, 2026, at 12:00PM (ET)**, before the Honorable Chief Judge Christine M. Gravelle, Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Trenton, N.J. 08608 Courtroom #3.

2. Debtors, the Committee, and the Lender Parties must serve a copy of this Order, and all related documents to all parties in interest by either regular mail or email, as applicable.

3. Service must be made within (1) business day of the date of this Order.

4. Notice by telephone is not required.

5. A Certification of Service must be filed prior to the hearing date.

6. Any objections to the Motion must be filed by **October 21,2026**.

7. Replies to be filed by **October 23, 2026.**

---

7. The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-16388-CMG

SIMAD Holdings Ltd. Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 1

Date Rcvd: Oct 28, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SIMAD Holdings Ltd., 50 Quality Street #110357, Trumbull, CT 06611-7715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters