**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Michael Kahme, Esq.
21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543
Phone: 609-924-0808
Email: mkahme@hillwallack.com
*Attorneys for Wayne Bank*

| | |
|---|---|
| In Re:<br><br>SIMAD Holdings, Ltd., *et al.*,[1],<br><br>Debtor. | Chapter: 11<br>Case No: 26-16388 (CMG)<br>(Jointly Administered) |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled ☒ Withdrawn

Matter: Notice of Appearance filed June 18, 2026 (Doc 154) is being withdrawn.

Date: October 30, 2026

*/s/ Michael Kahme*
Michael Kahme

[1] A complete list of the SIMAD Debtors in these Chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT, 06611.