**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**WALSH PIZZI O'REILLY FALANGA LLP**
Stephen V. Falanga, Esq.
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
P: 973.757.1100
D: 973.757.1107
F: 973.757.1090
sfalanga@walsh.law

-and-

**SHIPMAN & GOODWIN LLP**
Eric S. Goldstein, Esq. (*admitted hac vice*)
Gregory R. Papeika, Esq. (*admitted hac vice*)
One Constitution Plaza
Hartford, CT 06103-1919
Tel: (860) 251-5059
Tel: (203) 836-2815
egoldstein@goodwin.com
gpapeika@goodwin.com

*Counsel to Mizzen Capital, LP, Mizzen Capital II, LP, and Mizzen Management, LLC*

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 26-16388 (CMG)<br>*(Jointly Administered )* |

**NOTICE OF WITHDRAWAL OF COUNSEL STEPHEN V. FALANGA**

**PLEASE TAKE NOTICE** that Stephen V. Falanga withdraws his appearance on behalf of Mizzen Capital, L.P., Mizzen Capital II, LP and Mizzen Management, LLC, in the above-captioned matter, and requests removal from electronic notification and all service lists.

**PLEASE TAKE FURTHER NOTICE** that Mizzen Capital, L.P., Mizzen Capital II, LP and Mizzen Management, LLC will continue to be represented by Christopher M. Hemrick with the firm of Walsh Pizzi O'Reilly Falanga LLP.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: October 30, 2026

*/s/ Stephen V. Falanga*
Stephen V. Falanga