Order Filed on October 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |
| In re:<br><br>DAMIS Holdings LLC, *et al.*,[2]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16439 (CMG)<br><br>(Jointly Administered) |

**ORDER SHORTENING TIME PERIOD FOR NOTICE**

The relief set forth on the following pages numbered three (3) through four (4), is hereby **ORDERED**.

**DATED: October 9, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

[2] A complete list of the DAMIS Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the DAMIS Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/DAMIS. The location of Debtor DAMIS Holdings LLC's principal place of business and the DAMIS Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

<table>
<tr><td>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY</td><td></td></tr>
<tr><td>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>COLE SCHOTZ P.C.<br>Michael D. Sirota<br>Warren A. Usatine<br>David M. Bass<br>Felice R. Yudkin<br>Daniel J. Harris<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>dbass@coleschotz.com<br>fyudkin@coleschotz.com<br>dharris@coleschotz.com<br><br>Counsel to the Debtors<br>and Debtors in Possession</td><td>FAEGRE DRINKER BIDDLE & REATH LLP<br>Michael P. Pompeo<br>600 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>(973) 549-7000 (Telephone)<br>(973) 360-9831 (Facsimile)<br>michael.pompeo@faegredrinker.com<br><br>and<br><br>Ian J. Bambrick (pro hac vice)<br>Patrick A. Jackson (pro hac vice)<br>Sarah E. Silveira (pro hac vice)<br>222 Delaware Ave. Suite 1410<br>Wilmington, DE 19801<br>(302) 467-4200 (Telephone)<br>(302) 467-4201 (Facsimile)<br>ian.bambrick@faegredrinker.com<br>patrick.jackson@faegredrinker.com<br>sarah.silveira@faegredrinker.com<br><br>and<br><br>HERBERT SMITH FREEHILLS KRAMER (US) LLP<br><br>Adam C. Rogoff (pro hac vice)<br>Megan M. Wasson (pro hac vice)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100 (Telephone)<br>(212) 715-8000 (Facsimile)<br>adam.rogoff@hsfkramer.com<br>megan.wasson@hsfkramer.com<br><br>Counsel to the DAMIS Debtors and Debtors in Possession</td></tr>
</table>

Upon review of the Debtors' *Joint Application for Order Shortening Time* (the "Application"),[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") requesting that the time period for *Debtors' Joint Motion for Entry of Order (A) Modifying and (B) Applying to DAMIS Holdings, LLC the Order (I) Approving the Bidding Procedures, (II) Approving the Stalking Horse Bid Protection, (III) Scheduling Bid Deadlines and Auction(s), (IV) Approving the Form and Manner Thereof, (V) Establishing Notice and Procedures For the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief* (the "Joint Motion") be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1),

**IT IS HEREBY ORDERED THAT**:

1. A hearing will be conducted on the Joint Motion on October 13, 2026 at 1:00 p.m. (E.T.), before the Honorable Christine M. Gravelle, Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Trenton, N.J. 08608 Courtroom #3.

2. The Debtors must serve a copy of this Order, and all related documents to all known entities asserting a lien on any of the Debtors' assets by email, where available.

3. Service must be made on the same day as the date of this Order.

4. Notice by telephone is not required.

5. A Certification of Service must be filed prior to the hearing date.

6. Any objections to the Joint Motion may be presented orally at the scheduled hearing.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

Debtors: SIMAD HOLDINGS LTD., *et al.* and DAMIS HOLDINGS LLC, *et al.*
Case No. 26-16388 (CMG) and 26-16439 (CMG)
Caption of Order: ORDER SHORTENING TIME PERIOD FOR NOTICE

7. The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-16388-CMG |
| SIMAD Holdings Ltd. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 27, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SIMAD Holdings Ltd., 50 Quality Street #110357, Trumbull, CT 06611-7715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters