**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 31, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Office of the United States Trustee, Attn: Jeffrey M. Sponder, jeffrey.m.sponder@usdoj.gov:

- Chapter 11 Monthly Operating Report for Case Number 26-16388 for the Month Ending: 09/30/2026 [Docket No. 1411]
- Chapter 11 Monthly Operating Report for Case Number 26-16386 for the Month Ending: 09/30/2026 [Docket No. 1413]
- Chapter 11 Monthly Operating Report for Case Number 26-16391 for the Month Ending: 09/30/2026 [Docket No. 1414]
- Chapter 11 Monthly Operating Report for Case Number 26-16385 for the Month Ending: 09/30/2026 [Docket No. 1415]
- Chapter 11 Monthly Operating Report for Case Number 26-16416 for the Month Ending: 09/30/2026 [Docket No. 1416]
- Chapter 11 Monthly Operating Report for Case Number 26-16427 for the Month Ending: 09/30/2026 [Docket No. 1417]

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357 Trumbull, CT 06611.

- Chapter 11 Monthly Operating Report for Case Number 26-16387 for the Month Ending: 09/30/2026 [Docket No. 1418]
- Chapter 11 Monthly Operating Report for Case Number 26-16418 for the Month Ending: 09/30/2026 [Docket No. 1419]
- Chapter 11 Monthly Operating Report for Case Number 26-16429 for the Month Ending: 09/30/2026 [Docket No. 1421]
- Chapter 11 Monthly Operating Report for Case Number 26-16568 for the Month Ending: 09/30/2026 [Docket No. 1422]
- Chapter 11 Monthly Operating Report for Case Number 26-16420 for the Month Ending: 09/30/2026 [Docket No. 1423]
- Chapter 11 Monthly Operating Report for Case Number 26-16393 for the Month Ending: 09/30/2026 [Docket No. 1424]
- Chapter 11 Monthly Operating Report for Case Number 26-16431 for the Month Ending: 09/30/2026 [Docket No. 1425]
- Chapter 11 Monthly Operating Report for Case Number 26-16392 for the Month Ending: 09/30/2026 [Docket No. 1426]
- Chapter 11 Monthly Operating Report for Case Number 26-16549 for the Month Ending: 09/30/2026 [Docket No. 1427]
- Chapter 11 Monthly Operating Report for Case Number 26-16394 for the Month Ending: 09/30/2026 [Docket No. 1428]
- Chapter 11 Monthly Operating Report for Case Number 26-16550 for the Month Ending: 09/30/2026 [Docket No. 1429]
- Chapter 11 Monthly Operating Report for Case Number 26-16421 for the Month Ending: 09/30/2026 [Docket No. 1430]
- Chapter 11 Monthly Operating Report for Case Number 26-16433 for the Month Ending: 09/30/2026 [Docket No. 1431]
- Chapter 11 Monthly Operating Report for Case Number 26-16423 for the Month Ending: 09/30/2026 [Docket No. 1432]
- Chapter 11 Monthly Operating Report for Case Number 26-16395 for the Month Ending: 09/30/2026 [Docket No. 1433]

- Chapter 11 Monthly Operating Report for Case Number 26-16435 for the Month Ending: 09/30/2026 [Docket No. 1434]

- Chapter 11 Monthly Operating Report for Case Number 26-16396 for the Month Ending: 09/30/2026 [Docket No. 1435]

- Chapter 11 Monthly Operating Report for Case Number 26-16567 for the Month Ending: 09/30/2026 [Docket No. 1436]

- Chapter 11 Monthly Operating Report for Case Number 26-16425 for the Month Ending: 09/30/2026 [Docket No. 1437]

- Chapter 11 Monthly Operating Report for Case Number 26-16379 for the Month Ending: 09/30/2026 [Docket No. 1438]

- Chapter 11 Monthly Operating Report for Case Number 26-16377 for the Month Ending: 09/30/2026 [Docket No. 1439]

- Chapter 11 Monthly Operating Report for Case Number 26-16438 for the Month Ending: 09/30/2026 [Docket No. 1440]

- Chapter 11 Monthly Operating Report for Case Number 26-16426 for the Month Ending: 09/30/2026 [Docket No. 1441]

- Chapter 11 Monthly Operating Report for Case Number 26-16390 for the Month Ending: 09/30/2026 [Docket No. 1442]

