| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1<br><br>WARD W. BENSON<br>STEPHEN S. HO<br>Trial Attorneys, Tax Litigation Branch<br>Civil Division, Department of Justice<br>P.O. Box 227<br>Washington, D.C. 20044<br>(202) 514-9642<br>(202) 514-6866 (Fax)<br>ward.w.benson@usdoj.gov<br>stephen.s.ho@usdoj.gov<br>Counsel for the United States | Chapter 11<br><br>Case No. 26-16388 (CMG) |
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>Debtors. | |

**UNITED STATES' NOTICE OF APPEAL**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY:

Notice is hereby given that the United States of America, on behalf of the Internal Revenue Service, a party in interest in the above-captioned case, appeals under 28 U.S.C. § 158(a) from the order of the Bankruptcy Judge entered in this bankruptcy case on October 27, 2026, docket item 1388, granting the joint motion of the Debtors, the Committee of Unsecured Creditors, and Mishmeret Holding Company, Ltd. for approval of a settlement pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Debtors SIMAD Holdings Ltd., *et al.* | Michael D. Sirota<br>Warren A. Usatine<br>David M. Bass<br>Felice R. Yudkin<br>Daniel J. Harris<br>Cole Schotz P.C.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Tel: (201) 489-3000 |
| Mishmeret Trust Company Ltd. | Joseph L. Schwartz<br>Daniel A. Bloom<br>John D. Stern<br>Riker Danzig LLP<br>7 Giralda Farms, Suite 250<br>Madison, New Jersey 07940<br>Tel: (973) 538-0800<br><br>and<br><br>Michael Friedman<br>Jorge Eric Coronel Hamilton<br>Chapman and Cutler LLP<br>1270 Avenue of the Americas, 30th Floor<br>New York, New York 10020<br>Tel: (212) 655-2508 |
| Official Committee of Unsecured Creditors | Evan M. Lazerowitz<br>Rachel Jaffe Mauceri<br>Brya M. Keilson<br>Robinson & Cole LLP<br>666 Third Avenue, 20th Floor<br>New York, New York 10017<br>Tel: (212) 451-2900<br><br>and<br><br>Darren Azman<br>Kristin K. Going<br>McDermott Will & Schulte LLP<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Tel: (212) 547-5400 |

and

Rachel Biblo Block
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000

| | |
|---|---|
| United States of America<br>on behalf of the Internal Revenue Service | Ward W. Benson<br>Stephen S. Ho<br>U.S. Department of Justice<br>Civil Division<br>Tax Litigation Branch<br>P.O. Box 227, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 514-9642 |
| United States Trustee | Jeffrey M. Sponder<br>U.S. Department of Justice<br>Office of the United States Trustee<br>Newark, NJ 07102 |

Dated: November 9, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*<u>/s/ Ward W. Benson</u>*
WARD W. BENSON
STEPHEN S. HO
Trial Attorneys
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, D.C. 20044
(202) 514-9642 (Benson)
(202) 514-6866 (Fax)
ward.w.benson@usdoj.gov
*Counsel for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to all parties registered to receive such filing.

*/s/ Ward W. Benson*
WARD W. BENSON
Trial Attorney
U.S. Department of Justice
*Attorney for the United States of America*