UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Case no.: 26-16388-CMG |
| SIMAD Holdings Ltd. | : | Chapter: 11 |
| Debtor(s) | : | Adv. Pro. No.: N/A |

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I Rachel Stillwell, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On November 9, 2026 a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated October 26, 2026 was filed.

A copy of the appeal was served on the following parties on November 9, 2026.

| **Name of Party (relationship to appeal)** | **Address of Party** | **Method of Service** |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| Internal Revenue Service | P.O. Box 227<br>Washington, DC 20044 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Official Committee Of Unsecured Creditors | 666 Third Avenue,<br>Chrysler East Building, 20th Floor<br>New York, NY 10017 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| | | ☐ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| | | ☐ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: November 9, 2026

By: Rachel Stillwell
Deputy Clerk

*rev. 1/13/17*