UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re:
SIMAD Holdings Ltd.

Chapter: 11
Case Number: 26-16388-CMG
Civil Number: ____
Adversary Number: N/A
Bankruptcy Judge: Christine M. Gravelle

**TRANSMITTAL OF DOCUMENT(S) TO:**
**☒ DISTRICT COURT ☐ CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal ☒ Order being Appealed ☐ Designation of Record on Appeal
☐ Statement of Issues ☐ Transcript ☐ Transcript Ordered On: ____
☐ Motion for Leave to Appeal ☐ Certification of Failure to File Designation ☐ Motion to Withdraw the Reference
☐ Other ____

If a Notice of Appeal is being transmitted:
The Notice of Appeal was filed in our office on November 9, 2026. The parties to the appeal are:

Appellant(s): Internal Revenue Service
Attorney: Ward Benson
Address: P.O. Box 227
Washington, DC 20044

Appellee(s): Official Committee Of Unsecured Creditors
Attorney: Evan M. Lazerowitz
Address: 666 Third Avenue, Chrysler East Building, 20th Floor
New York, NY 10017

Title of Order Appealed: Order (I) Approving Settlement Pursuant to Bankruptcy Rule 9019 and (II) Granting Related Relief
Date Entered On Docket: October 26, 2026

☒ An appeal has not previously been filed in this case.
☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

Court Clerk: Please complete the information below and return a copy of this form to ____ within 3 days.

Your Court's Case Number: ____ Judge assigned: ____
By: ____ Date: ____