**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**DILWORTH PAXSON LLP**
Francis P. Maneri, Esquire
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002
Telephone: (856) 675-1940
E-mail: fmaneri@dilworthlaw.com
-and-
Kelsey V. Sheronas, Esquire
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7138
E-mail: ksheronas@dilworthlaw.com

*Attorneys for First Merchants Bank*

| | |
|---|---|
| In re:<br><br>SIMAD Holdings Ltd. [1],<br><br>Debtor. | Chapter 11<br><br>Case No. 26-16388-CMG<br><br>Judge: Christine M. Gravelle<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL OF NOTICES OF APPEARANCE OF FRANCIS P. MANERI, ESQ. AND KELSEY V. SHERONAS, ESQ.**

**PLEASE TAKE NOTICE** that Francis P. Maneri withdraws his appearance on behalf of First Merchants Bank in the above captioned matter, and requests removal from electronic notification and all service lists.

1 A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

**PLEASE TAKE FURTHER NOTICE** that Kelsey V. Sheronas withdraws her appearance on behalf of First Merchants Bank in the above captioned matter, and requests removal from electronic notification and all service lists.

Dated: November 12, 2026

/s/ Francis P. Maneri

**DILWORTH PAXSON LLP**
Francis P. Maneri, Esquire
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002
Telephone: (856) 675-1940
E-mail: fmaneri@dilworthlaw.com

-and-

Kelsey V. Sheronas, Esquire
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7138
E-mail: ksheronas@dilworthlaw.com

*Attorneys for First Merchants Bank*



#125922157v1