**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**DILWORTH PAXSON LLP**
Francis P. Maneri, Esquire
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002
Telephone: (856) 675-1940
E-mail: fmaneri@dilworthlaw.com
-and-
Kelsey V. Sheronas, Esquire
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7138
E-mail: ksheronas@dilworthlaw.com

*Attorneys for First Merchants Bank*

| | |
|---|---|
| In re:<br><br>SIMAD Holdings Ltd.[1],<br><br>Debtor. | Chapter 11<br><br>Case No. 26-16388-CMG<br><br>Judge: Christine M. Gravelle<br><br>Jointly Administered |

## CERTIFICATION OF SERVICE

1. I, Susan Henry,

☐ represent ____________________ in this matter.

☒ am the secretary/paralegal for Dilworth Paxson LLP, which represents First Merchants Bank in this matter.

☐ am the ___________________ in this case and am representing myself.

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor’s tax identification number may be obtained on the website of the SIMAD Debtors’ proposed claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.’s principal place of business and the SIMAD Debtors’ service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

2. On November 12, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

*Notice of Withdrawal of Notices of Appearance of Francis P. Maneri, Esq. and Kelsey V. Sheronas, Esq.*

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 12, 2026 *__/s/ Susan Henry, Paralegal__*
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael P. Pompeo<br>Faegre Drinker Biddle & Reath LLP<br>600 Campus Drive<br>Florham Park, NJ 07932-1047<br>Email:<br>michael.pompeo@faegredrinker.com | Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other____________________<br>(as authorized by the court*) |
| Adam C. Rogoff<br>Megan M. Wasson<br>Herbert Smith Freehills Kramer (US) LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>E-mail: adam.rogoff@hsfkramer.com<br>megan.wasson@hsfkramer.com | Co-Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other____________________<br>(as authorized by the court*) |
| U.S. Trustee<br>Attn: Jeffrey Sponder<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>E-mail: jeffrey.m.sponder@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other____________________<br>(as authorized by the court*) |

| | | |
|---|---|---|
| ROBINSON & COLE LLP<br>Evan M. Lazerowitz<br>Rachel Jaffe Mauceri<br>Brya M. Keilson<br>666 Third Avenue, 20th Floor<br>New York, New York 10017<br>Email: elazerowitz@rc.com<br>Email: rmauceri@rc.com<br>Email: bkeilson@rc.com | Counsel for the Creditors Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other___________________<br>(as authorized by the court*) |
| MCDERMOTT WILL & SCHULTE LLP<br>Darren Azman<br>Kristin K. Going<br>One Vanderbilt Avenue<br>New York, New York 10017 T<br>Email: dazman@mcdermottlaw.com<br>Email: kgoing@mcdermottlaw.com | Counsel for the Creditors Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other___________________<br>(as authorized by the court*) |
| MCDERMOTT WILL & SCHULTE LLP<br>Rachel Biblo Block<br>2801 North Harwood Street, Suite 2600<br>Dallas, Texas 75201<br>Email: rbibloblock@mcdermottlaw.com | Counsel for the Creditors Committee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other___________________<br>(as authorized by the court*) |
| All Parties Requesting Electronic Notice | Party Requesting Service | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other___________________<br>(as authorized by the court*) |