**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**MONTHLY FEE STATEMENT COVER SHEET**
**FOR THE PERIOD OCTOBER 1, 2026 THROUGH OCTOBER 31, 2026**

| | |
|---|---|
| In re SIMAD Holdings Ltd., *et al.*[1] | Applicant: M3 Advisory Partners, LP |
| Case No. 26-16388 (CMG) | Client: Official Committee of Unsecured Creditors (the "Committee") |
| Chapter 11 | Case Filed: June 4 and June 5, 2026 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED.

*/s/ Robert Winning* *November 14, 2026*
ROBERT WINNING Date

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings, Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

## SECTION I
## FEE SUMMARY

Summary of Amounts Requested for the Period

October 1, 2026 through October 31, 2026 (the "**Compensation Period**")

| | |
|---|---|
| Fee Total | $406,030.00 |
| Disbursement Total | $228.18 |
| Total Fees Plus Disbursements | $406,258.18 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $1,288,025.40 |
| Total Fees and Expenses Allowed to Date: | $651,358.40 |
| Total Retainer Remaining: | $0 |
| Total Holdback: | $161,814.50 |
| Total Received by Applicant: | $651,358.40 |

## SECTION II
## SUMMARY OF SERVICES

| Task Code | Task Description | Total Hours | Total Fees Requested |
|---|---|---|---|
| 1 | Asset Sales | 8.1 | $5,764.50 |
| 2 | Case Administration | 10.4 | $9,834.00 |
| 3 | Claims/Liabilities Subject to Compromise | 55.6 | $43,464.50 |
| 4 | Court Attendance/Participation | 1.6 | $1,160.00 |
| 5 | Due Diligence & Information Requests | 0.5 | $610.00 |
| 6 | Fee Application | 3.7 | $2,138.00 |
| 7 | Financial Matters | 308.1 | $218,593.50 |
| 8 | General Correspondence with Debtor & Debtors' Professionals | 6.2 | $5,237.50 |
| 9 | General Correspondence with UCC & UCC Counsel | 30.7 | $26,208.50 |
| 10 | Investigations and Litigation Support | 54.6 | $50,571.50 |
| 11 | Plan of Reorganization/Disclosure Statement | 43.8 | $41,148.00 |
| 12 | SOFAs & SOALs | 2.6 | $1,300.00 |
| **Total** | | **525.9** | **$406,030.00** |

# SECTION III
# SUMMARY OF DISBURSEMENTS

| Expense Category | Amount |
|---|---|
| Meals | $86.03 |
| Taxi / Car Service | $142.15 |
| **Total** | **$228.18** |

**SECTION IV**
**CASE HISTORY**

(1) Date case filed: June 4 and June 5, 2026

(2) Chapter under which case commenced: Chapter 11

(3) Date of retention: August 25, 2026, *nunc pro tunc* to July 10, 2026. *See* **Exhibit A**. If limit on number of hours or other limitations to retention, set forth: n/a

(4) The Applicant provides certain financial advisory and consulting services to the Committee:[2]

(a) Services include, among other things, assisting the Committee in evaluating the Debtors' historical and current financial condition, business operations, liquidity, financing arrangements, sale process, and restructuring alternatives; assessing potential recoveries for unsecured creditors; and analyzing other matters relevant to the Committee's statutory duties and its representation of unsecured creditors.

(b) The Applicant rendered all other services set forth on the invoices attached hereto as **Exhibit B and C**.[3]

(5) Anticipated distribution to creditors:

(a) Administration expense: Unknown at this time.

(b) Secured creditors: Unknown at this time.

(c) Priority creditors: Unknown at this time.

(d) General unsecured creditors: Unknown at this time.

(6) Final disposition of case and percentage of dividend paid to creditors: Unknown at this time.

(7) This is the Applicant's fourth monthly fee statement.

[2] The following summary highlights the general categories of services the Applicant rendered to assist the Committee in carrying out its statutory duties and advancing the interests of unsecured creditors and the Debtors' estates; it is not intended to itemize every professional service performed by the Applicant.

[3] The invoices attached hereto as Exhibit B and C contain detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

**Exhibit A**

**Retention Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Rachel Biblo Block (admitted *pro hac vice*)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>Debtors[1] | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF M3 PARTNERS, LP AS FINANCIALADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE JULY 10, 2026**

The relief set forth on the following pages, numbered two (2) through nine (8), is **ORDERED**.

**Dated: August 25, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

Upon the application (the "Application")[5] of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases of SIMAD Holdings Ltd. and its affiliated debtors and debtors in possession (collectively, the "Debtors") for the approval of the Committee's retention and employment of M3 Advisory Partners, LP ("M3 Partners") as financial advisor in connection with these chapter 11 cases, effective July 10, 2026; and upon consideration of the declaration of Robert Winning (the "Winning Declaration"), which is attached to the Application as **Exhibit B**; and this Court having jurisdiction pursuant to Sections 157 and 1334 of Title 28 of the United States Code to consider the Application and the relief requested therein; and venue being proper in this Court pursuant to Sections 1408 and 1409 of Title 28 of the United States Code; and this Court being satisfied that notice of the Application and the opportunity for a hearing on the Application was appropriate under the particular circumstances and no further or other notice need be given; and this Court being satisfied, based on the representations made in the Application and the Winning Declaration, that M3 Partners (a) does not represent or hold any interest adverse to the Committee in connection with these chapter 11 cases, (b) is a "disinterested person" as such term is defined in Section 101(14) of the Bankruptcy Code, and (c) does not represent any entity having an adverse interest in connection with these chapter 11 cases as required by Section 1103 of the Bankruptcy Code; and this Court having determined that the legal and factual bases set forth in the Application, and the Winning

[5] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

---

Declaration establish good cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Application is granted and approved as set forth herein effective as of July 10, 2026.

2. In accordance with Section 1103(a) of the Bankruptcy Code and, with respect to M3 Partners' hourly rates, Section 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, the Committee is authorized to employ and to retain M3 Partners as its financial advisor in these chapter 11 cases, on the terms and conditions set forth in the Application and the Winning Declaration, as modified by the terms of this Order.

3. M3 Partners shall be compensated in accordance with the procedures set forth in Bankruptcy Code sections 330(a) and 331, Bankruptcy Rule 2016, the Local Rules, and any order establishing procedures for professionals' interim compensation and reimbursement of expenses. For billing purposes, M3 Partners shall keep its time in one tenth (1/10) hour increments in accordance with Local Rule 2016-1.

4. Notwithstanding anything to the contrary in the Application and the Winning Declaration, the Debtors are authorized to indemnify and hold harmless M3 Partners and its affiliates, partners, officers, directors, shareholders, agents, employees or controlling persons (collectively, the "Indemnified Parties"), subject to the following:

---

(a) M3 Partners shall not be entitled to indemnification, contribution, or reimbursement pursuant to the Application unless the indemnification, contribution, or reimbursement is approved by the Court;

(b) the Debtors shall have no obligation to indemnify M3 Partners, or provide contribution or reimbursement to M3 Partners, for any claim or expense that is either (i) judicially determined (the determination having become final) to have arisen from M3 Partners' fraud, breach of fiduciary duty, if any, gross negligence, willful misconduct, self-dealing, or bad faith; (ii) for a contractual dispute in which the Committee or the Debtors allege the breach of M3 Partners' contractual obligations unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to *In re United Artists Theatre Co.*, 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to the exclusions set forth in clauses (i) and (ii) above, but determined by this Court, after notice and a hearing, to be a claim or expense for which M3 Partners should not receive indemnity, contribution or reimbursement as modified by this Order;

(c) if before the earlier of (i) the entry of an order confirming a chapter 11 plan in these chapter 11 cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, M3 Partners believes that it is entitled to the payment of any amounts by the Debtors on account of indemnification, contribution, and/or reimbursement obligations, including without limitation the advancement of defense costs, M3 Partners must file an application in this Court, and the Debtors may not pay any such amounts to M3 Partners before the entry of an order by the Court approving the payment. This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by M3 Partners for indemnification, contribution, or reimbursement, and not to limit the duration of the Debtors' obligation to indemnify, or make contributions or reimbursements to, M3 Partners. All parties in interest shall retain the right to object to any application by M3 Partners for indemnification, contribution, or reimbursement; and

(d) any limitation of liability set forth in the Application, the Winning Declaration, the Indemnification Provisions, or otherwise, is hereby eliminated for the duration of these chapter 11 cases.

5. Prior to applying any increases in its hourly rates beyond the rates set forth in the Application, M3 Partners shall provide ten (10) business days' notice of any such increases to the Debtors, the U.S. Trustee, and the Committee and such notice must be filed with the Court. All parties in interest retain all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

6. In the event that, during the pendency of these chapter 11 cases, M3 Partners seeks reimbursement for any attorneys' fees and/or expenses, the invoices and supporting time records from such attorneys shall be billed in one-tenth hour increments and shall be included in M3 Partners' fee applications and such invoices and time records shall be in compliance with the Local Rules, the U.S. Trustee Guidelines, and shall be subject to the approval of the Court under the standards of Bankruptcy Code sections 330 and 331, without regard to whether such attorney has been retained under Bankruptcy Code section 327 and without regard to whether such attorney's services satisfy section 330(a)(3)(C) of the Bankruptcy Code. Notwithstanding the foregoing, M3 Partners shall only be reimbursed for any legal fees incurred in connection with these chapter 11 cases to the extent permitted under applicable law. All rights are reserved to permit objection to any request for reimbursement of expenses, including but not limited to any request for the reimbursement of legal fees of M3 Partners' independent counsel.

---

7. M3 Partners shall review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, M3 Partners shall identify such further developments and shall promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

8. Notwithstanding anything in the Application to the contrary, to the extent that M3 Partners uses the services of independent contractors (the "Contractors") in these chapter 11 cases, M3 Partners shall: (a) pass through the cost of such Contractors to the Debtors at the same rate that M3 Partners pays the Contractors; (b) seek reimbursement for actual costs only of the Contractors; (c) ensure that the Contractors are subject to the same conflict checks and disclosures as required for M3 Partners; (d) file with the Court such disclosures as are required by Bankruptcy Rule 2014; and (e) attach any such Contractor invoices to any fee application filed in these chapter 11 cases.

9. To the extent M3 Partners uses the services of any subsidiary not covered by the disclosures in the Winning Declaration during the pendency of these chapter 11 cases, M3 Partners shall, prior to the subsidiary providing services, cause the applicable subsidiary to file a declaration of disinterestedness with applicable disclosures of connections, if any, and include whether such M3 Partners subsidiary has any interest adverse to the interests of the Debtors' estates, or any class of creditors or equity security holders and whether such M3 Partners subsidiary is a "disinterested

person" as that term is defined in section 101(14) of the Bankruptcy Code (the "Subsidiary Declaration"). Any party in interest reserves the right to object to any Subsidiary Declaration.

10. The Committee and M3 Partners are authorized and empowered to take all necessary actions to implement the relief granted in this Order. To the extent the Committee wishes to expand the scope of M3 Partners' services beyond those services set forth in this Order, the Committee shall file notice of any proposed additional services (the "Proposed Additional Services") and any underlying engagement agreement with the Court and serve such notice on the U.S. Trustee, the Debtors, and any party requesting notice under Bankruptcy Rule 2002. If no such party files an objection within 14 calendar days of the Committee's filing of such notice, the Proposed Additional Services and any underlying engagement agreement may be approved by the Court by further order without further notice or hearing. All additional services shall be subject to the provisions of this Order.

11. M3 Partners shall not seek reimbursement of any fees or costs incurred in defending any of M3 Partners' fee applications in these chapter 11 cases.

12. Notwithstanding anything to the contrary in the Application or the Winning Declaration M3 Partners shall: (i) comply with the requirements of Local Rule 2016-1; (ii) only bill fifty percent (50%) for non-working travel; (iii) use the billing and expenses categories that are substantially similar to those set forth in the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "U.S. Trustee

---

Guidelines") (Exhibit D-1 "Summary of Compensation Requested by Project Category") or reasonably similar; and (iv) provide any and all fee applications in "LEDES," or similar agreed upon Excel format, to the U.S. Trustee.

13. Notwithstanding anything in the Application or the Winning Declaration to the contrary, M3 Partners shall seek reimbursement from the Debtors' estates for its engagement-related expenses at M3 Partners' actual cost paid.

14. None of the fees payable to M3 Partners shall constitute a "bonus" or fee enhancement under applicable law, except where authorized by this Order.

15. M3 Partners shall use reasonable efforts to avoid any duplication of services provided by any of the other retained professionals in these chapter 11 cases.

16. Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

17. Notwithstanding any procedural rule to the contrary, this Order shall become effective and enforceable immediately on its entry.

15. To the extent this Order conflicts with the Application, including the Winning Declaration, the terms of this Order shall control.

16. This Court has and shall retain exclusive jurisdiction to hear and determine all matters arising from or relating to this Order or its interpretation, implementation, or enforcement.

# <u>EXHIBIT B</u>

**Winning Declaration**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*, | Case No.: 26-16388 (CMG) |
| Debtors.[6] | (Jointly Administered) |

**DECLARATION OF ROBERT WINNING IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN AND EMPLOY M3 ADVISORY PARTNERS, LP AS FINANCIAL ADVISOR EFFECTIVE JULY 10, 2026**

I, Robert Winning, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Managing Director at M3 Advisory Partners, LP ("M3 Partners") and am duly authorized to execute this declaration on behalf of M3 Partners with its principal office located at 1700 Broadway, 19th Floor, New York NY 10019.

2. I submit this declaration (the "Declaration") in support of the *Application of the Official Committee of Unsecured Creditors to Retain and Employ M3 Advisory Partners, LP as Financial Advisor Effective as of July 10, 2026* (the "Application"). Unless otherwise stated, I have personal knowledge of the facts stated herein.

## DISINTERESTEDNESS AND ELIGIBILITY

3. M3 Partners utilizes certain procedures (the "M3 Procedures") to determine its relationships, if any, to parties that may have a connection to any of the Debtors in these chapter 11 cases. In implementing the M3 Procedures, the following actions were taken to identify

[6] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

parties that may have connections to the Debtors and to determine M3's relationship with such parties:

(a) M3 Partners requested and obtained an extensive list of interested parties and significant creditors (the "Potential Parties in Interest"). The list of categories of Potential Parties in Interest which M3 reviewed is annexed hereto as Schedule 1;

(b) senior professionals of M3 Partners then reviewed the names of each of the Potential Parties in Interest and M3 Partners compared the names on the list with its records concerning current and former clients and key parties in interest with respect to those current and former clients; and

(c) known connections between former or recent clients of M3 Partners and the Potential Parties in Interest were compiled for purposes of preparing this Declaration. These connections are listed in Schedule 2 annexed hereto.

