**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Rachel Biblo Block (admitted *pro hac vice*)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re:<br>SIMAD HOLDINGS LTD., *et al.*,<br>Debtors.[1] | Chapter 11<br>Case No. 26-16388 (CMG)<br>(Jointly Administered) |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF ROBINSON & COLE LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JULY 10, 2026 THROUGH OCTOBER 31, 2026**

The relief set forth on the following page is hereby ORDERED.

---

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

**AND NOW,** the Court having found that Applicant, Robinson & Cole LLP has filed their *First Interim Fee Application of Robinson & Cole LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of July 10, 2026 through October 31, 2026*, and that adequate notice and opportunity for hearing were given to creditors and parties in interest as required; and for good cause shown; it is

**ORDERED,** that the compensation and expenses are allowed as follows:

| **APPLICANTS** | **FEES** | **EXPENSES** |
|---|---|---|
| Robinson & Cole LLP,<br>Co-counsel to the Official Committee of Unsecured Creditors | $1,531,330.00 | $2,091.98 |