# EXHIBIT A

## Monthly Invoices

Case 26-16388-CMG Doc 1543 Filed 08/28/26 Entered 08/28/26 21:51:30 Desc Main Document Page 1 of 90

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**COVER SHEET FOR THE FIRST MONTHLY FEE STATEMENT OF MCDERMOTT WILL & SCHULTE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JULY 10, 2026, THROUGH JULY 31, 2026**

| | |
|---|---|
| Debtor: SIMAD Holdings LTD., *et al.,*[1] | Applicant: McDermott Will & Schulte LLP |
| Case No.: 26-16388 (CMG) | Client: Official Committee of Unsecured Creditors |
| Chapter 11 | Case Filed: June 4 and June 5, 2026 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.**

**RETENTION ORDER ATTACHED AS EXHIBIT A.**

/s/ *Darren Azman*
Darren Azman
August 28, 2026

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

**SECTION I**

**FEE SUMMARY**

Summary of Amounts Requested for the Period
July 10, 2026, through July 31, 2026 (the "Compensation Period")

| | |
|---|---|
| Fee Total | $1,388,154.75 |
| Expenses Total | $4,197.83 |
| Total Fees Plus Disbursements | $1,392,352.58 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $0.00 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer Remaining: | N/A |
| Total Holdback: | $0.00 |
| Total Received by Applicant: | $0.00 |
| | $0.00 |

## COMPENSATION BY PROFESSIONAL
## JULY 10, 2026 THROUGH AND INCLUDING JULY 31, 2026

The attorneys who rendered professional services in these chapter 11 cases during the Compensation Period are:

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| David Momborquette | Partner | Trial | 1992 (NY) | $2,315.00 | 49.80 | $115,287.00 |
| Jared Gerber | Partner | Trial | 2008 (NY) | $2,080.00 | 20.90 | $43,472.00 |
| Kristin Going | Partner | Restructuring | 2002 (MD)<br>2004 (DC)<br>2011 (NY) | $1,960.00 | 32.40 | $63,504.00 |
| Zena Ho | Partner | Real Estate | 2009 (CA) | $1,950.00 | 1.00 | $1,950.00 |
| Riley Orloff | Partner | Corporate | 2015 (NJ)<br>2016 (NY) | $1,885.00 | 1.20 | $2,262.00 |
| Darren Azman | Partner | Restructuring | 2011 (NY, MA) | $1,860.00 | 70.40 | $130,944.00 |
| Deanna Boll | Counsel | Restructuring | 1998 (NJ)<br>2000 (NY) | $1,705.00 | 4.90 | $8,354.50 |
| Kristine Suh | Counsel | Corporate | 1997 (CA) | $1,705.00 | 38.70 | $65,983.50 |
| Rachel Biblo Block | Counsel | Restructuring | 2014 (DE)<br>2015 (TX) | $1,650.00 | 203.10 | $335,115.00 |
| | | | | $825.00 | 9.50 | $7,837.50 |
| Josh Stein | Counsel | Corporate | 2015 (GA) | $1,555.00 | 2.70 | $4,198.50 |
| Daniel Thomson | Associate | Restructuring | 2019 (NY) | $1,645.00 | 31.10 | $51,159.50 |
| Graciany Miranda | Associate | Corporate | 2019 (NY) | $1,625.00 | 1.40 | $2,275.00 |
| Mitch DaSilva | Associate | Corporate | 2021 (NY)<br>2022 (MA) | $1,535.00 | 8.40 | $12,894.00 |
| Brandon Sarkauskas | Associate | Corporate | 2021 (IL) | $1,480.00 | 7.30 | $10,804.00 |
| Anna Sikorski | Associate | Corporate | 2021 (IL) | $1,480.00 | 27.00 | $39,960.00 |
| Carmen Dingman | Associate | Restructuring | 2021 (IL) | $1,535.00 | 116.60 | $178,981.00 |
| | | | | $767.50 | 15.10 | $11,589.25 |
| Johnathan Terry | Associate | Trial | 2024 (NY) | $1,260.00 | 56.50 | $71,190.00 |
| Matt Adams | Associate | Corporate | 2024 (CA) | $1,125.00 | 7.50 | $8,437.50 |
| Lauren Knight | Associate | Restructuring | 2024 (IL) | $1,125.00 | 118.50 | $133,312.50 |
| Sam Horowitz | Associate | Real Estate | 2025 (IL) | $985.00 | 4.50 | $4,432.50 |
| Ruosi Wang | Associate | Restructuring | 2026 (NY) | $985.00 | 13.20 | $13,002.00 |
| Jeremy Weiss | Associate | Restructuring | 2026 (NY) | $985.00 | 44.70 | $44,029.50 |
| Daniel Northrop | Specialist | Restructuring | | $910.00 | 2.80 | $2,548.00 |
| Nova Alindogan | Paralegal Specialist | Restructuring | | $910.00 | 11.60 | $10,556.00 |
| Jessica Hirshon | Paralegal | Finance | | $690.00 | 20.40 | $14,076.00 |
| **Total for Attorneys** | | | | | **921.20** | **$1,388,154.75**[2] |

[2] This amount reflects the reduction of fifty percent (50%) applied to travel time.

## SECTION II

## SUMMARY OF SERVICES

| TASK CODE | PROJECT CATEGORY | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| B110 | Case Administration | 91.80 | 124,304.00 |
| B120 | Asset Analysis and Recovery | 16.90 | 23,223.00 |
| B130 | Asset Disposition | 204.10 | 326,553.00 |
| B150 | Mtgs/Communications w/Creditor | 80.20 | 118,314.00 |
| B155 | Court Hearings | 15.80 | 24,605.00 |
| B160 | Fee/Employment Applications | 26.10 | 31,238.50 |
| B180 | Avoidance Action Analysis | 32.00 | 73,947.00 |
| B185 | Assumption/Rejection of Leases | 5.40 | 6,687.00 |
| B190 | Other Contested Matters | 28.70 | 50,112.00 |
| B195 | Non-Working Travel | 24.60 | 19,426.75[3] |
| B210 | Business Operations | 2.50 | 3,260.50 |
| B220 | Employee Benefits/Pensions | 7.40 | 9,303.50 |
| B230 | Financing/Cash Collections | 262.10 | 414,656.50 |
| B250 | Real Estate | 13.00 | 14,820.00 |
| B270 | Utilities | 0.70 | 1,074.50 |
| B280 | Vendor Matters | 6.40 | 8,822.00 |
| B290 | Insurance | 3.60 | 4,385.50 |
| B410 | Gen Bankruptcy Advice/Opinions | 20.40 | 14,076.00 |
| B470 | Litigation | 79.50 | 119,346.00 |
| **Total** | | **921.20** | **$1,388,154.75** |

3 This amount reflects the reduction of fifty percent (50%) applied to travel time.

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | AMOUNT |
| --- | ---: |
| Business Meals | $88.24 |
| Transportation/Parking | $158.85 |
| Travel Expenses | $3,950.74 |
| **TOTAL CHARGES** | **$4,197.83** |

## SECTION IV
## CASE HISTORY

(1) Date cases filed: June 4 and June 5, 2026

(2) Chapter under which case commenced: Chapter 11

(3) Date of retention: August 25, 2026, effective as of July 10, 2026. *See* **<u>Exhibit A</u>**.

If limit on number of hours or other limitations to retention, set forth: N/A

(4) Summarize in brief the benefits to the estate and attach supplements as needed:[4]

(a) The Applicant prepared for and attended various hearings and status conferences during the Compensation Period, including the second day hearings, hearings regarding debtor-in-possession financing, and hearings related to the sale of the Debtors' assets, including the multi-day auction process.

(b) The Applicant drafted and filed the *Official Committee of Unsecured Creditors' (I) Objection to the Bondholder DIP Motion and (II) Reservation of Rights with Respect to the Remaining DIP Motions* [Docket No. 512] (the "<u>BH DIP Objection</u>"), and *Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the SIMAD Debtors' BNH DIP Motion* [Docket No. 513], (the "<u>BNH DIP ROR</u>" and together with the BH DIP Objection, the "<u>DIP Objections</u>"). Thereafter, the Applicant negotiated with the respective professionals for the Debtors and the DIP lenders certain improvements to the Debtors' proposed DIP financing facilities that benefited all general unsecured creditors and resolved the Committee's DIP Objections.

(c) The Applicant reviewed and analyzed stalking horse bids and asset purchase agreements in connection with the Debtors' sale process, attended and participated in the sale process and auction, and drafted statements and reservations of rights in connection therewith, including the *Statement and Reservation of Rights with Respect to the Notice of Private Sale Transaction Regarding the Achim Debtors and Future Private Sales* [Docket No. 502], and the *Statement in Support of the Debtors' Sale Transactions* [Docket No. 829].

(d) The Applicant reviewed the Debtors' schedules of executory contracts and unexpired leases, including the cure amounts proposed thereunder, drafted and filed the *Reservation of Rights with Respect to the Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases* [Docket No. 700].

---

[4] The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Committee; it is not intended to itemize each and every professional service which the Applicant performed.

(e) The Applicant drafted its retention application and advised the other Committee professionals regarding their respective retention applications.

(f) The Applicant prepared for and attended weekly meetings with the Debtors' professionals, the Committee's professionals, and the Committee regarding case administration and strategy.

(g) The Applicant commenced an investigation into potential claims and causes of action, drafted discovery requests and subpoenas, and analyzed avoidance actions.

(h) The Applicant rendered all other services set forth on the invoices attached hereto as **Exhibit B**.[5]

(5) Anticipated distribution to creditors:

(a) Administration expense: Unknown at this time.

(b) Secured creditors: Unknown at this time.

(c) Priority creditors: Unknown at this time.

(d) General unsecured creditors: Unknown at this time.

(6) Final disposition of case and percentage of dividend paid to creditors: Unknown at this time.

(7) This is the Applicant's first monthly fee statement.

---

[5] The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

Case 26-13638-MMG Doc 1054 Filed 08/11/26 Entered 08/11/26 16:31:00 Desc Main Document Page 8 of 490

# EXHIBIT A

**Retention Order [Docket No. 937]**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on August 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP** Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP** Rachel Biblo Block (admitted *pro hac vice*)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

In re:
SIMAD HOLDINGS LTD., et al.,

Debtors

Chapter 11

Case No.: 26-16388 (CMG)

(Jointly Administered)

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE JULY 10, 2026**

The relief set forth on the following pages, numbered two (2) through seven (7), is hereby **ORDERED.**

**DATED: August 25, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases of SIMAD Holdings Ltd. and its affiliated debtors and debtors in possession (collectively, the "Debtors") for the approval of the Committee's retention and employment of McDermott Will & Schulte LLP ("McDermott") as co-counsel in connection with these chapter 11 cases, effective July 10, 2026; and upon consideration of the declaration of Darren Azman (the "Azman Declaration"), which is attached

to the Application as **Exhibit B**, and the declaration of Kelly Smith Brown (the "Smith Brown Declaration"), which is attached to the Application as **Exhibit C**; and this Court having jurisdiction pursuant to Sections 157 and 1334 of Title 28 of the United States Code to consider the Application and the relief requested therein; and venue being proper in this Court pursuant to Sections 1408 and 1409 of Title 28 of the United States Code; and this Court being satisfied that notice of the Application and the opportunity for a hearing on the Application was appropriate under the particular circumstances and no further or other notice need be given; and this Court being satisfied, based on the representations made in the Application and the Azman Declaration,

2 Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page 3)
Debtors: SIMAD HOLDINGS LTD., *et al.*
Case No. 26-16388 (CMG)
Caption of Order: ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026

---

that McDermott (a) does not represent or hold any interest adverse to the Committee in connection with these chapter 11 cases, (b) is a "disinterested person" as such term is defined in Section 101(14) of the Bankruptcy Code, and (c) does not represent any entity having an adverse interest in connection with these chapter 11 cases as required by Section 1103 of the Bankruptcy Code; and this Court having determined that the legal and factual bases set forth in the Application, the Azman Declaration, and the Smith Brown Declaration establish good cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted and approved as set forth herein effective as of July 10, 2026.

2. In accordance with Section 1103(a) of the Bankruptcy Code and, with respect to McDermott's hourly rates, Section 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, the Committee is authorized to employ and to retain McDermott as its co-counsel in these chapter 11 cases, on the terms and conditions set forth in the Application and the Azman Declaration, as modified by the terms of this Order.

3. McDermott shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases in compliance with Sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of*

(Page 4)
Debtors: SIMAD HOLDINGS LTD., *et al.*
Case No. 26-16388 (CMG)
Caption of Order: ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026

---

*Expenses of Professionals Retained by Order of This Court* [Docket No. 550], and such other applicable procedures and orders of this Court. McDermott shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, both in connection with the Application and any interim and final fee application(s) to be filed by McDermott in these chapter 11 cases.

4. Notwithstanding anything to the contrary in the Application, the Azman Application, or the Smith-Brown Declaration, McDermott shall not seek reimbursement of any fees or costs, including attorney fees and costs, from the estate arising from the defense of any objections to any of McDermott's monthly fee statements or fee applications in these chapter 11 cases.

5. Prior to applying any increases in its hourly rates beyond the rates set forth in the Application, McDermott shall provide ten (10) business days' notice of any such increases to the U.S. Trustee, the Debtors, and the Committee and shall file such notice with this Court. All parties in interest retain all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided in Section 330 of the Bankruptcy Code, and this Court retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy Code.

6. To the extent that this Order is inconsistent with the Application, the Azman Declaration, or the Smith Brown Declaration, the terms of this Order shall govern.

(Page 5)
Debtors: SIMAD HOLDINGS LTD., *et al.*
Case No. 26-16388 (CMG)
Caption of Order: ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026

---

7. The Committee and McDermott are authorized to take all actions they deem necessary and appropriate to effectuate the relief granted pursuant to this Order in accordance with the Application, including, without limitation, executing any additional or supplemental documents incidental to the relief granted herein.

8. McDermott shall (a) comply with the requirements of Local Rule 2016-1; (b) only bill fifty percent (50%) for non-working travel; (c) use billing and expenses categories that are substantially similar to those set forth in the U.S. Trustee Guidelines (Exhibit D-1, "Summary of Compensation Requested by Project Category"); and (d) provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

9. Notwithstanding anything to the contrary in the Application, the Azman Declaration, or the Smith Brown Declaration, McDermott shall, to the extent that McDermott uses the services of contract attorneys, independent contractors, or subcontractors (collectively, the "Contractors") in these chapter 11 cases, (a) pass through the cost of such Contractors at the same rate that McDermott pays the Contractors; (b) seek reimbursement for actual costs only; (c) ensure that the Contractors (to the extent they are attorneys or accountants) (i) are subject to the same conflict checks and disclosures as required by McDermott and (ii) file with the Court such disclosures required by Bankruptcy Rule 2014; and (d) attach any such Contractor invoices to its monthly fee statements, interim fee applications, and/or final fee applications filed in these cases.

(Page 6)
Debtors: SIMAD HOLDINGS LTD., *et al.*
Case No. 26-16388 (CMG)
Caption of Order: ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026

---

10. Notwithstanding anything to the contrary in the Application, the Azman Declaration, or the Smith Brown Declaration, McDermott shall seek reimbursement from the Debtors' estates for its engagement-related expenses at McDermott's actual cost paid.

11. No agreement or understanding exists between McDermott and any other person, other than as permitted by Section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with these chapter 11 cases, nor shall McDermott share or agree to share compensation received for services rendered in connection with these chapter 11 cases with any other person other than as permitted by Section 504 of the Bankruptcy Code.

12. McDermott shall review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, McDermott will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

13. In order to avoid any duplication of effort and provide services to the Committee in the most efficient and cost-effective manner, McDermott shall coordinate with the other retained Committee professionals regarding their respective responsibilities in these chapter 11 cases. As such, McDermott shall use its best efforts to avoid duplication of services provided by any of the Committee's other retained professionals in these chapter 11 cases.

(Page 7)

| | |
|---|---|
| Debtors: | SIMAD HOLDINGS LTD., *et al.* |
| Case No. | 26-16388 (CMG) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026 |

---

14. Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

15. Notwithstanding any procedural rule to the contrary, this Order shall become effective and enforceable immediately on its entry.

16. This Court has and shall retain exclusive jurisdiction to hear and determine all matters arising from or relating to this Order or its interpretation, implementation, or enforcement.

# EXHIBIT B

## Invoice

McDermott Will & Schulte

**INVOICE**

Rolling Hills Landco Creditors' Committee
Kelly Smith Brown, Chair of Committee
One Vanderbilt Ave
New York, NY 10017

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

## Remittance Copy

### Billing for services rendered through 07/31/2026

**Confidential, protected by attorney-client privilege and work product doctrine**

0011 SIMAD-Rolling Hills Official Committee

| | |
|---|---|
| Total Services | $ 1,388,154.75 |
| Total Costs and Other Charges Posted Through Billing Period | 4,197.83 |
| **Total This Invoice** | **$ 1,392,352.58** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer/ACH Instructions:**
McDermott Will & Schulte LLP
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**E-Check Payment Instructions:**
https://www.e-billexpress.com/ebpp/MWE

**Mail Payment To:**
McDermott Will & Schulte LLP
P.O. Box 931464
Atlanta, GA 31193-1464

*McDermott rarely will change its routing instructions. If you receive a communication instructing you that there has been a change in our routing instructions, call 312.899.7156 or email wire@mwe.com to verify that change.*

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

McDermott Will & Schulte

**INVOICE**

Rolling Hills Landco Creditors' Committee
Kelly Smith Brown, Chair of Committee
One Vanderbilt Ave
New York, NY 10017

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

## Client Copy

**Billing for services rendered through 07/31/2026**

**Confidential, protected by attorney-client privilege and work product doctrine**

0011 SIMAD-Rolling Hills Official Committee

| | |
|---|---|
| Total Services | $ 1,388,154.75 |
| Total Costs and Other Charges Posted Through Billing Period | 4,197.83 |
| **Total This Invoice** | **$ 1,392,352.58** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer/ACH Instructions:**
McDermott Will & Schulte LLP
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**E-Check Payment Instructions:**
https://www.e-billexpress.com/ebpp/MWE

**Mail Payment To:**
McDermott Will & Schulte LLP
P.O. Box 931464
Atlanta, GA 31193-1464

*McDermott rarely will change its routing instructions. If you receive a communication instructing you that there has been a change in our routing instructions, call 312.899.7156 or email wire@mwe.com to verify that change.*

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

McDermott Will & Schulte

Invoice: 4703432 08/28/2026
Client: 153076

Rolling Hills Landco Creditors' Committee
Kelly Smith Brown, Chair of Committee
One Vanderbilt Ave
New York, NY 10017

For Services Rendered in Connection with:

Matter: 0011 SIMAD-Rolling Hills Official Committee

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110<br>07/10/26 | Case Administration<br>R. Biblo Block | 5.30 | 8,745.00 | Review first day pleadings (4.0); conference with C. Dingman (.3); correspond with MWS team re case calendar and next steps (.2); review draft notice of appearance (.2); correspond with E. Lazerowitz re same (.1); review draft pro hac vice motions (.2); correspond with E. Lazerowitz and A. Merkey re same (.3). |
| B110<br>07/10/26 | Case Administration<br>K. Going | 2.30 | 4,508.00 | Participate in initial conference with UCC (.5); participate in FA pitches (1.8). |
| B110<br>07/10/26 | Case Administration<br>D. Northrop | 0.80 | 728.00 | Correspond with D. Boll and C. Dingman re ECF notices (.6); correspond with C. Gibbs re Debtors' chapter 11 petitions and first day motions (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 07/10/26 | Case Administration C. Dingman | 2.20 | 3,377.00 | Review first day declaration (1.1); review WIP list (.8); correspond with MWS team re same (.3). |
| B110 07/10/26 | Case Administration J. Weiss | 0.60 | 591.00 | Compile list of parties in interest list. |
| B110 07/11/26 | Case Administration R. Biblo Block | 3.10 | 5,115.00 | Review bankruptcy case pleadings (1.5); conference with MWS team and Cole Schotz team re case background and timeline (.6); correspond with MWS team re same (.3); correspond with R. Winning re same (.1); correspond with Cole Schotz team re same (.1); conference with UCC member re case status (.5). |
| B110 07/12/26 | Case Administration L. Knight | 4.50 | 5,062.50 | Review, analyze, and comment on first day orders (2.9); correspond w/internal group re same (.4); review and analyze precedent (.7); correspond w/internal group re same (.5). |
| B110 07/12/26 | Case Administration N. Alindogan | 3.50 | 3,185.00 | Review case and docket to update case calendar re upcoming hearing dates and case deadlines (.6); obtain and circulate precedent first day orders to analyze against SIMAD filings (2.9). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 07/12/26 | Case Administration C. Dingman | 5.40 | 8,289.00 | Review, analyze court docket (1.6); review first day declaration and various pleadings (2.7); draft checklist (1.1). |
| B110 07/12/26 | Case Administration J. Weiss | 3.70 | 3,644.50 | Compile and revise working group list (1.9); review and analyze first day critical vendors motion and draft and revise memo re same (1.3); correspond with R. Biblo Block re same (.3); correspond with L. Knight re same (.2). |
| B110 07/13/26 | Case Administration N. Alindogan | 0.30 | 273.00 | Update case calendar. |
| B110 07/13/26 | Case Administration D. Azman | 0.90 | 1,674.00 | Review and revise first day orders (.9). |
| B110 07/13/26 | Case Administration C. Dingman | 1.90 | 2,916.50 | Review case calendar (.5); correspond with MWS team re same (.3); review workstream checklist (.2); draft, revise working group list (.7); correspond with Committee re same (.2). |

McDermott Will & Schulte

| | |
|---|---|
| Rolling Hills Landco Creditors' Committee | Client: 153076<br>Invoice: 4703432<br>Invoice Date: 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110<br>07/13/26 | Case Administration<br>R. Biblo Block | 0.30 | 495.00 | Conference with C. Dingman re first day orders. |
| B110<br>07/14/26 | Case Administration<br>D. Azman | 1.80 | 3,348.00 | Review and revise first day orders (1.8). |
| B110<br>07/14/26 | Case Administration<br>N. Alindogan | 0.20 | 182.00 | Update case calendar. |
| B110<br>07/14/26 | Case Administration<br>D. Northrop | 0.60 | 546.00 | Review pro hac vice applications for three (3.0) MWS attorneys filed by local counsel (.1); draft correspondence to C. Dingman and N. Alindogan re arranging for payment of the pro hac vice fee (.5). |
| B110<br>07/14/26 | Case Administration<br>C. Dingman | 1.00 | 1,535.00 | Conference with R. Block re case administration (0.3); conference with CS team re second day relief and issues (0.7). |
| B110<br>07/14/26 | Case Administration<br>J. Weiss | 0.80 | 788.00 | Revise memo re analysis of first day motions. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110<br>07/15/26 | Case Administration<br>D. Azman | 1.10 | 2,046.00 | Participate in UCC conference re strategy (1.1). |
| B110<br>07/15/26 | Case Administration<br>R. Biblo Block | 1.50 | 2,475.00 | Participate in meeting with MWS, M3, and RC teams re ongoing workstreams and upcoming deadlines (1.0); conference with C. Dingman re same (.3); conference with MWS team re same (.2). |
| B110<br>07/15/26 | Case Administration<br>N. Alindogan | 0.60 | 546.00 | Update case calendar (.4); establish external listserv for Committee members (.2). |
| B110<br>07/15/26 | Case Administration<br>C. Dingman | 1.10 | 1,688.50 | Conference with committee professionals re case administration (.8); conference with MWS team re same (.3). |
| B110<br>07/15/26 | Case Administration<br>J. Weiss | 2.00 | 1,970.00 | Conference with M3 and MWS teams re allocation of work streams and open items (1.0); conference with R. Biblo Block, C. Dingman, and L. Knight re allocation of work streams (.4); review first day declarations for drafting record of Debtors' outstanding debt as of petition date (.6). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 07/16/26 | Case Administration N. Alindogan | 0.50 | 455.00 | Compile materials in preparation for committee deck (0.4); update case calendar (0.1). |
| B110 07/16/26 | Case Administration D. Thomson | 1.30 | 2,138.50 | Review first day declaration and other background documents. |
| B110 07/16/26 | Case Administration C. Dingman | 1.40 | 2,149.00 | Conference with Committee professionals re case administration (.6); conference with J. Weiss re same (.3); conference with R. Block re same (.5). |
| B110 07/16/26 | Case Administration J. Weiss | 3.40 | 3,349.00 | Draft workstream checklist (2.7); draft updated agenda for next day's committee meeting (0.7). |
| B110 07/17/26 | Case Administration C. Dingman | 1.50 | 2,302.50 | Review, revise second day orders (.7); correspond with L. Knight re same (.3); correspond with M3 team re same (.3); correspond with Cole Schotz re same (.2). |
| B110 07/17/26 | Case Administration D. Thomson | 0.20 | 329.00 | Correspond with debtors' counsel re access to diligence materials (.1); correspond with C. Dingman re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 07/17/26 | Case Administration J. Weiss | 1.70 | 1,674.50 | Participate in weekly committee meeting (1.4); update agenda in preparation for meeting (.3). |
| B110 07/20/26 | Case Administration R. Biblo Block | 0.90 | 1,485.00 | Conference with C. Dingman re work in progress (.5); review work in process list (.2); correspond with MWS team re same (.2). |
| B110 07/20/26 | Case Administration J. Weiss | 5.40 | 5,319.00 | Prepare comprehensive Committee update memo (2.8); conference with L. Knight re same (.4); review and summarize daily docket activity for internal team (2.2). |
| B110 07/20/26 | Case Administration C. Dingman | 2.20 | 3,377.00 | Review critical dates trackers (.4); correspond with L. Knight re same (.4); review court updates (.6); correspond with J. Weiss re same (.3); draft, revise correspondence to UCC professionals re same (.5). |
| B110 07/21/26 | Case Administration R. Biblo Block | 0.20 | 330.00 | Correspond with C. Dingman re work in process list. |
| B110 07/21/26 | Case Administration J. Weiss | 2.20 | 2,167.00 | Review and summarize daily docket activity for internal team (1.0); draft and revise committee member and representation call list for weekly UCC meetings (1.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 07/21/26 | Case Administration L. Knight | 4.00 | 4,500.00 | Prepare critical date tracker (3.4); correspond with internal group re critical dates tracker (.6). |
| B110 07/21/26 | Case Administration C. Dingman | 1.10 | 1,688.50 | Review court docket re daily case updates (.3); correspond with J. Weiss re same (.3); revise summary re same (.5). |
| B110 07/22/26 | Case Administration J. Weiss | 0.70 | 689.50 | Review and summarize docket activity for internal team. |
| B110 07/22/26 | Case Administration R. Biblo Block | 1.10 | 1,815.00 | Review critical dates calendar (.2); review work in process list (.6); conference with C. Dingman re same (.3). |
| B110 07/22/26 | Case Administration N. Alindogan | 0.10 | 91.00 | Update case calendar. |
| B110 07/22/26 | Case Administration C. Dingman | 0.30 | 460.50 | Conference with R. Block re case updates. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 07/23/26 | Case Administration J. Weiss | 2.20 | 2,167.00 | Review and analyze chronology and background materials re debtors' loan facilities (0.3); conference with committee advisors re updates on various issues re sales process, DIP financing, tomorrow's committee conference, and other matters (0.7); draft and revise agenda for tomorrow's committee meeting and circulate to internal team (.4); correspond with M3 team re same (.1); review and summarize daily docket activity for internal team (0.7). |
| B110 07/23/26 | Case Administration R. Biblo Block | 2.00 | 3,300.00 | Review critical dates calendar (.5); conference with C. Dingman re work in process (.3); conference with E. Lazerowitz re same (1.0); correspond with MWS team re same (.2). |
| B110 07/23/26 | Case Administration N. Alindogan | 0.20 | 182.00 | Update case calendar. |
| B110 07/23/26 | Case Administration D. Thomson | 0.80 | 1,316.00 | Participate in weekly committee professionals conference (.8). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 07/23/26 | Case Administration C. Dingman | 1.80 | 2,763.00 | Conference with Committee professionals re case status (.7); conference with R. Block re same (.4); review court docket re case status (.7). |
| B110 07/24/26 | Case Administration J. Weiss | 0.70 | 689.50 | Review SIMAD docket activity, identify substantive filings and orders, and prepare end-of-day docket update for internal team (0.7). |
| B110 07/24/26 | Case Administration R. Biblo Block | 0.20 | 330.00 | Review work in process list (.1); review correspondence related to same (.1). |
| B110 07/24/26 | Case Administration C. Dingman | 0.50 | 767.50 | Correspond with MWS team re case updates (.2); review docket re same (.3). |
| B110 07/26/26 | Case Administration R. Biblo Block | 0.90 | 1,485.00 | Review work in process list (.3); correspond with MWS team re same (.1); conference with C. Dingman re same (.5). |
| B110 07/27/26 | Case Administration R. Biblo Block | 1.00 | 1,650.00 | Conferences with C. Dingman re work in progress (.3); update list re same (.2); participate in standing conference with MWS team and E. Lazerowitz re same (.3); correspond with MWS team re same (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 07/27/26 | Case Administration N. Alindogan | 0.10 | 91.00 | Update ECF notification preferences. |
| B110 07/27/26 | Case Administration L. Knight | 0.70 | 787.50 | Conference with internal group re critical workstreams (.5); correspond with R. Wang re daily case updates (.2). |
| B110 07/27/26 | Case Administration D. Thomson | 0.60 | 987.00 | Correspond with MWS team re FIA Capital Partners (.1); participate in internal update conference with MWS team (.5). |
| B110 07/27/26 | Case Administration C. Dingman | 0.90 | 1,381.50 | Review docket (.3); correspond with R. Wang re same (.2); draft and revise correspondence re same (.4). |
| B110 07/28/26 | Case Administration L. Knight | 1.50 | 1,687.50 | Draft and revise critical dates tracker (1.1); correspond w/internal group re same (.4). |
| B110 07/28/26 | Case Administration N. Alindogan | 0.20 | 182.00 | Update case calendar. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 07/30/26 | Case Administration K. Going | 0.40 | 784.00 | Participate in advisors planning conference. |
| B110 07/30/26 | Case Administration D. Azman | 0.60 | 1,116.00 | Review and revise deck for UCC weekly update conference (.6). |
| B110 07/30/26 | Case Administration D. Thomson | 0.20 | 329.00 | Participate in weekly committee advisers conference (.2). |
| B110 07/30/26 | Case Administration R. Wang | 0.40 | 394.00 | Review docket for case updates (.2); review meeting materials and draft meeting agenda (.2). |
| B110 07/31/26 | Case Administration R. Biblo Block | 0.30 | 495.00 | Conference with C. Dingman re work in progress. |
| B110 07/31/26 | Case Administration D. Azman | 1.40 | 2,604.00 | Prepare for weekly UCC meeting (.8); participate in same (.6). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110<br>07/31/26 | Case Administration<br>C. Dingman | 0.50 | 767.50 | Review docket updates (.5). |
| B120<br>07/20/26 | Asset Analysis and Recovery<br>R. Biblo Block | 0.20 | 330.00 | Correspond with MWS team re debtor assets and related information requests (.1); research re same (.1). |
| B120<br>07/21/26 | Asset Analysis and Recovery<br>R. Biblo Block | 0.80 | 1,320.00 | Correspond with MWS team re information requests (.2); conference with MWS and RC team re same (.4); review documents re same (.2). |
| B120<br>07/23/26 | Asset Analysis and Recovery<br>J. Stein | 1.00 | 1,555.00 | Review lien searches and summary of facilities. |
| B120<br>07/24/26 | Asset Analysis and Recovery<br>B. Sarkauskas | 1.20 | 1,776.00 | Review asset purchase agreement mark-ups to bid draft of asset purchase agreement (.8); correspond with R. Biblo Block re same (.4). |
| B120<br>07/26/26 | Asset Analysis and Recovery<br>J. Stein | 1.30 | 2,021.50 | Review perfection of Mesorah entities. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B120 07/26/26 | Asset Analysis and Recovery B. Sarkauskas | 3.10 | 4,588.00 | Review asset purchase agreements (1.8); draft summary review matrices re key terms (1.3). |
| B120 07/27/26 | Asset Analysis and Recovery R. Biblo Block | 0.20 | 330.00 | Correspond with MWS and RC teams re discovery concerning assets (.1); research re same (.1). |
| B120 07/27/26 | Asset Analysis and Recovery B. Sarkauskas | 1.50 | 2,220.00 | Review asset purchase agreements (.8); draft and revise issues list summary matrix with respect to same (.7). |
| B120 07/28/26 | Asset Analysis and Recovery L. Knight | 6.10 | 6,862.50 | Prepare for auction (1.0); participate in auction (2.6); correspond with internal group and Committee members re same (.5); review and analyze APAs (1.6); correspond with corporate team and R. Biblo Block re same (.4). |
| B120 07/28/26 | Asset Analysis and Recovery B. Sarkauskas | 1.50 | 2,220.00 | Review asset purchase agreements (.8); draft and revise issue list summary chart with respect to same (.7). |
| B130 07/14/26 | Asset Disposition D. Azman | 3.90 | 7,254.00 | Review stalking horse bids and APAs (3.9). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130<br>07/15/26 | Asset Disposition<br>R. Biblo Block | 0.60 | 990.00 | Research re private sale (.3); communicate with UCC member re same (.1); communicate with MWS and M3 teams re same (.1); review documents related to private sale bid (.1). |
| B130<br>07/15/26 | Asset Disposition<br>G. Miranda | 0.40 | 650.00 | Review and summarize provisions of Mohawk APA. |
| B130<br>07/15/26 | Asset Disposition<br>C. Dingman | 2.70 | 4,144.50 | Draft, revise reservation of rights re sale process. |
| B130<br>07/15/26 | Asset Disposition<br>D. Azman | 2.50 | 4,650.00 | Review stalking horse bids and APAs (2.5). |
| B130<br>07/16/26 | Asset Disposition<br>R. Biblo Block | 0.50 | 825.00 | Review draft pleading re Achim private sale (.4); correspond with C. Dingman re same (.1). |
| B130<br>07/16/26 | Asset Disposition<br>C. Dingman | 0.40 | 614.00 | Draft, revise ROR re sale procedures. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 07/17/26 | Asset Disposition G. Miranda | 1.00 | 1,625.00 | Review and summarize provisions of 18 Lions and Ohel APAs. |
| B130 07/20/26 | Asset Disposition R. Biblo Block | 2.50 | 4,125.00 | Conference with D. Bass re sale process (.2); correspond with MWS and RC teams re same (.1); review correspondence re same (.2); review stalking horse bid (.8); research re same (.5); conferences with E. Lazerowitz re same (.3); research re stalking horse bid (.4). |
| B130 07/21/26 | Asset Disposition R. Biblo Block | 1.90 | 3,135.00 | Research re stalking horse bids (.8); conference with D. Harris re same (.2); correspond with MWS team re same (.1); correspond with UST re same (.1); correspond with M3 and E. Lazerowitz re same (.1); correspond with Akin team re private sales (.2); review same (.2); research re same (.2). |
| B130 07/21/26 | Asset Disposition D. Azman | 0.50 | 930.00 | Correspond with R. Block re APA review (.3); correspond with UST re buyer issues (.2). |
| B130 07/22/26 | Asset Disposition M. DaSilva | 0.30 | 460.50 | Conference with R. Biblo Block re review of Chen-A-Wanda and Mesorah purchase agreements. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 07/22/26 | Asset Disposition R. Biblo Block | 4.70 | 7,755.00 | Conference with M. DaSilva re private sale APAs (.3); review documents related to same (.2); review related documents (.9); review private sale orders (2.2); research re same (.6); correspond with MWS team and M3 team re same (.1); correspond with Cole Schotz team re same (.1); review materials related to sale process (.1); conference with N. Weber re same (.1); correspond with Cole Schotz team re same (.1). |
| B130 07/22/26 | Asset Disposition D. Azman | 0.90 | 1,674.00 | Correspond with UCC re: sale process (.2); correspond with buyer re: Pine Forest sale (.2); conferences with R. Block re: Chen-A-Wanda sale (.5). |
| B130 07/23/26 | Asset Disposition M. DaSilva | 3.50 | 5,372.50 | Review and summarize Chen-A-Wanda APA. |
| B130 07/23/26 | Asset Disposition R. Biblo Block | 6.40 | 10,560.00 | Correspond with M. DaSilva re private sale APAs (.2); review documents related to same (2.3); research re same (1.2); draft proposed language for APA re same (0.5); conference with D. Bass re sale issue (.2); correspond with MWS team and E. Lazerowitz re same (.1); review stalking horse bid APAs (1.0); correspond with D. Harris re APAs (.2); correspond with |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | UCC advisors re conference on auction procedures and qualified bids (.1); correspond with N. Weber re cure costs (.1); review draft pleading re cure notices (.4); correspond with MWS team re same (.1). |
| B130 07/23/26 | Asset Disposition D. Thomson | 2.20 | 3,619.00 | Retrieve and review precedent for sale objection (.3); draft limited objection to Chen-A-Wanda sale (1.8); correspond with R. Block and C. Dingman re same (.1). |
| B130 07/23/26 | Asset Disposition D. Azman | 1.30 | 2,418.00 | Review bids (.5); correspond with MWS team and Debtors re auction process (.8). |
| B130 07/24/26 | Asset Disposition A. Sikorski | 3.10 | 4,588.00 | Review APA (1.2); draft review charts (1.9). |
| B130 07/24/26 | Asset Disposition R. Biblo Block | 5.00 | 8,250.00 | Conference with UCC and Debtor professionals re auction process (.3); conference with E. Lazerowitz re same (.3); correspond with MWS team re same (.1); review documents re same (1.5); correspond with Cole Schotz team re APAs and cure schedules (.2); conference with RC team and MWS team re APAs (.3); revise statement re same (.3); review private sale notices (.3); conference |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | with E. Lazerowitz re same (.3); conference with D. Azman re same (.2); conference with D. Harris re same (.2); revise statement re Chen-A-Wanda sale (.3); correspond with MWS team re same (.2); circulate same to RC team (.1); conference with MWS team re bids (.3); review materials related to same (.3); draft limited objection re Chen-A-Wanda sale (.2); correspond with Cole Schotz and buyer's counsel re same (.1); communicate with D. Azman re same (.1). |
| B130 07/24/26 | Asset Disposition M. DaSilva | 2.30 | 3,530.50 | Review and summarize Mesorah private sale APA (1.4); conference with R. Biblo Block and Robinson Cole re review of APA bid drafts (.3); conference with R. Biblo Block, A. Sikorski and B. Sarkauskas re APA review for bids (.4); correspond with R. Biblo Block re private sale APA reviews (.2). |
| B130 07/24/26 | Asset Disposition C. Dingman | 0.30 | 460.50 | Conference with Debtors re auction and sale process. |
| B130 07/24/26 | Asset Disposition D. Thomson | 3.00 | 4,935.00 | Revise limited objection to Chen-A-Wanda sale (.4); correspond with MWS team re same (.1); review and revise new version of objection (.2); correspond with R. Block re notice issue (.2); review bidding procedures |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | order and private sale procedures (.3); revise statement to address notice issue (.7); correspond with R. Block re same (.1); correspond with D. Azman re same (.2); revise statement per comments from D. Azman (.3); correspond with R. Block re revised statement (.1); finalize statement for filing (.4). |
| B130 07/25/26 | Asset Disposition R. Biblo Block | 1.40 | 2,310.00 | Conference with Chen-A-Wanda buyer's counsel and debtors' counsel (.2); research in connection with APA (.2); correspond with MWS and RC teams re same (.1); correspond with MWS team and RC team re APAs (.2); correspond with Debtors' counsel and Chen-A-Wanda buyers counsel re APA (.2); research re same (.2); correspond with MWS team re same (.2); correspond with MWS team re bids (0.1). |
| B130 07/25/26 | Asset Disposition A. Sikorski | 4.30 | 6,364.00 | Review APA and draft summary review (1.8); review APA draft APA review chart (2.5). |
| B130 07/26/26 | Asset Disposition M. DaSilva | 1.20 | 1,842.00 | Review and summarize Nexus private sale APA. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 07/26/26 | Asset Disposition A. Sikorski | 13.50 | 19,980.00 | Review asset purchase agreements re various camps (4.8); draft APA summary charts re same (7.2); correspond with internal group re same (1.5). |
| B130 07/26/26 | Asset Disposition R. Biblo Block | 5.30 | 8,745.00 | Review Mesorah APA and related documents (1.5); research re same (1.0); correspond with M3 and MWS team re same (.2); review Pine Forest APA and related documents (2.0); prepare summaries of same (.5); review draft limited objection and ROR to Mesorah private sale (.1). |
| B130 07/26/26 | Asset Disposition C. Dingman | 2.90 | 4,451.50 | Draft ROR re private sale (2.2); review, analyze terms re same (.5); correspond with R. Block re same (.2). |
| B130 07/27/26 | Asset Disposition A. Sikorski | 5.70 | 8,436.00 | Review, analyze APAs (3.7); draft APA charts (1.1); correspond with the MWS team re same (.9). |
| B130 07/27/26 | Asset Disposition D. Thomson | 0.60 | 987.00 | Review assumption notice and private sale APAs (.6). |

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130<br>07/27/26 | Asset Disposition<br>C. Dingman | 2.20 | 3,377.00 | Draft, revise ROR re private sale (.7); correspond with MWS team re same (.3); review auction materials (.7); correspond with Debtors re logistics re same (.5). |
| B130<br>07/27/26 | Asset Disposition<br>L. Knight | 0.40 | 450.00 | Correspond with R. Biblo Block re auction logistics (.4). |
| B130<br>07/27/26 | Asset Disposition<br>M. DaSilva | 1.10 | 1,688.50 | Review, analyze Pine Forest Camp private sale APA. |
| B130<br>07/27/26 | Asset Disposition<br>D. Azman | 0.40 | 744.00 | Review and revise limited objection to sale (.1); conference with MCA representative (.3) |
| B130<br>07/27/26 | Asset Disposition<br>R. Biblo Block | 3.30 | 5,445.00 | Review limited objection and reservation of rights re Mesorah sale (.5); correspond with C. Dingman re same (.2); correspond with Cole Schotz team re same (.1); review correspondence from MWS team re APAs (.2); review correspondence and documents re same (.4); correspond with L. Knight re same (.1); review Pine Forest APA (.9); correspond with D. Azman re same (.1); correspond with MWS team re upcoming auction (.2); review |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | procedures for same (.2); correspond with CS team re Pine Forest private sale (.1); review auction procedures (.2); correspond with MWS team re same (.1). |
| B130 07/27/26 | Asset Disposition R. Wang | 4.20 | 4,137.00 | Draft and circulate summaries of key docket filings for past four days (.6); review correspondence re same (.1); review case background and critical dates (1.2); review auction procedures order and auction process file (.7); confer with MWS team re same (.3); draft summary of bid process for D. Azman (.8); conference with MWS team re work stream updates and next steps (.5). |
| B130 07/27/26 | Asset Disposition N. Alindogan | 0.10 | 91.00 | Update case calendar re auction details. |
| B130 07/27/26 | Asset Disposition L. Knight | 1.80 | 2,025.00 | Review and analyze APA (1.4); correspond with internal group re APA (.4). |
| B130 07/28/26 | Asset Disposition A. Sikorski | 0.40 | 592.00 | Review and revise APA; draft APA summary chart. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 07/28/26 | Asset Disposition R. Biblo Block | 14.50 | 23,925.00 | Participate in auction. |
| B130 07/28/26 | Asset Disposition D. Azman | 16.20 | 30,132.00 | Participate in auction. |
| B130 07/28/26 | Asset Disposition R. Wang | 3.80 | 3,743.00 | Review auction procedures and participate in camp auction (partial). |
| B130 07/28/26 | Asset Disposition D. Thomson | 2.30 | 3,783.50 | Draft reservation of rights with respect to contract assumption and assignment (2.2); correspond with MWS team re same (.1). |
| B130 07/28/26 | Asset Disposition C. Dingman | 10.40 | 15,964.00 | Participate in auction (8.0); draft correspondence to Committee re same (.7); review bid summary re same (.5); review court docket (.6); revise update correspondence to professionals re same (.6). |
| B130 07/29/26 | Asset Disposition D. Azman | 10.70 | 19,902.00 | Participate in auction. |

Case 26-16388-CMG Doc 1543 Filed 08/28/26 Entered 08/28/26 18:52:50 Desc Main Document Page 43 of 489

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 07/29/26 | Asset Disposition R. Biblo Block | 16.40 | 27,060.00 | Participate in auction (15.0); revise draft objection re private sale (1.0); correspond with MWS and CS teams and proposed purchaser re private sale (.4). |
| B130 07/29/26 | Asset Disposition R. Wang | 1.10 | 1,083.50 | Review docket for updates and draft summaries for committee professionals (.3); confer with MWS team re materials needed to facilitate auction (.1); facilitate third day of auction for restructuring team meeting in NYC (.7). |
| B130 07/29/26 | Asset Disposition C. Dingman | 5.90 | 9,056.50 | Participate in auction. |
| B130 07/29/26 | Asset Disposition D. Thomson | 0.30 | 493.50 | Review comments from R. Block to assumption notice reservation of rights (.1); correspond with R. Block re same (.1); correspond with D. Azman re same (.1). |
| B130 07/30/26 | Asset Disposition R. Biblo Block | 6.60 | 10,890.00 | Participate in auction (2.2); correspond with MWS team re Mesorah private sale (.2); review proposed order re same (.2); participate in continued auction (1.2); research re Pine Forest sale (1.5); revise issues list for same (.7); circulate same to CS team (.1); correspond with debtor professionals, MWS team, and M3 team re bid procedures protocol (.3); |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | review same (.2). |
| B130 07/30/26 | Asset Disposition K. Going | 1.30 | 2,548.00 | Review correspondence re auction process and updates. |
| B130 07/30/26 | Asset Disposition R. Wang | 0.70 | 689.50 | Participate in auction and confer with MWS team re next steps (.7) (partial). |
| B130 07/30/26 | Asset Disposition L. Knight | 2.60 | 2,925.00 | Prepare for, attend and participate in auction. |
| B130 07/30/26 | Asset Disposition C. Dingman | 1.20 | 1,842.00 | Participate in auction (.7); review, analyze materials re same (.5). |
| B130 07/30/26 | Asset Disposition D. Azman | 2.20 | 4,092.00 | Participate in auction (1.4); review group bid procedures (.8). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 07/31/26 | Asset Disposition R. Wang | 3.00 | 2,955.00 | Participate in committee meeting (.8); review, summarize and incorporate comments re objections filed on docket (2.1); circulate materials for D. Azman and K. Going for committee meeting (.1). |
| B130 07/31/26 | Asset Disposition R. Biblo Block | 2.40 | 3,960.00 | Review document related to Pine Forest Sale (.4); correspond with UCC advisors re same (.1); conference with M3 team re auction (.4); prepare limited objection and reservation of rights for private Pine Forest sale (.5); research re same (.6); review correspondence from debtors' counsel re same (.1); correspond with debtors' counsel re same (.1); conferences with D. Azman re auction process (.1); correspond with lenders' counsel re same (.1). |
| B130 07/31/26 | Asset Disposition K. Going | 2.10 | 4,116.00 | Review M3 deck on auction results (.8); review responses from final bidding (1.3). |
| B130 07/31/26 | Asset Disposition D. Azman | 1.70 | 3,162.00 | Review second round bids (.5); conference with M3 team re same (1.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 07/13/26 | Mtgs/Communications w/Creditor K. Going | 6.80 | 13,328.00 | Conference with Tavezio, Cole Schotz, Robinson + Cole and M3 teams re food vendor issues (1.3); conference with K. Smith Brown re UCC status updates (1.1); review draft UCC bylaws (1.6); correspond with C. Dingman and R. Biblo Block re same (2.8). |
| B150 07/13/26 | Mtgs/Communications w/Creditor C. Dingman | 0.70 | 1,074.50 | Draft, revise Committee bylaws (.3); correspond with Committee re same (.4). |
| B150 07/13/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.20 | 330.00 | Review correspondence re UCC bylaws (.1); correspond with C. Dingman re draft update correspondence to UCC (.1). |
| B150 07/15/26 | Mtgs/Communications w/Creditor K. Going | 1.20 | 2,352.00 | Conference w/Committee advisors re UCC meeting. |
| B150 07/15/26 | Mtgs/Communications w/Creditor L. Knight | 2.90 | 3,262.50 | Review and analyze upcoming key deadlines (.7); draft and revise summary re same (1.3); conference with internal group re Committee deck (.5); correspond w/J. Weiss re Agenda (.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 07/15/26 | Mtgs/Communications w/Creditor C. Dingman | 1.30 | 1,995.50 | Review, revise Committee bylaws (.4); review, revise presentation for committee meeting (.9). |
| B150 07/16/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.50 | 825.00 | Prepare for weekly UCC meeting (.5). |
| B150 07/16/26 | Mtgs/Communications w/Creditor L. Knight | 9.30 | 10,462.50 | Review, analyze, and implement comments re Committee deck (2.5); conference w/C. Dingman re same (.5); draft and revise summary re case developments and next steps (2.9); review and analyze M3 deck (1.1); revise and update legal deck re same (2.3). |
| B150 07/16/26 | Mtgs/Communications w/Creditor D. Azman | 2.40 | 4,464.00 | Review and revise UCC deck (1.4); prepare for weekly UCC meeting (1.0). |
| B150 07/16/26 | Mtgs/Communications w/Creditor C. Dingman | 8.50 | 13,047.50 | Draft, revise presentation for committee meeting (4.2); review DIP financing issues re same (.8); review court docket re case timeline re same (.8); review, analyze bid procedures re same (.9); conference with L. Knight re same (.3); review M3 presentation for committee meeting (1.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 07/17/26 | Mtgs/Communications w/Creditor L. Knight | 4.90 | 5,512.50 | Update and revise committee deck (.8); correspond w/C. Dingman re same (.7); conference w/Committee re weekly update (1.6); draft and revise minutes re same (1.4); correspond w/J. Weiss re Committee outreach (.4). |
| B150 07/17/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.70 | 2,805.00 | Prepare for weekly UCC meeting (.4); participate in same (1.3). |
| B150 07/17/26 | Mtgs/Communications w/Creditor D. Azman | 2.40 | 4,464.00 | Prepare for weekly UCC meeting (1.1); attend same (1.3). |
| B150 07/17/26 | Mtgs/Communications w/Creditor C. Dingman | 2.40 | 3,684.00 | Participate in committee meeting (1.4); review, revise presentation re same (.6); correspond with L. Knight, J. Weiss, and R. Block re same (.4). |
| B150 07/20/26 | Mtgs/Communications w/Creditor C. Dingman | 0.80 | 1,228.00 | Draft, revise correspondence to Committee (.6); correspond with Committee (.2). |
| B150 07/22/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.70 | 1,155.00 | Correspond with MWS team re materials for weekly UCC meeting (.1); research re same (.3); review correspond with to UCC re case updates (.2); correspond with MWS |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | team re same (.1). |
| B150 07/22/26 | Mtgs/Communications w/Creditor L. Knight | 6.00 | 6,750.00 | Review and analyze docket updates (1.2); draft and revise update memo re same (1.8); correspond w/internal group re same (3.0). |
| B150 07/22/26 | Mtgs/Communications w/Creditor C. Dingman | 1.80 | 2,763.00 | Draft correspondence to Committee re case status (.9); review docket updates re same (.9). |
| B150 07/23/26 | Mtgs/Communications w/Creditor R. Biblo Block | 2.20 | 3,630.00 | Participate in standing conference with UCC advisors re upcoming standing conference with UCC (.8); conference with C. Dingman re same (.1); review materials for same (1.0); prepare for conference on same (.3). |
| B150 07/23/26 | Mtgs/Communications w/Creditor D. Azman | 1.40 | 2,604.00 | Prepare for weekly UCC call (1.4). |
| B150 07/23/26 | Mtgs/Communications w/Creditor C. Dingman | 3.60 | 5,526.00 | Review, revise weekly Committee presentation (3.1); correspond with L. Knight re same (.2); review agenda re same (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 07/24/26 | Mtgs/Communications w/Creditor R. Biblo Block | 2.40 | 3,960.00 | Conference with D. Azman re upcoming UCC standing conference (.3); prepare for same (.7); participate in same (1.2); review materials related to same (.1); send same to UCC members (.1). |
| B150 07/24/26 | Mtgs/Communications w/Creditor L. Knight | 4.00 | 4,500.00 | Prepare for and participate in weekly conference with Committee (2.1); correspond with J. Weiss re minutes from prior Committee meeting (.4); draft and revise minutes re same (1.5). |
| B150 07/24/26 | Mtgs/Communications w/Creditor D. Azman | 2.10 | 3,906.00 | Prepare for weekly UCC call (.5); review materials re: same (.9); attend same (.7) |
| B150 07/24/26 | Mtgs/Communications w/Creditor C. Dingman | 0.90 | 1,381.50 | Participate in weekly committee meeting (.7); prepare for same (.2). |
| B150 07/24/26 | Mtgs/Communications w/Creditor J. Weiss | 3.10 | 3,053.50 | Draft, revise and circulate minutes of today's committee meeting (2.4); participate in weekly UCC meeting and record meeting minutes (0.7). |
| B150 07/27/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.60 | 990.00 | Conference with representative of potential creditor (.3); conference with creditor (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 07/30/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.10 | 1,815.00 | Participate in standing UCC professionals conference (.2); review materials for standing conference with UCC (.8); correspond with M3 team re same (.1). |
| B150 07/31/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.80 | 2,970.00 | Prepare for (.3) and participate in weekly UCC meeting (.8); conference with K. Going re same (.3); conference with UCC member re auction and sale process (.4). |
| B150 07/31/26 | Mtgs/Communications w/Creditor K. Going | 1.50 | 2,940.00 | Prepare for Committee meeting (.3); participate in same (1.2). |
| B150 07/31/26 | Mtgs/Communications w/Creditor C. Dingman | 1.00 | 1,535.00 | Attend committee meeting (.7); correspond with Committee re same (.3). |
| B155 07/17/26 | Court Hearings D. Momborquette | 1.90 | 4,398.50 | Participate in court hearing on DIP facilities (1.9). |
| B155 07/19/26 | Court Hearings D. Momborquette | 1.20 | 2,778.00 | Draft and revise of M3 prep points (.6); conduct direct exam re same (.6). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155 07/20/26 | Court Hearings R. Biblo Block | 2.00 | 3,300.00 | Participate in DIP hearing. |
| B155 07/20/26 | Court Hearings J. Weiss | 1.50 | 1,477.50 | Participate in hearing re DIP/cash collateral and second day motions. |
| B155 07/20/26 | Court Hearings L. Knight | 2.60 | 2,925.00 | Review and analyze hearing agenda (.3); correspond w/internal group re same (.3); prepare for and participate in DIP and second day hearing (2.0). |
| B155 07/20/26 | Court Hearings D. Azman | 2.60 | 4,836.00 | Prepare for 7/20 hearing re DIP financing and second day motions (1.4); participate in same (1.2). |
| B155 07/20/26 | Court Hearings N. Alindogan | 2.00 | 1,820.00 | Telephonically attend hearing. |
| B155 07/20/26 | Court Hearings C. Dingman | 2.00 | 3,070.00 | Attend and participate in second day hearing. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160<br>07/10/26 | Fee/Employment Applications<br>D. Boll | 1.40 | 2,387.00 | Confer with D. Azman (.1), C. Dingman and R. Block (.1) re representation and conflicts clearance; prepare materials for conflicts department and exhibit for retention application (1.2). |
| B160<br>07/12/26 | Fee/Employment Applications<br>D. Boll | 1.30 | 2,216.50 | Analyze potential adverse parties data for retention application. |
| B160<br>07/13/26 | Fee/Employment Applications<br>N. Alindogan | 0.10 | 91.00 | Review correspondence re connections disclosure for retention application. |
| B160<br>07/13/26 | Fee/Employment Applications<br>D. Boll | 2.20 | 3,751.00 | Prepare retention application exhibit (.5); prepare and analyze materials for conflicts analysis (1.7). |
| B160<br>07/13/26 | Fee/Employment Applications<br>J. Weiss | 2.60 | 2,561.00 | Review and analyze first day motions and interim orders re interim compensation (.4); draft and revise memo re same (.8); review and analyze CRO retention (.7); draft and revise memo re same (.7). |
| B160<br>07/17/26 | Fee/Employment Applications<br>N. Alindogan | 0.40 | 364.00 | Research form of UCC counsel retention application and draft same. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 07/22/26 | Fee/Employment Applications N. Alindogan | 1.70 | 1,547.00 | Review and revise draft of retention application. |
| B160 07/23/26 | Fee/Employment Applications N. Alindogan | 0.40 | 364.00 | Research re precedent FA retention application in NJ (.2); email with MWS team re same (.1); email with L. Knight re draft of MWS retention application (.1). |
| B160 07/27/26 | Fee/Employment Applications L. Knight | 1.50 | 1,687.50 | Review and analyze conflicts re retention application (1.2); correspond w/R. Biblo Block re same (.3). |
| B160 07/28/26 | Fee/Employment Applications L. Knight | 0.80 | 900.00 | Draft and revise retention application. |
| B160 07/29/26 | Fee/Employment Applications N. Alindogan | 0.20 | 182.00 | Confer with L. Knight re professional rate ranges for disclosure in retention application. |
| B160 07/29/26 | Fee/Employment Applications L. Knight | 7.00 | 7,875.00 | Review and analyze conflict disclosures (1.9); review and analyze billing correspondence re PPP matter (1.1); draft and revise retention application (3.1); correspond w/R. Biblo Block re same (.9). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160<br>07/30/26 | Fee/Employment Applications<br>L. Knight | 6.50 | 7,312.50 | Review and analyze correspondence re conflict disclosures (2.5); draft and revise retention application (3.5); correspond w/R. Biblo Block re same (.5). |
| B180<br>07/21/26 | Avoidance Action Analysis<br>D. Momborquette | 4.70 | 10,880.50 | Review materials re possible avoidance actions (2.6); conference with MWS team re document requests to debtors and lenders (2.1). |
| B180<br>07/22/26 | Avoidance Action Analysis<br>R. Biblo Block | 0.20 | 330.00 | Review materials related to prepetition secured liens and claims against the debtors. |
| B180<br>07/22/26 | Avoidance Action Analysis<br>D. Momborquette | 4.80 | 11,112.00 | Review and analyze potential RFPs (2.1); draft and revise chronology re discovery requests/deposition outlines (2.7). |
| B180<br>07/23/26 | Avoidance Action Analysis<br>D. Momborquette | 3.70 | 8,565.50 | Participate in UCC advisor standing conference (.9); revise draft discovery responses (2.8). |
| B180<br>07/24/26 | Avoidance Action Analysis<br>D. Momborquette | 3.10 | 7,176.50 | Draft and revise discovery request material to Debtors (1.9); analyze and comment on draft discovery materials to bondholders (1.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B180 07/26/26 | Avoidance Action Analysis D. Momborquette | 2.40 | 5,556.00 | Update and revise bondholder discovery request material (1.4); draft communication to debtor re discovery priority (1.0). |
| B180 07/27/26 | Avoidance Action Analysis D. Momborquette | 1.30 | 3,009.50 | Revise discovery requests to bondholders. |
| B180 07/28/26 | Avoidance Action Analysis D. Momborquette | 5.10 | 11,806.50 | Correspond w/internal group re DAMIS subpoena (.1); review and analyze Willow Lake pleadings (.7); review camp operating agreements (1.9); draft and revise documents related to same (2.4). |
| B180 07/30/26 | Avoidance Action Analysis D. Momborquette | 4.00 | 9,260.00 | Research re bond payments (3.3); conference w/internal group re Mishmeret subpoena (.1); prepare for Debtor meet and confer (.6). |
| B180 07/31/26 | Avoidance Action Analysis D. Momborquette | 2.70 | 6,250.50 | Correspond with MWS re Mishmeret subpoena (.1); prepare for and participate in Debtor meet and confer (1.1); correspond w/J. Terry re file sharing organization (.1); review, analyze, and comment on draft DAMIS RFPs (1.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B185 07/22/26 | Assumption/Rejection of Leases J. Weiss | 1.20 | 1,182.00 | Review and analyze assumption schedules (.8); draft committee correspondence re same (.4). |
| B185 07/23/26 | Assumption/Rejection of Leases L. Knight | 2.70 | 3,037.50 | Conference with Committee advisors re SIMAD matters (1.0); conference with C. Dingman re cure objection (1.1); correspond with internal group re same (.6). |
| B185 07/30/26 | Assumption/Rejection of Leases D. Thomson | 0.20 | 329.00 | Correspond with K. Going re contract assumption issues (.2). |
| B185 07/31/26 | Assumption/Rejection of Leases D. Thomson | 1.30 | 2,138.50 | Multiple correspondence with K. Going re assumption issues (.2); revise assumption notice reservation of rights per comments from K. Going (.7); correspond with MWS team re filing of ROR (.2); finalize ROR for filing (.1); correspond with local counsel re filing of same (.1). |
| B190 07/11/26 | Other Contested Matters R. Biblo Block | 1.20 | 1,980.00 | Conference with C. Dingman re matters set for hearing on July 16 (.8); review documents related to same (.4). |

**One Vanderbilt Avenue New York, NY 10017-3852 Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Schulte LLP.*

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190<br>07/12/26 | Other Contested Matters<br>R. Biblo Block | 0.60 | 990.00 | Conference with C. Dingman re matters set for hearing (.2); conference with J. Weiss re same (.4). |
| B190<br>07/13/26 | Other Contested Matters<br>L. Knight | 9.00 | 10,125.00 | Review and analyze precedent re avoidance (2.4); correspond with internal group re same (.6); draft and revise memo re first day orders (3.1); correspond with internal group re same (2.9). |
| B190<br>07/14/26 | Other Contested Matters<br>R. Biblo Block | 0.50 | 825.00 | Conference with C. Dingman re first day motions and orders. |
| B190<br>07/17/26 | Other Contested Matters<br>J. Gerber | 5.50 | 11,440.00 | Draft and revise discovery requests (3.2); correspond with internal team re same (2.3). |
| B190<br>07/23/26 | Other Contested Matters<br>J. Gerber | 5.40 | 11,232.00 | Draft and revise debtor discovery requests (4.7); conference w/committee professionals re same (.2); conference w/ lit team re document requests (.2); revise subpoena (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B190 07/24/26 | Other Contested Matters J. Gerber | 3.20 | 6,656.00 | Draft cover letter for debtor requests (.7); review and analyze draft requests to Mishmeret (1.9); correspond with lit team re Mishmeret requests (.6). |
| B190 07/26/26 | Other Contested Matters J. Gerber | 0.80 | 1,664.00 | Revise draft cover letter for Mishmeret discovery requests (.3); draft subpoena (.2); correspond with lit team re priority of discovery requests (.3). |
| B190 07/28/26 | Other Contested Matters J. Gerber | 0.90 | 1,872.00 | Correspond with lit team re discovery requests (.2); review complaint related to non-debtor camp (.4); correspond with lit team re same (.3). |
| B190 07/30/26 | Other Contested Matters J. Gerber | 0.80 | 1,664.00 | Conference with lit team re potential prepetition financings (.3); conference w/Committee advisors re critical workstreams (.2); correspond with MWS team re auction status (.3). |
| B190 07/31/26 | Other Contested Matters J. Gerber | 0.80 | 1,664.00 | Participate in discovery meet and confer with debtor (.5); correspond w/internal group re discovery (.3). |
| B195 07/27/26 | Non-Working Travel R. Biblo Block | 6.00 | 4,950.00 | Travel from Dallas to New Jersey for auction. (REDUCED by 50%) |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B195<br>07/27/26 | Non-Working Travel<br>C. Dingman | 8.40 | 6,447.00 | Travel from Chicago to New Jersey for auction. (REDUCED by 50%). |
| B195<br>07/30/26 | Non-Working Travel<br>R. Biblo Block | 3.50 | 2,887.50 | Travel from New York to Dallas following auction. (REDUCED by 50%) |
| B195<br>07/30/26 | Non-Working Travel<br>C. Dingman | 6.70 | 5,142.25 | Travel from New Jersey to Chicago following Auction. (REDUCED by 50%) |
| B210<br>07/13/26 | Business Operations<br>R. Biblo Block | 1.20 | 1,980.00 | Review and analyze correspondence re debtor operational issues (.1); conference with UCC member and Committee advisors re camp operational issues (.4); review cash management order (.4); review draft final orders for operational motions (.3). |
| B210<br>07/13/26 | Business Operations<br>J. Weiss | 1.30 | 1,280.50 | Review and analyze proposed order re utilities (.7); and draft and revise memo re same (.6). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B220 07/12/26 | Employee Benefits/Pensions J. Weiss | 1.40 | 1,379.00 | Review and analyze wages order (.6); draft and revise memo re same (.8). |
| B220 07/13/26 | Employee Benefits/Pensions C. Dingman | 0.30 | 460.50 | Review wages motion. |
| B220 07/14/26 | Employee Benefits/Pensions L. Knight | 3.50 | 3,937.50 | Review, analyze, and comment on wages order (2.6); correspond w/internal group re same (.9). |
| B220 07/14/26 | Employee Benefits/Pensions R. Biblo Block | 1.20 | 1,980.00 | Review draft final wages order (.2); conference with C. Dingman re wages final order and insurance final order (.1); conference with Committee advisors re final orders on first day motions (.7); conference with C. Dingman re same (.1); correspond with K. Going re same (.1). |
| B220 07/14/26 | Employee Benefits/Pensions C. Dingman | 0.90 | 1,381.50 | Review, analyze wages motion (.6); review, analyze issues re same (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B220 07/17/26 | Employee Benefits/Pensions R. Biblo Block | 0.10 | 165.00 | Review revised final wages order. |
| B230 07/12/26 | Financing/Cash Collections R. Biblo Block | 6.40 | 10,560.00 | Conference with D. Bass re cash collateral order (.2); correspond w/ C. Dingman re same (.1); conference with D. Bass re same (.1); review cash collateral order (.5); review objection related to same (.4); research related to same (.4); correspond w/internal group re same (.1); review DIP financing documents (3.9); review draft update correspondence to UCC members (.3); correspond with internal group re prepetition secured debt (.2); review document related to same (.2). |
| B230 07/13/26 | Financing/Cash Collections C. Dingman | 4.80 | 7,368.00 | Review, revise cash management order (.9); correspond with MWS team re same (.9); review cash management motion (1.1); draft summary re same (.9); draft issues list re same (.7); conference w/internal group re lien issues (.3). |
| B230 07/13/26 | Financing/Cash Collections R. Biblo Block | 7.80 | 12,870.00 | Review and analyze DIP financing documents (3.8); draft and revise issues list re same (3.2); conference with K. Suh and C. Dingman re prepetition debt obligations (.2); research re DIP financing issues (.6). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 07/13/26 | Financing/Cash Collections K. Suh | 0.90 | 1,534.50 | Conference with R. Block re perfection analysis (.3); conference w/internal group re DIP issues (.2); review and analyze DIP orders (.4). |
| B230 07/13/26 | Financing/Cash Collections J. Weiss | 1.60 | 1,576.00 | Review and analyze cash management order (.5); draft and revise memo re same (.8); review Mesorah default notice (.3). |
| B230 07/13/26 | Financing/Cash Collections D. Azman | 1.20 | 2,232.00 | Develop strategy re DIP and sale issues (1.2). |
| B230 07/14/26 | Financing/Cash Collections R. Biblo Block | 8.90 | 14,685.00 | Review DIP financing documents (6.8); draft issues list (.5); conference with E. Lazerowitz re cash collateral and DIP financing orders (.1); conference with MWS team and Cole Schotz team re DIP financing and sale process (.8); conference with C. Dingman re same (.2); correspond with K. Going re same (.3); conference with K. Going re same (.2). |
| B230 07/14/26 | Financing/Cash Collections K. Going | 3.60 | 7,056.00 | Conference w/Cole Schotz team re notice of EOD (.3); conference w/ R. Biblo Block re same (.5); review interim DIP orders (.8); conference with debtors' professionals re same (.7); correspond with UCC professionals re same (1.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task /<br>Date | Desc. /<br>Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230<br>07/14/26 | Financing/Cash Collections<br>C. Dingman | 3.30 | 5,065.50 | Review, analyze cash management issues (.7); draft issues list re same (.9); review cash management motion re same (.7); revise order re same (.3); conference with CS team re financing issues (.7). |
| B230<br>07/14/26 | Financing/Cash Collections<br>D. Azman | 1.40 | 2,604.00 | Develop strategy re DIP and sale issues (1.4). |
| B230<br>07/15/26 | Financing/Cash Collections<br>R. Biblo Block | 10.70 | 17,655.0<br>0 | Review documents in connection with drafting objections to DIP financing (1.0); correspond with K. Going and D. Azman re same (.1); research re same (2.1); correspond with debtors' team re DIP financing (.2); draft DIP objection (7.1); draft issues lists re DIP financings (.2) |
| B230<br>07/15/26 | Financing/Cash Collections<br>K. Going | 2.20 | 4,312.00 | Conference w/internal group re DIP issues (1.5); review DIP issues list (.7). |
| B230<br>07/15/26 | Financing/Cash Collections<br>D. Azman | 1.70 | 3,162.00 | Review and address DIP issues (1.7). |

Case 26-13638-MG Doc 1033 Filed 08/18/26 Entered 08/18/26 12:10:03 Main Document Page 65 of 490

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 07/15/26 | Financing/Cash Collections L. Knight | 4.70 | 5,287.50 | Conference w/internal group re DIP objection (.8); draft and revise summary re same (2.8); conference w/M3 team re DIP funding (1.1). |
| B230 07/15/26 | Financing/Cash Collections N. Alindogan | 0.20 | 182.00 | Research re precedent form of UCC objection to DIP financing. |
| B230 07/15/26 | Financing/Cash Collections K. Suh | 1.50 | 2,557.50 | Review financing pleadings (.8); conference with R. Block re filing background (.4); review primary documents (.3). |
| B230 07/15/26 | Financing/Cash Collections C. Dingman | 3.40 | 5,219.00 | Review cash collateral motion (1.1); draft issues list re same (1.6); review, analyze cash management issues (.6); conference with Debtors' counsel re same (.1). |
| B230 07/15/26 | Financing/Cash Collections D. Northrop | 1.40 | 1,274.00 | Research to obtain sample/precedent for UCC DIP objections (1.2); correspond with R. Block re same (.2). |
| B230 07/15/26 | Financing/Cash Collections L. Knight | 4.00 | 4,500.00 | Review and analyze DIP facilities (1.6); draft and revise memo re same (2.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 07/16/26 | Financing/Cash Collections R. Biblo Block | 16.70 | 27,555.00 | Draft DIP objection (10.3); research re same (3.1); conference with K. Going re same (.2); review documents re same (1.0); conference with MWS, RC, CS, and bondholders' counsel re DIP financing (.8); conference with MWS, RC, and M3 team re same (.7); revise draft final bondholder DIP order (.6). |
| B230 07/16/26 | Financing/Cash Collections L. Knight | 6.80 | 7,650.00 | Conference w/internal group, M3, and RC re DIP funding (1.4); conference w/CS and counsel to BH DIP re issues list and DIP Funding need (1.6); review and analyze each DIP facility (.8); correspond w/C. Dingman re same (.5); draft and revise summary re ancillary DIP facilities (.8); correspond w/R. Biblo Block re same (.7); draft and revise summary re DIP comps (.6); correspond w/R. Biblo Block re same (.4). |
| B230 07/16/26 | Financing/Cash Collections N. Alindogan | 0.40 | 364.00 | Obtain and circulate DIP motions in preparation for upcoming hearing. |
| B230 07/16/26 | Financing/Cash Collections K. Going | 8.30 | 16,268.00 | Prepare for and participate in conference with debtors' advisors re proposed final DIP order (1.4); conference with UCC professionals re related DIP issues list (2.8); review draft objection to proposed |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | DIP order (2.8); conference w/ internal team re same (1.3). |
| B230 07/16/26 | Financing/Cash Collections D. Thomson | 3.20 | 5,264.00 | Review DIP financing and cash collateral documents (1.5); preliminary research re merchant cash advance issues (1.7). |
| B230 07/16/26 | Financing/Cash Collections K. Suh | 4.50 | 7,672.50 | Review DIP documents re shared drive (.4); review and organize Israel Bond Offering documents (.6); review real property documents (.3); review first day filing and cash management filings (.7); confer with each of R. Block, J. Hirshon and Z. Ho (.5); review lien searches and summary prepared by Debtor's counsel (1.5); review Debtors organizational information (.5). |
| B230 07/16/26 | Financing/Cash Collections C. Dingman | 2.70 | 4,144.50 | Conference with CS team and lenders re DIP issues (.8); analyze cash collateral issues (.6); review DIP orders, cash collateral orders re challenge period issues (1.3). |
| B230 07/16/26 | Financing/Cash Collections J. Weiss | 1.00 | 985.00 | Conference with M3 team re DIP financing (.6); correspond w/internal group re same (.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 07/16/26 | Financing/Cash Collections D. Azman | 2.50 | 4,650.00 | Conferences with lenders and debtors re DIP issues (1.9); conference with MWS team re same (.6). |
| B230 07/17/26 | Financing/Cash Collections L. Knight | 8.70 | 9,787.50 | Conference w/internal group re DIP objection (1.4); review, analyze, and comment on DIP objection (2.6); correspond w/R. Biblo Block and C. Dingman re same (.8); review and analyze citations (1.1); update and revise DIP objection re same (1.8); review DIP objection exhibits (.3); correspond w/RC and M3 team re same (.7). |
| B230 07/17/26 | Financing/Cash Collections R. Biblo Block | 13.80 | 22,770.00 | Revise proposed final DIP order (2.0); research related to same (4.5); correspond with MWS team re same (.3); conference with counsel to creditor and MWS re same (.2); revise objection to same (4.2); conference with CS team re DIP order (.3); conference with MWS team re DIP financing (.4); conference with MWS team re hearing on DIP financing (.5); correspond with MWS team re same (.2); review discovery re same (.5); research re same (.5); correspond with MWS and RC teams re same (.5). |

Case 26-16338-CMG Doc 1543 Filed 08/28/26 Entered 08/28/26 13:21:50 Desc Main Document Page 69 of 489

McDermott Will & Schulte

| Rolling Hills Landco Creditors' Committee | Client: | 153076 |
|---|---|---|
| | Invoice: | 4703432 |
| | Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 07/17/26 | Financing/Cash Collections N. Alindogan | 0.40 | 364.00 | Obtain cases cited in DIP motion. |
| B230 07/17/26 | Financing/Cash Collections C. Dingman | 10.80 | 16,578.00 | Draft, revise DIP financing objection (5.4); research re same (2.6); correspond with R. Block re same (.6); correspond with D. Azman re same (.3); review bondholder DIP re same (.3); review, analyze exhibits re same (.6); review, analyze cash collateral issues (.6); conference with D. Bass re same (.4). |
| B230 07/17/26 | Financing/Cash Collections J. Stein | 0.40 | 622.00 | Participate in conference re perfection. |
| B230 07/17/26 | Financing/Cash Collections K. Suh | 2.80 | 4,774.00 | Review documents in Debtor's sharefile (1.4); review first day filing (.6); conference with R. Block, Z. Ho, M. Adams, S. Horowitz (.7); confer with J. Hirshon (.1). |
| B230 07/17/26 | Financing/Cash Collections J. Weiss | 6.40 | 6,304.00 | Research and analyze precedent re DIP financing objection (3.5); correspond w/internal group re same (2.9). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 07/17/26 | Financing/Cash Collections D. Azman | 1.10 | 2,046.00 | Negotiate with lenders and debtors re DIP order (.6); conference with MWS team re same (.5). |
| B230 07/18/26 | Financing/Cash Collections R. Biblo Block | 6.00 | 9,900.00 | Conference with D. Momborquette re DIP objection (.3); conference with C. Dingman re same (.5); conference with E. Lazerowitz re same (.2); prepare for hearing on same (1.3); review documents related to same (3.2); conferences with D. Azman re same (.1); conferences with D. Momborquette re same (.4). |
| B230 07/18/26 | Financing/Cash Collections D. Azman | 2.80 | 5,208.00 | Negotiate re DIP (2.2); develop strategy re same (.6). |
| B230 07/18/26 | Financing/Cash Collections C. Dingman | 3.60 | 5,526.00 | Review, analyze cash collateral issues (.9); correspond with MWS team re same (1.1); review, revise cash management order (.9); correspond with M3 team re same (.7). |
| B230 07/19/26 | Financing/Cash Collections D. Azman | 2.30 | 4,278.00 | Negotiate re DIP (1.9); conference with MWS team re same (.4). |

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 07/19/26 | Financing/Cash Collections R. Biblo Block | 10.90 | 17,985.00 | Prepare for hearing on DIP financing (2.3); conferences with D. Azman re same (.2); revise final DIP order (2.5); circulate same to Chapman and Cole Schotz teams (.2); review notice of withdrawal (.1); correspond with E. Lazerowitz (.2); review revised DIP order (.5); correspond with MWS team and RC team re same (.1); correspond with E. Lazerowitz re same (.2); revise DIP order (2.1); conference with DIP lenders' counsel (.1); circulate same to Cole Schotz and DIP lenders' counsel (.2); conference with E. Lazerowitz re same (.3); correspond with D. Azman re same (.2); review DIP financing consent orders (.6); review DIP credit agreement (.4); correspond with MWS team re same (.2); correspond with N. Weber re same (.1); review documents related to same (.4). |
| B230 07/19/26 | Financing/Cash Collections D. Thomson | 2.60 | 4,277.00 | Review prepetition financing agreements. |
| B230 07/19/26 | Financing/Cash Collections C. Dingman | 1.30 | 1,995.50 | Analyze cash management issues (.3); review, revise order re same (.3); correspond with M3 team re same (.3); correspond with CS team re same (.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 07/20/26 | Financing/Cash Collections R. Biblo Block | 4.90 | 8,085.00 | Review DIP documents (2.5); research re same (.5); prepare materials for hearing on same (.8); correspond with MWS team re same (.3); review revised DIP credit agreement (.4); correspond with MWS team re same (.1); revise same (.2); email same to lenders' counsel and debtors' counsel (.1). |
| B230 07/20/26 | Financing/Cash Collections L. Knight | 6.00 | 6,750.00 | Analyze bid procedures milestones (.8); correspond with R. Biblo Block re bid procedures milestones (.2); draft update re hearing agenda and bid procedures milestones (1.4); revise update re hearing agenda and bid procedures milestones (.7); correspond with internal group re hearing agenda and bid procedures milestones (.3); draft and revise Committee memo re same (2.6). |
| B230 07/20/26 | Financing/Cash Collections R. Orloff | 1.20 | 2,262.00 | Review DIP credit agreement. |
| B230 07/20/26 | Financing/Cash Collections K. Suh | 0.50 | 852.50 | Correspond with Z. Ho and R. Block re real property review. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 07/21/26 | Financing/Cash Collections R. Biblo Block | 1.30 | 2,145.00 | Conference with D. Harris re DIP financing (.2); review documents related to same (.5); correspond with MWS team re same (.1); conference with E. Lazerowitz re issues related to same (.5). |
| B230 07/21/26 | Financing/Cash Collections K. Suh | 1.60 | 2,728.00 | Review Israeli Bondholder documents (.5); review DIP disclosure schedules re assets (.5); confer with R. Block re same (.2); confer with Z. Ho and M. Adams re real property assets (.4). |
| B230 07/22/26 | Financing/Cash Collections D. Azman | 0.40 | 744.00 | Correspond with MWS team re: lien investigation (.4). |
| B230 07/22/26 | Financing/Cash Collections R. Biblo Block | 1.00 | 1,650.00 | Review DIP financing orders (.3); correspond with C. Dingman re same (.1); review Pine Forest amended consent order (.4); review documents related to same (.2). |
| B230 07/22/26 | Financing/Cash Collections K. Suh | 0.40 | 682.00 | Review owner and encumbrance reports (.3); confer with M. Adams re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 07/22/26 | Financing/Cash Collections C. Dingman | 0.70 | 1,074.50 | Review, analyze HTB DIP issues. |
| B230 07/23/26 | Financing/Cash Collections R. Biblo Block | 0.50 | 825.00 | Review documents related to prepetition financing and DIP financing. |
| B230 07/23/26 | Financing/Cash Collections K. Suh | 0.90 | 1,534.50 | Review background summary (.3); review real property report (.2); review status of lien search review (.2); confer with R. Block re same (.2). |
| B230 07/23/26 | Financing/Cash Collections D. Thomson | 3.60 | 5,922.00 | Review merchant cash advance and other short term financing agreements. |
| B230 07/23/26 | Financing/Cash Collections C. Dingman | 4.70 | 7,214.50 | Review, analyze CBNA DIP (1.7); draft issues list re same (.8); review, analyze Bluestar DIP (1.1); draft issues list re same (1.1). |
| B230 07/24/26 | Financing/Cash Collections R. Biblo Block | 2.20 | 3,630.00 | Review Bluestar interim DIP financing order (1.0); correspond with C. Dingman re same (.1); conference with C. Dingman re same (.1); review Pine Forest consent DIP (.5); research re same (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 07/24/26 | Financing/Cash Collections C. Dingman | 0.30 | 460.50 | Correspond with MWS team re DIP issues. |
| B230 07/24/26 | Financing/Cash Collections D. Thomson | 2.70 | 4,441.50 | Review short-term financing agreements. |
| B230 07/26/26 | Financing/Cash Collections R. Biblo Block | 0.30 | 495.00 | Review draft limited objection and ROR re Bluestar and Chateaguay DIP financings. |
| B230 07/26/26 | Financing/Cash Collections K. Suh | 0.70 | 1,193.50 | Review loan documents and perfection summary re Wayne Bank and Mizzen (.4); confer with R. Block and M. Adams re same (.3). |
| B230 07/26/26 | Financing/Cash Collections C. Dingman | 2.20 | 3,377.00 | Draft ROR re CBNA and HTB DIP. |
| B230 07/27/26 | Financing/Cash Collections R. Biblo Block | 0.60 | 990.00 | Review Pine Forest DIP consent order (.2); conference with K. Suh re Mesorah DIP and secured debt (.2); correspond with MWS team re same (.1); correspond with CS re Pine Forest DIP consent order (.1). |

McDermott Will & Schulte

| Rolling Hills Landco Creditors' Committee | Client: | 153076 |
|---|---|---|
| | Invoice: | 4703432 |
| | Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230<br>07/27/26 | Financing/Cash Collections<br>K. Suh | 5.60 | 9,548.00 | Review Management loan documents and Wayne Bank loan documents (1.6); coordinate review of lien search results and organizational documents for Debtors (1.4); coordinate review of real property documents (2.6). |
| B230<br>07/28/26 | Financing/Cash Collections<br>R. Biblo Block | 0.10 | 165.00 | Correspond w/ CS team re Pine Tree amended consent order. |
| B230<br>07/28/26 | Financing/Cash Collections<br>D. Thomson | 2.20 | 3,619.00 | Draft background for memo re MCA financings. |
| B230<br>07/28/26 | Financing/Cash Collections<br>C. Dingman | 1.30 | 1,995.50 | Review, analyze issues re HomeTrust Bank DIP. |
| B230<br>07/28/26 | Financing/Cash Collections<br>K. Suh | 6.20 | 10,571.00 | Review loan documents related to Mishmeret (.8); review Camping Management loan documents for Pine Forest and preparation of summary review analysis (2.2); review Wayne Bank loan documents for Pine Forest and preparation of summary review analysis (3.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 07/29/26 | Financing/Cash Collections K. Suh | 4.40 | 7,502.00 | Revise lien summary review analysis of Wayne Bank for Mesorah (1.8); confer with R. Block re deposit accounts and perfection results for Wayne Bank (1.2); revise lien summary review analysis re Pine Forest (1.4). |
| B230 07/29/26 | Financing/Cash Collections D. Thomson | 3.80 | 6,251.00 | Draft summaries of obligations under short-term financing agreements. |
| B230 07/30/26 | Financing/Cash Collections R. Biblo Block | 0.30 | 495.00 | Review correspondence re DIP financing (.2); correspond with C. Dingman re same (.1). |
| B230 07/30/26 | Financing/Cash Collections K. Suh | 3.90 | 6,649.50 | Review Wayne Bank and Mizzen Capital loan documents to Pine Forest (2.8); confer with R. Block re same (1.1). |
| B230 07/31/26 | Financing/Cash Collections R. Biblo Block | 0.40 | 660.00 | Conference with K. Suh re lien investigation (.2); review documents re same (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 07/31/26 | Financing/Cash Collections K. Going | 2.70 | 5,292.00 | Review DIP correspondence and documents re Pine Forest and Kiwi. |
| B230 07/31/26 | Financing/Cash Collections K. Suh | 4.80 | 8,184.00 | Review loan documents from Wayne Bank for Pine Forest and preparation of lien summary (1.8); review loan documents from Mizzen Capital for Pine Forest and preparation of lien summary (2.2); confer with R. Block re same (.8). |
| B250 07/16/26 | Real Estate Z. Ho | 0.40 | 780.00 | Correspond with K. Suh re real estate diligence. |
| B250 07/17/26 | Real Estate Z. Ho | 0.60 | 1,170.00 | Conference w/internal group re diligence needed for filing. |
| B250 07/17/26 | Real Estate M. Adams | 0.60 | 675.00 | Conference with K. Suh and Z. Ho re title commitments. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B250 07/22/26 | Real Estate M. Adams | 1.20 | 1,350.00 | Review and summarize real estate items. |
| B250 07/23/26 | Real Estate S. Horowitz | 2.70 | 2,659.50 | Prepare and review documentation for real estate (1.1); correspond re the same (1.6). |
| B250 07/24/26 | Real Estate M. Adams | 1.00 | 1,125.00 | Review and analyze real estate liens. |
| B250 07/26/26 | Real Estate M. Adams | 0.20 | 225.00 | Review and analyze real estate liens. |
| B250 07/27/26 | Real Estate M. Adams | 2.60 | 2,925.00 | Review and analyze real estate liens. |
| B250 07/27/26 | Real Estate S. Horowitz | 1.80 | 1,773.00 | Prepare real estate documentation (1.1); correspond w/internal group re the same (.7). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B250 07/28/26 | Real Estate M. Adams | 1.20 | 1,350.00 | Review and analyze real estate liens. |
| B250 07/29/26 | Real Estate M. Adams | 0.50 | 562.50 | Review and analyze real estate title policies and liens. |
| B250 07/31/26 | Real Estate M. Adams | 0.20 | 225.00 | Review and analyze real estate liens. |
| B270 07/13/26 | Utilities C. Dingman | 0.70 | 1,074.50 | Review, revise utilities order (.3); review motion re same (.4). |
| B280 07/13/26 | Vendor Matters C. Dingman | 1.00 | 1,535.00 | Review, analyze vendor issues (.5); conference with Committee, Debtors re same (.5). |
| B280 07/14/26 | Vendor Matters L. Knight | 2.50 | 2,812.50 | Review, analyze, and comment on critical vendor order (1.8); correspond with internal group re same (.7). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B280 07/14/26 | Vendor Matters C. Dingman | 1.30 | 1,995.50 | Review, analyze vendor motion (.7); review, revise order re same (.6). |
| B280 07/17/26 | Vendor Matters R. Biblo Block | 0.20 | 330.00 | Review revised final critical vendors order. |
| B280 07/21/26 | Vendor Matters C. Dingman | 1.40 | 2,149.00 | Correspond with committee members re vendor issues (.9); review, analyze issues re same (.5). |
| B290 07/12/26 | Insurance J. Weiss | 1.20 | 1,182.00 | Review and analyze insurance order (.7); draft and revise memo re same (.5). |
| B290 07/14/26 | Insurance L. Knight | 1.20 | 1,350.00 | Review, analyze, and comment on insurance order (.8); correspond w/internal group re same (.4). |
| B290 07/14/26 | Insurance C. Dingman | 1.10 | 1,688.50 | Review, analyze insurance motion (.7); revise insurance order re same (.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B290 07/17/26 | Insurance R. Biblo Block | 0.10 | 165.00 | Review revised final insurance order. |
| B410 07/14/26 | Gen Bankruptcy Advice/Opinions J. Hirshon | 1.80 | 1,242.00 | Review and analyze inventory data room folders (1.1); prepare parties list (.7). |
| B410 07/15/26 | Gen Bankruptcy Advice/Opinions J. Hirshon | 1.50 | 1,035.00 | Review, analyze organizational documents (.5); review, analyze lien searches (.5); draft parties list re same (.5). |
| B410 07/16/26 | Gen Bankruptcy Advice/Opinions J. Hirshon | 1.50 | 1,035.00 | Review, analyze organizational documents (.5); review, analyze lien searches (.5); draft parties list re same (.5). |
| B410 07/17/26 | Gen Bankruptcy Advice/Opinions J. Hirshon | 1.70 | 1,173.00 | Review, analyze organizational documents (.5); review, analyze lien searches (.5); draft parties list re same (.7). |
| B410 07/21/26 | Gen Bankruptcy Advice/Opinions J. Hirshon | 0.70 | 483.00 | Review, analyze organizational documents (.3); review, analyze lien searches (.3); draft parties list re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4703432
Invoice Date: 08/28/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B410 07/23/26 | Gen Bankruptcy Advice/Opinions J. Hirshon | 2.50 | 1,725.00 | Review, analyze organizational documents (.8); review, analyze lien searches (.9); draft parties list re same (.8). |
| B410 07/24/26 | Gen Bankruptcy Advice/Opinions J. Hirshon | 6.50 | 4,485.00 | Review, analyze organizational documents (.9); review, analyze lien searches (1.1); draft analysis re same (4.5). |
| B410 07/28/26 | Gen Bankruptcy Advice/Opinions J. Hirshon | 2.70 | 1,863.00 | Review, analyze organizational documents (.9); review, analyze lien searches (.7); draft analysis re same (1.1). |
| B410 07/29/26 | Gen Bankruptcy Advice/Opinions J. Hirshon | 1.00 | 690.00 | Review, analyze charters (.2); revise previous inventory and lien search results chart (.5); draft analysis re same (.3). |
| B410 07/31/26 | Gen Bankruptcy Advice/Opinions J. Hirshon | 0.50 | 345.00 | Process and review newly received BVI and NY formation documents with respect to SIMAD Holdings, Ltd. (.3); review party inventory to reflect the same (.2). |
| B470 07/17/26 | Litigation D. Momborquette | 2.70 | 6,250.50 | Prepare for 30(b)(6) deposition (2.7). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B470 07/18/26 | Litigation D. Momborquette | 12.20 | 28,243.00 | Finalize trial subpoenas and request for production of documents (1.2); review Committee's DIP objection papers (.8); discuss choice of court reporter with R. Biblo Block (.1); revise draft outline of Mishmeret 30(b)(6) deposition (5.9); review and add additional documents to draft exhibit list for Mishmeret deposition (1.7); review DIP hearing materials (1.3); correspond with R. Biblo Block re: M3 hearing preparation (.1); review SIMAD fee comparison and revised comparison for M3 testimony (1.1). |
| B470 07/21/26 | Litigation L. Knight | 1.60 | 1,800.00 | Conference with E. Lazerowitz and litigation team re RFPs (1.2); correspond with internal group re RFPs (.4). |
| B470 07/21/26 | Litigation J. Gerber | 3.50 | 7,280.00 | Conferences with MWS team re discovery requests (.6); review background materials re bankruptcy (2.9). |
| B470 07/21/26 | Litigation J. Terry | 2.50 | 3,150.00 | Review and analyze First Day Declaration, DIP objection re requests for production (2.2); correspond w/D. Momborquette re case details and upcoming deadlines (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B470 07/22/26 | Litigation J. Terry | 7.50 | 9,450.00 | Review and analyze pleadings and background documents re requests for production (3.9); draft and revise requests for production (3.6). |
| B470 07/23/26 | Litigation R. Biblo Block | 0.50 | 825.00 | Correspond with MWS team re potential litigation issues (.1); research re same (.1); conference with D. Momborquette re same (.3). |
| B470 07/23/26 | Litigation J. Terry | 7.10 | 8,946.00 | Draft and revise Shabsels requests for production (2.6); update and revise requests for production re bondholders (1.8); review and analyze chronology (1.1); update and revise requests for production re same (1.6). |
| B470 07/24/26 | Litigation J. Terry | 6.10 | 7,686.00 | Review and analyze docket re Shabsels bankruptcy re document requests (1.6); research Rule 2004 case law and update cover letters for document requests (1.3); update RFP drafts according to partner feedback (3.2). |
| B470 07/25/26 | Litigation R. Biblo Block | 0.30 | 495.00 | Review correspondence from Cole Schotz and MWS teams re Rule 2004 information requests (.1); correspond with MWS team re same (.2). |

McDermott
Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B470 07/26/26 | Litigation R. Biblo Block | 0.90 | 1,485.00 | Review documents related to Rule 2004 requests (.8); correspond with MWS team re same (.1). |
| B470 07/27/26 | Litigation J. Terry | 4.50 | 5,670.00 | Research and analyze background materials re Shabsels (2.9); correspond w/internal group re same (.7); draft and revise BH requests for production (.9). |
| B470 07/28/26 | Litigation J. Terry | 5.40 | 6,804.00 | Draft RFPs for pre-petition lenders (2.8); review and analyze materials re Mishmeret (1.8); draft and revise requests for production re same (.8). |
| B470 07/29/26 | Litigation J. Terry | 8.40 | 10,584.0 0 | Review and analyze materials related to Mishmeret debt (1.7); draft and revise documents re same (1.9); draft and revise requests for production re DAMIS debtors (4.8). |
| B470 07/30/26 | Litigation J. Terry | 8.30 | 10,458.0 0 | Review and analyze precedent re potential avoidance actions (4.4); draft and revise documents re same (3.4); conference w/internal group re critical workstreams (.5). |
| B470 07/30/26 | Litigation L. Knight | 0.70 | 787.50 | Review and analyze precedent re motion for leave to seek standing (.4); correspond w/J. Terry re same (.3). |

**McDermott Will & Schulte**

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B470 07/31/26 | Litigation R. Biblo Block | 0.60 | 990.00 | Participate in meet and confer with debtor and UCC professionals re UCC discovery requests (.5); conference with D. Momborquette re same (.1). |
| B470 07/31/26 | Litigation J. Terry | 6.70 | 8,442.00 | Correspond w/internal group re meet and confer (.5); review and analyze production materials (1.8); draft and revise documents re same (3.6); conference w/opposing counsel re production requests (.8). |

**Total Hours 921.20 Total For Services $1,388,154.75**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| M. Adams | 7.50 | 1,125.00 | 8,437.50 |
| N. Alindogan | 11.60 | 910.00 | 10,556.00 |
| D. Azman | 70.40 | 1,860.00 | 130,944.00 |
| R. Biblo Block | 203.10 | 1,650.00 | 335,115.00 |
| R. Biblo Block (Non-Working Travel) | 9.50 | 825.00 | 7,837.50 |
| D. Boll | 4.90 | 1,705.00 | 8,354.50 |
| M. DaSilva | 8.40 | 1,535.00 | 12,894.00 |
| C. Dingman | 116.60 | 1,535.00 | 178,981.00 |
| C. Dingman (Non-Working Travel) | 15.10 | 767.50 | 11,589.25 |
| J. Gerber | 20.90 | 2,080.00 | 43,472.00 |
| K. Going | 32.40 | 1,960.00 | 63,504.00 |
| J. Hirshon | 20.40 | 690.00 | 14,076.00 |
| Z. Ho | 1.00 | 1,950.00 | 1,950.00 |
| S. Horowitz | 4.50 | 985.00 | 4,432.50 |
| L. Knight | 118.50 | 1,125.00 | 133,312.50 |
| G. Miranda | 1.40 | 1,625.00 | 2,275.00 |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Momborquette | 49.80 | 2,315.00 | 115,287.00 |
| D. Northrop | 2.80 | 910.00 | 2,548.00 |
| R. Orloff | 1.20 | 1,885.00 | 2,262.00 |
| B. Sarkauskas | 7.30 | 1,480.00 | 10,804.00 |
| A. Sikorski | 27.00 | 1,480.00 | 39,960.00 |
| J. Stein | 2.70 | 1,555.00 | 4,198.50 |
| K. Suh | 38.70 | 1,705.00 | 65,983.50 |
| J. Terry | 56.50 | 1,260.00 | 71,190.00 |
| D. Thomson | 31.10 | 1,645.00 | 51,159.50 |
| R. Wang | 13.20 | 985.00 | 13,002.00 |
| J. Weiss | 44.70 | 985.00 | 44,029.50 |
| **Totals** | **921.20** | | **$1,388,154.75** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 91.80 | 124,304.00 |
| B120 | Asset Analysis and Recovery | 16.90 | 23,223.00 |
| B130 | Asset Disposition | 204.10 | 326,553.00 |
| B150 | Mtgs/Communications w/Creditor | 80.20 | 118,314.00 |
| B155 | Court Hearings | 15.80 | 24,605.00 |
| B160 | Fee/Employment Applications | 26.10 | 31,238.50 |
| B180 | Avoidance Action Analysis | 32.00 | 73,947.00 |
| B185 | Assumption/Rejection of Leases | 5.40 | 6,687.00 |
| B190 | Other Contested Matters | 28.70 | 50,112.00 |
| B195 | Non-Working Travel | 24.60 | 19,426.75 |
| B210 | Business Operations | 2.50 | 3,260.50 |
| B220 | Employee Benefits/Pensions | 7.40 | 9,303.50 |
| B230 | Financing/Cash Collections | 262.10 | 414,656.50 |
| B250 | Real Estate | 13.00 | 14,820.00 |
| B270 | Utilities | 0.70 | 1,074.50 |
| B280 | Vendor Matters | 6.40 | 8,822.00 |
| B290 | Insurance | 3.60 | 4,385.50 |
| B410 | Gen Bankruptcy Advice/Opinions | 20.40 | 14,076.00 |
| B470 | Litigation | 79.50 | 119,346.00 |
| | | 921.20 | 1,388,154.75 |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4703432 |
| Invoice Date: | 08/28/2026 |

## Costs and Other Charges

| Description | Amount |
|---|---:|
| Business Meals | 88.24 |
| Transportation/Parking | 158.85 |
| Travel Expenses | 3,950.74 |
| **Total Costs and Other Charges** | **$4,197.83** |
| **Total This Invoice** | **$1,392,352.58** |

Rolling Hills Landco Creditors' Committee 08/28/2026
Invoice: 4703432

## Invoice Totals

| Matter | Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|---|
| 0011 | SIMAD-Rolling Hills Official Committee | 921.20 | 1,388,154.75 | 4,197.83 | 0.00 | 1,392,352.58 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**COVER SHEET FOR THE SECOND MONTHLY FEE STATEMENT OF MCDERMOTT WILL & SCHULTE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

| | |
|---|---|
| Debtor: SIMAD Holdings LTD., *et al.,*[1] | Applicant: McDermott Will & Schulte LLP |
| Case No.: 26-16388 (CMG) | Client: Official Committee of Unsecured Creditors |
| Chapter 11 | Case Filed: June 4 and June 5, 2026 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.**

**RETENTION ORDER ATTACHED AS EXHIBIT A.**

/s/ *Darren Azman*
Darren Azman
September 25, 2026

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

## SECTION I
## FEE SUMMARY

Summary of Amounts Requested for the Period
August 1, 2026, through August 31, 2026 (the "Compensation Period")

| | |
|---|---|
| Fee Total | $1,187,945.50 |
| Expenses Total | $645.13 |
| Total Fees Plus Disbursements | $1,188,590.63 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $1,392,352.58 |
| Total Fees and Expenses Allowed to Date: | $1,114,721.63 |
| Total Retainer Remaining: | N/A |
| Total Holdback: | $277,630.95 |
| Total Received by Applicant: | $1,114,721.63 |

Case 26-13388-MMG Doc 1153 Filed 09/25/26 Entered 09/25/26 13:21:50 Desc Main Document Page 3 of 189

## COMPENSATION BY PROFESSIONAL
## AUGUST 1, 2026 THROUGH AND INCLUDING AUGUST 31, 2026

The attorneys who rendered professional services in these chapter 11 cases during the Compensation Period are:

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| David Momborquette | Partner | Trial | 1992 (NY) | $2,315.00 | 38.60 | $89,359.00 |
| Jared Gerber | Partner | Trial | 2008 (NY) | $2,080.00 | 7.90 | $16,432.00 |
| Kristin Going | Partner | Restructuring | 2002 (MD)<br>2004 (DC)<br>2011 (NY) | $1,960.00 | 30.20 | $59,192.00 |
| Riley Orloff | Partner | Corporate | 2015 (NJ)<br>2016 (NY) | $1,885.00 | 1.00 | $1,885.00 |
| Darren Azman | Partner | Restructuring | 2011 (NY, MA) | $1,860.00 | 17.20 | $31,992.00 |
| Deanna Boll | Counsel | Restructuring | 1998 (NJ)<br>2000 (NY) | $1,705.00 | 0.70 | $1,193.50 |
| Kristine Suh | Counsel | Corporate | 1997 (CA) | $1,705.00 | 66.50 | $113,382.50 |
| Rachel Biblo Block | Counsel | Restructuring | 2014 (DE)<br>2015 (TX) | $1,650.00 | 120.70 | $199,155.00 |
| Daniel Thomson | Associate | Restructuring | 2019 (NY) | $1,645.00 | 83.50 | $137,357.50 |
| Graciany Miranda | Associate | Corporate | 2019 (NY) | $1,625.00 | 15.40 | $25,025.00 |
| Carmen Dingman | Associate | Restructuring | 2021 (IL) | $1,535.00 | 77.70 | $119,269.50 |
| Johnathan Terry | Associate | Trial | 2024 (NY) | $1,260.00 | 120.60 | $151,956.00 |
| Matt Adams | Associate | Corporate | 2024 (CA) | $1,125.00 | 2.50 | $2,812.50 |
| Annmarie Gruick | Associate | Restructuring | 2025 (NY) | $1,125.00 | 1.40 | $1,575.00 |
| Lauren Knight | Associate | Restructuring | 2024 (IL) | $1,125.00 | 102.40 | $115,200.00 |
| Sam Horowitz | Associate | Real Estate | 2025 (IL) | $985.00 | 11.30 | $11,130.50 |
| Ruosi Wang | Associate | Restructuring | 2026 (NY) | $985.00 | 96.70 | $95,249.50 |
| Nova Alindogan | Paralegal Specialist | Restructuring | N/A | $910.00 | 10.50 | $9,555.00 |
| Daniel Northrop | Specialist | Restructuring | N/A | $910.00 | 0.10 | $91.00 |
| Jessica Hirshon | Paralegal | Finance | N/A | $690.00 | 1.30 | $897.00 |
| Ed Kwon | Manager of Technology Project Management | Discovery | N/A | $675.00 | 3.30 | $2,227.50 |
| Janet Gorodetsky | Technology Project Manager | Discovery | N/A | $640.00 | 1.60 | $1,024.00 |
| Daniel Valentino | Senior Litigation Technology Analyst | Discovery | N/A | $315.00 | 6.30 | $1,984.50 |
| **Professional Total** | | | | | **817.40** | **$1,187,945.50** |

## SECTION II
## SUMMARY OF SERVICES

| TASK CODE | PROJECT CATEGORY | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| B110 | Case Administration | 68.00 | 88,006.50 |
| B120 | Asset Analysis and Recovery | 0.60 | 990.00 |
| B130 | Asset Disposition | 138.20 | 207,573.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 1.30 | 1,995.50 |
| B150 | Mtgs/Communications w/Creditor | 96.70 | 136,462.50 |
| B155 | Court Hearings | 10.90 | 18,330.00 |
| B160 | Fee/Employment Applications | 70.80 | 92,564.50 |
| B170 | Fee/Employment Objections | 6.20 | 9,795.00 |
| B180 | Avoidance Action Analysis | 16.30 | 26,813.50 |
| B230 | Financing/Cash Collections | 347.60 | 538,744.50 |
| B250 | Real Estate | 13.80 | 13,943.00 |
| B310 | Claims Administration & Objections | 17.30 | 22,919.00 |
| B320 | Plan and Disclosure Statement | 8.40 | 8,274.00 |
| B470 | Litigation | 21.30 | 21,534.00 |
| **Total** | | **817.40** | **$1,187,945.50** |

**SECTION III**

**SUMMARY OF EXPENSES**

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Company Search Fees | $23.49 |
| Miscellaneous (re Discovery Platform) | $621.64 |
| **TOTAL CHARGES** | **$645.13** |

**SECTION IV**

**CASE HISTORY**

(1) Date cases filed: June 4 and June 5, 2026

(2) Chapter under which case commenced: Chapter 11

(3) Date of retention: August 25, 2026, effective as of July 10, 2026. *See* **Exhibit A**.

If limit on number of hours or other limitations to retention, set forth: N/A

(4) Summarize in brief the benefits to the estate and attach supplements as needed:[2]

(a) The Applicant prepared for and attended the hearings regarding the sale of the Debtors' assets, including the multi-day auction process conducted from July 28 through August 3, 2026, and the sale hearing held on August 10, 2026.

(b) The Applicant reviewed and analyzed asset purchase agreements and sale orders in connection with the Debtors' sale process, and drafted statements in connection therewith, including the *Statement in Support of the Debtors' Sale Transactions* [Docket No. 829].

(c) The Applicant continued its investigation into potential claims and causes of action, including by conducting lien perfection analyses for the Debtors' pre-petition secured lenders, drafting and serving discovery requests on the Debtors, the Debtors' prepetition lenders, and other parties in interest, holding meet and confers in connection therewith, and reviewing and analyzing documents produced in discovery.

(d) The Applicant researched and analyzed the Debtors' merchant cash advance arrangements and short-term financing agreements and reviewed related court filings.

(e) The Applicant drafted its retention application, supplemental declaration, and first monthly fee statement, and advised the other Committee professionals regarding their respective retention applications.

(f) The Applicant prepared for and attended regular meetings with the Debtors' professionals, the Committee's professionals, and the Committee members regarding case administration and strategy.

---

[2] The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Committee; it is not intended to itemize each and every professional service which the Applicant performed.

(g) The Applicant rendered all other services set forth on the invoices attached hereto as **Exhibit B**.[3]

(5) Anticipated distribution to creditors:

(a) Administration expense: Unknown at this time.

(b) Secured creditors: Unknown at this time.

(c) Priority creditors: Unknown at this time.

(d) General unsecured creditors: Unknown at this time.

(6) Final disposition of case and percentage of dividend paid to creditors: Unknown at this time.

(7) This is the Applicant's second monthly fee statement.

[3] The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

# <u>EXHIBIT A</u>

**Retention Order [Docket No. 937]**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ROBINSON & COLE LLP**<br>Evan M. Lazerowitz (063232013)<br>Rachel Jaffe Mauceri (038102001)<br>Brya M. Keilson (022502004)<br>666 Third Avenue, 20th Floor<br>New York, New York 10017<br>Telephone: (212) 451-2900<br>Email: elazerowitz@rc.com<br>Email: rmauceri@rc.com<br>Email: bkeilson@rc.com<br><br>**MCDERMOTT WILL & SCHULTE LLP**<br>Darren Azman (admitted *pro hac vice*)<br>Kristin K. Going (admitted *pro hac vice*)<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Telephone: (212) 547-5400<br>Email: dazman@mcdermottlaw.com<br>Email: kgoing@mcdermottlaw.com<br><br>**MCDERMOTT WILL & SCHULTE LLP**<br>Rachel Biblo Block (admitted *pro hac vice*)<br>2801 North Harwood Street, Suite 2600<br>Dallas, Texas 75201<br>Telephone: (214) 295-8000<br>Email: rbibloblock@mcdermottlaw.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* | **Order Filed on August 24, 2026**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 26-16388 (CMG)<br><br>(Jointly Administered) |

ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE JULY 10, 2026

**DATED: August 24, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | SIMAD HOLDINGS LTD., *et al.* |
| Case No. | 26-16388 (CMG) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026 |

---

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE JULY 10, 2026**

The relief set forth on the following pages, numbered two (2) through seven (7), is hereby **ORDERED**.

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases of SIMAD Holdings Ltd. and its affiliated debtors and debtors in possession (collectively, the "Debtors") for the approval of the Committee's retention and employment of McDermott Will & Schulte LLP ("McDermott") as counsel in connection with these chapter 11 cases, effective July 10, 2026; and upon consideration of the declaration of Darren Azman (the "Azman Declaration"), which is attached to the Application as **Exhibit B**, and the declaration of Kelly Smith Brown (the "Smith Brown Declaration"), which is attached to the Application as **Exhibit C**; and this Court having jurisdiction pursuant to Sections 157 and 1334 of Title 28 of the United States Code to consider the Application and the relief requested therein; and venue being proper in this Court pursuant to Sections 1408 and 1409 of Title 28 of the United States Code; and this Court being satisfied that notice of the Application and the opportunity for a hearing on the Application was appropriate under the particular circumstances and no further or other notice need be given; and this Court being satisfied, based on the representations made in the Application and the Azman Declaration,

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page 3)
Debtors: SIMAD HOLDINGS LTD., *et al.*
Case No. 26-16388 (CMG)
Caption of Order: ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026

---

that McDermott (a) does not represent or hold any interest adverse to the Committee in connection with these chapter 11 cases, (b) is a “disinterested person” as such term is defined in Section 101(14) of the Bankruptcy Code, and (c) does not represent any entity having an adverse interest in connection with these chapter 11 cases as required by Section 1103 of the Bankruptcy Code; and this Court having determined that the legal and factual bases set forth in the Application, the Azman Declaration, and the Smith Brown Declaration establish good cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted and approved as set forth herein effective as of July 10, 2026.

2. In accordance with Section 1103(a) of the Bankruptcy Code and, with respect to McDermott’s hourly rates, Section 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, the Committee is authorized to employ and to retain McDermott as its counsel in these chapter 11 cases, on the terms and conditions set forth in the Application and the Azman Declaration, as modified by the terms of this Order.

3. McDermott shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases in compliance with Sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of*

---

*Expenses of Professionals Retained by Order of This Court* [Docket No. 550], and such other applicable procedures and orders of this Court. McDermott shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, both in connection with the Application and any interim and final fee application(s) to be filed by McDermott in these chapter 11 cases.

4. Notwithstanding anything to the contrary in the Application, McDermott shall not seek reimbursement of any fees or costs from the estate arising from the defense of any of McDermott's monthly fee statements or fee applications in these chapter 11 cases.

5. McDermott shall provide ten (10) business days' notice to the U.S. Trustee, the Debtors, and the Committee appointed in these chapter 11 cases in connection with any subsequent increase of the hourly rates listed in the Application and shall file such notice with this Court. The U.S. Trustee and the Debtors retain all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided in Section 330 of the Bankruptcy Code, and this Court retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy Code.

6. To the extent that this Order is inconsistent with the Application, the Azman Declaration, or the Smith Brown Declaration, the terms of this Order shall govern.

---

7. The Committee and McDermott are authorized to take all actions they deem necessary and appropriate to effectuate the relief granted pursuant to this Order in accordance with the Application, including, without limitation, executing any additional or supplemental documents incidental to the relief granted herein.

8. McDermott shall (a) comply with the requirements of Local Rule 2016-1; (b) only bill fifty percent (50%) for non-working travel; (c) use billing and expenses categories that are substantially similar to those set forth in the U.S. Trustee Guidelines (Exhibit D-1, "Summary of Compensation Requested by Project Category"); and (d) provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

9. Notwithstanding anything in the Application to the contrary, McDermott shall, to the extent that McDermott uses the services of contract attorneys, independent contractors, or subcontractors (collectively, the "<u>Contractors</u>") in these chapter 11 cases, (a) pass through the cost of such Contractors at the same rate that McDermott pays the Contractors; (b) seek reimbursement for actual costs only; (c) ensure that the Contractors (to the extent they are attorneys or accountants) (i) are subject to the same conflict checks and disclosures as required by McDermott and (ii) file with the Court such disclosures required by Bankruptcy Rule 2014; and (d) attach any such Contractor invoices to its monthly fee statements, interim fee applications, and/or final fee applications filed in these cases.

(Page 6)
Debtors: SIMAD HOLDINGS LTD., *et al.*
Case No. 26-16388 (CMG)
Caption of Order: ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026

---

10. No agreement or understanding exists between McDermott and any other person, other than as permitted by Section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with these chapter 11 cases, nor shall McDermott share or agree to share compensation received for services rendered in connection with these chapter 11 cases with any other person other than as permitted by Section 504 of the Bankruptcy Code.

11. McDermott will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, McDermott will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

12. McDermott shall coordinate with the other Committee professionals and avoid duplication of services provided by any of the Committee's other retained professionals.

13. Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

14. Notwithstanding any procedural rule to the contrary, this Order shall become effective and enforceable immediately on its entry.

| | |
|---|---|
| Debtors: | SIMAD HOLDINGS LTD., *et al.* |
| Case No. | 26-16388 (CMG) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026 |

---

15. This Court has and shall retain exclusive jurisdiction to hear and determine all matters arising from or relating to this Order or its interpretation, implementation, or enforcement.

# EXHIBIT B

## Azman Declaration

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 26-16388 (CMG)<br><br>(Jointly Administered) |

**DECLARATION OF DARREN AZMAN IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN AND EMPLOY MCDERMOTT WILL & SCHULTE LLP AS COUNSEL EFFECTIVE JULY 10, 2026**

I, Darren Azman, declare as follows:

1. I am a partner of the firm of McDermott Will & Schulte LLP ("McDermott" or the "Firm"). McDermott maintains offices at, among other places, One Vanderbilt Avenue, New York, New York 10017. I am a member in good standing of the Bars of the States of New York and Massachusetts, and I have been admitted to practice in the U.S. Courts of Appeals for the Second and Third Circuits, and the U.S. District Courts for the District of Massachusetts and the Eastern and Southern Districts of New York. There are no disciplinary proceedings pending against me.

2. I am familiar with the matters set forth herein and make this Declaration in support of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases of SIMAD Holdings Ltd. and its affiliated

---

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

debtors and debtors in possession (collectively, the "Debtors"), for the approval of the Committee's retention and employment of McDermott as counsel in connection with these chapter 11 cases, effective July 10, 2026.

3. On July 9, 2026, under Section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the Office of the United States Trustee for the District of New Jersey (the "U.S. Trustee") appointed the Committee. *See* Docket No. 438. The Committee currently comprises: (a) Smaller Earth Group dba Camp Leaders; (b) American Institute for Foreign Study, Inc. dba Camp America; (c) Tavezio; (d) Kelly Smith Brown, Individually; and (e) Camp Specialists Ltd.

4. On July 10, 2026, the Committee selected McDermott to serve as the Committee's counsel in connection with these chapter 11 cases, subject to the Court's approval.

5. The Committee anticipates that McDermott will, in connection with these chapter 11 cases and subject to orders of this Court, provide a range of services to the Committee,[3] including, but not limited to, the following:

(a) advising the Committee regarding its rights, powers, and duties in these chapter 11 cases;

(b) assisting and advising the Committee in its consultations and negotiations with the Debtors and other parties in interest in connection with the administration of these chapter 11 cases;

(c) soliciting information from and providing information to the Debtors' unsecured creditors as a group;

(d) assisting the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and negotiating with holders of claims against and interests in the Debtors;

[3] By separate application, the Committee shall file an application to retain RC as co-counsel to the Committee. McDermott will coordinate the division of responsibilities with RC throughout the engagement to ensure that there is no duplication of services rendered on the Committee's behalf.

(e) assisting the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and their insiders and of the operation of the Debtors' businesses;

(f) assisting the Committee in its analysis of, and negotiations with, the Debtors and other parties in matters related to, among other things, the assumption or rejection of executory contracts and unexpired leases, the sale or other disposition of property of the Debtors' estates, the financing of other transactions, and the terms of one or more plans of reorganization or liquidation of the Debtors and accompanying disclosure statements and related plan documents;

(g) assisting and advising the Committee on its communications with the Debtors' unsecured creditors as a group regarding significant matters in these chapter 11 cases;

(h) representing the Committee at all hearings and other proceedings before the Court;

(i) reviewing and analyzing applications, orders, statements of operations, and schedules filed with the Court and advising the Committee as to their propriety and, to the extent deemed appropriate by the Committee, support, join, or object thereto;

(j) advising and assisting the Committee with respect to any legislative, regulatory, or governmental activities;

(k) assisting the Committee in its review and analysis of the Debtors' various agreements;

(l) preparing, on behalf of the Committee, any pleadings, including, without limitation, motions, memoranda, complaints, objections, or comments in connection with any matter related to the Debtors or these chapter 11 cases;

(m) investigating and analyzing any claims belonging to the Debtors' estates; and

(n) performing such other legal services as may be required or are otherwise deemed to be in the interests of the Committee in accordance with the Committee's rights, powers, and duties, as set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and other applicable law.

**PROFESSIONAL COMPENSATION**

6. McDermott intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013, established by the Executive Office for the United States Trustee (the "U.S. Trustee Guidelines"), the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court* [Docket No. 550] (the "Compensation Order"), and any other applicable procedures and orders of the Court (collectively, the "Fee Guidelines").

7. McDermott's hourly rates are subject to periodic adjustments (typically effective as of January of each year) to reflect economic and other conditions. The current standard hourly rates that McDermott charges for the services of professionals and paraprofessionals employed in its U.S. offices that may be involved in bankruptcy and restructuring matters are:

| **Title** | **2026 Standard Rates** |
|---|---|
| Partners/Counsel | $1,675–$2,795 |
| Associates | $985–$1,645 |
| Non-Lawyer Professionals | $135–$1,915 |

8. McDermott has informed the Committee that McDermott's policy is to charge its clients in all areas of practice for expenses incurred in connection with its representation of its clients. McDermott will charge for expenses in a manner and at rates consistent with charges made

generally to its other clients in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court. Such expenses include, among other things, mail and express mail charges, special or hand delivery charges, travel expenses, expenses for computerized research, and transcription costs. McDermott will maintain detailed records of actual and necessary costs and expenses incurred in connection with the legal services provided to the Committee.

9. No promises were received by McDermott, any partner, any counsel, any attorney who is "of counsel" to McDermott, or any associate of McDermott, as to compensation in connection with these chapter 11 cases, other than in accordance with the provisions of the Bankruptcy Code. Neither McDermott, nor any partner of McDermott, any counsel, any attorney who is "of counsel" to McDermott, or any associate of McDermott, has any agreement with any other entity to share with such entity any compensation received by McDermott in connection with these chapter 11 cases.

## DISINTERESTEDNESS AND DISCLOSURE OF CONNECTIONS

10. In connection with its proposed retention by the Committee in these chapter 11 cases, McDermott undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Committee. Specifically, McDermott obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Interested Parties"), and such parties are listed on **Schedule 1** attached hereto.

11. In preparing this Declaration, through my colleagues, I submitted to McDermott's computerized client and conflict database (the "Conflict Database") an extensive list of interested parties and significant creditors (as set out on **Schedule 1,** the "Searched Parties"). The Searched

Parties were originally obtained from Debtors' counsel. An attorney then reviewed the results and removed from consideration obvious name coincidences or other "false hits." In addition, McDermott further distributed an email to all McDermott attorneys requesting that they disclose connections with the Debtors, their affiliates, the U.S. Trustee, or the Bankruptcy Court. McDermott performed this inquiry consistent with its normal and customary practices.

12. The Conflict Database maintained by McDermott is designed to include every matter on which the Firm is now and has been engaged, by which entity the Firm is now or has been engaged, and, in each instance, the identity of certain related parties and adverse parties and certain of the attorneys in the Firm that are knowledgeable about the matter. It is the policy of McDermott that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. Accordingly, McDermott maintains and systematically updates this system in the regular course of business of the Firm, and it is the regular practice of the Firm to make and maintain these records.

## REPRESENTATION OF PARTIES IN INTEREST

13. To the extent that I have been able to ascertain that McDermott has been retained within the last three years to represent any of the Searched Parties in matters unrelated to the chapter 11 cases, such facts are disclosed on **Schedule 2** attached hereto.[4] In connection with the

[4] As referenced in Schedule 2, the term "current client" (the "Current Clients") means a client to whom time was posted in the 12 months preceding July 10, 2026 (the "Retention Date"); the term "former client" means a client to whom time was posted between 12 and 36 months preceding the Retention Date, but for whom no time has been posted in the 12 months preceding the Retention Date; the term "closed client" means a client to whom time was posted in the 36 months preceding the Retention Date, but for which the client representation has been closed. As a general matter, McDermott discloses connections with former clients or closed clients for whom time was posted in the last 36 months but does not disclose connections if time was billed more than 36 months before the Retention Date.

Case 26-11653-CMG Doc 193 Filed 03/24/26 Entered 03/24/26 13:21:50 Desc Exhibit A Page 14 of 48

services to be rendered to the Committee, McDermott will not commence a cause of action against any Current Client with respect to these chapter 11 cases, unless McDermott has received a waiver from the Current Client allowing McDermott to commence such an action. In connection with these chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting McDermott to participate in such action, Robinson & Cole LLP ("RC") will represent the Committee and the interests of the Debtors' unsecured creditors. McDermott is not disqualified from acting as the Committee's counsel merely because it represents certain of the Searched Parties in matters unrelated to these chapter 11 cases. McDermott submits that it is a "disinterested person," as that term is defined in Section 101(14) of the Bankruptcy Code.

14. Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, McDermott, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of New Jersey, except as disclosed on **Schedule 2** or otherwise described herein.

**CONNECTIONS WITH PARTIES REPRESENTING ONE PERCENT OR MORE OF MCDERMOTT'S REVENUES FOR 2024, 2025, OR 2026**

15. At the inception of each engagement for which a declaration is required under Bankruptcy Rule 2014, McDermott reviews the information relating to the parties involved in a bankruptcy case to determine whether any such party, together with its known related entities, were clients of McDermott and, as a result, made payments to McDermott for services rendered in the calendar year prior to the date of review that in the aggregate for each such party exceed one

percent of McDermott's total revenues for such calendar year. In connection with this Declaration, McDermott has reviewed similar information for the years 2024, 2025, and 2026.

16. Except as specifically disclosed below, McDermott's revenues for services rendered on behalf of each of the parties in interest in **Schedule 2** represent less than one percent of McDermott's annual revenue in each of calendar years 2024, 2025, and 2026.

**SPECIFIC DISCLOSURES**

17. McDermott delivered a standard Regulation S exemption opinion to the Tel Aviv Stock Exchange in connection with a debenture offering by SIMAD Holdings Ltd. Such opinions are based on the type of debentures, not the issuer. McDermott's involvement was limited to delivery of the opinion. McDermott dealt exclusively with Israeli securities counsel handling the offering and had no direct dealings with the company. This is the only matter for which McDermott has represented SIMAD Holdings Ltd. The Firm's involvement in this matter was de minimis with only a single time entry of 2.5 hours in November 2025. The matter is closed and is not substantially related to work to be performed under McDermott's representation of the Committee in these chapter 11 cases. Out of an abundance of caution, (a) McDermott has established an ethical wall that restricts attorneys and paraprofessionals who rendered services on this matter from accessing documents and electronic information related to these chapter 11 cases, and (b) to the extent such matters arise during these chapter 11 cases, the Committee's co-counsel, RC, will handle any matters related to the Regulation S opinion on behalf of the Committee.

18. McDermott represented Damis Holdings LLC in connection with the United States government's review of loans obtained through the Paycheck Protection Program ("PPP") and the Economic Injury Disaster Loan program ("EIDL"). Damis Holdings LLC is a debtor in a separately administered chapter 11 case pending in this District. The engagement letter also listed

Michael Shabsels, David Shabsels, Randolph Mittasch, and Joshua Friedman as the clients, some of whom are equity holders and former officers of Damis Holdings LLC. This is the only matter for which McDermott has represented the clients. McDermott's representation was limited in nature, lasted approximately six months commencing in October 2024, and the last work date was February 2025. The lead attorney on the engagement is no longer with McDermott. Out of an abundance of caution, (a) McDermott has established an ethical wall that restricts attorneys and paraprofessionals who rendered services on behalf of the PPP Clients from accessing documents and electronic information pertaining to McDermott's representation of the Committee, and vice versa, and (b) RC will handle any matters related to those PPP and EIDL loans on behalf of the Committee.

19. I have been advised that an associate attorney at McDermott is in a relationship with an associate attorney at Cole Schotz P.C. ("Cole Schotz"), which serves as counsel to the Debtors. Although I understand the Cole Schotz associate is involved in the representation of the Debtors, the McDermott associate is not involved in McDermott's representation of the Committee.

20. Several partners at the Firm have children who attend or have attended one of the Debtors' camps, including Banner Day Camp and Camp Lavi.

**OTHER CONNECTIONS AND GENERAL DISCLOSURES**

21. McDermott performed general diligence to determine any connections beyond what is disclosed in the attached schedules. McDermott may have represented in the past and/or currently or in the future may represent entities (other than parties in the attached schedules) not known currently to McDermott in matters wholly unrelated to these chapter 11 cases that may be parties in interest in these chapter 11 cases. To the extent that McDermott discovers any such

information or needs to update the information disclosed herein, McDermott will disclose such information by filing a supplemental declaration in accordance with Bankruptcy Rule 2014.

22. McDermott in the past has represented parties potentially adverse to the Debtors in matters wholly unrelated to these chapter 11 cases.

23. Certain entities owned by current or former McDermott attorneys and senior staff ("Attorney Investment Entities") have investments in funds or companies that may, directly or indirectly, be affiliated with the Debtors or one or more of their creditors, hold investments in the debt or equity securities of the Debtors or one or more of their creditors, may be adverse to the Debtors or one or more of their creditors, or conduct commercial transactions with the Debtors or one or more of their creditors (each, a "Passive Holding"). The Attorney Investment Entities are passive and have no management or other control rights in such funds or companies. Notwithstanding this, other persons may in the future assert that a Passive Holding creates, in certain circumstances, a conflict between McDermott's exercise of its independent professional judgment in rendering advice to the Committee and the financial interest of McDermott attorneys participating in the Attorney Investment Entities, and such other persons might seek to limit the Committee's ability to use McDermott to advise the Committee on a particular matter. While McDermott cannot control what a person might assert or seek, McDermott believes its judgment will not be compromised by virtue of any Passive Holding.

24. From time to time, McDermott's partners, counsel, associates, and employees may personally directly acquire a debt or equity security of the Debtors or a company which may be (or become) one of the Debtors' creditors or other parties in interest in these chapter 11 cases. McDermott has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work. In this regard,

all of McDermott's attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

**AFFIRMATIVE STATEMENT OF DISINTERESTEDNESS**

25. Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) McDermott does not hold or represent any interest adverse to the interest of the Debtors' estates with respect to the matters on which McDermott is to be employed, (b) McDermott is a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code, (c) McDermott does not represent any other entity having an adverse interest in connection with these chapter 11 cases, except as permitted under Section 1103(b) of the Bankruptcy Code, and (d) McDermott has no connection with the Debtors, their creditors, or any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the same, or any judge in the United States Bankruptcy Court for the District of New Jersey, except as disclosed or otherwise described herein.

**STATEMENT REGARDING THE U.S. TRUSTEE GUIDELINES**

26. The following is provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Guidelines:

**Question 1:** Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response: No.

**Question 2:** Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response: No.

**Question 3:** If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing

rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

Response: McDermott did not represent the Committee prior to these chapter 11 cases.

**Question 4:** Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

Response: The Committee and McDermott expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, and any other orders of the Court, recognizing that in the course of these chapter 11 cases there may be unforeseeable fees and expenses that will need to be addressed by the Committee and McDermott.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 3, 2026

*\/s/ Darren Azman*
Darren Azman
Partner
McDermott Will & Schulte LLP

# SCHEDULE 1

## Searched Parties

**SIMAD Holdings – Amended Parties in Interest**

**Debtors**
ROLLING HILLS OPERATINGCO LLC
ROLLING HILLS LANDCO LLC
COUNTRY ROADS OPERATINGCO LLC
COUNTRY ROADS LANDCO LLC
EAGLE'S LANDING DAY CAMP LLC
MEADOWBROOK OPERATINGCO LLC
MEADOWBROOK LANDCO LLC
MILL ROAD LANDCO LLC
SIMAD HOLDINGS LTD.
INTERMEDIATE SIMAD 1 LLC
SIMAD EQUITIES LLC
ACHIM LANDCO LLC
BAHS HOLDINGS LLC
ACHIM OPERATINGCO LLC
BAHS OPERATING INC.
BANNER LANDCO LLC
BANNER OPERATINGCO LLC
BELGRADE LAKES SUMMER CAMPS LLC
BLUESTAR LANDCO, LLC
CAMP MED-O-LARK, INC.
BLUESTAR OPERATINGCO, LLC
CHATEAUGAY LANDCO, LLC
CHATEAUGAY CAMPCO, LLC
CLUB GETAWAY OPERATINGCO, LLC
GREEN LANE OPERATINGCO, LLC
CLUB GETAWAY LANDCO, LLC
IAFALANDCO, LLC
ISLAND LAKE CAMPCO, LLC
GREEN LANE LANDCO, LLC
KIWI OPERATINGCO, LLC
GREENVILLELAND LLC
WAUKEELA OPERATINGCO LLC
IAFAOPERATINGCO, LLC
MAINEWEKEELACO, LLC
MESORHACO, LLC
ISLAND LAKE LANDCO, LLC
MOGENAVCO, LLC
LAVCO, LLC
MOHAWKCAMPCO, LLC
PINE FOREST CAMPCO, LLC
LAVLAND, LLC
POLAND CAMPCO, LLC
MALKA OPERATINGCO, LLC
RDM CAMPS, LLC

SHAB OPERATING INC.
MESORAHLAND, LLC
WASHINGTON LAKE, LLC
MOGENAVLAND LLC
WEKEELAND LLC
MOHAWKLAND LLC
WM LAND, LLC
PINE FOREST LANDCO LLC
WM CAMP, LLC
POLAND LANDCO, LLC
WAUKEELA LANDCO, LLC
SUMMIT CAMP, LLC
SHAB HOLDINGS LLC
ONE CANAL PLACE LEASING LLC
ONE CANAL PLACE REAL ESTATE LLC
QUADSTAR REALTY LLC
MOHAWK COUNTRY DAY SCHOOL, INC.

**Directors & Officers**
ADAM WEINER*
DAVID SCHREIBER*
DAVID SHABSELS*
IVAN BELLOTTO*
JACOB LABOVITZ*
JAY FREEDMAN*
JOSEPH STANSKY*
KARLA BELLOTTO*
KERRY LABOVITZ *
LAUREN POPKIN-HERSCHTHAL*
MICHAEL SHABSELS*
RONEN GABBAY*
SETH HERSCHTHAL
STACY KOTELOV*

**Bankruptcy Judges**
CHIEF JUDGE CHRISTINE M. GRAVELLE
HON. MICHAEL B. KAPLAN
HON. ANDREW B. ALTENBURG, JR.
HON. JERROLD N. POSLUSNY, JR.
HON. JOHN K. SHERWOOD
HON. MARK E. HALL
HON. ROSEMARY GAMBARDELLA
HON. STACEY L. MEISEL
HON. VINCENT F. PAPALIA
HON. EAMONN J. O'HAGAN

**Separately Administered Debtors**

1000 ACRES HOLDINGS, LLC
1101 EAST GLENDALE BOULEVARD REAL ESTATE LLC
1101 EAST GLENDALE BOULEVARD LEASING LLC
11200 WEST FLORISSANT AVENUE LEASING LLC
11200 WEST FLORISSANT AVENUE REALTY LLC
1133 NORTHWEST L STREET LEASING LLC
1133 NORTHWEST L STREET REAL ESTATE LLC
1135 EAST CHOCOLTE AVENUE LEASING LLC
12 CAMBRIDGE DRIVE LEASING LLC
12 CAMBRIDGE DRIVE REALTY LLC
1323 AUGUSTA WEST PARKWAY LEASING LLC
1323 AUGUSTA WEST PARKWAY REAL ESTATE LLC
1401 US HIGHWAY 49B REAL ESTATE LLC
149 EMERALD STREET LEASING LLC
149 EMERALD STREET REAL ESTATE LLC
1600 EASTCHASE PARKWAY LEASING LLC
1600 EASTCHASE PARKWAY REAL ESTATE LLC
1912 MEMORIAL DRIVE REAL ESTATE LLC
194 WASHINGTON AVENUE LEASING LLC
194 WASHINGTON AVENUE REAL ESTATE LLC
200 GREAT POND DRIVE LEASING LLC
200 GREAT POND DRIVE REAL ESTATE LLC
201 CENTRE DRIVE LEASING LLC
201 CENTRE DRIVE REAL ESTATE LLC
2195 HARLEM ROAD LEASING LLC
2195 HARLEM ROAD REAL ESTATE LLC
2203 GRAND CANAL BOULEVARD LEASING LLC
2203 GRAND CANAL BOULEVARD REAL ESTATE LLC
2302 WINDSONG DRIVE LEASING LLC
2434 SOUTH INTERSTATE 35E LEASING LLC
2434 SOUTH INTERSTATE 35E REAL ESTATE LLC
250 PROGRESSIVE LEASING LLC
250 PROGRESSIVE REAL ESTATE LLC
2547 BRINDLE DRIVE LEASING LLC
2547 BRINDLE DRIVE REAL ESTATE LLC
2974 COPPERCREEK ROAD LEASING LLC
3385 NEWMARK DRIVE LLC
3413 TITTABWASSEE ROAD LEASING LLC
3413 TITTABWASSEE ROAD REAL ESTATE LLC
348 MORRIS AVENUE REAL ESTATE LLC
400 GREENS ROAD LEASING LLC
400 GREENS ROAD REAL ESTATE LLC
4200 PARK AVENUE LEASING LLC
4238 BAY ROAD LEASING LLC
4238 BAY ROAD REAL ESTATE LLC

44 SOUTHPOINT DRIVE LEASING LLC
45 COMMERCE DRIVE LEASING LLC
45 COMMERCE DRIVE REAL ESTATE LLC
4650 WESTWAY PARK BOULEVARD LEASING LLC
4650 WESTWAY PARK BOULEVARD REAL ESTATE LLC
4800 USH 280 LEASING LLC
4800 USH 280 REAL ESTATE LLC
5707 MACCORKLE AVENUE LEASING LLC
5707 MACCORKLE AVENUE REAL ESTATE LLC
7335 GLADIOLOUS LLC
771 CORPORATE DRIVE LEASING LLC
771 CORPORATE DRIVE REAL ESTATE LLC
830 COUNTY ROAD 64 LEASING LLC
830 COUNTY ROAD 64 REAL ESTATE LLC
90 PLEASANT VALLEY STREET LEASING LLC
90 PLEASANT VALLEY STREET REAL ESTATE LLC
BELMON APARTMENT PARTNERS LLC
CATSKILL WINE AND FOOD FESTIVAL LLC
DAMIS HOLDINGS LLC
DAMIS VENTURE LLC
DASMAS LANDCO LLC
EAST HARTFORD PROPERTIES LEASING LLC
EAST HARTFORD PROPERTIES REAL ESTATE LLC
FAIRPLAIN PLAZA LEASING LLC
FAIRPLAIN PLAZA REAL ESTATE LLC
HIGHLAND PARK PARTNERS LLC
MATTESON CENTER LEASING LLC
MATTESON CENTER REAL ESTATE LLC
MONTCLAIR CONDO HOLDINGS LLC
OKLAHOMA WILSHIRE LOFTS LEASING LLC
OKLAHOMA WILSHIRE LOFTS REAL ESTATE LLC
ROCKING HORSE RANCH LANDCO LLC
ROCKING HORSE RANCH OPERATINGCO LLC
SECONDARY PARAGOULD LLC
SIMAD HOLDINGS LLC
SIMAD VENTURE LLC
SOUTH LOOP WEST LEASING LLC
SOUTH LOOP WEST REAL ESTATE LLC
SOUTHWEST OHIO ASSOCIATES LLC
SPLASHDOWN BEACH LANDCO LLC
SPLASHDOWN BEACH OPERATINGCO LLC
STONY CREEK OPERATING CO, LLC
TURNPIKE ROAD HOLDINGS LLC
WG OPERATINGCO LLC
WOODLANDS EAGLE TIMBER LEASING LLC

**Bankruptcy Professionals**
ASSAF RAVID
COLE SCHOTZ P.C.
FAEGRE DRINKER BIDDLE & REATH LLP
PASHMAN STEIN WALDER HAYDEN P.C.
KIRKLAND & ELLIS LLP
DANIEL Y. SASSON
FTI CONSULTING, INC.
KROLL RESTRUCTURING ADMINISTRATION
MIKEWORLDWIDE
M3 PARTNERS
ROBINSON & COLE LLP

**Banks/Lenders/Administrative Agents**
ACE FUNDING SOURCE LLC
ASEND BANK
AGILE CAPITAL FUNDING, LLC
AGILE LENDING, LLC
AMERICAN CHOICE CAPITAL LLC
AUSTIN BUSINESS FINANCE, LLC
BANK IOWA
BANK OF AMERICA
BANK OF CLARK COUNTY
BANK OF NEW HAMPSHIRE
BARZELL
BEACON BANK
BLOC FUNDINGBYLINE BANK
CASHERA PRIVATE CREDIT INC.
CHASE BANK
CLEARVIEW FUNDING GROUP
COMMUNITY BANK
E ADVANCE SERVICES LLC
ENTERGY
FAIRPARK CAPITAL LLC
FINWISE BANK (MULLIGAN FUNDING)
FIRST CITIZENS BANK
FIRST FINANCIAL BANK
FUNDERS WEST
FUNDING CLUB LLC
HOMETRUST BANK
IOU FINANCIAL
KETA CONSTRUCTION COMPANY
LIBERTAS
LIFETIME FUNDING LLC D/B/A LIFETIME FUNDING
LNS GROUP LLC D/B/A/ LNS GROUP
THE MERCHANT MARKETPLACE HOLDINGS CORP.

METROPOLITAN PARTNERS GROUP MANAGEMENT, LLC
METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC
MISHMERET TRUST COMPANY LTD
NBT BANK
NORWAY SAVINGS BANK
NEWCO CAPITAL GROUP VI LLC
OCEAN FUNDING CORP.
OPTIMUM LENDING PARTNERS
ORCAFUNDING LLC
PCSB
PROVIDENT BANK
RAMP BANK
REDSTONE ADVANCE INC
TIDEWAY
TD BANK
TRANSPARENCY ADVANCE D/B/A NITRO ADVANCE LLC
UNION BANK
VAULT 26 CAPITAL LLC
WAYNE BANK
WYNWOOD CAPITAL GROUP LLC

**Creditors' Committee Members**
SMALLER EARTH GROUP dba CAMP LEADERS
AMERICAN INSTITUTE FOR FOREIGN STUDY INC. DBA CAMP AMERICA
TAVEZIO
CAMP SPECIALISTS LTD
KELLY SMITH BROWN, INDIVIDUALLY

**Equity Holders**
EZRIEL FRANKEL
MARK SHER
STACY KOTELOV
LAUREN POPKIN-HERSCHTHAL
ADAM WEINER
JAY FREEDMAN
IVAN BELLOTTO
KARLA BELLOTTO
JOSEPH STANSKY
RONEN GABBAY
DAVID SHABSELS
MICHAEL SHABSELS
GLYNIS CONYER
ALAN SMITH
BETON HOLDINGS LLC
JACOB LABOVITZ
KERRY LABOVITZ

**Insurers**
ALLIANZ GLOBAL CORPORATE & SPECIALTY
BROWN & BROWN OF GARDEN CITY, INC.
CHURCH MUTAL INSURANCE
FEDERAL INSURANCE COMPANY
MIDVALE INDEMNITY COMPANY
PHILADELPHIA INDEMNITY INSURANCE COMPANY
RSG UNDERWRITING
THE HARTFORD INSURANCE GROUP
THE TRAVELERS INDEMNITY COMPANY

**Proposed Acquiror**
CAMP ACHIM LLC

**Taxing Authorities/ Governmental/ Regulatory Agencies**
COMMONWEALTH OF PENNSYLVANIA
STATE OF NEW JERSEY DEPT OF LABOR A
CCH INCORPORATED
ANDERSEN TAX HOLDINGS LLC
CHESTER COUNTY TREASURER
CITY OF BETHLEHEM
INTERNAL REVENUE SERVICE
NEW YORK DEPT OF STATE
WAKE COUNTY REVENUE DEPT
COMMONWEALTH OF PENNSYLVANIA
HELLO BEE LLC
NORTH CAROLINA DEPARTMENT OF LABOR OSHA
WEST GOSHEN TOWNSHIP
SAN FRANCISCO TAX COLLECTOR
N.C. DEPARTMENT OF REVENUE
COMMONWEALTH OF PENNSYLVANIA
NORTH CAROLINA DEPT OF
DELAWARE DEPT OF LABOR
SPRINGFIELD TOWNSHIP
TREASURER LOWER MARION
EDGECOMBE COUNTY TAX COLLECTOR
ANDERSEN TAX LLC
PENNSYLVANIA HAZARDOUS MATERIAL
GALAXY US OPCO INC.
NORTH CAROLINA DEPARTMENT OF REVENUE
PENNSYLVANIA DEPARTMENT OF REVENUE
NEW HAMPSHIRE DIVISION OF EMERGENCY SERVICES AND COMMUNICATIONS
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
NORTH CAROLINA DEPARTMENT OF REVENUE

ILLINOIS DEPARTMENT OF REVENUE
MAINE REVENUE SERVICES
TOWN OF FRANCONIA
WAKE COUNTY REVENUE DEPARTMENT
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
PHILADELPHIA DEPARTMENT OF REVENUE
CITY OF BETHLEHEM
NYC DEPARTMENT OF FINANCE
CONNECTICUT DEPARTMENT OF REVENUE
MAINE REVENUE SERVICES
PENNSYLVANIA DEPARTMENT OF REVENUE
WAKE COUNTY REVENUE DEPARTMENT
CITY OF BETHLEHEM
ILLINOIS DEPARTMENT OF REVENUE,
NEW JERSEY DIVISION OF TAXATION,
NYS SALES TAX PROCESSING,
NORTH CAROLINA DEPARTMENT OF REVENUE
PA DEPARTMENT OF REVENUE
CITY OF BETHLEHEM
WEST GOSHEN
MECKLENBURG COUNTY
ANDERSEN TAX HOLDINGS LLC
ANDERSEN TAX LLC
ILLINOIS DEPT. OF REVENUE
MAINE REVENUE SERVICES
LANCASTER COUNTY
CITY OF PHILADELPHIA – DEPARTMENT OF REVENUE
NORTH CAROLINA DEPT. OF REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
PENNSYLVANIA DEPT. OF REVENUE
(EASTERN) LEBANON COUNTY TREASURER
NORTH CAROLINA DEPARTMENT OF REVENUE
CITY OF PHILADELPHIA – DEPARTMENT OF REVENUE
COCALICO SCHOOL DISTRICT
DURHAM COUNTY, NC
PENNSYLVANIA DEPARTMENT OF REVENUE
COCALICO SCHOOL DISTRICT
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
(EASTERN) LEBANON COUNTY TREASURER
ILLINOIS DEPARTMENT OF REVENUE
NEW JERSEY DIVISION OF TAXATION
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
NORTH CAROLINA DEPT. OF REVENUE
(EASTERN) LEBANON COUNTY TREASURER

NEW JERSEY DIVISION OF TAXATION
CONNECTICUT DEPT. OF REVENUE SERVICES
ILLINOIS DEPARTMENT OF REVENUE
PENNSYLVANIA DEPT. OF REVENUE
NEW JERSEY DIVISION OF TAXATION
MAINE REVENUE SERVICES
ILLINOIS DEPARTMENT OF LABOR
STATE OF MAINE ATTORNEY GENERAL
CONNECTICUT DEPARTMENT OF LABOR
SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE
STATE OF DEPARTMENT OF ENVIRONMENTAL PROTECTION
STATE OF NEW JERSEY UNCLAIMED PROPERTY DIVISION
MAINE DEPARTMENT OF THE SECRETARY OF STATE
STATE OF DEPARTMENT OF ENVIRONMENTAL CONSERVATION
ENVIRONMENTAL PROTECTION AGENCY
STATE OF NEW YORK ATTORNEY GENERAL
NORTH CAROLINA DEPARTMENT OF THE SECRETARY OF STATE
EEOC PHILADELPHIA DISTRICT OFFICE
ENVIRONMENTAL PROTECTION AGENCY
STATE OF CONNECTICUT UNCLAIMED PROPERTY DIVISION
STATE OF NORTH CAROLINA UNCLAIMED PROPERTY PROGRAM
SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE
STATE OF NORTH CAROLINA ATTORNEY GENERAL
MAINE SECRETARY OF STATE
SECRETARY OF STATE-ILLINOIS
STATE OF ILLINOIS ATTORNEY GENERAL
DELAWARE SECRETARY OF STATE
SECRETARY OF STATE NEW JERSEY
DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE
NORTH CAROLINA SECRETARY OF STATE
STATE OF CONNECTICUT ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION AGENCY
STATE OF NORTH CAROLINA ATTORNEY GENERAL
STATE OF PENNSYLVANIA ATTORNEY GENERAL
STATE OF PENNSYLVANIA BUREAU OF CONSUMER PROTECTION
NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
SECRETARY OF STATE NORTH CAROLINA
NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION
SECRETARY OF STATE-ILLINOIS INTERNAL REVENUE SERVICE
UNITED STATES ENVIRONMENTAL AND PROTECTION AGENCY REGION 2 RCRA PROGRAMS BRANCH
UNITED STATES ENVIRONMENTAL AND PROTECTION AGENCY BUREAU OF SOLID WASTE MANAGEMENT
ILLINOIS SECRETARY OF STATE
STATE OF ILLINOIS ATTORNEY GENERAL
EEOC NEW YORK DISTRICT OFFICE

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
STATE OF ILLINOIS UNCLAIMED PROPERTY DIVISION
ILLINOIS SECRETARY OF STATE
NORTH CAROLINA DEPARTMENT OF LABOR
NEW YORK DEPARTMENT OF LABOR
STATE OF MAINE ATTORNEY GENERAL
STATE OF NEW YORK CONSUMER PROTECTION DIVISION
DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE
PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY
STATE OF CONNECTICUT CONSUMER PROTECTION DIVISION
ILLINOIS SECRETARY OF STATE
EEOC BUFFALO LOCAL OFFICE
EEOC PITTSBURGH AREA OFFICE
PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION
STATE OF CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION (DEEP)
STATE OF MAINE UNCLAIMED PROPERTY DIVISION
EEOC NEWARK AREA OFFICE
STATE OF PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTECTION
SECRETARY OF STATE CONNECTICUT
NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN RESOURCES
SECRETARY OF STATE PENNSYLVANIA
SECRETARY OF STATE NEW YORK
STATE OF NEW YORK UNCLAIMED PROPERTY DIVISION
STATE OF PENNSYLVANIA UNCLAIMED PROPERTY DIVISION
STATE OF NEW JERSEY ATTORNEY GENERAL
NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
STATE OF NEW JERSEY CONSUMER AFFAIRS DIVISION
MAINE DEPARTMENT OF LABOR
DURHAM COUNTY ENGINEERING AND ENVIRONMENTAL SERVICES UTILITIES DIVISION
COLORADO DEPARTMENT OF REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE
HARTFORD DEPARTMENT OF REVENUE SERVICES
DISTRICT OF COLUMBIA
CITY OF GREENVILLE
D.C. OFFICE OF TAX & REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
GREELEY SALES TAX DIVISION
D.C. OFFICE OF TAX & REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
CONNECTICUT DEPT. OF REVENUE SERVICES
STATE OF CONNECTICUT ATTORNEY GENERAL
OFFICES OF THE UNITED STATES ATTORNEYS
WASHINGTON DC ATTORNEY GENERAL

WAYNE COUNTY, PA COUNTY CONSUMER PROTECTION AGENCY
WESTCHESTER COUNTY, NY COUNTY CONSUMER PROTECTION AGENCY
PUTNAM COUNTY, NY COUNTY CONSUMER PROTECTION AGENCY
WASHINGTON COUNTY, PA COUNTY CONSUMER PROTECTION AGENCY
CITY OF GREELEY TAX DEPARTMENT
CITY OF HARTFORD
CITY OF KENT
CITY OF GREENVILLE
COLORADO DEPARTMENT OF REVENUE
DC OFFICE OF FINANCE AND TREASURY
CITY OF WASHINGTON
CONNECTICUT OFFICE OF THE TREASURER
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
CITY OF LAKEWOOD-FINANCE DEPT.
GREENVILLE BOROUGH TAX COLLECTOR
CONNECTICUT COMMISSIONER OF REVENUE SERVICES
SOUTH STRABANE TOWNSHIP
NORTH FRANKLIN TOWNSHIP
TOWN OF WINDSOR
WAYNE COUNTY, PA AUDITOR
WASHINGTON TOWNSHIP TREASURER
NORTH FRANKLIN TOWNSHIP
TOWN OF BERLIN
THE DC OFFICE OF TAX AND REVENUE
WASHINGTON COUNTY TREASURER
TOWN OF HAMDEN
MONMOUTH COUNTY NJ COUNTY CONSUMER PROTECTION AGENCY
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK WHITE PLAINS
TOWN OF CATSKILL
TOWN OF THOMPSON
TOWN OF LAKE FOREST
HENDERSONVILLE COUNTY
TOWN OF MERRILL
MANALAPAN TOWNSHIP
BRUNSWICK TOWNSHIP
BURLINGHAM TOWN
GREEN LANE BOROUGH
FRYEBURG TOWN OFFICE
STARRUCCA BOROUGH TAX COLLECTOR
GLEN SPEY TOWN
LONG VALLEY
TOWN OF GUILFORD
SWAN LAKE
TOWN OF BELGRADE

TOWN OF POLAND
TOWN OF EATON

**U.S. Trustee Office**
ADELA ALFARO
ANGELIZA ORTIZ-NG
DANIEL C. KROPIEWNICKI
DAVID GERARDI
FRAN B. STEELE
FRANCYNE D. ARENDAS
JAMES STIVES
JEFFREY SPONDER
KIRSTEN K. ARDELEAN
LAUREN BIELSKIE
MICHAEL ARTIS
PETER J. D’AURIA
RACHEL WOLF
SAMANTHA LIEB
SAVANNA CRUZ
TIA GREEN
TINA L. OPPELT
WILLIAM J. ZIEMER

**Utilities**
8X8, INC.
AMPION
ARCHIE’S INC.
AT&T WIRELESS
AXIOM
BANNON’S SANITATION
BLUE RIDGE
CASELLA WASTE
CASELLA WASTE / PINE TREE
CASSELLA
CASTELLA WASTE
CENTRAL MAINE POWER
CENTRAL MAINE POWER
CENTRAL MAINE POWER (CMP)
COMCAST
COMCAST BUSINESS
COMCAST/XFINITY
COMED
CON EDISON
CONSOLIDATED EDISON
DIRECT FIBER
DUMPSTER NORTH CONWAY INCINERATOR

ELECTRIC CENTRAL MAINE POWER
EVERSOURCE
EVERSOURCE ENERGY
FERREL GAS
FIRMSTONE OIL
FIRST ENERGY (PENELEC)
FIRST LIGHT
FIRSTLIGHT FIBER
FOURLEAF VOICE
FOWLER
GAS DEAD RIVER COMPANY
GORDONS CORNER
GRANITE STATE COMMUNICATIONS
GREGORY'S DISPOSAL
HELIX TELECOM INC.
HIGHHOUSE ENERGY
INTERNET/PHONES CAMP
JCP&L
JCPL
MAINE WATER CO
NEWTEL
NJNG
NORTH SHORE GAS
NYSEG
OOMA
OPTIMUM
OPTIMUM CABLE
ORANGE & ROCKLAND
PECO
PENELEC
PENELEC (FIRST ENERGY)
PPL
PSE&G
REPUBLIC SERVICES
RINGCENTRAL
SANICO
SIPTRUNK
SLIC
SOUTH BRUNSWICK WATER UTILITY
SPECTRUM
SPECTRUM BUSINESS
SPECTRUM MOBILE
STARLINK
SUBURBAN PROPANE
TELESYS AND STARLINK
THOMPSON SANITATION

TOWN OF GREENBURGH
TOWN OF HILLSBOROUGH
UBIQUITI
UNIFI PROTECT
VERIZON
VERIZON BUSINESS
VERIZON WIRELESS VONAGE
WASTE MANAGEMENT
WASTE MANAGEMENT
WASTE MANAGEMENT OF NEW HAMPSHIRE
WASTE MANAGEMENT OF NEW JERSEY, INC.
WELSH SANITATION SERVICE
WIN WASTE INNOVATIONS
ZOOM

**Vendors**
ABBIE SOPHIA, LLC
AIFS CAMP AMERICA
AMUSEMENT SUPPLY CO
B&B ELECTRIC, LLC
BD CAMP TRIPS
BERNAS CONSTRUCTION LLC
BMA CONTRACTING, INC
BROWN COACH, INC.
CAMP LEADERS (SMALLER EARTH LIMITED)
CAROLINA GOLF CARS
CAROLINA LANDSCAPE MANAGEMENT
CBH ELECTRIC INC
COUNTY LINE SHEDS
CRUSTERS
CUSTOM POOLS & SPAS
DRISCOLL FOODS
FRANKEL DISPOSABLES B
FRANKEL DISPOSABLES G
GZA INC.
HALES BUS GARAGE
HOFFMAN PRODUCTIONS, INC
HOME DEPOT CREDIT SERVICES
IENA
IVY OAKS
IVY OAKS ANALYTICS
JOHN ROSS, INC
KOSHERLINE LLC
LOWE’S
MTC DJ SERVICE
NYSIF WORKERS’ COMPENSATION

OXFORD HEALTH PLANS
POLJAK ASSOCIATES
POND HILL RANCH
ROYAL KOSHER B
RYCHIK DESIGN & CONSTRUCTION CO., INC.
SIMPLY SUSHI
TRI STATE BUSSING LLC
UPSTATE DAIRY/ GOLDEN FLOW- BOYS KITCHEN
WATERMARK LANDSCAPE ARCHITECTURE
WYDE LUMBER & SUPPLY

# SCHEDULE 2

## Current, Former, and Closed Clients

**CURRENT[1] CLIENTS[2]**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a McDermott Client |
|---|---|
| Allianz Global Corporate & Specialty | Allianz Resolution Management |
| Bank of America | Bank of America |
| Blue Ridge | Blue Ridge Capital, L.L.C. |
| Chase Bank | JPMorgan Chase Bank N.A. |
| Comcast/Xfinity | Comcast Corporation |
| Entergy | Johnson Controls International Plc (Entergy Security Corporation is a subsidiary) |
| First Citizens Bank | First-Citizens Bank & Trust Company |
| FTI Consulting, Inc. | FTI Consulting, Inc. |
| Home Depot Credit Services | Home Depot, Inc. |
| IOU Financial | IOU Financial |
| Jay Freedman | Fidelity Investments (Jay Freedman is a client contact) |
| Kirkland & Ellis LLP | Kirkland & Ellis |
| Kroll Restructuring Administration | Kroll LLC |
| Optimum | Captive Resources LLC / Optimum Insurance Ltd. |
| PPL | PPL LLC |
| Spectrum; Spectrum Mobile | Charter Communications; Spectrum |
| Waste Management; Waste Management of New Hampshire; Waste Management of New Jersey, Inc. | Waste Management Inc. |

[1] The term "current client" means a client to whom time was posted in the 12 months preceding July 10, 2026, the date that the Committee selected McDermott as its proposed counsel.

[2] McDermott may currently represent or have previously represented certain affiliates of the entities disclosed herein, and the disclosure is accordingly broad in scope.

## FORMER[1] CLIENTS

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that was a Former McDermott Client |
|---|---|
| TD Bank | TD Wealth; TD Bank, N.A. |
| First Financial Bank | First Financial Bank |

1 The term "former client" means a client to whom time was posted between 12 and 36 months preceding July 10, 2026, the date that the Committee selected McDermott as its proposed counsel, but for whom no time has been posted in the 12 months preceding July 10, 2026.

## <u>CLOSED[1] CLIENTS</u>

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Closed McDermott Client |
|---|---|
| Michael Shabsels; David Shabsels | Michael Shabsels (a/k/a Michael Shabsels, David Shabsels, Randolph Mittasch, Joshua Friedman, and Damis Holdings LLC) |
| Verizon; Verizon Wireless | Verizon Wireless, Inc. |
| Andersen Tax LLC | Andersen Tax LLC |
| Eversource | Eversource Energy |

1 The term "closed client" means a client to whom time was posted in the 36 months preceding July 10, 2026, the date the Committee selected McDermott as its proposed counsel, but for which the client representation has been closed.

# EXHIBIT C

## Smith Brown Declaration

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 26-16388 (CMG)<br><br>(Jointly Administered) |

**DECLARATION OF**
**KELLY SMITH BROWN**
**IN SUPPORT OF THE APPLICATION**
**OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS TO RETAIN AND EMPLOY MCDERMOTT**
**WILL & SCHULTE LLP AS COUNSEL EFFECTIVE JULY 10, 2026**

I, Kelly Smith Brown, declare that the following statements are true and correct to the best of my knowledge after due inquiry as described herein.

1. I am over the age of 21 and I serve as the Chair of the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I am, in all respects, competent and authorized under the Bylaws to make this declaration in support of the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of McDermott Will & Schulte LLP as Counsel Effective as of July 10, 2026* (the "Application").[2]

2. I have reviewed and am familiar with the contents of the Application, as well as the Azman Declaration, which is attached to the Application as **Exhibit B**. Except as otherwise noted,

---

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

I have personal knowledge as to all the information set forth below. I submit this Declaration solely in my capacity as Chair of the Committee.

3. This Declaration is provided pursuant to D.2 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under* 11 U.S.C. § 330 *by Attorneys in Larger Chapter 11 Cases,* effective as of November 1, 2013 (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee (the "U.S. Trustee"). I am informed by McDermott that the U.S. Trustee Guidelines require that any application for employment of an attorney under Sections 327 or 1103 of the Bankruptcy Code be accompanied by a verified statement from the client that addresses the following:

a. The identity and position of the person making the verification.

b. The steps taken by the client to ensure that the applicant's billing rates and material terms for the engagement are comparable to the applicant's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

c. The number of firms the client interviewed.

d. If the billing rates are not comparable to the applicant's billing rates for other non-bankruptcy engagements and to the billing rates of other comparably skilled professionals, the circumstances warranting the retention of that firm.

e. The procedures the client has established to supervise the applicant's fees and expenses and to manage costs.

4. McDermott was selected by the Committee as its counsel on July 10, 2026, after the Committee interviewed RC as well as three other law firms. As a member of the Committee, I was directly involved in the Committee's decision to select McDermott as its counsel in these chapter 11 cases and actively participated in negotiating the terms of McDermott's employment together with other members of the Committee.

5. I understand that McDermott has extensive experience in and knowledge of complex chapter 11 matters and has represented official and unofficial committees, debtors, and other primary case parties in numerous complex and prominent chapter 11 bankruptcy cases in recent years, including cases in this jurisdiction. For these reasons, the Committee believes McDermott possesses the requisite knowledge and expertise in the areas of law relevant to these chapter 11 cases and is well qualified to represent the Committee as its counsel.

6. I and other members of the Committee have reviewed McDermott's standard rates for bankruptcy services, as set forth in the Application. Based upon representations made to the Committee by McDermott, I understand that those rates are consistent with McDermott's rates for comparable non-bankruptcy engagements and the billing rates and terms of other comparably skilled firms for providing similar services. Based on these representations, the Committee members' experience in both the bankruptcy field and in other fields in which the Debtors operate, and the information learned through the counsel interview process, the Committee believes these rates are reasonable.

7. In addition, I am advised that McDermott's hourly rates are subject to annual adjustments in January of each year to reflect economic and other conditions. I am further advised that, pursuant to ABA Formal Ethics Opinion 11-458, "periodic, incremental increases in a lawyer's regular hourly billing rates are generally permissible if such practice is communicated clearly to and accepted by the client at the commencement of the client-lawyer relationship and any periodic increases are reasonable under the circumstances." I am further advised that, pursuant to ABA Formal Ethics Opinion 11-458, "the client need not agree to pay the modified fee to have the lawyer continue the representation." McDermott disclosed to the Committee its rates in effect

as of July 2026. If McDermott seeks to adjust its rate structure, the Committee expressly reserves the right to reject such modification.

8. I understand that McDermott's fees and expenses will be subject to review, comment, and objection (if warranted) by parties-in-interest and are subject to Court approval, including pursuant to interim and final fee applications that McDermott will file with the Court.

9. In addition to the fee application process and Court approval, I and/or the other members of the Committee will monitor McDermott's interim fee applications to ensure that the fees and expenses requested are reasonable and the corresponding services were necessary or beneficial to the Debtors' estates and the Committee. McDermott may amend and supplement its budget and staffing plan as these chapter 11 cases develop to reflect changed circumstances and unanticipated developments in a timely fashion. If the Committee has an objection to any fees and expenses requested by McDermott that cannot be resolved to the Committee's satisfaction informally, McDermott has informed me that it will file a notice of objection on the Committee's behalf. In so doing, I understand that McDermott reserves all rights to contest any such objection raised to the allowance or payment of its requested fees and expenses, and the Committee reserves the right to retain conflicts counsel to prosecute any such objection to the extent it cannot be resolved informally by the parties.

10. Nothing contained in this Declaration is intended to (a) limit McDermott's ability to request allowance and payment of fees and expenses pursuant to Sections 330 and 331 of the Bankruptcy Code and the Compensation Order, (b) restrict McDermott's right to defend any objection raised to the allowance or payment of such fees, or (c) prevent the Committee from formally opposing any fees or expenses requested by McDermott, including retaining conflicts counsel, if necessary, to prosecute any such fee objection.

11. The facts set forth in this Declaration are based upon my personal knowledge, my review of the relevant documents, information provided to me or verified by McDermott, and my personal opinion based upon my experience, knowledge, and information provided to me. I am authorized to submit this Declaration as Chair of the Committee, and, if called upon to testify, I would testify competently to the facts set forth herein.

12. Based on the foregoing, the Committee is of the opinion that it is necessary to retain and employ McDermott as its counsel, effective as of July 10, 2026, and that such retention and employment is in the best interests of the Debtors' estates.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2026

*/s/ Kelly Smith Brown*
Kelly Smith Brown, solely in my capacity as the Chair of the Official Committee of Unsecured Creditors of SIMAD Holdings Ltd., *et al.*

**<u>EXHIBIT B</u>**

**Invoice**

**INVOICE**

Rolling Hills Landco Creditors' Committee
Joshua Cohen, Chair of Committee
One Vanderbilt Ave
New York, NY 10017

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

## Remittance Copy

### Billing for services rendered through 08/31/2026

**Confidential, protected by attorney-client privilege and work product doctrine**

0011 SIMAD-Rolling Hills Official Committee

| | |
|---|---|
| Total Services | $ 1,187,945.50 |
| Total Costs and Other Charges Posted Through Billing Period | 645.13 |
| **Total This Invoice** | **$ 1,188,590.63** |

| Invoice | Date | | |
|---|---|---|---|
| 4703432 | 08/28/2026 | 1,392,352.58 | |
| Total Outstanding Balance | | | 1,392,352.58 |
| Total Balance Due | | | $ 2,580,943.21 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer/ACH Instructions:**
McDermott Will & Schulte LLP
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**E-Check Payment Instructions:**
https://www.e-billexpress.com/ebpp/MWE

**Mail Payment To:**
McDermott Will & Schulte LLP
P.O. Box 931464
Atlanta, GA 31193-1464

*McDermott rarely will change its routing instructions. If you receive a communication instructing you that there has been a change in our routing instructions, call 312.899.7156 or email wire@mwe.com to verify that change.*

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

McDermott Will & Schulte

**INVOICE**

Rolling Hills Landco Creditors' Committee
Joshua Cohen, Chair of Committee
One Vanderbilt Ave
New York, NY 10017

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

## Client Copy

### Billing for services rendered through 08/31/2026

**Confidential, protected by attorney-client privilege and work product doctrine**

0011 SIMAD-Rolling Hills Official Committee

| | |
|---|---|
| Total Services | $ 1,187,945.50 |
| Total Costs and Other Charges Posted Through Billing Period | 645.13 |
| **Total This Invoice** | **$ 1,188,590.63** |

| **Invoice** | **Date** | | |
|---|---|---|---|
| 4703432 | 08/28/2026 | 1,392,352.58 | |
| Total Outstanding Balance | | | 1,392,352.58 |
| Total Balance Due | | | $ 2,580,943.21 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer/ACH Instructions:**
McDermott Will & Schulte LLP
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mwe.com
Fax Remittance to: +1 312 277 8755

**E-Check Payment Instructions:**
https://www.e-billexpress.com/ebpp/MWE

**Mail Payment To:**
McDermott Will & Schulte LLP
P.O. Box 931464
Atlanta, GA 31193-1464

*McDermott rarely will change its routing instructions. If you receive a communication instructing you that there has been a change in our routing instructions, call 312.899.7156 or email wire@mwe.com to verify that change.*

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

McDermott Will & Schulte

Invoice: 4714788 09/24/2026
Client: 153076

Rolling Hills Landco Creditors' Committee
Joshua Cohen, Chair of Committee
One Vanderbilt Ave
New York, NY 10017

For Services Rendered in Connection with:

Matter: 0011 SIMAD-Rolling Hills Official Committee

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110<br>08/01/26 | Case Administration<br>R. Biblo Block | 0.20 | 330.00 | Review correspondence re work in progress. |
| B110<br>08/03/26 | Case Administration<br>R. Biblo Block | 0.20 | 330.00 | Review correspondence re work in process. |
| B110<br>08/03/26 | Case Administration<br>C. Dingman | 1.30 | 1,995.50 | Review court docket (.6); review summary re same (.5); conference with R. Biblo Block re case status (.2). |
| B110<br>08/03/26 | Case Administration<br>R. Wang | 1.60 | 1,576.00 | Review docket entries and summarize new entries for team update (1.4); incorporate comments from C. Dingman re same (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 08/04/26 | Case Administration R. Biblo Block | 1.30 | 2,145.00 | Review work in process list and critical dates calendar (.3); revise same (.5); correspond with MWS team re same (.1); conference with R. Wang re same (.4). |
| B110 08/04/26 | Case Administration D. Northrop | 0.10 | 91.00 | Correspond with MWS team re updates to case dates and deadlines. |
| B110 08/04/26 | Case Administration N. Alindogan | 0.10 | 91.00 | Update case calendar. |
| B110 08/04/26 | Case Administration R. Wang | 3.90 | 3,841.50 | Review docket entries to update master file of deadlines (1.2); draft summary update for substantive docket filings and upcoming key deadlines in August for C. Dingman to review (2.7). |
| B110 08/05/26 | Case Administration R. Biblo Block | 0.80 | 1,320.00 | Conference with C. Dingman re work in progress (.3); review docket summary correspondence (.2); correspond with R. Wang re same (.1); review work in process list (.2). |
| B110 08/05/26 | Case Administration N. Alindogan | 0.80 | 728.00 | Update critical dates tracker (.6); circulate calendar invites re same (.2). |

McDermott Will & Schulte

| | | | |
|---|---|---|---|
| Rolling Hills Landco Creditors' Committee | | Client: | 153076 |
| | | Invoice: | 4714788 |
| | | Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 08/05/26 | Case Administration R. Wang | 0.60 | 591.00 | Incorporate comments from R. Biblo Block on docket summaries (.2); circulate the same to the M3 and MWS teams (.1); summarize, analyze key dates (.3). |
| B110 08/06/26 | Case Administration R. Wang | 1.70 | 1,674.50 | Review docket updates and draft summaries (1.2); correspond with C. Dingman re same (.1); review docket filings for substantive updates (.4). |
| B110 08/06/26 | Case Administration L. Knight | 0.20 | 225.00 | Review materials for Committee advisors conference. |
| B110 08/06/26 | Case Administration D. Azman | 1.00 | 1,860.00 | Correspond with Debtors and MWS team re Lavi issues. |
| B110 08/06/26 | Case Administration C. Dingman | 0.90 | 1,381.50 | Review court docket re critical updates. |
| B110 08/07/26 | Case Administration R. Biblo Block | 0.90 | 1,485.00 | Conference with C. Dingman re work in process (.2); conference with L. Knight re same (.4); review bankruptcy case docket (.2); correspond with MWS team re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 08/07/26 | Case Administration L. Knight | 0.50 | 562.50 | Conference w/R. Biblo Block re critical workstreams. |
| B110 08/07/26 | Case Administration J. Gorodetsky | 0.70 | 448.00 | Review client documents (.4); prepare same for review in case assessment repository (.3). |
| B110 08/07/26 | Case Administration R. Wang | 1.70 | 1,674.50 | Analyze docket filings (1.4); correspond w/committee advisors re same (.3). |
| B110 08/08/26 | Case Administration R. Wang | 0.20 | 197.00 | Correspond w/ committee advisors re docket updates. |
| B110 08/08/26 | Case Administration R. Biblo Block | 0.50 | 825.00 | Review work in process list (.3); review bankruptcy case docket (.2). |
| B110 08/09/26 | Case Administration R. Wang | 0.10 | 98.50 | Review, analyze diligence re sales. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110<br>08/10/26 | Case Administration<br>R. Biblo Block | 1.00 | 1,650.00 | Conference with C. Dingman re work in progress (.4); participate in weekly standing conference with MWS team and E. Lazerowitz re work in progress (.3); review work in progress list (.2); correspond with MWS team re same (.1). |
| B110<br>08/10/26 | Case Administration<br>L. Knight | 4.50 | 5,062.50 | Draft and revise critical workstreams memo (2.7); correspond w/internal group re same (1.3); conference w/internal group re critical workstreams (.5). |
| B110<br>08/10/26 | Case Administration<br>N. Alindogan | 0.70 | 637.00 | Update key dates tracker (.4); circulate calendar invites re same (.1); participate in team conference re workstreams (.2). |
| B110<br>08/10/26 | Case Administration<br>D. Thomson | 0.30 | 493.50 | Participate in committee professionals conference. |
| B110<br>08/10/26 | Case Administration<br>C. Dingman | 1.30 | 1,995.50 | Participate in conference with MWS team re case administration (.3); conference with R. Biblo Block re same (.3); review case docket re same (.7). |
| B110<br>08/10/26 | Case Administration<br>R. Wang | 1.40 | 1,379.00 | Analyze newest docket filings (1.1); draft summaries and incorporate comments from C. Dingman re same (.2); circulate the same to M3 and MWS teams (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110<br>08/11/26 | Case Administration<br>R. Biblo Block | 0.20 | 330.00 | Review work in process list. |
| B110<br>08/11/26 | Case Administration<br>C. Dingman | 1.30 | 1,995.50 | Review case docket (.6); review, revise daily case update (.7). |
| B110<br>08/12/26 | Case Administration<br>R. Biblo Block | 1.80 | 2,970.00 | Conference with D. Bass re various workstreams (.9); prepare correspondence re same to UCC professionals (.3); research re same (.5); correspond with MWS team re same (.1). |
| B110<br>08/12/26 | Case Administration<br>C. Dingman | 0.90 | 1,381.50 | Review, analyze court docket re case status. |
| B110<br>08/12/26 | Case Administration<br>R. Wang | 0.80 | 788.00 | Review docket filings and send case updates to M3 and MWS teams (.7); incorporate comments from C. Dingman re same (.1). |
| B110<br>08/13/26 | Case Administration<br>R. Biblo Block | 0.20 | 330.00 | Conference with C. Dingman re work in progress. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 08/13/26 | Case Administration C. Dingman | 0.90 | 1,381.50 | Review court docket. |
| B110 08/13/26 | Case Administration R. Wang | 1.10 | 1,083.50 | Draft docket summaries and review docket filings. |
| B110 08/14/26 | Case Administration R. Biblo Block | 0.30 | 495.00 | Conference with L. Knight re work in process list. |
| B110 08/14/26 | Case Administration L. Knight | 1.20 | 1,350.00 | Conference w/ C. Dingman and R. Biblo Block re critical workstreams. |
| B110 08/14/26 | Case Administration R. Wang | 0.90 | 886.50 | Review, analyze docket (.5); draft summaries of filings for M3 team and MWS team (.4). |
| B110 08/17/26 | Case Administration R. Biblo Block | 0.50 | 825.00 | Conference with MWS team and counsel to party in interest re case status (.2); review docket (.2); correspond with MWS team re work in process (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 08/17/26 | Case Administration L. Knight | 1.20 | 1,350.00 | Update and revise critical workstreams memo (.5); conference w/C. Dingman re critical workstreams (.7). |
| B110 08/17/26 | Case Administration C. Dingman | 2.40 | 3,684.00 | Review WIP tracker (.9); conference with L. Knight re same (.3); review, analyze court docket (.6); review, revise daily summary re same (.5); correspond with R. Wang re same (.1). |
| B110 08/17/26 | Case Administration R. Wang | 1.10 | 1,083.50 | Confer with MWS team and M3 team re case updates (.2); review and analyze docket filing (.9). |
| B110 08/18/26 | Case Administration J. Gorodetsky | 0.70 | 448.00 | Prepare received production for review in document repository. |
| B110 08/18/26 | Case Administration R. Biblo Block | 0.60 | 990.00 | Review work in process list (.2); review correspondence related to same (.2); correspond with MWS team re same (.2). |
| B110 08/18/26 | Case Administration R. Wang | 0.40 | 394.00 | Correspond w/internal group re case updates. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 08/19/26 | Case Administration J. Gorodetsky | 0.20 | 128.00 | Prepare production documents. |
| B110 08/19/26 | Case Administration R. Biblo Block | 1.60 | 2,640.00 | Conference with C. Dingman re work in process (.2); review work in process list and related trackers (.5); correspond with MWS team re Committee member service (.1); research re same (.8). |
| B110 08/19/26 | Case Administration C. Dingman | 0.40 | 614.00 | Review court docket. |
| B110 08/20/26 | Case Administration R. Biblo Block | 1.10 | 1,815.00 | Conference with committee member re UCC chair position (.1); research re same (.3); prepare correspondence to UCC re same (.1); conference with C. Dingman re work in process (.3); conference with K. Going re same (.3). |
| B110 08/20/26 | Case Administration C. Dingman | 0.90 | 1,381.50 | Review, analyze court docket (.5); review, revise daily summary re same (.3); correspond with R. Wang re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 08/20/26 | Case Administration R. Wang | 0.30 | 295.50 | Draft docket summaries for case and incorporate comments from C. Dingman. |
| B110 08/21/26 | Case Administration R. Biblo Block | 0.50 | 825.00 | Review work in process list and related trackers (.2); revise same (.3). |
| B110 08/21/26 | Case Administration R. Wang | 0.30 | 295.50 | Draft docket update. |
| B110 08/23/26 | Case Administration R. Biblo Block | 0.20 | 330.00 | Review bankruptcy case docket and summary of same (.1); correspond with R. Wang re same (.1). |
| B110 08/23/26 | Case Administration R. Wang | 0.30 | 295.50 | Correspond w/MWS team re case updates. |
| B110 08/24/26 | Case Administration R. Biblo Block | 1.60 | 2,640.00 | Conference with debtors' counsel re various workstreams and next steps (.8); review work in process list and related trackers (.5); correspond with MWS team re same (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 08/24/26 | Case Administration L. Knight | 0.80 | 900.00 | Review and analyze correspondence re case developments (.2); update and revise critical workstreams re case developments (.3); conference with internal group re case calendar (.3). |
| B110 08/24/26 | Case Administration N. Alindogan | 0.80 | 728.00 | Participate in team conference re workstreams (.3); update case calendar (.2); update key dates tracker (.3). |
| B110 08/24/26 | Case Administration C. Dingman | 1.40 | 2,149.00 | Review court docket (.6); conference with MWS team re case status (.3); review WIP re same (.5). |
| B110 08/24/26 | Case Administration R. Wang | 1.90 | 1,871.50 | Participate in internal MWS discussion on workstreams in process (.3); review and draft daily case updates (1.6). |
| B110 08/25/26 | Case Administration R. Biblo Block | 2.40 | 3,960.00 | Review bankruptcy case docket (.4); correspond with R. Wang re same (.1); review work in process list and related trackers (.3); conference with C. Dingman re same (.2); review correspondence related to same (.3); prepare UCC advisors update based on conference with CS team (.5); research re same (.5); send same to UCC advisors (.1). |

Case 26-13838-CMG Doc 1953-1 Filed 09/25/26 Entered 09/25/26 13:21:50 Desc Main Document Page 170 of 489

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 08/25/26 | Case Administration C. Dingman | 0.80 | 1,228.00 | Conference with R. Biblo Block re case status (.2); review case docket (.6). |
| B110 08/25/26 | Case Administration R. Wang | 1.40 | 1,379.00 | Review, draft and incorporate comments for new docket updates (1.2); correspond w/internal group re case updates (.2). |
| B110 08/26/26 | Case Administration R. Biblo Block | 0.60 | 990.00 | Review correspondence related to work in process (.2); review related work in process list and trackers (.1); review correspondence related to same (.3). |
| B110 08/26/26 | Case Administration R. Wang | 0.10 | 98.50 | Draft and revise update correspondence. |
| B110 08/27/26 | Case Administration D. Thomson | 0.50 | 822.50 | Participate in weekly committee advisors conference. |
| B110 08/27/26 | Case Administration C. Dingman | 0.40 | 614.00 | Conference with Committee advisors re case status. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 08/27/26 | Case Administration R. Wang | 0.90 | 886.50 | Correspond w/MWS team re docket filings and deadlines. |
| B110 08/31/26 | Case Administration L. Knight | 1.10 | 1,237.50 | Update and revise critical workstream memo (.8); conference w/internal group re critical workstreams (.3). |
| B110 08/31/26 | Case Administration R. Biblo Block | 1.00 | 1,650.00 | Participate in weekly MWS team meeting re ongoing workstreams (.2); review correspondence re same (.3); review work in process list and related trackers (.5). |
| B110 08/31/26 | Case Administration D. Thomson | 0.30 | 493.50 | Prepare for (.1) and participate in committee professionals work-in-process conference (.2). |
| B110 08/31/26 | Case Administration C. Dingman | 0.20 | 307.00 | Conference with MWS team re case status. |
| B110 08/31/26 | Case Administration N. Alindogan | 0.10 | 91.00 | Revise case calendar. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 08/31/26 | Case Administration R. Wang | 0.90 | 886.50 | Correspond w/committee advisors re case developments (.6); correspond w/R. Biblo Block re objection statuses (.3). |
| B120 08/18/26 | Asset Analysis and Recovery R. Biblo Block | 0.30 | 495.00 | Review debtors' schedules of assets. |
| B120 08/20/26 | Asset Analysis and Recovery R. Biblo Block | 0.30 | 495.00 | Review pre-petition loan documents (.2); correspond with MWS team re same (.1). |
| B130 08/02/26 | Asset Disposition R. Biblo Block | 3.40 | 5,610.00 | Review documents re Pine Forest sale (.7); draft correspondence to debtors' counsel re same (.2); correspond with D. Azman re same (.1); correspond with D. Bass re same (.2); prepare objection to Pine Forest sale (1.9); review draft correspondence re status of auction process (.2); circulate same to UCC members (.1). |
| B130 08/02/26 | Asset Disposition D. Azman | 1.90 | 3,534.00 | Correspond with MWS team and with Debtors re bids and auction process (1.5); review third round bids (.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/03/26 | Asset Disposition R. Biblo Block | 3.00 | 4,950.00 | Review correspondence related to Pine Forest private sale (.1); correspond with K. Going re same (.1); review documents related to same (.1); conference with K. Going re same (.2); conference with K. Going, debtors' counsel, Mizzen's counsel, Wayne Bank's counsel, and Camping Management Corporation's counsel re same (.7); conference with K. Going re same (.1); review revised sale order (.2); correspond with K. Going re same (.1); conference with Debtor and UCC professionals re auction process (1.3); correspond with Wayne Bank's counsel re Pine Forest private sale order (.1). |
| B130 08/03/26 | Asset Disposition L. Knight | 0.60 | 675.00 | Review and analyze correspondences re auction and sale process. |
| B130 08/03/26 | Asset Disposition K. Going | 11.50 | 22,540.00 | Review bids and analysis from debtors and M3 (3.4); participate in portion of conference re bids (.7); review and revise Pine Forest DIP/APA documents (2.6); conference with all parties on Pine Forest documents (.7); follow up on revisions to Pine Forest sale order (1.4); review APA and proposed sale order re Pine Forest (1.3); correspond with internal MWS team re issues list (.4); prepare for and |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | participate in conference with debtors' counsel re same (.3); conference with UCC professionals re bid review (.7). |
| B130 08/03/26 | Asset Disposition D. Azman | 2.00 | 3,720.00 | Conferences with MWS team and with SSG/Debtors re bids. |
| B130 08/03/26 | Asset Disposition C. Dingman | 1.10 | 1,688.50 | Conference with Committee and Debtor professionals re bid update. |
| B130 08/04/26 | Asset Disposition R. Wang | 1.50 | 1,477.50 | Prepare for and participate in update meeting for committee members re sale process (.5); reconcile records for highest and best bid results for notice of successful bidders (.4); draft summary of finding and issues re same (.1); confer with internal team re workstreams and open issues (.5). |
| B130 08/04/26 | Asset Disposition R. Biblo Block | 0.70 | 1,155.00 | Conference with F. Yudkin and T. Kohl re sale process (.3); correspond with UCC advisors re same (.1); correspond with UCC members re same (.1); review notice of successful bidder (.2). |

Case 26-13638-CMG Doc 1533 Filed 09/25/26 Entered 09/25/26 23:21:50 Desc Main
Document Page 166 of 489

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/04/26 | Asset Disposition L. Knight | 3.70 | 4,162.50 | Conference with Committee re auction status update (.7); review precedent re brief in support of sale (.8); draft and revise brief re same (2.2). |
| B130 08/04/26 | Asset Disposition D. Azman | 1.10 | 2,046.00 | Prepare for UCC conference re bids (.4); participate in same (.7). |
| B130 08/04/26 | Asset Disposition K. Going | 1.20 | 2,352.00 | Prepare for (.4); participate in conference with UCC on bid results (.8). |
| B130 08/04/26 | Asset Disposition R. Wang | 1.10 | 1,083.50 | Review documents sent by R. Biblo Block on potential claim objections (.3); confer with R. Biblo Block re same (.4); manage records of definitive documents re same (.1); review first day declarations and deck by financial advisor to create summary of potential claims objections (.3). |
| B130 08/06/26 | Asset Disposition R. Biblo Block | 1.30 | 2,145.00 | Research re auction process (.1); correspond with CS team and MWS team re private sales (.2); review objections to sale (.2); review draft APAs (.7); correspond with MWS team re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/06/26 | Asset Disposition R. Wang | 0.10 | 98.50 | Confer with MWS team re bid updates. |
| B130 08/06/26 | Asset Disposition L. Knight | 3.20 | 3,600.00 | Review and analyze precedent re statement in support of sale (1.1); draft and revise statement in support of sale (1.8); correspond w/R. Biblo Block re same (.3). |
| B130 08/07/26 | Asset Disposition G. Miranda | 1.00 | 1,625.00 | Review and summarize North Star APA (.5) and Wekeela APA (.5). |
| B130 08/07/26 | Asset Disposition R. Biblo Block | 1.20 | 1,980.00 | Review APAs (.5); correspond with MWS team re same (.1); conference with C. Dingman re draft document re same (.2); review same (.2); review draft statement in support of sale (.1); correspond with L. Knight re same (.1). |
| B130 08/07/26 | Asset Disposition R. Wang | 3.00 | 2,955.00 | Research re sale objection (1.9); confer with R. Biblo Block and C. Dingman re same (.2); incorporate comments from R. Biblo Block re same (.9). |
| B130 08/07/26 | Asset Disposition L. Knight | 4.90 | 5,512.50 | Review and analyze Lavi objection (.9); draft and revise statement in support of sale (3.7); correspond w/R. Biblo Block re same (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/07/26 | Asset Disposition K. Going | 1.60 | 3,136.00 | Review and respond to correspondence on Pine Forest closing (.8); review and analyze correspondence re asset sales in advance of hearing (.8). |
| B130 08/07/26 | Asset Disposition C. Dingman | 3.00 | 4,605.00 | Review statement ISO sale (.7); research re same (.6); revise statement re same (1.1); correspond with L. Knight re same (.3); correspond with R. Biblo Block re same (.3). |
| B130 08/08/26 | Asset Disposition L. Knight | 3.50 | 3,937.50 | Research re sale issue (.8); review and analyze precedent re same (.7); draft and revise statement in support of sale (1.8); correspond w/R. Biblo Block and C. Dingman re same (.2). |
| B130 08/08/26 | Asset Disposition G. Miranda | 1.00 | 1,625.00 | Review and summarize CMAO APA (.2), and JCC APA (.3); correspond w/internal group re same (.5). |
| B130 08/08/26 | Asset Disposition R. Biblo Block | 3.30 | 5,445.00 | Review sale documents (.9); correspond with MWS team re same (.1); prepare for hearing on sales (.2); revise statement in support of sale transactions (2.0); correspond with MWS team re same (.1). |
| B130 08/09/26 | Asset Disposition G. Miranda | 2.50 | 4,062.50 | Review and summarize issues in FW Camp APA (.5), New Blue Star (.5), and Yes Camps (1.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/09/26 | Asset Disposition R. Biblo Block | 6.20 | 10,230.00 | Review statement in support of sale (.1); correspond with L. Knight re same (.1); review sale documents (3.1); correspond with MWS team and debtors' counsel re same (.1); conference with F. Yudkin re same (.3); prepare documents for hearing on same (2.5). |
| B130 08/09/26 | Asset Disposition R. Wang | 2.10 | 2,068.50 | Review, analyze diligence re sales. |
| B130 08/10/26 | Asset Disposition R. Biblo Block | 5.20 | 8,580.00 | Conference with F. Yudkin re status of sale transactions (.2); correspond with MWS team re same (.1); review pleadings related to same (.2); review sale documents (4.4); correspond with CS team re same (.2); conference with R. Iorio re same (.1). |
| B130 08/10/26 | Asset Disposition R. Wang | 4.80 | 4,728.00 | Participate in sale hearing re camp auction (1.3); confer with team re workstreams and next steps (.3); review precedent motions to draft objection (.4); review asset purchase agreements and sale order correspondence to update tracker (1.1); incorporate comments re same from R. Biblo Block (1.7). |

Case 26-13338-CMG Doc 1153 Filed 09/25/26 Entered 09/25/26 13:21:50 Desc Main
Document Page 170 of 489

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/10/26 | Asset Disposition L. Knight | 1.50 | 1,687.50 | Draft and revise statement in support of sale (.9); review and analyze correspondence re APA and sale orders (.6). |
| B130 08/11/26 | Asset Disposition R. Wang | 3.30 | 3,250.50 | Confer with R. Biblo Block re objection filing (.5); review summary outline shared by R. Biblo Block (.2); review precedent objections for related provisions and expand objection outline (2.1); review correspondence with Cole Schotz on asset purchase agreements and sale orders (.3); revise tracker re same and circulate to internal team (.2). |
| B130 08/11/26 | Asset Disposition G. Miranda | 0.50 | 812.50 | Review and summarize issues in Camp Green Lane APA. |
| B130 08/11/26 | Asset Disposition R. Biblo Block | 1.00 | 1,650.00 | Review sale documents (.8); correspond with CS team re same (.2). |
| B130 08/12/26 | Asset Disposition G. Miranda | 0.80 | 1,300.00 | Review and summarize Kiwi APA. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/12/26 | Asset Disposition R. Biblo Block | 1.00 | 1,650.00 | Review sale documents (.3); correspond with G. Miranda re same (.1); conference with D. Momborquette and J. Gerber re sale hearing (.2); correspond with D. Azman re sale process for certain camps (.2); research re same (.2). |
| B130 08/12/26 | Asset Disposition L. Knight | 1.30 | 1,462.50 | Review and analyze Sale and APA updates (.8); correspond w/internal group re same (.5). |
| B130 08/13/26 | Asset Disposition G. Miranda | 3.00 | 4,875.00 | Review and summarize APA from SHMA (.8), Rolling Hills (.7), Summit (.7), Waukeela (.8). |
| B130 08/13/26 | Asset Disposition R. Biblo Block | 2.70 | 4,455.00 | Review sale documents (2.4); correspond with CS team re same (.1); conference with D. Harris re same (.2). |
| B130 08/13/26 | Asset Disposition L. Knight | 0.40 | 450.00 | Correspond with MWS team re sale orders and APAs. |
| B130 08/14/26 | Asset Disposition R. Wang | 1.80 | 1,773.00 | Correspond with MWS re objection (.1); update draft to limited objection (1.7). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/14/26 | Asset Disposition R. Biblo Block | 3.40 | 5,610.00 | Review sale documents (3.1); correspond with debtors' counsel re same (.3). |
| B130 08/14/26 | Asset Disposition G. Miranda | 0.50 | 812.50 | Review and summarize issues with credit bid APA. |
| B130 08/14/26 | Asset Disposition D. Azman | 0.30 | 558.00 | Correspond with MWS team re various APAs. |
| B130 08/15/26 | Asset Disposition R. Biblo Block | 0.20 | 330.00 | Review sale documents. |
| B130 08/16/26 | Asset Disposition R. Biblo Block | 2.70 | 4,455.00 | Review sale documents (2.4); correspond with CS team re same (.3). |
| B130 08/17/26 | Asset Disposition R. Wang | 0.60 | 591.00 | Revise and review camp asset purchase agreement and sale order comments to update internal statuses (.5); correspond with MWS team re asset purchase agreements (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/17/26 | Asset Disposition R. Biblo Block | 1.80 | 2,970.00 | Review sale documents (1.6); correspond with CS team re same (.2). |
| B130 08/17/26 | Asset Disposition D. Azman | 0.40 | 744.00 | Correspond with MWS team re various APAs. |
| B130 08/17/26 | Asset Disposition G. Miranda | 0.50 | 812.50 | Review incremental drafts of provisional APA (.3); correspond w/internal group re same (.2). |
| B130 08/17/26 | Asset Disposition D. Thomson | 0.20 | 329.00 | Participate in weekly work-in-process conference. |
| B130 08/17/26 | Asset Disposition L. Knight | 0.50 | 562.50 | Prepare for conference w/internal group re critical workstreams (.3); participate in same (.2). |
| B130 08/17/26 | Asset Disposition C. Dingman | 0.20 | 307.00 | Conference with MWS team and RC team re same. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/18/26 | Asset Disposition R. Biblo Block | 3.20 | 5,280.00 | Review sale documents (3.0); correspond with MWS team and CS team re same (.2). |
| B130 08/18/26 | Asset Disposition D. Azman | 0.30 | 558.00 | Confer with MWS team re various APAs. |
| B130 08/18/26 | Asset Disposition G. Miranda | 1.10 | 1,787.50 | Review and analyze correspondence re sale and APAs (.7); correspond w/R. Biblo Block re same (.4). |
| B130 08/18/26 | Asset Disposition L. Knight | 1.10 | 1,237.50 | Review and analyze correspondence re Sale and APAs (.7); correspond w/R. Biblo Block re same (.4). |
| B130 08/18/26 | Asset Disposition R. Wang | 0.50 | 492.50 | Update asset purchase agreement and sale order tracker. |
| B130 08/19/26 | Asset Disposition R. Biblo Block | 2.00 | 3,300.00 | Review sale documents (1.2); research re same (.7); correspond with CS team re same (.1). |

Case 26-13338-CMG Doc 1153 Filed 09/25/26 Entered 09/25/26 13:21:58 Desc Main Document Page 154 of 489

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/19/26 | Asset Disposition R. Wang | 0.60 | 591.00 | Confer with internal group re recoveries (.4); revise tracker for asset purchase agreements and sale orders (.2). |
| B130 08/19/26 | Asset Disposition D. Azman | 0.50 | 930.00 | Review and revise language in various APAs (.3); discuss case strategy with M. Sirota (.2). |
| B130 08/20/26 | Asset Disposition R. Biblo Block | 2.80 | 4,620.00 | Conference with buyer's counsel re APA (.2); communicate with MWS team re same (.3); research re same (1.6); draft language re same (.5); correspond with buyer's counsel re same (.2). |
| B130 08/20/26 | Asset Disposition R. Wang | 0.50 | 492.50 | Review asset purchase agreement and sale orders (.3); revise tracker re same (.2). |
| B130 08/21/26 | Asset Disposition R. Wang | 0.20 | 197.00 | Revise tracker re asset purchase agreements and sale orders. |
| B130 08/21/26 | Asset Disposition G. Miranda | 1.50 | 2,437.50 | Review and summarize issues in APAs from Wekeeland (.3), IAFA, Lokanda (.3), Med-O-Lark (.3), North Star (.2); correspond w/internal group re same (.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/21/26 | Asset Disposition K. Going | 0.80 | 1,568.00 | Review and comment on APA issues in connection with ongoing negotiations with remaining buyers. |
| B130 08/23/26 | Asset Disposition R. Wang | 0.30 | 295.50 | Review, analyze updates to asset purchase agreements and sale orders. |
| B130 08/24/26 | Asset Disposition R. Biblo Block | 0.90 | 1,485.00 | Review draft sale documents (.7); correspond with CS team re same (.1); correspond with MWS, M3, and RC teams re same (.1). |
| B130 08/24/26 | Asset Disposition R. Wang | 0.20 | 197.00 | Revise tracker re asset purchase agreement and sale order statuses. |
| B130 08/24/26 | Asset Disposition G. Miranda | 1.30 | 2,112.50 | Review and summarize issues in Coleman (.5) and Waukeela APAs (.5); correspond w/internal group re same (.3). |
| B130 08/24/26 | Asset Disposition K. Going | 0.40 | 784.00 | Review revised APA re Eagles Landing (.3); correspond with UCC professionals re purchase price allocation issue (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/25/26 | Asset Disposition R. Biblo Block | 3.20 | 5,280.00 | Review APA (.2); correspond with MWS and M3 teams re same (.2); review documents related to same (.2); correspond with CS team re same (.1); research re same issue (1.1); correspond with MWS and M3 teams re same (.2); prepare for conference with buyer's counsel re APA terms (.3); participate in same (.9). |
| B130 08/25/26 | Asset Disposition R. Wang | 0.20 | 197.00 | Update asset purchase agreement and sale orders for latest draft statuses. |
| B130 08/25/26 | Asset Disposition G. Miranda | 0.30 | 487.50 | Review and summarize issues re Echo APA. |
| B130 08/26/26 | Asset Disposition R. Wang | 0.20 | 197.00 | Correspond w/internal group re asset purchase agreement and sale orders. |
| B130 08/26/26 | Asset Disposition R. Biblo Block | 0.70 | 1,155.00 | Review proposed purchase price allocation (.1); correspond with M3 team re same (.1); review draft APAs and sale orders (.4); correspond with CS team re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/26/26 | Asset Disposition G. Miranda | 1.00 | 1,625.00 | Review and summarize issues re SHMA APA. |
| B130 08/27/26 | Asset Disposition R. Biblo Block | 1.00 | 1,650.00 | Review APA (.3); prepare comments to provision of same (.3); correspond with K. Going re same (.1); correspond with buyer's counsel re same (.3). |
| B130 08/27/26 | Asset Disposition R. Wang | 0.70 | 689.50 | Review asset purchase agreements and sale orders (.1); conference w/R. Biblo Block re sale order (.1); participate in committee advisor conference (.5). |
| B130 08/28/26 | Asset Disposition R. Wang | 0.40 | 394.00 | Review asset purchase agreements and sale orders (.2); conference w/R. Biblo Block re sale order (.2). |
| B130 08/28/26 | Asset Disposition R. Biblo Block | 0.50 | 825.00 | Review correspondence re Meadowbrook sale (.2); review Meadowbrook APA (.1); review document re Malka sale (.1); correspond with CS team re same (.1). |
| B130 08/31/26 | Asset Disposition G. Miranda | 0.40 | 650.00 | Review and summarize issues re Echo APA. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 08/31/26 | Asset Disposition D. Azman | 0.40 | 744.00 | Correspond w/internal group re Greenvilleland/Malka sale. |
| B130 08/31/26 | Asset Disposition R. Biblo Block | 1.30 | 2,145.00 | Review sale documents (1.1); correspond with R. Wang re same (.1); correspond with CS team re same (.1). |
| B130 08/31/26 | Asset Disposition R. Wang | 0.40 | 394.00 | Review latest asset purchase agreements and sale orders to provide update to team. |
| B140 08/27/26 | Relief from Stay/Adequate Protection Proceedings C. Dingman | 1.30 | 1,995.50 | Review, analyze stay relief motion. |
| B150 08/02/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.30 | 495.00 | Conference with UCC member re status of auction process. |
| B150 08/04/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.90 | 3,135.00 | Participate in UCC meeting re sale process (.6); prepare for standing meeting of MWS team re work in progress (.6); participate in same (.5); conference with L. Knight re same (.2). |

Case 26-13388-MG Doc 1533-1 Filed 09/25/26 Entered 09/25/26 13:24:50 Desc Main
Document Page 180 of 489

McDermott Will & Schulte

| | | | |
|---|---|---|---|
| Rolling Hills Landco Creditors' Committee | Client: | 153076 |
| | Invoice: | 4714788 |
| | Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/04/26 | Mtgs/Communications w/Creditor D. Thomson | 1.00 | 1,645.00 | Participate in committee meeting (.5); participate in standing committee professionals conference (.5). |
| B150 08/05/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.50 | 2,475.00 | Conference with UCC member re sale process (.4); prepare materials for standing UCC meeting (1.0); correspond with L. Knight re same (.1). |
| B150 08/05/26 | Mtgs/Communications w/Creditor L. Knight | 1.80 | 2,025.00 | Review and analyze auction results for Committee deck (.4); review upcoming key dates for Committee deck (.4); draft and revise Committee deck (1.0). |
| B150 08/06/26 | Mtgs/Communications w/Creditor R. Biblo Block | 2.90 | 4,785.00 | Prepare agenda for weekly UCC professionals conference (.2); circulate same to UCC professionals (.1); prepare for UCC professionals conference (.1); conference with C. Dingman re weekly UCC meeting (.1); participate in weekly UCC professionals conference (.7); review materials for weekly UCC meeting (1.1); correspond with MWS team re same (.1); revise same (.5). |
| B150 08/06/26 | Mtgs/Communications w/Creditor L. Knight | 4.80 | 5,400.00 | Draft and revise weekly committee update deck (3.2); correspond with J. Terry re updates for same (.3); correspond w/R. Biblo Block and M3 team re same (.5); conference w/Committee advisors re critical workstreams (.8). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/06/26 | Mtgs/Communications w/Creditor K. Going | 0.50 | 980.00 | Prepare for and participate in UCC professionals conference. |
| B150 08/06/26 | Mtgs/Communications w/Creditor D. Momborquette | 0.70 | 1,620.50 | Participate in advisor weekly update meeting. |
| B150 08/06/26 | Mtgs/Communications w/Creditor D. Thomson | 0.70 | 1,151.50 | Participate in committee advisors conference (partial). |
| B150 08/06/26 | Mtgs/Communications w/Creditor D. Azman | 0.90 | 1,674.00 | Prepare for weekly UCC conference (.6); review and revise deck (.3). |
| B150 08/06/26 | Mtgs/Communications w/Creditor C. Dingman | 2.40 | 3,684.00 | Conference with MWS, M3 team re case status (.8); draft, revise committee meeting deck (1.6). |

**One Vanderbilt Avenue New York, NY 10017-3852 Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Schulte LLP.*

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/06/26 | Mtgs/Communications w/Creditor R. Wang | 0.70 | 689.50 | Draft and incorporate comments from C. Dingman to agenda for weekly committee meeting (.3); participate in standing meeting of committee advisors (.4). |
| B150 08/07/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.80 | 2,970.00 | Review materials for standing UCC meeting (.1); revise same (.1); correspond with C. Dingman re same (.1); prepare for same (.5); conference w/internal group re same (1.0). |
| B150 08/07/26 | Mtgs/Communications w/Creditor L. Knight | 2.50 | 2,812.50 | Conference w/Committee re case developments (1.1); draft and revise minutes re same (1.4). |
| B150 08/07/26 | Mtgs/Communications w/Creditor D. Azman | 1.40 | 2,604.00 | Prepare for weekly UCC conference (.3); review and revise deck (.2); participate in conference (.9). |
| B150 08/07/26 | Mtgs/Communications w/Creditor K. Going | 1.20 | 2,352.00 | Prepare for and participate in UCC weekly meeting. |
| B150 08/07/26 | Mtgs/Communications w/Creditor R. Wang | 0.80 | 788.00 | Prepare for and participate in the weekly committee meeting. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/10/26 | Mtgs/Communications w/Creditor J. Terry | 0.70 | 882.00 | Review and analyze SIMAD deck to UCC and incorporate into requests. |
| B150 08/12/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.40 | 660.00 | Prepare agenda for weekly UCC conference (.2); correspond with MWS and M3 teams re same (.1); prepare agenda for weekly UCC professionals conference (.1). |
| B150 08/12/26 | Mtgs/Communications w/Creditor L. Knight | 2.30 | 2,587.50 | Draft and revise Committee update deck (1.9); correspond w/internal group re same (.4). |
| B150 08/12/26 | Mtgs/Communications w/Creditor C. Dingman | 2.30 | 3,530.50 | Review, revise committee meeting deck. |
| B150 08/13/26 | Mtgs/Communications w/Creditor R. Biblo Block | 3.60 | 5,940.00 | Review materials for weekly UCC meeting (2.6); prepare agenda for standing UCC advisors conference (.3); circulate same (.1); prepare for same (.2); participate in same (.4). |
| B150 08/13/26 | Mtgs/Communications w/Creditor L. Knight | 2.10 | 2,362.50 | Update and revise Committee deck (.7); correspond w/C. Dingman re same (.4); prepare for conference w/Committee advisors re critical workstreams (.5); participate in same (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/13/26 | Mtgs/Communications w/Creditor J. Gerber | 0.50 | 1,040.00 | Conference w/committee advisors re critical workstreams. |
| B150 08/13/26 | Mtgs/Communications w/Creditor K. Going | 0.50 | 980.00 | Participate in weekly advisors conference. |
| B150 08/13/26 | Mtgs/Communications w/Creditor D. Thomson | 0.50 | 822.50 | Participate in weekly committee professionals conference. |
| B150 08/13/26 | Mtgs/Communications w/Creditor C. Dingman | 1.60 | 2,456.00 | Review decks for committee meeting (.7); review, revise agenda re same (.5); participate in conference with Committee professionals re case updates (.4). |
| B150 08/13/26 | Mtgs/Communications w/Creditor R. Wang | 0.40 | 394.00 | Draft agenda for committee meeting and incorporate comments re same (.2); participate in meeting for committee advisors (.2). |
| B150 08/13/26 | Mtgs/Communications w/Creditor J. Terry | 0.50 | 630.00 | Participate in and take notes at UCC advisor standing conference. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/14/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.20 | 330.00 | Correspond with UCC advisor team re critical workstreams to discuss at upcoming meeting. |
| B150 08/14/26 | Mtgs/Communications w/Creditor K. Going | 0.50 | 980.00 | Prepare for (.1) and participate in UCC meeting (.4). |
| B150 08/14/26 | Mtgs/Communications w/Creditor C. Dingman | 0.40 | 614.00 | Prepare for and participate in committee meeting. |
| B150 08/14/26 | Mtgs/Communications w/Creditor R. Wang | 0.70 | 689.50 | Prepare for weekly meeting of committee members (.3); participate in same (.4). |
| B150 08/14/26 | Mtgs/Communications w/Creditor L. Knight | 0.50 | 562.50 | Conference w/the Committee re weekly updates. |
| B150 08/18/26 | Mtgs/Communications w/Creditor L. Knight | 2.50 | 2,812.50 | Draft and revise weekly update deck (1.8); correspond w/C. Dingman re same (.7). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/19/26 | Mtgs/Communications w/Creditor L. Knight | 3.50 | 3,937.50 | Draft and revise committee deck (2.9); conference w/C. Dingman re same (.6). |
| B150 08/19/26 | Mtgs/Communications w/Creditor C. Dingman | 1.30 | 1,995.50 | Draft, revise committee deck (1.1); correspond with L. Knight re same (.2). |
| B150 08/19/26 | Mtgs/Communications w/Creditor D. Thomson | 0.10 | 164.50 | Correspond with C. Dingman and L. Knight re committee meeting deck. |
| B150 08/19/26 | Mtgs/Communications w/Creditor J. Terry | 0.40 | 504.00 | Draft litigation update for weekly UCC update deck. |
| B150 08/20/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.10 | 1,815.00 | Prepare for weekly UCC meeting (.5); review materials for same (.3); correspond with MWS team re same (.1); research re same (.2). |
| B150 08/20/26 | Mtgs/Communications w/Creditor L. Knight | 6.20 | 6,975.00 | Draft and revise weekly update deck (2.9); conference w/C. Dingman re same (1.1); conference w/Committee advisors re critical workstreams (.7); conference w/C. Dingman re MCA loans (.7); update and revise deck re same (.8). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/20/26 | Mtgs/Communications w/Creditor D. Azman | 0.70 | 1,302.00 | Prepare for weekly UCC meeting. |
| B150 08/20/26 | Mtgs/Communications w/Creditor D. Thomson | 0.50 | 822.50 | Participate in committee adviser standing conference. |
| B150 08/20/26 | Mtgs/Communications w/Creditor C. Dingman | 6.90 | 10,591.50 | Draft, revise committee deck (5.5); conference with L. Knight re same (.4); review materials re same (.5); review, analyze research re same (.5). |
| B150 08/20/26 | Mtgs/Communications w/Creditor R. Wang | 1.00 | 985.00 | Draft committee meeting agenda (.2); research issue re same (.6); participate in meeting of committee professionals (.2). |
| B150 08/21/26 | Mtgs/Communications w/Creditor L. Knight | 2.30 | 2,587.50 | Prepare for committee meeting (.3); participate in committee meeting (1.0); correspond w/internal group re same (.3); draft and revise minutes re same (.7). |
| B150 08/21/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.50 | 825.00 | Conference with C. Dingman re upcoming standing UCC conference (.1); participate in same (.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/21/26 | Mtgs/Communications w/Creditor K. Going | 0.80 | 1,568.00 | Prepare for Committee update meeting (.4); participate in same (.4). |
| B150 08/21/26 | Mtgs/Communications w/Creditor C. Dingman | 1.10 | 1,688.50 | Prepare for and participate in committee meeting. |
| B150 08/21/26 | Mtgs/Communications w/Creditor D. Thomson | 0.40 | 658.00 | Participate in weekly committee meeting. |
| B150 08/21/26 | Mtgs/Communications w/Creditor R. Wang | 0.50 | 492.50 | Prepare materials for and participate in weekly committee update meeting. |
| B150 08/24/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.30 | 495.00 | Participate in weekly conference with MWS team re work in process. |
| B150 08/25/26 | Mtgs/Communications w/Creditor L. Knight | 2.90 | 3,262.50 | Draft and revise weekly update deck (2.3); correspond w/internal group re same (.6). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/26/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.00 | 1,650.00 | Review materials for UCC standing meeting (.3); research re same (.3); prepare for UCC standing advisors meeting (.3); correspond with UCC advisors re same (.1). |
| B150 08/26/26 | Mtgs/Communications w/Creditor L. Knight | 1.40 | 1,575.00 | Update and revise weekly update deck (1.1); correspond w/C. Dingman and R. Biblo Block re same (.3). |
| B150 08/26/26 | Mtgs/Communications w/Creditor J. Terry | 0.40 | 504.00 | Draft litigation update for advisor meeting. |
| B150 08/27/26 | Mtgs/Communications w/Creditor R. Biblo Block | 3.60 | 5,940.00 | Conference with K. Going and counsel to DAMIS committee re status of cases (.4); conference with C. Dingman re weekly UCC meeting (.1); review materials for same (2.5); participate in weekly UCC advisors meeting (.5); participate in follow-up conference with D. Momborquette re same (.1). |
| B150 08/27/26 | Mtgs/Communications w/Creditor J. Terry | 0.50 | 630.00 | Participate in weekly conference and provide litigation update. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/27/26 | Mtgs/Communications w/Creditor C. Dingman | 3.10 | 4,758.50 | Review, revise weekly Committee deck. |
| B150 08/27/26 | Mtgs/Communications w/Creditor R. Wang | 0.20 | 197.00 | Draft meeting agenda for weekly committee meetings. |
| B150 08/28/26 | Mtgs/Communications w/Creditor A. Gruick | 1.40 | 1,575.00 | Participate in Committee meeting (1.0); draft meeting minutes (.4). |
| B150 08/28/26 | Mtgs/Communications w/Creditor R. Biblo Block | 2.00 | 3,300.00 | Revise materials for weekly UCC meeting (.4); correspond with MWS, M3, and RC teams re same (.1); research re same (.1); prepare for same (.4); participate in same (1.0). |
| B150 08/28/26 | Mtgs/Communications w/Creditor D. Thomson | 1.30 | 2,138.50 | Review slides for committee legal update (.3); participate in weekly committee conference (1.0). |
| B150 08/28/26 | Mtgs/Communications w/Creditor C. Dingman | 1.30 | 1,995.50 | Prepare for and participate in committee meeting. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 08/28/26 | Mtgs/Communications w/Creditor R. Wang | 2.00 | 1,970.00 | Prepare for and participate in committee update meeting (1.5); review and correspond with MWS team re upcoming court deadlines (.2); update committee agenda (.3). |
| B155 08/09/26 | Court Hearings D. Azman | 3.60 | 6,696.00 | Prepare for sale hearing (3.1); discuss same with R. Biblo Block (.5). |
| B155 08/10/26 | Court Hearings R. Biblo Block | 1.30 | 2,145.00 | Participate in August 10, 2026 hearing re sale of debtors' assets. |
| B155 08/10/26 | Court Hearings D. Azman | 2.70 | 5,022.00 | Prepare for sale hearing (1.4); participate in same (1.3). |
| B155 08/10/26 | Court Hearings L. Knight | 1.60 | 1,800.00 | Prepare for (.3) and participate in sale hearing (1.3). |
| B155 08/10/26 | Court Hearings C. Dingman | 1.20 | 1,842.00 | Prepare for and participate in sale hearing (partial). |

**One Vanderbilt Avenue New York, NY 10017-3852 Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Schulte LLP.*

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155<br>08/31/26 | Court Hearings<br>R. Biblo Block | 0.50 | 825.00 | Correspond with CS team re 9-1 hearing (.1); review materials re same (.3); correspond with UCC members re same (.1). |
| B160<br>08/01/26 | Fee/Employment Applications<br>C. Dingman | 2.80 | 4,298.00 | Review, revise MWS retention application. |
| B160<br>08/02/26 | Fee/Employment Applications<br>R. Biblo Block | 1.70 | 2,805.00 | Review MWS retention application (1.4); correspond with MWS team re same (.3). |
| B160<br>08/02/26 | Fee/Employment Applications<br>R. Wang | 2.30 | 2,265.50 | Incorporate comments from R. Biblo Block and C. Dingman on MWS retention application (1.7); research re same (.2); revise MWS retention application for issues and send to R. Biblo Block for review (.4). |
| B160<br>08/03/26 | Fee/Employment Applications<br>R. Biblo Block | 1.40 | 2,310.00 | Correspond with MWS team re MWS retention application (.3); review comments to same (.2); conference with K. Going re same (.1); revise same (.4); correspond with MWS team re same (.3); conference with R. Wang re same (.1). |

Case 26-13338-CMG Doc 1153 Filed 09/21/26 Entered 09/21/26 16:21:30 Desc Main Document Page 102 of 148

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 08/03/26 | Fee/Employment Applications L. Knight | 4.40 | 4,950.00 | Draft and revise MWS retention application (2.2); correspond with R. Biblo Block and C. Dingman re same (.3); draft and revise M3 retention application (1.9). |
| B160 08/03/26 | Fee/Employment Applications K. Going | 1.30 | 2,548.00 | Review draft MWS retention application (1.2); conference with R. Biblo Block re same (.1). |
| B160 08/03/26 | Fee/Employment Applications C. Dingman | 1.40 | 2,149.00 | Review MWS retention application (.6); review CRO retention matters (.8). |
| B160 08/03/26 | Fee/Employment Applications R. Wang | 3.50 | 3,447.50 | Update MWS retention application (.5); incorporate comments from R. Biblo Block re same (.1); prepare the retention application for filing (1.9); incorporate comments from C. Dingman re same (.8); correspond with Robinson and Cole to file (.2). |
| B160 08/04/26 | Fee/Employment Applications R. Biblo Block | 0.80 | 1,320.00 | Review M3 Partners draft retention application (.7); correspond with L. Knight re same (.1). |

Case 26-13388-MMG Doc 1533-1 Filed 09/25/26 Entered 09/25/26 12:41:50 Desc Main Document Page 193 of 488

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 08/04/26 | Fee/Employment Applications L. Knight | 1.80 | 2,025.00 | Draft and revise M3 retention application (1.3); correspond w/M3 and internal group re same (.5). |
| B160 08/04/26 | Fee/Employment Applications K. Going | 1.80 | 3,528.00 | Review draft MWS retention application (1.4); prepare for and participate in conference with UCC members re same (.2); conference with UST re objection extension request (.2). |
| B160 08/05/26 | Fee/Employment Applications R. Biblo Block | 0.50 | 825.00 | Review M3 retention application (.1); review RC retention application (.1); correspond with MWS team re same (.1); correspond with MWS team re supplemental declaration in support of MWS retention application (.2). |
| B160 08/05/26 | Fee/Employment Applications D. Boll | 0.50 | 852.50 | Confer with L. Knight and R. Biblo Block re supplemental conflicts and review materials related to same provided by Debtors. |
| B160 08/05/26 | Fee/Employment Applications L. Knight | 3.50 | 3,937.50 | Review, analyze, and implement comments to retention application (1.5); correspond w/internal group and M3 re retention applications (.4); correspond w/Committee re same (.3); review, analyze, and comment on RC retention application (.9); correspond w/R. Biblo Block and C. Dingman re same (.4). |

McDermott Will & Schulte

| Rolling Hills Landco Creditors' Committee | Client: | 153076 |
|---|---|---|
| | Invoice: | 4714788 |
| | Invoice Date: | 09/24/2026 |

| **Task / Date** | **Desc. / Name** | **Hours** | **Amount** | **Description** |
|---|---|---|---|---|
| B160<br>08/05/26 | Fee/Employment Applications<br>N. Alindogan | 0.30 | 273.00 | Finalize MWS retention application and prepare for filing. |
| B160<br>08/07/26 | Fee/Employment Applications<br>D. Boll | 0.20 | 341.00 | Confer with L. Knight re supplemental conflicts submission and issues related thereto. |
| B160<br>08/07/26 | Fee/Employment Applications<br>R. Biblo Block | 0.30 | 495.00 | Review CRO supplemental motion (.2); conference with R. Wang re same (.1). |
| B160<br>08/07/26 | Fee/Employment Applications<br>N. Alindogan | 0.30 | 273.00 | Prepare list of auction bidders and coordinate connections searches for retention disclosures. |
| B160<br>08/07/26 | Fee/Employment Applications<br>R. Wang | 1.70 | 1,674.50 | Review materials re MWS fee application (.4); correspond with MWS team re same (.2); revise same (1.1). |
| B160<br>08/10/26 | Fee/Employment Applications<br>R. Biblo Block | 0.60 | 990.00 | Review supplemental compensation motion for CRO and assistant RO (.2); research re same (.3); correspond with MWS team re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 08/10/26 | Fee/Employment Applications L. Knight | 1.50 | 1,687.50 | Review and analyze interim compensation application (.5); review and analyze correspondences re July fee statement (.4); conference w/N. Alindogan and K. Bottoms re monthly fee statements (.6). |
| B160 08/10/26 | Fee/Employment Applications N. Alindogan | 1.60 | 1,456.00 | Prepare draft of supplemental declaration re MWS retention (1.3); conference with MWS team re case invoice (.3). |
| B160 08/11/26 | Fee/Employment Applications R. Biblo Block | 0.40 | 660.00 | Conference with R. Wang re supplemental compensation CRO motion. |
| B160 08/11/26 | Fee/Employment Applications N. Alindogan | 1.60 | 1,456.00 | Draft July monthly fee statement. |
| B160 08/16/26 | Fee/Employment Applications K. Going | 1.20 | 2,352.00 | Internal discussion on retention application and response to UST inquiries (.8); review revised retention order (.4). |
| B160 08/17/26 | Fee/Employment Applications L. Knight | 2.70 | 3,037.50 | Review and analyze precedent re fee application (.1); draft fee application (2.1); review July invoice to ensure compliance with UST fee guidelines (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160<br>08/17/26 | Fee/Employment Applications<br>N. Alindogan | 1.30 | 1,183.00 | Review time detail to ensure compliance with UST fee guidelines. |
| B160<br>08/17/26 | Fee/Employment Applications<br>R. Wang | 0.90 | 886.50 | Review July invoice to ensure compliance with UST fee guidelines. |
| B160<br>08/19/26 | Fee/Employment Applications<br>L. Knight | 0.30 | 337.50 | Correspond w/ MWS team re monthly fee application. |
| B160<br>08/20/26 | Fee/Employment Applications<br>L. Knight | 0.50 | 562.50 | Correspond w/ MWS team re monthly fee application. |
| B160<br>08/20/26 | Fee/Employment Applications<br>C. Dingman | 0.20 | 307.00 | Correspond with MWS team re July fee application. |
| B160<br>08/21/26 | Fee/Employment Applications<br>L. Knight | 0.40 | 450.00 | Draft and revise supplemental declaration. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 08/21/26 | Fee/Employment Applications C. Dingman | 2.80 | 4,298.00 | Review, revise invoice to ensure compliance with UST guidelines. |
| B160 08/23/26 | Fee/Employment Applications C. Dingman | 4.10 | 6,293.50 | Review and revise fee statement re UST guidelines and privileged and confidential information. |
| B160 08/24/26 | Fee/Employment Applications R. Biblo Block | 1.60 | 2,640.00 | Correspond with MWS team re MWS retention application (.2); research re same (.4); review supplemental declaration (.5); revise proposed order approving MWS retention application (.4); correspond with B. Keilson re same (.1). |
| B160 08/24/26 | Fee/Employment Applications L. Knight | 3.40 | 3,825.00 | Review and revise supplemental declaration (2.3); correspond with R. Biblo Block and N. Alindogan re same (.3); update and revise retention order with UST comments (.6); correspond w/ R. Biblo Block re same (.2). |
| B160 08/24/26 | Fee/Employment Applications N. Alindogan | 0.40 | 364.00 | Prepare supplemental declaration in support of MWS retention. |

Case 26-13388-CMG Doc 1533 Filed 09/25/26 Entered 09/25/26 13:21:50 Desc Main Document Page 198 of 488

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 08/25/26 | Fee/Employment Applications R. Biblo Block | 1.10 | 1,815.00 | Review MWS July fee application (1.0); correspond with MWS team re same (.1). |
| B160 08/25/26 | Fee/Employment Applications L. Knight | 3.60 | 4,050.00 | Update and revise fee application (1.8); correspond w/N. Alindogan re same (.6); conference w/MWS team re same (1.2). |
| B160 08/25/26 | Fee/Employment Applications N. Alindogan | 1.30 | 1,183.00 | Prepare exhibits to MWS July fee statement. |
| B160 08/25/26 | Fee/Employment Applications C. Dingman | 2.20 | 3,377.00 | Review, revise fee application (1.6); correspond with MWS team re same (.6). |
| B160 08/26/26 | Fee/Employment Applications R. Biblo Block | 0.40 | 660.00 | Review MWS fee application (.2); correspond with MWS team re same (.2). |
| B160 08/26/26 | Fee/Employment Applications L. Knight | 2.60 | 2,925.00 | Update and revise monthly fee statement (2.0); correspond w/ MWS team re same (.2); conference w/C. Dingman re same (.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 08/27/26 | Fee/Employment Applications N. Alindogan | 0.60 | 546.00 | Update exhibits to MWS July monthly fee statement. |
| B160 08/27/26 | Fee/Employment Applications K. Going | 1.00 | 1,960.00 | Review and comment on first monthly fee application. |
| B160 08/27/26 | Fee/Employment Applications C. Dingman | 0.70 | 1,074.50 | Review monthly fee application. |
| B160 08/28/26 | Fee/Employment Applications N. Alindogan | 0.20 | 182.00 | Finalize MWS first monthly fee statement for filing. |
| B160 08/28/26 | Fee/Employment Applications C. Dingman | 1.10 | 1,688.50 | Review, revise monthly fee app (.5); correspond with MWS team re filing same (.3); correspond with Robinson and Cole re same (.3). |
| B170 08/11/26 | Fee/Employment Objections C. Dingman | 1.20 | 1,842.00 | Review, analyze CRO supplemental order. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B170 08/14/26 | Fee/Employment Objections C. Dingman | 1.70 | 2,609.50 | Review, analyze issues re CRO retention (.7); correspond with R. Wang re same (.3); review, analyze issues re potential objection re same (.7). |
| B170 08/16/26 | Fee/Employment Objections C. Dingman | 2.10 | 3,223.50 | Review limited objection re CRO supplemental retention (.6); correspond with MWS team re same (.3); revise order re same (1.2). |
| B170 08/17/26 | Fee/Employment Objections K. Going | 0.60 | 1,176.00 | Review and revise response to UST questions on retention. |
| B170 08/17/26 | Fee/Employment Objections C. Dingman | 0.40 | 614.00 | Review, analyze CRO supplemental order. |
| B170 08/23/26 | Fee/Employment Objections R. Biblo Block | 0.20 | 330.00 | Correspond with RC and MWS teams re CRO supplemental retention (.1); review proposed order re same (.1). |
| B180 08/11/26 | Avoidance Action Analysis D. Thomson | 5.90 | 9,705.50 | Research re constructive fraudulent transfer issues in connection with MCAs (3.2); draft insert addressing same for MCA memo (2.7). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B180 08/25/26 | Avoidance Action Analysis D. Thomson | 5.30 | 8,718.50 | Research re fraudulent transfer defenses (1.8); draft summary and analysis of same (1.5); research re same (2.0). |
| B180 08/27/26 | Avoidance Action Analysis D. Thomson | 5.10 | 8,389.50 | Research re indirect value for constructive fraudulent transfers (1.2); research re usury savings clauses, exceptions for business loans, and other state law usury issues (2.9); research re recharacterization in connection with avoidance claims (1.0). |
| B230 08/01/26 | Financing/Cash Collections R. Biblo Block | 1.80 | 2,970.00 | Review comments to DIP orders (1.6); correspond with C. Dingman re same (.2). |
| B230 08/01/26 | Financing/Cash Collections C. Dingman | 5.60 | 8,596.00 | Review, revise Blue Star DIP order (2.9); review, revise Community Bank DIP order (2.7). |
| B230 08/02/26 | Financing/Cash Collections R. Biblo Block | 0.30 | 495.00 | Revise limited objection to HTB DIP motion (.2); conference with C. Dingman re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230<br>08/02/26 | Financing/Cash Collections<br>C. Dingman | 3.10 | 4,758.50 | Review, revise Blue Star DIP (1.3); review, revise Community Bank DIP (1.3); correspond with Debtors' counsel re same (.5). |
| B230<br>08/03/26 | Financing/Cash Collections<br>R. Biblo Block | 2.70 | 4,455.00 | Review comments to DIP order (.2); conferences with C. Dingman re same (.2); correspond with D. Bass re Pine Forest DIP order (.1); revise same (.9); correspond with K. Going re same (.2); revise limited objection to DIP orders (.5); correspond with lenders' and debtors' counsel re Pine Forest DIP order (.1); review notice of withdrawal re motion to seal DIP objection (.1); correspond with RC team re same (.1); conference with D. Bass re DIP financing orders (.3). |
| B230<br>08/03/26 | Financing/Cash Collections<br>D. Momborquette | 1.60 | 3,704.00 | Prepare for Mishmeret meet and confer (.3); correspond with J. Terry re document review/database (.2); comment on draft subpoenas (1.1). |
| B230<br>08/03/26 | Financing/Cash Collections<br>J. Gerber | 2.30 | 4,784.00 | Comment on draft DAMIS discovery requests (1.6); conference with SIMAD re regulatory productions (.4); correspond with lit team re discovery issues (.3). |
| B230<br>08/03/26 | Financing/Cash Collections<br>K. Going | 0.80 | 1,568.00 | Prepare for and participate in Mishmeret meet and confer; correspond with MWS team re rule 2004 document production. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230<br>08/03/26 | Financing/Cash Collections<br>E. Kwon | 0.80 | 540.00 | Coordinate preparing SIMAD document production for case development review in a new discovery document repository. |
| B230<br>08/03/26 | Financing/Cash Collections<br>J. Terry | 7.20 | 9,072.00 | Draft RFPs for DAMIS Debtors (2.7); participate in meet and confer with Debtors' DOJ counsel (.5); review and analyze Debtors' production (2.2); direct discovery team and manage upload of discovery (1.8). |
| B230<br>08/03/26 | Financing/Cash Collections<br>C. Dingman | 2.70 | 4,144.50 | Conference with MWS team and CS team re Pine Forest (.7); review, revise Community Bank DIP (.8); review, analyze Blue Star DIP (.9); conferences with D. Bass re same (.3). |
| B230<br>08/03/26 | Financing/Cash Collections<br>K. Suh | 4.20 | 7,161.00 | Review and organize Mishmeret loan documents (3.2); prepare perfection analysis memo (1.0). |
| B230<br>08/04/26 | Financing/Cash Collections<br>K. Suh | 2.90 | 4,944.50 | Review and update perfection analysis re Mizzen (1.0) and Wayne Bank (1.0); continue to review Mishmeret loan documents (.9). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/04/26 | Financing/Cash Collections D. Momborquette | 2.00 | 4,630.00 | Prepare for and participate in meet and confer with Mishmeret counsel (.8); comment on draft subpoena to DAMIS (.7); discuss with J. Terry database of documents (.3); review summary of meet and confer provided by Mishmeret's counsel (.2). |
| B230 08/04/26 | Financing/Cash Collections J. Gerber | 0.90 | 1,872.00 | Meet and confer with Mishmeret re discovery requests (.3); provide comments on revised DAMIS discovery requests (.6). |
| B230 08/04/26 | Financing/Cash Collections E. Kwon | 0.20 | 135.00 | Review SIMAD document production for quality assurance in the new discovery document repository. |
| B230 08/04/26 | Financing/Cash Collections R. Orloff | 1.00 | 1,885.00 | Review DIP documents re Community Bank. |
| B230 08/04/26 | Financing/Cash Collections J. Terry | 7.80 | 9,828.00 | Review and analyze Debtors' discovery (2.6); draft RFPs for DAMIS Debtors (1.6); participate in and take notes at meet and confer with Mishmeret counsel (.5); manage discovery team and document upload process (1.2); revise and circulate notes from 8/3 and 8/4 meet and confers (1.6); confer with D. Momborquette and J. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Gerber re case strategy and assignments (.3). |
| B230 08/04/26 | Financing/Cash Collections D. Thomson | 0.30 | 493.50 | Review summary of MCA counterparties . |
| B230 08/05/26 | Financing/Cash Collections D. Momborquette | 1.80 | 4,167.00 | Comment on draft requests for production of documents (1.6); discuss automatic stay question with K. Going (.1); correspond with J. Terry re database of documents (.1). |
| B230 08/05/26 | Financing/Cash Collections E. Kwon | 0.50 | 337.50 | Prepare copies of SIMAD production documents for expert review. |
| B230 08/05/26 | Financing/Cash Collections J. Terry | 7.60 | 9,576.00 | Edit and revise requests to the Shabsels (2.7); review and analyze Debtor production for inclusion in RFPs (2.3); draft update for bankruptcy team on progress of litigation side (.4); manage discovery team and document upload process (2.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/05/26 | Financing/Cash Collections J. Gerber | 1.50 | 3,120.00 | Comment on revised DAMIS discovery requests (.4); analyze SIMAD production index, incl. correspondence with lit team re same (.3); review draft discovery requests to Shabsels (.8). |
| B230 08/05/26 | Financing/Cash Collections N. Alindogan | 0.40 | 364.00 | Assist with edits to lien challenge summary. |
| B230 08/05/26 | Financing/Cash Collections K. Going | 0.70 | 1,372.00 | Conference with litigators on discovery to DAMIS and Shabsels (.4); further internal discussion on next steps (.3). |
| B230 08/05/26 | Financing/Cash Collections K. Suh | 2.20 | 3,751.00 | Review Mishmeret loan documents and prepare perfection analysis memorandum (2.0); confer with C. Caslin re missing documents (.2). |
| B230 08/05/26 | Financing/Cash Collections R. Wang | 5.90 | 5,811.50 | Analyze all docket filings for references to lien challenge periods for all pre-petition secured loans (4.8); create summary table re same (1.1). |
| B230 08/06/26 | Financing/Cash Collections J. Terry | 7.70 | 9,702.00 | Manage discovery team and document upload process (1.7); organize documents and create tracker for discovery (2.2); draft cover letters for Shabsels and DAMIS requests (1.0); revise and |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | update requests for the Shabsels and DAMIS (2.6); confer with D. Momborquette and J. Gerber re assignments and requests (.2). |
| B230 08/06/26 | Financing/Cash Collections R. Biblo Block | 0.30 | 495.00 | Conference with E. Lazerowitz re DIP financing. |
| B230 08/06/26 | Financing/Cash Collections J. Gerber | 1.80 | 3,744.00 | Conference with lit team re discovery status (.4); review draft discovery request cover letters (.3); conference w/committee professionals re investigation (.5); conference with MWS team re potential bondholder DIP claims (.2); review revised discovery requests (.4). |
| B230 08/06/26 | Financing/Cash Collections R. Wang | 0.80 | 788.00 | Finalize and incorporate comments from R. Biblo Block to pre-petition lien challenge summary (.5); review, analyze rule 9006 re same (.3). |
| B230 08/06/26 | Financing/Cash Collections D. Momborquette | 1.40 | 3,241.00 | Discuss challenge to bondholder claim with R. Biblo Block and J. Gerber (.3); revise subpoenas to DAMIS and the Shabsels (1.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/07/26 | Financing/Cash Collections J. Terry | 5.90 | 7,434.00 | Edit and revise RFPs for M Shabsels, D Shabsels, and DAMIS Debtors according to feedback (3.7); manage discovery team and document upload process (.9); review and analyze UCC deck for potential inclusion of details into RFPs (1.3). |
| B230 08/07/26 | Financing/Cash Collections J. Hirshon | 0.70 | 483.00 | Process and review newly received certified organizational documents and lien search results with respect to SIMAD Holdings Ltd.; revise inventory and lien search analysis to reflect the same. |
| B230 08/07/26 | Financing/Cash Collections D. Momborquette | 0.90 | 2,083.50 | Review chart re flow of funds (.2); review revisions to draft subpoenas (.7). |
| B230 08/07/26 | Financing/Cash Collections K. Suh | 1.80 | 3,069.00 | Review and update lien analysis for Pine Forest entities (1.5); review Mishmeret loan documents (.3). |
| B230 08/09/26 | Financing/Cash Collections J. Terry | 1.10 | 1,386.00 | Review and revise materials for requesting documents from DAMIS and Shabsels. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/10/26 | Financing/Cash Collections D. Momborquette | 2.40 | 5,556.00 | Revise and finalize DAMIS and Shabsels subpoenas (1.8); draft correspondence to Mishmeret counsel re update on open items (.1); correspond with Debtors counsel re production of documents (.1); review Willow Lake opinion (.4). |
| B230 08/10/26 | Financing/Cash Collections J. Terry | 4.60 | 5,796.00 | Prepare subpoenas for DAMIS and the Shabsels (.5); review and analyze ruling in Willow Lake proceeding against SIMAD and analyze for applicability to Debtors (.9); revise DAMIS discovery requests (.4); review and analyze M3 deck for additional requests (.6); analyze documents produced to identify areas of inquiry (2.2). |
| B230 08/10/26 | Financing/Cash Collections K. Suh | 2.80 | 4,774.00 | Prepare perfection analysis memo for Mishmeret loan documents. |
| B230 08/10/26 | Financing/Cash Collections D. Thomson | 2.40 | 3,948.00 | Review guarantees of short-term financing agreements (1.2); draft summary re same (1.2). |
| B230 08/11/26 | Financing/Cash Collections R. Biblo Block | 0.50 | 825.00 | Review Kiwi DIP financing documents (.4); correspond with D. Bass re same (.1). |

Case 26-16338-CMG Doc 1153 Filed 09/25/26 Entered 09/25/26 13:21:50 Desc Main Document Page 210 of 488

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/11/26 | Financing/Cash Collections D. Momborquette | 0.90 | 2,083.50 | Communications with DAMIS counsel re meet and confer (.1); review material from SIMAD TASE filings (.8). |
| B230 08/11/26 | Financing/Cash Collections K. Suh | 4.30 | 7,331.50 | Review cash management order (.5); review additional loan documents (1.0); review additional search results (1.3); prepare Mishmeret perfection analysis memo (1.5). |
| B230 08/12/26 | Financing/Cash Collections R. Biblo Block | 2.40 | 3,960.00 | Correspond with MWS team re various financing issues (.2); research re same (.9); correspond with M3 team re same (.1); review Kiwi DIP term sheet (.2); correspond with D. Bass re same (.1); correspond with C. Dingman re same (.1); conference with MWS team re same (.5); conference with R. Wang re same (.3). |
| B230 08/12/26 | Financing/Cash Collections K. Suh | 2.50 | 4,262.50 | Conferences with R. Biblo Block and R. Wang re status of pre-petition secured claim reviews (.5); review Mishmeret documents (.5), Mizzen documents (.5), Wayne documents (.3), Bank of New Hampshire documents (.5) ; confer with C. Caslin re same (.2). |

Case 26-13388-CMG Doc 1953 Filed 09/25/26 Entered 09/25/26 13:21:50 Desc Main Document Page 121 of 148

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/12/26 | Financing/Cash Collections J. Hirshon | 0.60 | 414.00 | Review UCC lien search results with respect to Club Getaway Operatingco, LLC and revise lien search results chart and analysis to reflect the same; review underlying UCC1 filings; research Community Bank documents and deliver same. |
| B230 08/12/26 | Financing/Cash Collections L. Knight | 2.70 | 3,037.50 | Review and analyze Shabsels and DAMIS RFPs (1.8); correspond w/internal group re same (.9). |
| B230 08/12/26 | Financing/Cash Collections D. Thomson | 5.70 | 9,376.50 | Draft summary of research issues for MCA memo (.4); correspond with R. Biblo Block re same (.2); research re MCAs (2.5); draft summary of issues re same (2.6). |
| B230 08/12/26 | Financing/Cash Collections D. Momborquette | 0.40 | 926.00 | Conference with DAMIS counsel re document request (.2); discuss with J. Terry open subpoena and service issues and revise D. Shabsels subpoena (.2). |
| B230 08/12/26 | Financing/Cash Collections J. Gerber | 0.40 | 832.00 | Conference with DAMIS counsel re discovery. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/12/26 | Financing/Cash Collections C. Dingman | 1.10 | 1,688.50 | Review, analyze cash management issues. |
| B230 08/13/26 | Financing/Cash Collections D. Momborquette | 1.00 | 2,315.00 | Participate in UCC advisor update conference (.5); discuss service of Shabsels brothers with J. Gerber and J. Terry (.2); review correspondence from DAMIS counsel (.1); correspond with J. Terry re document review protocol (.2). |
| B230 08/13/26 | Financing/Cash Collections K. Going | 1.20 | 2,352.00 | Review discovery requests (.8); discuss with MWS team re same (.4). |
| B230 08/13/26 | Financing/Cash Collections D. Thomson | 4.80 | 7,896.00 | Draft summaries of receivables purchase agreements. |
| B230 08/13/26 | Financing/Cash Collections C. Dingman | 0.20 | 307.00 | Review, analyze cash management issues. |
| B230 08/13/26 | Financing/Cash Collections K. Suh | 5.20 | 8,866.00 | Conferences re status of debt review (.5); review Mishmeret documents (1.5); confer with C. Caslin and M. Adams re real property documents (.5); prepare Mishmeret lien |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | perfection analysis (2.7). |
| B230 08/13/26 | Financing/Cash Collections J. Terry | 1.10 | 1,386.00 | Review and file correspondence from DAMIS's counsel (.3); manage service of process for Michael and David Shabsels (.8). |
| B230 08/14/26 | Financing/Cash Collections D. Momborquette | 0.50 | 1,157.50 | Conference with Mishmeret counsel re draft NDA (.2); correspond with Debtor counsel re document production (.3). |
| B230 08/14/26 | Financing/Cash Collections K. Going | 2.10 | 4,116.00 | Conferences with D. Eron re MCA and cash collateral (1.5); internal discussions re same (.6). |
| B230 08/14/26 | Financing/Cash Collections D. Thomson | 4.10 | 6,744.50 | Conference with C. Dingman and R. Wang re MCA research (.6); correspond with R. Wang re same (.2); research re issues in connection with MCAs (1.6); draft materials re same (1.7). |
| B230 08/14/26 | Financing/Cash Collections J. Terry | 6.70 | 8,442.00 | Confer with D. Momborquette re responses to incoming productions (.4); draft search terms for SIMAD debtors (3.1); confer with process servers re service of subpoenas (.4); |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | review and analyze Debtors' productions for details re flow of funds and transfers (2.3); review and analyze Aug 14 Committee deck (.5). |
| B230 08/14/26 | Financing/Cash Collections K. Suh | 7.30 | 12,446.50 | Review NY UCC provisions and case law (2.3); review Mishmeret loan documents (4.0); prepare lien perfection analysis (1.0). |
| B230 08/14/26 | Financing/Cash Collections R. Wang | 2.70 | 2,659.50 | Confer with team re research on claims (1.0); review research materials from D. Thomson re same (.3); research re same (1.4). |
| B230 08/16/26 | Financing/Cash Collections D. Momborquette | 0.20 | 463.00 | Review revised NDA from Mishmeret counsel. |
| B230 08/17/26 | Financing/Cash Collections D. Momborquette | 0.60 | 1,389.00 | Finalize Mishmeret NDA (.2); correspond with D. Shabsels' counsel re meet and confer (.2); conference with Debtors' counsel re new production (.2). |
| B230 08/17/26 | Financing/Cash Collections J. Terry | 6.70 | 8,442.00 | Confer with D. Momborquette re discovery process and production deficiencies (.3); draft search terms for Mishmeret (.8); draft search terms for DAMIS debtors (3.7); confer with discovery team to upload |

Case 26-13338-CMG Doc 1153 Filed 09/11/26 Entered 09/11/26 16:24:58 Desc Main Document Page 125 of 198

McDermott Will & Schulte

| | | | |
|---|---|---|---|
| Rolling Hills Landco Creditors' Committee | | Client: | 153076 |
| | | Invoice: | 4714788 |
| | | Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | and manage production from Mishmeret (.6); review documents from Debtors' productions for details re transfers (1.3). |
| B230 08/17/26 | Financing/Cash Collections D. Thomson | 4.90 | 8,060.50 | Research re MCAs (2.4); draft materials re same (2.5). |
| B230 08/17/26 | Financing/Cash Collections K. Suh | 2.50 | 4,262.50 | Prepare lien perfection analysis for Mishmeret. |
| B230 08/17/26 | Financing/Cash Collections C. Dingman | 0.80 | 1,228.00 | Review, analyze DIP issues (.3); review final cash management order (.3); correspond with MWS team re same (.2). |
| B230 08/17/26 | Financing/Cash Collections R. Wang | 3.60 | 3,546.00 | Research re short-term financings. |
| B230 08/18/26 | Financing/Cash Collections D. Momborquette | 1.00 | 2,315.00 | Finalize DAMIS NDA and conference with DAMIS counsel re same (.6); discuss Mishmeret production issues with J. Terry and draft correspondence to Mishmeret counsel re same (.3); draft correspondence to Debtors' counsel |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | re production (.1). |
| B230 08/18/26 | Financing/Cash Collections J. Terry | 7.20 | 9,072.00 | Review Mishmeret production and confer with discovery team re deficiencies, drafting correspondence to counsel (1.2); draft search terms for SIMAD and DAMIS debtors (4.2); review and analyze Mishmeret production for details on funds transfers (1.8). |
| B230 08/18/26 | Financing/Cash Collections K. Suh | 5.40 | 9,207.00 | Review Mishmeret loan documents (2.5); prepare draft of lien perfection analysis (2.5); confer with R. Biblo Block re same (.4). |
| B230 08/18/26 | Financing/Cash Collections D. Thomson | 6.80 | 11,186.00 | Review research re MCAs from R. Wang (1.0); perform follow up research re same (4.0); draft analysis re same (1.8). |
| B230 08/18/26 | Financing/Cash Collections R. Wang | 2.90 | 2,856.50 | Research short-term financings for D. Thomson. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/19/26 | Financing/Cash Collections J. Terry | 8.10 | 10,206.00 | Confer with discovery team re upload and distribution of productions to M3 and co-counsel (.3); update trackers recording productions and draft memo re outstanding discovery requests (1.1); revise and edit notes from meet and confer with D. Shabsels' counsel and create list of action items (.6); draft search terms for D. Shabsels (5.6); participate in and take notes at meet and confer with D. Shabsels' counsel (.5). |
| B230 08/19/26 | Financing/Cash Collections K. Suh | 3.90 | 6,649.50 | Review HomeTrust documents (1.0); continue preparing lien perfection analysis (2.9). |
| B230 08/19/26 | Financing/Cash Collections D. Momborquette | 4.70 | 10,880.50 | Participate in telephonic meet and confer with D. Shabsels' counsel (.3); discuss open production issues with J. Terry (.1); review Mishmeret production and Debtor production for factual support for possible avoidance claim (4.3). |
| B230 08/19/26 | Financing/Cash Collections D. Thomson | 6.30 | 10,363.50 | Research re MCAs (4.5); draft materials re same (1.8). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/20/26 | Financing/Cash Collections D. Momborquette | 1.20 | 2,778.00 | Revise proposed search terms for D. Shabsels files and discuss same with J. Terry. |
| B230 08/20/26 | Financing/Cash Collections J. Terry | 7.60 | 9,576.00 | Review and analyze responses and objections from DAMIS counsel and draft list of deficiencies (1.2); revise search term list for D. Shabsels (1.3); review director and officer indemnification policies from productions (.9); review and analyze responses and objections from Mishmeret counsel and draft list of deficiencies (1.3); conference with D. Momborquette re discovery requests and case strategy (.6); draft list of potential directors and officers as well as potential deponents from productions and draft deposition outline (2.3). |
| B230 08/20/26 | Financing/Cash Collections D. Thomson | 6.40 | 10,528.00 | Draft committee materials re MCAs (1.8); multiple correspondence with C. Dingman re same (.4); review and revise updated materials (.5); research re same (2.7); review related filings in DAMIS chapter 11 cases (1.0). |

Case 26-13388-CMG Doc 1533 Filed 09/25/26 Entered 09/25/26 13:21:58 Desc Main Document Page 219 of 488

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/20/26 | Financing/Cash Collections E. Kwon | 0.40 | 270.00 | Coordinate preparing DAMIS production for case development review in the discovery document repository. |
| B230 08/20/26 | Financing/Cash Collections C. Dingman | 0.70 | 1,074.50 | Review cash management order (.6); correspond with R. Wang re same (.1). |
| B230 08/21/26 | Financing/Cash Collections D. Momborquette | 1.10 | 2,546.50 | Review latest production by Debtors (.8); review Mishmeret's latest production (.2); discuss with J. Terry access to latest document productions (.1). |
| B230 08/21/26 | Financing/Cash Collections J. Terry | 3.90 | 4,914.00 | Review and analyze Mishmeret production for details around flow of funds (2.7); manage discovery team, ensuring productions are uploaded, organized, and distributed to MWS team (1.2). |
| B230 08/21/26 | Financing/Cash Collections K. Suh | 3.40 | 5,797.00 | Review HomeTrust loan documents (1.1); draft perfection analysis memo re same (1.1); review, analyze Community Bank loan documents (1.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/21/26 | Financing/Cash Collections D. Thomson | 5.60 | 9,212.00 | Review additional MCA and loan agreements and related documentation (1.8); draft analysis re same (2.5); revise materials to address same (1.3). |
| B230 08/22/26 | Financing/Cash Collections R. Biblo Block | 1.50 | 2,475.00 | Review draft final DIP order (.2); correspond with D. Bass re same (.1); review sale orders (.7); correspond with CS team re same (.1); review APAs (.2); correspond with CS team re same (.2). |
| B230 08/23/26 | Financing/Cash Collections J. Terry | 3.20 | 4,032.00 | Review and analyze DAMIS production. |
| B230 08/24/26 | Financing/Cash Collections J. Gerber | 0.50 | 1,040.00 | Conference with M3 team re sources and uses of financing. |
| B230 08/24/26 | Financing/Cash Collections D. Momborquette | 0.70 | 1,620.50 | Comment on draft discovery chart (.2); conference with M3 team re bond offering analysis (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/24/26 | Financing/Cash Collections K. Suh | 3.40 | 5,797.00 | Revise Mishmeret lien perfection memo (1.0); confer with each of R. Biblo Block and R. Wang re creditor issues (0.4); review HomeTrust loan documents (2.0). |
| B230 08/24/26 | Financing/Cash Collections L. Knight | 3.00 | 3,375.00 | Research re Israeli bond offering (1.7); review and analyze operating agreements (.8); conference with M3 team re sources and uses re Mishmeret (.5). |
| B230 08/24/26 | Financing/Cash Collections E. Kwon | 0.70 | 472.50 | Correspond with UCC professionals re DAMIS production documents (.2); review Debtors production issue(.5). |
| B230 08/24/26 | Financing/Cash Collections J. Terry | 4.80 | 6,048.00 | Review and analyze M3 Mishmeret debt documents (1.3); review and analyze Mishmeret production for flow of funds information (1.1); manage discovery team upload and distribution of documents (1.7); participate in sources and uses discussion with M3 team (.7). |
| B230 08/25/26 | Financing/Cash Collections R. Biblo Block | 0.70 | 1,155.00 | Review financing orders (.3); correspond with MWS team re same (.1); review documents related to same (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/25/26 | Financing/Cash Collections K. Suh | 3.60 | 6,138.00 | Prepare HomeTrust lien perfection analysis memorandum (3.0); confer with M. Adams re same (.6). |
| B230 08/25/26 | Financing/Cash Collections L. Knight | 4.70 | 5,287.50 | Research re bond debt (1.8); draft and revise memo re same (2.5); correspond w/C. Dingman re same (.4). |
| B230 08/25/26 | Financing/Cash Collections E. Kwon | 0.50 | 337.50 | Correspond with Robinson Cole re discovery document repository. |
| B230 08/25/26 | Financing/Cash Collections J. Terry | 0.50 | 630.00 | Manage discovery team, ensuring productions are uploaded, organized, and distributed to MWS team (.2); confer with M3 team re Mishmeret and DAMIS productions (.3). |
| B230 08/25/26 | Financing/Cash Collections R. Wang | 1.20 | 1,182.00 | Review lien challenge deadlines and summarize for R. Biblo Block (.5); review interim order for secured financing to revise lien deadlines (.7). |
| B230 08/26/26 | Financing/Cash Collections K. Suh | 3.30 | 5,626.50 | Review and revise HomeTrust lien perfection memo (1.5); review comments to the Mishmeret lien perfection memo (.5); confer with R. Biblo Block re same (.4); review Community Bank loan documents |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | and prepare lien perfection memo re same (.9). |
| B230 08/26/26 | Financing/Cash Collections R. Biblo Block | 2.10 | 3,465.00 | Review documents related to DIP and prepetition financings (1.5); summarize same (.3); correspond with K. Suh re same (.2); correspond with K. Going re same (.1). |
| B230 08/26/26 | Financing/Cash Collections D. Momborquette | 2.90 | 6,713.50 | Review latest document productions. |
| B230 08/26/26 | Financing/Cash Collections J. Terry | 3.70 | 4,662.00 | Analyze Mishmeret production (.6); translate and analyze Hebrew materials produced by SIMAD and Mishmeret, summarizing for team analysis (3.1). |
| B230 08/27/26 | Financing/Cash Collections R. Biblo Block | 0.30 | 495.00 | Correspond with MWS team re financing issues (.2); correspond with M3 and RC teams re same (.1). |
| B230 08/27/26 | Financing/Cash Collections D. Momborquette | 2.40 | 5,556.00 | Participate in UCC advisors conference (.5); draft documents re Mishmeret debt (1.9). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/27/26 | Financing/Cash Collections K. Suh | 3.20 | 5,456.00 | Review and revise Mishmeret lien perfection memo (1.0); continue preparing lien perfection for Community Bank (1.2); review loan documents related to the same (1.0). |
| B230 08/27/26 | Financing/Cash Collections K. Going | 0.50 | 980.00 | Introductory conference with counsel to DAMIS UCC. |
| B230 08/27/26 | Financing/Cash Collections J. Terry | 3.40 | 4,284.00 | Review and analyze Mishmeret production. |
| B230 08/28/26 | Financing/Cash Collections D. Momborquette | 1.30 | 3,009.50 | Review new document production made by Debtors. |
| B230 08/28/26 | Financing/Cash Collections J. Terry | 2.10 | 2,646.00 | Draft documents re Mishmeret prepetition debt. |
| B230 08/28/26 | Financing/Cash Collections E. Kwon | 0.20 | 135.00 | Coordinate preparing SIMAD document production for case development review in the discovery document repository. |

Case 26-13388-MG Doc 1953-1 Filed 09/25/26 Entered 09/25/26 12:41:50 Desc Main Document Page 165 of 489

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/28/26 | Financing/Cash Collections K. Suh | 3.40 | 5,797.00 | Prepare Community Bank lien perfection memo (3.0); confer with M. Adams re same (.4). |
| B230 08/28/26 | Financing/Cash Collections D. Thomson | 2.60 | 4,277.00 | Review OrcaFunding scheduling order, DIP objections, and DIP hearing transcript (.5); analyze OrcaFunding Sale of Future Receipts Agreements (.8); draft summary of OrcaFunding dispute for MCA memo (1.3). |
| B230 08/28/26 | Financing/Cash Collections R. Wang | 4.40 | 4,334.00 | Analyze lien challenge memo and draft letter to lender. |
| B230 08/29/26 | Financing/Cash Collections D. Momborquette | 2.30 | 5,324.50 | Draft documents re secured creditor claims. |
| B230 08/30/26 | Financing/Cash Collections J. Terry | 3.10 | 3,906.00 | Draft documents re Mishmeret prepetition debt (1.3); manage discovery team (.5); review 8/29 production (1.3). |
| B230 08/31/26 | Financing/Cash Collections C. Dingman | 2.10 | 3,223.50 | Draft, revise demand letter to bondholder (1.6); review statutes re same (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| B230 08/31/26 | Financing/Cash Collections D. Momborquette | 6.60 | 15,279.00 | Discuss with J. Terry follow-up correspondence with subpoenaed entities and individuals (.4); draft documents re secured creditor claims (6.2). |
| B230 08/31/26 | Financing/Cash Collections R. Biblo Block | 0.80 | 1,320.00 | Review revised final DIP order (.2); conference with C. Dingman re same (.1); review correspondence re lien investigation (.2); review documents re prepetition liens (.2); correspond with MWS team re same (.1). |
| B230 08/31/26 | Financing/Cash Collections J. Terry | 3.70 | 4,662.00 | Correspond with counsel for Debtors, DAMIS, Mishmeret, and D. Shabsels re future productions (.9); review productions and report from M3 and draft additional requests for parties (1.4); review and analyze lien perfection analysis (1.4). |
| B230 08/31/26 | Financing/Cash Collections K. Suh | 1.20 | 2,046.00 | Review and revise Community Bank lien perfection memo. |
| B230 08/31/26 | Financing/Cash Collections D. Thomson | 4.90 | 8,060.50 | Final review of and revisions to MCA materials. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 08/31/26 | Financing/Cash Collections C. Dingman | 0.40 | 614.00 | Review CBNA DIP order. |
| B250 08/06/26 | Real Estate S. Horowitz | 0.80 | 788.00 | Review and organize title commitments, ownership and encumbrance reports and available mortgages of record (.7); correspond re same (.1). |
| B250 08/07/26 | Real Estate S. Horowitz | 0.50 | 492.50 | Review and summarize title commitments and ownership and encumbrance reports (.4); correspond re same (.1). |
| B250 08/10/26 | Real Estate S. Horowitz | 0.80 | 788.00 | Review and analyze title commitments and available mortgages of record (.7); correspond re same (.1). |
| B250 08/12/26 | Real Estate S. Horowitz | 1.00 | 985.00 | Review, summarize and organize ownership and encumbrance reports and available mortgages of record (.8); correspond re same (.2). |
| B250 08/13/26 | Real Estate M. Adams | 0.10 | 112.50 | Correspond with K. Suh and S. Horowitz re title commitments and ownership and encumbrance reports. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B250 08/13/26 | Real Estate S. Horowitz | 0.60 | 591.00 | Review and organize title commitments and available mortgages of record (.5); correspond re same (.1). |
| B250 08/14/26 | Real Estate M. Adams | 0.30 | 337.50 | Review real estate liens. |
| B250 08/14/26 | Real Estate S. Horowitz | 2.00 | 1,970.00 | Review and analyze title commitments, ownership and encumbrance reports and available mortgages of record (1.0); summarize and organize findings re same (.8); correspond re same (.2). |
| B250 08/17/26 | Real Estate M. Adams | 0.10 | 112.50 | Review real estate provisions of perfection analysis memo. |
| B250 08/17/26 | Real Estate S. Horowitz | 0.30 | 295.50 | Review and organize title and mortgage documentation (.2); correspond re same (.1). |
| B250 08/18/26 | Real Estate S. Horowitz | 0.80 | 788.00 | Analyze ownership and encumbrance reports and available mortgages of record (.3); summarize findings re same (.4); correspond re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B250 08/18/26 | Real Estate M. Adams | 1.30 | 1,462.50 | Review and revise real estate perfection analysis memorandum. |
| B250 08/24/26 | Real Estate M. Adams | 0.20 | 225.00 | Review real estate lien search reports and finalize memo re same. |
| B250 08/24/26 | Real Estate S. Horowitz | 3.50 | 3,447.50 | Review and analyze title commitments, ownership and encumbrance reports and available mortgages of record (1.0); organize and summarize real estate findings re same (2.2); correspond re same (.3). |
| B250 08/25/26 | Real Estate M. Adams | 0.30 | 337.50 | Review real estate provisions of lien analysis memo. |
| B250 08/27/26 | Real Estate S. Horowitz | 0.50 | 492.50 | Review and summarize title commitments and available mortgage documentation (.4); correspond re same (.1). |
| B250 08/28/26 | Real Estate M. Adams | 0.20 | 225.00 | Review real estate provisions of lien analysis memorandum. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B250 08/28/26 | Real Estate S. Horowitz | 0.50 | 492.50 | Review and organize ownership and encumbrance reports and mortgage documentation (.4); correspond re same (.1). |
| B310 08/07/26 | Claims Administration & Object R. Biblo Block | 0.30 | 495.00 | Review supplemental bar date notice (.2); correspond with C. Dingman re same (.1). |
| B310 08/12/26 | Claims Administration & Object R. Wang | 4.40 | 4,334.00 | Draft summary of certain investigations and confer with team re same (1.6); draft objection and review precedents to support arguments (2.8). |
| B310 08/13/26 | Claims Administration & Object R. Wang | 3.30 | 3,250.50 | Draft objection and confer with team re same. |
| B310 08/19/26 | Claims Administration & Object R. Biblo Block | 0.40 | 660.00 | Conference with M3 team, MWS team and E. Lazerowitz re claims. |
| B310 08/19/26 | Claims Administration & Object L. Knight | 0.90 | 1,012.50 | Conference w/M3 team re potential GUC recoveries. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 08/19/26 | Claims Administration & Object D. Thomson | 0.30 | 493.50 | Participate in committee professionals conference re preliminary recovery analysis. |
| B310 08/23/26 | Claims Administration & Object R. Biblo Block | 0.40 | 660.00 | Review claims information and related research. |
| B310 08/24/26 | Claims Administration & Object R. Biblo Block | 1.00 | 1,650.00 | Review documents related to pre-petition claims (.4); conference with M3, MWS, and RC teams re same (.6). |
| B310 08/24/26 | Claims Administration & Object D. Thomson | 6.30 | 10,363.50 | Review debtors SOFAs and schedules (1.8); review proofs of claim and supporting documentation (2.5); draft summary of certain scheduled and filed claims (2.0). |
| B320 08/24/26 | Plan and Disclosure Statement R. Wang | 1.80 | 1,773.00 | Research legal issues re plan confirmation. |
| B320 08/25/26 | Plan and Disclosure Statement R. Wang | 3.80 | 3,743.00 | Research re plan confirmation issues. |

**McDermott Will & Schulte**

| | | | | |
|---|---|---|---|---|
| Rolling Hills Landco Creditors' Committee | | | Client: | 153076 |
| | | | Invoice: | 4714788 |
| | | | Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 08/27/26 | Plan and Disclosure Statement R. Wang | 2.80 | 2,758.00 | Review lien challenge memo (.9); correspond with MWS team re letter to lender (.5); draft and revise letter re same (1.4). |
| B470 08/02/26 | Litigation J. Terry | 1.20 | 1,512.00 | Confer with and manage discovery team. |
| B470 08/03/26 | Litigation R. Biblo Block | 0.30 | 495.00 | Conference with MWS team, Robinson & Cole team, and Cole Schotz team re UCC information requests. |
| B470 08/03/26 | Litigation L. Knight | 1.80 | 2,025.00 | Conference with CS team re discovery requests (.7); correspond w/J. Terry re same (1.1). |
| B470 08/03/26 | Litigation D. Valentino | 1.00 | 315.00 | Review Mishmeret production report. |
| B470 08/04/26 | Litigation R. Biblo Block | 0.40 | 660.00 | Conference with MWS team re discovery requests (.2); review documents related to same (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B470 08/06/26 | Litigation R. Biblo Block | 0.20 | 330.00 | Conference with MWS team re discovery requests. |
| B470 08/07/26 | Litigation D. Valentino | 0.80 | 252.00 | Analyze Mishmeret production report. |
| B470 08/07/26 | Litigation R. Biblo Block | 1.20 | 1,980.00 | Review draft discovery materials (1.1); correspond with J. Terry re same (.1). |
| B470 08/11/26 | Litigation J. Terry | 4.70 | 5,922.00 | Research class action complaint filed against debtors in Israel (.8); update document tracker and organize recently received files and documents in preparation for upcoming production (1.6); review and translate Debtors' filings on Tel Aviv Stock Exchange; draft summary of findings (2.3). |
| B470 08/12/26 | Litigation R. Biblo Block | 0.10 | 165.00 | Correspond with MWS team and E. Lazerowitz re confidentiality obligations. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B470 08/12/26 | Litigation J. Terry | 1.60 | 2,016.00 | Manage service of process of subpoenas (1.1); review and analyze confidentiality requirements related to NDA (.5). |
| B470 08/13/26 | Litigation J. Terry | 2.50 | 3,150.00 | Review Debtors' proof of claim filings in Shabsels' chapter 11 filings (.6); review and analyze confidentiality agreement for compliance (1.9). |
| B470 08/16/26 | Litigation J. Terry | 0.40 | 504.00 | Review and analyze revisions to nondisclosure agreement. |
| B470 08/18/26 | Litigation D. Valentino | 0.80 | 252.00 | Review latest Mishmeret production report. |
| B470 08/21/26 | Litigation D. Valentino | 1.30 | 409.50 | Process Mishmeret production results. |
| B470 08/24/26 | Litigation R. Biblo Block | 0.30 | 495.00 | Research re document requests (.2); correspond with J. Terry re same (.1). |

McDermott Will & Schulte

| Rolling Hills Landco Creditors' Committee | Client: | 153076 |
|---|---|---|
| | Invoice: | 4714788 |
| | Invoice Date: | 09/24/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B470 08/24/26 | Litigation D. Valentino | 1.60 | 504.00 | Continue to review Mishmeret production report. |
| B470 08/28/26 | Litigation R. Wang | 0.30 | 295.50 | Review docket filings (.1);draft summaries re same (.2). |
| B470 08/30/26 | Litigation D. Valentino | 0.80 | 252.00 | Review and analyze Mishmeret production results. |

**Total Hours 817.40 Total For Services $1,187,945.50**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| M. Adams | 2.50 | 1,125.00 | 2,812.50 |
| N. Alindogan | 10.50 | 910.00 | 9,555.00 |
| D. Azman | 17.20 | 1,860.00 | 31,992.00 |
| R. Biblo Block | 120.70 | 1,650.00 | 199,155.00 |
| D. Boll | 0.70 | 1,705.00 | 1,193.50 |
| C. Dingman | 77.70 | 1,535.00 | 119,269.50 |
| J. Gerber | 7.90 | 2,080.00 | 16,432.00 |
| K. Going | 30.20 | 1,960.00 | 59,192.00 |
| J. Gorodetsky | 1.60 | 640.00 | 1,024.00 |
| A. Gruick | 1.40 | 1,125.00 | 1,575.00 |
| J. Hirshon | 1.30 | 690.00 | 897.00 |
| S. Horowitz | 11.30 | 985.00 | 11,130.50 |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4714788 |
| Invoice Date: | 09/24/2026 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| L. Knight | 102.40 | 1,125.00 | 115,200.00 |
| E. Kwon | 3.30 | 675.00 | 2,227.50 |
| G. Miranda | 15.40 | 1,625.00 | 25,025.00 |
| D. Momborquette | 38.60 | 2,315.00 | 89,359.00 |
| D. Northrop | 0.10 | 910.00 | 91.00 |
| R. Orloff | 1.00 | 1,885.00 | 1,885.00 |
| K. Suh | 66.50 | 1,705.00 | 113,382.50 |
| J. Terry | 120.60 | 1,260.00 | 151,956.00 |
| D. Thomson | 83.50 | 1,645.00 | 137,357.50 |
| D. Valentino | 6.30 | 315.00 | 1,984.50 |
| R. Wang | 96.70 | 985.00 | 95,249.50 |
| **Totals** | **817.40** | | **$1,187,945.50** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 68.00 | 88,006.50 |
| B120 | Asset Analysis and Recovery | 0.60 | 990.00 |
| B130 | Asset Disposition | 138.20 | 207,573.50 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 1.30 | 1,995.50 |
| B150 | Mtgs/Communications w/Creditor | 96.70 | 136,462.50 |
| B155 | Court Hearings | 10.90 | 18,330.00 |
| B160 | Fee/Employment Applications | 70.80 | 92,564.50 |
| B170 | Fee/Employment Objections | 6.20 | 9,795.00 |
| B180 | Avoidance Action Analysis | 16.30 | 26,813.50 |
| B230 | Financing/Cash Collections | 347.60 | 538,744.50 |
| B250 | Real Estate | 13.80 | 13,943.00 |
| B310 | Claims Administration & Object | 17.30 | 22,919.00 |
| B320 | Plan and Disclosure Statement | 8.40 | 8,274.00 |
| B470 | Litigation | 21.30 | 21,534.00 |
| | | 817.40 | 1,187,945.50 |

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4714788
Invoice Date: 09/24/2026

## Costs and Other Charges

| Description | Amount |
|---|---|
| Company Search Fees | 23.49 |
| Miscellaneous | 621.64 |
| **Total Costs and Other Charges** | **$645.13** |
| **Total This Invoice** | **$1,188,590.63** |

One Vanderbilt Avenue New York, NY 10017-3852 Tel +1 212 547 5400

*US practice conducted through McDermott Will & Schulte LLP.*

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee 09/24/2026
Invoice: 4714788

**Invoice Totals**

| Matter Name | | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|---|
| 0011 | SIMAD-Rolling Hills Official Committee | 817.40 | 1,187,945.50 | 645.13 | 0.00 | 1,188,590.63 |

**One Vanderbilt Avenue New York, NY 10017-3852 Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Schulte LLP.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**COVER SHEET FOR THE**
**THIRD MONTHLY FEE STATEMENT**
**OF MCDERMOTT WILL & SCHULTE LLP**
**FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR**
**THE PERIOD OF SEPTEMBER 1, 2026, THROUGH SEPTEMBER 30, 2026**

| | |
|---|---|
| Debtor: SIMAD Holdings LTD., *et al.,*[1] | Applicant: McDermott Will & Schulte LLP |
| Case No.: 26-16388 (CMG) | Client: Official Committee of Unsecured Creditors |
| Chapter 11 | Case Filed: June 4 and June 5, 2026 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.**

**RETENTION ORDER ATTACHED AS EXHIBIT A.**

/s/ *Darren Azman*
Darren Azman
October 26, 2026

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

**SECTION I**

**FEE SUMMARY**

Summary of Amounts Requested for the Period
September 1, 2026, through September 30, 2026 (the "Compensation Period")

| | |
|---|---:|
| Fee Total | $1,106,730.00 |
| Expenses Total | $301.32 |
| Total Fees Plus Disbursements | $1,107,031.32 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---:|
| Total Previous Fees and Expenses Requested: | $2,580,943.21 |
| Total Fees and Expenses Allowed to Date: | $1,114,721.63 |
| Total Retainer Remaining: | N/A |
| Total Holdback: | $277,630.95 |
| Total Received by Applicant: | $1,114,721.63[2] |

[2] As of the date hereof, the Applicant has not received payment on account of its second monthly fee statement [Docket No. 1193] for the period from August 1, 2026 through August 31, 2026. Accordingly, the Total Holdback and Total Received by Applicant set forth above do not reflect amounts related to such monthly fee statement.

## COMPENSATION BY PROFESSIONAL

## SEPTEMBER 1, 2026 THROUGH AND INCLUDING SEPTEMBER 30, 2026

The attorneys who rendered professional services in these chapter 11 cases during the Compensation Period are:

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| David Momborquette | Partner | Trial | 1992 (NY) | $2,315.00 | 99.90 | $231,268.50 |
| Jared Gerber | Partner | Trial | 2008 (NY) | $2,080.00 | 2.50 | $5,200.00 |
| Kristin Going | Partner | Restructuring | 2002 (MD)<br>2004 (DC)<br>2011 (NY) | $1,960.00 | 13.10 | $25,676.00 |
| Darren Azman | Partner | Restructuring | 2011 (NY, MA) | $1,860.00 | 32.80 | $61,008.00 |
| Michael Wilder | Partner | Tax | 1995 (DC) | $2,415.00 | 2.80 | $6,762.00 |
| Kristine Suh | Counsel | Corporate | 1997 (CA) | $1,705.00 | 41.10 | $70,075.50 |
| Rachel Biblo Block | Counsel | Restructuring | 2014 (DE)<br>2015 (TX) | $1,650.00 | 127.80 | $210,870.00 |
| Daniel Thomson | Associate | Restructuring | 2019 (NY) | $1,645.00 | 45.20 | $74,354.00 |
| Graciany Miranda | Associate | Corporate | 2019 (NY) | $1,625.00 | 1.60 | $2,600.00 |
| Carmen Dingman | Associate | Restructuring | 2021 (IL) | $1,535.00 | 45.30 | $69,535.50 |
| Johnathan Terry | Associate | Trial | 2024 (NY) | $1,260.00 | 117.70 | $148,302.00 |
| Matt Adams | Associate | Corporate | 2024 (CA) | $1,125.00 | 1.60 | $1,800.00 |
| Lauren Knight | Associate | Restructuring | 2024 (IL) | $1,125.00 | 62.00 | $69,750.00 |
| Sam Horowitz | Associate | Real Estate | 2025 (IL) | $985.00 | 6.60 | $6,501.00 |
| Jordan Zaia | Associate | Trial | 2026 (NY) | $985.00 | 0.70 | $689.50 |
| Ruosi Wang | Associate | Restructuring | 2026 (NY) | $985.00 | 105.10 | $103,523.50 |
| Nova Alindogan | Paralegal Specialist | Restructuring | N/A | $910.00 | 14.70 | $13,377.00 |
| Janet Gorodetsky | Technology Project Manager | Discovery | N/A | $640.00 | 5.10 | $3,264.00 |
| Daniel Valentino | Senior Litigation Technology Analyst | Discovery | N/A | $315.00 | 3.40 | $1,071.00 |
| Fitalesh Belayneh | Senior Litigation Technology Analyst | Discovery | N/A | $315.00 | 3.50 | $1,102.50 |
| **Professional Total** | | | | | **732.50** | **$1,106,730.00** |

## SECTION II

## SUMMARY OF SERVICES

| TASK CODE | PROJECT CATEGORY | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| B110 | Case Administration | 35.50 | $38,167.00 |
| B130 | Asset Disposition | 15.60 | $24,154.00 |
| B150 | Mtgs/Communications w/Creditor | 109.00 | $156,839.00 |
| B155 | Court Hearings | 16.70 | $25,293.50 |
| B160 | Fee/Employment Applications | 21.20 | $25,512.00 |
| B180 | Avoidance Action Analysis | 2.10 | $3,454.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 2.80 | $4,324.00 |
| B230 | Financing/Cash Collections | 503.60 | $791,936.50 |
| B240 | Tax Issues | 3.80 | $8,412.00 |
| B250 | Real Estate | 8.20 | $8,301.00 |
| B310 | Claims Administration & Objections | 11.80 | $16,706.50 |
| B320 | Plan and Disclosure Statement | 2.20 | $3,630.00 |
| **Total** | | **732.50** | **$1,106,730.00** |

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | AMOUNT |
| --- | --- |
| Miscellaneous (re Discovery Platform) | **$301.32** |
| **TOTAL CHARGES** | **$301.32** |

## SECTION IV
## CASE HISTORY

(1) Date cases filed: June 4 and June 5, 2026

(2) Chapter under which case commenced: Chapter 11

(3) Date of retention: August 25, 2026, effective as of July 10, 2026. *See* **Exhibit A**.

If limit on number of hours or other limitations to retention, set forth: N/A

(4) Summarize in brief the benefits to the estate and attach supplements as needed:[3]

(a) The Applicant prepared for and attended hearings and other proceedings in these chapter 11 cases during the Compensation Period, including the sale hearing held on September 1, 2026, the continued meeting of creditors under section 341 of the Bankruptcy Code held on September 17, 2026, and the September 29, 2026 hearing on the merchant cash advance dispute.

(b) The Applicant expended time on activities relating to case strategy and the day-to-day management of these Chapter 11 Cases, including monitoring critical dates and maintaining a case calendar, task lists, and work-in-progress reports and conducting weekly telephone conferences with the Applicant's team regarding case matters, case strategy, and upcoming hearings and filings.

(c) The Applicant reviewed and analyzed asset purchase agreements and related matters in connection with the Debtors' ongoing sale process. The Applicant advised on issues relating to the sales of various camps including Willow Lake, Greenvilleland/Malka, and Chateaugay.

(d) The Applicant continued its investigation into potential claims and causes of action, including by preparing lien perfection analyses for the Debtors' prepetition secured lenders, drafting a motion for standing and a proposed complaint, preparing a motion to extend the challenge period deadline, conducting meet and confers with counsel to the prepetition trust and DIP agent and other parties in interest regarding discovery, and reviewing and analyzing documents produced in discovery.

(e) The Applicant continued to research and analyze the Debtors' merchant cash advance arrangements and short-term financing agreements and reviewed related court filings, as well as tax issues related to the sale of certain of the Debtors' property.

[3] The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Committee; it is not intended to itemize each and every professional service which the Applicant performed.

(f) The Applicant drafted its second monthly fee statement and reviewed time entries to ensure compliance with the U.S. Trustee fee guidelines.

(g) The Applicant prepared for and held weekly meetings with the Committee to keep the Committee informed on case developments and ongoing issues. The Applicant prepared periodic email updates for the Committee as well.

(h) The Applicant rendered all other services set forth on the invoice attached hereto as **Exhibit B**.[4]

(5) Anticipated distribution to creditors:

(a) Administration expense: Unknown at this time.

(b) Secured creditors: Unknown at this time.

(c) Priority creditors: Unknown at this time.

(d) General unsecured creditors: Unknown at this time.

(6) Final disposition of case and percentage of dividend paid to creditors: Unknown at this time.

(7) This is the Applicant's third monthly fee statement.

[4] The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

# EXHIBIT A

**Retention Order [Docket No. 914]**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Rachel Biblo Block (admitted *pro hac vice*)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**Order Filed on August 24, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*, | Case No.: 26-16388 (CMG) |
| Debtors.[1] | (Jointly Administered) |

ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE JULY 10, 2026

**DATED: August 24, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

(Page 2)
Debtors: SIMAD HOLDINGS LTD., *et al.*
Case No. 26-16388 (CMG)
Caption of Order: ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026

---

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE JULY 10, 2026**

The relief set forth on the following pages, numbered two (2) through seven (7), is hereby **ORDERED**.

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases of SIMAD Holdings Ltd. and its affiliated debtors and debtors in possession (collectively, the "Debtors") for the approval of the Committee's retention and employment of McDermott Will & Schulte LLP ("McDermott") as counsel in connection with these chapter 11 cases, effective July 10, 2026; and upon consideration of the declaration of Darren Azman (the "Azman Declaration"), which is attached to the Application as **Exhibit B**, and the declaration of Kelly Smith Brown (the "Smith Brown Declaration"), which is attached to the Application as **Exhibit C**; and this Court having jurisdiction pursuant to Sections 157 and 1334 of Title 28 of the United States Code to consider the Application and the relief requested therein; and venue being proper in this Court pursuant to Sections 1408 and 1409 of Title 28 of the United States Code; and this Court being satisfied that notice of the Application and the opportunity for a hearing on the Application was appropriate under the particular circumstances and no further or other notice need be given; and this Court being satisfied, based on the representations made in the Application and the Azman Declaration,

2 Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page 3)

| | |
|---|---|
| Debtors: | SIMAD HOLDINGS LTD., *et al.* |
| Case No. | 26-16388 (CMG) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026 |

that McDermott (a) does not represent or hold any interest adverse to the Committee in connection with these chapter 11 cases, (b) is a "disinterested person" as such term is defined in Section 101(14) of the Bankruptcy Code, and (c) does not represent any entity having an adverse interest in connection with these chapter 11 cases as required by Section 1103 of the Bankruptcy Code; and this Court having determined that the legal and factual bases set forth in the Application, the Azman Declaration, and the Smith Brown Declaration establish good cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted and approved as set forth herein effective as of July 10, 2026.

2. In accordance with Section 1103(a) of the Bankruptcy Code and, with respect to McDermott's hourly rates, Section 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, the Committee is authorized to employ and to retain McDermott as its counsel in these chapter 11 cases, on the terms and conditions set forth in the Application and the Azman Declaration, as modified by the terms of this Order.

3. McDermott shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases in compliance with Sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of*

*Expenses of Professionals Retained by Order of This Court* [Docket No. 550], and such other applicable procedures and orders of this Court. McDermott shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, both in connection with the Application and any interim and final fee application(s) to be filed by McDermott in these chapter 11 cases.

4. Notwithstanding anything to the contrary in the Application, McDermott shall not seek reimbursement of any fees or costs from the estate arising from the defense of any of McDermott's monthly fee statements or fee applications in these chapter 11 cases.

5. McDermott shall provide ten (10) business days' notice to the U.S. Trustee, the Debtors, and the Committee appointed in these chapter 11 cases in connection with any subsequent increase of the hourly rates listed in the Application and shall file such notice with this Court. The U.S. Trustee and the Debtors retain all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided in Section 330 of the Bankruptcy Code, and this Court retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy Code.

6. To the extent that this Order is inconsistent with the Application, the Azman Declaration, or the Smith Brown Declaration, the terms of this Order shall govern.

(Page 5)

| | |
|---|---|
| Debtors: | SIMAD HOLDINGS LTD., *et al.* |
| Case No. | 26-16388 (CMG) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026 |

---

7. The Committee and McDermott are authorized to take all actions they deem necessary and appropriate to effectuate the relief granted pursuant to this Order in accordance with the Application, including, without limitation, executing any additional or supplemental documents incidental to the relief granted herein.

8. McDermott shall (a) comply with the requirements of Local Rule 2016-1; (b) only bill fifty percent (50%) for non-working travel; (c) use billing and expenses categories that are substantially similar to those set forth in the U.S. Trustee Guidelines (Exhibit D-1, "Summary of Compensation Requested by Project Category"); and (d) provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

9. Notwithstanding anything in the Application to the contrary, McDermott shall, to the extent that McDermott uses the services of contract attorneys, independent contractors, or subcontractors (collectively, the "Contractors") in these chapter 11 cases, (a) pass through the cost of such Contractors at the same rate that McDermott pays the Contractors; (b) seek reimbursement for actual costs only; (c) ensure that the Contractors (to the extent they are attorneys or accountants) (i) are subject to the same conflict checks and disclosures as required by McDermott and (ii) file with the Court such disclosures required by Bankruptcy Rule 2014; and (d) attach any such Contractor invoices to its monthly fee statements, interim fee applications, and/or final fee applications filed in these cases.

---

10. No agreement or understanding exists between McDermott and any other person, other than as permitted by Section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with these chapter 11 cases, nor shall McDermott share or agree to share compensation received for services rendered in connection with these chapter 11 cases with any other person other than as permitted by Section 504 of the Bankruptcy Code.

11. McDermott will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, McDermott will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

12. McDermott shall coordinate with the other Committee professionals and avoid duplication of services provided by any of the Committee's other retained professionals.

13. Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

14. Notwithstanding any procedural rule to the contrary, this Order shall become effective and enforceable immediately on its entry.

(Page 7)

| | |
|---|---|
| Debtors: | SIMAD HOLDINGS LTD., *et al.* |
| Case No. | 26-16388 (CMG) |
| Caption of Order: | ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026 |

---

15. This Court has and shall retain exclusive jurisdiction to hear and determine all matters arising from or relating to this Order or its interpretation, implementation, or enforcement.

# EXHIBIT B

## Azman Declaration

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 26-16388 (CMG)<br><br>(Jointly Administered) |

**DECLARATION OF DARREN AZMAN**
**IN SUPPORT OF THE APPLICATION OF**
**THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS TO RETAIN AND EMPLOY MCDERMOTT**
**WILL & SCHULTE LLP AS COUNSEL EFFECTIVE JULY 10, 2026**

I, Darren Azman, declare as follows:

1. I am a partner of the firm of McDermott Will & Schulte LLP ("McDermott" or the "Firm"). McDermott maintains offices at, among other places, One Vanderbilt Avenue, New York, New York 10017. I am a member in good standing of the Bars of the States of New York and Massachusetts, and I have been admitted to practice in the U.S. Courts of Appeals for the Second and Third Circuits, and the U.S. District Courts for the District of Massachusetts and the Eastern and Southern Districts of New York. There are no disciplinary proceedings pending against me.

2. I am familiar with the matters set forth herein and make this Declaration in support of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases of SIMAD Holdings Ltd. and its affiliated

---

1 A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

2 Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

debtors and debtors in possession (collectively, the "Debtors"), for the approval of the Committee's retention and employment of McDermott as counsel in connection with these chapter 11 cases, effective July 10, 2026.

3. On July 9, 2026, under Section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the Office of the United States Trustee for the District of New Jersey (the "U.S. Trustee") appointed the Committee. *See* Docket No. 438. The Committee currently comprises: (a) Smaller Earth Group dba Camp Leaders; (b) American Institute for Foreign Study, Inc. dba Camp America; (c) Tavezio; (d) Kelly Smith Brown, Individually; and (e) Camp Specialists Ltd.

4. On July 10, 2026, the Committee selected McDermott to serve as the Committee's counsel in connection with these chapter 11 cases, subject to the Court's approval.

5. The Committee anticipates that McDermott will, in connection with these chapter 11 cases and subject to orders of this Court, provide a range of services to the Committee,[3] including, but not limited to, the following:

(a) advising the Committee regarding its rights, powers, and duties in these chapter 11 cases;

(b) assisting and advising the Committee in its consultations and negotiations with the Debtors and other parties in interest in connection with the administration of these chapter 11 cases;

(c) soliciting information from and providing information to the Debtors' unsecured creditors as a group;

(d) assisting the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and negotiating with holders of claims against and interests in the Debtors;

[3] By separate application, the Committee shall file an application to retain RC as co-counsel to the Committee. McDermott will coordinate the division of responsibilities with RC throughout the engagement to ensure that there is no duplication of services rendered on the Committee's behalf.

(e) assisting the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and their insiders and of the operation of the Debtors' businesses;

(f) assisting the Committee in its analysis of, and negotiations with, the Debtors and other parties in matters related to, among other things, the assumption or rejection of executory contracts and unexpired leases, the sale or other disposition of property of the Debtors' estates, the financing of other transactions, and the terms of one or more plans of reorganization or liquidation of the Debtors and accompanying disclosure statements and related plan documents;

(g) assisting and advising the Committee on its communications with the Debtors' unsecured creditors as a group regarding significant matters in these chapter 11 cases;

(h) representing the Committee at all hearings and other proceedings before the Court;

(i) reviewing and analyzing applications, orders, statements of operations, and schedules filed with the Court and advising the Committee as to their propriety and, to the extent deemed appropriate by the Committee, support, join, or object thereto;

(j) advising and assisting the Committee with respect to any legislative, regulatory, or governmental activities;

(k) assisting the Committee in its review and analysis of the Debtors' various agreements;

(l) preparing, on behalf of the Committee, any pleadings, including, without limitation, motions, memoranda, complaints, objections, or comments in connection with any matter related to the Debtors or these chapter 11 cases;

(m) investigating and analyzing any claims belonging to the Debtors' estates; and

(n) performing such other legal services as may be required or are otherwise deemed to be in the interests of the Committee in accordance with the Committee's rights, powers, and duties, as set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and other applicable law.

Case 26-16388-CMG Doc 1487 Filed 04/10/26 Entered 04/10/26 21:50:18 Desc Document Page 13 of 48

**PROFESSIONAL COMPENSATION**

6. McDermott intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013, established by the Executive Office for the United States Trustee (the "U.S. Trustee Guidelines"), the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court* [Docket No. 550] (the "Compensation Order"), and any other applicable procedures and orders of the Court (collectively, the "Fee Guidelines").

7. McDermott's hourly rates are subject to periodic adjustments (typically effective as of January of each year) to reflect economic and other conditions. The current standard hourly rates that McDermott charges for the services of professionals and paraprofessionals employed in its U.S. offices that may be involved in bankruptcy and restructuring matters are:

| **Title** | **2026 Standard Rates** |
|---|---|
| Partners/Counsel | $1,675–$2,795 |
| Associates | $985–$1,645 |
| Non-Lawyer Professionals | $135–$1,915 |

8. McDermott has informed the Committee that McDermott's policy is to charge its clients in all areas of practice for expenses incurred in connection with its representation of its clients. McDermott will charge for expenses in a manner and at rates consistent with charges made

generally to its other clients in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court. Such expenses include, among other things, mail and express mail charges, special or hand delivery charges, travel expenses, expenses for computerized research, and transcription costs. McDermott will maintain detailed records of actual and necessary costs and expenses incurred in connection with the legal services provided to the Committee.

9. No promises were received by McDermott, any partner, any counsel, any attorney who is "of counsel" to McDermott, or any associate of McDermott, as to compensation in connection with these chapter 11 cases, other than in accordance with the provisions of the Bankruptcy Code. Neither McDermott, nor any partner of McDermott, any counsel, any attorney who is "of counsel" to McDermott, or any associate of McDermott, has any agreement with any other entity to share with such entity any compensation received by McDermott in connection with these chapter 11 cases.

**DISINTERESTEDNESS AND DISCLOSURE OF CONNECTIONS**

10. In connection with its proposed retention by the Committee in these chapter 11 cases, McDermott undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Committee. Specifically, McDermott obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Interested Parties"), and such parties are listed on **Schedule 1** attached hereto.

11. In preparing this Declaration, through my colleagues, I submitted to McDermott's computerized client and conflict database (the "Conflict Database") an extensive list of interested parties and significant creditors (as set out on **Schedule 1,** the "Searched Parties"). The Searched

Parties were originally obtained from Debtors' counsel. An attorney then reviewed the results and removed from consideration obvious name coincidences or other "false hits." In addition, McDermott further distributed an email to all McDermott attorneys requesting that they disclose connections with the Debtors, their affiliates, the U.S. Trustee, or the Bankruptcy Court. McDermott performed this inquiry consistent with its normal and customary practices.

12. The Conflict Database maintained by McDermott is designed to include every matter on which the Firm is now and has been engaged, by which entity the Firm is now or has been engaged, and, in each instance, the identity of certain related parties and adverse parties and certain of the attorneys in the Firm that are knowledgeable about the matter. It is the policy of McDermott that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. Accordingly, McDermott maintains and systematically updates this system in the regular course of business of the Firm, and it is the regular practice of the Firm to make and maintain these records.

**REPRESENTATION OF PARTIES IN INTEREST**

13. To the extent that I have been able to ascertain that McDermott has been retained within the last three years to represent any of the Searched Parties in matters unrelated to the chapter 11 cases, such facts are disclosed on **Schedule 2** attached hereto.[4] In connection with the

[4] As referenced in Schedule 2, the term "current client" (the "Current Clients") means a client to whom time was posted in the 12 months preceding July 10, 2026 (the "Retention Date"); the term "former client" means a client to whom time was posted between 12 and 36 months preceding the Retention Date, but for whom no time has been posted in the 12 months preceding the Retention Date; the term "closed client" means a client to whom time was posted in the 36 months preceding the Retention Date, but for which the client representation has been closed. As a general matter, McDermott discloses connections with former clients or closed clients for whom time was posted in the last 36 months but does not disclose connections if time was billed more than 36 months before the Retention Date.

services to be rendered to the Committee, McDermott will not commence a cause of action against any Current Client with respect to these chapter 11 cases, unless McDermott has received a waiver from the Current Client allowing McDermott to commence such an action. In connection with these chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting McDermott to participate in such action, Robinson & Cole LLP ("RC") will represent the Committee and the interests of the Debtors' unsecured creditors. McDermott is not disqualified from acting as the Committee's counsel merely because it represents certain of the Searched Parties in matters unrelated to these chapter 11 cases. McDermott submits that it is a "disinterested person," as that term is defined in Section 101(14) of the Bankruptcy Code.

14. Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, McDermott, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of New Jersey, except as disclosed on **Schedule 2** or otherwise described herein.

**CONNECTIONS WITH PARTIES REPRESENTING ONE PERCENT OR MORE OF MCDERMOTT'S REVENUES FOR 2024, 2025, OR 2026**

15. At the inception of each engagement for which a declaration is required under Bankruptcy Rule 2014, McDermott reviews the information relating to the parties involved in a bankruptcy case to determine whether any such party, together with its known related entities, were clients of McDermott and, as a result, made payments to McDermott for services rendered in the calendar year prior to the date of review that in the aggregate for each such party exceed one

percent of McDermott's total revenues for such calendar year. In connection with this Declaration, McDermott has reviewed similar information for the years 2024, 2025, and 2026.

16. Except as specifically disclosed below, McDermott's revenues for services rendered on behalf of each of the parties in interest in **Schedule 2** represent less than one percent of McDermott's annual revenue in each of calendar years 2024, 2025, and 2026.

**SPECIFIC DISCLOSURES**

17. McDermott delivered a standard Regulation S exemption opinion to the Tel Aviv Stock Exchange in connection with a debenture offering by SIMAD Holdings Ltd. Such opinions are based on the type of debentures, not the issuer. McDermott's involvement was limited to delivery of the opinion. McDermott dealt exclusively with Israeli securities counsel handling the offering and had no direct dealings with the company. This is the only matter for which McDermott has represented SIMAD Holdings Ltd. The Firm's involvement in this matter was de minimis with only a single time entry of 2.5 hours in November 2025. The matter is closed and is not substantially related to work to be performed under McDermott's representation of the Committee in these chapter 11 cases. Out of an abundance of caution, (a) McDermott has established an ethical wall that restricts attorneys and paraprofessionals who rendered services on this matter from accessing documents and electronic information related to these chapter 11 cases, and (b) to the extent such matters arise during these chapter 11 cases, the Committee's co-counsel, RC, will handle any matters related to the Regulation S opinion on behalf of the Committee.

18. McDermott represented Damis Holdings LLC in connection with the United States government's review of loans obtained through the Paycheck Protection Program ("PPP") and the Economic Injury Disaster Loan program ("EIDL"). Damis Holdings LLC is a debtor in a separately administered chapter 11 case pending in this District. The engagement letter also listed

Michael Shabsels, David Shabsels, Randolph Mittasch, and Joshua Friedman as the clients, some of whom are equity holders and former officers of Damis Holdings LLC. This is the only matter for which McDermott has represented the clients. McDermott's representation was limited in nature, lasted approximately six months commencing in October 2024, and the last work date was February 2025. The lead attorney on the engagement is no longer with McDermott. Out of an abundance of caution, (a) McDermott has established an ethical wall that restricts attorneys and paraprofessionals who rendered services on behalf of the PPP Clients from accessing documents and electronic information pertaining to McDermott's representation of the Committee, and vice versa, and (b) RC will handle any matters related to those PPP and EIDL loans on behalf of the Committee.

19. I have been advised that an associate attorney at McDermott is in a relationship with an associate attorney at Cole Schotz P.C. ("Cole Schotz"), which serves as counsel to the Debtors. Although I understand the Cole Schotz associate is involved in the representation of the Debtors, the McDermott associate is not involved in McDermott's representation of the Committee.

20. Several partners at the Firm have children who attend or have attended one of the Debtors' camps, including Banner Day Camp and Camp Lavi.

**OTHER CONNECTIONS AND GENERAL DISCLOSURES**

21. McDermott performed general diligence to determine any connections beyond what is disclosed in the attached schedules. McDermott may have represented in the past and/or currently or in the future may represent entities (other than parties in the attached schedules) not known currently to McDermott in matters wholly unrelated to these chapter 11 cases that may be parties in interest in these chapter 11 cases. To the extent that McDermott discovers any such

Case 26-16388-CMG Doc 154 Filed 10/10/26 Entered 10/10/26 17:10:18 Desc Main Document Page 19 of 48

information or needs to update the information disclosed herein, McDermott will disclose such information by filing a supplemental declaration in accordance with Bankruptcy Rule 2014.

22. McDermott in the past has represented parties potentially adverse to the Debtors in matters wholly unrelated to these chapter 11 cases.

23. Certain entities owned by current or former McDermott attorneys and senior staff ("Attorney Investment Entities") have investments in funds or companies that may, directly or indirectly, be affiliated with the Debtors or one or more of their creditors, hold investments in the debt or equity securities of the Debtors or one or more of their creditors, may be adverse to the Debtors or one or more of their creditors, or conduct commercial transactions with the Debtors or one or more of their creditors (each, a "Passive Holding"). The Attorney Investment Entities are passive and have no management or other control rights in such funds or companies. Notwithstanding this, other persons may in the future assert that a Passive Holding creates, in certain circumstances, a conflict between McDermott's exercise of its independent professional judgment in rendering advice to the Committee and the financial interest of McDermott attorneys participating in the Attorney Investment Entities, and such other persons might seek to limit the Committee's ability to use McDermott to advise the Committee on a particular matter. While McDermott cannot control what a person might assert or seek, McDermott believes its judgment will not be compromised by virtue of any Passive Holding.

24. From time to time, McDermott's partners, counsel, associates, and employees may personally directly acquire a debt or equity security of the Debtors or a company which may be (or become) one of the Debtors' creditors or other parties in interest in these chapter 11 cases. McDermott has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work. In this regard,

all of McDermott's attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

## AFFIRMATIVE STATEMENT OF DISINTERESTEDNESS

25. Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) McDermott does not hold or represent any interest adverse to the interest of the Debtors' estates with respect to the matters on which McDermott is to be employed, (b) McDermott is a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code, (c) McDermott does not represent any other entity having an adverse interest in connection with these chapter 11 cases, except as permitted under Section 1103(b) of the Bankruptcy Code, and (d) McDermott has no connection with the Debtors, their creditors, or any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the same, or any judge in the United States Bankruptcy Court for the District of New Jersey, except as disclosed or otherwise described herein.

## STATEMENT REGARDING THE U.S. TRUSTEE GUIDELINES

26. The following is provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Guidelines:

**Question 1:** Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response: No.

**Question 2:** Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response: No.

**Question 3:** If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing

| | |
|---|---|
| | rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| Response: | McDermott did not represent the Committee prior to these chapter 11 cases. |
| **Question 4:** | Has your client approved your prospective budget and staffing plan, and, if so, for what budget period? |
| Response: | The Committee and McDermott expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, and any other orders of the Court, recognizing that in the course of these chapter 11 cases there may be unforeseeable fees and expenses that will need to be addressed by the Committee and McDermott. |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 3, 2026

*/s/ Darren Azman*
Darren Azman
Partner
McDermott Will & Schulte LLP

# SCHEDULE 1

## Searched Parties

## SIMAD Holdings – Amended Parties in Interest

**Debtors**
ROLLING HILLS OPERATINGCO LLC
ROLLING HILLS LANDCO LLC
COUNTRY ROADS OPERATINGCO LLC
COUNTRY ROADS LANDCO LLC
EAGLE'S LANDING DAY CAMP LLC
MEADOWBROOK OPERATINGCO LLC
MEADOWBROOK LANDCO LLC
MILL ROAD LANDCO LLC
SIMAD HOLDINGS LTD.
INTERMEDIATE SIMAD 1 LLC
SIMAD EQUITIES LLC
ACHIM LANDCO LLC
BAHS HOLDINGS LLC
ACHIM OPERATINGCO LLC
BAHS OPERATING INC.
BANNER LANDCO LLC
BANNER OPERATINGCO LLC
BELGRADE LAKES SUMMER CAMPS LLC
BLUESTAR LANDCO, LLC
CAMP MED-O-LARK, INC.
BLUESTAR OPERATINGCO, LLC
CHATEAUGAY LANDCO, LLC
CHATEAUGAY CAMPCO, LLC
CLUB GETAWAY OPERATINGCO, LLC
GREEN LANE OPERATINGCO, LLC
CLUB GETAWAY LANDCO, LLC
IAFALANDCO, LLC
ISLAND LAKE CAMPCO, LLC
GREEN LANE LANDCO, LLC
KIWI OPERATINGCO, LLC
GREENVILLELAND LLC
WAUKEELA OPERATINGCO LLC
IAFAOPERATINGCO, LLC
MAINEWEKEELACO, LLC
MESORHACO, LLC
ISLAND LAKE LANDCO, LLC
MOGENAVCO, LLC
LAVCO, LLC
MOHAWKCAMPCO, LLC
PINE FOREST CAMPCO, LLC
LAVLAND, LLC
POLAND CAMPCO, LLC
MALKA OPERATINGCO, LLC
RDM CAMPS, LLC

SHAB OPERATING INC.
MESORAHLAND, LLC
WASHINGTON LAKE, LLC
MOGENAVLAND LLC
WEKEELAND LLC
MOHAWKLAND LLC
WM LAND, LLC
PINE FOREST LANDCO LLC
WM CAMP, LLC
POLAND LANDCO, LLC
WAUKEELA LANDCO, LLC
SUMMIT CAMP, LLC
SHAB HOLDINGS LLC
ONE CANAL PLACE LEASING LLC
ONE CANAL PLACE REAL ESTATE LLC
QUADSTAR REALTY LLC
MOHAWK COUNTRY DAY SCHOOL, INC.

**Directors & Officers**
ADAM WEINER*
DAVID SCHREIBER*
DAVID SHABSELS*
IVAN BELLOTTO*
JACOB LABOVITZ*
JAY FREEDMAN*
JOSEPH STANSKY*
KARLA BELLOTTO*
KERRY LABOVITZ *
LAUREN POPKIN-HERSCHTHAL*
MICHAEL SHABSELS*
RONEN GABBAY*
SETH HERSCHTHAL
STACY KOTELOV*

**Bankruptcy Judges**
CHIEF JUDGE CHRISTINE M. GRAVELLE
HON. MICHAEL B. KAPLAN
HON. ANDREW B. ALTENBURG, JR.
HON. JERROLD N. POSLUSNY, JR.
HON. JOHN K. SHERWOOD
HON. MARK E. HALL
HON. ROSEMARY GAMBARDELLA
HON. STACEY L. MEISEL
HON. VINCENT F. PAPALIA
HON. EAMONN J. O'HAGAN

**Separately Administered Debtors**
1000 ACRES HOLDINGS, LLC
1101 EAST GLENDALE BOULEVARD REAL ESTATE LLC
1101 EAST GLENDALE BOULEVARD LEASING LLC
11200 WEST FLORISSANT AVENUE LEASING LLC
11200 WEST FLORISSANT AVENUE REALTY LLC
1133 NORTHWEST L STREET LEASING LLC
1133 NORTHWEST L STREET REAL ESTATE LLC
1135 EAST CHOCOLTE AVENUE LEASING LLC
12 CAMBRIDGE DRIVE LEASING LLC
12 CAMBRIDGE DRIVE REALTY LLC
1323 AUGUSTA WEST PARKWAY LEASING LLC
1323 AUGUSTA WEST PARKWAY REAL ESTATE LLC
1401 US HIGHWAY 49B REAL ESTATE LLC
149 EMERALD STREET LEASING LLC
149 EMERALD STREET REAL ESTATE LLC
1600 EASTCHASE PARKWAY LEASING LLC
1600 EASTCHASE PARKWAY REAL ESTATE LLC
1912 MEMORIAL DRIVE REAL ESTATE LLC
194 WASHINGTON AVENUE LEASING LLC
194 WASHINGTON AVENUE REAL ESTATE LLC
200 GREAT POND DRIVE LEASING LLC
200 GREAT POND DRIVE REAL ESTATE LLC
201 CENTRE DRIVE LEASING LLC
201 CENTRE DRIVE REAL ESTATE LLC
2195 HARLEM ROAD LEASING LLC
2195 HARLEM ROAD REAL ESTATE LLC
2203 GRAND CANAL BOULEVARD LEASING LLC
2203 GRAND CANAL BOULEVARD REAL ESTATE LLC
2302 WINDSONG DRIVE LEASING LLC
2434 SOUTH INTERSTATE 35E LEASING LLC
2434 SOUTH INTERSTATE 35E REAL ESTATE LLC
250 PROGRESSIVE LEASING LLC
250 PROGRESSIVE REAL ESTATE LLC
2547 BRINDLE DRIVE LEASING LLC
2547 BRINDLE DRIVE REAL ESTATE LLC
2974 COPPERCREEK ROAD LEASING LLC
3385 NEWMARK DRIVE LLC
3413 TITTABWASSEE ROAD LEASING LLC
3413 TITTABWASSEE ROAD REAL ESTATE LLC
348 MORRIS AVENUE REAL ESTATE LLC
400 GREENS ROAD LEASING LLC
400 GREENS ROAD REAL ESTATE LLC
4200 PARK AVENUE LEASING LLC
4238 BAY ROAD LEASING LLC
4238 BAY ROAD REAL ESTATE LLC

44 SOUTHPOINT DRIVE LEASING LLC
45 COMMERCE DRIVE LEASING LLC
45 COMMERCE DRIVE REAL ESTATE LLC
4650 WESTWAY PARK BOULEVARD LEASING LLC
4650 WESTWAY PARK BOULEVARD REAL ESTATE LLC
4800 USH 280 LEASING LLC
4800 USH 280 REAL ESTATE LLC
5707 MACCORKLE AVENUE LEASING LLC
5707 MACCORKLE AVENUE REAL ESTATE LLC
7335 GLADIOLOUS LLC
771 CORPORATE DRIVE LEASING LLC
771 CORPORATE DRIVE REAL ESTATE LLC
830 COUNTY ROAD 64 LEASING LLC
830 COUNTY ROAD 64 REAL ESTATE LLC
90 PLEASANT VALLEY STREET LEASING LLC
90 PLEASANT VALLEY STREET REAL ESTATE LLC
BELMON APARTMENT PARTNERS LLC
CATSKILL WINE AND FOOD FESTIVAL LLC
DAMIS HOLDINGS LLC
DAMIS VENTURE LLC
DASMAS LANDCO LLC
EAST HARTFORD PROPERTIES LEASING LLC
EAST HARTFORD PROPERTIES REAL ESTATE LLC
FAIRPLAIN PLAZA LEASING LLC
FAIRPLAIN PLAZA REAL ESTATE LLC
HIGHLAND PARK PARTNERS LLC
MATTESON CENTER LEASING LLC
MATTESON CENTER REAL ESTATE LLC
MONTCLAIR CONDO HOLDINGS LLC
OKLAHOMA WILSHIRE LOFTS LEASING LLC
OKLAHOMA WILSHIRE LOFTS REAL ESTATE LLC
ROCKING HORSE RANCH LANDCO LLC
ROCKING HORSE RANCH OPERATINGCO LLC
SECONDARY PARAGOULD LLC
SIMAD HOLDINGS LLC
SIMAD VENTURE LLC
SOUTH LOOP WEST LEASING LLC
SOUTH LOOP WEST REAL ESTATE LLC
SOUTHWEST OHIO ASSOCIATES LLC
SPLASHDOWN BEACH LANDCO LLC
SPLASHDOWN BEACH OPERATINGCO LLC
STONY CREEK OPERATING CO, LLC
TURNPIKE ROAD HOLDINGS LLC
WG OPERATINGCO LLC
WOODLANDS EAGLE TIMBER LEASING LLC

**Bankruptcy Professionals**
ASSAF RAVID
COLE SCHOTZ P.C.
FAEGRE DRINKER BIDDLE & REATH LLP
PASHMAN STEIN WALDER HAYDEN P.C.
KIRKLAND & ELLIS LLP
DANIEL Y. SASSON
FTI CONSULTING, INC.
KROLL RESTRUCTURING ADMINISTRATION
MIKEWORLDWIDE
M3 PARTNERS
ROBINSON & COLE LLP

**Banks/Lenders/Administrative Agents**
ACE FUNDING SOURCE LLC
ASEND BANK
AGILE CAPITAL FUNDING, LLC
AGILE LENDING, LLC
AMERICAN CHOICE CAPITAL LLC
AUSTIN BUSINESS FINANCE, LLC
BANK IOWA
BANK OF AMERICA
BANK OF CLARK COUNTY
BANK OF NEW HAMPSHIRE
BARZELL
BEACON BANK
BLOC FUNDINGBYLINE BANK
CASHERA PRIVATE CREDIT INC.
CHASE BANK
CLEARVIEW FUNDING GROUP
COMMUNITY BANK
E ADVANCE SERVICES LLC
ENTERGY
FAIRPARK CAPITAL LLC
FINWISE BANK (MULLIGAN FUNDING)
FIRST CITIZENS BANK
FIRST FINANCIAL BANK
FUNDERS WEST
FUNDING CLUB LLC
HOMETRUST BANK
IOU FINANCIAL
KETA CONSTRUCTION COMPANY
LIBERTAS
LIFETIME FUNDING LLC D/B/A LIFETIME FUNDING
LNS GROUP LLC D/B/A/ LNS GROUP
THE MERCHANT MARKETPLACE HOLDINGS CORP.

METROPOLITAN PARTNERS GROUP MANAGEMENT, LLC
METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC
MISHMERET TRUST COMPANY LTD
NBT BANK
NORWAY SAVINGS BANK
NEWCO CAPITAL GROUP VI LLC
OCEAN FUNDING CORP.
OPTIMUM LENDING PARTNERS
ORCAFUNDING LLC
PCSB
PROVIDENT BANK
RAMP BANK
REDSTONE ADVANCE INC
TIDEWAY
TD BANK
TRANSPARENCY ADVANCE D/B/A NITRO ADVANCE LLC
UNION BANK
VAULT 26 CAPITAL LLC
WAYNE BANK
WYNWOOD CAPITAL GROUP LLC

**Creditors' Committee Members**
SMALLER EARTH GROUP dba CAMP LEADERS
AMERICAN INSTITUTE FOR FOREIGN STUDY INC. DBA CAMP AMERICA
TAVEZIO
CAMP SPECIALISTS LTD
KELLY SMITH BROWN, INDIVIDUALLY

**Equity Holders**
EZRIEL FRANKEL
MARK SHER
STACY KOTELOV
LAUREN POPKIN-HERSCHTHAL
ADAM WEINER
JAY FREEDMAN
IVAN BELLOTTO
KARLA BELLOTTO
JOSEPH STANSKY
RONEN GABBAY
DAVID SHABSELS
MICHAEL SHABSELS
GLYNIS CONYER
ALAN SMITH
BETON HOLDINGS LLC
JACOB LABOVITZ
KERRY LABOVITZ

Case 26-16388-CMG Doc 145-1 Filed 02/14/26 Entered 02/14/26 17:14:13 Desc Main
Document Page 275 of 489

**Insurers**
ALLIANZ GLOBAL CORPORATE & SPECIALTY
BROWN & BROWN OF GARDEN CITY, INC.
CHURCH MUTAL INSURANCE
FEDERAL INSURANCE COMPANY
MIDVALE INDEMNITY COMPANY
PHILADELPHIA INDEMNITY INSURANCE COMPANY
RSG UNDERWRITING
THE HARTFORD INSURANCE GROUP
THE TRAVELERS INDEMNITY COMPANY

**Proposed Acquiror**
CAMP ACHIM LLC

**Taxing Authorities/ Governmental/ Regulatory Agencies**
COMMONWEALTH OF PENNSYLVANIA
STATE OF NEW JERSEY DEPT OF LABOR A
CCH INCORPORATED
ANDERSEN TAX HOLDINGS LLC
CHESTER COUNTY TREASURER
CITY OF BETHLEHEM
INTERNAL REVENUE SERVICE
NEW YORK DEPT OF STATE
WAKE COUNTY REVENUE DEPT
COMMONWEALTH OF PENNSYLVANIA
HELLO BEE LLC
NORTH CAROLINA DEPARTMENT OF LABOR OSHA
WEST GOSHEN TOWNSHIP
SAN FRANCISCO TAX COLLECTOR
N.C. DEPARTMENT OF REVENUE
COMMONWEALTH OF PENNSYLVANIA
NORTH CAROLINA DEPT OF
DELAWARE DEPT OF LABOR
SPRINGFIELD TOWNSHIP
TREASURER LOWER MARION
EDGECOMBE COUNTY TAX COLLECTOR
ANDERSEN TAX LLC
PENNSYLVANIA HAZARDOUS MATERIAL
GALAXY US OPCO INC.
NORTH CAROLINA DEPARTMENT OF REVENUE
PENNSYLVANIA DEPARTMENT OF REVENUE
NEW HAMPSHIRE DIVISION OF EMERGENCY SERVICES AND COMMUNICATIONS
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
NORTH CAROLINA DEPARTMENT OF REVENUE

ILLINOIS DEPARTMENT OF REVENUE
MAINE REVENUE SERVICES
TOWN OF FRANCONIA
WAKE COUNTY REVENUE DEPARTMENT
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
PHILADELPHIA DEPARTMENT OF REVENUE
CITY OF BETHLEHEM
NYC DEPARTMENT OF FINANCE
CONNECTICUT DEPARTMENT OF REVENUE
MAINE REVENUE SERVICES
PENNSYLVANIA DEPARTMENT OF REVENUE
WAKE COUNTY REVENUE DEPARTMENT
CITY OF BETHLEHEM
ILLINOIS DEPARTMENT OF REVENUE,
NEW JERSEY DIVISION OF TAXATION,
NYS SALES TAX PROCESSING,
NORTH CAROLINA DEPARTMENT OF REVENUE
PA DEPARTMENT OF REVENUE
CITY OF BETHLEHEM
WEST GOSHEN
MECKLENBURG COUNTY
ANDERSEN TAX HOLDINGS LLC
ANDERSEN TAX LLC
ILLINOIS DEPT. OF REVENUE
MAINE REVENUE SERVICES
LANCASTER COUNTY
CITY OF PHILADELPHIA – DEPARTMENT OF REVENUE
NORTH CAROLINA DEPT. OF REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
PENNSYLVANIA DEPT. OF REVENUE
(EASTERN) LEBANON COUNTY TREASURER
NORTH CAROLINA DEPARTMENT OF REVENUE
CITY OF PHILADELPHIA – DEPARTMENT OF REVENUE
COCALICO SCHOOL DISTRICT
DURHAM COUNTY, NC
PENNSYLVANIA DEPARTMENT OF REVENUE
COCALICO SCHOOL DISTRICT
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
(EASTERN) LEBANON COUNTY TREASURER
ILLINOIS DEPARTMENT OF REVENUE
NEW JERSEY DIVISION OF TAXATION
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
NORTH CAROLINA DEPT. OF REVENUE
(EASTERN) LEBANON COUNTY TREASURER

NEW JERSEY DIVISION OF TAXATION
CONNECTICUT DEPT. OF REVENUE SERVICES
ILLINOIS DEPARTMENT OF REVENUE
PENNSYLVANIA DEPT. OF REVENUE
NEW JERSEY DIVISION OF TAXATION
MAINE REVENUE SERVICES
ILLINOIS DEPARTMENT OF LABOR
STATE OF MAINE ATTORNEY GENERAL
CONNECTICUT DEPARTMENT OF LABOR
SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE
STATE OF DEPARTMENT OF ENVIRONMENTAL PROTECTION
STATE OF NEW JERSEY UNCLAIMED PROPERTY DIVISION
MAINE DEPARTMENT OF THE SECRETARY OF STATE
STATE OF DEPARTMENT OF ENVIRONMENTAL CONSERVATION
ENVIRONMENTAL PROTECTION AGENCY
STATE OF NEW YORK ATTORNEY GENERAL
NORTH CAROLINA DEPARTMENT OF THE SECRETARY OF STATE
EEOC PHILADELPHIA DISTRICT OFFICE
ENVIRONMENTAL PROTECTION AGENCY
STATE OF CONNECTICUT UNCLAIMED PROPERTY DIVISION
STATE OF NORTH CAROLINA UNCLAIMED PROPERTY PROGRAM
SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE
STATE OF NORTH CAROLINA ATTORNEY GENERAL
MAINE SECRETARY OF STATE
SECRETARY OF STATE-ILLINOIS
STATE OF ILLINOIS ATTORNEY GENERAL
DELAWARE SECRETARY OF STATE
SECRETARY OF STATE NEW JERSEY
DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE
NORTH CAROLINA SECRETARY OF STATE
STATE OF CONNECTICUT ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION AGENCY
STATE OF NORTH CAROLINA ATTORNEY GENERAL
STATE OF PENNSYLVANIA ATTORNEY GENERAL
STATE OF PENNSYLVANIA BUREAU OF CONSUMER PROTECTION
NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
SECRETARY OF STATE NORTH CAROLINA
NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION
SECRETARY OF STATE-ILLINOIS INTERNAL REVENUE SERVICE
UNITED STATES ENVIRONMENTAL AND PROTECTION AGENCY REGION 2 RCRA PROGRAMS BRANCH
UNITED STATES ENVIRONMENTAL AND PROTECTION AGENCY BUREAU OF SOLID WASTE MANAGEMENT
ILLINOIS SECRETARY OF STATE
STATE OF ILLINOIS ATTORNEY GENERAL
EEOC NEW YORK DISTRICT OFFICE

Case 26-16388-CMG Doc 148 Filed 04/16/26 Entered 04/16/26 17:14:18 Desc Main Document Page 278 of 489

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
STATE OF ILLINOIS UNCLAIMED PROPERTY DIVISION
ILLINOIS SECRETARY OF STATE
NORTH CAROLINA DEPARTMENT OF LABOR
NEW YORK DEPARTMENT OF LABOR
STATE OF MAINE ATTORNEY GENERAL
STATE OF NEW YORK CONSUMER PROTECTION DIVISION
DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE
PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY
STATE OF CONNECTICUT CONSUMER PROTECTION DIVISION
ILLINOIS SECRETARY OF STATE
EEOC BUFFALO LOCAL OFFICE
EEOC PITTSBURGH AREA OFFICE
PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION
STATE OF CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION (DEEP)
STATE OF MAINE UNCLAIMED PROPERTY DIVISION
EEOC NEWARK AREA OFFICE
STATE OF PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTECTION
SECRETARY OF STATE CONNECTICUT
NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN RESOURCES
SECRETARY OF STATE PENNSYLVANIA
SECRETARY OF STATE NEW YORK
STATE OF NEW YORK UNCLAIMED PROPERTY DIVISION
STATE OF PENNSYLVANIA UNCLAIMED PROPERTY DIVISION
STATE OF NEW JERSEY ATTORNEY GENERAL
NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
STATE OF NEW JERSEY CONSUMER AFFAIRS DIVISION
MAINE DEPARTMENT OF LABOR
DURHAM COUNTY ENGINEERING AND ENVIRONMENTAL SERVICES UTILITIES DIVISION
COLORADO DEPARTMENT OF REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE
HARTFORD DEPARTMENT OF REVENUE SERVICES
DISTRICT OF COLUMBIA
CITY OF GREENVILLE
D.C. OFFICE OF TAX & REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
GREELEY SALES TAX DIVISION
D.C. OFFICE OF TAX & REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
CONNECTICUT DEPT. OF REVENUE SERVICES
STATE OF CONNECTICUT ATTORNEY GENERAL
OFFICES OF THE UNITED STATES ATTORNEYS
WASHINGTON DC ATTORNEY GENERAL

WAYNE COUNTY, PA COUNTY CONSUMER PROTECTION AGENCY
WESTCHESTER COUNTY, NY COUNTY CONSUMER PROTECTION AGENCY
PUTNAM COUNTY, NY COUNTY CONSUMER PROTECTION AGENCY
WASHINGTON COUNTY, PA COUNTY CONSUMER PROTECTION AGENCY
CITY OF GREELEY TAX DEPARTMENT
CITY OF HARTFORD
CITY OF KENT
CITY OF GREENVILLE
COLORADO DEPARTMENT OF REVENUE
DC OFFICE OF FINANCE AND TREASURY
CITY OF WASHINGTON
CONNECTICUT OFFICE OF THE TREASURER
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
CITY OF LAKEWOOD-FINANCE DEPT.
GREENVILLE BOROUGH TAX COLLECTOR
CONNECTICUT COMMISSIONER OF REVENUE SERVICES
SOUTH STRABANE TOWNSHIP
NORTH FRANKLIN TOWNSHIP
TOWN OF WINDSOR
WAYNE COUNTY, PA AUDITOR
WASHINGTON TOWNSHIP TREASURER
NORTH FRANKLIN TOWNSHIP
TOWN OF BERLIN
THE DC OFFICE OF TAX AND REVENUE
WASHINGTON COUNTY TREASURER
TOWN OF HAMDEN
MONMOUTH COUNTY NJ COUNTY CONSUMER PROTECTION AGENCY
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK WHITE PLAINS
TOWN OF CATSKILL
TOWN OF THOMPSON
TOWN OF LAKE FOREST
HENDERSONVILLE COUNTY
TOWN OF MERRILL
MANALAPAN TOWNSHIP
BRUNSWICK TOWNSHIP
BURLINGHAM TOWN
GREEN LANE BOROUGH
FRYEBURG TOWN OFFICE
STARRUCCA BOROUGH TAX COLLECTOR
GLEN SPEY TOWN
LONG VALLEY
TOWN OF GUILFORD
SWAN LAKE
TOWN OF BELGRADE

TOWN OF POLAND
TOWN OF EATON

**U.S. Trustee Office**
ADELA ALFARO
ANGELIZA ORTIZ-NG
DANIEL C. KROPIEWNICKI
DAVID GERARDI
FRAN B. STEELE
FRANCYNE D. ARENDAS
JAMES STIVES
JEFFREY SPONDER
KIRSTEN K. ARDELEAN
LAUREN BIELSKIE
MICHAEL ARTIS
PETER J. D'AURIA
RACHEL WOLF
SAMANTHA LIEB
SAVANNA CRUZ
TIA GREEN
TINA L. OPPELT
WILLIAM J. ZIEMER

**Utilities**
8X8, INC.
AMPION
ARCHIE'S INC.
AT&T WIRELESS
AXIOM
BANNON'S SANITATION
BLUE RIDGE
CASELLA WASTE
CASELLA WASTE / PINE TREE
CASSELLA
CASTELLA WASTE
CENTRAL MAINE POWER
CENTRAL MAINE POWER
CENTRAL MAINE POWER (CMP)
COMCAST
COMCAST BUSINESS
COMCAST/XFINITY
COMED
CON EDISON
CONSOLIDATED EDISON
DIRECT FIBER
DUMPSTER NORTH CONWAY INCINERATOR

ELECTRIC CENTRAL MAINE POWER
EVERSOURCE
EVERSOURCE ENERGY
FERREL GAS
FIRMSTONE OIL
FIRST ENERGY (PENELEC)
FIRST LIGHT
FIRSTLIGHT FIBER
FOURLEAF VOICE
FOWLER
GAS DEAD RIVER COMPANY
GORDONS CORNER
GRANITE STATE COMMUNICATIONS
GREGORY’S DISPOSAL
HELIX TELECOM INC.
HIGHHOUSE ENERGY
INTERNET/PHONES CAMP
JCP&L
JCPL
MAINE WATER CO
NEWTEL
NJNG
NORTH SHORE GAS
NYSEG
OOMA
OPTIMUM
OPTIMUM CABLE
ORANGE & ROCKLAND
PECO
PENELEC
PENELEC (FIRST ENERGY)
PPL
PSE&G
REPUBLIC SERVICES
RINGCENTRAL
SANICO
SIPTRUNK
SLIC
SOUTH BRUNSWICK WATER UTILITY
SPECTRUM
SPECTRUM BUSINESS
SPECTRUM MOBILE
STARLINK
SUBURBAN PROPANE
TELESYS AND STARLINK
THOMPSON SANITATION

TOWN OF GREENBURGH
TOWN OF HILLSBOROUGH
UBIQUITI
UNIFI PROTECT
VERIZON
VERIZON BUSINESS
VERIZON WIRELESS VONAGE
WASTE MANAGEMENT
WASTE MANAGEMENT
WASTE MANAGEMENT OF NEW HAMPSHIRE
WASTE MANAGEMENT OF NEW JERSEY, INC.
WELSH SANITATION SERVICE
WIN WASTE INNOVATIONS
ZOOM

**Vendors**
ABBIE SOPHIA, LLC
AIFS CAMP AMERICA
AMUSEMENT SUPPLY CO
B&B ELECTRIC, LLC
BD CAMP TRIPS
BERNAS CONSTRUCTION LLC
BMA CONTRACTING, INC
BROWN COACH, INC.
CAMP LEADERS (SMALLER EARTH LIMITED)
CAROLINA GOLF CARS
CAROLINA LANDSCAPE MANAGEMENT
CBH ELECTRIC INC
COUNTY LINE SHEDS
CRUSTERS
CUSTOM POOLS & SPAS
DRISCOLL FOODS
FRANKEL DISPOSABLES B
FRANKEL DISPOSABLES G
GZA INC.
HALES BUS GARAGE
HOFFMAN PRODUCTIONS, INC
HOME DEPOT CREDIT SERVICES
IENA
IVY OAKS
IVY OAKS ANALYTICS
JOHN ROSS, INC
KOSHERLINE LLC
LOWE’S
MTC DJ SERVICE
NYSIF WORKERS’ COMPENSATION

OXFORD HEALTH PLANS
POLJAK ASSOCIATES
POND HILL RANCH
ROYAL KOSHER B
RYCHIK DESIGN & CONSTRUCTION CO., INC.
SIMPLY SUSHI
TRI STATE BUSSING LLC
UPSTATE DAIRY/ GOLDEN FLOW- BOYS KITCHEN
WATERMARK LANDSCAPE ARCHITECTURE
WYDE LUMBER & SUPPLY

## SCHEDULE 2

**Current, Former, and Closed Clients**

**CURRENT[1] CLIENTS[2]**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a McDermott Client |
|---|---|
| Allianz Global Corporate & Specialty | Allianz Resolution Management |
| Bank of America | Bank of America |
| Blue Ridge | Blue Ridge Capital, L.L.C. |
| Chase Bank | JPMorgan Chase Bank N.A. |
| Comcast/Xfinity | Comcast Corporation |
| Entergy | Johnson Controls International Plc (Entergy Security Corporation is a subsidiary) |
| First Citizens Bank | First-Citizens Bank & Trust Company |
| FTI Consulting, Inc. | FTI Consulting, Inc. |
| Home Depot Credit Services | Home Depot, Inc. |
| IOU Financial | IOU Financial |
| Jay Freedman | Fidelity Investments (Jay Freedman is a client contact) |
| Kirkland & Ellis LLP | Kirkland & Ellis |
| Kroll Restructuring Administration | Kroll LLC |
| Optimum | Captive Resources LLC / Optimum Insurance Ltd. |
| PPL | PPL LLC |
| Spectrum; Spectrum Mobile | Charter Communications; Spectrum |
| Waste Management; Waste Management of New Hampshire; Waste Management of New Jersey, Inc. | Waste Management Inc. |

[1] The term "current client" means a client to whom time was posted in the 12 months preceding July 10, 2026, the date that the Committee selected McDermott as its proposed counsel.

[2] McDermott may currently represent or have previously represented certain affiliates of the entities disclosed herein, and the disclosure is accordingly broad in scope.

## FORMER[1] CLIENTS

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that was a Former McDermott Client |
|---|---|
| TD Bank | TD Wealth; TD Bank, N.A. |
| First Financial Bank | First Financial Bank |

[1] The term "former client" means a client to whom time was posted between 12 and 36 months preceding July 10, 2026, the date that the Committee selected McDermott as its proposed counsel, but for whom no time has been posted in the 12 months preceding July 10, 2026.

**CLOSED[1] CLIENTS**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Closed McDermott Client |
|---|---|
| Michael Shabsels; David Shabsels | Michael Shabsels (a/k/a Michael Shabsels, David Shabsels, Randolph Mittasch, Joshua Friedman, and Damis Holdings LLC) |
| Verizon; Verizon Wireless | Verizon Wireless, Inc. |
| Andersen Tax LLC | Andersen Tax LLC |
| Eversource | Eversource Energy |

1 The term "closed client" means a client to whom time was posted in the 36 months preceding July 10, 2026, the date the Committee selected McDermott as its proposed counsel, but for which the client representation has been closed.

# <u>EXHIBIT C</u>

**Smith Brown Declaration**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*, | Case No.: 26-16388 (CMG) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF**
**KELLY SMITH BROWN**
**IN SUPPORT OF THE APPLICATION**
**OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS TO RETAIN AND EMPLOY MCDERMOTT**
**WILL & SCHULTE LLP AS COUNSEL EFFECTIVE JULY 10, 2026**

I, Kelly Smith Brown, declare that the following statements are true and correct to the best of my knowledge after due inquiry as described herein.

1. I am over the age of 21 and I serve as the Chair of the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I am, in all respects, competent and authorized under the Bylaws to make this declaration in support of the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of McDermott Will & Schulte LLP as Counsel Effective as of July 10, 2026* (the "Application").[2]

2. I have reviewed and am familiar with the contents of the Application, as well as the Azman Declaration, which is attached to the Application as **Exhibit B**. Except as otherwise noted,

---

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Case 26-16388-CMG Doc 1487 Filed 10/14/26 Entered 10/14/26 22:11:00 Desc Main Document Page 290 of 489

I have personal knowledge as to all the information set forth below. I submit this Declaration solely in my capacity as Chair of the Committee.

3. This Declaration is provided pursuant to D.2 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under* 11 U.S.C. § 330 *by Attorneys in Larger Chapter 11 Cases,* effective as of November 1, 2013 (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee (the "U.S. Trustee"). I am informed by McDermott that the U.S. Trustee Guidelines require that any application for employment of an attorney under Sections 327 or 1103 of the Bankruptcy Code be accompanied by a verified statement from the client that addresses the following:

a. The identity and position of the person making the verification.

b. The steps taken by the client to ensure that the applicant's billing rates and material terms for the engagement are comparable to the applicant's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

c. The number of firms the client interviewed.

d. If the billing rates are not comparable to the applicant's billing rates for other non-bankruptcy engagements and to the billing rates of other comparably skilled professionals, the circumstances warranting the retention of that firm.

e. The procedures the client has established to supervise the applicant's fees and expenses and to manage costs.

4. McDermott was selected by the Committee as its counsel on July 10, 2026, after the Committee interviewed RC as well as three other law firms. As a member of the Committee, I was directly involved in the Committee's decision to select McDermott as its counsel in these chapter 11 cases and actively participated in negotiating the terms of McDermott's employment together with other members of the Committee.

5. I understand that McDermott has extensive experience in and knowledge of complex chapter 11 matters and has represented official and unofficial committees, debtors, and other primary case parties in numerous complex and prominent chapter 11 bankruptcy cases in recent years, including cases in this jurisdiction. For these reasons, the Committee believes McDermott possesses the requisite knowledge and expertise in the areas of law relevant to these chapter 11 cases and is well qualified to represent the Committee as its counsel.

6. I and other members of the Committee have reviewed McDermott's standard rates for bankruptcy services, as set forth in the Application. Based upon representations made to the Committee by McDermott, I understand that those rates are consistent with McDermott's rates for comparable non-bankruptcy engagements and the billing rates and terms of other comparably skilled firms for providing similar services. Based on these representations, the Committee members' experience in both the bankruptcy field and in other fields in which the Debtors operate, and the information learned through the counsel interview process, the Committee believes these rates are reasonable.

7. In addition, I am advised that McDermott's hourly rates are subject to annual adjustments in January of each year to reflect economic and other conditions. I am further advised that, pursuant to ABA Formal Ethics Opinion 11-458, "periodic, incremental increases in a lawyer's regular hourly billing rates are generally permissible if such practice is communicated clearly to and accepted by the client at the commencement of the client-lawyer relationship and any periodic increases are reasonable under the circumstances." I am further advised that, pursuant to ABA Formal Ethics Opinion 11-458, "the client need not agree to pay the modified fee to have the lawyer continue the representation." McDermott disclosed to the Committee its rates in effect

as of July 2026. If McDermott seeks to adjust its rate structure, the Committee expressly reserves the right to reject such modification.

8. I understand that McDermott's fees and expenses will be subject to review, comment, and objection (if warranted) by parties-in-interest and are subject to Court approval, including pursuant to interim and final fee applications that McDermott will file with the Court.

9. In addition to the fee application process and Court approval, I and/or the other members of the Committee will monitor McDermott's interim fee applications to ensure that the fees and expenses requested are reasonable and the corresponding services were necessary or beneficial to the Debtors' estates and the Committee. McDermott may amend and supplement its budget and staffing plan as these chapter 11 cases develop to reflect changed circumstances and unanticipated developments in a timely fashion. If the Committee has an objection to any fees and expenses requested by McDermott that cannot be resolved to the Committee's satisfaction informally, McDermott has informed me that it will file a notice of objection on the Committee's behalf. In so doing, I understand that McDermott reserves all rights to contest any such objection raised to the allowance or payment of its requested fees and expenses, and the Committee reserves the right to retain conflicts counsel to prosecute any such objection to the extent it cannot be resolved informally by the parties.

10. Nothing contained in this Declaration is intended to (a) limit McDermott's ability to request allowance and payment of fees and expenses pursuant to Sections 330 and 331 of the Bankruptcy Code and the Compensation Order, (b) restrict McDermott's right to defend any objection raised to the allowance or payment of such fees, or (c) prevent the Committee from formally opposing any fees or expenses requested by McDermott, including retaining conflicts counsel, if necessary, to prosecute any such fee objection.

11. The facts set forth in this Declaration are based upon my personal knowledge, my review of the relevant documents, information provided to me or verified by McDermott, and my personal opinion based upon my experience, knowledge, and information provided to me. I am authorized to submit this Declaration as Chair of the Committee, and, if called upon to testify, I would testify competently to the facts set forth herein.

12. Based on the foregoing, the Committee is of the opinion that it is necessary to retain and employ McDermott as its counsel, effective as of July 10, 2026, and that such retention and employment is in the best interests of the Debtors' estates.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2026

*/s/ Kelly Smith Brown*
Kelly Smith Brown, solely in my capacity as the Chair of the Official Committee of Unsecured Creditors of SIMAD Holdings Ltd., *et al.*

# EXHIBIT B

## Invoice

McDermott Will & Schulte

**INVOICE**

Rolling Hills Landco Creditors' Committee
Joshua Cohen, Chair of Committee
One Vanderbilt Ave
New York, NY 10017

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

## Remittance Copy

**Billing for services rendered through 09/30/2026**

**Confidential, protected by attorney-client privilege and work product doctrine**

0011 SIMAD-Rolling Hills Official Committee

| | |
|---|---|
| Total Services | $ 1,106,730.00 |
| Total Costs and Other Charges Posted Through Billing Period | 301.32 |
| **Total This Invoice** | **$ 1,107,031.32** |

| **Invoice** | **Date** | |
|---|---|---|
| 4703432 | 08/28/2026 | 277,630.95 |
| 4714788 | 09/24/2026 | 1,188,590.63 |

| | |
|---|---|
| Total Outstanding Balance | 1,466,221.58 |
| Total Balance Due | $ 2,573,252.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer/ACH Instructions:**
McDermott Will & Schulte LLP
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mcdermottlaw.com
Fax Remittance to: +1 312 277 8755

**E-Check Payment Instructions:**
https://www.e-billexpress.com/ebpp/MWE

**Mail Payment To:**
McDermott Will & Schulte LLP
P.O. Box 931464
Atlanta, GA 31193-1464

*McDermott rarely will change its routing instructions. If you receive a communication instructing you that there has been a change in our routing instructions, call 312.899.7156 or email wire@mcdermottlaw.com to verify that change.*

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

McDermott Will & Schulte

**INVOICE**

Rolling Hills Landco Creditors' Committee
Joshua Cohen, Chair of Committee
One Vanderbilt Ave
New York, NY 10017

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

## Client Copy

**Billing for services rendered through 09/30/2026**

**Confidential, protected by attorney-client privilege and work product doctrine**

0011 SIMAD-Rolling Hills Official Committee

| | |
|---|---|
| Total Services | $ 1,106,730.00 |
| Total Costs and Other Charges Posted Through Billing Period | 301.32 |
| **Total This Invoice** | **$ 1,107,031.32** |

| Invoice | Date | | |
|---|---|---|---|
| 4703432 | 08/28/2026 | 277,630.95 | |
| 4714788 | 09/24/2026 | 1,188,590.63 | |
| Total Outstanding Balance | | | 1,466,221.58 |
| Total Balance Due | | | $ 2,573,252.90 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer/ACH Instructions:**
McDermott Will & Schulte LLP
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mcdermottlaw.com
Fax Remittance to: +1 312 277 8755

**E-Check Payment Instructions:**
https://www.e-billexpress.com/ebpp/MWE

**Mail Payment To:**
McDermott Will & Schulte LLP
P.O. Box 931464
Atlanta, GA 31193-1464

*McDermott rarely will change its routing instructions. If you receive a communication instructing you that there has been a change in our routing instructions, call 312.899.7156 or email wire@mcdermottlaw.com to verify that change.*

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

**One Vanderbilt Avenue New York, NY 10017-3852 Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Schulte LLP.*

Invoice: 4728129 10/26/2026
Client: 153076

Rolling Hills Landco Creditors' Committee
Joshua Cohen, Chair of Committee
One Vanderbilt Ave
New York, NY 10017

For Services Rendered in Connection with:

Matter: 0011 SIMAD-Rolling Hills Official Committee

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 09/01/26 | Case Administration N. Alindogan | 0.60 | 546.00 | Review case and docket to update case calendar with upcoming hearing dates and deadlines. |
| B110 09/02/26 | Case Administration R. Biblo Block | 0.40 | 660.00 | Review work in process list and related trackers (.2); correspond with MWS team re same (.2). |
| B110 09/02/26 | Case Administration N. Alindogan | 0.10 | 91.00 | Update case calendar. |
| B110 09/02/26 | Case Administration R. Wang | 0.80 | 788.00 | Confer with MWS team re workstreams (.2); review and summarize key docket filings for M3 team and MWS team (.6). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110<br>09/03/26 | Case Administration<br>N. Alindogan | 0.40 | 364.00 | Participate in team conference re workstreams (.2); update case calendar and key dates tracker (.2). |
| B110<br>09/03/26 | Case Administration<br>R. Wang | 0.20 | 197.00 | Review and send daily docket update for M3 team and MWS team. |
| B110<br>09/04/26 | Case Administration<br>R. Wang | 1.10 | 1,083.50 | Review and draft docket filing summary. |
| B110<br>09/09/26 | Case Administration<br>R. Biblo Block | 0.20 | 330.00 | Review correspondence re work in progress and related trackers. |
| B110<br>09/09/26 | Case Administration<br>R. Wang | 2.70 | 2,659.50 | Generate update list for team delegation (.3); correspond with M3 team re case history (.3); draft summary of key docket updates for MWS team and M3 team (2.1). |
| B110<br>09/10/26 | Case Administration<br>R. Biblo Block | 0.30 | 495.00 | Review bankruptcy case docket and related trackers. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 09/10/26 | Case Administration R. Wang | 2.00 | 1,970.00 | Draft update on latest docket updates for M3 team and MWS team (1.8); review advisors' materials for committee meeting to update agenda (.2). |
| B110 09/11/26 | Case Administration L. Knight | 0.40 | 450.00 | Conference with R. Biblo Block re critical workstreams. |
| B110 09/11/26 | Case Administration N. Alindogan | 0.20 | 182.00 | Revise case calendar re upcoming deadlines. |
| B110 09/11/26 | Case Administration R. Wang | 1.70 | 1,674.50 | Draft daily case update for M3 team and MWS team (1.7). |
| B110 09/14/26 | Case Administration R. Wang | 0.60 | 591.00 | Analyze docket updates and send summary for R. Biblo Block to review (.5); correspond re same with committee advisors (.1). |
| B110 09/14/26 | Case Administration L. Knight | 1.90 | 2,137.50 | Update and revise critical workstream list (.6); conference with MWS team re critical workstreams (.5); correspond with MWS team re critical workstreams (.2); review and analyze critical workstream updates (.6). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 09/15/26 | Case Administration R. Wang | 0.70 | 689.50 | Review docket files (.3); correspond with MWS team re same (.4). |
| B110 09/15/26 | Case Administration N. Alindogan | 0.30 | 273.00 | Update case calendar re upcoming hearing dates and objection deadlines. |
| B110 09/16/26 | Case Administration R. Wang | 2.90 | 2,856.50 | Revise daily docket summaries (.1); correspond with M3 and MWS team re same (.1); analyze docket updates (1.3); draft summaries for R. Biblo Block's review (1.2); review correspondence from R. Biblo Block re case updates (.2). |
| B110 09/16/26 | Case Administration N. Alindogan | 0.30 | 273.00 | Update case calendar and key dates tracker. |
| B110 09/16/26 | Case Administration C. Dingman | 0.20 | 307.00 | Conference with R. Biblo Block re case status. |
| B110 09/17/26 | Case Administration R. Biblo Block | 0.70 | 1,155.00 | Review bankruptcy case docket and summaries re same (.1); correspond with R. Wang re same (.1); conference with C. Dingman re work in process (.3); review |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | correspondence and trackers re same (.2). |
| B110 09/17/26 | Case Administration R. Wang | 3.60 | 3,546.00 | Analyze docket filings (1.9); draft summaries of key filings (1.2); confer with R. Biblo Block re same (.2); confer with RC team re same (.3). |
| B110 09/18/26 | Case Administration R. Wang | 0.80 | 788.00 | Confer with local counsel re docket update notices (.1); review docket and draft summary update for R. Biblo Block (.6); correspond re workstream with MWS team (.1). |
| B110 09/18/26 | Case Administration R. Biblo Block | 0.20 | 330.00 | Review correspondence re work in process. |
| B110 09/19/26 | Case Administration R. Wang | 0.50 | 492.50 | Draft docket update summary (.4); correspond with committee advisors re same (.1). |
| B110 09/21/26 | Case Administration N. Alindogan | 0.40 | 364.00 | Update case calendar and key dates tracker re upcoming deadlines and hearings. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 09/22/26 | Case Administration R. Wang | 1.20 | 1,182.00 | Participate in UCC advisors meeting (.2); analyze docket filings and draft updates for M3 and MWS teams (.9); confer with R. Biblo Block re docket updates (.1). |
| B110 09/22/26 | Case Administration N. Alindogan | 0.10 | 91.00 | Update case calendar re recent docket activity. |
| B110 09/23/26 | Case Administration R. Biblo Block | 1.20 | 1,980.00 | Review critical dates calendar (.1); correspond with MWS team re same (.1); review bankruptcy case docket (.2); correspond with MWS team re same (.1); review correspondence and related trackers re work in progress (.7). |
| B110 09/23/26 | Case Administration R. Wang | 0.50 | 492.50 | Review docket and summarize for R. Biblo Block's review (.4); correspond with committee advisors re same (.1). |
| B110 09/23/26 | Case Administration N. Alindogan | 0.10 | 91.00 | Update case calendar. |
| B110 09/24/26 | Case Administration R. Wang | 1.90 | 1,871.50 | Analyze latest filings and draft docket update for M3 and MWS teams (1.8); confer with R. Biblo Block re workstreams (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 09/25/26 | Case Administration R. Wang | 1.30 | 1,280.50 | Analyze docket filings and draft summaries and key dates. |
| B110 09/25/26 | Case Administration R. Biblo Block | 0.70 | 1,155.00 | Conference with C. Dingman re work in process (.2); review correspondence and trackers re same (.5). |
| B110 09/26/26 | Case Administration R. Biblo Block | 0.20 | 330.00 | Correspond with R. Wang re bankruptcy case docket (.1); review same (.1). |
| B110 09/28/26 | Case Administration R. Biblo Block | 0.60 | 990.00 | Review work in process list and correspondence re same (.5); review bankruptcy case docket (.1). |
| B110 09/28/26 | Case Administration R. Wang | 0.80 | 788.00 | Revise case calendar (.3); analyze docket updates and send summary updates to committee advisors (.5). |
| B110 09/28/26 | Case Administration N. Alindogan | 0.30 | 273.00 | Update case calendar and confirm key dates. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 09/29/26 | Case Administration R. Wang | 0.60 | 591.00 | Analyze docket update and send summary to committee advisors (.5); correspond internally re calendar updates (.1). |
| B110 09/29/26 | Case Administration N. Alindogan | 0.20 | 182.00 | Revise case calendar and key dates tracker. |
| B110 09/30/26 | Case Administration R. Wang | 1.60 | 1,576.00 | Review docket updates and summarize (1.4); send same to committee advisors (.1); correspond re calendar updates (.1). |
| B130 09/01/26 | Asset Disposition R. Biblo Block | 0.70 | 1,155.00 | Review sale documents (.1); correspond with CS team re same (.1); conference with F. Yudkin re Camp Lavi sale issue (.1); correspond with F. Yudkin re Willow Lake sale (.2); correspond with MWS, RC, and M3 teams re same (.1); correspond with K. Going and D. Azman re same (.1). |
| B130 09/01/26 | Asset Disposition K. Going | 0.60 | 1,176.00 | Review Willow Lake sale proposal (.4); correspond with R. Biblo Block re third-party valuation (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 09/01/26 | Asset Disposition D. Azman | 0.60 | 1,116.00 | Correspond with R. Biblo Block re Willow Lake sale. |
| B130 09/02/26 | Asset Disposition R. Biblo Block | 0.80 | 1,320.00 | Review sale orders (.6); correspond with CS team re same (.1); correspond with M3 team re proposed sale transaction (.1). |
| B130 09/03/26 | Asset Disposition R. Biblo Block | 1.60 | 2,640.00 | Correspond with MWS team re sale of equity interests in Willow Lake entities (.2); review materials re same (.7); correspond with F. Yudkin re same (.1); prepare correspondence to UCC re same (.3); correspond with UCC re same (.1); correspond with D. Harris re status of sale closings (.1); correspond with UCC advisor team re same (.1). |
| B130 09/03/26 | Asset Disposition K. Going | 0.60 | 1,176.00 | Review Willow Lake proposal (.3); confer with MWS team re same (.3). |
| B130 09/04/26 | Asset Disposition R. Biblo Block | 0.10 | 165.00 | Correspond with F. Yudkin re proposed sale transaction. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 09/10/26 | Asset Disposition G. Miranda | 0.80 | 1,300.00 | Review and summarize issues with Chateaugay APA. |
| B130 09/10/26 | Asset Disposition R. Biblo Block | 1.70 | 2,805.00 | Conference with F. Yudkin re tax issue re camp sales (.1); research re same (.1); correspond with MWS team re proposed sale (.1); research re payoff obligations in connection with sale (.4); correspond with M3 and MWS teams re same (.1); review order resolving objection re sale (.3); research re same (.3); correspond with D. Bass re same (.2); correspond with D. Bass re Mesorah sale (.1). |
| B130 09/10/26 | Asset Disposition D. Azman | 0.40 | 744.00 | Correspond with MWS team re Greenvilleland/Malka issues. |
| B130 09/10/26 | Asset Disposition R. Wang | 0.30 | 295.50 | Draft update re latest status of asset purchase agreements and sale orders. |
| B130 09/11/26 | Asset Disposition R. Biblo Block | 0.40 | 660.00 | Correspond with CS team re camp sales and related issues (.2); review stalking horse APA (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130<br>09/13/26 | Asset Disposition<br>R. Wang | 1.60 | 1,576.00 | Draft issues list for R. Biblo Block re potential filing. |
| B130<br>09/14/26 | Asset Disposition<br>R. Biblo Block | 0.10 | 165.00 | Correspond with F. Yudkin re various sale issues. |
| B130<br>09/14/26 | Asset Disposition<br>R. Wang | 0.40 | 394.00 | Analyze changes to sale statuses and update MWS team. |
| B130<br>09/15/26 | Asset Disposition<br>R. Biblo Block | 0.50 | 825.00 | Review stalking horse expense reimbursement invoice (.2); correspond with D. Azman re same (.1); correspond with M3 team re closing statements for sales (.1); review same (.1). |
| B130<br>09/16/26 | Asset Disposition<br>R. Biblo Block | 1.10 | 1,815.00 | Correspond with CS and MWS teams re Chateaugay sale (.2); conference with F. Yudkin re sale issues (.2); draft correspondence re Chateaugay sale and sale issues to UCC advisors (.2); research re same (.2); correspond with UCC advisors re same (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130<br>09/17/26 | Asset Disposition<br>R. Wang | 0.20 | 197.00 | Update sale process tracker for latest closing and drafts sent. |
| B130<br>09/17/26 | Asset Disposition<br>G. Miranda | 0.80 | 1,300.00 | Review and draft issues list to Club Getaway APA. |
| B130<br>09/18/26 | Asset Disposition<br>R. Biblo Block | 0.40 | 660.00 | Review sale documents (.3); correspond with CS team re same (.1). |
| B130<br>09/19/26 | Asset Disposition<br>R. Biblo Block | 0.30 | 495.00 | Review sale order (.2); correspond with CS team re same (.1). |
| B130<br>09/22/26 | Asset Disposition<br>R. Biblo Block | 0.10 | 165.00 | Correspond with CS team re Summit sale order. |
| B130<br>09/23/26 | Asset Disposition<br>R. Biblo Block | 0.30 | 495.00 | Research re Island Lake sale (.2); correspond with D. Bass re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 09/23/26 | Asset Disposition R. Wang | 0.40 | 394.00 | Correspond with MWS team re latest sales and status discrepancies (.2); revise sale tracker (.2). |
| B130 09/24/26 | Asset Disposition R. Wang | 0.30 | 295.50 | Provide summary chart for latest asset sales and status updates (.2); confer with team re same (.1). |
| B130 09/24/26 | Asset Disposition R. Biblo Block | 0.30 | 495.00 | Correspond with MWS team re sale tax issue (.1); review materials re sale statuses (.1); correspond with CS team re same (.1). |
| B130 09/30/26 | Asset Disposition R. Biblo Block | 0.20 | 330.00 | Conference with F. Yudkin re sale issues. |
| B150 09/01/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.60 | 990.00 | Conference with C. Dingman re work in process (.3); review correspondence re same (.3). |
| B150 09/02/26 | Mtgs/Communications w/Creditor R. Wang | 4.50 | 4,432.50 | Revise committee update deck for weekly meeting (1.8); prepare committee meeting materials (2.7). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 09/02/26 | Mtgs/Communications w/Creditor J. Terry | 0.80 | 1,008.00 | Draft litigation section for update deck . |
| B150 09/03/26 | Mtgs/Communications w/Creditor R. Biblo Block | 2.00 | 3,300.00 | Prepare for weekly UCC advisors meeting (.3); correspond with UCC advisor re same (.1); participate in same (.7); correspond with MWS team re follow-up from same (.1); revise materials for weekly UCC meeting (.8). |
| B150 09/03/26 | Mtgs/Communications w/Creditor J. Gerber | 0.50 | 1,040.00 | Participate in weekly UCC advisors conference re critical workstreams (partial). |
| B150 09/03/26 | Mtgs/Communications w/Creditor D. Azman | 1.70 | 3,162.00 | Prepare for weekly UCC meeting. |
| B150 09/03/26 | Mtgs/Communications w/Creditor L. Knight | 0.50 | 562.50 | Conference with advisors re critical workstreams. |
| B150 09/03/26 | Mtgs/Communications w/Creditor D. Thomson | 0.70 | 1,151.50 | Participate in weekly committee professionals conference. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 09/03/26 | Mtgs/Communications w/Creditor J. Terry | 0.70 | 882.00 | Participate in standing UCC advisors conference re critical workstreams. |
| B150 09/03/26 | Mtgs/Communications w/Creditor C. Dingman | 1.40 | 2,149.00 | Review committee deck (.5); correspond with R. Wang re same (.1); review agenda re same (.3); Conference with MWS team re work in progress (partial)(.5). |
| B150 09/03/26 | Mtgs/Communications w/Creditor D. Momborquette | 0.50 | 1,157.50 | Participate in advisor conference to update MWS team on open litigation issues (partial). |
| B150 09/04/26 | Mtgs/Communications w/Creditor L. Knight | 1.30 | 1,462.50 | Conference with Committee members re critical updates (1.0); Conference with R. Biblo Block and C. Dingman re critical workstreams (.3). |
| B150 09/04/26 | Mtgs/Communications w/Creditor R. Biblo Block | 2.60 | 4,290.00 | Prepare for weekly UCC meeting (1.0); participate in same (.4) (partial); conference with UCC member re same (.1); correspond with UCC member re same (.2); review document re same (.1); Revise correspondence re work in process (.5); conference with MWS team re same (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 09/04/26 | Mtgs/Communications w/Creditor D. Thomson | 0.50 | 822.50 | Participate in weekly committee meeting (partial). |
| B150 09/04/26 | Mtgs/Communications w/Creditor D. Azman | 1.20 | 2,232.00 | Prepare for weekly UCC meeting (.5); participate in same (.7). |
| B150 09/04/26 | Mtgs/Communications w/Creditor K. Going | 1.00 | 1,960.00 | Prepare for weekly conference with UCC members (.5); participate re same (.5). |
| B150 09/04/26 | Mtgs/Communications w/Creditor R. Wang | 1.40 | 1,379.00 | Prepare for weekly committee meeting (.7); participate in same (.7). |
| B150 09/08/26 | Mtgs/Communications w/Creditor N. Alindogan | 0.50 | 455.00 | Participate in MWS team conference re workstreams. |
| B150 09/08/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.10 | 1,815.00 | Review work in process list and related tracker (.3); review correspondence re same (.3); participate in MWS team standing conference re same (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 09/08/26 | Mtgs/Communications w/Creditor L. Knight | 0.70 | 787.50 | Update and revise critical workstream memo (.4); conference with MWS team re critical workstreams (.3) (partial). |
| B150 09/08/26 | Mtgs/Communications w/Creditor D. Thomson | 0.50 | 822.50 | Participate in standing work-in-process conference. |
| B150 09/08/26 | Mtgs/Communications w/Creditor R. Wang | 0.40 | 394.00 | Participate in committee advisors meeting (partial). |
| B150 09/10/26 | Mtgs/Communications w/Creditor R. Biblo Block | 4.40 | 7,260.00 | Review materials for UCC meeting (3.0); correspond with MWS, M3, and RC teams re same (.2); prepare for UCC advisors standing meeting (.3); participate in same (.5); conference with C. Dingman re same (.4). |
| B150 09/10/26 | Mtgs/Communications w/Creditor L. Knight | 4.30 | 4,837.50 | Review and analyze case updates (1.1); update and revise Committee deck re case updates (1.9); review and analyze proposed resolution re Greenvilleland/Malka (.8); conference with Committee advisors re critical updates (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 09/10/26 | Mtgs/Communications w/Creditor J. Gerber | 0.50 | 1,040.00 | Participate in weekly UCC advisors standing conference re critical workstreams. |
| B150 09/10/26 | Mtgs/Communications w/Creditor D. Thomson | 0.50 | 822.50 | Participate in weekly committee professionals meeting. |
| B150 09/10/26 | Mtgs/Communications w/Creditor D. Azman | 1.10 | 2,046.00 | Prepare for weekly meeting with UCC members. |
| B150 09/10/26 | Mtgs/Communications w/Creditor D. Momborquette | 0.50 | 1,157.50 | Participate in advisor conference. |
| B150 09/11/26 | Mtgs/Communications w/Creditor L. Knight | 1.10 | 1,237.50 | Conference with Committee re weekly updates (.7); draft and revise update (.4). |
| B150 09/11/26 | Mtgs/Communications w/Creditor R. Biblo Block | 2.30 | 3,795.00 | Prepare for standing meeting with UCC (.3); participate in same (.7); conference with UCC member re same (.1); conference with D. Momborquette re same (.4); review correspondence and trackers re work in process (.3); conference with D. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Bass re same (.3); conference with C. Dingman and L. Knight re same (.2). |
| B150 09/11/26 | Mtgs/Communications w/Creditor D. Thomson | 0.70 | 1,151.50 | Participate in weekly meeting of committee members. |
| B150 09/11/26 | Mtgs/Communications w/Creditor C. Dingman | 0.70 | 1,074.50 | Prepare for and participate in weekly committee meeting. |
| B150 09/11/26 | Mtgs/Communications w/Creditor D. Azman | 0.60 | 1,116.00 | Participate in weekly UCC meeting (partial). |
| B150 09/11/26 | Mtgs/Communications w/Creditor R. Wang | 1.70 | 1,674.50 | Revise committee meeting materials (.5); prepare for and participate in committee meeting (1.2). |
| B150 09/14/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.70 | 1,155.00 | Participate in weekly MWS team conference re work in progress (.3); review WIP list re same (.1); conference with C. Dingman re same (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 09/14/26 | Mtgs/Communications w/Creditor N. Alindogan | 0.30 | 273.00 | Participate in MWS team work-in-process conference (partial). |
| B150 09/14/26 | Mtgs/Communications w/Creditor C. Dingman | 0.70 | 1,074.50 | Conference with MWS team re case status (.4); conference with R. Biblo Block re same (.3). |
| B150 09/14/26 | Mtgs/Communications w/Creditor D. Thomson | 0.40 | 658.00 | Participate in weekly work-in-process conference with MWS team. |
| B150 09/16/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.40 | 2,310.00 | Conference with C. Dingman re work in process (.2); review bankruptcy case docket and summaries re same (.4); correspond with R. Wang re same (.1); review correspondence re work in process and related trackers (.7). |
| B150 09/16/26 | Mtgs/Communications w/Creditor L. Knight | 0.60 | 675.00 | Correspond with MWS team re committee deck. |
| B150 09/17/26 | Mtgs/Communications w/Creditor L. Knight | 5.40 | 6,075.00 | Update and revise Committee update deck (3.5); correspond with litigation team re operating agreements (.7); conference with Committee advisors re case developments (.4); |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | correspond with MWS team re case developments (.8). |
| B150 09/17/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.50 | 2,475.00 | Prepare for standing UCC advisors meeting (.2); correspond with UCC advisors re same (.2); participate in same (.4); prepare for UCC standing meeting (.1); review materials for same (.4); correspond with MWS team re same (.2). |
| B150 09/17/26 | Mtgs/Communications w/Creditor R. Wang | 0.90 | 886.50 | Draft meeting agenda (.3); prepare final distribution versions of meeting materials (.4); confer with C. Dingman re committee meeting (.2). |
| B150 09/17/26 | Mtgs/Communications w/Creditor J. Gerber | 0.40 | 832.00 | Participate in UCC advisors coordination meeting re critical workstreams. |
| B150 09/17/26 | Mtgs/Communications w/Creditor D. Thomson | 0.50 | 822.50 | Participate in committee professionals conference (.4); prepare for same (.1). |
| B150 09/17/26 | Mtgs/Communications w/Creditor C. Dingman | 6.60 | 10,131.00 | Draft, revise UCC committee deck (3.3); prepare for committee meeting re same (1.3); review docket re same (1.1); correspond with MWS team re same (.5); conference with UCC |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | professionals re upcoming Committee meeting (.4). |
| B150 09/18/26 | Mtgs/Communications w/Creditor R. Wang | 1.00 | 985.00 | Correspond with MWS team re materials for committee meeting (.4); participate in same (.6). |
| B150 09/18/26 | Mtgs/Communications w/Creditor L. Knight | 1.70 | 1,912.50 | Prepare for and participate in Committee meeting (1.1); draft and revise minutes re same (.6). |
| B150 09/18/26 | Mtgs/Communications w/Creditor K. Going | 0.50 | 980.00 | Prepare for and participate in weekly meeting with UCC members (partial). |
| B150 09/18/26 | Mtgs/Communications w/Creditor D. Thomson | 0.60 | 987.00 | Participate in weekly UCC meeting. |
| B150 09/21/26 | Mtgs/Communications w/Creditor L. Knight | 0.30 | 337.50 | Correspond with MWS team re critical workstreams. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 09/22/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.60 | 2,640.00 | Review correspondence, work in process list, and trackers re ongoing workstreams (1.1); conference with MWS team re same (.3); conference with MWS team and E. Lazerowitz re same (.2). |
| B150 09/22/26 | Mtgs/Communications w/Creditor L. Knight | 1.30 | 1,462.50 | Update and revise critical workstream memo (.7); conference with C. Dingman and R. Biblo Block re same (.3); conference with MWS team re same (.3). |
| B150 09/22/26 | Mtgs/Communications w/Creditor D. Thomson | 0.20 | 329.00 | Participate in professionals' work-in-process conference. |
| B150 09/22/26 | Mtgs/Communications w/Creditor C. Dingman | 0.50 | 767.50 | Conference with L. Knight, R. Biblo Block re Committee updates (.3); conference with UCC professionals re same (.2). |
| B150 09/23/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.20 | 330.00 | Prepare materials for weekly UCC meeting. |
| B150 09/24/26 | Mtgs/Communications w/Creditor R. Wang | 1.60 | 1,576.00 | Prepare and review meeting materials for weekly committee meeting (.3); confer with MWS team re same (.3); summarize litigation matter for C. Dingman (.5); participate in advisors meeting (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 09/24/26 | Mtgs/Communications w/Creditor R. Biblo Block | 4.70 | 7,755.00 | Prepare for weekly UCC advisors meeting (.5); correspond with UCC advisors re same (.1); participate in same (.5); prepare for weekly UCC meeting (1.1); conference with C. Dingman re same (.2); review and revise materials for same (1.9); correspond with UCC advisors re same (.1); conference with C. Dingman re work in process (.3). |
| B150 09/24/26 | Mtgs/Communications w/Creditor D. Momborquette | 0.50 | 1,157.50 | Participate in advisor conference. |
| B150 09/24/26 | Mtgs/Communications w/Creditor L. Knight | 0.50 | 562.50 | Conference with Committee advisors re critical workstreams. |
| B150 09/24/26 | Mtgs/Communications w/Creditor C. Dingman | 5.60 | 8,596.00 | Draft committee deck (4.1); review docket re same (1.1); conference with committee professionals re committee meeting (partial) (.4). |
| B150 09/24/26 | Mtgs/Communications w/Creditor D. Thomson | 0.40 | 658.00 | Participate in meeting with MWS, RC, and M3 teams (partial). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 09/24/26 | Mtgs/Communications w/Creditor D. Azman | 1.70 | 3,162.00 | Review materials and prepare for weekly UCC meeting. |
| B150 09/25/26 | Mtgs/Communications w/Creditor L. Knight | 0.80 | 900.00 | Participate in weekly Committee meeting. |
| B150 09/25/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.60 | 2,640.00 | Prepare for weekly UCC meeting (.5); participate in same (.8); review materials re same (.3). |
| B150 09/25/26 | Mtgs/Communications w/Creditor R. Wang | 2.00 | 1,970.00 | Confer with MWS team re deck for committee meeting (.4); draft and revise deck re same (.8); participate in meeting of committee members (.8). |
| B150 09/25/26 | Mtgs/Communications w/Creditor C. Dingman | 0.80 | 1,228.00 | Prepare for and participate in committee meeting. |
| B150 09/25/26 | Mtgs/Communications w/Creditor D. Thomson | 0.80 | 1,316.00 | Participate in weekly committee meeting. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 09/25/26 | Mtgs/Communications w/Creditor D. Azman | 1.20 | 2,232.00 | Prepare for weekly UCC meeting (.4); participate in same (.8). |
| B150 09/28/26 | Mtgs/Communications w/Creditor L. Knight | 0.30 | 337.50 | Conference with MWS team re critical workstreams. |
| B150 09/28/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.90 | 1,485.00 | Participate in meeting with MWS team re work in process and weekly UCC meeting (.3); prepare for weekly meeting with MWS and RC team (.2); participate in same (.3); correspond with MWS team re same (.1). |
| B150 09/28/26 | Mtgs/Communications w/Creditor R. Wang | 0.60 | 591.00 | Confer with R. Biblo Block and C. Dingman to update work stream tracker (.3); confer with committee advisors re same (.3). |
| B150 09/28/26 | Mtgs/Communications w/Creditor D. Thomson | 0.30 | 493.50 | Participate in attorney work-in-process conference. |
| B150 09/29/26 | Mtgs/Communications w/Creditor C. Dingman | 1.10 | 1,688.50 | Conference with M3 team re committee deck (.8); conference with R. Biblo Block re same (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 09/30/26 | Mtgs/Communications w/Creditor L. Knight | 7.40 | 8,325.00 | Draft and revise Committee update deck (4.1); review and analyze case developments re same (2.8); correspond with R. Biblo Block and C. Dingman re same (.5). |
| B150 09/30/26 | Mtgs/Communications w/Creditor R. Biblo Block | 2.70 | 4,455.00 | Review materials for weekly UCC meeting (.7); research re same (1.0); correspond with MWS, M3, and RC team re same (.2); conference with MWS, M3, and RC team re same (.3); prepare for same (.5). |
| B150 09/30/26 | Mtgs/Communications w/Creditor C. Dingman | 2.70 | 4,144.50 | Draft, revise committee deck (2.4); conference with M3 team re same (.3). |
| B155 09/01/26 | Court Hearings R. Biblo Block | 0.60 | 990.00 | Participate in 9/1 hearing re Greenvilleland sale. |
| B155 09/27/26 | Court Hearings R. Biblo Block | 2.10 | 3,465.00 | Review pleadings schedule for Sept. 29 hearing and Oct. 5 hearing. |
| B155 09/28/26 | Court Hearings R. Biblo Block | 2.10 | 3,465.00 | Prepare for Sept. 29 hearing re OrcaFunding dispute (1.8); correspond with D. Thomson re same (.2); correspond with D. Azman re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155 09/29/26 | Court Hearings R. Biblo Block | 6.20 | 10,230.00 | Prepare for Sept. 29 hearing re OrcaFunding dispute (2.7); participate in same (3.5). |
| B155 09/29/26 | Court Hearings R. Wang | 2.10 | 2,068.50 | Participate in Sept. 29 hearing re OrcaFunding dispute (partial). |
| B155 09/29/26 | Court Hearings L. Knight | 1.10 | 1,237.50 | Participate in Sept. 29 hearing re OrcaFunding dispute (partial). |
| B155 09/29/26 | Court Hearings C. Dingman | 2.50 | 3,837.50 | Participate in Sept. 29 hearing re OrcaFunding dispute. |
| B160 09/08/26 | Fee/Employment Applications L. Knight | 0.40 | 450.00 | Review August time entries to ensure compliance with UST fee guidelines (.2); correspond with MWS team re same (.2). |
| B160 09/15/26 | Fee/Employment Applications R. Wang | 1.90 | 1,871.50 | Review, revise August time entries to ensure compliance with UST fee guidelines. |

Case 26-16388-CMG Doc 1587-1 Filed 11/16/26 Entered 11/16/26 17:10:10 Desc
Exhibit B - Invoice Page 32 of 76

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 09/15/26 | Fee/Employment Applications N. Alindogan | 2.10 | 1,911.00 | Assist with obtaining data points for retention declaration (.3); review August time entries to ensure compliance with UST fee guidelines (1.8). |
| B160 09/15/26 | Fee/Employment Applications L. Knight | 2.70 | 3,037.50 | Review August time entries to ensure compliance with UST fee guidelines. |
| B160 09/16/26 | Fee/Employment Applications L. Knight | 1.20 | 1,350.00 | Review, revise August time entries to ensure compliance with UST fee guidelines. |
| B160 09/16/26 | Fee/Employment Applications N. Alindogan | 1.30 | 1,183.00 | Further review and revise August invoice to comply with UST fee guidelines. |
| B160 09/21/26 | Fee/Employment Applications C. Dingman | 2.40 | 3,684.00 | Review, revise invoice to comply with UST guidelines. |
| B160 09/22/26 | Fee/Employment Applications R. Biblo Block | 2.20 | 3,630.00 | Review MWS invoice for August 2026 to ensure compliance with UST guidelines (2.0); correspond with MWS team re same (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 09/22/26 | Fee/Employment Applications L. Knight | 0.20 | 225.00 | Correspond with MWS team re August fee statement. |
| B160 09/23/26 | Fee/Employment Applications R. Biblo Block | 0.30 | 495.00 | Review August invoice to ensure compliance with UST fee guidelines (.2); correspond with MWS team re same (.1). |
| B160 09/23/26 | Fee/Employment Applications L. Knight | 1.90 | 2,137.50 | Review, analyze August time entries to ensure compliance with UST fee guidelines (.7); draft and revise fee statement re same (.9); correspond with MWS team re same (.3). |
| B160 09/23/26 | Fee/Employment Applications N. Alindogan | 0.70 | 637.00 | Review and revise draft of MWS August fee statement. |
| B160 09/24/26 | Fee/Employment Applications R. Biblo Block | 1.10 | 1,815.00 | Review draft second monthly MWS fee application (.6); review MWS August invoice for compliance with UST guidelines (.4); correspond with MWS team re same (.1). |
| B160 09/24/26 | Fee/Employment Applications L. Knight | 2.50 | 2,812.50 | Draft and revise fee statement (2.1); conference with R. Biblo Block re same (.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 09/25/26 | Fee/Employment Applications N. Alindogan | 0.30 | 273.00 | Finalize MWS August fee statement for filing (.2); correspond with local counsel re same (.1). |
| B180 09/06/26 | Avoidance Action Analysis D. Thomson | 2.10 | 3,454.50 | Review debtor SOFAs re transfers made within 90 days of the petition date. |
| B185 09/04/26 | Assumption/Rejection of Leases N. Alindogan | 0.40 | 364.00 | Obtain and circulate contract assumption notices. |
| B185 09/16/26 | Assumption/Rejection of Leases R. Biblo Block | 1.00 | 1,650.00 | Correspond with CS team re termination of sale contract and related settlement (.2); review same (.8). |
| B185 09/24/26 | Assumption/Rejection of Leases R. Biblo Block | 0.20 | 330.00 | Review letter re motion to compel assumption / rejection (.1); correspond with D. Bass re same (.1). |
| B185 09/25/26 | Assumption/Rejection of Leases R. Biblo Block | 0.10 | 165.00 | Review James response to debtors' letter re motion to compel assumption / rejection of real estate contract. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B185 09/28/26 | Assumption/Rejection of Leases R. Biblo Block | 1.10 | 1,815.00 | Review documents re lease with One Canal Place debtors (.4); correspond with M3 team re same (.1); research re same (.3); conference with CS team re same (.3). |
| B230 09/01/26 | Financing/Cash Collections K. Going | 1.30 | 2,548.00 | Review and revise draft letter to Mishmeret re extension of challenge deadline (1.1); correspond with MWS team re same (.2). |
| B230 09/01/26 | Financing/Cash Collections J. Terry | 4.30 | 5,418.00 | Draft additional requests for Mishmeret (2.6); review, revise letter to Mishmeret (.2); draft motion for standing (1.1); participate in MWS team conference re investigation theories (.4). |
| B230 09/01/26 | Financing/Cash Collections R. Wang | 4.70 | 4,629.50 | Participate in court hearing and review related filings (.3) (partial); confer with MWS team re litigation updates (.2); review C. Dingman comments to letter (.4); review docket filings and draft summaries for M3 team and MWS team (2.8); incorporate comments from R. Biblo Block re same (.2); revise asset purchase agreement and sale order updates (.2); review challenge deadline markers (.5); correspond re same with MWS team (.1). |

McDermott Will & Schulte

| | | | |
|---|---|---|---|
| Rolling Hills Landco Creditors' Committee | | Client: | 153076 |
| | | Invoice: | 4728129 |
| | | Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/01/26 | Financing/Cash Collections R. Biblo Block | 5.50 | 9,075.00 | Review and revise draft letter re prepetition financing (2.5); conference with D. Momborquette re same (.1); research re same (.3); correspond with MWS team re same (.3); conference with MWS and RC teams re same (.4); review documents re Community Bank prepetition financing (1.5); review documents re HomeTrust prepetition financing (.4). |
| B230 09/01/26 | Financing/Cash Collections D. Momborquette | 6.30 | 14,584.50 | Conference with MWS team re legal theories (.4); comment on draft letter re extension of challenge deadline (.3); confer with J. Terry re responses to questions from subpoenaed parties re scope of production (.2); revise draft complaint (5.4). |
| B230 09/01/26 | Financing/Cash Collections J. Gerber | 0.40 | 832.00 | Participate in MWS team meeting re investigation theories. |
| B230 09/01/26 | Financing/Cash Collections D. Azman | 1.20 | 2,232.00 | Confer with MWS team re DAMIS challenge period issues (.5); review and revise Mishmeret letter (.7). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230<br>09/02/26 | Financing/Cash Collections<br>D. Valentino | 1.00 | 315.00 | Process data, resolve technical issues, and promote documents for attorney review; conduct final QC ensuring natives, text, and metadata present; update search index and search term reports. |
| B230<br>09/02/26 | Financing/Cash Collections<br>J. Gorodetsky | 0.70 | 448.00 | Prepare client documents for review in discovery repository. |
| B230<br>09/02/26 | Financing/Cash Collections<br>K. Going | 1.40 | 2,744.00 | Confer with MWS team re DAMIS claims against SIMAD estate and status of MCA negotiations and claims (.6); Confer with MWS team re terms of prepetition lender challenge deadline (.8) |
| B230<br>09/02/26 | Financing/Cash Collections<br>R. Biblo Block | 4.20 | 6,930.00 | Correspond with MWS team re investigation of prepetition financings (.3); conferences with D. Momborquette re same (.4); review materials related to same (.1); review materials re Community Bank prepetition financing (.1); correspond with M3 team re same (.1); conference with SIMAD advisors and DAMIS advisors re DAMIS debtors and UCC request to extend challenge deadline (.4); correspond with MWS team re same (.2); conference with K. Going re same (.3); conference with D. Azman and K. Going re investigation of prepetition financing |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | (.5); draft materials re same (1.4); research re same (.4). |
| B230 09/02/26 | Financing/Cash Collections N. Alindogan | 1.70 | 1,547.00 | Research re precedent motion to extend challenge period (.3); prepare first draft of motion to extend challenge period (1.4). |
| B230 09/02/26 | Financing/Cash Collections D. Momborquette | 5.70 | 13,195.50 | Revise draft complaint (5.4); confer with R. Biblo Block re challenge theories and additional document requests to secured creditor (.3). |
| B230 09/02/26 | Financing/Cash Collections D. Thomson | 7.70 | 12,666.50 | Review MCA memo case law and citations. |
| B230 09/02/26 | Financing/Cash Collections J. Terry | 3.80 | 4,788.00 | Correspond with discovery team re review of productions (.5); draft motion for standing (2.6); draft requests to SIMAD re deficient productions (.7). |
| B230 09/02/26 | Financing/Cash Collections R. Wang | 1.20 | 1,182.00 | Revise letter to opposing counsel (1.2). |

Doc 1587-1 Filed 11/16/26 Entered 11/16/26 17:54:16
Exhibit A - Image 33 Page 39 of 76

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/03/26 | Financing/Cash Collections R. Biblo Block | 3.10 | 5,115.00 | Conference with N. Weber re challenge periods (.3); prepare materials re same (.8); research re same (1.4); correspond with MWS team re same (.2); correspond with MWS, M3, and RC teams re same (.2); conferences with D. Momborquette re same (.1); correspond with M. Friedman re same (.1). |
| B230 09/03/26 | Financing/Cash Collections L. Knight | 0.50 | 562.50 | Conference with MWS team re lien investigation. |
| B230 09/03/26 | Financing/Cash Collections K. Going | 1.30 | 2,548.00 | Review and comment on proposal for extending challenge period. |
| B230 09/03/26 | Financing/Cash Collections D. Thomson | 6.60 | 10,857.00 | Research re mortgage perfection requirements (1.8); review proofs of claim and mortgage documents filed by Libertas Funding and WebBank (1.3); review schedules filed by One Canal Place debtors (.5); draft analysis of Libertas and WebBank secured claims (2.5); conference with MWS team re challenge and MCA issues (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/03/26 | Financing/Cash Collections D. Momborquette | 0.40 | 926.00 | Draft additional document request re Mishmeret due diligence (.4). |
| B230 09/03/26 | Financing/Cash Collections J. Terry | 7.60 | 9,576.00 | Review and analyze Mishmeret production for details around standing motion and complaint (1.4); review and analyze operating agreements for details around transfer (1.6); draft motion for standing (4.6). |
| B230 09/03/26 | Financing/Cash Collections R. Wang | 8.50 | 8,372.50 | Participate in meeting of advisors (.4) (partial); revise committee deck (3.9); confer with MWS team re same (.4); review and prepare preliminary draft of motion for extension (3.8). |
| B230 09/04/26 | Financing/Cash Collections R. Biblo Block | 0.70 | 1,155.00 | Correspond with MWS team re challenge deadline (.2); correspond with CS team re same (.1); review documents re same (.4). |
| B230 09/04/26 | Financing/Cash Collections D. Momborquette | 1.30 | 3,009.50 | Draft arguments for challenge complaint. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/04/26 | Financing/Cash Collections D. Thomson | 6.90 | 11,350.50 | Revise memo re MCAs and short-term financings (5.6); revise list of investigation topics in connection with same (1.3). |
| B230 09/04/26 | Financing/Cash Collections J. Terry | 4.60 | 5,796.00 | Draft standing motion (2.1); draft motion for standing (1.9); review and analyze Mishmeret documents for deficiencies identified by bankruptcy team (.6) |
| B230 09/04/26 | Financing/Cash Collections K. Suh | 0.40 | 682.00 | Confer with each of M. Adams and R. Biblo Block re Mishmeret mortgage (.2); review lien analysis memo (.2). |
| B230 09/04/26 | Financing/Cash Collections R. Wang | 5.20 | 5,122.00 | Draft motion re lien challenge and extension. |
| B230 09/05/26 | Financing/Cash Collections D. Thomson | 0.40 | 658.00 | Review OrcaFunding stipulation of undisputed facts (.2); revise MCA memo to address same (.2). |
| B230 09/07/26 | Financing/Cash Collections R. Biblo Block | 4.10 | 6,765.00 | Review documents related to prepetition financings (2.1); correspond with MWS and M3 teams re same (.3); conference with D. Azman re same (.2); research re same (1.5). |

Case 26-16388-CMG Doc 1587-1 Filed 11/16/26 Entered 11/16/26 17:10:10 Desc
Exhibit A - Image Page 42 of 76

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/07/26 | Financing/Cash Collections K. Going | 0.50 | 980.00 | Conference with D. Azman re bonds response on challenge extension and litigation posture. |
| B230 09/07/26 | Financing/Cash Collections D. Momborquette | 0.40 | 926.00 | Revise draft challenge complaint. |
| B230 09/07/26 | Financing/Cash Collections D. Thomson | 2.80 | 4,606.00 | Draft summary of potential preference claims re MCA memo. |
| B230 09/08/26 | Financing/Cash Collections J. Zaia | 0.70 | 689.50 | Confer with J. Terry re research on potential claims (.2); research re potential state law claims (.5). |
| B230 09/08/26 | Financing/Cash Collections K. Going | 0.50 | 980.00 | Conference with UCC professionals re challenge issues and discovery. |
| B230 09/08/26 | Financing/Cash Collections J. Terry | 12.40 | 15,624.00 | Draft updated requests to Debtors and Mishmeret (1.4); correspond with M3 team re outstanding documents (.3); research elements for potential claims against Mishmeret (.8); review and provide updates for draft of motion to extend |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | challenge deadline (.7); participate in conference with MWS team re challenge period deadline, complaint drafting, and additional requests to Mishmeret and Debtors (1.1); confer with D. Momborquette re case needs and strategy (.4); draft motion for standing (7.3); correspond with discovery team re review of productions (.4). |
| B230 09/08/26 | Financing/Cash Collections R. Biblo Block | 5.20 | 8,580.00 | Conference with MWS team re challenges (.3); conference with R. Wang re pleading concerning same (.1); conference with MWS team, M3 team, and E. Lazerowitz re same (.4); conferences (x2) with D. Momborquette re same (.2); research re same (3.3); correspond with MWS team re same (.4); conferences (x2) with C. Dingman re same (.4); correspond with M3 and RC teams re same (.1). |
| B230 09/08/26 | Financing/Cash Collections J. Gerber | 0.70 | 1,456.00 | Participate in meetings with MWS team and M3 team re potential Mishmeret challenge. |
| B230 09/08/26 | Financing/Cash Collections D. Momborquette | 6.20 | 14,353.00 | Revise draft discovery correspondence (.7); revise draft complaint (4.9); revise draft standing brief (.6). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/08/26 | Financing/Cash Collections L. Knight | 4.60 | 5,175.00 | Conference with litigation team re investigation (.5); research re bondholder debt (1.8); research and analyze operating agreements re obligors on bond debt (1.1); correspond with litigation team re bondholder debt and obligor research (1.2). |
| B230 09/08/26 | Financing/Cash Collections D. Thomson | 3.90 | 6,415.50 | Update memo re MCAs and other short term financings (2.9); correspond with R. Biblo Block re same (.2); review unreasonably small capital research (.4); correspond with MWS team re same (.1); conference with litigation team re draft complaint (.3). |
| B230 09/08/26 | Financing/Cash Collections C. Dingman | 5.10 | 7,828.50 | Draft, revise challenge period extension motion (4.3); review precedent re same (.5); correspond with R. Wang re same (.3). |
| B230 09/08/26 | Financing/Cash Collections D. Azman | 3.00 | 5,580.00 | Correspond with Mishmeret counsel and internally re challenge period issues (.6); review and revise challenge extension motion (2.4). |
| B230 09/08/26 | Financing/Cash Collections R. Wang | 8.20 | 8,077.00 | Confer with MWS litigation team re complaint (.3); review and revise motion to extend challenge period (5.7); research cases re same (1.3); correspond with C. Dingman re same (.9). |

Doc 1587-2 Filed 10/26/26 Entered 10/26/26 17:10:18 Exhibit B - Image Page 45 of 76

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/09/26 | Financing/Cash Collections J. Terry | 7.50 | 9,450.00 | Review and analyze requests to Mishmeret counsel (.5); prepare talking points re same (.3); participate in meet and confer with Mishmeret counsel (.5); review and analyze prospectus re potential claims against Mishmeret (3.5); draft memo re same (1.2); review notes from Mishmeret counsel re production (.4); draft summary of discovery deficiencies re same (.3); revise notes from meet and confer with Mishmeret counsel (.3); summarize same (.2); correspond with MWS team re same (.3). |
| B230 09/09/26 | Financing/Cash Collections R. Biblo Block | 8.40 | 13,860.00 | Review and revise motion to extend challenge deadline (5.9); draft materials related to same (.8); correspond with MWS team re same (.8); conferences (x2) with D. Momborquette re same (.4); conference with C. Dingman re same (.3); correspond with M. Friedman re same (.2). |
| B230 09/09/26 | Financing/Cash Collections D. Momborquette | 4.10 | 9,491.50 | Participate in meet and confer with Mishmeret counsel (.4); review Mishmeret summary of same (.2); comment on draft motion for extension of time (.7); confer with J. Terry re disclosures in deed of trust and prospectus for Mishmeret challenge (.9); revise draft complaint (1.9). |

Case 26-16388-CMG Doc 1587-1 Filed 11/26/26 Entered 11/26/26 17:10:10 Desc
Exhibit A - Image Page 46 of 76

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/09/26 | Financing/Cash Collections L. Knight | 8.90 | 10,012.50 | Review and analyze correspondence re bondholder investigation (.5); research and analyze precedent re challenge theories (2.3); research and analyze precedent re bases for extending challenge period (1.5); update and revise extension motion re same (1.8); correspond with MWS team re same (.7); draft and revise memo re challenge theories (1.8); correspond with MWS team re same (.3). |
| B230 09/09/26 | Financing/Cash Collections N. Alindogan | 0.10 | 91.00 | Correspond with R. Wang re UCC reservation of rights to DIP motion. |
| B230 09/09/26 | Financing/Cash Collections D. Thomson | 1.40 | 2,303.00 | Draft summary of prepetition loan docs for litigation team. |
| B230 09/09/26 | Financing/Cash Collections C. Dingman | 1.60 | 2,456.00 | Review, analyze extension motion (1.1); correspond with R. Biblo Block re same (.2); review FDD re same (.3). |
| B230 09/09/26 | Financing/Cash Collections D. Azman | 2.70 | 5,022.00 | Correspond with Mishmeret counsel and internally re challenge period issues (.9); review and revise challenge extension motion (1.8). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/09/26 | Financing/Cash Collections R. Wang | 6.10 | 6,008.50 | Review comments from R. Biblo Block re extension motion (.8); review and analyze DIP financing, and cash collateral orders (1.8); cite check cases in extension motion (1.4); clean read re same (2.1). |
| B230 09/10/26 | Financing/Cash Collections K. Suh | 1.30 | 2,216.50 | Review Sports and Arts objection and title reports (.9); confer with R. Biblo Block re same (.4). |
| B230 09/10/26 | Financing/Cash Collections R. Wang | 3.10 | 3,053.50 | Research case law re avoidance actions (2.9); correspond re lien challenge analysis with MWS team and review relevant materials (.2) |
| B230 09/10/26 | Financing/Cash Collections J. Gorodetsky | 0.30 | 192.00 | Prepare received production for review in document repository. |
| B230 09/10/26 | Financing/Cash Collections D. Valentino | 0.80 | 252.00 | Load incoming production (.4); update Search, production fields and search term reports (.4). |
| B230 09/10/26 | Financing/Cash Collections R. Biblo Block | 0.50 | 825.00 | Conference with D. Momborquette re prepetition claims (.3); correspond with MWS team re same (.2). |

Case 26-16388-CMG Doc 1587-1 Filed 11/16/26 Entered 11/16/26 17:14:13 Desc
Exhibit A - Page 48 of 76

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/10/26 | Financing/Cash Collections D. Momborquette | 2.80 | 6,482.00 | Correspond with Mishmeret's counsel re document subpoena meet and confer (.1); revise draft complaint (2.1); confer with J. Terry re possible state law causes of action (.6). |
| B230 09/10/26 | Financing/Cash Collections J. Terry | 5.10 | 6,426.00 | Correspond with discovery team re review of productions (.3); draft proposed complaint (3.6); draft standing motion (1.2). |
| B230 09/10/26 | Financing/Cash Collections D. Thomson | 0.30 | 493.50 | Review brief of OrcaFunding in characterization dispute. |
| B230 09/11/26 | Financing/Cash Collections D. Momborquette | 6.60 | 15,279.0 0 | Revise draft complaint (5.9); review latest document production (.7). |
| B230 09/11/26 | Financing/Cash Collections F. Belayneh | 1.00 | 315.00 | Import production data and load into review platform. |
| B230 09/11/26 | Financing/Cash Collections J. Gorodetsky | 0.60 | 384.00 | Perform quality assurance on produced documents in repository. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/11/26 | Financing/Cash Collections R. Biblo Block | 3.50 | 5,775.00 | Review documents re stipulation concerning BNH challenge period (.1); correspond with C. Dingman re same (.1); review documents related to BlueStar prepetition debt (1.0); review documents related to Chateaugay prepetition debt (1.0); research re same (.5); summarize same (.3); correspond with MWS team re same (.1); research re Mishmeret prepetition debt (.2); correspond with MWS team re same (.2). |
| B230 09/11/26 | Financing/Cash Collections J. Terry | 8.30 | 10,458.00 | Draft complaint against Mishmeret (6.3); correspond with counsel for D. Shabsels re production (.3); correspond with discovery team re review of productions (.5); review and analyze Mishmeret production (1.2). |
| B230 09/11/26 | Financing/Cash Collections C. Dingman | 1.20 | 1,842.00 | Review, revise BNH stipulation (1.1); correspond with RC re same (.1). |
| B230 09/11/26 | Financing/Cash Collections K. Suh | 3.10 | 5,285.50 | Review real property documents for One Canal and confer with M. Adams re same (.5); prepare Fidelity Bank lien perfection analysis for One Canal Place (2.6). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/11/26 | Financing/Cash Collections D. Azman | 1.50 | 2,790.00 | Develop strategy re Mishmeret challenge. |
| B230 09/11/26 | Financing/Cash Collections R. Wang | 8.20 | 8,077.00 | Analyze case law re fraudulent transfers (2.6); research pleading standards re same (2.3); analyze pleading challenges (1.1); draft summary of issues re case law re same (1.1); correspond with MWS team re same (1.1). |
| B230 09/12/26 | Financing/Cash Collections J. Gorodetsky | 0.30 | 192.00 | Distribute production materials to experts. |
| B230 09/12/26 | Financing/Cash Collections R. Biblo Block | 1.00 | 1,650.00 | Review materials related to MCA claims. |
| B230 09/12/26 | Financing/Cash Collections J. Terry | 8.80 | 11,088.00 | Draft proposed complaint (7.2); research case law re potential claims (1.6). |
| B230 09/12/26 | Financing/Cash Collections D. Momborquette | 1.90 | 4,398.50 | Review case law re potential claims and confer with J. Terry re same (.8); revise draft complaint (1.1). |

Doc 1587-1 Filed 11/26/26 Entered 11/26/26 21:50:08
Exhibit A - Image Page 51 of 76

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/13/26 | Financing/Cash Collections R. Biblo Block | 3.40 | 5,610.00 | Research re BlueStar prepetition lender's claims (1.0); research re Chateaugay prepetition lender's claims (1.0); correspond with M3 and MWS team re same (.1); draft materials re same (.1); review documents re Mishmeret's prepetition claims (1.2). |
| B230 09/13/26 | Financing/Cash Collections J. Terry | 4.30 | 5,418.00 | Review and analyze Mishmeret production (2.2); review and analyze operating agreements (2.1). |
| B230 09/13/26 | Financing/Cash Collections D. Momborquette | 4.20 | 9,723.00 | Revise draft complaint. |
| B230 09/14/26 | Financing/Cash Collections C. Dingman | 3.30 | 5,065.50 | Draft, revise challenge period extension motion. |
| B230 09/14/26 | Financing/Cash Collections L. Knight | 1.60 | 1,800.00 | Correspond with D. Momborquette re 2025 amendment (.3); review and analyze documents re 2025 restructuring (.8); conference with D. Momborquette re minority consents (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/14/26 | Financing/Cash Collections K. Suh | 4.70 | 8,013.50 | Prepare Fidelity Bank lien perfection analysis memo for One Canal (3.5); review and revise lien perfection memos for Community Bank and Home Trust Bank (1.2). |
| B230 09/14/26 | Financing/Cash Collections K. Going | 0.80 | 1,568.00 | Correspond with MWS team re negotiations with prepetition lenders re DIP financing. |
| B230 09/14/26 | Financing/Cash Collections R. Biblo Block | 3.80 | 6,270.00 | Research re HomeTrust prepetition financing (.5); revise correspondence re same (.1); research re same (.4); correspond with MWS team re same (.2); correspond with HomeTrust's counsel re same (.2); research re Mishmeret prepetition liens (.3); conference with D. Momborquette re same (.6); conference with L. Knight re same (.2); correspond with MWS team re same (.2); research re same (1.1). |
| B230 09/14/26 | Financing/Cash Collections D. Momborquette | 5.10 | 11,806.50 | Revise draft standing motion (.7); correspond with D. Shabsels' counsel re document production (.2); revise draft complaint (4.2). |
| B230 09/14/26 | Financing/Cash Collections D. Azman | 1.90 | 3,534.00 | Analyze strategic considerations re Mishmeret challenge. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/14/26 | Financing/Cash Collections J. Terry | 7.40 | 9,324.00 | Analyze Mishmeret production (2.1); review and revise clawback agreement (.3); draft correspondence with opposing counsel re discovery deficiencies (.6); review and analyze SIMAD and DAMIS productions for key facts for complaint and standing motion (4.4). |
| B230 09/14/26 | Financing/Cash Collections R. Wang | 5.10 | 5,023.50 | Draft analysis re legal basis for complaint (2.4); confer internally re workstreams (.3); review discovery update and revise extension motion for the latest facts (2.2); analyze conclusions from investigations of financings (.2). |
| B230 09/15/26 | Financing/Cash Collections R. Wang | 4.10 | 4,038.50 | Revise extension motion for post-petition financing challenge period (.6); incorporate comments from R. Biblo Block re same (.2); correspond with D. Azman and K. Going re same (.1); implement comments from D. Azman re same (1.8); incorporate comments from K. Going re same (.3); correspond with R. Biblo Block re the latest revisions to same (.6); confer with K. Suh re same (.2); review comments from K. Suh and confer with R. Biblo Block re same (.1); correspond with MWS team re same (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/15/26 | Financing/Cash Collections J. Gorodetsky | 0.40 | 256.00 | Modify repository security permissions. |
| B230 09/15/26 | Financing/Cash Collections R. Biblo Block | 5.10 | 8,415.00 | Correspond with MWS team re Mishmeret prepetition claim (.1); conference with D. Momborquette re same (.3); conference with D. Momborquette, E. Lazerowitz, and M3 team re same (.1); review materials re same (1.0); revise motion to extend challenge deadline (1.7); correspond with MWS team re same (.4); review documents re same (.5); conference with K. Going re same (.5); review and revise draft motion re same (.5). |
| B230 09/15/26 | Financing/Cash Collections J. Terry | 8.50 | 10,710.00 | Review and analyze Mishmeret production and analyze deficiencies (.7); draft memo on operating agreement consent analysis (6.2); review and edit standing motion (1.6). |
| B230 09/15/26 | Financing/Cash Collections D. Momborquette | 2.90 | 6,713.50 | Conference with M3 team re financial figures (.1); confer with J. Terry re operating agreements of Camp Entities (.4); revise draft standing motion (.6); review newly produced material in connection with investigation (1.8). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/15/26 | Financing/Cash Collections K. Going | 1.70 | 3,332.00 | Review challenge extension correspondence (.5); review and comment on motion to extend challenge deadline (1.2). |
| B230 09/15/26 | Financing/Cash Collections D. Azman | 1.10 | 2,046.00 | Develop strategy re Mishmeret challenge. |
| B230 09/15/26 | Financing/Cash Collections K. Suh | 3.80 | 6,479.00 | Revise lien perfection analysis memo for Fidelity loan to One Canal (2.9); confer with M. Adams and C. Caslin re real property documents (.4); review UCC motion to extend challenge period and provide comments thereto (.5). |
| B230 09/16/26 | Financing/Cash Collections R. Wang | 1.70 | 1,674.50 | Review comments from R. Biblo Block for motion to extend challenge period (.2); correspond with internal team re same (.1); review settlement offer from Mishmeret's counsel (.1); analyze new facts for motion to extend (1.3). |
| B230 09/16/26 | Financing/Cash Collections R. Biblo Block | 2.00 | 3,300.00 | Correspond with MWS team re Mishmeret challenge (.2); review correspondence from M. Friedman and M. Sirota re same (.2); review same (.2); conferences (x2) with D. Momborquette re document requests re prepetition debt (.2); research re same (.3); correspond with N. Weber re same (.1); review documents re |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | same (.3); research re same (.3); correspond with M3 and MWS teams re same (.1); conference with E. Lazerowitz re BNH DIP financing (.1). |
| B230 09/16/26 | Financing/Cash Collections D. Momborquette | 7.30 | 16,899.50 | Draft communications to subpoena recipients re open discovery issues (1.2); analyze and discuss with J. Terry and R. Biblo Block re lien issues concerning camp entities (1.1); revise draft complaint (4.1); revise draft standing motion (.9). |
| B230 09/16/26 | Financing/Cash Collections J. Terry | 5.00 | 6,300.00 | Strategise with D. Momborquette re productions from debtor and Mishmeret (.6); review, revise complaint (1.7); review and provide comments on motion to extend challenge period deadline (.6); review and analyze Mishmeret and SIMAD productions (2.1). |
| B230 09/16/26 | Financing/Cash Collections D. Azman | 0.80 | 1,488.00 | Develop strategy re Mishmeret challenge. |
| B230 09/17/26 | Financing/Cash Collections R. Biblo Block | 2.10 | 3,465.00 | Conference with MWS, M3, and E. Lazerowitz re prepetition funded debt claims (.4); conference with D. Momborquette re same (.1); conferences (x2) with D. Azman re Mishmeret challenges (.2); prepare materials re same (1.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/17/26 | Financing/Cash Collections J. Terry | 3.90 | 4,914.00 | Provide litigation update for advisor conference (.5); review and edit standing brief and complaint (2.4); participate in complaint drafting meeting (.5); confer with D. Momborquette in preparation for meeting (.5). |
| B230 09/17/26 | Financing/Cash Collections D. Azman | 1.60 | 2,976.00 | Assess strategic options re Mishmeret challenge. |
| B230 09/17/26 | Financing/Cash Collections D. Momborquette | 7.30 | 16,899.50 | Review comments to solvency analysis (.4); participate in meeting with MWS team re same (.3); revise draft complaint (5.9); correspond with D. Shabsels' counsel and Debtors' counsel re document production (.7). |
| B230 09/17/26 | Financing/Cash Collections K. Going | 0.80 | 1,568.00 | Review and revise draft counterproposal to Mishmeret (.5); correspond with MWS team re same (.3). |
| B230 09/18/26 | Financing/Cash Collections F. Belayneh | 0.50 | 157.50 | Load incoming production data into review platform. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/18/26 | Financing/Cash Collections J. Gorodetsky | 0.70 | 448.00 | Process received production for attorney review in document repository. |
| B230 09/18/26 | Financing/Cash Collections L. Knight | 2.10 | 2,362.50 | Correspond with J. Terry re motion to compel (.6); research and analyze precedent re dischargeability (.8); correspond with R. Biblo Block re same (.7). |
| B230 09/18/26 | Financing/Cash Collections R. Biblo Block | 0.30 | 495.00 | Correspond with MWS team re prepetition secured claims (.1); correspond with Mishmeret's counsel re same (.1); correspond with UCC advisors re same (.1). |
| B230 09/18/26 | Financing/Cash Collections D. Azman | 2.00 | 3,720.00 | Develop strategy re Mishmeret challenge (.8); prepare for weekly UCC meeting (.5); participate in same (.7). |
| B230 09/18/26 | Financing/Cash Collections D. Momborquette | 7.20 | 16,668.00 | Draft response to Debtors re production of D. Shabsels' material (.9); review latest draft settlement offer (.1); confer with MWS team re new Debtors' document production and Mishmeret's correspondence re completion of document production (.3); revise draft complaint (3.1); revise draft motion for standing (2.2); correspond with M3 team and J. Terry re solvency analysis (.6). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/18/26 | Financing/Cash Collections J. Terry | 2.80 | 3,528.00 | Review and analyze SIMAD production for key documents (2.3); correspond with discovery team re organization of productions (.5). |
| B230 09/21/26 | Financing/Cash Collections J. Gorodetsky | 0.70 | 448.00 | Load and prepare received production for review. |
| B230 09/21/26 | Financing/Cash Collections D. Valentino | 1.60 | 504.00 | Load incoming production set (.8); update Search, production fields and search term reports (.8). |
| B230 09/21/26 | Financing/Cash Collections K. Going | 0.50 | 980.00 | Confer with MWS team re BNH negotiations and strategy. |
| B230 09/21/26 | Financing/Cash Collections D. Momborquette | 7.20 | 16,668.00 | Review key documents (.6); confer with J. Terry re same (.6); revise draft motion for standing (5.9); conference with N. Weber re solvency analysis (.1). |
| B230 09/21/26 | Financing/Cash Collections J. Terry | 7.90 | 9,954.00 | Review and analyze SIMAD productions (2.2); draft memo re findings re same (3.4); update and revise standing motion according to partner feedback (1.2); draft litigation update for motion to extend (.4); correspond with |

McDermott Will & Schulte

| Rolling Hills Landco Creditors' Committee | | |
|---|---|---|
| | Client: | 153076 |
| | Invoice: | 4728129 |
| | Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | discovery team re organization of productions (.7). |
| B230 09/21/26 | Financing/Cash Collections R. Wang | 1.10 | 1,083.50 | Review, analyze litigation updates (.6); revise extension motion re same (.5). |
| B230 09/21/26 | Financing/Cash Collections D. Azman | 0.80 | 1,488.00 | Review and update strategy re Mishmeret challenge. |
| B230 09/22/26 | Financing/Cash Collections R. Biblo Block | 0.20 | 330.00 | Correspond with MWS team re Mishmeret prepetition debt and challenge deadline. |
| B230 09/22/26 | Financing/Cash Collections D. Momborquette | 4.10 | 9,491.50 | Review additional key documents (.7); confer with J. Terry re open document production issues (.2); draft correspondence to D. Shabsels' counsel re production date (.1); revise draft complaint (2.1); revise draft standing motion (1.0). |
| B230 09/22/26 | Financing/Cash Collections D. Azman | 1.60 | 2,976.00 | Develop strategy re Mishmeret challenge. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
| --- | --- | --- | --- | --- |
| B230 09/22/26 | Financing/Cash Collections L. Knight | 5.80 | 6,525.00 | Review and analyze comments to brief (2.2); review and analyze comments to motion for preliminary injunction (2.1); conference with MWS team re same (1.5). |
| B230 09/22/26 | Financing/Cash Collections K. Going | 0.80 | 1,568.00 | Confer with MWS team re negotiations with bond trustee. |
| B230 09/22/26 | Financing/Cash Collections J. Terry | 0.60 | 756.00 | Strategize with D. Momborquette re case theory and potential claims. |
| B230 09/23/26 | Financing/Cash Collections J. Terry | 2.60 | 3,276.00 | Review and analyze SIMAD productions (1.4); draft memo re findings re same (1.2). |
| B230 09/23/26 | Financing/Cash Collections R. Biblo Block | 2.30 | 3,795.00 | Review correspondence from trustee's counsel re challenge (.2); prepare response to same (.8); research re same (.6); correspond with MWS, RC, and M3 teams re same (.3); correspond with trustee's counsel re same (.1); conferences (x2) with E. Lazerowitz re BNH challenges (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/23/26 | Financing/Cash Collections K. Going | 0.80 | 1,568.00 | Review negotiations with BNH (.5); confer with E. Lazerowitz re same (.3). |
| B230 09/23/26 | Financing/Cash Collections D. Azman | 1.20 | 2,232.00 | Develop strategy re Mishmeret challenge. |
| B230 09/23/26 | Financing/Cash Collections D. Momborquette | 4.30 | 9,954.50 | Draft correspondence to D. Shabsels' counsel re delay in producing documents (.4); draft correspondence to N. Weber re banker notes (.1); revise draft complaint and standing motion (3.8). |
| B230 09/24/26 | Financing/Cash Collections R. Biblo Block | 1.50 | 2,475.00 | Review correspondence from M. Chapman re Mishmeret challenges (.1); correspond with MWS team re same (.1); correspond with MWS, RC, and M3 teams re same (.1); prepare reply to same (.2); review OrcaFunding pleadings (.6); research re same (.4). |
| B230 09/24/26 | Financing/Cash Collections D. Momborquette | 2.30 | 5,324.50 | Correspond with D. Shabsels' counsel re document production (.3); correspond with Mishmeret's counsel re document production (.1); revise draft standing motion (1.9). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/24/26 | Financing/Cash Collections J. Terry | 2.80 | 3,528.00 | Analyze SIMAD productions for key documents (1.3); supplement memo re findings re same (1.5). |
| B230 09/24/26 | Financing/Cash Collections N. Alindogan | 0.60 | 546.00 | Correspond with MWS team re OrcaFunding briefing. |
| B230 09/24/26 | Financing/Cash Collections D. Azman | 0.50 | 930.00 | Develop strategy re Mishmeret challenge. |
| B230 09/25/26 | Financing/Cash Collections F. Belayneh | 1.00 | 315.00 | Import and index production data in review platform. |
| B230 09/25/26 | Financing/Cash Collections D. Momborquette | 3.20 | 7,408.00 | Correspond with D. Shabsels' counsel re production (.3); revise draft complaint and standing motion (2.9). |
| B230 09/25/26 | Financing/Cash Collections J. Gorodetsky | 0.60 | 384.00 | Prepare received production for review in discovery repository. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/25/26 | Financing/Cash Collections R. Biblo Block | 3.10 | 5,115.00 | Correspond with Mishmeret's counsel re challenges (.2); correspond with UCC advisor teams re same (.3); correspond with D. Azman re same (.2); prepare responses to same (.3); conference with N. Weber re same (.1); conference with D. Azman and M. Friedman re same (.3); correspond with C. Dingman re same (.1); prepare materials re same (1.3); correspond with D. Bass re Kiwi DIP financing (.1); review documents re same (.2). |
| B230 09/25/26 | Financing/Cash Collections J. Terry | 0.50 | 630.00 | Correspond with discovery team re status of production review. |
| B230 09/25/26 | Financing/Cash Collections K. Suh | 8.10 | 13,810.50 | Review Beacon loan documents (3.2); prepare lien perfection memo re same (4.9). |
| B230 09/25/26 | Financing/Cash Collections C. Dingman | 0.40 | 614.00 | Review settlement (.3); correspond with R. Biblo Block re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/25/26 | Financing/Cash Collections D. Azman | 0.50 | 930.00 | Develop strategy re Mishmeret challenge. |
| B230 09/27/26 | Financing/Cash Collections R. Biblo Block | 2.00 | 3,300.00 | Prepare documents re settlement of Mishmeret challenges (1.9); correspond with MWS team re same (.1). |
| B230 09/27/26 | Financing/Cash Collections R. Wang | 1.10 | 1,083.50 | Research precedent re motion to extend challenge deadline. |
| B230 09/28/26 | Financing/Cash Collections C. Dingman | 6.40 | 9,824.00 | Draft, revise 9019 motion re bondholder settlement (4.8); research re same (.9); review term sheet re same (.7). |
| B230 09/28/26 | Financing/Cash Collections D. Momborquette | 3.10 | 7,176.50 | Review D. Shabsels production documents. |
| B230 09/28/26 | Financing/Cash Collections R. Biblo Block | 0.40 | 660.00 | Correspond with MWS and RC team re lien investigations (.1); review document re same (.2); correspond with Mishmeret's counsel re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/28/26 | Financing/Cash Collections K. Suh | 7.30 | 12,446.50 | Review Vision Credit Union loan documents (2.4); draft lien perfection memo re same (4.9). |
| B230 09/28/26 | Financing/Cash Collections J. Terry | 3.60 | 4,536.00 | Review, analyze, and summarize production from D. Shabsels. |
| B230 09/28/26 | Financing/Cash Collections D. Thomson | 1.90 | 3,125.50 | Review Debtors' brief in OrcaFunding dispute (.5); review prior issue re characterization (.3); review and revise script for OrcaFunding hearing (.6); correspond with R. Biblo Block re OrcaFunding hearing (.5). |
| B230 09/28/26 | Financing/Cash Collections D. Azman | 2.90 | 5,394.00 | Review and revise Mishmeret settlement term sheet. |
| B230 09/29/26 | Financing/Cash Collections J. Gorodetsky | 0.20 | 128.00 | Prepare received production for external transmission. |
| B230 09/29/26 | Financing/Cash Collections K. Suh | 7.70 | 13,128.50 | Review Bank of America loan documents (2.9); draft lien perfection memo re same (4.8). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/29/26 | Financing/Cash Collections D. Momborquette | 1.90 | 4,398.50 | Review D. Shabsels correspondence (1.6); confer with J. Terry re same (.3). |
| B230 09/29/26 | Financing/Cash Collections J. Terry | 3.90 | 4,914.00 | Continue review, analysis, and summary of production from D. Shabsels. |
| B230 09/29/26 | Financing/Cash Collections C. Dingman | 0.80 | 1,228.00 | Draft, revise 9019 motion re Mishmeret settlement (.8). |
| B230 09/29/26 | Financing/Cash Collections D. Azman | 1.00 | 1,860.00 | Continue review and revision of Mishmeret settlement term sheet. |
| B230 09/30/26 | Financing/Cash Collections F. Belayneh | 1.00 | 315.00 | Process production data and load into review platform. |
| B230 09/30/26 | Financing/Cash Collections J. Gorodetsky | 0.60 | 384.00 | Prepare received production for review in discovery repository. |

Case 26-16388-CMG Doc 1587-1 Filed 11/26/26 Entered 11/26/26 17:10:13 Desc
Exhibit A Page 68 of 76

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 09/30/26 | Financing/Cash Collections R. Biblo Block | 0.80 | 1,320.00 | Conference with debtors' advisors, Mishmeret's counsel, and M3 team re challenge settlement (.6); correspond with MWS team re same (.2). |
| B230 09/30/26 | Financing/Cash Collections K. Suh | 4.70 | 8,013.50 | Review and revise lien perfection memos for Bank of America, Fidelity Bank, Beacon Bank, and Vision Credit Union (2.8); prepare summary re same (.3); correspond with MWS team re same (.2); review loan documents for Enhanced Capital (1.4). |
| B230 09/30/26 | Financing/Cash Collections D. Momborquette | 2.60 | 6,019.00 | Review latest Debtors' production (2.1); confer with J. Terry re scope of review (.5). |
| B230 09/30/26 | Financing/Cash Collections C. Dingman | 1.30 | 1,995.50 | Draft, revise 9019 motion (1.2); conference with R. Biblo Block re same (.1). |
| B240 09/28/26 | Tax Issues R. Biblo Block | 0.40 | 660.00 | Correspond with MWS team re FIRPTA tax issue (.1); research re same (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B240 09/28/26 | Tax Issues M. Wilder | 2.50 | 6,037.50 | Review materials re FIRPTA withholding tax issue, including Debtors' motion addressing same (1.1); research and analyze same, exception to withholding, and Arnold case (.9); correspond with R. Biblo Block re recommended conclusion re same (.5). |
| B240 09/30/26 | Tax Issues R. Biblo Block | 0.60 | 990.00 | Correspond with MWS team re tax issue (.1); research re same (.5). |
| B240 09/30/26 | Tax Issues M. Wilder | 0.30 | 724.50 | Correspond with MWS Team re potential entity-level tax at BVI level treated as a C corporation. |
| B250 09/04/26 | Real Estate M. Adams | 0.10 | 112.50 | Correspond with K. Suh re real estate liens. |
| B250 09/10/26 | Real Estate S. Horowitz | 0.90 | 886.50 | Prepare real estate documentation re lien diligence (.6); correspond with MWS team re same (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B250 09/11/26 | Real Estate M. Adams | 0.50 | 562.50 | Review real estate title commitment and mortgage. |
| B250 09/11/26 | Real Estate S. Horowitz | 0.40 | 394.00 | Continue preparing real estate documentation re lien diligence (.3); correspond with MWS team re same (.1). |
| B250 09/15/26 | Real Estate S. Horowitz | 0.80 | 788.00 | Review commitments and reports for mortgages on record. |
| B250 09/15/26 | Real Estate M. Adams | 0.10 | 112.50 | Correspond with S. Horowitz re real estate lien diligence. |
| B250 09/16/26 | Real Estate S. Horowitz | 0.80 | 788.00 | Review property reports to ascertain mortgages on record. |
| B250 09/16/26 | Real Estate M. Adams | 0.20 | 225.00 | Correspond with S. Horowitz and K. Suh re real estate liens. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B250 09/21/26 | Real Estate M. Adams | 0.20 | 225.00 | Review memo re real estate liens. |
| B250 09/25/26 | Real Estate S. Horowitz | 0.60 | 591.00 | Review title and property policy to ensure updated understanding of mortgages on record. |
| B250 09/28/26 | Real Estate S. Horowitz | 0.40 | 394.00 | Review continuation letters for mortgages on record. |
| B250 09/29/26 | Real Estate S. Horowitz | 2.40 | 2,364.00 | Review title reports for mortgages on record. |
| B250 09/29/26 | Real Estate M. Adams | 0.50 | 562.50 | Review real estate portion of lien analysis summary. |
| B250 09/30/26 | Real Estate S. Horowitz | 0.30 | 295.50 | Revise internal records re mortgages on record. |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 09/01/26 | Claims Administration & Object D. Thomson | 5.10 | 8,389.50 | Review claims register from FTI (2.0); review M3 claim analysis (1.5); review proofs of claim and supporting documents asserting secured claims (1.6). |
| B310 09/02/26 | Claims Administration & Object R. Biblo Block | 1.00 | 1,650.00 | Review materials re late-filed proof of claim (.1); conference with E. Lazerowitz re same (.1); correspond with MWS and M3 teams re same (.1); review materials related to proofs of claims (.1); correspond with D. Harris re same (.1); conference with D. Harris re claims (.5). |
| B310 09/03/26 | Claims Administration & Object R. Biblo Block | 0.20 | 330.00 | Conference with F. Yudkin re claim issue (.1); review correspondence re same (.1). |
| B310 09/08/26 | Claims Administration & Object N. Alindogan | 1.10 | 1,001.00 | Research Mishmeret filed proofs of claim. |
| B310 09/22/26 | Claims Administration & Object R. Biblo Block | 0.40 | 660.00 | Review information re claims pool (.1); conference with M3 and RC teams re same (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 09/29/26 | Claims Administration & Object R. Biblo Block | 1.40 | 2,310.00 | Review materials re claim pools and hypothetical recovery analysis (.3); conference with MWS, RC, and M3 teams re same (.9); conference with C. Dingman re same (.1); correspond with C. Dingman re same (.1). |
| B310 09/30/26 | Claims Administration & Object N. Alindogan | 2.60 | 2,366.00 | Obtain and circulate Mulligan Funding filed proofs of claim (2.3); research re claims reconciliation overview slides for committee deck (.3). |
| B320 09/23/26 | Plan and Disclosure Statement R. Biblo Block | 1.10 | 1,815.00 | Conference with D. Harris re plan and related items (.5); summarize same (.3); research re same (.2); correspond with MWS team re same (.1). |
| B320 09/24/26 | Plan and Disclosure Statement R. Biblo Block | 0.10 | 165.00 | Review exclusivity extension motion. |
| B320 09/28/26 | Plan and Disclosure Statement R. Biblo Block | 1.00 | 1,650.00 | Conference with CS team re plan (.9); conference with D. Azman re same (.1). |

**Total Hours 732.50** **Total For Services $1,106,730.00**

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4728129
Invoice Date: 10/26/2026

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| M. Adams | 1.60 | 1,125.00 | 1,800.00 |
| N. Alindogan | 14.70 | 910.00 | 13,377.00 |
| D. Azman | 32.80 | 1,860.00 | 61,008.00 |
| F. Belayneh | 3.50 | 315.00 | 1,102.50 |
| R. Biblo Block | 127.80 | 1,650.00 | 210,870.00 |
| C. Dingman | 45.30 | 1,535.00 | 69,535.50 |
| J. Gerber | 2.50 | 2,080.00 | 5,200.00 |
| K. Going | 13.10 | 1,960.00 | 25,676.00 |
| J. Gorodetsky | 5.10 | 640.00 | 3,264.00 |
| S. Horowitz | 6.60 | 985.00 | 6,501.00 |
| L. Knight | 62.00 | 1,125.00 | 69,750.00 |
| G. Miranda | 1.60 | 1,625.00 | 2,600.00 |
| D. Momborquette | 99.90 | 2,315.00 | 231,268.50 |
| K. Suh | 41.10 | 1,705.00 | 70,075.50 |
| J. Terry | 117.70 | 1,260.00 | 148,302.00 |
| D. Thomson | 45.20 | 1,645.00 | 74,354.00 |
| D. Valentino | 3.40 | 315.00 | 1,071.00 |
| R. Wang | 105.10 | 985.00 | 103,523.50 |
| M. Wilder | 2.80 | 2,415.00 | 6,762.00 |
| J. Zaia | 0.70 | 985.00 | 689.50 |
| **Totals** | **732.50** | | **$1,106,730.00** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 35.50 | 38,167.00 |
| B130 | Asset Disposition | 15.60 | 24,154.00 |
| B150 | Mtgs/Communications w/Creditor | 109.00 | 156,839.00 |
| B155 | Court Hearings | 16.70 | 25,293.50 |
| B160 | Fee/Employment Applications | 21.20 | 25,512.00 |
| B180 | Avoidance Action Analysis | 2.10 | 3,454.50 |
| B185 | Assumption/Rejection of Leases | 2.80 | 4,324.00 |
| B230 | Financing/Cash Collections | 503.60 | 791,936.50 |
| B240 | Tax Issues | 3.80 | 8,412.00 |
| B250 | Real Estate | 8.20 | 8,301.00 |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4728129 |
| Invoice Date: | 10/26/2026 |

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B310 | Claims Administration & Object | 11.80 | 16,706.50 |
| B320 | Plan and Disclosure Statement | 2.20 | 3,630.00 |
| | | 732.50 | 1,106,730.00 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Miscellaneous | 301.32 |
| **Total Costs and Other Charges** | **$301.32** |

| | |
|---|---|
| **Total This Invoice** | **$1,107,031.32** |

McDermott
Will & Schulte

Rolling Hills Landco Creditors' Committee 10/26/2026
Invoice: 4728129

## Invoice Totals

| Matter Name | | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|---|
| 0011 | SIMAD-Rolling Hills Official Committee | 732.50 | 1,106,730.00 | 301.32 | 0.00 | 1,107,031.32 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**COVER SHEET FOR THE**
**FOURTH MONTHLY FEE STATEMENT**
**OF MCDERMOTT WILL & SCHULTE LLP**
**FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR**
**THE PERIOD OF OCTOBER 1, 2026, THROUGH OCTOBER 31, 2026**

| | |
|---|---|
| Debtor: SIMAD Holdings LTD., *et al.,*[1] | Applicant: McDermott Will & Schulte LLP |
| Case No.: 26-16388 (CMG) | Client: Official Committee of Unsecured Creditors |
| Chapter 11 | Case Filed: June 4 and June 5, 2026 |

**COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.**

**RETENTION ORDER ATTACHED AS EXHIBIT A.**

/s/ *Darren Azman*
Darren Azman
November 16, 2026

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

**SECTION I**

**FEE SUMMARY**

Summary of Amounts Requested for the Period
October 1, 2026, through October 31, 2026 (the "Compensation Period")

| | |
|---|---|
| Fee Total | $848,670.00 |
| Expenses Total | $348.24 |
| Total Fees Plus Disbursements | $849,018.24 |

Summary of Amounts Requested for Previous Periods

| | |
|---|---|
| Total Previous Fees and Expenses Requested: | $3,687,974.53 |
| Total Fees and Expenses Allowed to Date: | $2,951,408.48 |
| Total Retainer Remaining: | N/A |
| Total Holdback: | $736,566.05 |
| Total Received by Applicant: | $2,951,408.48 |

## COMPENSATION BY PROFESSIONAL
## OCTOBER 1, 2026 THROUGH AND INCLUDING OCTOBER 31, 2026

The attorneys who rendered professional services in these chapter 11 cases during the Compensation Period are:

| NAME OF PROFESSIONAL | POSITION | DEPARTMENT | YEAR ADMITTED | HOURLY BILLING RATE | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|---|---|---|
| Michael Wilder | Partner | Tax | 1995 (DC) | $2,415.00 | 11.80 | $28,497.00 |
| David Momborquette | Partner | Trial | 1992 (NY) | $2,315.00 | 10.70 | $24,770.50 |
| Michael Bruno | Partner | Tax | 2012 (FL)<br>2013 (NY) | $2,025.00 | 7.30 | $14,782.50 |
| Kristin Going | Partner | Restructuring | 2002 (MD)<br>2004 (DC)<br>2011 (NY) | $1,960.00 | 22.60 | $44,296.00 |
| Darren Azman | Partner | Restructuring | 2011 (NY, MA) | $1,860.00 | 40.90 | $76,074.00 |
| Kristine Suh | Counsel | Corporate | 1997 (CA) | $1,705.00 | 8.40 | $14,322.00 |
| Rachel Biblo Block | Counsel | Restructuring | 2014 (DE)<br>2015 (TX) | $1,650.00 | 158.80 | $262,020.00 |
| Daniel Thomson | Associate | Restructuring | 2019 (NY) | $1,645.00 | 31.30 | $51,488.50 |
| Graciany Miranda | Associate | Corporate | 2019 (NY) | $1,625.00 | 2.20 | $3,575.00 |
| Carmen Dingman | Associate | Restructuring | 2021 (IL) | $1,535.00 | 88.90 | $136,461.50 |
| Johnathan Terry | Associate | Trial | 2024 (NY) | $1,260.00 | 11.50 | $14,490.00 |
| Matt Adams | Associate | Corporate | 2024 (CA) | $1,125.00 | 0.30 | $337.50 |
| Lauren Knight | Associate | Restructuring | 2024 (IL) | $1,125.00 | 30.20 | $33,975.00 |
| Sam Horowitz | Associate | Real Estate | 2025 (IL) | $985.00 | 0.60 | $591.00 |
| Ruosi Wang | Associate | Restructuring | 2026 (NY) | $985.00 | 123.70 | $121,844.50 |
| Jeremy Weiss | Associate | Restructuring | 2026 (NY) | $985.00 | 18.80 | $18,518.00 |
| Nova Alindogan | Paralegal Specialist | Restructuring | N/A | $910.00 | 2.40 | $2,184.00 |
| Janet Gorodetsky | Technology Project Manager | Discovery | N/A | $640.00 | 0.20 | $128.00 |
| Fitalesh Belayneh | Senior Litigation Technology Analyst | Discovery | N/A | $315.00 | 1.00 | $315.00 |
| **Professional Total** | | | | | **571.60** | **$848,670.00** |

## SECTION II
## SUMMARY OF SERVICES

| TASK CODE | PROJECT CATEGORY | TOTAL BILLED HOURS | TOTAL COMPENSATION |
|---|---|---|---|
| B110 | Case Administration | 29.00 | $32,550.50 |
| B130 | Asset Disposition | 11.30 | $16,732.00 |
| B150 | Mtgs/Communications w/Creditor | 81.10 | $112,507.50 |
| B155 | Court Hearings | 45.30 | $70,228.50 |
| B160 | Fee/Employment Applications | 14.90 | $16,766.50 |
| B230 | Financing/Cash Collections | 270.90 | $394,788.00 |
| B240 | Tax Issues | 26.60 | $56,522.50 |
| B290 | Insurance | 1.30 | $1,995.50 |
| B310 | Claims Administration & Objections | 31.50 | $47,479.00 |
| B320 | Plan and Disclosure Statement | 59.70 | $99,100.00 |
| **Total** | | **571.60** | **$848,670.00** |

Case 26-13638-MG Doc 1523 Filed 11/16/26 Entered 11/16/26 20:50:50 Desc Main Document Page 5 of 11

## SECTION III
## SUMMARY OF EXPENSES

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Miscellaneous (re Discovery Platform) | **$348.24** |
| **TOTAL CHARGES** | **$348.24** |

## SECTION IV
## CASE HISTORY

(1) Date cases filed: June 4 and June 5, 2026

(2) Chapter under which case commenced: Chapter 11

(3) Date of retention: August 25, 2026, effective as of July 10, 2026. *See* **Exhibit A**.

If limit on number of hours or other limitations to retention, set forth: N/A

(4) Summarize in brief the benefits to the estate and attach supplements as needed:[2]

(a) The Applicant prepared for and attended hearings and other proceedings in these chapter 11 cases during the Compensation Period, including hearings regarding tax issues and exclusivity, financings and disputed account rights for Camp Med-O-Lark, Camp Kiwi, and stay relief, as well as an emergency status conference. Most significantly, the Applicant prepared for and attended the October 26, 2026 hearing on the Settlement Motion (as defined below).

(b) The Applicant expended time on activities relating to case strategy and the day-to-day management of these chapter 11 cases, including monitoring critical dates and maintaining a case calendar, task lists, and work-in-progress reports and conducting weekly telephone conferences with the Applicant's team regarding case matters, case strategy, and upcoming hearings and filings.

(c) The Applicant reviewed and analyzed bidding procedures, asset purchase agreements, and sale orders in connection with the Debtors' ongoing sale process, including the Kiwi bidding procedures, sale motion, and sale order, and participated in the October 21, 2026 Kiwi auction. The Applicant also reviewed and summarized the various purchase agreements and advised on issues relating to the proposed Willow Lake sale and the proceeds of sales.

(d) The Applicant concluded the Committee's investigation of the prepetition claims and liens of Mishmeret Trust Company Ltd., in its capacities as prepetition trustee and DIP agent ("Mishmeret") and negotiated a settlement of the Committee's challenges that provides non-estate property funds for the benefit of general unsecured creditors and funding for these chapter 11 cases (the "Settlement"). The Applicant drafted the joint motion to approve the Settlement under Bankruptcy Rule 9019 [Docket No. 1336] (the "Settlement Motion") and the supporting declaration of the Committee's financial advisor [Docket No. 1377], responded to the United States' objections, and prepared for the hearing on the Settlement

[2] The following summary is intended to highlight the general categories of services the Applicant rendered on behalf of the Committee; it is not intended to itemize each and every professional service which the Applicant performed.

Case 24-13938-MBK Doc 1543 Filed 11/16/25 Entered 11/16/25 21:50:08 Desc Main Document Page 7 of 119

Motion. The Applicant also continued its lien perfection analyses of certain of the Debtors' other prepetition secured lenders and continued to review and analyze documents produced in discovery.

(e) The Applicant analyzed tax issues affecting the estates, including the Debtors' FIRPTA motion and the Internal Revenue Service's challenge thereto, and conferred with the Debtors' counsel regarding tax considerations relating to these chapter 11 cases. The Applicant also reviewed and revised an insurance consent order.

(f) The Applicant drafted its third monthly fee statement and reviewed time entries to ensure compliance with the U.S. Trustee fee guidelines.

(g) The Applicant prepared for and held weekly meetings with the Committee to keep the Committee informed on case developments and ongoing issues and seek guidance on, and approvals with respect to, various matters. The Applicant prepared email updates for the Committee as well.

(h) The Applicant analyzed claims asserted against the Debtors, including asserted administrative claims, and the claims and complaint against Mulligan, and prepared the Committee's statement regarding the Debtors' first omnibus claims objection.

(i) The Applicant reviewed, analyzed, and revised drafts of the Debtors' chapter 11 plan, disclosure statement, and related plan materials, and conferred with the Debtors, Mishmeret, and the Committee's other advisors regarding plan issues, consistent with the Settlement.

(j) The Applicant rendered all other services set forth on the invoice attached hereto as **Exhibit B**.[3]

(5) Anticipated distribution to creditors:

(a) Administration expense: Unknown at this time.

(b) Secured creditors: Unknown at this time.

(c) Priority creditors: Unknown at this time.

(d) General unsecured creditors: Unknown at this time.

(6) Final disposition of case and percentage of dividend paid to creditors: Unknown at this time.

(7) This is the Applicant's fourth monthly fee statement.

3 The invoice attached hereto as **Exhibit B** contains detailed descriptions of the services rendered and expenses incurred by the Applicant during the Compensation Period.

# EXHIBIT A

**Retention Order [Docket No. 937]**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on August 25, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP** Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP** Rachel Biblo Block (admitted *pro hac vice*)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

In re:
SIMAD HOLDINGS LTD., et al.,

Debtors

Chapter 11

Case No.: 26-16388 (CMG)

(Jointly Administered)

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE JULY 10, 2026**

The relief set forth on the following pages, numbered two (2) through seven (7), is hereby **ORDERED.**

**DATED: August 25, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

1 A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor

(Page 2)
Debtors: SIMAD HOLDINGS LTD., *et al.*
Case No. 26-16388 (CMG)
Caption of Order: ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026

---

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases of SIMAD Holdings Ltd. and its affiliated debtors and debtors in possession (collectively, the "Debtors") for the approval of the Committee's retention and employment of McDermott Will & Schulte LLP ("McDermott") as co-counsel in connection with these chapter 11 cases, effective July 10, 2026; and upon consideration of the declaration of Darren Azman (the "Azman Declaration"), which is attached

to the Application as **Exhibit B**, and the declaration of Kelly Smith Brown (the "Smith Brown Declaration"), which is attached to the Application as **Exhibit C**; and this Court having jurisdiction pursuant to Sections 157 and 1334 of Title 28 of the United States Code to consider the Application and the relief requested therein; and venue being proper in this Court pursuant to Sections 1408 and 1409 of Title 28 of the United States Code; and this Court being satisfied that notice of the Application and the opportunity for a hearing on the Application was appropriate under the particular circumstances and no further or other notice need be given; and this Court being satisfied, based on the representations made in the Application and the Azman Declaration,

---

2 Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page 3)
Debtors: SIMAD HOLDINGS LTD., *et al.*
Case No. 26-16388 (CMG)
Caption of Order: ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026

---

that McDermott (a) does not represent or hold any interest adverse to the Committee in connection with these chapter 11 cases, (b) is a "disinterested person" as such term is defined in Section 101(14) of the Bankruptcy Code, and (c) does not represent any entity having an adverse interest in connection with these chapter 11 cases as required by Section 1103 of the Bankruptcy Code; and this Court having determined that the legal and factual bases set forth in the Application, the Azman Declaration, and the Smith Brown Declaration establish good cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted and approved as set forth herein effective as of July 10, 2026.

2. In accordance with Section 1103(a) of the Bankruptcy Code and, with respect to McDermott's hourly rates, Section 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1, the Committee is authorized to employ and to retain McDermott as its co-counsel in these chapter 11 cases, on the terms and conditions set forth in the Application and the Azman Declaration, as modified by the terms of this Order.

3. McDermott shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases in compliance with Sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of*

(Page 4)
Debtors: SIMAD HOLDINGS LTD., *et al.*
Case No. 26-16388 (CMG)
Caption of Order: ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026

---

*Expenses of Professionals Retained by Order of This Court* [Docket No. 550], and such other applicable procedures and orders of this Court. McDermott shall make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, both in connection with the Application and any interim and final fee application(s) to be filed by McDermott in these chapter 11 cases.

4. Notwithstanding anything to the contrary in the Application, the Azman Application, or the Smith-Brown Declaration, McDermott shall not seek reimbursement of any fees or costs, including attorney fees and costs, from the estate arising from the defense of any objections to any of McDermott's monthly fee statements or fee applications in these chapter 11 cases.

5. Prior to applying any increases in its hourly rates beyond the rates set forth in the Application, McDermott shall provide ten (10) business days' notice of any such increases to the U.S. Trustee, the Debtors, and the Committee and shall file such notice with this Court. All parties in interest retain all rights to object to any rate increase on all grounds, including, but not limited to, the reasonableness standard provided in Section 330 of the Bankruptcy Code, and this Court retains the right to review any rate increase pursuant to Section 330 of the Bankruptcy Code.

6. To the extent that this Order is inconsistent with the Application, the Azman Declaration, or the Smith Brown Declaration, the terms of this Order shall govern.

---

7. The Committee and McDermott are authorized to take all actions they deem necessary and appropriate to effectuate the relief granted pursuant to this Order in accordance with the Application, including, without limitation, executing any additional or supplemental documents incidental to the relief granted herein.

8. McDermott shall (a) comply with the requirements of Local Rule 2016-1; (b) only bill fifty percent (50%) for non-working travel; (c) use billing and expenses categories that are substantially similar to those set forth in the U.S. Trustee Guidelines (Exhibit D-1, "Summary of Compensation Requested by Project Category"); and (d) provide any and all monthly fee statements, interim fee applications, and final fee applications in "LEDES" format to the U.S. Trustee.

9. Notwithstanding anything to the contrary in the Application, the Azman Declaration, or the Smith Brown Declaration, McDermott shall, to the extent that McDermott uses the services of contract attorneys, independent contractors, or subcontractors (collectively, the "Contractors") in these chapter 11 cases, (a) pass through the cost of such Contractors at the same rate that McDermott pays the Contractors; (b) seek reimbursement for actual costs only; (c) ensure that the Contractors (to the extent they are attorneys or accountants) (i) are subject to the same conflict checks and disclosures as required by McDermott and (ii) file with the Court such disclosures required by Bankruptcy Rule 2014; and (d) attach any such Contractor invoices to its monthly fee statements, interim fee applications, and/or final fee applications filed in these cases.

(Page 6)
Debtors: SIMAD HOLDINGS LTD., *et al.*
Case No. 26-16388 (CMG)
Caption of Order: ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MCDERMOTT WILL & SCHULTE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JULY 10, 2026

---

10. Notwithstanding anything to the contrary in the Application, the Azman Declaration, or the Smith Brown Declaration, McDermott shall seek reimbursement from the Debtors' estates for its engagement-related expenses at McDermott's actual cost paid.

11. No agreement or understanding exists between McDermott and any other person, other than as permitted by Section 504 of the Bankruptcy Code, to share compensation received for services rendered in connection with these chapter 11 cases, nor shall McDermott share or agree to share compensation received for services rendered in connection with these chapter 11 cases with any other person other than as permitted by Section 504 of the Bankruptcy Code.

12. McDermott shall review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, McDermott will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

13. In order to avoid any duplication of effort and provide services to the Committee in the most efficient and cost-effective manner, McDermott shall coordinate with the other retained Committee professionals regarding their respective responsibilities in these chapter 11 cases. As such, McDermott shall use its best efforts to avoid duplication of services provided by any of the Committee's other retained professionals in these chapter 11 cases.

14. Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

15. Notwithstanding any procedural rule to the contrary, this Order shall become effective and enforceable immediately on its entry.

16. This Court has and shall retain exclusive jurisdiction to hear and determine all matters arising from or relating to this Order or its interpretation, implementation, or enforcement.

# <u>EXHIBIT B</u>

## Azman Declaration

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 26-16388 (CMG)<br><br>(Jointly Administered) |

**DECLARATION OF DARREN AZMAN IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN AND EMPLOY MCDERMOTT WILL & SCHULTE LLP AS COUNSEL EFFECTIVE JULY 10, 2026**

I, Darren Azman, declare as follows:

1. I am a partner of the firm of McDermott Will & Schulte LLP ("McDermott" or the "Firm"). McDermott maintains offices at, among other places, One Vanderbilt Avenue, New York, New York 10017. I am a member in good standing of the Bars of the States of New York and Massachusetts, and I have been admitted to practice in the U.S. Courts of Appeals for the Second and Third Circuits, and the U.S. District Courts for the District of Massachusetts and the Eastern and Southern Districts of New York. There are no disciplinary proceedings pending against me.

2. I am familiar with the matters set forth herein and make this Declaration in support of the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 cases of SIMAD Holdings Ltd. and its affiliated

---

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

debtors and debtors in possession (collectively, the "Debtors"), for the approval of the Committee's retention and employment of McDermott as counsel in connection with these chapter 11 cases, effective July 10, 2026.

3. On July 9, 2026, under Section 1102 of title 11 of the United States Code (the "Bankruptcy Code"), the Office of the United States Trustee for the District of New Jersey (the "U.S. Trustee") appointed the Committee. *See* Docket No. 438. The Committee currently comprises: (a) Smaller Earth Group dba Camp Leaders; (b) American Institute for Foreign Study, Inc. dba Camp America; (c) Tavezio; (d) Kelly Smith Brown, Individually; and (e) Camp Specialists Ltd.

4. On July 10, 2026, the Committee selected McDermott to serve as the Committee's counsel in connection with these chapter 11 cases, subject to the Court's approval.

5. The Committee anticipates that McDermott will, in connection with these chapter 11 cases and subject to orders of this Court, provide a range of services to the Committee,[3] including, but not limited to, the following:

(a) advising the Committee regarding its rights, powers, and duties in these chapter 11 cases;

(b) assisting and advising the Committee in its consultations and negotiations with the Debtors and other parties in interest in connection with the administration of these chapter 11 cases;

(c) soliciting information from and providing information to the Debtors' unsecured creditors as a group;

(d) assisting the Committee in analyzing the claims of the Debtors' creditors and the Debtors' capital structure and negotiating with holders of claims against and interests in the Debtors;

[3] By separate application, the Committee shall file an application to retain RC as co-counsel to the Committee. McDermott will coordinate the division of responsibilities with RC throughout the engagement to ensure that there is no duplication of services rendered on the Committee's behalf.

(e) assisting the Committee in its investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtors and their insiders and of the operation of the Debtors' businesses;

(f) assisting the Committee in its analysis of, and negotiations with, the Debtors and other parties in matters related to, among other things, the assumption or rejection of executory contracts and unexpired leases, the sale or other disposition of property of the Debtors' estates, the financing of other transactions, and the terms of one or more plans of reorganization or liquidation of the Debtors and accompanying disclosure statements and related plan documents;

(g) assisting and advising the Committee on its communications with the Debtors' unsecured creditors as a group regarding significant matters in these chapter 11 cases;

(h) representing the Committee at all hearings and other proceedings before the Court;

(i) reviewing and analyzing applications, orders, statements of operations, and schedules filed with the Court and advising the Committee as to their propriety and, to the extent deemed appropriate by the Committee, support, join, or object thereto;

(j) advising and assisting the Committee with respect to any legislative, regulatory, or governmental activities;

(k) assisting the Committee in its review and analysis of the Debtors' various agreements;

(l) preparing, on behalf of the Committee, any pleadings, including, without limitation, motions, memoranda, complaints, objections, or comments in connection with any matter related to the Debtors or these chapter 11 cases;

(m) investigating and analyzing any claims belonging to the Debtors' estates; and

(n) performing such other legal services as may be required or are otherwise deemed to be in the interests of the Committee in accordance with the Committee's rights, powers, and duties, as set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and other applicable law.

## PROFESSIONAL COMPENSATION

6. McDermott intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013, established by the Executive Office for the United States Trustee (the "U.S. Trustee Guidelines"), the *Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of This Court* [Docket No. 550] (the "Compensation Order"), and any other applicable procedures and orders of the Court (collectively, the "Fee Guidelines").

7. McDermott's hourly rates are subject to periodic adjustments (typically effective as of January of each year) to reflect economic and other conditions. The current standard hourly rates that McDermott charges for the services of professionals and paraprofessionals employed in its U.S. offices that may be involved in bankruptcy and restructuring matters are:

| **Title** | **2026 Standard Rates** |
|---|---|
| Partners/Counsel | $1,675–$2,795 |
| Associates | $985–$1,645 |
| Non-Lawyer Professionals | $135–$1,915 |

8. McDermott has informed the Committee that McDermott's policy is to charge its clients in all areas of practice for expenses incurred in connection with its representation of its clients. McDermott will charge for expenses in a manner and at rates consistent with charges made

generally to its other clients in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court. Such expenses include, among other things, mail and express mail charges, special or hand delivery charges, travel expenses, expenses for computerized research, and transcription costs. McDermott will maintain detailed records of actual and necessary costs and expenses incurred in connection with the legal services provided to the Committee.

9. No promises were received by McDermott, any partner, any counsel, any attorney who is "of counsel" to McDermott, or any associate of McDermott, as to compensation in connection with these chapter 11 cases, other than in accordance with the provisions of the Bankruptcy Code. Neither McDermott, nor any partner of McDermott, any counsel, any attorney who is "of counsel" to McDermott, or any associate of McDermott, has any agreement with any other entity to share with such entity any compensation received by McDermott in connection with these chapter 11 cases.

**DISINTERESTEDNESS AND DISCLOSURE OF CONNECTIONS**

10. In connection with its proposed retention by the Committee in these chapter 11 cases, McDermott undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Committee. Specifically, McDermott obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Interested Parties"), and such parties are listed on **Schedule 1** attached hereto.

11. In preparing this Declaration, through my colleagues, I submitted to McDermott's computerized client and conflict database (the "Conflict Database") an extensive list of interested parties and significant creditors (as set out on **Schedule 1,** the "Searched Parties"). The Searched

Parties were originally obtained from Debtors' counsel. An attorney then reviewed the results and removed from consideration obvious name coincidences or other "false hits." In addition, McDermott further distributed an email to all McDermott attorneys requesting that they disclose connections with the Debtors, their affiliates, the U.S. Trustee, or the Bankruptcy Court. McDermott performed this inquiry consistent with its normal and customary practices.

12. The Conflict Database maintained by McDermott is designed to include every matter on which the Firm is now and has been engaged, by which entity the Firm is now or has been engaged, and, in each instance, the identity of certain related parties and adverse parties and certain of the attorneys in the Firm that are knowledgeable about the matter. It is the policy of McDermott that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the Conflict Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties. Accordingly, McDermott maintains and systematically updates this system in the regular course of business of the Firm, and it is the regular practice of the Firm to make and maintain these records.

## REPRESENTATION OF PARTIES IN INTEREST

13. To the extent that I have been able to ascertain that McDermott has been retained within the last three years to represent any of the Searched Parties in matters unrelated to the chapter 11 cases, such facts are disclosed on **Schedule 2** attached hereto.[4] In connection with the

[4] As referenced in Schedule 2, the term "current client" (the "Current Clients") means a client to whom time was posted in the 12 months preceding July 10, 2026 (the "Retention Date"); the term "former client" means a client to whom time was posted between 12 and 36 months preceding the Retention Date, but for whom no time has been posted in the 12 months preceding the Retention Date; the term "closed client" means a client to whom time was posted in the 36 months preceding the Retention Date, but for which the client representation has been closed. As a general matter, McDermott discloses connections with former clients or closed clients for whom time was posted in the last 36 months but does not disclose connections if time was billed more than 36 months before the Retention Date.

services to be rendered to the Committee, McDermott will not commence a cause of action against any Current Client with respect to these chapter 11 cases, unless McDermott has received a waiver from the Current Client allowing McDermott to commence such an action. In connection with these chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting McDermott to participate in such action, Robinson & Cole LLP ("RC") will represent the Committee and the interests of the Debtors' unsecured creditors. McDermott is not disqualified from acting as the Committee's counsel merely because it represents certain of the Searched Parties in matters unrelated to these chapter 11 cases. McDermott submits that it is a "disinterested person," as that term is defined in Section 101(14) of the Bankruptcy Code.

14. Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, McDermott, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of New Jersey, except as disclosed on **Schedule 2** or otherwise described herein.

**CONNECTIONS WITH PARTIES REPRESENTING ONE PERCENT OR MORE OF MCDERMOTT'S REVENUES FOR 2024, 2025, OR 2026**

15. At the inception of each engagement for which a declaration is required under Bankruptcy Rule 2014, McDermott reviews the information relating to the parties involved in a bankruptcy case to determine whether any such party, together with its known related entities, were clients of McDermott and, as a result, made payments to McDermott for services rendered in the calendar year prior to the date of review that in the aggregate for each such party exceed one

percent of McDermott's total revenues for such calendar year. In connection with this Declaration, McDermott has reviewed similar information for the years 2024, 2025, and 2026.

16. Except as specifically disclosed below, McDermott's revenues for services rendered on behalf of each of the parties in interest in **Schedule 2** represent less than one percent of McDermott's annual revenue in each of calendar years 2024, 2025, and 2026.

## SPECIFIC DISCLOSURES

17. McDermott delivered a standard Regulation S exemption opinion to the Tel Aviv Stock Exchange in connection with a debenture offering by SIMAD Holdings Ltd. Such opinions are based on the type of debentures, not the issuer. McDermott's involvement was limited to delivery of the opinion. McDermott dealt exclusively with Israeli securities counsel handling the offering and had no direct dealings with the company. This is the only matter for which McDermott has represented SIMAD Holdings Ltd. The Firm's involvement in this matter was de minimis with only a single time entry of 2.5 hours in November 2025. The matter is closed and is not substantially related to work to be performed under McDermott's representation of the Committee in these chapter 11 cases. Out of an abundance of caution, (a) McDermott has established an ethical wall that restricts attorneys and paraprofessionals who rendered services on this matter from accessing documents and electronic information related to these chapter 11 cases, and (b) to the extent such matters arise during these chapter 11 cases, the Committee's co-counsel, RC, will handle any matters related to the Regulation S opinion on behalf of the Committee.

18. McDermott represented Damis Holdings LLC in connection with the United States government's review of loans obtained through the Paycheck Protection Program ("PPP") and the Economic Injury Disaster Loan program ("EIDL"). Damis Holdings LLC is a debtor in a separately administered chapter 11 case pending in this District. The engagement letter also listed

Michael Shabsels, David Shabsels, Randolph Mittasch, and Joshua Friedman as the clients, some of whom are equity holders and former officers of Damis Holdings LLC. This is the only matter for which McDermott has represented the clients. McDermott's representation was limited in nature, lasted approximately six months commencing in October 2024, and the last work date was February 2025. The lead attorney on the engagement is no longer with McDermott. Out of an abundance of caution, (a) McDermott has established an ethical wall that restricts attorneys and paraprofessionals who rendered services on behalf of the PPP Clients from accessing documents and electronic information pertaining to McDermott's representation of the Committee, and vice versa, and (b) RC will handle any matters related to those PPP and EIDL loans on behalf of the Committee.

19. I have been advised that an associate attorney at McDermott is in a relationship with an associate attorney at Cole Schotz P.C. ("Cole Schotz"), which serves as counsel to the Debtors. Although I understand the Cole Schotz associate is involved in the representation of the Debtors, the McDermott associate is not involved in McDermott's representation of the Committee.

20. Several partners at the Firm have children who attend or have attended one of the Debtors' camps, including Banner Day Camp and Camp Lavi.

## OTHER CONNECTIONS AND GENERAL DISCLOSURES

21. McDermott performed general diligence to determine any connections beyond what is disclosed in the attached schedules. McDermott may have represented in the past and/or currently or in the future may represent entities (other than parties in the attached schedules) not known currently to McDermott in matters wholly unrelated to these chapter 11 cases that may be parties in interest in these chapter 11 cases. To the extent that McDermott discovers any such

information or needs to update the information disclosed herein, McDermott will disclose such information by filing a supplemental declaration in accordance with Bankruptcy Rule 2014.

22. McDermott in the past has represented parties potentially adverse to the Debtors in matters wholly unrelated to these chapter 11 cases.

23. Certain entities owned by current or former McDermott attorneys and senior staff ("Attorney Investment Entities") have investments in funds or companies that may, directly or indirectly, be affiliated with the Debtors or one or more of their creditors, hold investments in the debt or equity securities of the Debtors or one or more of their creditors, may be adverse to the Debtors or one or more of their creditors, or conduct commercial transactions with the Debtors or one or more of their creditors (each, a "Passive Holding"). The Attorney Investment Entities are passive and have no management or other control rights in such funds or companies. Notwithstanding this, other persons may in the future assert that a Passive Holding creates, in certain circumstances, a conflict between McDermott's exercise of its independent professional judgment in rendering advice to the Committee and the financial interest of McDermott attorneys participating in the Attorney Investment Entities, and such other persons might seek to limit the Committee's ability to use McDermott to advise the Committee on a particular matter. While McDermott cannot control what a person might assert or seek, McDermott believes its judgment will not be compromised by virtue of any Passive Holding.

24. From time to time, McDermott's partners, counsel, associates, and employees may personally directly acquire a debt or equity security of the Debtors or a company which may be (or become) one of the Debtors' creditors or other parties in interest in these chapter 11 cases. McDermott has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work. In this regard,

Case 23-13359-VFP Doc 1543 Filed 07/26/23 Entered 07/26/23 15:15:40 Desc Main Document Page 11 of 17

all of McDermott's attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

## AFFIRMATIVE STATEMENT OF DISINTERESTEDNESS

25. Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) McDermott does not hold or represent any interest adverse to the interest of the Debtors' estates with respect to the matters on which McDermott is to be employed, (b) McDermott is a "disinterested person" within the meaning of Section 101(14) of the Bankruptcy Code, (c) McDermott does not represent any other entity having an adverse interest in connection with these chapter 11 cases, except as permitted under Section 1103(b) of the Bankruptcy Code, and (d) McDermott has no connection with the Debtors, their creditors, or any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the same, or any judge in the United States Bankruptcy Court for the District of New Jersey, except as disclosed or otherwise described herein.

## STATEMENT REGARDING THE U.S. TRUSTEE GUIDELINES

26. The following is provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Guidelines:

**Question 1:** Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response: No.

**Question 2:** Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response: No.

**Question 3:** If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing

rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

Response: McDermott did not represent the Committee prior to these chapter 11 cases.

**Question 4:** Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

Response: The Committee and McDermott expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, and any other orders of the Court, recognizing that in the course of these chapter 11 cases there may be unforeseeable fees and expenses that will need to be addressed by the Committee and McDermott.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: August 3, 2026

*/s/ Darren Azman*
Darren Azman
Partner
McDermott Will & Schulte LLP

Case 25-16388-CMG Doc 924 Filed 01/15/26 Entered 01/15/26 Desc Main Document Page 21 of 47

**SCHEDULE 1**

**Searched Parties**

## SIMAD Holdings – Amended Parties in Interest

**Debtors**

ROLLING HILLS OPERATINGCO LLC
ROLLING HILLS LANDCO LLC
COUNTRY ROADS OPERATINGCO LLC
COUNTRY ROADS LANDCO LLC
EAGLE'S LANDING DAY CAMP LLC
MEADOWBROOK OPERATINGCO LLC
MEADOWBROOK LANDCO LLC
MILL ROAD LANDCO LLC
SIMAD HOLDINGS LTD.
INTERMEDIATE SIMAD 1 LLC
SIMAD EQUITIES LLC
ACHIM LANDCO LLC
BAHS HOLDINGS LLC
ACHIM OPERATINGCO LLC
BAHS OPERATING INC.
BANNER LANDCO LLC
BANNER OPERATINGCO LLC
BELGRADE LAKES SUMMER CAMPS LLC
BLUESTAR LANDCO, LLC
CAMP MED-O-LARK, INC.
BLUESTAR OPERATINGCO, LLC
CHATEAUGAY LANDCO, LLC
CHATEAUGAY CAMPCO, LLC
CLUB GETAWAY OPERATINGCO, LLC
GREEN LANE OPERATINGCO, LLC
CLUB GETAWAY LANDCO, LLC
IAFALANDCO, LLC
ISLAND LAKE CAMPCO, LLC
GREEN LANE LANDCO, LLC
KIWI OPERATINGCO, LLC
GREENVILLELAND LLC
WAUKEELA OPERATINGCO LLC
IAFAOPERATINGCO, LLC
MAINEWEKEELACO, LLC
MESORHACO, LLC
ISLAND LAKE LANDCO, LLC
MOGENAVCO, LLC
LAVCO, LLC
MOHAWKCAMPCO, LLC
PINE FOREST CAMPCO, LLC
LAVLAND, LLC
POLAND CAMPCO, LLC
MALKA OPERATINGCO, LLC
RDM CAMPS, LLC

SHAB OPERATING INC.
MESORAHLAND, LLC
WASHINGTON LAKE, LLC
MOGENAVLAND LLC
WEKEELAND LLC
MOHAWKLAND LLC
WM LAND, LLC
PINE FOREST LANDCO LLC
WM CAMP, LLC
POLAND LANDCO, LLC
WAUKEELA LANDCO, LLC
SUMMIT CAMP, LLC
SHAB HOLDINGS LLC
ONE CANAL PLACE LEASING LLC
ONE CANAL PLACE REAL ESTATE LLC
QUADSTAR REALTY LLC
MOHAWK COUNTRY DAY SCHOOL, INC.

**Directors & Officers**
ADAM WEINER*
DAVID SCHREIBER*
DAVID SHABSELS*
IVAN BELLOTTO*
JACOB LABOVITZ*
JAY FREEDMAN*
JOSEPH STANSKY*
KARLA BELLOTTO*
KERRY LABOVITZ *
LAUREN POPKIN-HERSCHTHAL*
MICHAEL SHABSELS*
RONEN GABBAY*
SETH HERSCHTHAL
STACY KOTELOV*

**Bankruptcy Judges**
CHIEF JUDGE CHRISTINE M. GRAVELLE
HON. MICHAEL B. KAPLAN
HON. ANDREW B. ALTENBURG, JR.
HON. JERROLD N. POSLUSNY, JR.
HON. JOHN K. SHERWOOD
HON. MARK E. HALL
HON. ROSEMARY GAMBARDELLA
HON. STACEY L. MEISEL
HON. VINCENT F. PAPALIA
HON. EAMONN J. O’HAGAN

**<u>Separately Administered Debtors</u>**

1000 ACRES HOLDINGS, LLC
1101 EAST GLENDALE BOULEVARD REAL ESTATE LLC
1101 EAST GLENDALE BOULEVARD LEASING LLC
11200 WEST FLORISSANT AVENUE LEASING LLC
11200 WEST FLORISSANT AVENUE REALTY LLC
1133 NORTHWEST L STREET LEASING LLC
1133 NORTHWEST L STREET REAL ESTATE LLC
1135 EAST CHOCOLTE AVENUE LEASING LLC
12 CAMBRIDGE DRIVE LEASING LLC
12 CAMBRIDGE DRIVE REALTY LLC
1323 AUGUSTA WEST PARKWAY LEASING LLC
1323 AUGUSTA WEST PARKWAY REAL ESTATE LLC
1401 US HIGHWAY 49B REAL ESTATE LLC
149 EMERALD STREET LEASING LLC
149 EMERALD STREET REAL ESTATE LLC
1600 EASTCHASE PARKWAY LEASING LLC
1600 EASTCHASE PARKWAY REAL ESTATE LLC
1912 MEMORIAL DRIVE REAL ESTATE LLC
194 WASHINGTON AVENUE LEASING LLC
194 WASHINGTON AVENUE REAL ESTATE LLC
200 GREAT POND DRIVE LEASING LLC
200 GREAT POND DRIVE REAL ESTATE LLC
201 CENTRE DRIVE LEASING LLC
201 CENTRE DRIVE REAL ESTATE LLC
2195 HARLEM ROAD LEASING LLC
2195 HARLEM ROAD REAL ESTATE LLC
2203 GRAND CANAL BOULEVARD LEASING LLC
2203 GRAND CANAL BOULEVARD REAL ESTATE LLC
2302 WINDSONG DRIVE LEASING LLC
2434 SOUTH INTERSTATE 35E LEASING LLC
2434 SOUTH INTERSTATE 35E REAL ESTATE LLC
250 PROGRESSIVE LEASING LLC
250 PROGRESSIVE REAL ESTATE LLC
2547 BRINDLE DRIVE LEASING LLC
2547 BRINDLE DRIVE REAL ESTATE LLC
2974 COPPERCREEK ROAD LEASING LLC
3385 NEWMARK DRIVE LLC
3413 TITTABWASSEE ROAD LEASING LLC
3413 TITTABWASSEE ROAD REAL ESTATE LLC
348 MORRIS AVENUE REAL ESTATE LLC
400 GREENS ROAD LEASING LLC
400 GREENS ROAD REAL ESTATE LLC
4200 PARK AVENUE LEASING LLC
4238 BAY ROAD LEASING LLC
4238 BAY ROAD REAL ESTATE LLC

Exhibit A Page 25 of 47

44 SOUTHPOINT DRIVE LEASING LLC
45 COMMERCE DRIVE LEASING LLC
45 COMMERCE DRIVE REAL ESTATE LLC
4650 WESTWAY PARK BOULEVARD LEASING LLC
4650 WESTWAY PARK BOULEVARD REAL ESTATE LLC
4800 USH 280 LEASING LLC
4800 USH 280 REAL ESTATE LLC
5707 MACCORKLE AVENUE LEASING LLC
5707 MACCORKLE AVENUE REAL ESTATE LLC
7335 GLADIOLOUS LLC
771 CORPORATE DRIVE LEASING LLC
771 CORPORATE DRIVE REAL ESTATE LLC
830 COUNTY ROAD 64 LEASING LLC
830 COUNTY ROAD 64 REAL ESTATE LLC
90 PLEASANT VALLEY STREET LEASING LLC
90 PLEASANT VALLEY STREET REAL ESTATE LLC
BELMON APARTMENT PARTNERS LLC
CATSKILL WINE AND FOOD FESTIVAL LLC
DAMIS HOLDINGS LLC
DAMIS VENTURE LLC
DASMAS LANDCO LLC
EAST HARTFORD PROPERTIES LEASING LLC
EAST HARTFORD PROPERTIES REAL ESTATE LLC
FAIRPLAIN PLAZA LEASING LLC
FAIRPLAIN PLAZA REAL ESTATE LLC
HIGHLAND PARK PARTNERS LLC
MATTESON CENTER LEASING LLC
MATTESON CENTER REAL ESTATE LLC
MONTCLAIR CONDO HOLDINGS LLC
OKLAHOMA WILSHIRE LOFTS LEASING LLC
OKLAHOMA WILSHIRE LOFTS REAL ESTATE LLC
ROCKING HORSE RANCH LANDCO LLC
ROCKING HORSE RANCH OPERATINGCO LLC
SECONDARY PARAGOULD LLC
SIMAD HOLDINGS LLC
SIMAD VENTURE LLC
SOUTH LOOP WEST LEASING LLC
SOUTH LOOP WEST REAL ESTATE LLC
SOUTHWEST OHIO ASSOCIATES LLC
SPLASHDOWN BEACH LANDCO LLC
SPLASHDOWN BEACH OPERATINGCO LLC
STONY CREEK OPERATING CO, LLC
TURNPIKE ROAD HOLDINGS LLC
WG OPERATINGCO LLC
WOODLANDS EAGLE TIMBER LEASING LLC

**Bankruptcy Professionals**
ASSAF RAVID
COLE SCHOTZ P.C.
FAEGRE DRINKER BIDDLE & REATH LLP
PASHMAN STEIN WALDER HAYDEN P.C.
KIRKLAND & ELLIS LLP
DANIEL Y. SASSON
FTI CONSULTING, INC.
KROLL RESTRUCTURING ADMINISTRATION
MIKEWORLDWIDE
M3 PARTNERS
ROBINSON & COLE LLP

**Banks/Lenders/Administrative Agents**
ACE FUNDING SOURCE LLC
ASEND BANK
AGILE CAPITAL FUNDING, LLC
AGILE LENDING, LLC
AMERICAN CHOICE CAPITAL LLC
AUSTIN BUSINESS FINANCE, LLC
BANK IOWA
BANK OF AMERICA
BANK OF CLARK COUNTY
BANK OF NEW HAMPSHIRE
BARZELL
BEACON BANK
BLOC FUNDINGBYLINE BANK
CASHERA PRIVATE CREDIT INC.
CHASE BANK
CLEARVIEW FUNDING GROUP
COMMUNITY BANK
E ADVANCE SERVICES LLC
ENTERGY
FAIRPARK CAPITAL LLC
FINWISE BANK (MULLIGAN FUNDING)
FIRST CITIZENS BANK
FIRST FINANCIAL BANK
FUNDERS WEST
FUNDING CLUB LLC
HOMETRUST BANK
IOU FINANCIAL
KETA CONSTRUCTION COMPANY
LIBERTAS
LIFETIME FUNDING LLC D/B/A LIFETIME FUNDING
LNS GROUP LLC D/B/A/ LNS GROUP
THE MERCHANT MARKETPLACE HOLDINGS CORP.

METROPOLITAN PARTNERS GROUP MANAGEMENT, LLC
METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC
MISHMERET TRUST COMPANY LTD
NBT BANK
NORWAY SAVINGS BANK
NEWCO CAPITAL GROUP VI LLC
OCEAN FUNDING CORP.
OPTIMUM LENDING PARTNERS
ORCAFUNDING LLC
PCSB
PROVIDENT BANK
RAMP BANK
REDSTONE ADVANCE INC
TIDEWAY
TD BANK
TRANSPARENCY ADVANCE D/B/A NITRO ADVANCE LLC
UNION BANK
VAULT 26 CAPITAL LLC
WAYNE BANK
WYNWOOD CAPITAL GROUP LLC

**Creditors' Committee Members**
SMALLER EARTH GROUP dba CAMP LEADERS
AMERICAN INSTITUTE FOR FOREIGN STUDY INC. DBA CAMP AMERICA
TAVEZIO
CAMP SPECIALISTS LTD
KELLY SMITH BROWN, INDIVIDUALLY

**Equity Holders**
EZRIEL FRANKEL
MARK SHER
STACY KOTELOV
LAUREN POPKIN-HERSCHTHAL
ADAM WEINER
JAY FREEDMAN
IVAN BELLOTTO
KARLA BELLOTTO
JOSEPH STANSKY
RONEN GABBAY
DAVID SHABSELS
MICHAEL SHABSELS
GLYNIS CONYER
ALAN SMITH
BETON HOLDINGS LLC
JACOB LABOVITZ
KERRY LABOVITZ

**Insurers**
ALLIANZ GLOBAL CORPORATE & SPECIALTY
BROWN & BROWN OF GARDEN CITY, INC.
CHURCH MUTAL INSURANCE
FEDERAL INSURANCE COMPANY
MIDVALE INDEMNITY COMPANY
PHILADELPHIA INDEMNITY INSURANCE COMPANY
RSG UNDERWRITING
THE HARTFORD INSURANCE GROUP
THE TRAVELERS INDEMNITY COMPANY

**Proposed Acquiror**
CAMP ACHIM LLC

**Taxing Authorities/ Governmental/ Regulatory Agencies**
COMMONWEALTH OF PENNSYLVANIA
STATE OF NEW JERSEY DEPT OF LABOR A
CCH INCORPORATED
ANDERSEN TAX HOLDINGS LLC
CHESTER COUNTY TREASURER
CITY OF BETHLEHEM
INTERNAL REVENUE SERVICE
NEW YORK DEPT OF STATE
WAKE COUNTY REVENUE DEPT
COMMONWEALTH OF PENNSYLVANIA
HELLO BEE LLC
NORTH CAROLINA DEPARTMENT OF LABOR OSHA
WEST GOSHEN TOWNSHIP
SAN FRANCISCO TAX COLLECTOR
N.C. DEPARTMENT OF REVENUE
COMMONWEALTH OF PENNSYLVANIA
NORTH CAROLINA DEPT OF
DELAWARE DEPT OF LABOR
SPRINGFIELD TOWNSHIP
TREASURER LOWER MARION
EDGECOMBE COUNTY TAX COLLECTOR
ANDERSEN TAX LLC
PENNSYLVANIA HAZARDOUS MATERIAL
GALAXY US OPCO INC.
NORTH CAROLINA DEPARTMENT OF REVENUE
PENNSYLVANIA DEPARTMENT OF REVENUE
NEW HAMPSHIRE DIVISION OF EMERGENCY SERVICES AND COMMUNICATIONS
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
NORTH CAROLINA DEPARTMENT OF REVENUE

ILLINOIS DEPARTMENT OF REVENUE
MAINE REVENUE SERVICES
TOWN OF FRANCONIA
WAKE COUNTY REVENUE DEPARTMENT
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
PHILADELPHIA DEPARTMENT OF REVENUE
CITY OF BETHLEHEM
NYC DEPARTMENT OF FINANCE
CONNECTICUT DEPARTMENT OF REVENUE
MAINE REVENUE SERVICES
PENNSYLVANIA DEPARTMENT OF REVENUE
WAKE COUNTY REVENUE DEPARTMENT
CITY OF BETHLEHEM
ILLINOIS DEPARTMENT OF REVENUE,
NEW JERSEY DIVISION OF TAXATION,
NYS SALES TAX PROCESSING,
NORTH CAROLINA DEPARTMENT OF REVENUE
PA DEPARTMENT OF REVENUE
CITY OF BETHLEHEM
WEST GOSHEN
MECKLENBURG COUNTY
ANDERSEN TAX HOLDINGS LLC
ANDERSEN TAX LLC
ILLINOIS DEPT. OF REVENUE
MAINE REVENUE SERVICES
LANCASTER COUNTY
CITY OF PHILADELPHIA – DEPARTMENT OF REVENUE
NORTH CAROLINA DEPT. OF REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
PENNSYLVANIA DEPT. OF REVENUE
(EASTERN) LEBANON COUNTY TREASURER
NORTH CAROLINA DEPARTMENT OF REVENUE
CITY OF PHILADELPHIA – DEPARTMENT OF REVENUE
COCALICO SCHOOL DISTRICT
DURHAM COUNTY, NC
PENNSYLVANIA DEPARTMENT OF REVENUE
COCALICO SCHOOL DISTRICT
NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
(EASTERN) LEBANON COUNTY TREASURER
ILLINOIS DEPARTMENT OF REVENUE
NEW JERSEY DIVISION OF TAXATION
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
NORTH CAROLINA DEPT. OF REVENUE
(EASTERN) LEBANON COUNTY TREASURER

NEW JERSEY DIVISION OF TAXATION
CONNECTICUT DEPT. OF REVENUE SERVICES
ILLINOIS DEPARTMENT OF REVENUE
PENNSYLVANIA DEPT. OF REVENUE
NEW JERSEY DIVISION OF TAXATION
MAINE REVENUE SERVICES
ILLINOIS DEPARTMENT OF LABOR
STATE OF MAINE ATTORNEY GENERAL
CONNECTICUT DEPARTMENT OF LABOR
SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE
STATE OF DEPARTMENT OF ENVIRONMENTAL PROTECTION
STATE OF NEW JERSEY UNCLAIMED PROPERTY DIVISION
MAINE DEPARTMENT OF THE SECRETARY OF STATE
STATE OF DEPARTMENT OF ENVIRONMENTAL CONSERVATION
ENVIRONMENTAL PROTECTION AGENCY
STATE OF NEW YORK ATTORNEY GENERAL
NORTH CAROLINA DEPARTMENT OF THE SECRETARY OF STATE
EEOC PHILADELPHIA DISTRICT OFFICE
ENVIRONMENTAL PROTECTION AGENCY
STATE OF CONNECTICUT UNCLAIMED PROPERTY DIVISION
STATE OF NORTH CAROLINA UNCLAIMED PROPERTY PROGRAM
SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE
STATE OF NORTH CAROLINA ATTORNEY GENERAL
MAINE SECRETARY OF STATE
SECRETARY OF STATE-ILLINOIS
STATE OF ILLINOIS ATTORNEY GENERAL
DELAWARE SECRETARY OF STATE
SECRETARY OF STATE NEW JERSEY
DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE
NORTH CAROLINA SECRETARY OF STATE
STATE OF CONNECTICUT ATTORNEY GENERAL
ENVIRONMENTAL PROTECTION AGENCY
STATE OF NORTH CAROLINA ATTORNEY GENERAL
STATE OF PENNSYLVANIA ATTORNEY GENERAL
STATE OF PENNSYLVANIA BUREAU OF CONSUMER PROTECTION
NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION
SECRETARY OF STATE NORTH CAROLINA
NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION
SECRETARY OF STATE-ILLINOIS INTERNAL REVENUE SERVICE
UNITED STATES ENVIRONMENTAL AND PROTECTION AGENCY REGION 2 RCRA PROGRAMS BRANCH
UNITED STATES ENVIRONMENTAL AND PROTECTION AGENCY BUREAU OF SOLID WASTE MANAGEMENT
ILLINOIS SECRETARY OF STATE
STATE OF ILLINOIS ATTORNEY GENERAL
EEOC NEW YORK DISTRICT OFFICE

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
STATE OF ILLINOIS UNCLAIMED PROPERTY DIVISION
ILLINOIS SECRETARY OF STATE
NORTH CAROLINA DEPARTMENT OF LABOR
NEW YORK DEPARTMENT OF LABOR
STATE OF MAINE ATTORNEY GENERAL
STATE OF NEW YORK CONSUMER PROTECTION DIVISION
DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE
PENNSYLVANIA DEPARTMENT OF LABOR AND INDUSTRY
STATE OF CONNECTICUT CONSUMER PROTECTION DIVISION
ILLINOIS SECRETARY OF STATE
EEOC BUFFALO LOCAL OFFICE
EEOC PITTSBURGH AREA OFFICE
PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION
STATE OF CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION (DEEP)
STATE OF MAINE UNCLAIMED PROPERTY DIVISION
EEOC NEWARK AREA OFFICE
STATE OF PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTECTION
SECRETARY OF STATE CONNECTICUT
NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN RESOURCES
SECRETARY OF STATE PENNSYLVANIA
SECRETARY OF STATE NEW YORK
STATE OF NEW YORK UNCLAIMED PROPERTY DIVISION
STATE OF PENNSYLVANIA UNCLAIMED PROPERTY DIVISION
STATE OF NEW JERSEY ATTORNEY GENERAL
NEW JERSEY DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
STATE OF NEW JERSEY CONSUMER AFFAIRS DIVISION
MAINE DEPARTMENT OF LABOR
DURHAM COUNTY ENGINEERING AND ENVIRONMENTAL SERVICES UTILITIES DIVISION
COLORADO DEPARTMENT OF REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE
HARTFORD DEPARTMENT OF REVENUE SERVICES
DISTRICT OF COLUMBIA
CITY OF GREENVILLE
D.C. OFFICE OF TAX & REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
GREELEY SALES TAX DIVISION
D.C. OFFICE OF TAX & REVENUE
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
CONNECTICUT DEPT. OF REVENUE SERVICES
STATE OF CONNECTICUT ATTORNEY GENERAL
OFFICES OF THE UNITED STATES ATTORNEYS
WASHINGTON DC ATTORNEY GENERAL

WAYNE COUNTY, PA COUNTY CONSUMER PROTECTION AGENCY
WESTCHESTER COUNTY, NY COUNTY CONSUMER PROTECTION AGENCY
PUTNAM COUNTY, NY COUNTY CONSUMER PROTECTION AGENCY
WASHINGTON COUNTY, PA COUNTY CONSUMER PROTECTION AGENCY
CITY OF GREELEY TAX DEPARTMENT
CITY OF HARTFORD
CITY OF KENT
CITY OF GREENVILLE
COLORADO DEPARTMENT OF REVENUE
DC OFFICE OF FINANCE AND TREASURY
CITY OF WASHINGTON
CONNECTICUT OFFICE OF THE TREASURER
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
CITY OF LAKEWOOD-FINANCE DEPT.
GREENVILLE BOROUGH TAX COLLECTOR
CONNECTICUT COMMISSIONER OF REVENUE SERVICES
SOUTH STRABANE TOWNSHIP
NORTH FRANKLIN TOWNSHIP
TOWN OF WINDSOR
WAYNE COUNTY, PA AUDITOR
WASHINGTON TOWNSHIP TREASURER
NORTH FRANKLIN TOWNSHIP
TOWN OF BERLIN
THE DC OFFICE OF TAX AND REVENUE
WASHINGTON COUNTY TREASURER
TOWN OF HAMDEN
MONMOUTH COUNTY NJ COUNTY CONSUMER PROTECTION AGENCY
CONNECTICUT DEPARTMENT OF REVENUE SERVICES
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK WHITE PLAINS
TOWN OF CATSKILL
TOWN OF THOMPSON
TOWN OF LAKE FOREST
HENDERSONVILLE COUNTY
TOWN OF MERRILL
MANALAPAN TOWNSHIP
BRUNSWICK TOWNSHIP
BURLINGHAM TOWN
GREEN LANE BOROUGH
FRYEBURG TOWN OFFICE
STARRUCCA BOROUGH TAX COLLECTOR
GLEN SPEY TOWN
LONG VALLEY
TOWN OF GUILFORD
SWAN LAKE
TOWN OF BELGRADE

Case 26-16888-CMG Doc 1543 Filed 11/13/26 Entered 11/13/26 17:05:34 Desc Exhibit A Page 411 of 489

TOWN OF POLAND
TOWN OF EATON

**U.S. Trustee Office**
ADELA ALFARO
ANGELIZA ORTIZ-NG
DANIEL C. KROPIEWNICKI
DAVID GERARDI
FRAN B. STEELE
FRANCYNE D. ARENDAS
JAMES STIVES
JEFFREY SPONDER
KIRSTEN K. ARDELEAN
LAUREN BIELSKIE
MICHAEL ARTIS
PETER J. D’AURIA
RACHEL WOLF
SAMANTHA LIEB
SAVANNA CRUZ
TIA GREEN
TINA L. OPPELT
WILLIAM J. ZIEMER

**Utilities**
8X8, INC.
AMPION
ARCHIE’S INC.
AT&T WIRELESS
AXIOM
BANNON’S SANITATION
BLUE RIDGE
CASELLA WASTE
CASELLA WASTE / PINE TREE
CASSELLA
CASTELLA WASTE
CENTRAL MAINE POWER
CENTRAL MAINE POWER
CENTRAL MAINE POWER (CMP)
COMCAST
COMCAST BUSINESS
COMCAST/XFINITY
COMED
CON EDISON
CONSOLIDATED EDISON
DIRECT FIBER
DUMPSTER NORTH CONWAY INCINERATOR

ELECTRIC CENTRAL MAINE POWER
EVERSOURCE
EVERSOURCE ENERGY
FERREL GAS
FIRMSTONE OIL
FIRST ENERGY (PENELEC)
FIRST LIGHT
FIRSTLIGHT FIBER
FOURLEAF VOICE
FOWLER
GAS DEAD RIVER COMPANY
GORDONS CORNER
GRANITE STATE COMMUNICATIONS
GREGORY'S DISPOSAL
HELIX TELECOM INC.
HIGHHOUSE ENERGY
INTERNET/PHONES CAMP
JCP&L
JCPL
MAINE WATER CO
NEWTEL
NJNG
NORTH SHORE GAS
NYSEG
OOMA
OPTIMUM
OPTIMUM CABLE
ORANGE & ROCKLAND
PECO
PENELEC
PENELEC (FIRST ENERGY)
PPL
PSE&G
REPUBLIC SERVICES
RINGCENTRAL
SANICO
SIPTRUNK
SLIC
SOUTH BRUNSWICK WATER UTILITY
SPECTRUM
SPECTRUM BUSINESS
SPECTRUM MOBILE
STARLINK
SUBURBAN PROPANE
TELESYS AND STARLINK
THOMPSON SANITATION

TOWN OF GREENBURGH
TOWN OF HILLSBOROUGH
UBIQUITI
UNIFI PROTECT
VERIZON
VERIZON BUSINESS
VERIZON WIRELESS VONAGE
WASTE MANAGEMENT
WASTE MANAGEMENT
WASTE MANAGEMENT OF NEW HAMPSHIRE
WASTE MANAGEMENT OF NEW JERSEY, INC.
WELSH SANITATION SERVICE
WIN WASTE INNOVATIONS
ZOOM

**Vendors**
ABBIE SOPHIA, LLC
AIFS CAMP AMERICA
AMUSEMENT SUPPLY CO
B&B ELECTRIC, LLC
BD CAMP TRIPS
BERNAS CONSTRUCTION LLC
BMA CONTRACTING, INC
BROWN COACH, INC.
CAMP LEADERS (SMALLER EARTH LIMITED)
CAROLINA GOLF CARS
CAROLINA LANDSCAPE MANAGEMENT
CBH ELECTRIC INC
COUNTY LINE SHEDS
CRUSTERS
CUSTOM POOLS & SPAS
DRISCOLL FOODS
FRANKEL DISPOSABLES B
FRANKEL DISPOSABLES G
GZA INC.
HALES BUS GARAGE
HOFFMAN PRODUCTIONS, INC
HOME DEPOT CREDIT SERVICES
IENA
IVY OAKS
IVY OAKS ANALYTICS
JOHN ROSS, INC
KOSHERLINE LLC
LOWE’S
MTC DJ SERVICE
NYSIF WORKERS’ COMPENSATION

OXFORD HEALTH PLANS
POLJAK ASSOCIATES
POND HILL RANCH
ROYAL KOSHER B
RYCHIK DESIGN & CONSTRUCTION CO., INC.
SIMPLY SUSHI
TRI STATE BUSSING LLC
UPSTATE DAIRY/ GOLDEN FLOW- BOYS KITCHEN
WATERMARK LANDSCAPE ARCHITECTURE
WYDE LUMBER & SUPPLY

# SCHEDULE 2

## Current, Former, and Closed Clients

## <u>CURRENT[1] CLIENTS[2]</u>

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a McDermott Client |
|---|---|
| Allianz Global Corporate & Specialty | Allianz Resolution Management |
| Bank of America | Bank of America |
| Blue Ridge | Blue Ridge Capital, L.L.C. |
| Chase Bank | JPMorgan Chase Bank N.A. |
| Comcast/Xfinity | Comcast Corporation |
| Entergy | Johnson Controls International Plc (Entergy Security Corporation is a subsidiary) |
| First Citizens Bank | First-Citizens Bank & Trust Company |
| FTI Consulting, Inc. | FTI Consulting, Inc. |
| Home Depot Credit Services | Home Depot, Inc. |
| IOU Financial | IOU Financial |
| Jay Freedman | Fidelity Investments (Jay Freedman is a client contact) |
| Kirkland & Ellis LLP | Kirkland & Ellis |
| Kroll Restructuring Administration | Kroll LLC |
| Optimum | Captive Resources LLC / Optimum Insurance Ltd. |
| PPL | PPL LLC |
| Spectrum; Spectrum Mobile | Charter Communications; Spectrum |
| Waste Management; Waste Management of New Hampshire; Waste Management of New Jersey, Inc. | Waste Management Inc. |

[1] The term "current client" means a client to whom time was posted in the 12 months preceding July 10, 2026, the date that the Committee selected McDermott as its proposed counsel.

[2] McDermott may currently represent or have previously represented certain affiliates of the entities disclosed herein, and the disclosure is accordingly broad in scope.

## FORMER[1] CLIENTS

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that was a Former McDermott Client |
|---|---|
| TD Bank | TD Wealth; TD Bank, N.A. |
| First Financial Bank | First Financial Bank |

[1] The term "former client" means a client to whom time was posted between 12 and 36 months preceding July 10, 2026, the date that the Committee selected McDermott as its proposed counsel, but for whom no time has been posted in the 12 months preceding July 10, 2026.

**<u>CLOSED[1] CLIENTS</u>**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity that is a Closed McDermott Client |
|---|---|
| Michael Shabsels; David Shabsels | Michael Shabsels (a/k/a Michael Shabsels, David Shabsels, Randolph Mittasch, Joshua Friedman, and Damis Holdings LLC) |
| Verizon; Verizon Wireless | Verizon Wireless, Inc. |
| Andersen Tax LLC | Andersen Tax LLC |
| Eversource | Eversource Energy |

1 The term "closed client" means a client to whom time was posted in the 36 months preceding July 10, 2026, the date the Committee selected McDermott as its proposed counsel, but for which the client representation has been closed.

# EXHIBIT C

## Smith Brown Declaration

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*, | Case No.: 26-16388 (CMG) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF**
**KELLY SMITH BROWN**
**IN SUPPORT OF THE APPLICATION**
**OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS TO RETAIN AND EMPLOY MCDERMOTT**
**WILL & SCHULTE LLP AS COUNSEL EFFECTIVE JULY 10, 2026**

I, Kelly Smith Brown, declare that the following statements are true and correct to the best of my knowledge after due inquiry as described herein.

1. I am over the age of 21 and I serve as the Chair of the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). I am, in all respects, competent and authorized under the Bylaws to make this declaration in support of the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of McDermott Will & Schulte LLP as Counsel Effective as of July 10, 2026* (the "Application").[2]

2. I have reviewed and am familiar with the contents of the Application, as well as the Azman Declaration, which is attached to the Application as **Exhibit B**. Except as otherwise noted,

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

I have personal knowledge as to all the information set forth below. I submit this Declaration solely in my capacity as Chair of the Committee.

3. This Declaration is provided pursuant to D.2 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases,* effective as of November 1, 2013 (the "U.S. Trustee Guidelines") promulgated by the Office of the United States Trustee (the "U.S. Trustee"). I am informed by McDermott that the U.S. Trustee Guidelines require that any application for employment of an attorney under Sections 327 or 1103 of the Bankruptcy Code be accompanied by a verified statement from the client that addresses the following:

a. The identity and position of the person making the verification.

b. The steps taken by the client to ensure that the applicant's billing rates and material terms for the engagement are comparable to the applicant's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

c. The number of firms the client interviewed.

d. If the billing rates are not comparable to the applicant's billing rates for other non-bankruptcy engagements and to the billing rates of other comparably skilled professionals, the circumstances warranting the retention of that firm.

e. The procedures the client has established to supervise the applicant's fees and expenses and to manage costs.

4. McDermott was selected by the Committee as its counsel on July 10, 2026, after the Committee interviewed RC as well as three other law firms. As a member of the Committee, I was directly involved in the Committee's decision to select McDermott as its counsel in these chapter 11 cases and actively participated in negotiating the terms of McDermott's employment together with other members of the Committee.

5. I understand that McDermott has extensive experience in and knowledge of complex chapter 11 matters and has represented official and unofficial committees, debtors, and other primary case parties in numerous complex and prominent chapter 11 bankruptcy cases in recent years, including cases in this jurisdiction. For these reasons, the Committee believes McDermott possesses the requisite knowledge and expertise in the areas of law relevant to these chapter 11 cases and is well qualified to represent the Committee as its counsel.

6. I and other members of the Committee have reviewed McDermott's standard rates for bankruptcy services, as set forth in the Application. Based upon representations made to the Committee by McDermott, I understand that those rates are consistent with McDermott's rates for comparable non-bankruptcy engagements and the billing rates and terms of other comparably skilled firms for providing similar services. Based on these representations, the Committee members' experience in both the bankruptcy field and in other fields in which the Debtors operate, and the information learned through the counsel interview process, the Committee believes these rates are reasonable.

7. In addition, I am advised that McDermott's hourly rates are subject to annual adjustments in January of each year to reflect economic and other conditions. I am further advised that, pursuant to ABA Formal Ethics Opinion 11-458, "periodic, incremental increases in a lawyer's regular hourly billing rates are generally permissible if such practice is communicated clearly to and accepted by the client at the commencement of the client-lawyer relationship and any periodic increases are reasonable under the circumstances." I am further advised that, pursuant to ABA Formal Ethics Opinion 11-458, "the client need not agree to pay the modified fee to have the lawyer continue the representation." McDermott disclosed to the Committee its rates in effect

as of July 2026. If McDermott seeks to adjust its rate structure, the Committee expressly reserves the right to reject such modification.

8. I understand that McDermott's fees and expenses will be subject to review, comment, and objection (if warranted) by parties-in-interest and are subject to Court approval, including pursuant to interim and final fee applications that McDermott will file with the Court.

9. In addition to the fee application process and Court approval, I and/or the other members of the Committee will monitor McDermott's interim fee applications to ensure that the fees and expenses requested are reasonable and the corresponding services were necessary or beneficial to the Debtors' estates and the Committee. McDermott may amend and supplement its budget and staffing plan as these chapter 11 cases develop to reflect changed circumstances and unanticipated developments in a timely fashion. If the Committee has an objection to any fees and expenses requested by McDermott that cannot be resolved to the Committee's satisfaction informally, McDermott has informed me that it will file a notice of objection on the Committee's behalf. In so doing, I understand that McDermott reserves all rights to contest any such objection raised to the allowance or payment of its requested fees and expenses, and the Committee reserves the right to retain conflicts counsel to prosecute any such objection to the extent it cannot be resolved informally by the parties.

10. Nothing contained in this Declaration is intended to (a) limit McDermott's ability to request allowance and payment of fees and expenses pursuant to Sections 330 and 331 of the Bankruptcy Code and the Compensation Order, (b) restrict McDermott's right to defend any objection raised to the allowance or payment of such fees, or (c) prevent the Committee from formally opposing any fees or expenses requested by McDermott, including retaining conflicts counsel, if necessary, to prosecute any such fee objection.

11. The facts set forth in this Declaration are based upon my personal knowledge, my review of the relevant documents, information provided to me or verified by McDermott, and my personal opinion based upon my experience, knowledge, and information provided to me. I am authorized to submit this Declaration as Chair of the Committee, and, if called upon to testify, I would testify competently to the facts set forth herein.

12. Based on the foregoing, the Committee is of the opinion that it is necessary to retain and employ McDermott as its counsel, effective as of July 10, 2026, and that such retention and employment is in the best interests of the Debtors' estates.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2026

*/s/ Kelly Smith Brown*
Kelly Smith Brown, solely in my capacity as the Chair of the Official Committee of Unsecured Creditors of SIMAD Holdings Ltd., *et al.*

# <u>EXHIBIT B</u>

## Invoice

**INVOICE**

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee
Joshua Cohen, Chair of Committee
One Vanderbilt Ave
New York, NY 10017

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

## Remittance Copy

### Billing for services rendered through 10/31/2026

**Confidential, protected by attorney-client privilege and work product doctrine**

0011 SIMAD-Rolling Hills Official Committee

| | |
|---|---|
| Total Services | $ 848,670.00 |
| Total Costs and Other Charges Posted Through Billing Period | 348.24 |
| **Total This Invoice** | **$ 849,018.24** |

| **Invoice** | **Date** | |
|---|---|---|
| 4703432 | 08/28/2026 | 277,630.95 |
| 4714788 | 09/24/2026 | 237,589.10 |
| 4728129 | 10/26/2026 | 221,346.00 |

| | |
|---|---|
| Total Outstanding Balance | 736,566.05 |
| Total Balance Due | $ 1,585,584.29 |

McDermott Will & Schulte LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer/ACH Instructions:**
McDermott Will & Schulte LLP
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mcdermottlaw.com
Fax Remittance to: +1 312 277 8755

**E-Check Payment Instructions:**
https://www.e-billexpress.com/ebpp/MWE

**Mail Payment To:**
McDermott Will & Schulte LLP
P.O. Box 931464
Atlanta, GA 31193-1464

*McDermott rarely will change its routing instructions. If you receive a communication instructing you that there has been a change in our routing instructions, call 312.899.7156 or email wire@mcdermottlaw.com to verify that change.*

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

McDermott Will & Schulte

# INVOICE

Rolling Hills Landco Creditors' Committee
Joshua Cohen, Chair of Committee
One Vanderbilt Ave
New York, NY 10017

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

## Client Copy

**Billing for services rendered through 10/31/2026**

**Confidential, protected by attorney-client privilege and work product doctrine**

0011 SIMAD-Rolling Hills Official Committee

| | |
|---|---|
| Total Services | $ 848,670.00 |
| Total Costs and Other Charges Posted Through Billing Period | 348.24 |
| **Total This Invoice** | **$ 849,018.24** |

| Invoice | Date | |
|---|---|---|
| 4703432 | 08/28/2026 | 277,630.95 |
| 4714788 | 09/24/2026 | 237,589.10 |
| 4728129 | 10/26/2026 | 221,346.00 |

McDermott Will & Schulte LLP is a cash basis partnership with a December 31st year-end. Consequently, receipt of your payment for this statement before year-end would be appreciated.

To avoid possible delays in the mail, we would appreciate your wire transferring the funds using the following information (include your client, matter, and statement numbers). If you prefer, you can mail payment to your local office.

**Wire Transfer/ACH Instructions:**
McDermott Will & Schulte LLP
Citibank, N.A.
ABA #: 021000089
Account #: 30525705
E-mail Remittance to: wire@mcdermottlaw.com
Fax Remittance to: +1 312 277 8755

**E-Check Payment Instructions:**
https://www.e-billexpress.com/ebpp/MWE

**Mail Payment To:**
McDermott Will & Schulte LLP
P.O. Box 931464
Atlanta, GA 31193-1464

*McDermott rarely will change its routing instructions. If you receive a communication instructing you that there has been a change in our routing instructions, call 312.899.7156 or email wire@mcdermottlaw.com to verify that change.*

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| | |
|---|---|
| Total Outstanding Balance | 736,566.05 |
| Total Balance Due | $ 1,585,584.29 |

McDermott Will & Schulte

Invoice: 4738909 11/15/2026
Client: 153076

Rolling Hills Landco Creditors' Committee
Joshua Cohen, Chair of Committee
One Vanderbilt Ave
New York, NY 10017

For Services Rendered in Connection with:

Matter: 0011 SIMAD-Rolling Hills Official Committee

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 10/01/26 | Case Administration R. Biblo Block | 0.20 | 330.00 | Review work in process list and related trackers and emails (.2). |
| B110 10/01/26 | Case Administration R. Wang | 1.90 | 1,871.50 | Correspond with MWS team re case calendar (.1); analyze and draft docket filing summaries for R. Biblo Block (1.7); circulate same to committee advisors (.1). |
| B110 10/01/26 | Case Administration N. Alindogan | 0.40 | 364.00 | Update case calendar and key dates tracker (.3); update external listserv (.1). |
| B110 10/02/26 | Case Administration J. Gorodetsky | 0.20 | 128.00 | Prepare received production for external transmission (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 10/02/26 | Case Administration R. Biblo Block | 0.30 | 495.00 | Review work in process list and related trackers and emails (.3). |
| B110 10/02/26 | Case Administration R. Wang | 1.10 | 1,083.50 | Analyze docket filings (.7); draft summary re same (.3); correspond with N. Alindogan re case calendar (.1). |
| B110 10/03/26 | Case Administration R. Wang | 0.10 | 98.50 | Correspond with committee advisors re case updates (.1). |
| B110 10/04/26 | Case Administration R. Biblo Block | 0.20 | 330.00 | Review correspondence re work in process (.2). |
| B110 10/05/26 | Case Administration R. Biblo Block | 0.20 | 330.00 | Review correspondence re open workstreams (.2). |
| B110 10/05/26 | Case Administration R. Wang | 1.30 | 1,280.50 | Correspond with committee advisors re case developments (1.3). |

McDermott Will & Schulte

| | |
|---|---|
| Rolling Hills Landco Creditors' Committee | Client: 153076<br>Invoice: 4738909<br>Invoice Date: 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110<br>10/06/26 | Case Administration<br>R. Wang | 0.50 | 492.50 | Correspond with committee advisors re case developments (.1); review additional docket updates and draft summary (.3); send docket summary after MWS team review (.1). |
| B110<br>10/07/26 | Case Administration<br>R. Biblo Block | 0.20 | 330.00 | Review work-in-process correspondence (.2). |
| B110<br>10/07/26 | Case Administration<br>R. Wang | 0.60 | 591.00 | Review key dates for case calendar and correspond with MWS team re revisions (.1); draft docket updates for committee advisors (.5). |
| B110<br>10/07/26 | Case Administration<br>N. Alindogan | 0.20 | 182.00 | Update case calendar and key dates tracker (.2). |
| B110<br>10/08/26 | Case Administration<br>R. Wang | 0.60 | 591.00 | Draft docket update summaries (.4); review and correspond re case calendar (.2). |
| B110<br>10/08/26 | Case Administration<br>N. Alindogan | 0.20 | 182.00 | Update case calendar (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 10/09/26 | Case Administration R. Biblo Block | 0.80 | 1,320.00 | Review correspondence re work in process (.3); conference with C. Dingman re same (.3); conference with K. Going re same (.2). |
| B110 10/09/26 | Case Administration N. Alindogan | 0.20 | 182.00 | Update critical dates tracker and case calendar (.2). |
| B110 10/09/26 | Case Administration R. Wang | 2.20 | 2,167.00 | Draft docket update summaries (2.1); correspond with MWS team re case calendar (.1). |
| B110 10/12/26 | Case Administration R. Biblo Block | 0.50 | 825.00 | Review correspondence re work in process (.3); conference with C. Dingman re same (.2). |
| B110 10/12/26 | Case Administration N. Alindogan | 0.20 | 182.00 | Revise case calendar re upcoming dates (.2). |
| B110 10/12/26 | Case Administration R. Wang | 1.40 | 1,379.00 | Draft docket update for committee advisors (.5); review and correspond re case calendar (.1); revise work-in-process tracker for latest case deadlines and developments (.8). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 10/13/26 | Case Administration R. Biblo Block | 0.20 | 330.00 | Review correspondence re workstreams (.2). |
| B110 10/13/26 | Case Administration R. Wang | 1.70 | 1,674.50 | Draft docket update summaries (.6); correspond with committee advisors re same (1.1). |
| B110 10/14/26 | Case Administration R. Biblo Block | 0.30 | 495.00 | Review correspondence re work in process (.1); review bankruptcy case docket (.1); correspond with R. Wang re same (.1). |
| B110 10/14/26 | Case Administration R. Wang | 1.70 | 1,674.50 | Review case calendar (.6); correspond re updates to key deadlines (.1); draft docket filing summaries for committee advisors (.9); request case calendar updates (.1). |
| B110 10/15/26 | Case Administration R. Wang | 0.10 | 98.50 | Review docket updates (.1). |
| B110 10/15/26 | Case Administration R. Biblo Block | 0.70 | 1,155.00 | Review correspondence re work in process (.4); conference with C. Dingman re same (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110<br>10/15/26 | Case Administration<br>N. Alindogan | 0.30 | 273.00 | Update key dates tracker and case calendar (.3). |
| B110<br>10/16/26 | Case Administration<br>R. Wang | 0.40 | 394.00 | Update committee advisors on latest docket filings (.4). |
| B110<br>10/16/26 | Case Administration<br>R. Biblo Block | 0.20 | 330.00 | Review correspondence re work in process items (.2). |
| B110<br>10/19/26 | Case Administration<br>R. Biblo Block | 0.80 | 1,320.00 | Review bankruptcy case docket (.2); correspond with MWS team re same (.1); review correspondence re work in process (.5). |
| B110<br>10/19/26 | Case Administration<br>R. Wang | 0.80 | 788.00 | Review and draft docket update for committee advisors (.2); review docket for updates (.5); review case calendar (.1). |
| B110<br>10/20/26 | Case Administration<br>N. Alindogan | 0.10 | 91.00 | Update case calendar (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 10/21/26 | Case Administration R. Biblo Block | 0.20 | 330.00 | Review correspondence re active workstreams (.2). |
| B110 10/21/26 | Case Administration R. Wang | 0.70 | 689.50 | Draft docket updates for committee advisors (.7). |
| B110 10/23/26 | Case Administration R. Wang | 0.10 | 98.50 | Correspond with MWS team re case calendar (.1). |
| B110 10/23/26 | Case Administration R. Biblo Block | 0.20 | 330.00 | Review work-in-process correspondence and trackers (.2). |
| B110 10/24/26 | Case Administration R. Wang | 0.50 | 492.50 | Draft docket update for committee advisors (.5). |
| B110 10/26/26 | Case Administration R. Biblo Block | 0.30 | 495.00 | Review correspondence re outstanding workstreams (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 10/27/26 | Case Administration R. Biblo Block | 0.20 | 330.00 | Review correspondence re workstream updates (.2). |
| B110 10/27/26 | Case Administration J. Weiss | 2.20 | 2,167.00 | Conference with MWS team re present workstreams (.3); review SIMAD docket activity, identify substantive filings and orders, and prepare end-of-day docket update for MWS team (1.9). |
| B110 10/27/26 | Case Administration R. Wang | 0.50 | 492.50 | Confer with MWS team re workstreams (.3); correspond with MWS team re calendar updates (.2). |
| B110 10/28/26 | Case Administration J. Weiss | 1.20 | 1,182.00 | Review case developments (.8); correspond with MWS team re same (.4). |
| B110 10/28/26 | Case Administration R. Biblo Block | 0.30 | 495.00 | Review recent correspondence re work in process (.3). |
| B110 10/29/26 | Case Administration R. Biblo Block | 0.50 | 825.00 | Review correspondence re work in process and upcoming deadlines (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B110 10/30/26 | Case Administration J. Weiss | 1.10 | 1,083.50 | Review and analyze case developments (.8); correspond with N. Alindogan re upcoming deadlines re case (.3). |
| B110 10/30/26 | Case Administration N. Alindogan | 0.20 | 182.00 | Update case calendar re recent filings (.2). |
| B130 10/01/26 | Asset Disposition R. Biblo Block | 0.50 | 825.00 | Conference with M. Wilder re sale issues (.5). |
| B130 10/01/26 | Asset Disposition R. Wang | 0.10 | 98.50 | Correspond with MWS team re new sale closing updates (.1). |
| B130 10/06/26 | Asset Disposition R. Biblo Block | 0.30 | 495.00 | Correspond with M3 team and D. Bass re sale issue (.1); correspond with UCC advisors re proposed Willow Lake sale (.1); research re same (.1). |
| B130 10/09/26 | Asset Disposition G. Miranda | 1.70 | 2,762.50 | Review Mohawk APA and confer with MWS team re same (1.1); review and summarize LKQE APA (.6). |

Case 26-13638-CMG Doc 1543 Filed 11/16/26 Entered 11/16/26 21:50:03 Desc Main Document Page 470 of 489

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 10/09/26 | Asset Disposition R. Biblo Block | 0.50 | 825.00 | Correspond with CS re Kiwi sale documents (.1); correspond with MWS team re same (.1); review same (.1); correspond with MWS team re sale issues (.2). |
| B130 10/09/26 | Asset Disposition C. Dingman | 0.90 | 1,381.50 | Review and analyze Kiwi bid procedures and sale (.9). |
| B130 10/10/26 | Asset Disposition R. Biblo Block | 0.70 | 1,155.00 | Review bid procedures and sale motion and order (.7). |
| B130 10/15/26 | Asset Disposition R. Wang | 0.40 | 394.00 | Review purchase agreement and sale order drafts circulated (.1); analyze closing progress list to update camp sales tracker (.2); correspond re same with MWS team (.1). |
| B130 10/15/26 | Asset Disposition R. Biblo Block | 1.20 | 1,980.00 | Review sale order (.2); correspond with MWS team re APA (.2); review same (.1); correspond with CS team re same (.1); conference with D. Harris re sale issues (.3); review documents related to proceeds from sales (.2); research re sale issues (.1). |
| B130 10/15/26 | Asset Disposition G. Miranda | 0.50 | 812.50 | Review and summarize Cho Pro APA (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B130 10/20/26 | Asset Disposition R. Wang | 0.80 | 788.00 | Confer with MWS team re auction proceeding and calendaring (.2); review procedural instructions and bid info (.6). |
| B130 10/21/26 | Asset Disposition R. Biblo Block | 1.00 | 1,650.00 | Prepare for and participate in Kiwi auction (1.0). |
| B130 10/21/26 | Asset Disposition R. Wang | 0.90 | 886.50 | Confer with MWS team re auction (.2); participate in same (.7). |
| B130 10/21/26 | Asset Disposition C. Dingman | 0.80 | 1,228.00 | Prepare for and participate in Kiwi auction (.8). |
| B130 10/23/26 | Asset Disposition R. Wang | 0.30 | 295.50 | Review updated definitive documents on camp sale (.2); update sale tracker and correspond re committee update re same (.1). |
| B130 10/23/26 | Asset Disposition R. Biblo Block | 0.70 | 1,155.00 | Review draft Kiwi sale order (.5); review draft Kiwi APA (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 10/01/26 | Mtgs/Communications w/Creditor R. Biblo Block | 3.20 | 5,280.00 | Review and revise materials for weekly UCC meeting (2.3); circulate same to UCC advisors (.1); prepare agenda for UCC advisors meeting (.2); participate in same (.5); conference with C. Dingman re same (.1). |
| B150 10/01/26 | Mtgs/Communications w/Creditor J. Terry | 1.20 | 1,512.00 | Review, analyze, and summarize production from D. Shabsels (1.2). |
| B150 10/01/26 | Mtgs/Communications w/Creditor J. Terry | 0.50 | 630.00 | Participate in UCC advisors meeting (.5). |
| B150 10/01/26 | Mtgs/Communications w/Creditor D. Momborquette | 0.50 | 1,157.50 | Participate in UCC advisors meeting re litigation update (.5). |
| B150 10/01/26 | Mtgs/Communications w/Creditor D. Thomson | 0.50 | 822.50 | Participate in weekly UCC advisors conference (.5). |
| B150 10/01/26 | Mtgs/Communications w/Creditor C. Dingman | 6.10 | 9,363.50 | Draft deck for committee meeting (4.7); review docket re same (.9); conference with UCC professionals re same (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 10/02/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.60 | 2,640.00 | Prepare for weekly UCC meeting (.5); participate in same (1.1). |
| B150 10/02/26 | Mtgs/Communications w/Creditor R. Wang | 1.40 | 1,379.00 | Review meeting materials and draft agenda (.2); incorporate comments re same (.1); participate in meeting of committee members and advisors (1.1). |
| B150 10/02/26 | Mtgs/Communications w/Creditor D. Thomson | 1.10 | 1,809.50 | Participate in weekly meeting of committee members (1.1). |
| B150 10/02/26 | Mtgs/Communications w/Creditor C. Dingman | 1.10 | 1,688.50 | Participate in weekly committee meeting (1.1). |
| B150 10/06/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.70 | 1,155.00 | Conference with C. Dingman and R. Wang re work in process (.5); participate in standing MWS team and E. Lazerowitz conference re same (.2). |
| B150 10/06/26 | Mtgs/Communications w/Creditor R. Wang | 0.70 | 689.50 | Participate in meeting with committee advisors (.2); confer with MWS team re workstreams (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 10/06/26 | Mtgs/Communications w/Creditor D. Thomson | 0.20 | 329.00 | Participate in attorney work-in-process conference (.2). |
| B150 10/06/26 | Mtgs/Communications w/Creditor C. Dingman | 0.80 | 1,228.00 | Conference with MWS team re committee meeting and updates (.5); conference with MWS and RC team re same (.2); prepare for same (.1). |
| B150 10/07/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.10 | 165.00 | Correspond with MWS team re weekly UCC meeting and related materials (.1). |
| B150 10/08/26 | Mtgs/Communications w/Creditor D. Momborquette | 0.50 | 1,157.50 | Participate in UCC advisors meeting (.5). |
| B150 10/08/26 | Mtgs/Communications w/Creditor D. Thomson | 0.50 | 822.50 | Participate in weekly UCC advisors meeting (.5). |
| B150 10/08/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.40 | 660.00 | Participate in standing UCC advisors call (.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 10/12/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.80 | 1,320.00 | Correspond with MWS team re UCC update correspondence (.1); participate in standing weekly conference with C. Dingman and R. Wang re upcoming workstreams (.3); participate in standing MWS team and E. Lazerowitz team conference re same (.4). |
| B150 10/12/26 | Mtgs/Communications w/Creditor L. Knight | 0.50 | 562.50 | Conference with MWS team re critical workstreams (.4); correspond with N. Alindogan re same (.1). |
| B150 10/12/26 | Mtgs/Communications w/Creditor R. Wang | 2.00 | 1,970.00 | Review case materials to draft committee update (.8); review and incorporate comments from R. Biblo Block (.2); confer re committee recipient list and finalize update (.2); confer with MWS team re workstreams (.3); confer with committee advisors re same (.5). |
| B150 10/12/26 | Mtgs/Communications w/Creditor C. Dingman | 0.90 | 1,381.50 | Conference with R. Wang, R. Biblo Block re WIP (partial) (.2); conference with MWS team re same (.3) (partial); review WIP tracker (.4). |
| B150 10/13/26 | Mtgs/Communications w/Creditor L. Knight | 1.20 | 1,350.00 | Draft and revise committee deck (1.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 10/14/26 | Mtgs/Communications w/Creditor L. Knight | 4.50 | 5,062.50 | Draft and revise weekly update deck (4.5). |
| B150 10/15/26 | Mtgs/Communications w/Creditor R. Wang | 0.50 | 492.50 | Draft agenda for committee meeting (.2); finalize pdf materials for committee and advisors (.3). |
| B150 10/15/26 | Mtgs/Communications w/Creditor R. Biblo Block | 2.40 | 3,960.00 | Participate in weekly UCC advisors meeting re work in process (.6); review and revise materials for weekly UCC meeting (1.8). |
| B150 10/15/26 | Mtgs/Communications w/Creditor D. Momborquette | 0.50 | 1,157.50 | Participate in weekly UCC advisors meeting (.5). |
| B150 10/15/26 | Mtgs/Communications w/Creditor L. Knight | 0.60 | 675.00 | Conference with Committee advisors re critical workstreams (.6). |
| B150 10/15/26 | Mtgs/Communications w/Creditor C. Dingman | 6.00 | 9,210.00 | Conference with UCC professionals re committee meeting (.6); draft deck re same (4.6); review docket re same (.8). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 10/15/26 | Mtgs/Communications w/Creditor D. Thomson | 0.60 | 987.00 | Participate in committee advisors meeting (.6). |
| B150 10/16/26 | Mtgs/Communications w/Creditor R. Wang | 1.50 | 1,477.50 | Prepare and send materials to MWS team in preparation for committee meeting (.2); participate in weekly committee meeting (.7) (partial); revise committee meeting minutes re same (.6). |
| B150 10/16/26 | Mtgs/Communications w/Creditor L. Knight | 2.50 | 2,812.50 | Conference with Committee members re case developments (.8); draft Committee minutes (1.7). |
| B150 10/16/26 | Mtgs/Communications w/Creditor R. Biblo Block | 1.10 | 1,815.00 | Prepare for UCC meeting (.3); participate in same (.8). |
| B150 10/16/26 | Mtgs/Communications w/Creditor C. Dingman | 1.30 | 1,995.50 | Prepare for committee meeting (.5); participate in same (.8). |
| B150 10/16/26 | Mtgs/Communications w/Creditor D. Thomson | 0.80 | 1,316.00 | Participate in weekly committee meeting (.8). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 10/19/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.40 | 660.00 | Conference with C. Dingman and R. Wang re work in process (.2); participate in standing conference with MWS and RC teams re same (.2). |
| B150 10/19/26 | Mtgs/Communications w/Creditor J. Weiss | 0.10 | 98.50 | Conference with MWS team re critical workstreams (.1). |
| B150 10/19/26 | Mtgs/Communications w/Creditor R. Wang | 1.50 | 1,477.50 | Draft and revise meeting minutes for committee meeting (1.1); confer with MWS team re workstreams (.2); confer with committee advisors re workstreams (.2). |
| B150 10/19/26 | Mtgs/Communications w/Creditor D. Thomson | 0.10 | 164.50 | Participate in weekly work-in-process conference (.1). |
| B150 10/21/26 | Mtgs/Communications w/Creditor R. Wang | 5.20 | 5,122.00 | Confer with C. Dingman re case update materials (.1); review case materials on MCA claims (1.1); draft deck re same (.4); revise deck re key dates, sale process, and pending disputes (3.1); proofread draft of same (.3); confer with MWS team re committee updates (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150<br>10/21/26 | Mtgs/Communications w/Creditor<br>D. Thomson | 1.20 | 1,974.00 | Draft materials for committee meeting re MCA objection (.9); correspond with MWS team re same (.1); review draft slides from R. Wang (.2). |
| B150<br>10/22/26 | Mtgs/Communications w/Creditor<br>J. Weiss | 0.10 | 98.50 | Conference with UCC advisors re critical workstreams (.1). |
| B150<br>10/22/26 | Mtgs/Communications w/Creditor<br>R. Wang | 1.20 | 1,182.00 | Review and incorporate comments from D. Thomson into committee deck (.6); confer with D. Thomson re same (.1); participate in meeting with committee advisors re M3 declaration and reply (.5). |
| B150<br>10/22/26 | Mtgs/Communications w/Creditor<br>L. Knight | 0.20 | 225.00 | Conference with Committee advisors re status of critical workstreams (.2). |
| B150<br>10/22/26 | Mtgs/Communications w/Creditor<br>R. Biblo Block | 0.20 | 330.00 | Participate in weekly UCC advisors meeting re work in process (.2). |
| B150<br>10/22/26 | Mtgs/Communications w/Creditor<br>J. Terry | 0.20 | 252.00 | Participate in UCC advisors conference (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 10/22/26 | Mtgs/Communications w/Creditor D. Thomson | 0.60 | 987.00 | Revise slides for weekly committee meeting (.3); correspond with R. Wang re same (.1); participate in committee professionals conference (.2). |
| B150 10/23/26 | Mtgs/Communications w/Creditor C. Dingman | 0.80 | 1,228.00 | Correspond with Committee re weekly updates (.8). |
| B150 10/26/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.60 | 990.00 | Conference with C. Dingman and R. Wang re work in process (.6). |
| B150 10/27/26 | Mtgs/Communications w/Creditor D. Thomson | 0.30 | 493.50 | Participate in attorney work-in-process meeting (.3). |
| B150 10/27/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.30 | 495.00 | Participate in weekly meeting with MWS team and E. Lazerowitz re work in process (.3). |
| B150 10/27/26 | Mtgs/Communications w/Creditor C. Dingman | 1.10 | 1,688.50 | Participate in conference with MWS and RC teams re committee meeting (.3); draft update correspondence to committee (.6); correspond with MWS team re same (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 10/28/26 | Mtgs/Communications w/Creditor L. Knight | 5.50 | 6,187.50 | Draft and revise committee deck (4.1); review and analyze case developments re same (1.4). |
| B150 10/29/26 | Mtgs/Communications w/Creditor J. Terry | 0.20 | 252.00 | Participate in UCC advisors conference (.2). |
| B150 10/29/26 | Mtgs/Communications w/Creditor D. Momborquette | 0.50 | 1,157.50 | Participate in UCC advisors conference (.5). |
| B150 10/29/26 | Mtgs/Communications w/Creditor L. Knight | 2.10 | 2,362.50 | Draft weekly Committee deck (1.3); correspond with MWS team re same (.3); conference with Committee advisors re critical workstreams and case developments (.5). |
| B150 10/29/26 | Mtgs/Communications w/Creditor R. Biblo Block | 2.70 | 4,455.00 | Conference with D. Thomson and creditors re case status (.4); prepare for weekly UCC advisors conference (.2); participate in same (.5); review materials for weekly UCC meeting (1.6). |
| B150 10/29/26 | Mtgs/Communications w/Creditor D. Thomson | 1.10 | 1,809.50 | Conference with R. Biblo Block and Wynwood Capital (.4); review draft slides for committee meeting (.2); participate in committee professionals conference (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B150 10/29/26 | Mtgs/Communications w/Creditor C. Dingman | 3.60 | 5,526.00 | Draft and revise committee deck (3.6). |
| B150 10/30/26 | Mtgs/Communications w/Creditor R. Wang | 0.70 | 689.50 | Review meeting materials and prepare agenda (.2); revise meeting materials for R. Biblo Block (.1); confer with MWS team re meeting (.1); send finalized materials to C. Dingman (.2); distribute meeting materials to committee members (.1). |
| B150 10/30/26 | Mtgs/Communications w/Creditor L. Knight | 0.70 | 787.50 | Prepare for weekly Committee conference (.2); participate in same (partial) (.3); draft and revise minutes re same (.2). |
| B150 10/30/26 | Mtgs/Communications w/Creditor R. Biblo Block | 0.80 | 1,320.00 | Prepare for committee meeting (.3); participate in same (.5). |
| B150 10/30/26 | Mtgs/Communications w/Creditor C. Dingman | 0.30 | 460.50 | Prepare for committee meeting (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155 10/01/26 | Court Hearings R. Wang | 2.50 | 2,462.50 | Participate in hearing re financings and disputed rights in accounts for Camp Med-O-Lark (2.2); confer with R. Biblo Block re same (.1); correspond with MWS team re same (.2). |
| B155 10/05/26 | Court Hearings R. Wang | 2.50 | 2,462.50 | Participate in hearing re tax liability and exclusivity (1.5); prepare for same (1.0). |
| B155 10/05/26 | Court Hearings R. Biblo Block | 2.20 | 3,630.00 | Prepare for tax hearing (.6); participate in same (1.5); correspond with MWS team re same (.1). |
| B155 10/05/26 | Court Hearings C. Dingman | 0.90 | 1,381.50 | Prepare for and participate in FIRPTA hearing (.9). |
| B155 10/08/26 | Court Hearings R. Biblo Block | 1.80 | 2,970.00 | Correspond with MWS team re emergency status conference (.2); participate in same (1.0); conference with D. Azman re same (.1); conference with C. Dingman re same (.4); correspond with E. Lazerowitz re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155 10/13/26 | Court Hearings R. Biblo Block | 0.60 | 990.00 | Prepare for hearing re camp Kiwi (.3); participate in same (.2); correspond with MWS team re same (.1). |
| B155 10/13/26 | Court Hearings R. Wang | 0.20 | 197.00 | Participate in hearing re camp Kiwi (.2). |
| B155 10/20/26 | Court Hearings R. Biblo Block | 0.10 | 165.00 | Participate in stay relief hearing (.1). |
| B155 10/21/26 | Court Hearings D. Azman | 1.10 | 2,046.00 | Prepare for hearing on 9019 motion (1.1). |
| B155 10/22/26 | Court Hearings D. Azman | 4.60 | 8,556.00 | Prepare for 9019 hearing (2.9); review and revise reply documents (1.7) |
| B155 10/22/26 | Court Hearings R. Wang | 6.30 | 6,205.50 | Draft and revise script for hearing (4.1); analyze precedent re hearing talking points (.5); prepare reference materials re same (1.7). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155 10/23/26 | Court Hearings D. Azman | 2.30 | 4,278.00 | Prepare for 9019 hearing (2.3). |
| B155 10/24/26 | Court Hearings D. Azman | 3.80 | 7,068.00 | Continue preparation for 9019 hearing (3.8). |
| B155 10/25/26 | Court Hearings D. Azman | 5.20 | 9,672.00 | Prepare argument and materials for 9019 hearing (5.2). |
| B155 10/26/26 | Court Hearings C. Dingman | 1.60 | 2,456.00 | Participate in 9019 hearing (1.0); prepare for same (.6). |
| B155 10/26/26 | Court Hearings R. Biblo Block | 1.00 | 1,650.00 | Participate in settlement approval hearing (1.0). |
| B155 10/26/26 | Court Hearings D. Azman | 3.80 | 7,068.00 | Prepare for 9019 hearing (2.2); participate in same (1.0); follow-up conferences re same (.6). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B155 10/26/26 | Court Hearings K. Going | 2.30 | 4,508.00 | Prepare for and attend court hearing re 9019 motion (1.2); teleconference with M3 and RC teams in preparation for same (.5); Prepare declarant for testimony (.6). |
| B155 10/26/26 | Court Hearings R. Wang | 2.50 | 2,462.50 | Prepare witness for 10/26 hearing re 9019 motion (1.0); prepare for and participate in same (1.5). |
| B160 10/08/26 | Fee/Employment Applications L. Knight | 2.20 | 2,475.00 | Review and analyze September time entries for compliance with UST guidelines (2.2). |
| B160 10/09/26 | Fee/Employment Applications L. Knight | 3.90 | 4,387.50 | Continue review and analysis of September time entries for compliance with UST guidelines (3.9). |
| B160 10/13/26 | Fee/Employment Applications N. Alindogan | 0.30 | 273.00 | Prepare first draft of September monthly fee statement (.3). |
| B160 10/14/26 | Fee/Employment Applications R. Wang | 1.10 | 1,083.50 | Correspond re fee application updates for September (.2); review time entries for compliance with UST Guidelines (.9). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 10/22/26 | Fee/Employment Applications L. Knight | 1.40 | 1,575.00 | Review and analyze September fee statement to ensure compliance with UST guidelines (1.4). |
| B160 10/23/26 | Fee/Employment Applications L. Knight | 4.90 | 5,512.50 | Review and analyze correspondence re case developments (.2); review and comment on September fee statement to ensure compliance with UST Guidelines (1.6); correspond with billing team re same (.3); draft and revise September fee application (2.4); correspond with MWS team re same (.4). |
| B160 10/25/26 | Fee/Employment Applications R. Biblo Block | 0.40 | 660.00 | Review MWS September fee application (.4). |
| B160 10/26/26 | Fee/Employment Applications R. Biblo Block | 0.20 | 330.00 | Correspond with L. Knight re September fee application (.1); review same (.1). |
| B160 10/26/26 | Fee/Employment Applications N. Alindogan | 0.30 | 273.00 | Finalize and coordinate filing of MWS September fee statement (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B160 10/29/26 | Fee/Employment Applications J. Weiss | 0.20 | 197.00 | Correspond with R. Biblo Block re fee statement objection deadline (.2). |
| B230 10/01/26 | Financing/Cash Collections R. Biblo Block | 5.80 | 9,570.00 | Review 9019 motion and related term sheet (2.0); revise same (3.5); correspond with MWS team re same (.3). |
| B230 10/01/26 | Financing/Cash Collections S. Horowitz | 0.60 | 591.00 | Revise internal records to reflect mortgages on record (.6). |
| B230 10/01/26 | Financing/Cash Collections K. Going | 2.30 | 4,508.00 | Review and comment on bond settlement negotiations and term sheet (2.3). |
| B230 10/01/26 | Financing/Cash Collections M. Adams | 0.30 | 337.50 | Review real estate portion of lien analysis diligence memo (.3). |
| B230 10/01/26 | Financing/Cash Collections D. Momborquette | 0.30 | 694.50 | Confer with J. Terry re open issues in new document production review (.3). |

Case 26-13388-CMG Doc 1523 Filed 11/16/26 Entered 11/16/26 21:50:08 Desc
Document Page 39 of 189

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 10/01/26 | Financing/Cash Collections K. Suh | 7.40 | 12,617.00 | Review Enhanced Capital loan documents (2.4); prepare lien perfection memo re Enhanced Capital (4.7); confer with M. Adams and R. Biblo Block re same (.3). |
| B230 10/02/26 | Financing/Cash Collections K. Suh | 0.20 | 341.00 | Confer with R. Biblo Block re updates to lien reviews (.2). |
| B230 10/02/26 | Financing/Cash Collections F. Belayneh | 1.00 | 315.00 | Import production data and load into review platform (1.0). |
| B230 10/02/26 | Financing/Cash Collections R. Biblo Block | 1.70 | 2,805.00 | Correspond with MWS team re Mishmeret challenge settlement (.2); review and revise documents re same (1.0); send same to Mishmeret team (.1); conference with C. Dingman re same (.1); correspond with MWS team re same (.3). |
| B230 10/02/26 | Financing/Cash Collections K. Going | 1.70 | 3,332.00 | Review and comment on outstanding points re Mishmeret challenge settlement with Mishmeret and Debtors (1.7). |
| B230 10/02/26 | Financing/Cash Collections R. Wang | 3.70 | 3,644.50 | Revise motion re settlement with secured creditor (3.3); correspond with MWS team re same (.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 10/02/26 | Financing/Cash Collections D. Momborquette | 0.20 | 463.00 | Correspond with Mishmeret counsel re attorneys' eyes only review (.2). |
| B230 10/02/26 | Financing/Cash Collections J. Terry | 1.60 | 2,016.00 | Review and analyze production of D. Shabsels (1.3); correspond with MWS team re discovery requests (.3). |
| B230 10/03/26 | Financing/Cash Collections R. Biblo Block | 1.00 | 1,650.00 | Review and revise documents re Mishmeret challenge settlement (.6); research re same (.2); correspond with MWS team re same (.1); correspond with Mishmeret's counsel re same (.1). |
| B230 10/03/26 | Financing/Cash Collections K. Going | 2.20 | 4,312.00 | Review and comment on open issues re Mishmeret challenge settlement with Mishmeret and Debtors (2.2). |
| B230 10/04/26 | Financing/Cash Collections R. Biblo Block | 0.40 | 660.00 | Review materials re Mishmeret challenge settlement (.4). |
| B230 10/05/26 | Financing/Cash Collections R. Biblo Block | 0.50 | 825.00 | Conference with Mishmeret's counsel and MWS team re Mishmeret challenge settlement (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 10/05/26 | Financing/Cash Collections D. Azman | 3.10 | 5,766.00 | Correspond with MWS team re Mishmeret settlement (1.1); review and revise term sheet re same (.8); correspond with Chapman re same (1.2). |
| B230 10/05/26 | Financing/Cash Collections K. Going | 1.30 | 2,548.00 | Review and comment on negotiations of Mishmeret challenge settlement terms (1.3). |
| B230 10/05/26 | Financing/Cash Collections J. Terry | 2.60 | 3,276.00 | Review and analyze documents produced by D. Shabsels (2.6). |
| B230 10/06/26 | Financing/Cash Collections K. Going | 2.20 | 4,312.00 | Continue review of and negotiation on settlement with bond trustee (2.2). |
| B230 10/06/26 | Financing/Cash Collections R. Biblo Block | 4.80 | 7,920.00 | Review and revise term sheet re Mishmeret challenge settlement (2.3); correspond with MWS team re same (.2); correspond with Mishmeret's counsel re same (.1); conferences with Mishmeret's counsel re same (.2); revise 9019 motion re same (1.5); conference with D. Harris re same (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 10/06/26 | Financing/Cash Collections C. Dingman | 2.40 | 3,684.00 | Draft, revise 9019 settlement motion (2.4). |
| B230 10/07/26 | Financing/Cash Collections R. Biblo Block | 2.20 | 3,630.00 | Conferences with D. Harris re Mishmeret challenge settlement (.3); conference with C. Dingman re same (.1); correspond with MWS team re same (.3); review documents re same (.6); revise documents re same (.4); correspond with Mishmeret's counsel re same (.2); correspond with M3 team re same (.2); correspond with RC team re same (.1). |
| B230 10/07/26 | Financing/Cash Collections K. Going | 2.30 | 4,508.00 | Negotiate settlement (.8); confer re same (.8); review and comment on 9019 motion (.7). |
| B230 10/07/26 | Financing/Cash Collections C. Dingman | 5.00 | 7,675.00 | Draft, revise settlement term sheet (1.6); draft, revise motion re same (1.3); research re same (2.1). |
| B230 10/08/26 | Financing/Cash Collections R. Biblo Block | 7.90 | 13,035.00 | Conference with D. Azman and M3 team re Mishmeret challenge settlement (.2); correspond with MWS team re same (.1); research re same (2.4); conference with K. Going re same (.2); conference with C. Dingman and R. Wang re same |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | (.2); research re same (3.0); conferences with E. Lazerowitz and N. Weber re same (1.0); conference with K. Going re same (.3); conference with D. Azman and K. Going re same (.4); correspond with M. Friedman re same (.1). |
| B230 10/08/26 | Financing/Cash Collections R. Wang | 3.20 | 3,152.00 | Confer with MWS team re contested financing (.3); analyze case law and transaction documentation re same (2.1); confer with committee advisors re next steps (.5); review draft offers (.3). |
| B230 10/08/26 | Financing/Cash Collections J. Terry | 1.70 | 2,142.00 | Review and analyze debtor productions (1.7). |
| B230 10/08/26 | Financing/Cash Collections K. Going | 1.30 | 2,548.00 | Review and respond to negotiations settlement construct (1.3). |
| B230 10/08/26 | Financing/Cash Collections C. Dingman | 3.30 | 5,065.50 | Conference with R. Wang and R. Biblo Block re term sheet (.5); research re same (1.9); review, analyze term sheet re same (.9). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 10/09/26 | Financing/Cash Collections R. Biblo Block | 1.60 | 2,640.00 | Conference with N. Weber re Mishmeret challenge settlement (.1); correspond with MWS team re same (.3); correspond with RC team re same (.2); correspond with D. Harris re same (.2); review documents re same (.7); conference with C. Dingman re same (.1). |
| B230 10/09/26 | Financing/Cash Collections C. Dingman | 1.20 | 1,842.00 | Revise settlement term sheet (.9); correspond with CS and Clifford Chance teams re same (.3). |
| B230 10/10/26 | Financing/Cash Collections R. Biblo Block | 0.80 | 1,320.00 | Correspond with MWS, M3, and RC teams re 9019 motion and term sheet for Mishmeret challenge settlement (.5); correspond with CS and FTI teams re same (.2); correspond with Mishmeret's advisors re same (.1). |
| B230 10/10/26 | Financing/Cash Collections D. Thomson | 1.10 | 1,809.50 | Review additional case law re potential claims (.7); incorporate analysis of same into memo (.4). |
| B230 10/11/26 | Financing/Cash Collections R. Biblo Block | 6.80 | 11,220.00 | Review correspondence re Mishmeret challenge settlement (.3); conference with UCC professionals, debtor professionals, and Mishmeret professionals re same (.3); revise documents re same (5.4); correspond with M3, MWS, CS, and FTI teams and M. Friedman re same (.8). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 10/12/26 | Financing/Cash Collections R. Biblo Block | 3.80 | 6,270.00 | Review United States' objection to motion to shorten notice for 9019 motion (.3); research re same (.2); correspond with MWS team re same (.4); correspond with debtor and lender professionals re same (.3); draft response re same (1.2); research re same (.8); conference with debtor, UCC, and lender advisors re same (.6). |
| B230 10/12/26 | Financing/Cash Collections D. Azman | 1.40 | 2,604.00 | Correspond re 9019 issues (.9); review and revise draft pleading re same (.5). |
| B230 10/12/26 | Financing/Cash Collections R. Wang | 2.30 | 2,265.50 | Review settlement motion (.4); research preliminary issues for reply to objection (.8); analyze motions re same (1.1). |
| B230 10/13/26 | Financing/Cash Collections R. Biblo Block | 3.40 | 5,610.00 | Correspond with D. Azman re objection to motion to shorten notice for Mishmeret 9019 motion (.2); review documents re same (.2); revise UCC response re same (.3); correspond with Debtors' counsel and Mishmeret's counsel re same (.1); research issues re same (2.0); conference with debtor, lender, and UCC professionals re Mishmeret 9019 motion (.6). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 10/13/26 | Financing/Cash Collections R. Wang | 3.10 | 3,053.50 | Correspond with MWS team and committee advisors re research for reply to objection (.5); analyze legal research memo and case law re same (2.6). |
| B230 10/13/26 | Financing/Cash Collections D. Momborquette | 3.50 | 8,102.50 | Review D. Shabsels documents (3.5). |
| B230 10/13/26 | Financing/Cash Collections K. Going | 1.30 | 2,548.00 | Review settlement revisions (.8); participate in conference with Debtors re tax issues and settlement (.5). |
| B230 10/13/26 | Financing/Cash Collections K. Suh | 0.80 | 1,364.00 | Review and revise lien perfection memo for HomeTrust Bank, Beacon Bank, Vision Credit Union, and Bank of America (.8). |
| B230 10/13/26 | Financing/Cash Collections C. Dingman | 3.90 | 5,986.50 | Research precedent re replies in support of 9019 motions (.9); conference with R. Wang re same (.1); draft reply re same (2.9). |
| B230 10/14/26 | Financing/Cash Collections R. Wang | 4.40 | 4,334.00 | Confer with C. Dingman re reply (.3); research precedent filings re same (3.4); research re anticipated objection (.6); summarize same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 10/14/26 | Financing/Cash Collections D. Thomson | 0.30 | 493.50 | Review precedent re MCA decision (.2); correspond with R. Biblo Block and E. Lazerowitz re same (.1). |
| B230 10/15/26 | Financing/Cash Collections R. Wang | 4.20 | 4,137.00 | Analyze case law for reply to objection (2.9); draft summary of case law for C. Dingman (.5); confer with C. Dingman re same (.2); review additional authority (.6). |
| B230 10/15/26 | Financing/Cash Collections C. Dingman | 4.70 | 7,214.50 | Research re 9019 reply (2.1); review, analyze cases re same (2.2); draft reply re same (.4). |
| B230 10/16/26 | Financing/Cash Collections R. Wang | 5.30 | 5,220.50 | Confer with C. Dingman re reply (.3); research re same (2.6); summarize key legal findings (.9); correspond with C. Dingman re case law (.2); research additional case law and related filings (1.3). |
| B230 10/16/26 | Financing/Cash Collections R. Biblo Block | 0.20 | 330.00 | Conference with C. Dingman re Mishmeret settlement motion (.1); research re same (.1). |
| B230 10/16/26 | Financing/Cash Collections C. Dingman | 5.70 | 8,749.50 | Review, analyze case law re settlements with lenders (2.8); draft, analyze reply in support of settlement re same (2.9). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 10/18/26 | Financing/Cash Collections R. Biblo Block | 1.00 | 1,650.00 | Research re Mishmeret challenge settlement (1.0). |
| B230 10/19/26 | Financing/Cash Collections R. Biblo Block | 1.40 | 2,310.00 | Research re Mishmeret challenge settlement (.3); correspond with MWS team re same (.2); research re same (.5); conference with C. Dingman re same (.1); conference with C. Dingman and R. Wang re same (.3). |
| B230 10/19/26 | Financing/Cash Collections J. Terry | 1.10 | 1,386.00 | Draft and revise timeline of events re potential claims (1.1). |
| B230 10/19/26 | Financing/Cash Collections R. Wang | 0.90 | 886.50 | Confer with MWS team re OrcaFunding objection (.1); confer with MWS team re reply to DOJ objection (.2); prepare materials re same for hearing (.5); correspond with MWS team re same (.1). |
| B230 10/19/26 | Financing/Cash Collections C. Dingman | 7.90 | 12,126.50 | Draft, revise reply in support of 9019 motion (3.1); research re same (2.9); analyze issues re same (1.9). |

Case 26-13888-CMG Doc 1543-1 Filed 11/16/26 Entered 11/16/26 21:55:08 Desc
Document Page 469 of 489

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 10/20/26 | Financing/Cash Collections J. Terry | 1.20 | 1,512.00 | Review D. Shabsels production (1.2). |
| B230 10/20/26 | Financing/Cash Collections R. Biblo Block | 5.30 | 8,745.00 | Review draft reply in support of 9019 motion (1.3); conference with C. Dingman re same (.1); research re same (3.9). |
| B230 10/20/26 | Financing/Cash Collections R. Wang | 11.80 | 11,623.00 | Review updated draft of reply (1.1); analyze legal authorities re same (3.4); confer with C. Dingman re same (.8); draft case law analysis re same (3.6); review objection (2.1); summarize same (.8). |
| B230 10/20/26 | Financing/Cash Collections C. Dingman | 2.70 | 4,144.50 | Review, analyze case law re 9019 settlement motion (2.7). |
| B230 10/21/26 | Financing/Cash Collections R. Biblo Block | 8.40 | 13,860.00 | Revise draft reply in support of 9019 motion (4.5); research re same (.9); review DOJ objection to 9019 motion (1.0); research re same (2.0). |
| B230 10/21/26 | Financing/Cash Collections R. Wang | 7.80 | 7,683.00 | Analyze cases in objection re priority (2.7); correspond with MWS team re same (.8); correspond with MWS team re revisions to reply (.4); draft analysis and case summaries for MWS team (3.9). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 10/21/26 | Financing/Cash Collections J. Terry | 1.20 | 1,512.00 | Research and analyze case law re challenge theories (.8); correspond with MWS team re same (.4). |
| B230 10/21/26 | Financing/Cash Collections C. Dingman | 2.90 | 4,451.50 | Draft, revise 9019 reply (.7); review 9019 objection (1.3); analyze issues re same (.6); conference with R. Biblo Block re same (.3). |
| B230 10/22/26 | Financing/Cash Collections J. Weiss | 1.00 | 985.00 | Research re Committee financial advisor declaration (.6); review and analyze brief in opposition to settlement motion (.4). |
| B230 10/22/26 | Financing/Cash Collections C. Dingman | 7.90 | 12,126.50 | Draft, revise reply in support of 9019 motion (3.1); research re same (2.9); analyze issues re same (1.9). |
| B230 10/22/26 | Financing/Cash Collections R. Wang | 6.90 | 6,796.50 | Review reply revisions by R. Biblo Block (.6); confer with MWS team re same (.3); revise arguments and citations in reply to objection (2.1); analyze law re same (2.3); revise same (1.1); correspond with R. Biblo Block re same (.2); confer with J. Weiss re reply citations (.3) |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 10/22/26 | Financing/Cash Collections D. Momborquette | 1.80 | 4,167.00 | Review 9019 motion papers (.4); confer with R. Biblo Block re witness preparation and draft reply (1.4). |
| B230 10/22/26 | Financing/Cash Collections R. Biblo Block | 8.80 | 14,520.0 0 | Conference with C. Dingman and R. Wang re reply in support of 9019 motion (.3); revise same (5.0); research re same (1.0); correspond with MWS team re same (.6); revise declaration in support of 9019 motion (1.8); correspond with C. Dingman re same (.1). |
| B230 10/22/26 | Financing/Cash Collections K. Going | 1.60 | 3,136.00 | Review and comment on draft UCC reply to 9019 motion (1.0); correspondence with R. Biblo Block and D. Azman in preparation for 9019 motion hearing (.6) |
| B230 10/23/26 | Financing/Cash Collections R. Wang | 11.30 | 11,130.5 0 | Revise reply in support of 9019 motion, including incorporating declaration and comments from R. Biblo Block, E. Lazerowitz and M. Friedman, and prepare filing version (5.5); confer with C. Dingman re declaration and review revisions to same (.4); prepare witness preparation materials and confer with committee professionals and R. Biblo Block re same (2.5); participate in meeting with committee advisors (.5) (partial); revise oral argument script and reference materials to reflect filed reply and declaration (2.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 10/23/26 | Financing/Cash Collections R. Biblo Block | 8.70 | 14,355.00 | Conferences with C. Dingman re 9019 reply (.4); review same (.6); revise declaration in support of 9019 motion (1.3); conferences with MWS team and M3 team re same (.5); conference with D. Momborquette re same (.1); review research re same (1.0); conference with MWS, M3, and RC teams re 9019 motion and related documents (1.8); prepare materials for hearing on 9019 motion (2.5); conference with M3 team re same (.5). |
| B230 10/23/26 | Financing/Cash Collections D. Momborquette | 2.90 | 6,713.50 | Review and comment on draft reply brief and declaration (2.1); participate in witness preparation session (.8). |
| B230 10/23/26 | Financing/Cash Collections J. Weiss | 2.70 | 2,659.50 | Review and revise reply in support of 9019 settlement motion (2.7). |
| B230 10/23/26 | Financing/Cash Collections C. Dingman | 7.00 | 10,745.00 | Draft and revise declaration in support of 9019 motion (2.9); conference with MWS team re 9019 hearing (.6); review 9019 motion (1.3); review talking points re same (.9); correspond with MWS team re same (.6); correspond with M3 team re same (.7). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230 10/24/26 | Financing/Cash Collections R. Biblo Block | 4.90 | 8,085.00 | Review materials for hearing on 9019 motion (.2); prepare materials for same (2.1); correspond with MWS team re same (.3); revise materials for same (2.3). |
| B230 10/24/26 | Financing/Cash Collections C. Dingman | 2.60 | 3,991.00 | Draft talking points for 9019 hearing (1.3); review joinders re same (.9); correspond with MWS team re same (.4). |
| B230 10/24/26 | Financing/Cash Collections R. Wang | 2.30 | 2,265.50 | Revise script for hearing (1.1); revise document re declaration (.8); draft summary of complaint for D. Azman (.4). |
| B230 10/25/26 | Financing/Cash Collections R. Biblo Block | 2.00 | 3,300.00 | Correspond with MWS and M3 teams re 9019 motion (2.0). |
| B230 10/25/26 | Financing/Cash Collections J. Weiss | 3.60 | 3,546.00 | Review collateral documentation to identify and confirm the instruments referenced in the exhibits (3.6). |
| B230 10/25/26 | Financing/Cash Collections R. Wang | 4.10 | 4,038.50 | Confer with MWS team re lien investigation documentation (.3); confer with J. Weiss re same (.2); prepare requested financing documentation for M3 in advance of hearing (3.6). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B230<br>10/26/26 | Financing/Cash Collections<br>R. Biblo Block | 3.20 | 5,280.00 | Correspond with D. Azman re 9019 motion (.3); research re same (1.0); conference with D. Azman re same (.2); conference with MWS, RC, and M3 teams re same (1.0); conference with C. Dingman re same (.2); conference with D. Momborquette re same (.2); conference with MWS, CS, and Chapman teams re same (.3). |
| B240<br>10/01/26 | Tax Issues<br>M. Bruno | 0.50 | 1,012.50 | Conference with M. Wilder re U.S.-international tax considerations relating to bankruptcy (.3); correspond with M. Wilder re same (.2). |
| B240<br>10/01/26 | Tax Issues<br>M. Wilder | 1.80 | 4,347.00 | Review updated filings and analyze implications of same (1.1); conference with R. Biblo Block re same (.2); conference with M. Bruno re tax issues (.5). |
| B240<br>10/02/26 | Tax Issues<br>M. Wilder | 1.00 | 2,415.00 | Review IRS motion challenging Debtors' FIRPTA motion (.6); revise brief re same (.4). |
| B240<br>10/05/26 | Tax Issues<br>M. Wilder | 0.80 | 1,932.00 | Review new Debtor filing re FIRPTA and related issues (.6); correspond with MWS team re same (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B240 10/05/26 | Tax Issues M. Bruno | 0.50 | 1,012.50 | Review and analyze bankruptcy tax considerations (.5). |
| B240 10/08/26 | Tax Issues R. Biblo Block | 0.20 | 330.00 | Review draft agreed order re Debtors' FIRPTA motion (.2). |
| B240 10/08/26 | Tax Issues M. Wilder | 0.30 | 724.50 | Correspond with MWS team re court developments and FIRPTA issue (.3). |
| B240 10/08/26 | Tax Issues M. Bruno | 0.50 | 1,012.50 | Review, analyze, and comment on tax issues and analysis items (.3); correspond with MWS team re same (.2). |
| B240 10/09/26 | Tax Issues R. Biblo Block | 1.20 | 1,980.00 | Conference with MWS and CS teams re sale tax issues (1.2). |
| B240 10/09/26 | Tax Issues M. Wilder | 2.30 | 5,554.50 | Conference with Debtors' counsel re tax issues (1.6); conference with M. Bruno re same (.7). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B240<br>10/09/26 | Tax Issues<br>K. Going | 1.40 | 2,744.00 | Conferences with MWS team re FIRPTA tax issues (.6); review FIRPTA pleadings (.8). |
| B240<br>10/09/26 | Tax Issues<br>M. Bruno | 1.80 | 3,645.00 | Conference with F. Yudkin, M. Wilder, R. Biblo Block, and M. Ferris re tax considerations relating to bankruptcy (.7); conference with M. Wilder re same (.7); correspond with MWS team re same (.4). |
| B240<br>10/12/26 | Tax Issues<br>M. Wilder | 0.50 | 1,207.50 | Review court filings re tax hearing (.2); analyze research materials re tax issues and correspond with MWS team re same (.3). |
| B240<br>10/12/26 | Tax Issues<br>M. Bruno | 0.40 | 810.00 | Review, analyze, and comment on tax considerations (.3); correspond with MWS team re same (.1). |
| B240<br>10/13/26 | Tax Issues<br>R. Biblo Block | 0.80 | 1,320.00 | Conference with MWS team re tax issues (.6); conference with K. Going re same (.1); conference with F. Yudkin re same (.1). |
| B240<br>10/13/26 | Tax Issues<br>M. Wilder | 1.30 | 3,139.50 | Review filing re tax issue (.3); research and brief further analysis re tax issues (.6); conference with K. Going, R. Biblo Block, and M. Bruno re same (.4). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B240<br>10/13/26 | Tax Issues<br>M. Bruno | 0.70 | 1,417.50 | Conference with R. Biblo Block, K. Going, and M. Wilder re tax analysis (.3); review and comment on same (.4). |
| B240<br>10/14/26 | Tax Issues<br>R. Biblo Block | 1.10 | 1,815.00 | Conference with MWS and CS tax teams re various tax issues (1.0); conference with K. Going re same (.1). |
| B240<br>10/14/26 | Tax Issues<br>M. Wilder | 1.50 | 3,622.50 | Conference with Debtors' counsel and M. Friedman re federal tax considerations (.8); correspond with M. Bruno and R. Biblo Block re same (.7). |
| B240<br>10/14/26 | Tax Issues<br>M. Bruno | 1.20 | 2,430.00 | Conference with M. Wilder re tax analysis (.5); review rules re same (.2); conference with MWS team and Debtors' counsel re tax and bankruptcy items (.5). |
| B240<br>10/14/26 | Tax Issues<br>K. Going | 1.40 | 2,744.00 | Conferences with MWS team re FIRPTA issues (1.4). |
| B240<br>10/15/26 | Tax Issues<br>R. Biblo Block | 0.60 | 990.00 | Conference with CS team and M. Friedman re FIRPTA motion and related issues (.4); correspond with MWS and M3 teams re same (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B240 10/25/26 | Tax Issues M. Wilder | 0.30 | 724.50 | Review IRS litigation motion (.3). |
| B240 10/26/26 | Tax Issues M. Bruno | 0.30 | 607.50 | Review and comment on updated tax analysis (.3). |
| B240 10/29/26 | Tax Issues M. Bruno | 0.40 | 810.00 | Conference with Debtors' counsel re tax considerations (.2); correspond with Debtors' counsel re same (.2). |
| B240 10/29/26 | Tax Issues R. Biblo Block | 0.80 | 1,320.00 | Conference with MWS and CS teams re tax issues (.8). |
| B240 10/29/26 | Tax Issues M. Wilder | 1.00 | 2,415.00 | Review materials re tax-related bankruptcy motions (.3); conference with Debtors' counsel re tax and procedural issues (.5); correspond with MWS team re same (.2). |
| B240 10/30/26 | Tax Issues M. Bruno | 1.00 | 2,025.00 | Conference with M. Wilder re tax analysis items (.7); correspond with M. Wilder re same (.3). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B240 10/30/26 | Tax Issues M. Wilder | 1.00 | 2,415.00 | Review regulations re same re creditors (.7); conference with M. Bruno re same (.3). |
| B290 10/30/26 | Insurance C. Dingman | 1.30 | 1,995.50 | Review, revise insurance consent order (1.1); correspond with R. biblo Block re same (.2). |
| B310 10/19/26 | Claims Administration & Object R. Biblo Block | 1.50 | 2,475.00 | Research re alleged administrative claims (1.0); review documents re same (.3); correspond with MWS and M3 teams re same (.2). |
| B310 10/20/26 | Claims Administration & Object J. Weiss | 6.60 | 6,501.00 | Review and analyze camp director employment agreements (2.9); draft and revise memo re same (3.7). |
| B310 10/20/26 | Claims Administration & Object R. Biblo Block | 0.50 | 825.00 | Review draft objection to claims (.2); conference with MWS team re same (.2); correspond with D. Azman re same (.1). |
| B310 10/20/26 | Claims Administration & Object D. Thomson | 7.30 | 12,008.50 | Review Debtors' first omnibus claims objection (.5); review proofs of claim and supporting documents in connection with same (.8); conference with MWS team re same (.2); draft committee statement re first omnibus claims objection (4.8); |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | research perfection issues in connection with same (1.0). |
| B310 10/21/26 | Claims Administration & Object R. Biblo Block | 0.50 | 825.00 | Review draft objection to claims (.5). |
| B310 10/21/26 | Claims Administration & Object D. Thomson | 3.20 | 5,264.00 | Draft and revise brief re first omnibus claims objection (3.2). |
| B310 10/22/26 | Claims Administration & Object D. Thomson | 3.60 | 5,922.00 | Revise pleading re omnibus claim objection per comments from R. Biblo Block (.7); correspond with R. Biblo Block re revised document (.2); correspond with D. Azman and K. Going re same (.2); research re claim objection procedures (1.6); draft analysis of claim objection procedural issues (.8); correspond with R. Biblo Block re same (.1). |
| B310 10/23/26 | Claims Administration & Object R. Biblo Block | 0.80 | 1,320.00 | Conference with D. Thomson and D. Harris re claims filed against Debtors (.6); conference with F. Yudkin re administrative claims (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 10/23/26 | Claims Administration & Object D. Thomson | 1.00 | 1,645.00 | Prepare for conference re first omnibus objection (.4); conference with D. Harris and R. Biblo Block re same (.6). |
| B310 10/26/26 | Claims Administration & Object R. Biblo Block | 0.20 | 330.00 | Review documents re potential administrative claims (.1); conference with K. Going re same (.1). |
| B310 10/27/26 | Claims Administration & Object D. Thomson | 0.20 | 329.00 | Correspond with R. Biblo Block re Wynwood conference (.1); review proof of claim filed by Wynwood (.1). |
| B310 10/28/26 | Claims Administration & Object D. Thomson | 3.10 | 5,099.50 | Review Mulligan complaint (.6); review Mulligan proofs of claim, loan agreements and other supporting documents (.8); review research re potential claims (.3); research re related claims under state and federal law (.5); draft summary of Mulligan complaint (.8); correspond with R. Biblo Block re Mulligan complaint (.1). |
| B310 10/29/26 | Claims Administration & Object D. Thomson | 2.80 | 4,606.00 | Draft analysis of Mulligan complaint and summary of additional potential claims (2.3); review prior research in connection with same (.4); correspond with R. Biblo Block re review of Mulligan complaint (.1). |

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B310 10/30/26 | Claims Administration & Object D. Thomson | 0.20 | 329.00 | Review revised first omnibus objection (.1); correspond with R. Biblo Block re same (.1). |
| B320 10/04/26 | Plan and Disclosure Statement R. Biblo Block | 0.80 | 1,320.00 | Review draft plan (.8). |
| B320 10/06/26 | Plan and Disclosure Statement R. Biblo Block | 4.10 | 6,765.00 | Review and analyze draft plan (4.1). |
| B320 10/06/26 | Plan and Disclosure Statement D. Azman | 2.50 | 4,650.00 | Review and revise draft plan (2.5) |
| B320 10/08/26 | Plan and Disclosure Statement R. Biblo Block | 0.10 | 165.00 | Review draft plan (.1). |
| B320 10/11/26 | Plan and Disclosure Statement R. Biblo Block | 0.50 | 825.00 | Review and revise draft plan (.5). |

Case 26-13338-CMG Doc 1524 Filed 11/16/25 Entered 11/16/26 16:05:08 Desc Main Document Page 413 of 419

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 10/12/26 | Plan and Disclosure Statement R. Biblo Block | 0.70 | 1,155.00 | Review and revise plan (.7). |
| B320 10/12/26 | Plan and Disclosure Statement K. Going | 1.30 | 2,548.00 | Conference and correspond with MWS team re distributions, settlement objections, and tax issues (1.3). |
| B320 10/13/26 | Plan and Disclosure Statement R. Biblo Block | 0.10 | 165.00 | Review and revise draft plan (.1). |
| B320 10/14/26 | Plan and Disclosure Statement R. Biblo Block | 4.80 | 7,920.00 | Review and revise draft plan (2.2); conference with M3 and RC teams re plan-related work in process (.8); research re same (1.2); conference with F. Yudkin re same (.3); conference with K. Going re same (.3). |
| B320 10/15/26 | Plan and Disclosure Statement R. Biblo Block | 2.70 | 4,455.00 | Research re plan issues (1.2); review and revise draft plan re same (1.5). |
| B320 10/16/26 | Plan and Disclosure Statement R. Biblo Block | 0.50 | 825.00 | Review and revise draft plan (.5). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 10/17/26 | Plan and Disclosure Statement R. Biblo Block | 0.50 | 825.00 | Review and revise plan (.5). |
| B320 10/18/26 | Plan and Disclosure Statement R. Biblo Block | 3.20 | 5,280.00 | Review and revise draft chapter 11 plan (3.1); correspond with MWS, M3, and RC teams re same (.1). |
| B320 10/19/26 | Plan and Disclosure Statement R. Biblo Block | 1.00 | 1,650.00 | Review and revise draft plan (.3); correspond with UCC advisors re same (.2); research re same (.5). |
| B320 10/19/26 | Plan and Disclosure Statement R. Wang | 2.00 | 1,970.00 | Review plan issue for R. Biblo Block (1.9); confer with R. Biblo Block re plan issue (.1). |
| B320 10/19/26 | Plan and Disclosure Statement D. Azman | 2.80 | 5,208.00 | Review and revise plan documents (2.8). |
| B320 10/20/26 | Plan and Disclosure Statement R. Biblo Block | 1.00 | 1,650.00 | Conference with M3 and RC teams re draft plan (.5); review same (.2); circulate comments to same to CS and Chapman teams (.1); conference with D. Harris re same (.1); conference with N. Weber re same (.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 10/20/26 | Plan and Disclosure Statement D. Azman | 3.10 | 5,766.00 | Review and revise plan documents (3.1). |
| B320 10/21/26 | Plan and Disclosure Statement R. Biblo Block | 0.20 | 330.00 | Conference with N. Weber re plan-related issues (.2). |
| B320 10/21/26 | Plan and Disclosure Statement D. Azman | 4.10 | 7,626.00 | Review and revise plan documents (1.2); review and revise reply to IRS objection (1.4); research re: same (1.5). |
| B320 10/25/26 | Plan and Disclosure Statement R. Biblo Block | 0.60 | 990.00 | Review draft plan (.6). |
| B320 10/26/26 | Plan and Disclosure Statement R. Biblo Block | 2.50 | 4,125.00 | Review draft plan (2.5). |
| B320 10/27/26 | Plan and Disclosure Statement D. Azman | 3.10 | 5,766.00 | Review and revise plan (3.1). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 10/27/26 | Plan and Disclosure Statement D. Thomson | 1.50 | 2,467.50 | Review prior plan and solicitation precedent (1.3); multiple correspondence with R. Wang re same (.2). |
| B320 10/27/26 | Plan and Disclosure Statement R. Biblo Block | 5.00 | 8,250.00 | Review and revise draft plan (5.0). |
| B320 10/27/26 | Plan and Disclosure Statement R. Wang | 1.90 | 1,871.50 | Research past plans and ballots for D. Thomson (1.2); analyze same for structural differences (.5); correspond with R. Biblo Block re same (.2). |
| B320 10/29/26 | Plan and Disclosure Statement R. Biblo Block | 1.20 | 1,980.00 | Review and revise plan (1.2). |
| B320 10/29/26 | Plan and Disclosure Statement C. Dingman | 0.70 | 1,074.50 | Review, analyze plan issues (.7). |
| B320 10/30/26 | Plan and Disclosure Statement R. Biblo Block | 3.20 | 5,280.00 | Review draft plan (1.2); conference with Debtors' counsel and Mishmeret's counsel re same (1.3); conference with M3 team re same (.5); correspond with MWS team re same (.2). |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

Client: 153076
Invoice: 4738909
Invoice Date: 11/15/2026

| Task / Date | Desc. / Name | Hours | Amount | Description |
|---|---|---|---|---|
| B320 10/30/26 | Plan and Disclosure Statement C. Dingman | 1.20 | 1,842.00 | Review, analyze CampCo plan and issues (1.2). |
| B320 10/31/26 | Plan and Disclosure Statement R. Biblo Block | 0.50 | 825.00 | Prepare for (.2) and participate in conference with MWS team re plan (.3). |
| B320 10/31/26 | Plan and Disclosure Statement C. Dingman | 2.30 | 3,530.50 | Revise CampCo plan (2.3). |

**Total Hours 571.60 Total For Services $848,670.00**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| M. Adams | 0.30 | 1,125.00 | 337.50 |
| N. Alindogan | 2.40 | 910.00 | 2,184.00 |
| D. Azman | 40.90 | 1,860.00 | 76,074.00 |
| F. Belayneh | 1.00 | 315.00 | 315.00 |
| R. Biblo Block | 158.80 | 1,650.00 | 262,020.00 |
| M. Bruno | 7.30 | 2,025.00 | 14,782.50 |
| C. Dingman | 88.90 | 1,535.00 | 136,461.50 |
| K. Going | 22.60 | 1,960.00 | 44,296.00 |
| J. Gorodetsky | 0.20 | 640.00 | 128.00 |
| S. Horowitz | 0.60 | 985.00 | 591.00 |
| L. Knight | 30.20 | 1,125.00 | 33,975.00 |
| G. Miranda | 2.20 | 1,625.00 | 3,575.00 |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee

| | |
|---|---|
| Client: | 153076 |
| Invoice: | 4738909 |
| Invoice Date: | 11/15/2026 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| D. Momborquette | 10.70 | 2,315.00 | 24,770.50 |
| K. Suh | 8.40 | 1,705.00 | 14,322.00 |
| J. Terry | 11.50 | 1,260.00 | 14,490.00 |
| D. Thomson | 31.30 | 1,645.00 | 51,488.50 |
| R. Wang | 123.70 | 985.00 | 121,844.50 |
| J. Weiss | 18.80 | 985.00 | 18,518.00 |
| M. Wilder | 11.80 | 2,415.00 | 28,497.00 |
| **Totals** | **571.60** | | **$848,670.00** |

## Task Code Summary

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| B110 | Case Administration | 29.00 | 32,550.50 |
| B130 | Asset Disposition | 11.30 | 16,732.00 |
| B150 | Mtgs/Communications w/Creditor | 81.10 | 112,507.50 |
| B155 | Court Hearings | 45.30 | 70,228.50 |
| B160 | Fee/Employment Applications | 14.90 | 16,766.50 |
| B230 | Financing/Cash Collections | 270.90 | 394,788.00 |
| B240 | Tax Issues | 26.60 | 56,522.50 |
| B290 | Insurance | 1.30 | 1,995.50 |
| B310 | Claims Administration & Object | 31.50 | 47,479.00 |
| B320 | Plan and Disclosure Statement | 59.70 | 99,100.00 |
| | | 571.60 | 848,670.00 |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Miscellaneous | 348.24 |
| **Total Costs and Other Charges** | **$348.24** |
| **Total This Invoice** | **$849,018.24** |

McDermott Will & Schulte

Rolling Hills Landco Creditors' Committee 11/15/2026
Invoice: 4738909

## Invoice Totals

| Matter Name | | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|---|
| 0011 | SIMAD-Rolling Hills Official Committee | 571.60 | 848,670.00 | 348.24 | 0.00 | 849,018.24 |

**One Vanderbilt Avenue New York, NY 10017-3852 Tel +1 212 547 5400**

*US practice conducted through McDermott Will & Schulte LLP.*