# EXHIBIT B

## Expense Summary

| Description | Billed Amount |
|---|---|
| Business Meals | $88.24 |
| Company Search Fees | $23.49 |
| Discovery Platform | $1,271.20 |
| Transportation/Parking | $158.85 |
| Travel Expenses | $3,950.74 |
| **TOTAL** | **$5,492.52** |