# EXHIBIT C

## Customary and Comparable Compensation

The blended hourly rate for McDermott timekeepers (including both professionals and paraprofessionals) who have billed time to representing the Committee during the Compensation Period was approximately $1,489.30 per hour (the "Committee Blended Rate").[1]

The non-bankruptcy blended hourly rate for McDermott's timekeepers during the 12-month period from November 1, 2025 to and including October 31, 2026 (the "Comparable Period") was, in the aggregate, approximately $1,376.82 per hour (the "Non-Bankruptcy Blended Rate").[2]

A detailed comparison of these rates is as follows:

| Category of Timekeeper | Committee Blended Rate | Non-Bankruptcy Blended Rate |
|---|---|---|
| Partners | $2,086.63 | $2,061.25 |
| Counsel | $1,650.92 | $1,653.75 |
| Associates[3] | $1,267.64 | $1,276.79 |
| Paraprofessionals | $730.16 | $636.43 |
| Aggregate | $1,489.30 | $1,376.82 |

1 McDermott calculated the blended rate for timekeepers who billed to the Committee by dividing the total dollar amount billed by such timekeepers during the Compensation Period by the total number of hours billed by such timekeepers during the Compensation Period.

2 McDermott calculated the Non-Bankruptcy Blended Rate by dividing the total dollar amount billed by non-bankruptcy timekeepers in McDermott's U.S. offices to all matters during the Comparable Period by the total number of hours billed by non-bankruptcy timekeepers in McDermott's U.S. offices to all matters during the Comparable Period.

3 Includes law clerks and staff attorneys.