# EXHIBIT D

## Application Summary

## U.S. Trustee Guidelines Exhibit E

| | |
|---|---|
| Retention Date: | August 25, 2026, effective as of July 10, 2026 |
| Terms and Conditions of Employment: | Hourly. No retainer. |
| Total McDermott Fees and Expenses Sought to be Paid this Period: | $4,536,992.77 |
| Total McDermott Fees Sought to be Paid this Period: | $4,531,500.25 |
| Total McDermott Expenses Sought to be Paid this Period: | $5,492.52 |
| Total McDermott Fees and Expenses Approved by Interim Order to Date: | $0.00 |
| Blended Rate in this Interim Fee Application for All Attorneys: | $1,511.96 |
| Blended Rate in this Interim Fee Application for All Timekeepers: | $1,489.30 |
| McDermott Fees Sought in This Interim Fee Application Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed by Interim Order: | $2,946,264.20 |
| McDermott Expenses Sought in This Interim Fee Application Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed by Interim Order: | $5,144.28 |
| Difference Between Fees Budgeted and Amounts Sought in this Interim Fee Application: | Budget: $3,877,500.00 – $5,355,000.00<br>Fees Sought: $4,531,500.25 |
| Are any rates higher than those approved or disclosed at retention? | No |

**Summary of Monthly Fee Applications**

| Prior Monthly Applications | | Requested | | Paid to Date | | 20% Holdback |
|---|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | |
| 08/28/2026 Dkt. No. 1034 | 07/10/2026 – 07/31/2026 | $1,388,154.75 | $4,197.83 | $1,110,523.80 | $4,197.83 | $277,630.95 |
| 09/25/2026 Dkt. No. 1193 | 08/01/2026 – 08/31/2026 | $1,187,945.50 | $645.13 | $950,356.40 | $645.13 | $237,589.10 |
| 10/26/2026 Dkt. No. 1387 | 09/01/2026 – 09/30/2026 | $1,106,730.00 | $301.32 | $885,384.00 | $301.32 | $221,346.00 |
| 11/16/2026 Dkt. No. 1524 | 10/01/2026 – 10/31/2026[1] | $848,670.00 | $348.24 | $0.00 | $0.00 | $169,734.00 |
| | **TOTAL** | **$4,531,500.25** | **$5,492.52** | **$2,946,264.20** | **$5,144.28** | **$906,300.05** |

[1] The objection deadline for the Fourth Monthly Statement is November 30, 2026. As of the date hereof, McDermott has not received payment on account of the fees or expenses requested in the Fourth Monthly Statement.