# EXHIBIT F

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Rachel Biblo Block (admitted *pro hac vice*)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

In re:

SIMAD HOLDINGS LTD., *et al.,*

Debtors.[1]

Chapter 11

Case No.: 26-16388 (CMG)

(Jointly Administered)

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

---

**ORDER APPROVING
FIRST INTERIM FEE APPLICATION
OF MCDERMOTT WILL & SCHULTE LLP FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JULY 10, 2026 THROUGH AND INCLUDING OCTOBER 31, 2026**

Upon consideration of the *First Interim Fee Application of McDermott Will & Schulte LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period of July 10, 2026 Through and Including October 31, 2026* (the "Interim Fee Application"); and this Court having jurisdiction over the Interim Fee Application; and due and adequate notice of the Interim Fee Application and the relief requested therein having been given under the circumstances and no other or further notice being required; and the Court having read and considered the Interim Fee Application, objections to the Interim Fee Application, if any, and arguments of counsel, if any; and any objections to the Interim Fee Application having been resolved or overruled; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Interim Fee Application is hereby GRANTED as provided herein.

2. McDermott Will & Schulte LLP is allowed $4,531,500.25 in compensation for services rendered and $5,492.52 for reimbursement of expenses incurred for the period from July 10, 2026 through and including October 31, 2026.

3. The Debtors are hereby authorized and directed to immediately pay McDermott Will & Schulte LLP the unpaid portion of such allowed fees and expenses.

4. This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.