# EXHIBIT G

## Budget and Staffing Plan

**IN RE SIMAD HOLDINGS LTD., *ET AL.***

**MCDERMOTT WILL & SCHULTE LLP FEE ESTIMATE**

McDermott estimates that its fees during these Chapter 11 Cases will be approximately $3,877,500 to $5,355,000 in the aggregate for the period from July 10, 2026 through October 31, 2026. This estimate is preliminary and subject to revision. Revisions may be needed if the chapter 11 cases are more or less contentious than expected, are shorter or longer than expected, the Committee's investigation of the Debtors, their affiliates, and other insiders reveals more than expected, or other unforeseen events occur. McDermott notes that chapter 11 cases can involve significant uncertainty, which makes it inherently difficult to predict the full scope and magnitude of services that will be provided. Included below is a list of project categories relating to services that are anticipated to be provided, together with an estimate of the hours and fees associated with each. These estimates may vary significantly from month to month and over the course of these chapter 11 cases. Hours and fees in any particular project category may be significantly above or below the estimate provided, and the particular set of project categories may vary from time to time.[1]

| Project Category | | Estimated Hours | | Estimated Fees | |
|---|---|---|---|---|---|
| Code | Description | Low | High | Low | High |
| B110 | Case Administration | 200 | 250 | $300,000 | $375,000 |
| B120 | Asset Analysis and Recovery | 10 | 25 | $15,000 | $37,500 |
| B130 | Asset Disposition | 300 | 400 | $450,000 | $600,000 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 10 | 20 | $15,000 | $30,000 |
| B150 | Mtgs/Communications w/Creditor | 325 | 400 | $487,500 | $600,000 |
| B155 | Court Hearings | 75 | 125 | $112,500 | $187,500 |
| B160 | Fee/Employment Applications | 100 | 150 | $150,000 | $225,000 |
| B170 | Fee/Employment Objections | 5 | 15 | $7,500 | $22,500 |
| B180 | Avoidance Action Analysis | 40 | 75 | $60,000 | $112,500 |
| B185 | Assumption/Rejection of Leases | 5 | 15 | $7,500 | $22,500 |
| B190 | Other Contested Matters | 25 | 50 | $37,500 | $75,000 |
| B195 | Non-Working Travel | 10 | 30 | $15,000 | $45,000 |
| B210 | Business Operations | 10 | 20 | $15,000 | $30,000 |
| B220 | Employee Benefits/Pensions | 5 | 15 | $7,500 | $22,500 |
| B230 | Financing/Cash Collections | 1,200 | 1,500 | $1,800,000 | $2,250,000 |
| B240 | Tax Issues | 25 | 50 | $37,500 | $75,000 |
| B250 | Real Estate | 25 | 50 | $37,500 | $75,000 |
| B270 | Utilities | 10 | 20 | $15,000 | $30,000 |
| B280 | Vendor Matters | 5 | 10 | $7,500 | $15,000 |
| B290 | Insurance | 10 | 20 | $15,000 | $30,000 |
| B310 | Claims Administration & Objections | 50 | 75 | $75,000 | $112,500 |

[1] Hours and fees in this table reflect aggregated hours and fees projected for the period from July 10, 2026 through October 31, 2026. They are rounded and calculated based on a blended and weighted hourly rate of $1,500.00.

| Project Category | | Estimated Hours | | Estimated Fees | |
|---|---|---|---|---|---|
| **Code** | **Description** | **Low** | **High** | **Low** | **High** |
| B320 | Plan and Disclosure Statement | 50 | 100 | $75,000 | $150,000 |
| B410 | Gen Bankruptcy Advice/Opinions | 15 | 30 | $22,500 | $45,000 |
| B470 | Litigation | 75 | 125 | $112,500 | $187,500 |
| | **TOTAL** | **2,585** | **3,570** | **$3,877,500** | **$5,355,000** |

**IN RE SIMAD HOLDINGS LTD., *ET AL.***

**MCDERMOTT WILL & SCHULTE LLP STAFFING PLAN**

Included below is McDermott's staffing plan for advising the Official Committee of Unsecured Creditors in these Chapter 11 Cases. Representing official committees generally requires the work of lawyers across several practice areas, including restructuring and insolvency, corporate/M&A, finance, litigation, tax, and others. Additional expertise may also be required depending on the circumstances and events in the particular chapter 11 case, which cannot be predicted with certainty.

The staffing plan below, therefore, represents only McDermott's best estimate of certain of the lawyers who will be involved during the Chapter 11 Cases. The staffing plan is subject to change, and additional or fewer attorneys may become involved as circumstances dictate. It is also anticipated that the level of involvement of the listed and unlisted attorneys will vary depending on the circumstances.

| SUMMARY OF ATTORNEYS & PARAPROFESSIONALS CURRENTLY EXPECTED TO WORK ON MATTER[1] | | |
|---|---|---|
| **Timekeeper Category** | **Total Number** | **Estimated Average Hourly** |
| Partners | 8 | $2,061.00 |
| Counsel | 4 | $1,654.00 |
| Associates | 13 | $1,288.00 |
| Paraprofessionals | 3 | $832.00 |
| Litigation (eDiscovery) | 3 | $423.00 |

McDermott's representation of the Committee will be led by partners Darren Azman and Kristin Going with the assistance of other partners, counsel, associates, and paraprofessionals.

[1] The average hourly rate is based on average billed rates in the past twelve months. The range of hourly rates provided is based on all U.S. timekeepers with the Firm for calendar year 2026.