**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ROBINSON & COLE LLP**
Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

**MCDERMOTT WILL & SCHULTE LLP**
Darren Azman (admitted *pro hac vice*)
Kristin K. Going (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Email: dazman@mcdermottlaw.com
Email: kgoing@mcdermottlaw.com

**MCDERMOTT WILL & SCHULTE LLP**
Rachel Biblo Block (admitted *pro hac vice*)
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201
Telephone: (214) 295-8000
Email: rbibloblock@mcdermottlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

| | |
|---|---|
| In re:<br>SIMAD HOLDINGS LTD., *et al.,*<br>Debtors.[1] | Chapter 11<br>Case No.: 26-16388 (CMG)<br>(Jointly Administered) |

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

**DECLARATION OF DARREN AZMAN
REGARDING THE FIRST INTERIM FEE
APPLICATION OF MCDERMOTT WILL & SCHULTE LLP FOR
ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JULY 10, 2026 THROUGH AND INCLUDING OCTOBER 31, 2026**

I, Darren Azman, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury:

1. I am a partner of the firm of McDermott Will & Schulte LLP ("McDermott" or the "Firm"). McDermott maintains offices at, among other places, One Vanderbilt Avenue, New York, New York 10017. I am a member in good standing of the Bars of the States of New York and Massachusetts, and I have been admitted to practice in the U.S. Courts of Appeals for the Second and Third Circuits, and the U.S. District Courts for the District of Massachusetts and the Eastern and Southern Districts of New York. I have been admitted *pro hac vice* in this matter, by Order dated July 20, 2026 [Docket No. 536]. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by McDermott, as counsel for the Official Committee of Unsecured Creditors (the "Committee") of SIMAD Holdings Ltd., *et al.* (the "Debtors"), and am familiar with all other work performed on behalf of the Committee by the lawyers and paraprofessionals in the Firm.

**STATEMENT REGARDING U.S. TRUSTEE GUIDELINES**

3. The following is provided in response to the questions raised at ¶ C.5 of the U.S. Trustee Guidelines.

| Question | Answer |
|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were | No. |

| | |
|---|---|
| provided during the application period? If so, please explain. | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | The fees sought in this Interim Fee Application as compared to the fees budgeted for the Compensation Period are not higher by 10% or more. |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No. |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | Yes. The Interim Fee Application includes approximately 68 hours and $82,900 in fees for reviewing time records in connection with the preparation of the Monthly Statements. |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? | Yes. Such time spent by McDermott to ensure that the time entries subject to this Interim Fee Application do not disclose privileged or confidential information is included in the response to the preceding question. This review and any revisions associated therewith are a necessary component of McDermott's fee applications. |
| Does the fee application include any rate increases? | No. |

4. I have reviewed the foregoing Interim Fee Application,[2] and the facts set forth therein are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the Guidelines and submit that the Interim Fee Application complies with such Guidelines.

5. No agreement or understanding exists between McDermott and any other person for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Fee Application.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

Dated: November 16, 2026

*_/s/ Darren Azman_*
Darren Azman