**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

# NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATIONS

**NOTICE IS HEREBY GIVEN** that there will be a hearing held, if necessary, on **December 8, 2026 at 2:00 p.m. (ET)** before the Honorable Christine M. Gravelle, Chief Judge, at the United States Bankruptcy Court, 402 East State Street, Trenton, N.J. 08608, Courtroom #3, for the purpose of acting on applications for compensation. The following fee applications will be heard:

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

| Professional and Application | Fees Requested | Expenses Requested |
|---|---|---|
| Cole Schotz P.C.,<br><br>Counsel to the Debtors and Debtors in Possession<br><br>First Interim Fee Application [Docket No. 1528] | $9,088,112.50 | $160,372.57 |
| FTI Consulting, Inc.<br><br>Financial Advisor to the Debtors and Debtors in Possession<br><br>First Interim Fee Application [Docket No. 1529] | $11,042,145.50 | $85.782.08 |
| SSG Advisors, LLC<br><br>Investment Banker to the Debtors and Debtors in Possession<br><br>First Interim Fee Application [Docket No. 1530] | $5,742,424.40 | $12,263.09 |
| Kroll Restructuring Administration LLC<br><br>Administrative Advisor to the Debtors and Debtors in Possession<br><br>First Interim Fee Application [Docket No. 1531] | $191,321.62 | $0.00 |
| Robinson & Cole LLP<br><br>Co-Counsel to the Official Committee of Unsecured Creditors<br><br>First Interim Fee Application [Docket No. 1532] | $1,531,330.00 | $2,091.98 |
| McDermott Will & Schulte LLP<br><br>Co-Counsel to the Official Committee of Unsecured Creditors<br><br>First Interim Fee Application [Docket No. 1533] | $4,531,500.25 | $5,492.52 |
| M3 Advisory Partners, LP<br><br>Financial Advisors to the Official Committee of Unsecured Creditors<br><br>First Interim Fee Application [Docket No. 1534] | $1,689,955.00 | $4,328.58 |

Parties may be heard before the applications are determined. In accordance with D.N.J. LBR 9013-3(d) appearances on fee applications are not required, unless objections are timely filed and served. Objections shall be filed and served no later than **December 1, 2026**.

**PLEASE TAKE FURTHER NOTICE** that copies of the above-listed fee applications may be obtained at no charge at https://restructuring.ra.kroll.com/SIMAD or via Pacer at http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: November 16, 2026

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors and*
*Debtors in Possession*