**MARC S. SACKS**
**MARY A. SCHMERGEL**
**DOMINIQUE SINESI**
Senior Trial Counsel
Commercial Litigation Branch
United States Department of Justice
Civil Division
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: 202-598-0034
Email: Dominique.sinesi@usdoj.gov

*Counsel to United States of America*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LLC., et als.,<br><br>Debtors. | Case No.: 26-16388 (CMG)<br><br>Chapter 11<br><br>Honorable Christine M. Gravelle |

**SECOND APPLICATION IN SUPPORT OF STIPULATION EXTENDING DEADLINE FOR THE UNITED STATES TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C. §§ 523(c)**

The United States of America ("United States"), by and through its undersigned counsel, with the consent of Debtors, as administratively consolidated (the "Debtors"), by application pursuant to D.N.J. LBR 9019-4(b), hereby requests that this Court enter the attached Stipulation Extending Deadline for the United States to File a Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523(c) ("Stipulation"), and, in support thereof, respectfully states:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this Application, pursuant to 28 U.S.C. §§ 157 and 1334.

2. Consideration of this Application is a core proceeding, pursuant to 28 U.S.C. § 157 (b)(2).

3. Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The statutory and legal predicates for the relief requested herein are section 105 and 523 of the Bankruptcy Code, Rule 4007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as well as D.N.J. LBR 9019-4(b) of the local rules.

**BACKGROUND**

5. On June 4, 2026, the Debtors filed voluntary petitions for relief, pursuant to Chapter 11 of title 11 of the United States Code and are Debtors-in Possession pursuant to 11 U.S.C. §§ 1107 and 1108.

6. Pursuant to Bankruptcy Rule 4007(c), the initial deadline to file a complaint seeking a determination of the dischargeability of debts under 11 U.S.C. § 523(c) was September 15, 2026. No deadline was set for debtors regarding a dischargeability deadline nor does the United States believe one is applicable. Despite this position, the parties, agreed to extend the deadline to November 16, 2026. [Doc. 1152.] And they agree to a further extension to February 19, 2027.

7. This Application is being filed before any possible expiration of that deadline.

8. *U.S. et al. ex rel. Bellotto v. Shabsels, et al.*, No. 24 Civ. 06494 (S.D. NY) (the DOJ FCA matter) is a complaint pending under the False Claims Act. Section 523(a)(2)(A) of

the Bankruptcy Code alleges that debts, to the extent obtained by "false pretenses, a false representation, or actual fraud…" are not dischargeable.

9. The Debtors have agreed that an extension is in all the parties' best interests to allow for continued negotiations.

**CAUSE EXISTS FOR AN EXTENSION**

10. The United States asserts that it is a creditor and possesses claims against the Debtors that could be excepted from discharge under one or more provisions of 11 U.S.C. § 523, including, without limitation, Section 523(a)(2), Section 523(a)(4), and/or Section 523(a)(6).

11. Given the complexity of the Debtors cases and the interconnection with other corporate chapter 11 companies in which the Debtor has ownership interests, and which are also in chapter 11, additional time is merited to assess the complex cases and determine the appropriate next steps.

**RELIEF REQUESTED**

12. The United States and Debtors respectfully request that the Court enter the attached Consent Order extending the deadline for the United States to file a complaint seeking a determination of the dischargeability of any debt owed by the Debtor under 11 U.S.C. § 523(a)(2), (4), or (6), from **November 16, 2026,** through and including **February 19, 2027**.

Respectfully submitted,

Dated: November 16, 2026

/s/Dominique Sinesi
JONATHAN D. GUYNN
ACTING ASSISTANT ATTORNEY GENERAL
MARC S. SACKS
MARY A. SCHMERGEL

DOMINIQUE V. SINESI
Civil Division, U. S. Department of Justice
P. O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
(202) 598-0034

*Counsel to the United States*

**Certificate of Service**

The undersigned certifies that on November 16, 2026, the foregoing pleading was filed with the clerk of the court and that copies will be sent electronically, using the electronic case filing system of the court on all parties who have requested service and as are required by the Federal Rules of Bankruptcy Procedure.

/s/ Dominique Sinesi