**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**SIMAD DEBTORS' SUPPLEMENTAL NOTICE OF CAMP MALKA SALE IN SUPPORT OF EMERGENCY MOTION REQUESTING A DETERMINATION OF CERTAIN TAX WITHHOLDING OBLIGATIONS PURSUANT TO THE FOREIGN INVESTMENT IN REAL PROPERTY TAX ACT OF 1980**

**PLEASE TAKE NOTICE** that on September 16, 2025, the above-captioned debtors and debtors in possession (collectively, the "SIMAD Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") filed the *SIMAD Debtors' Emergency Motion Requesting a*

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

*Determination of Certain Tax Withholding Obligations Pursuant to the Foreign Investment in Real Property Tax Act of 1980* [Docket No. 1141] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that the Motion seeks, *inter alia*, a determination that certain of the Exempt Entities, which are SIMAD Debtors, are subject to an exception eliminating any tax withholding obligations under the Foreign Investment in Real Property Tax Act of 1980 ("FIRPTA") associated with the sale of such Exempt Entity's assets and approving certain notices in connection therewith.

**PLEASE TAKE FURTHER NOTICE** that on November 17, 2026, the closing of the sale of certain assets of Exempt Entities, Malka Operatingco LLC and Greenvilleland LLC, occurred (the "Camp Malka Sale").

**PLEASE TAKE FURTHER NOTICE** that in connection with the Camp Malka Sale, the SIMAD Debtors hereby submit the related Bankruptcy Court Notice and IRS Notice, annexed hereto as **Exhibits A** and **B**, respectively.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Chapter 11 Cases may be obtained free of charge by visiting the website of Kroll Restructuring Administration LLC at https://restructuring.ra.kroll.com/SIMAD. You may also obtain copies of any pleadings by visiting the Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of Page Intentionally Left Blank.]*

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Dated: November 17, 2026

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors and*
*Debtors in Possession*

# **EXHIBIT A**

## **Bankruptcy Court Notice**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**TRANSFEREE'S NOTICE OF FORECLOSURE ACTION OR TRANSFER PURSUANT TO TREASURY REGULATION § 1.1445-2(d)(3)(i)(A) FOR GREENVILLELAND LLC AND MALKA OPERATINGCO LLC**

**Submitted by CHAIM OBERLANDER ("Transferees") to the Court pursuant to Treas. Reg. § 1.1445-2(d)(3)(ii)**

## I. Introduction

This Notice to the Court pertains to the sale of U.S. real property interests ("**USRPI**") by SIMAD Holdings Ltd., a foreign entity (the "**Transferor**"), via its two wholly owned disregarded entities, Greenvilleland LLC and Malka Operatingco LLC. Certain transfers of USRPI pursuant to bankruptcy proceedings may be subject to special procedural rules related to U.S. federal tax withholding under Section 1445 of the Internal Revenue Code of 1986, as amended. Pursuant to Treas. Reg. § 1.1445-2(d)(3)(i)(A), provided the transferee of such USRPI remits certain notices to the court with jurisdiction over the matter and to the Internal Revenue Service, the transferee may withhold an alternative amount as defined in Treas. Reg. § 1.1445-2(d)(3)(i)(A) (the "**Alternative Amount**"). As more fully set forth in the SIMAD Debtors' Emergency Motion Requesting a Determination of Certain Tax Withholding Obligations Pursuant to the Foreign Investment in Real Property Tax Act of 1980, Transferor takes the position that the rules set forth in Treas. Reg. § 1.1445-2(d)(3) apply to the transfer of USRPI pursuant to the sale of USRPI by the Transferor.

---

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

## II. Notice Disclosures Required by Treas. Reg. § 1.1445-2(d)(3)(ii)

**(1) Statement of Foreclosure Transfer or Similar Action**

This document constitutes a Notice to the Court of Foreclosure Transfer or Similar Action pursuant to Treas. Reg. §§ 1.1445-2(d)(3)(i)(A) and (3)(ii).

**(2) Purchaser/Transferee Information**

**Transferees:**

Chaim Oberlander
Address: [redacted]

Transferee acquired the below-described property via Malky Tzedek LLC (EIN 43-02393220), a wholly owned New York limited liability company which is disregarded for U.S. federal tax purposes. Transferee is the first regarded owner of Malky Tzedek LLC.

**(3) Transferor Information**

Transferor: SIMAD Holdings Ltd.
Mailing Address: 50 Quality Street, Unit 110357, Trumbull, CT 06611
Employer Identification Number (EIN): 98-1899954

Transferor is a limited company organized under the laws of the British Virgin Islands. Transferor owns 100% of the membership interests in Greenvilleland LLC ("**Greenvilleland Landco**")(EIN 26-4101514) and Malka Operatingco LLC ("**Malka Opco**")(EIN 46-4390589), each a New York limited liability company which is a disregarded entity for U.S. federal tax purposes. Greenvilleland Landco and Malka Opco were the legal owners of the subject USRPIs, and Transferor was the first regarded owner under U.S. tax law.

**(4) Date of Transfer:** November 17, 2026

**(5) Brief Description of the Property**

The sold U.S. real property interest consists of the following:

(i) Land located at 150 Ingalside Road, Greenville, NY 12083 (the "**Land**"):
(ii) Buildings, permanent structures, and improvements ("**Buildings and Improvements**"); and
(iii) Associated personal property, including but not limited to, furnishings and fixtures, kitchen and laundry equipment, and other equipment and personal property associated with the use of the real property ("**Personal Property**").

