**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| SIMAD HOLDINGS LTD., *et al.*,[1] | Case No. 26-16388 (CMG) |
| Debtors. | (Jointly Administered) |

**ADJOURNMENT REQUEST**

1. I, Michael D. Sirota, Esq.

☒ am the attorney for: the SIMAD Debtors and Debtors in Possession ,

☐ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

1 A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

1. *SIMAD Debtors' Motion for Entry of Interim and Final Orders (I) Approving the SIMAD Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the SIMAD Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 56]

2. *Interim Order Authorizing the SIMAD Debtors to Use Cash Collateral of the U.S. Small Business Administration Pursuant to 11 U.S.C. § 363(c)(2) and Fed. R. Bankr. P. 4001 and Scheduling Final Hearing Date* [Docket No. 142]

3. *Interim Order Authorizing the SIMAD Debtors to Use Cash Collateral of Putnam County Savings Bank Pursuant to 11 U.S.C. § 363(c)(2) and Fed. R. Bankr. P. 4001 and Scheduling Final Hearing Date* [Docket No. 147]

4. *Interim Order Authorizing One Canal Place Real Estate LLC and One Canal Place Leasing LLC to Use Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2) and Fed. R. Bankr. P. 4001 and Scheduling Final Hearing Date* [Docket No. 149]

5. *Notice of Status Conference* [Docket No. 206]

**Current hearing date and time**: November 19, 2026 at 10:00 a.m.

**New date requested**: December 3, 2026 at 10:00 a.m.

**SIMAD Holdings Ltd., et al v. Visions Federal Credit Union (Adv. Case No. 26-01439)**

6. *SIMAD Debtors' Motion for Summary Judgment with Respect to Counts I and VI of the Complain* [D.I. 3]

**Current hearing date and time**: November 19, 2026 at 10:00 a.m.

**New response deadline**: November 23, 2026

**New reply deadline**: December 1, 2026

**New hearing date requested**: December 3, 2026 at 10:00 a.m.

**Reason for adjournment request**: The SIMAD Debtors respectfully request a brief adjournment to allow additional time to address outstanding objections and issues with respect to the relief being sought.

2. Consent to adjournment:

☒ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: November 18, 2026 */s/ Michael D. Sirota*
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted New hearing date: December 3, 2026 at 12:00 p.m. ☐ Peremptory

☐ Granted over objection(s) New hearing date: _____ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**