UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Evan M. Lazerowitz (063232013)
Rachel Jaffe Mauceri (038102001)
Brya M. Keilson (022502004)
666 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 451-2900
Email: elazerowitz@rc.com
Email: rmauceri@rc.com
Email: bkeilson@rc.com

*Co-Counsel to Committee of Unsecured Creditors*

In Re:

SIMAD HOLDINGS LTD., et al.,

Case No.: 26-16388 (CMG)

Chapter: 11

Adv. No.: ____________________

Hearing Date: ____________________

Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Evan M. Lazerowitz :

☒ represent The Committee of Unsecured Creditors in this matter.

2. On November 16, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

1. *Monthly Fee Statement for the Month of October 1, 2026 to October 31, 2026 - McDermott Will & Schulte LLP* [DI 1524]

2. *Monthly Fee Statement for the Month of October 1, 2026 to October 31, 2026 - Robinson & Cole LLP* [DI 1526]

3. *Monthly Fee Statement for the Month of October 1, 2026 to October 31, 2026 - M3 Advisory Partners, LP.* [DI 1527]

4. *First Interim Fee Application of Robinson & Cole LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of July 10, 2026 through October 31, 2026* [DI 1532]

5. *First Interim Fee Application of McDermott Will & Schulte LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from July 10, 2026 through and Including October 31, 2026* [DI 1533]

6. *First Interim Fee Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period of July 10, 2026 through October 31, 2026* [DI 1534]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 19, 2026

*/s/ Evan M. Lazerowitz*
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota<br>COLE SCHOTZ P.C.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>msirota@coleschotz.com | Proposed Counsel for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey M. Sponder, Esq.<br>United States Department of Justice,<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>jeffrey.m.sponder@usdoj.gov | Office of U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All counsel and case parties who have entered appearance and requested Notices | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 2002 Notice Service List<br>(Attached) | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other *Via email or first class mail*<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

**In re: SIMAD Holdings Ltd. *et al.***
Master Service List
Case No. 26-16388 (CMG)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | ABBIE SOPHIA, LLC | ATTN: ABBIE SOPHIA | 745 BAYARD STREET | | TEANECK | NJ | 07666 | | 614-302-3111 | | ABBIE@ABBIESOPHIA.COM |
| COUNSEL TO ACAR LEASING LTD D/B/A GM FINANCIAL LEASING | ACAR LEASING LTD D/B/A GM FINANCIAL LEASING | ATTN: LORENZO NUNEZ | PO BOX 183853 | | ARLINGTON | TX | 76096 | | 877-203-5538 | 877-259-6417 | LEASESVCBNKRPCY@GMFINANCIAL.COM |
| TOP 50 UNSECURED CREDITOR | ACE | ATTN: JOSEPH JO | C/O BERKOVITCH & BOUSKILA PLLC | 1545 US 202 SUITE 101 | POMONA | NY | 10970 | | 323-709-7008 | | JOSEPHJO@ACEFUNDINGLLC.COM<br>ACCOUNTING@ACEFUNDINGLLC.COM<br>HG@ACEFUNDINGLLC.COM |
| TOP 50 UNSECURED CREDITOR | AGILE | ATTN: AARON GREENBLOTT | 244 MADISON AVE | SUITE 168 | NEW YORK | NY | 10016 | | 212-475-1744 | | ACCOUNTING@AGILECAPITALFUND.COM<br>AARON@AGILECAPITALFUND.COM<br>RINA@AGILECAPITALFUNDING.COM |
| TOP 50 UNSECURED CREDITOR AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS | AIFS CAMP AMERICA | ATTN: ANDREW NEWBERRY; JAMES MAHONEY; NAVIN PAL | 1 HIGH RIDGE PARK | | STAMFORD | CT | 06905 | | 800-727-2437;<br>203-399-5143;<br>203-979-6964;<br>203-399-5117;<br>212-755-5510 | 203-399-5597 | ANEWBERRY@CAMPAMERICA.COM<br>JMAHONEY@AIFS.COM<br>NPAL@LOEBBLOCK.COM |
| COUNSEL TO ALLY BANK, BMW FINANCIAL SERVICES NA, LLC | AIS PORTFOLIO SERVICES, LLC | ATTN: ALLY BANK DEPARTMENT, BMW FINANCIAL SERVICES NA, LLC DEPARTMENT | 4515 N SANTA FE AVE | DEPT. APS | OKLAHOMA CITY | OK | 73118 | | 888-455-6662 | 817-461-8070 | ECFNOTICES@AISINFO.COM |
| TOP 50 UNSECURED CREDITOR | AMERICAN CHOICE CAPITAL LLC | ATTN: JIMMY H | 54 STATE ST STE 804 | | ALBANY | NY | 12207-2524 | | 929-605-6718 | | JIMMY@AMERICANCHOICECAPITAL.COM<br>SUBMISSIONS@AMERICANCHOICECAPITAL.COM |
| TOP 50 UNSECURED CREDITOR | AMUSEMENT SUPPLY CO | ATTN: GEOFFERY SCHUTZ | 203 FEDERAL ST | | PITTSBURGH | PA | 15212-5709 | | 502-228-4595 | 888-832-7194 | GEOFFREYSCHULTZ@GMAIL.COM |
| COUNSEL TO AMERICAN CHOICE CAPITAL, LLC | ANDERSON BOWMAN WALLSHEIN, PLLC | ATTN: BTZALEL HIRSCHHORN, ESQ. | 80-02 KEW GARDENS ROAD | SUITE 600 | KEW GARDENS | NY | 11415 | | 718-263-6800 | | BHIRSCHHORN@ABWPLLC.COM |
| COUNSEL TO E ADVANCE SERVICES LLC | ATLAS ACQUISITIONS LLC | ATTN: AVI SCHILD | 492C CEDAR LANE | STE 442 | TEANECK | NJ | 07666 | | 888-762-9889 | 201-546-9377 | BK@ATLASACQ.COM |
| TOP 50 UNSECURED CREDITOR | BACKD/AUSTIN BUSINESS FINANCE LLC | ATTN: CARSON BONNER | 1949 S I-35 FRONTAGE RD | | AUSTIN | TX | 78741 | | 737-236-4797 | | CORBIN@BACKD.COM<br>CARSON@BACKD.COM<br>MEGAN@BACKD.COM |
