**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**DEBTORS' APPLICATION IN LIEU OF MOTION IN SUPPORT OF ENTRY OF CONSENT ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND ENHANCED CAPITAL PENNSYLVANIA RURAL FUND, LLC**

TO THE HONORABLE CHIEF JUDGE CHRISTINE M. GRAVELLE,
CHIEF JUDGE, UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors-in-possession (the "Debtors"), by and through their undersigned counsel, respectfully state the following in support of this application (the

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

"Application"), pursuant to D.N.J. LBR 9019-4(b), seeking the approval and entry of the proposed Consent Order Approving Stipulation Between the Debtors and Enhanced Capital Pennsylvania Rural Fund, LLC (the "Consent Order") attached hereto as **Exhibit A**:

1. On June 4 and 5, 2026 (together, the "Petition Date"), each of the Debtors, including Green Lane Operatingco, LLC ("Borrower"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On June 8, 2026, this Court entered an order directing the procedural consolidation and joint administration of these Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 15].

2. Prior to the Petition Date, on January 31, 2022, Borrower and Enhanced Capital Pennsylvania Rural Fund, LLC ("Enhanced Capital" and together with the Debtors, the "Parties") entered into certain loan transactions pursuant to which Enhanced Capital extended financing to Borrower.

3. Enhanced Capital thereafter asserted secured claims against the Debtors' estates arising from such loan transactions and asserted liens upon certain assets and sale proceeds of the Debtors. The facts and circumstances giving rise to Enhanced Capital's asserted claims and the underlying loan documents are set forth more fully in the Stipulation attached as Exhibit 1 to the Consent Order and are incorporated herein by reference.[2]

4. The Parties have engaged in good-faith, arm's-length negotiations and desire to fully and finally resolve all disputes relating to Enhanced Capital's claim, asserted liens, and entitlement to the reserved funds, without the need for further litigation. The terms of the Parties' resolution are fully set forth in the Stipulation.

---

[2] This Application provides only a summary of the Stipulation. The Stipulation is incorporated herein by reference as though fully set forth herein. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation. To the extent any statement in this Application is inconsistent with the Stipulation, the terms of the Stipulation shall control.

5. The Debtors submit that approval of the Stipulation is in the best interests of the estates because it resolves a contested matter regarding Enhanced Capital's asserted secured claim, reduces the amount of such claim by $100,000.00, and avoids the expense, uncertainty, and delay associated with further litigation.

6. A copy of the proposed Stipulation was provided to: (a) counsel to the Official Committee of Unsecured Creditors (the "Committee"), and (b) the Office of the United States Trustee. The Committee did not have any comments to the proposed Consent Order.

7. This Application is submitted pursuant to D.N.J. LBR 9019-4(b) in lieu of a motion in support of the Debtors' request that the Court enter the Consent Order approving the Stipulation, as presented. The Debtors submit that the Consent Order and the Stipulation are in the best interests of the Debtors' estates and creditors and reflect a reasonable exercise of the Debtors' business judgment.

8. No previous application for the relief sought herein has been made to this or any other Court.

[*Remainder of page intentionally left blank*]

Dated: November 20, 2026

/*s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors and*
*Debtors in Possession*

# EXHIBIT A

## Consent Order

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors and Debtors in Possession*

In re:

SIMAD HOLDINGS LTD., *et al.*,[1]

Debtors.

Chapter 11

Case No. 26-16388 (CMG)

(Jointly Administered)

**CONSENT ORDER APPROVING STIPULATION BETWEEN THE DEBTORS AND ENHANCED CAPITAL PENNSYLVANIA RURAL FUND, LLC**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of SIMAD Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

**WHEREAS**, upon the consent order (the "Consent Order") approving the Stipulation attached hereto as Exhibit 1 (the "Stipulation"), by and between the above captioned debtors and debtors in possession (the "Debtors") and Enhanced Capital Pennsylvania Rural Fund, LLC ("Enhanced Capital" and together with the Debtors, the "Parties"), and the terms thereof which are incorporated herein by reference;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Stipulation is approved in its entirety.

2. This Consent Order and the Stipulation shall be binding upon the Parties' successors, agents, and assigns, including any estate representatives.

3. The Parties are authorized to take all actions necessary to effectuate the relief granted in the Stipulation pursuant to this Consent Order.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Consent Order and the Stipulation.

5. The Debtors shall serve by regular mail a copy of this Consent Order on all parties required to receive such service pursuant to Local Rule 9013-5(f).

