**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al*.,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 26-16388<br><br>(Jointly Administered) |

**APPLICATION FOR ORDER SHORTENING TIME**

TO THE HONORABLE CHRISTINE M. GRAVELLE
CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT:

The above-captioned debtors and debtors in possession (collectively, the "SIMAD Debtors") by and through their undersigned counsel request that the time period to notice a hearing,

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of SIMAD Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

as required by Fed. R. Bankr. P. 2002, be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1) on the following motions (collectively, the "Solicitation Motions"):[2]

- *Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement of the Camp Business Debtors; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice, and Tabulation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief* [Docket No. 1547]; and

- *Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement of the Holding Company Debtors; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice, and Tabulation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief* [Docket No. 1548].

The SIMAD Debtors respectfully submit as follows:

1. A shortened time hearing is requested because: Through the Solicitation Motions, the SIMAD Debtors seek approval of solicitation procedures and conditional approval of each respective Disclosure Statement to permit the SIMAD Debtors to commence solicitation of votes on the Camp Business Debtors Plan and the Holding Company Debtors Plan on the timeline set forth in the Solicitation Motions. The SIMAD Debtors seek to proceed on this timeline to avoid delay in the solicitation process and facilitate confirmation of the Camp Business Debtors Plan and the Holding Company Debtors Plan and allow the SIMAD Debtors to expeditiously wind down their estates and make distributions to creditors. To avoid further delay, the SIMAD Debtors seek to schedule a combined confirmation hearing on the Camp Business Debtors Plan and the Holding Company Debtors Plan and final approval of their respective Disclosure Statements on January 13, 2027, at such time as may be determined by the Court, with the goal of having the Camp Business Debtors Plan and the Holding Company Debtors Plan become effective shortly

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Solicitation Motions.

thereafter. The SIMAD Debtors respectfully submit that proceeding on shortened notice to approve the Solicitation Motions and the respective Disclosure Statements on a ***conditional*** basis so that it may commence solicitation is in the best interests of the SIMAD Debtors' estates.

2. Moreover, proceeding swiftly and expeditiously with the confirmation timeline contemplated in the Solicitation Motions will reduce administrative expenses associated with a prolonged stay in chapter 11 and therefore maximize value for the SIMAD Debtors' estates. The SIMAD Debtors do not believe that any party will be prejudiced by the shortened notice for a hearing, as the Court would only be conditionally approving the respective Disclosure Statements, and parties-in-interest will have the ability to object to final approval of the respective Disclosure Statements and confirmation of the Plan at the Confirmation Hearing. In order to permit the SIMAD Debtors to proceed with solicitation on the timeline set forth in the Solicitation Motions, the SIMAD Debtors are respectfully requesting that the Solicitation be heard at the hearing for conditional approval only at a hearing on December 3, 2026.

3. State the hearing dates requested: The SIMAD Debtors respectfully request that the Court schedule a hearing on the Motion for **December 3, 2026 at 12:00 p.m. (prevailing Eastern Time)**.

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P. 9006(c)(1).

[*Remainder of page intentionally left blank*]

**WHEREFORE,** the SIMAD Debtors respectfully request entry of the proposed order shortening time, in substantially the form submitted herewith, granting the relief requested herein and such other relief as is just and proper under the circumstances.

Dated: November 20, 2026

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors and*
*Debtors in Possession*

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COLE SCHOTZ P.C.**
Michael D. Sirota
Warren A. Usatine
David M. Bass
Felice R. Yudkin
Daniel J. Harris
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
dbass@coleschotz.com
fyudkin@coleschotz.com
dharris@coleschotz.com

*Counsel to the Debtors*
*and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388<br><br>(Jointly Administered) |

**ORDER SHORTENING TIME PERIOD FOR NOTICE**

The relief set forth on the following pages numbered two (2) through three (3) is hereby **ORDERED**.

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of SIMAD Debtor SIMAD Holdings Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357, Trumbull, CT 06611.

Upon review of the SIMAD Debtors' *Application for Order Shortening Time* (the "Application"),[2] of the above-captioned debtors and debtors in possession (collectively, the "SIMAD Debtors") for entry of an order (this "Order") requesting that the time period for notice of the (i) *Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement of the Camp Business Debtors; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice, and Tabulation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief* [Docket No. 1547], and (ii) *Debtors' Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Disclosure Statement of the Holding Company Debtors; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice, and Tabulation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief* [Docket No. 1548] (collectively, the "Solicitation Motions") be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1),

**IT IS HEREBY ORDERED THAT**:

1. A hearing will be conducted on the Solicitation Motions on ________________ ___, 2026 at __:00 a.m./p.m. (E.T.), before the Honorable Chief Judge Christine M. Gravelle, Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Trenton, N.J. 08608 Courtroom #3.

2. The SIMAD Debtors must serve a copy of this Order, and all related documents to all parties in interest by either regular mail or email, as applicable.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

3. Service must be made within __ day(s) of the date of this Order.

4. Notice by telephone is not required.

5. A Certification of Service must be filed prior to the hearing date.

6. Any objections to the Solicitation Motions must be filed by ________________, 2026.

7. The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/.