| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1<br><br>WARD W. BENSON<br>STEPHEN S. HO<br>Trial Attorneys, Tax Litigation Branch<br>Civil Division, Department of Justice<br>P.O. Box 227<br>Washington, D.C. 20044<br>(202) 514-9642<br>(202) 514-6866 (Fax)<br>ward.w.benson@usdoj.gov<br>stephen.s.ho@usdoj.gov<br>Counsel for the United States | Chapter 11<br><br>Case No. 26-16388 (CMG) |
| In re:<br><br>SIMAD HOLDINGS LTD., *et al.*,<br><br>Debtors. | |

**UNITED STATES' DESIGNATION OF THE RECORD ON APPEAL AND STATEMENT OF THE ISSUES TO BE PRESENTED**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a) and L. Civ. R. 601.3, the United States designates the following items to be included in the record on appeal[1]:

1. Dkt. No. 552 – FINAL ORDER (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION FINANCING, (II) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL, (III) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (IV) GRANTING ADEQUATE PROTECTION, (V) MODIFYING AUTOMATIC STAY, AND (VI) GRANTING RELATED RELIEF

2. Dkt. No. 1141 – SIMAD DEBTORS' EMERGENCY MOTION REQUESTING A DETERMINATION OF CERTAIN TAX WITHHOLDING OBLIGATIONS PURSUANT TO THE FOREIGN INVESTMENT IN REAL PROPERTY TAX ACT OF 1980

3. Dkt. No. 1279 – SUPPLEMENT IN SUPPORT OF SIMAD DEBTORS' EMERGENCY MOTION REQUESTING A DETERMINATION OF CERTAIN TAX WITHHOLDING

[1] Where a listed docket item included attachments, the United States designates all such attachments as part of the record on appeal.

OBLIGATIONS PURSUANT TO THE FOREIGN INVESTMENT IN REAL PROPERTY TAX ACT OF 1980

4. Dkt. No. 1286 – UNITED STATES' RESPONSE TO MOTION FOR TAX DETERMINATION

5. Dkt. No. 1305 – REPLY IN SUPPORT OF SIMAD DEBTORS' EMERGENCY MOTION REQUESTING A DETERMINATION OF CERTAIN TAX WITHHOLDING OBLIGATIONS PURSUANT TO THE FOREIGN INVESTMENT IN REAL PROPERTY TAX ACT OF 1980

6. Dkt. No. 1321 – Transcript of October 5, 2026 hearing before the Hon. Christine M. Gravelle

7. Dkt. No. 1336 – JOINT MOTION OF THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE LENDER PARTIES FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019, AND (II) GRANTING RELATED RELIEF

8. Dkt. No. 1337 – APPLICATION OF THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE LENDER PARTIES FOR AN ORDER SHORTENING TIME REGARDING THE JOINT MOTION FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019 AND (II) GRANTING RELATED RELIEF

9. Dkt. No. 1340 – UNITED STATES' OBJECTION TO APPLICATION TO SHORTEN TIME

10. Dkt. No. 1343 – RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO UNITED STATES' OBJECTION TO APPLICATION TO SHORTEN TIME

11. Dkt. No. 1347 – ORDER SHORTENING TIME PERIOD FOR NOTICE

12. Dkt. No. 1368 – UNITED STATES' OPPOSITION TO SETTLEMENT MOTION

13. Dkt. No. 1376 – THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' REPLY (A) IN SUPPORT OF THE JOINT MOTION FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019 AND (II) GRANTING RELATED RELIEF, AND (B) IN RESPONSE TO THE UNITED STATES' OPPOSITION TO SETTLEMENT MOTION

14. Dkt. No. 1377 DECLARATION OF NICHOLAS WEBER IN SUPPORT OF THE JOINT MOTION OF THE DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND THE LENDER PARTIES FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019, AND (II) GRANTING RELATED RELIEF

15. Dkt. No. 1378 – WITNESS AND EXHIBIT LIST OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE HEARING SCHEDULED ON OCTOBER 26, 2026, AT 12:00 P.M. (EST)

16. Dkt. No. 1380 – REPLY OF MISHMERET TRUST COMPANY LTD. TO THE UNITED STATES' OPPOSITION TO SETTLEMENT MOTION AND JOINDER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' REPLY (A) IN SUPPORT OF THE JOINT MOTION FOR ENTRY OF AN ORDER(I) APPROVING SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019 AND (II) GRANTING RELATED RELIEF, AND (B) IN RESPONSE TO THE UNITED STATES' OPPOSITION TO SETTLEMENT MOTION

17. Dkt. No. 1381 – DEBTORS' JOINDER TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' REPLY (A) IN SUPPORT OF THE JOINT MOTION FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019 AND (II) GRANTING RELATED RELIEF, AND (B) IN RESPONSE TO THE UNITED STATES' OPPOSITION TO SETTLEMENT MOTION

18. Dkt. No. 1388 – ORDER (I) APPROVING SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019 AND (II) GRANTING RELATED RELIEF

19. Dkt. No. 1477 – Transcript of October 26, 2026 hearing before the Hon. Christine M. Gravelle

20. Dkt. No. 1495 – United States' Notice of Appeal

**Statement of the Issues to be Presented**

1. Did the Bankruptcy Court err in admitting the Weber Declaration and in relying on it while depriving the United States of the opportunity to meaningfully cross-examine Mr. Weber and sustaining an objection based on "privileged communications and common defense"?

2. Did the Bankruptcy Court err (both factually and legally) in holding the Settlement was fair and equitable, including its intermediate conclusion that the settlement payments were not property of the estate?

3. Did the Bankruptcy Court err (both factually and legally) in holding that the Settlement satisfied the *Martin* test?

4. Did the Bankruptcy Court err in approving the Settlement?

Dated: November 23, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Ward W. Benson*
WARD W. BENSON
STEPHEN S. HO
Trial Attorneys
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, D.C. 20044
(202) 514-9642 (Benson)
(202) 514-6866 (Fax)
ward.w.benson@usdoj.gov
*Counsel for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to all parties registered to receive such filing.

*/s/ Ward W. Benson*
WARD W. BENSON
Trial Attorney
U.S. Department of Justice
*Attorney for the United States of America*