**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>SIMAD Holdings Ltd., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-16388 (CMG)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On November 11, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Fee Application Service List attached hereto as **Exhibit A**:

- Attorney Monthly Fee Statement for the Period October 1, 2026 through October 31, 2026 [Docket No. 1508]

Dated: November 13, 2026

*/s/ Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 13, 2026, by Engels Medina, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ CINDY C. HOSEIN-MOHAN*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2029

[1] A complete list of the SIMAD Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the SIMAD Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/SIMAD. The location of Debtor SIMAD Holding Ltd.'s principal place of business and the SIMAD Debtors' service address in these chapter 11 cases is 50 Quality Street, #110357 Trumbull, CT 06611.

**Exhibit A**

# Exhibit A

Fee Application Service List

Served via email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| CO-COUNSEL TO MISHMERET TRUST COMPANY LTD., AS TRUSTEE FOR THE SERIES A BONDHOLDERS OF SIMAD HOLDINGS LTD | CHAPMAN AND CUTLER LLP | ATTN: MICHAEL FRIEDMAN, JORGE ERIC CORONEL HAMILTON | FRIEDMAN@CHAPMAN.COM<br>JCORONEL@CHAPMAN.COM |
| CO-COUNSEL TO MISHMERET TRUST COMPANY LTD., AS TRUSTEE FOR THE SERIES A BONDHOLDERS OF SIMAD HOLDINGS LTD | CHAPMAN AND CUTLER LLP | ATTN: STEPHEN RICHARD TETRO II | STETRO@CHAPMAN.COM |
| COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | COLE SCHOTZ P.C. | ATTN: MICHAEL D. SIROTA, WARREN A. USATINE, DAVID M. BASS, FELICE R. YUDKIN, DANIEL J. HARRIS | MSIROTA@COLESCHOTZ.COM<br>WUSATINE@COLESCHOTZ.COM<br>DBASS@COLESCHOTZ.COM<br>FYUDKIN@COLESCHOTZ.COM<br>DHARRIS@COLESCHOTZ.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MCDERMOTT WILL & SCHULTE LLP | ATTN: DARREN AZMAN, KRISTIN K. GOING | DAZMAN@MCDERMOTTLAW.COM<br>KGOING@MCDERMOTTLAW.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | MCDERMOTT WILL & SCHULTE LLP | ATTN: RACHEL BIBLO BLOCK | RBIBLOBLOCK@MCDERMOTTLAW.COM |
| COUNSEL TO BANK OF NEW HAMPSHIRE | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: DANIEL S. BLECK, ESQ | DSBLECK@MINTZ.COM |
| COUNSEL TO BANK OF NEW HAMPSHIRE | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: KAITLIN R. WALSH | KRWALSH@MINTZ.COM |
| COUNSEL TO BANK OF NEW HAMPSHIRE | MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | ATTN: KAITLIN R. WALSH, ESQ. | KRWALSH@MINTZ.COM |
| U.S. TRUSTEE FOR THE DISTRICT OF NEW JERSEY | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JEFFREY M. SPONDER | JEFFREY.M.SPONDER@USDOJ.GOV |
| CO-COUNSEL TO MISHMERET TRUST COMPANY LTD., AS TRUSTEE FOR THE SERIES A BONDHOLDERS OF SIMAD HOLDINGS LTD, KLIRMARK OPPORTUNITY FUND IV LP | RIKER DANZIG LLP | ATTN: JOSEPH L. SCHWARTZ, DANIEL A. BLOOM, JOHN D. STERN | JSCHWARTZ@RIKER.COM<br>DBLOOM@RIKER.COM<br>JSTERN@RIKER.COM |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | ROBINSON & COLE LLP | ATTN: EVAN M. LAZEROWITZ, BRYA M. KEILSON, RACHEL JAFFE MAUCERI | ELAZEROWITZ@RC.COM<br>BKEILSON@RC.COM<br>RMAUCERI@RC.COM |