# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re:

SIMAD Holdings Ltd.

Chapter: 11

Case Number: 26-16388-CMG

Civil Number: 26-CV-14496-GC

Adversary Number: N/A

Bankruptcy Judge: Christine M. Gravelle

## TRANSMITTAL OF DOCUMENT(S) TO:

**☒ DISTRICT COURT ☐ CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal ☐ Order being Appealed ☒ Designation of Record on Appeal

☐ Statement of Issues ☐ Transcript ☐ Transcript Ordered On: ____________________

☐ Motion for Leave to Appeal ☐ Certification of Failure to File Designation ☐ Motion to Withdraw the Reference

☐ Other ________________________________________________

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on November 9, 2026. The parties to the appeal are:

Appellant(s): Internal Revenue Service

Attorney: Ward Benson

Address: P.O. Box 227
Washington, DC 20044

Appellee(s): Official Committee Of Unsecured Creditors

Attorney: Evan M. Lazerowitz

Address: 666 Third Avenue, Chrysler East Building, 20th Floor
New York, NY 10017

Title of Order Appealed: Order (I) Approving Settlement Pursuant to Bankruptcy Rule 9019 and (II) Granting Related Relief

Date Entered On Docket: October 26, 2026

☒ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to ______________________ within 3 days.

Your Court's Case Number: ____________________ Judge assigned: ____________________

By: ______________________________ Date: ______________________________