- Chapter 11 Monthly Operating Report for Case Number 26-16437 for the Month Ending: 09/30/2026 [Docket No. 1443]

- Chapter 11 Monthly Operating Report for Case Number 26-16428 for the Month Ending: 09/30/2026 [Docket No. 1444]

- Chapter 11 Monthly Operating Report for Case Number 26-16436 for the Month Ending: 09/30/2026 [Docket No. 1445]

- Chapter 11 Monthly Operating Report for Case Number 26-16412 for the Month Ending: 09/30/2026 [Docket No. 1446]

- Chapter 11 Monthly Operating Report for Case Number 26-16430 for the Month Ending: 09/30/2026 [Docket No. 1447]

- Chapter 11 Monthly Operating Report for Case Number 26-16397 for the Month Ending: 09/30/2026 [Docket No. 1448]

- Chapter 11 Monthly Operating Report for Case Number 26-16398 for the Month Ending: 09/30/2026 [Docket No. 1449]
- Chapter 11 Monthly Operating Report for Case Number 26-16434 for the Month Ending: 09/30/2026 [Docket No. 1450]
- Chapter 11 Monthly Operating Report for Case Number 26-16432 for the Month Ending: 09/30/2026 [Docket No. 1451]
- Chapter 11 Monthly Operating Report for Case Number 26-16400 for the Month Ending: 09/30/2026 [Docket No. 1452]
- Chapter 11 Monthly Operating Report for Case Number 26-16399 for the Month Ending: 09/30/2026 [Docket No. 1453]
- Chapter 11 Monthly Operating Report for Case Number 26-16403 for the Month Ending: 09/30/2026 [Docket No. 1454]
- Chapter 11 Monthly Operating Report for Case Number 26-16401 for the Month Ending: 09/30/2026 [Docket No. 1455]
- Chapter 11 Monthly Operating Report for Case Number 26-16405 for the Month Ending: 09/30/2026 [Docket No. 1456]
- Chapter 11 Monthly Operating Report for Case Number 26-16402 for the Month Ending: 09/30/2026 [Docket No. 1457]
- Chapter 11 Monthly Operating Report for Case Number 26-16382 for the Month Ending: 09/30/2026 [Docket No. 1458]
- Chapter 11 Monthly Operating Report for Case Number 26-16381 for the Month Ending: 09/30/2026 [Docket No. 1459]
- Chapter 11 Monthly Operating Report for Case Number 26-16384 for the Month Ending: 09/30/2026 [Docket No. 1460]
- Chapter 11 Monthly Operating Report for Case Number 26-16409 for the Month Ending: 09/30/2026 [Docket No. 1461]
- Chapter 11 Monthly Operating Report for Case Number 26-16404 for the Month Ending: 09/30/2026 [Docket No. 1462]
- Chapter 11 Monthly Operating Report for Case Number 26-16411 for the Month Ending: 09/30/2026 [Docket No. 1463]

- Chapter 11 Monthly Operating Report for Case Number 26-16406 for the Month Ending: 09/30/2026 [Docket No. 1464]

- Chapter 11 Monthly Operating Report for Case Number 26-16414 for the Month Ending: 09/30/2026 [Docket No. 1465]

- Chapter 11 Monthly Operating Report for Case Number 26-16389 for the Month Ending: 09/30/2026 [Docket No. 1466]

- Chapter 11 Monthly Operating Report for Case Number 26-16408 for the Month Ending: 09/30/2026 [Docket No. 1467]

- Chapter 11 Monthly Operating Report for Case Number 26-16417 for the Month Ending: 09/30/2026 [Docket No. 1468]

- Chapter 11 Monthly Operating Report for Case Number 26-16410 for the Month Ending: 09/30/2026 [Docket No. 1469]

- Chapter 11 Monthly Operating Report for Case Number 26-16419 for the Month Ending: 09/30/2026 [Docket No. 1470]

- Chapter 11 Monthly Operating Report for Case Number 26-16422 for the Month Ending: 09/30/2026 [Docket No. 1471]

- Chapter 11 Monthly Operating Report for Case Number 26-16415 for the Month Ending: 09/30/2026 [Docket No. 1472]

- Chapter 11 Monthly Operating Report for Case Number 26-16424 for the Month Ending: 09/30/2026 [Docket No. 1473]

Dated: November 3, 2026

*/s/ Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 3, 2026, by Engels Medina, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No 01BA6205563
Qualified in Westchester County
Commission Expires May 11, 2029