4. As a result of the M3 Procedures, I have thus far ascertained that, except as may be set forth herein, upon information and belief, if retained, M3 Partners:

(a) is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services, but excluding fees and expenses incurred since July 10, 2026) or an equity security holder of the Debtors;

(b) is not and has not been, within two (2) years of the Petition Date, a director, officer, or an employee of the Debtors; and

(c) does not have any interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

5. Further as part of its diverse practice, M3 Partners appears in numerous cases and proceedings, and participates in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest in these chapter 11 cases. Based on my current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create

interests materially adverse to the Debtors in matters upon which M3 Partners is to be employed, and none are in connection with these chapter 11 cases.

6. If any new material relevant facts or relationships are discovered or arise, M3 Partners will promptly file a supplemental declaration.

## PROFESSIONAL COMPENSATION

7. Subject to Court approval of the Application and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any Orders of the Court, M3 Partners will seek from the Debtors payment as compensation for services rendered to the Committee, as well as reimbursement of actual and necessary expenses incurred by M3 Partners. M3 Partners' customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application. These hourly rates are adjusted annually on or about January 1 of each year.

8. To the best of my knowledge, (i) no commitments have been made or received by M3 Partners with respect to compensation or payment in connection with these chapter 11 cases other than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and (ii) M3 Partners has no agreement with any other entity to share with such entity any compensation received by M3 Partners in connection with these chapter 11 cases.

9. By reason of the foregoing, I believe M3 Partners is eligible for retention by the Committee pursuant to section 1103 of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 5, 2026

*/s/ Robert Winning*
Robert Winning
Managing Director
M3 Advisory Partners, LP

## SCHEDULE 1

**Potential Parties in Interest**

**SIMAD Holdings – Amended Parties in Interest**

**Debtors**
ROLLING HILLS OPERATINGCO LLC
ROLLING HILLS LANDCO LLC
COUNTRY ROADS OPERATINGCO LLC
COUNTRY ROADS LANDCO LLC
EAGLE’S LANDING DAY CAMP LLC
MEADOWBROOK OPERATINGCO LLC
MEADOWBROOK LANDCO LLC
MILL ROAD LANDCO LLC
SIMAD HOLDINGS LTD.
INTERMEDIATE SIMAD 1 LLC
SIMAD EQUITIES LLC
ACHIM LANDCO LLC
BAHS HOLDINGS LLC
ACHIM OPERATINGCO LLC
BAHS OPERATING INC.
BANNER LANDCO LLC
BANNER OPERATINGCO LLC
BELGRADE LAKES SUMMER CAMPS LLC
BLUESTAR LANDCO, LLC
CAMP MED-O-LARK, INC.
BLUESTAR OPERATINGCO, LLC
CHATEAUGAY LANDCO, LLC
CHATEAUGAY CAMPCO, LLC
CLUB GETAWAY OPERATINGCO, LLC
GREEN LANE OPERATINGCO, LLC
CLUB GETAWAY LANDCO, LLC
IAFALANDCO, LLC
ISLAND LAKE CAMPCO, LLC
GREEN LANE LANDCO, LLC
KIWI OPERATINGCO, LLC
GREENVILLELAND LLC
WAUKEELA OPERATINGCO LLC
IAFAOPERATINGCO, LLC
MAINEWEKEELACO, LLC
MESORHACO, LLC
ISLAND LAKE LANDCO, LLC
MOGENAVCO, LLC
LAVCO, LLC
MOHAWKCAMPCO, LLC
PINE FOREST CAMPCO, LLC
LAVLAND, LLC
POLAND CAMPCO, LLC

MALKA OPERATINGCO, LLC
RDM CAMPS, LLC

**Directors & Officers**
ADAM WEINER*
DAVID SCHREIBER*
DAVID SHABSELS*
IVAN BELLOTTO*
JACOB LABOVITZ*
JAY FREEDMAN*
JOSEPH STANSKY*
KARLA BELLOTTO*
KERRY LABOVITZ *
LAUREN POPKIN-HERSCHTHAL*
MICHAEL SHABSELS*
RONEN GABBAY*
SETH HERSCHTHAL
STACY KOTELOV*

**Bankruptcy Judges**
CHIEF JUDGE CHRISTINE M. GRAVELLE
HON. MICHAEL B. KAPLAN
HON. ANDREW B. ALTENBURG, JR.
HON. JERROLD N. POSLUSNY, JR.
HON. JOHN K. SHERWOOD
HON. MARK E. HALL
HON. ROSEMARY GAMBARDELLA
HON. STACEY L. MEISEL
HON. VINCENT F. PAPALIA
HON. EAMONN J. O'HAGAN

**Separately Administered Debtors**
1000 ACRES HOLDINGS, LLC
1101 EAST GLENDALE BOULEVARD REAL ESTATE LLC
1101 EAST GLENDALE BOULEVARD LEASING LLC
11200 WEST FLORISSANT AVENUE LEASING LLC
11200 WEST FLORISSANT AVENUE REALTY LLC
1133 NORTHWEST L STREET LEASING LLC
1133 NORTHWEST L STREET REAL ESTATE LLC
1135 EAST CHOCOLTE AVENUE LEASING LLC
12 CAMBRIDGE DRIVE LEASING LLC
12 CAMBRIDGE DRIVE REALTY LLC
1323 AUGUSTA WEST PARKWAY LEASING LLC
1323 AUGUSTA WEST PARKWAY REAL ESTATE LLC
1401 US HIGHWAY 49B REAL ESTATE LLC

149 EMERALD STREET LEASING LLC
149 EMERALD STREET REAL ESTATE LLC
1600 EASTCHASE PARKWAY LEASING LLC
1600 EASTCHASE PARKWAY REAL ESTATE LLC
1912 MEMORIAL DRIVE REAL ESTATE LLC
194 WASHINGTON AVENUE LEASING LLC
194 WASHINGTON AVENUE REAL ESTATE LLC
200 GREAT POND DRIVE LEASING LLC
200 GREAT POND DRIVE REAL ESTATE LLC
201 CENTRE DRIVE LEASING LLC
201 CENTRE DRIVE REAL ESTATE LLC
2195 HARLEM ROAD LEASING LLC
2195 HARLEM ROAD REAL ESTATE LLC
2203 GRAND CANAL BOULEVARD LEASING LLC
2203 GRAND CANAL BOULEVARD REAL ESTATE LLC
2302 WINDSONG DRIVE LEASING LLC
2434 SOUTH INTERSTATE 35E LEASING LLC
2434 SOUTH INTERSTATE 35E REAL ESTATE LLC
250 PROGRESSIVE LEASING LLC
250 PROGRESSIVE REAL ESTATE LLC
2547 BRINDLE DRIVE LEASING LLC
2547 BRINDLE DRIVE REAL ESTATE LLC
2974 COPPERCREEK ROAD LEASING LLC
3385 NEWMARK DRIVE LLC
3413 TITTABWASSEE ROAD LEASING LLC
3413 TITTABWASSEE ROAD REAL ESTATE LLC
348 MORRIS AVENUE REAL ESTATE LLC
400 GREENS ROAD LEASING LLC
400 GREENS ROAD REAL ESTATE LLC
4200 PARK AVENUE LEASING LLC
4238 BAY ROAD LEASING LLC
4238 BAY ROAD REAL ESTATE LLC

**Bankruptcy Professionals**
ASSAF RAVID
COLE SCHOTZ P.C.
FAEGRE DRINKER BIDDLE & REATH LLP
PASHMAN STEIN WALDER HAYDEN P.C.
KIRKLAND & ELLIS LLP
DANIEL Y. SASSON
FTI CONSULTING, INC.
KROLL RESTRUCTURING ADMINISTRATION
MIKEWORLDWIDE
M3 PARTNERS
ROBINSON & COLE LLP

**Banks/Lenders/Administrative Agents**
ACE FUNDING SOURCE LLC
ASEND BANK
AGILE CAPITAL FUNDING, LLC
AGILE LENDING, LLC
AMERICAN CHOICE CAPITAL LLC
AUSTIN BUSINESS FINANCE, LLC
BANK IOWA
BANK OF AMERICA
BANK OF CLARK COUNTY
BANK OF NEW HAMPSHIRE
BARZELL
BEACON BANK
BLOC FUNDINGBYLINE BANK
CASHERA PRIVATE CREDIT INC.
CHASE BANK
CLEARVIEW FUNDING GROUP
COMMUNITY BANK
E ADVANCE SERVICES LLC
ENTERGY
FAIRPARK CAPITAL LLC
FINWISE BANK (MULLIGAN FUNDING)
FIRST CITIZENS BANK
FIRST FINANCIAL BANK
FUNDERS WEST
FUNDING CLUB LLC
HOMETRUST BANK
IOU FINANCIAL
KETA CONSTRUCTION COMPANY
LIBERTAS
LIFETIME FUNDING LLC D/B/A LIFETIME FUNDING
LNS GROUP LLC D/B/A/ LNS GROUP
THE MERCHANT MARKETPLACE HOLDINGS CORP.
METROPOLITAN PARTNERS GROUP MANAGEMENT, LLC
METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC
MISHMERET TRUST COMPANY LTD
NBT BANK
NORWAY SAVINGS BANK
NEWCO CAPITAL GROUP VI LLC
OCEAN FUNDING CORP.
OPTIMUM LENDING PARTNERS
ORCAFUNDING LLC
PCSB
PROVIDENT BANK
RAMP BANK
REDSTONE ADVANCE INC

TIDEWAY
TD BANK
TRANSPARENCY ADVANCE D/B/A NITRO ADVANCE LLC
UNION BANK
VAULT 26 CAPITAL LLC
WAYNE BANK
WYNWOOD CAPITAL GROUP LLC

**Creditors' Committee Members**
SMALLER EARTH GROUP dba CAMP LEADERS
AMERICAN INSTITUTE FOR FOREIGN STUDY INC. DBA CAMP AMERICA
TAVEZIO
CAMP SPECIALISTS LTD
KELLY SMITH BROWN, INDIVIDUALLY

**Equity Holders**
EZRIEL FRANKEL
MARK SHER
STACY KOTELOV
LAUREN POPKIN-HERSCHTHAL
ADAM WEINER
JAY FREEDMAN
IVAN BELLOTTO
KARLA BELLOTTO
JOSEPH STANSKY
RONEN GABBAY
DAVID SHABSELS
MICHAEL SHABSELS
GLYNIS CONYER
ALAN SMITH
BETON HOLDINGS LLC
JACOB LABOVITZ
KERRY LABOVITZ

**Insurers**

ALLIANZ GLOBAL CORPORATE & SPECIALTY

BROWN & BROWN OF GARDEN CITY, INC.

CHURCH MUTAL INSURANCE

FEDERAL INSURANCE COMPANY

MIDVALE INDEMNITY COMPANY

PHILADELPHIA INDEMNITY INSURANCE COMPANY

RSG UNDERWRITING

THE HARTFORD INSURANCE GROUP

THE TRAVELERS INDEMNITY COMPANY

**Proposed Acquiror**
CAMP ACHIM LLC

**Taxing Authorities/ Governmental/ Regulatory Agencies**
COMMONWEALTH OF PENNSYLVANIA
STATE OF NEW JERSEY DEPT OF LABOR A
CCH INCORPORATED
ANDERSEN TAX HOLDINGS LLC
CHESTER COUNTY TREASURER
CITY OF BETHLEHEM
INTERNAL REVENUE SERVICE
NEW YORK DEPT OF STATE
WAKE COUNTY REVENUE DEPT
COMMONWEALTH OF PENNSYLVANIA
HELLO BEE LLC
NORTH CAROLINA DEPARTMENT OF LABOR OSHA
WEST GOSHEN TOWNSHIP
SAN FRANCISCO TAX COLLECTOR
N.C. DEPARTMENT OF REVENUE
COMMONWEALTH OF PENNSYLVANIA
NORTH CAROLINA DEPT OF
DELAWARE DEPT OF LABOR
SPRINGFIELD TOWNSHIP
TREASURER LOWER MARION
EDGECOMBE COUNTY TAX COLLECTOR
ANDERSEN TAX LLC
PENNSYLVANIA HAZARDOUS MATERIAL
GALAXY US OPCO INC.
NORTH CAROLINA DEPARTMENT OF REVENUE
PENNSYLVANIA DEPARTMENT OF REVENUE
NEW HAMPSHIRE DIVISION OF EMERGENCY SERVICES AND COMMUNICATIONS
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
NORTH CAROLINA DEPARTMENT OF REVENUE
ILLINOIS DEPARTMENT OF REVENUE
MAINE REVENUE SERVICES
TOWN OF FRANCONIA
WAKE COUNTY REVENUE DEPARTMENT
CONNECTICUT DEPARTMENT OF REVENUE SERVICES

NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
PHILADELPHIA DEPARTMENT OF REVENUE
CITY OF BETHLEHEM
NYC DEPARTMENT OF FINANCE
CONNECTICUT DEPARTMENT OF REVENUE
MAINE REVENUE SERVICES
PENNSYLVANIA DEPARTMENT OF REVENUE
WAKE COUNTY REVENUE DEPARTMENT
CITY OF BETHLEHEM
ILLINOIS DEPARTMENT OF REVENUE,
NEW JERSEY DIVISION OF TAXATION,
NYS SALES TAX PROCESSING,
NORTH CAROLINA DEPARTMENT OF REVENUE
PA DEPARTMENT OF REVENUE
CITY OF BETHLEHEM
WEST GOSHEN
MECKLENBURG COUNTY
ANDERSEN TAX HOLDINGS LLC
ANDERSEN TAX LLC
ILLINOIS DEPT. OF REVENUE
MAINE REVENUE SERVICES
LANCASTER COUNTY
CITY OF PHILADELPHIA – DEPARTMENT OF REVENUE
NORTH CAROLINA DEPT. OF REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
PENNSYLVANIA DEPT. OF REVENUE
(EASTERN) LEBANON COUNTY TREASURER
NORTH CAROLINA DEPARTMENT OF REVENUE
CITY OF PHILADELPHIA – DEPARTMENT OF REVENUE
COCALICO SCHOOL DISTRICT
DURHAM COUNTY, NC
PENNSYLVANIA DEPARTMENT OF REVENUE
COCALICO SCHOOL DISTRICT
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
(EASTERN) LEBANON COUNTY TREASURER
ILLINOIS DEPARTMENT OF REVENUE
NEW JERSEY DIVISION OF TAXATION
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
NORTH CAROLINA DEPT. OF REVENUE
(EASTERN) LEBANON COUNTY TREASURER
NEW JERSEY DIVISION OF TAXATION
CONNECTICUT DEPT. OF REVENUE SERVICES
ILLINOIS DEPARTMENT OF REVENUE
PENNSYLVANIA DEPT. OF REVENUE
NEW JERSEY DIVISION OF TAXATION