**(6) Amount Realized**

The Transferor's amount realized from the sale, as defined under Treas. Reg. § 1.1445-1(g)(5), is cash paid or to be paid in the amount of $6,112,500.

**(7) Amount Withheld Under Section 1445(a) and Notice of Alternative Amount**

Assuming that the procedures set forth in Treas. Reg. § 1.1445-2(d)(3) apply here, the Alternative Amount, as defined in Treas. Reg. § 1.1445-2(d)(3)(i)(A), should be zero, and therefore, no withholding is required.

## III. Request for Court Determination of the Alternative Amount

Transferee respectfully requests notice of the Court's determination of the alternative amount so it may properly dispense of the withholding in escrow and comply with its notice and reporting obligations to the Internal Revenue Service, as described in Treas. Reg. § 1.1445-2(d)(3).

[signature page to follow]

Signed on the 9th day of November, 2026.

**CHAIM OBERLANDER**

________________________________________

# **EXHIBIT B**

**IRS Notice**

**DRAFT – TO BE FINALIZED UPON COURT'S DECISION**

**VIA U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Date: _______________ ___, 2026

Internal Revenue Service
Ogden Service Center
P.O. Box 409101
Ogden, UT 84409

**Re: Notice of Foreclosure Action or Transfer filed pursuant to Treas. Reg. §1.1445-2(d)(3)(iii)**

Dear Assistant Commissioner (International):

Pursuant to the notice requirements of Treas. Reg. § 1.1445-2(d)(3)(iii), enclosed please find a copy of a jointly issued Notice of Foreclosure Action or Transfer with respect to a sale made on **November 17, 2026** pursuant to a court order in the bankruptcy case of *In re SIMAD Holdings Ltd.*, Case No. 26-16388, currently being administered in the United States Bankruptcy Court for the District of New Jersey. On [●], 2026, the Court made a final determination regarding the distribution of the amount realized from the sale.

The name, identifying number, and address of the Transferee providing this Notice to the Service is:

**Name:** Chaim Oberlander
**Address:** [redacted]
**Identifying Number (SSN):** [●]

Sincerely,

[●]

**DRAFT – TO BE FINALIZED UPON COURT'S DECISION**

# FIRPTA NOTICE OF FORECLOSURE ACTION OR TRANSFER PURSUANT TO TREAS. REG. §1.1445-2(d)(3)

**Submitted pursuant to Treas. Reg. §1.1445-2(d)(3)(iii)**

## (1) Statement of Foreclosure Transfer or Similar Action

This document constitutes a Notice of Foreclosure Action or Transfer under Treas. Reg. § 1.1445-2(d)(3).

The Transfer at issue occurred pursuant to a Court Order in *In re SIMAD Holdings Ltd., et al.*, a bankruptcy case under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey (the **"Court"**).

## (2) Purchaser/Transferee Information

Transferee #1: Chaim Oberlander
Address: [redacted]
Identifying Number (SSN): [●]

Transferee ("**Buyer**") acquired the below-described property via Malky Tzedek LLC (EIN 43-02393220), a wholly owned New York limited liability company which is disregarded for U.S. federal tax purposes. Transferee is the first regarded owner of Malky Tzedek LLC.

## (3) Debtor/Transferor Information

Transferor: SIMAD Holdings Ltd. (**"Transferor"**)
Mailing Address: 50 Quality Street, Unit 110357, Trumbull CT 06611
Employer Identification Number (EIN): 98-1899954

Transferor is a limited company organized under the laws of the British Virgin Islands. Transferor owns 100% of the membership interests in Greenvilleland LLC ("**Greenvilleland Landco**") and Malka Operatingco LLC ("**Malka Opco**"), each a New York limited liability company which is a disregarded entity for U.S. federal tax purposes. Greenvilleland Landco and Malka Opco are the legal owners of the subject USRPIs, and Transferor is the first regarded owner under U.S. tax law.

## (4) Date of Final Determination

The date of final determination by the Court regarding the distribution of the amount realized from the sale is [●].

## (5) Brief Description of the Property

The sold U.S. real property interests ("**USRPIs**") consist of the following:

(i) Land located at 150 Ingalside Road, Greenville, NY 12083 (the "**Land**"):

**DRAFT – TO BE FINALIZED UPON COURT'S DECISION**

(ii) Buildings, permanent structures, and improvements ("**Buildings and Improvements**"); and

(iii) Associated personal property, including but not limited to, furnishings and fixtures, kitchen and laundry equipment, and other equipment and personal property associated with the use of the real property ("**Personal Property**").

**(6) Amount Realized**

The Transferor's amount realized from the sale, as defined under Treas. Reg. §1.1445-1(g)(5) is cash paid or to be paid in the amount of $6,112,500.

**(7) Alternative Amount**

The alternative amount, as defined under Treas. Reg. § 1.1445-2(d)(3)(iii), is zero.

In the attached Court order, the Court has determined the special procedural rules applicable to foreclosures under Treas. Reg. § 1.1445-2(d)(3) apply to the sale of the USRPIs, that none of the sale proceeds will accrue to the Transferor, that the alternative amount is zero, and that no withholding is required under Treas. Reg. § 1.1445-2(d)(3).

[signature page to follow]

## CERTIFICATIONS

The undersigned Transferor and Transferee hereby certify under penalties of perjury that, to their respective knowledge and belief, this Notice of Foreclosure Action or Transfer is true, correct, and complete.

**Transferor:**

**SIMAD HOLDINGS LTD.**

By: ________________________________________
Name: Assaf Ravid
Title: Chief Restructuring Officer

**Transferee:**

**CHAIM OBERLANDER**

________________________________________