| COUNSEL TO ANDURIL LLC AND RIVENDELL LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: KATHARINE E. ELLO | 281 WITHERSPOON STREET | 3RD FLOOR | PRINCETON | NJ | 08540 | | 609-490-4860 | | KELLO@BAKERDONELSON.COM |
| COUNSEL TO ANDURIL LLC AND RIVENDELL LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: SEAN B. DAVIS | 1301 MCKINNEY STREET | SUITE 3700 | HOUSTON | TX | 77010 | | 713-650-9700 | | SBDAVIS@BAKERDONELSON.COM |
| COUNSEL TO ANDURIL LLC AND RIVENDELL LLC | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC | ATTN: SEAN B. O’DONOVAN | 3414 PEACHTREE ROAD, N.E. | MONARCH PLAZA, SUITE 1500 | ATLANTA | GA | 30326 | | 404-577-6000 | | SODONOVAN@BAKERDONELSON.COM |
| TOP 50 UNSECURED CREDITOR | BARZELL | ATTN: PRESIDENT OR GENERAL COUNSEL | | | | | | | | | |
| COUNSEL TO AMERICAN EXPRESS NATIONAL BANK | BECKET & LEE LLP | ATTN: SHRADDHA BHARATIA | PO BOX 3001 | | MALVERN | PA | 19355-0701 | | | | |
| COUNSEL TO ACE FUNDING SOURCE LLC | BERKOVITCH & BOUSKILA, PLLC | ATTN: ARIEL BOUSKILA | 1545 US 202 SUITE 101 | | POMONA | NY | 10970 | | 212-729-1477 | | ARI@BBLAWPLLC.COM<br>SERVICE@BBLAWPLLC.COM |
| TOP 50 UNSECURED CREDITOR | BERNAS CONSTRUCTION LLC | ATTN: PRESIDENT OR GENERAL COUNSEL | 220 BERNAS RD | | COCHECTON | NY | 12726 | | 845-932-5222 | | JENNIFER@BERNASCONSTRUCTION.COM |
| COUNSEL TO THE UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA, DOING BUSINESS AS EACH OF (I) THE ORTHODOX UNION, (II) THE OU, (III) NCSY, AND (IV) YACHAD | BLANK ROME LLP | ATTN: IRA L. HERMAN, ESQUIRE, EVAN J. ZUCKER, ESQUIRE | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | | 212-885-5000 | | IRA.HERMAN@BLANKROME.COM<br>EVAN.ZUCKER@BLANKROME.COM |
| COUNSEL TO THE UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA, DOING BUSINESS AS EACH OF (I) THE ORTHODOX UNION, (II) THE OU, (III) NCSY, AND (IV) YACHAD | BLANK ROME LLP | ATTN: JORDAN L. WILLIAMS, ESQUIRE | 1201 N. MARKET STREET | SUITE 800 | WILMINGTON | DE | 19801 | | 215-569-5500 | | JORDAN.WILLIAMS@BLANKROME.COM |
| COUNSEL TO MITCHELL BLACK AND CAMPING MANAGEMENT CORPORATION | BLANK ROME LLP | ATTN: MICHAEL B. SCHAEDLE, JOSEF W. MINTZ, LAWRENCE R. THOMAS III | ONE LOGAN SQUARE | 130 NORTH 18TH STREET | PHILADELPHIA | PA | 19103 | | 215-569-5500 | 215-569-5555 | MIKE.SCHAEDLE@BLANKROME.COM<br>JOSEF.MINTZ@BLANKROME.COM<br>LORENZO.THOMAS@BLANKROME.COM |
| TOP 50 UNSECURED CREDITOR | BLOC FUNDING | ATTN: DONALD FOWLER | 1512 EAST 36TH STREET | | BROOKLYN | NY | 11234 | | 516-633-2479 | | JKLEIN@KINGCAPITALNYC.COM<br>INFO@MCASERVICINGCOMPANY.COM |
| TOP 50 UNSECURED CREDITOR | BMA CONTRACTING, INC | ATTN: PRESIDENT OR GENERAL COUNSEL | 10 PRINCE STREET | | MONTICELLO | NY | 12701 | | 845-796-6301 | | BMACONTRACTING@HOTMAIL.COM |
| COUNSEL TO VISIONS FEDERAL CREDIT UNION | BOND, SCHOENECK & KING, PLLC | ATTN: JUSTIN S. KRELL, ESQ. | 68 SOUTH SERVICE ROAD | SUITE 400 | MELVILLE | NY | 11747-9750 | | 631-761-0800 | | JKRELL@BSK.COM |
| COUNSEL TO VISIONS FEDERAL CREDIT UNION | BOND, SCHOENECK & KING, PLLC | ATTN: ALEXIS M. TAKASHIMA, ESQ., ANDREW S. RIVERA, ESQ., STEPHEN A. DONATO, ESQ. | ONE LINCOLN CENTER | 110 WEST FAYETTE STREET | SYRACUSE | NY | 13202 | | 315-218-8000 | | ATAKASHIMA@BSK.COM<br>ARIVERA@BSK.COM<br>SDONATO@BSK.COM |
| COUNSEL TO PLEASANT VIEW GARDENS, LLC AND PLEASANT VIEW GARDENS LAND, LLC | BORGES & ASSOCIATES, LLC | ATTN: SUE L. CHIN, ESQ., WANDA BORGES, ESQ | 575 UNDERHILL BLVD. | SUITE 118 | SYOSSET | NY | 11791 | | 516-677-8200 | 516-677-0806 | SCHIN@BORGESLAWLLC.COM<br>WBORGES@BORGESLAWLLC.COM |
| COUNSEL TO DAVID SCHREIBER, LGTFPS HOLDINGS LLC, JON GRABOW, ELEVEN11 HOLDINGS LLC | BRACH EICHLER LLC | ATTN: CARL J. SORANNO, ESQ, JAY SABIN, ESQ. | 101 EISENHOWER PARKWAY | | ROSELAND | NJ | 07068-1067 | | 973-228-5700;<br>973-364-8386;<br>973-403-3139 | 973-618-5539;<br>973-618-5907 | CSORANNO@BRACHEICHLER.COM<br>JSABIN@BRACHEICHLER.COM |
| COUNSEL TO BUSEY BANK, HEARTLAND BANK AND TRUST COMPANY | BROWN & CONNERY, LLP | ATTN: JOSEPH M. GAREMORE, ESQUIRE | 6 NORTH BROAD STREET | SUITE 100 | WOODBURY | NJ | 08096 | | 856-812-8900 | 856-812-2201 | JGAREMORE@BROWNCONNERY.COM |
| TOP 50 UNSECURED CREDITOR | BROWN COACH, INC. | ATTN: ROBERT BROWN | 50 VENNER RD | | AMSTERDAM | NY | 12010 | | 518-843-4700 | | SBBROWN@BROWNCOACH.COM |
| COUNSEL TO THE OPERATORS BID GROUP, AMERICAN YOUTH CAMPING INC., AMERICAN YOUTH CAMPING HOLDCO LLC | BROWN RUDNICK LLP | ATTN: BENNETT S. SILVERBERG, GERARD T. CICERO | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | | 212-209-4800 | 212-209-4801 | BSILVERBERG@BROWNRUDNICK.COM<br>GCICERO@BROWNRUDNICK.COM |
| COUNSEL TO THE OPERATORS BID GROUP, AMERICAN YOUTH CAMPING INC., AMERICAN YOUTH CAMPING HOLDCO LLC | BROWN RUDNICK LLP | ATTN: TRISTAN AXELROD, SHARON I. DWOSKIN | ONE FINANCIAL CENTER | | BOSTON | MA | 02111 | | 617-856-8300;<br>617-856 8200 | 617-856 8201 | TAXELROD@BROWNRUDNICK.COM<br>SDWOSKIN@BROWNRUDNICK.COM |
| COUNSEL TO BANK OF AMERICA, N.A. | BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: MATIAS R. GALLEGO-MANZANO | 1290 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10104-3300 | | 212-541-2000 | 212-541-4360 | MATIAS.GALLEGOMANZANO@BCLPLAW.COM |