6. Notwithstanding anything in the Bankruptcy Rules or the Bankruptcy Local Rules, the terms and conditions of this Consent Order are immediately effective and enforceable upon its entry.

**Exhibit 1**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**STIPULATION BY AND BETWEEN THE DEBTORS AND**
**ENHANCED CAPITAL PENNSYLVANIA RURAL FUND, LLC**
**REGARDING ALLOWANCE AND PAYMENT OF CLAIM**

This stipulation (the "Stipulation") is made by and between the above-captioned debtors and debtors-in-possession (the "Debtors") and Enhanced Capital Pennsylvania Rural Fund, LLC ("Enhanced Capital," and together with the Debtors, the "Parties"). The Parties hereby stipulate and agree as follows:

[1] A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holdings Ltd.'s principal place of business and the Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

## RECITALS

**WHEREAS**, on June 4 and 5, 2026 (the "Petition Date"), each of the Debtors, including Green Lane Operatingco, LLC ("Borrower"), filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (these "Chapter 11 Cases");

**WHEREAS,** on January 31, 2022, Borrower and Enhanced Capital ("Lender") entered into that certain Loan and Security Agreement (the "Loan Agreement"), as amended, restated or otherwise modified from time to time, pursuant to which Lender provided a term loan to Borrower in an original principal amount equal to $2,000,000.00 (the "Term Loan");

**WHEREAS**, the Term Loan was evidenced by that certain Secured Term Note (as amended, restated or otherwise modified from time to time, the "Note") dated as of January 31, 2022, in favor of Lender;

**WHEREAS**, Lender also entered into several ancillary agreements to the Term Loan, including (i) that certain Guaranty Agreement between BAHS Holdings LLC ("BAHS Holdings") and Lender dated as of even date (the "BAHS Holdings Guaranty"); (ii) that certain Entity Guaranty Agreement between BAHS Operating Inc. ("BAHS Operating") and Lender dated as of even date (the "BAHS Operating Guaranty"); (iii) that certain Guaranty Agreement between Green Lane Landco, LLC ("Green Lane Landco") and Lender dated as of even date (the "Green Lane Landco Guaranty"); and (iv) that certain Guaranty Agreement between Michael Shabsels and David Shabsels and Lender dated as of even date (the "Individual Guarantees" and, together with the BAHS Holdings Guaranty, BAHS Operating Guaranty, and Green Lane Landco Guaranty, the "Term Loan Guarantees");

**WHEREAS**, BAHS Holdings, as guarantor, pledged as security for the BAHS Holdings Guaranty certain real property located at 3553 Camp Road, Thompson, Susquehanna County,

Pennsylvania, 18465 ("Camp Chen-A-Wanda"), and executed that certain Mortgage, Assignment of Leases, and Security Agreement dated as of January 31, 2022, in favor of Lender. The Camp Chen-A-Wanda Mortgage was recorded in the Recorder of Deeds Office of Susquehanna County, Pennsylvania, on February 16, 2022, as Instrument No. 202201254;

**WHEREAS**, Green Lane Landco, as guarantor, pledged as security for the Green Lane Landco Guaranty certain real property located at 249 Camp Green Lane Road, Green Lane, Montgomery County, Pennsylvania 18054 ("Camp Green Lane," and together with Camp Chen-A-Wanda, the "Real Property"), and executed that certain Mortgage, Assignment of Leases, and Security Agreement dated as of January 31, 2022, in favor of Lender. The Camp Green Lane Mortgage was recorded in the Recorder of Deeds Office of Montgomery County, Pennsylvania, on March 9, 2022, as Instrument No. 2022029414;

**WHEREAS**, on October 28, 2022, Borrower and Lender entered into that certain First Amendment to Loan and Security Agreement (the "First Amendment"), pursuant to which Lender agreed to subordinate its interests in the Real Property in favor of Bank of America, N.A., as Administrative Agent under that certain Credit Agreement between Borrower, Green Lane Propertyco LLC and certain of Borrower's other affiliates;

**WHEREAS**, the First Amendment was evidenced by that certain Amended and Restated Secured Term Note (the "First Amended Note"), dated as of even date, which amended and restated the Note and reflected a remaining principal balance of $2,000,000.00;

**WHEREAS**, on March 27, 2024, Borrower and Lender entered into that certain Second Amendment to Loan and Security Agreement (the "Second Amendment"), pursuant to which Lender provided Borrower an additional loan in the principal amount of $500,000.00;

**WHEREAS**, the Second Amendment was evidenced by that certain Subsequent Term Note A dated as of even date, in favor of Lender;