MAINE REVENUE SERVICES
ILLINOIS DEPARTMENT OF LABOR
STATE OF MAINE ATTORNEY GENERAL
CONNECTICUT DEPARTMENT OF LABOR
SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE
STATE OF DEPARTMENT OF ENVIRONMENTAL PROTECTION
STATE OF NEW JERSEY UNCLAIMED PROPERTY DIVISION
MAINE DEPARTMENT OF THE SECRETARY OF STATE
STATE OF DEspPARTMENT OF ENVIRONMENTAL CONSERVATION
ENVIRONMENTAL PROTECTION AGENCY
STATE OF NEW YORK ATTORNEY GENERAL
NORTH CAROLINA DEPARTMENT OF THE SECRETARY OF STATE
EEOC PHILADELPHIA DISTRICT OFFICE
ENVIRONMENTAL PROTECTION AGENCY
STATE OF CONNECTICUT UNCLAIMED PROPERTY DIVISION
STATE OF NORTH CAROLINA UNCLAIMED PROPERTY PROGRAM
SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE
STATE OF NORTH CAROLINA ATTORNEY GENERAL
MAINE SECRETARY OF STATE
SECRETARY OF STATE-ILLINOIS
STATE OF ILLINOIS ATTORNEY GENERAL
DELAWARE SECRETARY OF STATE
SECRETARY OF STATE NEW JERSEY
DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE
NORTH CAROLINA SECRETARY OF STATE
STATE OF CONNECTICUT ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION AGENCY
STATE OF NORTH CAROLINA ATTORNEY GENERAL
STATE OF PENNSYLVANIA ATTORNEY GENERAL
STATE OF PENNSYLVANIA BUREAU OF CONSUMER PROTECTION
NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
SECRETARY OF STATE NORTH CAROLINA
NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION
SECRETARY OF STATE-ILLINOIS INTERNAL REVENUE SERVICE
UNITED STATES ENVIRONMENTAL AND PROTECTION AGENCY REGION 2 RCRA PROGRAMS BRANCH
UNITED STATES ENVIRONMENTAL AND PROTECTION AGENCY BUREAU OF SOLID
WASTE MANAGEMENT
ILLINOIS SECRETARY OF STATE
STATE OF ILLINOIS ATTORNEY GENERAL
EEOC NEW YORK DISTRICT OFFICE
NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
STATE OF ILLINOIS UNCLAIMED PROPERTY DIVISION
ILLINOIS SECRETARY OF STATE
NORTH CAROLINA DEPARTMENT OF LABOR

NEW YORK DEPARTMENT OF LABOR
STATE OF MAINE ATTORNEY GENERAL
STATE OF NEW YORK CONSUMER PROTECTION DIVISION
DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE
PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY
STATE OF CONNECTICUT CONSUMER PROTECTION DIVISION
ILLINOIS SECRETARY OF STATE
EEOC BUFFALO LOCAL OFFICE
EEOC PITTSBURGH AREA OFFICE
PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION
STATE OF CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION (DEEP)
STATE OF MAINE UNCLAIMED PROPERTY DIVISION
EEOC NEWARK AREA OFFICE
STATE OF PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTECTION
SECRETARY OF STATE CONNECTICUT
NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN RESOURCES
SECRETARY OF STATE PENNSYLVANIA
SECRETARY OF STATE NEW YORK
STATE OF NEW YORK UNCLAIMED PROPERTY DIVISION
STATE OF PENNSYLVANIA UNCLAIMED PROPERTY DIVISION
STATE OF NEW JERSEY ATTORNEY GENERAL
NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
STATE OF NEW JERSEY CONSUMER AFFAIRS DIVISION
MAINE DEPARTMENT OF LABOR
DURHAM COUNTY ENGINEERING AND ENVIRONMENTAL SERVICES UTILITIES DIVISION
COLORADO DEPARTMENT OF REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE
HARTFORD DEPARTMENT OF REVENUE SERVICES
DISTRICT OF COLUMBIA
CITY OF GREENVILLE
D.C. OFFICE OF TAX & REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
GREELEY SALES TAX DIVISION
D.C. OFFICE OF TAX & REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
CONNECTICUT DEPT. OF REVENUE SERVICES
STATE OF CONNECTICUT ATTORNEY GENERAL
OFFICES OF THE UNITED STATES ATTORNEYS
WASHINGTON DC ATTORNEY GENERAL
WAYNE COUNTY, PA COUNTY CONSUMER PROTECTION AGENCY
WESTCHESTER COUNTY, NY COUNTY CONSUMER PROTECTION AGENCY
PUTNAM COUNTY, NY COUNTY CONSUMER PROTECTION AGENCY
WASHINGTON COUNTY, PA COUNTY CONSUMER PROTECTION AGENCY

CITY OF GREELEY TAX DEPARTMENT
CITY OF HARTFORD
CITY OF KENT
CITY OF GREENVILLE
COLORADO DEPARTMENT OF REVENUE
DC OFFICE OF FINANCE AND TREASURY
CITY OF WASHINGTON
CONNECTICUT OFFICE OF THE TREASURER
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
CITY OF LAKEWOOD-FINANCE DEPT.
GREENVILLE BOROUGH TAX COLLECTOR
CONNECTICUT COMMISSIONER OF REVENUE SERVICES
SOUTH STRABANE TOWNSHIP
NORTH FRANKLIN TOWNSHIP
TOWN OF WINDSOR
WAYNE COUNTY, PA AUDITOR
WASHINGTON TOWNSHIP TREASURER
NORTH FRANKLIN TOWNSHIP
TOWN OF BERLIN
THE DC OFFICE OF TAX AND REVENUE
WASHINGTON COUNTY TREASURER
TOWN OF HAMDEN
MONMOUTH COUNTY NJ COUNTY CONSUMER PROTECTION AGENCY
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK WHITE PLAINS
TOWN OF CATSKILL
TOWN OF THOMPSON
TOWN OF LAKE FOREST
HENDERSONVILLE COUNTY
TOWN OF MERRILL
MANALAPAN TOWNSHIP
BRUNSWICK TOWNSHIP
BURLINGHAM TOWN
GREEN LANE BOROUGH
FRYEBURG TOWN OFFICE
STARRUCCA BOROUGH TAX COLLECTOR
GLEN SPEY TOWN
LONG VALLEY
TOWN OF GUILFORD
SWAN LAKE
TOWN OF BELGRADE
TOWN OF POLAND
TOWN OF EATON

**U.S. Trustee Office**
ADELA ALFARO

ANGELIZA ORTIZ-NG
DANIEL C. KROPIEWNICKI
DAVID GERARDI
FRAN B. STEELE
FRANCYNE D. ARENDAS
JAMES STIVES
JEFFREY SPONDER
KIRSTEN K. ARDELEAN
LAUREN BIELSKIE
MICHAEL ARTIS
PETER J. D'AURIA
RACHEL WOLF
SAMANTHA LIEB
SAVANNA CRUZ
TIA GREEN
TINA L. OPPELT
WILLIAM J. ZIEMER

**Utilities**
8X8, INC.
AMPION
ARCHIE'S INC.
AT&T WIRELESS
AXIOM
BANNON'S SANITATION
BLUE RIDGE
CASELLA WASTE
CASELLA WASTE / PINE TREE
CASSELLA
CASTELLA WASTE
CENTRAL MAINE POWER
CENTRAL MAINE POWER
CENTRAL MAINE POWER (CMP)
COMCAST
COMCAST BUSINESS
COMCAST/XFINITY
COMED
CON EDISON
CONSOLIDATED EDISON
DIRECT FIBER
DUMPSTER NORTH CONWAY INCINERATOR
ELECTRIC CENTRAL MAINE POWER
EVERSOURCE
EVERSOURCE ENERGY
FERREL GAS
FIRMSTONE OIL

FIRST ENERGY (PENELEC)
FIRST LIGHT
FIRSTLIGHT FIBER
FOURLEAF VOICE
FOWLER
GAS DEAD RIVER COMPANY
GORDONS CORNER
GRANITE STATE COMMUNICATIONS
GREGORY'S DISPOSAL
HELIX TELECOM INC.
HIGHHOUSE ENERGY
INTERNET/PHONES CAMP
JCP&L
JCPL
MAINE WATER CO
NEWTEL
NJNG
NORTH SHORE GAS
NYSEG
OOMA
OPTIMUM
OPTIMUM CABLE
ORANGE & ROCKLAND
PECO
PENELEC
PENELEC (FIRST ENERGY)
PPL
PSE&G
REPUBLIC SERVICES
RINGCENTRAL
SANICO
SIPTRUNK
SLIC
SOUTH BRUNSWICK WATER UTILITY
SPECTRUM
SPECTRUM BUSINESS
SPECTRUM MOBILE
STARLINK
SUBURBAN PROPANE
TELESYS AND STARLINK
THOMPSON SANITATION
TOWN OF GREENBURGH
TOWN OF HILLSBOROUGH
UBIQUITI
UNIFI PROTECT
VERIZON

VERIZON BUSINESS
VERIZON WIRELESS VONAGE
WASTE MANAGEMENT
WASTE MANAGEMENT
WASTE MANAGEMENT OF NEW HAMPSHIRE
WASTE MANAGEMENT OF NEW JERSEY, INC.
WELSH SANITATION SERVICE
WIN WASTE INNOVATIONS
ZOOM

**Vendors**
ABBIE SOPHIA, LLC
AIFS CAMP AMERICA
AMUSEMENT SUPPLY CO
B&B ELECTRIC, LLC
BD CAMP TRIPS
BERNAS CONSTRUCTION LLC
BMA CONTRACTING, INC
BROWN COACH, INC.
CAMP LEADERS (SMALLER EARTH LIMITED)
CAROLINA GOLF CARS
CAROLINA LANDSCAPE MANAGEMENT
CBH ELECTRIC INC
COUNTY LINE SHEDS
CRUSTERS
CUSTOM POOLS & SPAS
DRISCOLL FOODS
FRANKEL DISPOSABLES B
FRANKEL DISPOSABLES G
GZA INC.
HALES BUS GARAGE
HOFFMAN PRODUCTIONS, INC
HOME DEPOT CREDIT SERVICES
IENA
IVY OAKS
IVY OAKS ANALYTICS
JOHN ROSS, INC
KOSHERLINE LLC
LOWE'S
MTC DJ SERVICE
NYSIF WORKERS' COMPENSATION
OXFORD HEALTH PLANS
POLJAK ASSOCIATES
POND HILL RANCH
ROYAL KOSHER B
RYCHIK DESIGN & CONSTRUCTION CO., INC.

SIMPLY SUSHI
TRI STA
TE BUSSING LLC
UPSTATE DAIRY/ GOLDEN FLOW- BOYS KITCHEN
WATERMARK LANDSCAPE ARCHITECTURE
WYDE LUMBER & SUPPLY

# SCHEDULE 2

## Known Connections[1]

- In the ordinary course of its financial advisory practice, M3 Advisory Partners, LP or its senior professionals (collectively, "M3 Partners") have recently had and/or currently have relationships with various law firms, accounting firms, financial advisory firms, claims agents, and other professionals and service providers, as well as affiliates of the foregoing who are listed on Schedule 1 (the "Debtor Disclosure Schedule") as parties-in-interest in these proceedings (each, an "Ancillary Entity"). Such relationships have included, among other things, M3 Partners or its senior professionals serving as an advisor to clients in engagements where (a) such client was or is represented by one or more Ancillary Entities or (b) one or more Ancillary Entities has represented or currently represents one or more parties-in-interest who are not clients of M3 Partners. Additionally, certain of the Ancillary Entities may have retained, or been retained by M3 Partners and its affiliates, in the recent past with respect to matters unrelated to the Debtors and their bankruptcy cases. The Persons shown on the Debtor Disclosure Schedule who constitute (or whose affiliates constitute) Ancillary Entities include, without limitation, Andersen Tax LLC / Andersen Tax Holdings LLC; Cole Schotz P.C.; FTI Consulting, Inc.; and Kroll Restructuring Administration. To the best knowledge of the senior professionals at M3 Partners on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- M3 Partners currently has or recently has had relationships with various bank and non-bank lenders, trustees, other financial institutions acting in various capacities, and other equity and debt financing sources, as well as affiliates of any of the foregoing, who are listed on the Debtor Disclosure Schedule as parties-in-interest to these proceedings (collectively, the "Financial Institutions"). Such relationships may include, among other things, (a) a direct relationship between M3 Partners and one or more of the Financial Institutions, (b) M3 Partners advising Persons who themselves have relationships with such Financial Institutions and (c) M3 Partners being involved in a proceeding or other engagement in which one or more Financial Institutions was separately a party-in-interest (the parties-in-interest described in clauses (a), (b) and (c) collectively, "Ancillary Institutions"). Such Ancillary Institutions include, without limitation: Bank of America; Chase Bank; Entergy; First Citizens Bank; First Financial Bank; Metropolitan Partners

[1] References in this Schedule to parties-in-interest with which M3 Partners currently has or recently has had relationships in any category described above are not exclusive and the party-in-interest or an affiliate thereof also may have other relationships with M3 Partners in the same or other categories without specific identification. All disclosures contained herein are made to the knowledge of M3 Partners based upon parties-in-interest disclosures provided in various engagements and other information of which the senior professionals at M3 Partners have actual knowledge. For purposes of this Schedule, the term "Persons" shall include entities and natural persons and any reference to a specific Person shall be deemed to also be a reference to affiliates of such Person.