**In re: SIMAD Holdings Ltd.** ***et al.***
Master Service List
Case No. 26-16388 (CMG)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNSEL TO JACOB LABOVITZ, KERRY LABOVITZ, STEVEN BERNSTEIN, AND BROOKE BERNSTEIN, RED PINES, LLC | BUCHANAN INGERSOLL & ROONEY PC | ATTN: THOMAS W. HALM, JR., ESQ. | 210 CARNEGIE CENTER | SUITE 102 | PRINCETON | NJ | 08540-6233 | | 215-665-3921;<br>609-987-6800 | 609-987-6800 | THOMAS.HALM@BIPC.COM |
| TOP 50 UNSECURED CREDITOR | CAMP LEADERS (SMALLER EARTH LIMITED) | ATTN: CHRIS ARNOLD | CAMP LEADERS | 17 MANN ISLAND | LIVERPOOL | | L3 1BP | UNITED KINGDOM | 866-803-7643;<br>+44 7700 141727 | | UK@CAMPLEADERS.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | CAMP SPECIALISTS LTD | ATTN: LLOYD J. STREISAND | | | | | | | | | LLOYD@CAMPSPECIALISTS.COM |
| TOP 50 UNSECURED CREDITOR | CASHERA | ATTN: JAVIER COLLAZO | 30 N GOULD ST STE R | | SHERIDAN | WY | 82801-6317 | | 727-308-0637 | | JAVIER@CASHERA.COM<br>P.VEGA@CASHERA.COM |
| COUNSEL TO FIDELITY BANK | CHAFFE MCCALL, LLP | ATTN: FERNAND L. LAUDUMIEY, IV, DAVID J. MESSINA | 1100 POYDRAS STREET | SUITE 2300 | NEW ORLEANS | LA | 70163-2300 | | 504-585-7075 | 504-585-7075 | LAUDUMIEY@CHAFFE.COM<br>MESSINA@CHAFFE.COM |
| CO-COUNSEL TO MISHMERET TRUST COMPANY LTD., AS TRUSTEE FOR THE SERIES A BONDHOLDERS OF SIMAD HOLDINGS LTD | CHAPMAN AND CUTLER LLP | ATTN: MICHAEL FRIEDMAN, JORGE ERIC CORONEL HAMILTON | 1270 AVENUE OF THE AMERICAS | 30TH FLOOR | NEW YORK | NY | 10020 | | 212-655-2508 | 212-697-7210 | FRIEDMAN@CHAPMAN.COM<br>JCORONEL@CHAPMAN.COM |
| CO-COUNSEL TO MISHMERET TRUST COMPANY LTD., AS TRUSTEE FOR THE SERIES A BONDHOLDERS OF SIMAD HOLDINGS LTD | CHAPMAN AND CUTLER LLP | ATTN: STEPHEN RICHARD TETRO II | 320 SOUTH CANAL STREET | | CHICAGO | IL | 60606 | | 312-845-3859 | 312-516-1849 | STETRO@CHAPMAN.COM |
| COUNSEL TO NBL SPV II, LLC | CHARTWELL LAW | ATTN: JOHN J. WINTER, ESQUIRE, ROBERT J. MURTAUGH, ESQUIRE | 700 AMERICAN AVENUE | SUITE 303 | KING OF PRUSSIA | PA | 19406 | | 610-666-7700 | 610-666-7704 | |
| TOP 50 UNSECURED CREDITOR | CLEARVIEW FUNDING | ATTN: HENRY SUH | 5340 N. FEDERAL HIGHWAY | SUITE 208 | POMPANO BEACH | FL | 33064 | | | | MERCHANTSUPPORT@CLEARVIEWFUNDS.COM<br>MO@CLEARVIEWFUNDS.COM |
| COUNSEL TO CONGREGATION TAL LEYISROEL (F/K/A VAAD LINYONEI BIRUR YAHADUS), A NEW JERSEY NON-PROFIT CORPORATION | COHEN TAUBER SPIEVACK & WAGNER P.C. | ATTN: JOSEPH M. VANN, ESQ. | 420 LEXINGTON AVENUE | SUITE 2400 | NEW YORK | NY | 10170 | | 212-586-5800 | 212-586-5095 | JVANN@CTSWLAW.COM |
| COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | COLE SCHOTZ P.C. | ATTN: MICHAEL D. SIROTA, WARREN A. USATINE, DAVID M. BASS, FELICE R. YUDKIN, DANIEL J. HARRIS | COURT PLAZA NORTH | 25 MAIN STREET | HACKENSACK | NJ | 07601 | | 201-489-3000 | 201-489-31536 | MSIROTA@COLESCHOTZ.COM<br>WUSATINE@COLESCHOTZ.COM<br>DBASS@COLESCHOTZ.COM<br>FYUDKIN@COLESCHOTZ.COM<br>DHARRIS@COLESCHOTZ.COM |
| COUNSEL TO NEWCO CAPITAL GROUP | CONNELL FOLEY LLP | ATTN: BRETT S. THEISEN, KYLE P. MCEVILLY, AMANDA R. SIMONE | 875 THIRD AVENUE | 21ST FLOOR | NEW YORK | NY | 10022 | | 212-307-3701 | | BTHEISEN@CONNELLFOLEY.COM<br>KMCEVILLY@CONNELLFOLEY.COM<br>ASIMONE@CONNELLFOLEY.COM |
| COUNSEL TO NEWCO CAPITAL GROUP; CO-COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DAMIS HOLDINGS LLC | CONNELL FOLEY LLP | ATTN: BRETT S. THEISEN, KYLE P. MCEVILLY, AMANDA R. SIMONE, ROBERT K. MALONE | 56 LIVINGSTON AVENUE | | ROSELAND | NJ | 07068 | | 973-535-0500 | | BTHEISEN@CONNELLFOLEY.COM<br>KMCEVILLY@CONNELLFOLEY.COM<br>ASIMONE@CONNELLFOLEY.COM<br>RMALONE@CONNELLFOLEY.COM |
| TOP 50 UNSECURED CREDITOR | COUNTY LINE SHEDS | ATTN: AMOS BEILER | 801 5TH STREET | | OXFORD | PA | 19363 | | 610-556-2220 | | COUNTYLINESHEDS@GMAIL.COM |