**WHEREAS**, on December 17, 2025, Borrower and Lender entered into that certain Third Amendment to Loan and Security Agreement (the "Third Amendment"), pursuant to which Lender agreed to Borrower's entry into that certain Credit Agreement between Borrower, Green Lane Landco, BAHS Holdings, and Mishmeret Trust Services, Ltd. ("Mishmeret") wherein Borrower, Green Lane Landco, and BAHS Holdings granted a first priority lien on all of their assets to Mishmeret;

**WHEREAS**, the Third Amendment was evidenced by that certain Second Amended and Restated Secured Term Note (the "Second Amended Note") dated as of even date, which amended and restated the First Amended Note and reflected a remaining principal balance of $2,500,000.00;

**WHEREAS**, the orders (the "Sale Orders") approving the sale of the assets of (a) BAHS Operating and BAHS Holdings [Docket No. 849] and (b) Camp Green Lane Operatingco LLC and Green Lane Landco [Docket No. 897] each provide that the applicable Debtors "shall escrow and hold $3,000,000 of sale proceeds" and that such escrow "shall not be released until the later of such time that (a) the Court determines the validity, priority, and amount the Enhanced's liens and claims and (b) the Court confirms a chapter 11 plan," unless the Debtors, Enhanced Capital, and Mishmeret agree otherwise;

**WHEREAS**, Enhanced Capital provided "Payoff Notices" to the Debtors totaling $2,078,305.55 with respect to amounts owing under the Term Loan and $519,576.38 with respect to amounts owing under the Second Amendment for an aggregate amount owed of $2,597,881.93;

**WHEREAS**, the Parties have engaged in good-faith, arm's-length negotiations and desire to fully and finally resolve all disputes relating to Enhanced Capital's claim, asserted liens, and entitlement to the reserved funds, without the need for further litigation;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1. The foregoing recitals are hereby incorporated by reference into this Stipulation.

2. In full and final satisfaction of any and all claims, demands, causes of action, obligations, liens, security interests, guarantees, adequate protection claims, administrative expense claims, secured claims, unsecured claims, deficiency claims, and any other asserted rights that Enhanced Capital has or may have against the Debtors and their estates, Enhanced Capital shall be granted an allowed secured claim against the Debtors in the amount of $2,497,881.93 (the "Allowed Secured Claim").

3. Within three (3) business days after entry of an order approving this Stipulation, the Debtors shall pay the Allowed Secured Claim to Enhanced Capital from the funds currently being held in reserve pursuant to the Sale Orders. Upon receipt of payment required under this Stipulation, (i) any and all liens, mortgages, security interests, claims to sale proceeds, and other encumbrances asserted by Enhanced Capital against property of the Debtors or proceeds thereof shall be deemed released, satisfied, and extinguished, and (ii) any and all claims or causes of action of any kind, whether known or unknown, contingent or fixed, at law or in equity, including avoidance actions under chapter 5 of the Bankruptcy Code or similar law, arising from or related to the Allowed Secured Claim and against Enhanced Capital shall be deemed released, satisfied, and extinguished by the Debtors, their estates, and any chapter 7 trustee appointed in these cases.

4. Upon payment of the Allowed Secured Claim, the Debtors are authorized, without further order of the Court, to release to the Debtors' estates any and all remaining funds previously

reserved, escrowed, segregated, or withheld on account of Enhanced Capital's asserted claims, liens, or objections pursuant to the Sale Orders.

5. The Parties acknowledge that this Stipulation is the joint work product of the Parties, and that, accordingly, in the event of ambiguities, no inferences shall be drawn against any Party on the basis of authorship of this Stipulation.

6. Except as expressly provided herein, nothing in this Stipulation shall affect the rights of any party with respect to any other claim or party in interest.

7. This Stipulation shall become effective immediately upon entry of an order approving it by the Bankruptcy Court.

8. Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation. Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

[*Signature page follows*]

**IN WITNESS WHEREOF**, and in agreement herewith, the Parties have executed and delivered this Stipulation as of the date first set forth below.

*/s/ Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
David M. Bass, Esq.
Felice R. Yudkin, Esq.
Daniel J. Harris, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors and Debtors in Possession*

*/s/ Richard J.L. Lomuscio*
**STINSON LLP**
Richard J.L. Lomuscio, Esq. (NJ #037461999)
Maigreade B. Burrus, Esq. (admitted *pro hac vice*)
140 Broadway, Suite 2330
New York, New York
Telephone: (646) 883-7675
Email: richard.lomuscio@stinson.com
maggie.burrus@stinson.com

*Counsel for Enhanced Capital Pennsylvania Rural Fund, LLC*