Group Management, LLC / Metropolitan Partners Group Administration, LLC; TD Bank; and Wayne Bank. To the best knowledge of the senior professionals at M3 Partners on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- M3 Partners currently purchases or recently has purchased goods and services in the ordinary course of business and in the open market from vendors who are listed on the Debtor Disclosure Schedule as parties-in-interest to these proceedings. Similarly, clients of M3 Partners, and debtors and parties-in-interest with respect to matters in which M3 Partners is currently involved or recently has been involved in various capacities, also purchase or recently have purchased, or sell or recently have sold, goods and services in the ordinary course of business and in the open market from or to certain of the Persons listed on the Debtor Disclosure Schedule as parties-in-interest to these proceedings. To the best knowledge of the senior professionals at M3 Partners on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings. M3 Partners currently serves or recently has served as a financial advisor to various Persons which have (a) purchased, or currently purchase, insurance (including, without limitation, health and similar insurance), suretyship, employment benefits services (including, without limitation, as third-party administrator), or utilities from, (b) leased property or assets from landlords or lease counterparties who are, or (c) recently have been or are subject to the taxing or other regulatory authority of, Persons listed on the Debtor Disclosure Schedule as parties-ininterest to these proceedings. In addition, M3 Partners itself purchases or has recently purchased insurance, suretyship, employment benefits services or utilities from, or currently or recently has leased property or assets from, or is or recently has been subject to the taxing or other regulatory authority of, Persons who are listed on the Debtor Disclosure Schedule as parties-in-interest to these proceedings. To the best knowledge of the senior professionals at M3 Partners on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

- In the ordinary course of its business, M3 Partners provides services to Persons currently or recently conducting, or involved in, bankruptcy proceedings in various federal bankruptcy courts in the United States. In connection with these proceedings and otherwise in the ordinary course of its business, M3 Partners interacts with Judges of the United States Bankruptcy Courts and personnel of the Office of the United States Trustee in various jurisdictions, including, without limitation, those of the District of New Jersey. To the best knowledge of the senior professionals at M3 Partners on the date hereof, such relationships have been unrelated to the Debtors, do not create interests adverse to the Debtors and are not in connection with these proceedings.

# EXHIBIT C

## Indemnification Provisions

**AGREEMENTS REGARDING INDEMNIFICATION**

In consideration of M3 Partners performing the Services for the benefit of the Committee, the Debtors (the "Indemnitor") shall indemnify M3 Partners and its affiliates, equity holders, partners, directors, employees, agents, representatives and contractors, including past, present or future partners, principals and personnel of each (collectively hereinafter called the "Indemnitees") against all costs, fees, expenses, damages, and liabilities (including defense costs) associated with any pending or threatened claim, action, proceeding or investigation (a "Claim") relating to or arising as a result of the Engagement or the provision of the Services, the Committee's use or disclosure of the Deliverables, or this Agreement ("Losses"). This provision is intended to apply regardless of the nature of any Claim (including contract, statute, any form of negligence, whether of the Committee, M3 Partners, or others, tort, strict liability or otherwise), except to the extent such Losses are determined by a final and non-appealable judgment of a court of competent jurisdiction to be the result of M3 Partners' bad faith, gross negligence or willful misconduct.

The Indemnitor shall not, without M3 Partners' prior written consent (which will not be unreasonably withheld), settle, compromise, or consent to the entry of any judgment in any pending or threatened Claim in respect of which indemnification could reasonably be sought hereunder (whether or not M3 Partners or any other Indemnitee is an actual or potential party to such Claim), if such settlement, compromise, or consent does not include an unconditional release of each Indemnitee from all liability arising out of such Claim; provided, however, that the Indemnitor shall not enter into any such settlement, compromise or consent of a Claim without M3 Partners' prior written consent (which may be granted or withheld in M3 Partners' sole discretion) if such settlement, compromise or consent provides for injunctive relief against an Indemnitee or an admission of liability by an Indemnitee or would require payment of any amount by an Indemnitee or any insurer of an Indemnitee. The Indemnitor shall not be liable hereunder to any Indemnitee for any amount paid or payable in the settlement of any action, proceeding or investigation entered into by such Indemnitee without the Indemnitor's written consent.

Upon receipt by an Indemnitee of actual notice of a Claim against such Indemnitee in respect of which indemnity may be sought hereunder, such Indemnitee shall promptly notify the Indemnitor with respect thereto. In addition, an Indemnitee shall promptly notify the Indemnitor after any action is commenced against such Indemnitee in respect of which indemnity may be sought hereunder. In any event, failure to notify the Indemnitor shall not relieve the Indemnitor from any liability which the Indemnitor may have on account of this indemnity or otherwise, except to the extent, and only to the extent, that the Indemnitor shall have been materially prejudiced by such failure.

Indemnitor shall advance all expenses indemnifiable hereunder that are reasonably incurred by or on behalf of each Indemnitee in connection with any Claim within thirty (30) days after receipt by Indemnitor of a statement or statements from Indemnitee requesting such advance or advances from time to time, whether prior to or after final disposition of such Claim. Such statement or statements shall reasonably evidence the expenses incurred by Indemnitee and shall include or be preceded or accompanied by a written undertaking by or on behalf of Indemnitee to repay any expenses advanced if it shall ultimately be determined by a final and non-appealable judgment of a court of competent jurisdiction that Indemnitee is not entitled to be indemnified

against such expenses. Any advances and undertakings to repay pursuant to this paragraph shall be unsecured and interest free.

To the extent that the Indemnitor so elects, it shall be entitled to assume the defense, with counsel selected by the Indemnitor (and approved by M3 Partners, with such approval not to be unreasonably withheld), of any action that is the subject of the Claim in respect of which indemnity may be sought. After notice to the Indemnitees of its election to assume the defense thereof, the Indemnitor will not be liable to the Indemnitee under this Agreement for any expenses subsequently incurred by such Indemnitee in connection with the defense thereof except as otherwise provided below. Notwithstanding the foregoing, each Indemnitee shall have the right to employ separate counsel with respect to any Claim and participate in the defense thereof, but the fees and expenses of such counsel shall be at the expense of such Indemnitee, unless: (i) the Indemnitor has failed promptly to assume the defense and employ counsel or (ii) such Indemnitee shall have been advised by counsel that there may be one or more legal defenses available to it which are different from or in addition to those available to other parties to such Claim; provided that the Indemnitor shall not in such event be responsible hereunder for the fees and expenses of more than one separate counsel in connection with any Claim in the same jurisdiction, in addition to any local counsel.

In the event that the foregoing indemnity is not available to an Indemnitee pursuant to the requirements of applicable law, the Indemnitor shall contribute to the liabilities and expenses paid or payable by such Indemnitee in such proportion as is appropriate to reflect (i) the relative benefits to the Indemnitor, on the one hand, and to M3 Partners, on the other hand, of the matters contemplated by this Agreement, or (ii) if the allocation provided by the immediately preceding clause is not permitted by applicable law, not only such relative benefits but also the relative fault of the Indemnitor, on the one hand, and M3 Partners, on the other hand, in connection with the matters as to which such liabilities or expenses relate, as well as any other relevant equitable considerations.

Neither M3 Partners nor any other Indemnitee shall have any liability (whether direct or indirect and regardless of the legal theory advanced) to the Committee or any person or entity asserting claims on behalf of or in right of the Committee caused by, relating to, based upon or arising out of (directly or indirectly) this Agreement or the Engagement, except for losses, claims, damages, penalties or liabilities incurred by the Committee which are finally determined by a nonappealable judgment of a court of competent jurisdiction to have resulted primarily and directly from the bad faith, willful misconduct or gross negligence of M3 Partners or any such other Indemnitee. In no event shall M3 Partners or any other Indemnitee be liable to the Committee or its affiliates, successors, or any person claiming on behalf of or in the right of the Committee for (i) any amount which, when taken together with all losses for which M3 Partners and the Indemnitee are liable in connection with this Agreement or the Engagement, would exceed the amount of fees for the Services actually received by M3 Partners from the Committee in connection with the Engagement during the immediately preceding 12 months or (ii) any special, consequential, incidental or exemplary damages or loss (or any lost profits, savings or business opportunity).

In the event that any M3 Partners personnel are requested or required to appear as a witness in connection with any claim, action or proceeding relating to or arising as a result of the Engagement or the provision of the Services, the Committee's use or disclosure of the

Deliverables, or this Agreement, the Indemnitor shall, to the extent permitted by applicable law, reimburse M3 Partners for all reasonable and documented out-of-pocket expenses incurred by it in connection with such personnel appearing and preparing to appear as a witness, including the reasonable fees and disbursements of its legal counsel, and to compensate M3 Partners at a rate equal to M3 Partners' then standard hourly rate for the relevant personnel for each day that such personnel is involved in preparation, discovery proceedings or testimony pertaining to such Claim.

The provisions of this Exhibit C shall (a) be deemed to be an integral part of the retention of M3 Partners, (b) survive the termination or expiration of such retention for any reason, (c) inure to the benefit of any successors, assigns, heirs or personal representative of any Indemnitee and (d) be in addition to any other rights available to an Indemnitee under applicable law. The provisions of this Exhibit C shall be binding upon the Committee, the Indemnitor, and their respective successors and assigns.