| TOP 50 UNSECURED CREDITOR | CRUSTERS | ATTN: COLIN MANSBRIDGE | 26 SOUTH 10TH STREET | APARTMENT 4D2 | BROOKLYN | NY | 11249 | | 347-831-5484 | | BP@CRUSTERS.INFO |
| COUNSEL TO TRISTATE CAPITAL BANK | CULLEN AND DYKMAN LLP | ATTN: MATTHEW G. ROSEMAN, ESQ., THOMAS R. SLOME, ESQ. | ONE BATTERY PARK PLAZA | 34TH FLOOR | NEW YORK | NY | 10004 | | 212-701-4170 | 212-742-1219 | MROSEMAN@CULLENLLP.COM<br>TSLOME@CULLENLLP.COM |
| TOP 50 UNSECURED CREDITOR | CUSTOM POOLS & SPAS | ATTN: GLENN DOUGLAS | 2951 SE WAALER ST | | STUART | FL | 34997 | | 772-283-3332 | | INFO@CUSTOMPOOLMECHANICS.COM |
| COUNSEL TO SCG JV LLC | DAVIS POLK & WARDWELL LLP | ATTN: ELI VONNEGUT, ESQ., NOAH Z. SOSNICK, ESQ. | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | | 212-450-4331 | | ELI.VONNEGUT@DAVISPOLK.COM<br>NOAH.SOSNICK@DAVISPOLK.COM |
| COUNSEL TO DOV PERKAL | DENTONS US LLP | ATTN: GEOFFREY MILLER, ESQ. | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020-1089 | | 212-768-6700 | 212-768-6800 | GEOFFREY.MILLER@DENTONS.COM |
| COUNSEL TO DOV PERKAL | DENTONS US LLP | ATTN: LAUREN MACKSOUD | 101 JFK PARKWAY | | SHORT HILLS | NJ | 07078 | | 973-912-7100 | 973-912-7199 | LAUREN.MACKSOUD@DENTONS.COM |
| COUNSEL TO FIRST MERCHANTS BANK, HAROLD “HAL” LYONS AND CHATEAUGAY LAKE CAMP INC., RIALTO CAPITAL ADVISERS, LLC | DILWORTH PAXSON LLP | ATTN: HAROLD G. COHEN, ESQUIRE | LIBERTYVIEW SUITE 700 | 457 HADDONFIELD ROAD | CHERRY HILL | NJ | 08002 | | 856-675-1940;<br>856-675-1950 | | HCOHEN@DILWORTHLAW.COM |
| COUNSEL TO AD HOC CAMP COMMITTEE | DUANE MORRIS LLP | ATTN: MORRIS S. BAUER, DREW S. MCGEHRIN | 200 CAMPUS DRIVE | SUITE 300 | FLORHAM PARK | NJ | 07932-1007 | | 973-424-2037 | 973-556-1380 | MSBAUER@DUANEMORRIS.COM<br>DSMCGEHRIN@DUANEMORRIS.COM |
| TOP 50 UNSECURED CREDITOR | E ADVANCE SERVICES LLC/JJM ENTERPRISES LLC | ATTN: PRESIDENT OR GENERAL COUNSEL | 2530 HOLLOW RD | | BLAIR | NE | 68008-2366 | | | | PAUL@EADVANCESERVICES.COM |
| TOP 50 UNSECURED CREDITOR | ENTERGY | ATTN: DAN FALSTAD | 639 LOYOLA AVE. | L-ENT-6E | NEW ORLEANS | LA | 70113 | | | | INVESTORRELATIONS@ENTERGY.COM<br>ENTERGYCUSTOMERCONTACT@ENTERGY.COM<br>SHARSRVTM@ENTERGY.COM |
| PROPOSED COUNSEL TO DAMIS HOLDINGS LLC AND ITS AFFILIATED DEBTORS | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: MICHAEL P. POMPEO | 600 CAMPUS DRIVE | | FLORHAM PARK | NJ | 07932-1047 | | 973-549-7000 | 973-360-9831 | MICHAEL.POMPEO@FAEGREDRINKER.COM |
| PROPOSED COUNSEL TO DAMIS HOLDINGS LLC AND ITS AFFILIATED DEBTORS | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: PATRICK A. JACKSON, IAN J. BAMBRICK, SARAH E. SILVEIRA | 222 DELAWARE AVENUE | SUITE 1410 | WILMINGTON | DE | 19801 | | 302-467-4200 | 302-467-4201 | PATRICK.JACKSON@FAEGREDRINKER.COM<br>IAN.BAMBRICK@FAEGREDRINKER.COM<br>SARAH.SILVEIRA@FAEGREDRINKER.COM |
| TOP 50 UNSECURED CREDITOR | FAIRPARK CAPITAL | ATTN: PRESIDENT OR GENERAL COUNSEL | 460 W 50 N 5TH FLOOR | | SALT LAKE CITY | UT | 84101 | | 555-123-4567 | | DIANA@FAIRPARKCAPITAL.COM<br>CONTACT@FAIRPARK.COM |
| COUNSEL TO GOBA CAPITAL INC. | FOLEY & LARDNER LLP | ATTN: ANNE B. SEKEL, ESQ., ALISSA M. NANN, ESQ., MICHELLE N. SANEY, ESQ. | 90 PARK AVENUE | | NEW YORK | NY | 10016-1314 | | 212-682-7474 | 212-687-2329 | ASEKEL@FOLEY.COM<br>ANANN@FOLEY.COM<br>MICHELLE.SANEY@FOLEY.COM |
| COUNSEL TO GOBA CAPITAL INC. | FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL | 321 N. CLARK STREET | SUITE 3000 | CHICAGO | IL | 60654-4762 | | 312-832-4500 | 312-832-4700 | MSMALL@FOLEY.COM |
| TOP 50 UNSECURED CREDITOR | FRANKEL DISPOSABLES G | ATTN: JACOB FRANKEL | 611 BEDFORD AVENUE | | BROOKLYN | NY | 11211 | | 201-348-0093 | | INFO@FRANKELCOMPANY.COM |
| TOP 50 UNSECURED CREDITOR | FUNDERS WEST | ATTN: PRESIDENT OR GENERAL COUNSEL | 3323 NE 163RD STREET STE 401 | | NORTH MIAMI BEACH | FL | 33160 | | 888-585-0477 | | JAVIER@FUNDERSAPP.COM<br>P.VEGA@FUNDERSAPP.COM<br>MARK@FUNDERSAPP.COM |