# Exhibit B

## Detail of Time Entries

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| ***Asset Sales*** | | | |
| 10/11/2026 | Pratyush Gupta | 0.1 | Prepare list of pending sales |
| 10/13/2026 | Nicholas Weber | 0.4 | Correspond with FTI regarding specific camp closing funds flow |
| 10/19/2026 | Nicholas Weber | 0.2 | Analyze terms of camp bids received by the Debtors |
| 10/19/2026 | Megan Festival | 1.3 | Compare camp bid terms ahead of auction |
| 10/19/2026 | Megan Festival | 0.4 | Review assumed liabilities associated with certain camp sale |
| 10/20/2026 | Megan Festival | 1.2 | Review prior bids and terms received for specific camp assets |
| 10/21/2026 | Megan Festival | 1.5 | Review specific camp prepetition debt and claims |
| 10/21/2026 | Megan Festival | 0.8 | Attend specific camp online auction |
| 10/26/2026 | Pratyush Gupta | 1.7 | Prepare summary of specific camp auction |
| 10/29/2026 | Megan Festival | 0.5 | Summarize notes on specific camp auction |
| **Subtotal** | | **8.1** | |
| ***Case Administration*** | | | |
| 10/11/2026 | Robert Winning | 0.5 | Call with N. Weber (M3) re: current workstream status |
| 10/11/2026 | Nicholas Weber | 0.7 | Review internal workstreams tracker presentation and provide comments |
| 10/11/2026 | Nicholas Weber | 0.5 | Call with R. Winning (M3) re: current workstream status |
| 10/11/2026 | Eitan Karsch | 1.2 | Revise internal workstreams tracker presentation |
| 10/11/2026 | Eitan Karsch | 0.4 | Build internal workstreams tracker presentation |
| 10/11/2026 | Eitan Karsch | 0.3 | Revise internal workstreams tracker presentation (continue to) |
| 10/12/2026 | Nicholas Weber | 0.8 | Review key workstream and filed claim tracker for status of open items |
| 10/12/2026 | Nicholas Weber | 0.2 | Correspond with R. Winning (M3) regarding workstream tracker |
| 10/12/2026 | Pratyush Gupta | 0.6 | Update key workstream and filed claim tracker |
| 10/19/2026 | Nicholas Weber | 0.2 | Review and revise open item list for next steps of analysis |
| 10/20/2026 | Nicholas Weber | 0.3 | Review and revise open item list for next steps of analysis |
| 10/21/2026 | Nicholas Weber | 0.3 | Review and revise open item list for next steps of analysis |
| 10/22/2026 | Nicholas Weber | 0.2 | Review and revise open item list for next steps of analysis |
| 10/26/2026 | Nicholas Weber | 0.4 | Review and revise open item list |
| 10/27/2026 | Nicholas Weber | 0.9 | Review and revise open item list for Committee counsel |
| 10/27/2026 | Nicholas Weber | 0.7 | Conference with M. Festival (M3) on case management and upcoming priorities |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/27/2026 | Megan Festival | 0.7 | Conference with N. Weber (M3) on case management and upcoming priorities |
| 10/29/2026 | Megan Festival | 1.5 | Update task list tracker for internal and counsel workstreams |
| **Subtotal** | | **10.4** | |
| ***Claims/Liabilities Subject to Compromise*** | | | |
| 10/1/2026 | Nicholas Weber | 2.1 | Review and revise general unsecured claims pool analysis and related scenarios |
| 10/2/2026 | Nicholas Weber | 2.1 | Analysis re: terms of certain MCAs |
| 10/2/2026 | Nicholas Weber | 1.7 | Review and revise materials on asserted secured claims |
| 10/2/2026 | Nicholas Weber | 0.4 | Review and revise general unsecured claims scenario |
| 10/5/2026 | Nicholas Weber | 1.3 | Review MCA documents and related claim assertions |
| 10/5/2026 | Pratyush Gupta | 2.3 | Review MCA documents and correspond with counsel |
| 10/6/2026 | Nicholas Weber | 0.6 | Analyze asserted general unsecured proofs of claim |
| 10/6/2026 | Nicholas Weber | 0.4 | Correspond with counsel regarding claims treatments |
| 10/7/2026 | Nicholas Weber | 1.0 | Analyze priority and general unsecured claim sizing |
| 10/8/2026 | Pratyush Gupta | 2.8 | Review certain MCA documentation |
| 10/9/2026 | Nicholas Weber | 2.1 | Determine obligor entities, structures, and amounts for certain MCAs |
| 10/9/2026 | Nicholas Weber | 1.4 | Analysis re: Debtors' prepetition indebtedness |
| 10/9/2026 | Pratyush Gupta | 3.0 | Review MCA agreements and determine obligor entities, structures, and amounts |
| 10/9/2026 | Pratyush Gupta | 2.4 | Review MCA agreements and terms |
| 10/9/2026 | Pratyush Gupta | 1.8 | Compare MCA agreements to filed claims and Debtor records |
| 10/11/2026 | Nicholas Weber | 0.6 | Prepare summary of key claims and open issues |
| 10/11/2026 | Pratyush Gupta | 2.2 | Update workstreams re: key claims and issues |
| 10/12/2026 | Nicholas Weber | 1.2 | Analyze asserted priority claims |
| 10/12/2026 | Pratyush Gupta | 0.2 | Prepare summary of priority claims |
| 10/12/2026 | Pratyush Gupta | 0.1 | Review specific claim for assertion of priority |
| 10/13/2026 | Robert Winning | 0.6 | Review information re: key claims for plan purposes |
| 10/13/2026 | Eitan Karsch | 0.4 | Conference with P. Gupta (M3) to discuss MCA agreements |
| 10/13/2026 | Pratyush Gupta | 2.5 | Update materials re: key claims |
| 10/13/2026 | Pratyush Gupta | 1.4 | Review late filed claims |
| 10/13/2026 | Pratyush Gupta | 0.4 | Conference with E. Karsch (M3) to discuss MCA agreements |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/14/2026 | Megan Festival | 1.1 | Review administrative priority claims in the Bond DIP Silo |
| 10/15/2026 | Nicholas Weber | 0.7 | Review filed claims and Debtors' proposed treatment of seller notes |
| 10/15/2026 | Megan Festival | 1.1 | Review outstanding analysis re: key claims |
| 10/15/2026 | Pratyush Gupta | 1.3 | Review claims and Debtors' proposed treatment of seller notes |
| 10/15/2026 | Pratyush Gupta | 1.1 | Analysis re: validity of certain admin and priority claims |
| 10/16/2026 | Nicholas Weber | 1.9 | Analyze MCA agreements |
| 10/16/2026 | Pratyush Gupta | 2.4 | Analysis re: MCA agreements |
| 10/16/2026 | Pratyush Gupta | 1.8 | Analysis re: MCA claims |
| 10/16/2026 | Pratyush Gupta | 1.6 | Review MCA agreements (continue to) |
| 10/19/2026 | Eitan Karsch | 1.6 | Review and revise claims sensitivities |
| 10/21/2026 | Nicholas Weber | 0.6 | Conference with W. Murphy, P. Gupta (M3) to discuss intercompany claims |
| 10/21/2026 | William Murphy | 0.6 | Conference with N. Weber, P. Gupta (M3) to discuss intercompany claims |
| 10/21/2026 | Pratyush Gupta | 0.6 | Conference with N. Weber, W. Murphy (M3) to discuss intercompany claims |
| 10/27/2026 | Nicholas Weber | 0.4 | Review information related to disputed secured claim at specific entity |
| 10/27/2026 | Nicholas Weber | 0.3 | Analyze claims at certain camps |
| 10/27/2026 | Megan Festival | 1.3 | Review general unsecured claims for non-bond silo camps |
| 10/28/2026 | Megan Festival | 1.6 | Review MCA proofs of claim |
| 10/30/2026 | Megan Festival | 0.6 | Review filed secured MCA proof of claim |
| **Subtotal** | | **55.6** | |
| ***Court Attendance/Participation*** | | | |
| 10/13/2026 | Megan Festival | 0.2 | Attend hearing re: specific camp joint motion (bid procedures) |
| 10/26/2026 | Megan Festival | 1.4 | Attend final hearing re: specific camp emergency DIP consent order, caption amendment motion, camp sale and 9019 motion |
| **Subtotal** | | **1.6** | |
| ***Due Diligence & Information Requests*** | | | |
| 10/7/2026 | Nicholas Weber | 0.2 | Correspond with FTI regarding waterfall analysis related requests |
| 10/9/2026 | Nicholas Weber | 0.3 | Correspond with FTI regarding outstanding diligence requests |
| **Subtotal** | | **0.5** | |
| ***Fee Application*** | | | |
| 10/2/2026 | Nicholas Weber | 0.4 | Prepare September fee application |
| 10/21/2026 | Pratyush Gupta | 3.3 | Prepare September fee application |
| **Subtotal** | | **3.7** | |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| ***Financial Matters*** | | | |
| 10/1/2026 | Nicholas Weber | 1.5 | Review and revise recovery analysis scenarios |
| 10/1/2026 | Nicholas Weber | 1.4 | Prepare recovery analysis scenarios |
| 10/1/2026 | Megan Festival | 2.2 | Analyze recovery waterfall sensitivities and scenario outputs |
| 10/1/2026 | Megan Festival | 1.1 | Review BNH reforecast and budget assumptions |
| 10/1/2026 | Megan Festival | 1.0 | Update waterfall sensitivities for the Lead DIP Silo |
| 10/1/2026 | Megan Festival | 0.9 | Update waterfall sensitivities for the BNH DIP Silo |
| 10/1/2026 | Megan Festival | 0.6 | Update waterfall sensitivities for the other DIP Silos |
| 10/1/2026 | Megan Festival | 0.4 | Conference with E. Karsch, P. Gupta (M3) to discuss camp-by-camp recovery analysis |
| 10/1/2026 | Eitan Karsch | 1.6 | Analysis of camp level recovery scenarios |
| 10/1/2026 | Eitan Karsch | 1.1 | Analysis of camp level recovery scenarios (continue to) |
| 10/1/2026 | Eitan Karsch | 0.4 | Conference with M. Festival, P. Gupta (M3) to discuss camp-by-camp recovery analysis |
| 10/1/2026 | Pratyush Gupta | 0.8 | Review and revise recovery analysis |
| 10/1/2026 | Pratyush Gupta | 0.4 | Conference with M. Festival, E. Karsch (M3) to discuss camp-by-camp recovery analysis |
| 10/2/2026 | Nicholas Weber | 1.1 | Analyze Debtors' updated by camp recovery waterfall analysis |
| 10/2/2026 | Nicholas Weber | 1.1 | Review and revise recovery analysis scenarios |
| 10/2/2026 | Nicholas Weber | 0.4 | Review and revise terms of BNH settlement stipulation |
| 10/2/2026 | Megan Festival | 1.3 | Review Debtors' bridge to updated recovery waterfall and revised assumptions |
| 10/2/2026 | Megan Festival | 1.3 | Review by camp waterfall assumptions from the Debtors |
| 10/5/2026 | Nicholas Weber | 1.8 | Analyze entity-level balance sheets and break-out of secured claims in recovery model |
| 10/5/2026 | Nicholas Weber | 1.6 | Review by-entity waterfall analysis and camp-level recovery assumptions |
| 10/5/2026 | Nicholas Weber | 1.1 | Review and revise summary of key recovery sensitivities |
| 10/5/2026 | Nicholas Weber | 0.4 | Analysis regarding borrowers under certain MCA agreements |
| 10/5/2026 | Nicholas Weber | 0.4 | Conference with P. Gupta, E. Karsch (M3) to discuss camp-by-camp recovery analysis |
| 10/5/2026 | Nicholas Weber | 0.2 | Correspond with Debtors' advisors regarding cash forecast assumptions and liability assumptions |
| 10/5/2026 | Eitan Karsch | 1.7 | Analyze waterfall re: by entity recoveries |
| 10/5/2026 | Eitan Karsch | 1.3 | Revise by entity waterfall |
| 10/5/2026 | Eitan Karsch | 0.6 | Revise waterfall analysis to break out secured claims |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/5/2026 | Eitan Karsch | 0.4 | Analyze entity level balance sheets |
| 10/5/2026 | Eitan Karsch | 0.4 | Conference with N. Weber, P. Gupta (M3) to discuss camp-by-camp recovery analysis |
| 10/5/2026 | Eitan Karsch | 0.3 | Incorporate new Debtor into waterfall analysis |
| 10/5/2026 | Pratyush Gupta | 0.4 | Conference with N. Weber, E. Karsch (M3) to discuss camp-by-camp recovery analysis |
| 10/6/2026 | Nicholas Weber | 2.3 | Review entity-level recovery analysis and alternative scenarios |
| 10/6/2026 | Nicholas Weber | 1.4 | Update recovery model for revised claims mapping and intercompany positions |
| 10/6/2026 | Nicholas Weber | 1.2 | Analyze Debtors' updated recovery waterfall assumptions and supporting data |
| 10/6/2026 | Nicholas Weber | 0.3 | Review and revise variance reporting analysis |
| 10/6/2026 | Nicholas Weber | 0.3 | Correspond with McDermott re: allocated DIP fees in the budget |
| 10/6/2026 | Nicholas Weber | 0.1 | Call with R. Winning (M3) re: Mishmeret term sheet status |
| 10/6/2026 | Eitan Karsch | 1.9 | Revise by entity waterfall analysis (continue to) |
| 10/6/2026 | Eitan Karsch | 1.6 | Implement alternative scenario in by entity waterfall analysis |
| 10/6/2026 | Eitan Karsch | 1.4 | Build by entity waterfall analysis |
| 10/6/2026 | Eitan Karsch | 1.3 | Revise alternative scenario in by entity waterfall analysis |
| 10/6/2026 | Eitan Karsch | 1.1 | Revise by entity waterfall analysis |
| 10/6/2026 | Eitan Karsch | 1.0 | Review and revise outputs for waterfall analysis |
| 10/6/2026 | Eitan Karsch | 0.8 | Revise waterfall analysis (continue to) |
| 10/6/2026 | Eitan Karsch | 0.7 | Conference with P. Gupta (M3) to discuss recovery analysis |
| 10/6/2026 | Eitan Karsch | 0.3 | Revise claims mapping analysis |
| 10/6/2026 | Pratyush Gupta | 2.8 | Prepare entity-level recovery analysis |
| 10/6/2026 | Pratyush Gupta | 2.7 | Update entity-level recovery analysis (continue to) |
| 10/6/2026 | Pratyush Gupta | 2.4 | Create alternative scenarios for entity-level recovery analysis |
| 10/6/2026 | Pratyush Gupta | 2.1 | Prepare summary view of entity-level recovery analysis |
| 10/6/2026 | Pratyush Gupta | 0.7 | Conference with E. Karsch (M3) to discuss recovery analysis |
| 10/6/2026 | Pratyush Gupta | 0.4 | Respond to inquiry from counsel re: budget extension |
| 10/7/2026 | Nicholas Weber | 1.9 | Review by-entity waterfall summary outputs |
| 10/7/2026 | Nicholas Weber | 1.4 | Review secured claim treatment mechanics in waterfall analysis |
| 10/7/2026 | Nicholas Weber | 0.3 | Review secured claim treatment mechanics in waterfall analysis (continue to) |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/7/2026 | Nicholas Weber | 0.1 | Correspond with Mishmeret advisors regarding interest calculation |
| 10/7/2026 | Eitan Karsch | 2.2 | Revise by entity waterfall analysis (continue to) |
| 10/7/2026 | Eitan Karsch | 2.0 | Update mechanics for waterfall analysis (continue to) |
| 10/7/2026 | Eitan Karsch | 1.8 | Revise by entity waterfall analysis |
| 10/7/2026 | Eitan Karsch | 1.6 | Update mechanics for waterfall analysis |
| 10/7/2026 | Eitan Karsch | 0.8 | Build summary figures for waterfall analysis |
| 10/7/2026 | Eitan Karsch | 0.6 | Create mapping for by entity waterfall analysis |
| 10/7/2026 | Eitan Karsch | 0.2 | Revise summary figure for by entity analysis |
| 10/7/2026 | Pratyush Gupta | 2.8 | Prepare alternative view of recovery analysis re: liquidation plan |
| 10/7/2026 | Pratyush Gupta | 2.7 | Prepare comparison view of recovery analyses |
| 10/7/2026 | Pratyush Gupta | 2.4 | Update recovery analysis (continue to) |
| 10/7/2026 | Pratyush Gupta | 2.2 | Review and update by-entity recovery analysis |