**In re: SIMAD Holdings Ltd.** ***et al.***
Master Service List
Case No. 26-16388 (CMG)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | FUNDING CLUB | ATTN: FREDDY KASSAB | 7901 4TH ST N SUITE 300 | | ST. PETERSBURG | FL | 33702 | | 6463255205 | | ACCOUNTING@FUNDINGCLUBUS.COM |
| COUNSEL TO COMMUNITY BANK, NA, NBT BANK, NA, ARROW BANK, NA | GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: GARY F. SEITZ | 1201 N. ORANGE ST. | SUITE 300 | WILMINGTON | DE | 19801 | | 302-425-55800 | | GSEITZ@GSBBLAW.COM |
| COUNSEL TO CAMP COUNSELORS USA, INC. | GILLMAN CAPONE, LLC | ATTN: MARC C. CAPONE, ESQ. | 60 HIGHWAY 71 | UNIT 2 | SPRING LAKE HEIGHTS | NJ | 07762 | | 732-528-1166 | 732-528-4458 | BK@GILLMANCAPONE.COM |
| COUNSEL TO JACK JAFFA | GREENBAUM, ROWE, SMITH & DAVIS LLP | ATTN: NANCY ISAACSON, ESQ. | 75 LIVINGSTON AVENUE | SUITE 301 | ROSELAND | NJ | 07068 | | 973-577-1930 | 973-577-1931 | NISAACSON@GREENBAUMLAW.COM |
| COUNSEL TO SCG JV LLC | GREENBERG TRAURIG, LLP | ATTN: ALAN J. BRODY, ESQ. | 500 CAMPUS DRIVE | SUITE 400 | FLORHAM PARK | NJ | 07932 | | 973-443-3543 | | BRODYA@GTLAW.COM |
| COUNSEL TO LIFETIME FUNDING, LNS GROUP LLC, OCEAN FUNDING CORP. AND VAULT 26 CAPITAL LLC | GUTFLEISH LAW, LLC | ATTN: HARRY M. GUTFLEISH, ESQ. | ONE UNIVERSITY PLAZA | SUITE 208 | HACKENSACK | NJ | 07601 | | 201-241-2032 | | HARRY@GUTFLEISHLAW.COM |
| TOP 50 UNSECURED CREDITOR | HALES BUS GARAGE | ATTN: PRESIDENT OR GENERAL COUNSEL | 1067 MARBLE ST | | WATERTOWN | NY | 13601 | | 315-853-8670 | | STEPHEN@HALETRANSPORTATIONGROUP.COM |
| COUNSEL TO WAYNE BANK | HILL WALLACK LLP | ATTN: MICHAEL KAHME, ESQ., ELIZABETH K. HOLDREN, ESQ., MICHAEL SHAVEL, ESQ. | 21 ROSZEL ROAD | P.O. BOX 5226 | PRINCETON | NY | 08543 | | 609-924-0808 | | MKAHME@HILLWALLACK.COM<br>EHOLDREN@HILLWALLACK.COM<br>MSHAVEL@HILLWALLACK.COM |
| COUNSEL TO IOU CENTRAL, INC. | HINSHAW & CULBERTSON LLP | ATTN: FRED W. HOENSCH, ESQ. | 111 WOOD AVENUE SOUTH | SUITE 210 | ISELIN | NJ | 08830 | | 908-374-0337 | | FHOENSCH@HINSHAWLAW.COM |
| TOP 50 UNSECURED CREDITOR | HOFFMAN PRODUCTIONS, INC | ATTN: MARGELIT HOFFMAN | 4500 BROADWAY | | ALLENTOWN | PA | 18104 | | 815-806-8881;<br>763-422-2211 | 815-806-888 | HOFFMAN.CUSTOMERSERVICE@NVENT.COM<br>INTERNATIONALSUPPORT@NVENT.COM |
| COUNSEL TO KLIRMARK OPPORTUNITY FUND IV LP AND DIP LENDERS | HOGAN LOVELLS US LLP | ATTN: CHRISTOPHER R. DONOHO, III, DANIELLE A. ULLO, MATTHEW SCHERNECKE | 390 MADISON AVENUE | | NEW YORK | NY | 10017 | | 212-918-3000 | 212-918-3100 | CHRIS.DONOHO@HOGANLOVELLS.COM<br>DANIELLE.ULLO@HOGANLOVELLS.COM<br>MATTHEW.SCHERNECKE@HOGANLOVELLS.COM |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | 1111 PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20004-2541 | | 800-973-0424 | 855-235-6787 | |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | ATTN: CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | PHILADELPHIA | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | |
| TOP 50 UNSECURED CREDITOR | IOU | ATTN: JAKE LOVESY | 600 TOWNPARK LANE | SUITE 100 | KENNESAW | GA | 30144 | | 678-498-2400 | | JPELOTTE@IOUFINANCIAL.COM<br>JAKE@IOUFINANCIAL.COM |
| COUNSEL TO ORCAFUNDING LLC | JACOBS P.C. | ATTN: ADAM SHERMAN, ESQ., LEO JACOBS, ESQ., WAYNE GREENWALD, ESQ., AARON SLAVUTIN, ESQ. | 717 FIFTH AVENUE | 17TH FLOOR | NEW YORK | NY | 10022 | | 212-229-0476 | 212-937-3368 | ADAM@JACOBSPC.COM<br>LEO@JACOBSPC.COM<br>WAYNE@JACOBSPC.COM<br>AARON@JACOBSPC.COM |
| COUNSEL TO HT PROPERTY MANAGEMENT LLC, HT NORTHSTAR, LLC, HARVEY APPLEBAUM AND TAMARA APPLEBAUM | JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C. | ATTN: RAYMOND M. PATELLA | 505 MORRIS AVENUE | | SPRINGFIELD | NJ | 07081 | | 973-379-4200 | 973-379-7872 | RPATELLA@LAWJW.COM |
| COUNSEL TO STACY SCHWARTZ KOTELOV AND RIVERWOODS ROAD 2000 LAND LLC | KATTEN MUCHIN ROSENMAN LLP | ATTN: ARLEN P. MORADI | 2121 AVENUE OF THE STARS | | LOS ANGELES | CA | 90067-5010 | | 310-778-4449 | 310-778-4471 | ARLEN.MORADI@KATTEN.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | KELLY SMITH BROWN, INDIVIDUALLY | | | | | | | | | | KELLYSMITHBROWN1@GMAIL.COM |
| TOP 50 UNSECURED CREDITOR | KETA CONSTRUCTION COMPANY | ATTN: AUSTIN RIDDLE | 2901 RIDGELAKE DRIVE | SUITE 207 | METAIRIE | LA | 70002 | | | | INFO@KETACONSTRUCTION.COM |
| COUNSEL TO AD HOC CAMP COMMITTEE | KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: JOSHUA A. SUSSBERG, P.C., JOSHUA A. FELTMAN, P.C., CIARA FOSTER | 601 LEXINGTON AVENUE | | NEW YORK | NY | 10022 | | 212-446-4800 | 212-446-4900 | JSUSSBERG@KIRKLAND.COM<br>JOSHUA.FELTMAN@KIRKLAND.COM<br>CIARA.FOSTER@KIRKLAND.COM |
| COUNSEL TO AD HOC CAMP COMMITTEE | KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: ROBERT A. JACOBSON | 333 WEST WOLF POINT PLAZA | | CHICAGO | IL | 60654 | | 312-862-2000 | 312-862-2200 | ROB.JACOBSON@KIRKLAND.COM |
| TOP 50 UNSECURED CREDITOR | KOSHERLINE LLC | ATTN: MARK JACOBOVITS | 38 IRENE COURT | | LAKEWOOD | NJ | 08701 | | 718-497-8800 | | INFO@KOSHERLINE.COM |
| CLAIMS AND NOTICING AGENT | KROLL RESTRUCTURING ADMINISTRATION LLC | ATTN: SID GARABATO | 1 WORLD TRADE CENTER | 31ST FLOOR | NEW YORK | NY | 10007 | | 212-257-5450 | 646-328-2851 | SIMADTEAM@RA.KROLL.COM<br>SERVICEQA@RA.KROLL.COM |
| COUNSEL TO SPORTS & ARTS CENTER AT ISLAND LAKE, INC. | LAW OFFICES OF MITCHELL J. MALZBERG, LLC | ATTN: MITCHELL MALZBERG, ESQ. | PO BOX 5122 | 6 E. MAIN STREET, SUITE 7 | CLINTON | NJ | 08809 | | 908-323-2958 | | MMALZBERG@MJMALZBERGLAW.COM |
| COUNSEL TO COMMUNITY BANK, NA | LEMERY GREISLER LLC | ATTN: PAUL A. LEVINE, ESQ., MEGHAN M. BREEN, ESQ. | 677 BROADWAY | 8TH FLOOR | ALBANY | NY | 12207 | | | | |
| TOP 50 UNSECURED CREDITOR | LIBERTAS | ATTN: RANDY SALUCK | LIBERTAS FUNDING LLC411 W. PUTNAM AVE | SUITE 220 | GREENWICH | CT | 06830 | | 203-717-0199;<br>203-520-3840 | | KATHERINE.FONSECA@LIBERTASFUNDING.COM<br>RANDY.SALUCK@LIBERTASFUNDING.COM<br>RICK.APPEL@LIBERTASFUNDING.COM<br>RYAN.CONWAY@LIBERTASFUNDING.COM |
| TOP 50 UNSECURED CREDITOR | LIFETIME FUNDING | ATTN: NATE ABRAMOV | 585 STEWART AVE SUITE L90 | | GARDEN CITY | NY | 11530 | | 516-604 0603 | | ADMIN@LIFETIMEFUNDINGLLC.COM<br>ASHLEY@LIFETIMEFUNDINGLLC.COM<br>JOSH@LIFETIMEFUNDINGLLC.COM |
| TOP 50 UNSECURED CREDITOR | LNS GROUP 2 | ATTN: KURT BERTHIAUMA | 195 ROUTE US- 9 | SUITE 116 | MANALAPAN | NJ | 07726 | | 732-201-8741 | | SAMUEL@LNSGROUPLLC.COM<br>KBERTHIAUME@LNSGROUPLLC.COM |
| COUNSEL TO WILLOW LAKE PARTIES | LOWENSTEIN SANDLER LLP | ATTN: ERIC S. CHAFETZ, ESQ, PHILIP J. GROSS, ESQ. | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 | | 973-597-2500 | 973-597-2400 | ECHAFETZ@LOWENSTEIN.COM<br>PGROSS@LOWENSTEIN.COM |
| TOP 50 UNSECURED CREDITOR | LOWE'S | ATTN: MARVIN ELLISON | 1000 LOWE'S BLVD | | MOORESVILLE | NC | 28117 | | 704-758-1000;<br>800-445-6937 | | INVESTORRELATIONS@LOWES.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MCDERMOTT WILL & SCHULTE LLP | ATTN: DARREN AZMAN, KRISTIN K. GOING | ONE VANDERBILT AVENUE | | NEW YORK | NY | 10017 | | 212-547-5400 | | DAZMAN@MCDERMOTTLAW.COM<br>KGOING@MCDERMOTTLAW.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MCDERMOTT WILL & SCHULTE LLP | ATTN: RACHEL BIBLO BLOCK | 2801 NORTH HARWOOD STREET, SUITE 2600 | | DALLAS | TX | 75201 | | 214-295-8000 | | RBIBLOBLOCK@MCDERMOTTLAW.COM |
| COUNSEL TO HOMETRUST BANK, BYLINE BANK | MCMANIMON SCOTLAND & BAUMANN, LLC | ATTN: ANDREA DOBIN, ESQ. | 427 RIVERVIEW PLAZA | | TRENTON | NJ | 08611 | | 973-323-8667 | | ADOBIN@MSBNJ.COM |