| 10/7/2026 | Pratyush Gupta | 1.9 | Prepare updated scenarios in recovery analysis |
| 10/8/2026 | Robert Winning | 0.8 | Call with N. Weber (M3) re: Mishmeret term sheet |
| 10/8/2026 | Nicholas Weber | 1.6 | Conference with E. Karsch, P. Gupta (M3) to discuss recovery analysis |
| 10/8/2026 | Nicholas Weber | 1.0 | Conference with E. Karsch, P. Gupta (M3) to discuss recovery analysis |
| 10/8/2026 | Nicholas Weber | 0.8 | Call with R. Winning (M3) re: Mishmeret term sheet |
| 10/8/2026 | Nicholas Weber | 0.8 | Analysis re: Mishmeret term sheet |
| 10/8/2026 | Nicholas Weber | 0.8 | Draft responses to counsel's inquiries related to Mishmeret term sheet settlement agreement |
| 10/8/2026 | Nicholas Weber | 0.8 | Update recovery analysis |
| 10/8/2026 | Nicholas Weber | 0.7 | Analyze updated supporting information related to Debtors' waterfall recovery analysis |
| 10/8/2026 | Nicholas Weber | 0.6 | Conference with E. Karsch, P. Gupta (M3) to discuss Mishmeret term sheet |
| 10/8/2026 | Nicholas Weber | 0.6 | Analysis re: Mishmeret term sheet |
| 10/8/2026 | Nicholas Weber | 0.3 | Correspond with R. Winning (M3) regarding Mishmeret term sheet |
| 10/8/2026 | Nicholas Weber | 0.3 | Review counsel's outreach to Mishmeret regarding term sheet |
| 10/8/2026 | Nicholas Weber | 0.2 | Correspond with FTI regarding repayment of Mishmeret roll-up DIP |
| 10/8/2026 | Eitan Karsch | 2.2 | Analysis re: Mishmeret term sheet |
| 10/8/2026 | Eitan Karsch | 1.6 | Conference with N. Weber, P. Gupta (M3) to discuss recovery analysis |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/8/2026 | Eitan Karsch | 1.0 | Conference with N. Weber, P. Gupta (M3) to discuss recovery analysis |
| 10/8/2026 | Eitan Karsch | 1.8 | Analysis re: Mishmeret term sheet |
| 10/8/2026 | Eitan Karsch | 0.6 | Conference with N. Weber, P. Gupta (M3) to discuss Mishmeret term sheet |
| 10/8/2026 | Pratyush Gupta | 1.9 | Analysis re: Mishmeret term sheet |
| 10/8/2026 | Pratyush Gupta | 1.7 | Update recovery analysis comparison |
| 10/8/2026 | Pratyush Gupta | 1.6 | Conference with N. Weber, E. Karsch (M3) to discuss recovery analysis |
| 10/8/2026 | Pratyush Gupta | 1.0 | Analysis re: Mishmeret term sheet |
| 10/8/2026 | Pratyush Gupta | 1.0 | Conference with N. Weber, E. Karsch (M3) to discuss recovery analysis |
| 10/8/2026 | Pratyush Gupta | 0.7 | Update recovery analysis (continue to) |
| 10/8/2026 | Pratyush Gupta | 0.6 | Conference with N. Weber, E. Karsch (M3) to discuss Mishmeret term sheet |
| 10/9/2026 | Robert Winning | 0.2 | Call with N. Weber (M3) re: Mishmeret term sheet status |
| 10/9/2026 | Nicholas Weber | 1.9 | Review by-entity waterfall mechanics and supporting recovery assumptions |
| 10/9/2026 | Nicholas Weber | 0.5 | Analysis re: MCA claim scenarios |
| 10/9/2026 | Nicholas Weber | 0.2 | Call with R. Winning (M3) re: Mishmeret term sheet status |
| 10/9/2026 | Nicholas Weber | 0.1 | Correspond with R. Winning (M3) regarding disputed SAP claims |
| 10/9/2026 | Eitan Karsch | 2.0 | Attend working session regarding by entity waterfall |
| 10/9/2026 | Pratyush Gupta | 1.1 | Review recovery analysis |
| 10/10/2026 | Nicholas Weber | 1.6 | Analysis related to Mishmeret term sheet |
| 10/10/2026 | Nicholas Weber | 1.1 | Compare Debtors' updated budget to prior version and assess impact on recovery analysis |
| 10/10/2026 | Nicholas Weber | 0.3 | Correspond with FTI regarding latest budget assumptions |
| 10/10/2026 | Pratyush Gupta | 0.8 | Prepare comparison of updated budget to prior |
| 10/11/2026 | Nicholas Weber | 0.2 | Correspond with counsel regarding Mishmeret term sheet |
| 10/12/2026 | Robert Winning | 0.3 | Call with N. Weber (M3) re: waterfall analysis status |
| 10/12/2026 | Nicholas Weber | 2.4 | Review recovery analysis for changes to claim amounts and key assumptions |
| 10/12/2026 | Nicholas Weber | 1.6 | Analyze recovery waterfall sensitivity outputs for scenario comparison |
| 10/12/2026 | Nicholas Weber | 0.3 | Call with R. Winning (M3) re: waterfall analysis status |
| 10/12/2026 | Eitan Karsch | 1.5 | Revise recovery analysis |
| 10/12/2026 | Eitan Karsch | 1.3 | Revise recovery analysis (continue to) |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/13/2026 | Robert Winning | 0.1 | Call with N. Weber (M3) re: waterfall analysis status |
| 10/13/2026 | Nicholas Weber | 1.7 | Review payoff letters for prepetition funded debt and reconcile |
| 10/13/2026 | Nicholas Weber | 1.6 | Analyze joint and several liabilities and duplicate claims |
| 10/13/2026 | Nicholas Weber | 1.5 | Revise recovery analysis for updated claims register and M3 assumptions |
| 10/13/2026 | Nicholas Weber | 0.8 | Correspond with Debtors re: prepetition funded debt balances used in recovery analysis |
| 10/13/2026 | Nicholas Weber | 0.7 | Prepare budget to actuals analysis |
| 10/13/2026 | Nicholas Weber | 0.3 | Correspond with FTI regarding Roll-Up payoff and FIRPTA escrow |
| 10/13/2026 | Nicholas Weber | 0.2 | Conference with M. Festival, E. Karsch, P. Gupta (M3) to discuss recovery analysis and joint and several liabilities |
| 10/13/2026 | Nicholas Weber | 0.1 | Call with R. Winning (M3) re: waterfall analysis status |
| 10/13/2026 | Megan Festival | 2.1 | Review payoff letters of prepetition funded debt |
| 10/13/2026 | Megan Festival | 1.8 | Review recovery analysis sensitivity |
| 10/13/2026 | Megan Festival | 1.2 | Correspond with Debtors on prepetition funded debt amounts in the recovery analysis |
| 10/13/2026 | Megan Festival | 0.4 | Conference with E. Karsch, P. Gupta (M3) to discuss recovery analysis and general case updates |
| 10/13/2026 | Megan Festival | 0.2 | Conference with N. Weber, E. Karsch, P. Gupta (M3) to discuss recovery analysis and joint and several liabilities |
| 10/13/2026 | Eitan Karsch | 2.1 | Revise recovery analysis |
| 10/13/2026 | Eitan Karsch | 2.1 | Revise recovery waterfall by entity build (continue to) |
| 10/13/2026 | Eitan Karsch | 1.8 | Revise recovery analysis (continue to) |
| 10/13/2026 | Eitan Karsch | 1.6 | Build outputs for recovery analysis |
| 10/13/2026 | Eitan Karsch | 0.4 | Conference with M. Festival, P. Gupta (M3) to discuss recovery analysis and general case updates |
| 10/13/2026 | Eitan Karsch | 0.4 | Build summary of duplicate claims for recovery analysis |
| 10/13/2026 | Eitan Karsch | 0.2 | Conference with N. Weber, M. Festival, P. Gupta (M3) to discuss recovery analysis and joint and several liabilities |
| 10/13/2026 | Pratyush Gupta | 2.7 | Update recovery analysis re: joint and several liabilities |
| 10/13/2026 | Pratyush Gupta | 1.6 | Implement recovery analysis updates re: duplicates |
| 10/13/2026 | Pratyush Gupta | 1.3 | Revise recovery analysis for updated claims register |
| 10/13/2026 | Pratyush Gupta | 1.1 | Update recovery analysis to reflect M3 assumptions |
| 10/13/2026 | Pratyush Gupta | 0.7 | Review language and claims behind duplicates and joint liabilities |
| 10/13/2026 | Pratyush Gupta | 0.5 | Analysis re: camp bid |
| 10/13/2026 | Pratyush Gupta | 0.4 | Conference with M. Festival, E. Karsch (M3) to discuss recovery analysis and general case updates |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/13/2026 | Pratyush Gupta | 0.2 | Conference with N. Weber, M. Festival, E. Karsch (M3) to discuss recovery analysis and joint and several liabilities |
| 10/14/2026 | Robert Winning | 0.3 | Call with N. Weber (M3) re: waterfall analysis status |
| 10/14/2026 | Nicholas Weber | 1.6 | Working session with E. Karsch, P. Gupta (M3) to update recovery analysis |
| 10/14/2026 | Nicholas Weber | 1.3 | Review recovery waterfall exhibit and supporting by-entity build |
| 10/14/2026 | Nicholas Weber | 1.2 | Review and comment on draft recovery analysis presentation materials |
| 10/14/2026 | Nicholas Weber | 0.9 | Working session with M. Festival, E. Karsch, P. Gupta (M3) to update recovery model analysis |
| 10/14/2026 | Nicholas Weber | 0.7 | Conference with M. Festival, E. Karsch, P. Gupta (M3) to discuss recovery model analysis, ongoing workstreams, and key claims |
| 10/14/2026 | Nicholas Weber | 0.5 | Conference with M. Festival, P. Gupta, E. Karsch (M3) to review updates to recovery analysis and next steps |
| 10/14/2026 | Nicholas Weber | 0.3 | Call with R. Winning (M3) re: waterfall analysis status |
| 10/14/2026 | Megan Festival | 2.8 | Review credit bid mechanics in recovery waterfall |
| 10/14/2026 | Megan Festival | 1.2 | Review camp director contract structure |
| 10/14/2026 | Megan Festival | 0.7 | Conference with N. Weber, E. Karsch, P. Gupta (M3) to discuss recovery model analysis, ongoing workstreams, and key claims |
| 10/14/2026 | Megan Festival | 0.5 | Conference with N. Weber, E. Karsch, P. Gupta (M3) to review updates to recovery analysis and next steps |
| 10/14/2026 | Megan Festival | 0.1 | Working session with N. Weber, E. Karsch, P. Gupta (M3) to update recovery model analysis (partial) |
| 10/14/2026 | Eitan Karsch | 2.3 | Analysis re: recovery scenarios |
| 10/14/2026 | Eitan Karsch | 1.9 | Revise recovery waterfall analysis |
| 10/14/2026 | Eitan Karsch | 1.6 | Revise by entity build re: recovery analysis |
| 10/14/2026 | Eitan Karsch | 1.6 | Working session with N. Weber, P. Gupta (M3) to update recovery analysis |
| 10/14/2026 | Eitan Karsch | 1.5 | Analysis re: liquidating plan |
| 10/14/2026 | Eitan Karsch | 1.3 | Revise recovery waterfall analysis |
| 10/14/2026 | Eitan Karsch | 1.2 | Revise recovery analysis (continue to) |
| 10/14/2026 | Eitan Karsch | 0.9 | Working session with N. Weber, M. Festival, P. Gupta (M3) to update recovery model analysis |
| 10/14/2026 | Eitan Karsch | 0.8 | Revise recovery model by entity build |
| 10/14/2026 | Eitan Karsch | 0.7 | Conference with N. Weber, M. Festival, P. Gupta (M3) to discuss recovery model analysis, ongoing workstreams, and key claims |
| 10/14/2026 | Eitan Karsch | 0.7 | Revise comparison recovery waterfall exhibit |
| 10/14/2026 | Eitan Karsch | 0.5 | Conference with N. Weber, M. Festival, P. Gupta (M3) to review updates to recovery analysis and next steps |
| 10/14/2026 | Pratyush Gupta | 2.8 | Review certain items re: recovery analysis |
| 10/14/2026 | Pratyush Gupta | 2.6 | Prepare summary materials re: recovery analysis |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/14/2026 | Pratyush Gupta | 2.4 | Review and revise recovery analysis |
| 10/14/2026 | Pratyush Gupta | 1.9 | Review and revise recovery analysis (continue to) |
| 10/14/2026 | Pratyush Gupta | 1.6 | Working session with N. Weber, E. Karsch (M3) to update recovery analysis |
| 10/14/2026 | Pratyush Gupta | 0.9 | Working session with N. Weber, M. Festival, E. Karsch (M3) to update recovery model analysis |
| 10/14/2026 | Pratyush Gupta | 0.7 | Conference with N. Weber, M. Festival, E. Karsch (M3) to discuss recovery model analysis, ongoing workstreams, and key claims |
| 10/14/2026 | Pratyush Gupta | 0.6 | Finalize presentation re: recovery analysis |
| 10/14/2026 | Pratyush Gupta | 0.5 | Conference with N. Weber, M. Festival, E. Karsch (M3) to review updates to recovery analysis and next steps |
| 10/15/2026 | Robert Winning | 1.6 | Conference with N. Weber, M. Festival, E. Karsch, P. Gupta (M3) to walk through recovery analysis and assumptions |
| 10/15/2026 | Nicholas Weber | 1.6 | Conference with R. Winning, M. Festival, E. Karsch, P. Gupta (M3) to walk through recovery analysis and assumptions |
| 10/15/2026 | Nicholas Weber | 1.5 | Revise recovery waterfall presentation and claims summary |
| 10/15/2026 | Nicholas Weber | 1.4 | Conference with M. Festival, E. Karsch, P. Gupta (M3) to update working analysis |
| 10/15/2026 | Nicholas Weber | 1.0 | Analyze intercompany receivables between Debtors and non-Debtors for treatment in recovery model |
| 10/15/2026 | Nicholas Weber | 0.4 | Conference with M. Festival, E. Karsch, P. Gupta (M3) to discuss recovery model analysis |
| 10/15/2026 | Nicholas Weber | 0.2 | Conference with M. Festival, E. Karsch, P. Gupta (M3) to discuss updates to recovery model analysis |
| 10/15/2026 | Megan Festival | 2.3 | Analyze intercompany receivables between Debtors and non-Debtors |
| 10/15/2026 | Megan Festival | 1.6 | Conference with R. Winning, N. Weber, E. Karsch, P. Gupta (M3) to walk through recovery analysis and assumptions |
| 10/15/2026 | Megan Festival | 1.4 | Conference with N. Weber, E. Karsch, P. Gupta (M3) to update working analysis |
| 10/15/2026 | Megan Festival | 0.9 | Review Bond Silo prepetition claim details from the Debtors |
| 10/15/2026 | Megan Festival | 0.5 | Refresh recovery analysis output for Debtors' updates |
| 10/15/2026 | Megan Festival | 0.4 | Conference with N. Weber, E. Karsch, P. Gupta (M3) to discuss recovery model analysis |
| 10/15/2026 | Megan Festival | 0.2 | Conference with N. Weber, E. Karsch, P. Gupta (M3) to discuss updates to recovery model analysis |
| 10/15/2026 | Megan Festival | 0.2 | Review property and land value for Bond Silo Camps |
| 10/15/2026 | Eitan Karsch | 2.0 | Revise recovery waterfall analysis |
| 10/15/2026 | Eitan Karsch | 1.7 | Revise recovery waterfall analysis (continue to) |
| 10/15/2026 | Eitan Karsch | 1.6 | Conference with R. Winning, N. Weber, M. Festival, P. Gupta (M3) to walk through recovery analysis and assumptions |
| 10/15/2026 | Eitan Karsch | 1.4 | Conference with N. Weber, M. Festival, P. Gupta (M3) to update working analysis |
| 10/15/2026 | Eitan Karsch | 1.3 | Build claims summary for waterfall presentation |
| 10/15/2026 | Eitan Karsch | 1.1 | Revise waterfall analysis |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/15/2026 | Eitan Karsch | 0.4 | Conference with N. Weber, M. Festival, P. Gupta (M3) to discuss recovery model analysis |
| 10/15/2026 | Eitan Karsch | 0.2 | Conference with N. Weber, M. Festival, P. Gupta (M3) to discuss updates to recovery model analysis |
| 10/15/2026 | Pratyush Gupta | 2.4 | Review and revise recovery analysis |
| 10/15/2026 | Pratyush Gupta | 1.6 | Conference with R. Winning, N. Weber, M. Festival, E. Karsch (M3) to walk through recovery analysis and assumptions |
| 10/15/2026 | Pratyush Gupta | 1.4 | Conference with N. Weber, M. Festival, E. Karsch (M3) to update working analysis |