**In re: SIMAD Holdings Ltd.** ***et al.***
Master Service List
Case No. 26-16388 (CMG)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | MERCHANT MARKET | ATTN: PAUL BOXER | 2777 SUMMER STREET | | STAMFORD | CT | 06905 | | 888-271-1420 | | PAUL@MERCHANTMARKETPLACE.COM<br>JAMES@MERCHANTMARKETPLACE.COM<br>ALANA@MERCHANTMARKETPLACE.COM |
| TOP 50 UNSECURED CREDITOR | METRO | ATTN: ADRIAN BLUMFIELD | 151 SE 1ST ST 801 | | MIAMI | FL | 33131 | | 703-749-8500 | | BD@METPG.COM<br>IR@METPG.COM |
| COUNSEL TO BANK OF NEW HAMPSHIRE | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: DANIEL S. BLECK, ESQ | ONE FINANCIAL CENTER | | BOSTON | MA | 02111 | | 617-542-6000 | | DSBLECK@MINTZ.COM |
| COUNSEL TO BANK OF NEW HAMPSHIRE | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: KAITLIN R. WALSH | 919 THIRD AVENUE | | NEW YORK | NY | 10022 | | 212-935-3000 | | KRWALSH@MINTZ.COM |
| COUNSEL TO BANK OF NEW HAMPSHIRE | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: KAITLIN R. WALSH, ESQ. | 666 THIRD AVENUE | | NEW YORK | NY | 10017 | | 212-935-3000 | | KRWALSH@MINTZ.COM |
| TOP 50 UNSECURED CREDITOR | MULLIGAN | ATTN: PATRICK FORAN | 4715 VIEWRIDGE AVE | SUITE 100 | SAN DIEGO | CA | 92123 | | 858-427-5572 | | PFORAN@MULLIGANFUNDING.COM<br>DAVID@MULLIGANFUNDING.COM |
| TOP 50 UNSECURED CREDITOR | NEWCO | ATTN: SARA ZEINES | 1801 NE 123RD STREET | SUITE 421 | NORTH MIAMI | FL | 33181 | | 347-893-9023 | | SARA@NEWCOCAPITALGROUP.COM<br>REBEKAH@NEWCOCAPITALGROUP.COM<br>SUZANNA@NEWCOCAPITALGROUP.COM |
| COUNSEL TO THE OPERATORS BID GROUP | NORTON ROSE FULBRIGHT US LLP | ATTN: ROBERT M. HIRSH, JAMES A. COPELAND | 1301 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | | 212-318-3000 | | ROBERT.HIRSH@NORTONROSEFULBRIGHT.COM<br>JAMES.COPELAND@NORTONROSEFULBRIGHT.COM |
| TOP 50 UNSECURED CREDITOR | OCEAN | ATTN: COBI HELLER | 2941 NW 62ND STREET | SUITE 201 | FORT LAUDERDALE | FL | 33309 | | 800-293-1048 | | COBI@OCEAN-FUNDING.COM<br>ANGIE@OCEAN-FUNDING.COM |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JEFFREY M. SPONDER | ONE NEWARK CENTER | SUITE 2100 | NEWARK | NJ | 07102 | | 973-645-3014 | 973-645-5993 | JEFFREY.M.SPONDER@USDOJ.GOV |
| COUNSEL TO EPHRAM CAFLUN, LORI CAFLUN, AND GEOFFREY NEWMAN | OFFIT KURMAN, P.A. | ATTN: PAUL J. WINTERHALTER | 21 MAIN STREET | SUITE 158 | HACKENSACK | NJ | 07601 | | 267-338-1370 | 267-338-1300; 267-338-1335 | PWINTERHALTER@OFFITKURMAN.COM |
| COUNSEL TO TRUNORTH BANK SUCCESSOR BY MERGER TO HOMETOWN BANK AND EASTHAMPTON SAVINGS BANK | OLSHAN FROME WOLOSKY LLP | ATTN: DEAN M. OSWALD, ESQ. | 101 HUDSON STREET | SUITE 2100 | JERSEY CITY | NJ | 07302 | | 973-331-7200 | 973-331-7222 | DOSWALD@OLSHANLAW.COM |
| TOP 50 UNSECURED CREDITOR | OPTIMUM LENDING | ATTN: FREDDY KASSAB | 200 GARDEN CITY PLAZA | SUITE 405 | GARDEN CITY | NY | 11530 | | 212-529-3600 | | INFO@OPTIMUMLENDINGPARTNERS.COM |
| TOP 50 UNSECURED CREDITOR | ORCA | ATTN: JAKE WEISER | ORCAFUNDING LLC 33 E33RD STREET | | NEW YORK | NY | 10016 | | 646-779-3956 | | MAGGIE@ORCACAP.COM<br>ROBBY@ORCACAP.COM<br>JAKE@ORCA-FUNDING.COM<br>MENDEL@ORCA-FUNDING.COM |
| COUNSEL TO METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC; METROPOLITAN PARTNERS FUND VIII INVESTMENTS LLC; METROPOLITAN PARTNERS FUND VIII LP; METROPOLITAN LEVERED PARTNERS FUND VIII LP; AND METROPOLITAN OFFSHORE PARTNERS FUND VII, LP | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, ESQ. ROBERT J. FEINSTEIN, ESQ., MAXIM B. LITVAK, ESQ | 1700 BROADWAY, 36TH FLOOR | | NEW YORK | NY | 10019 | | 212-561-7700 | 212-561-7777 | MLITVAK@PSZJLAW.COM<br>BSANDLER@PSZJLAW.COM<br>RFEINSTEIN@PSZJLAW.COM |
| COUNSEL TO DAVID A. SHABSELS | PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN: DONALD W. CLARKE, LEAH M. EISENBERG, DAVID E. SKLAR, KATHERINE R. BEILIN | 21 MAIN STREET | SUITE 200 | HACKENSACK | NJ | 07601 | | 201-488-8200 | | DCLARKE@PASHMANSTEIN.COM<br>LEISENBERG@PASHMANSTEIN.COM<br>DSKLAR@PASHMANSTEIN.COM<br>KBEILIN@PASHMANSTEIN.COM |
| CO-COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DAMIS HOLDINGS LLC | PAUL HASTINGS LLP | ATTN: KRISTOPHER M. HANSEN, EREZ E. GILAD, NICHOLAS A. BASSETT, GABRIEL E. SASSON, JASON M. PIERCE, WILL C. FARMER, EZRA SUTTON, AMBER JOHN | 200 PARK AVENUE | | NEW YORK | NY | 10166 | | 212-318-6000 | 212-319-4090 | KRISHANSEN@PAULHASTINGS.COM<br>EREZGILAD@PAULHASTINGS.COM<br>NICHOLASBASSETT@PAULHASTINGS.COM<br>GABESASSON@PAULHASTINGS.COM<br>JASONPIERCE@PAULHASTINGS.COM<br>WILLFARMER@PAULHASTINGS.COM<br>EZRASUTTON@PAULHASTINGS.COM<br>AMBERJOHN@PAULHASTINGS.COM |
| COUNSEL TO COMPUTERSHARE TRUST COMPANY, N.A., AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BANK5 2023-5YR1, COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2023-5YR1, COMPUTERSHARE TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF BBCMS MORTGAGE TRUST 2025 C35, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2025-C35, AND WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR THE REGISTERED HOLDERS OF BENCHMARK 2026-B43 MORTGAGE TRUST, COMMERCIAL MORTGAGE PASS THROUGH CERTIFICATES SERIES 2026-B43 | PERKINS COIE LLP | ATTN: GARY F. EISENBERG | 1155 AVENUE OF THE AMERICAS | 22ND FLOOR | NEW YORK | NY | 10036-2711 | | 212-262-6900 | 212-977-1649 | GEISENBERG@PERKINSCOIE.COM |
| COUNSEL TO THE CITY OF PHILADELPHIA | PHILADELPHIA LAW DEPARTMENT TAX LITIGATION & COLLECTIONS UNIT | ATTN: PAMELA ELCHERT THURMOND | 1401 JFK BLVD. | 5TH FLOOR, ROOM 580 | PHILADELPHIA | PA | 19102-1595 | | 215-686-0508 | | PAMELA.THURMOND@PHILA.GOV |
| COUNSEL TO CREDITORS/PARTIES-IN-INTEREST, METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC; METROPOLITAN PARTNERS FUND VIII INVESTMENTS LLC; METROPOLITAN PARTNERS FUND VIII LP; METROPOLITAN LEVERED PARTNERS FUND VIII LP; AND METROPOLITAN OFFSHORE PARTNERS FUND VII, LP | POLSINELLI PC | ATTN: BRETT D. GOODMAN, ESQ. | 600 THIRD AVENUE | 42ND FLOOR | NEW YORK | NY | 10016 | | 212-803-9911 | | BGOODMAN@POLSINELLI.COM |