| 10/15/2026 | Pratyush Gupta | 1.2 | Update recovery analysis file for review |
| 10/15/2026 | Pratyush Gupta | 0.7 | Review real property schedules |
| 10/15/2026 | Pratyush Gupta | 0.4 | Conference with N. Weber, M. Festival, E. Karsch (M3) to discuss recovery model analysis |
| 10/15/2026 | Pratyush Gupta | 0.2 | Conference with N. Weber, M. Festival, E. Karsch (M3) to discuss updates to recovery model analysis |
| 10/16/2026 | Robert Winning | 0.3 | Call with N. Weber (M3) re: waterfall analysis status |
| 10/16/2026 | Nicholas Weber | 1.7 | Review recovery analysis source mapping and supporting build tabs |
| 10/16/2026 | Nicholas Weber | 0.3 | Call with R. Winning (M3) re: waterfall analysis status |
| 10/16/2026 | Megan Festival | 2.8 | Summarize camp director contract structure for Bond and BNH silo against administrative claims |
| 10/16/2026 | Eitan Karsch | 1.8 | Create source mapping and build tabs for recovery analysis |
| 10/16/2026 | Eitan Karsch | 2.4 | Revise recovery analysis |
| 10/16/2026 | Eitan Karsch | 1.0 | Revise recovery waterfall analysis |
| 10/16/2026 | Pratyush Gupta | 1.1 | Review updates re: recovery analysis |
| 10/19/2026 | Nicholas Weber | 2.1 | Review and revise by-entity recovery analysis |
| 10/19/2026 | Eitan Karsch | 2.0 | Revise recovery analysis |
| 10/19/2026 | Eitan Karsch | 1.5 | Build new scenarios into recovery analysis |
| 10/19/2026 | Eitan Karsch | 0.6 | Revise recovery analysis (continue to) |
| 10/19/2026 | Pratyush Gupta | 1.2 | Prepare summary of assets at HoldCo companies |
| 10/19/2026 | Pratyush Gupta | 0.5 | Revise summary of seller notes |
| 10/20/2026 | Nicholas Weber | 1.4 | Review and revise schedule of intercompany claims and debt repayment amounts related to SIMAD Holdings, Ltd. |
| 10/20/2026 | Megan Festival | 2.3 | Review historical financials between CampCo and HoldCo |
| 10/20/2026 | Eitan Karsch | 2.2 | Update recovery analysis |
| 10/20/2026 | Eitan Karsch | 1.2 | Revise recovery analysis |
| 10/20/2026 | Pratyush Gupta | 1.8 | Review and revise working recovery analysis |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/20/2026 | Pratyush Gupta | 1.4 | Prepare comparison of September budget to actuals |
| 10/20/2026 | Pratyush Gupta | 0.2 | Review certain bank statement documents |
| 10/21/2026 | Megan Festival | 1.3 | Reconcile prepetition intercompany payables per the Schedules |
| 10/21/2026 | Eitan Karsch | 0.3 | Revise recovery model |
| 10/21/2026 | Pratyush Gupta | 0.6 | Review documents re: specific entity |
| 10/22/2026 | Megan Festival | 1.3 | Review available data on purchase price allocation between OpCo and LandCo asset sales |
| 10/22/2026 | Megan Festival | 0.5 | Correspond with Debtors' professionals regarding purchase price allocations between LandCos and OpCos |
| 10/22/2026 | Eitan Karsch | 1.9 | Revise recovery model (continue to) |
| 10/22/2026 | Eitan Karsch | 1.3 | Revise waterfall recovery model |
| 10/22/2026 | Pratyush Gupta | 0.7 | Review docket and update recovery analysis to reflect case updates |
| 10/22/2026 | Pratyush Gupta | 0.4 | Review and revise updates to recovery analysis |
| 10/23/2026 | Eitan Karsch | 1.7 | Revise recovery analysis liquidating plan waterfall |
| 10/23/2026 | Pratyush Gupta | 2.4 | Revise recovery analysis model |
| 10/23/2026 | Pratyush Gupta | 1.6 | Revise recovery analysis model (continue to) |
| 10/23/2026 | Pratyush Gupta | 0.7 | Correspond with counsel re: certain prepetition payments |
| 10/28/2026 | Megan Festival | 1.6 | Review intercompany claims and transfers between Debtors |
| 10/28/2026 | Eitan Karsch | 0.8 | Build question list re: Debtors' updated waterfall |
| 10/28/2026 | Eitan Karsch | 0.8 | Revise question list re: updated waterfall |
| 10/28/2026 | Eitan Karsch | 0.8 | Review updated waterfall from Debtors |
| 10/28/2026 | Eitan Karsch | 0.6 | Review and revise recovery analysis |
| 10/28/2026 | Eitan Karsch | 0.3 | Revise recovery analysis |
| 10/28/2026 | Pratyush Gupta | 2.4 | Review claim and prepetition financial documents re: specific prepetition financing agreement |
| 10/28/2026 | Pratyush Gupta | 0.4 | Prepare summary re: financing agreement |
| 10/28/2026 | Pratyush Gupta | 0.2 | Update recovery analysis re: docket filing |
| 10/29/2026 | Nicholas Weber | 2.2 | Review and revise recovery analysis |
| 10/29/2026 | Nicholas Weber | 1.7 | Analyze Debtors' updated waterfall schedule |
| 10/29/2026 | Nicholas Weber | 1.1 | Review and revise materials related to recovery analysis |
| 10/29/2026 | Megan Festival | 2.1 | Review Debtors' updated waterfall and HLA |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/29/2026 | Megan Festival | 1.8 | Prepare questions for FTI on the latest waterfall and HLA updates |
| 10/29/2026 | Eitan Karsch | 1.4 | Revise recovery analysis |
| 10/29/2026 | Eitan Karsch | 0.4 | Revise recovery analysis (continue to) |
| 10/29/2026 | Pratyush Gupta | 2.8 | Refresh recovery analysis with updated information from Debtors |
| 10/29/2026 | Pratyush Gupta | 1.4 | Prepare question list for Debtors re: updated waterfall |
| 10/30/2026 | Nicholas Weber | 1.9 | Review and revise recovery analysis materials |
| 10/30/2026 | Nicholas Weber | 0.7 | Conference with M. Festival, E. Karsch, P. Gupta (M3) to discuss updated FTI waterfall and recovery analysis |
| 10/30/2026 | Megan Festival | 2.2 | Review FTI's responses to questions on waterfall recovery analysis |
| 10/30/2026 | Megan Festival | 1.2 | Summarize sensitizing assumptions to the waterfall recovery |
| 10/30/2026 | Megan Festival | 0.7 | Conference with N. Weber, E. Karsch, P. Gupta (M3) to discuss updated FTI waterfall and recovery analysis |
| 10/30/2026 | Eitan Karsch | 0.7 | Conference with N. Weber, M. Festival, P. Gupta (M3) to discuss updated FTI waterfall and recovery analysis |
| 10/30/2026 | Pratyush Gupta | 2.9 | Refresh recovery analysis with updated information from Debtors |
| 10/30/2026 | Pratyush Gupta | 2.1 | Refresh recovery analysis with updated information from Debtors (continue to) |
| 10/30/2026 | Pratyush Gupta | 0.7 | Conference with N. Weber, M. Festival, E. Karsch (M3) to discuss updated FTI waterfall and recovery analysis |
| 10/30/2026 | Pratyush Gupta | 0.7 | Refine question list for Debtors re: waterfall |
| **Subtotal** | | **308.1** | |
| ***General Correspondence with Debtor & Debtors' Professionals*** | | | |
| 10/7/2026 | Nicholas Weber | 0.4 | Conferences with Debtors' professionals regarding Mishmeret claim and plan term sheet |
| 10/11/2026 | Nicholas Weber | 0.3 | Conference with Mishmeret and Debtors' professionals regarding Mishmeret settlement |
| 10/21/2026 | Nicholas Weber | 0.5 | Conference with M. Festival (M3) and FTI re: plan assumptions and recovery revisions |
| 10/21/2026 | Megan Festival | 0.5 | Conference with N. Weber (M3) and FTI re: plan assumptions and recovery revisions |
| 10/27/2026 | Megan Festival | 1.1 | Correspond with FTI regarding updated analysis |
| 10/28/2026 | Megan Festival | 1.2 | Correspond with FTI regarding questions on the plan's secured claims |
| 10/30/2026 | Nicholas Weber | 0.3 | Review correspondence with Debtors' professionals |
| 10/30/2026 | Megan Festival | 1.1 | Correspond with FTI on recovery waterfall updates and outstanding questions |
| 10/30/2026 | Megan Festival | 0.8 | Correspond with FTI regarding budget versus actuals and outstanding questions |
| **Subtotal** | | **6.2** | |
| ***General Correspondence with UCC & UCC Counsel*** | | | |
| 10/1/2026 | Nicholas Weber | 1.3 | Conference with UCC member regarding status of cases |
| 10/1/2026 | Nicholas Weber | 0.6 | Conference with M. Festival, E. Karsch, P. Gupta (M3), McDermott and Robinson+Cole to review Committee meeting materials |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/1/2026 | Nicholas Weber | 0.4 | Conference with M. Festival, E. Karsch, P. Gupta (M3) to discuss Committee meeting materials |
| 10/1/2026 | Megan Festival | 2.1 | Incorporate comments to weekly UCC materials |
| 10/1/2026 | Megan Festival | 0.6 | Conference with N. Weber, E. Karsch, P. Gupta (M3), McDermott and Robinson+Cole to review Committee meeting materials |
| 10/1/2026 | Megan Festival | 0.4 | Conference with N. Weber, E. Karsch, P. Gupta (M3) to discuss Committee meeting materials |
| 10/1/2026 | Eitan Karsch | 0.6 | Conference with N. Weber, M. Festival, P. Gupta (M3), McDermott and Robinson+Cole to review Committee meeting materials |
| 10/1/2026 | Eitan Karsch | 0.4 | Revise UCC presentation materials |
| 10/1/2026 | Eitan Karsch | 0.4 | Conference with N. Weber, M. Festival, P. Gupta (M3) to discuss Committee meeting materials |
| 10/1/2026 | Pratyush Gupta | 0.6 | Conference with N. Weber, M. Festival, E. Karsch (M3), McDermott and Robinson+Cole to review Committee meeting materials |
| 10/1/2026 | Pratyush Gupta | 0.5 | Review and revise Committee meeting materials |
| 10/1/2026 | Pratyush Gupta | 0.4 | Conference with N. Weber, M. Festival, E. Karsch (M3) to discuss Committee meeting materials |
| 10/2/2026 | Nicholas Weber | 1.2 | Weekly UCC conference with M. Festival (M3), McDermott, Robinson+Cole and Committee members |
| 10/2/2026 | Megan Festival | 1.2 | Weekly UCC conference with N. Weber (M3), McDermott, Robinson+Cole and Committee members |
| 10/6/2026 | Nicholas Weber | 0.7 | Review and revise UCC presentation materials |
| 10/14/2026 | Nicholas Weber | 1.0 | Conference with M. Festival, E. Karsch, P. Gupta (M3), McDermott and Robinson+Cole to discuss key claims and outstanding workstreams |
| 10/14/2026 | Megan Festival | 1.0 | Conference with N. Weber, E. Karsch, P. Gupta (M3), McDermott and Robinson+Cole to discuss key claims and outstanding workstreams |
| 10/14/2026 | Eitan Karsch | 1.0 | Conference with N. Weber, M. Festival, P. Gupta (M3), McDermott and Robinson+Cole to discuss key claims and outstanding workstreams |
| 10/14/2026 | Pratyush Gupta | 1.0 | Conference with N. Weber, M. Festival, E. Karsch (M3), McDermott and Robinson+Cole to discuss key claims and outstanding workstreams |
| 10/15/2026 | Nicholas Weber | 0.7 | Conference with M. Festival, E. Karsch, P. Gupta (M3), McDermott and Robinson+Cole to discuss tax issues, case updates, ongoing workstreams and intercompany claims |
| 10/15/2026 | Megan Festival | 0.7 | Conference with N. Weber, E. Karsch, P. Gupta (M3), McDermott and Robinson+Cole to discuss tax issues, case updates, ongoing workstreams and intercompany claims |
| 10/15/2026 | Eitan Karsch | 0.7 | Conference with N. Weber, M. Festival, P. Gupta (M3), McDermott and Robinson+Cole to discuss tax issues, case updates, ongoing workstreams and intercompany claims |
| 10/15/2026 | Pratyush Gupta | 0.7 | Conference with N. Weber, M. Festival, E. Karsch (M3), McDermott and Robinson+Cole to discuss tax issues, case updates, ongoing workstreams and intercompany claims |
| 10/16/2026 | Nicholas Weber | 0.8 | Weekly UCC conference with M. Festival (M3), McDermott, Robinson+Cole and Committee members |
| 10/16/2026 | Megan Festival | 0.8 | Weekly UCC conference with N .Weber (M3), McDermott, Robinson+Cole and Committee members |
| 10/19/2026 | Nicholas Weber | 0.3 | Correspond with Committee counsel regarding seller notes and director employment agreements |
| 10/19/2026 | Megan Festival | 0.4 | Correspond with counsel regarding Bond Silo administrative claims |
| 10/20/2026 | Nicholas Weber | 0.5 | Conference with M. Festival (M3), McDermott, and Robinson+Cole re: plan comments and considerations |
| 10/20/2026 | Megan Festival | 0.5 | Conference with N .Weber (M3), McDermott, and Robinson+Cole re: plan comments and considerations |
| 10/21/2026 | Nicholas Weber | 0.1 | Correspond with UCC member regarding status of claims |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/22/2026 | Nicholas Weber | 0.3 | Weekly conference with M. Festival (M3), McDermott, and Robinson+Cole re: the Committee meeting and outstanding items |
| 10/22/2026 | Megan Festival | 0.3 | Weekly conference with N .Weber (M3), McDermott, and Robinson+Cole re: the Committee meeting and outstanding items |
| 10/27/2026 | Nicholas Weber | 0.2 | Review Committee counsel's update to the Committee |
| 10/29/2026 | Nicholas Weber | 1.1 | Review and revise weekly Committee materials |
| 10/29/2026 | Nicholas Weber | 0.5 | Conference with M. Festival, E. Karsch, P. Gupta (M3), McDermott and Robinson+Cole to discuss case updates, ongoing workstreams, and upcoming Committee meeting |
| 10/29/2026 | Nicholas Weber | 0.1 | Correspond with Committee counsel regarding waterfall recovery analysis |
| 10/29/2026 | Megan Festival | 1.6 | Review and edit weekly Committee materials |
| 10/29/2026 | Megan Festival | 1.1 | Prepare notes and updates for weekly Committee meeting |
| 10/29/2026 | Megan Festival | 0.5 | Conference with N. Weber, E. Karsch, P. Gupta (M3), McDermott and Robinson+Cole to discuss case updates, ongoing workstreams, and upcoming Committee meeting |
| 10/29/2026 | Eitan Karsch | 0.5 | Conference with N. Weber, M. Festival, P. Gupta (M3), McDermott and Robinson+Cole to discuss case updates, ongoing workstreams, and upcoming Committee meeting |
| 10/29/2026 | Pratyush Gupta | 0.5 | Conference with N. Weber, M. Festival, E. Karsch (M3), McDermott and Robinson+Cole to discuss case updates, ongoing workstreams, and upcoming Committee meeting |
| 10/30/2026 | Nicholas Weber | 0.5 | Conference with M. Festival (M3) and McDermott on the budget and recovery analysis |
| 10/30/2026 | Nicholas Weber | 0.4 | Correspond with M. Festival (M3) regarding UCC update |
| 10/30/2026 | Nicholas Weber | 0.4 | Weekly UCC conference with M. Festival (M3), McDermott, Robinson+Cole and Committee members |
| 10/30/2026 | Nicholas Weber | 0.2 | Correspond with Committee counsel regarding waterfall recovery analysis |
| 10/30/2026 | Megan Festival | 0.5 | Conference with N. Weber (M3) and McDermott on the budget and recovery analysis |
| 10/30/2026 | Megan Festival | 0.4 | Weekly UCC conference with N. Weber (M3), McDermott, Robinson+Cole and Committee members |
| **Subtotal** | | **30.7** | |