**In re: SIMAD Holdings Ltd. *et al.***
Master Service List
Case No. 26-16388 (CMG)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOP 50 UNSECURED CREDITOR | POND HILL RANCH | ATTN: HARRY O'ROURKE JR | 1683 POND HILL RANCH RD | | POULTNEY | VT | 05764 | | 802-468-2449 | | HORSES@PONDHILLRANCH.COM |
| COUNSEL TO DHAN MASORES LLC AND DH1 HOLDINGS LLC (COLLECTIVELY, THE "DH PARTIES") | PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: WARREN J. MARTIN JR, KELLY D. CURTIN | 5 SYLVAN WAY | SUITE 110 | PARSIPPANY | NJ | 07054 | | 973-538-4006 | | WJMARTIN@PBNLAW.COM KDCURTIN@PBNLAW.COM |
| TOP 50 UNSECURED CREDITOR | REDSTONE | ATTN: SIMON ISAACOV | 266 BROADWAY | STE 401 | BROOKLYN | NY | 11211 | | 347-892-6448 | | SIMON@REDSTONEADVANCE.COM |
| CO-COUNSEL TO MISHMERET TRUST COMPANY LTD., AS TRUSTEE FOR THE SERIES A BONDHOLDERS OF SIMAD HOLDINGS LTD, KLIRMARK OPPORTUNITY FUND IV LP | RIKER DANZIG LLP | ATTN: JOSEPH L. SCHWARTZ, DANIEL A. BLOOM, JOHN D. STERN | 7 GIRALDA FARMS | SUITE 250 | MADISON | NJ | 07940-1051 | | 973-538-0800 | 973-538-1984 | JSCHWARTZ@RIKER.COM DBLOOM@RIKER.COM JSTERN@RIKER.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ROBINSON & COLE LLP | ATTN: EVAN M. LAZEROWITZ, BRYA M. KEILSON, RACHEL JAFFE MAUCERI | 666 THIRD AVENUE, 20TH FLOOR | | NEW YORK | NY | 10017 | | 212-451-2900; 212-451-2992 | | ELAZEROWITZ@RC.COM BKEILSON@RC.COM RMAUCERI@RC.COM |
| COUNSEL TO CRAIG ODIORNE AND MONICA ODIORNE | ROYER COOPER COHEN BRAUNFELD LLC | ATTN: MARC SKAPOF, ESQUIRE | 1120 AVENUE OF THE AMERICAS | 4TH FLOOR | NEW YORK | NY | 10036-6700 | | 212-994-0452 | 484-362-2630 | MSKAPOF@RCCBLAW.COM |
| COUNSEL TO CRAIG ODIORNE AND MONICA ODIORNE | ROYER COOPER COHEN BRAUNFELD LLC | ATTN: SEAN S. LITZ, ESQUIRE | THREE LOGAN SQUARE | 1717 ARCH STREET, 47TH FLOOR | PHILADELPHIA | PA | 19103 | | 484-362-2631 | 484-362-2630 | SLITZ@RCCBLAW.COM |
| TOP 50 UNSECURED CREDITOR | RYCHIK DESIGN & CONSTRUCTION CO., INC. | ATTN: YAKOV RYCHIK | 1526 49TH STREET | | BROOKLYN | NY | 11219 | | 646-236-4622 | | SRYCHIK@RYCHIK.COM |
| COUNSEL TO FIDELITY BANK | SAIBER LLC | ATTN: JOHN M. AUGUST, ESQ. | 7 GIRALDA FARMS | SUITE 360 | MADISON | NJ | 07940 | | 973-622-3333 | | JAUGUST@SAIBER.COM |
| COUNSEL TO STACY SCHWARTZ KOTELOV AND RIVERWOODS ROAD 2000 LAND LLC | SAUL EWING LLP | ATTN: TURNER N. FALK, ESQUIRE | MICHELLE G. NOVICK | 1735 MARKET STREET, 34TH FLOOR | PHILADELPHIA | PA | 19103 | | 215-972-8400 | | MICHELLE.NOVICK@SAUL.COM TURNER.FALK@SAUL.COM |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION NY OFFICE | ATTN: BANKRUPTCY DEPT | BROOKFIELD PLACE | 200 VESEY STREET, STE 400 | NEW YORK | NY | 10281-1022 | | 212-336-1100 | | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT | ONE PENN CENTER | 1617 JFK BLVD, STE 520 | PHILADELPHIA | PA | 19103 | | 215-597-3100 | | PHILADELPHIA@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | 100 F. STREET NE | | WASHINGTON | DC | 20549 | | 202-942-8088 | | SECBANKRUPTCY@SEC.GOV |
| COUNSEL TO CASHERA CAPITAL, LLC | SHAPIRO CROLAND REISER APFEL & DI IORIO, LLP | ATTN: GLENN R. REISER, ESQ. | CONTINENTAL PLAZA | 411 HACKENSACK AVENUE | HACKENSACK | NJ | 07601 | | 201-488-3900 | | GREISER@SHAPIROCROLAND.COM |
| COUNSEL TO MIZZEN CAPITAL, LP, MIZZEN CAPITAL II, LP, AND MIZZEN MANAGEMENT, LLC | SHIPMAN & GOODWIN LLP | ATTN: ERIC S. GOLDSTEIN, ESQ., GREGORY R. PAPEIKA, ESQ. | ONE CONSTITUTION PLAZA | | HARTFORD | CT | 06103-1919 | | 860-251-5059; 203-836-2815 | | EGOLDSTEIN@GOODWIN.COM GPAPEIKA@GOODWIN.COM BANKRUPTCY@GOODWIN.COM BANKRUPTCYPARALEGAL@GOODWIN.COM |
| DEBTORS | SIMAD HOLDINGS LTD | ATTN: PRESIDENT OR GENERAL COUNSEL | 50 QUALITY STREET, #110357 | | TRUMBULL | CT | 06611 | | | | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | SMALLER EARTH GROUP DBA CAMP LEADERS | ATTN: LEE CUNLIFFE | 600 CONGRESS AVENUE | 16TH FL | AUSTIN | TX | 78701 | | | | L.CUNLIFFE@SMALLEREARTH.COM |
| COUNSEL TO LEXINGTON REALTY INTERNATIONAL, LLC | SMITH, GAMBRELL & RUSSELL, LLP | ATTN: ALLEN G. KADISH | 1301 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | | 212-907-9700 | | AKADISH@SGRLAW.COM |
| CO-COUNSEL TO YOAV COCHAV, INDIVIDUALLY, AND AS PARENT AND NATURAL GUARDIAN OF JC, A MINOR | SOLOMON SHERMAN, GABAY, BRISKIN, & SHERMAN | ATTN: DAVID B. SHERMAN | THE ELLIPSE BUILDING | 4201 CHURCH ROAD, SUITE 9A | MT. LAUREL | NJ | 08054 | | 215-665-1100 | | DSHERMAN@SOLOMONSHERMAN.COM |
| CO-COUNSEL TO YOAV COCHAV, INDIVIDUALLY, AND AS PARENT AND NATURAL GUARDIAN OF JC, A MINOR | SOLOMON SHERMAN, GABAY, BRISKIN, & SHERMAN | ATTN: ELIEZER (ELI) GABAY | 8 PENN CENTER, SUITE 2200 | 1628 JFK BOULEVARD | PHILADELPHIA | PA | 19103 | | 215-665-1100 | | EGABAY18@GMAIL.COM |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 165 CAPITOL AVENUE | | HARTFORD | CT | 06106 | | 860-808-5318; 860-808-5387 | | DENISE.MONDELL@CT.GOV |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | JAMES R. THOMPSON CTR. | 100 W. RANDOLPH ST. | CHICAGO | IL | 60601 | | 312-814-3000 | | WEBMASTER@ATG.STATE.IL.US |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STATE HOUSE STATION 6 | | AUGUSTA | ME | 04333-0000 | | 207-626-8800 | | KAITLYN.M.HUSAR@MAINE.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | 1 GRANITE PLACE SOUTH | | CONCORD | NH | 03301 | | 603 271-3658; 603-271-2110 | | |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | RJ HUGHES JUSTICE COMPLEX | 25 MARKET STREET | TRENTON | NJ | 08625-0080 | | 609-292-4925; 609-292-3508 | | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | DEPT. OF LAW | THE CAPITOL, 2ND FLOOR | ALBANY | NY | 12224-0341 | | 518 776-2000; 866-413-1069 | | |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | DEPT. OF JUSTICE | P.O. BOX 629 | RALEIGH | NC | 27602-0629 | | 919-716-6400 | 919-716-6750 | AGREQUESTS@NCDOJ.GOV CONSUMER@NCDOJ.GOV |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | STRAWBERRY SQUARE | 16TH FLOOR | HARRISBURG | PA | 17120 | | 717-787-3391; 717-787-8242 | | |
| COUNSEL TO THE OPERATORS BID GROUP | STEPTOE LLP | ATTN: TIMOTHY W. WALSH | 1114 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | | 212-506-3900 | | TWWALSH@STEPTOE.COM |
| COUNSEL TO ENHANCED CAPITAL PENNSYLVANIA RURAL FUND, LLC | STINSON LLP | ATTN: RICHARD J.L. LOMUSCIO | 140 BROADWAY, SUITE 2330 | | NEW YORK | NY | 10005 | | 646-883-7675 | | RICHARD.LOMUSCIO@STINSON.COM |
| COUNSEL TO THE FIRST NATIONAL BANK OF MCGREGOR | SULLIVAN NIMEROFF BROWN HILL LLC | ATTN: JAMI B. NIMEROFF, ESQUIRE | 18 KINGS HIGHWAY WEST | | HADDONFIELD | NJ | 08033 | | 267-861-5330 | | JNIMEROFF@SNBHLAW.COM |
| COUNSEL TO SETH HERSCHTHAL AND LAUREN POPKIN HERSCHTHAL | TARTER KRINSKY & DROGIN LLP | ATTN: ROCCO A. CAVALIERE, ESQ., SCOTT S. MARKOWITZ, ESQ., MICHAEL F. MEDVED, ESQ. | 1350 BROADWAY | 11TH FLOOR | NEW YORK | NY | 10018 | | 212-216-8000 | | RCAVALIERE@TARTERKRINSKY.COM SMARKOWITZ@TARTERKRINSKY.COM MMEDVED@TARTERKRINSKY.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | TAVEZIO | ATTN: JOSHUA COHEN | 12012 SOUTH SHORE BOULEVARD | | WELLINGTON | FL | 33414 | | | | JOSH@TAVEZIO.COM |
| TOP 50 UNSECURED CREDITOR | TRANSPARENCY ADVANCE | ATTN: PRESIDENT OR GENERAL COUNSEL | | | | | | | | | SUBS@TRANSPARENCYADVANCE.COM |
| TOP 50 UNSECURED CREDITOR | TRI STATE BUSSING LLC | ATTN: PRESIDENT OR GENERAL COUNSEL | 74 PONDEROSA DR | | LAKEWOOD | NJ | 08701 | | | | |
| COUNSEL TO CHURCH MUTUAL INSURANCE COMPANY, S.I. | TROUTMAN PEPPER LOCKE LLP | ATTN: DEBORAH KOVSKY-APAP | 875 THIRD AVENUE | | NEW YORK | NY | 10281-2101 | | 212-704-6000 | 212-704-6288 | DEBORAH.KOVSKY@TROUTMAN.COM |