***Investigations and Litigation Support***

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/7/2026 | Nicholas Weber | 1.5 | Analysis re: prepetition debt |
| 10/9/2026 | Nicholas Weber | 0.3 | Correspond with counsel regarding status of analysis of certain prepetition transfers |
| 10/20/2026 | Pratyush Gupta | 0.5 | Correspond with M3 team regarding detail on prepetition transactions |
| 10/21/2026 | Nicholas Weber | 0.6 | Conference with E. Karsch (M3) to discuss MCA transfers |
| 10/21/2026 | Eitan Karsch | 2.2 | Analysis re: bank statement comparison to SOFA |
| 10/21/2026 | Eitan Karsch | 2.1 | Build MCA transfers analysis |
| 10/21/2026 | Eitan Karsch | 1.7 | Analysis re: certain MCA bank transfers (continue to) |
| 10/21/2026 | Eitan Karsch | 0.8 | Analyze certain transfers with insiders |
| 10/21/2026 | Eitan Karsch | 0.6 | Conference with N. Weber (M3) to discuss MCA transfers |
| 10/21/2026 | Eitan Karsch | 0.4 | Review bank statements |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/21/2026 | Pratyush Gupta | 2.1 | Review and revise materials re: certain prepetition transfers |
| 10/21/2026 | Pratyush Gupta | 0.6 | Review specific prepetition transfers against disclosed SOFAs |
| 10/22/2026 | Nicholas Weber | 2.2 | Analysis re: MCA sources and uses |
| 10/22/2026 | Megan Festival | 0.4 | Review prepetition MCA transfers |
| 10/22/2026 | Eitan Karsch | 1.6 | Build presentation for MCA transfers |
| 10/22/2026 | Eitan Karsch | 1.4 | Analysis re: certain MCA transfers |
| 10/22/2026 | Eitan Karsch | 1.1 | Analysis re: MCA transfers analysis |
| 10/22/2026 | Eitan Karsch | 1.6 | Analyze MCA sources and uses of funds |
| 10/23/2026 | Robert Winning | 0.8 | Conference with N. Weber (M3) re: testimony preparation |
| 10/23/2026 | Nicholas Weber | 2.6 | Review and revise declaration related to general unsecured claims settlement |
| 10/23/2026 | Nicholas Weber | 1.6 | Prepare for potential testimony re: general unsecured claims settlement |
| 10/23/2026 | Nicholas Weber | 1.4 | Review and revise declaration re: 9019 (continue to) |
| 10/23/2026 | Nicholas Weber | 0.8 | Conference with R. Winning (M3) re: testimony preparation |
| 10/23/2026 | Nicholas Weber | 0.7 | Review reply to 9019 motion objection |
| 10/23/2026 | Eitan Karsch | 1.4 | Analysis re: insider payments (continue to) |
| 10/23/2026 | Eitan Karsch | 1.2 | Analysis re: insider payments |
| 10/23/2026 | Pratyush Gupta | 0.3 | Correspond with counsel re: certain information for N. Weber declaration |
| 10/24/2026 | Nicholas Weber | 2.7 | Prepare for testimony in 9019 hearing |
| 10/24/2026 | Nicholas Weber | 2.4 | Prepare for testimony in 9019 hearing (continue to) |
| 10/25/2026 | Nicholas Weber | 2.8 | Prepare for potential testimony in 9019 hearing |
| 10/25/2026 | Nicholas Weber | 2.6 | Prepare for potential testimony (continue to) |
| 10/26/2026 | Nicholas Weber | 2.4 | Prepare for potential testimony in upcoming hearing |
| 10/26/2026 | Nicholas Weber | 1.4 | Attend hearing and testify in support of 9019 motion |
| 10/27/2026 | Megan Festival | 1.5 | Review insider transfer summary for non-bond silo camps |
| 10/27/2026 | Megan Festival | 0.8 | Review prepetition bank statements |
| 10/27/2026 | Pratyush Gupta | 0.5 | Analysis re: certain prepetition transfers |
| 10/28/2026 | Nicholas Weber | 2.1 | Analysis related to certain insider payments |
| 10/28/2026 | Nicholas Weber | 1.2 | Review Debtor's draft complaint re: prepetition SAP claims |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/28/2026 | Nicholas Weber | 0.7 | Review transfer analysis related to specific entity |
| 10/28/2026 | Nicholas Weber | 0.6 | Review DAMIS filings related to prepetition activity |
| 10/28/2026 | Eitan Karsch | 0.4 | Review Debtors' draft complaint re: certain SAP claims |
| **Subtotal** | | **54.6** | |
| ***Plan of Reorganization/Disclosure Statement*** | | | |
| 10/5/2026 | Robert Winning | 0.2 | Call with N. Weber (M3) re: Mishmeret term sheet |
| 10/5/2026 | Nicholas Weber | 0.2 | Call with R. Winning (M3) re: Mishmeret term sheet |
| 10/6/2026 | Robert Winning | 0.1 | Call with N. Weber (M3) re: Mishmeret term sheet status |
| 10/6/2026 | Nicholas Weber | 0.2 | Correspond with FTI regarding proposed plan of liquidation assumptions |
| 10/7/2026 | Nicholas Weber | 0.6 | Analyze information provided by Debtors' advisors related to proposed plan structure |
| 10/7/2026 | Nicholas Weber | 0.1 | Correspond with counsel regarding proposed plan |
| 10/13/2026 | Robert Winning | 2.2 | Review materials re: potential plan and liabilities of different camps |
| 10/15/2026 | Robert Winning | 0.8 | Review information re: various Debtors' potential liabilities |
| 10/15/2026 | Megan Festival | 0.3 | Review proposed general unsecured claims recovery structure |
| 10/16/2026 | Nicholas Weber | 1.2 | Prepare analysis of potential convenience class |
| 10/16/2026 | Pratyush Gupta | 1.4 | Prepare analysis re: potential convenience class |
| 10/19/2026 | Robert Winning | 0.2 | Call with N. Weber (M3) re: by-entity plan analysis |
| 10/19/2026 | Robert Winning | 0.2 | Call with N. Weber (M3) re: plan analysis |
| 10/19/2026 | Nicholas Weber | 1.6 | Analyze proposed terms of draft plan of liquidation |
| 10/19/2026 | Nicholas Weber | 0.4 | Analyze potential convenience class scenarios |
| 10/19/2026 | Nicholas Weber | 0.2 | Call with R. Winning (M3) re: by-entity plan analysis |
| 10/19/2026 | Nicholas Weber | 0.2 | Call with R. Winning (M3) re: plan analysis |
| 10/20/2026 | Robert Winning | 1.3 | Analysis re: draft plan |
| 10/20/2026 | Robert Winning | 0.1 | Call with N. Weber (M3) re: potential plan analysis |
| 10/20/2026 | Nicholas Weber | 1.2 | Evaluate potential liquidation trust costs |
| 10/20/2026 | Nicholas Weber | 0.8 | Conference with M. Festival, E. Karsch, P. Gupta (M3) to discuss latest proposed plan, open workstreams, and next steps |
| 10/20/2026 | Nicholas Weber | 0.1 | Call with R. Winning (M3) re: potential plan analysis |
| 10/20/2026 | Megan Festival | 0.8 | Conference with N. Weber, E. Karsch, P. Gupta (M3) to discuss latest proposed plan, open workstreams, and next steps |
| 10/20/2026 | Eitan Karsch | 0.8 | Conference with N. Weber, M. Festival, P. Gupta (M3) to discuss latest proposed plan, open workstreams, and next steps |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/20/2026 | Pratyush Gupta | 0.8 | Conference with N. Weber, M. Festival, E. Karsch (M3) to discuss latest proposed plan, open workstreams, and next steps |
| 10/21/2026 | Nicholas Weber | 2.1 | Analyze potential plan structure |
| 10/21/2026 | Megan Festival | 0.7 | Review proposed plan language relevant to recovery analysis |
| 10/22/2026 | Nicholas Weber | 1.7 | Evaluate scenarios of potential plan structures |
| 10/22/2026 | Pratyush Gupta | 2.8 | Prepare convenience class analysis |
| 10/22/2026 | Pratyush Gupta | 1.2 | Analysis re: liquidation trust costs |
| 10/23/2026 | Nicholas Weber | 0.4 | Conference with M. Festival, E. Karsch, P. Gupta (M3) to discuss prepetition transfers, plan status, and next steps |
| 10/23/2026 | Nicholas Weber | 0.3 | Conference with E. Karsch, P. Gupta (M3) to discuss prepetition transfers and recovery analysis |
| 10/23/2026 | Megan Festival | 0.4 | Conference with N. Weber, E. Karsch, P. Gupta (M3) to discuss prepetition transfers, plan status, and next steps |
| 10/23/2026 | Megan Festival | 0.3 | Conference with E. Karsch, P. Gupta (M3) to discuss recovery analysis |
| 10/23/2026 | Eitan Karsch | 0.4 | Conference with N. Weber, M. Festival, P. Gupta (M3) to discuss prepetition transfers, plan status, and next steps |
| 10/23/2026 | Eitan Karsch | 0.3 | Conference with M. Festival, P. Gupta (M3) to discuss recovery analysis |
| 10/23/2026 | Eitan Karsch | 0.3 | Conference with N. Weber, P. Gupta (M3) to discuss prepetition transfers and recovery analysis |
| 10/23/2026 | Eitan Karsch | 0.2 | Conference with P. Gupta (M3) to discuss next steps on prepetition transfers and recovery analysis |
| 10/23/2026 | Pratyush Gupta | 0.4 | Conference with N. Weber, M. Festival, E. Karsch (M3) to discuss prepetition transfers, plan status, and next steps |
| 10/23/2026 | Pratyush Gupta | 0.3 | Conference with M. Festival, E. Karsch (M3) to discuss recovery analysis |
| 10/23/2026 | Pratyush Gupta | 0.3 | Conference with N. Weber, E. Karsch (M3) to discuss prepetition transfers and recovery analysis |
| 10/23/2026 | Pratyush Gupta | 0.2 | Conference with E. Karsch (M3) to discuss next steps on prepetition transfers and recovery analysis |
| 10/26/2026 | Nicholas Weber | 1.3 | Review and revise plan recovery analysis |
| 10/27/2026 | Nicholas Weber | 1.8 | Review draft plan of liquidation |
| 10/27/2026 | Nicholas Weber | 1.2 | Revise draft of support plan documents |
| 10/27/2026 | Nicholas Weber | 0.3 | Conference with M. Festival, E. Karsch, P. Gupta (M3) to discuss recovery analysis, case updates, and Committee meeting deliverables |
| 10/27/2026 | Megan Festival | 1.8 | Review Debtors' draft plan exhibit supplement |
| 10/27/2026 | Megan Festival | 1.2 | Correspond with FTI regarding outstanding questions on the plan |
| 10/27/2026 | Megan Festival | 0.8 | Review proposed plan edits |
| 10/27/2026 | Megan Festival | 0.3 | Conference with N. Weber, E. Karsch, P. Gupta (M3) to discuss recovery analysis, case updates, and Committee meeting deliverables |
| 10/27/2026 | Eitan Karsch | 0.3 | Conference with N. Weber, M. Festival, P. Gupta (M3) to discuss recovery analysis, case updates, and Committee meeting deliverables |
| 10/27/2026 | Pratyush Gupta | 0.3 | Conference with N. Weber, M. Festival, E. Karsch (M3) to discuss recovery analysis, case updates, and Committee meeting deliverables |

**EXHIBIT B**
**DETAIL OF TIME ENTRIES**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/28/2026 | Nicholas Weber | 1.4 | Analyze potential convenience class scenarios |
| 10/28/2026 | Nicholas Weber | 0.4 | Correspond with counsel regarding comments on plan of liquidation |
| 10/28/2026 | Megan Festival | 2.2 | Review Debtors' proposed updates to the plan |
| 10/28/2026 | Megan Festival | 2.2 | Coordinate with counsel and review edits to the latest draft plan |
| **Subtotal** | | **43.8** | |
| ***SOFAs & SOALs*** | | | |
| 10/20/2026 | Pratyush Gupta | 1.8 | Review 90-day payments and insider transfers (SOFA 3 and 4) |
| 10/21/2026 | Pratyush Gupta | 0.8 | Prepare summary of transfers to DAMIS by date and entity |
| **Subtotal** | | **2.6** | |

# **Exhibit C**

**Itemized Out-Of-Pocket Expenses**

**EXHIBIT C**
**ITEMIZED OUT-OF-POCKET EXPENSES**

| PROFESSIONAL | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| ***Meals*** | | | |
| Pratyush Gupta | 10/6/2026 | Group Meal (Overtime): P. Gupta, E. Karsch (M3): Dinner in New York, NY | $60.79 |
| Pratyush Gupta | 10/7/2026 | Individual Meal (Overtime): Dinner in New York, NY | $25.24 |
| | | ***Subtotal Meals*** | ***$86.03*** |
| ***Taxi / Car Service*** | | | |
| Eitan Karsch | 10/6/2026 | Overtime Ride Service / Taxi | $20.00 |
| Pratyush Gupta | 10/6/2026 | Overtime Ride Service / Taxi | $29.24 |
| Pratyush Gupta | 10/7/2026 | Overtime Ride Service / Taxi | $23.94 |
| Eitan Karsch | 10/13/2026 | Overtime Ride Service / Taxi | $19.00 |
| Pratyush Gupta | 10/14/2026 | Overtime Ride Service / Taxi | $25.97 |
| Eitan Karsch | 10/15/2026 | Overtime Ride Service / Taxi | $24.00 |
| | | ***Subtotal Taxi / Car Service*** | ***$142.15*** |
| | | **Total Expenses** | **$228.18** |