**In re: SIMAD Holdings Ltd. *et al.***
Master Service List
Case No. 26-16388 (CMG)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION CORPORATE/FINANCIAL LITIGATION SECTION, COMMERCIAL LITIGATION BRANCH | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION | ATTN: CRYSTAL GEISE | 1100 L STREET, N.W. | ROOM 7102 | WASHINGTON | DC | 20005-4035 | | | | CRYSTAL.GEISE@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION CORPORATE/FINANCIAL LITIGATION SECTION, COMMERCIAL LITIGATION BRANCH | U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION | ATTN: MARY A. SCHMERGEL | 1100 L STREET, N.W. | ROOM 7024 | WASHINGTON | DC | 20005-4035 | | | | MARY.SCHMERGEL@USDOJ.GOV |
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | ATTN: BANKRUPTCY DEPT | CLARKSON S. FISHER | 402 EAST STATE STREET | TRENTON | NJ | 08608 | | 609-858-9333 | | |
| COUNSEL TO THE UNITED STATES | UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION | ATTN: DOMINIQUE SINESI, ESQ. | 1100 L ST NW | ROOM 7112 | WASHINGTON | DC | 20005 | | 202-598-0034 | | DOMINIQUE.SINESI@USDOJ.GOV |
| COUNSEL TO THE UNITED STATES | UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION | ATTN: DOMINIQUE SINESI, ESQ. | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044-0875 | | 202-598-0034 | | DOMINIQUE.SINESI@USDOJ.GOV |
| COUNSEL TO TRUNORTH BANK SUCCESSOR BY MERGER TO HOMETOWN BANK AND EASTHAMPTON SAVINGS BANK | UPDIKE, KELLY & SPELLACY, P.C. | ATTN: EVAN S. GOLDSTEIN, ESQ. | 225 ASYLUM STREET | | HARTFORD | CT | 06103 | | 860-509-5305 | 860-548-2680 | EGOLDSTEIN@UKS.COM |
| TOP 50 UNSECURED CREDITOR | UPSTATE DAIRY/ GOLDEN FLOW- BOYS KITCHEN | ATTN: SHLOMO WEINBERGER | 54 WALWORTH ST | | BROOKLYN | NY | 11205 | | 718-488-0700 | | CHAIM@UPSTATEDAIRY.COM |
| TOP 50 UNSECURED CREDITOR | VAULT | ATTN: MIGUEL B | 19790 W DIXIE HWY | | MIAMI | FL | 33180 | | 516-207-0589 | | MIGUEL@VAULTCAPITALLLC.COM<br>JIMMY@VEEFUNDING.COM<br>DBENJAMIN@VAULTCAPITALLLC.COM |
| COUNSEL TO THE FIRST NATIONAL BANK OF MCGREGOR | WADE ROBERTS PC | ATTN: MICHAEL MENTON, ESQUIRE | 5728 LBJ FREEWAY | SUITE 150 | DALLAS | TX | 75240 | | | | MIKEMENTON@WADEROBERTSLAW.COM |
| COUNSEL TO MIZZEN CAPITAL, LP, MIZZEN CAPITAL II, LP, AND MIZZEN MANAGEMENT, LLC | WALSH PIZZI O'REILLY FALANGA LLP | ATTN: NICHOLAS M. EBEL, ESQ | THREE GATEWAY CENTER | 100 MULBERRY STREET, FLOOR 15 | NEWARK | NJ | 07102 | | 973-757-1100;<br>973-757-1107;<br>973-757-1047 | 973-757-1090 | NEBEL@WALSH.LAW |
| COUNSEL TO OSK XIV LLC | WEBBER MCGILL LLC | ATTN: DOUGLAS J. MCGILL | 100 E. HANOVER AVENUE | SUITE 401 | CEDAR KNOLLS | NJ | 07927 | | 973-739-9559 | 973-739-9575 | DMCGILL@WEBBERMCGILL.COM |
| COUNSEL TO LIBERTAS FUNDING, LLC AND WEBBANK | WEIR LLP | ATTN: JEFFREY S. CIANCIULLI, ESQUIRE | 1300 ROUTE 73 | SUITE 314 | MT. LAUREL | NJ | 08054 | | 856-429-7750 | 856-427-0360 | JCIANCIULLI@WEIRLAWLLP.COM |
| COUNSEL TO AMERICAN INSTITUTE FOR FOREIGN STUDY, INC. D/B/A CAMP AMERICA | WENOKUR RIORDAN PLLC | ATTN: FAYE RASCH, ESQ. | 600 STEWART STREET | SUITE 1300 | SEATTLE | WA | 98101 | | 206-903-0401 | | FAYE@WRLAWGROUP.COM |
| COUNSEL TO STEVEN TURK, SHELLEY TURK, ANDREW CHAFATELLI | WIGGIN AND DANA LLP | ATTN: MICHAEL L. KENNY JR., ESQ. | 437 MADISON AVENUE | 35TH FLOOR | NEW YORK | NY | 10022 | | 212-551-2628 | | MKENNY@WIGGIN.COM |
| COUNSEL TO STEVEN TURK, SHELLEY TURK, ANDREW CHAFATELLI | WIGGIN AND DANA LLP | ATTN: SUSAN M. KENNEDY, ESQ. | TWO LIBERTY PLACE | 50 S. 16TH STREET, SUITE 2625 | PHILADELPHIA | PA | 19102 | | 215-988-8320 | | SKENNEDY@WIGGIN.COM |
| COUNSEL TO STEVEN TURK, SHELLEY TURK, ANDREW CHAFATELLI | WIGGIN AND DANA LLP | ATTN: TAMARA VAN HEEL, ESQ. | 251 ROYAL PALM WAY | SUITE 601 | PALM BEACH | FL | 33480 | | 561-910-6886 | | TVANHEEL@WIGGIN.COM |
| COUNSEL TO CREDITORS/PARTIES-IN-INTEREST, METROPOLITAN PARTNERS GROUP ADMINISTRATION, LLC; METROPOLITAN PARTNERS FUND VIII INVESTMENTS LLC; METROPOLITAN PARTNERS FUND VIII LP; METROPOLITAN LEVERED PARTNERS FUND VIII LP; AND METROPOLITAN OFFSHORE PARTNERS FUND VII, LP | WILENTZ, GOLDMAN & SPITZER, P.A. | ATTN: DAVID H. STEIN, ESQ., ANDREW BROOME, ESQ. | 90 WOODBRIDGE CENTER DRIVE | SUITE 900, BOX 10 | WOODBRIDGE | NJ | 07095 | | 732-855-6126;<br>732-636-8000;<br>732-855-6185 | 732-726-6570;<br>732-726-4785 | DSTEIN@WILENTZ.COM<br>ABROOME@WILENTZ.COM |
| COUNSEL TO CONSTELLATION PAYMENTS PROCESSING USA, INC. | WOMBLE BOND DICKINSON (US) LLP | ATTN: KEVIN J. MANGAN, LISA BITTLE TANCREDI | 100 LIGHT STREET | 26TH FLOOR | BALTIMORE | MD | 21202 | | 410-545-5800 | 410-545-5801 | KEVIN.MANGAN@WBD-US.COM<br>LISA.TANCREDI@WBD-US.COM |
| COUNSEL TO CONSTELLATION PAYMENTS PROCESSING USA, INC. | WOMBLE BOND DICKINSON (US) LLP | ATTN: KEVIN J. MANGAN, LISA BITTLE TANCREDI | 1313 NORTH MARKET STREET | SUITE 1200 | WILMINGTON | DE | 19801 | | 302-252-4337 | 302-252-4330 | KEVIN.MANGAN@WBD-US.COM<br>LISA.TANCREDI@WBD-US.COM |
| TOP 50 UNSECURED CREDITOR | WYDE LUMBER & SUPPLY | ATTN: WALLACE MADNICK | 419 NY-17B | | MONTICELLO | NY | 12701 | | 845-794-5770;<br>845-796-9743 | | WYDE@VERIZON.NET |
| TOP 50 UNSECURED CREDITOR | WYNWOOD | ATTN: JOE GREEN | 20200 W DIXIE HWY | | MIAMI | FL | 33180 | | 516-320-5866 | | JOE@WYNWOODCAPITALGROUP.COM<br>SOL@WYNWOODCAPITALGROUP.COM<br>SAM@WYNWOODCAPITALGROUP.COM |